# ATTACHMENT 56

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

1

IN THE DISTRICT COURT OF

WYANDOTTE COUNTY,KANSAS

TWENTY-NINTH JUDICIAL DISTRICT

_____

ASSOCIATED WHOLESALE GROCERS,    |

INC., et al.,                    |

        Plaintiffs,          |   Case No.

                      |   10CV2171

UNITED EGG PRODUCERS, et al.,    |

Defendants.                      |

_____

HIGHLY CONFIDENTIAL

              Washington, D.C.

              March 5, 2014

      The deposition of MARCUS RUST

was convened on Wednesday, March 5, 2014,

commencing at 9:25 a.m., at the offices of

Porter Wright, 1900 K Street, Northwest

Washington, D.C., before Paula G. Satkin,

Registered Professional Reporter and Notary

Public.

HIGHLY CONFIDENTIAL

Rust, Marcus                                                March 5, 2014

2 (Pages 2 to 5)

---

**2**

APPEARANCES:

On behalf of the Plaintiffs:
    PATRICK J. STUEVE, ESQ.
    DAVID A. HICKEY, ESQ.
    Stueve Siegel Hanson LLP
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    (816) 714-7100

On behalf of Rose Acre Farms:
    JOHN C. MONICA, JR., ESQ.
    DONALD M. BARNES, ESQ.
    Porter, Wright, Morris & Arthur LLP
    1900 K Street, NW
    Suite 1110
    Washington, DC 20006
    (202) 778-3000

---

**3**

APPEARANCES:
`   On behalf of United Egg Producers and US
    Egg Marketers:
        JAN LEVINE, ESQ. (Via phone)
        WHITNEY REDDING, ESQ. (Via phone)
        Pepper Hamilton LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, Pennsylvania 19103-2799
        (215) 981-4000
    On behalf of e Defendants Land O'Lakes,
    Moark and Norco Ranch:
        VANESSA JACOBSEN, ESQ. (Via phone)
        Eimer Stahl LLP
        224 South Michigan Avenue, Suite 1100
        Chicago, Illinois 60604
        (312) 660-7600

ALSO PRESENT:
    JOSEPH A. MILLER
    General Counsel,
    Rose Acre Farms, Inc.

---

**4**

CONTENTS

WITNESS            EXAMINATION
MARCUS RUST
    By Mr. Stueve            9
    Afternoon session - 166

EXHIBITS

EXHIBIT NO.                          PAGE NO.
Exhibit 517 Corporate notice served on        65
    Rose Acre
Exhibit 518 Document Bates stamped RA 33885    81
    through 891
Exhibit 519 Print out from Rose Acre website   119
Exhibit 520 Print out from Rose Acre website   130
Exhibit 521 Document 131
Exhibit 522 Governance flow chart          146
Exhibit 523 Excerpt from Egg Industry        156
Exhibit 524 Document Bates stamped         182
    RA 0067634
Exhibit 525 Excerpt from interrogatory        203
    answers
Exhibit 526 Interrogatory answer of          211
    Rose Acre

---

**5**

EXHIBITS

EXHIBIT NO.                          PAGE NO.
Exhibit 527 United Voices document           224
Exhibit 528 Minutes of May 11, 2004,         246
    United Egg Producers Board of
    Directors meeting
Exhibit 529 Letter from Jones Waldo          302
    law firm
Exhibit 530 Document regarding economic       309
    summit
Exhibit 531 Document Bates stamped          323
    RAFKS 0004654
Exhibit 532 Document Bates stamped          327
    RAFKS 0006481
Exhibit 533 Document Bates stamped          330
    RAFKS 0004571 to 4572
Exhibit 534 Document Bates stamped          333
    RAUPDATE 0071497 through 519
Exhibit 535 Document Bates stamped          348
    UEPRIV 000075 to 76
Exhibit 536 Document Bates stamped          351
    RA 0067468 through 469

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

3 (Pages 6 to 9)

---

**6**

1             EXHIBITS
2 EXHIBIT NO.             PAGE NO.
3 Exhibit 537 Document Bates stamped     364
4       RAUPDATE 0044348

---

**7**

1            PROCEEDINGS
2        THE VIDEOGRAPHER: Here begins
3 videotape number one in the videotaped
4 deposition of Marcus Rust taken in the matter of
5 Associated Wholesale Grocers, Inc. et al.,
6 Plaintiffs versus United Egg Producers et al.,
7 Defendants, case number 10-CV-2171 in the
8 District Court of Wyandotte County, Kansas, 29th
9 Judicial District. Today's date is March 5,
10 2014, and the time is approximately 9:25 a.m.
11 My name is Jasmin Rice, here on behalf of
12 Henderson Legal Services. The court reporter is
13 Paula Satkin also here on behalf of Henderson
14 Legal Services. Will attorneys please state
15 their name for the record.
16        MR. STUEVE: Patrick Stueve, here
17 on behalf of the Plaintiffs. Along with me is
18 David Hickey.
19        We've already had counsel on the
20 phone identify themselves, counsel for MOARK and
21 related entities, as well as counsel as counsel
22 for UEP USEM.

---

**8**

1        MR. BARNES: Donald Barnes with
2 the law firm of Porter Wright here in DC. We
3 are counsel for Rose Acre Farms, one of the
4 Defendants in this action.
5        MR. MONICA: John Monica with
6 Mr. Barnes from Porter Wright.
7        MR. MILLER: And Joe Miller with
8 the general counsel of Rose Acre Farms
9 Whereupon--
10        MARCUS RUST,
11 a witness, called for examination, having been
12 first duly sworn, was examined and testified as
13 follows:
14        MR. BARNES: Mr. Stueve, before we
15 begin, could we have a stipulation on the record
16 that we discussed off the record.
17        MR. STUEVE: Sure.
18        MR. BARNES: The stipulation is
19 that all objections except as to the form of the
20 question are preserved.
21        MR. STUEVE: Right. Just so
22 there's clarity of all counsel who are on the

---

**9**

1 phone, what we're talking about is no need to
2 object on the grounds of relevancy of hearsay or
3 those types of objections.
4        MR. BARNES: Right. And also
5 would an objection for one Defendant apply to
6 all.
7        MR. STUEVE: Yes.
8        MR. BARNES: Thank you.
9        MR. STUEVE: Okay.
10          EXAMINATION
11 BY MR. STUEVE:
12     Q. Mr. Rust, I introduced myself just
13 before the deposition. My name is Patrick
14 Stueve. And I met you for the first time today.
15 Is that correct, sir?
16     **A. Correct.**
17     Q. Have you ever had your deposition
18 taken before?
19     **A. A couple times.**
20     Q. Okay. Let me just go over a few
21 ground rules. One this is being videotaped and
22 it's also being recorded by our court reporter

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

4 (Pages 10 to 13)

---

**10**

1  here, so it's a little tricky, but you're going
2  to need to keep your hands off of your mouth
3  just so when you're talking the videographer can
4  pick it up, as well as the court reporter. I
5  know that's difficult for all of us in our
6  normal daily routine of communicating but that
7  would be very helpful if you could do that.
8          The second thing is it's important
9  that you verbalize your answer, because again it
10 has to be recorded by the court reporter here
11 and the nodding of heads is difficult to
12 determine whether that was a yes or a no.
13     **A.   You don't get this.**
14         **(Laughter.)**
15     Q.   Exactly.  You understand your
16 testimony is under oath; right?
17     **A.   Yes.**
18     Q.   And that it's the same oath that
19 you would take if there's a trial in this
20 matter.  You understand that?
21     **A.   Yes.**
22     Q.   So it's important that you

---

**11**

1  understand my questions before you answer them.
2  Okay?
3      **A.   Yes.**
4      Q.   And so if you need a
5  clarification, let me know, and I will clarify
6  my answer.  If you answer my question I'm going
7  to assume you understood it.  Fair enough?
8      **A.   Yes.**
9      Q.   All right.  Another important
10 aspect of your testimony being under oath is
11 that if at trial you testify differently than
12 you do here you understand I can use this
13 testimony today at trial?
14     **A.   Yes.**
15     Q.   Okay.  All right.  If you need to
16 take a break, just let me know and we'll take a
17 break.  Otherwise we'll probably go an hour,
18 hour and a half or so and then we'll change the
19 videotape.
20         Now, you understand that you've
21 been identified by Rose Acre as a corporate
22 representative to testify concerning a number of

---

**12**

1  topics; is that correct?
2      **A.   Yes.**
3      Q.   All right.  What is your current
4  position at Rose Acre?
5      **A.   CEO.**
6      Q.   So you're the chief executive
7  officer of Rose Acre?
8      **A.   Yes.**
9      Q.   How long have you held that
10 position?
11     **A.   Couple years.**
12     Q.   All right.  Who did you succeed?
13     **A.   Actually, I'm not sure we actually
14 had a CEO.  I succeeded -- my mother was
15 president.**
16     Q.   Okay.  And your mother is Lois
17 Rust.  Is that right?
18     **A.   Yes.**
19     Q.   What is her current position?
20     **A.   She's chairman.**
21     Q.   Is she still actively involved in
22 the business?

---

**13**

1      **A.   Somewhat.**
2      Q.   She's the chairman of the board of
3  Rose Acre?
4      **A.   Yes.**
5      Q.   Does she hold any other title?
6      **A.   No.**
7      Q.   Do you hold any other title other
8  than chief executive officer?
9      **A.   No.**
10     Q.   Are you a member of the Rose Acre
11 Board?
12     **A.   Yes.**
13     Q.   How long have you been involved in
14 the business under the name Rose Acre?
15     **A.   All my life.**
16     Q.   How old are you?
17     **A.   Born August 8, 1956.**
18     Q.   And I take it as long as you can
19 remember, you've been involved with the family
20 business; is that correct, sir?
21     **A.   Yes.  Family farm.**
22     Q.   Has it always been named Rose

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

5 (Pages 14 to 17)

---

**14**

Acre?

A.   Yes.

Q.   Now, there are some other folks that I've seen in the documents I would like to make sure I understand who they are and what role they have at Rose Acre.  KY Hendrix?

A.   My brother-in-law.

Q.   Brother-in-law.  He's married to Ruth Ann; is that correct?

A.   Correct.

Q.   Ruth Ann Hendrix is your sister?

A.   Right.

Q.   What role does KY Hendrix have in the family business?

A.   He was kind of assistant flock manager.

Q.   How long did he hold that position?

A.   About 20 years, maybe.

Q.   What other responsibilities did he have other than assistant flock manager?

A.   Well, that pretty well encompasses

---

**15**

most.

Q.   And what was his responsibility as an assistant flock manager?

A.   Helping my brother look over the chickens.

Q.   Okay.  And your brother?

A.   Anthony.

Q.   What's Anthony's title?

A.   He run the -- at that time, he run the flock department.

Q.   Is he still with the company?

A.   Yes.

Q.   Okay.  And how long did Anthony Rust serve in the flock department?

A.   All of his life.

Q.   Okay.  And his primary role was to look after the flock; is that correct?

A.   Yes.

Q.   All right.  And as I understand it today Rose Acre has approximately 24 million laying hens; is that correct?

A.   Not quite that many.

---

**16**

Q.   All right.  Give or take what?

A.   22 to 23.

Q.   22 to 23 million laying hens?

A.   Yes.

Q.   And as I understand it, it's the second largest shell egg producer in the United States; correct?

A.   No.

Q.   It's not?

A.   No.

Q.   Where does it rank?

A.   We're probably -- depends on how you rank.  I would say number three today.

Q.   Okay.  Has it been ranked number two before?

A.   It has in the past.

Q.   Okay.  So somewhere in either number two or number three ranking; is that correct?

A.   Correct.

Q.   Would that be true for the last at least since 2000?

---

**17**

A.   Repeat the question.

Q.   Would it be true that Rose Acre would be either the second or third largest shell egg producer since 2000?

A.   Yes.

Q.   So when you're talking about looking after the flock we're talking about 22 million or 23 million laying hens that are located in 15 or 16 different locations; correct?

A.   Yes.

Q.   That responsibility fell to Anthony Rust for at least the last 10 years?

A.   I said all of his life.

Q.   Okay.  Certainly the last 10 years?

A.   Yes.

Q.   And has that responsibility changed in the past year or two?

A.   November 2011.

Q.   All right.  What happened then?

A.   David Hurd was placed in charge of

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

6 (Pages 18 to 21)

18

1   the flock department.
2       Q.  What's his name?
3       **A.  Hurd, H-U-R-D.**
4       Q.  How old is Anthony?
5       **A.  A year older than me.**
6       Q.  So what does that make him?
7       **A.  He was born Flag Day of '55. I**
8   **don't know what that is, age-wise.**
9       Q.  So 50 years is 2005?
10       **A.  58.**
11       Q.  58, and you're 57?
12       **A.  Something like that.**
13       Q.  Okay. And what responsibility did
14   Anthony Rust take in November 2011, after being
15   replaced by David Hurd?
16       **A.  He's flock consultant.**
17       Q.  And what are the differences in
18   his responsibilities now?
19       **A.  He has no direct management role**
20   **in the flock, only consults.**
21       Q.  Why was he replaced?
22       **A.  We had an FDA warning letter.**

19

1       Q.  What did the FDA warning letter
2   pertain to?
3       **A.  Improper rodent control in the**
4   **flock department.**
5       Q.  Did that FDA warning letter apply
6   to all of the Rose Acre facilities?
7       **A.  No. Only one.**
8       Q.  Which one?
9       **A.  White County Egg Farm.**
10       Q.  Where is that located?
11       **A.  White County, Indiana.**
12       Q.  Is that the first warning letter
13   that Rose Acre ever received from the FDA?
14       **A.  Yes.**
15       Q.  Why was he fired as a result of
16   the FDA warning letter?
17       MR. BARNES: Objection. Object to
18   the form. Assumes he was fired.
19       THE WITNESS: He wasn't fired.
20   BY MR. STUEVE:
21       Q.  Let me rephrase my question. You
22   indicated he was replaced as the flock manager;

20

1   is that correct?
2       **A.  Correct.**
3       Q.  As a result of the FDA warning
4   letter; correct?
5       **A.  Correct.**
6       Q.  What was it about the FDA warning
7   letter that led you to believe it was necessary
8   that he should be replaced as the flock manager?
9       **A.  For legal reasons, we removed any**
10   **family shareholder members from any direct**
11   **management of any operations.**
12       MR. BARNES: At this point,
13   Mr. Rust, I'm going to advise you that any
14   advice you received or the company received from
15   legal counsel is privileged information, and I'm
16   sure Mr. Stueve does not want you to disclose
17   that and certainly we don't want you to disclose
18   that. So if your answer is based upon advice
19   you received from legal counsel, you cannot
20   disclose that advice. Do you understand?
21       THE WITNESS: Yes.
22       MR. BARNES: Thank you.

21

1   BY MR. STUEVE:
2       Q.  Was there anyone else replaced
3   after the FDA warning letter after Anthony rust,
4   your brother?
5       **A.  Repeat the question.**
6       Q.  Was there anyone else who was
7   replaced besides Anthony Rust -- I'm sorry, let
8   me finish my question.
9       Was there anyone else who was
10   replaced other than Anthony Rust after the FDA
11   warning letter?
12       **A.  Repeat your question.**
13       Q.  You testified after receiving the
14   FDA warning letter, Anthony Rust was replaced as
15   the flock manager with David Hurd; is that
16   correct?
17       **A.  Correct.**
18       Q.  Was there anyone else whose
19   position changed or their responsibilities were
20   changed after receipt of the FDA warning letter?
21       **A.  There may have been. I'm not**
22   **sure.**

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

7 (Pages 22 to 25)

---

**22**

1  Q.   Did your responsibilities change
2  at all after the FDA warning letter?
3  **A.   Yes.**
4  Q.   What were they?  What changes?
5  **A.   Repeat your question.**
6  Q.   What changes were made after the
7  FDA warning letter to Rose Acre?
8  MR. BARNES:  I thought you asked
9  his position.
10  MR. STUEVE:  Yes.
11  THE WITNESS:  Repeat the question
12  again.
13  BY MR. STUEVE:
14  Q.   I appreciate you making sure that
15  you understand my question.  I will try to be
16  more specific.
17  What changes were made to your
18  responsibilities after the receipt of the FDA
19  warning letter?
20  **A.   That is when I become CEO.**
21  Q.   What responsibilities did you take
22  on that you did not otherwise have before that?

---

**23**

1  **A.   I became the acting chief**
2  **executive officer of the corporation.**
3  Q.   Prior to that time, your mom as
4  the president was the chief executive, if you
5  will?
6  **A.   Correct.**
7  Q.   All right.  And as the chief
8  executive, what are your responsibilities?
9  **A.   Everything about running -- hiring**
10  **the people that operate the management of the**
11  **farm.**
12  Q.   If you could be more specific?
13  **A.   I chose the executive management**
14  **team to run the farm.**
15  Q.   When did you do that?
16  **A.   2011 sometime.**
17  Q.   Would this have been after --
18  **A.   After the warning letter.**
19  Q.   Okay.  Was there an executive
20  management team before then?
21  **A.   It was slightly different.**
22  Q.   Okay.  What was the executive

---

**24**

1  management team prior to you becoming CEO?
2  **A.   Repeat your question.**
3  Q.   So prior to you becoming CEO, who
4  made up the executive management team?
5  **A.   The only real change was my**
6  **brother, removing my brother as head of the**
7  **flock department was on the only real major**
8  **change.**
9  Q.   That would have removed him from
10  the executive management team?
11  **A.   He was put in as a consultant**
12  **only, no direct contact management with telling**
13  **managers what to do.**
14  Q.   Okay.  So who else then makes up
15  the executive management team?
16  **A.   Tony Wesner is chief operating**
17  **officer.**
18  Q.   I'm sorry, how do you spell his
19  last name?
20  **A.   Wesner, W-e-s-n-e-r.**
21  Q.   Okay.  I'm sorry, what's his
22  responsibility?

---

**25**

1  **A.   He's chief operating officer.**
2  Q.   All right.  Who else?
3  **A.   He has under him David Hurd.**
4  Q.   Okay.
5  **A.   Jeff Cutler, C-u-t-l-e-r, and**
6  **Victor Rigterink.**
7  Q.   How do you spell his last name?
8  **A.   R-I-G-T-E-R-I-N-K.  He's**
9  **semiretired.**
10  Q.   And are those three gentlemen also
11  part of the executive management team?
12  **A.   Yes.**
13  Q.   All right.  Who else is on the
14  executive management team?
15  **A.   Greg Hinton, H-I-N-T-O-N.**
16  Q.   What's his position?
17  **A.   He is sales manager.**
18  **Vice-president of sales.**
19  Q.   All right.  Who else is on the
20  executive management team?
21  **A.   David Gibson.**
22  Q.   What's his role?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

8 (Pages 26 to 29)

---

26

1    A.   He runs operations in northern
2  Indiana.  Ty Harweger.
3    Q.   Harwiger?
4    A.   Harweger.
5    Q.   H-A-R-W-I-G-E-R?
6    A.   H-A-R-W-E-G-E-R.  Ty, T-Y.
7    Q.   What's his title?
8    A.   He manages operations of the
9  southern Indiana region.
10   Q.   Okay.
11   A.   Mike Clayton.  He manages Iowa,
12 part of Missouri operations.
13   Q.   Who else?
14   A.   John Brinn manages the southeast
15 operations, B-R-I-N-N.
16   Q.   Anyone else on the executive
17 management team?
18   A.   Greg Marshall and Mark
19 Whittington.
20   Q.   Is it Mark Whittington?
21   A.   Yes.
22   Q.   Anyone else?

---

27

1    A.   I think that's it.
2    Q.   Greg Marshall, what's his role?
3    A.   CFO.
4    Q.   Does he handle the financials for
5  the entire company?
6    A.   Yes.
7    Q.   And then Mark Whittington?
8    A.   Mark is kind of the risk manager.
9    Q.   What does he do as risk manager?
10   A.   He does the -- he does the grain
11 merchandising risk strategies.  He does the
12 corporate liability issues.  He does the I think
13 the HR office, just various responsibilities.
14   Q.   Who does he report to?
15   A.   Tony Wesner.  All those people
16 report to Tony.
17   Q.   Okay.
18   A.   Tony reports to me.
19   Q.   How long has Tony Wesner been with
20 the company?
21   A.   About 30 years.
22   Q.   30 years?

---

28

1    A.   Yeah.
2    Q.   Is he a relative?
3    A.   No.
4    Q.   Did the three people you
5  identified directly underneath him, Jeff Cutler?
6    A.   He runs further process.
7    Q.   I'm sorry?
8    A.   Further processing.
9    Q.   What is that?
10   A.   Egg breaking.
11   Q.   What about David Hurd?
12   A.   Flock.
13   Q.   All right.  Victor Rigterink?
14   A.   Grading.
15   Q.   I'm sorry?
16   A.   Grading.
17   Q.   What does he do specifically?
18   A.   He's in charge of all the grading
19 plants.
20   Q.   Okay.  How long has Mr. Cutler
21 been with the company?
22   A.   5 years maybe.

---

29

1    Q.   What about David Hurd?
2    A.   25 years maybe.
3    Q.   What about Victor?
4    A.   25, 30 years, two different
5  stints.
6    Q.   How about Greg Hinton?
7    A.   30 years.
8    Q.   All right.  David Gibson?
9    A.   25 years, plus or minus.
10   Q.   Ty Harweger?
11   A.   10 years plus or minus.
12   Q.   And Mike Clayton?
13   A.   20 years, plus or minus.
14   Q.   John Brinn?
15   A.   10 years, plus or minus.
16   Q.   Greg Marshall?
17   A.   15 years -- 20 years, plus or
18 minus.
19   Q.   Mark Whittington?
20   A.   20 years, plus or minus.
21   Q.   Now, what role does Ruth Ann
22 Hendrix have with the company?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

9 (Pages 30 to 33)

---

**30**

1  A.   Family.  She's one of the owners.
2  Q.   She's an owner.  Does she have any
3  other role?
4  A.   No.
5  Q.   Is she on the Board?
6  A.   Yes.  No, she's not.  She resigned
7  from the Board.
8  Q.   When did she resign?
9  A.   2011.
10 Q.   Why did she resign from the Board?
11 A.   Because the management structure
12 changed.
13 Q.   She was opposed to you being the
14 CEO?
15 A.   I believe so.
16 Q.   What other changes was she opposed
17 to?
18 A.   I don't recall.
19 Q.   Prior to that time, she was on the
20 Board?
21 A.   Yes.
22 Q.   Where are the headquarters of Rose

---

**31**

1  Acre?
2  A.   Seymour, Indiana.
3  Q.   Are all the members of the
4  executive committee, are they headquartered
5  there?
6  A.   No.
7  Q.   Which ones are not?
8  A.   Dave Hurd.
9  Q.   Where is Dave Hurd located?
10 A.   Northern Indiana.  He has an
11 office next to mine.
12 Q.   Okay.  In northern Indiana?
13 A.   Yes.
14 Q.   And where in northern Indiana?
15 A.   Rensselaer.
16 Q.   Can you spell that for me?
17 A.   R-E-N-S-S-E-L-A-E-R, I think.
18 Q.   Okay.
19 A.   I get is screwed up all the time.
20 Q.   Okay.  Who else is not in Seymour?
21 A.   John Brinn.
22 Q.   Of the executive?

---

**32**

1  A.   Repeat your question.
2  Q.   I'm asking you with respect to the
3  executive management committee, who is not
4  located at the headquarters in Seymour?
5  A.   What are you referring to as the
6  headquarters, the office?
7  Q.   Do you have a principal office
8  where you are -- where the management resides?
9  A.   Yes and no.
10 Q.   Okay.  Where are your offices, not
11 your -- not your various facilities but your
12 offices where management is located?  Are there
13 a number of offices?
14 A.   There would be a number.
15 Q.   Let's -- why don't we just go
16 through, I'll go through in the order you gave
17 me.  Tony Wesner, where is he located?
18 A.   Main office.
19 Q.   Which would be Seymour?
20 A.   Seymour.
21 Q.   All right.  What about Victor
22 Rigterink?

---

**33**

1  A.   Semiretired.  He maintains a home
2  office in his house.  He has no desk and no
3  office.
4  Q.   Okay.  Where's his house?
5  A.   Florida.
6  Q.   Okay.
7  A.   Or Michigan.
8  Q.   Does he attend meetings?
9  A.   He's halfway between Michigan and
10 halfway between Florida.
11 Q.   What about David Hurd?
12 A.   Rensselaer, Indiana.
13 Q.   Is that another office location?
14 A.   Yes.
15 Q.   What about Jeff Cutler?
16 A.   I'm not sure where his office is.
17 It may be at the main office, it may be at Cort
18 Acres.  I'm not sure.  That's our main breaking
19 plant.  The reason I'm not sure is he was at the
20 one then he was at the other.  I'm not sure
21 where he's at today.
22 Q.   Okay.  Are there two breaking

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

---

34

1  facilities?
2      **A.   Three.**
3      Q.   Where are those located?
4      **A.   Guthrie Center, Iowa, Winnimac,**
5  **Indiana -- maybe call that Francisville,**
6  **Indiana, and then Seymour, Indiana.**
7      Q.   Okay.  What about Greg Hinton?
8      **A.   Main office.**
9      Q.   David Gibson.
10     **A.   I'm not sure where his office**
11 **would be.  He works in northern Indiana at**
12 **various locations there.**
13     Q.   How many locations do you have in
14 northern Indiana?
15     **A.   Under his responsibility, there's**
16 **five.**
17     Q.   What are those?
18     **A.   Donovan, Newton County, White**
19 **County, Pulaski County, and County Line.**
20     Q.   What was the last one?
21     **A.   County Line.**
22     Q.   And are those -- what type of

---

35

1  facilities are they?
2      **A.   Egg laying.**
3      Q.   Egg laying.  Okay.  What about Ty
4  Harweger?
5      **A.   He has Jen Acres, Cort Acres.**
6      Q.   Is that like in court?
7      **A.   No.  It should have been.**
8      Q.   Is it cord?
9      **A.   C-O-R-T.**
10     Q.   Okay.  Cort Acres.  All right?
11     **A.   Germantown in Lincoln County.**
12     Q.   Are those also all egg laying?
13     **A.   Yes.**
14     Q.   Okay.
15     **A.   And Jen Acre Plus.**
16     Q.   So six?
17     **A.   Yes.**
18     Q.   Okay.  Does he just rotate among
19 those locations?
20     **A.   I think he has an office at the**
21 **Cort Acre facility.**
22     Q.   Okay.  And then what about Mike

---

36

1  Clayton?
2      **A.   He's in Iowa.**
3      Q.   Where in Iowa?
4      **A.   I think his office is at Guthrie**
5  **Center.**
6      Q.   How many facilities does he
7  oversee?
8      **A.   He oversees Johnson County,**
9  **Missouri, Winterset, Iowa, Stuart, Iowa and the**
10 **Guthrie Center farm, and the Marshall, Missouri**
11 **egg drying plant.**
12     Q.   Are Guthrie Center, Johnson
13 County, Missouri and is it Winterset, Iowa?
14     **A.   Yes.**
15     Q.   Are those all egg laying?
16     **A.   Yes.**
17     Q.   What about John Brinn?
18     **A.   John Brinn runs the North Carolina**
19 **facility at Pantego.**
20     Q.   How do you spell that?
21     **A.   P-A-N-T-E-G-O.**
22     Q.   Okay.

---

37

1      **A.   And the -- I think it's a Madison,**
2  **Georgia address.  We call it the Okonie egg**
3  **farm.**
4      Q.   How do you spell that?
5      **A.   Okonie egg farm.**
6      Q.   Are we talking about two
7  facilities?
8      **A.   Three.**
9      Q.   Three?  North Carolina facility?
10     **A.   Right.**
11     Q.   Where is Pantego?
12     **A.   North Carolina.**
13     Q.   So are there two there?
14     **A.   No.  Just one.**
15     Q.   So Pantego, then Madison, Georgia
16 which you call it the Okonie?
17     **A.   Yeah.**
18     Q.   What other facility?
19     **A.   Cannon, Georgia.**
20     Q.   Okay.  Are those all three egg
21 laying?
22     **A.   Yes.**

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

11 (Pages 38 to 41)

38

1    Q.   Okay.  Where is his office
2  located?
3        **A.   North Carolina.**
4    Q.   What about Greg Marshall?
5    **A.   Main office.**
6    Q.   Okay.  What about Mark
7  Whittington?
8    **A.   Main office.**
9    Q.   What about you?
10   **A.   Northern Indiana.**
11   Q.   Okay.  And where in northern
12 Indiana?
13   **A.   The Rensselaer office.**
14   Q.   Does your sister have any
15 management responsibilities?
16   **A.   No family member has any**
17 **management responsibility.**
18   Q.   Well, you do.
19   **A.   Yes.**
20   Q.   Besides you?
21   **A.   No.**
22   Q.   Is that correct?  So other than

39

1  you, no family?
2    **A.   I have a brother Robert who does**
3  **manage our IT department.**
4    Q.   Okay.
5    **A.   I did forget that.  He's a**
6  **computer geek.**
7    Q.   Where is he located?
8    **A.   Seymour.**
9    Q.   Main office?
10   **A.   Yes.**
11   Q.   And so as far as though management
12 responsibilities as far as overseeing employees
13 and managing the operations day to day, other
14 than you, there's no Rust family member
15 involved?
16   **A.   I manage one person, Tony Wesner.**
17   Q.   Okay.  And he manages everything
18 else?
19   **A.   He manages everything else.**
20   Q.   But you're in different offices?
21   **A.   Right.**
22   Q.   So how do you communicate?

40

1    **A.   Telephone.**
2    Q.   How about e-mail?
3    **A.   Or e-mail.  Either one.**
4    Q.   Do you communicate on a daily
5  basis?
6    **A.   Most days.**
7    Q.   Now, when your mother was the
8  president, who was the chief operating officer?
9    **A.   Everyone run their departments.**
10 **It was set up differently then.**
11   Q.   Okay.  So tell me how it was set
12 up under your mother when she was the president?
13   **A.   My brother run the flock**
14 **department.**
15   Q.   So Anthony ran the flock
16 department?
17   **A.   The laying flocks.**
18   Q.   All right.
19   **A.   Dave Hurd ran the pullet rearing**
20 **capacity or pullet flocks.**
21   Q.   Okay.
22   **A.   Victor run egg grading.  Jeff run**

41

1  egg processing -- further processing.
2    Q.   Okay.  All right.  I'm sorry.  I
3  have Anthony was laying flock, David Hurd pullet
4  flocks.  Who did the further processing?
5    **A.   Jeff Cutler.**
6    Q.   Okay.  What did Victor run then?
7    **A.   Victor was running egg grading or**
8  **that process, egg processing.  We have further**
9  **processing and egg processing.  We call it the**
10 **same thing at different times.**
11   Q.   What is egg grading?
12   **A.   Where you grade the eggs into**
13 **various sizes, wash and grade.**
14   Q.   Wash and grade?
15   **A.   Yes.**
16   Q.   Victor had responsibility for
17 that?
18   **A.   Yes.**
19   Q.   Then Jeff Cutler had -- when you
20 say further egg processing, is that where you're
21 breaking the eggs into a liquid?
22   **A.   Yes.**

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

12 (Pages 42 to 45)

42

1   Q.   And he had that responsibility
2   under your mother; is that correct?
3       A.   Yes.
4       Q.   And then how else did the
5   management divide up under your mom?
6       A.   How do you mean?
7       Q.   So who else had management
8   responsibility?
9       A.   Who are you referring to?
10      Q.   Well, so what role did you have
11  under your mom?
12      A.   I was always the one that picked
13  out what we did and where we did it.
14      Q.   Your responsibility was for
15  acquisitions, expansion?
16      A.   Acquisition, new construction.
17  Whatever.
18      Q.   Okay.  Any other responsibility
19  under your mom?
20      A.   How do you mean?
21      Q.   Did you have any other
22  responsibilities other than acquisition and new

43

1   construction?
2       A.   I did what I wanted.
3       Q.   Well, what else did you do?
4       A.   Everything about running an egg
5   farm.  Master of none and general of all.
6       Q.   Did anyone report to you at that
7   time?
8       A.   Various people.
9       Q.   Who?
10      A.   Tony, Dave, Victor.  Jeff.  Anyone
11  in management would report one way or another to
12  me.
13      Q.   What was Tony Wesner's
14  responsibility when your mom was president?
15      A.   He was in charge of all
16  transportation and environmental and logistics.
17      Q.   When you mean logistics, you're
18  talking about delivering the shell egg product
19  or the processed egg product to wherever it
20  needs to go?
21      A.   He was in charge of logistics of
22  the eggs, egg products, the poop, and the

44

1   chickens.
2       Q.   So he served in a quasi chief
3   operating role even under your mom?
4       A.   He had no day to day of the flock.
5   It was -- he ran his department which was
6   transportation, environmental.  It kind of
7   limited -- my brother ran what took place in the
8   chicken houses, the laying hen houses.
9       Q.   You're talking about Anthony?
10      A.   Anthony, yeah.
11      Q.   Now, how long was that management
12  structure in place that you just identified with
13  your mom?  Would it have gone back to 2000 --
14      A.   Probably the last 20 years.  Plus
15  or minus.  People have changed in there a few
16  times.
17      Q.   So is it fair to say this was a
18  major shake up then in 2011?
19      A.   Yes -- well, not really.  We
20  just -- we just changed responsibilities.
21      Q.   Well, it was a significant enough
22  change that your sister resigned from the Board;

45

1   fair enough?
2       A.   She may have resigned before that.
3   I don't recall the exact time.  We had
4   several -- I don't remember what they were.  She
5   up and stormed out of one of the meetings and I
6   don't even remember what it was about.
7       Q.   Any other members of the Board
8   resign in 2011?
9       A.   No.
10      Q.   Who are the members of the Board?
11      A.   It would be -- today?
12      Q.   Yes.
13      A.   It would be myself, James,
14  Anthony, John, Karen, Robert, Skye, S-K-Y-E,
15  Hendrix.
16      Q.   Is that the same as Ky Hendrix?
17      A.   That would be -- yes.
18      Q.   KY?
19      A.   KY's daughter.  Skye.
20      Q.   Skye.  Okay.
21          MR. BARNES:  Not KY.
22  BY MR. STUEVE:

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

13 (Pages 46 to 49)

---

46

1      Q.    So KY's daughter.  Got it.
2      A.    **Elias Hendrix and Mariah Hendrix.**
3      Q.    Any others?
4      A.    **Tony Wesner, David Hurd, Victor**
5   **Rigterink.**
6      Q.    Any others?
7      A.    **And my mother.**
8      Q.    Lois Rust?
9      A.    **Yes.  She's chairman.  I think**
10  **that's it.**
11     Q.    All right.  So we've got Marcus
12  Rust, which is you?
13     A.    **Uh-huh.**
14     Q.    Then we've got -- is it James
15  Rust?
16     A.    **Yes.**
17     Q.    Who is James Rust?
18     A.    **My brother.**
19     Q.    And does he have any role other
20  than Board of Directors?
21     A.    **He runs our south American farm.**
22     Q.    Where is that located?

---

47

1      A.    **Paraguay and Brazil.**
2      Q.    Does he live there?
3      A.    **Yes.**
4      Q.    Okay.  How long has that been the
5   case?
6      A.    **25 years.**
7      Q.    Is that an egg laying facility?
8      A.    **No.**
9      Q.    What is it?
10     A.    **It's a farm, farming operation.**
11     Q.    What kind of farming operation?
12     A.    **Row crop and cattle.**
13     Q.    Okay.  What about -- there was
14  another Rust there, started with a K?
15     A.    **Karen.**
16     Q.    What about John?
17     A.    **He's my brother.**
18     Q.    All right.  What role does he have
19  with the company?
20     A.    **He does farm reports.  He goes**
21  **through and does a family photograph of the**
22  **farms, just type up the report that he gives my**

---

48

1   mother and myself a copy of.
2      Q.    What is the farm report again?
3      A.    **Just general operating report of**
4   **the farm.**
5      Q.    Does he tour all the locations?
6      A.    **Yeah.**
7      Q.    How long has he been doing that?
8      A.    **I don't recall.  Quite a while.**
9      Q.    At least 10 years?
10     A.    **I don't recall exactly when he**
11  **started.**
12     Q.    So for several years?
13     A.    **Yeah.**
14     Q.    All right.  And how frequently
15  will he prepare the report?
16     A.    **I think they are quarterly.**
17     Q.    Okay.
18     A.    **Maybe biannual.**
19     Q.    What would he report on?
20     A.    **Just general condition of the**
21  **farm.**
22     Q.    Did he have a form for his report

---

49

1   that he fills out?
2      A.    **No.**
3      Q.    How many pages would it be?
4      A.    **Five, ten, maybe.**
5      Q.    Who would get those besides you
6   and your mom?
7      A.    **I'm not sure.**
8      Q.    Is he continuing to prepare those
9   for you and your mom?
10     A.    **Yes.**
11     Q.    How old is your brother, John?
12     A.    **Forty something.**
13     Q.    A younger brother?
14     A.    **Yeah.  He's the second youngest.**
15  **I'm not sure what year he was born.**
16     Q.    Does he have any other
17  responsibility other than preparing these
18  reports about the various facilities?
19     A.    **He does the egg carton design**
20  **work.**
21     Q.    How long has he done that?
22     A.    **20 years.**

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

14 (Pages 50 to 53)

---

50

1   Q.   Okay.  Any other responsibilities?
2   A.   **He signs the checks, opens the**
3   **mail.**
4   Q.   So he has check writing authority?
5   A.   **He has check signing authority.**
6   Q.   Check signing authority?
7   A.   **Yes.**
8   Q.   Does he still do?
9   A.   **Yes.**
10  Q.   What other responsibilities?
11  A.   **I think that's about it.**
12  Q.   What is his title?
13  A.   **I'm not sure.  Family member.**
14  Q.   Is he a full-time employee?
15  A.   **Yeah.  He's director.**
16  Q.   Is that his title, director?
17  A.   **Yeah.**
18  Q.   It sounds like his principal
19  responsibility is to tour the various facilities
20  and prepare the reports for you and your mom?
21  A.   **Yeah.  He lived in New York for**
22  **many years.**

---

51

1   Q.   How often does he visit the
2   various facilities during the year?
3   A.   **I'm not sure exactly how many**
4   **times.**
5   Q.   Frequently?
6   A.   **I would say a couple times a year**
7   **at least.**
8   Q.   Okay.  How about Karen Rust, she's
9   your sister?
10  A.   **Yes.**
11  Q.   She's on the Board of Directors;
12  is that right?
13  A.   **Correct.**
14  Q.   Does she have any other
15  responsibilities?
16  A.   **She would look over purchase**
17  **orders daily, or she did for a while.  I'm not**
18  **sure -- there's a time period she hasn't.  When**
19  **John wasn't there, she would open mail and she**
20  **would sign checks.**
21  Q.   Does she have check signing
22  authority?

---

52

1   A.   **Yes.**
2   Q.   Is she a full-time employee?
3   A.   **Yes.**
4   Q.   Has that been true for the last
5   10, 15 years?
6   A.   **Yes.**
7   Q.   How old is she?
8   A.   **I'm not good on birthday cards.**
9   **46 -- '8 maybe.**
10  Q.   What's her title?
11  A.   **She may be 50.  Just director.**
12  Q.   What about Robert Rust?
13  A.   **He's IT.**
14  Q.   Any other responsibility?
15  A.   **No -- director.**
16  Q.   Now, you didn't -- I don't think
17  you mentioned Anthony.  Is he a Board of
18  Director?
19  A.   **Yes.**
20  Q.   Okay.  And he's a flock consultant
21  now?
22  A.   **Yes.**

---

53

1   Q.   Where is he located?
2   A.   **Seymour.**
3   Q.   Is he a full-time employee?
4   A.   **Yes.**
5   Q.   And as a flock consultant, does he
6   report to anyone?
7   A.   **To Dave Hurd or Tony Wesner.**
8   Q.   And what does he do as a flock
9   consultant?
10  A.   **He looks at the records weekly.**
11  Q.   What records?
12  A.   **Production records.**
13  Q.   Okay.  What does he do with them?
14  A.   **He gives a list of his suggestions**
15  **of what they should be looking at or not looking**
16  **at.  That's what he's supposed to do.**
17  Q.   Who does he communicate those to?
18  A.   **David or Tony.**
19  Q.   Does he do that in writing?
20  A.   **I have no idea.**
21  Q.   Any other responsibilities?
22  A.   **No.**

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                            March 5, 2014

15 (Pages 54 to 57)

---

54

1    Q.   What about Elias Hendrix, is that
2  another sibling?
3    A.   That is -- he is KY's son.
4    Q.   Okay.  And is he an employee of
5  Rose Acre?
6    A.   No.
7    Q.   Does he have any responsibility
8  with respect to Rose Acre?
9    A.   Director.
10    Q.   Other than director?  Other than
11  director, does he have any other responsibility?
12    A.   No.
13    Q.   Okay.  What does he do?
14    A.   He is a general farm manager for
15  Carol Family Farms in Bahia, Brazil.
16    Q.   What about Mariah Hendrix?
17    A.   Mariah just graduated.  She's a
18  director.
19    Q.   Is she a grandchild of Lois Rust?
20    A.   Yes.
21    Q.   Whose child?
22    A.   KY's.

---

55

1    Q.   Okay.  And is she just a director?
2    A.   Yes.
3    Q.   Is she an employee of Rose Acre?
4    A.   No.
5    Q.   What does she do?
6    A.   What does she do?
7    Q.   Yeah.
8    A.   I'm not sure 100 percent.  She
9  works someplace.  She studied in college like
10  the hotel type business, hospitality business.
11  I assume she's out working at a hotel someplace.
12    Q.   Do you have any outside director,
13  anyone other than a family member or someone who
14  works for Rose Acre on the Board?
15    A.   Not on the official Board.
16    Q.   Do you have an Advisory Board?
17    A.   Yes.
18    Q.   All right.  And who is on the
19  Advisory Board?
20    A.   It would be -- outside Rose Acre,
21  no one.
22    Q.   Okay.

---

56

1    A.   Jeff Cutler and Mike Clayton, I
2  believe are the two Advisory Board members.
3    Q.   Okay.  So there is no one outside
4  Rose Acre or the Rust family either on the Board
5  of Directors or Advisory Board; is that correct?
6    A.   Correct.
7    Q.   Are there any other committees
8  that provide input to the management of Rose
9  Acre or Boards other than the main Board and the
10  Advisory Board?
11    A.   Yes.
12    Q.   What are those?
13    A.   We have a long-term planning
14  committee.
15    Q.   Okay.
16    A.   A finance committee.
17    Q.   Okay.
18    A.   And a compensation committee.
19    Q.   Okay.
20    A.   And they report to the board.
21    Q.   Who is on the long-term planning
22  committee?

---

57

1    A.   Myself, Greg Hinton, Tony Wesner,
2  my sister, Karen, and Ty Harweger.
3    Q.   How long has that committee been
4  in place?
5    A.   4 or 5 years maybe.
6    Q.   Was there a strategic plan prior
7  to 4 or 5 years ago?
8    A.   Me.
9    Q.   You made up the strategic planning
10  committee before that?
11    A.   Yeah.
12    Q.   Did you have a document that you
13  would generate that outlined for everyone at
14  Rose Acre what the strategic plan was?
15    A.   No.
16    Q.   Does Rose Acre today have a
17  written strategic plan?
18    A.   Not really.  We turn in something
19  to the Board, you know, the minutes of our
20  meetings, but --
21    Q.   Okay.
22    A.   There's no blueprint per se.

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

16 (Pages 58 to 61)

---

**58**

1    Q.   How often does the strategic
2  planning committee meet?
3       A.   Monthly, sometimes bimonthly.
4       Q.   Who takes the minutes?
5       A.   Ty Harweger.
6       Q.   And then those are submitted to
7  the Board?
8       A.   Yes.  They're submitted to the
9  executive management committee.
10      Q.   And how long does the executive
11  management -- or excuse me, how frequently does
12  the executive management committee meet?
13      A.   Monthly.
14      Q.   How long has that been true, for
15  the pass decade?
16      A.   Probably.
17      Q.   And are there minutes of those
18  meetings?
19      A.   Yes.
20      Q.   All right.  Who takes those?
21      A.   Kim Alman.
22      Q.   Who is Kim Alman?

---

**59**

1       A.   She is a -- works in the office,
2  office manager.
3       Q.   Of the main office?
4       A.   Yes.
5       Q.   How long has she taken minutes of
6  the executive management meetings?
7       A.   I'm not sure.
8       Q.   Several years?
9       A.   Probably.
10      Q.   All right.  Who did it before her?
11      A.   I don't recollect.
12      Q.   Okay.  And then does the executive
13  management committee then provide minutes to the
14  main Board of their meetings?
15      A.   I'm not sure if they do or don't.
16  No idea.
17      Q.   How often does the Board meet?
18      A.   The family Board?
19      Q.   Yeah.  The main Board?
20      A.   Quarterly.
21      Q.   Okay.  Are there minutes of those
22  meetings?

---

**60**

1       A.   Yes.
2       Q.   Who takes those?
3       A.   Corporate secretary.
4       Q.   Who is that?
5       A.   It was my sister, Ruth Ann, up
6  until she resigned, and then now it's Linda
7  Starr.
8       Q.   How do you spell her last name?
9       A.   S-T-A-R-R.
10      Q.   Okay.  Is she an employee of Rose
11  Acre?
12      A.   She's a secretary of the
13  corporation, I think.
14      Q.   What is her responsibility?
15      A.   She takes -- keeps the corporate
16  books.
17      Q.   Is that her full-time job?
18      A.   No.  She -- she does all of the
19  property real estate tax work.  I think she runs
20  the HR or the Fidelity 401(k) program.
21      Q.   Okay.  Is she a member of the
22  Board?

---

**61**

1       A.   No.
2       Q.   So you said she's secretary of the
3  corporation?
4       A.   Yes.
5       Q.   Who are the officers of the
6  corporation?
7       A.   My mother is chairman of the
8  Board.  I am CEO.  Tony Wesner is the chief
9  operating officer.  And Dave Hurd, Jeff, all
10  those guys are vice presidents of their
11  departments.
12      Q.   Okay.  When you say all those
13  guys, we're talking about Victor Rigterink,
14  David Hurd and Jeff Cutler?
15      A.   Correct.
16      Q.   Any other VPs?
17      A.   Greg Hinton.  He's vice-president
18  of sales.
19      Q.   Okay.  Any other VPs?
20      A.   I think Mark Whittington might
21  have that in his title, too, vice-president of
22  risk management maybe.

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                              March 5, 2014

17 (Pages 62 to 65)

62

1    Q.   Okay.
2    A.   He may be director of risk
3 management.  I'm not a title person.
4    Q.   Okay.  Any other officers?  You
5 mentioned Linda Starr is the secretary?
6    A.   Yeah.  I'm pretty sure she's
7 secretary of the corporation.
8    Q.   So you have the chairman of the
9 Board, the CEO, the chief operating officer, the
10 various VPs you identified and the secretary.
11 Are there any other officers that you know of?
12    A.   I could have missed a couple, but
13 I don't think so.
14    Q.   Okay.  With respect to the
15 ownership, how does the ownership break up at
16 Rose Acre?
17    A.   Each family segment owns
18 one-seventh of the common stock and my mother
19 owns so many shares of preferred stock.
20    Q.   Your mom is the sole preferred
21 stockholder?
22    A.   She is the preferred stock

63

1 shareholder only, and owns no common stock.
2    Q.   When you say one-seventh, how does
3 that break out?
4    A.   One-seventh.
5    Q.   Name the family groups you're
6 referring to that has one-seventh?
7    A.   Each of the family siblings.
8    Q.   So if you could for me, you?
9    A.   Myself.
10    Q.   Ruth Ann?
11    A.   Ruth Ann.  Karen, John, Robert,
12 Anthony, and James.
13    Q.   When did KY stop working for Rose
14 Acre?
15    A.   6 months, a year ago, maybe.
16    Q.   And why did he leave?
17    A.   He retired to go sailing a boat
18 around the world.
19    Q.   Is he with your sister?
20    A.   Yes.
21    Q.   Where are they?
22    A.   Bermuda Triangle, as far as I

64

1 know.
2    Q.   When did they leave?
3    A.   Which time?
4    Q.   When's the last time you've seen
5 them?
6    A.   Around Thanksgiving.  Ruth Ann at
7 Christmas.
8    Q.   Do you know when they're supposed
9 to be back?
10    A.   A couple years.  Supposedly
11 they're going to sale around the world.
12    Q.   Can you tell me -- so safe to say
13 with respect to your job history, it's always
14 been with Rose Acre?
15    A.   Yes.
16    Q.   You've not been employed by any
17 other company?
18    A.   No.
19    Q.   What is your educational
20 background?
21    A.   High school.
22    Q.   Where at?

65

1    A.   1 year at Seymour High School,
2 3 years Jennings County.  I graduated from
3 Jennings County.
4        (Rust Exhibit Number 517 was
5 marked for identification.)
6 BY MR. STUEVE:
7    Q.   I'll show you what's been marked
8 as Exhibit 517.
9    A.   Okay.
10    Q.   Can you confirm for me, sir, that
11 this is the corporate notice that was served on
12 Rose Acre that you've been identified to testify
13 about certain topics that are listed?
14    A.   That's what it appears to be.
15    Q.   Okay.  And when is the first time
16 that you learned that you were going to be
17 identified as a corporate rep to testify on
18 behalf of Rose Acre?
19    A.   I don't recall exactly when it
20 was.
21    Q.   Okay.  When -- did you do -- did
22 you prepare for this deposition?

HIGHLY CONFIDENTIAL

Rust, Marcus                                              March 5, 2014

18 (Pages 66 to 69)

---

66

1  A.  Yes.
2  Q.  When did you do that?
3  A.  Yesterday.
4  Q.  All right.  And how long did you
5  prepare for this deposition yesterday?
6  A.  Multiple hours.
7  Q.  Who did you meet with to prepare
8  yesterday?
9  A.  I met with counsel.
10 Q.  Can you identify those for the
11 record, please, your counsel who met with
12 yesterday?
13 A.  Don and John.
14 Q.  Anyone else?
15 A.  No.
16 Q.  Was that in their Washington, D.C.
17 offices here?
18 A.  I forgot.  It was a week ago, I
19 met John in their Ohio office.
20 Q.  Any other preparation other than
21 yesterday and a week ago?
22 A.  No.

---

67

1  Q.  All right.  And yesterday, did you
2  meet with anyone other than counsel for Rose
3  Acre?
4  A.  No.
5  Q.  Did you -- did you review any
6  documents?
7  A.  Yes.  They showed me some
8  documents.
9  Q.  Okay.  Do you recall what
10 documents you reviewed?
11 A.  Not particularly.
12 Q.  Did you review Exhibit 517, and go
13 over the topics that you had been designated
14 for?
15 A.  I think so.
16 Q.  Okay.  Do you know what topics
17 you've been designated for?
18 A.  Several.
19 Q.  Why don't you go through here and
20 identify for me which topics you believe you've
21 been identified to testify about?
22 MR. BARNES:  Why don't you just

---

68

1  ask him --
2  THE WITNESS:  Be specific.  Could
3  you be more specific in what you want?
4  BY MR. STUEVE:
5  Q.  Do you understand whether or not
6  you've been identified to testify on behalf of
7  the corporation with respect to topic 1?
8  A.  Yes.
9  Q.  What about number 2?
10 A.  Yes.
11 Q.  What about number 3?
12 A.  Yes.
13 Q.  What about number 4?
14 A.  Yes.
15 Q.  What about number 5?
16 A.  Yes.
17 Q.  What about number 6?
18 MR. BARNES:  Hold on.  Hold on.  I
19 think we want to correct the record.  I don't
20 think we've designated anybody, Mr. Stueve, to
21 be accurate.  Mr. Monica, who has been handling
22 the 30(b)(6) has been -- I don't think he's been

---

69

1  designated for items 4 and 5.
2  MR. MONICA:  He has not.  Someone
3  else has been.  I understand what you're trying
4  to do, counsel.  You are totally entitled to do
5  that.  He's not going to remember which of your
6  hundred and whatever -- including subparts,
7  there's 104.
8  MR. STUEVE:  There are 34 topics.
9  I'm entitled to ask him what he understands.
10 MR. MONICA:  I just want to make
11 clear, though, we had designated him -- last
12 night, we sent another e-mail confirming what we
13 designated him on.  That's the best thing to
14 look at.
15 THE WITNESS:  I would have to look
16 at a list of which ones I've been designated and
17 not designated for.  I'm been asked about all of
18 them, and I just don't know which ones Im
19 designated for or not designated for.  I don't
20 remember that.
21 BY MR. STUEVE:
22 Q.  And that's why I'm just trying to

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

19 (Pages 70 to 73)

---

70

1    get at --
2        **A.  I don't remember that.**
3        Q.   So sitting here today, you don't
4    remember which ones you've been designated?
5        **A.  Not specifically.  Ask me a**
6    **question on the ones I'm designated for, and I**
7    **should be able to answer.**
8        Q.   Okay, let me -- with respect to
9    number 7, do you know if you've been designated
10   as the corporate rep?
11       **A.  I'm not sure.**
12       Q.   What about number 8?
13       MR. BARNES:  Again, John -- have
14   we designated him for these?  I don't want the
15   witness to be confused, Mr. Stueve.
16       MR. STUEVE:  I'm not trying to
17   confuse the witness.  I'm trying to figure out
18   which ones he understands he's designated.  I
19   understand -- then we will go into more
20   specifics -- no.
21       MR. MONICA:  I'm talking to him.
22       MR. STUEVE:  I don't want you to

---

71

1    put anything in front of the witness.
2        MR. MONICA:  I haven't.
3        MR. BARNES:  We haven't.
4        MR. MONICA:  We haven't proposed
5    to.
6        MR. BARNES:  Okay.
7    BY MR. STUEVE:
8        Q.   If you would, if you could answer
9    my question.  Do you know whether or not you've
10   been designated to provide testimony with
11   respect to topic 8?
12       **A.  Topic 8?  Repeat your question.**
13       Q.   Do you know if you've been
14   designated on behalf of the company to testify
15   with respect to topic 8?
16       **A.  I would have to see the list of**
17   **what I've been designated to.**
18       Q.   Without looking at the list, you
19   don't know one way or the other, is that fair to
20   say?
21       **A.  Fair to say.**
22       Q.   Would that be true with respect to

---

72

1    number 9?
2        **A.  Yes.**
3        Q.   Would that be true with respect to
4    number 10?
5        **A.  What was the question?**
6        Q.   Whether or not you've been
7    designated on behalf of the company?
8        **A.  I would have to see the list.**
9        Q.   You don't know sitting here today
10   on your own?
11       **A.  I don't remember what I was told I**
12   **was designated and not designated.**
13       MR. BARNES:  I'm going to object
14   to this line of questioning.  The best evidence
15   of what the witness had been designated for is
16   contained in the communication that counsel sent
17   to you.
18   BY MR. STUEVE:
19       Q.   With respect to number 11, do you
20   know, sitting here today --
21       **A.  I would have to see a list of what**
22   **I was designated to testify to.**

---

73

1        Q.   If you would, if you would look at
2    topic number 11, do you know if sitting here
3    today, whether or not you've been designated on
4    behalf of Rose Acre to testify about number 11?
5        **A.  I do not know which one I was**
6    **designated for without seeing the list again.**
7        Q.   Would that be true for the topics
8    12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
9    24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34?
10       MR. BARNES:  Object to the form of
11   the question.  There are 144 subparts.  He has
12   been designated on a number of the topics that
13   you just ran through, Mr. Stueve.  I don't know
14   what the point of this is.  If you ask him to
15   testify on a subject for which he has been
16   designated, he will testify as a corporate
17   representative on that subject.
18   BY MR. STUEVE:
19       Q.   If you could read back -- my
20   question is, with respect to the remaining
21   topics that I just identified, is it fair to say
22   that sitting here today, you don't know for sure

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

---

74

1  whether you've been designated to testify on
2  behalf of the corporation?
3       **A.   I have been designated to go over**
4  **a bunch of subjects that are in here.  Unless**
5  **you ask me a question about the specific**
6  **subject, I don't know exactly which ones you're**
7  **referring to.**
8       Q.   Okay.  That's what I was doing.
9  So I asked you -- that's what I was trying to
10 do.  Sitting here today --
11      **A.   Ask me a simple question, I'll**
12 **give you a simple answer.**
13      Q.   Okay.  With respect to number 12,
14 do you know whether or not you've been
15 designated to testify on behalf of the company?
16      **A.   They assigned me a list of stuff**
17 **to designate.  I would have to see the list of**
18 **what I was assigned.  I do not remember exactly**
19 **verbatim all 140, which ones specifically I was**
20 **asked to testify to or not to.  I have more**
21 **general knowledge of the company than any other**
22 **person that you can get here.**

---

75

1       Q.   Okay.
2       **A.   If you ask me a specific question,**
3  **I'll give you the best answer I know.**
4       Q.   Is it fair to say with respect to
5  the remaining topics, 13 through 34, you're not
6  sure one way or another whether you've been
7  designated to testify on behalf of the company?
8       **A.   I don't recollect which ones.**
9       MR. BARNES:  Object to the form of
10 the question.  Rather than asking him about 144
11 subjects contained in your list, go through each
12 one as you have been.  Ask him about if he
13 recalls being designated about 15 or 16.  Let
14 him look at it.  Let him see what he recollects
15 and let him testify.
16 BY MR. STUEVE:
17      Q.   If you would, I just want to make
18 sure the record is clear, because you spoke over
19 the question -- if you could read back the
20 question and ask him to answer it.
21      MR. BARNES:  Don't forget my
22 objection.

---

76

1       (The record was read as
2  requested.)
3  BY MR. STUEVE:
4       Q.   Do you remember the question?
5       **A.   I can't remember that question**
6  **that long.**
7       MR. STUEVE:  Just read back my
8  question then, so he knows what it is.
9       (The record was read as
10 requested.)
11      MR. BARNES:  Same objection.
12      THE WITNESS:  I don't remember
13 what is listed between those numbers.  I need a
14 list of what I'm designated to and not
15 designated to.
16 BY MR. STUEVE:
17      Q.   Now, as I understand your
18 testimony, though, you believe with respect to
19 the topics that you looked at, that you're the
20 most knowledgeable person that you're aware of
21 at the company to answer them; is that correct?
22      **A.   Of the ones I've been designated**

---

77

1  to answer.
2       Q.   Now, when you said -- as far as
3  your preparation, did you do anything specific
4  for any particular topic that you were
5  designated for as far as preparation, other than
6  meet with counsel yesterday and then last week?
7       **A.   No.  They showed me documents.**
8       Q.   Okay.  Did you attempt to talk to
9  anyone at the company in preparation for any of
10 the topics that you've been designated for?
11      **A.   No.**
12      Q.   And this meeting last week in --
13 was that in Ohio; is that right?
14      **A.   Yes.**
15      Q.   And who was at that meeting?
16      **A.   Counsel, John.**
17      Q.   Mr. Monica?
18      **A.   Yes.**
19      Q.   Anyone else?
20      **A.   There was a gal there.  I don't**
21 **remember her name.**
22      Q.   Did you understand she was

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

21 (Pages 78 to 81)

---

78

1  affiliated with Mr. Monica, his law firm?
2      **A.   Yes.**
3      Q.   All right.  Anyone else?
4      **A.   Joe Miller.**
5      Q.   Your in-house counsel?
6      **A.   Yes.**
7      Q.   All right.  Anyone else?
8      **A.   I don't recollect any.**
9      Q.   How long have you -- how long has
10  Rose Acre had a lawyer in-house?
11      **A.   20 years maybe.**
12      Q.   And has it been Mr. Miller?
13      **A.   I'm not sure how long Joe's been**
14  **there, but with him, we have another, Lauren**
15  **Rieder.**
16      Q.   And how long have you had two
17  lawyers in-house at Rose Acre?
18      **A.   I think Lauren has been around**
19  **20 years.**
20      Q.   What about Mr. Miller?
21      **A.   10 years, maybe.**
22      Q.   With respect to topic number 1, I

---

79

1  believe from communications with counsel that
2  you've been designated to testify on behalf of
3  the company.  Is that -- does that sound
4  consistent with your recollection?
5      MR. BARNES:  Objection.  Asked and
6  answered, but go ahead and answer it again,
7  Mr. Rust.
8      THE WITNESS:  This is one I'm
9  designated to answer?  Yes.
10  BY MR. STUEVE:
11      Q.   And then also with respect to
12  number 2, based on communications with us, is it
13  our understanding you have been designated to
14  testify with respect to topic 2 on behalf of the
15  company.  Is that consistent with your
16  recollection?
17      **A.   That's my recollection.**
18      Q.   All right.  And then with respect
19  to number 3, have you also been identified based
20  on -- let me ask it this way.  Based on
21  communications from your counsel, it's our
22  understanding you have been identified to

---

80

1  testify on behalf of the company with respect to
2  topic 3?
3      **A.   If you say I have been identified**
4  **for number 3, I've been identified for number 3.**
5      Q.   We've been talking about the
6  corporate structure under topic number 1 as far
7  as the employees.  It is also my understanding
8  that you have been designated, if you could turn
9  to 517 again to topics 16.  Do you see that?
10      **A.   Yes.**
11      Q.   Topics 17?
12      **A.   Yes.**
13      Q.   And topic 19.  It's my
14  understanding you've been designated to testify
15  on behalf of the company with respect to those
16  topics?
17      **A.   Yes.**
18      Q.   Okay.  So I'm going to focus on
19  those topics right now, and get a little bit
20  more history with respect to Rose Acre; all
21  right?
22      MR. BARNES:  Pat, excuse me, I

---

81

1  don't want to interrupt your exam.  Can we take
2  a break soon?
3      MR. STUEVE:  Let's take a break
4  now.
5      THE VIDEOGRAPHER:  This is end of
6  videotape number 1.  Off the record at
7  10:41 a.m.
8      (A brief recess was taken.)
9      THE VIDEOGRAPHER:  This is the
10  beginning of tape number 2.  Back on the record
11  at 10:55 a.m.
12  BY MR. STUEVE:
13      Q.   Let me show you what's been marked
14  as Exhibit 529?
15      MR. BARNES:  The last one was 517.
16  Are we jumping around?  517 was the last one,
17  Pat.
18      MR. STUEVE:  Why don't you hand
19  that back to me.  We want to go in order.
20      MR. BARNES:  518.
21      (Rust Exhibit Number 518 was
22  marked for identification.)

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

22 (Pages 82 to 85)

---

82

BY MR. STUEVE:
Q.  I'm going to show you what has
been marked as Exhibit 518.  And you'll note at
the bottom of the page, it's RA that's for Rose
Acre 33885 through 891; correct?
**A.  Yes.**
Q.  Did you review this document in
preparation for your deposition yesterday?
**A.  Could have.  I saw lots of**
**documents.**
Q.  All right.  Are you familiar with
this document?
**A.  Generally.**
Q.  All right.  Who would you give
this document to?
**A.  I -- someone that wants the**
**history of the company, I guess.**
Q.  All right.  Who at Rose Acre would
have been the one that would have been -- would
have utilized this document?
**A.  It could have been multiple people**
**utilized this document.**

---

83

Q.  Who would those people be?
**A.  Someone in financial, sales,**
**and/or customer service.**
Q.  According to the meta tag
information on this document, it was June 2005.
Does that sound about right to you?
**A.  What's a meta tag?**
Q.  The dating of the document
underlying the creation of the document?  Why
don't you turn to --
**A.  There's no date on the first page.**
Q.  Why don't you turn to the second
page, if you would.  If you look at the history
and growth of Rose Acre as well as Rose Acre's
business milestones, it goes up through 2005; is
that correct?
**A.  That's what the document says.**
Q.  All right.  Do you have any reason
to doubt the document wasn't prepared sometime
in June of 2005?
**A.  I have no idea of the actual**
**preparation date.**

---

84

Q.  Okay.  Let me -- if you would, is
the summary of Rose Acre's business milestones
on the second page of this document which ends
in Bates stamp 886, is that an accurate summary,
sir?
MR. BARNES:  Are you just
directing his attention to the business
milestones; correct?  At the top of the page.
MR. STUEVE:  Yes.
THE WITNESS:  It's a general
summation of what's happened for the most part.
BY MR. STUEVE:
Q.  If you could, do you believe
that's an accurate summary?
**A.  Fairly.**
Q.  Anything in there that you believe
is inaccurate?
**A.  Well, let me sit here and read it**
**real quick.**
**The Okonie egg farm is inaccurate,**
**1999.  It was purchased and then it was added**
**to.**

---

85

Q.  That's not in the above -- I'm
looking specifically at Rose Acre's business
milestones up at the top?
MR. BARNES:  He's directing your
attention, Marcus, to the section, see Rose
Acre's business milestones.  Do you see that?
THE WITNESS:  I thought he was
referring to this whole list.
MR. BARNES:  No.  The bottom part
says history and growth of Rose Acre.  He's not
there yet.  He's directing your attention to the
top portion.
THE WITNESS:  Re-ask your
question.
BY MR. STUEVE:
Q.  So if you look at the document,
Rose Acre's business milestones, starting in
1934, ending in 2005 and it says today?
**A.  And 61 million eggs is the last**
**part in 1934 is the first part, you're referring**
**to?**
Q.  Yes.  Is that an accurate summary?

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

23 (Pages 86 to 89)

---

86

1  A.  Fairly accurate.
2  Q.  You say fairly.  What I'm asking
3  you is, is there anything in here that's
4  inaccurate?
5  A.  The soybean processing plant date
6  is inaccurate.
7  Q.  What date should that have been?
8  A.  1992.
9  Q.  Okay.  Any other changes?
10  A.  To the best of my recollection,
11  it's fairly accurate, the rest of it.
12  Q.  All right.  No other changes?
13  A.  No.
14  Q.  It says in 1970, that Rose Acre
15  began vertical integration from hatchery to
16  delivery.  Do you see that?
17  A.  Yes.
18  Q.  What is meant by that, vertical
19  integration?
20  A.  That meant we had from the ground
21  up, we had our own hatchery, our own breeding
22  flock.  We had our own feed mills.  We had our

---

87

1  own pullet rearing, and we had our own delivery
2  trucks.  We produced the hatching egg that we
3  hatched that we grew and we made the feed that
4  laid the egg for the egg that we delivered to
5  the store and we delivered.  We done everything
6  from point A to point at the end of the
7  alphabet, whatever that would be.
8  Q.  Before Rose Acre was vertically
9  integrated, what did they -- what --
10  A.  We had to buy our chicks from the
11  outside from somebody else.
12  Q.  Okay.  What else -- did you have
13  the ability to clean, process, carton, and
14  deliver?
15  A.  We've always done that.
16  Q.  Okay.
17  A.  My father started buying and
18  selling nest run eggs and then grading them and
19  selling them.
20  Q.  What about transportation?  Did it
21  always have its own transportation?
22  A.  We always had our own

---

88

1  transportation.
2  Q.  That would be part of a vertical
3  integration; fair enough?
4  A.  Back then.  Today we transport
5  very few of our eggs.
6  Q.  Okay.  And with respect to the
7  feed mills, did you -- did you always have feed
8  mills?
9  A.  Yes.
10  Q.  Okay.  So the milestone of
11  vertical integration from hatchery to deliveries
12  is in 1970s; right?
13  A.  Yes.
14  Q.  And then is says, in the '80s,
15  Rose Acre delivers eggs nationally?
16  A.  Yes.
17  Q.  What was meant by that?
18  A.  We delivered eggs all over.  There
19  wasn't any place we hadn't sold eggs to or from
20  in the US at one time or another.
21  Q.  And then in 1986, it says, Rose
22  Acre begins egg processing.  What is meant by

---

89

1  that?
2  A.  Breaking.
3  Q.  And if you would, if you could
4  explain what you mean by the egg processing?
5  A.  You take an egg and you break it.
6  You separate the egg white and yolk out from the
7  shell.
8  Q.  Okay.  Does that take a facility
9  of -- a production facility to do that?
10  A.  It takes a -- it takes a USDA
11  regulated breaking facility to do that.
12  Q.  All right.  When is the first
13  breaking facility that Rose Acre -- did it build
14  it or did it acquire it?
15  A.  We built it about '86 or something
16  like that.
17  Q.  All right.  And where was it
18  located?
19  A.  Pulaski County, Indiana.
20  Q.  And so where did the eggs that
21  were broken, where did those come from?
22  A.  Originally from that farm, then we

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

24 (Pages 90 to 93)

---

**90**

started hauling eggs from other farms there.

Q. From other farms?

A. When people we sold to went out of business in Chicago.

Q. Okay.

A. We originally used it only to break our eggs there. We didn't haul eggs from other places.

Q. When you started hauling eggs from other places, were those Rose Acre farms or other farms?

A. Rose Acre.

Q. And so how big was this breaking facility that you built in 1986?

A. Relative to what?

Q. Did it have a certain capacity?

A. It had one breaking machine.

Q. Okay. Has it expanded since then?

A. Yes.

Q. How many breaking machines are in it now?

A. Two.

---

**91**

Q. Okay. And approximately how many eggs does it break?

A. I would have to look at some numbers to see. A lot.

Q. Okay. Where would you find that information?

A. That would be in some of the corporate records.

Q. Which specific corporate records would you look to?

A. Something at the general office. It would be probably the egg processing records, weekly.

Q. Okay. The weekly records?

A. Yes.

Q. Does it -- in those weekly records, does it keep an annual total going?

A. I don't recollect.

Q. Is there a document, though, that has a year end summary for an egg breaking facility?

A. I'm sure Jeff prepares one.

---

**92**

Q. Okay. Now, what -- so it takes the eggs from various Rose Acre farms, talking about the breaking facility. It breaks them. What does it do with the egg once it's broken?

A. How do you mean?

Q. What do you do with the yolk and --

A. We put it in a tank.

Q. Okay. What do you do with it?

A. Then you pasteurize it and then you ship it to a customer.

Q. How is it sold to customers?

A. In the tank.

Q. What size of tank?

A. 48000-pound tank, 6,000 gallons.

Q. Who are the customers who would purchase large quantities?

A. It varies. Multiple customers. Kraft, ConAgra. I would have to go back and look at the list. You know, it's a lot of different customers we've sold to through the years.

---

**93**

Q. But these are about -- these customers then would take the processed egg and then package it and sell it; is that right?

A. No. They mostly use it as an ingredient in another product.

Q. All right. And with respect to processed eggs, how many facilities does Rose Acre currently have?

A. We have three egg breaking facilities.

Q. Okay. Where are those located?

A. They are Pulaski County, Guthrie Center, Iowa.

Q. Spell Pulaski.

A. P-u-l-a-s-k-i. It's named after a Polish general who fought in the American Revolution. Guthrie Center, Iowa.

Q. Okay.

A. And Portland, Indiana.

Q. Are they all three about the same size?

A. Pretty close.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

25 (Pages 94 to 97)

---

94

1    Q.   And did you just pasteurize the
2  egg product or did you also make powder or dry?
3       A.   At those facilities, we dry
4  inedible egg at Pulaski.  And we make salted
5  yolk, and liquid white, and pasteurized whole
6  egg, pasteurized salted yolk.
7       Q.   Would that be true of all three
8  breaking facilities?
9       A.   No.  We do -- Pulaski is the only
10 place we do inedible egg.
11      Q.   Okay.  What about the other two
12 facilities, what do you do there?
13      A.   We break egg.  We separate egg,
14 we -- they package eggs into 30-pound containers
15 and/or 2-pound containers and they dry at the
16 Guthrie Center facility.
17      Q.   Okay.  Now, your -- one of your
18 principal competitors with respect to processed
19 eggs, if you will, I'm talking about the
20 processed egg products generated from your
21 breaking facilities is Michael Foods; is that
22 correct?

---

95

1       A.   Yes and no.  They're a competitor,
2  yes.
3       Q.   Who are your other competitors
4  with respect to processed eggs?
5       A.   It would be Wabash Valley.  It
6  would be Crystal Lake.  It would Cargill.
7  Cargill really don't break.  Rembrandt Foods.
8  Sparboe Foods.  Seville Foods.  There's a couple
9  other ones, smaller ones.
10      Q.   Now, with your breaking facilities
11 of the -- in '05, there's a reference there to
12 61 million eggs that were produced.
13      A.   Repeat your question.
14      Q.   If you look at the bottom, the
15 last sentence we're looking at the section under
16 the business milestones.  It says annual
17 production of close to 61 million eggs; right?
18 See that?
19      A.   I assume that's a correct
20 multiplication.  If that's what it says, that's
21 what it says.
22      Q.   What percentage of those eggs that

---

96

1  were produced are used for the breaking
2  facilities?
3            MR. BARNES:  Counsel, are we
4  talking about 2005?
5            MR. STUEVE:  Yes.
6            THE WITNESS:  Are you talking for
7  like for the year 2005?
8  BY MR. STUEVE:
9       Q.   Yeah.  Just --
10      A.   That specific year?
11      Q.   That timeframe.  What percentage?
12      A.   It depends on the market.  10 to
13 25 percent.
14           MR. MONICA:  Am I misreading?  It
15 says 61 million or billion?
16 BY MR. STUEVE:
17      Q.   I thought you said 61 million.  I
18 believe it's 61 billion; is that correct?
19      A.   I said I'm not sure what the
20 calculation is if it's correct or not correct.
21 I thought you said million.
22      Q.   No.  I'm sorry.  I didn't actually

---

97

1  look at the number of zeros?
2       A.   I haven't checked the
3  multiplication.  I'm not sure.  It's billions,
4  yeah.  That's what it says.
5       Q.   As the CEO of Rose Acre, how many
6  eggs on an annual basis today does Rose Acre
7  produce?
8       A.   How many eggs we've produced in a
9  year's time, I've never counted.  It's not -- if
10 that's what the number multiplies out to, yeah.
11      Q.   Would that surprise you that it is
12 61 billion?
13      A.   If the multiplication of the birds
14 and that -- that doesn't surprise me if that's
15 what it is.
16      Q.   Okay.  Where would you look in the
17 corporate records to determine how many eggs
18 were produced on an annual basis?
19      A.   On our annual sales sheet.
20      Q.   Okay.  Now, if you would, it says
21 in '04, Rose Acre builds hatchery 9 million
22 chicks annually, additional feed mills and

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                      March 5, 2014

26 (Pages 98 to 101)

98

expands the Cort Acre facility. Do you see that?

A.   Uh-huh.

Q.   So prior to '04, had you -- did you have a hatchery?

A.   Yes. We built a new hatchery.

Q.   With much greater capacity; is that correct?

A.   Yes.

Q.   It says in '05, Rose Acre breaks ground on a 4 million bird facility in North Carolina; is that right?

A.   That's what it says. Yes.

Q.   Is that consistent with your recollection?

A.   General date, yeah.

Q.   And now, have you built any new facilities since 2005?

A.   We've only expanded some.

Q.   Within the existing facilities?

A.   Yes.

Q.   No acquisition of a new facility

99

or building a new facility; is that correct, since '05?

A.   Sometime in there we bought Crystal Farms in Georgia. I'm sure of the exact -- I don't remember the exact year.

Q.   It would have been after 2005?

A.   That's my recollection.

Q.   That would have added approximately 2.5 million laying hens; is that right?

A.   Something like that.

Q.   Any other acquisitions?

A.   Not that I recollect.

Q.   All right. And then if you would, if you look down at the history and growth of Rose Acre, is that an accurate summary?

A.   Represented pretty close, I would guess.

Q.   All right. Now, there's a note down there that says the growth excludes about 25 in line support facilities such as pullet farms, hatchery, and feed mills?

100

A.   Yeah.

Q.   What do you -- when you say 25 in line support facilities, what do you mean by that?

A.   Well, you've got pullet farms and part of your vertical integration, you've got a breeder farm. You've got a pullet growing farm. You would have -- we have multiple breeder farms. We have multiple pullet farms. Then we have some feed mills that are offsite, some that are on site. We just have a lot of support businesses for -- in a vertical integrated business, they're all necessary for you, but they're not at that farm.

Q.   Okay. Now, if you would, over on 3887, there is the -- there's a description of the Rose Acre management team and this would have been at a time at which your mother would have been the president; is that correct?

A.   Yeah. Mom's always been mom.

Q.   If you would just answer my question. At this time, would she have been the

101

president of the company with this management team?

MR. BARNES:  Can we have a time period, so the record is clear?

BY MR. STUEVE:

Q.   2005?

A.   In 2005, yes, she would have been president.

Q.   And does this description that's under the title Rose Acre management team, would that have been consistent in the 2005 timeframe?

A.   Pretty close, yeah.

Q.   And then underneath major competitors in food service industry, what are you referring to when you refer to food service industry?

A.   That would be -- food service is the distribution chain that feeds the restaurant industry and the kitchen industry. Institutional.

Q.   That food service industry would have been your primary customer for your

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

27 (Pages 102 to 105)

---

102

processed eggs, correct, products?

A. We was never very successful in food service.

Q. But with respect to the food service industry, they would be buying your processed egg products; correct?

A. We tried to sell a lot there, but we never did. Our main food service accounts would be like Cracker Barrel and the balance would be -- it's very little of our percentage in food service. It would be more industrial egg sales like Kraft, ConAgra products.

Q. Is that true for most of the time you've had processed egg facilities?

A. Yes.

Q. When you say industrial like ConAgra, can you tell us what ConAgra is?

A. ConAgra is a conglomerate of multiple food businesses. And we may sell eggs to several of their divisions, liquid eggs or dried eggs. The same with Kraft. They're going to have multiple divisions we supply eggs to.

---

103

Q. Any other principal customers that purchased your processed egg products?

A. I would have to go through a list of the accounts, but the main customers we had was Kraft at that time, for industrial.

Q. Was Cargill one of your customers?

A. We sold Sunny Fresh Kitchens or Kitchen Solutions, they've got multiple names they call it off and on. Not a -- no steady relationship ever.

Q. What's Cargill, if you could explain?

A. What is Cargill?

Q. Yeah.

A. They're probably one of the largest privately held companies in the world.

Q. And why would they be purchasing processed eggs from you?

A. They supply -- they are the buying arm for McDonald's restaurants.

Q. Okay.

A. And they go out and do the

---

104

ingredient sourcing for McDonald's on the so-called farm sites.

Q. Okay. Now, if you would, under major competitors in the food service industry, it says the largest competitor is Michael Foods on processed eggs, is that right?

A. Yes.

Q. Now, if you would, on the next one down, it says, perceived competitive advantage of Rose Acre Farms. It says combinations of: Vertical integration. We operate our own hatchery, pullet farms, soybean crushing, and processing plant feed mills, state of the art grader equipment, our technical employees are some of the best in the industry. And so with respect to the vertical integration, is that where you're describing what you mean by that?

A. Yes.

Q. If you go on down to -- under category number 2, you again reference vertical integration in this document. It says vertical integration helps save production costs,

---

105

breeding, labor, transportation, feeding, et cetera, which in turn allows us to provide great products at a better value to our customers. Did I read that correctly?

A. That's what it says, yes.

Q. Is that one of the advantages of being vertically integrated?

A. Yes.

Q. Now, if you would, over on 889 -- actually, if you could go back on 886, it says, under -- back up there under Rose Acre business milestones, it says, today we have 15 farms in six states with a capacity of over 22 million birds and an annual production of close to 61 billion eggs. Do you see that?

A. Yes.

Q. Is that also consistent with your recollection you had approximately 22 million birds in '05?

A. Yeah. It could be plus a farm or minus a farm. It could be plus or minus a few birds.

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                     March 5, 2014

28 (Pages 106 to 109)

---

106

1    Q.   Over here on 889 at the top of the
2  page under market presence, you see that, the
3  last three digits 889?
4    A.   889?
5    Q.   The bottom of the page down here,
6  it says 889, last three digits?
7    A.   Yes.
8    Q.   Up at the top, it says, under
9  market presence, overall we have about 8 percent
10  share of the shell egg market and we are the
11  second largest egg producer in the nation; do
12  you see that?
13    A.   Yes.
14    Q.   That would be consistent with your
15  recollection; fair enough?
16    A.   At that time probably.
17    Q.   Then it says, our Rose Acre Farms
18  brand has the largest market share in the nation
19  for egg producer brand?
20    A.   Yes.
21    Q.   What do you mean by that?
22    A.   At that time we had the largest

---

108

1  were selling to Certified Grocers, which was the
2  wholesale grocer cooperative in Chicago, and
3  they ceased doing business sometime in the last
4  10 years.  I don't remember exactly what year it
5  was.
6        And we had a major distributor,
7  Dutch Farms, who ceased selling the Rose Acre
8  brand and is selling the Dutch Farms brand.  And
9  we -- you know, then there's a couple other
10  chains that went to their own private label.
11        The supermarket industry really
12  focused hard on private level unless you do a
13  lot of promotional and advertisement, something
14  like an Eggland's Best program or something like
15  that.  We never did spend money advertising.  We
16  always sold cheaply and produced our brand and
17  most people were -- grocery stores are willing
18  to pay more if you put it in their brand.  They
19  don't want to have a competing brand that they
20  have to match prices with.
21    Q.   Any other reasons you can think
22  of?

---

107

1  private label brand in the country.
2    Q.   And what did your private label --
3  what products fell under your private label?
4    A.   Just shell eggs.
5    Q.   What was the brand?
6    A.   Rose Acre Farms.
7    Q.   Where does it rank today?
8    A.   We no longer pack -- we sell
9  Casey's General Stores about 100 cases a week
10  today under our Rose Acre brand private label.
11    Q.   What happened?
12    A.   What do you mean what happened?
13    Q.   I mean, you went from
14  approximately in '05 with the largest market
15  share in the nation for private label brands to
16  virtually nothing?
17    A.   There was a time period in there
18  when we lost -- at one time, we was selling
19  through a distributor in a time period I don't
20  remember the exact dates, we was selling lots of
21  eggs under the Rose Acre brand to Wal-Mart.  And
22  Wal-Mart went to different regional brands.  We

---

109

1    A.   And then just -- no.  That's most
2  of the reason.
3    Q.   Now, it says here under where Rose
4  Acre products -- it says, we supply eggs across
5  the country from Maine to California.  Our
6  largest penetration is in the Midwest with the
7  south as our second largest market.  Was that
8  accurate in 2005?
9    A.   Yes.
10    Q.   Is that accurate today?
11    A.   Mostly.  It's changed somewhat,
12  but --
13    Q.   Okay.  Then it says
14  internationally we ship dry products to Japan,
15  Mexico, Europe, Spain, European Union, and
16  China?
17    A.   Yes.
18    Q.   Was that true in '05?
19    A.   That was true in '05, but today
20  nothing like -- we used to ship a lot of
21  inedible, but most of that market has been
22  curtailed.

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                              March 5, 2014

29 (Pages 110 to 113)

---

110

1    Q.   And then it says, under food
2    service industry versus retail, it says, our
3    sales are 68 percent retail shell eggs and
4    32 percent egg products for food service,
5    manufacturers, and industrial applications.  Do
6    you see that?
7        **A.   That's different today.  Yeah.**
8        Q.   How does that break out today?
9        **A.   We're probably 70 or 80 -- close**
10   **to 80 -- I would say in the low 80s and high**
11   **teens of the somewhere between 15 and 20 percent**
12   **egg products.  80 to 85 percent shell eggs.  It**
13   **changes by the season and the egg market.**
14       Q.   And when you say, just to be
15   clear, when you talk about 68 percent retail
16   shell eggs we are talking about shell eggs that
17   are not processed, they are --
18       **A.   Sold in a retail consumer's**
19   **package and/or a loose pack to food service.**
20       Q.   Then with respect to the
21   32 percent egg products, we're talking about
22   products that re --

---

111

1        **A.   Where we broke the egg.**
2        Q.   After breaking; right?
3        **A.   Yeah.**
4        Q.   Okay.  Why has that changed since
5    '05?  Why has that dropped, your egg product
6    sales dropped to 15 to 20 percent?
7        **A.   Because of all the expansion in**
8    **the Midwest of the egg products field.**
9        Q.   And who were the ones that were
10   doing the principal expansion in the Midwest?
11       **A.   Multiple producers.**
12       Q.   Can you give me some names?
13       **A.   Through contract, the Dean Foods**
14   **group, the Rembrandt Foods, Primera Foods,**
15   **Michael Foods, through various contracts.**
16   **During that time period, I think Pullman Egg**
17   **Farms in Ohio, Agri General, DeCoster.  Lots of**
18   **expansion.**
19       Q.   Now, under Rose Acre's sales
20   channels are direct channels.  It says majority
21   of our customers are direct.  We ship and focus
22   on truckloads and rarely provide pallet loads or

---

112

1    small quantities to direct purchasers.  Do you
2    see that?
3        **A.   Yes.**
4        Q.   What do you mean by that?
5        **A.   We tried to get out of the store**
6    **door delivery business.**
7        Q.   When did you begin that process?
8        **A.   In -- probably 20 years ago.**
9    **We've been working to get out of it.  We still**
10   **do too much of it.**
11       Q.   You moved into a bulk warehouse
12   distribution?
13       **A.   Our goal was to get to where the**
14   **customer picks up at our plant.**
15       Q.   That is commonly known as bulk
16   warehouse distribution?
17       **A.   That would be customer pick up.**
18       Q.   Even more direct than a bulk
19   warehouse system?
20       **A.   Correct.  It is a back haul for**
21   **out customer.  We try to build our facilities to**
22   **where they're out delivering where they can come**

---

113

1    **and pick the eggs up, so we are not in the**
2    **transportation business.**
3        Q.   And so approximately today how
4    many of your customers actually come by and pick
5    up their eggs?
6        **A.   Over half.**
7        Q.   And then approximately how many do
8    you deliver to their warehouse?
9        **A.   We may deliver 20 percent,**
10   **25 percent total today.**
11       Q.   And then how many are direct store
12   delivery?  What percentage?
13       **A.   Less than 5.**
14       Q.   Has that been true at least for
15   the last decade?
16       **A.   Yeah.**
17       Q.   And who are the customers that are
18   willing to come and pick up eggs from your
19   egg -- your egg production facilities?
20       **A.   Kroger, Wal-Mart, Certified did.**
21   **Hy-Vee does.  Most of our retail shell customers**
22   **pick up the eggs or arrange transportation.**

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

114

1  Q.  And that's because these are
2  big -- big buyers?
3  **A.  They're big buyers.  They're big**
4  **distribution centers.  They have transportation**
5  **managers who hire more trucks than we dream of**
6  **hiring.  And they use it as a back haul through**
7  **their vendors and/or through -- they've got all**
8  **kinds of computer programs where they do all the**
9  **different -- they can manage it better -- they**
10 **have access to more trucks than we do.**
11 Q.  With respect to those customers
12 that you deliver to their warehouses, who would
13 fall in that category?
14 **A.  We deliver most of our Aldie.**
15 Q.  Aldie?
16 **A.  Yeah.**
17 Q.  Okay.
18 **A.  That's because they're on a**
19 **special dolly that we have to return the racks**
20 **on the trucks.  It's got to come and go both**
21 **ways.**
22 Q.  The other advantage of not having

115

1  direct store delivery, there are several.  One
2  is you don't have to have the massive trucking
3  or transportation capacity; right?
4  **A.  Trucking is a tremendous liability**
5  **from folks like you.**
6  Q.  And so to have -- to direct store
7  deliver, you're talking about a lot of folks and
8  a lot of cost; right?
9  **A.  Any time you have a truck on**
10 **wheels that's moving down a highway full of**
11 **targets, you're a target.  We just try to**
12 **eliminate that.**
13 Q.  And you're able to eliminate that
14 by having these large volume customers come to
15 your egg production facilities to pick up their
16 eggs; right?
17 **A.  They have that risk, not us.**
18 Q.  And then similarly, if you're just
19 delivering to a warehouse, you are eliminating
20 the risk of all of the direct store delivery?
21 **A.  Right.**
22 Q.  Fair enough?

116

1  **A.  Fair enough.**
2  Q.  It's not just risk, it's cost?
3  **A.  It's cost and it's risk.**
4  Q.  But the risk, what you're talking
5  about is being sued; right?
6  **A.  Liability insurance.**
7  Q.  Right.
8  **A.  We have I don't know what it is**
9  **but we pay millions of dollars in liability**
10 **insurance.**
11 Q.  Then you also don't have the
12 logistics; right, to coordinate that extensive
13 transportation system; right?
14 **A.  What has happened, transportation**
15 **today, the equipment has gotten so complicated**
16 **when you own six or eight trucks, you can't**
17 **afford to have technicians that know how to work**
18 **on them, so you end up -- you're best off just**
19 **hiring someone else to do it and, you know, it's**
20 **like your car.  Could you work on your car**
21 **today?**
22 Q.  So -- my point is that if you were

117

1  going to do all that transportation, there is
2  significant logistics you would have to deal
3  with; right?
4  **A.  Yes.**
5  Q.  Maintenance of a fleet; correct?
6  **A.  Correct.**
7  Q.  Obviously the gasoline, the
8  transportation costs; correct?
9  **A.  Correct.**
10 Q.  All the employees that would be
11 required to service a direct service delivery
12 system; correct?
13 **A.  Yes.**
14 Q.  On top that, you would need a
15 sales force, right, that would be marketing to
16 those direct service delivery customers; right?
17 **A.  Not so much.  A little bit, but**
18 **not so much.**
19 Q.  Right now, how many -- how many
20 sales folks do you have, for example, in your
21 Midwest region?
22 **A.  All of our sales people are**

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

31 (Pages 118 to 121)

---

**118**

1    maintained out of the main office.  I believe
2    there's five or sixth total.
3        Q.    Are they assigned a region?
4        A.    Today they may be.  That's changed
5    through the years.
6        Q.    What -- do you know how those
7    regions are broken up?
8        A.    Not exactly.  I don't know what
9    does there individually.
10       Q.    Of those five or six folks, do you
11   know how many are assigned to the Midwest
12   region?
13       A.    Not right offhand, I don't know.
14       Q.    Who would know that?
15       A.    Greg Hinton.
16       Q.    Under our indirect channels, you
17   state, Rose Acre Farms has some distributors and
18   limited brokers which sell to end customers.
19   This is a very limited part of our business.
20   What you're referring to there is the direct
21   service delivery?
22       A.    Yes.

---

**119**

1        Q.    That was true in '05 and that was
2    true today; correct?
3        A.    Yes.
4        Q.    Now, it says, under the business
5    structure and management systems, it identifies
6    the account management process, the system is
7    fully centralized in our Seymour headquarters.
8    Do you see that down at the bottom?
9        A.    Yes.
10       Q.    And is that true today?
11       A.    Yes.
12       Q.    And then it says, this location
13   controls purchase orders, accounts payable,
14   accounts receivable, billing, documentation,
15   accounting, inventory control, capital
16   investments, pricing and bookkeeping.  Do you
17   see that?
18       A.    Yes.
19       Q.    Is that true today as well?
20       A.    Yes.
21       Q.    All right.
22            (Rust Exhibit Number 519 was

---

**120**

1    marked for identification.)
2    BY MR. STUEVE:
3        Q.    Let me show you what's been marked
4    as Exhibit 519.
5            Are you familiar with Exhibit 519?
6        A.    I'm familiar with a lot of the
7    information, but I don't recognize the format.
8        Q.    Would you be surprised if this is
9    on Rose Acre's website?
10           MR. BARNES:  Object to the form.
11           THE WITNESS:  It could have been
12   something my brother put together.  I recognize
13   seeing this, but I couldn't identify exactly
14   where.
15   BY MR. STUEVE:
16       Q.    Have you ever been to the Rose
17   Acre website?
18       A.    On occasion.
19       Q.    When's the last time you visited
20   it?
21       A.    A couple months ago.
22       Q.    Do you remember seeing this

---

**121**

1    information on it?
2        A.    I didn't look at every individual
3    page on there.  I recollect seeing some of this
4    someplace, but I can't tell you exactly where.
5        Q.    Okay.  I've got some more
6    questions about the Rose Acre operations, so I
7    want to direct your attention to the first page
8    there.  It says, Rose Acre Farms produces a wide
9    range of shell eggs, specialty eggs and egg
10   products.  Do you see that down at the third
11   paragraph there?
12       A.    Yes.
13       Q.    Is that an accurate statement?
14       A.    Yes.
15       Q.    It says under shell eggs include
16   white and brown table eggs from cage free or
17   conventionally raised hens.  Do you see that?
18       A.    Yes.
19       Q.    Where are your cage free laying
20   hens located?
21       A.    Jen Acre Plus facility and the
22   Donovan egg farm facility.  Jen Acre Plus is

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

32 (Pages 122 to 125)

---

**122**

1   North Vernon, Indiana, and Donovan is Donovan,
2   Illinois.
3           Q.   How long has that been the case?
4           A.   I think Jen Acre Plus, 5 to 8
5   years, and I think Donovan, 10 to 12 years,
6   15 years.
7           Q.   Then it says, specialty eggs
8   including cage free, Omega-3, vegetarian and
9   other nutritionally enhanced eggs are available
10  in retail and wholesale packs.  Do you see that?
11          A.   Yes.
12          Q.   Where are your specialty eggs,
13  where are those produced?
14          A.   It can vary.  Our Eggland's Best
15  are produced at Germantown and North Vernon and
16  have been produced at County Line.  Our Omega-3
17  eggs are produced or have been produced at Jen
18  Acres and at County Line.  Our vegetarian have
19  been produced at various locations and other
20  nutritionally enhanced eggs have been produced
21  at various locations.  It depends on the
22  customer.

---

**123**

1           Q.   With respect to your Eggland's
2   Best you're referring to that.  That's a
3   specialty brand; is that right?
4           A.   Yes.
5           Q.   Do you have -- do you have a
6   franchise right with respect to Eggland's Best?
7           A.   Yes.
8           Q.   What are those?
9           A.   What is?
10          Q.   What are your franchise rights
11  with respect to Eggland's Best?
12          A.   Repeat the question.
13          Q.   With respect to Eggland's Best,
14  what are your licensing or franchise rights
15  related to the sale of Eggland's Best brand?
16          A.   Okay.  We have a territory that
17  we're allowed to sell to.
18          Q.   What is that?
19          A.   Several counties in Illinois and
20  Indiana.  We're the smallest Eggland's Best
21  franchise holder.
22          Q.   How long have you had a franchise?

---

**124**

1           A.   Since we purchased the Germantown
2   egg farm.
3           Q.   When was that?
4           A.   I don't recall the exact year.
5   10 years ago, maybe.
6           Q.   Okay.  It says 2004, purchased
7   Germantown egg farm in Germantown, Indiana.
8   Does that sound about right?
9           A.   That's about right.
10          MR. BARNES:  What are you
11  referring to, counsel?
12          MR. STUEVE:  I'm referring to our
13  previous document, 529.
14  BY MR. STUEVE:
15          Q.   So with respect to Eggland's Best
16  --
17          MR. BARNES:  You mean 518.  We
18  don't have a 529.
19          MR. STUEVE:  I forgot to change my
20  number.  Thank you.  I didn't mean to throw you
21  for a loop.
22          MR. BARNES:  You did.

---

**125**

1   BY MR. STUEVE:
2           Q.   2004 sounds about right for
3   Germantown?
4           A.   Yes.
5           Q.   Now, with respect to the -- what
6   do you do with respect to Eggland's Best?  Is
7   there anything different you do at that egg
8   production facility?
9           A.   You do what they tell you to do.
10  You know, you don't -- be more specific in what
11  you're asking.
12          Q.   Do you have any different --
13  anything different with respect to your egg
14  production facilities where you're producing
15  Eggland's Best?
16          A.   Same chicken house, same chicken.
17          Q.   Anything else that varies?
18          A.   Feed formula will be slightly
19  different to change the nutritional label.
20          Q.   Who provides that?
21          A.   Eggland's.
22          Q.   Who is responsible for making sure

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

33 (Pages 126 to 129)

126

1    that that occurs?
2        A.   Our nutritionist, Roger
3    Schielbaum.
4        Q.   Where is he located?
5        A.   Seymour.
6        Q.   How does he know that the
7    facilities are meeting the Eggland's Best
8    requirements?
9        A.   He would be putting -- well, he
10   only does the nutritional aspect.  The actual
11   field audit by the Eggland's farm manager there
12   would be responsible for it.
13       Q.   Okay.  What about the Omega-3.
14   Who is -- what do you do with respect to the
15   Omega-3 egg?
16       A.   That is a total rearrangement of
17   the feed formulization to create a much higher
18   Omega -- it's under patent with Christopher Eggs
19   or Columbus Eggs, which is a European company
20   that we end up making a 660-milligram Omega-3
21   egg which is highest -- it's got what they call
22   one to one fatty chain acid profile which is --

127

1    it's a good egg for people like me that have
2    heart conditions.
3        Q.   Who is responsible for verifying
4    those requirements are being met?
5        A.   Roger does that through the
6    nutritional aspect by checking the computer
7    printout sheets to make sure they was fed and we
8    have to monitor the eggs to do make sure that
9    the eggs meet the requirements of what we're
10   advertising.
11       Q.   You're talking about Roger Hurd?
12       A.   No, Roger Schielbaum.
13       Q.   Who at the actual egg production
14   facilities?
15       A.   That would be verified by the farm
16   manager and the recordkeeping will show that
17   they was fed the proper feed.
18       Q.   What recordkeeping is kept?
19       A.   The computer records from the feed
20   milling operation.
21       Q.   Is that something you could print
22   out?

128

1        A.   It is printed out.
2        Q.   How often?
3        A.   Daily, I think.
4        Q.   Then let me ask you this.  With
5    respect to the specialty eggs that you've
6    identified here, are those sold under -- you've
7    mentioned the Eggland's Best brand.  Is there
8    any other brand that the specialty eggs?
9        A.   Christopher Egg.
10       Q.   Christopher Egg?
11       A.   And then several private labeled
12   supermarket labels.
13       Q.   Can you identify some of those?
14       A.   Off the cuff, the Kroger brand
15   which is Private Select Omega, and then there's
16   some that are sold just Omega egg.  Meyers may
17   use Presidential Select, and that would be a
18   Greg Hinton question.
19       Q.   What is Meyers?
20       A.   That's a grocery store chain.
21       Q.   How big are they?
22       A.   Pretty big.  They're Midwest based

129

1    like Wal-Mart.  They sell everything but they're
2    not as big as Wal-Mart.
3        Q.   What states are they located in?
4        A.   Primarily Michigan, Indiana, maybe
5    Illinois, and Ohio.
6        Q.   Do you know approximately how many
7    stores they own?
8        A.   No.
9        Q.   Now, under the egg products you
10   identify the liquid eggs, the dried eggs, and
11   the egg protein powder.  Do you see that?
12       A.   Uh-huh.
13       Q.   And those would be the egg
14   products we were referencing earlier; is that
15   right?
16       A.   Yes.
17       Q.   Now, if you would, over on the
18   third page, it has -- it starts up at the top
19   with the company history?
20       A.   Yeah.
21       Q.   It says, Rose Acre Farms began as
22   a small family operation with one thousand hens

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

34 (Pages 130 to 133)

---

130

1  but has grown to become one of America's largest
2  egg producers.  Did I read that correctly?
3      A.   Yes.
4      Q.   Then underneath it, the 1930s, it
5  has the first two Rose Acre hen houses were
6  constructed and had 500 hens each a significant
7  number for that time.  Do you see that?
8      A.   Yes.
9      Q.   If you would --
10         MR. BARNES:  It's 520.
11 BY MR. STUEVE:
12     Q.   I'll show you what's been marked
13 as Exhibit 520?
14         (Rust Exhibit Number 520 was
15 marked for identification.)
16 BY MR. STUEVE:
17     Q.   Can you confirm that is the
18 photo --
19     A.   Yes.
20     Q.   -- that appears --
21     A.   Yes.
22     Q.   On your website?

---

131

1      A.   That's my grandfather's farm.
2      Q.   All right.  Now, if you would, if
3  you could turn to the next page?
4          MR. BARNES:  Of 519?  Are we back
5  on 519?
6  BY MR. STUEVE:
7      Q.   Yes.  We are still on 519?
8          MR. BARNES:  Okay.  I'm confused.
9  You just gave him 520.
10 BY MR. STUEVE:
11     Q.   Do you see under the present day,
12 Rose Acre Farms is an industry leader in egg
13 production with 17 facilities in six states; is
14 that right?
15     A.   Yes.
16     Q.   You see there's a picture of an
17 egg production facility; is that right?
18     A.   Correct.  That's Cort Acres.
19     Q.   Is that Cort Acres?
20     A.   Yes.
21     Q.   Let me show you what's been marked
22 as Exhibit 521?

---

132

1          (Rust Exhibit Number 521 was
2  marked for identification.)
3  BY MR. STUEVE:
4      Q.   And this is one of 17 facilities
5  in six states, is that right?
6      A.   Yes.
7      Q.   And approximately how many laying
8  hens are located at Cort Acre?
9      A.   About 3 million.
10     Q.   So 3 million of approximately
11 24 million laying hens that Rose Acre has?
12     A.   Of 22 million.
13     Q.   I'll show you some documents that
14 indicate you have 24 million.  22 to 24?
15     A.   Yes.
16     Q.   Approximately 3 million of them
17 are located -- I'm sorry, what's this location?
18     A.   Cortland, Indiana, or Seymour.
19 One is 3 miles and one is two and a half.
20     Q.   All right.  And if you would,
21 could you just kind of tell me what's -- what's
22 depicted in here?

---

133

1      A.   The big tall thing in the middle
2  is a feed mill.
3      Q.   Okay.
4      A.   The other thing in the middle is
5  the egg processing and the egg breaking plant
6  rooms, buildings.
7      Q.   Okay.
8      A.   This is an older photo.
9      Q.   Are there some additional
10 buildings on the site today?
11     A.   There's a new grading room and
12 then a new breaking plant has been built in over
13 the top of the existing.
14     Q.   So this particular facility has
15 the egg laying production lines.  It has the
16 grading facility?
17     A.   Grading and breaking.
18     Q.   And breaking all in one?
19     A.   Correct.
20     Q.   And is that -- is that true for
21 any other of the 16 facilities?
22     A.   Other than size variation, it's

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

35 (Pages 134 to 137)

---

134

1   true with Pulaski Country and Guthrie Center.
2        Q.   Are they larger or smaller?
3        A.   Smaller.
4        Q.   Okay.  The rows of houses there,
5   do you see those?
6        A.   Uh-huh.
7        Q.   Is that where the laying hens are
8   housed?
9        A.   Yes.
10       Q.   How many stacks high are the cages
11  in those facilities?
12       A.   Some may be four and some may be
13  five.
14       Q.   Okay.  Now, if you would, over on
15  the second to last page of Exhibit 519, under
16  Rose Acre Farms animal welfare program.
17       A.   Yes.  What are you asking?
18       Q.   Are you there?
19       A.   Yes.
20       Q.   It says, at Rose Acre Farms, our
21  corporate culture is built on a commitment to
22  animal care in addition to meeting or exceeding

---

135

1   industry standards and interpretation, we
2   developed our own animal welfare program to
3   further advance the health of the chickens
4   through every stage of their life cycle.  Do you
5   see that?
6        A.   Uh-huh.
7        Q.   What is Rose Acre's own animal
8   welfare program?
9        A.   We actually -- how do you mean --
10  what is out --
11       Q.   It says we developed our own
12  animal welfare program.  What is it?
13       A.   We do a couple things different.
14       Q.   What are -- if you could, could
15  you tell me what Rose Acre's animal welfare
16  program is?
17       A.   What we do different versus the
18  EEP program?
19       Q.   No, I'm asking you -- you state on
20  the website that we developed our own animal
21  welfare program.  I'm asking you to tell me what
22  it is.

---

136

1        A.   I would have to look at the
2   documents.  I'm not familiar with the exact
3   details of it.
4        Q.   Now, it says down here at the
5   bottom, employee training.  It says, Rose Acre
6   Farms employees are trained in bird health and
7   handling.  Rose Acre Farms maintains a zero
8   tolerance policy when it comes to violating
9   animal care policies.  Did I read that
10  correctly?
11       A.   Yes.
12            MR. BARNES:  No, you didn't.  I
13  object.
14  BY MR. STUEVE:
15       Q.   Why don't you read that last
16  sentence to me -- for me?
17       A.   Which page?
18       Q.   On the bottom of this employee
19  training?
20            MR. BARNES:  Just last word is
21  policies not programs.
22  BY MR. STUEVE:

---

137

1        Q.   Let me just read it.  See the last
2   sentence there.  It says -- on this page, it
3   says, employee training.  Do you see that?  Do
4   you see that section down at the bottom?
5        A.   Yes.
6        Q.   All right.  The second sentence
7   there says, Rose Acre Farms maintains a zero
8   tolerance policy when it comes to violating
9   animal care policies.  Did I read that
10  correctly?
11       A.   I don't think I'm on the right
12  page.
13            MR. BARNES:  519.
14  BY MR. STUEVE:
15       Q.   Why don't you show me the exhibit?
16       A.   It's not numbered.
17       Q.   It's off your website?
18       A.   Here's some more.
19            MR. BARNES:  Hold on.
20            MR. MONICA:  You may be mixing
21  them up.
22            MR. BARNES:  I think you're mixing

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

36 (Pages 138 to 141)

---

**138**

1　them up, Marcus.
2　　　　THE WITNESS:  Got it.
3　BY MR. STUEVE:
4　　Q.　That's okay.  If you can just
5　leave those there, that's fine.  Leave those
6　there as well.  Don't need that.  Just leave
7　those there.
8　　　　Right here at the bottom, it says
9　under the employee training on Rose Acre's
10　website, it says, Rose Acre Farms maintains a
11　zero tolerance policy when it comes to violating
12　animal care policy.  Did I read that correctly?
13　　A.　Yes.
14　　Q.　Is that a fact?
15　　A.　To the best of my knowledge.
16　　Q.　Now, Rose Acres had some animal
17　care issues over the years; correct?
18　　A.　What are you referring to as
19　issues?
20　　Q.　Well, have you had any issues with
21　respect to animal care?
22　　　　MR. BARNES:  Object to the form.

---

**139**

1　　　　THE WITNESS:  Yes.
2　BY MR. STUEVE:
3　　Q.　All right.  What are they?
4　　A.　We had animal right activists that
5　come and blew out our transformers for the
6　electric.  They sabotaged our water wells.  They
7　burnt one of our feed trucks.  Had several
8　break-ins through the years.  So we through the
9　years have developed different policies that
10　would relate to animal welfare because of the
11　activism we had happen to us.
12　　　　MR. STUEVE:  I move to strike the
13　answer as nonresponsive.
14　　　　MR. BARNES:  I object to the
15　motion to strike.  It is responsive.  Go ahead.
16　BY MR. STUEVE:
17　　Q.　What have been the issues over the
18　years with respect to Rose Acre violating animal
19　care policies?
20　　A.　I -- to the best of my knowledge,
21　you would have to refer to the issues.  I'm not
22　recollecting what you've referring to as the

---

**140**

1　issues, other than we've been attacked by animal
2　care activist terrorist groups.
3　　Q.　Sir, you have received an FDA
4　warning letter; have you not?
5　　A.　That was related to mice in our
6　manure pits.
7　　Q.　Is it your testimony it has
8　nothing to do with animal care?
9　　A.　That had to do with FDA food
10　regulations.
11　　Q.　What was the concern of the FDA?
12　　A.　That -- their concern was we
13　reported that we had too many mice.
14　　Q.　And what is the concern about
15　having too many mice, sir?
16　　A.　That would be salmonella.
17　　Q.　How is salmonella caused by too
18　many mice?
19　　A.　If you have -- rodents are listed
20　as a major carrier of salmonella bacteria.
21　　Q.　And do you know what impact
22　salmonella bacteria has on a hen?

---

**141**

1　　A.　Yes.
2　　Q.　What is it?
3　　A.　It can -- severe case, it could
4　make a chicken sick.  Most of the time it
5　doesn't.
6　　Q.　But certainly salmonella is an
7　animal issue; right?
8　　A.　It's a human health issue.
9　　Q.　It's also an issue with respect to
10　the laying hen; correct?
11　　A.　Not as much with the hen as it is
12　with the human health.
13　　Q.　Any other issues concerning --
14　either related to food safety or animal care,
15　other than the FDA letter that come to mind,
16　sir?
17　　A.　Repeat the question.
18　　　　MR. STUEVE:  Read it back.
19　　　　(The record was read as
20　requested.)
21　　　　THE WITNESS:  We had animal
22　rightists who come in and did videotapes.  Some

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

37 (Pages 142 to 145)

---

142

1  of the videotapes were improperly labeled as
2  being our facilities when they weren't our
3  facilities.  And, you know, we watched two of
4  our competitors through the years have been --
5  you know, I had friends in Germany who were in
6  the egg production business that got voted out
7  of the business by their legislation.  You know,
8  a lot of animal welfare issues when you look at
9  what's happened around the world with animal
10  rights activists.
11  BY MR. STUEVE:
12      Q.   You mentioned there was a video.
13  Is it your testimony -- was there video of any
14  of your facilities?
15      A.   They were represented to be our
16  facility, when in fact they were some of our --
17  a few of the pictures were taken showing the
18  outside of our facility, but the inside video
19  was taken of another producer's.  They mixed
20  videos together, this undercover guy did for the
21  animal rights organization.
22      Q.   How were you able to determine

---

143

1  that, sir?
2      A.   The -- from memory -- we use -- I
3  think it was a water system was different and we
4  didn't use that type.  That's what my
5  recollection was.
6      Q.   Were you able to get a hold of the
7  video?
8      A.   It was public on national TV.
9      Q.   When did that occur, sir?
10      A.   That occurred five, ten --
11  10 years ago, maybe.  Something.  I don't
12  remember the exact date.
13      Q.   What show did it appear on?
14      A.   I don't remember.
15      Q.   Okay.  And what was the -- do you
16  recall what the content of the video was?
17      A.   It was a compiled so-called
18  documentary evidentiary, whatever, by some
19  activist that got paid to compile -- they took
20  little clips and tied together what he had
21  observed over a several month period working for
22  us and various other egg companies.  And then

---

144

1  they released it and it went on national TV at
2  that time.
3      Q.   And who -- who did he do this on
4  behalf of?
5      A.   ALF or PETA or HSUS or one of
6  those organizations.
7      Q.   Did you take any legal action
8  after that video was shown?
9      A.   No.  Only thing we did was invited
10  the news media to come to our facility to show
11  them it wasn't ours.
12      Q.   Was your facility videotaped at
13  that time by those news agencies?
14      A.   I have no idea.  That never came
15  up.
16      Q.   Did you allow them to videotape
17  your facilities?
18      A.   If they wanted.
19      Q.   Did they?
20      A.   I don't think, they did.  I don't
21  recall exactly what took place.
22      Q.   Do you remember what news agencies

---

145

1  that went to your facility?
2      A.   I don't recall which ones they
3  were.
4      Q.   You do have videotape of your
5  facilities; right?
6      A.   Yes.
7      Q.   And how long have you been
8  videotaping your facilities?
9      A.   I don't recall when we started it.
10  For a while, we had a live cam set up in one of
11  our facilities where you could go in and look at
12  the chickens in the cages.
13      Q.   And do you know where those videos
14  are stored?
15      A.   No idea.
16      Q.   Who at the company would know
17  that?
18      A.   Maybe my brother, Robert or John.
19      Q.   Okay.
20      A.   That was what we had.
21      Q.   All right.  And you showed those
22  videos, correct, as well, of your facility?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

38 (Pages 146 to 149)

---

146

1    A.   I'm not sure what you're asking.
2    Q.   In your -- I think it's in your
3  headquarters when people show up, don't you have
4  videos of some of your facilities?
5    A.   They may have.
6    Q.   You don't recall seeing that in
7  your headquarters?
8    A.   I can't say I have seen that.
9    Q.   All right.
10   A.   There is one that is on Discovery
11 Channel.
12   Q.   What's that?
13   A.   There is one video that plays on
14 Discovery Channel.
15   Q.   What is that?
16   A.   About our farms, Rose Acre Farms.
17   Q.   Do you know which facility is
18 pictured in there?
19   A.   A couple of them, I think.
20   Q.   Okay.
21        (Rust Exhibit Number 522 was
22 marked for identification.)

---

147

1  BY MR. STUEVE:
2    Q.   I'll show you what's been marked
3  as 522.
4        Are you familiar with this
5  document, sir?
6    A.   Yeah.
7    Q.   Can you tell me what this is?
8    A.   It's kind of a flow chart showing
9  how the so-called governance is of the company.
10   Q.   If you would, on page 1 of 2, can
11 you tell me what -- we kind of went through the
12 changes that occurred in 2011.  Do you recall
13 that discussion?
14   A.   Not particularly.
15   Q.   That you, for example, were named
16 the CEO; right?
17   A.   Oh, okay.  Yes.
18   Q.   That would have been after this
19 would have been created; is that correct, sir?
20   A.   Yes.  That was kind of a
21 formalization of what had been in the past, it
22 never really was formalized.

---

148

1    Q.   Now, if you would, we talked about
2  Rose Acre Farms.  Are there various
3  subsidiaries?  Is there just one corporate
4  entity or are there various subsidiaries?
5    A.   There's various subsidiaries for
6  various reasons.
7    Q.   Okay.  And what are they?
8    A.   There would be the actual
9  different corporations would be Rose Acre Farms.
10 There would be RAF International.  There would
11 be NEPCO.  There would be Marshall Egg.  And
12 there would be RAF Transport.  I think that's --
13 then under RAF International, there's the
14 corporation in Paraguay and then there's a
15 Limitado type operating company in Brazil.
16   Q.   And if we would -- is Rose Acre
17 the corporate entity, and then these are
18 subsidiaries underneath that corporate entity?
19   A.   Basically.
20   Q.   Is that to the best of your
21 knowledge?
22   A.   Yes.

---

149

1    Q.   Now, we've been talking about the
2  Board of Directors, the executive management
3  committee, and the various committees of Rose
4  Acre Farms, Incorporated; is that right?
5    A.   Yes.
6    Q.   So what -- are there separate
7  boards for -- first of all, RAF International?
8    A.   Yes.
9    Q.   And are they same the board
10 members?
11   A.   There's -- not all.  There's -- I
12 forget who's on it exactly, but there's like
13 maybe six or seven board members on that one.
14   Q.   And are they -- are all of those
15 the same -- are all of those also on the Rose
16 Acre Board?
17   A.   Yes.
18   Q.   And what about NEPCO?  What is the
19 -- is there a board for NEPCO?
20   A.   I don't recollect.  I'm sure there
21 is, but I'm not sure what it is.  I couldn't
22 tell you offhand.  It's not an operating entity.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

39 (Pages 150 to 153)

---

150

1   Q.   What is it?
2       A.   It was a corporation that we --
3   I'm going through recollection here.  When we
4   bought from Tyson, we bought NEPCO and we kept
5   an LLC or corporation.  NEPCO is a corporation,
6   I think, from memory.  It don't do any business.
7   It still exists.  It owns a piece of property in
8   Georgia, real estate that we bought from
9   Tyson's.
10      Q.   What was on that real estate?
11      A.   There was an egg breaking drying
12  facility, and then an inedible drying facility
13  and a sewer plant and a cell tower.
14      Q.   When was it purchased?
15      A.   10, 15 years ago.
16      Q.   Was it ever utilized by Rose Acre?
17      A.   We utilized the dryer facility as
18  an inedible facility for about a year maybe,
19  year and a half.
20      Q.   Okay.
21      A.   But it was all shut down.  When we
22  bought it, it was part of the condition it had

---

151

1   to be shut down before we took over.  It was a
2   unionized plant.
3       Q.   And what was the purpose of buying
4   it?
5       A.   We wanted the Georgia location and
6   we wanted the customer list of the powdered
7   eggs, the drying business they had.
8       Q.   What about Marshall Egg?  What is
9   it?
10      A.   Marshall Egg was an entity we set
11  up when we purchased two drying plant locations
12  or two breaking facilities from Kraft General
13  Foods.
14      Q.   Okay.  And is there a Board of
15  Directors?
16      A.   Yes.  There's corporate officers.
17  I'm not sure there's a Board of Directors.
18      Q.   Okay.  Where are the corporate
19  offices located?
20      A.   There's no corporate offices,
21  there's corporate officers.
22      Q.   Okay.  Who are they?

---

152

1       A.   It would be -- I would have to
2   look at some documents.  I don't recall who,
3   what.
4       Q.   And is that -- this says 1993
5   purchased Marshall Egg Products in Marshall,
6   Missouri?
7       A.   Yes.
8       Q.   Is that when that purchase would
9   have occurred?
10      A.   Yes.
11      Q.   Are those facilities still
12  operational?
13      A.   Yes.
14      Q.   Okay.  And who runs those?
15      A.   Rose Acre operates those.
16      Q.   Okay.  But the actual facilities
17  themselves are owned by Marshall Egg?
18      A.   Yes.  And Marshall is owned by
19  Rose Acres.
20      Q.   100 percent?
21      A.   Yes.
22      Q.   And what about RAF Transport?

---

153

1       A.   It is a transportation, ICC motor
2   -- regulated motor carrier, Interstate Commerce
3   Commission.
4       Q.   Is that what you utilize to
5   transfer eggs to warehouses?
6       A.   Yes, and to do back hauls.
7       Q.   When you say back hauls, can you
8   explain what you mean by that?
9       A.   On occasion, we had to get an ICC
10  regulation or number to be able to haul public
11  goods as a motorized carrier.  It had to be set
12  up as a separate corporation from Rose Acre
13  Farm.
14      Q.   So the idea is if you delivered
15  eggs to a customer, for example, in Missouri,
16  this would allow you to fill that truck up for a
17  return trip?
18      A.   We would be able to pick up a load
19  from the customer and deliver it to them.  As a
20  private hauler, you're not allowed to do that.
21  You have to be a regulated carrier to load
22  someone else's merchandise on your truck.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

40 (Pages 154 to 157)

154

1    Q.   Got it.  And are there any Board
2  of Directors for RAF?
3         **A.   Yes, it would be some of the same**
4  **people on the other boards, but there are some**
5  **people on that one that are not officers or on**
6  **the Board of Directors of Rose Acres.**
7    Q.   Who?
8         **A.   From recollection, I think Jeff**
9  **Collette, maybe, maybe one other that's**
10 **different, that not any of the other Boards.**
11   Q.   He's an employee at Rose Acre?
12        **A.   He's an employee at Rose Acre.**
13   Q.   What about the RAF International?
14 You said Paraguay.  Is there an entity in
15 Paraguay?
16        **A.   There's an entity in Paraguay and**
17 **an entity in Brazil.**
18   Q.   The entity in Paraguay, is that
19 the farm that your brother farms?
20        **A.   Yes.**
21   Q.   And does that generate revenue?
22        **A.   Yes.**

155

1    Q.   Does that revenue then -- does it
2  go up through RAF International through Rose
3  Acre Corp.?
4         **A.   It stays down there.**
5    Q.   It does?
6         **A.   Yes.**
7    Q.   Does he report on the facility?
8         **A.   We pay tax on it here.**
9    Q.   But does he provide reports to the
10 Board of Directors with respect to the facility?
11        **A.   Yes.  Annual reports.**
12   Q.   Annual reports.  Does he attend
13 the Board meetings as well?
14        **A.   Most of them.  He attends annual**
15 **Board meetings.  He doesn't necessarily come to**
16 **the quarterly.**
17   Q.   How long has he sat on the Board
18 of Directors of Rose Acre?
19        **A.   Who?**
20   Q.   Your brother who runs the farm in
21 Paraguay?
22        **A.   I think 20, 30 years.  I'm not**

156

1  sure exactly.
2    Q.   Okay.  He's been involved with
3  Rose Acre for a long time as well?
4         **A.   Yes.**
5    Q.   Okay.  What about the facility in
6  Brazil?  Does it generate revenue?
7         **A.   Yeah.**
8    Q.   Where does that revenue go?
9         **A.   It stays in Brazil.**
10   Q.   Okay.  And are there any other
11 corporate entities we haven't identified
12 affiliated with Rose Acre?
13        **A.   Not that I recollect.**
14   Q.   Okay.
15        (Rust Exhibit Number 523 was
16 marked for identification.)
17 BY MR. STUEVE:
18   Q.   Show you what's been marked as
19 Exhibit 523.
20        Are you familiar with the
21 publication Egg Industry?
22        **A.   Yes, I am.**

157

1    Q.   Are you a subscriber?
2         **A.   Yes.**
3    Q.   All right.  What is Egg Industry?
4         **A.   It's an industry magazine.**
5    Q.   And do you know -- how frequently
6  do you get it?
7         **A.   We get it -- I don't get it at my**
8  **office, but the main office -- I think it's a**
9  **monthly or bimonthly magazine.**
10   Q.   Okay.  Do you read it?
11        **A.   I haven't for several years.**
12   Q.   Okay.  But Rose Acres subscribes
13 to it?
14        **A.   Yes.**
15   Q.   Who is the one that typically
16 reads it?  Do you know?
17        **A.   I guess people around the office**
18 **would.**
19   Q.   But you don't?
20        **A.   No.  I don't -- it don't get sent**
21 **to my office, so --**
22   Q.   If you would, on the first page

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

41 (Pages 158 to 161)

---

158

1  there, it lists the top 11 egg producers, this
2  is February 2014?
3        A.   Yes.
4        Q.   It has Rose Acre Farms number of
5  hens as of December 31, 2013, 24,600,000; right?
6        A.   That's what it says.
7        Q.   Right.
8        A.   That's what the document says.
9        Q.   Do you have any reason to doubt
10 the accuracy of that?
11       A.   Yes.  They send me a report to ask
12 and fill out and we never report our numbers.
13       Q.   So do you know how they would come
14 up with 24,600,000?
15       A.   They would go and do some best
16 guess estimates from other industry people.
17       Q.   The third place is MOARK, which is
18 -- looks like about 8 million hen difference
19 there.  If your recollection was 22 million or
20 so, that would put you in second place in 2014;
21 right?
22       A.   No.

---

159

1        Q.   Why is that?
2        A.   Because this is inaccurate.
3        Q.   What is inaccurate about it?
4        A.   There's several of these farms
5  that you'll see listed down here all the same
6  owners, just different names.
7        Q.   Who would that be?
8        A.   It would be Trillion Farms.
9        Q.   Who are they affiliated with?
10       A.   The Dean Group.  Mid Central
11 Valley Farms is the Dean Group.
12       Q.   Okay.
13       A.   And then there's -- if you look --
14 I'm sure it's listed elsewhere someplace, there
15 will be -- is there another listing here?  I
16 haven't seen this.
17       Q.   Yeah, actually, let me just turn
18 your attention to -- it's about -- it's several
19 pages in here, it has a fuller listing.  Keep
20 going.
21       MR. MONICA:  Sixth page?
22       MR. STUEVE:  Yeah.  Why don't you

---

160

1  let me get it for you.  I know where it is.
2  There you go.  So let's look at this listing
3  here.
4             THE WITNESS:  Okay.
5  BY MR. STUEVE:
6        Q.   On this listing, again, it has
7  Rose Acre listed as number two based on the
8  number of hens; right?
9        A.   Uh-huh.  Yes.
10       Q.   And --
11       A.   Okay.  The Dean Group has
12 ownership from our understanding in Fremont
13 Farms -- the number 12 producer, Fremont Farms
14       Q.   Uh-huh.
15       A.   Number 22, Center Fresh.
16            There's another -- I'm not
17 familiar with the actual name that they call the
18 locations, but the Dean Group has -- they're
19 very -- they operate different units for various
20 reasons.  They're not into the public eye.
21            They have three locations in Iowa,
22 and I'm not sure what the actual corporate

---

161

1  names.  They keep changing them.
2        Q.   Any other changes?
3        A.   Any other what?
4        Q.   Any other discrepancies that you
5  think are in here?
6        A.   Yeah.  That could be about right.
7  It may be.
8        Q.   So is it your -- is it your
9  testimony that if you added up the Dean Group
10 laying hens, that that would bump you to third
11 place rather than second place?
12       A.   When they've been at various
13 meetings, they proclaim they're number one.  So
14 they may be, may not.  I'm not sure.
15       Q.   Fair to say you're either, as far
16 as you know, the second or the third largest?
17       A.   I comfortably feel we're probably
18 the third largest.  I know they have more than
19 what we do, so --
20       Q.   Now, is -- is it called Dean
21 Group?
22       A.   I'm not sure -- when I say they

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

42 (Pages 162 to 165)

---

162

keep changing, it keeps changing.  It's hard to
pin down.  It's a combination of DeCoster, the
Dean Group.  It's -- I don't know how to explain
it.  They have various corporate reasons that
they list it different ways for different
things.
   Q.   Do you know why?
   A.   No.
   Q.   Okay.  But if they're listed based
on what their corporate structure is, which
is -- which does not lump them all together, you
would be listed, at least on this list, as
number 2; right?
         MR. BARNES:  Object to form.
         THE WITNESS:  Repeat your
question.
BY MR. STUEVE:
   Q.   So if we just took the corporate
structure as identified in our document here,
and this is --
   A.   Our company would be bigger than
any of their individual listed companies.  You

---

163

put their group together as a whole, we would be
behind them.
   Q.   Number 3?
   A.   Yes.
   Q.   Now, this indicates Cal-Maine has
32 million hens.  Do you have any reason to
doubt that number?
   A.   That would be a public record they
state on their annual report.
   Q.   Where is your total number
reflected in your --
   A.   On our flock record weekly.
   Q.   When's the last time you looked at
that?
   A.   Last week.
   Q.   What did it show last week?
   A.   I don't recall the exact number.
   Q.   Was it above 22 million?
   A.   Right about there.
   Q.   If it were 22 million instead of
24, that would still put you in second place on
this ranking; correct?

---

164

         MR. BARNES:  I'm going to object
to the form of the question.  Again, you're
disregarding the prior testimony about the
common ownership of the Dean Group.
BY MR. STUEVE:
   Q.   You can answer my question.
   A.   Repeat your question.
   Q.   If you use 22 million, which is
the best of your recollection, instead of the
24 million, the ranking on this list would still
have Rose Acre number 2; correct?
   A.   According to the ranking on this
list, Rose Acres is listed number 2.
   Q.   It also indicates that in fact
Rose Acre was listed as number 2 the year
before; correct, if you look at the --
   A.   Is there another listing?
   Q.   It's the page before the page we
were just at, up in the right hand column, it
has Cal-Maine Foods ranks number 1.  Then --
then Rose Acre Farm remains in the second spot
in the survey this year with 24.6 million hens

---

165

housed slightly from the prior year?
   A.   That's what the document says.
   Q.   Do you remember being ranked as
number 2 in 2012?
   A.   I actually don't recall looking at
this document in 2012.
   Q.   All right.  Why don't we -- it's a
good breaking spot here for lunch.
         MR. BARNES:  Fine.
         MR. STUEVE:  Okay?
         THE VIDEOGRAPHER:  This is the end
of videotape number 2.  Off the record at
12:24 p.m.
         (Whereupon, at 12:24 p.m., a lunch
recess was taken.)

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

43 (Pages 166 to 169)

---

166

1      AFTERNOON SESSION
2           (1:28 p.m.)
3           THE VIDEOGRAPHER:  This is the
4  beginning of tape number 3.  Back on the record
5  at 1:28 p.m.
6  BY MR. STUEVE:
7      Q.   I did a little tidying up over the
8  break.  You'll need to put that cell phone down.
9  You're on the record now.  Thank you.
10     A.   Let me answer this real quick.
11     I had a friend -- he had a stroke.
12  He's paralyzed on one side.
13     Q.   Are you ready now?
14     A.   Yes.
15     Q.   I apologize.  We should have
16  checked in with you too.  We're back on the
17  record now, we have the videographer going,
18  we've got the court reporter going.  You
19  understand you're under oath?
20     A.   Yes.
21     Q.   Okay.  If you could, I tidied up a
22  little bit there.  If you could go to Exhibit

---

167

1  517, the notice, and turn to topic 20?
2      A.   Okay.
3      Q.   Your membership in UEP, including,
4  and there's several subtopics there?
5      A.   Yes.
6      Q.   Now, it is my understanding that
7  you have been designated for some of these, but
8  not all of these; is that correct?
9      A.   I think most of these here.
10     Q.   Now, it says your decision to join
11  UEP is topic A; right?
12     A.   Yes.
13     Q.   Your eligibility to join UEP is
14  letter B, right?
15     A.   Yes.
16     Q.   The years you were a UEP member is
17  C, right?
18     A.   Yes.
19     Q.   Your attendance at or
20  participation in UEP meetings, right?
21     A.   Yes.
22     Q.   And then your attendance at or

---

168

1  participation on UEP committees, correct?
2      A.   Yes.
3      Q.   And your attendance at or
4  participation in any economic summit?
5      A.   Yes.
6      Q.   Did you participate in an economic
7  summit?
8      A.   I attended one or two, maybe.
9      Q.   Okay.  And so you have information
10  you can testify about on behalf of the company;
11  is that correct?
12     A.   Repeat the question.
13     Q.   You have information you can
14  testify about on behalf of the company with
15  respect to that topic?
16          MR. MONICA:  He's not designated
17  on that topic.  He can certainly testify if you
18  ask him questions.
19          MR. STUEVE:  Okay.  Just so the
20  record is clear, you are not designating him as
21  corporate designee for F; is that correct?
22  That's Mr. Hinton.

---

169

1          MR. MONICA:  That's correct.
2  BY MR. STUEVE:
3      Q.   Do you know if Mr. Hinton attended
4  those same summits?
5      A.   I don't recollect.
6      Q.   Number G, subtopic G, it says,
7  your knowledge of and participation in any
8  industry or collective efforts to decrease the
9  egg supply or raise the price of eggs and egg
10  products.  Do you see that?
11     A.   What is your question?
12     Q.   Did you see that topic?
13     A.   Yes.
14          MR. BARNES:  He's talking about G.
15          THE WITNESS:  I see what G says.
16  BY MR. STUEVE:
17     Q.   It says, including through early
18  or coordinated moults, changes to flock disposal
19  or flock kills, changes to chick placement or
20  hatch, hen house vacancies, reduction or
21  elimination of back billing and/or other layer
22  or hen reductions.  Do you see that?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

44 (Pages 170 to 173)

---

**170**

1       **A.  Yes.**

2       Q.  All right.  And do you have any

3 knowledge concerning topic G?

4       **A.  Somewhat, yes.**

5       Q.  You do?

6       **A.  Yeah.**

7       Q.  Are you prepared to testify about

8 that today?

9       **A.  Yes.**

10       MR. MONICA:  Again, he's not

11 designated, but you're free to ask him.

12 BY MR. STUEVE:

13       Q.  Now, if -- if we could, first of

14 all, I would like -- when did Rose Acre join

15 United Egg Producers?

16       **A.  Sometime in 2002.**

17       Q.  2002?

18       **A.  Yes.**

19       Q.  You remember that Egg Industry

20 chart that we looked at earlier with all those

21 egg producers?

22       **A.  Yes.**

---

**171**

1       Q.  Nearly all of them are members of

2 United Egg Producers; correct?

3       MR. BARNES:  If he knows.

4       THE WITNESS:  Which list are you

5 referring to?

6 BY MR. STUEVE:

7       Q.  The Egg Industry list where you

8 were ranked number two?

9       **A.  I would have to look through the**

10 **individual names to see who is listed.**

11       MR. BARNES:  Do you want me to

12 show it to him?

13       MR. STUEVE:  Let me ask you this.

14 We'll come back to that later.

15 BY MR. STUEVE:

16       Q.  But is it your understanding that

17 a substantial number of the larger egg producers

18 belong to United Egg Producers?

19       **A.  I would say a majority of those**

20 **producers listed belong.  I don't know the exact**

21 **percentage.**

22       Q.  Now, prior to 2002, did Rose Acre

---

**172**

1 have any involvement with United Egg Producers?

2       **A.  Very little, if any.**

3       Q.  Did it ever attend its annual

4 meetings?

5       **A.  Not that I'm -- may have.  Someone**

6 **may have, but not aware who would have or not**

7 **have at the time.**

8       Q.  But you do -- it may have occurred

9 at one or more of the --

10       **A.  Someone may have been to one.**

11       Q.  Okay.

12       **A.  But I don't recollect anyone**

13 **specifically going to them before that.**

14       Q.  Okay.  Had you been asked to join

15 United Egg Producers before 2002?

16       **A.  Yeah.  For many years.**

17       Q.  And who was the person that had

18 asked for many years for Rose Acre to join

19 United Egg Producers?

20       **A.  Originally, Al Pope.  Then it was**

21 **the Gregorys, Chad and Gene.  And then through**

22 **the years, others.**

---

**173**

1       Q.  Okay.

2       **A.  Different industry people had**

3 **asked us to join.**

4       Q.  And why had Rose Acre historically

5 not elected to join United Egg Producers?

6       **A.  Because they instigated several**

7 **lawsuits against us.**

8       Q.  All right.  And when did those

9 lawsuits occur?

10       **A.  '80s.**

11       Q.  All right.  And United Egg

12 Producers sued Rose Acre?

13       **A.  No.**

14       Q.  Who instigated the lawsuits?

15       **A.  I think their law firm did through**

16 **organizing various groups of various regional**

17 **co-op producers that sued us.**

18       Q.  Okay.  But you believe that -- at

19 least Rose Acre believed that UEP's outside

20 counsel was behind that, those efforts?

21       **A.  Their name was on some of the**

22 **documents I've seen.**

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                           March 5, 2014

45 (Pages 174 to 177)

---

174

1      Q.    But to understand your testimony,
2   as I understand it, Rose Acre, your company, had
3   elected not to join United Egg Producers because
4   at least you believed United Egg Producers was
5   behind lawsuits instigated against Rose Acre in
6   the 1980s; is that correct?
7      A.    Repeat your question?
8          MR. STUEVE:  Read it back?
9          (The record was read as
10  requested.)
11         THE WITNESS:  No.  I don't think
12  United Egg Producers as an entity was ever the
13  one that pushed the lawsuit against us.  I
14  believe that lots of their members under -- when
15  they had their meetings would go there and
16  that's what started the lawsuits against us.  I
17  have no firsthand knowledge other than knowing
18  that when some of the records of the courts I
19  saw the Isaacson law firm was part of the
20  original documentation, where they filed suits
21  against us.
22  BY MR. STUEVE:

---

175

1      Q.    So you believed some of the
2   members of UEP when they were at UEP meetings
3   worked together to institute these lawsuits; is
4   that correct, sir?
5      A.    Yes.
6      Q.    All right.  And these were egg
7   producers that were members of United Egg
8   Producers in the 1980s; is that correct, sir?
9      A.    Correct.
10     Q.    What were the lawsuits that you
11  believe these United Egg Producer members
12  coordinated and brought against Rose Acre in the
13  1980s?
14     A.    There were three different
15  lawsuits, all filed by multiple producers in
16  multiple states.  There were three different
17  groups.  And they were suing us because we were
18  selling our eggs too cheap.
19     Q.    And it was the UEP outside counsel
20  that was the one that was instigating the
21  lawsuits as far as the law firm; is that right?
22     A.    That is my recollection.  They

---

176

1   were the original instigator.
2      Q.    This is the Brann & Isaacson firm?
3      A.    Yes, again, our understanding -- I
4   don't know if I read this, remembered, at some
5   point in time, they dropped out of it, all the
6   Plaintiffs got other law firms to represent the
7   different groups.
8      Q.    And these Plaintiffs were egg
9   producers that were members of UEP; is that
10  correct?
11     A.    Correct.
12     Q.    What lawsuits --
13     A.    Let me correct.  They were members
14  of different regional United Egg Producers.
15  There used to be multiple United Egg Producers,
16  Midwest group, a Northeast group, a Southeast --
17     Q.    There was one United Egg Producers
18  organization, but they were broken up into
19  regions; correct?
20     A.    Correct.
21     Q.    And so these were members of UEP's
22  regional organization that sued Rose Acre; is

---

177

1   that correct?
2      A.    Yeah, I'm not 100 percent privy to
3   what the organization behind all this.
4      Q.    But that was your understanding,
5   correct?
6      A.    Yes.  We were not one of the
7   joiners.
8      Q.    You were not even a member of UEP;
9   right?
10     A.    Correct.
11     Q.    And so what laws were they suing
12  Rose Acre under?
13     A.    What specific law?
14     Q.    Yes.
15     A.    Robinson-Patman Act.
16     Q.    Okay?
17     A.    And the Sherman.
18     Q.    How long did those lawsuits go on
19  between Rose Acre and these UEP members?
20     A.    Memory says 8, 10 years.
21     Q.    Okay.  Were they in different
22  parts of the country?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

46 (Pages 178 to 181)

---

178

1    A.   Yes.
2    Q.   Where were they?
3    A.   One in California on the West
4  Coast.  One in the Northeast.  And one in the
5  Midwest.
6    Q.   Where was the one in the Midwest?
7    A.   That was the famously known Double
8  A Poultry case.
9    Q.   Okay.  Were they alleging that you
10  were using below cost pricing to drive
11  competitors out of business?
12    A.   We had cheaper production costs
13  and we get to market, you know, sell them or
14  smell them.  And you know, we were -- we would
15  go in and offer prices to their customers and
16  their customers would switch and they sued us
17  for it.
18    Q.   Just generally, when you mentioned
19  the Robinson-Patman, was -- the claim was
20  predatory pricing, that you were pricing your
21  eggs below cost to drive businesses out?
22    A.   I don't recollect it, I'm not a

---

179

1  lawyer, but there was something in that relative
2  to that.
3    Q.   The issue with your pricing was it
4  was too low and it was driving them out of
5  business; fair enough?
6    A.   Yeah.  We was making money.
7    Q.   Okay.  Now, whatever happened --
8  were those case -- were the cases ultimately
9  resolved?
10    A.   Yes.
11    Q.   How were they resolved?  Was there
12  a trial?
13    A.   There was a trial.
14    Q.   Okay.
15    A.   Jury verdict was awarded against
16  us, and the verdict was set aside and
17  overturned by the judge that run the case.
18    Q.   Was that just one jury trial?
19    A.   Yes.
20    Q.   All right.  And so the jury
21  rendered a verdict against Rose Acre and then
22  the judge set that verdict aside; is that

---

180

1  correct?
2    A.   Correct.
3    Q.   And then what happened after that?
4    A.   Went through multiple appeals, and
5  we ultimately succeeded in all the appeals.
6    MR. MONICA:  Put your mic on.
7    MR. STUEVE:  Could you hear me?
8  Okay.  I've not been accused of being quiet,
9  so --
10  BY MR. STUEVE:
11    Q.   So as a result of these lawsuits
12  that you believed were coordinated by UEP
13  members, the company decided not to join UEP; is
14  that right?
15    A.   No way.
16    Q.   And then in 2002, though, UEP
17  decided -- excuse me, Rose Acre decided to join
18  UEP; is that right?
19    A.   Yes.
20    Q.   And let me show you -- it wasn't
21  just the lawsuit that was concerning to Rose
22  Acre, was it, why you didn't join UEP?

---

181

1    A.   Why we didn't join UEP?
2    Q.   Yeah.
3    A.   Well -- we joined right after we
4  had our transformers, our -- we had facilities
5  that lost their electricity from the animal
6  rights activists, we had feed trucks burned up,
7  we had water facilities destroyed.
8    Q.   That wasn't my question.  The only
9  other reason why in the '80s and '90s that you
10  did not join UEP wasn't just because of the
11  lawsuits back in the '80s; correct?
12    A.   That was the main reason.
13    Q.   Your mom actually believed that
14  UEP was engaged in shady deals; right?
15    A.   Well, because of the lawsuits
16  filed against us, I mean, I don't trust them.  I
17  never have trusted some of the top people at
18  UEP.
19    Q.   Who in particular have you never
20  trusted?
21    A.   Al Pope.
22    Q.   Anyone else?

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

47 (Pages 182 to 185)

---

**182**

1      A.   I don't know.  For many years,
2   they were part of the enemy, you know.
3      Q.   What about the Gregories?
4      A.   I wouldn't trust them any farther
5   than I could throw them.  I hate to say that
6   about people, but --
7           (Rust Exhibit Number 524 was
8   marked for identification.)
9   BY MR. STUEVE:
10     Q.   I'll show you what's been marked
11  as Exhibit 524.  Did you review that document in
12  preparation for your deposition today?
13          MS. REDDING:  Can we get the Bates
14  number?
15          MR. STUEVE:  Yeah, RA 7634.
16          MR. MONICA:  67634.
17          MR. STUEVE:  Excuse me, RA
18  0067634.
19          MS. REDDING:  Thank you.
20          MR. STUEVE:  There's a backside to
21  it, it's -- the last three digits are 635.
22  BY MR. STUEVE:

---

**183**

1      Q.   This is your mother's handwriting;
2   correct, sir?
3      A.   Yes.
4      Q.   And KY would be KY Hendrix; right?
5      A.   Right, that would be my
6   brother-in-law.
7      Q.   And this is dated May 27, '99;
8   right?
9      A.   Yes.
10     Q.   All right.  And the last paragraph
11  there, it says, quite frankly, a generation ago,
12  there used to be really good people in the
13  industry.  Now all they want to do is to play
14  golf and have cocktail parties and pull shady
15  deals?
16     A.   We have several family members
17  that are very untrusting of everything that the
18  United Egg Producers did up to that point.  We
19  paid out millions of dollars in attorney fees
20  fighting them bastards and what they did to us.
21     Q.   And when you -- when your mom was
22  referring to pull shady deals, I read that

---

**184**

1   correctly; right?
2      A.   If you got sued by three different
3   groups of producers, you would think it was
4   shady, too.
5      Q.   I just asked you -- I just want to
6   make sure that I read -- in her note there?
7      A.   That's what she says.
8      Q.   Okay.  That would be consistent
9   with your testimony earlier that not just you,
10  but others at Rose Acre distrusted UEP?
11     A.   Yes.
12     Q.   All right.  Now, show you what's
13  been marked as 316.  This has been marked
14  before.  This was previously marked Depo Exhibit
15  316 at the Gene Gregory deposition.  This
16  appears to be a presentation that was presented
17  to Rose Acre Farms from -- by UEP, it says a
18  membership opportunity presented by UEP and
19  Midwest UEP to Rose Acre Farms.  Do you see
20  that?
21     A.   Yes.
22     Q.   Do you remember seeing this

---

**185**

1   document?
2      A.   I remember seeing it.  I can't
3   qualify when and where.
4      Q.   If you would, it identifies some
5   of the benefits over on the second page, it
6   says, because UEP's voice has been heard and
7   many major accomplishments have occurred over
8   the last 25 years, accomplishments such as, and
9   the first one is, offered voluntary supply,
10  demand, and price discovery programs.  Do you
11  see that?
12     A.   Yeah.
13     Q.   Now, you understood before you
14  joined UEP that they were engaged in coordinated
15  activities that restricted the supply of eggs to
16  boost prices; correct?
17          MR. BARNES:  Object to the form of
18  your question.
19          THE WITNESS:  Repeat your
20  question.
21          MR. STUEVE:  Read it back.
22          (The record was read as

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

48 (Pages 186 to 189)

186

1  requested.)
2          THE WITNESS:  Because we were not
3  members, I have no idea what they engaged in.
4  We only had what they suspected and heard that
5  they did.
6  BY MR. STUEVE:
7      Q.   And one of the suspicions is that
8  they were coordinating egg producers to restrict
9  the supply of eggs?
10     **A.   If you got sued three times, would**
11 **you think that they were coordinating against**
12 **you?**
13     Q.   Let me ask my question.  Is one of
14 the things that you were --
15     **A.   You don't understand, I am pissed**
16 **about being drug into this God damn lawsuit when**
17 **we done nothing.  Nothing.**
18     Q.   Mr. Rust, you'll need to relax and
19 if you just answer my questions, sir.
20     **A.   Okay.**
21     Q.   Is one of the things that you were
22 suspicious of, prior to joining UEP, is that UEP

187

1  was coordinating egg producers to restrict the
2  supply of eggs to boost prices?
3      **A.   We were suspicious.**
4      Q.   And another thing that you were
5  suspicious of is that in fact they were using
6  the animal welfare or certified program as a way
7  to reduce the supply of eggs and boost prices;
8  correct, sir?
9      **A.   No.**
10         MR. BARNES:  Object to form.
11 BY MR. STUEVE:
12     Q.   You didn't have that suspicion,
13 sir?
14     **A.   I didn't have that suspicion of**
15 **that program.**
16     Q.   No one at Rose Acre had that
17 suspicion?
18         MR. BARNES:  Object to form.
19         THE WITNESS:  No.
20 BY MR. STUEVE:
21     Q.   You were aware or certainly had
22 suspicions?

188

1      **A.   Let me restate.  There was family**
2  **members that were very suspicious of the whole**
3  **thing, but --**
4      Q.   And the reason why they were
5  suspicious is that they believed it was --
6      **A.   Of what had happened to us in the**
7  **past.**
8      Q.   They believed that under the guise
9  or the pretense of animal welfare, they were
10 restricting the supply of eggs to boost prices;
11 correct, sir?
12         MR. BARNES:  Objection.
13         THE WITNESS:  You have to repeat
14 your question.
15         MR. STUEVE:  Can you read it back?
16         (The record was read as
17 requested.)
18         MR. BARNES:  Same objection.
19         THE WITNESS:  Repeat it, please.
20         (The record was read as
21 requested.)
22         THE WITNESS:  Who is they?

189

1  BY MR. STUEVE:
2      Q.   Some of your family members were
3  suspicious of that?
4      **A.   Yes.**
5      Q.   All right.  Now, prior to joining
6  UEP -- first of all, whose decision was it to
7  join UEP?
8      **A.   Mine.**
9      Q.   Did you make inquiry of UEP before
10 you joined to -- and ask them, were they engaged
11 in coordinated activities to reduce the supply
12 of eggs to boost prices?
13     **A.   Repeat your question.**
14         MR. STUEVE:  Read it back.
15         (The record was read as
16 requested.)
17         THE WITNESS:  My mind is spinning.
18 Please read it again.
19         (The record was read as
20 requested.)
21         THE WITNESS:  No, I did not ask
22 them that question.

HIGHLY CONFIDENTIAL

Rust, Marcus                                                      March 5, 2014

49 (Pages 190 to 193)

190

BY MR. STUEVE:
  Q.  Did you ask them whether or not
they were using the animal welfare program as a
pretense to restrict the supply of eggs and
boost prices?
  A.  **Our understanding from our**
**customers, we had many customers that were**
**specifying that we had to be part of the animal**
**welfare program, because the only reason we ever**
**joined the UEP animal certified program, and**
**when we joined the animal care certified**
**program, we made damn sure some of our people**
**was going to sit on some of those committees**
**that was going to make the rules up to govern**
**us.**
       MR. STUEVE:  I move to strike the
answer as nonresponsive.  Read back the
question.
       MR. BARNES:  The answer was
totally responsive.  We'll argue the motion.
       MR. STUEVE:  Please just listen to
my question and answer, please, sir.

191

       (The record was read as
requested.)
       MR. BARNES:  Objection.  Asked and
answered.
       THE WITNESS:  I did not ask them
that question.
BY MR. STUEVE:
  Q.  All right.  Now, who is the person
that you met with when you communicated your
decision on behalf of Rose Acre to join UEP?
  A.  **Probably Gene or Chad at that**
**time.**
  Q.  All right.  Did they provide you
any written materials?
  A.  **I recollect, you know, we made --**
**they provided -- we had to sign a thing that we**
**was an egg producer and we was a farmer and we**
**had to make sure that we qualified to be part of**
**their co-op group.**
  Q.  Do you remember them providing you
any information about the supply restriction
programs that they were implementing at the

192

time?
       MR. BARNES:  Objection.  Assumes
facts not in evidence.
       THE WITNESS:  I'm not aware of a
supply restriction program.
BY MR. STUEVE:
  Q.  Did you become aware of supply
restriction programs to boost prices after you
joined?
  A.  **There was never a supply**
**restriction program implemented.  There was only**
**an animal welfare program that reduced the**
**square inches per chicken.  It was a voluntary**
**program that people went into.  We were able to**
**build however many chicken houses we wanted.  We**
**made sure -- we expanded every year.**
  Q.  Sir, did you become aware when you
joined UEP that UEP was engaged in decreasing
the egg supply through industry-wide early kills
and early moults?
  A.  **UEP has always done this voluntary**
**program where they would publish this**

193

**information that would say, there's X amount of**
**chickens, X amount of egg supply.  The demand**
**for this time period is going to be this and**
**they did that for their members.  We never, ever**
**participated in those programs because we're a**
**breaker.  Breakers don't ever reduce their**
**supply.  You break for the maximum to get the**
**maximum volume you can through your facilities.**
  Q.  Were you aware of those
coordinated efforts by UEP concerning early
moults and early kills prior to joining UEP?
       MR. BARNES:  Object to the form of
the question.  Assumes there were coordinated
efforts.
BY MR. STUEVE:
  Q.  Go ahead and answer my question.
  A.  **I was not aware of any coordinated**
**efforts.  You only heard about stuff after the**
**fact.**
  Q.  Were you aware, though, hearing
stuff after the fact, before you joined UEP,
that UEP was attempting to coordinate early

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

50 (Pages 194 to 197)

194

1   moults and early kills prior to joining UEP?
2              MR. BARNES: Object to the form.
3              THE WITNESS: I have no firsthand
4   knowledge of anything before we joined UEP.
5   BY MR. STUEVE:
6          Q.   Now, with respect to -- were you
7   aware before joining UEP that UEP and then USEM
8   attempted to decrease the supply of eggs and
9   boost prices by dumping eggs in foreign markets?
10             MR. BARNES: Object to form.
11             THE WITNESS: Repeat the question.
12             (The record was read as
13  requested.)
14             MR. STUEVE: I'll redo it.
15             These acronyms are tough.
16  BY MR. STUEVE:
17         Q.   Were you aware prior to joining
18  UEP that UEP and USEM reduced the supply of eggs
19  in an attempt to boost prices by dumping eggs in
20  foreign markets?
21             MR. BARNES: Object to form.
22  Calls for a hypothetical. Assumes facts not in

195

1   evidence.
2              THE WITNESS: I'm not aware of
3   what they did before we joined US Egg Marketers.
4   You heard rumors, but I don't know anything
5   factual.
6   BY MR. STUEVE:
7          Q.   The rumors you heard were that, in
8   fact, they were coordinating exports and dumping
9   eggs in foreign markets in order to boost
10  domestic prices; correct?
11             MR. BARNES: Objection.
12             THE WITNESS: Repeat.
13             MR. STUEVE: Read it back to him.
14             (The record was read as
15  requested.)
16  BY MR. STUEVE:
17         Q.   You were aware -- the rumors --
18  the rumors you had heard were that UEP, USEM
19  were coordinating exports to dump eggs in
20  foreign markets in order to boost domestic egg
21  prices; correct?
22             MR. BARNES: Objection.

196

1              THE WITNESS: I never heard it
2   that way.
3   BY MR. STUEVE:
4          Q.   Well, what was the rumor that you
5   heard about the dumping of eggs in foreign
6   markets?
7              MR. BARNES: Objection. Calls for
8   speculation.
9              THE WITNESS: I only heard --
10  anything I would know was only hearsay.
11  BY MR. STUEVE:
12         Q.   And what was that hearsay that you
13  heard?
14         A.   That US Egg Marketers had sold
15  eggs at prices below the prices in the other
16  countries. I heard from the other producers in
17  the other country why they sold them cheaper
18  than what their production cost was.
19         Q.   And why was that?
20         A.   In Europe, they have animal
21  welfare rules, they have to give 124 square
22  inches per chicken, so their cost of production

197

1   is much higher than what the production was
2   here. So they viewed all the eggs being sold in
3   Europe as being dumped there because we was able
4   to produce eggs at 45 inches at the time and
5   ship them to Europe, and had half the capital
6   cost and equipment and facilities what the
7   European law was, because they wasn't allowed to
8   do it. So our prices going to Europe were
9   cheaper than what they could produce them there
10  for.
11         Q.   But you understood that what was
12  happening was USEM was dumping those eggs in
13  foreign markets at a loss to the producers here
14  domestically with the hope that it would boost
15  the overall domestic price of eggs; correct?
16             MR. BARNES: Objection.
17             THE WITNESS: Repeat your question
18  again.
19  BY MR. STUEVE:
20         Q.   We'll get into some of the
21  documents. I believe you're the one that uses
22  the term dumping, but you had heard rumors

HIGHLY CONFIDENTIAL

Rust, Marcus                                              March 5, 2014

51 (Pages 198 to 201)

---

198

1   before you joined UEP that USEM was dumping eggs
2   in foreign markets to boost domestic egg prices;
3   correct, sir?
4        MR. BARNES:  Same objection.
5        THE WITNESS:  See, they were in a
6   war against the egg breaking industry in the
7   United States.  The egg breaking industry in the
8   United States was offering prices far less than
9   what the USEM egg marketers were even selling at
10  for the eggs, but no one was selling.  So the US
11  Egg Marketers group from outside looking in,
12  they were going out and offering large
13  quantities of eggs, taking them away from the
14  breakers who were trying to steal them to go
15  someplace else with them.
16  BY MR. STUEVE:
17       Q.  So the answer is you understood
18  that in fact UEP, USEM was coordinating exports
19  to foreign markets in order to boost domestic
20  egg prices; correct, sir?
21       MR. BARNES:  Objection.  Asked and
22  answered.  He just answered.

---

199

1        THE WITNESS:  Repeat your question
2   again.
3        MR. STUEVE:  If you could read it
4   back to him.
5        (The record was read as
6   requested.)
7        MR. BARNES:  Objection.  Asked and
8   answered.  You've asked it a dozen times.  You
9   don't like his answer.  So I'll make my
10  objection again.  If you can answer it,
11  Mr. Rust, please go ahead and do so.
12       THE WITNESS:  Don't hit me.
13       MR. STUEVE:  Read it back to him,
14  please.
15       (The record was read as
16  requested.)
17       MR. BARNES:  I'll just say same
18  objection.
19       THE WITNESS:  I can't really
20  answer that by the way -- I never heard the
21  context of what you're saying.
22  BY MR. STUEVE:

---

200

1        Q.  You certainly --
2        A.  You twisted the words a little bit
3   and made it one way and the other and my
4   knowledge is, I heard this, but I never heard
5   that part of it.
6        Q.  Let me just be clear.
7        Is it your testimony you never
8   heard that USEM, UEP was dumping eggs at a loss
9   in foreign markets to boost domestic egg prices
10  before you joined UEP, USEM?
11       MR. BARNES:  Same objection.
12       THE WITNESS:  If you take
13  everything you said there, I never heard it in
14  those exact terms.  No.
15  BY MR. STUEVE:
16       Q.  But is that the basic --
17       A.  I was told by foreign producers
18  when I went to a meeting that eggs was coming
19  into their countries from the United -- US Egg
20  Marketing group at prices cheaper than what they
21  were in their countries and caused their markets
22  to go down.

---

201

1        Q.  And in fact, sir, though, when you
2   joined UEP, USEM, and you in fact engaged in
3   exports with USEM, you became aware of the fact
4   that USEM was coordinating exports at a loss,
5   dumping those eggs in foreign markets in order
6   to boost domestic egg prices; correct?
7        MR. BARNES:  Objection.  No
8   foundation.  You may answer.  Go ahead.
9        THE WITNESS:  To my knowledge, it
10  wasn't at a loss, though.  It was at a better
11  price than they could get from US domestic egg
12  breaking market.  That was their option.
13  BY MR. STUEVE:
14       Q.  It is your testimony that you did
15  not understand that your company and the others
16  who participated in the export were actually
17  doing so at a loss?
18       A.  We was able to break eggs, and
19  whenever we sold eggs -- every Monday morning,
20  we made a decision whether we broke eggs or
21  graded eggs.  And we always sold -- it wasn't
22  necessarily what a loss was.  It was what you

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

52 (Pages 202 to 205)

---

202

1  **got the most revenue from doing.**
2      Q.   Sir, is it your testimony that you
3  were not aware that your company and other
4  companies who were participating in the USEM
5  exports were doing so at a loss, those eggs were
6  dumped in these foreign markets in order to
7  boost domestic egg prices?
8          MR. BARNES:  Object to form.
9          THE WITNESS:  I still don't follow
10  where -- what you're exactly saying.
11  BY MR. STUEVE:
12      Q.   Sir, let me show you what's been
13  marked as 319.  Is this the signed membership
14  agreement with United Egg Producers in 2002?
15      **A.   Yes.**
16          MR. BARNES:  Excuse me, Pat,
17  you're not renumbering these, are you?
18          MR. STUEVE:  No.  It's 319.
19  BY MR. STUEVE:
20      Q.   Now, when Rose Acre joined the UEP
21  in 2002, it immediately had several of its
22  members participating in various committees, as

---

203

1  well as the Board; correct?
2      **A.   Correct.**
3      Q.   And that was true up until today;
4  correct, sir?
5      **A.   Correct.**
6      Q.   You have been a Board member since
7  2002; right?
8      **A.   Yes.**
9      Q.   All right.  And there's been
10  several members of your folks that have been on
11  these various committees throughout; right?
12      **A.   Correct.**
13          **(Rust Exhibit Number 525 was**
14  **marked for identification.)**
15  BY MR. STUEVE:
16      Q.   Show you what's been marked as
17  Exhibit 525.
18          MR. BARNES:  Thank you.
19  BY MR. STUEVE:
20      Q.   We've compiled this from you all's
21  interrogatory answers as well as from UEP's own
22  records.

---

204

1          MR. BARNES:  So -- just so the
2  record is clear, Pat, this is a document that
3  your law firm prepared.
4          MR. STUEVE:  It's a summary.  Yep.
5  Demonstrative summary.  I want to go through
6  this.
7  BY MR. STUEVE:
8      Q.   In 2002, that's the year you
9  joined; right?
10      **A.   Correct.**
11      Q.   You would have been a member of
12  the Board; right?
13      **A.   Correct.**
14      Q.   KY Hendrix would have been a
15  member of the producer committee for animal
16  welfare?
17      **A.   Correct.**
18      Q.   Greg Hinton would have been on
19  the marketing and price discovery committee,
20  correct?
21      **A.   Right.**
22      Q.   And Carol Hale would have been on

---

205

1  the environmental scientific committee, is that
2  right?
3      **A.   Correct.**
4      Q.   And who is Carol Hale?
5      **A.   He is a chemistry guru.**
6      Q.   Is he still with the company?
7      **A.   No.**
8      Q.   What was his title in 2002?
9      **A.   He worked in the environmental**
10  **side.  I don't know what his exact title was.**
11      Q.   Who did he report to?
12      **A.   He reported to Tony Wesner.**
13      Q.   Where is he located?
14      **A.   Seymour, Indiana.**
15      Q.   Is he retired now?
16      **A.   He works for a DC based consulting**
17  **firm the last I was aware.**
18      Q.   When did he leave Rose Acre?
19      **A.   5, 8 years ago, something like**
20  **that.**
21      Q.   So 2008?
22      **A.   Ballpark.  I don't recollect the**

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

53 (Pages 206 to 209)

---

206

1 **exact date he left.**
2      Q.    Then if you would, in 2003, that
3 would have been the second year you had been an
4 UEP member, you would have been a member of the
5 Board; correct?
6      A.    Yes.
7      Q.    KY Hendrix would have been a
8 member of the producer committee for animal
9 welfare?
10      A.    **Right.**
11      Q.    Greg Hinton would have been
12 marketing and price discovery committee; is that
13 right?
14      A.    **Right.**
15      Q.    And Carol Hale again for
16 environmental scientific committee?
17      A.    **Yes.**
18      Q.    And then in 2004, the third year,
19 you would have been a member of the Board, a
20 member of the government relations committee,
21 spent hen committee, and public relations
22 committee; is that correct?

---

207

1      A.    **That's what it says.  Yes.**
2      Q.    Is that consistent with your
3 recollection?
4      A.    **Vaguely.**
5      Q.    KY Hendrix would have been
6 producer committee for animal welfare; right?
7      A.    **Yes.**
8      Q.    Greg Hinton would have still been
9 on the marketing and price discovery committee,
10 correct?
11      A.    **Correct.**
12      Q.    Carol Hale would have been
13 environmental scientific committee?
14      A.    **I have no reason to dispute any of**
15 **these.**
16      Q.    We pulled these -- if you do -- if
17 you have any reason to question it, that's why I
18 want to go through and we can get the documents
19 out.  But in 2005, you would have still been on
20 the Board; right?
21      A.    **Yeah.**
22      Q.    Government relation committee, the

---

208

1 spent hen committee, and the public relations
2 committee; right?
3      A.    **Could have been.**
4      Q.    KY Hendrix would have been on the
5 producer committee for animal welfare; right?
6      A.    **I would assume.**
7      Q.    And then Greg Hinton would have
8 still been on the marketing and price discovery
9 committee?
10      A.    **I think.**
11      Q.    And then Carol Hale, environmental
12 scientific committee; is that right?
13      A.    **As far as I know.**
14      Q.    And then Chip Everhart,
15 environmental committee, see that in '05?
16      A.    **Yes.**
17      Q.    Who is Chip Everhart?
18      A.    **He was a guy who worked in our**
19 **environmental permitting department.**
20      Q.    Okay.  And is that consistent with
21 your recollection that in '05 he would have been
22 on the environmental committee?

---

209

1      A.    **I know he was, I don't remember**
2 **the years.**
3      Q.    Okay.  And then '06, we've got
4 you again on the Board of Directors, and then in
5 '06, you joined USEM; correct, Rose Acre did?
6      A.    **About then.  Yeah.**
7      Q.    And you would have become a USEM
8 Board of Director; right?
9      A.    **Correct.**
10      Q.    And then you were on the marketing
11 committee, price discovery committee, spent hen
12 committee and public relations committee;
13 correct?
14      A.    **If that's what it says.**
15      Q.    Is that consistent with your
16 recollection?
17      A.    **I don't recollect what committees**
18 **I was on or not on.  It's been too many years.**
19      Q.    Do you want us to get out to '06?
20      A.    **Do they have a listing they sent**
21 **out.**
22      Q.    They do, and you also answered

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                        March 5, 2014

54 (Pages 210 to 213)

---

210

1   interrogatories?
2          MR. BARNES: I think the record
3   should also note that he was not listed on
4   Mr. Stueve's summary exhibit as a member of the
5   USEM Board until 2007. I think Mr. Stueve --
6          MR. STUEVE: I said 2006. He's in
7   there.
8          MR. BARNES: Pardon me. You're
9   correct. You're correct. I'm not sure that's
10  accurate, but that's what it says.
11         MR. STUEVE: I need the
12  interrogatory answer, please?
13         MR. BARNES: Let the record show
14  Mr. Stueve since you have made up this -- you
15  meaning your firm has made up this exhibit, we
16  reserve the right to challenge any or one or
17  more of the listings for Rose Acre personnel and
18  their committee assignments after we have had an
19  opportunity -- sufficient opportunity to
20  cross-check it.
21         MR. STUEVE: Why don't you do that
22  tonight, and let me know tomorrow if there's any

---

211

1   issue.
2   BY MR. STUEVE:
3        Q.   Let me show what's been marked as
4   Exhibit 526?
5          MR. BARNES: We'll let you know in
6   due course.
7          (Rust Exhibit Number 526 was
8   marked for identification.)
9          MS. REDDING: Can I get the Bates
10  number, please?
11         MR. STUEVE: This is the
12  interrogatory answer of Rose Acre, so there
13  isn't one. It's to their first interrogatories.
14  BY MR. STUEVE:
15       Q.   First of all, on the back page, is
16  that verified by Joseph A. Miller, general
17  counsel for Rose Acre Farms, see there's a
18  signature?
19       A.   Daniel Church.
20         MR. MONICA: Page 6.
21  BY MR. STUEVE:
22       Q.   Very back page at the top. Go to

---

212

1   the signature.
2          MR. BARNES: The back page is Dan
3   Church's signature, Pat.
4          MR. STUEVE: I've got a different
5   version, so that's the problem.
6   BY MR. STUEVE:
7        Q.   Page 6. Mr. Miller is the one who
8   verified these answers, is that correct, sir?
9        A.   That's correct.
10       Q.   He's here in person today; is that
11  right?
12       A.   Yes.
13       Q.   If you could, could you turn to
14  page 5. It has a listing of the memberships or
15  participation by Rose Acre in UEP. Do you see
16  that? If you could go down to about the fourth
17  line, it starts with, in the middle of the page,
18  it says, KY Hendrix, UEP animal welfare
19  committee 2002 to the present. Do you see that?
20       A.   Yes.
21       Q.   All right. That's what we've seen
22  thus far in our Demonstrative 525, right?

---

213

1        A.   If that's what it says.
2        Q.   And then what I want to point out
3   is -- because you had a question about 2006. If
4   you go down a little bit further, it has Marcus
5   Rust, UEP Board of Directors, 2002 to the
6   present; right?
7        A.   Yeah.
8        Q.   That's consistent with what we've
9   been looking at on 525; right?
10       A.   Looks to be.
11       Q.   Then it has -- it has USEM Board
12  of Directors, 2006 to the present; right?
13       A.   Yes.
14       Q.   And we were just looking at that.
15  Is that correct, sir?
16       A.   Correct.
17       Q.   All right. Now, so going on with
18  respect to 2006, we've got KY Hendrix, the
19  producer committee for animal welfare, which we
20  just saw in the interrogatory; right?
21         MR. BARNES: Are we back on 525,
22  Pat?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

55 (Pages 214 to 217)

214

1    MR. STUEVE:  Yes, we're going to
2 look at 525 as well as 526.
3 BY MR. STUEVE:
4    Q.    You'll see under 2006, under 525
5 -- do you have that in front of you, sir?  Let
6 me just show you what I want to do -- why don't
7 you give me that document.  It will make it
8 easier.  We're going to open this up to this
9 page.  I'm talking about that one right there.
10 All right.
11    And if you would, on the
12 demonstrative, this Exhibit 525, it has KY
13 Hendrix as the producer committee for animal
14 welfare; right?
15    A.    You've got me lost.
16    Q.    If you could, if you look at 525,
17 the number, under the year 2006.
18    A.    2006.
19    Q.    You have KY Hendrix as the
20 producer committee for animal welfare; right?
21    A.    Yes.
22    Q.    And that's consistent with the

215

1 interrogatory answer given by Rose Acre; right?
2    A.    I think so.
3    Q.    And then if you would, for Greg
4 Hinton, it says, and I'm referring now to
5 Exhibit 526.  Do you see that?
6    A.    Yeah.
7    Q.    It says for Greg Hinton, UEP
8 marketing and price discovery committee, 2002 to
9 approximately 2006; right?
10    A.    That's what it says.
11    Q.    All right.  And we also under
12 2006, it lists Carol Hale as the environmental
13 scientific committee; right?
14    A.    That's what --
15    Q.    Over on 525 now, on 2006.  Do you
16 see that?
17    A.    2000 which one?
18    Q.    2006 under 525?
19    A.    Okay.  What's the question?
20    Q.    It has Carol Hale as environmental
21 scientific committee; right?
22    A.    Yes.

216

1    Q.    And if you look over on 526, the
2 interrogatory answer has Carol Hale, UEP
3 scientific committee, 2002 to 2008; right?
4    A.    That's what it says there.
5    Q.    All right.  And then we have Chips
6 Everhart under 2006 as environmental committee;
7 right?
8    A.    Which document are you referring
9 to?
10    Q.    We'll come back to that one.
11    MR. STUEVE:  David, can you give
12 me 2006?
13 BY MR. STUEVE:
14    Q.    Why don't you put both of those
15 documents down for now, right there.  Let me
16 show you what's previously been marked as
17 Exhibit 128.
18    MR. BARNES:  Do you have copies of
19 those, Pat?
20    MR. STUEVE:  David, can you hand
21 that out?
22 BY MR. STUEVE:

217

1    Q.    See Exhibit 128 there, sir?
2    A.    Okay.
3    Q.    If you could turn to -- its Bates
4 range, the last three digits are 548.
5    Do you see Chips Everhart there in
6 the right hand column at the bottom?
7    A.    Yes.
8    Q.    Under environmental committee?
9    A.    Yes.
10    Q.    And if you look over to 525,
11 that's where he's listed under '06; correct?
12    A.    What am I looking at?
13    Q.    Exhibit 525, year 2006, Chips
14 Everhart is listed under the environmental
15 committee; right?  For the year 2006?
16    A.    Yes.
17    Q.    Find Chips Everhart, what is he
18 listed?
19    A.    Do what?
20    Q.    What committee is he listed?
21    A.    On this chart, on Exhibit 525, for
22 2006, it says environmental committee.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

56 (Pages 218 to 221)

218

1    Q.   Right.  And the UEP roster also
2   lists him for that as well; correct?  It says
3   Chips Everhart under environmental committee;
4   right?
5    A.   Yes.
6    Q.   All right.  Now, let's go --
7   keeping that same document there, and if you
8   would, over on 557, the last three digits, so
9   it's continuing, going backwards, not forwards?
10    A.   Which one?
11    Q.   557, the last three digits.
12    A.   Okay.
13    Q.   Under spent hen committee, you are
14   listed; correct, on the right hand column?
15    A.   Yes.  I am.
16    Q.   And over on the next -- actually,
17   on 559, under public relations committee.  Can
18   you confirm you're also listed?
19    A.   Yes.  I'm listed there.  You have
20   to understand.  Some of these were appointments
21   and sometimes just because you got appointed, I
22   don't remember what specific years, but there

219

1   were times I asked off certain committees.  I
2   don't remember which ones.  You got appointed --
3   asked to serve on something, if it was something
4   I didn't feel I was really that good at or not
5   that knowledgeable on, I would have someone else
6   do it.
7    Q.   Sir, if you could turn to on that
8   same document, 540.  It's towards the front.
9   540.
10    A.   Okay.
11    Q.   It lists Joe Miller there, who is
12   your in-house counsel under the government
13   relations; correct, sir?
14    A.   Yes.
15    Q.   If you look at Exhibit 525 under
16   '06, it lists Mr. Miller as on the government
17   relations committee; correct?
18    A.   I think that's what it says.  Yes.
19    Q.   All right.  If we just continue on
20   down, '07, '08, '09, 2010, 2011, 2012, and 2013,
21   it continues to reflect that you and other
22   members of Rose Acre were on several of the

220

1   committees of UEP; correct, sir?
2    A.   We were actively involved in
3   several of the things.  Yes.
4    Q.   And are you aware of any other egg
5   producer that had the level of involvement that
6   you had with UEP, USEM.  That Rose Acre had?
7    A.   Prior to our joining, we told them
8   we had to be very involved or we weren't going
9   to be involved.
10    Q.   And in fact, you made sure for
11   example you were on the producer committee for
12   animal welfare which would have been the
13   committee responsible for the UEP certified
14   program; right?
15    A.   Correct.
16    Q.   You made sure that you were on the
17   marketing and price discovery committee; right?
18    A.   Yes.
19    Q.   And that would have been the
20   committee that would have recommended the early
21   moults and early kills; correct?
22    A.   Yes.

221

1    Q.   And you made sure that when you
2   joined USEM, that you were on the USEM Board,
3   and that was the group that determined when and
4   what amount the exports would occur; correct,
5   sir?
6    A.   We never joined US Egg Marketers
7   until several years after.
8    Q.   You joined them in '06; right?
9    A.   Whatever the documents show.  I
10   don't recall the exact years.
11    Q.   We just looked at interrogatory --
12    A.   That's what it says.  Yes.
13    Q.   That's Rose Acre's interrogatory
14   in '06.  In fact, when you joined, you were an
15   active participate of USEM; right?
16    A.   Yes.
17    Q.   And in fact, participated in the
18   exports that were organized by USEM; correct,
19   sir?
20    A.   At that time.
21    Q.   And you remained on the USEM Board
22   up to today; correct, sir?

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

57 (Pages 222 to 225)

---

222

1    A.   Correct.
2    Q.   Now, since Rose Acre joined in
3  2002, can you think of any other company that
4  had the level of involvement that Rose Acre had
5  in UEP or USEM?
6    **A.   There's a lot of companies that**
7  **had a lot of representation there.  I can't --**
8  **if we're the third largest, it would be natural**
9  **where we would have a lot of people on the**
10 **various functions.  And we wanted to be very**
11 **involved to make sure that we didn't get stuck**
12 **in any of these prior things they had been**
13 **accused or we thought they may have been**
14 **participating in.**
15   Q.   What were these prior things?
16   **A.   Just rumor mill stuff of the, you**
17 **know, how the lawsuits got started against us.**
18   Q.   You wanted to make sure that if
19 there were any shady deals that were being
20 engaged in that you were aware of them; is that
21 correct?
22   **A.   Correct.**

---

223

1    Q.   Did you at any time attempt to
2  stop any shady deals that were occurring at UEP
3  or USEM after you joined?
4        MR. BARNES:  Object to the form.
5        THE WITNESS:  I never saw a shady
6  deal while I was there.
7  BY MR. STUEVE:
8    Q.   I guess beauty is in the eye of
9  the beholder; right, Mr. Rust?
10       MR. BARNES:  Object and move to
11 strike.
12       Are we at a breaking point here,
13 Pat?  We've been going about an hour.  Is that
14 all right?
15       MR. STUEVE:  You know what?
16 That's fine.  Do you want to take -- if we can
17 just make it fairly quick, that would be great.
18       THE VIDEOGRAPHER:  Off the record
19 at 2:24 p.m.
20       (A brief recess was taken.)
21       THE VIDEOGRAPHER:  Back on the
22 record at 2:30 p.m.

---

224

1  BY MR. STUEVE:
2    Q.   Show you what's been marked as
3  Exhibit 527?
4        (Rust Exhibit Number 527 was
5  marked for identification.)
6  BY MR. STUEVE:
7    Q.   Now, you're familiar with United
8  Voices.  Correct, sir?
9    **A.   Yeah.  It gets sent to our main**
10 **office.  It don't get sent to my office.**
11   Q.   The main office of Rose Acre in
12 Seymour?
13   **A.   Correct.**
14   Q.   And this is a publication that's
15 prepared by United Egg Producers.  Right?
16   **A.   Yes.**
17   Q.   It goes out to all United Egg
18 Producer members; right?
19   **A.   I assume so.**
20   Q.   And if you would, this is May of
21 2002.  You would have been -- Rose Acre would
22 have been a member of UEP at that time; correct,

---

225

1  sir?
2    **A.   I think we joined in 2002.  I**
3  **don't remember the exact month.  It's here**
4  **someplace.  Yes.  We joined in February 2002.**
5    Q.   This is May 2002; correct?
6        MR. MONICA:  Sir.
7        THE WITNESS:  Correct.
8  BY MR. STUEVE:
9    Q.   Rose Acre would have been a
10 member; right?
11   **A.   Yes.**
12   Q.   Now, there's a -- the first
13 paragraph, it says, prices should improve, but
14 supply action plan must be followed now; right?
15   **A.   That's what it says there.**
16   Q.   And Rose Acre would have received
17 this; right?
18   **A.   The newsletter.  Yes.**
19   Q.   Uh-huh.  And the -- if you would,
20 in the paragraph that starts with, with current
21 egg prices in the fifties, we need a way to
22 bridge the gap between the current extremely low

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

58 (Pages 226 to 229)

---

226

prices and what appears to be a bright future.
It is in the best interest of everyone to follow
the recommendation made by UEP's marketing
committee, it is as such moult all flocks
62 weeks or older, and continue through July 1.
Did I read that correctly?

    **A.  That's what you read.  That's not
what we did.**

    Q.  Sir, this is the marketing
committee which Mr. Hinton would have been on in
2002; correct, sir?

    **A.  Yes.**

    Q.  And the marketing committee
recommended and the supplied action plan that
must be followed was to moult all flocks
62 weeks or older and continue through July 1;
right?

    MR. BARNES:  Objection to the
form.  That's what the document says, but ask
him what his recollection was what the marketing
committee did, if he recalls the marketing
committee made that recommendation.

---

227

BY MR. STUEVE:

    Q.  You can answer my question, sir.

    **A.  The marketing committee would make
a recommendation to the Board of Directors.  The
Board of Directors then would have voted on the
recommendation before it would have ever been
sent to the members.**

    Q.  And you were a member of the Board
of Directors; right?

    **A.  Yes.**

    Q.  And you would have voted on this;
right?

    **A.  Yes.  And I would have voted
against it.**

    Q.  Do you know, sir, any records that
would indicate you voted against it?

    **A.  I'm sure that they would have --  I
never kept the minutes, but I'm sure that they
kept track of the records.**

    Q.  And the reason why you voted
against this is because you were against UEP's
efforts to coordinate the reduction in the

---

228

supply of eggs in order to boost prices?

    MR. BARNES:  Object to the form of
the question.

    THE WITNESS:  Repeat your
question.

    MR. STUEVE:  Read it back.

    (The record was read as
requested.)

    MR. BARNES:  Object to form.

    THE WITNESS:  Repeat that again.
I'm trying to understand what he's trying to
twist around here.

BY MR. STUEVE:

    Q.  If you could, sir, just answer my
question.  Read it back to him.

    **A.  Please read it again, I'm trying
to understand what you're trying to make it
sound like.**

    **(The record was read as
requested.)**

    MR. BARNES:  Object to form.
Calls for speculation, and assumes facts not in

---

229

evidence.

    THE WITNESS:  The form of the
question, it's got several contents that we
never -- I'm in disagreement in how -- I can't
really answer it, because it's kind of -- I
don't know what you call it, but we as a company
broke eggs.  We had to maintain high volumes all
year round.  And our competitors in the Midwest,
most people in the Midwest never participated in
any of these voluntary programs that UEP would
do to -- that was for the so-called supply
management.

    When you're in the egg breaking
business, you produce all the eggs you can at
the least cost that you can because our high
volume time of the year was during the months of
April, May, June, July.  We never reduced -- I
would never have voted to reduce it because our
philosophy is you produce fast -- or as many
eggs as what you can, all the time.

BY MR. STUEVE:

    Q.  The supply management that you

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                     March 5, 2014

59 (Pages 230 to 233)

230

1  were referring to is the supply action plan
2  that's set forth in this May 2002 United Voices
3  which was to moult all flocks at 62 weeks or
4  older and continue through July 1; correct, sir?
5       A.   There's very different egg
6  producers -- United Egg Producers is a group of
7  multiple types of producers.  We have egg
8  breaker grader producers, we had nest run
9  producers, and you had purely shell egg
10 producers.  Certain parts of the country never
11 had breaking ability and various things for
12 various people, depending on the market and
13 their own personal conditions as why people did
14 what they did.
15      MR. STUEVE:  I move to strike the
16 answer as nonresponsive.  If you could read my
17 question back, and I ask you to answer it.
18      MR. BARNES:  The record shows it
19 is responsive to your question.
20      (The record was read as
21 requested.)
22      MR. BARNES:  Objection.  Asked and

231

1  answered.  You may answer again, if you can.
2  Just because I object doesn't mean you don't --
3  you still have to answer.
4       THE WITNESS:  What I tried to
5  explain what we did, what other producers did
6  are not the same.
7       United Egg Producers is a group of
8  three or four different kinds of egg producers.
9  There was never a coordinated effort amongst
10 everybody because we was always in disagreement
11 of what any of us did for our business versus
12 the next guy and his business.
13      MR. STUEVE:  Move to strike the
14 answer as nonresponsive.  I ask you to read it
15 back to him and ask you to answer it.
16      MR. BARNES:  The answer was
17 totally responsive.  Go ahead, read it back.
18      (The record was read as
19 requested.)
20      MR. BARNES:  Same objection.
21 Asked and answered.
22      THE WITNESS:  What am I supposed

232

1  to answer?
2  BY MR. STUEVE:
3       Q.   Answer my question, sir.
4       A.   I thought I answered it.
5       MR. BARNES:  Well, that's why I
6  objected and said asked and answered.
7       THE WITNESS:  I can't answer for
8  everybody what they did.  From our perspective,
9  we never participated in any so-called what
10 you're calling supply management.  There was no
11 supply management.  It was voluntary.  Any
12 company could do anything they wanted.
13      MR. STUEVE:  If you would, can you
14 search for supply management for me in your
15 transcript just in the last 10 pages.
16      While she's looking for that, I'm
17 going to note for the record the witness is not
18 answering my question.  And that if you continue
19 to tell the witness that he is answering when
20 he's not, we are going to go to the court and
21 ask to be reimbursed to come back out here and
22 have him answer the questions.

233

1       MR. BARNES:  Well, Mr. Stueve, I'm
2  telling you that you've asked that question
3  numerous times.  The witness has done his best
4  to answer it.  Okay?  You do not like his answer
5  because he will not accept your characterization
6  and the color words you put into the question.
7       If you want to know why he would
8  vote against this particular resolution, just
9  ask him why would you vote against it.
10      MR. STUEVE:  Can you search for
11 supply management for me, please.
12 BY MR. STUEVE:
13      Q.   So let me ask you this, sir.  I
14 want the record to reflect the witness has not
15 answered that question.  I'm going to ask a
16 different one now.  The moult all flocks
17 62 weeks or older and continue through July 1,
18 the purpose of that was to reduce the supply of
19 eggs; correct, sir?
20      A.   The purpose by whom?
21      Q.   By the marketing committee that
22 was recommending this, that was approved by the

HIGHLY CONFIDENTIAL

Rust, Marcus                                                                    March 5, 2014

60 (Pages 234 to 237)

234

1    Board?
2            MR. BARNES:  If he knows.
3            THE WITNESS:  I don't recollect
4    what the exact -- but I know the marketing
5    committee, if they did do that, it would have
6    been based on several members' positions there.
7    I don't recollect.
8    BY MR. STUEVE:
9        Q.   The purpose, if there was enough
10   members who molted all flocks 62 weeks or older
11   and continued through July 1, if there were
12   enough members who participated in that, that
13   would reduce the supply of eggs and boost
14   prices; correct, sir?
15           MR. BARNES:  Objection.
16           THE WITNESS:  Not necessarily.
17   BY MR. STUEVE:
18       Q.   But that's what the hope was;
19   right?
20           MR. BARNES:  Objection.
21           THE WITNESS:  The hope was to
22   prevent the prices from going lower.

235

1    BY MR. STUEVE:
2        Q.   Okay.  And by moulting all flocks
3    62 weeks or older and continuing through July 1,
4    that would reduce the supply of eggs; correct?
5            MR. BARNES:  Objection.  Calls for
6    speculation.
7            THE WITNESS:  Repeat your
8    question.
9    BY MR. STUEVE:
10       Q.   Yes.  The reason why the marketing
11   committee recommended and the UEP Board approved
12   the supply action plan of moulting all flocks
13   62 weeks or older and continue through July 1
14   was to reduce the supply of eggs; correct?
15       A.   **That was a voluntary program that**
16   **they asked producers to participate in.**
17   **Multiple producers never participated in that**
18   **program because we were egg breakers and not**
19   **into the -- we maximum produce all the time.**
20           MR. STUEVE:  I move to strike the
21   answer as nonresponsive.  I'm going to ask you
22   to read back my question, and ask you to answer

236

1    it for me.
2            (The record was read as
3    requested.)
4            MR. BARNES:  Objection.  Calls for
5    speculation.
6            THE WITNESS:  Read it again.
7            (The record was read as
8    requested.)
9            MR. BARNES:  Same objection.
10           THE WITNESS:  I think I answered
11   that.
12   BY MR. STUEVE:
13       Q.   No, you haven't, sir.  Answer my
14   question, please.
15       A.   **I don't know the reason other**
16   **than, you know, what I keep telling you.  We**
17   **have -- there's multiple types of egg producers.**
18           **There are producers who built**
19   **6 million bird farms that never ever would moult**
20   **a chicken.  They strictly produce and sell eggs.**
21   **You know, an action plan that a group of**
22   **southern producers may have wanted, you know**

237

1    **what they wanted, what happened, are two**
2    **different things.**
3            **There's parts of the country that**
4    **had to ship their eggs, load them on trucks,**
5    **haul them a thousand miles north to breaking**
6    **plants in the Midwest.  They would be in a**
7    **moulting program and want a moult program.  Us**
8    **guys in the Midwest, we broke our egg surplus.**
9    **We had an outlet for our egg surplus.  We never**
10   **agreed and did any moulting or early sell outs.**
11   **When we had a chicken house space, we put**
12   **chickens in it, and we sold eggs out of it.  I**
13   **don't know what the other companies did.**
14           MR. STUEVE:  I move to strike the
15   answer as nonresponsive.  I'm going to instruct
16   counsel that if he doesn't instruct his witness
17   to answer my questions, we are going to the
18   court and we're going to ask the court to
19   reimburse me and Mr. Hickey and our time to come
20   out here to ask this witness questions that he
21   needs to answer.
22           MR. BARNES:  I have instructed the

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

61 (Pages 238 to 241)

---

238

1  witness to answer your questions, Mr. Stueve,
2  but he does not have to accept your
3  characterization.  You're just getting peeved
4  because he won't accept the terms, the color
5  words that you put into the question.  You're
6  upset because he doesn't agree with your
7  phraseology.
8          But if you want to know why this
9  was passed or why he voted against it or
10  whatever else, ask him.  He'll answer your
11  question.  I think he's trying the best he can
12  to respond to your question.  I told him
13  repeatedly answer Mr. Stueve's question.
14  BY MR. STUEVE:
15      Q.   Sir, if you would, looking back to
16  the United Voices, it's in front of you,
17  Exhibit 527, with the current egg prices in the
18  fifties, we need a way to bridge the gap between
19  the current extremely low prices and what
20  appears to be a bright future.  It is in the
21  best interest of everyone to follow the
22  recommendation made by the UEP's marketing

---

239

1  committee.  It is as such, moult all flocks
2  62 weeks or older and continue through July 1st.
3  Did I read that correctly?
4      A.   That's what you read from the
5  United Voices.  Yes.
6      Q.   And the purpose of the UEP
7  marketing committee recommending this, the UEP
8  Board which you were a member of, approving it,
9  was to reduce the supply of eggs; correct, sir?
10      MR. BARNES:  Objection.
11      THE WITNESS:  Moulting only
12  changes when you get the eggs.
13  BY MR. STUEVE:
14      Q.   Right.
15      A.   It doesn't reduce the overall
16  supply of eggs.  Every chicken you produce is
17  going to produce 400 eggs in its lifetime.  By
18  moulting, not moulting, you arrange when you get
19  those eggs.  UEP, one of the things they
20  pronounced is saying we can help the industry by
21  telling you when to moult or not moult, that
22  helps producers in various parts of the country

---

240

1  adjust when they're going to get their eggs.
2      Q.   Sir, when you say -- when it says
3  moult all flocks 62 weeks or older what does
4  that mean to you?
5      A.   That would mean any flock that was
6  not previously molted.  That doesn't mean every
7  flock that you have.  We have flocks that would
8  be 120 weeks.  We may have had flocks that would
9  be 140 weeks that's already been molted twice.
10  Some people kept their chickens three cycles, we
11  kept them two cycles sometimes.
12      Q.   Sir, what does moult all flocks
13  62 weeks or older and continue through July 1
14  mean do you?
15      A.   Reading that, it would mean that
16  maybe they wanted everyone to moult every
17  chicken they had that was over 62 weeks.  I
18  don't know.
19      Q.   And what would happen if that were
20  the case?  If everyone that was a member of
21  United Egg Producers molted all flocks 62 weeks
22  or older and continued through July 1st, what

---

241

1  would that do?
2      MR. BARNES:  Objection, calls for
3  speculation.
4      THE WITNESS:  It depends on how
5  many flocks they had at that age, I guess.  I
6  don't know what it would do.
7  BY MR. STUEVE:
8      Q.   When it says moult, how do you
9  initiate a moult?
10      A.   You take the feed away from the
11  chicken for about 10 days, 2 weeks.
12      Q.   And you starve the chicken; right?
13      A.   That's what the animal rightists
14  portrayed it to be.  We put them on a diet.
15      Q.   Well, when you say take food away
16  from them for seven to 10 days, you don't feed
17  them, right?
18      A.   We don't call it starving.
19  Starved, they're dead.
20      Q.   So what this was recommending was
21  moulting all flocks 62 weeks or older and
22  continue through July 1.  When you moult, what

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

62 (Pages 242 to 245)

---

242

1  happens to the egg production of the hen?
2      **A.  It goes -- it quits laying eggs.**
3      Q.   Right.  And so if all the members
4  of UEP or a substantial majority of them molted
5  all their flocks 62 weeks or older, and continue
6  through July 1st, that would put all those hens
7  in a moult phase in which they were not
8  producing eggs, and therefore reduce the supply
9  of eggs.  That's what the marketing committee
10  had recommended and the UEP Board had approved;
11  correct, sir?
12      MR. BARNES:  Objection.  Compound.
13      THE WITNESS:  What always
14  happened, the different committee would do --
15  you know, famous last words at UEP were what
16  everyone said they were going to do and went and
17  done were two different things.  You know,
18  companies would say they was going to moult and
19  then they wouldn't.  Everyone done what they was
20  going to do.
21  BY MR. STUEVE:
22      Q.   Well, if enough folks followed the

---

243

1  UEP's marketing committee supply action plan and
2  molted all flocks 62 weeks or older and
3  continued through July 1, that would reduce the
4  supply of eggs; correct, sir?
5      MR. BARNES:  Same objection.
6      THE WITNESS:  Depends on how many
7  flocks there were at that age, I guess.  We
8  don't know how many that would have been.  A lot
9  of people like ourselves we had a hatchery.  We
10  hatched X amount of chicks every week.  Some
11  people would place orders for chicks.  You know,
12  we never had the luxury of changing our flocks
13  and cycles.  You know, we always produced every
14  egg we could.
15  BY MR. STUEVE:
16      Q.   If there was a sufficient number
17  of flocks that were 62 weeks or older and they
18  were molted through July 1, that would reduce
19  the supply of eggs; correct, sir?
20      MR. BARNES:  Same objection.
21      THE WITNESS:  It would change it.
22  I can't say it would reduce it.

---

244

1  BY MR. STUEVE:
2      Q.   Well, it wouldn't increase it;
3  right?
4      **A.   Depends on how many new ones were**
5  **coming on.  You don't know how many pullets were**
6  **placed, you could have X amount of chickens**
7  **producing more and how many more new houses were**
8  **built.  Everything is a shot at the wall what**
9  **was going to happen.**
10      Q.   Right, but that's what the
11  marketing committee was evaluating, right, sir?
12      **A.   They looked at all those different**
13  **functions of that the numbers reported.  Some**
14  **people like us don't report numbers.**
15      Q.   Right, but they looked at the
16  reported numbers, and they came up with a supply
17  action plan.  That supply action plan was to
18  moult all flocks 62 weeks or older and continue
19  through July 1.  The marketing committee
20  believed that if sufficient number of UEP
21  members followed that, that there would be a
22  reduction in the supply of eggs; correct, sir?

---

245

1      MR. BARNES:  Objection.  He was
2  not on the marketing committee at the time
3  according to your own exhibit, Mr. Stueve.
4  BY MR. STUEVE:
5      Q.   Go ahead and answer my question.
6      **A.   I don't recall them saying that**
7  **happening.  I don't.**
8      MR. STUEVE:  If you would read my
9  question back and I ask you to answer it for me.
10      (The record was read as
11  requested.)
12      MR. BARNES:  Same objection.  You
13  can go ahead and answer.
14      THE WITNESS:  Maybe.  I don't
15  know.
16  BY MR. STUEVE:
17      Q.   And at the time of that supply
18  action plan in May of 2002, you were on the
19  Board of Directors; correct, sir?
20      **A.   Yes.**
21      Q.   That would have voted on this
22  marketing committee recommendation; right?

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                March 5, 2014

---

246

1          A.   Yes.
2          Q.   And Mr. Greg Hinton would have
3    been on the marketing and price discovery
4    committee that made the recommendation; correct,
5    sir?
6          A.   Could have been.  I'm not aware.
7          Q.   Well, he --
8          A.   He was on the committee.  That
9    doesn't necessarily mean he participated.
10              (Rust Exhibit Number 528 was
11    marked for identification.)
12    BY MR. STUEVE:
13         Q.   Show you what's been marked as
14    Exhibit 528.
15              Sir, these are the minutes of
16    May 11, 2004, United Egg Producers Board of
17    Directors meeting.  Correct, sir?
18         A.   Yes.
19         Q.   And if you would, Mr. KY Hendrix
20    is listed; right, in the list of members?
21         A.   Where at?
22              MS. REDDING:  Can we get the Bates

---

247

1    number for that, please?
2              MR. STUEVE:  UE 329152 through
3    155.  See KY Hendrix there, sir, fourth one
4    down.
5              THE WITNESS:  Fourth name, fourth
6    column?
7    BY MR. STUEVE:
8         Q.   Fourth row down, the last one
9    over?
10        A.   Under -- yes.  Yes.  Up here where
11    it says members.
12        Q.   Yes.  One, two, three, four down
13    in the middle from there, you're listed as well.
14    Correct, sir?
15        A.   Yes.
16        Q.   And there -- there was a call to
17    order; right, up there.  Do you see that,
18    members and guests?
19        A.   Yes.
20        Q.   And then it went through the --
21    what was discussed; is that right, sir?  That's
22    what the meeting minutes are intended, right,

---

248

1    they're to reflect what was discussed at the
2    Board meeting; is that right?
3         A.   I'm reading it.
4         Q.   Well, that's a general question.
5    Is it your understanding that Board minutes are
6    intended to reflect what was being discussed at
7    the meeting?
8              MS. REDDING:  Object to the form
9    of the question.
10             THE WITNESS:  I guess that's what
11    they mean.
12    BY MR. STUEVE:
13        Q.   Do you have any other
14    understanding, sir?
15        A.   Well, I know there's 3 pages here
16    for something that lasted several hours.
17        Q.   Okay.  And if you would, why don't
18    you turn to the second page at 153?
19        A.   Okay.
20        Q.   It says, the committee chairman,
21    Dolph Baker presented the committee report and
22    identified pending problems for the financial

---

249

1    health of the industry, if some minor supply
2    adjustments were not made very quickly.  Do you
3    see that?
4              MR. BARNES:  Hold on a second,
5    Pat, where are you?
6              MR. STUEVE:  On the second page on
7    153 under the title marketing committee.
8              MR. BARNES:  Hold on.  Okay.
9    BY MR. STUEVE:
10        Q.   So at the Board meetings, the
11    various committees would report to the Board;
12    right?
13        A.   Yes.
14        Q.   They would ask for the Board to
15    take action; right?
16        A.   Right.
17        Q.   Could you read that for me, and
18    I'm going to ask you some questions about it.
19    The section with the marketing committee.
20        A.   You want me to read everything
21    between marketing committee and food safety
22    committee?  Is that what you're referring to?

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

64 (Pages 250 to 253)

---

250

1    Q.   Uh-huh.
2         MR. BARNES:  You want him to read
3    that into the record?
4         MR. STUEVE:  No.  I want him to
5    read it before I ask him questions about it.
6         MR. BARNES:  You said read it.  I
7    didn't know if you wanted him to read it into
8    the record or not.
9         THE WITNESS:  Okay.
10   BY MR. STUEVE:
11   Q.   And what Mr. Baker recommended
12   with respect to supply adjustments was the
13   following:  Motion:  It was moved by Baker and
14   seconded by Fortin to recommend that the
15   industry moult all flocks at 62 weeks and
16   dispose of spent hens by 108 weeks, and that
17   this plan of action take place immediately and
18   carry through until August 1, 2004; do you see
19   that?
20   A.   That's what it says.
21   Q.   And then the motion -- it
22   indicates that the motion carried; right?

---

251

1    A.   What does carried mean -- okay.
2    Carried means it was voted on.  Some people
3    voted for it, some probably voted against it.
4    Q.   Right.  Sir, you were on the Board
5    at the time?
6    A.   Correct.
7    Q.   Did you vote on that?
8    A.   If I voted, I voted against it.
9    Q.   Well, there's no indication here
10   that you voted against it; right?
11   A.   It doesn't state that, it says
12   carried.
13   Q.   So there is no indication in here
14   that you voted against it; right?
15   A.   I voted against all early moults
16   and all early sell outs.
17   Q.   Sir, there is no indication that
18   you voted against it in this document; correct?
19        MR. BARNES:  Objection.  The
20   document speaks for itself.  There's also no
21   indication that he voted for it.
22        THE WITNESS:  It say carried.

---

252

1    That don't mean I voted for it.
2         MR. STUEVE:  I ask you to read my
3    question back and ask the witness to answer it
4    for me.
5         (The record was read as
6    requested.)
7         MR. BARNES:  Same objection.
8         THE WITNESS:  There is no
9    indication that says which way I voted.
10   BY MR. STUEVE:
11   Q.   And there is no indication in here
12   that you objected to the recommendation of the
13   marketing committee; correct?
14   A.   I voiced my opinion many times at
15   many meetings.
16   Q.   Sir, there is nothing in the Board
17   minutes that indicates that you objected to it;
18   right?
19   A.   They did not like what I said all
20   the time.
21        MR. STUEVE:  If you would read
22   back my question, and I ask you to answer it.

---

253

1         (The record was read as
2    requested.)
3         THE WITNESS:  I didn't write these
4    minutes.
5    BY MR. STUEVE:
6    Q.   If you would read my question back
7    and ask you to answer it for me.
8         (The record was read as
9    requested.)
10   A.   The only thing indicated here is
11   it says it carried.  It doesn't say who spoke
12   against, who spoke for it.
13        MR. BARNES:  Same objection.
14   BY MR. STUEVE:
15   Q.   Sir, in 2004, Mr. Hinton would
16   have been on the marketing committee that would
17   have recommended this supply adjustment;
18   correct, sir?
19   A.   He understood our company's
20   position that we did not go with any of the
21   early moult schedules and stuff because of our
22   positions.

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

65 (Pages 254 to 257)

254

1    MR. STUEVE:  Move to strike the
2  answer as nonresponsive.  Read back my question
3  and I ask you to answer it for me, please.
4        (The record was read as
5  requested.)
6        THE WITNESS:  He was on the
7  committee.  That does not mean he recommended
8  it.
9  BY MR. STUEVE:
10    Q.   Now, sir, let me show you what's
11  been marked as -- actually, before we move off
12  of that, let me be clear.
13        If this recommendation -- the
14  supply adjustment that we just read into the
15  record on 528, the purpose and intent of that
16  would again be to reduce the supply of eggs with
17  the hope of boosting prices; correct, sir?
18        MR. BARNES:  Objection.
19        THE WITNESS:  I asked Mr. Hinton
20  to serve on the marketing committee to make sure
21  that nothing that happened in previous times --
22  that -- you know, you have to understand, our

255

1  family, my father stood in front of Congress and
2  testified against supply management programs
3  that UEP was a proponent of.  We were against
4  supply management as a company.
5  BY MR. STUEVE:
6    Q.   And you would agree that what was
7  being recommended by the marketing committee
8  here and approved by the Board was supply
9  management; correct?
10        MR. BARNES:  Same objection.
11        THE WITNESS:  I have no idea.
12  BY MR. STUEVE:
13    Q.   You understood supply management
14  to be competitors getting together in an attempt
15  to reduce the supply of eggs in order to boost
16  prices; correct?
17        MR. BARNES:  Objection.
18        THE WITNESS:  Repeat your question
19  again.
20        MR. STUEVE:  If you could read it
21  back for me, please.
22        (The record was read as

256

1  requested.)
2        MR. BARNES:  Same objection.
3        THE WITNESS:  I don't agree with
4  that statement you said.
5  BY MR. STUEVE:
6    Q.   You said that your father stood up
7  in Congress and argued against supply
8  management?
9    A.   Correct.
10    Q.   And I'm asking, you understand
11  supply management to mean competitors getting
12  together in an attempt to reduce the supply of
13  eggs in order to boost prices; correct?
14    A.   Supply management is accomplished
15  by forces of the marketplace.  People get rid of
16  their chickens when they run out of money, and
17  people like us build new chicken houses.
18    Q.   What was your dad railing against
19  in front of Congress concerning supply
20  management?
21    A.   Oh, back in the -- I forget what
22  years it was, but Canada, Australia, there's

257

1  several countries around the world that had what
2  they call supply management plans, kind of like
3  their industry has, or had.  And under supply
4  management, they would have got a law passed
5  that once you had ten thousand chickens, you
6  couldn't add more chickens unless some board
7  someplace approved it.
8    Q.   So it would restrict the supply?
9    A.   That supply management that they
10  was proposing back in those days was one that it
11  didn't allow a newcomer to come in and grow his
12  business.
13    Q.   And what was going on here is not
14  a government imposing supply restrictions, but
15  the industry getting together at an UEP Board
16  meeting and voting to restrict the supply of
17  eggs with the hope of boosting prices; correct,
18  sir?
19        MR. BARNES:  Objection.
20  Mischaracterizes the document and the testimony.
21        THE WITNESS:  You're not -- you
22  have to rephrase what you're asking because what

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

66 (Pages 258 to 261)

---

**258**

1  you're asking isn't what -- I don't know how to
2  explain it.  What you're saying ain't what
3  happened.  It's -- it goes back to there's
4  multiple -- what you guys don't understand,
5  you've got egg breakers, you've got shell egg
6  producers, you had people like us who did both.
7  We switch hit.  You know, we can go from
8  10 percent breaking to 30 percent breaking, by
9  changing a conveyor valve that allow the eggs to
10  go to an egg breaking machine.  We controlled
11  our supply of shell eggs by that manner.  We
12  produced lots of product, lots of dried egg,
13  lots of liquid eggs, frozen eggs.
14          There were companies in the
15  segments of the country that didn't have the
16  opportunities -- what they wanted and what we
17  wanted were two different worlds.  There was
18  never ever an agreement that everyone was ever
19  happy with.  There was no agreement that
20  everyone would do.  That's why UEP was a
21  voluntary organization, you know.
22  BY MR. STUEVE:

---

**259**

1      Q.   Sir, the supply adjustments that
2  was being recommended by the marketing committee
3  and that was approved by the Board was that the
4  industry moult all flocks at 62 weeks and
5  dispose of spent hens by 108 weeks, and that
6  this plan of action take place immediately and
7  carry through until August 1, 2004.  Did I read
8  that correctly?
9      A.   That's what you read.
10      Q.   And the purpose of that was to
11  reduce the supply of eggs?
12      A.   That may have been what some
13  people there thought the purpose was, but that
14  ain't what our purpose was.
15      Q.   And I'm not asking about what Rose
16  Acre's purpose, the purpose of the marketing
17  committee and the UEP Board that approved this.
18  The purpose of this supply adjustment action
19  plan was to reduce the supply of eggs in order
20  to boost prices.  Correct, sir?
21          MS. REDDING:  Object to the form
22  of that question.

---

**260**

1          THE WITNESS:  I was not at that
2  meeting, at that committee meeting.
3  BY MR. STUEVE:
4      Q.   But you were at the Board meeting
5  that approved it; right?
6      A.   They voted on a recommendation of
7  the approval which I would have voted against.
8      Q.   But the -- those Board members who
9  did approve this, the purpose of them approving
10  it was to reduce the supply of eggs with the
11  hope of boosting prices; correct, sir?
12          MR. BARNES:  Objection.
13          MS. REDDING:  Object to the form
14  of the question, calls for a speculative answer.
15          MR. BARNES:  Thank you.  I join in
16  the objection.
17          THE WITNESS:  I don't know the
18  purpose, what everyone's hope was.
19  BY MR. STUEVE:
20      Q.   Sir, it was discussed and
21  presented at the Board meeting you were at;
22  right?

---

**261**

1      A.   They always had their voluntary
2  plans which people could submit and do or not
3  do.
4      Q.   And what you understood, just like
5  everybody else did in that Board meeting,
6  because there's numerous examples of this, the
7  supply adjustment action plans, that the purpose
8  of these supply adjustment action plans is
9  outlined in the 528 -- Exhibit 528 Board meeting
10  minutes was for the industry to moult all flocks
11  at 62 weeks and dispose of spent hens by
12  108 weeks, and that this plan of action take
13  place immediately and carry through until
14  August 1, 2004, in an effort to reduce the
15  supply of eggs and boost prices; correct, sir?
16          MR. BARNES:  Objection to form.
17  Calls for speculation.  The question was
18  confusing, extremely long.
19          THE WITNESS:  I don't know how to
20  answer that.
21          MR. BARNES:  You can have her read
22  it back.  You lost my train of thought.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

67 (Pages 262 to 265)

---

262

1    MR. STUEVE:  Counsel, I just want
2  the record to reflect that I'm letting you talk
3  all you want, and we're going to go back in
4  front of the court, and we'll let the judge
5  decide whether the witness is answering the
6  question.  I've put you on notice several times.
7  So keep talking.  So read back the question.
8        (The record was read as
9  requested.)
10    MR. BARNES:  Objection to form.
11  My objection is well taken.
12       MR. STUEVE:  If you need to stop
13  me when I'm asking a question to get it, just
14  let me know, or if you didn't get, I'll redo it.
15  BY MR. STUEVE:
16    Q.   Sir, we've got Exhibit 528 in
17  front of you; right?  Under the marketing
18  committee, we have the supply adjustment
19  recommendation that was presented to the Board;
20  correct?
21    A.   What am I looking at again?
22  You're talking about Mr. Baker's motion?

---

263

1    Q.   Talking about the marketing
2  committee.  See it there?
3    A.   Yeah.
4    Q.   Committee chairman?
5    A.   Yeah.
6    Q.   Advised the Board in which he sat
7  on were at that meeting, right, about the
8  recommendation from the marketing committee;
9  right?
10    A.   Yes.
11    Q.   And this is not the first one of
12  these supply adjustment action plans that we've
13  looked at; correct?
14    A.   I think when the marketing
15  committee done their thing, they always
16  presented to the people, from what my
17  recollection was, they had these charts and
18  stuff that they adjusted the figures and they
19  made recommendations to producers what to do.
20    Q.   These supply adjustment plans, we
21  looked at one from May 2002; right?
22    A.   They weren't supply -- you're

---

264

1  calling them a supply adjustment plan.  It was a
2  voluntary recommendation that UEP would present
3  to the members, and they could do it, not do it,
4  or whatever.  We always chose never to do it
5  because we didn't agree with them.
6    Q.   Sir, the term is in the Board
7  meeting minutes, supply adjustment, under
8  marketing committee?
9    A.   That's what it states here.
10    Q.   Do you see there supply
11  adjustments under marketing committee?
12    A.   Yes.
13    Q.   That's not -- those are not my
14  words, sir, those were the words that were used?
15    A.   That's what was printed in the
16  minutes here.
17    Q.   And so -- and we've seen the
18  May 2002 supply adjustment action plan as well;
19  right?  We looked at earlier?
20    A.   Which one are you referring to?
21    Q.   The one in the United Voices that
22  we looked at earlier?

---

265

1    A.   We looked at this one?
2    Q.   Yes.
3    A.   This is 204.
4    Q.   Right.  Exhibit 527.
5    A.   Yeah.  That's 2002.
6    Q.   Right, in May of 2002.  We looked
7  at the supply action plan; right?  Sir, on the
8  first page, first sentence?
9    A.   Okay.  The headline.
10    Q.   Supply action plan must be
11  followed now.  Do you see that?
12    A.   Yes.
13    Q.   And then if you go on down, the
14  United Voices sets out what the UEP's marketing
15  committee supply action plan was; correct?
16    A.   That's what I think I see printed
17  here.
18    Q.   Yes.  And now we're looking at
19  Exhibit 528.  That's May of 2004, and at the
20  marketing committee, the marketing committee
21  approved by the Board was making another supply
22  adjustment recommendation; correct, sir?

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

68 (Pages 266 to 269)

266

1     A.   That's what this -- the motion --
2  that's what I'm reading it says here.  That's
3  what it says.
4     Q.   This was approved by the Board;
5  right?
6     A.   By the ones that voted for it.
7     Q.   And it says, it was moved by Baker
8  and seconded by Fortin to recommend that the
9  industry moult all flocks at 62 weeks and
10 dispose of spent hens by 108 weeks, and that
11 this plan of action take place immediately and
12 carry through until August 1, 2004?
13    A.   That's what it reads and says
14 here.
15    Q.   And you understood as a member of
16 the Board that the purpose of this supply
17 adjustment plan was to reduce the supply of eggs
18 with the hope of boosting prices; correct, sir?
19    A.   I can't say that I understood that
20 part of it.
21    Q.   Show you what's been marked as
22 Exhibit 215?

267

1     A.   Okay.
2     Q.   Is there a 529?
3          MR. BARNES:  No, there isn't.  I
4  don't think there is.
5          MR. HICKEY:  There was briefly.
6          MR. BARNES:  That was earlier
7  today.  215.
8  BY MR. STUEVE:
9     Q.   Sir, these are shell egg marketing
10 committee minutes of August 20, 2004; correct?
11    A.   It looks that way.
12    Q.   And Mr. Hinton is listed as a
13 committee member; correct?
14    A.   I'm not seeing his name.
15    Q.   Under the committee and staff,
16 third line down, right in the middle?
17    A.   Yep.
18    Q.   And he was a member of that
19 committee in 2004; right?
20    A.   Yes.
21    Q.   And if you would, over on
22 recommendations to the Board, on the second

268

1  page, it was moved by Wicker and seconded by
2  Schimpf to recommend to the Board a plan for
3  hens currently scheduled for disposal between
4  December 2004 and July 1, 2005, to be disposed
5  of 4 weeks early or reduce your flock size by
6  5 percent; right?
7     A.   That's what it says there.
8     Q.   It says carried; right?
9     A.   What?
10    Q.   That it carried; right?
11    A.   Where?
12    Q.   The very next word?
13    A.   It says motion tabled at the
14 bottom -- wait.  I'm looking at the wrong thing,
15 I think.  It says motion was tabled.
16    Q.   Sir, under the recommendations to
17 the Board, the lowest -- the final motion there?
18    A.   Are you talking about Osborn
19 and --
20    Q.   On 134.  Are you on that page?
21    A.   Wait.  Okay.  I was looking at the
22 one above it.

269

1     Q.   Recommendations to the Board.
2  Motion.  It was moved by Wicker and seconded by
3  Schimpf to recommend to the Board a plan of hens
4  currently scheduled for disposal between
5  December 1, 2004, and July 1, 2005 to be
6  disposed of 4 weeks early or reduce your flock
7  size by 5 percent.  Do you see that?
8     A.   That's what it says.
9     Q.   It says carried, right?
10    A.   It says carried.
11    Q.   And there is no indication here
12 that Mr. Hinton objected to it, right?
13    A.   Or voted for it.  It doesn't say
14 one way of the other.
15    Q.   And, sir, the purpose of this,
16 like the other supply action plans we've looked
17 at that were recommended by the marketing
18 committee and approved by the Board was to
19 reduce the supply of eggs to boost egg prices;
20 correct?
21         MR. BARNES:  Objection.
22         THE WITNESS:  I have no idea what

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

69 (Pages 270 to 273)

---

270

1   they was -- what their personal -- what
2   everyone's feelings was on it.
3   BY MR. STUEVE:
4       Q.   Well, surely if you reduce the
5   flock size by 5 percent, if all egg producer --
6       A.   It depends on how old your
7   chickens were.
8       Q.   If they reduced the flock size by
9   5 percent and enough egg producers did that,
10  that would reduce the supply of eggs and boost
11  egg prices; correct, sir?
12      A.   Depends on if they put new ones
13  back in or not.
14      Q.   But the purpose of this was to
15  hope to reduce the supply of eggs and boost egg
16  prices; right?
17          MR. BARNES:  Objection.
18          THE WITNESS:  I wasn't at that
19  meeting.
20  BY MR. STUEVE:
21      Q.   Mr. Hinton was, Rose Acre; right?
22      A.   Yeah.  I assume that.  It's listed

---

271

1   that he was there.
2       Q.   Show you what's been marked as
3   Exhibit 139.
4           If you would, the UEP Board of
5   Directors meeting, January 25, 2005.  Do you
6   recall being at that Board of Directors meeting,
7   sir?
8       A.   Probably was.  I don't recall it
9   exactly.  Was I listed?
10      Q.   You're not listed under the Board
11  members.  Do you recall whether you were there?
12      A.   I may not have been.  I never
13  attended all the meetings.
14      Q.   Okay.  Now, if you would under the
15  members and guests, about six rows down it's KY
16  Hendrix and Greg Hinton are both on that line;
17  right?
18          MR. BARNES:  I think it's seven
19  lines down.
20          THE WITNESS:  I see Greg, or KY.
21  BY MR. STUEVE:
22      Q.   Okay.  The same line, four names

---

272

1   over?
2       A.   Yep.  Greg.
3       Q.   Greg would have been a member of
4   the -- in 2005, Mr. Hinton would have been on
5   the marketing and price discovery committee;
6   right?
7       A.   I think so.
8       Q.   Mr. Hendrix would have been on the
9   animal welfare committee that was in charge of
10  implementing the UEP certified program; right?
11      A.   Correct.
12      Q.   And you would have been on the
13  Board of Directors; right?
14      A.   Yes.
15      Q.   As well as the government
16  relations committee, spent hen committee, and
17  the public relations committee; correct, sir?
18      A.   If that's what they listed.
19      Q.   Now, if you would, on these
20  minutes, in addition to KY Hendrix and Greg
21  Hinton, you were also listed as at the Board
22  meeting up on the third row?

---

273

1       A.   Yes.
2       Q.   Now, if you look under the
3   chairman's comments by Mr. Defner down at the
4   bottom in italics?  It says --
5       A.   Where are you looking?
6       Q.   Right at the bottom of the first
7   page, sir, right down at the bottom under
8   chairman's comments?
9       A.   Okay.
10      Q.   We don't have to accept low prices
11  and we can have a good 2005 if we just make a
12  few changes and work together.  Did I read that
13  correctly?
14      A.   That's what it says.
15      Q.   Do you remember those comments by
16  Mr. Defner?
17      A.   Not particularly.
18      Q.   It says the economic summit
19  highlighted some of the problems and some of you
20  have already reacted in a positive manner.  We
21  need more of you to participate in a positive
22  change.  Thanks to those that have prepaid your

HIGHLY CONFIDENTIAL

Rust, Marcus                                                March 5, 2014

70 (Pages 274 to 277)

---

274

1   2005 dues and assessments. Did I read that
2   correctly?
3       A.   Yes.
4       Q.   The positive change he was talking
5   about was participating in the supply reduction
6   action plans that were being recommended by the
7   Board; right?
8           MR. BARNES:  Objection.
9           THE WITNESS:  I think they was
10  jabbing at a bunch of us who were not in
11  participation of the voluntary reductions.
12  BY MR. STUEVE:
13      Q.   What voluntary reductions are you
14  referring to, sir?
15      A.   All of the supply management
16  things that you talk about.
17      Q.   And so they were frustrated
18  because some folks weren't participating in
19  those supply management programs; is that
20  correct?
21          MS. LEVINE:  Objection.
22          THE WITNESS:  People in our neck

---

275

1   of the woods never participated in those for the
2   most part that were in the breaking business.
3   BY MR. STUEVE:
4       Q.   Those you're referring to are
5   supply management?
6       A.   Yeah.
7       Q.   And let's look at yet another
8   example of the supply management action plans
9   here. It's on 104. If you look on 103 at the
10  bottom of the page, this is the marketing
11  committee report?
12      A.   What page are you on?
13      Q.   At the bottom of 103, so it's the
14  second page. If you look at the Bates range at
15  the bottom, 103?
16      A.   Yeah.
17      Q.   And it's a marketing committee
18  report. Do you see that? And then over on the
19  next page, the top of 104, it says, second
20  motion, it was moved by Mooney and seconded by
21  Dean to recommend that the current intentions
22  program for flocks to be disposed of 4 weeks

---

276

1   earlier than previously scheduled and/or flock
2   size reduction by 5 percent be extended through
3   Labor Day. Carried. Did I read that correctly?
4       A.   That's what you read correctly,
5   yeah.
6       Q.   This is another example of a
7   supply management action plan that was intended
8   to reduce the supply of eggs and boost prices;
9   correct, sir?
10          MR. BARNES:  Objection.
11          THE WITNESS:  Not the way we
12  perceived it.
13  BY MR. STUEVE:
14      Q.   But that was the purpose; right?
15      A.   I can't say what the purpose was.
16  I reiterate our purpose, we -- when we joined
17  UEP, we never participated in any supply
18  agreements, nor voted for them.
19      Q.   And this -- you would agree,
20  whether you voted for it or not, that this --
21      A.   I agree with what it says here.
22      Q.   And that is an attempt to restrict

---

277

1   the supply of eggs; is it not, sir?
2           MS. LEVINE:  Objection.
3           MR. STUEVE:  Go ahead and answer,
4   sir.
5           THE WITNESS:  Repeat the question.
6           (The record was read as
7   requested.)
8           MS. LEVINE:  Same objection.
9           MR. BARNES:  Did he answer that?
10  Do you have an answer or not?
11          THE REPORTER:  I did not have an
12  answer.
13          MR. STUEVE:  Go ahead and answer,
14  sir.
15          THE WITNESS:  Repeat the question
16  again.
17          (The record was read as
18  requested.)
19          THE WITNESS:  I don't know if it
20  would be or not. It may be -- it may be
21  considered that way. I don't know.
22  BY MR. STUEVE:

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

71 (Pages 278 to 281)

278

1    Q.   And the motion carried; right?
2    A.   That's what it says.
3    Q.   And Mr. Hinton would have been on
4  that committee at that time; correct?
5    A.   He would have been on the
6  committee that evidently recommended the motion.
7         MR. STUEVE:  We need to change the
8  tape.
9         MR. BARNES:  Sure.
10        THE VIDEOGRAPHER:  This is the end
11 of videotape number 3.  Off the record at 3:29
12 p.m.
13        (A brief recess was taken.)
14        THE VIDEOGRAPHER:  This is the
15 beginning of tape number 4.  Back on the record
16 at 3:35 p.m.
17 BY MR. STUEVE:
18   Q.   Show you what's been marked as
19 Exhibit 111.  This is minutes from the marketing
20 committee dated June 1, 2005; is that correct,
21 sir?
22   A.   Yes.

279

1    Q.   And you're listed as present;
2  correct?
3    A.   Correct.
4    Q.   And the -- if you would, at the
5  bottom, it says, Paul Osborn suggested that UEP
6  issue an industry economic alert in which
7  information on price forecast along with
8  possible solutions to the economic problem could
9  be communicated.  Do you see that?
10   A.   Yeah.
11   Q.   After considered discussion about
12 the many reasons for current and future economic
13 problems, the following motion was made.  It was
14 moved by Osborn seconded by Schimpf, the UEP to
15 distribute an economic alert to the members, the
16 alert to include price forecasts and a list of
17 possible options to correct the oversupply
18 problem.  Do you see that?
19   A.   Yes.
20   Q.   Do you remember that being
21 discussed, sir, that marketing committee?
22   A.   Not that, individually, I do not.

280

1    Q.   The motion carried; did it not?
2    A.   It says carried.
3    Q.   Did you vote in favor of that?
4    A.   I would have voted against it.
5    Q.   There is no indication here that
6  -- whether you voted for it or against it;
7  right?
8    A.   Correct.
9    Q.   Why would you have voted against
10 it?
11   A.   I would have only voted against it
12 if there had been recommendations for early
13 sales and early moults.  We never -- there's a
14 lot of us that never did that.
15   Q.   Sir, is it your testimony you
16 believe you voted against the economic alert
17 being sent out?
18   A.   I may have just said that.  When I
19 sit here and look at what it says, price
20 forecast and a list of possible options.  I have
21 no idea what those were.  I don't recall.
22   Q.   Well, sir, I think -- let's look

281

1  at Exhibit 117.
2         Before I show you this, so you're
3  not sure whether you voted for the economic
4  alert or not; is that right?
5    A.   I can't say one way or the other,
6  because of the economic alert, I have no idea on
7  that.
8    Q.   And this document like all the
9  other ones, there is no indication that you
10 voted against it; right?
11   A.   There is no indication I voted for
12 it or against it.
13   Q.   Now, let me show you what's been
14 marked as Exhibit 117.  And this is Egg Industry
15 Economic Alert; right?
16   A.   Yes.
17   Q.   It has just the facts; right?
18   A.   That's what it says.
19   Q.   Good news, the bad news, and then
20 possible solutions as suggested by the marketing
21 committee?
22   A.   Yes.

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

282

1    Q.   In which you were in attendance;
2  right?  We just looked at Exhibit 111?
3    A.   Yes.  I was in attendance.
4    Q.   And in the solutions suggested by
5  the marketing committee was dispose of spent
6  hens 4 weeks earlier than previously scheduled
7  and/or reduce your flock size by 5 percent
8  through Labor Day; right?  That's one of them?
9    A.   That's one of them.
10   Q.   If that, in fact, were followed by
11  members of the egg industry, the hope and intent
12  was that would reduce the supply of eggs and
13  reduce prices; right, sir?
14       MR. BARNES:  Objection.
15       THE WITNESS:  If you'll read it,
16  it says, it is in your best economic interest to
17  do so, the potential crisis can't be avoided by
18  -- they underline it, it says, it is in your
19  best economic interest to do so, the potential
20  crisis can't be avoided by your action.  They
21  asked for voluntary action for people to do
22  stuff.

283

1  BY MR. STUEVE:
2    Q.   But in order for it to be in their
3  best economic interest, the action plan was for
4  folks to dispose of spent hens 4 weeks earlier
5  than previously scheduled and/or reduce your
6  flock size by 5 percent through Labor Day in an
7  effort to reduce the supply of eggs and boost
8  egg prices; correct, sir?
9    A.   It says possible solutions as
10  suggested.
11   Q.   And the solution that would be in
12  the economic interest of the members would be
13  for members to dispose of spent hens 4 weeks
14  earlier than previously scheduled and/or reduce
15  flock size by 5 percent through Labor Day to
16  reduce the supply of eggs and increase prices;
17  correct, sir?
18   A.   That's what it says.
19   Q.   And the second bullet point is to
20  delay the hatch of all flocks, leave houses
21  empty for a period of time?
22   A.   I don't know how you delay the

284

1  hatch of flocks.  Once they're put in the
2  incubator, unless you kill them, you can't delay
3  the hatch.
4    Q.   Right.  And so that's the only way
5  they could have done it, was to kill them;
6  right?
7    A.   This is a list of suggestions and
8  possible solutions that they sent out to the
9  members, it looks like.
10   Q.   But if they did delay the hatch of
11  all flocks, right, that would reduce the supply
12  of laying hens, right, that would reduce the
13  supply of eggs -- hold on, let me finish --
14  reduce the supply of eggs with the hope of
15  boosting egg prices; correct?
16   A.   I have no idea.
17   Q.   But that's what was intended
18  there; right?
19       MR. BARNES:  Objection.
20       THE WITNESS:  It was a suggestion.
21  BY MR. STUEVE:
22   Q.   If that suggestion were followed,

285

1  the purpose was to reduce the supply of eggs and
2  increase egg prices; correct, sir?
3    A.   Repeat your question.
4        (The record was read as
5  requested.)
6        MS. LEVINE:  Objection.
7        THE WITNESS:  It says here
8  possible solutions as suggested by the marketing
9  committee.  They listed a whole bunch of
10  different things that different producers could
11  do or not do.
12  BY MR. STUEVE:
13   Q.   If the recommendation with respect
14  to delay the hatch of all flocks, if that were
15  followed, the purpose was to reduce egg supply
16  and boost egg prices; correct, sir?
17       MS. LEVINE:  Same objection.
18       THE WITNESS:  Rephrase your
19  question.
20       (The record was read as
21  requested.)
22       THE WITNESS:  The delay of the

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

73 (Pages 286 to 289)

---

286

1   hatch is what throws me for a loop.  I don't
2   recall ever having heard of the delay of hatch
3   of all flocks.  I have no idea.
4   BY MR. STUEVE:
5       Q.   The next, reduce all hatches by
6   5 percent for the next 6 months.
7           If that were followed, the purpose
8   was -- the purpose was to reduce the supply of
9   eggs and increase prices?
10      **A.   I can't say what the purpose was.**
11  **If you reduced all hatches by 5 percent for**
12  **6 months, that would affect the supply of**
13  **chickens which long-term would affect the supply**
14  **of eggs.  I never heard of anything like that**
15  **ever happening.**
16      Q.   But if that were followed, and it
17  reduced the supply of eggs, the hope was that --
18  by reducing the supply of eggs, it would boost
19  the prices; right?
20      **A.   You would have to look at the USDA**
21  **hatch records and determine if something like**
22  **that even took place.**

---

287

1       Q.   That's what the marketing
2   committee would do, correct, sir, in making
3   these recommendations?
4       **A.   No.  You have to look at the**
5   **records and see if what they recommended took**
6   **place or not.  I don't know.**
7       Q.   If in fact -- what I'm asking you
8   to confirm is that if that solution were
9   followed, the purpose of recommending that
10  solution of reduce all hatches by 5 percent for
11  the next 6 months was to reduce the egg supply
12  and boost egg prices.  Correct, sir?
13          MR. BARNES:  Objection.  Compound
14  question.  You may answer.
15          THE WITNESS:  It would depend on
16  how many was previously set to hatch.  There may
17  have been a 10 percent increase of the hatch
18  going into it.  I have no idea without looking
19  at the charts.
20  BY MR. STUEVE:
21      Q.   But the marketing committee would
22  have looked at that when they would make the

---

288

1   recommendation with respect to reduce all
2   matches by 5 percent for the next 6 months;
3   right?
4       **A.   They may have.  I don't recollect.**
5       Q.   You knew, because you sat on the
6   marketing committee, they had access to that
7   information; correct?
8       **A.   I sat on it, I don't remember what**
9   **took place.**
10      Q.   They had access to that type of
11  information; correct?
12      **A.   They may have.  I don't recollect.**
13      Q.   Now, the next solution, increase
14  the hen disposal rate, reduce the chick hatch,
15  leaving some houses empty, we'll make money.  Do
16  you see that?
17      **A.   That's what it says.**
18      Q.   And again, if that solution were
19  followed, the reason why that would be in the
20  best economic interest of the industry is
21  because it would reduce the egg supply and boost
22  prices; correct?

---

289

1       **A.   I don't know that.**
2       Q.   That's what the marketing
3   committee was designing these solutions for;
4   correct?
5       **A.   That's what they wrote down here.**
6   **You have to understand as a company, we never**
7   **did anything like that, so I have no idea how**
8   **that would totally affect the egg supply,**
9   **because of our own personal experience.**
10      Q.   But the marketing committee, which
11  you sat in on this one, was recommending that
12  solution because the intent of that solution was
13  to reduce the supply of eggs and boost egg
14  prices; correct, sir?
15      **A.   I have no idea of the intent.  I**
16  **just know what's wrote right here.**
17      Q.   But the reason why they were
18  recommending that solution and the reason why it
19  would be in the best economic interest of UEP
20  members was because of -- that it would result
21  in the reduction of egg supply, if followed, and
22  boost egg prices; correct?

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

74 (Pages 290 to 293)

---

**290**

1    MR. BARNES:  Object to form.
2    THE WITNESS:  It may have been in
3  the interest of some of them.  It wasn't in the
4  interest of all of them.
5  BY MR. STUEVE:
6    Q.    Now, it says if you are selling
7  surplus eggs to the breakers, reduce your flock
8  size.  Do you see that solution?
9    A.    **What they're telling you is that**
10 **you got -- what happens if you let economic and**
11 **feed -- the price -- the only cure to low prices**
12 **is lower prices.  And I say that, the only thing**
13 **that really works is when -- if you lose enough**
14 **money, you quit doing it.**
15    Q.    Sir, I move to strike your answer
16 as nonresponsive.
17    Do you see the solution that says,
18 if you are selling surplus eggs to the breakers,
19 reduce your flock size.  Do you see that?
20    A.    **It's listed as a possible**
21 **solution, as suggested.**
22    Q.    Suggested by the marketing

---

**291**

1  committee; right?
2    A.    **Yeah.**
3    Q.    If that solution were followed,
4  the reason why the marketing committee was
5  recommending it was because it would reduce the
6  egg supply and boost egg prices; correct, sir?
7    A.    **I can't say it would reduce the**
8  **supply.  The records will show whether it did or**
9  **didn't.  I don't know.**
10    Q.    But the reason why they were
11 recommending the solution was that if it were
12 followed, they were hoping it would reduce the
13 egg supply and boost egg prices; correct, sir?
14    A.    **I'm not understanding what you're**
15 **saying.**
16    MR. STUEVE:  Can you read it back
17 to him, please?
18    (The record was read as
19 requested.)
20    THE WITNESS:  Some may have been
21 thinking that.
22 BY MR. STUEVE:

---

**292**

1    Q.    And those are the very kinds of
2  shady deals that you and your family had for
3  years decided you would not participate in and
4  would not join UEP; correct, sir?
5    MR. BARNES:  Object to form.
6    MS. LEVINE:  Object to form.
7    THE WITNESS:  We never
8  participated in any shady deals.  When they
9  print something in a newsletter, I don't know
10 what's shady about it.  It is suggestions of
11 what the industry -- of what the people have to
12 look at their own position, make determinations,
13 does this work for you, does it not work for
14 you.
15    You have to understand, during all
16 these time periods, we were out building new
17 chicken houses.  We had competitors building new
18 chicken houses.  We was adding to the overall
19 chicken house base.  The hatches would go up.
20 People were out doing for their own economic
21 best interest.  What was suggested at one of
22 these meetings was meaningless most of the time.

---

**293**

1  BY MR. STUEVE:
2    Q.    Exhibit 170, it's not a new one,
3  it's an existing exhibit.
4    Now, remember, your sworn
5  testimony under oath, Mr. Rust, is that every
6  time there was a supposed recommendation with
7  respect to supply management, you voted against
8  it.  Do you recall that testimony?
9    A.    **I never voted for them.**
10    Q.    And you've repeatedly testified to
11 that effect today; right, sir?
12    A.    **Yes.**
13    Q.    Let's look at UEP marketing
14 committee minutes, March 31, 2006.
15    You're listed as in attendance;
16 right?
17    A.    **Yes.**
18    Q.    It says -- on the motion, do you
19 see that in all bold.  It was moved by Baker and
20 seconded by Schimpf to recommend to the members
21 a program calling for flocks to be molted
22 6 weeks earlier than previously scheduled and to

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

75 (Pages 294 to 297)

---

294

1  dispose of spent hens 6 weeks earlier than
2  previously scheduled.  Did I read that
3  correctly?
4       A.   That's what it says.
5       Q.   It says motion passed unanimously;
6  correct, sir?
7       A.   That's what it says, but I would
8  never have voted for it.  This was a call.  I
9  may have had my phone on mute when the vote was
10  taking place.  I don't recall.
11      Q.   Then the next motion right below
12  that was, Motion:  Recommend that the UEP
13  chairman appoint a task force to look at
14  long-term solutions for supply/demand problems.
15  Do you see that?
16      A.   Is that the one above the raised
17  objections to moving the 67-inch rule?
18      Q.   I'm reading right at the bottom,
19  sir, all the way at the bottom, the second
20  motion.  It says, Motion:  Recommend that the
21  UEP chairman appoint a task force to look at
22  long-term solutions for supply/demand problems.

---

295

1  Do you see that?
2       A.   Yes.  It says the motion failed
3  for lack of a second.
4       Q.   Right.  Then it goes over to the
5  next page.  Gregory announced he would send out
6  a supply/demand alert to the industry as quickly
7  as possible.
8            Do you remember how often he would
9  send out these supply/demand alerts?
10      A.   A lot, from memory.
11      Q.   Now, do you recall being involved
12  in trying to set up an eggs product cooperative?
13      A.   Yes.
14      Q.   And when did you begin that
15  process, sir?
16      A.   I don't recall the exact date, but
17  it was sometime -- I would have to look at a
18  record to refresh my memory of the date.
19      Q.   What was the purpose of that eggs
20  product co-op?
21      A.   It was to market certified egg
22  products to the customers, the people that would

---

296

1  buy them as coming from chickens that had more
2  room than birds that did not.
3       Q.   So this cooperative would adopt
4  guidelines that it would have a cage space
5  requirement?
6       A.   FMI had come to what our
7  understanding was when we joined UEP, FMI, which
8  is a group of retail grocery chains had come to
9  UEP and asked for a long-term phased-in square
10  inch thing that would allow the birds to have
11  more space.
12           MR. STUEVE:  Move to strike the
13  answer as nonresponsive.
14  BY MR. STUEVE:
15      Q.   Sir, my question is about your
16  eggs product co-op, not UEP.
17           The eggs product co-op that you
18  were involved in establishing; do you recall
19  that?
20      A.   Yes.
21      Q.   Was it ever established?
22      A.   Yes.

---

297

1       Q.   When was it established?
2       A.   Sometime in the middle of this.
3       Q.   Okay.
4       A.   I don't remember the exact years.
5  We had meetings.  We never ever sold a product.
6       Q.   Okay.  So is it still functioning?
7       A.   No.
8       Q.   So how many meetings did you have?
9       A.   I don't recall exactly.  Maybe a
10  dozen.
11      Q.   And who else was part of that
12  co-op?
13      A.   It would have been -- from memory,
14  it would have been certified egg breaking
15  companies that were in the certified hen -- had
16  UEP certified program that FMI had asked their
17  members to participate in.
18      Q.   With respect to egg producers,
19  sir, who were the members?
20      A.   It would have been Cal-Maine
21  Foods -- they were not an actual member -- yeah,
22  they were, I think.  It may have been a

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

76 (Pages 298 to 301)

298

1    different entity.
2           Let me think here.  National
3    Foods.  Hickman Egg Ranch.   Wabash Valley, I
4    think.  Crystal Lake or Creighton Brothers Egg
5    Farm.  There could have been a couple more.
6           Q.   And as I understand it, the
7    purpose of this "co-op" was the members would be
8    egg producers who break eggs and sell their egg
9    products to customers; correct?
10          A.   Correct.
11          Q.   And you could only be a member if
12   the eggs that you used for your breaking
13   operations were UEP certified; is that correct,
14   sir?
15          A.   Come from the UEP animal care
16   program.
17          Q.   And so, for example, your largest
18   competitor at this time was Michael Foods;
19   correct?
20          A.   Correct.
21          Q.   They wouldn't be able to be a
22   member; right?

299

1           A.   They could have been a member only
2    if their -- it was going to be for members who
3    didn't have production both ways.
4           Q.   And you knew at the time that you
5    were proposing this co-op that Michael Foods
6    used noncertified eggs for its breaking
7    operations; correct?
8           A.   Yes.
9           Q.   And therefore, they would have
10   been blocked from being a member of your
11   cooperative; right?
12          A.   Ours was going to be for members
13   who was what we call -- would be 100 percent in
14   the welfare -- animal welfare program, and not
15   for people who were not in the animal welfare
16   program, or one of the problems with the animal
17   welfare program the way it ended up being, they
18   allowed companies to say they are animal welfare
19   when in reality, they would be putting chickens
20   up for McDonald's at 85 inches and then they
21   would be putting chickens up for Hop & Hop
22   hamburger stands for 45 inches.

300

1           They would squeeze in where they
2    couldn't move them for one guy, and then they
3    would proclaim they were an animal welfare
4    company.  They offered both, but it was a
5    squeeze for one customer -- it was an animal
6    welfare program, it wasn't a means to maximize
7    profit for the company.  You know, that was the
8    only reason we got into the animal welfare
9    program.  We hoped we could make it a truly only
10   animal welfare program.
11          Q.   Sir, my question was, the way you
12   had created the egg products co-op, that would
13   have precluded your largest competitor from
14   being a member of the co-op; correct?
15          A.   As long as they had -- no member
16   was going to be allowed to produce eggs under
17   contract not animal care certified.
18          Q.   And Michael Foods, you knew, used
19   a substantial amount of noncertified eggs in
20   their breaking operations; correct, sir?
21          A.   Correct.
22          Q.   All right.  Now, what were -- you

301

1    understood that by increasing cage space, that
2    that would reduce the number of hens that could
3    be in an existing cage; correct, sir?
4           A.   That's a correct statement.
5           If you reduced the amount of
6    inches per bird in that cage, depending on the
7    size of the cage, if you didn't increase the
8    space of the cage, you reduced the number of
9    hens.
10          Q.   And, in fact, you were aware that
11   the industry considered that cage space
12   requirement to be the best tool for reducing
13   supply and boosting egg prices that had ever
14   been utilized; correct, sir?
15          A.   Restate your question.
16          Q.   Yeah.  Can you read it back?
17          (The record was read as
18   requested.)
19          MR. BARNES:  Objection.
20          THE WITNESS:  No.
21   BY MR. STUEVE:
22          Q.   Never heard of that before,

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

77 (Pages 302 to 305)

302

1  Mr. Rust?
2      A.  Never heard it characterized like
3  you just characterized it.
4      Q.  Now, what -- in addition to the
5  cage space requirements that you were going to
6  adopt as in the eggs product co-op, what other
7  supply management mechanisms were you going to
8  utilize?
9      A.  We had absolutely no supply
10  management in our -- in any discussions ever.
11     Q.  Sir, let me show you what's been
12  marked as -- here's 529.
13         (Rust Exhibit Number 529 was
14  marked for identification.)
15         MR. MONICA:  Get to use it after
16  all.
17  BY MR. STUEVE:
18     Q.  Show you what's been marked as
19  Exhibit 529.  Do you see that?
20         This is a letter to you from
21  Jones, Waldo, Hallbrook & McDonough?
22     A.  Yes.

304

1  marketing committee and the price discovery
2  committee, the spent hen committee, and the
3  public relations committee for UEP; right, sir?
4      A.  Correct.
5      Q.  Now, in the third paragraph here,
6  it says -- first of all, does this list the
7  initial members of the egg products co-op?
8      A.  Yes.
9      Q.  National Food Corp.; right?
10     A.  Where are we at?  You said
11  National Food Corp.?  Yes.
12     Q.  Newlaid?
13     A.  They withdrew.
14     Q.  Rose Acres?
15     A.  Yes.
16     Q.  MOARK?
17     A.  They withdrew.
18     Q.  When did they withdraw, sir?
19     A.  Did what?
20     Q.  When did they withdraw?
21     A.  Second or third meeting, maybe.
22     Q.  Did you know why?

303

1      Q.  Randy Wilson?
2      A.  Yeah.
3      Q.  He was the lawyer that you were
4  utilizing to help you set up the eggs product
5  co-op; right?
6      A.  Correct.
7      Q.  How did you meet Mr. Wilson?
8      A.  From a recommendation from another
9  egg producer.
10         MS. LEVINE:  Can you just read in
11  the Bates stamp when you put up an exhibit?
12         MR. STUEVE:  Yeah, NL 1200540
13  through 41.  And this is dated November 28,
14  2006; is that right?
15         THE WITNESS:  Yes.
16  BY MR. STUEVE:
17     Q.  And at this time, you would have
18  been a member of the Board of Directors of UEP,
19  a member of the Board of Directors of USEM;
20  correct?
21     A.  Correct.
22     Q.  And you would have been on the

305

1      A.  They determined that they was
2  already into the marketing of that, and it would
3  be in competition or -- it wasn't -- I don't
4  recall the exact reason.  They just elected it
5  wasn't a good fit for them.
6      Q.  Creighton Brothers, Crystal Lake?
7      A.  Yes.
8      Q.  Hickman Family Farms?
9      A.  Yes.
10     Q.  Belamid Egg Farms?
11     A.  Yes.
12     Q.  Wabash Valley Produce?
13     A.  Yes.
14     Q.  Now, were there other members?
15     A.  I thought there was, but there may
16  not have been.  We had several invitational
17  meetings.  Like I said, the thing never took
18  off.
19     Q.  It says here, the third paragraph
20  in, it says -- it says, Jerry Wright of United
21  Potato Growers of Idaho and I have been invited
22  to the United Egg Producers meeting in Atlanta

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

78 (Pages 306 to 309)

---

306

1  in January, presumably to explain the supply
2  management mechanism on potatoes and to answer
3  questions from those present. Did I read that
4  correctly?
5      **A. That's what it says.**
6      Q. When you asked Mr. Wilson -- Randy
7  Wilson to assist you in the eggs product co-op,
8  did he explain to you the supply management
9  mechanisms he had recommended for the potato
10  industry?
11      **A. Somewhat.**
12      Q. What did he tell you, sir?
13      **A. Just that potato growers had**
14  **formed a cooperative and they actually talked**
15  **about what people -- what the supply would be**
16  **and not be.**
17      Q. Did he explain to you that they --
18  the potato producers were implementing a program
19  in which they would reduce the supply of
20  potatoes, and that that supply management
21  program also had an auditing process to make
22  sure that everyone complied?

---

307

1      MR. BARNES: Objection. Compound.
2      THE WITNESS: He may have. I
3  don't recall.
4  BY MR. STUEVE:
5      Q. Then he says, I'm wondering if any
6  of our members view this as a conflict, he's
7  referring to the egg products co-op; right?
8      **A. Yes.**
9      Q. And then he says, I've also
10  wondered if it is not viewed as a conflict
11  whether my involvement in setting up your
12  cooperative is something I should not disclose.
13      I guess another question would be
14  whether I can point to the organization of your
15  cooperative as a start towards some supply
16  management activities.
17      Did I read that correctly?
18      **A. That's what it says. I'm not sure**
19  **what it means.**
20      Q. Well, you understand what supply
21  management means; right?
22      **A. Yes.**

---

308

1      Q. All right. And did you respond to
2  this letter?
3      **A. Maybe a phone call. I don't know**
4  **that I ever responded to that question, or that**
5  **statement.**
6      Q. What supply management activities
7  was the co-op contemplating?
8      **A. There was none.**
9      Q. Well, sir, the lawyer that set up
10  your cooperative is asking permission to
11  identify your cooperative as an example of a
12  start towards some supply management activities;
13  right?
14      **A. He says, I guess another question**
15  **would be whether I can point to the organization**
16  **of your cooperative as a start towards some**
17  **supply management activities.**
18      Q. Uh-huh.
19      **A. I don't know what he was referring**
20  **to there.**
21      Q. So the lawyer that helped you set
22  up this co-op and is asking to use your co-op as

---

309

1  an example of a start towards some supply
2  management activities, you have no idea what
3  he's talking about?
4      **A. Not in that statement.**
5      MR. BARNES: Mr. Stueve, I'm just
6  going to reserve an objection. I don't know if
7  privilege has been waived for these discussions
8  and I know there's a claw back provision in our
9  protective order in Kansas. So I just want the
10  record to reflect that I'm going to have to
11  check on this, and see if privilege is going to
12  be asserted by the certified company or not,
13  whether I can use the claw back provision. But
14  I haven't stopped you from asking your
15  questions.
16      (Rust Exhibit Number 530 was
17  marked for identification.)
18  BY MR. STUEVE:
19      Q. I'll show you what's been marked
20  as Exhibit 530.
21      Did you review this? It's Bates
22  range UE 0804935. Did you review this in

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                           March 5, 2014

79 (Pages 310 to 313)

---

310

1    preparation for your deposition, Mr. Rust?
2        **A.   I think I saw this one.**
3        Q.   Did you attend the agenda for the
4    economic summit featuring the CEO and an
5    attorney for the United Potato Growers?
6        **A.   Yes.**
7        Q.   And this would have been -- was
8    this -- were you behind recommending that
9    Mr. Wilson in 2007 come and talk to the United
10   Egg Producers at this economic summit?
11       **A.   I don't recall that.**
12       Q.   You would have already retained
13   him as counsel to help you set up this egg
14   producer cooperative; right?
15       **A.   Correct.  My recollection, there**
16   **was a reference made about him -- someone read**
17   **the article and they knew it was the same**
18   **attorney, there was an article I think about the**
19   **potato growers or something someplace.  I**
20   **remember being asked something about it.**
21       Q.   Do you remember the supply
22   restriction programs that he outlined for the

---

311

1    United Egg Producers?
2        **A.   I don't remember that.**
3        Q.   You don't?
4        **A.   No.**
5        Q.   But you were there; right?
6        **A.   I was there.**
7        Q.   All right.  And then you asked
8    Gene, just curious as to what response you have
9    gotten to date on this.  You're referring to the
10   economic summit; right?
11       **A.   Let me look here.  What was the**
12   **question again?**
13       Q.   When you were asking Gene, just
14   curious as to what response you've gotten to
15   date on this, are you referring to the economic
16   summit in which Randon Wilson made a
17   presentation about the supply management program
18   that United Potato Growers had implemented?
19       **A.   I don't recall.  Just -- I'm still**
20   **not sure -- what are you asking again?  Repeat**
21   **your question.**
22       Q.   It says, Gene, just curious as to

---

312

1    what response you have gotten to date on this?
2    Marcus.  You were asking about the economic
3    summit in which Randon Wilson presented the
4    supply management program that United Potato
5    Growers had implemented?
6        **A.   Yeah, from reading this, I think**
7    **when he made his presentation, he was talking**
8    **about the -- I think he was talking about how**
9    **they had done potato acres or something like**
10   **that, and I was kind of curious as to what the**
11   **response was from the egg producers.**
12       Q.   When you're talking about potato
13   acres, you're meaning there was a commitment by
14   -- industry-wide by potato growers to not plant
15   so many acres, to set it aside, that would be
16   audited which would result in the supply of
17   potatoes being reduced, and therefore a boost in
18   potato prices; correct, sir?
19           MR. BARNES:  Objection to the form
20   of that question.
21           THE WITNESS:  Restate your
22   question again.

---

313

1            (The record was read as
2    requested.)
3            THE WITNESS:  I really don't
4    recall.
5    BY MR. STUEVE:
6        Q.   Now, Gene Gregory responds,
7    Marcus, I've heard from no one with any comments
8    about the economic summit with potato growers.
9    It would surprise me if the vast majority of our
10   UEP members are ready for such avenue
11   restrictive cooperative; do you see that?
12       **A.   Yes.**
13       Q.   Do you understand what he meant by
14   that, sir?
15           (Interruption.)
16   BY MR. STUEVE:
17       Q.   Let me ask it again.  Someone
18   interrupted.
19           Sir, the -- do you see where it
20   says in the Gene Gregory e-mail back to you that
21   it would surprise me if the vast majority of our
22   UEP members are ready for such a restrictive

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

80 (Pages 314 to 317)

---

**314**

1    cooperative. Do you see that there?
2        A.   Yes.
3        Q.   What he was referring to there
4    would be the -- a similar program in the egg
5    industry with respect to restrictions on flock
6    size; is that correct?
7        MR. BARNES:  Object to the form of
8    that question.
9        THE WITNESS:  Restate it again.
10       MR. STUEVE:  Can you read it back
11   for him, please?
12       (The record was read as
13   requested.)
14       MR. BARNES:  Same objection.
15       THE WITNESS:  I'm not sure how to
16   answer that.
17       MR. BARNES:  Do the best you can.
18       THE WITNESS:  We never ever
19   discussed any supply management at any of our
20   meetings. But what was Randon, I think, did
21   discuss or what I read in the Wall Street about
22   someplace, whether he said it or I read it, they

---

**315**

1    talked about the stuff that the potato growers.
2    And I think he put on a presentation in front of
3    the United Egg Producers talking about how they
4    had established that.
5    BY MR. STUEVE:
6        Q.   You were there; right?
7        A.   Yes.
8        Q.   And then you after that
9    presentation to the egg producers in which
10   Randon Wilson laid out the supply restriction
11   program that was implemented with the potato
12   growers, you asked Gene Gregory, what was the
13   response; correct?
14       A.   Yes. I was curious.
15       Q.   And Gene Gregory wrote back to you
16   and said, I haven't heard from anyone, but I
17   don't believe the UEP members are ready for such
18   a restrictive cooperative. I read that
19   correctly; right?
20       A.   Yes.
21       Q.   And what he was referring to there
22   was whether or not UEP members were ready for --

---

**316**

1        A.   There were a lot of UEP members
2    that were anti-supply management issues.
3        MR. BARNES:  Let him finish his
4    question.
5        Go ahead, Mr. Stueve.
6    BY MR. STUEVE:
7        Q.   What I'm asking you is what you
8    understood he meant, meaning Mr. Gregory, in
9    reference to such a restrictive cooperative
10   would be -- whether some UEP producers would be
11   willing to agree to flock reductions with a
12   similar program that had been implemented by the
13   potato growers; correct, sir?
14       MS. LEVINE:  Object to the form of
15   the question.
16       THE WITNESS:  Restate your
17   question.
18       MR. STUEVE:  Can you read it for
19   me.
20       THE WITNESS:  Re-ask it.
21       MR. STUEVE:  Let me have her read
22   it back, and then if you still don't understand

---

**317**

1    it -- I understand when you get objections, it
2    impacts your concentration.
3        (The record was read as
4    requested.)
5        THE WITNESS:  I think that's what
6    he meant. I'm not sure.
7    BY MR. STUEVE:
8        Q.   And then you said in response, I
9    would agree too much independence, yet what is
10   ironic with egg products co-op we are working on
11   is the owners see the need more than the people
12   running the business.
13       You're referring to your egg
14   products co-op, and confirming that you all, the
15   members of that co-op see the need for these
16   supply restrictions; correct, sir?
17       A.   Trying to remember what I said
18   there. I'm reading it. My wife says I can't
19   explain squat. Again, what was your --
20       Q.   Your response indicates that the
21   owners that make up the egg products co-op see
22   the value in the supply restrictions that were

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

81 (Pages 318 to 321)

---

318

1  outlined by Mr. Wilson at the economic summit;
2  correct, sir?
3         MR. BARNES:  Object to the form.
4         THE WITNESS:  You got me confused.
5         When we was doing the co-op, what
6  we were trying to accomplish in our business as
7  an egg breaker, every line of equipment you're
8  going to spend a couple million dollars on and
9  we were there producing -- we would run a
10 machine and have a machine line that would run
11 one day a week.  Creighton Brothers would have a
12 machine that would run one day a week.
13        We wanted to establish a marketing
14 co-op group that would make each of our
15 facilities more efficient and run -- we would
16 agree that they would make 5-pound egg product.
17 We would make 2-pound egg product and someone
18 else would do 30-pound, you know -- we all had
19 smaller breaker plants.  When you look at a
20 Michael's, they had a monster plant and they
21 were selling high volumes of everything.  We
22 were all out there struggling trying to sell,

---

319

1  you know -- we had machines we only ran
2  two hours a week.
3         And the purpose behind our co-op
4  was to get to where we could establish a co-op
5  that would allow us to each get efficiencies and
6  each of us do something efficiently kind of like
7  the cheese co-ops have done.  You have one co-op
8  that would make mozzarella cheese, another one
9  would make Parmesan cheese, another one would
10 make blue cheese, instead of trying -- none of
11 was were big enough to do everything, but each
12 of us could specialize and do one thing.
13        MR. STUEVE:  Move the answer be
14 struck as nonresponsive.
15        MR. BARNES:  And excuse me.  I
16 don't mean to interrupt you.  I think the
17 witness is getting tired and maybe needs a
18 break.  He is not concentrating.
19        MR. STUEVE:  Let me finish --
20        MR. BARNES:  You can finish --
21 sure.
22        MR. STUEVE:  Okay, that's fine.

---

320

1  Let me finish this line of questioning.
2  BY MR. STUEVE:
3     Q.   We were looking at the e-mail here
4  from Mr. Gregory to you that says, it would
5  surprise me if the vast majority of our UEP
6  members are ready for such a restrictive
7  cooperative.  That's what he said, right?  We
8  already talked about your understanding of what
9  he meant.
10        And then you say, I would agree
11 too much independence yet.  What is ironic with
12 the eggs products co-op we are working on is the
13 owners see the need more than the people running
14 the business.
15        What you're referring to there is
16 the need for a -- supply --
17     A.   I --
18     Q.   Hold on.  What you're referring to
19 was the need for the supply management program
20 that Randon Wilson had outlined at the economic
21 summit; correct, sir?
22     A.   That's not what I was referring

---

321

1  to.  I was talking about their inefficiencies.
2  That's what the problem was in our breaking
3  plant.
4     Q.   Sir, is there any reference in the
5  January 5th e-mail from Gene Gregory talking
6  about inefficiencies?
7     A.   Not in that e-mail, there's not.
8     Q.   And again, have I read it
9  correctly, sir, that in response to
10 Mr. Gregory's e-mail that says it would surprise
11 me if the vast majority of our UEP members are
12 ready for such a restrictive cooperative, you
13 write, in the very first sentence, I would
14 agree, too much independence yet, what is ironic
15 with the eggs product co-op we are working on is
16 the owners see the need more than the people
17 running the business.  Did I read that
18 correctly?
19     A.   Back to the inefficiencies I was
20 talking about later there.
21     Q.   But, sir, your e-mail is in
22 response to Mr. Gregory's statement that it

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

82 (Pages 322 to 325)

---

**322**

1  would surprise me if the vast majority of our
2  UEP members are ready for such a restrictive
3  cooperative; correct, sir?
4  **A.   We have been -- in my mind, when I**
5  **was -- I was still explaining the purposes why**
6  **we was trying to do the break products co-op.**
7  **And it was to be efficient and get rid of our**
8  **inefficiencies.**
9       MR. STUEVE:  This is a good time.
10      MR. BARNES:  Thank you.
11      THE VIDEOGRAPHER:  Off the record
12  at 4:26 p.m.
13      (A brief recess was taken.)
14      THE VIDEOGRAPHER:  Back on the
15  record at 4:35 p.m.
16  BY MR. STUEVE:
17      Q.   Now, you served on the marketing
18  committee in 2006, 2007, 2008, and 2009;
19  correct, sir?
20      **A.   I think so.**
21      Q.   Let me show you what's been -- I'm
22  marking as 531.  It's Bates range RAFKS 0004654?

---

**323**

1       (Rust Exhibit Number 531 was
2  marked for identification.)
3  BY MR. STUEVE:
4       Q.   This was a document produced by
5  Rose Acre.  And it says, it should come as no
6  surprise to any of you that UEP will not have a
7  marketing committee for 2010 nor for the
8  foreseeable future; did I read that correctly?
9       **A.   Correct.**
10      Q.   The marketing committee was the
11  one we've seen making recommendations concerning
12  supply adjustments involving early moults, early
13  kills and hatch reductions; correct, sir?
14      **A.   I think so.**
15      Q.   And as I indicated either you
16  served on that committee for Rose Acre or
17  Mr. Hinton did from 2002 up until the marketing
18  committee was disbanded; correct, sir?
19      **A.   Yes.**
20      Q.   Now, the reason why -- well, what
21  were you told as to why the marketing committee
22  was disbanding?

---

**324**

1       MS. LEVINE:  Objection to the form
2  of the question to the extent that this was
3  advice by counsel.
4  BY MR. STUEVE:
5       Q.   Go ahead and answer.
6       MS. LEVINE:  His understanding is
7  informed by advice of counsel.
8  BY MR. STUEVE:
9       Q.   Who did you speak with concerning
10  the fact that the marketing committee was
11  disbanding?
12      **A.   I didn't really speak to anyone.**
13  **We was just told it was disbanded due to the**
14  **lawsuits.**
15      Q.   Who told you that, sir?
16      **A.   Gene or somebody.**
17      Q.   Somebody at UEP?
18      **A.   Yes.**
19      Q.   Was there any other committee that
20  you were on that was disbanded?
21      **A.   No.**
22      Q.   Now, you would have served on the

---

**325**

1  Board of Directors; right?
2       **A.   Yes.**
3       Q.   Was this recommendation to disband
4  the committee presented to the Board?
5       MS. LEVINE:  Object to the form of
6  the question and direct this witness not to
7  answer if any of his understanding is based on
8  counsel for UEP.
9  BY MR. STUEVE:
10      Q.   Go ahead and answer.
11      **A.   You have to repeat that one.**
12      MR. BARNES:  What she's saying is
13  there's an attorney-client privilege for UEP.
14  She's a lawyer for UEP, Marcus.  And what she's
15  saying is, if your answer is based on legal
16  advice the UEP lawyer gave you and the Board,
17  you can't disclose -- you're not allowed to
18  disclose that advice.  You can't answer the
19  question, if it's based on attorney's advice.
20  BY MR. STUEVE:
21      Q.   I'm not asking for any attorney's
22  advice.  I'm asking you whether or not you were

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

83 (Pages 326 to 329)

326

1 at a Board meeting in which the recommendation
2 to disband the marketing committee was presented
3 to the Board?
4            MS. LEVINE:  Object to the form of
5 the question.
6            THE WITNESS:  I don't recollect.
7 BY MR. STUEVE:
8       Q.    Now, there were -- Mr. Gregory has
9 testified that there were other changes
10 implemented by UEP after the lawsuit.  Do you
11 remember any of those -- any of those changes
12 implemented by UEP?
13       A.    Not specifically.  I know there
14 was -- they changed the way they conducted the
15 meeting.
16       Q.    How did they change it?
17       A.    They -- been more clear on who
18 could be in the meeting and who couldn't.
19       Q.    What were they clear about as to
20 who could be at the meeting?
21       A.    The vendors weren't allowed to
22 stay in the meeting anymore.

327

1       Q.    Can you give me some examples of
2 vendors that were attending meetings?
3       A.    The cage equipment manufacturers,
4 some of those types of folks.  Suppliers to the
5 industry.
6       Q.    There were also folks like Country
7 Creek Farms that were attending the meetings as
8 well; correct?
9       A.    Yes.
10       Q.    Were they asked to stop attending
11 as well?
12       A.    I don't recollect.
13       Q.    Any other changes that you're
14 aware of as a Board member of UEP?
15       A.    Not that stick out immediately.
16       Q.    Okay.
17            (Rust Exhibit Number 532 was
18 marked for identification.)
19 BY MR. STUEVE:
20       Q.    Show you what's been marked as
21 Exhibit 532.  This is RAFKS 0006481.
22            Do you remember reviewing this in

328

1 preparation for your deposition, Mr. Rust?
2       A.    No.
3       Q.    If you'll see here, it's an e-mail
4 at the bottom half in December of '09 and it's
5 interesting news article from AGweb.com, where
6 is our handout, question mark.  Do you see that?
7 Do you see your e-mail there, sir?
8       A.    Yes.
9       Q.    And then in response, Gene Gregory
10 says, yes, and then to think that when egg
11 farmers try to manage supply to have a
12 profitable business and not ask for government
13 handouts, we find ourselves in a lawsuit.  Do
14 you see that?
15       A.    That's what Gene said.
16       Q.    What was he referring to with
17 respect to egg farmers trying to manage the
18 supply, sir?
19            MS. LEVINE:  Object to the form of
20 the question.
21            THE WITNESS:  I don't recollect.
22 BY MR. STUEVE:

329

1       Q.    What he was referring to there,
2 was he not, was the coordinated attempts to --
3 that we've seen with respect to early moults,
4 early kills, hatch reductions, and the cage
5 space requirements; correct, sir?
6            MS. LEVINE:  Object to the form of
7 the question.
8            THE WITNESS:  Repeat your question
9 again.
10 BY MR. STUEVE:
11       Q.    What he's referring to here when
12 he's talking about egg farmers trying to manage
13 supply is what we've seen earlier regarding
14 early moults, early kills, hatch reductions, and
15 the implementation of the cage space
16 requirements; correct, sir?
17            MS. LEVINE:  Objection.
18            THE WITNESS:  I would assume.  I
19 don't know for certain.
20 BY MR. STUEVE:
21       Q.    Now let me show you what's been
22 marked as Exhibit 533?

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

84 (Pages 330 to 333)

---

**330**

1          (Rust Exhibit Number 533 was
2   marked for identification.)
3   BY MR. STUEVE:
4       Q.   This is Bates range RAFKS 0004571
5   to 4572.
6          Now, this is April 4th of 2011;
7   right?
8       A.   Yes.
9       Q.   And this -- so this would have
10  been after the lawsuits concerning the
11  restriction of egg supply; right?
12      A.   Correct.
13      Q.   If you would, you'll note that on
14  the -- on the -- that there's a big disclaimer
15  on the second page here concerning USEM is a
16  Capper-Volstead agricultural cooperative of egg
17  producers.  Do you see that?
18      A.   Yes.
19      Q.   When was that disclaimer added?
20      A.   I don't recall.
21      Q.   You don't remember as a USEM Board
22  member approving that?

---

**331**

1       A.   No.
2       Q.   Now, you'll see under the
3   paragraph, considerations by USEM, it says it
4   may be an ideal time to place some hens in a
5   moult or depopulate older flocks?
6       A.   Yes.
7       Q.   Much different language than we
8   saw earlier; isn't it?
9       A.   Yes.  Different language.
10      Q.   There's no specific time to begin,
11  there's no specific time to end; right?
12      A.   Not according to this.  No.
13      Q.   And there were no intention forms
14  distributed as well; correct?
15      A.   Not that I'm aware of.
16      Q.   And you're familiar with these
17  intention forms; are you not?
18      A.   Yes.
19      Q.   So after the marketing committee
20  would make a supply action plan recommendation,
21  the Board approved it, UEP's management would
22  then send out intention forms to UEP members to

---

**332**

1   sign to indicate whether they were going to
2   participate or not; right?
3       A.   Several times.  I don't
4   remember -- I remember filling some out and the
5   ones I filled out, I stated we were not -- we
6   was actually adding chickens.
7       Q.   You remember those intention forms
8   going out?
9       A.   I remember those being passed out,
10  yes.
11      Q.   That practice stopped after the
12  lawsuit; right, sir?
13      A.   Yes.
14      Q.   Do you know why?
15      A.   I only recall those ever being
16  passed out twice, maybe, three times -- two
17  times maybe.
18      Q.   Do you know why it was stopped,
19  sir, the practice?
20      A.   No.
21         MR. BARNES:  We can hear you.
22  Hello.  We can hear you.

---

**333**

1          (Rust Exhibit Number 534 was
2   marked for identification.)
3   BY MR. STUEVE:
4       Q.   Show you what's been marked
5   Exhibit 534, it's Bates ranged RAUPDATE 0071497
6   through 519.
7          Sir, can you identify what
8   Exhibit 534 is?
9       A.   It's an animal husbandry
10  guideline.
11      Q.   Are you familiar with it, sir?
12      A.   Somewhat.
13      Q.   When's the first time you saw the
14  guidelines?
15      A.   Maybe when it was passed out.  I
16  don't remember.
17      Q.   We've seen you joined in
18  February 2002; right?
19      A.   Yes.
20      Q.   That was right when the guidelines
21  were beginning to roll out; right?
22      A.   Yes.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

85 (Pages 334 to 337)

334

1    Q.   All right.  And so you both at the
2  same time you became a UEP member, did you also
3  sign up with the UEP certified program?
4        MR. BARNES:  Objection.  Asked and
5  answered.
6        THE WITNESS:  I think we did.
7  Sometime in that time period.
8  BY MR. STUEVE:
9    Q.   Okay.
10   A.   We had to wait until we met
11  different guidelines to be able to be into the
12  program, I remember.
13   Q.   Okay.  That's why I was asking
14  that question.
15        What were some of the guidelines
16  that you had to wait before you could be UEP
17  certified?
18   A.   I think we had to have some square
19  inch rules that we had to meet and I'm trying to
20  remember.  I don't remember which ones we were
21  so-called out on.  There were several, but --
22   Q.   Was this from an initial

335

1  inspection?
2    A.   From my memory, yeah.
3    Q.   When you're talking about square
4  inch requirements, what you're talking about is
5  in order to be certified you had to remove birds
6  from your existing cages; correct, sir?
7    A.   I don't know if we removed.  We
8  had to have -- you had to have an average of so
9  many birds for so many square inches to qualify
10  to be in the program.
11   Q.   In fact, it reduced your flock by
12  25 to 30 percent; did it not, sir?
13   A.   Over a period from the time we
14  started the program until the time the reduction
15  took place, that was the schedule that we added
16  capacity over the time period to make sure we
17  didn't get behind.
18   Q.   Sir, from your existing cages, you
19  actually reduced your flock by 25 to 30 percent;
20  correct?
21   A.   From an existing cage 120 by
22  24-inch we would have reduced the space, but we

336

1  added cages someplace else continually.
2    Q.   We'll get to that.  What I'm
3  asking you, though, is I've seen documents I'll
4  get them out if you need me to, that you had
5  reduced your flock size?
6    A.   We reduced the flock size at
7  individual hen houses but we added to other hen
8  houses.
9    Q.   Sir, let me ask my question.
10        My question is with respect to
11  your existing cages, you reduced your flock size
12  by 25 to 30 percent; did you not, sir?
13   A.   What do you mean by flock size?
14   Q.   I'll show you the document and
15  then I'll have you confirm it.
16   A.   Okay.  We have -- I refer to our
17  flock as having 22 million birds.  We have
18  multiple farms with multiple different amounts
19  of chickens, different size cages.  So our
20  reduction was only -- we may have one farm that
21  reduced and never added because we couldn't get
22  permits to build buildings there.  We may have

337

1  other farms we added a million more chickens to
2  to make sure we never got behind on our egg
3  production.
4    Q.   If you had not implemented the
5  cage space reduction requirements and also added
6  capacity through new construction, your flock
7  size would have been larger than 22 million;
8  correct, sir?
9    A.   It would be 30 million or
10  40 million.  I don't know what it would be.  A
11  lot.
12   Q.   A lot higher; right?
13   A.   Yes.
14   Q.   Now, you know who Don Ball is;
15  correct?  Do you know who Don Bell is; correct
16  sir?
17   A.   Oh, Don Bell.
18   Q.   What did I say?
19   A.   Don Ball.
20   Q.   It's getting late in the day for
21  me too.  You know who Don Bell is; right?
22   A.   Yes.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

86 (Pages 338 to 341)

---

338

1    Q.   And who is he?
2    A.   He's an economic -- a university
3 economic forecaster that's made forecasts like
4 the weatherman. He's wrong a lot.
5    Q.   When's the first time you met
6 Mr. Bell?
7    A.   I don't recall. I think I've seen
8 him at meetings, I don't know if I ever went up
9 and talked to him.
10   Q.   Was that the first time you
11 actually saw him was after you joined UEP in
12 2002?
13   A.   I honestly couldn't put a face on
14 the man today if he walked in the room.
15   Q.   Had you read any of his materials
16 prior to 2002?
17   A.   Oh, yes. He was one of the most
18 widespread -- he put out this data sheet thing
19 that they sent out to all kinds of people in the
20 industry of what the flock statistics and stuff
21 was.
22   Q.   Did Rose Acre subscribe to that?

---

339

1    A.   I don't know that you subscribe to
2 it. I think you just got it sent to you.
3    Q.   Who sent it to you?
4    A.   I don't recall who sent it.
5    Q.   How often would you get these
6 statistics concerning flock size?
7    A.   It seems like it was maybe
8 quarterly.
9    Q.   And how long has Rose Acre
10 received those? Past 20 years?
11   A.   I don't recall. I think it may
12 have been in some of the magazines. I don't --
13 I know we had it. I don't know how we got it
14 but I know we had it.
15   Q.   Is it fair to say you would have
16 been receiving that type of data from Dr. Bell
17 back into the '90s?
18   A.   I think we probably did from
19 somebody. I don't know if what we was getting
20 was coming from him.
21   Q.   Or a third-party that was
22 distributing?

---

340

1    A.   Or a third-party that was
2 coordinating it. I have no idea.
3    Q.   Who at Rose Acre would utilize
4 that information?
5    A.   I don't think we ever utilized it.
6 Our CFO may have looked at it to give
7 projections to bankers.
8    Q.   Okay. With respect to projected?
9    A.   Forecasts.
10   Q.   With respect to pricing, et
11 cetera?
12   A.   Yes.
13   Q.   Okay. Now, is it fair to say he
14 is certainly viewed as an industry expert?
15   A.   He was viewed as an industry
16 economic expert.
17   Q.   One who had been relied on by the
18 industry for decades; right?
19   A.   Yes.
20   Q.   Now, let me show you what's been
21 marked as previously Exhibit 171. And, if you
22 would, over on the Bates stamp 458?

---

341

1    A.   Where?
2    Q.   The last three digits are 458.
3 Can you go there?
4    A.   Yes.
5    Q.   It says in that paragraph on the
6 right side under page 3. Do you see Don Bell?
7 Do you see his name up there up on the upper
8 right-hand corner of page 3?
9    A.   Yeah.
10   Q.   It says, you will also be asked if
11 you would participate in a supply adjustment
12 program. Do you see that sentence?
13   A.   Yes.
14   Q.   And we've seen that term in other
15 documents; correct, sir?
16   A.   I think we have. Yes.
17   Q.   It says Don Bell has suggested
18 that corrections in the nation's flock size can
19 be attained by one of several means. They
20 include -- and he has four possible corrections
21 to the nation's flock size; right? 1, 2, 3, and
22 ? It's right there in that column?

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

87 (Pages 342 to 345)

---

342

1      A.   Yes.
2      Q.   And number 4, it says, an industry
3   wide policy of a minimum floor space allowance
4   would result in more ideal nation flock size.
5   It's currently estimated that 15 to 20 percent
6   of the nation's birds are housed at less than
7   48 square inches.  If 48 square inches were
8   adopted as the minimum space allowance, millions
9   of extra birds would be eliminated.  Do you see
10  that?
11     A.   Yes.
12     Q.   Now, this -- this was if you go to
13  the first page, this solution that's being
14  suggested by Don Bell is in August of 1999;
15  right?
16     A.   Yes.
17     Q.   And, in fact, UEP under the guise
18  of an animal welfare program implemented a
19  minimum space allowance requirement; correct?
20         MR. BARNES:  Objection.
21         MS. LEVINE:  Object to the form of
22  the question.

---

343

1          THE WITNESS:  No.
2   BY MR. STUEVE:
3      Q.   The UEP certified program that was
4   implemented approximately 3 years after this has
5   a minimum floor space allowance, correct,
6   requirement?
7      A.   Yes.
8      Q.   And that in fact reduces the flock
9   size in existing cages; correct, sir?
10     A.   Yes.  But that was at the request
11  of the customers, FMI instituted a program.
12         MR. STUEVE:  Move to strike the
13  answer as nonresponsive.
14         MR. BARNES:  It is totally
15  responsive.
16         MR. STUEVE:  If you could, read
17  back my question, and just answer my question.
18         (The record was read as
19  requested.)
20         THE WITNESS:  What does?
21  BY MR. STUEVE:
22     Q.   The minimum floor space

---

344

1   requirements in the UEP certified program?
2      A.   It would reduce the space size in
3   that given case, yes.
4      Q.   And therefore, reduce the flock
5   size in existing cages; correct?
6      A.   I guess you could say that.
7      Q.   That's consistent with what Don
8   Bell was recommending in item number 4 of this
9   Exhibit 171; correct?
10         MR. BARNES:  Objection.  The
11  document speaks for itself.
12         THE WITNESS:  Which page are you
13  on?
14  BY MR. STUEVE:
15     Q.   Page 458 the Bates range at the
16  bottom?
17     A.   What are you asking again?
18     Q.   On item number 4.  My question is,
19  we just confirmed that the -- a minimum floor
20  space allowance would reduce the flock size of
21  existing cages.  Do you remember my questions
22  about that?

---

345

1      A.   Vaguely.
2      Q.   Concerning the UEP certified
3   program?
4      A.   You have to understand United Egg
5   Producers, you have the UEP certified program.
6   The UEP certified program is the program that
7   FMI asked the producers to engage in so they
8   didn't get all these different space
9   requirements.  You had McDonald's space was
10  85 inches, you had Burger King at 78 or whatever
11  it was, and then somebody else was going to come
12  out with another standard.
13     Q.   Sir, my question is, we confirmed
14  the UEP certified program had a minimum floor
15  space requirement that would result in the
16  reduction of flock size for existing cages;
17  correct?
18     A.   Correct.
19         MR. BARNES:  Object to the form of
20  the question.
21  BY MR. STUEVE:
22     Q.   That is exactly what Don Bell had

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

88 (Pages 346 to 349)

346

1 recommended in paragraph 4, the document you're
2 looking at, back in 1999; correct, sir?
3     **A.  That's what the document says.**
4     Q.  Okay.  Now, I'll show you what's
5 been marked as Exhibit 104 previously.
6         This is the UEP animal welfare
7 committee meeting of May 15, 2000.  Do you see
8 that?
9         MR. BARNES:  This is before he was
10 a member.
11         THE WITNESS:  Okay.  What about
12 it?
13 BY MR. STUEVE:
14     Q.  You see number 5 there.  It says,
15 increasing space allowances would have two major
16 effects.  Do you see that?
17     **A.  Yes.**
18     Q.  And the second one there, the
19 second major effect is an increase in space
20 allowance would inevitably reduce the layer
21 population and thereby reduce the surplus
22 production problems affecting the industry over

347

1 the past 20 years.  Do you see that?  Did I read
2 that correctly?
3     **A.  That's what you read.**
4     Q.  That is completely consistent with
5 what Don Bell was recommending a year earlier;
6 correct, sir?
7         MS. LEVINE:  Objection.
8         THE WITNESS:  Repeat your
9 question.
10         (The record was read as
11 requested.)
12         THE WITNESS:  There's been
13 economists since the beginning of time that have
14 recommended that overproduction creates
15 oversupply.
16 BY MR. STUEVE:
17     Q.  Sir, if you could answer my
18 question.  Read it back.
19         (The record was read as
20 requested.)
21         MS. LEVINE:  Objection.
22         THE WITNESS:  I think that's what

348

1 it says here.
2 BY MR. STUEVE:
3     Q.  And, sir, if you would, let me
4 show you what's been marked as Exhibit 535.
5 It's Bates range UEPRIV 000075, 76?
6         (Rust Exhibit Number 535 was
7 marked for identification.)
8 BY MR. STUEVE:
9     Q.  If you could turn to the second
10 page of this, the minutes of the UEP marketing
11 conference call, September 24, 2001.  Are you on
12 the second page?
13         MR. BARNES:  Mr. Stueve, can you
14 give him a chance to review the document and
15 familiarize himself with it before you ask him
16 specific questions?
17         MR. STUEVE:  Sure.  I just have a
18 specific question on the second page.
19         THE WITNESS:  Okay.  What's your
20 question now?
21 BY MR. STUEVE:
22     Q.  Do you see the reference to Paul

349

1 Bahan.  Paul Bahan there?
2     **A.  Yes.**
3     Q.  Who is Paul Bahan?
4     **A.  I think he was a West Coast guy.**
5     Q.  Do know what company he was with?
6     **A.  I don't remember which firm but I**
7 think he was from California.
8     Q.  Right above that, there's a
9 reference to Irving Isaacson.  Do you see that?
10     **A.  Yes.**
11     Q.  He's the lawyer you believe
12 assisted UEP members in suing Rose Acre back in
13 the '80s; right?
14     **A.  Correct.**
15     Q.  You don't trust him as far as you
16 can throw him; right, sir?
17     **A.  No.**
18         MR. BARNES:  Object to the form.
19 BY MR. STUEVE:
20     Q.  And Irving Isaacson was asked
21 about legal problems with the committed program,
22 Irving cautioned the members be careful about a

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

89 (Pages 350 to 353)

---

350

1  committed program and instead consider a
2  voluntary program that had some type of
3  voluntary verification.  Do you see that?
4      A.  Yes.
5      Q.  Now, the UEP certified program
6  once you signed up, you had to submit to audits;
7  correct, sir?
8      A.  Correct.
9      Q.  And if you didn't comply with the
10  audits you were booted out; right?
11      A.  Correct.
12      Q.  The only requirement, though, that
13  would result in an automatic elimination from
14  the program was the cage space requirement;
15  correct, sir?
16      A.  I don't recall exactly.  I think
17  it may have been.
18      Q.  If you would, sir, Paul Bahan
19  suggested we might be able to use the animal
20  welfare space density recommendation as
21  justification for a flock reduction without
22  being a legal problem; right?

---

351

1      A.  That's what it says here.
2      Q.  Sounds like one of those shady
3  deals your mom was worried about; doesn't it?
4      MR. BARNES:  Objection to form.
5      THE WITNESS:  No idea.
6      (Rust Exhibit Number 536 was
7  marked for identification.)
8  BY MR. STUEVE:
9      Q.  Let me show you what's been marked
10  as Exhibit 536.  In third paragraph, if you
11  could review that for me, please?
12      MS. LEVINE:  Can you give us the
13  Bates number, please.
14      MR. STUEVE:  Yes.  The Bates range
15  number for Exhibit 536 is RA 0067468 through
16  469.
17      MS. LEVINE:  Thank you.
18  BY MR. STUEVE:
19      Q.  Did you review this document in
20  prep for your deposition, Mr. Rust?
21      A.  I don't recall it offhand.  I
22  could have.  I looked at a lot of documents.

---

352

1      Q.  So this would have been in
2  March 2002; right?
3      A.  That's what the date is, yes.
4      Q.  That was after you joined in
5  February of 2002; right?
6      A.  It's about 2 weeks after.
7      Q.  And KY Hendrix, this is from him;
8  right?
9      A.  Yeah.
10      Q.  He was the Rose Acre member who
11  was serving on the producer committee for animal
12  welfare; right?
13      A.  Right.
14      Q.  And the subject is UEP animal
15  welfare guidelines and audits.  Do you see that?
16      A.  Yep.
17      Q.  Over on the second page, it says,
18  about halfway down that paragraph, it says, "I
19  don't really know what this whole motive is but
20  I think there is more to it than animal
21  welfare."  Do you see that?
22      A.  I'm not where you're at.

---

353

1      Q.  Over on the second page?
2      A.  I'm still reading.
3      Q.  Okay.  When you get to it, let me
4  know.
5      A.  Okay.  What was the question
6  again?
7      Q.  Do you see in there where KY
8  Hendrix is saying, I don't really know what this
9  whole motive is but I think there's more to it
10  than animal welfare?  Do you see that?
11      A.  Yes.  We were suspicious of
12  several things because of past experience.
13      Q.  I think some people think it will
14  make them rich or something.  Do you see that?
15      A.  Yes.
16      Q.  And that's consistent with his
17  concept that by reducing the cage space, you
18  reduce flock size, therefore, egg supply, and
19  boost prices; correct, sir?
20      MR. BARNES:  I object to the form
21  of that question.  Calls for speculation as to
22  what was in Mr. Hendrix's mind when he wrote

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

90 (Pages 354 to 357)

---

354

1  this.
2  BY MR. STUEVE:
3      Q.   Sir, you can answer my question.
4      A.   Repeat your question.
5          MR. STUEVE:  If you could read it
6  back.
7          (The record was read as
8  requested.)
9          THE WITNESS:  Repeat it one more
10 time.
11 BY MR. STUEVE:
12     Q.   Let me ask the question.
13     A.   Maybe differently.
14     Q.   There's a reference in here by KY
15 Hendrix that says, I think some people think it
16 may make them rich.  Do you see that?
17     A.   Yes.
18     Q.   What he's referring to there is
19 the expectation that by reducing cage space and
20 thereby reducing the flock size, that it will
21 reduce the egg supply and boost prices; correct,
22 sir?

---

355

1          MR. BARNES:  Same objection.
2          THE WITNESS:  There were some
3  people who thought that any time you do
4  something that would reduce the supply is going
5  to make -- but what happens in a free market,
6  there's people like us who go out and build new
7  chicken houses all the time.  We had competitors
8  building chicken houses all the time.  What they
9  think and what took place are two different
10 things.
11 BY MR. STUEVE:
12     Q.   Sir, that's not my question.  My
13 question is what he's referring to there --
14     A.   I'm not sure what he was referring
15 to.
16     Q.   We've already seen Don Bell --
17     A.   I wasn't at the committee meetings
18 that he was.
19     Q.   But what you understood when KY
20 was indicating is that I think some people think
21 it will make them rich.  When you joined in
22 2002, you heard people talking about -- in fact

---

356

1  it is in UEP United Voices?
2      A.   I never heard that.  He did.
3      Q.   He did.  What he heard was people
4  thought they were going to get rich by reducing
5  the flock size through the cage space
6  requirements thereby reducing egg supply and
7  increasing prices; correct, sir?
8          MR. BARNES:  Objection, calls for
9  speculation, and the mind of a third-party.
10 BY MR. STUEVE:
11     Q.   That's what he heard, right?
12     A.   That's what he's saying that he
13 heard.
14     Q.   Now, he goes on to say, I have
15 never been or never will be for quotas and it
16 seems to me that it is somewhat the path they're
17 taking.  Do you see that?
18     A.   Yes, that's our company's stance
19 to the whole program the whole time.
20     Q.   And the quotas he was referring to
21 were the cage space requirements that would
22 reduce the flock size, right?

---

357

1          MR. BARNES:  Same objection.
2          THE WITNESS:  I'm not sure what he
3  was referring to, but I think it was the quota
4  thing we were trying to get back in the '70s.
5  BY MR. STUEVE:
6      Q.   His concern when he was referring
7  to quotas was the cage space requirements;
8  right?
9          MR. BARNES:  Objection.
10         THE WITNESS:  I'm not sure.
11 BY MR. STUEVE:
12     Q.   Now, your company participated in
13 the UEP certified program?
14     A.   Correct.
15     Q.   With full knowledge -- with full
16 knowledge of the cage space requirements;
17 correct, sir?
18     A.   At the request of our customers.
19     Q.   And, sir, which customers are you
20 testifying requested that you be UEP certified?
21     A.   Wal-Mart and Kroger.
22     Q.   Do you have any documentation of

---

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

91 (Pages 358 to 361)

---

358

that?

A.   Their specifications for us to continue bidding the business in their specifications.

Q.   What percentage of --

A.   It's in AWG's specification today that we still have to meet those requirements, sir.

Q.   It's not in their specifications.

MR. BARNES:  It is.

MR. MONICA:  Counsel, you're misrepresenting it.

MR. BARNES:  Don't misrepresent the facts.

THE WITNESS:  They still specify it.

BY MR. STUEVE:

Q.   We'll get to that.  We're going to get to that?

Sir, what portion of your business in 2002 was to Wal-Mart.

A.   I don't recall exactly then.

---

359

Quite a bit.

Q.   Is it your testimony in 2002 Wal-Mart was specifying that the eggs that they purchased be UEP certified?

A.   That was my understanding.  Yes.

Q.   Who told you that, sir?

A.   Our sales manager Greg Hinton.

Q.   Greg Hinton did?

A.   Yes.

Q.   Any other customers in 2002 that you believe were insisting that your eggs be UEP certified?

MR. BARNES:  Objection.  He's already answered that.  He did identify another customer, Mr. Stueve.

BY MR. STUEVE:

Q.   I'm asking can you identify that?

A.   Kroger.

Q.   Okay.  Who at Kroger advised you in 2002 that your eggs had to be UEP certified?

A.   I don't recall who.  It's in their specification sheet.

---

360

Q.   All right.  Do you know if those specification sheets still exist, sir?

A.   I would assume they do.  It's still their requirement today.  They had -- the printing -- a lot of the grocery supply companies to keep the animal welfare off their back even printed the UEP symbol on their egg carton.

Q.   Sir, do you know in the Midwest region -- do you know what volume of eggs would be necessary to supply AWG?  Do you know how many eggs AWG buys on an annual basis?

A.   Personally I couldn't state that. I don't know for sure.

Q.   Do you have a rough idea?

A.   Our sales manager would know that detail.

Q.   In the Midwest region, how many egg producers are there that could supply the volume that AWG purchases?

MR. BARNES:  Objection.  Calls for speculation.  He says he doesn't know what the

---

361

volume is.

BY MR. STUEVE:

Q.   Go ahead and answer.

A.   I would assume there would be a dozen or so.  No idea.

Q.   You understand their volume is substantial; correct, sir?

A.   That they have multiple locations.

Q.   Right.  Within those multiple locations, are you -- who -- what egg producers would have sufficient volume to supply --

A.   To do one of their locations?

Q.   Yeah.

A.   Probably a hundred -- to do their locations, there may be 50 or 100 producers that would have the facility capable of doing it.

Q.   Let's take Kansas City for example.  Rose Acre bid on that; right?

A.   I think that's one we have, yes.

Q.   Do you know what the volume is for that facility?

A.   Not personally, I don't.

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

92 (Pages 362 to 365)

---

362

1    Q.    Who would know that?
2    A.    Greg Hinton.
3    Q.    He would be the better one to ask
4    about the volume?
5    A.    Yes.  The given volume.
6          MR. MONICA:  I think he's your
7    designee on AWG.
8    BY MR. STUEVE:
9    Q.    Now, the fact is that long after
10   you -- Rose Acre joined UEP and the certified
11   program they continued to have concerns that the
12   UEP program was an attempt to restrict cage
13   space to boost prices under the alleged agenda
14   of animal rights; correct, sir?
15         MR. BARNES:  Object to form.
16         THE WITNESS:  Restate.
17         MR. STUEVE:  You can read it back.
18         (The record was read as
19   requested.)
20   BY MR. STUEVE:
21   Q.    Let me read it again.  Even after
22   Rose Acre joined UEP in the certified program,

---

363

1    it continued to have concerns that the UEP
2    certified program's purpose was to try to
3    restrict cage space to boost prices under the
4    alleged agenda of animal rights?
5          MR. BARNES:  Objection to form.
6          THE WITNESS:  Please restate it
7    again.  You start it, and then I lose track.
8    You make it so long I can't digest what you're
9    saying.
10   BY MR. STUEVE:
11   Q.    I have to go slow so she can get
12   it, because I'm reading from a document.  Can
13   you read it back to him, please?
14         (The record was read as
15   requested.)
16   A.    I'm having trouble deciphering
17   what that says.  Could you redo your question
18   and make it a little simpler?  You've got too
19   many moving parts.
20   Q.    So even after Rose Acre joined UEP
21   in the certified program, it continued to have
22   concerns that the UEP certified program's

---

364

1    purpose was to restrict cage space to boost egg
2    prices under the alleged agenda of animal
3    rights; correct, sir?
4    A.    There was no alleged agenda.  It
5    was an agenda.  Animal rights was the reason we
6    were there.  No more.
7    Q.    Let me show you what's been marked
8    as Exhibit 537?
9          (Rust Exhibit Number 537 was
10   marked for identification.)
11   BY MR. STUEVE:
12   Q.    This is Bates range RAUPDATE
13   0044348.  Did you review this document produced
14   by Rose Acre in preparation for your deposition
15   today?
16   A.    Yes, I think so.
17   Q.    This is a document from your
18   brother, JRust@goodegg.com, that is Rose Acre's
19   website; right?
20   A.    Yes.
21   Q.    To you dated February 13, 2008, do
22   you see that?

---

365

1    A.    Yes.
2          MR. BARNES:  GoodEgg is not a
3    website, though.
4    BY MR. STUEVE:
5    Q.    It's your URL you use for e-mail?
6    A.    Yes.
7    Q.    Okay.  It says, I don't think --
8    you see his e-mail, I don't think we have
9    anything to be ashamed of by putting as many
10   hens per cage as conditions permit.  That is
11   doing what is economically right for consumers
12   rather than trying to restrict cage space to
13   boost prices under the alleged agenda of animal
14   rights.  Do you see that?
15   A.    Yes.
16   Q.    And that was your brother; right,
17   that wrote that to you?
18   A.    That's my brother, John.
19   Q.    And what he's referring to -- when
20   he's referring to trying to restrict cage space
21   to boost prices, he's referring to the UEP
22   certified program and its cage space

---

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

93 (Pages 366 to 369)

---

366

1  requirements; correct, sir?
2      A.  I think we were discussing that.
3  I'm not sure, but John is a very anti -- or he's
4  very -- he feels that it don't matter how many
5  square inches you give a chicken and we should
6  be producing at 45 or 48 inches for all the
7  chickens and people who don't want them in cages
8  buy cage free.  He's always -- he was never for
9  us joining UEP and being part of the animal
10  welfare program.
11      Q.  And the reason why is because he
12  believed that the UEP certified program was an
13  attempt to restrict cage space to boost prices
14  under the alleged agenda of animal rights;
15  correct, sir?
16      A.  I'm not sure what he believes.
17      Q.  That's what he says?
18      A.  That's what it says in the
19  document.  Yes.
20      Q.  Okay.  Sir, let me show you what's
21  been marked as Exhibit 108.  This is a document
22  dated March 29, 2002; right?

---

367

1      A.  Yeah.
2      Q.  It says, please find attached
3  minutes from the producer committee for animal
4  welfare and price discovery for certified egg
5  meetings; do you see that?
6      A.  Yes.
7      Q.  Please review these and let me
8  know if any corrections are needed.  Thanks to
9  all of you for very productive meetings.
10      On the next page, producer
11  committee for animal welfare.  It indicates that
12  both Greg Hinton and Marcus Rust, and you, were
13  at this producer committee for animal welfare
14  meeting; is that right, sir?
15      A.  Yes.
16      Q.  And over -- do you remember over
17  on the next page, the discussion of how many
18  points should be allocated for the house and
19  space allowance, the minimum cage space
20  requirements?
21      A.  I don't recall that, but that's
22  what it says.

---

368

1      Q.  And the fifth motion down, it
2  says, it was moved by Arias and seconded by
3  Bahan to recommend that 50 points of the 110 in
4  the housing space allowance be assigned to the
5  space allowance and all other line items be
6  assigned 5 points.  Do you see that?
7      A.  That's what it says.
8      Q.  And this is -- this in fact
9  resulted in the cage space requirement as the
10  only requirement that would result in a failure
11  of the audit; correct, sir, if not passed?
12      A.  That's what the document says.
13      Q.  All right.  And you voted for
14  that; is that correct, sir?
15      A.  I don't recall.
16      Q.  You certainly were at the meeting
17  in which the vote was taken; right?
18      A.  Yes.
19      Q.  So was Greg Hinton; right?
20      A.  Yes.
21      MR. BARNES:  Pat, are you getting
22  near a convenient breaking point?

---

369

1      MR. STUEVE:  Yeah.  I think this
2  is a good spot to break.
3      MR. BARNES:  Okay.  We'll see
4  you -- off the record.
5      THE VIDEOGRAPHER:  Off the record
6  at 5:25 p.m.
7      (Whereupon, at 5:25 p.m., the
8  deposition adjourned.)

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

94 (Pages 370 to 371)

370

1    ACKNOWLEDGMENT OF DEPONENT
2
3         I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10
11   _____    _____
12   (DATE)         (SIGNATURE)
13
14
15
16
17
18
19
20
21
22

371

1    CERTIFICATE OF NOTARY PUBLIC
2         I, Paula G. Satkin, the officer before whom
3    the foregoing proceedings were taken, do hereby
4    certify that the witness whose testimony appears
5    in the foregoing proceeding was duly sworn by
6    me; that the testimony of said witness was taken
7    by me in stenotype and thereafter reduced to
8    typewriting under my direction; that said
9    proceedings is a true record of the testimony
10   given by said witness; that I am neither counsel
11   for, related to, nor employed by any of the
12   parties to the action in which these proceedings
13   were taken; and, further, that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto, nor financially
16   or otherwise interested in the outcome of the
17   action.
18   My commission expires November 14, 2015.
19
20   _____
         PAULA G. SATKIN
21       Notary Public in and for the
22          District of Columbia

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

1

**A**

**a.m** 1:17 7:10
81:7,11
**ability** 87:13
230:11
**able** 70:7 115:13
142:22 143:6
153:10,18
192:14 197:3
201:18 298:21
334:11 350:19
**absolutely** 302:9
**accept** 233:5
238:2,4 273:10
**access** 114:10
288:6,10
**accomplish**
318:6
**accomplished**
256:14
**accomplishme...**
185:7,8
**account** 119:6
**accounting**
119:15
**accounts** 102:8
103:4 119:13
119:14
**accuracy** 158:10
**accurate** 68:21
84:4,14 85:22
86:1,11 99:16
109:8,10
121:13 210:10
**accused** 180:8
222:13
**acid** 126:22
**acknowledge**
370:4
**ACKNOWLE...**
370:1
**acquire** 89:14

**acquisition**
42:16,22 98:22
**acquisitions**
42:15 99:12
**Acre** 2:11 3:22
4:9,12,13,22
8:3,8 11:21
12:4,7 13:3,10
13:14 14:1,6
15:20 17:2
19:6,13 22:7
31:1 35:15,21
54:5,8 55:3,14
55:20 56:4,9
57:14,16 60:11
62:16 63:14
64:14 65:12,18
67:3 73:4
78:10,17 80:20
82:5,18 83:14
85:10 86:14
87:8 88:15,22
89:13 90:10,12
92:2 93:8 97:5
97:6,21 98:1
98:10 99:16
100:17 101:10
104:10 105:11
106:17 107:6
107:10,21
108:7 109:4
118:17 120:17
121:6,8,21,22
122:4 129:21
130:5 131:12
132:8,11
134:16,20
136:5,7 137:7
138:10 139:18
146:16 148:2,9
148:16 149:4
149:16 150:16

152:15 153:12
154:11,12
155:3,18 156:3
156:12 158:4
160:7 164:11
164:15,21
170:14 171:22
172:18 173:4
173:12,19
174:2,5 175:12
176:22 177:12
177:19 179:21
180:17,22
184:10,17,19
187:16 191:10
202:20 205:18
209:5 210:17
211:12,17
212:15 215:1
219:22 220:6
222:2,4 224:11
224:21 225:9
225:16 270:21
323:5,16
338:22 339:9
340:3 349:12
352:10 361:18
362:10,22
363:20 364:14
**Acre's** 83:14
84:2 85:2,6,17
111:19 120:9
135:7,15 138:9
221:13 259:16
364:18
**acres** 33:18 35:5
35:5,10 122:18
131:18,19
138:16 152:19
154:6 157:12
164:13 304:14
312:9,13,15

**acronyms**
194:15
**Act** 177:15
**acting** 23:1
**action** 8:4 144:7
225:14 226:14
230:1 235:12
236:21 243:1
244:17,17
245:18 249:15
250:17 259:6
259:18 261:7,8
261:12 263:12
264:18 265:7
265:10,15
266:11 269:16
274:6 275:8
276:7 282:20
282:21 283:3
331:20 371:12
371:17
**active** 221:15
**actively** 12:21
220:2
**activism** 139:11
**activist** 140:2
143:19
**activists** 139:4
142:10 181:6
**activities** 185:15
189:11 307:16
308:6,12,17
309:2
**actual** 83:21
126:10 127:13
148:8 152:16
160:17,22
297:21
**add** 257:6
**added** 84:21
99:8 161:9
330:19 335:15

336:1,7,21
337:1,5
**adding** 292:18
332:6
**addition** 134:22
272:20 302:4
**additional** 97:22
133:9
**address** 37:2
**adjourned**
369:8
**adjust** 240:1
**adjusted** 263:18
**adjustment**
253:17 254:14
259:18 261:7,8
262:18 263:12
263:20 264:1,7
264:18 265:22
266:17 341:11
**adjustments**
249:2 250:12
259:1 264:11
323:12
**adopt** 296:3
302:6
**adopted** 342:8
**advance** 135:3
**advantage** 104:9
114:22
**advantages**
105:6
**advertisement**
108:13
**advertising**
108:15 127:10
**advice** 20:14,18
20:20 324:3,7
325:16,18,19
325:22
**advise** 20:13
**advised** 263:6

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

2

359:19
**Advisory** 55:16
55:19 56:2,5
56:10
**affect** 286:12,13
289:8
**affiliated** 78:1
156:12 159:9
**afford** 116:17
**Afternoon** 4:5
166:1
**age** 241:5 243:7
**age-wise** 18:8
**agencies** 144:13
144:22
**agenda** 310:3
362:13 363:4
364:2,4,5
365:13 366:14
**ago** 57:7 63:15
66:18,21 112:8
120:21 124:5
143:11 150:15
183:11 205:19
**agree** 238:6
255:6 256:3
264:5 276:19
276:21 316:11
317:9 318:16
320:10 321:14
**agreed** 237:10
**agreement**
202:14 258:18
258:19
**agreements**
276:18
**Agri** 111:17
**agricultural**
330:16
**AGweb.com**
328:5
**ahead** 79:6

139:15 193:16
199:11 201:8
231:17 245:5
245:13 277:3
277:13 316:5
324:5 325:10
361:3
**ain't** 258:2
259:14
**al** 1:6,9 7:5,6
172:20 181:21
**Aldie** 114:14,15
**alert** 279:6,15
279:16 280:16
281:4,6,15
295:6
**alerts** 295:9
**ALF** 144:5
**all's** 203:20
**alleged** 362:13
363:4 364:2,4
365:13 366:14
**alleging** 178:9
**allocated** 367:18
**allow** 144:16
153:16 257:11
258:9 296:10
319:5
**allowance** 342:3
342:8,19 343:5
344:20 346:20
367:19 368:4,5
**allowances**
346:15
**allowed** 123:17
153:20 197:7
299:18 300:16
325:17 326:21
**allows** 105:2
**Alman** 58:21,22
**alphabet** 87:7
**America's** 130:1

**American** 46:21
93:16
**amount** 193:1,2
221:4 243:10
244:6 300:19
301:5
**amounts** 336:18
**and/or** 83:3
94:15 110:19
114:7 169:21
276:1 282:7
283:5,14
**animal** 134:16
134:22 135:2,7
135:12,15,20
136:9 137:9
138:12,16,21
139:4,10,18
140:1,8 141:7
141:14,21
142:8,9,21
181:5 187:6
188:9 190:3,8
190:10,11
192:12 196:20
204:15 206:8
207:6 208:5
212:18 213:19
214:13,20
220:12 241:13
272:9 298:15
299:14,15,16
299:18 300:3,5
300:8,10,17
333:9 342:18
346:6 350:19
352:11,14,20
353:10 360:6
362:14 363:4
364:2,5 365:13
366:9,14 367:3
367:11,13

**Ann** 14:9,11
29:21 60:5
63:10,11 64:6
**announced**
295:5
**annual** 91:17
95:16 97:6,18
97:19 105:14
155:11,12,14
163:9 172:3
360:12
**annually** 97:22
**answer** 4:21
10:9 11:1,6,6
20:18 70:7
71:8 74:12
75:3,20 76:21
77:1 79:6,9
100:21 139:13
164:6 166:10
186:19 190:17
190:19,22
193:16 198:17
199:9,10,20
201:8 210:12
211:12 215:1
216:2 227:2
228:14 229:5
230:16,17
231:1,3,14,15
231:16 232:1,3
232:7,22 233:4
233:4 235:21
235:22 236:13
237:15,17,21
238:1,10,13
245:5,9,13
252:3,22 253:7
254:2,3 260:14
261:20 277:3,9
277:10,12,13
287:14 290:15

296:13 306:2
314:16 319:13
324:5 325:7,10
325:15,18
343:13,17
347:17 354:3
361:3
**answered** 79:6
191:4 198:22
198:22 199:8
209:22 231:1
231:21 232:4,6
233:15 236:10
334:5 359:14
**answering**
232:18,19
262:5
**answers** 4:20
203:21 212:8
**Anthony** 15:7
15:13 17:13
18:4,14 21:3,7
21:10,14 40:15
41:3 44:9,10
45:14 52:17
63:12
**Anthony's** 15:8
**anti** 366:3
**anti-supply**
316:2
**anybody** 68:20
**anymore** 326:22
**apologize**
166:15
**appeals** 180:4,5
**appear** 143:13
370:7
**APPEARAN...**
2:1 3:1
**appears** 65:14
130:20 184:16
226:1 238:20

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

3

371:4
**applications** 110:5
**apply** 9:5 19:5
**appoint** 294:13 294:21
**appointed** 218:21 219:2
**appointments** 218:20
**appreciate** 22:14
**approval** 260:7
**approve** 260:9
**approved** 233:22 235:11 242:10 255:8 257:7 259:3,17 260:5 265:21 266:4 269:18 331:21
**approving** 239:8 260:9 330:22
**approximately** 7:10 15:20 91:1 99:9 105:18 107:14 113:3,7 129:6 132:7,10,16 215:9 343:4
**April** 229:17 330:6
**Arch** 3:8
**argue** 190:20
**argued** 256:7
**Arias** 368:2
**arm** 103:20
**arrange** 113:22 239:18
**art** 104:13
**Arthur** 2:14

**article** 310:17 310:18 328:5
**ashamed** 365:9
**aside** 179:16,22 312:15
**asked** 22:8 69:17 74:9,20 79:5 172:14,18 173:3 184:5 191:3 198:21 199:7,8 219:1 219:3 230:22 231:21 232:6 233:2 235:16 254:19 282:21 296:9 297:16 306:6 310:20 311:7 315:12 327:10 334:4 341:10 345:7 349:20
**asking** 32:2 75:10 86:2 125:11 134:17 135:19,21 146:1 256:10 257:22 258:1 259:15 262:13 287:7 308:10 308:22 309:14 311:13,20 312:2 316:7 325:21,22 334:13 336:3 344:17 359:17
**aspect** 11:10 126:10 127:6
**asserted** 309:12
**assessments** 274:1
**assigned** 74:16 74:18 118:3,11

368:4,6
**assignments** 210:18
**assist** 306:7
**assistant** 14:15 14:21 15:3
**assisted** 349:12
**Associated** 1:5 7:5
**assume** 11:7 55:11 95:19 208:6 224:19 270:22 329:18 360:3 361:4
**assumes** 19:18 192:2 193:13 194:22 228:22
**Atlanta** 305:22
**attached** 367:2 370:7
**attacked** 140:1
**attained** 341:19
**attempt** 77:8 194:19 223:1 255:14 256:12 276:22 362:12 366:13
**attempted** 194:8
**attempting** 193:22
**attempts** 329:2
**attend** 33:8 155:12 172:3 310:3
**attendance** 167:19,22 168:3 282:1,3 293:15
**attended** 168:8 169:3 271:13
**attending** 327:2 327:7,10

**attends** 155:14
**attention** 84:7 85:5,11 121:7 159:18
**attorney** 183:19 310:5,18 371:14
**attorney's** 325:19,21
**attorney-client** 325:13
**attorneys** 7:14
**audit** 126:11 368:11
**audited** 312:16
**auditing** 306:21
**audits** 350:6,10 352:15
**August** 13:17 250:18 259:7 261:14 266:12 267:10 342:14
**Australia** 256:22
**authority** 50:4,5 50:6 51:22
**automatic** 350:13
**available** 122:9
**avenue** 3:15 313:10
**average** 335:8
**avoided** 282:17 282:20
**awarded** 179:15
**aware** 76:20 172:6 187:21 192:4,7,17 193:9,17,20 194:7,17 195:2 195:17 201:3 202:3 205:17

220:4 222:20
246:6 301:10
327:14 331:15
**AWG** 360:11,12 360:20 362:7
**AWG's** 358:6

---

**B**

**B** 167:14
**B-R-I-N-N** 26:15
**back** 44:13 64:9 73:19 75:19 76:7 81:10,19 88:4 92:19 105:10,11 112:20 114:6 131:4 141:18 153:6,7 166:4 166:16 169:21 171:14 174:8 181:11 185:21 188:15 189:14 190:17 195:13 199:4,13 211:15,22 212:2 213:21 216:10 223:21 228:6,15 230:17 231:15 231:17 232:21 235:22 238:15 245:9 252:3,22 253:6 254:2 255:21 256:21 257:10 258:3 261:22 262:3,7 270:13 278:15 291:16 301:16 309:8,13 313:20 314:10 315:15 316:22

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

4

321:19 322:14
339:17 343:17
346:2 347:18
349:12 354:6
357:4 360:7
362:17 363:13
**background**
64:20
**backside** 182:20
**backwards**
218:9
**bacteria** 140:20
140:22
**bad** 281:19
**Bahan** 349:1,1,3
350:18 368:3
**Bahia** 54:15
**Baker** 248:21
250:11,13
266:7 293:19
**Baker's** 262:22
**balance** 102:9
**Ball** 337:14,19
**Ballpark** 205:22
**bankers** 340:7
**Barnes** 2:13 8:1
8:1,6,14,18 9:4
9:8 19:17
20:12,22 22:8
45:21 67:22
68:18 70:13
71:3,6 72:13
73:10 75:9,21
76:11 79:5
80:22 81:15,20
84:6 85:4,9
96:3 101:3
120:10 124:10
124:17,22
130:10 131:4,8
136:12,20
137:13,19,22

138:22 139:14
162:14 164:1
165:9 169:14
171:3,11
185:17 187:10
187:18 188:12
188:18 190:19
191:3 192:2
193:12 194:2
194:10,21
195:11,22
196:7 197:16
198:4,21 199:7
199:17 200:11
201:7 202:8,16
203:18 204:1
210:2,8,13
211:5 212:2
213:21 216:18
223:4,10
226:18 228:2,9
228:21 230:18
230:22 231:16
231:20 232:5
233:1 234:2,15
234:20 235:5
236:4,9 237:22
239:10 241:2
242:12 243:5
243:20 245:1
245:12 249:4,8
250:2,6 251:19
252:7 253:13
254:18 255:10
255:17 256:2
257:19 260:12
260:15 261:16
261:21 262:10
267:3,6 269:21
270:17 271:18
274:8 276:10
277:9 278:9

282:14 284:19
287:13 290:1
292:5 301:19
307:1 309:5
312:19 314:7
314:14,17
316:3 318:3
319:15,20
322:10 325:12
332:21 334:4
342:20 343:14
344:10 345:19
346:9 348:13
349:18 351:4
353:20 355:1
356:8 357:1,9
358:10,13
359:13 360:21
362:15 363:5
365:2 368:21
369:3
**Barrel** 102:9
**base** 292:19
**based** 20:18
79:12,19,20
128:22 160:7
162:9 205:16
234:6 325:7,15
325:19
**basic** 200:16
**Basically** 148:19
**basis** 40:5 97:6
97:18 360:12
**bastards** 183:20
**Bates** 4:10,17
5:11,13,15,17
5:19,21 6:3
84:4 182:13
211:9 217:3
246:22 275:14
303:11 309:21
322:22 330:4

333:5 340:22
344:15 348:5
351:13,14
364:12
**beauty** 223:8
**becoming** 24:1,3
**began** 86:15
129:21
**beginning** 81:10
166:4 278:15
333:21 347:13
**begins** 7:2 88:22
**behalf** 2:3,11
3:2,11 7:11,13
7:17 65:18
68:6 71:14
72:7 73:4 74:2
74:15 75:7
79:2,14 80:1
80:15 144:4
168:10,14
191:10
**beholder** 223:9
**Belamid** 305:10
**believe** 20:7
30:15 56:2
67:20 76:18
79:1 84:13,16
96:18 118:1
173:18 174:14
175:11 197:21
280:16 315:17
349:11 359:11
**believed** 173:19
174:4 175:1
180:12 181:13
188:5,8 244:20
366:12
**believes** 366:16
**Bell** 337:15,17
337:21 338:6
339:16 341:6

341:17 342:14
344:8 345:22
347:5 355:16
**belong** 171:18
171:20
**benefits** 185:5
**Bermuda** 63:22
**best** 69:13 72:14
75:3 86:10
104:15 108:14
116:18 122:14
123:2,6,11,13
123:15,20
124:15 125:6
125:15 126:7
128:7 138:15
139:20 148:20
158:15 164:9
226:2 233:3
238:11,21
282:16,19
283:3 288:20
289:19 292:21
301:12 314:17
**better** 105:3
114:9 201:10
362:3
**biannual** 48:18
**bid** 361:18
**bidding** 358:3
**big** 90:13 114:2
114:2,3,3
128:21,22
129:2 133:1
319:11 330:14
**bigger** 162:21
**billing** 119:14
169:21
**billion** 96:15,18
97:12 105:15
**billions** 97:3
**bimonthly** 58:3

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

5

157:9
**bird** 98:11 136:6
  236:19 301:6
**birds** 97:13
  105:14,19,22
  296:2,10 335:5
  335:9 336:17
  342:6,9
**birthday** 52:8
**bit** 80:19 117:17
  166:22 200:2
  213:4 359:1
**blew** 139:5
**blocked** 299:10
**blue** 319:10
**blueprint** 57:22
**board** 5:5 13:2
  13:11 30:5,7
  30:10,20 44:22
  45:7,10 46:20
  51:11 52:17
  55:14,15,16,19
  56:2,4,5,9,10
  56:20 57:19
  58:7 59:14,17
  59:18,19 60:22
  61:8 62:9
  149:2,9,13,16
  149:19 151:14
  151:17 154:1,6
  155:10,13,15
  155:17 203:1,6
  204:12 206:5
  206:19 207:20
  209:4,8 210:5
  213:5,11 221:2
  221:21 227:4,5
  227:8 234:1
  235:11 239:8
  242:10 245:19
  246:16 248:2,5
  249:10,11,14

251:4 252:16
255:8 257:6,15
259:3,17 260:4
260:8,21 261:5
261:9 262:19
263:6 264:6
265:21 266:4
266:16 267:22
268:2,17 269:1
269:3,18 271:4
271:6,10
272:13,21
274:7 303:18
303:19 325:1,4
325:16 326:1,3
327:14 330:21
331:21
**boards** 56:9
  149:7 154:4,10
**boat** 63:17
**bold** 293:19
**bookkeeping**
  119:16
**books** 60:16
**boost** 185:16
  187:2,7 188:10
  189:12 190:5
  192:8 194:9,19
  195:9,20
  197:14 198:2
  198:19 200:9
  201:6 202:7
  228:1 234:13
  255:15 256:13
  259:20 261:15
  269:19 270:10
  270:15 276:8
  283:7 285:16
  286:18 287:12
  288:21 289:13
  289:22 291:6
  291:13 312:17

353:19 354:21
362:13 363:3
364:1 365:13
365:21 366:13
**boosting** 254:17
  257:17 260:11
  266:18 284:15
  301:13
**booted** 350:10
**born** 13:17 18:7
  49:15
**bottom** 82:4
  85:9 95:14
  106:5 119:8
  136:5,18 137:4
  138:8 217:6
  268:14 273:4,6
  273:7 275:10
  275:13,15
  279:5 294:18
  294:19 328:4
  344:16
**bought** 99:3
  150:4,4,8,22
**brand** 106:18,19
  107:1,5,10,21
  108:8,8,16,18
  108:19 123:3
  123:15 128:7,8
  128:14
**brands** 107:15
  107:22
**Brann** 176:2
**Brazil** 47:1
  54:15 148:15
  154:17 156:6,9
**break** 11:16,17
  62:15 63:3
  81:2,3 89:5
  90:7 91:2
  94:13 95:7
  110:8 166:8

193:7 201:18
298:8 319:18
322:6 369:2
**break-ins** 139:8
**breaker** 193:6
  230:8 318:7,19
**breakers** 193:6
  198:14 235:18
  258:5 290:7,18
**breaking** 28:10
  33:18,22 41:21
  89:2,11,13
  90:13,17,20
  91:20 92:3
  93:9 94:8,21
  95:10 96:1
  111:2 133:5,12
  133:17,18
  150:11 151:12
  165:8 198:6,7
  201:12 223:12
  229:13 230:11
  237:5 258:8,8
  258:10 275:2
  297:14 298:12
  299:6 300:20
  321:2 368:22
**breaks** 92:3
  98:10
**breeder** 100:7,8
**breeding** 86:21
  105:1
**bridge** 225:22
  238:18
**brief** 81:8
  223:20 278:13
  322:13
**briefly** 267:5
**bright** 226:1
  238:20
**Brinn** 26:14
  29:14 31:21

36:17,18
**broke** 111:1
  201:20 229:7
  237:8
**broken** 89:21
  92:4 118:7
  176:18
**brokers** 118:18
**brother** 15:4,6
  21:4 24:6,6
  39:2 40:13
  44:7 46:18
  47:17 49:11,13
  120:12 145:18
  154:19 155:20
  364:18 365:16
  365:18
**brother-in-law**
  14:7,8 183:6
**Brothers** 298:4
  305:6 318:11
**brought** 175:12
**brown** 121:16
**build** 89:13
  112:21 192:15
  256:17 336:22
  355:6
**building** 99:1
  292:16,17
  355:8
**buildings** 133:6
  133:10 336:22
**builds** 97:21
**built** 89:15
  90:14 98:6,17
  133:12 134:21
  236:18 244:8
**bulk** 112:11,15
  112:18
**bullet** 283:19
**bump** 161:10
**bunch** 74:4

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

6

274:10 285:9
**Burger** 345:10
**burned** 181:6
**burnt** 139:7
**business** 12:22
13:14,20 14:14
55:10,10 83:15
84:2,7 85:2,6
85:17 90:4
95:16 100:13
105:11 108:3
112:6 113:2
118:19 119:4
142:6,7 150:6
151:7 178:11
179:5 229:14
231:11,12
257:12 275:2
317:12 318:6
320:14 321:17
328:12 358:3
358:20
**businesses**
100:12 102:19
178:21
**buy** 87:10 296:1
366:8
**buyers** 114:2,3
**buying** 87:17
102:5 103:19
151:3
**buys** 360:12

**C**

**C** 2:12 167:17
**C-O-R-T** 35:9
**C-u-t-l-e-r** 25:5
**cage** 121:16,19
122:8 296:4
301:1,3,6,7,8
301:11 302:5
327:3 329:4,15

335:21 337:5
350:14 353:17
354:19 356:5
356:21 357:7
357:16 362:12
363:3 364:1
365:10,12,20
365:22 366:8
366:13 367:19
368:9
**cages** 134:10
145:12 335:6
335:18 336:1
336:11,19
343:9 344:5,21
345:16 366:7
**Cal-Maine**
163:5 164:20
297:20
**calculation**
96:20
**California**
109:5 178:3
349:7
**call** 34:5 37:2,16
41:9 103:9
126:21 160:17
229:6 241:18
247:16 257:2
294:8 299:13
308:3 348:11
**called** 8:11
161:20
**calling** 232:10
264:1 293:21
**calls** 194:22
196:7 228:22
235:5 236:4
241:2 260:14
261:17 353:21
356:8 360:21
**cam** 145:10

**Canada** 256:22
**Cannon** 37:19
**capable** 361:16
**capacity** 40:20
90:16 98:7
105:13 115:3
335:16 337:6
**capital** 119:15
197:5
**Capper-Volst...**
330:16
**car** 116:20,20
**cards** 52:8
**care** 134:22
136:9 137:9
138:12,17,21
139:19 140:2,8
141:14 190:11
298:15 300:17
**careful** 349:22
**Cargill** 95:6,7
103:6,11,13
**Carol** 54:15
204:22 205:4
206:15 207:12
208:11 215:12
215:20 216:2
**Carolina** 36:18
37:9,12 38:3
98:12
**carried** 250:22
251:1,2,12,22
253:11 268:8
268:10 269:9
269:10 276:3
278:1 280:1,2
**carrier** 140:20
153:2,11,21
**carry** 250:18
259:7 261:13
266:12
**carton** 49:19

87:13 360:8
**case** 1:7 7:7 47:5
122:3 141:3
178:8 179:8,17
240:20 344:3
**cases** 107:9
179:8
**Casey's** 107:9
**category** 104:20
114:13
**cattle** 47:12
**caused** 140:17
200:21
**cautioned**
349:22
**ceased** 108:3,7
**cell** 150:13
166:8
**Center** 34:4
36:5,10,12
93:13,17 94:16
134:1 160:15
**centers** 114:4
**Central** 159:10
**centralized**
119:7
**CEO** 12:5,14
22:20 24:1,3
30:14 61:8
62:9 97:5
147:16 310:4
**certain** 65:13
90:16 219:1
230:10 329:19
**certainly** 17:15
20:17 141:6
168:17 187:21
200:1 340:14
368:16
**CERTIFICA...**
371:1
**certified** 108:1

113:20 187:6
190:10,11
220:13 272:10
295:21 297:14
297:15,16
298:13 300:17
309:12 334:3
334:17 335:5
343:3 344:1
345:2,5,6,14
350:5 357:13
357:20 359:4
359:12,20
362:10,22
363:2,21,22
365:22 366:12
367:4
**certify** 371:4
**cetera** 105:2
340:11
**CFO** 27:3 340:6
**Chad** 172:21
191:11
**chain** 101:18
126:22 128:20
**chains** 108:10
296:8
**chairman** 12:20
13:2 46:9 61:7
62:8 248:20
263:4 294:13
294:21
**chairman's**
273:3,8
**challenge**
210:16
**chance** 348:14
**change** 11:18
22:1 24:5,8
44:22 124:19
125:19 243:21
273:22 274:4

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

7

278:7 326:16
**changed** 17:19
21:19,20 30:12
44:15,20
109:11 111:4
118:4 326:14
**changes** 22:4,6
22:17 30:16
86:9,12 110:13
147:12 161:2
169:18,19
239:12 273:12
326:9,11
327:13
**changing** 161:1
162:1,1 243:12
258:9
**Channel** 146:11
146:14
**channels** 111:20
111:20 118:16
**characterizati...**
233:5 238:3
**characterized**
302:2,3
**charge** 17:22
28:18 43:15,21
272:9
**chart** 4:15 147:8
170:20 217:21
**charts** 263:17
287:19
**cheap** 175:18
**cheaper** 178:12
196:17 197:9
200:20
**cheaply** 108:16
**check** 50:4,5,6
51:21 309:11
**checked** 97:2
166:16
**checking** 127:6

**checks** 50:2
51:20
**cheese** 319:7,8,9
319:10
**chemistry** 205:5
**Chicago** 3:16
90:4 108:2
**chick** 169:19
288:14
**chicken** 44:8
125:16,16
141:4 192:13
192:15 196:22
236:20 237:11
239:16 240:17
241:11,12
256:17 292:17
292:18,19
355:7,8 366:5
**chickens** 15:5
44:1 135:3
145:12 193:2
237:12 240:10
244:6 256:16
257:5,6 270:7
286:13 296:1
299:19,21
332:6 336:19
337:1 366:7
**chicks** 87:10
97:22 243:10
243:11
**chief** 12:6 13:8
23:1,4,7 24:16
25:1 40:8 44:2
61:8 62:9
**child** 54:21
**China** 109:16
**Chip** 208:14,17
**Chips** 216:5
217:5,13,17
218:3

**chose** 23:13
264:4
**Christmas** 64:7
**Christopher**
126:18 128:9
128:10
**Church** 211:19
**Church's** 212:3
**City** 2:8 361:17
**claim** 178:19
**clarification**
11:5
**clarify** 11:5
**clarity** 8:22
**claw** 309:8,13
**Clayton** 26:11
29:12 36:1
56:1
**clean** 87:13
**clear** 69:11
75:18 101:4
110:15 168:20
200:6 204:2
254:12 326:17
326:19
**clips** 143:20
**close** 93:22
95:17 99:17
101:12 105:14
110:9
**co-op** 173:17
191:19 295:20
296:16,17
297:12 298:7
299:5 300:12
300:14 302:6
303:5 304:7
306:7 307:7
308:7,22,22
317:10,14,15
317:21 318:5
318:14 319:3,4

319:7 320:12
321:15 322:6
**co-ops** 319:7
**Coast** 178:4
349:4
**cocktail** 183:14
**collective** 169:8
**college** 55:9
**Collette** 154:9
**color** 233:6
238:4
**Columbia**
371:22
**Columbus**
126:19
**column** 164:19
217:6 218:14
247:6 341:22
**combination**
162:2
**combinations**
104:10
**come** 89:21
112:22 113:4
113:18 114:20
115:14 139:5
141:15,22
144:10 155:15
158:13 171:14
216:10 232:21
237:19 257:11
296:6,8 298:15
310:9 323:5
345:11
**comes** 136:8
137:8 138:11
**comfortably**
161:17
**coming** 200:18
244:5 296:1
339:20
**commencing**

1:17
**comments** 273:3
273:8,15 313:7
**Commerce**
153:2
**commission**
153:3 371:18
**commitment**
134:21 312:13
**committed**
349:21 350:1
**committee** 31:4
32:3 56:14,16
56:18,22 57:3
57:10 58:2,9
58:12 59:13
149:3 204:15
204:19 205:1
206:8,12,16,20
206:21,22
207:6,9,13,22
208:1,2,5,9,12
208:15,22
209:11,11,12
209:12 210:18
212:19 213:19
214:13,20
215:8,13,21
216:3,6 217:8
217:15,20,22
218:3,13,17
219:17 220:11
220:13,17,20
226:4,10,13,21
226:22 227:3
233:21 234:5
235:11 239:1,7
242:9,14 243:1
244:11,19
245:2,22 246:4
246:8 248:20
248:21 249:7

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

8

249:19,21,22
252:13 253:16
254:7,20 255:7
259:2,17 260:2
262:18 263:2,4
263:8,15 264:8
264:11 265:15
265:20,20
267:10,13,15
267:19 269:18
272:5,9,16,16
272:17 275:11
275:17 278:4,6
278:20 279:21
281:21 282:5
285:9 287:2,21
288:6 289:3,10
291:1,4 293:14
304:1,2,2,3
322:18 323:7
323:10,16,18
323:21 324:10
324:19 325:4
326:2 331:19
346:7 352:11
355:17 367:3
367:11,13
**committees** 56:7
149:3 168:1
190:13 202:22
203:11 209:17
219:1 220:1
249:11
**common** 62:18
63:1 164:4
**commonly**
112:15
**communicate**
39:22 40:4
53:17
**communicated**
191:9 279:9

**communicating**
10:6
**communication**
72:16
**communicatio...**
79:1,12,21
**companies**
103:16 143:22
162:22 202:4
222:6 237:13
242:18 258:14
297:15 299:18
360:6
**company** 15:11
20:14 27:5,20
28:21 29:22
47:19 64:17
71:14 72:7
74:15,21 75:7
76:21 77:9
79:3,15 80:1
80:15 82:17
101:1 126:19
129:19 145:16
147:9 148:15
162:21 168:10
168:14 174:2
180:13 201:15
202:3 205:6
222:3 229:6
232:12 255:4
289:6 300:4,7
309:12 349:5
357:12
**company's**
253:19 356:18
**compensation**
56:18
**competing**
108:19
**competition**
305:3

**competitive**
104:9
**competitor** 95:1
104:5 298:18
300:13
**competitors**
94:18 95:3
101:14 104:4
142:4 178:11
229:8 255:14
256:11 292:17
355:7
**compile** 143:19
**compiled** 143:17
203:20
**complete** 370:6
**completely**
347:4
**complicated**
116:15
**complied** 306:22
**comply** 350:9
**Compound**
242:12 287:13
307:1
**computer** 39:6
114:8 127:6,19
**ConAgra** 92:19
102:12,17,17
102:18
**concentrating**
319:18
**concentration**
317:2
**concept** 353:17
**concern** 140:11
140:12,14
357:6
**concerning**
11:22 141:13
170:3 180:21
193:10 256:19

323:11 324:9
330:10,15
339:6 345:2
**concerns** 362:11
363:1,22
**condition** 48:20
150:22
**conditions**
127:2 230:13
365:10
**conducted**
326:14
**conference**
348:11
**CONFIDENT...**
1:12
**confirm** 65:10
130:17 218:18
287:8 336:15
**confirmed**
344:19 345:13
**confirming**
69:12 317:14
**conflict** 307:6
307:10
**confuse** 70:17
**confused** 70:15
131:8 318:4
**confusing**
261:18
**conglomerate**
102:18
**Congress** 255:1
256:7,19
**consider** 350:1
**considerations**
331:3
**considered**
277:21 279:11
301:11
**consistent** 79:4
79:15 98:14

101:11 105:17
106:14 184:8
207:2 208:20
209:15 213:8
214:22 344:7
347:4 353:16
**constructed**
130:6
**construction**
42:16 43:1
337:6
**consultant**
18:16 24:11
52:20 53:5,9
**consulting**
205:16
**consults** 18:20
**consumer's**
110:18
**consumers**
365:11
**contact** 24:12
**contained** 72:16
75:11
**containers**
94:14,15
**contemplating**
308:7
**content** 143:16
**contents** 4:1
229:3
**context** 199:21
**continually**
336:1
**continue** 219:19
226:5,16 230:4
232:18 233:17
235:13 239:2
240:13 241:22
242:5 244:18
358:3
**continued**

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

9

234:11 240:22
243:3 362:11
363:1,21
**continues**
219:21
**continuing** 49:8
218:9 235:3
**contract** 111:13
300:17
**contracts**
111:15
**control** 19:3
119:15
**controlled**
258:10
**controls** 119:13
**convened** 1:16
**convenient**
368:22
**conventionally**
121:17
**conveyor** 258:9
**cooperative**
108:2 295:12
296:3 299:11
306:14 307:12
307:15 308:10
308:11,16
310:14 313:11
314:1 315:18
316:9 320:7
321:12 322:3
330:16
**coordinate**
116:12 193:22
227:22
**coordinated**
169:18 175:12
180:12 185:14
189:11 193:10
193:13,17
231:9 329:2

**coordinating**
186:8,11 187:1
195:8,19
198:18 201:4
340:2
**copies** 216:18
**copy** 48:1
**cord** 35:8
**corner** 341:8
**Corp** 155:3
**corporate** 4:8
11:21 27:12
60:3,15 65:11
65:17 70:10
73:16 80:6
91:8,9 97:17
134:21 148:3
148:17,18
151:16,18,20
151:21 156:11
160:22 162:4
162:10,18
168:21
**corporation**
23:2 60:13
61:3,6 62:7
68:7 74:2
148:14 150:2,5
150:5 153:12
**corporations**
148:9
**correct** 9:15,16
12:1 13:20
14:9,10 15:17
15:21 16:7,19
16:20 17:10
20:1,2,4,5
21:16,17 23:6
38:22 42:2
51:13 56:5,6
61:15 68:19

76:21 82:5
83:16 84:8
94:22 95:19
96:18,20,20
98:8 99:1
100:19 102:1,6
112:20 117:5,6
117:8,9,12
119:2 131:18
133:19 138:17
141:10 145:22
147:19 163:22
164:11,16
167:8 168:1,11
168:21 169:1
171:2 174:6
175:4,8,9
176:10,11,13
176:19,20
177:1,5,10
180:1,2 181:11
183:2 185:16
187:8 188:11
195:10,21
197:15 198:3
198:20 201:6
203:1,2,4,5,12
204:10,13,17
204:20 205:3
206:5,22
207:10,11
209:5,9,13
210:9,9 212:8
212:9 213:15
213:16 217:11
218:2,14
219:13,17
220:1,15,21
221:4,18,22
222:1,21,22
224:8,13,22
225:5,7 226:11

230:4 233:19
234:14 235:4
235:14 239:9
242:11 243:4
243:19 244:22
245:19 246:4
246:17 247:14
251:6,18
252:13 253:18
254:17 255:9
255:16 256:9
256:13 257:17
259:20 260:11
261:15 262:20
263:13 265:15
265:22 266:18
267:10,13
269:20 270:11
272:11,17
274:20 276:9
278:4,20 279:2
279:3,17 280:8
283:8,17
284:15 285:2
285:16 287:2
287:12 288:7
288:11,22
289:4,14,22
291:6,13 292:4
294:6 298:9,10
298:13,19,20
299:7 300:14
300:20,21
301:3,4,14
303:6,20,21
304:4 310:15
312:18 314:6
315:13 316:13
317:16 318:2
320:21 322:3
322:19 323:9
323:13,18

327:8 329:5,16
330:12 331:14
335:6,20 337:8
337:15,15
341:15 342:19
343:5,9 344:5
344:9 345:17
345:18 346:2
347:6 349:14
350:7,8,11,15
353:19 354:21
356:7 357:14
357:17 361:7
362:14 364:3
366:1,15
368:11,14
370:5
**corrections**
341:18,20
367:8 370:7
**correctly** 105:4
130:2 136:10
137:10 138:12
184:1 226:6
239:3 259:8
273:13 274:2
276:3,4 294:3
306:4 307:17
315:19 321:9
321:18 323:8
347:2
**Cort** 33:17 35:5
35:10,21 98:1
131:18,19
132:8
**Cortland** 132:18
**cost** 115:8 116:2
116:3 178:10
178:21 196:18
196:22 197:6
229:15
**costs** 104:22

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

10

counsel 3:21
7:19,20,21,21
8:3,8,22 20:15
20:19 66:9,11
67:2 69:4
72:16 77:6,16
78:5 79:1,21
96:3 124:11
173:20 175:19
211:17 219:12
237:16 262:1
310:13 324:3,7
325:8 358:11
371:10,14
counted 97:9
counties 123:19
countries
196:16 200:19
200:21 257:1
country 107:1
109:5 134:1
177:22 196:17
230:10 237:3
239:22 258:15
327:6
County 7:8 19:9
19:11 34:18,19
34:19,19,21
35:11 36:8,13
65:2,3 89:19
93:12 122:16
122:18
COUNTY,KA...
1:2
couple 9:19
12:11 51:6
62:12 64:10
95:8 108:9
120:21 135:13
146:19 298:5
318:8
course 211:6

court 1:1 7:8,12
9:22 10:4,10
35:6 166:18
232:20 237:18
237:18 262:4
courts 174:18
Cracker 102:9
create 126:17
created 147:19
300:12
creates 347:14
creation 83:9
Creek 327:7
Creighton 298:4
305:6 318:11
crisis 282:17,20
crop 47:12
cross-check
210:20
crushing 104:12
Crystal 95:6
99:4 298:4
305:6
cuff 128:14
culture 134:21
cure 290:11
curious 311:8
311:14,22
312:10 315:14
current 12:3,19
225:20,22
238:17,19
275:21 279:12
currently 93:8
268:3 269:4
342:5
curtailed 109:22
customer 83:3
92:11 101:22
112:14,17,21
122:22 151:6
153:15,19

300:5 359:15
customers 92:12
92:16,18,21
93:2 103:1,4,6
105:3 111:21
113:4,17,21
114:11 115:14
117:16 118:18
178:15,16
190:7,7 295:22
298:9 343:11
357:18,19
359:10
Cutler 25:5 28:5
28:20 33:15
41:5,19 56:1
61:14
cycle 135:4
cycles 240:10,11
243:13

**D**
D.C 1:13,19
66:16
dad 256:18
daily 10:6 40:4
51:17 128:3
damn 186:16
190:12
Dan 212:2
Daniel 211:19
data 338:18
339:16
date 7:9 83:11
83:22 86:5,7
98:16 143:12
206:1 295:16
295:18 311:9
311:15 312:1
352:3 370:12
dated 183:7
278:20 303:13

364:21 366:22
dates 107:20
dating 83:8
daughter 45:19
46:1
Dave 31:8,9
40:19 43:10
53:7 61:9
David 2:5 7:18
17:22 18:15
21:15 25:3,21
28:11 29:1,8
33:11 34:9
41:3 46:4
53:18 61:14
216:11,20
day 18:7 39:13
39:13 44:4,4
131:11 276:3
282:8 283:6,15
318:11,12
337:20
days 40:6
241:11,16
257:10
DC 2:17 8:2
205:16
dead 241:19
deal 117:2 223:6
deals 181:14
183:15,22
222:19 223:2
292:2,8 351:3
Dean 111:13
159:10,11
160:11,18
161:9,20 162:3
164:4 275:21
decade 58:15
113:15
decades 340:18
December 158:5

268:4 269:5
328:4
decide 262:5
decided 180:13
180:17,17
292:3
deciphering
363:16
decision 167:10
189:6 191:10
201:20
DeCoster
111:17 162:2
decrease 169:8
194:8
decreasing
192:18
Defendant 9:5
Defendants 1:10
3:11 7:7 8:4
Defner 273:3,16
delay 283:20,22
284:2,10
285:14,22
286:2
deliver 87:14
113:8,9 114:12
114:14 115:7
153:19
delivered 87:4,5
88:18 153:14
deliveries 88:11
delivering 43:18
112:22 115:19
delivers 88:15
delivery 86:16
87:1 112:6
113:12 115:1
115:20 117:11
117:16 118:21
demand 185:10
193:2

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                March 5, 2014

11

demonstrative
  204:5 212:22
  214:12
density 350:20
department
  15:10,14 18:1
  19:4 24:7 39:3
  40:14,16 44:5
  208:19
departments
  40:9 61:11
depend 287:15
depending
  230:12 301:6
depends 16:12
  96:12 122:21
  241:4 243:6
  244:4 270:6,12
depicted 132:22
Depo 184:14
DEPONENT
  370:1
depopulate
  331:5
deposition 1:15
  7:4 9:13,17
  65:22 66:5
  82:8 182:12
  184:15 310:1
  328:1 351:20
  364:14 369:8
describing
  104:17
description
  100:16 101:9
design 49:19
designate 74:17
designated
  67:13,17 68:20
  69:1,11,13,16
  69:17,19,19
  70:4,6,9,14,18

71:10,14,17
72:7,12,12,15
72:22 73:3,6
73:12,16 74:1
74:3,15 75:7
75:13 76:14,15
76:22 77:5,10
79:2,9,13 80:8
80:14 167:7
168:16 170:11
designating
168:20
designee 168:21
362:7
designing 289:3
desk 33:2
destroyed 181:7
detail 360:17
details 136:3
determinations
292:12
determine 10:12
97:17 142:22
286:21
determined
221:3 305:1
developed 135:2
135:11,20
139:9
diet 241:14
difference
158:18
differences
18:17
different 17:9
23:21 29:4
39:20 41:10
92:21 107:22
110:7 114:9
125:7,12,13,19
135:13,17
139:9 143:3

148:9 154:10
159:6 160:19
162:5,5 173:2
175:14,16
176:7,14
177:21 184:2
212:4 230:5
231:8 233:16
237:2 242:14
242:17 244:12
258:17 285:10
285:10 298:1
331:7,9 334:11
336:18,19
345:8 355:9
differently
11:11 40:10
354:13
difficult 10:5,11
digest 363:8
digits 106:3,6
182:21 217:4
218:8,11 341:2
direct 18:19
20:10 24:12
111:20,21
112:1,18
113:11 115:1,6
115:20 117:11
117:16 118:20
121:7 325:6
directing 84:7
85:4,11
direction 371:8
directly 28:5
director 50:15
50:16 52:11,15
52:18 54:9,10
54:11,18 55:1
55:12 62:2
209:8
Directors 5:6

46:20 51:11
56:5 149:2
151:15,17
154:2,6 155:10
155:18 209:4
213:5,12 227:4
227:5,9 245:19
246:17 271:5,6
272:13 303:18
303:19 325:1
disagreement
229:4 231:10
disband 325:3
326:2
disbanded
323:18 324:13
324:20
disbanding
323:22 324:11
disclaimer
330:14,19
disclose 20:16
20:17,20
307:12 325:17
325:18
discovery
146:10,14
185:10 204:19
206:12 207:9
208:8 209:11
215:8 220:17
246:3 272:5
304:1 367:4
discrepancies
161:4
discuss 314:21
discussed 8:16
247:21 248:1,6
260:20 279:21
314:19
discussing 366:2
discussion

147:13 279:11
367:17
discussions
302:10 309:7
disposal 169:18
268:3 269:4
288:14
dispose 250:16
259:5 261:11
266:10 282:5
283:4,13 294:1
disposed 268:4
269:6 275:22
dispute 207:14
disregarding
164:3
distribute
279:15
distributed
331:14
distributing
339:22
distribution
101:18 112:12
112:16 114:4
distributor
107:19 108:6
distributors
118:17
District 1:1,3
7:8,9 371:22
distrusted
184:10
divide 42:5
divisions 102:20
102:22
document 4:10
4:14,17 5:3,9
5:11,13,15,17
5:19,21 6:3
57:12 82:7,12
82:15,20,22

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

12

83:5,8,9,17,19
84:3 85:16
91:19 104:21
124:13 147:5
158:8 162:19
165:2,6 182:11
185:1 204:2
214:7 216:8
218:7 219:8
226:19 251:18
251:20 257:20
281:8 323:4
336:14 344:11
346:1,3 348:14
351:19 363:12
364:13,17
366:19,21
368:12
**documentary**
143:18
**documentation**
119:14 174:20
357:22
**documents** 14:4
67:6,8,10 77:7
82:10 132:13
136:2 152:2
173:22 197:21
207:18 216:15
221:9 336:3
341:15 351:22
**doing** 48:7 74:8
108:3 111:10
201:17 202:1,5
290:14 292:20
318:5 361:16
365:11
**dollars** 116:9
183:19 318:8
**dolly** 114:19
**Dolph** 248:21
**domestic** 195:10

195:20 197:15
198:2,19 200:9
201:6,11 202:7
**domestically**
197:14
**Don** 66:13
337:14,15,17
337:19,21
341:6,17
342:14 344:7
345:22 347:5
355:16
**Donald** 2:13 8:1
**Donovan** 34:18
121:22 122:1,1
122:5
**door** 112:6
**Double** 178:7
**doubt** 83:19
158:9 163:7
**dozen** 199:8
297:10 361:5
**Dr** 339:16
**dream** 114:5
**dried** 102:21
129:10 258:12
**drive** 178:10,21
**driving** 179:4
**dropped** 111:5,6
176:5
**drug** 186:16
**dry** 94:2,3,15
109:14
**dryer** 150:17
**drying** 36:11
150:11,12
151:7,11
**due** 211:6
324:13
**dues** 274:1
**duly** 8:12 371:5
**dump** 195:19

**dumped** 197:3
202:6
**dumping** 194:9
194:19 195:8
196:5 197:12
197:22 198:1
200:8 201:5
**Dutch** 108:7,8

---

**E**

e 3:11
**e-mail** 40:2,3
69:12 313:20
320:3 321:5,7
321:10,21
328:3,7 365:5
365:8
**earlier** 129:14
170:20 184:9
264:19,22
267:6 276:1
282:6 283:4,14
293:22 294:1
329:13 331:8
347:5
**early** 169:17
192:19,20
193:10,11,22
194:1 220:20
220:21 237:10
251:15,16
253:21 268:5
269:6 280:12
280:13 323:12
323:12 329:3,4
329:14,14
**easier** 214:8
**economic** 5:9
168:4,6 273:18
279:6,8,12,15
280:16 281:3,6
281:15 282:16

282:19 283:3
283:12 288:20
289:19 290:10
292:20 310:4
310:10 311:10
311:15 312:2
313:8 318:1
320:20 338:2,3
340:16
**economically**
365:11
**economists**
347:13
**educational**
64:19
**EEP** 135:18
**effect** 293:11
346:19
**effects** 346:16
**efficiencies**
319:5
**efficient** 318:15
322:7
**efficiently** 319:6
**effort** 231:9
261:14 283:7
**efforts** 169:8
173:20 193:10
193:14,18
227:22
**egg** 1:9 3:2,3
4:16 5:5 7:6
16:6 17:4 19:9
28:10 35:2,3
35:12 36:11,15
37:2,5,20
40:22 41:1,7,8
41:9,11,20
43:4,18,19,22
47:7 49:19
84:20 87:2,4,4
88:22 89:4,5,6

91:12,20 92:4
93:2,9 94:2,4,6
94:10,13,13,20
102:6,12,14
103:2 106:10
106:11,19
110:4,12,13,21
111:1,5,8,16
113:19,19
115:15 121:9
121:22 124:2,7
125:7,13
126:15,21
127:1,13 128:9
128:10,16
129:9,11,13
130:2 131:12
131:17 133:5,5
133:15 142:6
143:22 148:11
150:11 151:8
151:10 152:5
152:17 156:21
157:3 158:1
169:9,9 170:15
170:19,21
171:2,7,17,18
172:1,15,19
173:5,11 174:3
174:4,12 175:6
175:7,11 176:8
176:14,15,17
183:18 186:8
187:1 191:17
192:19 193:2
195:3,20
196:14 198:2,6
198:7,9,11,20
200:9,19 201:6
201:11 202:7
202:14 220:4
221:6 224:15

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

13

224:17 225:21
229:13 230:5,6
230:7,9 231:7
231:8 235:18
236:17 237:8,9
238:17 240:21
242:1 243:14
246:16 258:5,5
258:10,12
267:9 269:19
270:5,9,11,15
281:14 282:11
283:8 284:15
285:2,15,16
287:11,12
288:21 289:8
289:13,21,22
295:21 297:14
297:18 298:3,4
298:8,8 300:12
301:13 303:9
304:7 305:10
305:22 307:7
310:10,13
311:1 312:11
314:4 315:3,9
317:10,13,21
318:7,16,17
328:10,17
329:12 330:11
330:16 337:2
345:4 353:18
354:21 356:6
360:7,19
361:10 364:1
367:4
**Eggland's**
108:14 122:14
123:1,6,11,13
123:15,20
124:15 125:6

125:15,21
126:7,11 128:7
**eggs** 41:12,21
43:22 85:19
87:18 88:5,15
88:18,19 89:20
90:1,7,7,9 91:2
92:2 93:7
94:14,19 95:4
95:12,17,22
97:6,8,17
102:1,19,20,21
102:22 103:18
104:6 105:15
107:4,21 109:4
110:3,12,16,16
113:1,5,18,22
115:16 121:9,9
121:15,16
122:7,9,12,17
122:20 126:18
126:19 127:8,9
128:5,8 129:10
129:10 151:7
153:5,15 169:9
175:18 178:21
185:15 186:9
187:2,7 188:10
189:12 190:4
194:8,9,18,19
195:9,19 196:5
196:15 197:2,4
197:12,15
198:1,10,13
200:8,18 201:5
201:18,19,20
201:21 202:5
228:1 229:7,14
229:20 233:19
234:13 235:4
235:14 236:20
237:4,12 239:9

239:12,16,17
239:19 240:1
242:2,8,9
243:4,19
244:22 254:16
255:15 256:13
257:17 258:9
258:11,13,13
259:11,19
260:10 261:15
266:17 269:19
270:10,15
276:8 277:1
282:12 283:7
283:16 284:13
284:14 285:1
286:9,14,17,18
289:13 290:7
290:18 295:12
295:19 296:16
296:17 298:8
298:12 299:6
300:16,19
302:6 303:4
306:7 320:12
321:15 359:3
359:11,20
360:10,12
**eight** 116:16
**Eighteenth** 3:8
**Eimer** 3:14
**either** 16:17
17:3 40:3 56:4
141:14 161:15
323:15
**elected** 173:5
174:3 305:4
**electric** 139:6
**electricity** 181:5
**Elias** 46:2 54:1
**eligibility**
167:13

**eliminate**
115:12,13
**eliminated**
342:9
**eliminating**
115:19
**elimination**
169:21 350:13
**else's** 153:22
**employed** 64:16
371:11,15
**employee** 50:14
52:2 53:3 54:4
55:3 60:10
136:5,18 137:3
138:9 154:11
154:12 371:14
**employees** 39:12
80:7 104:14
117:10 136:6
**empty** 283:21
288:15
**encompasses**
14:22
**ended** 299:17
**ends** 84:3
**enemy** 182:2
**engage** 345:7
**engaged** 181:14
185:14 186:3
189:10 192:18
201:2 222:20
**enhanced** 122:9
122:20
**entire** 27:5
**entities** 7:21
156:11
**entitled** 69:4,9
**entity** 148:4,17
148:18 149:22
151:10 154:14
154:16,17,18

174:12 298:1
**environmental**
43:16 44:6
205:1,9 206:16
207:13 208:11
208:15,19,22
215:12,20
216:6 217:8,14
217:22 218:3
**equipment**
104:14 116:15
197:6 318:7
327:3
**Errata** 370:7
**ESQ** 2:4,5,12,13
3:4,5,13
**establish** 318:13
319:4
**established**
296:21 297:1
315:4
**establishing**
296:18
**estate** 60:19
150:8,10
**estimated** 342:5
**estimates**
158:16
**et** 1:6,9 7:5,6
105:1 340:10
**Europe** 109:15
196:20 197:3,5
197:8
**European**
109:15 126:19
197:7
**evaluating**
244:11
**Everhart** 208:14
208:17 216:6
217:5,14,17
218:3

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

14

**everybody**
231:10 232:8
261:5
**everyone's**
260:18 270:2
**evidence** 72:14
192:3 195:1
229:1
**evidentiary**
143:18
**evidently** 278:6
**exact** 45:3 99:4
99:5 107:20
124:4 136:2
143:12 163:17
171:20 200:14
205:10 206:1
221:10 225:3
234:4 295:16
297:4 305:4
**exactly** 10:15
48:10 51:3
65:19 74:6,18
108:4 118:8
120:13 121:4
144:21 149:12
156:1 202:10
271:9 297:9
345:22 350:16
358:22
**exam** 81:1
**examination** 4:2
8:11 9:10
**examined** 8:12
370:4
**example** 117:20
147:15 153:15
220:11 275:8
276:6 298:17
308:11 309:1
361:18
**examples** 261:6

327:1
**exceeding**
134:22
**Excerpt** 4:16,19
**excludes** 99:20
**excuse** 58:11
80:22 180:17
182:17 202:16
319:15
**executive** 12:6
13:8 23:2,4,8
23:13,19,22
24:4,10,15
25:11,14,20
26:16 31:4,22
32:3 58:9,10
58:12 59:6,12
149:2
**exhibit** 4:7,8,10
4:12,13,14,15
4:16,17,19,21
5:2,3,4,7,9,11
5:13,15,17,19
5:21 6:2,3 65:4
65:8 67:12
81:14,21 82:3
119:22 120:4,5
130:13,14
131:22 132:1
134:15 137:15
146:21 156:15
156:19 166:22
182:7,11
184:14 203:13
203:17 210:4
210:15 211:4,7
214:12 215:5
216:17 217:1
217:13,21
219:15 224:3,4
238:17 245:3
246:10,14

261:9 262:16
265:4,19
266:22 271:3
278:19 281:1
281:14 282:2
293:2,3 302:13
302:19 303:11
309:16,20
323:1 327:17
327:21 329:22
330:1 333:1,5
333:8 340:21
344:9 346:5
348:4,6 351:6
351:10,15
364:8,9 366:21
**EXHIBITS** 4:6
5:1 6:1
**exist** 360:2
**existing** 98:20
133:13 293:3
301:3 335:6,18
335:21 336:11
343:9 344:5,21
345:16
**exists** 150:7
**expanded** 90:18
98:19 192:16
**expands** 98:1
**expansion** 42:15
111:7,10,18
**expectation**
354:19
**experience**
289:9 353:12
**expert** 340:14
340:16
**expires** 371:18
**explain** 89:4
103:12 153:8
162:3 231:5
258:2 306:1,8

306:17 317:19
**explaining**
322:5
**export** 201:16
**exports** 195:8
195:19 198:18
201:3,4 202:5
221:4,18
**extended** 276:2
**extensive** 116:12
**extent** 324:2
**extra** 342:9
**extremely**
225:22 238:19
261:18
**eye** 160:20
223:8

---

**F**

**F** 168:21
**face** 338:13
**facilities** 19:6
32:11 34:1
35:1 36:6 37:7
49:18 50:19
51:2 93:7,10
94:3,8,12,21
95:10 96:2
98:18,20 99:21
100:3 102:14
112:21 113:19
115:15 125:14
126:7 127:14
131:13 132:4
133:21 134:11
142:2,3,14
144:17 145:5,8
145:11 146:4
151:12 152:11
152:16 181:4,7
193:8 197:6
318:15

**facility** 35:21
36:19 37:9,18
47:7 89:8,9,11
89:13 90:14
91:21 92:3
94:16 98:1,11
98:22 99:1
121:21,22
125:8 131:17
133:14,16
142:16,18
144:10,12
145:1,22
146:17 150:12
150:12,17,18
155:7,10 156:5
361:16,21
**fact** 138:14
142:16 164:14
187:5 193:19
193:21 195:8
198:18 201:1,2
201:3 220:10
221:14,17
282:10 287:7
301:10 324:10
335:11 342:17
343:8 355:22
362:9 368:8
**facts** 192:3
194:22 228:22
281:17 358:14
**factual** 195:5
**failed** 295:2
**failure** 368:10
**fair** 11:7 44:17
45:1 71:19,21
73:21 75:4
88:3 106:15
115:22 116:1
161:15 179:5
339:15 340:13

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

15

**fairly** 84:15 86:1
86:2,11 223:17
**fall** 114:13
**familiar** 82:11
120:5,6 136:2
147:4 156:20
160:17 224:7
331:16 333:11
**familiarize**
348:15
**family** 13:19,21
14:14 20:10
30:1 38:16
39:1,14 47:21
50:13 54:15
55:13 56:4
59:18 62:17
63:5,7 129:22
183:16 188:1
189:2 255:1
292:2 305:8
**famous** 242:15
**famously** 178:7
**far** 39:11,12
63:22 77:2,5
80:6 161:15
175:21 198:8
208:13 212:22
349:15
**farm** 13:21 19:9
23:11,14 36:10
37:3,5 43:5
46:21 47:10,20
48:2,4,21
54:14 84:20
89:22 100:7,7
100:14 104:2
105:20,21
121:22 124:2,7
126:11 127:15
131:1 153:13
154:19 155:20

164:21 298:5
336:20
**farmer** 191:17
**farmers** 328:11
328:17 329:12
**farming** 47:10
47:11
**farms** 2:11 3:22
8:3,8 47:22
54:15 90:1,2
90:10,11 92:2
99:4,22 100:5
100:9,9 104:10
104:12 105:12
106:17 107:6
108:7,8 111:17
118:17 121:8
129:21 131:12
134:16,20
136:6,7 137:7
138:10 146:16
146:16 148:2,9
149:4 154:19
158:4 159:4,8
159:11 160:13
160:13 184:17
184:19 211:17
236:19 305:8
305:10 327:7
336:18 337:1
**farther** 182:4
**fast** 229:19
**father** 87:17
255:1 256:6
**fatty** 126:22
**favor** 280:3
**FDA** 18:22 19:1
19:5,13,16
20:3,6 21:3,10
21:14,20 22:2
22:7,18 140:3
140:9,11

141:15
**featuring** 310:4
**February** 158:2
225:4 333:18
352:5 364:21
**fed** 127:7,17
**feed** 86:22 87:3
88:7,7 97:22
99:22 100:10
104:13 125:18
126:17 127:17
127:19 133:2
139:7 181:6
241:10,16
290:11
**feeding** 105:1
**feeds** 101:18
**feel** 161:17
219:4
**feelings** 270:2
**feels** 366:4
**fees** 183:19
**fell** 17:12 107:3
**Fidelity** 60:20
**field** 111:8
126:11
**fifth** 368:1
**fifties** 225:21
238:18
**fighting** 183:20
**figure** 70:17
**figures** 263:18
**filed** 174:20
175:15 181:16
**fill** 153:16
158:12
**filled** 332:5
**filling** 332:4
**fills** 49:1
**final** 268:17
**finance** 56:16
**financial** 83:2

248:22
**financially**
371:15
**financials** 27:4
**find** 91:5 217:17
328:13 367:2
**fine** 138:5 165:9
223:16 319:22
**finish** 21:8
284:13 316:3
319:19,20
320:1
**fired** 19:15,18
19:19
**firm** 5:8 8:2
78:1 173:15
174:19 175:21
176:2 204:3
205:17 210:15
349:6
**firms** 176:6
**first** 8:12 9:14
19:12 65:15
83:11 85:20
89:12 121:7
130:5 149:7
157:22 170:13
185:9 189:6
211:13,15
225:12 263:11
265:8,8 273:6
304:6 321:13
333:13 338:5
338:10 342:13
**firsthand**
174:17 194:3
**fit** 305:5
**five** 34:16 49:4
118:2,10
134:13 143:10
**Flag** 18:7
**fleet** 117:5

**flock** 14:15,21
15:3,10,14,17
17:7 18:1,16
18:20 19:4,22
20:8 21:15
24:7 28:12
40:13,15 41:3
44:4 52:20
53:5,8 86:22
163:12 169:18
169:19 240:5,7
268:5 269:6
270:5,8 276:1
282:7 283:6,15
290:7,19 314:5
316:11 335:11
335:19 336:5,6
336:11,13,17
337:6 338:20
339:6 341:18
341:21 342:4
343:8 344:4,20
345:16 350:21
353:18 354:20
356:5,22
**flocks** 40:17,20
41:4 226:4,15
230:3 233:16
234:10 235:2
235:12 239:1
240:3,7,8,12
240:21 241:5
241:21 242:5
243:2,7,12,17
244:18 250:15
259:4 261:10
266:9 275:22
283:20 284:1
284:11 285:14
286:3 293:21
331:5
**floor** 342:3

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                          March 5, 2014

16

343:5,22
344:19 345:14
**Florida** 33:5,10
**flow** 4:15 147:8
**FMI** 296:6,7
297:16 343:11
345:7
**focus** 80:18
111:21
**focused** 108:12
**folks** 14:3 115:5
115:7 117:20
118:10 203:10
242:22 274:18
283:4 327:4,6
**follow** 202:9
226:2 238:21
**followed** 225:14
226:15 242:22
244:21 265:11
282:10 284:22
285:15 286:7
286:16 287:9
288:19 289:21
291:3,12
**following**
250:13 279:13
**follows** 8:13
**food** 101:14,15
101:17,21
102:3,4,8,11
102:19 104:4
110:1,4,19
140:9 141:14
241:15 249:21
304:9,11
**Foods** 94:21
95:7,8,8 104:5
111:13,14,14
111:15 151:13
164:20 297:21
298:3,18 299:5

300:18
**force** 117:15
294:13,21
**forces** 256:15
**forecast** 279:7
280:20
**forecaster** 338:3
**forecasts** 279:16
338:3 340:9
**foregoing** 370:5
371:3,5
**foreign** 194:9,20
195:9,20 196:5
197:13 198:2
198:19 200:9
200:17 201:5
202:6
**foreseeable**
323:8
**forget** 39:5
75:21 149:12
256:21
**forgot** 66:18
124:19
**form** 8:19 19:18
48:22 73:10
75:9 120:10
138:22 162:14
164:2 185:17
187:10,18
193:12 194:2
194:10,21
202:8 223:4
226:19 228:2,9
228:21 229:2
248:8 259:21
260:13 261:16
262:10 290:1
292:5,6 312:19
314:7 316:14
318:3 324:1
325:5 326:4

328:19 329:6
342:21 345:19
349:18 351:4
353:20 362:15
363:5
**formalization**
147:21
**formalized**
147:22
**format** 120:7
**formed** 306:14
**forms** 331:13,17
331:22 332:7
**formula** 125:18
**formulization**
126:17
**forth** 230:2
**Fortin** 250:14
266:8
**Forty** 49:12
**forwards** 218:9
**fought** 93:16
**foundation**
201:8
**four** 134:12
231:8 247:12
271:22 341:20
**fourth** 212:16
247:3,5,5,8
**franchise** 123:6
123:10,14,21
123:22
**Francisville**
34:5
**frankly** 183:11
**free** 121:16,19
122:8 170:11
355:5 366:8
**Fremont** 160:12
160:13
**frequently**
48:14 51:5

58:11 157:5
**Fresh** 103:7
160:15
**friend** 166:11
**friends** 142:5
**front** 71:1 214:5
219:8 238:16
255:1 256:19
262:4,17 315:2
**frozen** 258:13
**frustrated**
274:17
**full** 115:10
357:15,15
**full-time** 50:14
52:2 53:3
60:17
**fuller** 159:19
**fully** 119:7
**functioning**
297:6
**functions**
222:10 244:13
**further** 28:6,8
41:1,4,8,20
135:3 213:4
371:13
**future** 226:1
238:20 279:12
323:8

_____
**G**

**G** 1:19 169:6,6
169:14,15
170:3 371:2,20
**gal** 77:20
**gallons** 92:15
**gap** 225:22
238:18
**gasoline** 117:7
**geek** 39:6
**Gene** 172:21

184:15 191:11
311:8,13,22
313:6,20
315:12,15
321:5 324:16
328:9,15
**general** 3:21 8:8
43:5 48:3,20
54:14 74:21
84:10 91:11
93:16 98:16
107:9 111:17
151:12 211:16
248:4
**generally** 82:13
178:18
**generate** 57:13
154:21 156:6
**generated** 94:20
**generation**
183:11
**gentlemen** 25:10
**Georgia** 37:2,15
37:19 99:4
150:8 151:5
**Germantown**
35:11 122:15
124:1,7,7
125:3
**Germany** 142:5
**getting** 238:3
255:14 256:11
257:15 319:17
337:20 339:19
368:21
**Gibson** 25:21
29:8 34:9
**give** 16:1 74:12
75:3 82:14
111:12 196:21
214:7 216:11
327:1 340:6

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

17

348:14 351:12
366:5
**given** 215:1
344:3 362:5
370:6 371:10
**gives** 47:22
53:14
**go** 9:20 11:17
32:15,16 43:20
63:17 67:12,19
70:19 74:3
75:11 79:6
81:19 92:19
103:3,22
104:19 105:10
114:20 139:15
145:11 155:2
156:8 158:15
160:2 166:22
174:15 177:18
178:15 193:16
198:14 199:11
200:22 201:8
204:5 207:18
211:22 212:16
213:4 218:6
231:17 232:20
245:5,13
253:20 258:7
258:10 262:3
265:13 277:3
277:13 292:19
316:5 324:5
325:10 341:3
342:12 355:6
361:3 363:11
**goal** 112:13
**God** 186:16
**goes** 47:20 83:15
224:17 242:2
258:3 295:4
356:14

**going** 10:1 11:6
20:13 64:11
65:16 69:5
72:13 80:18
82:2 91:17
102:21 117:1
150:3 159:20
164:1 166:17
166:18 172:13
190:13,14
193:3 197:8
198:12 213:17
214:1,8 218:9
220:8 223:13
232:17,20
233:15 234:22
235:21 237:15
237:17,18
239:17 240:1
242:16,18,20
244:9 249:18
257:13 262:3
287:18 299:2
299:12 300:16
302:5,7 309:6
309:10,11
318:8 332:1,8
345:11 355:4
356:4 358:18
**golf** 183:14
**good** 52:8 127:1
165:8 183:12
219:4 273:11
281:19 305:5
322:9 369:2
**GoodEgg** 365:2
**goods** 153:11
**gotten** 116:15
311:9,14 312:1
**govern** 190:14
**governance** 4:15
147:9

**government**
206:20 207:22
219:12,16
257:14 272:15
328:12
**grade** 41:12,13
41:14
**graded** 201:21
**grader** 104:14
230:8
**grading** 28:14
28:16,18 40:22
41:7,11 87:18
133:11,16,17
**graduated** 54:17
65:2
**grain** 27:10
**grandchild**
54:19
**grandfather's**
131:1
**great** 105:2
223:17
**greater** 98:7
**Greg** 25:15
26:18 27:2
29:6,16 34:7
38:4 57:1
61:17 118:15
128:18 204:18
206:11 207:8
208:7 215:3,7
246:2 271:16
271:20 272:2,3
272:20 359:7,8
362:2 367:12
368:19
**Gregories**
172:21 182:3
**Gregory** 184:15
295:5 313:6,20
315:12,15

316:8 320:4
321:5 326:8
328:9
**Gregory's**
321:10,22
**grew** 87:3
**grocer** 108:2
**Grocers** 1:5 7:5
108:1
**grocery** 108:17
128:20 296:8
360:5
**ground** 9:21
86:20 98:11
**grounds** 9:2
**group** 111:14
159:10,11
160:11,18
161:9,21 162:3
163:1 164:4
176:16,16
191:19 198:11
200:20 221:3
230:6 231:7
236:21 296:8
318:14
**groups** 63:5
140:2 173:16
175:17 176:7
184:3
**grow** 257:11
**growers** 305:21
306:13 310:5
310:19 311:18
312:5,14 313:8
315:1,12
316:13
**growing** 100:7
**grown** 130:1
**growth** 83:14
85:10 99:15,20
**guess** 82:17

99:18 157:17
158:16 223:8
241:5 243:7
248:10 307:13
308:14 344:6
**guests** 247:18
271:15
**guideline**
333:10
**guidelines** 296:4
333:14,20
334:11,15
352:15
**guise** 188:8
342:17
**guru** 205:5
**Guthrie** 34:4
36:4,10,12
93:12,17 94:16
134:1
**guy** 142:20
208:18 231:12
300:2 349:4
**guys** 61:10,13
237:8 258:4

**H**
**H-A-R-W-E-...**
26:6
**H-A-R-W-I-G...**
26:5
**H-I-N-T-O-N**
25:15
**H-U-R-D** 18:3
**Hale** 204:22
205:4 206:15
207:12 208:11
215:12,20
216:2
**half** 11:18 113:6
132:19 150:12
197:5 328:4

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

18

| | | | | |
|---|---|---|---|---|
| **halfway** 33:9,10 352:18 | 283:20 284:1,3 284:10 285:14 | 196:16 197:22 199:20 200:4,4 | 353:8 354:15 | 253:15 254:19 267:12 269:12 |
| **Hallbrook** 302:21 | 286:1,2,21 287:16,17 | 200:8,13 286:2 286:14 301:22 | **Hendrix's** 353:22 | 270:21 271:16 272:4,21 278:3 |
| **hamburger** 299:22 | 288:14 323:13 329:4,14 | 302:2 313:7 315:16 355:22 | **hens** 15:21 16:3 17:8 99:9 | 323:17 359:7,8 362:2 367:12 |
| **Hamilton** 3:6 | **hatched** 87:3 | 356:2,3,11,13 | 121:17,20 129:22 130:6 | 368:19 |
| **hand** 81:18 | 243:10 | **hearing** 193:20 | 132:8,11 134:7 | **hire** 114:5 |
| 164:19 216:20 | **hatchery** 86:15 | **hearsay** 9:2 | 158:5 160:8 | **hiring** 23:9 |
| 217:6 218:14 | 86:21 88:11 | 196:10,12 | 161:10 163:6 | 114:6 116:19 |
| **handle** 27:4 | 97:21 98:5,6 | **heart** 127:2 | 164:22 242:6 | **historically** |
| **handling** 68:21 | 99:22 104:12 | **held** 12:9 103:16 | 250:16 259:5 | 173:4 |
| 136:7 | 243:9 | **Hello** 332:22 | 261:11 266:10 | **history** 64:13 |
| **handout** 328:6 | **hatches** 286:5 | **help** 239:20 | 268:3 269:3 | 80:20 82:17 |
| **handouts** | 286:11 287:10 | 303:4 310:13 | 282:6 283:4,13 | 83:13 85:10 |
| 328:13 | 292:19 | **helped** 308:21 | 284:12 294:1 | 99:15 129:19 |
| **hands** 10:2 | **hatching** 87:2 | **helpful** 10:7 | 301:2,9 331:4 | **hit** 199:12 258:7 |
| **handwriting** | **hate** 182:5 | **Helping** 15:4 | 365:10 | **hold** 13:5,7 |
| 183:1 | **haul** 90:7 | **helps** 104:22 | **hereto** 371:15 | 14:17 68:18,18 |
| **Hanson** 2:6 | 112:20 114:6 | 239:22 | **Hickey** 2:5 7:18 | 137:19 143:6 |
| **happen** 139:11 | 153:10 237:5 | **hen** 44:8 130:5 | 237:19 267:5 | 249:4,8 284:13 |
| 240:19 244:9 | **hauler** 153:20 | 140:22 141:10 | **Hickman** 298:3 | 320:18 |
| **happened** 17:21 | **hauling** 90:1,9 | 141:11 158:18 | 305:8 | **holder** 123:21 |
| 84:11 107:11 | **hauls** 153:6,7 | 169:20,22 | **high** 64:21 65:1 | **home** 33:1 |
| 107:12 116:14 | **He'll** 238:10 | 206:21 208:1 | 110:10 134:10 | **honestly** 338:13 |
| 142:9 179:7 | **head** 24:6 | 209:11 218:13 | 229:7,15 | **Hop** 299:21,21 |
| 180:3 188:6 | **headline** 265:9 | 242:1 272:16 | 318:21 | **hope** 197:14 |
| 237:1 242:14 | **headquartered** | 288:14 297:15 | **higher** 126:17 | 234:18,21 |
| 254:21 258:3 | 31:4 | 304:2 336:7,7 | 197:1 337:12 | 254:17 257:17 |
| **happening** | **headquarters** | **Henderson** 7:12 | **highest** 126:21 | 260:11,18 |
| 197:12 245:7 | 30:22 32:4,6 | 7:13 | **highlighted** | 266:18 270:15 |
| 286:15 | 119:7 146:3,7 | **Hendrix** 14:6,11 | 273:19 | 282:11 284:14 |
| **happens** 242:1 | **heads** 10:11 | 14:13 29:22 | **HIGHLY** 1:12 | 286:17 |
| 290:10 355:5 | **health** 135:3 | 45:15,16 46:2 | **highway** 115:10 | **hoped** 300:9 |
| **happy** 258:19 | 136:6 141:8,12 | 46:2 54:1,16 | **Hinton** 25:15 | **hoping** 291:12 |
| **hard** 108:12 | 249:1 | 183:4 204:14 | 29:6 34:7 57:1 | **hospitality** |
| 162:1 | **hear** 180:7 | 206:7 207:5 | 61:17 118:15 | 55:10 |
| **Harweger** 26:2 | 332:21,22 | 208:4 212:18 | 128:18 168:22 | **hotel** 55:10,11 |
| 26:4 29:10 | **heard** 185:6 | 213:18 214:13 | 169:3 204:18 | **hour** 11:17,18 |
| 35:4 57:2 58:5 | 186:4 193:18 | 214:19 246:19 | 206:11 207:8 | 223:13 |
| **Harwiger** 26:3 | 195:4,7,18 | 247:3 271:16 | 208:7 215:4,7 | **hours** 66:6 |
| **hatch** 169:20 | 196:1,5,9,13 | 272:8,20 352:7 | 226:10 246:2 | 248:16 319:2 |

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

19

house 33:2,4
125:16 169:20
237:11 292:19
367:18
housed 134:8
165:1 342:6
houses 44:8,8
130:5 134:4
192:15 244:7
256:17 283:20
288:15 292:17
292:18 336:7,8
355:7,8
housing 368:4
HR 27:13 60:20
HSUS 144:5
human 141:8,12
hundred 69:6
361:14
Hurd 17:22 18:3
18:15 21:15
25:3 28:11
29:1 31:8,9
33:11 40:19
41:3 46:4 53:7
61:9,14 127:11
husbandry
333:9
Hy-Vee 113:21
hypothetical
194:22

**I**
ICC 153:1,9
Idaho 305:21
idea 53:20 59:16
83:21 144:14
145:15 153:14
186:3 255:11
269:22 280:21
281:6 284:16
286:3 287:18

289:7,15 309:2
340:2 351:5
360:15 361:5
ideal 331:4
342:4
identification
65:5 81:22
120:1 130:15
132:2 146:22
156:16 182:8
203:14 211:8
224:5 246:11
302:14 309:17
323:2 327:18
330:2 333:2
348:7 351:7
364:10
identified 11:21
28:5 44:12
62:10 65:12,17
67:21 68:6
73:21 79:19,22
80:3,4 128:6
156:11 162:19
248:22
identifies 119:5
185:4
identify 7:20
66:10 67:20
120:13 128:13
129:10 308:11
333:7 359:14
359:17
Illinois 3:16
122:2 123:19
129:5
Im 69:18
immediately
202:21 250:17
259:6 261:13
266:11 327:15
impact 140:21

impacts 317:2
implementation
329:15
implemented
192:11 311:18
312:5 315:11
316:12 326:10
326:12 337:4
342:18 343:4
implementing
191:22 272:10
306:18
important 10:8
10:22 11:9
imposing 257:14
Improper 19:3
improperly
142:1
improve 225:13
in-house 78:5,10
78:17 219:12
inaccurate
84:17,20 86:4
86:6 159:2,3
inch 296:10
334:19 335:4
inches 192:13
196:22 197:4
299:20,22
301:6 335:9
342:7,7 345:10
366:5,6
include 121:15
279:16 341:20
including 69:6
122:8 167:3
169:17
Incorporated
149:4
increase 244:2
283:16 285:2
286:9 287:17

288:13 301:7
346:19
increasing 301:1
346:15 356:7
incubator 284:2
independence
317:9 320:11
321:14
Indiana 19:11
26:2,9 31:2,10
31:12,14 33:12
34:5,6,6,11,14
38:10,12 89:19
93:19 122:1
123:20 124:7
129:4 132:18
205:14
indicate 132:14
227:16 332:1
indicated 19:22
253:10 323:15
indicates 163:5
164:14 250:22
252:17 317:20
367:11
indicating
355:20
indication 251:9
251:13,17,21
252:9,11
269:11 280:5
281:9,11
indirect 118:16
individual 121:2
162:22 171:10
336:7
individually
118:9 279:22
industrial
102:11,16
103:5 110:5
industry 4:16

101:14,16,19
101:19,21
102:5 104:4,15
108:11 110:2
131:12 135:1
156:21 157:3,4
158:16 169:8
170:19 171:7
173:2 183:13
198:6,7 239:20
249:1 250:15
257:3,15 259:4
261:10 266:9
279:6 281:14
282:11 288:20
292:11 295:6
301:11 306:10
314:5 327:5
338:20 340:14
340:15,18
342:2 346:22
industry-wide
192:19 312:14
inedible 94:4,10
109:21 150:12
150:18
inefficiencies
321:1,6,19
322:8
inevitably
346:20
information
20:15 83:5
91:6 120:7
121:1 168:9,13
191:21 193:1
279:7 288:7,11
340:4
informed 324:7
ingredient 93:5
104:1
initial 304:7

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

20

334:22
initiate 241:9
input 56:8
inquiry 189:9
inside 142:18
insisting 359:11
inspection 335:1
instigated 173:6
173:14 174:5
instigating
175:20
instigator 176:1
institute 175:3
instituted
343:11
Institutional
101:20
instruct 237:15
237:16
instructed
237:22
insurance 116:6
116:10
integrated 87:9
100:12 105:7
integration
86:15,19 88:3
88:11 100:6
104:11,16,21
104:22
intended 247:22
248:6 276:7
284:17
intent 254:15
282:11 289:12
289:15
intention 331:13
331:17,22
332:7
intentions
275:21
interest 226:2

238:21 282:16
282:19 283:3
283:12 288:20
289:19 290:3,4
292:21
interested
371:16
interesting
328:5
International
148:10,13
149:7 154:13
155:2
internationally
109:14
interpretation
135:1
interrogatories
210:1 211:13
interrogatory
4:19,21 203:21
210:12 211:12
213:20 215:1
216:2 221:11
221:13
interrupt 81:1
319:16
interrupted
313:18
Interruption
313:15
Interstate 153:2
introduced 9:12
inventory
119:15
investments
119:16
invitational
305:16
invited 144:9
305:21
involved 12:21

13:13,19 39:15
156:2 220:2,8
220:9 222:11
295:11 296:18
involvement
172:1 220:5
222:4 307:11
involving
323:12
Iowa 26:11 34:4
36:2,3,9,9,13
93:13,17
160:21
ironic 317:10
320:11 321:14
Irving 349:9,20
349:22
Isaacson 174:19
176:2 349:9,20
issue 141:7,8,9
179:3 211:1
279:6
issues 27:12
138:17,19,20
139:17,21
140:1 141:13
142:8 316:2
italics 273:4
item 344:8,18
items 69:1 368:5

_____
**J**
_____

J 2:4
jabbing 274:10
JACOBSEN
3:13
James 45:13
46:14,17 63:12
JAN 3:4
January 271:5
306:1 321:5
Japan 109:14

Jasmin 7:11
Jeff 25:5 28:5
33:15 40:22
41:5,19 43:10
56:1 61:9,14
91:22 154:8
Jen 35:5,15
121:21,22
122:4,17
Jennings 65:2,3
Jerry 305:20
job 60:17 64:13
Joe 8:7 78:4
219:11
Joe's 78:13
John 2:12 8:5
26:14 29:14
31:21 36:17,18
45:14 47:16
49:11 51:19
63:11 66:13,19
70:13 77:16
145:18 365:18
366:3
Johnson 36:8,12
join 167:10,13
170:14 172:14
172:18 173:3,5
174:3 180:13
180:17,22
181:1,10 189:7
191:10 260:15
292:4
joined 181:3
185:14 189:10
190:10,11
192:9,18
193:21 194:4
195:3 198:1
200:10 201:2
202:20 204:9
209:5 221:2,6

221:8,14 222:2
223:3 225:2,4
276:16 296:7
333:17 338:11
352:4 355:21
362:10,22
363:20
joiners 177:7
joining 186:22
189:5 193:11
194:1,7,17
220:7 366:9
Jones 5:7
302:21
Joseph 3:20
211:16
JR 2:12
JRust@goode...
364:18
judge 179:17,22
262:4
Judicial 1:3 7:9
July 226:5,16
229:17 230:4
233:17 234:11
235:3,13 239:2
240:13,22
241:22 242:6
243:3,18
244:19 268:4
269:5
jumping 81:16
June 83:5,20
229:17 278:20
jury 179:15,18
179:20
justification
350:21

_____
**K**
_____

K 1:18 2:15
47:14

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

21

**Kansas** 2:8 7:8
309:9 361:17
**Karen** 45:14
47:15 51:8
57:2 63:11
**keep** 10:2 91:17
159:19 161:1
162:1 236:16
262:7 360:6
**keeping** 218:7
**keeps** 60:15
162:1
**kept** 127:18
150:4 227:18
227:19 240:10
240:11
**kill** 284:2,5
**kills** 169:19
192:19 193:11
194:1 220:21
323:13 329:4
329:14
**Kim** 58:21,22
**kind** 14:15 27:8
44:6 47:11
132:21 147:8
147:11,20
229:5 257:2
312:10 319:6
**kinds** 114:8
231:8 292:1
338:19
**King** 345:10
**kitchen** 101:19
103:8
**Kitchens** 103:7
**knew** 288:5
299:4 300:18
310:17
**know** 10:5 11:5
11:16 18:8
57:19 62:11

64:1,8 67:16
69:18 70:9
71:9,13,19
72:9,20 73:2,5
73:13,22 74:6
74:14 75:3
92:20 108:9
116:8,17,19
118:6,8,11,13
118:14 125:10
126:6 129:6
140:21 142:3,5
142:7 145:13
145:16 146:17
157:5,16
158:13 160:1
161:16,18
162:3,7 169:3
171:20 176:4
178:13,14
182:1,2 191:15
195:4 196:10
205:10 208:13
209:1 210:22
211:5 222:17
223:15 227:15
229:6 233:7
234:4 236:15
236:16,21,22
237:13 238:8
240:18 241:6
242:15,17
243:8,11,13
244:5 245:15
248:15 250:7
254:22 258:1,7
258:21 260:17
261:19 262:14
277:19,21
283:22 287:6
289:1,16 291:9
292:9 300:7

304:22 308:3
308:19 309:6,8
318:18 319:1
326:13 329:19
332:14,18
335:7 337:10
337:14,15,21
338:8 339:1,13
339:13,14,19
349:5 352:19
353:4,8 360:1
360:9,10,11,14
360:16,22
361:20 362:1
367:8
**knowing** 174:17
**knowledge**
74:21 138:15
139:20 148:21
169:7 170:3
174:17 194:4
200:4 201:9
357:15,16
**knowledgeable**
76:20 219:5
**known** 112:15
178:7
**knows** 76:8
171:3 234:2
**Kraft** 92:19
102:12,21
103:5 151:12
**Kroger** 113:20
128:14 357:21
359:18,19
**Ky** 14:6,13
45:16,18,21
63:13 183:4,4
204:14 206:7
207:5 208:4
212:18 213:18
214:12,19

246:19 247:3
271:15,20
272:20 352:7
353:7 354:14
355:19
**KY's** 45:19 46:1
54:3,22

___

**L**

**label** 107:1,2,3
107:10,15
108:10 125:19
**labeled** 128:11
142:1
**labels** 128:12
**labor** 105:1
276:3 282:8
283:6,15
**lack** 295:3
**laid** 87:4 315:10
**Lake** 95:6 298:4
305:6
**Land** 3:11
**language** 331:7
331:9
**large** 92:17
115:14 198:12
**larger** 134:2
171:17 337:7
**largest** 16:6
17:3 103:16
104:5 106:11
106:18,22
107:14 109:6,7
130:1 161:16
161:18 222:8
298:17 300:13
**lasted** 248:16
**late** 337:20
**Laughter** 10:14
**Lauren** 78:14
78:18

**law** 5:8 8:2 78:1
173:15 174:19
175:21 176:6
177:13 197:7
204:3 257:4
**laws** 177:11
**lawsuit** 174:13
180:21 186:16
326:10 328:13
332:12
**lawsuits** 173:7,9
173:14 174:5
174:16 175:3
175:10,15,21
176:12 177:18
180:11 181:11
181:15 222:17
324:14 330:10
**lawyer** 78:10
179:1 303:3
308:9,21
325:14,16
349:11
**lawyers** 78:17
**layer** 169:21
346:20
**laying** 15:21
16:3 17:8 35:2
35:3,12 36:15
37:21 40:17
41:3 44:8 47:7
99:9 121:19
132:7,11
133:15 134:7
141:10 161:10
242:2 284:12
**leader** 131:12
**learned** 65:16
**leave** 63:16 64:2
138:5,5,6
205:18 283:20
**leaving** 288:15

HIGHLY CONFIDENTIAL

Rust, Marcus                                    March 5, 2014

22

led 20:7
left 206:1
legal 7:12,14
  20:9,15,19
  144:7 325:15
  349:21 350:22
legislation 142:7
let's 32:15 81:3
  160:2 218:6
  275:7 280:22
  293:13 361:17
letter 5:7 18:22
  19:1,5,12,16
  20:4,7 21:3,11
  21:14,20 22:2
  22:7,19 23:18
  140:4 141:15
  167:14 302:20
  308:2
letting 262:2
level 108:12
  220:5 222:4
LEVINE 3:4
  274:21 277:2,8
  285:6,17 292:6
  303:10 316:14
  324:1,6 325:5
  326:4 328:19
  329:6,17
  342:21 347:7
  347:21 351:12
  351:17
liability 27:12
  115:4 116:6,9
licensing 123:14
life 13:15 15:15
  17:14 135:4
lifetime 239:17
Limitado
  148:15
limited 44:7
  118:18,19

Lincoln 35:11
Linda 60:6 62:5
line 34:19,21
  72:14 99:21
  100:3 122:16
  122:18 212:17
  267:16 271:16
  271:22 318:7
  318:10 320:1
  368:5
lines 133:15
  271:19
liquid 41:21
  94:5 102:20
  129:10 258:13
list 53:14 69:16
  71:16,18 72:8
  72:21 73:6
  74:16,17 75:11
  76:14 85:8
  92:20 103:3
  151:6 162:5,12
  164:10,13
  171:4,7 246:20
  279:16 280:20
  284:7 304:6
listed 65:13
  76:13 140:19
  159:5,14 160:7
  162:9,12,22
  164:13,15
  171:10,20
  210:3 217:11
  217:14,18,20
  218:14,18,19
  246:20 247:13
  267:12 270:22
  271:9,10
  272:18,21
  279:1 285:9
  290:20 293:15
listen 190:21

listing 159:15,19
  160:2,6 164:17
  209:20 212:14
listings 210:17
lists 158:1
  215:12 218:2
  219:11,16
little 10:1 80:19
  102:10 117:17
  143:20 166:7
  166:22 172:2
  200:2 213:4
  363:18
live 47:2 145:10
lived 50:21
LLC 150:5
LLP 2:6,14 3:6
  3:14
load 153:18,21
  237:4
loads 111:22
located 17:9
  19:10 31:9
  32:4,12,17
  34:3 38:2 39:7
  46:22 53:1
  89:18 93:11
  121:20 126:4
  129:3 132:8,17
  151:19 205:13
location 33:13
  119:12 132:17
  151:5
locations 17:9
  34:12,13 35:19
  48:5 122:19,21
  151:11 160:18
  160:21 361:8
  361:10,12,15
Logan 3:7
logistics 43:16
  43:17,21

116:12 117:2
Lois 12:16 46:8
  54:19
long 12:9 13:13
  13:18 14:17
  15:13 27:19
  28:20 44:11
  47:4 48:7
  49:21 57:3
  58:10,14 59:5
  66:4 76:6 78:9
  78:9,13,16
  122:3 123:22
  145:7 155:17
  156:3 177:18
  261:18 300:15
  339:9 362:9
  363:8
long-term 56:13
  56:21 286:13
  294:14,22
  296:9
longer 107:8
look 15:4,17
  51:16 69:14,15
  73:1 75:14
  83:13 85:16
  91:3,10 92:20
  95:14 97:1,16
  99:15 121:2
  136:1 142:8
  145:11 152:2
  159:13 160:2
  164:16 171:9
  214:2,16 216:1
  217:10 219:15
  273:2 275:7,9
  275:14 280:19
  280:22 286:20
  287:4 292:12
  293:13 294:13
  294:21 295:17

311:11 318:19
looked 76:19
  163:13 170:20
  221:11 244:12
  244:15 263:13
  263:21 264:19
  264:22 265:1,6
  269:16 282:2
  287:22 340:6
  351:22
looking 17:7
  53:15,15 71:18
  85:2 95:15
  165:5 198:11
  213:9,14
  217:12 232:16
  238:15 262:21
  265:18 268:14
  268:21 273:5
  287:18 320:3
  346:2
looks 53:10
  158:18 213:10
  267:11 284:9
loop 124:21
  286:1
loose 110:19
lose 290:13
  363:7
loss 197:13
  200:8 201:4,10
  201:17,22
  202:5
lost 107:18
  181:5 214:15
  261:22
lot 91:4 92:20
  100:11 102:7
  108:13 109:20
  115:7,8 120:6
  142:8 222:6,7
  222:9 243:8

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

23

maintained 118:1
maintains 33:1 136:7 137:7 138:10
Maintenance 117:5
major 24:7 44:18 101:13 104:4 108:6 140:20 185:7 346:15,19
majority 111:20 171:19 242:4 313:9,21 320:5 321:11 322:1
making 22:14 125:22 126:20 179:6 265:21 287:2 323:11
man 338:14
manage 39:3,16 114:9 328:11 328:17 329:12
management 18:19 20:11 23:10,13,20 24:1,4,10,12 24:15 25:11,14 25:20 26:17 30:11 32:3,8 32:12 38:15,17 39:11 42:5,7 43:11 44:11 56:8 58:9,11 58:12 59:6,13 61:22 62:3 100:17 101:1 101:10 119:5,6 149:2 229:12 229:22 232:10 232:11,14
manager 14:16 14:21 15:3 19:22 20:8 21:15 25:17 27:8,9 54:14 59:2 126:11 127:16 359:7 360:16
managers 24:13 114:5
manages 26:8 26:11,14 39:17 39:19
managing 39:13
manner 258:11 273:20
manufacturers 110:5 327:3
manure 140:6
March 1:14,16 7:9 293:14 352:2 366:22
Marcus 1:15 4:3 7:4 8:10 46:1 85:5 138:1 213:4 312:2 313:7 325:14 367:12

280:14 295:10 316:1 337:11 337:12 338:4 351:22 360:5
lots 82:9 107:20 111:17 174:14 258:12,12,13
low 110:10 179:4 225:22 238:19 273:10 290:11
lower 234:22 290:12
lowest 268:17
lump 162:11
lunch 165:8,14
luxury 243:12

**M**

M 2:13
machine 90:17 258:10 318:10 318:10,12
machines 90:20 319:1
Madison 37:1 37:15
magazine 157:4 157:9
magazines 339:12
mail 50:3 51:19
main 32:18 33:17,18 34:8 38:5,8 39:9 56:9 59:3,14 59:19 102:8 103:4 118:1 157:8 181:12 224:9,11
Maine 109:5
maintain 229:7

233:11 255:2,4 255:9,13 256:8 256:11,14,20 257:2,4,9 274:15,19 275:5,8 276:7 293:7 302:7,10 306:2,8,20 307:16,21 308:6,12,17 309:2 311:17 312:4 314:19 316:2 320:19 331:21
manager 14:16

Mariah 46:2 54:16,17
mark 26:18,20 27:7,8 29:19 38:6 61:20 328:6
marked 65:5,7 81:13,22 82:3 120:1,3 130:12 130:15 131:21 132:2 146:22 147:2 156:16 156:18 182:8 182:10 184:13 184:13,14 202:13 203:14 203:16 211:3,8 216:16 224:2,5 246:11,13 254:11 266:21 271:2 278:18 281:14 302:12 302:14,18 309:17,19 323:2 327:18 327:20 329:22 330:2 333:2,4 340:21 346:5 348:4,7 351:7 351:9 364:7,10 366:21
market 96:12 106:2,9,10,18 107:14 109:7 109:21 110:13 178:13 201:12 230:12 295:21 355:5
marketers 3:3 195:3 196:14 198:9,11 221:6
marketing

117:15 200:20 204:19 206:12 207:9 208:8 209:10 215:8 220:17 226:3,9 226:13,20,21 227:3 233:21 234:4 235:10 238:22 239:7 242:9 243:1 244:11,19 245:2,22 246:3 249:7,19,21 252:13 253:16 254:20 255:7 259:2,16 262:17 263:1,8 263:14 264:8 264:11 265:14 265:20,20 267:9 269:17 272:5 275:10 275:17 278:19 279:21 281:20 282:5 285:8 287:1,21 288:6 289:2,10 290:22 291:4 293:13 304:1 305:2 318:13 322:17 323:7 323:10,17,21 324:10 326:2 331:19 348:10
marketplace 256:15
markets 194:9 194:20 195:9 195:20 196:6 197:13 198:2 198:19 200:9 200:21 201:5

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

24

202:6
**marking** 322:22
**married** 14:8
**Marshall** 26:18
27:2 29:16
36:10 38:4
148:11 151:8
151:10 152:5,5
152:17,18
**massive** 115:2
**Master** 43:5
**match** 108:20
**matches** 288:2
**materials**
191:14 338:15
**matter** 7:4 10:20
366:4
**maximize** 300:6
**maximum** 193:7
193:8 235:19
**McDonald's**
103:20 104:1
299:20 345:9
**McDonough**
302:21
**mean** 42:6,20
43:17 89:4
92:5 100:3
104:17 106:21
107:12,13
112:4 124:17
124:20 135:9
153:8 181:16
231:2 240:4,5
240:6,14,15
246:9 248:11
251:1 252:1
254:7 256:11
319:16 336:13
**meaning** 210:15
312:13 316:8
**meaningless**

292:22
**means** 251:2
300:6 307:19
307:21 341:19
**meant** 86:18,20
88:17,22
313:13 316:8
317:6 320:9
**mechanism**
306:2
**mechanisms**
302:7 306:9
**media** 144:10
**meet** 58:2,12
59:17 66:7
67:2 77:6
127:9 303:7
334:19 358:7
**meeting** 5:6
77:12,15 126:7
134:22 200:18
246:17 247:22
248:2,7 257:16
260:2,2,4,21
261:5,9 263:7
264:7 270:19
271:5,6 272:22
304:21 305:22
326:1,15,18,20
326:22 346:7
367:14 368:16
**meetings** 33:8
45:5 57:20
58:18 59:6,14
59:22 155:13
155:15 161:13
167:20 172:4
174:15 175:2
249:10 252:15
271:13 292:22
297:5,8 305:17
314:20 327:2,7

338:8 355:17
367:5,9
**member** 13:10
38:16 39:14
50:13 55:13
60:21 167:16
177:8 203:6
204:11,15
206:4,4,8,19
206:20 210:4
224:22 225:10
227:8 239:8
240:20 266:15
267:13,18
272:3 297:21
298:11,22
299:1,10
300:14,15
303:18,19
327:14 330:22
334:2 346:10
352:10
**members** 20:10
31:3 45:7,10
56:2 149:10,13
171:1 174:14
175:2,7,11
176:9,13,21
177:19 180:13
183:16 186:3
188:2 189:2
193:4 202:22
203:10 219:22
224:18 227:7
234:6,10,12
242:3 244:21
246:20 247:11
247:18 260:8
264:3 271:11
271:15 279:15
282:11 283:12
283:13 284:9

289:20 293:20
297:17,19
298:7 299:2,12
304:7 305:14
307:6 313:10
313:22 315:17
315:22 316:1
317:15 320:6
321:11 322:2
331:22 349:12
349:22
**membership**
167:3 184:18
202:13
**memberships**
212:14
**memory** 143:2
150:6 177:20
295:10,18
297:13 335:2
**mentioned**
52:17 62:5
128:7 142:12
178:18
**merchandise**
153:22
**merchandising**
27:11
**met** 9:14 66:9,11
66:19 127:4
191:9 334:10
338:5
**meta** 83:4,7
**Mexico** 109:15
**Meyers** 128:16
128:19
**mic** 180:6
**mice** 140:5,13
140:15,18
**Michael** 94:21
104:5 111:15
298:18 299:5

300:18
**Michael's**
318:20
**Michigan** 3:15
33:7,9 129:4
**Mid** 159:10
**middle** 133:1,4
212:17 247:13
267:16 297:2
**Midwest** 109:6
111:8,10
117:21 118:11
128:22 176:16
178:5,6 184:19
229:8,9 237:6
237:8 360:9,18
**Mike** 26:11
29:12 35:22
56:1
**miles** 132:19
237:5
**milestone** 88:10
**milestones**
83:15 84:2,8
85:3,6,17
95:16 105:12
**mill** 133:2
222:16
**Miller** 3:20 8:7
8:7 78:4,12,20
211:16 212:7
219:11,16
**milling** 127:20
**million** 15:20
16:3 17:8,8
85:19 95:12,17
96:15,17,21
97:21 98:11
99:9 105:13,18
132:9,10,11,12
132:14,16
158:18,19

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

25

163:6,18,20
164:8,10,22
236:19 318:8
336:17 337:1,7
337:9,10
**millions** 116:9
183:19 342:8
**mills** 86:22 88:7
88:8 97:22
99:22 100:10
104:13
**mind** 141:15
189:17 322:4
353:22 356:9
**mine** 31:11
189:8
**minimum** 342:3
342:8,19 343:5
343:22 344:19
345:14 367:19
**minor** 249:1
**minus** 29:9,11
29:13,15,18,20
44:15 105:21
105:21
**minutes** 5:4
57:19 58:4,17
59:5,13,21
227:18 246:15
247:22 248:5
252:17 253:4
261:10 264:7
264:16 267:10
272:20 278:19
293:14 348:10
367:3
**Mischaracteri...**
257:20
**misreading**
96:14
**misrepresent**
358:13

**misrepresenti...**
358:12
**missed** 62:12
**Missouri** 2:8
26:12 36:9,10
36:13 152:6
153:15
**mixed** 142:19
**mixing** 137:20
137:22
**Moark** 3:12
7:20 158:17
304:16
**molted** 234:10
240:6,9,21
242:4 243:2,18
293:21
**mom** 23:3 42:5
42:11,19 43:14
44:3,13 49:6,9
50:20 62:20
100:20 181:13
183:21 351:3
**Mom's** 100:20
**Monday** 201:19
**money** 108:15
179:6 256:16
288:15 290:14
**Monica** 2:12 8:5
8:5 68:21 69:2
69:10 70:21
71:2,4 77:17
78:1 96:14
137:20 159:21
168:16 169:1
170:10 180:6
182:16 211:20
225:6 302:15
358:11 362:6
**monitor** 127:8
**monster** 318:20
**month** 143:21

225:3
**monthly** 58:3,13
157:9
**months** 63:15
120:21 229:16
286:6,12
287:11 288:2
**Mooney** 275:20
**morning** 201:19
**Morris** 2:14
**mother** 12:14,16
40:7,12 42:2
46:7 48:1 61:7
62:18 100:18
**mother's** 183:1
**motion** 139:15
190:20 250:13
250:21,22
262:22 266:1
268:13,15,17
269:2 275:20
278:1,6 279:13
280:1 293:18
294:5,11,12,20
294:20 295:2
368:1
**motive** 352:19
353:9
**motor** 153:1,2
**motorized**
153:11
**moult** 226:4,15
230:3 233:16
236:19 237:7
239:1,21,21
240:3,12,16
241:8,9,22
242:7,18
244:18 250:15
253:21 259:4
261:10 266:9
331:5

**moulting** 235:2
235:12 237:7
237:10 239:11
239:18,18
241:21
**moults** 169:18
192:20 193:11
194:1 220:21
251:15 280:13
323:12 329:3
329:14
**mouth** 10:2
**move** 139:12
190:16 223:10
230:15 231:13
235:20 237:14
254:1,11
290:15 296:12
300:2 319:13
343:12
**moved** 112:11
250:13 266:7
268:1 269:2
275:20 279:14
293:19 368:2
**moving** 115:10
294:17 363:19
**mozzarella**
319:8
**multiple** 66:6
82:21 92:18
100:8,9 102:19
102:22 103:8
111:11 175:15
175:16 176:15
180:4 230:7
235:17 236:17
258:4 336:18
336:18 361:8,9
**multiplication**
95:20 97:3,13
**multiplies** 97:10

**mute** 294:9

## N

**name** 7:11,15
9:13 13:14
18:2 24:19
25:7 60:8 63:5
77:21 160:17
173:21 247:5
267:14 341:7
**named** 13:22
93:15 147:15
**names** 103:8
111:12 159:6
161:1 171:10
271:22
**nation** 106:11
106:18 107:15
342:4
**nation's** 341:18
341:21 342:6
**national** 143:8
144:1 298:2
304:9,11
**nationally** 88:15
**natural** 222:8
**near** 368:22
**Nearly** 171:1
**necessarily**
155:15 201:22
234:16 246:9
**necessary** 20:7
100:13 360:11
**neck** 274:22
**need** 9:1 10:2
11:4,15 76:13
117:14 138:6
166:8 186:18
210:11 225:21
238:18 262:12
273:21 278:7
317:11,15

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

26

| | | | | |
|---|---|---|---|---|
| 320:13,16,19 | 337:6 355:6 | 167:1 262:6 | 137:16 | 252:12,17 |
| 321:16 336:4 | **newcomer** | **November** | **numbers** 76:13 | 269:12 |
| **needed** 367:8 | 257:11 | 17:20 18:14 | 91:4 158:12 | **objection** 9:5 |
| **needs** 43:20 | **Newlaid** 304:12 | 303:13 371:18 | 244:13,14,16 | 19:17 75:22 |
| 237:21 319:17 | **news** 144:10,13 | **number** 7:3,7 | 244:20 | 76:11 79:5 |
| **neither** 371:10 | 144:22 281:19 | 11:22 16:13,14 | **numerous** 233:3 | 188:12,18 |
| **NEPCO** 148:11 | 281:19 328:5 | 16:18,18 32:13 | 261:6 | 191:3 192:2 |
| 149:18,19 | **newsletter** | 32:14 65:4 | **nutritional** | 195:11,22 |
| 150:4,5 | 225:18 292:9 | 68:9,11,13,15 | 125:19 126:10 | 196:7 197:16 |
| **nest** 87:18 230:8 | **Newton** 34:18 | 68:17 70:9,12 | 127:6 | 198:4,21 199:7 |
| **never** 97:9 | **Nichols** 2:7 | 72:1,4,19 73:2 | **nutritionally** | 199:10,18 |
| 102:2,8 108:15 | **night** 69:12 | 73:4,12 74:13 | 122:9,20 | 200:11 201:7 |
| 144:14 147:22 | **NL** 303:12 | 78:22 79:12,19 | **nutritionist** | 226:18 230:22 |
| 158:12 181:17 | **nodding** 10:11 | 80:4,4,6 81:6 | 126:2 | 231:20 234:15 |
| 181:19 192:10 | **noncertified** | 81:10,21 97:1 | **NW** 2:15 | 234:20 235:5 |
| 193:4 196:1 | 299:6 300:19 | 97:10 104:20 | ———————— | 236:4,9 239:10 |
| 199:20 200:4,7 | **nonresponsive** | 119:22 124:20 | **O** | 241:2 242:12 |
| 200:13 221:6 | 139:13 190:17 | 130:7,14 132:1 | **O'Lakes** 3:11 | 243:5,20 245:1 |
| 223:5 227:18 | 230:16 231:14 | 146:21 153:10 | **oath** 10:16,18 | 245:12 251:19 |
| 229:4,9,17,18 | 235:21 237:15 | 156:15 158:4 | 11:10 166:19 | 252:7 253:13 |
| 230:10 231:9 | 254:2 290:16 | 160:7,8,13,15 | 293:5 | 254:18 255:10 |
| 232:9 235:17 | 296:13 319:14 | 161:13 162:13 | **object** 9:2 19:17 | 255:17 256:2 |
| 236:19 237:9 | 343:13 | 163:3,7,10,17 | 72:13 73:10 | 257:19 260:12 |
| 243:12 258:18 | **Norco** 3:12 | 164:11,13,15 | 75:9 120:10 | 260:16 261:16 |
| 264:4 271:12 | **normal** 10:6 | 164:20 165:4 | 136:13 138:22 | 262:10,11 |
| 275:1 276:17 | **north** 36:18 | 165:12 166:4 | 139:14 162:14 | 269:21 270:17 |
| 280:13,14 | 37:9,12 38:3 | 169:6 171:8,17 | 164:1 185:17 | 274:8,21 |
| 286:14 289:6 | 98:11 122:1,15 | 182:7,14 | 187:10,18 | 276:10 277:2,8 |
| 292:7 293:9 | 237:5 | 203:13 211:7 | 193:12 194:2 | 282:14 284:19 |
| 294:8 297:5 | **Northeast** | 211:10 214:17 | 194:10,21 | 285:6,17 |
| 301:22 302:2 | 176:16 178:4 | 224:4 243:16 | 202:8 223:4,10 | 287:13 301:19 |
| 305:17 314:18 | **northern** 26:1 | 246:10 247:1 | 228:2,9,21 | 307:1 309:6 |
| 336:21 337:2 | 31:10,12,14 | 278:11,15 | 231:2 248:8 | 312:19 314:14 |
| 356:2,15,15 | 34:11,14 38:10 | 301:2,8 302:13 | 259:21 260:13 | 324:1 329:17 |
| 366:8 | 38:11 | 309:16 323:1 | 290:1 292:5,6 | 334:4 342:20 |
| **new** 42:16,22 | **Northwest** 1:18 | 327:17 330:1 | 314:7 316:14 | 344:10 347:7 |
| 50:21 98:6,17 | **Notary** 1:20 | 333:1 342:2 | 318:3 325:5 | 347:21 351:4 |
| 98:22 99:1 | 371:1,21 | 344:8,18 | 326:4 328:19 | 355:1 356:8 |
| 133:11,12 | **note** 82:3 99:19 | 346:14 348:6 | 329:6 342:21 | 357:1,9 359:13 |
| 244:4,7 256:17 | 184:6 210:3 | 351:6,13,15 | 345:19 349:18 | 360:21 363:5 |
| 270:12 292:16 | 232:17 330:13 | 364:9 | 353:20 362:15 | **objections** 8:19 |
| 292:17 293:2 | **notice** 4:8 65:11 | **numbered** | **objected** 232:6 | 9:3 294:17 |

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

27

317:1
**observed** 143:21
**Obviously** 117:7
**occasion** 120:18
153:9
**occur** 143:9
173:9 221:4
**occurred** 143:10
147:12 152:9
172:8 185:7
**occurring** 223:2
**occurs** 126:1
**offer** 178:15
**offered** 185:9
300:4
**offering** 198:8
198:12
**offhand** 118:13
149:22 351:21
**office** 27:13
31:11 32:6,7
32:18 33:2,3
33:13,16,17
34:8,10 35:20
36:4 38:1,5,8
38:13 39:9
59:1,2,3 66:19
91:11 118:1
157:8,8,17,21
224:10,10,11
**officer** 12:7 13:8
23:2 24:17
25:1 40:8 61:9
62:9 371:2
**officers** 61:5
62:4,11 151:16
151:21 154:5
**offices** 1:17
32:10,12,13
39:20 66:17
151:19,20
**official** 55:15

**offsite** 100:10
**Oh** 147:17
256:21 337:17
338:17
**Ohio** 66:19
77:13 111:17
129:5
**okay** 9:9,20 11:2
11:15 12:16
15:6,13,16
16:14,17 17:15
18:13 23:19,22
24:14,21 25:4
26:10 27:17
28:20 31:12,18
31:20 32:10
33:4,6,22 34:7
35:3,10,14,18
35:22 36:22
37:20 38:1,6
38:11 39:4,17
40:11,21 41:2
41:6 42:18
45:20 47:4,13
48:17 50:1
51:8 52:20
53:13 54:4,13
55:1,22 56:3
56:15,17,19
57:21 59:12,21
60:10,21 61:12
61:19 62:1,4
62:14 65:9,15
65:21 67:9,16
70:8 71:6 74:8
74:13 75:1
77:8 80:18
84:1 86:9
87:12,16 88:6
88:10 89:8
90:5,18 91:1,5
91:14 92:1,9

93:11,18 94:11
94:17 97:16,20
100:15 103:21
104:3 109:13
111:4 114:17
121:5 123:16
124:6 126:13
131:8 133:3,7
134:4,14 138:4
143:15 145:19
146:20 147:17
148:7 150:20
151:14,18,22
152:14,16
156:2,5,10,14
157:10,12
159:12 160:4
160:11 162:9
165:10 166:21
167:2 168:9,19
172:11,14
173:1,18
177:16,21
178:9 179:7,14
180:8 184:8
186:20 208:20
209:3 215:19
217:2 218:12
219:10 233:4
235:2 248:17
248:19 249:8
250:9 251:1
265:9 267:1
268:21 271:14
271:22 273:9
297:3,6 319:22
327:16 334:9
334:13 336:16
340:8,13 346:4
346:11 348:19
353:3,5 359:19
365:7 366:20

369:3
**Okonie** 37:2,5
37:16 84:20
**old** 13:16 18:4
49:11 52:7
270:6
**older** 18:5 133:8
226:5,16 230:4
233:17 234:10
235:3,13 239:2
240:3,13,22
241:21 242:5
243:2,17
244:18 331:5
**Omega** 126:18
128:15,16
**Omega-3** 122:8
122:16 126:13
126:15,20
**once** 92:4 257:5
284:1 350:6
**one-seventh**
62:18 63:2,4,6
**ones** 31:7 69:16
69:18 70:4,6
70:18 74:6,19
75:8 76:22
95:9,9 111:9
145:2 219:2
244:4 266:6
270:12 281:9
332:5 334:20
**open** 51:19
214:8
**opens** 50:2
**operate** 23:10
104:11 160:19
**operates** 152:15
**operating** 24:16
25:1 40:8 44:3
48:3 61:9 62:9
148:15 149:22

**operation** 47:10
47:11 127:20
129:22
**operational**
152:12
**operations**
20:11 26:1,8
26:12,15 39:13
121:6 298:13
299:7 300:20
**opinion** 252:14
**opportunities**
258:16
**opportunity**
184:18 210:19
210:19
**opposed** 30:13
30:16
**option** 201:12
**options** 279:17
280:20
**order** 32:16
81:19 195:9,20
198:19 201:5
202:6 228:1
247:17 255:15
256:13 259:19
283:2 309:9
335:5
**orders** 51:17
119:13 243:11
**organization**
142:21 176:18
176:22 177:3
258:21 307:14
308:15
**organizations**
144:6
**organized**
221:18
**organizing**
173:16

HIGHLY CONFIDENTIAL

Rust, Marcus                                           March 5, 2014

28

original 174:20 176:1
originally 89:22 90:6 172:20
Osborn 268:18 279:5,14
outcome 371:16
outlet 237:9
outlined 57:13 261:9 310:22 318:1 320:20
outs 237:10 251:16
outside 55:12,20 56:3 87:11 142:18 173:19 175:19 198:11
overall 106:9 197:15 239:15 292:18
overproduction 347:14
oversee 36:7
overseeing 39:12
oversees 36:8
oversupply 279:17 347:15
overturned 179:17
owned 152:17 152:18
owner 30:2
owners 30:1 159:6 317:11 317:21 320:13 321:16
ownership 62:15,15 160:12 164:4
owns 62:17,19 63:1 150:7

**P**

P-A-N-T-E-G... 36:21
P-u-l-a-s-k-i 93:15
p.m 165:13,14 166:2,5 223:19 223:22 278:12 278:16 322:12 322:15 369:6,7
pack 107:8 110:19
package 93:3 94:14 110:19
packs 122:10
page 4:7 5:2 6:2 82:4 83:11,13 84:3,8 106:2,5 121:3,7 129:18 131:3 134:15 136:17 137:2 137:12 147:10 157:22 159:21 164:18,18 185:5 211:15 211:20,22 212:2,7,14,17 214:9 248:18 249:6 265:8 268:1,20 273:7 275:10,12,14 275:19 295:5 330:15 341:6,8 342:13 344:12 344:15 348:10 348:12,18 352:17 353:1 367:10,17
pages 49:3 159:19 232:15 248:15
paid 143:19

183:19
pallet 111:22
Pantego 36:19 37:11,15
paragraph 121:11 183:10 225:13,20 304:5 305:19 331:3 341:5 346:1 351:10 352:18
Paraguay 47:1 148:14 154:14 154:15,16,18 155:21
paralyzed 166:12
Pardon 210:8
Parmesan 319:9
part 25:11 26:12 84:11 85:9,20 85:20 88:2 100:6 118:19 150:22 174:19 182:2 190:8 191:18 200:5 266:20 275:2 297:11 366:9
participate 168:6 221:15 235:16 273:21 292:3 297:17 332:2 341:11
participated 193:5 201:16 221:17 229:9 232:9 234:12 235:17 246:9 275:1 276:17 292:8 357:12
participating 202:4,22

222:14 274:5 274:18
participation 167:20 168:1,4 169:7 212:15 274:11
particular 77:4 133:14 181:19 233:8
particularly 67:11 147:14 273:17
parties 183:14 371:12,15
parts 177:22 230:10 237:3 239:22 363:19
pass 58:15
passed 238:9 257:4 294:5 332:9,16 333:15 368:11
pasteurize 92:10 94:1
pasteurized 94:5,6
Pat 80:22 81:17 202:16 204:2 212:3 213:22 216:19 223:13 249:5 368:21
patent 126:18
path 356:16
Patrick 2:4 7:16 9:13
Paul 279:5 348:22 349:1,3 350:18
Paula 1:19 7:13 371:2,20
pay 108:18 116:9 155:8

payable 119:13
peeved 238:3
pending 248:22
penetration 109:6
Pennsylvania 3:9
people 23:10 27:15 28:4 43:8 44:15 82:21 83:1 90:3 108:17 117:22 127:1 146:3 154:4,5 157:17 158:16 173:2 181:17 182:6 183:12 190:12 192:14 222:9 229:9 230:12,13 240:10 243:9 243:11 244:14 251:2 256:15 256:17 258:6 259:13 261:2 263:16 274:22 282:21 292:11 292:20 295:22 299:15 306:15 317:11 320:13 321:16 338:19 353:13 354:15 355:3,6,20,22 356:3 366:7
Pepper 3:6
perceived 104:9 276:12
percent 55:8 96:13 106:9 110:3,4,11,12 110:15,21 111:6 113:9,10

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

29

152:20 177:2
258:8,8 268:6
269:7 270:5,9
276:2 282:7
283:6,15 286:6
286:11 287:10
287:17 288:12
299:13 335:12
335:19 336:12
342:5
**percentage**
95:22 96:11
102:10 113:12
171:21 358:5
**period** 51:18
101:4 107:17
107:19 111:16
143:21 193:3
283:21 334:7
335:13,16
**periods** 292:16
**permission**
308:10
**permit** 365:10
**permits** 336:22
**permitting**
208:19
**person** 39:16
62:3 74:22
76:20 172:17
191:8 212:10
**personal** 230:13
270:1 289:9
**personally**
360:13 361:22
**personnel**
210:17
**perspective**
232:8
**pertain** 19:2
**PETA** 144:5
**phase** 242:7

**phased-in** 296:9
**Philadelphia**
3:9
**philosophy**
229:19
**phone** 3:4,5,13
7:20 9:1 166:8
294:9 308:3
**photo** 130:18
133:8
**photograph**
47:21
**phraseology**
238:7
**pick** 10:4 112:17
113:1,4,18,22
115:15 153:18
**picked** 42:12
**picks** 112:14
**picture** 131:16
**pictured** 146:18
**pictures** 142:17
**piece** 150:7
**pin** 162:2
**pissed** 186:15
**pits** 140:6
**place** 44:7,12
57:4 88:19
94:10 144:21
158:17,20
161:11,11
163:21 243:11
250:17 259:6
261:13 266:11
286:22 287:6
288:9 294:10
331:4 335:15
355:9
**placed** 17:22
244:6
**placement**
169:19

**places** 90:8,10
**Plaintiffs** 1:7
2:3 7:6,17
176:6,8
**plan** 57:6,14,17
225:14 226:14
230:1 235:12
236:21 243:1
244:17,17
245:18 250:17
259:6,19
261:12 264:1
264:18 265:7
265:10,15
266:11,17
268:2 269:3
276:7 283:3
331:20
**planning** 56:13
56:21 57:9
58:2
**plans** 257:2
261:2,7,8
263:12,20
269:16 274:6
275:8
**plant** 33:19
36:11 86:5
104:13 112:14
133:5,12
150:13 151:2
151:11 312:14
318:20 321:3
**plants** 28:19
237:6 318:19
**play** 183:13
**plays** 146:13
**please** 7:14
66:11 188:19
189:18 190:21
190:22 199:11
199:14 210:12

211:10 228:16
233:11 236:14
247:1 254:3
255:21 291:17
314:11 351:11
351:13 363:6
363:13 367:2,7
**plus** 29:9,11,13
29:15,17,20
35:15 44:14
105:20,21
121:21,22
122:4
**point** 20:12
73:14 87:6,6
116:22 176:5
183:18 213:2
223:12 283:19
307:14 308:15
368:22
**points** 367:18
368:3,6
**policies** 136:9
136:21 137:9
139:9,19
**policy** 136:8
137:8 138:11
138:12 342:3
**Polish** 93:16
**poop** 43:22
**Pope** 172:20
181:21
**population**
346:21
**Porter** 1:18 2:14
8:2,6
**portion** 85:12
358:20
**Portland** 93:19
**portrayed**
241:14
**position** 12:4,10

12:19 14:18
21:19 22:9
25:16 253:20
292:12
**positions** 234:6
253:22
**positive** 273:20
273:21 274:4
**possible** 279:8
279:17 280:20
281:20 283:9
284:8 285:8
290:20 295:7
341:20
**potato** 305:21
306:9,13,18
310:5,19
311:18 312:4,9
312:12,14,18
313:8 315:1,11
316:13
**potatoes** 306:2
306:20 312:17
**potential** 282:17
282:19
**Poultry** 178:8
**powder** 94:2
129:11
**powdered** 151:6
**practice** 332:11
332:19
**precluded**
300:13
**predatory**
178:20
**preferred** 62:19
62:20,22
**prep** 351:20
**prepaid** 273:22
**preparation**
66:20 77:3,5,9
82:8 83:22

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

30

| | | | | |
|---|---|---|---|---|
| 182:12 310:1 | **previous** 124:13 | 285:2,16 286:9 | **privately** 103:16 | **proclaim** 161:13 |
| 328:1 364:14 | 254:21 | 286:19 287:12 | **privilege** 309:7 | 300:3 |
| **prepare** 48:15 | **previously** | 288:22 289:14 | 309:11 325:13 | **produce** 97:7 |
| 49:8 50:20 | 184:14 216:16 | 289:22 290:11 | **privileged** 20:15 | 197:4,9 229:14 |
| 65:22 66:5,7 | 240:6 276:1 | 290:12 291:6 | **privy** 177:2 | 229:19 235:19 |
| **prepared** 83:19 | 282:6 283:5,14 | 291:13 301:13 | **probably** 11:17 | 236:20 239:16 |
| 170:7 204:3 | 287:16 293:22 | 312:18 353:19 | 16:12 44:14 | 239:17 300:16 |
| 224:15 | 294:2 340:21 | 354:21 356:7 | 58:16 59:9 | 305:12 |
| **prepares** 91:22 | 346:5 | 362:13 363:3 | 91:12 103:15 | **produced** 87:2 |
| **preparing** 49:17 | **price** 169:9 | 364:2 365:13 | 106:16 110:9 | 95:12 96:1 |
| **presence** 106:2 | 185:10 197:15 | 365:21 366:13 | 112:8 161:17 | 97:8,18 108:16 |
| 106:9 | 201:11 204:19 | **pricing** 119:16 | 191:11 251:3 | 122:13,15,16 |
| **present** 3:19 | 206:12 207:9 | 178:10,20,20 | 271:8 339:18 | 122:17,17,19 |
| 131:11 212:19 | 208:8 209:11 | 179:3 340:10 | 361:14 | 122:20 243:13 |
| 213:6,12 264:2 | 215:8 220:17 | **Primarily** 129:4 | **problem** 212:5 | 258:12 323:4 |
| 279:1 306:3 | 246:3 272:5 | **primary** 15:16 | 279:8,18 321:2 | 364:13 |
| **presentation** | 279:7,16 | 101:22 | 350:22 | **producer** 16:6 |
| 184:16 311:17 | 280:19 290:11 | **Primera** 111:14 | **problems** | 17:4 106:11,19 |
| 312:7 315:2,9 | 304:1 367:4 | **principal** 32:7 | 248:22 273:19 | 160:13 175:11 |
| **presented** | **prices** 108:20 | 50:18 94:18 | 279:13 294:14 | 191:17 204:15 |
| 184:16,18 | 178:15 185:16 | 103:1 111:10 | 294:22 299:16 | 206:8 207:6 |
| 248:21 260:21 | 187:2,7 188:10 | **print** 4:12,13 | 346:22 349:21 | 208:5 213:19 |
| 262:19 263:16 | 189:12 190:5 | 127:21 292:9 | **proceeding** | 214:13,20 |
| 312:3 325:4 | 192:8 194:9,19 | **printed** 128:1 | 371:5 | 220:5,11 |
| 326:2 | 195:10,21 | 264:15 265:16 | **proceedings** 7:1 | 224:18 270:5 |
| **preserved** 8:20 | 196:15,15 | 360:7 | 371:3,9,12 | 303:9 310:14 |
| **president** 12:15 | 197:8 198:2,8 | **printing** 360:5 | **process** 28:6 | 352:11 367:3 |
| 23:4 40:8,12 | 198:20 200:9 | **printout** 127:7 | 41:8 87:13 | 367:10,13 |
| 43:14 100:19 | 200:20 201:6 | **prior** 23:3 24:1 | 112:7 119:6 | **producer's** |
| 101:1,8 | 202:7 225:13 | 24:3 30:19 | 295:15 306:21 | 142:19 |
| **Presidential** | 225:21 226:1 | 57:6 98:4 | **processed** 43:19 | **producers** 1:9 |
| 128:17 | 228:1 234:14 | 164:3 165:1 | 93:2,7 94:18 | 3:2 5:5 7:6 |
| **presidents** 61:10 | 234:22 238:17 | 171:22 186:22 | 94:20 95:4 | 111:11 130:2 |
| **presumably** | 238:19 254:17 | 189:5 193:11 | 102:1,6,14 | 158:1 170:15 |
| 306:1 | 255:16 256:13 | 194:1,17 220:7 | 103:2,18 104:6 | 170:21 171:2 |
| **pretense** 188:9 | 257:17 259:20 | 222:12,15 | 110:17 | 171:17,18,20 |
| 190:4 | 260:11 261:15 | 338:16 | **processing** 28:8 | 172:1,15,19 |
| **pretty** 14:22 | 266:18 269:19 | **private** 107:1,2 | 41:1,1,4,8,9,9 | 173:5,12,17 |
| 62:6 93:22 | 270:11,16 | 107:3,10,15 | 41:20 86:5 | 174:3,4,12 |
| 99:17 101:12 | 273:10 276:8 | 108:10,12 | 88:22 89:4 | 175:7,8,15 |
| 128:22 | 282:13 283:8 | 128:11,15 | 91:12 104:13 | 176:9,14,15,17 |
| **prevent** 234:22 | 283:16 284:15 | 153:20 | 133:5 | 183:18 184:3 |

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

31

186:8 187:1
196:16 197:13
200:17 202:14
224:15 230:6,6
230:7,8,9,10
231:5,7,8
235:16,17
236:17,18,22
239:22 240:21
246:16 258:6
263:19 270:9
285:10 297:18
298:8 305:22
306:18 310:10
311:1 312:11
315:3,9 316:10
330:17 345:5,7
360:19 361:10
361:15
**produces** 121:8
**producing**
125:14 242:8
244:7 318:9
366:6
**product** 43:18
43:19 93:5
94:2 111:5
258:12 295:12
295:20 296:16
296:17 297:5
302:6 303:4
306:7 318:16
318:17 321:15
**production**
53:12 89:9
95:17 104:22
105:14 113:19
115:15 125:8
125:14 127:13
131:13,17
133:15 142:6
178:12 196:18

196:22 197:1
242:1 299:3
337:3 346:22
**productive**
367:9
**products** 43:22
94:20 102:1,6
102:12 103:2
105:3 107:3
109:4,14 110:4
110:12,21,22
111:8 121:10
129:9,14 152:5
169:10 295:22
298:9 300:12
304:7 307:7
317:10,14,21
320:12 322:6
**Professional**
1:20
**profile** 126:22
**profit** 300:7
**profitable**
328:12
**program** 60:20
108:14 134:16
135:2,8,12,16
135:18,21
187:6,15 190:3
190:9,10,12
192:5,11,12,14
192:22 220:14
235:15,18
237:7,7 272:10
275:22 293:21
297:16 298:16
299:14,16,17
300:6,9,10
306:18,21
311:17 312:4
314:4 315:11
316:12 320:19

334:3,12
335:10,14
341:12 342:18
343:3,11 344:1
345:3,5,6,6,14
349:21 350:1,2
350:5,14
356:19 357:13
362:11,12,22
363:21 365:22
366:10,12
**program's**
363:2,22
**programs** 114:8
136:21 185:10
191:22 192:8
193:5 229:10
255:2 274:19
310:22
**projected** 340:8
**projections**
340:7
**promotional**
108:13
**pronounced**
239:20
**proper** 127:17
**property** 60:19
150:7
**proponent**
255:3
**proposed** 71:4
**proposing**
257:10 299:5
**protective** 309:9
**protein** 129:11
**provide** 56:8
59:13 71:10
105:2 111:22
155:9 191:13
**provided** 191:16
**provides** 125:20

**providing**
191:20
**provision** 309:8
309:13
**public** 1:21
143:8 153:10
160:20 163:8
206:21 208:1
209:12 218:17
272:17 304:3
371:1,21
**publication**
156:21 224:14
**publish** 192:22
**Pulaski** 34:19
89:19 93:12,14
94:4,9 134:1
**pull** 183:14,22
**pulled** 207:16
**pullet** 40:19,20
41:3 87:1
99:21 100:5,7
100:9 104:12
**pullets** 244:5
**Pullman** 111:16
**purchase** 51:16
92:17 119:13
152:8
**purchased**
84:21 103:2
124:1,6 150:14
151:11 152:5
359:4
**purchasers**
112:1
**purchases**
360:20
**purchasing**
103:17
**purely** 230:9
**purpose** 151:3
233:18,20

234:9 239:6
254:15 259:10
259:13,14,16
259:16,18
260:9,18 261:7
266:16 269:15
270:14 276:14
276:15,16
285:1,15 286:7
286:8,10 287:9
295:19 298:7
319:3 363:2
364:1
**purposes** 322:5
**pushed** 174:13
**put** 24:11 71:1
92:8 108:18
120:12 158:20
163:1,21 166:8
180:6 216:14
233:6 237:11
238:5 241:14
242:6 262:6
270:12 284:1
303:11 315:2
338:13,18
**putting** 126:9
299:19,21
365:9

**Q**

**qualified** 191:18
**qualify** 185:3
335:9
**quantities** 92:17
112:1 198:13
**quarterly** 48:16
59:20 155:16
339:8
**quasi** 44:2
**question** 8:20
11:6 17:1

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

32

| | | | | |
|---|---|---|---|---|
| 19:21 21:5,8 | 311:12,21 | 31:17 | **ranks** 164:20 | 282:15 285:4 |
| 21:12 22:5,11 | 312:20,22 | **R-I-G-T-E-R-...** | **rarely** 111:22 | 285:20 291:16 |
| 22:15 24:2 | 314:8 316:4,15 | 25:8 | **rate** 288:14 | 291:18 294:2 |
| 32:1 70:6 71:9 | 316:17 324:2 | **RA** 4:10,18 5:22 | **RAUPDATE** | 301:16,17 |
| 71:12 72:5 | 325:6,19 326:5 | 82:4 182:15,17 | 5:18 6:4 333:5 | 303:10 306:3 |
| 73:11,20 74:5 | 328:6,20 329:7 | 351:15 | 364:12 | 307:17 310:16 |
| 74:11 75:2,10 | 329:8 334:14 | **racks** 114:19 | **Re-ask** 85:13 | 313:1 314:10 |
| 75:19,20 76:4 | 336:9,10 | **RAF** 148:10,12 | 316:20 | 314:12,21,22 |
| 76:5,8 85:14 | 342:22 343:17 | 148:13 149:7 | **reacted** 273:20 | 315:18 316:18 |
| 95:13 100:22 | 343:17 344:18 | 152:22 154:2 | **read** 73:19 | 316:21 317:3 |
| 123:12 128:18 | 345:13,20 | 154:13 155:2 | 75:19 76:1,7,9 | 321:8,17 323:8 |
| 141:17 162:16 | 347:9,18 | **RAFKS** 5:12,14 | 84:18 105:4 | 338:15 343:16 |
| 164:2,6,7 | 348:18,20 | 5:16 322:22 | 130:2 136:9,15 | 343:18 347:1,3 |
| 168:12 169:11 | 353:5,21 354:3 | 327:21 330:4 | 137:1,9 138:12 | 347:10,18,19 |
| 174:7 181:8 | 354:4,12 | **railing** 256:18 | 141:18,19 | 354:5,7 362:17 |
| 185:18,20 | 355:12,13 | **raise** 169:9 | 157:10 174:8,9 | 362:18,21 |
| 186:13 188:14 | 363:17 | **raised** 121:17 | 176:4 183:22 | 363:13,14 |
| 189:13,22 | **questioning** | 294:16 | 184:6 185:21 | 370:4 |
| 190:18,22 | 72:14 320:1 | **ran** 40:15,19 | 185:22 188:15 | **reading** 240:15 |
| 191:6 193:13 | **questions** 11:1 | 44:5,7 73:13 | 188:16,20 | 248:3 266:2 |
| 193:16 194:11 | 121:6 168:18 | 319:1 | 189:14,15,18 | 294:18 312:6 |
| 197:17 199:1 | 186:19 232:22 | **Ranch** 3:12 | 189:19 190:17 | 317:18 353:2 |
| 207:17 213:3 | 237:17,20 | 298:3 | 191:1 194:12 | 363:12 |
| 215:19 227:2 | 238:1 249:18 | **Randon** 311:16 | 195:13,14 | **reads** 157:16 |
| 228:3,5,15 | 250:5 306:3 | 312:3 314:20 | 199:3,5,13,15 | 266:13 |
| 229:3 230:17 | 309:15 344:21 | 315:10 320:20 | 226:6,7 228:6 | **ready** 166:13 |
| 230:19 232:3 | 348:16 | **Randy** 303:1 | 228:7,15,16,19 | 313:10,22 |
| 232:18 233:2,6 | **quick** 84:19 | 306:6 | 230:16,20 | 315:17,22 |
| 233:15 235:8 | 166:10 223:17 | **range** 121:9 | 231:14,17,18 | 320:6 321:12 |
| 235:22 236:14 | **quickly** 249:2 | 217:4 275:14 | 235:22 236:2,6 | 322:2 |
| 238:5,11,12,13 | 295:6 | 309:22 322:22 | 236:7 239:3,4 | **real** 24:5,7 |
| 245:5,9 248:4 | **quiet** 180:8 | 330:4 344:15 | 245:8,10 | 60:19 84:19 |
| 248:9 252:3,22 | **quit** 290:14 | 348:5 351:14 | 249:17,20 | 150:8,10 |
| 253:6 254:2 | **quite** 15:22 48:8 | 364:12 | 250:2,5,6,7 | 166:10 |
| 255:18 259:22 | 183:11 359:1 | **ranged** 333:5 | 252:2,5,21 | **reality** 299:19 |
| 260:14 261:17 | **quits** 242:2 | **rank** 16:11,13 | 253:1,6,8 | **really** 44:19 |
| 262:6,7,13 | **quota** 357:3 | 107:7 | 254:2,4,14 | 57:18 95:7 |
| 277:5,15 285:3 | **quotas** 356:15 | **ranked** 16:14 | 255:20,22 | 108:11 147:22 |
| 285:19 287:14 | 356:20 357:7 | 165:3 171:8 | 259:7,9 261:21 | 183:12 199:19 |
| 296:15 300:11 | _____ | **ranking** 16:18 | 262:7,8 273:12 | 219:4 229:5 |
| 301:15 307:13 | **R** | 163:22 164:10 | 274:1 276:3,4 | 290:13 313:3 |
| 308:4,14 | **R-E-N-S-S-E-...** | 164:12 | 277:6,17 | 324:12 352:19 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

33

353:8
**rearing** 40:19
87:1
**rearrangement**
126:16
**reason** 33:19
83:18 109:2
158:9 163:6
181:9,12 188:4
190:9 207:14
207:17 227:20
235:10 236:15
288:19 289:17
289:18 291:4
291:10 300:8
305:4 323:20
364:5 366:11
**reasons** 20:9
108:21 148:6
160:20 162:4
279:12
**recall** 30:18
45:3 48:8,10
65:19 67:9
124:4 143:16
144:21 145:2,9
146:6 147:12
152:2 163:17
165:5 221:10
245:6 271:6,8
271:11 280:21
286:2 293:8
294:10 295:11
295:16 296:18
297:9 305:4
307:3 310:11
311:19 313:4
330:20 332:15
338:7 339:4,11
350:16 351:21
358:22 359:21
367:21 368:15

**recalls** 75:13
226:21
**receipt** 21:20
22:18
**receivable**
119:14
**received** 19:13
20:14,14,19
140:3 225:16
339:10
**receiving** 21:13
339:16
**recess** 81:8
165:15 223:20
278:13 322:13
**recognize** 120:7
120:12
**recollect** 59:11
75:8 78:8
91:18 99:13
121:3 149:20
156:13 169:5
172:12 178:22
191:15 205:22
209:17 234:3,7
288:4,12 326:6
327:12 328:21
**recollecting**
139:22
**recollection**
79:4,16,17
86:10 98:15
99:7 105:18
106:15 143:5
150:3 154:8
158:19 164:9
175:22 207:3
208:21 209:16
226:20 263:17
310:15
**recollects** 75:14
**recommend**

250:14 266:8
268:2 269:3
275:21 293:20
294:12,20
368:3
**recommendat...**
226:3,22 227:4
227:6 238:22
245:22 246:4
252:12 254:13
260:6 262:19
263:8 264:2
265:22 285:13
288:1 293:6
303:8 325:3
326:1 331:20
350:20
**recommendat...**
263:19 267:22
268:16 269:1
280:12 287:3
323:11
**recommended**
220:20 226:14
235:11 242:10
250:11 253:17
254:7 255:7
259:2 269:17
274:6 278:6
287:5 306:9
346:1 347:14
**recommending**
233:22 239:7
241:20 287:9
289:11,18
291:5,11 310:8
344:8 347:5
**record** 7:15 8:15
8:16 66:11
68:19 75:18
76:1,9 81:6,10
101:4 141:19

163:8,12
165:12 166:4,9
166:17 168:20
174:9 185:22
188:16,20
189:15,19
191:1 194:12
195:14 199:5
199:15 204:2
210:2,13
223:18,22
228:7,19
230:18,20
231:18 232:17
233:14 236:2,7
245:10 250:3,8
252:5 253:1,8
254:4,15
255:22 262:2,8
277:6,17
278:11,15
285:4,20
291:18 295:18
301:17 309:10
313:1 314:12
317:3 322:11
322:15 343:18
347:10,19
354:7 362:18
363:14 369:4,5
371:9
**recorded** 9:22
10:10
**recordkeeping**
127:16,18
**records** 53:10
53:11,12 91:8
91:9,12,14,17
97:17 127:19
174:18 203:22
227:15,19
286:21 287:5

291:8
**REDDING** 3:5
182:13,19
211:9 246:22
248:8 259:21
260:13
**redo** 194:14
262:14 363:17
**reduce** 187:7
189:11 193:6
229:18 233:18
234:13 235:4
235:14 239:9
239:15 242:8
243:3,18,22
254:16 255:15
256:12 259:11
259:19 260:10
261:14 266:17
268:5 269:6,19
270:4,10,15
276:8 282:7,12
282:13 283:5,7
283:14,16
284:11,12,14
285:1,15 286:5
286:8 287:10
287:11 288:1
288:14,21
289:13 290:7
290:19 291:5,7
291:12 301:2
306:19 344:2,4
344:20 346:20
346:21 353:18
354:21 355:4
356:22
**reduced** 192:12
194:18 229:17
270:8 286:11
286:17 301:5,8
312:17 335:11

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

34

335:19,22
336:5,6,11,21
371:7
**reduces** 343:8
**reducing** 286:18
301:12 353:17
354:19,20
356:4,6
**reduction**
169:20 227:22
244:22 274:5
276:2 289:21
335:14 336:20
337:5 345:16
350:21
**reductions**
169:22 274:11
274:13 316:11
323:13 329:4
329:14
**refer** 101:15
139:21 336:16
**reference** 95:11
104:20 310:16
316:9 321:4
348:22 349:9
354:14
**referencing**
129:14
**referring** 32:5
42:9 63:6 74:7
85:8,20 101:15
118:20 123:2
124:11,12
138:18 139:22
171:5 183:22
215:4 216:8
230:1 249:22
264:20 274:14
275:4 307:7
308:19 311:9
311:15 314:3

315:21 317:13
320:15,18,22
328:16 329:1
329:11 354:18
355:13,14
356:20 357:3,6
365:19,20,21
**reflect** 219:21
233:14 248:1,6
262:2 309:10
**reflected** 163:11
**refresh** 295:18
**regarding** 5:9
329:13
**region** 26:9
117:21 118:3
118:12 360:10
360:18
**regional** 107:22
173:16 176:14
176:22
**regions** 118:7
176:19
**Registered** 1:20
**regulated** 89:11
153:2,21
**regulation**
153:10
**regulations**
140:10
**reimburse**
237:19
**reimbursed**
232:21
**reiterate** 276:16
**relate** 139:10
**related** 7:21
123:15 140:5
141:14 371:11
**relation** 207:22
**relations** 206:20
206:21 208:1

209:12 218:17
219:13,17
272:16,17
304:3
**relationship**
103:10
**relative** 28:2
90:15 179:1
371:14
**relax** 186:18
**released** 144:1
**relevancy** 9:2
**relied** 340:17
**remained**
221:21
**remaining** 73:20
75:5
**remains** 164:21
**Rembrandt**
95:7 111:14
**remember**
13:19 45:4,6
69:5,20 70:2,4
72:11 74:18
76:4,5,12
77:21 99:5
107:20 108:4
120:22 143:12
143:14 144:22
165:3 170:19
184:22 185:2
191:20 209:1
218:22 219:2
225:3 273:15
279:20 288:8
293:4 295:8
297:4 310:20
310:21 311:2
317:17 326:11
327:22 330:21
332:4,4,7,9
333:16 334:12

334:20,20
344:21 349:6
367:16
**remembered**
176:4
**remove** 335:5
**removed** 20:9
24:9 335:7
**removing** 24:6
**rendered** 179:21
**Rensselaer**
31:15 33:12
38:13
**renumbering**
202:17
**rep** 65:17 70:10
**repeat** 17:1 21:5
21:12 22:5,11
24:2 32:1
71:12 95:13
123:12 141:17
162:15 164:7
168:12 174:7
185:19 188:13
188:19 189:13
194:11 195:12
197:17 199:1
228:4,10 235:7
255:18 277:5
277:15 285:3
311:20 325:11
329:8 347:8
354:4,9
**repeatedly**
238:13 293:10
**rephrase** 19:21
257:22 285:18
**replaced** 18:15
18:21 19:22
20:8 21:2,7,10
21:14
**report** 27:14,16

43:6,11 47:22
48:2,3,15,19
48:22 53:6
56:20 155:7
158:11,12
163:9 205:11
244:14 248:21
249:11 275:11
275:18
**reported** 140:13
205:12 244:13
244:16
**reporter** 1:20
7:12 9:22 10:4
10:10 166:18
277:11
**reports** 27:18
47:20 49:18
50:20 155:9,11
155:12
**represent** 176:6
**representation**
222:7
**representative**
11:22 73:17
**represented**
99:17 142:15
**request** 343:10
357:18
**requested** 76:2
76:10 141:20
174:10 186:1
188:17,21
189:16,20
191:2 194:13
195:15 199:6
199:16 228:8
228:20 230:21
231:19 236:3,8
245:11 252:6
253:2,9 254:5
256:1 262:9

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

35

277:7,18 285:5
285:21 291:19
301:18 313:2
314:13 317:4
343:19 347:11
347:20 354:8
357:20 362:19
363:15
**required** 117:11
**requirement**
296:5 301:12
342:19 343:6
345:15 350:12
350:14 360:4
368:9,10
**requirements**
126:8 127:4,9
302:5 329:5,16
335:4 337:5
344:1 345:9
356:6,21 357:7
357:16 358:7
366:1 367:20
**reserve** 210:16
309:6
**resides** 32:8
**resign** 30:8,10
45:8
**resigned** 30:6
44:22 45:2
60:6
**resolution** 233:8
**resolved** 179:9
179:11
**respect** 32:2
54:8 62:14
64:13 68:7
70:8 71:11,15
71:22 72:3,19
73:20 74:13
75:4 76:18
78:22 79:11,14

79:18 80:1,15
80:20 88:6
93:6 94:18
95:4 102:4
104:16 110:20
114:11 123:1,6
123:11,13
124:15 125:5,6
125:13 126:14
128:5 138:21
139:18 141:9
155:10 168:15
194:6 213:18
250:12 285:13
288:1 293:7
297:18 314:5
328:17 329:3
336:10 340:8
340:10
**respond** 238:12
308:1
**responded**
308:4
**responds** 313:6
**response** 311:8
311:14 312:1
312:11 315:13
317:8,20 321:9
321:22 328:9
**responsibilities**
14:20 18:18
21:19 22:1,18
22:21 23:8
27:13 38:15
39:12 42:22
44:20 50:1,10
51:15 53:21
**responsibility**
15:2 17:12,18
18:13 24:22
34:15 38:17
41:16 42:1,8

42:14,18 43:14
49:17 50:19
52:14 54:7,11
60:14
**responsible**
125:22 126:12
127:3 220:13
**responsive**
139:15 190:20
230:19 231:17
343:15
**rest** 86:11
**restate** 188:1
301:15 312:21
314:9 316:16
362:16 363:6
**restaurant**
101:18
**restaurants**
103:20
**restrict** 186:8
187:1 190:4
257:8,16
276:22 362:12
363:3 364:1
365:12,20
366:13
**restricted**
185:15
**restricting**
188:10
**restriction**
191:21 192:5,8
192:11 310:22
315:10 330:11
**restrictions**
257:14 314:5
317:16,22
**restrictive**
313:11,22
315:18 316:9
320:6 321:12

322:2
**result** 19:15
20:3 180:11
289:20 312:16
342:4 345:15
350:13 368:10
**resulted** 368:9
**retail** 110:2,3,15
110:18 113:21
122:10 296:8
**retained** 310:12
**retired** 63:17
205:15
**return** 114:19
153:17
**revenue** 154:21
155:1 156:6,8
202:1
**review** 67:5,12
82:7 182:11
309:21,22
348:14 351:11
351:19 364:13
367:7
**reviewed** 67:10
**reviewing**
327:22
**Revolution**
93:17
**Rice** 7:11
**rich** 353:14
354:16 355:21
356:4
**rid** 256:15 322:7
**Rieder** 78:15
**right** 8:21 9:4
10:16 11:9,15
12:3,12,17
14:12 15:19
16:1 17:21
23:7 25:2,13
25:19 28:13

29:8 32:21
35:10 37:10
39:21 40:18
41:2 46:11
47:18 48:14
51:12 55:18
58:20 59:10
66:4 67:1
77:13 78:3,7
79:18 80:19,21
82:11,14,18
83:6,18 86:12
88:12 89:12,17
93:3,6 95:17
98:12 99:10,14
99:19 104:6
111:2 115:3,8
115:16,21
116:5,7,12,13
117:3,15,16,19
118:13 119:21
123:3,6 124:8
124:9 125:2
129:15 131:2
131:14,17
132:5,20 137:6
137:11 138:8
139:3,4 141:7
145:5,21 146:9
147:16 149:4
157:3 158:5,7
158:21 160:8
161:6 162:13
163:19 164:19
165:7 167:11
167:14,17,20
170:2 173:8,11
175:6,21 177:9
179:20 180:14
180:18 181:3
181:14 183:4,5
183:8,10 184:1

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

36

| | | | | |
|---|---|---|---|---|
| 184:12 189:5 | 269:9,12 | **rightists** 141:22 | 55:3,14,20 | 174:2,5 175:12 |
| 191:8,13 203:7 | 270:16,21 | 241:13 | 56:4,8 57:14 | 176:22 177:12 |
| 203:9,11 204:9 | 271:17 272:6 | **rights** 123:10,14 | 57:16 60:10 | 177:19 179:21 |
| 204:12,21 | 272:10,13 | 142:10,21 | 62:16 63:13 | 180:17,21 |
| 205:2 206:10 | 273:6,7 274:7 | 181:6 362:14 | 64:14 65:12,18 | 184:10,17,19 |
| 206:13,14 | 276:14 278:1 | 363:4 364:3,5 | 67:2 73:4 | 187:16 191:10 |
| 207:6,20 208:2 | 280:7 281:4,10 | 365:14 366:14 | 78:10,17 80:20 | 202:20 205:18 |
| 208:5,12 209:8 | 281:15,17 | **Rigterink** 25:6 | 82:4,18 83:14 | 209:5 210:17 |
| 210:16 212:11 | 282:2,8,13 | 28:13 32:22 | 83:14 84:2 | 211:12,17 |
| 212:21,22 | 284:4,6,11,12 | 46:5 61:13 | 85:2,5,10,17 | 212:15 215:1 |
| 213:6,9,12,17 | 284:18 286:19 | **risk** 27:8,9,11 | 86:14 87:8 | 219:22 220:6 |
| 213:20 214:9 | 288:3 289:16 | 61:22 62:2 | 88:15,21 89:13 | 221:13 222:2,4 |
| 214:10,14,20 | 291:1 293:11 | 115:17,20 | 90:10,12 92:2 | 224:11,21 |
| 215:1,9,11,13 | 293:16 294:11 | 116:2,3,4 | 93:7 97:5,6,21 | 225:9,16 |
| 215:21 216:3,5 | 294:18 295:4 | **Road** 2:7 | 98:10 99:16 | 259:15 270:21 |
| 216:7,15 217:6 | 298:22 299:11 | **Robert** 39:2 | 100:17 101:10 | 304:14 323:5 |
| 217:15 218:1,4 | 300:22 303:5 | 45:14 52:12 | 104:10 105:11 | 323:16 338:22 |
| 218:6,14 | 303:14 304:3,9 | 63:11 145:18 | 106:17 107:6 | 339:9 340:3 |
| 219:19 220:14 | 307:7,21 308:1 | **Robinson-Pat...** | 107:10,21 | 349:12 352:10 |
| 220:17 221:8 | 308:13 310:14 | 177:15 178:19 | 108:7 109:3 | 361:18 362:10 |
| 221:15 223:9 | 311:5,7,10 | **rodent** 19:3 | 111:19 118:17 | 362:22 363:20 |
| 223:14 224:15 | 315:6,19 320:7 | **rodents** 140:19 | 120:9,16 121:6 | 364:14,18 |
| 224:18 225:10 | 325:1 330:7,11 | **Roger** 126:2 | 121:8 129:21 | **roster** 218:1 |
| 225:14,17 | 331:11 332:2 | 127:5,11,12 | 130:5 131:12 | **rotate** 35:18 |
| 226:17 227:9 | 332:12 333:18 | **role** 14:6,13 | 132:11 134:16 | **rough** 360:15 |
| 227:12 234:19 | 333:20,21 | 15:16 18:19 | 134:20 135:7 | **round** 229:8 |
| 239:14 241:12 | 334:1 337:12 | 25:22 27:2 | 135:15 136:5,7 | **routine** 10:6 |
| 241:17 242:3 | 337:21 340:18 | 29:21 30:3 | 137:7 138:9,10 | **row** 47:12 247:8 |
| 244:3,10,11,15 | 341:6,21,22 | 42:10 44:3 | 138:16 139:18 | 272:22 |
| 245:22 246:20 | 342:15 349:8 | 46:19 47:18 | 146:16 148:2,9 | **rows** 134:4 |
| 247:17,21,22 | 349:13,16 | **roll** 333:21 | 148:16 149:3 | 271:15 |
| 248:2 249:12 | 350:10,22 | **room** 133:11 | 149:15 150:16 | **rule** 294:17 |
| 249:15,16 | 352:2,5,8,12 | 296:2 338:14 | 152:15,19 | **rules** 9:21 |
| 250:22 251:4 | 352:13 356:11 | **rooms** 133:6 | 153:12 154:6 | 190:14 196:21 |
| 251:10,14 | 356:22 357:8 | **Rose** 2:11 3:22 | 154:11,12 | 334:19 |
| 252:18 260:5 | 360:1 361:9,18 | 4:9,12,13,22 | 155:2,18 156:3 | **rumor** 196:4 |
| 260:22 262:17 | 364:19 365:11 | 8:3,8 11:21 | 156:12 157:12 | 222:16 |
| 263:7,9,21 | 365:16 366:22 | 12:4,7 13:3,10 | 158:4 160:7 | **rumors** 195:4,7 |
| 264:19 265:4,6 | 367:14 368:13 | 13:14,22 14:6 | 164:11,13,15 | 195:17,18 |
| 265:7 266:5 | 368:17,19 | 15:20 17:2 | 164:21 170:14 | 197:22 |
| 267:16,19 | **right-hand** | 19:6,13 22:7 | 171:22 172:18 | **run** 15:9,9 23:14 |
| 268:6,8,10 | 341:8 | 30:22 54:5,8 | 173:4,12,19 | 40:9,13,22,22 |

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

37

| | | | | |
|---|---|---|---|---|
| 41:6 87:18 | **S-K-Y-E** 45:14 | 105:5,10,12 | 305:19,20,20 | 84:3 106:11 |
| 179:17 230:8 | **S-T-A-R-R** 60:9 | 106:6,8,17 | 306:5 307:5,9 | 109:7 134:15 |
| 256:16 318:9 | sabotaged 139:6 | 109:3,4,13 | 307:18 308:14 | 137:6 158:20 |
| 318:10,12,15 | safe 64:12 | 110:1,2 111:20 | 311:22 313:20 | 161:11,16 |
| **running** 23:9 | safety 141:14 | 119:4,12 121:8 | 317:18 320:4 | 163:21 164:21 |
| 41:7 43:4 | 249:21 | 121:15 122:7 | 321:10 323:5 | 185:5 206:3 |
| 317:12 320:13 | sailing 63:17 | 124:6 129:21 | 328:10 331:3 | 248:18 249:4,6 |
| 321:17 | sale 64:11 | 134:20 135:11 | 341:5,10,17 | 267:22 275:14 |
| **runs** 26:1 28:6 | 123:15 | 136:4,5 137:2 | 342:2 346:3,14 | 275:19 283:19 |
| 36:18 46:21 | sales 25:17,18 | 137:3,7 138:8 | 348:1 351:1 | 294:19 295:3 |
| 60:19 152:14 | 61:18 83:2 | 138:10 152:4 | 352:17,18 | 304:21 330:15 |
| 155:20 | 97:19 102:12 | 158:6,8 165:2 | 354:15 360:22 | 346:18,19 |
| **rust** 1:15 4:3 7:4 | 110:3 111:6,19 | 167:10 169:6 | 363:17 365:7 | 348:9,12,18 |
| 8:10 9:12 | 117:15,20,22 | 169:15,17 | 366:17,18 | 352:17 353:1 |
| 12:17 15:14 | 280:13 359:7 | 177:20 183:11 | 367:2,22 368:2 | **seconded** 250:14 |
| 17:13 18:14 | 360:16 | 184:7,17 185:6 | 368:7,12 | 266:8 268:1 |
| 20:13 21:3,7 | salmonella | 207:1 209:14 | schedule 335:15 | 269:2 275:20 |
| 21:10,14 39:14 | 140:16,17,20 | 210:10 212:18 | scheduled 268:3 | 279:14 293:20 |
| 46:8,12,15,17 | 140:22 141:6 | 213:1 215:4,7 | 269:4 276:1 | 368:2 |
| 47:14 51:8 | salted 94:4,6 | 215:10 216:4 | 282:6 283:5,14 | **secretary** 60:3 |
| 52:12 54:19 | sat 155:17 263:6 | 217:22 218:2 | 293:22 294:2 | 60:12 61:2 |
| 56:4 65:4 79:7 | 288:5,8 289:11 | 219:18 221:12 | schedules | 62:5,7,10 |
| 81:21 119:22 | **Satkin** 1:19 7:13 | 225:13,15 | 253:21 | **section** 85:5 |
| 130:14 132:1 | 371:2,20 | 226:19 240:2 | **Schielbaum** | 95:15 137:4 |
| 146:21 156:15 | save 104:22 | 241:8 247:11 | 126:3 127:12 | 249:19 |
| 182:7 186:18 | saw 82:9 174:19 | 248:20 250:20 | **Schimpf** 268:2 | **see** 71:16 72:8 |
| 199:11 203:13 | 213:20 223:5 | 251:11 252:9 | 269:3 279:14 | 72:21 74:17 |
| 211:7 213:5 | 310:2 331:8 | 253:11 266:2,3 | 293:20 | 75:14 80:9 |
| 223:9 224:4 | 333:13 338:11 | 266:7,13 268:7 | school 64:21 | 85:5,6 86:16 |
| 246:10 293:5 | saying 199:21 | 268:8,13,15 | 65:1 | 91:4 95:18 |
| 302:1,13 | 202:10 239:20 | 269:8,9,10 | scientific 205:1 | 98:1 105:15 |
| 309:16 310:1 | 245:6 258:2 | 273:4,14,18 | 206:16 207:13 | 106:2,12 110:6 |
| 323:1 327:17 | 291:15 325:12 | 275:19 276:21 | 208:12 215:13 | 112:2 119:8,17 |
| 328:1 330:1 | 325:15 353:8 | 278:2 279:5 | 215:21 216:3 | 121:10,17 |
| 333:1 348:6 | 356:12 363:9 | 280:2,19 | screwed 31:19 | 122:10 129:11 |
| 351:6,20 364:9 | says 83:17 85:10 | 281:18 282:16 | se 57:22 | 130:7 131:11 |
| 367:12 | 85:18 86:14 | 282:18 283:9 | search 232:14 | 131:16 134:5 |
| **Ruth** 14:9,11 | 88:14,21 95:16 | 283:18 285:7 | 233:10 | 135:5 137:1,3 |
| 29:21 60:5 | 95:20,21 96:15 | 288:17 290:6 | season 110:13 | 137:4 159:5 |
| 63:10,11 64:6 | 97:4,20 98:10 | 290:17 293:18 | second 10:8 | 169:10,12,15 |
| | 98:13 99:20 | 294:4,5,7,20 | 16:6 17:3 | 169:22 171:10 |
| _____ **S** _____ | 104:5,9,10,21 | 295:2 304:6 | 49:14 83:12 | 184:19 185:11 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

38

| | | | | |
|---|---|---|---|---|
| 198:5 208:15 | 333:17 336:3 | 323:16 324:22 | 20:10 63:1 | 348:4 351:9 |
| 211:17 212:15 | 338:7 341:14 | **service** 83:3 | **shares** 62:19 | 364:7 366:20 |
| 212:19 214:4 | 355:16 | 101:14,15,17 | **sheet** 97:19 | **showed** 67:7 |
| 215:5,16 217:1 | **segment** 62:17 | 101:21 102:3,5 | 338:18 359:22 | 77:7 145:21 |
| 217:5 247:3,17 | **segments** 258:15 | 102:8,11 104:4 | 370:8 | **showing** 142:17 |
| 249:3 250:18 | **Select** 128:15,17 | 110:2,4,19 | **sheets** 127:7 | 147:8 |
| 263:2 264:10 | **sell** 93:3 102:7 | 117:11,11,16 | 360:2 | **shown** 144:8 |
| 265:11,16 | 102:19 107:8 | 118:21 | **shell** 16:6 17:4 | **shows** 230:18 |
| 269:7 271:20 | 118:18 123:17 | **Services** 7:12,14 | 43:18 89:7 | **shut** 150:21 |
| 275:18 279:9 | 129:1 178:13 | **serving** 352:11 | 106:10 107:4 | 151:1 |
| 279:18 287:5 | 236:20 237:10 | **session** 4:5 | 110:3,12,16,16 | **sibling** 54:2 |
| 288:16 290:8 | 251:16 298:8 | 166:1 | 113:21 121:9 | **siblings** 63:7 |
| 290:17,19 | 318:22 | **set** 40:10,11 | 121:15 230:9 | **sick** 141:4 |
| 293:19 294:15 | **selling** 87:18,19 | 145:10 151:10 | 258:5,11 267:9 | **side** 166:12 |
| 295:1 302:19 | 107:18,20 | 153:11 179:16 | **Sherman** 177:17 | 205:10 341:6 |
| 309:11 313:11 | 108:1,7,8 | 179:22 230:2 | **ship** 92:11 | **Siegel** 2:6 |
| 313:19 314:1 | 175:18 198:9 | 287:16 295:12 | 109:14,20 | **sign** 51:20 |
| 317:11,15,21 | 198:10 290:6 | 303:4 308:9,21 | 111:21 197:5 | 191:16 332:1 |
| 320:13 321:16 | 290:18 318:21 | 310:13 312:15 | 237:4 | 334:3 |
| 328:3,6,7,14 | **semiretired** 25:9 | **sets** 265:14 | **shot** 244:8 | **signature** |
| 330:17 331:2 | 33:1 | **setting** 307:11 | **show** 65:7 81:13 | 211:18 212:1,3 |
| 341:6,7,12 | **send** 158:11 | **seven** 149:13 | 82:2 120:3 | 370:12 |
| 342:9 346:7,14 | 295:5,9 331:22 | 241:16 271:18 | 127:16 130:12 | **signed** 202:13 |
| 346:16 347:1 | **sent** 69:12 72:16 | **severe** 141:3 | 131:21 132:13 | 350:6 370:8 |
| 348:22 349:9 | 157:20 209:20 | **Seville** 95:8 | 137:15 143:13 | **significant** |
| 350:3 352:15 | 224:9,10 227:7 | **sewer** 150:13 | 144:10 146:3 | 44:21 117:2 |
| 352:21 353:7 | 280:17 284:8 | **Seymour** 31:2 | 147:2 156:18 | 130:6 |
| 353:10,14 | 338:19 339:2,3 | 31:20 32:4,19 | 163:16 171:12 | **signing** 50:5,6 |
| 354:16 356:17 | 339:4 | 32:20 34:6 | 180:20 182:10 | 51:21 |
| 364:22 365:8 | **sentence** 95:15 | 39:8 53:2 65:1 | 184:12 202:12 | **signs** 50:2 |
| 365:14 367:5 | 136:16 137:2,6 | 119:7 126:5 | 203:16 210:13 | **similar** 314:4 |
| 368:6 369:3 | 265:8 321:13 | 132:18 205:14 | 211:3 214:6 | 316:12 |
| **seeing** 73:6 | 341:12 | 224:12 | 216:16 221:9 | **similarly** 115:18 |
| 120:13,22 | **separate** 89:6 | **shady** 181:14 | 224:2 246:13 | **simple** 74:11,12 |
| 121:3 146:6 | 94:13 149:6 | 183:14,22 | 254:10 266:21 | **simpler** 363:18 |
| 184:22 185:2 | 153:12 | 184:4 222:19 | 271:2 278:18 | **sir** 9:15 13:20 |
| 267:14 | **September** | 223:2,5 292:2 | 281:2,13 291:8 | 65:10 84:5 |
| **seen** 14:4 64:4 | 348:11 | 292:8,10 351:2 | 302:11,18 | 140:3,15 |
| 146:8 159:16 | **serve** 15:14 | **shake** 44:18 | 309:19 322:21 | 141:16 143:1,9 |
| 173:22 212:21 | 219:3 254:20 | **share** 106:10,18 | 327:20 329:21 | 147:5,19 175:4 |
| 264:17 323:11 | **served** 4:8 44:2 | 107:15 | 333:4 336:14 | 175:8 183:2 |
| 329:3,13 | 65:11 322:17 | **shareholder** | 340:20 346:4 | 186:19 187:8 |

HIGHLY CONFIDENTIAL

Rust, Marcus March 5, 2014

39

| | | | | |
|---|---|---|---|---|
| 187:13 188:11 | 290:15 291:6 | **sit** 84:18 190:13 | 143:17 147:9 | 41:2 96:22 |
| 190:22 192:17 | 291:13 292:4 | 280:19 | 229:11 232:9 | 132:17 |
| 198:3,20 201:1 | 293:11 294:6 | **site** 100:11 | 334:21 | **sound** 79:3 83:6 |
| 202:2,12 203:4 | 294:19 295:15 | 133:10 | **sold** 88:19 90:3 | 124:8 228:18 |
| 212:8 213:15 | 296:15 297:19 | **sites** 104:2 | 92:12,21 103:7 | **sounds** 50:18 |
| 214:5 217:1 | 298:14 300:11 | **sitting** 70:3 72:9 | 108:16 110:18 | 125:2 351:2 |
| 219:7,13 220:1 | 300:20 301:3 | 72:20 73:2,22 | 128:6,16 | **sourcing** 104:1 |
| 221:5,19,22 | 301:14 302:11 | 74:10 | 196:14,17 | **south** 3:15 46:21 |
| 224:8 225:1,6 | 304:3,18 | **six** 35:16 105:13 | 197:2 201:19 | 109:7 |
| 226:9,11 227:2 | 306:12 308:9 | 116:16 118:10 | 201:21 237:12 | **southeast** 26:14 |
| 227:15 228:14 | 312:18 313:14 | 131:13 132:5 | 297:5 | 176:16 |
| 230:4 232:3 | 313:19 316:13 | 149:13 271:15 | **sole** 62:20 | **southern** 26:9 |
| 233:13,19 | 317:16 318:2 | **sixth** 118:2 | **solution** 283:11 | 236:22 |
| 234:14 236:13 | 320:21 321:4,9 | 159:21 | 287:8,10 | **soybean** 86:5 |
| 238:15 239:9 | 321:21 322:3 | **size** 92:14 93:21 | 288:13,18 | 104:12 |
| 240:2,12 | 322:19 323:13 | 133:22 268:5 | 289:12,12,18 | **space** 237:11 |
| 242:11 243:4 | 323:18 324:15 | 269:7 270:5,8 | 290:8,17,21 | 296:4,11 301:1 |
| 243:19 244:11 | 328:7,18 329:5 | 276:2 282:7 | 291:3,11 | 301:8,11 302:5 |
| 244:22 245:19 | 329:16 332:12 | 283:6,15 290:8 | 342:13 | 329:5,15 |
| 246:5,15,17 | 332:19 333:7 | 290:19 301:7 | **solutions** 103:8 | 335:22 337:5 |
| 247:3,14,21 | 333:11 335:6 | 314:6 336:5,6 | 279:8 281:20 | 342:3,8,19 |
| 248:14 251:4 | 335:12,18 | 336:11,13,19 | 282:4 283:9 | 343:5,22 344:2 |
| 251:17 252:16 | 336:9,12 337:8 | 337:7 339:6 | 284:8 285:8 | 344:20 345:8,9 |
| 253:15,18 | 337:16 341:15 | 341:18,21 | 289:3 294:14 | 345:15 346:15 |
| 254:10,17 | 343:9 345:13 | 342:4 343:9 | 294:22 | 346:19 350:14 |
| 257:18 259:1 | 346:2 347:6,17 | 344:2,5,20 | **somebody** 87:11 | 350:20 353:17 |
| 259:20 260:11 | 348:3 349:16 | 345:16 353:18 | 324:16,17 | 354:19 356:5 |
| 260:20 261:15 | 350:7,15,18 | 354:20 356:5 | 339:19 345:11 | 356:21 357:7 |
| 262:16 264:6 | 353:19 354:3 | 356:22 | **someplace** 55:9 | 357:16 362:13 |
| 264:14 265:7 | 354:22 355:12 | **sizes** 41:13 | 55:11 121:4 | 363:3 364:1 |
| 265:22 266:18 | 356:7 357:17 | **Skye** 45:14,19 | 159:14 198:15 | 365:12,20,22 |
| 267:9 268:16 | 357:19 358:8 | 45:20 | 225:4 257:7 | 366:13 367:19 |
| 269:15 270:11 | 358:20 359:6 | **slightly** 23:21 | 310:19 314:22 | 367:19 368:4,5 |
| 271:7 272:17 | 360:2,9 361:7 | 125:18 165:1 | 336:1 | 368:9 |
| 273:7 274:14 | 362:14 364:3 | **slow** 363:11 | **somewhat** 13:1 | **Spain** 109:15 |
| 276:9 277:1,4 | 366:1,15,20 | **small** 112:1 | 109:11 170:4 | **Sparboe** 95:8 |
| 277:14 278:21 | 367:14 368:11 | 129:22 | 306:11 333:12 | **speak** 324:9,12 |
| 279:21 280:15 | 368:14 | **smaller** 95:9 | 356:16 | **speaks** 251:20 |
| 280:22 282:13 | **sister** 14:11 | 134:2,3 318:19 | **son** 54:3 | 344:11 |
| 283:8,17 285:2 | 38:14 44:22 | **smallest** 123:20 | **soon** 81:2 | **special** 114:19 |
| 285:16 287:2 | 51:9 57:2 60:5 | **smell** 178:14 | **sorry** 21:7 24:18 | **specialize** |
| 287:12 289:14 | 63:19 | **so-called** 104:2 | 24:21 28:7,15 | 319:12 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

40

specialty 121:9
122:7,12 123:3
128:5,8
specific 22:16
23:12 68:2,3
74:5 75:2 77:3
91:9 96:10
125:10 177:13
218:22 331:10
331:11 348:16
348:18
specifically
28:17 70:5
74:19 85:2
172:13 326:13
specification
358:6 359:22
360:2
specifications
358:2,4,9
specifics 70:20
specify 358:15
specifying 190:8
359:3
speculation
196:8 228:22
235:6 236:5
241:3 261:17
353:21 356:9
360:22
speculative
260:14
spell 24:18 25:7
31:16 36:20
37:4 60:8
93:14
spend 108:15
318:8
spent 206:21
208:1 209:11
218:13 250:16
259:5 261:11

266:10 272:16
282:5 283:4,13
294:1 304:2
spinning 189:17
spoke 75:18
253:11,12
spot 164:21
165:8 369:2
square 3:7
192:13 196:21
296:9 334:18
335:3,9 342:7
342:7 366:5
squat 317:19
squeeze 300:1,5
stacks 134:10
staff 267:15
stage 135:4
Stahl 3:14
stamp 84:4
303:11 340:22
stamped 4:10,17
5:11,13,15,17
5:19,21 6:3
stance 356:18
standard 345:12
standards 135:1
stands 299:22
Starr 60:7 62:5
start 307:15
308:12,16
309:1 363:7
started 47:14
48:11 87:17
90:1,9 145:9
174:16 222:17
335:14
starting 85:17
starts 129:18
212:17 225:20
starve 241:12
Starved 241:19

starving 241:18
state 7:14
104:13 118:17
135:19 163:9
251:11 360:13
stated 332:5
statement
121:13 256:4
301:4 308:5
309:4 321:22
states 16:7
105:13 129:3
131:13 132:5
175:16 198:7,8
264:9
statistics 338:20
339:6
stay 326:22
stays 155:4
156:9
steady 103:9
steal 198:14
stenotype 371:7
stick 327:15
stints 29:5
stipulation 8:15
8:18
stock 62:18,19
62:22 63:1
stockholder
62:21
stood 255:1
256:6
stop 63:13 223:2
262:12 327:10
stopped 309:14
332:11,18
store 87:5 112:5
113:11 115:1,6
115:20 128:20
stored 145:14
stores 107:9

108:17 129:7
stormed 45:5
strategic 57:6,9
57:14,17 58:1
strategies 27:11
Street 1:18 2:15
314:21
Streets 3:8
strictly 236:20
strike 139:12,15
190:16 223:11
230:15 231:13
235:20 237:14
254:1 290:15
296:12 343:12
stroke 166:11
struck 319:14
structure 30:11
44:12 80:6
119:5 162:10
162:19
struggling
318:22
Stuart 36:9
stuck 222:11
studied 55:9
Stueve 2:4,6 4:4
7:16,16 8:14
8:17,21 9:7,9
9:11,14 19:20
20:16 21:1
22:10,13 45:22
65:6 68:4,20
69:8,21 70:15
70:16,22 71:7
72:18 73:13,18
75:16 76:3,7
76:16 79:10
81:3,12,18
82:1 84:9,12
85:15 96:5,8
96:16 101:5

120:2,15
124:12,14,19
125:1 130:11
130:16 131:6
131:10 132:3
136:14,22
137:14 138:3
139:2,12,16
141:18 142:11
147:1 156:17
159:22 160:5
162:17 164:5
165:10 166:6
168:19 169:2
169:16 170:12
171:6,13,15
174:8,22 180:7
180:10 182:9
182:15,17,20
182:22 185:21
186:6 187:11
187:20 188:15
189:1,14 190:1
190:16,21
191:7 192:6
193:15 194:5
194:14,16
195:6,13,16
196:3,11
197:19 198:16
199:3,13,22
200:15 201:13
202:11,18,19
203:15,19
204:4,7 210:5
210:6,11,14,21
211:2,11,14,21
212:4,6 214:1
214:3 216:11
216:13,20,22
223:7,15 224:1
224:6 225:8

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                                                                          March 5, 2014

41

| | | | | |
|---|---|---|---|---|
| 227:1 228:6,13 | 323:3 324:4,8 | 157:12 | 168:4,7 273:18 | 264:1,7,10,18 |
| 229:21 230:15 | 325:9,20 326:7 | **subsidiaries** | 310:4,10 | 265:7,10,15,21 |
| 231:13 232:2 | 327:19 328:22 | 148:3,4,5,18 | 311:10,16 | 266:16,17 |
| 232:13 233:1 | 329:10,20 | **substantial** | 312:3 313:8 | 269:16,19 |
| 233:10,12 | 330:3 333:3 | 171:17 242:4 | 318:1 320:21 | 270:10,15 |
| 234:8,17 235:1 | 334:8 343:2,12 | 300:19 361:7 | **summits** 169:4 | 274:5,15,19 |
| 235:9,20 | 343:16,21 | **subtopic** 169:6 | **Sunny** 103:7 | 275:5,8 276:7 |
| 236:12 237:14 | 344:14 345:21 | **subtopics** 167:4 | **supermarket** | 276:8,17 277:1 |
| 238:1,14 | 346:13 347:16 | **succeed** 12:12 | 108:11 128:12 | 282:12 283:7 |
| 239:13 241:7 | 348:2,8,13,17 | **succeeded** 12:14 | **supplied** 226:14 | 283:16 284:11 |
| 242:21 243:15 | 348:21 349:19 | 180:5 | **Suppliers** 327:4 | 284:13,14 |
| 244:1 245:3,4 | 351:8,14,18 | **successful** 102:2 | **supply** 102:22 | 285:1,15 286:8 |
| 245:8,16 | 354:2,5,11 | **sued** 116:5 | 103:19 109:4 | 286:12,13,17 |
| 246:12 247:2,7 | 355:11 356:10 | 173:12,17 | 169:9 185:9,15 | 286:18 287:11 |
| 248:12 249:6,9 | 357:5,11 | 176:22 178:16 | 186:9 187:2,7 | 288:21 289:8 |
| 250:4,10 252:2 | 358:17 359:15 | 184:2 186:10 | 188:10 189:11 | 289:13,21 |
| 252:10,21 | 359:16 361:2 | **sufficient** | 190:4 191:21 | 291:6,8,13 |
| 253:5,14 254:1 | 362:8,17,20 | 210:19 243:16 | 192:5,7,10,19 | 293:7 301:13 |
| 254:9 255:5,12 | 363:10 364:11 | 244:20 361:11 | 193:2,7 194:8 | 302:7,9 306:1 |
| 255:20 256:5 | 365:4 369:1 | **suggested** 279:5 | 194:18 225:14 | 306:8,15,19,20 |
| 258:22 260:3 | **Stueve's** 210:4 | 281:20 282:4 | 228:1 229:11 | 307:15,20 |
| 260:19 262:1 | 238:13 | 283:10 285:8 | 229:22 230:1 | 308:6,12,17 |
| 262:12,15 | **stuff** 74:16 | 290:21,22 | 232:10,11,14 | 309:1 310:21 |
| 267:8 270:3,20 | 193:18,21 | 292:21 341:17 | 233:11,18 | 311:17 312:4 |
| 271:21 274:12 | 222:16 253:21 | 342:14 350:19 | 234:13 235:4 | 312:16 314:19 |
| 275:3 276:13 | 263:18 282:22 | **suggestion** | 235:12,14 | 315:10 317:16 |
| 277:3,13,22 | 315:1 338:20 | 284:20,22 | 239:9,16 242:8 | 317:22 320:16 |
| 278:7,17 283:1 | **subject** 73:15,17 | **suggestions** | 243:1,4,19 | 320:19 323:12 |
| 284:21 285:12 | 74:6 352:14 | 53:14 284:7 | 244:16,17,22 | 328:11,18 |
| 286:4 287:20 | **subjects** 74:4 | 292:10 | 245:17 249:1 | 329:13 330:11 |
| 290:5 291:16 | 75:11 | **suing** 175:17 | 250:12 253:17 | 331:20 341:11 |
| 291:22 293:1 | **submit** 261:2 | 177:11 349:12 | 254:14,16 | 353:18 354:21 |
| 296:12,14 | 350:6 | **Suite** 2:7,16 | 255:2,4,8,13 | 355:4 356:6 |
| 301:21 302:17 | **submitted** 58:6 | 3:15 | 255:15 256:7 | 360:5,11,19 |
| 303:12,16 | 58:8 | **suits** 174:20 | 256:11,12,14 | 361:11 |
| 307:4 309:5,18 | **subparts** 69:6 | **summary** 84:2,4 | 256:19 257:2,3 | **supply/demand** |
| 313:5,16 | 73:11 | 84:14 85:22 | 257:8,9,14,16 | 294:14,22 |
| 314:10 315:5 | **subscribe** | 91:20 99:16 | 258:11 259:1 | 295:6,9 |
| 316:5,6,18,21 | 338:22 339:1 | 204:4,5 210:4 | 259:11,18,19 | **support** 99:21 |
| 317:7 319:13 | **subscriber** | **summation** | 260:10 261:7,8 | 100:3,11 |
| 319:19,22 | 157:1 | 84:11 | 261:15 262:18 | **supposed** 53:16 |
| 320:2 322:9,16 | **subscribes** | **summit** 5:10 | 263:12,20,22 | 64:8 231:22 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

42

293:6
**Supposedly**
64:10
**sure** 8:17 12:13
14:5 20:16
21:22 22:14
33:16,18,19,20
34:10 49:7,15
50:13 51:3,18
55:8 59:7,15
62:6 70:11
73:22 75:6,18
78:13 91:22
96:19 97:3
99:4 125:22
127:7,8 146:1
149:20,21
151:17 156:1
159:14 160:22
161:14,22
184:6 190:12
191:18 192:16
210:9 220:10
220:16 221:1
222:11,18
227:17,18
254:20 278:9
281:3 306:22
307:18 311:20
314:15 317:6
319:21 335:16
337:2 348:17
355:14 357:2
357:10 360:14
366:3,16
**surely** 270:4
**surplus** 237:8,9
290:7,18
346:21
**surprise** 97:11
97:14 313:9,21
320:5 321:10

322:1 323:6
**surprised** 120:8
**survey** 164:22
**suspected** 186:4
**suspicion**
187:12,14,17
**suspicions** 186:7
187:22
**suspicious**
186:22 187:3,5
188:2,5 189:3
353:11
**switch** 178:16
258:7
**sworn** 8:12
293:4 371:5
**symbol** 360:7
**system** 112:19
116:13 117:12
119:6 143:3
**systems** 119:5

**T**

**T-Y** 26:6
**table** 121:16
**tabled** 268:13
268:15
**tag** 83:4,7
**take** 10:19 11:16
11:16 13:18
16:1 18:14
22:21 81:1,3
89:5,8 93:2
144:7 200:12
223:16 241:10
241:15 249:15
250:17 259:6
261:12 266:11
361:17
**taken** 7:4 9:18
59:5 81:8
142:17,19

165:15 223:20
262:11 278:13
322:13 368:17
371:3,6,13
**takes** 58:4,20
60:2,15 89:10
89:10 92:1
**talk** 77:8 110:15
262:2 274:16
310:9
**talked** 148:1
306:14 315:1
320:8 338:9
**talking** 9:1 10:3
17:6,7 37:6
43:18 44:9
61:13 70:21
80:5 92:2
94:19 96:4,6
110:16,21
115:7 116:4
127:11 149:1
169:14 214:9
262:7,22 263:1
268:18 274:4
309:3 312:7,8
312:12 315:3
321:1,5,20
329:12 335:3,4
355:22
**tall** 133:1
**tank** 92:8,13,14
92:15
**tape** 81:10 166:4
278:8,15
**target** 115:11
**targets** 115:11
**task** 294:13,21
**tax** 60:19 155:8
**team** 23:14,20
24:1,4,10,15
25:11,14,20

26:17 100:17
101:2,10
**technical** 104:14
**technicians**
116:17
**teens** 110:11
**Telephone** 40:1
**tell** 40:11 64:12
102:17 121:4
125:9 132:21
135:15,21
147:7,11
149:22 232:19
306:12
**telling** 24:12
233:2 236:16
239:21 290:9
**ten** 49:4 143:10
257:5
**term** 197:22
264:6 341:14
**terms** 200:14
238:4
**territory** 123:16
**terrorist** 140:2
**testified** 8:12
21:13 255:2
293:10 326:9
**testify** 11:11,22
65:12,17 67:21
68:6 71:14
72:22 73:4,15
73:16 74:1,15
74:20 75:7,15
79:2,14 80:1
80:14 168:10
168:14,17
170:7
**testifying**
357:20
**testimony** 10:16
11:10,13 71:10

76:18 140:7
142:13 161:9
164:3 174:1
184:9 200:7
201:14 202:2
257:20 280:15
293:5,8 359:2
370:5,6 371:4
371:6,9
**Thank** 9:8 20:22
124:20 166:9
182:19 203:18
260:15 322:10
351:17
**Thanks** 273:22
367:8
**Thanksgiving**
64:6
**thing** 10:8 41:10
69:13 133:1,4
144:9 187:4
188:3 191:16
253:10 263:15
268:14 290:12
296:10 305:17
319:12 338:18
357:4
**things** 135:13
162:6 186:14
186:21 220:3
222:12,15
230:11 237:2
239:19 242:17
274:16 285:10
353:12 355:10
**think** 27:1,12
31:17 35:20
36:4 37:1 46:9
48:16 50:11
52:16 60:13,19
61:20 62:13
67:15 68:19,20

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                                    March 5, 2014

43

| | | | | |
|---|---|---|---|---|
| 68:22 78:18 | 161:16,18 | 103:5 106:16 | **today** 9:14 | 211:22 275:19 |
| 108:21 111:16 | 206:18 222:8 | 106:22 107:17 | 11:13 15:20 | **topic** 68:7 71:11 |
| 122:4,5 128:3 | 267:16 272:22 | 107:18,19 | 16:13 33:21 | 71:12,15 73:2 |
| 137:11,22 | 304:5,21 | 111:16 115:9 | 45:11 57:16 | 77:4 78:22 |
| 143:3 144:20 | 305:19 351:10 | 120:19 130:7 | 70:3 72:9,20 | 79:14 80:2,6 |
| 146:2,19 | **third-party** | 141:4 144:2,13 | 73:3,22 74:10 | 80:13 167:1,11 |
| 148:12 150:6 | 339:21 340:1 | 156:3 163:13 | 85:18 88:4 | 168:15,17 |
| 154:8 155:22 | 356:9 | 172:7 176:5 | 97:6 105:12 | 169:12 170:3 |
| 157:8 161:5 | **thought** 22:8 | 191:12 192:1 | 107:7,10 | **topics** 12:1 |
| 167:9 173:15 | 85:7 96:17,21 | 193:3 197:4 | 109:10,19 | 65:13 67:13,16 |
| 174:11 184:3 | 222:13 232:4 | 221:20 223:1 | 110:7,8 113:3 | 67:20 69:8 |
| 186:11 208:10 | 259:13 261:22 | 224:22 229:16 | 113:10 116:15 | 73:7,12,21 |
| 210:2,5 215:2 | 305:15 355:3 | 229:20 235:19 | 116:21 118:4 | 75:5 76:19 |
| 219:18 222:3 | 356:4 | 237:19 245:2 | 119:2,10,19 | 77:10 80:9,11 |
| 225:2 236:10 | **thousand** | 245:17 251:5 | 133:10 170:8 | 80:16,19 |
| 238:11 263:14 | 129:22 237:5 | 252:20 278:4 | 182:12 203:3 | **total** 91:17 |
| 265:16 267:4 | 257:5 | 283:21 292:16 | 212:10 221:22 | 113:10 118:2 |
| 268:15 271:18 | **three** 16:13,18 | 292:22 293:6 | 267:7 293:11 | 126:16 163:10 |
| 272:7 274:9 | 25:10 28:4 | 298:18 299:4 | 338:14 358:6 | **totally** 69:4 |
| 280:22 297:22 | 34:2 37:8,9,20 | 303:17 322:9 | 360:4 364:15 | 190:20 231:17 |
| 298:2,4 310:2 | 93:9,20 94:7 | 331:4,10,11 | **Today's** 7:9 | 289:8 343:14 |
| 310:18 312:6,8 | 106:3,6 160:21 | 333:13 334:2,7 | **told** 72:11 | **tough** 194:15 |
| 314:20 315:2 | 175:14,16 | 335:13,14,16 | 200:17 220:7 | **tour** 48:5 50:19 |
| 317:5 319:16 | 182:21 184:2 | 338:5,10 | 238:12 323:21 | **tower** 150:13 |
| 322:20 323:14 | 186:10 217:4 | 347:13 354:10 | 324:13,15 | **track** 227:19 |
| 328:10 334:6 | 218:8,11 231:8 | 355:3,7,8 | 359:6 | 363:7 |
| 334:18 338:7 | 240:10 247:12 | 356:19 | **tolerance** 136:8 | **train** 261:22 |
| 339:2,11,18 | 332:16 341:2 | **timeframe** | 137:8 138:11 | **trained** 136:6 |
| 340:5 341:16 | **throw** 124:20 | 96:11 101:11 | **tomorrow** | **training** 136:5 |
| 347:22 349:4,7 | 182:5 349:16 | **times** 9:19 41:10 | 210:22 | 136:19 137:3 |
| 350:16 352:20 | **throws** 286:1 | 44:16 51:4,6 | **tonight** 210:22 | 138:9 |
| 353:9,13,13 | **tidied** 166:21 | 186:10 199:8 | **Tony** 24:16 | **transcript** |
| 354:15,15 | **tidying** 166:7 | 219:1 233:3 | 27:15,16,18,19 | 232:15 |
| 355:9,20,20 | **tied** 143:20 | 252:14 254:21 | 32:17 39:16 | **transcription** |
| 357:3 361:19 | **time** 7:10 9:14 | 262:6 332:3,16 | 43:10,13 46:4 | 370:6 |
| 362:6 364:16 | 15:9 23:3 | 332:17 | 53:7,18 57:1 | **transfer** 153:5 |
| 365:7,8 366:2 | 30:19 31:19 | **tired** 319:17 | 61:8 205:12 | **transformers** |
| 369:1 | 43:7 45:3 | **title** 13:5,7 15:8 | **tool** 301:12 | 139:5 181:4 |
| **thinking** 291:21 | 51:18 64:3,4 | 26:7 50:12,16 | **top** 84:8 85:3,12 | **transport** 88:4 |
| **third** 17:3 | 65:15 88:20 | 52:10 61:21 | 106:1,8 117:14 | 148:12 152:22 |
| 121:10 129:18 | 97:9 100:18,22 | 62:3 101:10 | 129:18 133:13 | **transportation** |
| 158:17 161:10 | 101:3 102:13 | 205:8,10 249:7 | 158:1 181:17 | 43:16 44:6 |

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

44

87:20,21 88:1
105:1 113:2,22
114:4 115:3
116:13,14
117:1,8 153:1
**tremendous**
115:4
**trial** 10:19 11:11
11:13 179:12
179:13,18
**Triangle** 63:22
**tricky** 10:1
**tried** 102:7
112:5 231:4
**Trillion** 159:8
**trip** 153:17
**trouble** 363:16
**truck** 115:9
153:16,22
**trucking** 115:2
115:4
**truckloads**
111:22
**trucks** 87:2
114:5,10,20
116:16 139:7
181:6 237:4
**true** 16:21 17:2
52:4 58:14
71:22 72:3
73:7 94:7
102:13 109:18
109:19 113:14
119:1,2,10,19
133:20 134:1
203:3 370:5
371:9
**truly** 300:9
**trust** 181:16
182:4 349:15
**trusted** 181:17
181:20

**try** 22:15 112:21
115:11 328:11
363:2
**trying** 69:3,22
70:16,17 74:9
198:14 228:11
228:11,16,17
238:11 295:12
317:17 318:6
318:22 319:10
322:6 328:17
329:12 334:19
357:4 365:12
365:20
**turn** 57:18 80:8
83:10,12 105:2
131:3 159:17
167:1 212:13
217:3 219:7
248:18 348:9
**TV** 143:8 144:1
**TWENTY-NI...**
1:3
**twice** 240:9
332:16
**twist** 228:12
**twisted** 200:2
**two** 3:7 16:15,18
17:19 29:4
33:22 37:6,13
56:2 78:16
90:22 94:11
130:5 132:19
142:3 151:11
151:12 160:7
168:8 171:8
237:1 240:11
242:17 247:12
258:17 319:2
332:16 346:15
355:9
**Ty** 26:2,6 29:10

35:3 57:2 58:5
**type** 34:22 47:22
55:10 143:4
148:15 288:10
339:16 350:2
**types** 9:3 230:7
236:17 327:4
**typewriting**
371:8
**typically** 157:15
**Tyson** 150:4
**Tyson's** 150:9

_____
**U**
**UE** 247:2
309:22
**UEP** 7:22 167:3
167:11,13,16
167:20 168:1
175:2,2,19
176:9 177:8,19
180:12,13,16
180:18,22
181:1,10,14,18
184:10,17,18
184:19 185:14
186:22,22
189:6,7,9
190:10 191:10
192:18,18,21
193:10,11,21
193:22 194:1,4
194:7,7,18,18
195:18 198:1
198:18 200:8
200:10 201:2
202:20 206:4
212:15,18
213:5 215:7
216:2 218:1
220:1,6,13
222:5 223:2

224:22 229:10
235:11 239:6,7
239:19 242:4
242:10,15
244:20 255:3
257:15 258:20
259:17 264:2
271:4 272:10
276:17 279:5
279:14 289:19
292:4 293:13
294:12,21
296:7,9,16
297:16 298:13
298:15 303:18
304:3 313:10
313:22 315:17
315:22 316:1
316:10 320:5
321:11 322:2
323:6 324:17
325:8,13,14,16
326:10,12
327:14 331:22
334:2,3,16
338:11 342:17
343:3 344:1
345:2,5,6,14
346:6 348:10
349:12 350:5
352:14 356:1
357:13,20
359:4,11,20
360:7 362:10
362:12,22
363:1,20,22
365:21 366:9
366:12
**UEP's** 173:19
176:21 185:6
203:21 226:3
227:21 238:22

243:1 265:14
331:21
**UEPRIV** 5:20
348:5
**Uh-huh** 46:13
98:3 129:12
134:6 135:6
160:9,14
225:19 250:1
308:18
**ultimately** 179:8
180:5
**unanimously**
294:5
**undercover**
142:20
**underline**
282:18
**underlying** 83:9
**underneath**
28:5 101:13
130:4 148:18
**understand**
10:15,20 11:1
11:12,20 14:5
15:19 16:5
20:20 22:15
68:5 69:3
70:19 76:17
77:22 166:19
174:1,2 186:15
201:15 218:20
228:11,17
254:22 256:10
258:4 289:6
292:15 298:6
307:20 313:13
316:22 317:1
345:4 361:6
**understanding**
79:13,22 80:7
80:14 160:12

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

45

167:6 171:16
176:3 177:4
190:6 248:5,14
291:14 296:7
320:8 324:6
325:7 359:5
**understands**
69:9 70:18
**understood** 11:7
185:13 197:11
198:17 253:19
255:13 261:4
266:15,19
301:1 316:8
355:19
**Union** 109:15
**unionized** 151:2
**United** 1:9 3:2
5:3,5 7:6 16:6
170:15 171:2
171:18 172:1
172:15,19
173:5,11 174:3
174:4,12 175:7
175:11 176:14
176:15,17
183:18 198:7,8
200:19 202:14
224:7,15,17
230:2,6 231:7
238:16 239:5
240:21 246:16
264:21 265:14
305:20,22
310:5,9 311:1
311:18 312:4
315:3 345:4
356:1
**units** 160:19
**university** 338:2
**untrusting**
183:17

**upper** 341:7
**upset** 238:6
**URL** 365:5
**USDA** 89:10
286:20
**use** 11:12 93:4
114:6 128:17
143:2,4 164:8
302:15 308:22
309:13 350:19
365:5
**USEM** 7:22
194:7,18
195:18 197:12
198:1,9,18
200:8,10 201:2
201:3,4 202:4
209:5,7 210:5
213:11 220:6
221:2,2,15,18
221:21 222:5
223:3 303:19
330:15,21
331:3
**uses** 197:21
**utilize** 153:4
302:8 340:3
**utilized** 82:20
82:22 150:16
150:17 301:14
340:5
**utilizing** 303:4

---

**V**

**vacancies**
169:20
**Vaguely** 207:4
345:1
**Valley** 95:5
159:11 298:3
305:12
**value** 105:3

317:22
**valve** 258:9
**VANESSA** 3:13
**variation** 133:22
**varies** 92:18
125:17
**various** 27:13
32:11 34:12
41:13 43:8
49:18 50:19
51:2 62:10
92:2 111:15
122:19,21
143:22 148:2,4
148:5,6 149:3
160:19 161:12
162:4 173:16
173:16 202:22
203:11 222:10
230:11,12
239:22 249:11
**vary** 122:14
**vast** 313:9,21
320:5 321:11
322:1
**vegetarian**
122:8,18
**vendors** 114:7
326:21 327:2
**verbalize** 10:9
**verbatim** 74:19
**verdict** 179:15
179:16,21,22
**verification**
350:3
**verified** 127:15
211:16 212:8
**verifying** 127:3
**Vernon** 122:1
122:15
**version** 212:5
**versus** 7:6 110:2

135:17 231:11
**vertical** 86:15
86:18 88:2,11
100:6,12
104:11,16,20
104:21
**vertically** 87:8
105:7
**vice** 61:10
**vice-president**
25:18 61:17,21
**Victor** 25:6
28:13 29:3
32:21 40:22
41:6,7,16
43:10 46:4
61:13
**video** 142:12,13
142:18 143:7
143:16 144:8
146:13
**videographer**
7:2 10:3 81:5,9
165:11 166:3
166:17 223:18
223:21 278:10
278:14 322:11
322:14 369:5
**videos** 142:20
145:13,22
146:4
**videotape** 7:3
11:19 81:6
144:16 145:4
165:12 278:11
**videotaped** 7:3
9:21 144:12
**videotapes**
141:22 142:1
**videotaping**
145:8
**view** 307:6

**viewed** 197:2
307:10 340:14
340:15
**violating** 136:8
137:8 138:11
139:18
**virtually** 107:16
**visit** 51:1
**visited** 120:19
**voice** 185:6
**voiced** 252:14
**Voices** 5:3 224:8
230:2 238:16
239:5 264:21
265:14 356:1
**volume** 115:14
193:8 229:16
360:10,20
361:1,6,11,20
362:4,5
**volumes** 229:7
318:21
**voluntary** 185:9
192:13,21
229:10 232:11
235:15 258:21
261:1 264:2
274:11,13
282:21 350:2,3
**vote** 233:8,9
251:7 280:3
294:9 368:17
**voted** 142:6
227:5,11,13,16
227:20 229:18
238:9 245:21
251:2,3,3,8,8
251:10,14,15
251:18,21
252:1,9 260:6
260:7 266:6
269:13 276:18

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

46

276:20 280:4,6
280:9,11,16
281:3,10,11
293:7,9 294:8
368:13
**voting** 257:16
**VPs** 61:16,19
62:10

---

**W**

**W-e-s-n-e-r**
24:20
**Wabash** 95:5
298:3 305:12
**wait** 268:14,21
334:10,16
**waived** 309:7
**Wal-Mart**
107:21,22
113:20 129:1,2
357:21 358:21
359:3
**Waldo** 5:7
302:21
**walked** 338:14
**wall** 244:8
314:21
**want** 20:16,17
68:3,19 69:10
70:14,22 75:17
81:1,19 108:19
121:7 171:11
183:13 184:5
204:5 207:18
209:19 213:2
214:6 223:16
233:7,14 237:7
238:8 249:20
250:2,4 262:1
262:3 309:9
366:7
**wanted** 43:2

144:18 151:5,6
192:15 222:10
222:18 232:12
236:22 237:1
240:16 250:7
258:16,17
318:13
**wants** 82:16
**war** 198:6
**warehouse**
112:11,16,19
113:8 115:19
**warehouses**
114:12 153:5
**warning** 18:22
19:1,5,12,16
20:3,6 21:3,11
21:14,20 22:2
22:7,19 23:18
140:4
**wash** 41:13,14
**Washington**
1:13,19 2:17
66:16
**wasn't** 19:19
51:19 83:19
88:19 144:11
180:20 181:8
181:10 197:7
201:10,21
270:18 290:3
300:6 305:3,5
355:17
**watched** 142:3
**water** 139:6
143:3 181:7
**way** 43:11 71:19
75:6 79:20
180:15 187:6
196:2 199:20
200:3 225:21
238:18 252:9

267:11 269:14
276:11 277:21
281:5 284:4
294:19 299:17
300:11 326:14
**ways** 114:21
162:5 299:3
**we'll** 11:16,17
11:18 171:14
190:20 197:20
211:5 216:10
262:4 288:15
336:2 358:18
369:3
**we're** 9:1 16:12
17:7 61:13
95:15 110:9,21
123:17,20
127:9 161:17
166:16 193:5
214:1,8 222:8
237:18 262:3
265:18 358:18
**we've** 7:19
46:11,14 68:20
80:5 87:15
92:21 97:8
98:19 112:9
140:1 149:1
166:18 203:20
209:3 212:21
213:8,18
223:13 262:16
263:12 264:17
269:16 323:11
329:3,13
333:17 341:14
355:16
**weatherman**
338:4
**website** 4:12,13
120:9,17

130:22 135:20
137:17 138:10
364:19 365:3
**Wednesday**
1:16
**week** 66:18,21
77:6,12 107:9
163:15,16
243:10 318:11
318:12 319:2
**weekly** 53:10
91:13,14,16
163:12
**weeks** 226:5,16
230:3 233:17
234:10 235:3
235:13 239:2
240:3,8,9,13
240:17,21
241:11,21
242:5 243:2,17
244:18 250:15
250:16 259:4,5
261:11,12
266:9,10 268:5
269:6 275:22
282:6 283:4,13
293:22 294:1
352:6
**welfare** 134:16
135:2,8,12,15
135:21 139:10
142:8 187:6
188:9 190:3,9
192:12 196:21
204:16 206:9
207:6 208:5
212:18 213:19
214:14,20
220:12 272:9
299:14,14,15
299:17,18

300:3,6,8,10
342:18 346:6
350:20 352:12
352:15,21
353:10 360:6
366:10 367:4
367:11,13
**wells** 139:6
**went** 90:3
107:13,22
108:10 144:1
145:1 147:11
180:4 192:14
200:18 242:16
247:20 338:8
**weren't** 142:2
220:8 263:22
274:18 326:21
**Wesner** 24:16
24:20 27:15,19
32:17 39:16
46:4 53:7 57:1
61:8 205:12
**Wesner's** 43:13
**West** 178:3
349:4
**wheels** 115:10
**When's** 64:4
120:19 163:13
333:13 338:5
**white** 19:9,11
34:18 89:6
94:5 121:16
**WHITNEY** 3:5
**Whittington**
26:19,20 27:7
29:19 38:7
61:20
**wholesale** 1:5
7:5 108:2
122:10
**Wicker** 268:1

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Rust, Marcus                                             March 5, 2014

47

269:2
**wide** 121:8
342:3
**widespread**
338:18
**wife** 317:18
**willing** 108:17
113:18 316:11
**Wilson** 303:1,7
306:6,7 310:9
311:16 312:3
315:10 318:1
320:20
**Winnimac** 34:4
**Winterset** 36:9
36:13
**withdraw**
304:18,20
**withdrew**
304:13,17
**witness** 4:2 8:11
19:19 20:21
22:11 68:2
69:15 70:15,17
71:1 72:15
76:12 79:8
84:10 85:7,13
96:6 120:11
138:2 139:1
141:21 160:4
162:15 169:15
171:4 174:11
185:19 186:2
187:19 188:13
188:19,22
189:17,21
191:5 192:4
194:3,11 195:2
195:12 196:1,9
197:17 198:5
199:1,12,19
200:12 201:9

202:9 223:5
225:7 228:4,10
229:2 231:4,22
232:7,17,19
233:3,14 234:3
234:16,21
235:7 236:6,10
237:16,20
238:1 239:11
241:4 242:13
243:6,21
245:14 247:5
248:10 250:9
251:22 252:3,8
253:3 254:6,19
255:11,18
256:3 257:21
260:1,17
261:19 262:5
269:22 270:18
271:20 274:9
274:22 276:11
277:5,15,19
282:15 284:20
285:7,18,22
287:15 290:2
291:20 292:7
301:20 303:15
307:2 312:21
313:3 314:9,15
314:18 316:16
316:20 317:5
318:4 319:17
325:6 326:6
328:21 329:8
329:18 334:6
343:1,20
344:12 346:11
347:8,12,22
348:19 351:5
354:9 355:2
357:2,10

358:15 362:16
363:6 371:4,6
371:10
**wondered**
307:10
**wondering**
307:5
**woods** 275:1
**word** 136:20
268:12
**words** 200:2
233:6 238:5
242:15 264:10
264:14,14
**work** 49:20
60:19 116:17
116:20 273:12
292:13,13
**worked** 175:3
205:9 208:18
**working** 55:11
63:13 112:9
143:21 317:10
320:12 321:15
**works** 34:11
55:9,14 59:1
205:16 290:13
**world** 63:18
64:11 103:16
142:9 257:1
**worlds** 258:17
**worried** 351:3
**wouldn't** 182:4
242:19 244:2
298:21
**Wright** 1:18
2:14 8:2,6
305:20
**write** 253:3
321:13
**writing** 50:4
53:19

**written** 57:17
191:14
**wrong** 268:14
338:4
**wrote** 289:5,16
315:15 353:22
365:17
**Wyandotte** 1:2
7:8

------

**X**

**X** 193:1,2
243:10 244:6

------

**Y**

**yeah** 28:1 37:17
44:10 48:6,13
49:14 50:15,17
50:21 55:7
57:11 59:19
62:6 96:9 97:4
97:10 98:16
100:1,20
101:12 103:14
105:20 110:7
111:3 113:16
114:16 129:20
147:6 156:7
159:17,22
161:6 170:6
172:16 177:2
179:6 181:2
182:15 185:12
207:21 209:6
213:7 215:6
224:9 263:3,5
265:5 270:22
275:6,16 276:5
279:10 291:2
297:21 301:16
303:2,12 312:6
335:2 341:9
352:9 361:13

367:1 369:1
**year** 17:19 18:5
49:15 51:2,6
63:15 65:1
91:20 96:7,10
99:5 108:4
124:4 150:18
150:19 164:15
164:22 165:1
192:16 204:8
206:3,18
214:17 217:13
217:15 229:8
229:16 347:5
**year's** 97:9
**years** 12:11
14:19 17:13,16
18:9 27:21,22
28:22 29:2,4,7
29:9,11,13,15
29:17,17,20
44:14 47:6
48:9,12 49:22
50:22 52:5
57:5,7 59:8
64:10 65:2
78:11,19,21
92:22 108:4
112:8 118:5
122:5,5,6
124:5 138:17
139:8,9,18
142:4 143:11
150:15 155:22
157:11 167:16
172:16,18,22
177:20 182:1
185:8 205:19
209:2,18
218:22 221:7
221:10 256:22
292:3 297:4

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

48

339:10 343:4
347:1
**Yep** 204:4
267:17 272:2
352:16
**yesterday** 66:3,5
66:8,12,21
67:1 77:6 82:8
**yolk** 89:6 92:6
94:5,6
**York** 50:21
**younger** 49:13
**youngest** 49:14

**Z**

**zero** 136:7 137:7
138:11
**zeros** 97:1

**0**

**000075** 5:20
348:5
**0004571** 5:16
330:4
**0004654** 5:12
322:22
**0006481** 5:14
327:21
**0044348** 6:4
364:13
**0067468** 5:22
351:15
**0067634** 4:18
182:18
**0071497** 5:18
333:5
**04** 97:21 98:4
**05** 95:11 98:10
99:2 105:19
107:14 109:18
109:19 111:5
119:1 208:15
208:21

**06** 209:3,5,19
217:11 219:16
221:8,14
**07** 219:20
**08** 219:20
**0804935** 309:22
**09** 219:20 328:4

**1**

**1** 65:1 68:7
78:22 80:6
81:6 147:10
164:20 226:5
226:16 230:4
233:17 234:11
235:3,13
240:13 241:22
243:3,18
244:19 250:18
259:7 261:14
266:12 268:4
269:5,5 278:20
341:21
**1:28** 166:2,5
**10** 17:13,16
29:11,15 48:9
52:5 72:4
78:21 96:12
108:4 122:5
124:5 143:11
150:15 177:20
232:15 241:11
241:16 258:8
287:17
**10-CV-2171** 7:7
**10:41** 81:7
**10:55** 81:11
**100** 55:8 107:9
152:20 177:2
299:13 361:15
**103** 275:9,13,15
**104** 69:7 275:9

275:19 346:5
**108** 250:16
259:5 261:12
266:10 366:21
**10CV2171** 1:8
**11** 5:4 72:19
73:2,4 158:1
246:16
**110** 368:3
**1100** 3:15
**111** 278:19
282:2
**1110** 2:16
**117** 281:1,14
**119** 4:12
**12** 73:8 74:13
122:5 160:13
**12:24** 165:13,14
**120** 240:8
335:21
**1200540** 303:12
**124** 196:21
**128** 216:17
217:1
**13** 73:8 75:5
364:21
**130** 4:13
**131** 4:14
**134** 268:20
**139** 271:3
**14** 73:8 371:18
**140** 74:19 240:9
**144** 73:11 75:10
**146** 4:15
**15** 17:9 29:17
52:5 73:8
75:13 105:12
110:11 111:6
122:6 150:15
342:5 346:7
**153** 248:18
249:7

**155** 247:3
**156** 4:16
**16** 17:9 73:8
75:13 80:9
133:21
**166** 4:5
**17** 73:8 80:11
131:13 132:4
**170** 293:2
**171** 340:21
344:9
**18** 73:8
**182** 4:17
**19** 73:8 80:13
**1900** 1:18 2:15
**19103-2799** 3:9
**1930s** 130:4
**1934** 85:18,20
**1956** 13:17
**1970** 86:14
**1970s** 88:12
**1980s** 174:6
175:8,13
**1986** 88:21
90:14
**1992** 86:8
**1993** 152:4
**1999** 84:21
342:14 346:2
**1st** 239:2 240:22
242:6

**2**

**2** 68:9 79:12,14
81:10 104:20
147:10 162:13
164:11,13,15
165:4,12
241:11 341:21
352:6
**2-pound** 94:15
318:17

**2.5** 99:9
**2:24** 223:19
**2:30** 223:22
**20** 14:19 29:13
29:17,20 44:14
49:22 73:8
78:11,19
110:11 111:6
112:8 113:9
155:22 167:1
267:10 339:10
342:5 347:1
**200** 2:7
**2000** 16:22 17:4
44:13 215:17
346:7
**20006** 2:17
**2001** 348:11
**2002** 170:16,17
171:22 172:15
180:16 202:14
202:21 203:7
204:8 205:8
212:19 213:5
215:8 216:3
222:3 224:21
225:2,4,5
226:11 230:2
245:18 263:21
264:18 265:5,6
323:17 333:18
338:12,16
352:2,5 355:22
358:21 359:2
359:10,20
366:22
**2003** 206:2
**2004** 5:4 124:6
125:2 206:18
246:16 250:18
253:15 259:7
261:14 265:19

HIGHLY CONFIDENTIAL

Rust, Marcus

March 5, 2014

49

266:12 267:10
267:19 268:4
269:5
**2005** 18:9 83:5
83:15,20 85:18
96:4,7 98:18
99:6 101:6,7
101:11 109:8
207:19 268:4
269:5 271:5
272:4 273:11
274:1 278:20
**2006** 210:6
213:3,12,18
214:4,17,18
215:9,12,15,18
216:6,12
217:13,15,22
293:14 303:14
322:18
**2007** 210:5
310:9 322:18
**2008** 205:21
216:3 322:18
364:21
**2009** 322:18
**2010** 219:20
323:7
**2011** 17:20
18:14 23:16
30:9 44:18
45:8 147:12
219:20 330:6
**2012** 165:4,6
219:20
**2013** 158:5
219:20
**2014** 1:14,16
7:10 158:2,20
**2015** 371:18
**202** 2:18
**203** 4:19

**204** 265:3
**21** 73:8
**211** 4:21
**215** 3:10 266:22
267:7
**22** 16:2,3 17:8
73:8 105:13,18
132:12,14
158:19 160:15
163:18,20
164:8 336:17
337:7
**224** 3:15 5:3
**23** 16:2,3 17:8
73:8
**24** 15:20 73:9
132:11,14,14
163:21 164:10
348:11
**24-inch** 335:22
**24,600,000**
158:5,14
**24.6** 164:22
**246** 5:4
**25** 29:2,4,9 47:6
73:9 96:13
99:21 100:2
113:10 185:8
271:5 335:12
335:19 336:12
**26** 73:9
**27** 73:9 183:7
**28** 73:9 303:13
**29** 73:9 366:22
**29th** 7:8

--- **3** ---

**3** 65:2 68:11
79:19 80:2,4,4
132:9,10,16,19
163:3 166:4
248:15 278:11

341:6,8,21
343:4
**3:29** 278:11
**3:35** 278:16
**30** 27:21,22 29:4
29:7 73:9
155:22 258:8
335:12,19
336:12 337:9
**30-pound** 94:14
318:18
**30(b)(6)** 68:22
**3000** 3:7
**302** 5:7
**309** 5:9
**31** 73:9 158:5
293:14
**312** 3:17
**316** 184:13,15
**319** 202:13,18
**32** 73:9 110:4,21
163:6
**323** 5:11
**327** 5:13
**329152** 247:2
**33** 73:9
**330** 5:15
**333** 5:17
**33885** 4:10 82:5
**34** 69:8 73:9
75:5
**348** 5:19
**351** 5:21
**364** 6:3
**3887** 100:16

--- **4** ---

**4** 57:5,7 68:13
69:1 98:11
268:5 269:6
275:22 278:15
282:6 283:4,13

342:2 344:8,18
346:1
**4:26** 322:12
**4:35** 322:15
**40** 337:10
**400** 239:17
**401(k)** 60:20
**41** 303:13
**45** 197:4 299:22
366:6
**4572** 5:16 330:5
**458** 340:22
341:2 344:15
**46** 52:9
**460** 2:7
**469** 5:22 351:16
**48** 342:7,7 366:6
**48000-pound**
92:15
**4th** 330:6

--- **5** ---

**5** 1:14,16 7:9
28:22 57:5,7
68:15 69:1
113:13 122:4
205:19 212:14
268:6 269:7
270:5,9 276:2
282:7 283:6,15
286:6,11
287:10 288:2
346:14 368:6
**5-pound** 318:16
**5:25** 369:6,7
**50** 18:9 52:11
361:15 368:3
**500** 130:6
**517** 4:8 65:4,8
67:12 80:9
81:15,16 167:1
**518** 4:10 81:20

81:21 82:3
124:17
**519** 4:12 5:18
119:22 120:4,5
131:4,5,7
134:15 137:13
333:6
**520** 4:13 130:10
130:13,14
131:9
**521** 4:14 131:22
132:1
**522** 4:15 146:21
147:3
**523** 4:16 156:15
156:19
**524** 4:17 182:7
182:11
**525** 4:19 203:13
203:17 212:22
213:9,21 214:2
214:4,12,16
215:15,18
217:10,13,21
219:15
**526** 4:21 211:4,7
214:2 215:5
216:1
**527** 5:3 224:3,4
238:17 265:4
**528** 5:4 246:10
246:14 254:15
261:9,9 262:16
265:19
**529** 5:7 81:14
124:13,18
267:2 302:12
302:13,19
**530** 5:9 309:16
309:20
**531** 5:11 322:22
323:1

HIGHLY CONFIDENTIAL

Rust, Marcus                                           March 5, 2014

| | | |
|---|---|---|
| **532** 5:13 327:17 327:21 | **635** 182:21 | **9:25** 1:17 7:10 |
| **533** 5:15 329:22 330:1 | **64112** 2:8 | **90s** 181:9 339:17 |
| **534** 5:17 333:1,5 333:8 | **65** 4:8 | **981-4000** 3:10 |
| **535** 5:19 348:4,6 | **660-7600** 3:17 | **99** 183:7 |
| **536** 5:21 351:6 351:10,15 | **660-milligram** 126:20 | |
| **537** 6:3 364:8,9 | **67-inch** 294:17 | |
| **540** 219:8,9 | **67634** 182:16 | |
| **548** 217:4 | **68** 110:3,15 | |
| **55** 18:7 | | |
| **557** 218:8,11 | **7** | |
| **559** 218:17 | **7** 70:9 | |
| **57** 18:11 | **70** 110:9 | |
| **58** 18:10,11 | **70s** 357:4 | |
| **5th** 321:5 | **714-7100** 2:9 | |
| | **76** 5:20 348:5 | |
| **6** | **7634** 182:15 | |
| **6** 63:15 68:17 211:20 212:7 236:19 286:6 286:12 287:11 288:2 293:22 294:1 | **778-3000** 2:18 | |
| | **78** 345:10 | |
| | | |
| | **8** | |
| **6,000** 92:15 | **8** 13:17 52:9 70:12 71:11,12 71:15 106:9 122:4 158:18 177:20 205:19 | |
| **60604** 3:16 | **80** 110:9,10,12 | |
| **61** 85:19 95:12 95:17 96:15,17 96:18 97:12 105:14 | **80s** 88:14 110:10 173:10 181:9,11 349:13 | |
| **62** 226:5,16 230:3 233:17 234:10 235:3 235:13 239:2 240:3,13,17,21 241:21 242:5 243:2,17 244:18 250:15 259:4 261:11 266:9 | **81** 4:10 | |
| | **816** 2:9 | |
| | **85** 110:12 299:20 345:10 | |
| | **86** 89:15 | |
| | **886** 84:4 105:10 | |
| | **889** 105:9 106:1 106:3,4,6 | |
| | **891** 4:11 82:5 | |
| | | |
| | **9** | |
| | **9** 4:4 72:1 97:21 | |

Henderson Legal Services, Inc.