# ATTACHMENT 58

1          IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3    IN RE:  PROCESSED EGG PRODUCTS :

     ANTITRUST LITIGATION           :

4    ------------------------------:  MDL No. 2002

     THIS DOCUMENT APPLIES TO:     :  08-MD-02002

5    ALL DIRECT PURCHASER ACTIONS   :

6

7              ** HIGHLY CONFIDENTIAL **

8

9              Friday, March 7, 2014

10

11             Videotaped deposition of MARCUS

12   RUST, taken at the offices of Porter, Wright,

13   Morris & Arthur LLP, 1900 K Street, NW, Suite

14   1100, Washington, D.C. 20006, beginning at

15   7:32 a.m., before LINDA ROSSI RIOS, a

16   Federally Approved RPR, CCR and Notary

17   Public.

18

19

20

21

22

23

24

25

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  SUSMAN GODFREY LLP
       BY:  MATTHEW B. ALLEN, ESQUIRE
 4  Suite 5100
       1000 Louisiana Street
 5  Houston, TX  77002
       713-653-7803
 6  mallen@susmangodfrey.com
       On behalf of the Direct Purchaser
 7  Plaintiffs
 8
 9  STRAUS & BOIES, LLP
       BY:  MARK J. SCHIRMER, ESQUIRE
10      and
          SCOTT M. DINNER, ESQUIRE
11  4141 University Avenue
       Fairfax, VA  22030
12  203-764-8700
       mschirmer@straus-boies.com
13  sdinner@straus-boies.com
       On behalf of the Indirect Purchaser
14  Plaintiffs
15
16  JENNER & BLOCK, LLP
       BY:  JAMES T. MALYSIAK, ESQUIRE
17  353 North Clark Street
       Chicago, IL  60654
18  312-840-7282
       jmalysiak@jenner.com
19  On behalf of the Direct Action Plaintiffs
       and Kraft, Kellogg, Nestle and General
20  Mills
21
22
23
24
25
```

Page 4

```
 1  EIMER STAHL, LLP
       BY:  VANESSA G. JACOBSEN, ESQUIRE
 2  224 South Michigan Avenue, Suite 1300
       Chicago, IL  60604
 3  312-660-7604
       vjacobsen@eimerstahl.com
 4  On behalf of Moark LLC
       and Norco Ranch, Inc.
 5  (Via teleconference)
 6
 7  FAEGRE BAKER DANIELS
       BY:  E. JASON BURKE, ESQUIRE
 8  311 S. Wacker Drive
       Suite 4400
 9  Chicago, IL  60606
       317-212-2264
10  jason.burke@faegrebd.com
       On behalf of Midwest Poultry Services
11  (Via teleconference)
12
13  A L S O  P R E S E N T :
14
15  JOSEPH A. MILLER, ESQUIRE
       Rose Acre Farms General Counsel
16  P.O. Box 1250
       Seymour, IN  47274
17  jmiller@goodegg.com
       812-497-2557
18
19  KIM JOHNSON, Videographer
20
21
22
23
24
25
```

Page 3

```
 1  WEIL, GOTSHAL & MANGES LLP
       BY:  CARRIE M. ANDERSON, ESQUIRE
 2  1300 Eye Street, N.W.
       Suite 900
 3  Washington, D.C.  20005
       202-682-7231
 4  carrie.anderson@weil.com
       On behalf of Defendant, Michael Foods
 5  and Papetti's Hygrade Egg Products
 6
 7  PORTER, WRIGHT, MORRIS & ARTHUR LLP
       BY:  DONALD M. BARNES, ESQUIRE
 8      and
          JOHN C. MONICA, JR.
 9  1919 Pennsylvania Avenue, NW
       Suite 500
10  Washington, D.C.  20006
       202-778-3056
11  202-778-3050
       dbarnes@porterwright.com
12  jmonica@porterwright.com
       On behalf of Defendant, Rose Acre Farms
13
14
       PEPPER HAMILTON LLP
15  BY:  EVAN W. DAVIS, ESQUIRE
          JAN P. LEVINE, ESQUIRE
16      and
          WHITNEY REDDING, ESQUIRE
17  3000 Two Logan square
       18th and Arch Streets
18  Philadelphia, Pennsylvania  19103
       215-981-4245
19  215-981-4714
       215-981-4121
20  davisew@pepperlaw.com
       levinej@pepperlaw.com
21  reddingw@pepperlaw.com
       On behalf of United Egg Producers and
22  United States Egg Marketers
       (Via teleconference)
23
24
25
```

Page 5

```
 1          I N D E X
 2          - - -
 3  Testimony of:  MARCUS RUST
 4  By Mr. Allen          14
 5  By Mr. Schirmer         198
 6  By Mr. Malysiak       333, 372
 7  By Mr. Barnes          357
 8          - - -
 9       E X H I B I T S
10          - - -
11  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
12
       Exhibit 1    10/7/02 United Voices
13      newsletter,
          CM00429325 - CM00429334 39
14
       Exhibit 2    United Voices newsletter,
15      UE0875297 - UE0875304  55
16  Exhibit 3    4/04 UEP's United Voices
          newsletter,
17      UE0754321 - UE0754330  64
18  Exhibit 4    6/2/04 UEP United Voices
          newsletter,
19      UE0131851 - UE0131854  69
20  Exhibit 5    May 11-12, 2004 UEP
          Board of Directors
21      Meeting Minutes,
          UE0153273 - UE0153276  73
22
       Exhibit 6    10/04 United Voices
23      newsletter,
          RA0000363 - RA0000372  76
24
25
```

2 (Pages 2 - 5)

Page 6

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Exhibit 7    11/04 United Voices
5            newsletter,
             UE0246077 - UE0246080   79
6
   Exhibit 8    11/04 United Voices
7            newsletter,
             UE0368631 - UE0368636   85
8
   Exhibit 9    2/05 United Voices
9            newsletter,
             UE0214033 - UE0214036   96
10
   Exhibit 10   1/23/06 UEP Marketing
11           Committee meeting
             minutes,
12           UE0153055 & UE0153056  100
13 Exhibit 11   3/31/06 UEP Marketing
             Committee conference
14           call minutes,
             UE0153041 & UE0153041  103
15
   Exhibit 12   2/07 United Voices
16           newsletter,
             UE0133262 - UE0133265  113
17
   Exhibit 13   3/14/07 United Voices
18           newsletter,
             UE0133214 - UE0133217  118
19
   Exhibit 14   (Skipped)
20
   Exhibit 15   2/03 United Voices
21           newsletter,
             UE0135552 - UE0135556  150
22
   Exhibit 16   Two E-mails,
23           RAUPDATE0043641 &
             RAUPDATE0044348    153
24
   Exhibit 17   8/1/08 Letter,
25           RA0019214 - RA0019216  159
```

Page 7

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Exhibit 18   United Voices
5            newsletter,
             UE0753395 - UE0753407  172
6
   Exhibit 19   6/1/05 UEP Shell Egg
7            Marketing Committee
             Conference Call
8            minutes,
             RA0006999 & RA0007000  185
9
   Exhibit 20   2/13/08 E-mail,
10           RA0043711        189
11 Exhibits 21-29 (Skipped)
12 Exhibit 30   Egg Industry articles,
             RA0069754 - RA0069769  198
13
   Exhibit 31   7/25/07 E-mail,
14           RAUPDATE0013719   200
15 Exhibit 31A   Chart,
             RAUPDATE0013720 -
16           RAUPDATE0013723   201
17 Exhibit 32   Company History Web
             site printout    205
18
   Exhibit 33   2/13/08 E-mail,
19           RAUPDATE0044348   210
20 Exhibit 34   Web site printout   217
21 Exhibit 35   Rose Acre Farms:
             Family-Owned With
22           Small-Town Values
             article       224
23
   Exhibit 36   Web site printout   226
24
   Exhibit 37   www.goodegg.com
25           Printout      240
```

Page 8

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Exhibit 38   www.desmoinesregister.
5            com/article/20100829
             Printout       246
6
   Exhibit 39   Rose Acre Farms Square
7            Inch Effects Summary
             Page,
8            RASEYMOUR0000060767  251
9  Exhibit 40   1/22/08 E-mail with
             attachment,
10           RAUPDATE0015948 -
             RAUPDATE0015951   255
11
   Exhibit 41   12/7/05 UEP - Shell Egg
12           Price Discovery
             Committee Minutes,
13           UE0153063 & UE0153064  266
14 Exhibit 42   Newsletter,
             KEL00003257 - 0003259 268
15
   Exhibit 43   8/7/08 E-mail,
16           RAUPDATE0020176 -
             RAUPDATE0020199,
17           RAUPDATE0020201 -
             RAUPDATE0020205,
18           RAUPDATE0020207,
             RAUPDATE0020209 &
19           RAUPDATE0020206   284
20 Exhibit 44   11/26/07 E-mail,
             RA0041257 & RA0041259  303
21
   Exhibit 45   9/12/06 E-mail,
22           RAUPDATE0039121   306
23 Exhibit 46   E-mail chain,
             NL 0023831       308
24
   Exhibit 47   5/3/06 E-mail,
25           NL00240280      316
```

Page 9

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Exhibit 48   E-mail chain,
5            RAUPDATE0045472 -
             RAUPDATE0045475   321
6
   Exhibit 49   E-mail chain,
7            RAUPDATE0080109   326
8  Exhibit 50   Rose Acre Farms,
             Inc.'s Objections and
9            Answers to the Direct
             Purchaser Plaintiffs'
10           Second Set of
             Interrogatories to
11           Defendants       352
12 Exhibit 51   A Membership
             Opportunity Presented
13           By UEP and Midwest UEP
             To ROSE ACRE FARMS,
14           UE0186974 & UE0186975  366
15 Exhibit 52   UEP Membership
             Agreement,
16           UE0148105        368
17 Exhibit 53   UEP Capper-Volstead
             Certification,
18           UE0148106        370
19
20              - - -
21
22
23
24
25
```

3 (Pages 6 - 9)

1      DEPOSITION SUPPORT INDEX

2

3  DIRECTION TO WITNESS NOT TO ANSWER

4  Page  Line      Page  Line

5  (None)

6

7

8

9  REQUEST FOR PRODUCTION OF DOCUMENTS

10  Page  Line

11  (None)

12

13

14  STIPULATIONS

15  Page  Line

16   11    3

        14    9

17   14    14

       375    19

18

19

20  QUESTIONS MARKED

21  Page  Line

22  (None)

23

24

25

1

2                    - - -

3           (It is hereby stipulated and

4      agreed by and among counsel for the

5      respective parties that reading,

6      signing, sealing, certification and

7      filing are waived and that all

8      objections, except as to the form of

9      the question, be reserved until the

10     time of trial.)

11                    - - -

12          VIDEOGRAPHER:  We are now on the

13     record.  My name is Kim Johnson

14     representing Veritext.  The date today

15     is March 7, 2014.  The time is 7:32.

16          This deposition is being held at

17     Porter Wright, located at 1900 K

18     Street, Northwest, Washington, D.C.,

19     and is being taken by counsel for the

20     plaintiff in the matter of Processed

21     Egg Products Antitrust Litigation.

22     This case is filed in the U.S.

23     District Court of Eastern

24     Pennsylvania, Case Number 08-MD-02002.

25     The name of the witness is Marcus

1

2  Rust.

3          At this time the attorneys

4      present in the room and attending

5      remotely will identify themselves and

6      the parties they represent.

7          MR. BARNES:  We'll have noticing

8      counsel first.

9          MR. ALLEN:  Matt Allen of Susman

10     Godfrey on behalf of the direct

11     purchaser class.

12         MR. SCHIRMER:  Mark Schirmer,

13     Straus & Boies on behalf of the

14     indirect purchaser class.

15         MR. MALYSIAK:  James Malysiak,

16     Jenner & Block for the direct action

17     plaintiffs.

18         MR. DINNER:  Scott Dinner,

19     Straus & Boies, for the indirect

20     purchasers.

21         MR. MILLER:  Joe Miller, general

22     counsel Rose Acre Farms.

23         MR. MONICA:  John Monica from

24     Porter Wright representing Rose Acre

25     Farms.

1

2          MR. BARNES:  Don Barnes from

3      Porter Wright also representing Rose

4      Acre Farms.

5          MR. ALLEN:  Good morning, Mr.

6      Rust.

7          VIDEOGRAPHER:  Excuse me.

8          MR. ALLEN:  I'm sorry.

9          VIDEOGRAPHER:  What about people

10     on the phone?

11         MR. MONICA:  People on the

12     phone, please, identify yourselves.

13         MR. DAVIS:  I am Evan Davis from

14     Pepper Hamilton on behalf of United

15     Egg Producers and United States Egg

16     Marketers.

17         MR. BURKE:  Jason Burke of

18     Faegre Baker Daniels on behalf of

19     Midwest Poultry Services.

20         VIDEOGRAPHER:  Our court

21     reporter, Linda Rossi representing

22     Veritext, will swear in the witness

23     and we can proceed.

24                    - - -

25         MARCUS RUST, after having been

Page 14

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     duly sworn, was examined and testified
3     as follows:
4        - - -
5        EXAMINATION
6        - - -
7 BY MR. ALLEN:
8   Q.   Good morning, Mr. Rust.
9      MR. BARNES:  Excuse me, before
10 we begin, could we have a standard
11 stipulation, all objections except as
12 to form are preserved?
13      MR. ALLEN:  Yes.
14      MR. BARNES:  And an objection
15 for one defendant is an objection for
16 all?
17      MR. ALLEN:  Yes.
18      MR. BARNES:  Thank you.
19      MR. SCHIRMER:  Thank you.  Save
20 us time for getting out of here.
21 BY MR. ALLEN:
22   Q.   Good morning, Mr. Rust.
23   A.   Good morning.
24   Q.   Please state your name and
25 current position.

Page 15

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2   A.   Marcus Rust, CEO, Rose Acre
3 Farms.
4   Q.   Do you understand that you're
5 testifying today as a representative of Rose
6 Acre and in your individual capacity?
7   A.   Yes.
8   Q.   Did you prepare for this
9 deposition?
10   A.   Yes.
11   Q.   How many days did you prepare?
12   A.   Three, four, something like
13 that.
14   Q.   Three or four?
15   A.   Yes.
16   Q.   Did you prepare here in
17 Washington, D.C.?
18   A.   Some here.  Some in Ohio.  Some
19 in Indiana.
20   Q.   Some here in Ohio and Indiana?
21   A.   Yes.
22   Q.   Did you review any documents as
23 part of your preparation?
24   A.   Yes.
25   Q.   Who provided those documents?

Page 16

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2   A.   Our attorneys.
3   Q.   How long have you been an
4 employee of Rose Acre Farms?
5   A.   Since I was born.
6   Q.   I'm sorry?
7   A.   Since I was born, I was born
8 into the business.
9   Q.   How many years have you been
10 actually working for the company?
11   A.   Probably effective 30 or 40.
12   Q.   30 or 40 years?
13   A.   40 years plus.
14   Q.   How long have you held your
15 current position of CEO?
16   A.   About two and a half years.
17   Q.   Two and a half years?
18   A.   Yes.
19   Q.   Which positions did you hold at
20 Rose Acre between 2000 and 2008?
21   A.   I was kind of -- it's a family
22 farm, and I was kind of -- I had a title, but
23 I was still kind of the traffic cop.
24   Q.   What was your title in 2000?
25   A.   I was I think a vice president.

Page 17

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2   Q.   Vice president?
3   A.   Yes.
4   Q.   And in 2001?
5   A.   The same.
6   Q.   The same?
7   A.   Yeah.
8   Q.   Were you a vice president from
9 2000 all the way to 2008?
10   A.   Since the early '70s.
11   Q.   Early '70s.  And you actually
12 became the CEO in 2012?
13   A.   2011.
14   Q.   2011, okay.
15   A.   November.
16   Q.   So you've been in the egg
17 business for over 40 years.  Is that fair?
18   A.   It's the only thing I've been
19 in.
20   Q.   Do you agree that the demand
21 for eggs is inelastic?
22      MR. BARNES:  Object to the form.
23 He's neither an economist nor a
24 lawyer.  If he knows, he can answer.
25      THE WITNESS:  You have to

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2        explain inelastic to me.
3  BY MR. ALLEN:
4        Q.    Sure. So do you agree that the
5  demand for eggs remains roughly the same when
6  the price for eggs increases?
7        A.    The demand for eggs is
8  dependant on times of the year. It's very
9  seasonal. It depends on if you have fad
10  diets. It depends on promotions by stores.
11  It depends on -- it'S very erratic, it goes
12  up and down like a yo-yo.
13        MR. BARNES: Excuse me, did you
14  say fad or bad diet?
15        THE WITNESS: Fad.
16        MR. BARNES: Thank you.
17        THE WITNESS: Fad diets like the
18        Atkinson thing. There's just lots
19        of -- the egg market is -- it's heat
20        can affect it. You know, it's a
21        roller coaster.
22  BY MR. ALLEN:
23        Q.    But does the price of eggs
24  affect demand in your experience?
25        A.    Sometimes some of the greatest

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  demand periods are some of the highest priced
3  times.
4        Q.    Do you agree that the supply of
5  eggs is a factor in the price of eggs?
6        A.    Supply would always be a
7  factor, but demand is the biggest thing.
8        Q.    Is it fair to say that
9  sometimes when the supply goes up, the price
10  goes down?
11        A.    The supply of eggs really never
12  changes that much in the scope of the
13  business. You know, we -- if you look --
14  study the statistics, you'll see the -- take
15  like a 12-month rolling average of the number
16  of hens that are in the country. USDA
17  publishes all kinds of numbers. If you bear
18  those out, you'll see that the volume of hens
19  doesn't changes that much.
20        Q.    But when the supply goes way
21  up, does that sometimes make the price go
22  down?
23        A.    It's more on the demand.
24  Demand is the key.
25        Q.    So you're saying the supply of

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  eggs does not affect the price?
3        A.    The supply affects it, demand
4  affects it. Demand is the big key.
5        Q.    When did Rose Acre join the
6  United Egg Producers?
7        A.    In 2002.
8        Q.    If it's okay with you, I'm
9  going to refer to the United Egg Producers as
10  the UEP. Is that okay?
11        A.    That's fine.
12        Q.    Why did Rose Acre join the UEP?
13        A.    Several factors. Main factor
14  was the demand by our customers that we had
15  to be in this Animal Care Certified Program.
16  And when they demanded that, we then elected
17  to get into it. We looked at the -- our
18  family, we've had deep divisions with UEP in
19  the past. UEP started multiple -- members of
20  UEP started multiple lawsuits against us back
21  in years prior. And because of that, our
22  family has always been deeply suspicious of
23  the actions at UEP.
24        Q.    How would you describe the
25  purpose of the UEP?

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2        A.    It's been an organization
3  that's been around since early '70s. It's
4  always been a -- kind of a voice for the egg
5  farmers in the United States. It's been what
6  they call a Capper-Volstead co-op. They
7  represent farmers. And, you know, it was
8  always a good organization when you had views
9  that needed representing from what we knew
10  about it prior to getting in.
11        Q.    Do you remember who the other
12  members of the UEP were when Rose Acre joined
13  in 2002?
14        A.    I would say a good majority of
15  the other egg producers. There is lots of
16  people that were into it before we ever were.
17        Q.    Were these other egg producers
18  your competitors?
19        A.    Yes.
20        Q.    Mr. Rust, you served on the
21  board of directors for the UEP. Is that
22  correct?
23        A.    Yes, there is about 30 or 40 of
24  us, something like that.
25        Q.    Which years did you serve on

Page 22

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 the UEP board?
3     A.   You'd have to go back and look
4 at the records. I think probably all since
5 we've been there.
6     Q.   I've handed to you what has
7 been marked as Exhibit 21 which is a document
8 titled, "UNITED EGG PRODUCERS BOARD MEMBERS &
9 COMMITTEE CHAIRMEN 2003 DIRECTORY."
10     MR. BARNES: Counsel, do you
11     have -- thank you, Mark. I was just
12     going to ask if you had copies for
13     other counsel?
14     MR. ALLEN: That's for the
15     witness.
16     MR. BARNES: Is this for me?
17     MR. ALLEN: I'm sorry, that's
18     for the witness.
19     MR. BARNES: I'm sorry.
20     MR. ALLEN: I'm handing -- I
21     can't reach it.
22     MR. BARNES: Okay. That's fine.
23     MR. ALLEN: One for you.
24     MR. BARNES: Now we've got it
25     down. Now we've got it down.

Page 23

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     MR. DAVIS: Can those of us on
3     the phone get the Bates number?
4     MR. ALLEN: The Bates number is
5     UE0295498.
6 BY MR. ALLEN:
7     Q.   Mr. Rust, the title of this
8 document as I said before is, "UNITED EGG
9 PRODUCERS BOARD MEMBERS & COMMITTEE CHAIRMEN
10 2000 DIRECTORY." Is that correct?
11     A.   Yes.
12     Q.   On the right side of the
13 document, the third name down, do you see
14 your name, Mr. Marcus Rust, Rose Acre Farms?
15     A.   Yes.
16     Q.   Does this refresh your
17 recollection as to whether you were on the
18 board in 2003?
19     A.   I said I was on the board since
20 the beginning, since we joined.
21     Q.   Since you joined?
22     A.   Yes.
23     Q.   How does one become appointed
24 to the UEP board?
25     A.   Most large producers

Page 24

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 automatically they give a board seat to that
3 you have to -- when I say they give it, they
4 put you on a ballot and then other producers
5 vote on it.
6     Q.   The other producers are members
7 of the UEP, I assume?
8     A.   Yes.
9     Q.   How long is the board term?
10     A.   Just a year.
11     Q.   What are your responsibilities
12 as a member of the UEP board of directors?
13     A.   To vote and voice opinions on
14 issues.
15     Q.   What do you vote on?
16     A.   Whatever the Executive
17 Committee or whatever the different groups,
18 committees come up with.
19     Q.   What are your other
20 responsibilities? You vote on motions and
21 recommendations by the various UEP
22 committees. Correct?
23     A.   You attend the meeting, they
24 always got a bunch of government people there
25 that you're listening to. And they got the

Page 25

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 attorneys. It's just an organization, I
3 guess, what you'd call them.
4     Q.   As a member of the board, were
5 you responsible for staying generally
6 informed as to UEP's activities?
7     A.   Yes, I would guess so.
8     Q.   Did you take your
9 responsibilities as a member of the UEP board
10 seriously?
11     A.   Yes.
12     Q.   Did you go to the board
13 meetings when you could?
14     A.   I attended the -- I would say
15 at least 80 percent or better of the board
16 meetings.
17     Q.   Do you know roughly how many
18 meetings you attended?
19     A.   I said roughly 80 percent.
20     Q.   How many meetings were there a
21 year, do you remember?
22     A.   I think they had a spring
23 meeting and a fall meeting. I think roughly
24 two meetings a year.
25     Q.   Roughly two?

7 (Pages 22 - 25)

Page 26

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.    No, wait.  There might have
3 been three meetings a year, because there
4 was -- they had one southeastern usually,
5 then one in Washington and then one in the
6 late summer, early fall.  So there are about
7 three meetings a year, I think.
8    Q.    Was the board of directors
9 ultimately in charge of the UEP?
10    A.    I think the Executive Committee
11 was.
12    Q.    Were members of the Executive
13 Committee also members of the board?
14    A.    I would assume they were.  I'm
15 not sure.
16    Q.    So when the UEP committees
17 passed motions or made recommendations, did
18 the board have to approve those actions?
19    A.    The board would vote on them,
20 yes.
21    Q.    Could the Executive Committee
22 implement a recommendation from one of the
23 committees without the board's approval?
24    A.    The Executive Committee, I
25 think, always did some things without -- or,

Page 27

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 you know, I don't know what they did.  I
3 never served on the Executive Committee, so I
4 have no knowledge of what they did.
5    Q.    Are most of the other board
6 members high level employees of other egg
7 producers?
8    A.    Either owners of farms or high
9 level people of those farms.
10    Q.    Is it fair to say that the
11 board members worked together to further the
12 interest of the UEP?
13    A.    I think that was what the
14 purpose of the board was.
15    Q.    When you served on the board of
16 the UEP, were you also furthering the
17 interest of Rose Acre Farms?
18    A.    Yes.
19    Q.    Are you familiar with the
20 United Voices newsletter?
21    A.    Yes.
22    Q.    That was the UEP's official
23 newsletter.  Right?
24    A.    Yes, that's what they sent out
25 to different people's offices.

Page 28

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    Q.    When Rose Acre was a member of
3 the UEP, was the United Voices newsletter
4 sent to Rose Acre's offices?
5    A.    It was sent to the main office.
6    Q.    The main office, where is that?
7    A.    Seymour.
8    Q.    Seymour?
9    A.    Indiana.
10    Q.    Indiana.  Was it only sent to
11 the main office?
12    A.    I never received it at my
13 office.  I'm based in Northwest Indiana.
14    Q.    How many offices does Rose Acre
15 have?
16    A.    We have our main office in
17 Seymour and then we have our -- it's kind of
18 transportation job, I have an office
19 upstairs.  My wife was from Northern Indiana.
20 She told me if I wanted her, I better live up
21 there, because I was about 180 miles from my
22 home.
23    Q.    Understandable.
24          So as far as you know, the UEP
25 newsletter was only sent to the main office?

Page 29

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.    Yes.  I did not receive it at
3 my place.
4    Q.    So it wasn't sent to individual
5 employees?
6    A.    Individual employees of the
7 company?
8    Q.    Yes.
9    A.    I think it was just sent to the
10 main office.
11    Q.    Was it sent in hard copy form?
12    A.    I have no idea.
13    Q.    Do you know whether it was ever
14 e-mailed?
15    A.    They would send out -- it was
16 e-mailed eventually.  But when I say it was
17 e-mailed, you had to go in and click the
18 thing and download it and kind of a pain in
19 the butt.  We're on a real slow Internet
20 connection, so I don't mess with it that
21 much.
22    Q.    Is it true that the UEP
23 e-mailed you the newsletter?
24    A.    Yes.
25          MR. BARNES:  Excuse me, Counsel,

8 (Pages 26 - 29)

Page 30

MARCUS RUST - HIGHLY CONFIDENTIAL

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2   when you say "you," you mean the
3   company?
4  BY MR. ALLEN:
5   Q.   Were you individually e-mailed
6  the United Voices newsletter?
7   A.   They would send out a notice
8  that I would get this, it goes into my junk
9  e-mail box because it's got an attachment to
10  it, or spam filter, throw it over there, you
11  have to drag it from the junk over to read
12  it.
13   Q.   So do you recall being sent --
14  e-mailed the United Voices newsletter?
15   A.   I remember seeing it at various
16  times.  But like I said, where I'm at, we're
17  on a slow Internet connection and I did
18  not -- I'm not a reader of news, or of -- I
19  read Feedstuffs magazine when it came, you
20  know, just on the Internet.  I go on and I
21  surf, but, you know, I read the Wall Street
22  on there, I read Economist.
23   MR. MONICA:  Counsel, I think it
24   would help if you maybe clarify the
25   period of time you're talking about in

Page 31

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2   terms of before membership, after
3   membership, all that stuff.
4  BY MR. ALLEN:
5   Q.   Mr. Rust, did you understand my
6  question?
7   A.   About what?
8   Q.   Whether you were e-mailed the
9  United Voices newsletter?
10   A.   I had received it on occasion.
11  I don't know if I got it every time or not.
12   Q.   Do you know over what period of
13  time you were e-mailed the newsletter?
14   A.   No.
15   Q.   I'm handing you what has been
16  marked as -- I'm sorry, what's the exhibit
17  number?
18   MR. BARNES:  What's the exhibit
19   number, Marcus?
20   THE WITNESS:  Let's see.
21  Exhibit 27.
22   MR. BARNES:  Counsel, is there
23   any rhyme or reason to these exhibit
24   numbers?
25   MR. ALLEN:  We'll get to them.

Page 32

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2   MR. BARNES:  Thank you.  I'm
3  just --
4   MS. ANDERSON:  What is this one
5  now?
6   MR. ALLEN:  27.
7   MR. BARNES:  27.  The first one
8  was 21.  This is 27.
9  BY MR. ALLEN:
10   Q.   Mr. Rust, this is an e-mail to
11  you.
12   MR. BARNES:  Do we have copies,
13   Counsel?
14   MR. ALLEN:  They're coming
15   around.
16   MR. BARNES:  If you hold up --
17   MR. DAVIS:  Could we get the
18   Bates number on the phone?
19   MR. ALLEN:  I'm going to read
20   it.
21  BY MR. ALLEN:
22   Q.   Mr. Rust, this is an e-mail to
23  you from Patricia Huff, dated August 12,
24  2004, Bates number RA001085.  Is that
25  correct?

Page 33

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2   A.   Yes.
3   Q.   The subject of the e-mail says,
4  "UEP Newsletter."  Correct?
5   A.   Yes.
6   Q.   The attachment line says,
7  "united_voices_current.pdf."  Correct?
8   A.   Yes.
9   Q.   In the body of the e-mail it
10  says, "Attached is the latest edition of the
11  United Voices newsletter."  Correct?
12   A.   Yes.
13   Q.   So does this, by any chance,
14  refresh your recollection as to whether you
15  were regularly e-mailed the United Voices
16  newsletter in 2004?
17   MR. BARNES:  I'm going to object
18   to the form of the question.  His
19   recollection did not need refreshing,
20   and your question included the term
21   "regularly."  I'm not sure this
22   document indicates that.  Go ahead, if
23   you can answer it, Mr. Rust, please
24   do.
25   THE WITNESS:  I previously

9 (Pages 30 - 33)

MARCUS RUST - HIGHLY CONFIDENTIAL

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 answered that I had -- when the
3 newsletter comes, it would come in,
4 and because it has an attachment, it
5 was over in our junk spam file and I'd
6 have to go over and get it and dig it
7 out and then go through a slow
8 download if I wanted to read it. And
9 I elected most of the time not to read
10 it.
11 BY MR. ALLEN:
12 Q. Do you recall whether you were
13 regularly e-mailed the newsletter in 2005?
14 A. I have no reason to believe
15 that I was or was not.
16 Q. I'm handing you what has been
17 marked as Exhibit 28. It's Bates number
18 RA0001100. This is another e-mail from
19 Patricia Huff to you dated November 10, 2005.
20 The subject line says, "UEP Newsletter," and
21 the attachment line says,
22 "united_voices_current.pdf." Is that
23 correct?
24 A. Yes.
25 Q. And, again, it says, "Attached

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 is the latest edition of the United Voices
3 newsletter." Correct?
4 A. Yes.
5 Q. This is in 2005. Do you know
6 whether you were regularly e-mailed United
7 Voices in 2005?
8 MR. BARNES: Same objection.
9 THE WITNESS: Like I said, sir,
10 I never went in and removed my
11 name from their automatic newsletter
12 thing. Their records will show
13 whether I was on the list or not.
14 BY MR. ALLEN:
15 Q. Do you have any reason to
16 believe that you weren't regularly e-mailed
17 the newsletter in 2005?
18 A. Like I said earlier, I was
19 e-mailed them, I can't say that I ever read
20 any or all of them.
21 Q. Were you regularly e-mailed the
22 newsletter in 2006?
23 A. Probably.
24 Q. How about 2007?
25 A. I was probably on the list for

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 the entire time with the case or the -- as a
3 board member. I think they're supposed to
4 send them out to the board members.
5 Q. So it's fair to say you were
6 most likely e-mailed the newsletter the
7 entire time you were in the UEP?
8 A. Yes.
9 Q. Did you read the United Voices
10 newsletter?
11 MR. BARNES: Objection. Asked
12 and answered.
13 THE WITNESS: I said I've read
14 it sometimes. A lot of times I did
15 not.
16 BY MR. ALLEN:
17 Q. What percentage of the times do
18 you think you read it?
19 A. 20 percent maybe.
20 Q. 20 percent? So this is -- do
21 you remember whether it was a biweekly
22 newsletter?
23 A. Quarterly, I think.
24 Q. Quarterly?
25 A. Yeah. I'm not sure exactly how

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 often they sent it.
3 Q. Do you know whether other Rose
4 Acre employees read the newsletter?
5 A. I think -- well, I'm sure if
6 they got sent to the main office, they might
7 have. If they got -- if it was on an e-mail
8 list, they might have read it. I have no
9 idea. I recall no one ever calling me and
10 say, hey, I read something in the newsletter.
11 Q. So you've never discussed the
12 newsletter with other employees?
13 A. No, it's kind of a whole bunch
14 of this stuff. Never paid a lot of attention
15 to it.
16 Q. What do you mean by "this
17 stuff"?
18 A. They got all these little
19 statistical charts and all that kind of stuff
20 in there. We never partook into some of
21 their theories, so...
22 Q. But you just mentioned that
23 other employees, other Rose Acre employees
24 did read the newsletter.
25 MR. BARNES: Objection to form

Page 38

MARCUS RUST - HIGHLY CONFIDENTIAL

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2     of the question.
3        THE WITNESS:  I have no idea.  I
4     don't think they did.
5        MR. BARNES:  Let me get my
6     objection in.
7        THE WITNESS:  I said -- okay.
8     Sorry.
9        MR. BARNES:  Object to the form
10    of the question.  It misstates the
11    witness' testimony.
12 BY MR. ALLEN:
13    Q.   Is it fair so say that between
14 yourself and other Rose Acre employees, that
15 Rose Acre, as a company, was aware of what
16 was being written in the newsletter?
17       MR. BARNES:  Object to the form.
18       THE WITNESS:  Only if they would
19    have read it.  I don't -- they would
20    have to read it to be aware of what
21    was in the newsletter.
22 BY MR. ALLEN:
23    Q.   Is it fair to say that other
24 employees were reading the newsletter and
25 between yourself and the other employees,

Page 39

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 Rose Acre as a company was aware of what was
3 being written?
4        MR. BARNES:  Objection to form.
5        THE WITNESS:  I'm aware of no
6     one who read the newsletter.  There
7     may have been some.  I had no
8     conversations with any of our people
9     about the newsletter.
10 BY MR. ALLEN:
11    Q.   Fair enough.  Did you review
12 United Voices newsletters to prepare for your
13 deposition?
14    A.   No.  Let me restate that.
15       I was showed various
16 newsletters.  I don't -- I have never sat
17 down and looked at every one of them.
18       - - -
19       (Exhibit 1, 10/7/02 United
20    Voices newsletter, Bates CM00429325 -
21    CM00429334, was marked for
22    identification.)
23       - - -
24 BY MR. ALLEN:
25    Q.   Mr. Rust, I've just handed you

Page 40

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 Exhibit 1 which is an October 2002 edition of
3 the UEP's newsletter, Bates stamped
4 CM00429325-334 -- I'm sorry, through 334.  Is
5 that correct?
6        MR. BARNES:  Do you need your
7     glasses?
8        THE WITNESS:  Yes, I left them
9     in the other --
10       MR. BARNES:  He needs his
11    glasses.
12       - - -
13       (A discussion off the record
14    occurred.)
15       - - -
16       THE WITNESS:  You can go ahead,
17    I can strain for a little bit.
18       MR. BARNES:  Go ahead.
19    Depending upon what you ask him, he
20    may be able to read it without his
21    glasses.
22       THE WITNESS:  I can strain, it
23    just gives me a headache.
24 BY MR. ALLEN:
25    Q.   Mr. Rust, earlier you testified

Page 41

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 that the Executive Committee to some extent
3 runs the UEP.  Is that correct?
4    A.   That's what I understand.
5    Q.   Could the Executive Committee
6 override a vote of the UEP board of
7 directors?
8    A.   I have no idea.
9    Q.   You don't know?
10   A.   No.
11   Q.   In your experience on the board
12 of the UEP, did the Executive Committee ever
13 overrule, as far as you know, a vote of the
14 board of directors?
15   A.   I was never privy to any --
16 what went on at the Executive Committee
17 meetings.  They always had those before the
18 board meetings.  They had -- there were times
19 that, you know, you knew that they had a
20 meeting, but I was never in one or knew
21 anything about any of them.
22   Q.   Again, Mr. Rust, I'd like to
23 direct your attention to the newsletter I
24 just handed to you.  The top of the document
25 shows that Gene Gregory was the editor.  Do

11 (Pages 38 - 41)

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 you know Mr. Gregory?
3    A.    Yes.
4    Q.    When did you meet him?
5    A.    Many years ago before he -- he
6 originally had what they called the Midwest
7 UEP.
8    Q.    Do you know approximately when
9 you met him?
10    A.    Late '80s, I guess.
11    Q.    How often did you communicate
12 with Mr. Gregory after Rose Acre joined UEP?
13    A.    I would say several times a
14 year.  I'm not sure exactly how many.
15    Q.    Did you communicate with him
16 before Rose Acre joined the UEP?
17    A.    He would come in trying to get
18 us to join.
19    Q.    How often would you communicate
20 with him?
21    A.    I don't recall.  Several times.
22 Multiple times.
23    Q.    I'd like to direct your
24 attention to the article on the first page of
25 the newsletter titled, "Layer Flock Size

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 Continues to Grow."
3         Do you see that?
4    A.    Yes.
5    Q.    The first paragraph of that
6 article states, "Despite a hatch being below
7 the comparable months for 10 consecutive
8 months, the nation's flock size continues to
9 grow.  Layers on September 1st were
10 inventoried, by USDA at 278.1 million
11 compared to 275.4 on the same date of 2001."
12         In the second paragraph it
13 says, "The lack of hen disappearance (or
14 disposal) has created the problem of an
15 increasing flock size."
16         Did I read that correctly?
17    A.    Yes.
18    Q.    Why was the increasing flock
19 size in October 2002 a problem for egg
20 producers?
21    A.    In October, I'm not sure -- it
22 probably depends on whatever the egg market
23 may have been.  I have no idea what he's
24 referring to there.
25    Q.    So based on your experience in

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 the egg industry and having served on the UEP
3 board of directors for many years, why could
4 an increasing flock size be a problem for egg
5 producers?
6    A.    There were a lot of producers
7 like us that were in constant growing,
8 expansion mode.  And that's why the various
9 members of UEP prior to you suing us, because
10 they thought we was growing too fast at their
11 expense.  We've always been a very
12 competitive organization or company, and
13 that's why a lot of them never liked us.
14    Q.    So -- but generally speaking,
15 if the nation's flock size among all the egg
16 producers is very large, how does that
17 negatively impact egg producers generally?
18    A.    If you get -- if the flock of
19 chickens gets high and then your demand
20 period isn't -- any time your demand is less
21 than your supply, the market reacts.
22    Q.    How so?
23    A.    It can go up or go down.
24    Q.    So when the demand is less than
25 supply, what does that do to the prices?

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2         MR. BARNES:  Objection.  Asked
3    and answered.
4         THE WITNESS:  The market.  You
5    go under and you look at a sheet and
6    you'll see it goes up and down, up and
7    down.  Then you'll see another chart,
8    a bar chart, the demand will do the
9    same thing.
10 BY MR. ALLEN:
11    Q.    I still haven't heard an
12 explanation as to why a large flock size
13 negatively impacts egg producers.  What does
14 that do to the economics of the egg industry
15 that negatively affects the egg producers?
16         MR. BARNES:  Objection.
17         THE WITNESS:  Well, a chicken
18    farmer, to have chickens you first
19    have to have a chicken house to put
20    them in.  So you have to go make a 20
21    year, 15 year or 30 year, like a
22    mortgage, you buy a house.  So you go
23    out and you make an investment into
24    the chicken house.  Then you have to
25    place your order.  If you're an

12 (Pages 42 - 45)

Page 46

MARCUS RUST - HIGHLY CONFIDENTIAL
1    independent farm, like a lot of the
2    United Egg Producers were, they had to
3    go place orders with various
4    hatcheries around the country to grow
5    that chicken. They have to grow that
6    chicken and place the order for that
7    chicken six months in advance of when
8    they want it. Because the hatchery
9    breeder supply people have to go put
10   in breeders to have a supply of chicks
11   to do that. In our company, we're
12   integrated. When I say "integrated,"
13   we have our own breeder flock, our own
14   hatchery. We -- contrary to a lot of
15   the smaller producers, we were always
16   all out maximizing every chick we
17   could grow, every pullet we could
18   grow, and we build every chicken house
19   we can build as long as we have the
20   money to do it. Whenever we would run
21   out of money, it would be the only
22   time we wouldn't build a chicken
23   house, or couldn't borrow money to
24   build a chicken house. If you study

Page 47

MARCUS RUST - HIGHLY CONFIDENTIAL
1    our growth, you'll see through the
2    years we have grown. Some people --
3    other people have grown faster than
4    what we have. Some have grown slower.
5    And some went out of business. That's
6    the up and down I'm talking about.
7  BY MR. ALLEN:
8    Q.   I'm not hearing why a large
9  flock size negatively impacts, generally
10 speaking, all egg producers?
11       MR. BARNES: Object to form.
12       THE WITNESS: We never worried
13   about what the flock size was, sir.
14 BY MR. ALLEN:
15   Q.   Not at all?
16   A.   No.
17   Q.   So if the nation's flock size
18 was bigger than usual, it had no impact on
19 Rose Acre?
20   A.   It would affect, as long as we
21 was the least cost producer, we still went
22 out and built, and that's why we got sued.
23 We had three antitrust lawsuits filed against
24 us by various egg producers in the '80s.

Page 48

MARCUS RUST - HIGHLY CONFIDENTIAL
1    Q.   I'd like to direct your
2  attention to the fourth paragraph of that
3  same article. It says, "If you have held
4  hens to older ages or have backfilled houses
5  in anticipation that past months of reduced
6  hatch or the increasing space required for
7  the animal welfare guidelines would bring
8  profitable prices by this fall or winter,
9  then it is time to rethink your position.
10 Get rid of those old hens and stop
11 backfilling as quickly as possible. There
12 has never been a shortage of eggs to fill the
13 Thanksgiving and Christmas markets."
14       Did I read that correctly?
15   A.   Yes.
16   Q.   Is it fair to say that the UEP
17 is recommending that egg producers stop
18 backfilling as soon as possible in that
19 article?
20       MR. BARNES: Objection. The
21   document speaks for itself.
22       THE WITNESS: I have no idea
23   what they --
24 BY MR. ALLEN:

Page 49

MARCUS RUST - HIGHLY CONFIDENTIAL
1    Q.   You see the sentence, then it
2  says, "Get rid of those old hens and stop
3  backfilling as quickly as possible." Right?
4    A.   I assume that was Mr. Gregory's
5  opinion.
6    Q.   What does backfilling mean?
7    A.   That's where you take a flock
8  of birds that you were going to get rid of
9  and instead of sending them to the soup
10 kitchen or the dog food plant, you take that
11 chicken and move them in and put them on top
12 of other chickens. And then when those other
13 chickens -- when you throw that chicken in
14 there, that's when what they call the hen
15 pecking order comes in. The other chickens
16 will sometimes attack that chicken, and it
17 provided an outcry with animal rights groups
18 because when you do backfilling because of
19 pick outs, then you have chickens eating each
20 other. That's where the old term the hen
21 pecking order comes in.
22   Q.   So do the chickens that are
23 backfilled, are they added to a laying flock?
24   A.   They are added to an existing

13 (Pages 46 - 49)

1　　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　house where you either stuffed extra chickens
3　in or you -- it all depends.  It depends on
4　what the egg market was.  There would be
5　times that if the egg market was super high,
6　producers -- we would -- you know, producers
7　would go out, you know, we're all about
8　maximizing dollars and profits.  And there
9　would be times that just because of the super
10　high egg market, if you have a house that was
11　fairly low in bird numbers due to mortality,
12　we'd go stuff extra in.  Our mortality would
13　go up.
14　　　Q.　　And these houses house laying
15　hens.  Correct?
16　　　A.　　Yeah.  One of the arguments
17　that we -- that you have with animal rights
18　groups is, is it better to molt the chicken,
19　is it better to backfill it into a chicken
20　house or kill it.
21　　　Q.　　Is it fair to say, though, that
22　egg producers backfilled in order to produce
23　more eggs?
24　　　A.　　You would get more eggs per
25　space, henhouse space.  You wouldn't get more

1　　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　eggs per hen when you backfilled.
3　　　Q.　　So for henhouse space, if you
4　backfill, you would get more eggs?
5　　　A.　　Correct.
6　　　Q.　　So in this newsletter, when it
7　says, "Get rid of those old hens and stop
8　backfilling as quickly as possible," isn't
9　the UEP suggesting that egg producers produce
10　less eggs?
11　　　MR. BARNES:  Object to the form.
12　　　MR. DAVIS:  Objection.  Lacks
13　foundation.
14　　　COURT REPORTER:  Who Objected on
15　the phone?
16　　　MR. DAVIS:  This is Evan Davis.
17　　　MR. BARNES:  You can go ahead
18　and answer.
19　　　THE WITNESS:  UEP was a
20　voluntary organization.  They would --
21　from my understanding they've always
22　put out these charts, these flow
23　things, they take -- USDA publishes
24　these -- USDA Department of
25　Agriculture would generate the

1　　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　numbers.  And a lot of times at the
3　various UEP meetings there would be
4　USDA guys come in and tell what they
5　projected the flock numbers to be and,
6　you know, the -- I guess the
7　agricultural marketing service or
8　something like that of USDA.  UEP
9　would take their numbers that USDA
10　generated for the industry for
11　agriculture, I guess, for the farmers.
12　And they would then take a -- what, I
13　guess, the editor, what Gene's
14　assumption would be at the time of
15　what he felt, what this Don Bell guy
16　or Lee Schrader guy, these are two
17　like economists that was in the egg
18　business, these same numbers would be
19　published in Feedstuffs.  It's a
20　magazine for the industry.  And they
21　would have projections of what they
22　thought the egg market was going to be
23　so producers like us could make the
24　decisions whether we thought we should
25　be increasing our flock, decreasing

1　　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　our flock.  You know, it's kind of
3　like the board of trade, you got the
4　corn market, you got futures prices.
5　Eggs used to have that, but it got so
6　thinly traded, they quit that.  So
7　there was no futures market for egg
8　farmers to sell on in the future.
9　BY MR. ALLEN:
10　　　Q.　　Just to say it again, Mr. Rust,
11　you testified that producers backfilled to
12　produce more eggs.  Is that correct?
13　　　MR. BARNES:  Object to the form.
14　　　THE WITNESS:  That's the reason
15　you would put more chickens in the
16　house to get more eggs out.
17　BY MR. ALLEN:
18　　　Q.　　And then I asked if the UEP by
19　recommending that producers stop backfilling
20　is essentially recommending that they produce
21　less eggs?
22　　　A.　　You could assume that from that
23　recommendation.
24　　　Q.　　Why would the UEP suggest that
25　producers produce less eggs?

14 (Pages 50 - 53)

Page 54

MARCUS RUST - HIGHLY CONFIDENTIAL

1      MR. BARNES: Objection. Calls
2   for speculation.
3      THE WITNESS: I would assume
4   they did it as a service to their
5   members of telling them, well, you
6   guys, if you -- that's what I would
7   assume, that's something that their
8   members wanted.
9 BY MR. ALLEN:
10     Q. Is it fair to say that in this
11 article the UEP is recommending that
12 producers produce less eggs to reduce the
13 supply?
14     MR. BARNES: Objection.
15     THE WITNESS: Restate your
16   question again?
17 BY MR. ALLEN:
18     Q. Is it fair in this article that
19 the UEP is suggesting that egg producers stop
20 backfilling eggs -- or excuse me, stop
21 backfilling chickens so that they will
22 produce less eggs as an industry and reduce
23 the supply of eggs?
24     MR. BARNES: Same objection.
25

Page 55

MARCUS RUST - HIGHLY CONFIDENTIAL

1      THE WITNESS: I'm not sure what
2   they're saying. If I read it and my
3   assumption --
4 BY MR. ALLEN:
5     Q. Your understanding, yes.
6     A. Not my understanding of what
7 they said, but my guesstimate of what I'm
8 suggest -- they're -- or I think they're
9 saying, hey, guys, if you don't do this or
10 you don't do that, you might be profitable,
11 you might be less profitable. I think they
12 make suggestions to the farm group, it's all
13 up to the individual producer on a voluntary
14 basis what you do or don't do.
15         - - -
16     (Exhibit 2, United Voices
17     newsletter, Bates UE0875297 -
18     UE0875304, was marked for
19     identification.)
20         - - -
21 BY MR. ALLEN:
22     Q. Mr. Rust, I've just handed you
23 what's been marked as Exhibit 2 which is a
24 September 2003 edition of United Voices

Page 56

MARCUS RUST - HIGHLY CONFIDENTIAL

1 newsletter, Bates stamped UE0875297 through
2 5304. Is that correct?
3     A. Yes.
4     Q. And Rose Acre was a member of
5 the UEP in 2003. Right?
6     A. Yes, we just joined.
7     Q. You joined in 2002. Is that
8 correct?
9     A. Yes. 2002, 2003, I would call
10 that just joining.
11     Q. Fair enough. And you were on
12 the UEP board of directors in 2003?
13     A. Yes.
14     Q. I'll direct your attention to
15 the article on the first page titled, "Don't
16 Screw Up A Good Thing."
17         Do you see that?
18     A. Yes.
19     Q. The first paragraph of that
20 article states, "Urner Barry's Midwest Large
21 quote averaged $1.00 per dozen during August
22 and 14.6 cents more during the first
23 eight...months than during the same period a
24 year earlier. When considering that the

Page 57

MARCUS RUST - HIGHLY CONFIDENTIAL

1 industry has reduced the pullet chick hatch
2 by 14.7 million pullets since April 2002
3 things were looking promising for a prolonged
4 period of profitability."
5         Did I read that correctly?
6     A. That's what you read, yes.
7     Q. So isn't the first paragraph
8 saying a prolonged period of profitability
9 looked promising because the egg industry had
10 reduced the pullet hatch by 14.7 pullets
11 since 2002?
12     MR. BARNES: Objection. The
13     document speaks for itself.
14     THE WITNESS: That's what it
15     says.
16 BY MR. ALLEN:
17     Q. What is a pullet?
18     A. That's a young chicken.
19     Q. That becomes a laying hen?
20     A. Correct.
21     Q. So when the pullet hatch goes
22 down, doesn't that mean that the laying flock
23 goes down and, therefore, egg production goes
24 down?

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2      A.    Not necessarily.
3      Q.    Why is that?
4      A.    Because the producer has the
5  option of molting.  So you may have some
6  producers, if they run out of money, they
7  will double molt or triple molt the flock.
8  They might keep a flock of birds one year,
9  two years, three years, four years.  I'm
10 aware of a producer that kept flocks five
11 years.
12     Q.    If a producer doesn't -- do
13 most producers molt?
14     MR. BARNES:  Object to form.
15     THE WITNESS:  I would assume
16     most do.
17 BY MR. ALLEN:
18     Q.    On page 2 the newsletter says,
19 "One sure way of having poorer egg prices is
20 by increasing egg supplies through holding
21 hens longer and keeping hens that should be
22 disposed."
23         Do you see that?
24     A.    Yes.
25     Q.    Do you agree with that

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  statement based on your experience?
3      A.    Not necessarily.
4      Q.    No.  Why is that?
5      A.    Just like I told you, you
6  never -- better restate your question again.
7      Q.    You see the sentence that says,
8  "One sure way of having poorer egg prices is
9  by increasing egg supplies through holding
10 hens longer and keeping hens that should be
11 disposed."
12         Based on your experience in the
13 egg industry, do you believe that -- you
14 agree with that statement?
15     A.    It's possible.  Sometimes --
16 you know, increasing the hatch sometimes will
17 cause the market to go down.  If the
18 producers hang onto a lot of birds and don't
19 sell them, that can cause the egg supply to
20 be longer.  You know, they're --
21     Q.    What do you mean by "longer"?
22 I'm sorry.
23     A.    The supply.  If you got -- if
24 people don't sell their chickens or don't
25 kill them, you know, how many gets killed is

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  kind of a guesstimate in the industry.  No
3  one really reports their numbers of what gets
4  killed because of how they kill them.  It's
5  not -- the animal rightists don't like it.
6  But, you know, at times we put them in dump
7  trailers and take them to the landfill and
8  dumb them, cover them up with dirt.  It
9  creates, you know, lots of -- we had
10 newspaper photos once that someone took
11 pictures of it, chickens that didn't die in
12 the landfill.  And then, you know, you -- we
13 don't like to -- it's not a good thing to
14 show the animal rights groups what happens to
15 all the birds, so we as an industry don't
16 fully tell what happens to the birds.  So the
17 flock number is one that I think USDA kind of
18 guesses at because they really don't know how
19 many birds are still left out there.
20     Q.    So, Mr. Rust, in this article,
21 the UEP is recommending to its members
22 that -- strike that.
23         This newsletter is addressed to
24 all UEP members.  Do you agree?
25     A.    Yes.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2      Q.    It's addressing UEP members
3  generally?
4      A.    Correct.
5      Q.    And the newsletter, UEP is
6  saying to its members that one way of having
7  poorer egg prices is by increasing egg
8  supplies to all of its members.  And then it
9  says, "Don't screw up a good thing!!!"  What
10 do you understand that to mean?
11     MR. DAVIS:  Objection.  Calls
12     for speculation.
13     THE WITNESS:  I'm not sure what
14     he meant by that.
15 BY MR. ALLEN:
16     Q.    I'm not asking you to
17 speculate, Mr. Rust.  Based on your
18 experience as a board of director -- or as a
19 member of the board of directors with the UEP
20 and having been a member of the UEP since
21 2002, what do you understand as you sit here
22 today that statement to mean, "Don't screw up
23 a good thing"?
24     A.    My assumption --
25     MR. DAVIS:  Excuse me.  Calls

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    for speculation and lacks foundation
3    as to something he did not write.
4         MR. BARNES:  Go ahead and
5    answer, Mr. Rust.
6         THE WITNESS:  I would assume
7    that means a profitable time period.
8    I would assume.
9    BY MR. ALLEN:
10    Q.    So when it says don't screw up
11   a good thing to its members, don't you agree
12   that the UEP is suggesting that its members
13   should not increase egg supplies?
14        MR. DAVIS:  Objection.  Calls
15   for speculation as to what the UEP is
16   suggesting or to what -- as to what
17   Mr. Gregory meant by that.
18        MS. ANDERSON:  Objection.
19   BY MR. ALLEN:
20    Q.    Go ahead and answer, Mr. Rust,
21   you can answer.
22    A.    You have to redo your question.
23    Q.    So when it says don't screw up
24   a good thing to its members, don't you agree
25   that the UEP is suggesting that its members

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    should not increase egg supplies?
3     A.    It may have been what they were
4    speculating or saying.
5     Q.    You don't have an understanding
6    as you sit here today?
7     A.    I don't have an understanding,
8    no.
9     Q.    As a UEP board member, did you
10   contact anyone at UEP to object to this
11   article?
12    A.    I never ever contacted anyone
13   at UEP about anyone that wrote a newsletter.
14        MR. BARNES:  Excuse me, Counsel.
15   I just want to interpose an objection.
16   You asked the witness if he contacted
17   anybody at UEP to object to the
18   article, but you never established
19   that he read the article.  So I object
20   to the form of the question.
21   BY MR. ALLEN:
22    Q.    You understood my question,
23   didn't you, Mr. Rust?
24    A.    I have never ever contacted
25   anybody at UEP about any news article, to my

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    recollection.
3     Q.    Do you know whether Rose Acre
4    as an organization ever contacted UEP to
5    object to anything that was written in a UEP
6    newsletter?
7     A.    I would have no reason to know
8    why anyone would care what's written in this
9    newsletter.
10    Q.    Is that a yes or a no?  Do you
11   know whether anyone at Rose Acre --
12    A.    I said I have -- I said I know
13   of no one that had any reason to have called
14   them.  Maybe they did, maybe they didn't.  I
15   don't know.
16    Q.    Did you see this specific
17   newsletter when you prepared for your
18   deposition, Mr. Rust?
19    A.    I can't say if I did or didn't.
20   I looked at several of them.
21         - - -
22        (Exhibit 3, 4/04 UEP's United
23   Voices newsletter, Bates UE0754321 -
24   UE0754330, was marked for
25   identification.)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2         - - -
3    BY MR. ALLEN:
4     Q.    Mr. Rust, I've just handed you
5    what's been marked as Exhibit 3, Bates
6    stamped UE0754321.  This is an April of 2004
7    edition of UEP's United Voices newsletter.
8    Correct?
9     A.    Yes.  It's on the bottom.
10    Q.    And Rose Acre was a member of
11   the UEP in 2004.  Correct?
12    A.    I previously stated we were a
13   member from 2002 till present.
14    Q.    Do you remember whether you
15   received this specific newsletter?
16    A.    No.
17    Q.    I'd like to direct your
18   attention to the article on the first page
19   entitled, "Should We Be Concerned?"  The
20   first paragraph of that article states,
21   "After having seen a profitable industry for
22   at least 20 months should we now be concerned
23   with recent declines in the egg market quote?
24   An Urner Barry Midwest Large quote that
25   peaked at $1.34 on March 11th had declined to

17 (Pages 62 - 65)

MARCUS RUST - HIGHLY CONFIDENTIAL
1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 89 cents by April 15th. Aren't we getting
3 awfully close to the cost of production?
4 Have you looked at your costs recently? Are
5 your older hens still profitable? Some
6 believe that the costs of production may be
7 as much as 10 cents per dozen higher than it
8 was a year ago."
9        Did I read that correctly?
10    A.    That's what it reads.
11    Q.    Towards the bottom of the page
12 it says, "What can you do to correct this
13 downward slide in egg prices? The tools are
14 there to make changes that could very quickly
15 impact the supply side of the business. They
16 are:
17        "1. Dispose of old flocks 4
18 weeks earlier than has been done in the past
19 20 months.
20        "2. Return to your normal molt
21 schedule that was used prior to the past
22 20 months.
23        "If the industry just makes a
24 few minor adjustments they can assure
25 themselves of many more months of profits."

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2        Did I read that correctly?
3    A.    That what it reads.
4    Q.    Isn't the UEP suggesting here
5 that its members reduce egg production in
6 order to correct a downward slide in egg
7 prices?
8        MR. BARNES: Object to the form.
9        THE WITNESS: My understanding,
10        since the beginning of time UEP has
11        always suggested things for their
12        members that, you know, what -- that
13        you can do or not do to help or hurt
14        production. They've always done that.
15 BY MR. ALLEN:
16    Q.    Have they always suggested what
17 UEP members could do to affect the price of
18 eggs?
19    A.    They have always made
20 suggestions. It's a voluntary organization.
21 Anyone can do anything they want.
22    Q.    Just to be clear, doesn't early
23 disposal of a laying flock reduce production?
24    A.    For that producer it would. If
25 he killed them, the chickens don't lay eggs.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    Fair enough. If all of the UEP
3 members disposed of their laying flocks
4 early, would production go down in the
5 industry?
6        MR. BARNES: Object to the form.
7        THE WITNESS: If everybody
8        killed all their chickens tomorrow,
9        production would go down.
10 BY MR. ALLEN:
11    Q.    Is a laying flocks egg
12 production reduced when it is molting?
13    A.    Repeat that question again?
14    Q.    Is a laying flock's egg
15 production reduced while it's molting?
16    A.    Yes. It goes up and then
17 goes -- it goes down and then goes back up.
18    Q.    So when the laying flock is
19 molting, it's not producing eggs. Correct?
20    A.    Correct.
21    Q.    But egg producers molt their
22 flocks to get increased egg production when
23 the molting process is complete. Correct?
24    A.    Egg producers typically will
25 molt a flock to adjust when they get the eggs

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 out of a flock.
3    Q.    How does that work?
4    A.    You can take, if you got a
5 flock of birds that's -- some people molt as
6 early as 55 weeks, some people molt as late
7 as 85 weeks. People will keep a flock of
8 birds, some of them keep them and sell them
9 about 110 weeks. Some sell at 122 weeks.
10 We've kept flocks up to 130 weeks. Some
11 people keep them and molt twice. They'll
12 molt them at 110, then they'll keep them
13 another 35 weeks, 145 to 155 weeks of age.
14 There have been some people who will molt and
15 go further. It all depends on the egg market
16 and the projection of what they think the
17 demand period is going to be.
18    Q.    We're done with that one.
19            - - -
20        (Exhibit 4, 6/2/04 UEP United
21        Voices newsletter, Bates UE0131851 -
22        UE0131854, was marked for
23        identification.)
24            - - -
25 BY MR. ALLEN:

18 (Pages 66 - 69)

Page 70

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 Q. Mr. Rust, I've just handed you
3 what's been marked as Exhibit 4 which is a
4 June 2004 edition of UEP's newsletter Bates
5 stamped UE0131851.
6 MR. BARNES: This is misstapled
7 apparently.
8 MR. ALLEN: This is how it was
9 produced. The Bates numbers are in
10 order. The first page of the
11 newsletter is on page 3 of the packet.
12 MR. BARNES: Thank you. Gotcha.
13 Look at page 3. Page 3, that's the
14 first page.
15 THE WITNESS: Okay.
16 BY MR. ALLEN:
17 Q. Mr. Rust, I'd like to direct
18 your attention to the article on page 3 of
19 the packet which is Bates number 131853 which
20 is page 1 of the June 2, 2004, United Voices
21 newsletter. Do you see the article titled,
22 "Are You Committed?"
23 A. Yes.
24 Q. That article states in the
25 first paragraph, "With the rapid declining

Page 71

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 egg prices, it became very clear to most egg
3 producers that supply was exceeding demand
4 and that quick actions were needed to bring
5 supply and demand more into balance. UEP's
6 Marketing Committee recommended a voluntary
7 program calling for flocks to be molted at 62
8 weeks of age and spent hens disposed of by
9 108 weeks of age and that this plan of action
10 take place immediately and carry through
11 until August 1, 2004."
12 Did I read that correctly?
13 A. Yes.
14 Q. The article goes on to list 24
15 UEP members who indicated they would
16 participate in the program. Do you see that?
17 A. Yes. How many members were
18 there at that time?
19 Q. Do you know how many UEP
20 members there were?
21 A. I would assume maybe 100, I'm
22 not sure.
23 Q. So you don't know?
24 A. Not exactly. You're an
25 attorney, you probably know.

Page 72

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 Q. You'd be surprised.
3 A. You better know. See what your
4 percentage is.
5 Q. Isn't the UEP, Mr. Rust,
6 recommending that its members reduce egg
7 production to address the rapid decline in
8 egg prices?
9 A. That's what that would read it
10 looks like to me.
11 Q. So you agree? That's a yes?
12 MR. BARNES: Objection.
13 THE WITNESS: I don't -- I said
14 that -- I'm just saying that's what
15 that says right there.
16 MR. BARNES: Let him finish.
17 THE WITNESS: I can't say I
18 agree with it.
19 BY MR. ALLEN:
20 Q. But you would say you agree
21 this --
22 A. I agree that that's what it
23 says there. I can read just like you can.
24 Q. We're done with that one.
25 - - -

Page 73

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 (Exhibit 5, May 11-12, 2004 UEP
3 Board of directors Meeting Minutes,
4 Bates UE0153273 - UE0153276, was
5 marked for identification.)
6 - - -
7 BY MR. ALLEN:
8 Q. I've just handed you what has
9 been marked as Exhibit 5 which is a document
10 titled, "United Egg Producers Board of
11 Directors Meeting May 11-12, 2004,
12 Washington, D.C.," Bates stamped UE0153273.
13 Is that correct?
14 A. Yes.
15 Q. The top of the document says,
16 "MINUTES." And then it says, "Call to Order:
17 Chairman Roger Deffner called this meeting to
18 order with the following being present."
19 Under the members, your name is listed, is it
20 not, Mr. Rust?
21 A. Yes, it is.
22 Q. On the second page of the
23 document, the Marketing Committee appears to
24 have submitted a motion to the UEP board to
25 implement the supply reduction program we

19 (Pages 70 - 73)

Page 74

MARCUS RUST - HIGHLY CONFIDENTIAL

1 discussed in the previous exhibit.
2 Do you see that?
3 It says under the "Marketing
4 Committee" section, "Committee Chairman Dolph
5 Baker presented the committee report and
6 identified pending problems for the financial
7 stability of the industry if some minor
8 supply adjustments were not made very
9 quickly. He submitted the following motion."
10 "It was moved by Baker and
11 seconded by Fortin to recommend that the
12 industry molt all flocks at 62 weeks and
13 dispose of spent hens by 108 weeks and that
14 this plan of action take place immediately
15 and carry through until August 1, 2004."
16 After that it says, "CARRIED."
17 Is that correct?
18 A. That's what it says.
19 Q. Did you vote for this motion?
20 A. No.
21 Q. No. If you'll flip to the next
22 page, Mr. Rust, under the section entitled,
23 "Animal Welfare Committee," there was a
24 motion that was submitted, and it says,

Page 75

MARCUS RUST - HIGHLY CONFIDENTIAL

1 "MOTION CARRIED WITH THREE...VOTING IN
2 OPPOSITION." Do you see that, it's about
3 halfway down the page?
4 A. Yes.
5 Q. Was it the standard practice to
6 note votes in opposition in the board
7 minutes?
8 A. I don't -- what minutes I have
9 seen through these things here don't seem to
10 be, because I voted no against all molting
11 and early sellout things because our company
12 didn't do that, and I'm not going to sit
13 there and lie to producers and say we're
14 doing this and then not do it.
15 Q. So you didn't -- did you
16 participate in the recommendations of the
17 previous exhibit with respect to early
18 molting and --
19 A. No, we never did.
20 Q. Never did?
21 A. We're an egg breaking company
22 and a grading company. We're what they call
23 a switch hitter.
24 Q. Okay.

Page 76

MARCUS RUST - HIGHLY CONFIDENTIAL

1 A. We can break up to 25 or
2 30 percent of our eggs or we can grade
3 90 percent.
4 Q. In the previous exhibit, Mr.
5 Rust, Exhibit 4, the UEP Marketing Committee
6 of which you were a member, correct --
7 A. Yes.
8 Q. -- recommended the molting at
9 62 weeks of age and the spent hens being
10 disposed of at 108 weeks of egg, you're say
11 that Rose Acre did not dispose of the spent
12 hens as recommended by the Marketing
13 Committee?
14 A. Correct. We did not. We never
15 did.
16 Q. I think we're done with that
17 one for now.
18                  - - -
19    (Exhibit 6, 10/04 United Voices
20    newsletter, Bates RA0000363 -
21    RA0000372, was marked for
22    identification.)
23                  - - -
24 BY MR. ALLEN:

Page 77

MARCUS RUST - HIGHLY CONFIDENTIAL

1 Q. I've just handed you what has
2 been marked as Exhibit 6 which is an
3 October 2004 UEP newsletter, Bates stamped
4 RA0000363 through 72. Is that correct?
5 A. Yes.
6 Q. The article on the second page
7 is titled, "Largest Attendance Ever For UEP
8 Meeting."
9 Do you see that?
10 A. Yes.
11 Q. Towards the bottom of the page
12 there's a sentence that says, "The issue on
13 almost everyone's mind was the industry's
14 current economic conditions."
15 Do you see that?
16 A. Yes.
17 Q. On the next page, across the
18 top, that article goes on to say, "A review
19 of the industry's current and future
20 statistics confirmed the fact that the
21 industry has and is continuing to maintain a
22 flock size beyond what is acceptable for
23 profitable prices. The Board approved the
24 following plan of action. Hens currently

20 (Pages 74 - 77)

Page 78

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  scheduled for disposal between December 1,
3  2004 and July 1, 2005 must be disposed of
4  four...weeks early or reduce your flock size
5  by 5%."
6         Did I read that correctly?
7    A.   Yes.
8    Q.   Isn't it fair to say that the
9  UEP in this article was recommending that its
10 members reduce their flock sizes to increase
11 egg prices?
12        MR. BARNES:  Object to the form.
13        THE WITNESS:  It would be fair
14    to say that's what they're
15    recommending to a voluntary
16    organization to farmers that do what
17    they want to do.
18 BY MR. ALLEN:
19    Q.   This was an action by the UEP
20 board.  Correct?
21    A.   Yes.
22    Q.   Did you vote for that supply
23 reduction?
24    A.   No.
25    Q.   Did Rose Acre implement the

Page 79

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  plan as approved by the board?
3    A.   No.
4         MR. BARNES:  That was 6.
5         MR. ALLEN:  That was 6.
6              - - -
7         (Exhibit 7, 11/04 United Voices
8         newsletter, Bates UE0246077 -
9         UE0246080, was marked for
10        identification.)
11             - - -
12 BY MR. ALLEN:
13    Q.   Mr. Rust, I've just handed you
14 what has been marked as Exhibit 7 which is a
15 November 2004 edition of the UEP's
16 newsletter, Bates stamped UE0246077 through
17 808.  I'm sorry, through 80 -- one more time,
18 through 080.  The article on the first page
19 is titled, "What Do The Numbers Tell Us?"
20        Do you see that?
21    A.   Yes.
22    Q.   It's described as an editorial
23 by Gene Gregory.  Is that correct?
24    A.   Yes.
25    Q.   Do you know what Gene Gregory's

Page 80

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  position in the UEP was in 2004?
3    A.   I'm not sure at that time, I
4  don't remember if that's when he was the head
5  of it or just the second guy in charge.  I'm
6  not sure.  There is a time period when a guy
7  by the name of Al Pope was in charge and then
8  Gene was in charge.  I don't recall the dates
9  who changed when.
10    Q.   Do you know whether he was an
11 officer in the UEP?
12    A.   I assume he would have been.
13    Q.   If you'll turn to the second
14 page of the newsletter.  Towards the top it
15 says, "There is no question that the nation's
16 flock size is increasing to alarming numbers
17 and if adjustments are not made, the industry
18 could face extremely poor prices in 2005."
19        It goes on to say in the fourth
20 paragraph, "With the increasing flock size we
21 were developing a negative attitude about the
22 current and future market prices.  We can
23 change both the direction of the supply
24 problems and our attitudes about egg prices
25 by making adjustments to our flock size."

Page 81

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2         Do you understand this to mean
3  that the UEP is suggesting that egg producers
4  reduce its -- their flock sizes?
5         MR. BARNES:  Object to the form.
6    You forgot -- you cherry picked
7    language from the document.  The
8    paragraph before the one you just read
9    says it is Mr. Gregory's opinion.  I
10    don't think that necessarily means
11    it's the opinion of the organization.
12 BY MR. ALLEN:
13    Q.   Is that what you understand
14 this document to mean?
15    A.   I understand it to say what it
16 reads if you read it.
17    Q.   Do you agree that it has never
18 been good business to produce a supply of
19 shell eggs greater than the market demands at
20 profitable prices?
21    A.   It's a very good business to
22 produce more than the demand.  That's how --
23 the only way you weed out the weak,
24 inefficient competitors.
25    Q.   So is that what Rose Acre would

21 (Pages 78 - 81)

MARCUS RUST - HIGHLY CONFIDENTIAL

1   MARCUS RUST - HIGHLY CONFIDENTIAL
2   do, did you try to produce more --
3       A.   We try to produce more eggs all
4   the time.
5       Q.   Did you do that when it was
6   unprofitable?
7       A.   Yes.
8       Q.   So you -- did you do that
9   intentionally to lose money?
10      A.   Well, we -- there's lots of
11  times that we would know we're going to lose
12  money for a time period.  That's just part of
13  the business.  Every year, if you look at the
14  egg market, you study the egg market and an
15  attorney, you should know this if you're
16  suing us, the market goes up and down, that
17  goes by the demand.  There's time periods of
18  the year you can't get people to buy eggs.
19  The chickens lay more eggs in the spring of
20  the year per chicken than they do in the fall
21  of the year or the winter.  In the spring of
22  the year, that chicken is -- every bird lays
23  eggs in the spring.  Every bird in the U.S.
24  is going to try to lay an egg.  You get
25  surpluses of eggs then.  The egg market goes

1   MARCUS RUST - HIGHLY CONFIDENTIAL
2   down.  We always -- when you have a breeder
3   farm and a hatchery, we never threw any
4   chicks away, we constantly increased
5   production through all those years.  We
6   almost went broke once.  Our banks were
7   very -- we had to have banker meetings to get
8   more money.
9       Q.   Do you agree that -- do you
10  agree with Mr. Gregory's statement that
11  selling flocks early or reducing flock size
12  as an industry will increase prices?
13          MS. ANDERSON:  Object to the
14      form of the question.  Misstating the
15      document.
16          THE WITNESS:  Read the question
17      again?
18  BY MR. ALLEN:
19      Q.   So in that paragraph I just
20  read, Mr. Gregory opines in an article that
21  is described as an editorial, by selling
22  flocks early or reducing our flock size
23  prices will improve and so will attitudes --
24  I'm sorry, so will our attitudes.
25          Do you agree with that

1   MARCUS RUST - HIGHLY CONFIDENTIAL
2   statement?
3       A.   No.
4       Q.   No?  Why not?
5       A.   Because every time they ever
6   made a suggestion, producers still went out
7   and done what they wanted to do.  It's like
8   if you look back at the one where they had
9   the list, I think at the bottom of the page
10  it said only 29 percent of the producers
11  agreed to -- or sent in their intentions what
12  they was going to do.  Chicken farmers are a
13  very independent bunch, we're very
14  competitive and we all go do what we're going
15  to do, what's best for our company.
16      Q.   But this article says this is
17  an article addressed to all UEP members.
18  Correct?
19      A.   Yes.
20      Q.   And so he is suggesting that by
21  selling flocks early or reducing our flock
22  size, all UEP members, prices will improve
23  and so will our attitudes.  So do you agree
24  with his suggestion that if UEP members got
25  together and reduced flock sizes, that prices

1   MARCUS RUST - HIGHLY CONFIDENTIAL
2   would improve?
3           MR. BARNES:  Objection.
4           MS. ANDERSON:  Objection.
5           MR. DAVIS:  Objection.
6       Misstates the document.
7           MR. BARNES:  He also answered
8       it.  It's been asked and answered.
9           THE WITNESS:  Repeat your
10      question.
11  BY MR. ALLEN:
12      Q.   Do you agree with Mr. Gregory's
13  statement that "By selling flocks early or
14  reducing our flock size, prices will improve
15  and so will our attitude"?
16      A.   I have never agreed with Mr.
17  Gregory's statements.
18          -  -  -
19          (Exhibit 8, 11/04 United Voices
20      newsletter, Bates UE0368631 -
21      UE0368636, was marked for
22      identification.)
23          -  -  -
24  BY MR. ALLEN:
25      Q.   Mr. Rust, I've just handed you

Page 86

MARCUS RUST - HIGHLY CONFIDENTIAL
1 
2 what's been marked as Exhibit 8 which is a
3 November 2004 UEP newsletter, Bates stamped
4 UE0368631 through 36. The article on the
5 first page is titled, "Egg Industry 'Economic
6 Summit.'"
7     Do you see that?
8    A.  Yes.
9    Q.  The first paragraph of that
10 article states, "In the past, UEP's Marketing
11 Committee has reviewed industry statistics
12 and advised all UEP members when it appeared
13 that supply was exceeding demand. With
14 forecast of an increasing flock size at a
15 time when many believed demand has declined
16 prompted UEP to call for an 'economic summit'
17 on November 16th in Atlanta."
18     Did I read that correctly?
19    A.  That's what it says.
20    Q.  The UEP Marketing Committee is
21 comprised of UEP members. Right?
22    A.  Yes.
23    Q.  Were you ever on the UEP
24 Marketing Committee?
25    A.  I was on the committee for a

Page 87

MARCUS RUST - HIGHLY CONFIDENTIAL
1 
2 good part of the time that they had it.
3    Q.  Do you know when?
4    A.  From when we joined UEP.
5    Q.  Is it true that the UEP
6 Marketing Committee advised UEP members when
7 it appeared that supply was exceeding demand?
8    A.  They always had these numbers
9 and stuff they published and passed out to
10 people that they acquired from USDA.
11    Q.  So when supply was exceeding
12 demand, are you saying that the UEP Marketing
13 Committee would let UEP members know?
14    A.  Every time that there was a
15 meeting, they always had all these charts and
16 stuff of the so-called nation's flock, the
17 nation's hatch. They always had that
18 information.
19    Q.  But did they specifically
20 notify UEP members when supply -- when the
21 supply of eggs was exceeding the demand of
22 eggs?
23    A.  I think they always would give
24 information out to their members of what
25 they -- what their projections were showing.

Page 88

MARCUS RUST - HIGHLY CONFIDENTIAL
1 
2 I think the documents show that.
3    Q.  So you're agreeing that the UEP
4 Marketing Committee would specifically tell
5 UEP members when supply was exceeding demand?
6    A.  No.
7     MR. BARNES: Objection. Asked
8   and answered.
9 BY MR. ALLEN:
10    Q.  No?
11     MR. BARNES: Asked and answered.
12 BY MR. ALLEN:
13    Q.  So is there -- so this is
14 incorrect?
15     MR. BARNES: Objection. The
16   documents speaks for itself.
17     THE WITNESS: You stated that
18   the members tell UE -- the committee
19   tells UEP members.
20 BY MR. ALLEN:
21    Q.  Yes.
22    A.  No, we never told members
23 anything.
24    Q.  Because the first sentence of
25 the article says, "In the past, UEP's

Page 89

MARCUS RUST - HIGHLY CONFIDENTIAL
1 
2 Marketing Committee has reviewed industry
3 statistics and advised all UEP members when
4 it appeared that supply was exceeding
5 demand."
6     So is it your testimony here
7 today that based on your experience on the
8 UEP Marketing Committee, that that was not
9 the case?
10    A.  I never went out -- as a member
11 of the Marketing Committee, I never went out
12 and told any other UEP members stuff from
13 that meeting.
14    Q.  So you're saying that this is
15 incorrect?
16     MR. BARNES: Object to the form.
17 BY MR. ALLEN:
18    Q.  Is that right?
19    A.  Repeat your question again.
20    Q.  Are you saying that the first
21 sentence of this article is incorrect, that
22 "In the past, UEP's Marketing Committee has
23 reviewed industry statistics and advised all
24 UEP members when it appeared that supply was
25 exceeding demand"?

23 (Pages 86 - 89)

Page 90

MARCUS RUST - HIGHLY CONFIDENTIAL

1      MR. BARNES:  Same objection.
2      THE WITNESS:  I would say that
3  was incorrect.
4  BY MR. ALLEN:
5      Q.    Based on your experience on the
6  UEP Marketing Committee?
7      A.    As a member, I never went
8  out -- of that committee, I never went out
9  and told people anything.  UEP might have,
10  but me as a member, never.
11      Q.    If you'll turn to the second
12  page of the newsletter, Mr. Rust.  You'll see
13  that the article continues, it says, "The
14  'economic summit' exposed a bleak picture of
15  the supply side of the business.  With
16  pullets currently in growing houses, we now
17  can predict a layer flock of 13 million more
18  hens in April 2005 than at the same month of
19  2004 if we do not find ways to dispose of
20  older hens and increase the cull rate.  If
21  the hatch of 2005 is the same as in 2004 and
22  we continue the hen disposal (cull) rate of
23  2004 then we will have a nation's flock size
24  of more than 300 million hens by the end of

Page 91

MARCUS RUST - HIGHLY CONFIDENTIAL

1  2005 or an increase of about 25 million more
2  hens than during the period of the industry's
3  highest egg returns of 2003 and 2004.
4  Depending upon whether the industry reacts to
5  the pending problems or not, egg prices were
6  projected to be from 10 to 27 cents per dozen
7  below the annual average of 2003."
8      Recognizing that it serves no
9  purpose to place blame on someone, many
10  attendees elected to be part of the solution.
11  One of those attending -- excuse me, of those
12  attending, producers dedicated primarily to
13  shell egg markets and with approximate 100
14  million hens made their intentions known by
15  stating that they would implement one or both
16  of the following recommendations.
17      "Option #1 To dispose of hens
18  that are currently scheduled for disposal
19  between January 1 and April 30, 2005
20  four...weeks earlier than previously
21  scheduled.
22      "Option #2 To reduce their
23  December 1, 2004 flock size by 5% between the
24  dates of January 1 through April 30, 2005."

Page 92

MARCUS RUST - HIGHLY CONFIDENTIAL

1      Did I read that right?
2      MR. BARNES:  Objection.  The
3  document speaks for itself.
4      THE WITNESS:  Are you -- what
5  are you asking?  Did you read it
6  right?
7  BY MR. ALLEN:
8      Q.    Right.
9      A.    I didn't follow you line for
10  line and dot for dot.
11      Q.    I didn't misquote.
12      A.    There are a lot of ifs and a
13  lot of dependings.  I happened to get hung up
14  on the serves no purpose to blame.  We had a
15  lot of people that was mad at us because we
16  were building new chicken houses, was adding
17  three million bird complexes in North
18  Carolina.  People didn't like that.
19      Q.    Mr. Rust, if you look at the
20  two options, aren't those options intended to
21  reduce the supply of eggs?
22      A.    That's what some of their
23  suggestions were, yes.
24      Q.    These two specific options

Page 93

MARCUS RUST - HIGHLY CONFIDENTIAL

1  mentioned in the newsletter, though?
2      A.    Yeah.  And then I see here it
3  says only -- how many companies out of how
4  many did what, what was their intentions.
5      Q.    So you agree, though, that
6  those two options are intended to reduce the
7  supply of eggs?
8      A.    They were suggestions for
9  producers to do something if they chose to.
10  It depends on what their economic needs or
11  means were.
12      Q.    Did Rose Acre implement one of
13  these two options?
14      A.    No.  Like I told you, if you
15  read up here, it says, recognizing that it
16  serves no purpose to put blame on someone.
17  You have to understand there's a lot of
18  producers there that hated our guts because
19  we was out building new chicken houses all
20  the time.  They sued us in prior years.
21      Q.    This article seems to suggests
22  that the supply of eggs is too big for
23  profitable prices?
24      A.    Also if you read right there,

24 (Pages 90 - 93)

Page 94

MARCUS RUST - HIGHLY CONFIDENTIAL
1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  it says, "Recognizing it serves no purpose to
3  place blame on someone..."
4      Q.   Mr. Rust --
5      A.   They're referring to me truly.
6      Q.   If you would, Mr. Rust, please
7  let me finish my question.  I will not talk
8  over you and please don't talk over me.
9      A.   You're getting under my skin.
10     Q.   This article seems to me, Mr.
11 Rust, to suggest that the supply of eggs is
12 too high for profitable egg prices.  And then
13 it recommends to UEP members that they
14 dispose of their hens and reduce their flock
15 sizes in order to reduce the supply and
16 increase the prices.  Do you agree with that?
17     MR. BARNES:  Object to form.
18     THE WITNESS:  I don't agree with
19     it.  What I'm -- what I say is UEP
20     since the beginning of time has been a
21     Capper-Volstead co-op that has always
22     gave suggestions to its members that
23     the members could voluntarily do what
24     they want to do.  We as a member have
25     always chose to go out and build more

Page 95

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2     chicken houses and add to our capacity
3     of our flocks.  That's what -- that's
4     how we make money.  We want to grow
5     our farm.
6  BY MR. ALLEN:
7      Q.   You were on the board of
8  directors --
9      A.   Yes.
10     Q.   -- when these suggestions were
11 provided to UEP members.  Is that correct?
12     A.   Correct.
13     Q.   You didn't object to this
14 newsletter.  Is that correct?
15     MR. BARNES:  Object to form.
16     THE WITNESS:  I'm only one voice
17     out of however many members there are.
18 BY MR. ALLEN:
19     Q.   Mr. Rust, we've been going for
20 a while, if you need a break at any time, let
21 me know.
22     A.   I'm good.
23     MR. MONICA:  Is that a yes, are
24     you good?
25     THE WITNESS:  I'm good.

Page 96

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2     MR. MONICA:  Okay.
3         - - -
4     (Exhibit 9, 2/05 United Voices
5     newsletter, Bates UE0214033 -
6     UE0214036, was marked for
7     identification.)
8         - - -
9  BY MR. ALLEN:
10     Q.   Mr. Rust, I've just handed you
11 what's been marked as Exhibit 9, which is a
12 February 2005 UEP newsletter, Bates stamped
13 UE0214033.
14     A.   Okay.
15     Q.   The second page of that
16 document is titled, "Chairman's Comments."
17     Do you see that?
18     A.   Yep.
19     Q.   That article says, "UEP
20 Chairman Roger Deffner welcomed the large
21 attendance at UEP's Board of Directors
22 meeting in Atlanta on January 25th and among
23 his opening comments were the following:
24     "It was just a year ago that we
25 met in this very hotel and we were so full of

Page 97

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  optimism.  All indicators were that we could
3  sustain $1.00 plus eggs for an extended
4  period and the price structures for the next
5  18 months.  (We took care of that).  The
6  market came full circle with prices from
7  $1.35 to 59 cents.  We don't have to accept
8  low prices and we can have a good 2005 if we
9  just make a few changes and work together."
10     What's your understanding of
11 that statement, we can just make a few
12 changes and work together?
13     A.   Well, this statement proves
14 what has always happened at United Egg
15 Producers' meetings, they all get together,
16 listen to all these suggestions that Mr.
17 Gregory and the USDA and the people would put
18 together, the producers still went out and
19 done what was economically best for
20 themselves.  They obviously never followed
21 the suggestions.  They went out like we did,
22 built more chicken houses, overproduced,
23 caused an egg market supply to become too
24 great, the Atkins Diet fad probably wore off,
25 people weren't buying like they were, weather

25 (Pages 94 - 97)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 might have been perfect for chicken
3 production, egg numbers might have been good
4 from the flocks at that time, flocks of eggs
5 got laid, price went down, we had kind of an
6 economic meltdown. You know, low prices,
7 pure low prices. When producers run out of
8 money finally, they will quit feeding
9 chickens, birds get going. It just proves
10 that the market works.
11    Q.    So when he says, "We don't have
12 to accept low prices and we can have a good
13 2005 if we just make a few changes and work
14 together," do you agree that he is suggesting
15 that UEP members reduce the supply of eggs in
16 order to increase prices?
17        MR. BARNES: Object to the form
18    of the question.
19        THE WITNESS: He may have been
20    suggesting that, but that's never ever
21    what took place.
22 BY MR. ALLEN:
23    Q.    Were you at this meeting, Mr.
24 Rust?
25    A.    Yes.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    Did you voice the objection to
3 his suggestion?
4    A.    I stood up at several meetings
5 and made my opinions voiced on what I thought
6 of some of the so-called early sells, molts.
7    Q.    Do you remember this speech by
8 any chance?
9    A.    No.
10    Q.    No? Do you remember talking to
11 anyone about his suggestion that the UEP
12 members reduce supply and work together?
13    A.    I have no recollection from
14 doing something from that meeting.
15    Q.    Did you review this specific
16 article when you were preparing for your
17 deposition?
18    A.    I don't -- I've looked at so
19 many of these papers that these guys have
20 given me, I don't have a recollection of what
21 I looked at two minutes ago, let alone this
22 second.
23        MR. ALLEN: I actually need to
24    take a break.
25        MR. BARNES: That's fine. Any

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    time you want to take a break, please
3    just let us know.
4        VIDEOGRAPHER: This is the end
5    of tape one of the videotape
6    deposition of Marcus Rust. We're off
7    the record at 8:53.
8        - - -
9        (A recess was taken.)
10        - - -
11        VIDEOGRAPHER: Here begins tape
12    two in the videotape deposition of
13    Marcus Rust. We are back on the
14    record at 9:08.
15 BY MR. ALLEN:
16    Q.    Mr. Rust, I'm going to hand you
17 what's been marked as Exhibit 10.
18        - - -
19        (Exhibit 10, 1/23/06 UEP
20    Marketing Committee meeting minutes,
21    Bates UE0153055 & UE0153056, was
22    marked for identification.)
23        - - -
24 BY MR. ALLEN:
25    Q.    Exhibit 10 is the minutes of a

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 UEP Marketing Committee meeting held
3 January 23, 2006, in Atlanta, Georgia. And
4 it's Bates stamped UE0153055 through 56.
5        You were on the board of
6 directors of UEP in 2006. Correct?
7    A.    Yes.
8    Q.    And this document shows that
9 you were also a member of the UEP Marketing
10 Committee and that you were present at this
11 January 23, 2006, meeting in Atlanta. Right?
12    A.    Yes.
13    Q.    Did you see this document, Mr.
14 Rust, when you were preparing for your
15 deposition?
16    A.    I don't recall right offhand.
17    Q.    On the second page of the
18 document, there's a section titled, "Managing
19 Supply - Demand."
20        Do you see that?
21    A.    Yes.
22    Q.    That says, "Gene Gregory
23 presented statistical reports showing that
24 the industry produces more eggs during the
25 second 4 month period of each year than

26 (Pages 98 - 101)

Page 102

MARCUS RUST - HIGHLY CONFIDENTIAL

1 during the first 4 month period and yet egg
2 prices are lower during the second 4 month
3 period. He called on members to look at
4 their own records in an attempt to reduce the
5 supply during the May through August months
6 to meet demand."
7     Do you see that?
8     A.  Yes.
9     Q.  Did I read that correctly?
10    A.  Yes.
11    Q.  Did you voice disagreement with
12 Mr. Gregory's recommendation to reduce the
13 egg supply?
14    A.  They know what our stance has
15 always been.
16    Q.  Did you voice disagreement at
17 this meeting?
18    A.  I have no recollection of
19 whether I voiced at this meeting or which
20 meeting I did voice at.
21    Q.  Do you know whether anyone else
22 voiced disagreement at the meeting?
23    A.  Given time, there were other
24 people that had the same position that we

Page 103

MARCUS RUST - HIGHLY CONFIDENTIAL

1 did.  There were other people on that
2 committee.
3     Q.  At this specific meeting?
4     A.  I don't have recollection of
5 who said what.
6     Q.  You don't remember.
7     So did Rose Acre reduce its
8 supply in accordance with Mr. Gregory's
9 suggestion?
10    A.  We never reduced our supply
11 according to any UEP suggestion.
12        - - -
13    (Exhibit 11, 3/31/06 UEP
14    Marketing Committee Conference call
15    minutes, Bates UE0153041 & UE0153041,
16    was marked for identification.)
17        - - -
18 BY MR. ALLEN:
19    Q.  Mr. Gregory, I've handed you
20 what's been marked as Exhibit 11 for purposes
21 of this deposition.
22    A.  You said what?
23        MR. BARNES:  11.
24 BY MR. ALLEN:

Page 104

MARCUS RUST - HIGHLY CONFIDENTIAL

1     Q.  I'm sorry, Exhibit 11.
2     A.  I thought you called me Mr.
3 Gregory.
4     Q.  I'm sorry.  Did I?
5        COURT REPORTER:  Yes.
6 BY MR. ALLEN:
7     Q.  I apologize.
8        MR. BARNES:  That's all right.
9        MR. MONICA:  Those are fighting
10 words.
11 BY MR. ALLEN:
12    Q.  Exhibit 11 is the minutes of a
13 conference call by the UEP Marketing
14 Committee on March 31, 2006, Bates stamped
15 UE0153041.  Is that correct?
16    A.  Yes.
17    Q.  The top of the minutes show
18 that you were present for this meeting.
19 Right?
20    A.  It was a call.
21    Q.  I'm sorry.  It's a conference
22 call.
23    A.  Correct.
24    Q.  The minutes state, "Gregory

Page 105

MARCUS RUST - HIGHLY CONFIDENTIAL

1 opened the discussion by saying the purpose
2 of the call was to report that the Animal
3 Welfare Committee had recently rejected a
4 resolution to speed up the phase-in schedule
5 of the cage space allowance for fear that it
6 might be viewed as using the program as a
7 means to address supply demand problems.  It
8 was then determined that a conference call of
9 the Marketing Committee should be conducted
10 to consider actions that might improve the
11 forecast of poor economic conditions.
12    "Mooney read emails from Glen
13 Hickman and Bob Randall expressing support
14 for programs that would address the
15 supply/demand problems."
16    Did I read that correctly?
17    A.  That's what you read, yes.
18    Q.  Who are Glenn Hickman and Bob
19 Randall?
20    A.  Glenn Hickman is an egg
21 producer in Arizona from Hickman's Family
22 Farms.
23    Q.  Do you remember who Bob Randall
24 is?

27 (Pages 102 - 105)

Page 106

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2        A.    Bob Randall, I believe at that
3    time he used to be with DeKalb Breeding
4    Company. I think at that time he may have
5    been working for Tampa Farm Services, but
6    don't hold me to that.
7        Q.    Were those companies members of
8    the United Egg Producers?
9        A.    I assume they were.
10       Q.    What was the committee's
11   reaction to Hickman's and Randall's e-mails
12   suggesting that the UEP develop programs to
13   address supply/demand problems?
14       A.    I don't recall.
15       Q.    No reaction that you remember?
16       A.    No.
17       Q.    The minutes go on to say,
18   "Mooney reported that he felt we should
19   recommend that the Animal Welfare Committee
20   reconsider their position and move to the
21   67 square inches per hen as quickly as
22   possible. This raised objections from some."
23            Did I read that correctly?
24       A.    Yes.
25       Q.    In that paragraph, isn't Mooney

Page 107

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    referring to the extra cage space per hen
3    that was part of the UEP's Animal Care
4    Certified Program?
5            MR. BARNES: Object to the form.
6            THE WITNESS: I think so.
7    BY MR. ALLEN:
8        Q.    Do you remember what the
9    objections were that are mentioned?
10       A.    There was several people,
11   including myself, I think at that one, I
12   don't know if I even said anything at that
13   one. Part of the problem I had whenever I do
14   a call, my office is next or on top of our
15   truck stop and they use impact wrenches out
16   there. When they're changing truck tires and
17   doing that kind of thing, I sit there on a --
18   I have to put my phone on mute or it picks
19   up -- I always use a speaker phone, and it
20   picks up all that racket out in the shop. I
21   don't remember if that is one of those I was
22   on mute, but I remember there's several
23   producers that are only in UEP for the Animal
24   Welfare Program. And that was a -- if the
25   issue wasn't objected to, I would have

Page 108

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    objected to it because I've stood up at
3    several meetings and said no variance from
4    the program from once it was started on the
5    square inch reduction for the cage space of
6    the birds.
7        Q.    The minutes go on to say,
8    "While objecting to any changes in the UEP
9    Certified program, Seger suggested that the
10   only answer is to move up the removal
11   schedule of flocks a few weeks and leave the
12   house empty for a period of time. He
13   suggested that breakers very likely will not
14   being buying surplus shell eggs until they
15   are given to them because of the large dried
16   eggs inventory."
17           What do you think Seger meant
18   when he said the only answer is to move up
19   the removal schedule of flocks a few week and
20   leave the house empty for a period of time?
21   Answer to what?
22           MR. BARNES: Objection to the
23       form of the question. Compound, and
24       the document speaks for itself.
25           THE WITNESS: What are you

Page 109

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2        asking me again?
3    BY MR. ALLEN:
4        Q.    Sure. I'll rephrase that.
5    Seger said that the only answer is to move up
6    the removal schedule of flocks a few weeks.
7    What did he mean when he said the only
8    answer?
9            MR. BARNES: Same objection.
10           THE WITNESS: I have no idea
11       what he actually meant by that.
12   BY MR. ALLEN:
13       Q.    Do you think that he was saying
14   that the only answer to the supply problems
15   that the egg industry was facing?
16           MS. ANDERSON: Objection to form
17       of the question.
18           THE WITNESS: That may have been
19       his opinion. I have no way of knowing
20       what he meant.
21   BY MR. ALLEN:
22       Q.    What's your understanding of
23   this as you sit here today? When you read
24   this, do you read it to say that Seger is
25   suggesting that egg producers should reduce

28 (Pages 106 - 109)

the supply of eggs in order to increase the prices?

MR. BARNES: Object to the form. Compound.

THE WITNESS: I would assume that's what he was meaning, I have no idea.

BY MR. ALLEN:

Q. The minutes go on to say, "It was moved by Baker and seconded by Schimpf to recommend to the members a program calling for flocks to be molted six...weeks earlier than previously scheduled and to dispose of spent hens six...weeks earlier than previous scheduled.

The motion passed unanimously.

Did you vote for that motion?

A. No.

Q. No, you didn't?

A. No.

Q. Did you abstain from that vote?

A. I either would have abstained or I might have voted and not removed my mute button on my phone. I have no idea. We were





in the breaking and drying business. We always produced to the maximum we could and we always dried. That's a time of the year we're putting away dry product.

Q. Do you agree that the recommendation by the Marketing Committee to molt the flocks earlier than previously scheduled and dispose of spent hens would reduce egg production?

A. It may have for certain producers, you know, that we'd do that. There's a lot of producers that never have done any of the things that UEP suggested.

Q. Did -- I'm sorry.

A. Because a lot of us get -- three, four different kind of producers. You have people that are in the drying and breaking business only. I mean, you know, Michael Foods, for instance, they're never going to sit there and kill chickens. They've got to have every egg from every bird that they put in the chicken house because they're selling pounds. If you have empty space, you're not selling pounds. We have





bar breaking plants, we always go to the fullest. We never -- what we don't want is empty space in the henhouse. There's a lot of producers here that had what they call contract farms. They had the option of leaving the farm empty. We didn't. It costs us money.

Q. So would Rose Acre -- I'm sorry. Go ahead.

A. A contract farm -- you have to understand, a contract farm is a farm where a producer goes out and contracts with farmers to put eggs in or chickens in to get eggs. They have the option of, okay, we can sell that flock, they want to sell it early, they don't have to make a contract payment. My cost to produce, Michaels' cost to produce, it doesn't change. The only thing we save is the cost of feed. That's our only variable cost. Everything else stays the same. So if we produce less pounds next week, our costs goes up. We don't want our cost to go up.

Q. Is feed a significant expense in the egg industry?





A. Yes.

Q. So when egg prices are bad, is Rose Acre Farms still producing as many eggs as it is can?

A. Yes, because the price of eggs never drops below the price of feed.

Q. But there are other costs, right, other than feed? What are the other big transactional or variable costs for egg producers?

A. A producer who doesn't have the option to break will have an extra cost of a carton and a case. Every other cost they have, the feed and the material that you package the stuff in is only two costs that go away if you sell the chicken early for the average shell egg producer. If you're in the breaking business, the only cost that goes away would be the cost of your feed. You still have the electric in the building, the lights are on, you wouldn't run as many fans, that's a half cent a dozen, though.

\- - -

(Exhibit 12, 2/07 United Voices

Page 114

MARCUS RUST - HIGHLY CONFIDENTIAL
1 newsletter, Bates UE0133262 -
2 UE0133265, was marked for
3 identification.)
4
5             - - -
6 BY MR. ALLEN:
7      Q.   Mr. Rust, I'm handing you
8 what's been marked as Exhibit 12, which is a
9 February 2007 UEP newsletter, Bates stamped
10 UE0133262 through 65. Rose Acre was still a
11 member of the UEP in 2007. Is that correct?
12     A.   Correct.
13     Q.   You were still on the board of
14 directors. Correct?
15     A.   Yes.
16     Q.   Did you review this newsletter
17 in preparation for your deposition?
18     A.   I don't think this one.
19     Q.   I'd like to direct your
20 attention to the article on the second page
21 of the newsletter titled, "The Egg Market."
22 The first paragraph of that article states,
23 "With producers having adjusted their egg
24 supply in late December, unexpected increase
25 demand, weather problems across many parts of

Page 115

MARCUS RUST - HIGHLY CONFIDENTIAL
1 the country, and the USEM sizable shell egg
2 export, egg prices have been extremely good
3 between the period of November 1st through
4 today's date. The Midwest Urner Barry Large
5 quote averaged $1.06 during the period and
6 reached a near record price of $1.36 during
7 the January 29th week. Prices fell just
8 short of the record price of $1.37 in
9 November 2003."
10     Did I read that correctly?
11     A.   Yes.
12     Q.   On the next page, page 3 of the
13 newsletter, Bates stamped UE0133264, the
14 article goes on to state, the fourth
15 paragraph down, "The best immediate answer to
16 assure profitable prices is for the industry
17 to show some restraint. Producing more eggs
18 than the market demands at profitable prices
19 is never good business and everyone should
20 study their own personal supply/demand
21 conditions and adjust accordingly."
22     Did I read that correctly?
23     A.   That's what it says.
24     Q.   Do you agree that this article

Page 116

MARCUS RUST - HIGHLY CONFIDENTIAL
1 recommends that egg producers restrain
2 production in order to assure profitable
3 prices?
4      MR. BARNES: Object to the form.
5 It misstates the article.
6      THE WITNESS: It says right
7 there everyone should study their own
8 personal supply/demand conditions and
9 adjust accordingly. That's what
10 producers do. Some guys it's to their
11 benefit not to have chickens, it's to
12 our benefit to have more chickens.
13 BY MR. ALLEN:
14     Q.   Do you agree in this article
15 that the UEP is recommending that producers
16 reduce their production?
17     A.   It says look at their own --
18 it's a voluntary program, what they can do or
19 not do.
20     Q.   What's your understanding as
21 you sit here today of the sentence that says,
22 "The best immediate answer to assure
23 profitable prices is for the industry to show
24 some restraint"?

Page 117

MARCUS RUST - HIGHLY CONFIDENTIAL
1     A.   That would have been the
2 opinion of whoever wrote that, I guess.
3     Q.   I understand. I mean, it's a
4 UEP newsletter. This is the official UEP
5 newsletter. Correct?
6     A.   This is the voice mechanism of
7 the guy that runs the UEP, I guess. I don't
8 know who writes the article.
9     Q.   Do you understand that sentence
10 to mean that the UEP is suggesting by saying
11 restraint, that UEP producers reduce their
12 production?
13     MR. BARNES: Object to the form.
14     THE WITNESS: Repeat your
15 question.
16 BY MR. ALLEN:
17     Q.   Do you understand that sentence
18 to mean that the UEP is suggesting by using
19 the word "restraint," that UEP producers
20 reduce their production?
21     MR. BARNES: Same objection.
22     THE WITNESS: They may have been
23 targeting us, again, saying that we
24 shouldn't be out building or adding.

Page 118

MARCUS RUST - HIGHLY CONFIDENTIAL

1 I don't know what they meant by
2 restraint.
3
4 BY MR. ALLEN:
5     Q.    You testified earlier that you
6 never objected to any of the newsletters that
7 the UEP published.  Is that correct?
8     A.    Correct.
9     Q.    Do you know whether anyone at
10 Rose Acre voiced any objections to this
11 newsletter?
12     A.    I stated previously, I have no
13 knowledge of anyone at our company having
14 objected to any newsletter.  When someone
15 sends you a newsletter, why would you object
16 to it?
17     Q.    If you didn't agree with what
18 was being said --
19     A.    UEP is an organization of many
20 kinds of farmers.  There is suggestions
21 they're making that's going to fit one type
22 of farmer very well.  It isn't going to fit
23 for another type of farmer at all.
24                 - - -
25         (Exhibit 13, 3/14/07 United

Page 119

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2     Voices newsletter, Bates UE0133214 -
3     UE0133217, was marked for
4     identification.)
5                 - - -
6 BY MR. ALLEN:
7     Q.    Mr. Rust, I'm handing you
8 what's been marked as Exhibit 13, which is a
9 United Voices newsletter, dated March 14,
10 2007, Bates stamped UE0133214 through 217.
11 The title of the article on the first page
12 is, "Two Important Events Are About To Take
13 Place."  Correct?
14     A.    Yes, that's what the title --
15 headline says.
16     Q.    Towards the bottom of page 1,
17 the very last paragraph, the article says,
18 "UEP's Production Planning Calendar reports
19 that the supply demand index will reach its
20 peak at 148% by the first week of April and
21 then begin to quickly decline and bottom out
22 at 75% by the second week of May.  History
23 tells us that we will begin to produce
24 surplus eggs the week after Easter and
25 continue until Labor Day."

Page 120

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2         On the next page, it goes on to
3 say, "The only way to avert this history and
4 minimize the market decline is for shell egg
5 producers to begin making plans NOW to molt
6 or dispose of flocks.  Take a look at your
7 personal history and learn how many surplus
8 eggs you were producing that had to be sold
9 to the Egg Clearinghouse, UEP, private
10 brokers, or to the egg breakers.  Make the
11 necessary adjustments."
12         Did I read that correctly, Mr.
13 Rust?
14     A.    You read what it says.
15     Q.    I'll note for the record that
16 the word "NOW" is bold, underlined and in all
17 capital letters.  And the last sentence,
18 "Make the necessary adjustments" is also in
19 bold.
20         Do you remember reading this
21 article?
22     A.    No.
23     Q.    Do you agree that the UEP in
24 this article is recommending that egg
25 producers reduce egg production in order to

Page 121

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 avoid a decline in egg prices?
3     A.    I agree it says take a look at
4 your personal history and learn how many
5 surplus eggs you are producing.
6     Q.    What's your understanding why
7 the UEP was recommending that producers do
8 that?
9         MS. ANDERSON:  Object to the
10     form of the question.
11         THE WITNESS:  Because, again,
12     you have multiple kinds of different
13     farmers in that organization.  What
14     fits one don't fit the rest.  So they
15     had to tell -- they're a united
16     organization of all kinds of egg
17     farmers.  You have egg breaking
18     companies in there, you have companies
19     who broke eggs and graded eggs.  You
20     have companies that contract farms
21     only.  You have people who have both
22     contracts and in-line.  You have four
23     different, maybe five different kinds
24     of chicken farms in that.  For them to
25     make a broad statement of what fits

31 (Pages 118 - 121)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    one company type doesn't fit the other
3    four.  So they have to make a
4    recommendation of something that may
5    fit one or two or three in the room.
6 BY MR. ALLEN:
7    Q.   Do you agree that despite
8 having multiple different types of companies
9 in the UEP, in this newsletter, the UEP is
10 suggesting that all of its members reduce
11 production?
12        MR. BARNES:  Object to the --
13        MS. ANDERSON:  Object to the
14    form of the question.
15        MR. BARNES:  Thank you.
16        THE WITNESS:  What are you
17    saying?
18 BY MR. ALLEN:
19    Q.   So generally speaking, Mr.
20 Rust, do you agree that the UEP is
21 recommending in this article that its members
22 reduce their production?
23        MR. BARNES:  Same objection.
24        THE WITNESS:  That's what they
25    may be -- what it may be saying, yes.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 BY MR. ALLEN:
3    Q.   I mean, I'm looking at the
4 first sentence on the second page that says,
5 "The only way to avert this history and
6 minimize the market decline is for shell egg
7 producers to begin making plans NOW to molt
8 or dispose of flocks."  And disposing of
9 flocks reduces egg production, does it not?
10        MR. BARNES:  Object to the form.
11        THE WITNESS:  Then it says,
12    "Take a look at your personal
13    history..."  It's a voluntary thing.
14 BY MR. ALLEN:
15    Q.   I understand it's voluntary.  I
16 understand that you're saying that.  But do
17 you agree that molting a flock --
18    A.   I agree what it says there.
19    Q.   Well, do you agree that molting
20 a flock reduces production at least
21 temporarily?
22    A.   For the next six weeks.
23    Q.   It reduces production?
24    A.   Only from that house.  But it
25 has nothing to do with what he done with his

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 house or Joe done with his house or you did
3 with your house.  We have no idea what the
4 other person did.
5    Q.   If all of the UEP members
6 molted their flocks at the same time, during
7 that six-week period that the flocks are
8 molting, would egg production go down?
9        MR. BARNES:  Object to the form.
10        THE WITNESS:  If every producer
11    in the United States molted their
12    flocks tomorrow, production might go
13    down, it would go down.
14        MR. BARNES:  For six weeks.
15        THE WITNESS:  For six weeks.  It
16    don't change overall supply of eggs,
17    though.
18        MR. MONICA:  You're answering a
19    little too fast, give him a chance to
20    finish.
21        THE WITNESS:  I just want to get
22    this over with.
23        MR. MONICA:  I know.
24        MR. BARNES:  Take your time,
25    listen to counsel's questions.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Address his questions.
3 BY MR. ALLEN:
4    Q.   Mr. Rust, I'd like to ask you
5 some questions about the United States Egg
6 Marketers.  Will you understand what I'm
7 referring to if I refer to the United States
8 Egg Marketers as USEM?
9    A.   Yes.
10    Q.   Based on your experience on the
11 UEP's board of directors, are the UEP and the
12 USEM independent entities?
13        MS. ANDERSON:  I'm sorry, can
14    you repeat?  I didn't hear you.
15        MR. DAVIS:  Objection.  Lacks
16    foundation.
17 BY MR. ALLEN:
18    Q.   I'll repeat the question.
19    Based on your experience on the
20 UEP's board of directors, are the UEP and
21 USEM independent entities?
22        MR. BARNES:  May I just
23    interrupt?  The U.S. Egg Marketers has
24    been referred to as USEM.
25        MR. ALLEN:  I'll refer to it

32 (Pages 122 - 125)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    that way.
3         MR. BARNES: So if you say USEM,
4    everyone will recognize the name --
5         MR. ALLEN: Fair enough.
6         MR. BARNES: -- rather than
7    USEM.
8         MR. ALLEN: Fair enough.
9         MR. MONICA: I didn't know what
10   USEM was. Sorry.
11        MR. BARNES: Sorry for the
12   interruption.
13        MR. ALLEN: That's how I say it
14   in my head.
15   BY MR. ALLEN:
16   Q.   Mr. Rust, for the rest of the
17   deposition I'll refer to the United States
18   Egg Marketers as USEM.
19   A.   Okay.
20   Q.   Based on your experience on the
21   UEP's board of directors, are the UEP and
22   USEM independent entities?
23   A.   Yes.
24   Q.   Do you know where the UEP is
25   based?

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.   In Georgia.
3    Q.   Do you know where in Georgia?
4    A.   Let me think. I forget the
5    name of the town. I've never been to their
6    office.
7    Q.   Do you know where the USEM is
8    based?
9    A.   I believe it is the same
10   office.
11   Q.   Same office?
12   A.   Yes.
13   Q.   What is your understanding of
14   the USEM's purpose?
15   A.   It's an egg export. Whenever
16   they can get large amounts of a big export
17   order, it was a group formed to export eggs
18   and supply needs for other countries.
19   Q.   Is that the -- what else does
20   the organization do other than exports, or is
21   that it?
22   A.   That's the only thing it's
23   done.
24   Q.   When did Rose Acre join USEM?
25   A.   Right after we started building

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    our facility in North Carolina.
3    Q.   Do you know when that was?
4    A.   About 2006, 2007, something
5    like that.
6    Q.   Why did Rose Acre join USEM?
7    A.   We was building a three and a
8    half -- actually were permitted for four
9    million bird egg laying complex in North
10   Carolina. It was brand new. And we was
11   going to be creating a large surplus of eggs
12   into that area of the country, and our
13   facility was going to be the closest facility
14   to the Norfolk port which is the largest
15   shipping -- one of the largest shipping ports
16   from the United States. And it would have
17   gave us an advantage to be a -- we would have
18   had surplus eggs that we could have shipped
19   there at a better price than anyone else
20   could have. We would have netted more.
21   Q.   From your North Carolina
22   facility?
23   A.   From our North Carolina
24   facility.
25   Q.   Did all the USEM exports in

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    which Rose Acre participated only use eggs
3    from the North Carolina facility?
4         MR. BARNES: I'm going to object
5         to the form of that question. He can
6         answer if you understands it.
7         THE WITNESS: From recollection,
8         some of what was shipped actually went
9         to Japan. And when those would ship,
10        they would ship from the Iowa
11        facility.
12   BY MR. ALLEN:
13   Q.   Okay. I don't think I asked
14   that question clearly. Rose Acre
15   participated in USEM exports. Is that
16   correct?
17   A.   Correct.
18   Q.   And when Rose Acre supplied
19   eggs for those exports, did some of the eggs
20   come from facilities other than your North
21   Carolina facility?
22   A.   I would assume most would have
23   come from there. That would have been the
24   closest to that port. If that's which port
25   they got shipped from. Sometimes whenever an

33 (Pages 126 - 129)

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 order got done, it wouldn't necessarily go
3 from that port.
4        Q.    Do you know whether there were
5 eggs that Rose Acre supplied for USEM exports
6 that came from other facilities?
7        A.    I think some come from Iowa, I
8 told you earlier, and went west.
9        Q.    When Rose Acre joined the USEM,
10 were there employees of UEP who were also
11 employees of USEM that you know of?
12        A.    USEM had a -- there was really
13 no employees.  They always -- they hired a
14 contracted office staff from UEP to do what
15 little was done for USEM.
16        Q.    So do you know whether some of
17 the employees for USEM also worked for UEP?
18        MR. DAVIS:  Objection.
19        Misstates the testimony.
20        THE WITNESS:  I'm not sure what
21        the relationship was of the people.  I
22        think from my recollection, it could
23        have been kind of a contract between
24        USEM and United Egg Producers.
25 BY MR. ALLEN:

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2        Q.    Do you by any chance remember
3 any specific employees who worked for both
4 USEM and UEP?
5        A.    I don't specifically know of an
6 employee that worked for USEM.
7        Q.    Did Gene Gregory work for USEM?
8        A.    I don't think so under -- when
9 I -- as an employee, I don't think so.
10        Q.    Did he work in any capacity for
11 USEM?
12        A.    He may have represented
13 something USEM has a -- under contract from
14 U.S. Egg Marketers from UEP.
15        Q.    I'm not sure I understand what
16 you mean.
17        A.    My recollection, and this may
18 be totally wrong, is that there was some type
19 of a contract arrangement for services
20 needed, like to write something down on a
21 piece of paper and type it up, mail it out.
22 So when UEP would do that under a contractual
23 arrangement of some type.  I don't -- I
24 forget what the details were.
25        Q.    Do you know whether any of the

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2 management was the same, meaning were some of
3 the managers of the USEM also the managers of
4 the UEP?
5        A.    Never really had a manager to
6 my recollection.  At one point in time before
7 we were ever a member they used to have an
8 individual that done the USEM work.  My
9 understanding was through the years, they
10 never exported enough stuff to justify hiring
11 another one when he died.
12        Q.    Who ran the USEM?
13        MR. BARNES:  When?
14        THE WITNESS:  When?
15 BY MR. ALLEN:
16        Q.    Whenever you joined.  When did
17 you join again, Mr. Rust, 2007?
18        A.    2006 or '07.
19        Q.    So at that time, do you know
20 who ran the USEM?
21        A.    My recollection, the head of
22 USEM was Larry Seger at that time.
23        Q.    How about in 2008?
24        A.    I think Larry was the chairman
25 or whatever, chairman or CEO or whatever his

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2 title was.  He was another egg producer, he
3 ran that organization from -- up until he
4 died I think.  I don't think he was ever
5 replaced.
6        Q.    Were you ever a member of the
7 UEP's Export Committee?
8        A.    I was from the time that we
9 joined USEM.
10        Q.    What was the purpose of that
11 committee?
12        A.    That was whether or not to --
13 we would look at an export order and make a
14 determination if it was something we would
15 take to the members to vote on whether or not
16 they would do it or not.
17        Q.    I'd like to talk to you a
18 little bit about that process.  Did USEM or
19 UEP members initiate the export process?
20        MR. BARNES:  Object to the form.
21        Compound.
22        MR. ALLEN:  I'll restate that
23        question.  I don't think it was clear.
24 BY MR. ALLEN:
25        Q.    Who decided whether an export

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 should happen, was it the USEM or the UEP?
3     A.    First of all, there had to be
4 someone, some part of the planet that wanted
5 to buy the egg.  And it was pretty well known
6 within the broker groups around the world
7 that all of the individuals -- or there's a
8 lot of individual UEP members who exported
9 eggs on a regular basis.  And USEM was only
10 going to take export orders of large
11 quantities, because what would happen, a lot
12 of the buyers would go up, they would want to
13 buy a boatload or a half a boatload of eggs.
14 No producer had that much surplus to be able
15 to fill that order.  So it would take a --
16 we'd have to find -- everyone would have to
17 agree to put in enough eggs to fill the boat
18 up for the shipment.  So to do that, USEM
19 then would contact the Export Committee and
20 says we have a broker that says they had so
21 many or if they had so many, they would call
22 a broker and say can you find someone that's
23 interested in this amount of eggs.
24     Q.    So you said the broker would
25 call USEM?

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2     A.    That's what happens most of the
3 time, yes.
4     Q.    Who would they call at USEM, do
5 you know?
6     A.    They would -- there was --
7 either they would contact one of the girls
8 down there.  I think it's Phyllis maybe.
9     Q.    So the broker would call the
10 USEM and say we're ready for an export, and
11 would the USEM then call the UEP/USEM
12 Committee?
13     A.    Correct.
14     Q.    And then the USEM Committee
15 would then contact the members to see whether
16 it could generate enough eggs for the export.
17 Is that correct?
18     A.    And/or the Export Committee may
19 have called the broker and said the USEM
20 can't come up, is there anyone looking.  I
21 don't know which way it took place.  But it
22 took -- many times we would get offers and
23 then when we'd come in and make an offer and
24 it would be at the wrong time or something
25 that didn't work for the members.

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2     Q.    So would the broker sometimes
3 call the USEM Committee directly?
4     A.    They would call to the contact
5 person there at UEP.
6     Q.    At UEP?
7     A.    Who was under contract with
8 USEM.
9     Q.    So sometimes the brokers would
10 call the UEP directly saying we have some
11 people who need some eggs.
12     A.    There's only like four major
13 brokers in the world that handle the exports,
14 and if they was looking for something, they
15 would contact the contact person at USEM --
16     Q.    At USEM?
17     A.    -- who was actually an employee
18 of UEP, from my understanding, under contract
19 to USEM.
20         MR. BARNES:  Marcus, you're
21     using the term "USEM."
22         THE WITNESS:  USEM.
23         MR. BARNES:  He used USEM and we
24     corrected him.
25         MR. MONICA:  Now you're doing

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 it.
3         MR. BARNES:  Now you're doing
4     it.
5         THE WITNESS:  Well, USEM is what
6     we always call it.
7         MR. BARNES:  Oh, is it really?
8         THE WITNESS:  Yes.
9         MR. BARNES:  I never knew that.
10     You call it whatever you want.
11         THE WITNESS:  USEM, whatever.
12     USEM.
13         MR. BARNES:  As long as --
14         THE WITNESS:  As long as the gal
15     understands it.
16         MR. BARNES:  As long as counsel
17     understands what you're saying.
18         MR. MONICA:  And the court
19     reporter.
20         MR. BARNES:  And the court
21     reporter.
22 BY MR. ALLEN:
23     Q.    How many USEM exports did Rose
24 Acre participate in?
25     A.    A couple maybe.

35 (Pages 134 - 137)

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.   Less than five, more than five?
3     A.   Less than five.  Well, I take
4  that back.  What time period?
5     Q.   Total.
6     A.   Today probably -- we've done a
7  lot in the last year and a half.
8     Q.   Okay.  How about 2008 -- or
9  2007 to 2008?
10    A.   I think in that time period,
11 maybe a couple.  I don't recall the dates.
12 You'd have to look at the records.
13    Q.   Between 2007 and 2008, you
14 think it was less than five or more than
15 five?
16    A.   I have no idea when the orders
17 were, when the date.  I just -- you'd have to
18 show me some paperwork.
19    Q.   Why did Rose Acre participate
20 in exports, was it to make money?
21    A.   It was because we could get a
22 better price for the egg on the export than
23 we could breaking it or we wouldn't have
24 participated.
25    Q.   So you were always paid for the

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  eggs?
3     A.   Yes.
4     Q.   Who would negotiate the pricing
5  in a USEM export?
6     A.   It would be a -- kind of a
7  banter back and forth.  That was up to the
8  Export Committee to determine if the price
9  was good enough to take to the members to
10 vote on.  The members ultimately would decide
11 the price.
12    Q.   Would the members actually
13 negotiate the price or would they just accept
14 the price that was presented to them?  Or
15 decide whether to accept the price that was
16 presented to them?
17    A.   I think, from my experience, it
18 was they always listened to what the broker
19 would tell them.  And after we got involved,
20 because we exported, we made sure that the
21 price they got was as good a price as they
22 could get.
23    Q.   So the broker is the go between
24 between the buyer and the egg sellers.
25 Correct?

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     A.   Correct.
3     Q.   So who is communicating with
4  the broker on the price issue, is it the USEM
5  committee?
6     A.   The committee would have a --
7  we would have a conference call.  There would
8  have been a contact from either the broker
9  that said -- I'm trying to think how it would
10 work.  They would contact us and say we've
11 got an offer for 50 loads or 100 loads at
12 this price.  Then we would have a discussion
13 and say yea or nay, we like that, don't like
14 it or we think the price should be this.
15    Q.   When you say "we," are you
16 referring to the USEM Committee?
17    A.   The committee.  Then we would
18 have to take it to the members to vote on
19 whether they would accept that price or not.
20    Q.   The members would vote?
21    A.   Correct.
22    Q.   So then the members always knew
23 how much they were going to be paid for the
24 eggs before they decided whether to
25 participate or before they voted?

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     A.   Correct.
3     Q.   Did Rose Acre participate in
4  any egg exports where the eggs were sold for
5  less than they could have been sold for in
6  the United States?
7     A.   At the time of the sale, we
8  always made sure it was a price better than
9  we could get here breaking eggs.
10    Q.   Did Rose Acre ever participate
11 in an export where it realized less net
12 profit after shipping and other transactional
13 costs than it could have realized if it sold
14 the eggs in the United States?
15    A.   Any time you make a sale and if
16 you miss-guess where the market was going,
17 you could have been ahead or behind, Monday
18 morning quarterbacking on any sale.  We
19 always looked at it what can we get from ECI,
20 what can we get from U.S. breaker, what can
21 we get from the world market.
22    Q.   So does Rose Acre ever go into
23 an export knowing it was making less net
24 profit than it could make if it sold the eggs
25 in the United States?

36 (Pages 138 - 141)

Page 142

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.   We got more revenue.  Sometimes
3 you weren't -- just because you're selling,
4 whether there's a profit or not has nothing
5 to do with it.  We always look to maximize
6 total revenue.  If we got more revenue, we
7 participated in the export.
8    Q.   Do you agree that you can have
9 more revenue and less profit?
10    A.   Sometimes you have more -- you
11 have lots of revenue and no profit.
12    Q.   Right.  Generally speaking,
13 Rose Acre wants profit, right, that's why you
14 sell eggs?
15    A.   We want revenue and then we
16 hope there's something left over.
17    Q.   Which would be profit?
18    A.   Would be profit.
19    Q.   So do you agree that while an
20 export or any -- just generally speaking, you
21 could have a higher price somewhere, but
22 because of other transactional costs make
23 less money, so -- well, let me strike that.
24         I'll just ask this question:
25 Did Rose Acre participate in an export where

Page 143

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 it made less profit than it could have made
3 if it sold the same eggs in the United
4 States?
5         MR. BARNES:  Object to the form.
6         THE WITNESS:  I would have to
7         look at the records.  I don't -- I
8         think at the time we made any sales,
9         we maximized the revenue we could get
10         at the time.
11 BY MR. ALLEN:
12    Q.   Did USEM ever export eggs in
13 order to reduce the supply of eggs in the
14 United States?
15    A.   If you load any amount of eggs
16 up, put them on a boat and take them out of
17 the United States, there is less eggs in the
18 United States because you just loaded them on
19 a boat and shipped them out.
20    Q.   Did the USEM ever export eggs
21 for that purpose, to reduce supply?
22    A.   To sell extra eggs surplus,
23 yes.
24    Q.   Did they -- did they
25 actually -- did USEM export eggs for the

Page 144

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 purpose of reducing the supply in the United
3 States?
4         MR. BARNES:  Objection.
5         MS. ANDERSON:  Objection.
6         MR. BARNES:  Asked and answered.
7         THE WITNESS:  We exported eggs
8         to sell surplus eggs that we had that
9         we could utilize for better money
10         overseas.
11 BY MR. ALLEN:
12    Q.   But was the purpose of the
13 export to reduce the supply and increase the
14 prices in the United States?
15         MR. BARNES:  Same objection.
16         THE WITNESS:  What is the
17         purpose of when you sell corn, you
18         know, they load boats of corn and
19         export that every day.  Do we condemn
20         corn farmers for selling corn
21         overseas?
22 BY MR. ALLEN:
23    Q.   Well, I'm asking whether the
24 purpose -- you're not answering the question
25 I'm asking.  The question I'm asking is

Page 145

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 whether --
3         MR. BARNES:  He is, Counsel.
4 BY MR. ALLEN:
5    Q.   -- whether the purpose of the
6 export is to reduce the supply in the United
7 States and increase the prices?
8    A.   The purpose of --
9         MR. BARNES:  Objection to form.
10         Asked and answered.  You can answer it
11         again, Mr. Rust.
12         THE WITNESS:  The purpose of an
13         export for us was to maximize revenue.
14 BY MR. ALLEN:
15    Q.   To maximize revenue, how so?
16         MR. BARNES:  Object to the form.
17         Vague and indefinite.
18         THE WITNESS:  For the sale of
19         the egg that we can make at that time.
20 BY MR. ALLEN:
21    Q.   So is it your testimony here
22 today, sir, that the USEM did not export eggs
23 to reduce the supply of the eggs in the
24 United States?  Is that your testimony?
25         MR. BARNES:  Object to the form.

37 (Pages 142 - 145)

Page 146

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2    THE WITNESS: No.
3 BY MR. ALLEN:
4    Q.    That's not your testimony?  Mr.
5 Rust, I'm trying to establish whether --
6 you're saying that you're exporting eggs to
7 generate revenue.  Correct?
8    A.    Correct.
9    Q.    Do you agree that when -- and
10 you stated this earlier, that when eggs are
11 exported, there are less eggs in the United
12 States.  Correct?
13    A.    If you load the egg on a boat,
14 there's going to be less in the United
15 States.
16    Q.    And I'm wondering if the USEM,
17 to your knowledge, ever organized an export
18 specifically to reduce the supply of eggs in
19 the United States?
20    MR. BARNES:  Object to the form.
21    THE WITNESS:  Not the supply.
22 We reduced the amount.
23 BY MR. ALLEN:
24    Q.    How is the amount different
25 from the supply?

Page 147

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.    Because you have -- if you load
3 eggs -- you have inventory, you've got
4 projected inventory which you're going to
5 have.  And if you don't -- if you're going to
6 have extra eggs, you can make a commitment to
7 sell them.  If you're not going to have
8 extra, you can't make a commitment to sell
9 them because you don't have extra.
10    Q.    Do you agree that the reduction
11 in supply of eggs that resulted in exports
12 sometimes caused egg prices in the United
13 States to go up?
14    MR. BARNES:  Object to the form.
15 Speculation.
16    THE WITNESS:  It's possible.
17 Sometimes it will go down.  You don't
18 know.  It's all a matter of what the
19 demand was here in the U.S.
20 BY MR. ALLEN:
21    Q.    What are surplus eggs?
22    A.    What are surplus eggs?
23    Q.    Yes.
24    A.    Most of the retail chains have
25 what they call -- we have -- in

Page 148

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 specifications we're allowed to ship eggs to
3 a retail customer once they get -- they have
4 to be within five days or seven days of
5 dating from the date they're laid.  A surplus
6 egg, whenever their sales fall off, then we
7 start accumulating surplus.  We have eggs
8 that we get produced that we can't ever ship
9 to those customers because of that dating
10 requirement because they require fresh eggs.
11 They'll have date of lay specifications when
12 you have to ship them.  The surplus egg is
13 one that doesn't meet those code dates.  So
14 we as a producer, we have to anticipate what
15 the customer is going to order and we take
16 historical records and look at what their
17 orders, you think their orders are going to
18 be, and you know you're going to have X
19 amount of surplus in a time period.  If you
20 know you're going to have X amount of surplus
21 in a time period, then you take that surplus
22 and you make a projection and say, we have to
23 find another home for that.  That becomes --
24 your other home becomes how can I maximize my
25 revenue.  You know, the egg market is high

Page 149

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 usually in the fall.  It's usually very cheap
3 in the spring and summer.  As a producer,
4 we -- your goal is to maximize revenue from
5 that flock of birds, you're constantly
6 adjusting your flocks, you're constantly
7 adjusting the amount of eggs that you have
8 and you try -- if you're going to do a
9 remodel, if you're going to do whatever,
10 you're always looking and balancing that
11 supply.
12    Q.    So is a surplus egg one that
13 just doesn't meet the fresh by date?
14    A.    Correct.
15    Q.    It's still a good egg, though?
16    A.    It's a good egg, but you're
17 limited who you can sell it to.  And the
18 breakers know that, so the breakers look at
19 it, they'll sit there and if think that we're
20 producing a -- if the non-breakers are
21 producing a surplus, they immediately drop
22 the prices and don't offer as much.  Then the
23 market goes down.
24    Q.    How long is an egg good?
25    A.    It can be broken for -- I think

38 (Pages 146 - 149)

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 the law lets you break it for 60 days.  And
3 you can't sell it in the shell market if it's
4 over 30 days old.  So you have a very limited
5 time window.  In our coolers at our farms, we
6 can hold three and a half days' worth of
7 production total.  So, you know, the old
8 saying, sell them or smell them.
9      Q.    Got it.
10     A.    You have to do a lot of
11 projecting of where you think you're going to
12 be.
13              - - -
14     (Exhibit 15, 2/03 United Voices
15     newsletter, Bates UE0135552 -
16     UE0135556, was marked for
17     identification.)
18              - - -
19 BY MR. ALLEN:
20     Q.    Mr. Rust, I'm handing what's
21 been marked as Exhibit 15.
22     MR. BARNES:  No 14?
23     MR. ALLEN:  We skipped one.
24     MR. BARNES:  Reminds me of
25     bingo.

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 BY MR. ALLEN:
3      Q.    Exhibit 15 is February 2003 UEP
4 newsletter, Bates stamped UE0135552 through
5 56.  I'll direct your attention to the
6 article titled, "UEP Thanks USEM Members" on
7 the third page of the newsletter.  There are
8 two second pages in the edition that was
9 produced, so it's actually on the fourth page
10 of the packet, page Bates stamp is UE0135555.
11 Do you see the article, Mr. Rust?
12     A.    Yes.
13     Q.    The article states, "During
14 times of the year when demand for eggs is
15 low, exporting has proven to be very helpful.
16 A great big 'Thank You' goes out to the 61
17 companies that support the export program
18 through their USEM membership.  These
19 companies are committed to improving the
20 market during these low demand periods.
21 These 61 companies understand the impact and
22 export, at the right time and the right
23 number of loads, can benefit the industry.
24 They are so committed to USEM and exporting
25 that they are willing to pay their share even

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 though non-members benefit without
3 contributing.  If your company is not listed
4 below, now is a great time to join USEM and
5 help share in the costs.  Without better
6 participation, future export opportunities
7 are questionable.  Therefore, leading to
8 higher suppliers and lower egg prices.  Who
9 wants that?"
10     Did I read that correctly, Mr.
11 Rust?
12     A.    That's what it reads.
13     Q.    You agree that this article
14 states that egg exports can improve the
15 prices of eggs in the United States?
16     MR. BARNES:  Object to the form
17     of the question.  The document speaks
18     for itself.
19     THE WITNESS:  I agree that's
20     what it says there.
21 BY MR. ALLEN:
22     Q.    You were a UEP board member in
23 2003, correct?
24     A.    Yes.  But I was not a member of
25 USEM at that time.

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2     MR. BARNES:  You're not listed
3     as one of those 61 companies, either.
4              - - -
5     (Exhibit 16, Two E-mails, Bates
6     RAUPDATE0043641 & RAUPDATE0044348, was
7     marked for identification.)
8              - - -
9 BY MR. ALLEN:
10     Q.    Mr. Rust, I'm handing you
11 what's been marked as Exhibit 16, which is an
12 e-mail from Gene Gregory dated December 21,
13 2007, Bates stamped RAUPDATE0043641.
14     Mr. Rust, you're shown as one
15 of the recipients of this e-mail.  Correct?
16     A.    Yes.
17     Q.    Did you review this document
18 when preparing for your deposition, Mr. Rust?
19     A.    No.
20     Q.    Do you want to read the e-mail?
21     A.    Do you want me to read it?
22 [Reviewing document.]
23     I've read it.
24     Q.    This e-mail is about a
25 commitment by the UEP to donate 50 truckloads

39 (Pages 150 - 153)

Page 154

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2  of eggs to a food bank approximately two
3  weeks before Easter.  Is that right?
4      A.   Yes.
5      Q.   Towards the bottom of the
6  e-mail it says in bold, "While we have not
7  said so before - think how much this could
8  help improve the price of eggs around Easter
9  when 50 loads are taken off the market and
10 donated.  Think what would happen if United
11 States Egg Marketers...were to export 50
12 loads about that time."
13         Did I read that correctly, Mr.
14 Rust?
15     A.   Yes.
16     Q.   Do you agree that Mr. Gregory
17 in this e-mail is saying that a USEM export
18 of 50 loads two weeks before Easter would
19 increase the egg prices?
20         MR. BARNES:  Objection to form.
21         MR. DAVIS:  Objection.  Calls
22     for speculation.
23         THE WITNESS:  I don't agree.
24 BY MR. ALLEN:
25     Q.   What is your understanding as

Page 155

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2  you sit here today, Mr. Rust, and based on
3  your experience as a member of the UEP board
4  of directors as to what Mr. Gregory means in
5  this e-mail?
6          MR. DAVIS:  Objection.
7          THE WITNESS:  Well, 50 loads
8      isn't going to adjust the egg market
9      one way or the other.
10 BY MR. ALLEN:
11     Q.   It's not --
12         MR. DAVIS:  Lacks any foundation
13     to testify as to what Mr. Gregory
14     means.
15         COURT REPORTER:  Mr. Davis,
16     please repeat your objection.
17         MR. DAVIS:  Mr. Rust lacks any
18     foundation to testify as to what Mr.
19     Gregory means.
20 BY MR. ALLEN:
21     Q.   Mr. Rust, I don't want you to
22 speculate.  I'm asking you what your
23 understanding of this is as you sit here
24 today based on your experience as a board
25 member of the UEP?

Page 156

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2          MR. DAVIS:  Counsel, excuse me.
3      You're asking Mr. Rust specifically
4      what Mr. Gregory means.  Those are
5      your words.
6  BY MR. ALLEN:
7      Q.   Did you understand my question?
8          MR. DAVIS:  You're absolutely
9      asking him to speculate.
10         THE WITNESS:  No.
11 BY MR. ALLEN:
12     Q.   Did you understand my question,
13 Mr. Rust?
14     A.   No.  Ask it again.
15     Q.   I'm asking you what your
16 understanding of this paragraph in this
17 e-mail means as you sit here today and based
18 on your significant experience in the egg
19 industry?
20     A.   My experience in the egg
21 industry, 50 loads of eggs one way or the
22 other isn't going to make that much
23 difference.
24     Q.   Why is that?
25     A.   It's a drop in the ocean.

Page 157

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2      Q.   So do you disagree with Mr.
3  Gregory's statement that this 50 load
4  donation could improve the price of eggs
5  around Easter?
6          MR. BARNES:  Object to the form.
7          THE WITNESS:  50 loads is half
8      our daily inventory.  Nothing in the
9      country.
10 BY MR. ALLEN:
11     Q.   Would reducing the supply of
12 eggs by 50 truckloads two weeks before Easter
13 increase the price of eggs?
14         MR. BARNES:  Object to the form
15     of the question.  Asked and answered.
16         THE WITNESS:  I personally don't
17     believe so.
18 BY MR. ALLEN:
19     Q.   Is demand for eggs typically
20 higher around Easter?
21     A.   Demand, years ago it was.
22 Today it's a -- what I call a three second
23 holiday.
24     Q.   Why is that?
25     A.   If you save inventory for

40 (Pages 154 - 157)

MARCUS RUST - HIGHLY CONFIDENTIAL

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 Easter, you could get burned with it and
3 you're going to -- the price after Easter
4 drops like a rocket.  I tell our people don't
5 ever build inventory for Easter anymore.
6      Q.    So the price after Easter drops
7 like a rocket?
8      A.    Yes.  People buy plastic eggs
9 today.
10     Q.    Is the price generally higher
11 around Easter?
12     A.    It's generally higher is the
13 perception.
14     Q.    In 2007 -- you said years ago
15 the demand was higher, and it sounds like
16 you're saying that now the demand is not so
17 high?
18          MR. BARNES:  Object to the form.
19          THE WITNESS:  Easter is not the
20     holiday that us egg guys used to think
21     it was.  Years ago when people would
22     hand color and do all that, Easter was
23     a great demand period.  What's
24     happened through the years, you know,
25     go to an egg hunt today, they don't

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2     hunt with real eggs, they hunt with
3     plastic eggs.  So we don't have
4     that -- the perception of Easter is
5     still a great market, but in reality,
6     it's what I -- what we lose the week
7     after Easter because of the eggs that
8     you did get colored we tend to eat and
9     they -- so you have a lot and then
10    they don't buy any the week after.
11    Then the market crashes usually after
12    Easter always.
13             - - -
14    (Exhibit 17, 8/1/08 Letter,
15    Bates RA0019214 - RA0019216, was
16    marked for identification.)
17             - - -
18 BY MR. ALLEN:
19     Q.    Mr. Rust, I'm handing you
20 what's been marked as Exhibit 17, which is a
21 letter to you from Gene Gregory dated
22 August 1, 2008, Bates stamped RA0019214.
23          Do you recognize this letter?
24     A.    Yeah, I can't say I recognize
25 it, but I think it looks like something we

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 would have got.
3      Q.    The subject line states,
4 "Export Order Approved By Members."  And the
5 letter pertains to a USEM export that Rose
6 Acre participated in.  Correct?
7      A.    Yes.
8      Q.    Would you like to read the
9 letter?
10     A.    I agree with what it -- it says
11 what it says.
12     Q.    The second line of the letter
13 says, "Your percentage share of this export
14 is 15,697 cases."  How is that percentage
15 determined?
16     A.    By the members of USEM and
17 amount of birds that they had.  They just
18 took an equal percentage of birds versus the
19 order, whoever listed the amount of birds or
20 bird capacity, we had, that's what percent of
21 the order you got as a member.  It was an
22 equal, everyone got an equal value or equal
23 share of the order.
24     Q.    So your percentage, your export
25 percentage was based on your production

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 capacity?
3      A.    Yes.
4      Q.    As compared to the rest of the
5 UEP members?
6      A.    No.
7          MR. BARNES:  Object to the form.
8 BY MR. ALLEN:
9      Q.    No?
10     A.    No.
11     Q.    So as compared to what then?
12     A.    USEM members.
13     Q.    USEM members?
14     A.    Correct.  You said UEP.
15     Q.    That's right, I did.
16          The last paragraph of the
17 letter states, "For those requesting UEP
18 traders to purchase their commitment in the
19 open market, you will be invoiced the
20 difference between the sale price of 58 cents
21 and the average price we have to pay to
22 purchase all the eggs in this pool.  We would
23 prefer to purchase all these eggs from USEM
24 members if at all possible."
25          Did I read that correctly?

Page 162

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2      A.    Yes.
3      Q.    Doesn't this suggest that the
4  export sale price of 58 cents was lower than
5  the price of eggs on the open market?
6            MR. BARNES: Object to the form.
7      The document speaks for itself.
8            THE WITNESS: It depends on what
9      the market was at that time.
10 BY MR. ALLEN:
11     Q.    Okay. But it sounds like the
12 USEM agreed to a sale price of 58 cents. Is
13 that right?
14           MR. BARNES: Object to the form.
15           THE WITNESS: It don't sound,
16     that's what it says.
17 BY MR. ALLEN:
18     Q.    And then it goes on to say,
19 "...you will be invoiced the difference
20 between the sale price of 58 cents and the
21 average price we have to pay to purchase all
22 the eggs in this pool."
23           So there's a difference between
24 the sale price, the export price of 58 cents
25 and what USEM might have to pay on the open

Page 163

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2  market to provide those eggs. Correct?
3            MR. BARNES: Object.
4            THE WITNESS: It could have been
5      either direction.
6  BY MR. ALLEN:
7      Q.    So sometimes, then, the USEM
8  would purchase eggs for an export that cost
9  more than they were going to be paid for the
10 eggs?
11     A.    They could have.
12     Q.    Why would the UEP members
13 participate in that kind of export when the
14 export price they're being paid for the eggs
15 is less than what the price of eggs is on the
16 open market?
17           MR. BARNES: Object to the form.
18           THE WITNESS: It depends on the
19     time of the year when -- what the eggs
20     availability was. Certain members may
21     not have had extra eggs at that given
22     time. To get their percentage, they
23     may have had to go out to get it. In
24     our situation we usually had the eggs,
25     because we always looked at it could

Page 164

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2      we get more break in numbers, get more
3      for the export order.
4  BY MR. ALLEN:
5      Q.    So is it true that sometimes
6  members had to go out and get eggs for an
7  export that cost more than they were going to
8  be paid for the eggs by participating in the
9  export?
10           MR. BARNES: Object to the form.
11           THE WITNESS: From the time a
12     sale would be made to the time that
13     the delivery was made, the market can
14     be different. So they may have ended
15     up paying more or paying less,
16     depending on what the market, what the
17     demand period in the market time was
18     at the time. It's hard to say. You'd
19     have to look at each specific order
20     and look and see what eggs traded at
21     before and after or during.
22 BY MR. ALLEN:
23     Q.    Do you remember how Rose Acre
24 provided its share of eggs for this export
25 specifically?

Page 165

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2      A.    Our chickens produced those
3  eggs.
4      Q.    Do you know whether for this
5  export Rose Acre made more money exporting
6  these eggs than it could have made if it sold
7  these eggs in the United States?
8      A.    We wouldn't have committed to
9  pricing to an export unless the pricing was
10 for better than we could have gotten for them
11 here.
12     Q.    Mr. Rust, when did the Rose
13 Acre -- I'm sorry, strike that.
14           When did Rose Acre join the
15 UEP's Animal Care Certified Program, later
16 called the UEP Certified Program?
17     A.    Sometime within six months of
18 us joining UEP.
19     Q.    Within six months of joining
20 UEP?
21     A.    Yes. I can't say that was all
22 of our flocks, but part of them.
23     Q.    You said that Rose Acre joined
24 the UEP in 2002. Correct?
25     A.    Correct.

42 (Pages 162 - 165)

Page 166

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    Why did Rose Acre join the UEP
3  Certified Program?
4    A.    We had multiple egg customers
5  who were requesting in their specifications
6  for us to sell them eggs, we were going to
7  have to be in the UEP Animal Care Certified
8  Program.
9    Q.    Which customers?
10   A.    At that time it was Wal-Mart
11  and Kroger.
12   Q.    Did they say that they weren't
13  going to do business with Rose Acre anymore
14  unless Rose Acre joined the UEP?
15   A.    Yes. My understanding was is
16  they were -- in their specifications there
17  was going to be including the specification
18  that the eggs had to meet and be done
19  according to those standards.
20   Q.    Did they --
21   A.    And they were going to agree to
22  pay us more money for us to join those
23  standards, and they did.
24   Q.    Did they explain why Rose Acre
25  joining UEP or subscribing to those standards

Page 167

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  was important to them?
3    A.    Yes.
4    Q.    What did they say?
5    A.    They were trying to get the
6  animal rightists off their back on how
7  different producers were producing eggs. And
8  they didn't want -- they wanted to maintain a
9  competitive playing field of producers out
10  there all on the same specification. They
11  didn't want Kroger -- what had happened in
12  the egg business, McDonald's come out and
13  announced to get -- you know, when the animal
14  rights groups started attacking them,
15  McDonald's came out and said, we're going to
16  give all of our chickens, I think it was
17  75 inches of space, when the rest of the
18  industry was -- a lot of us was giving
19  48 inches or 50 inches. McDonald's come out
20  and done that spec. Well, Burger King comes
21  along and their QC fanfare, whatever you want
22  to call it, PR department says, we're better
23  than McDonald's, we're going to give our
24  chickens 80 inches of space. And then some
25  other chain comes in and said we're going to

Page 168

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  do 85 inches. Well, the retail grocery
3  people decided, wait a second, if everyone
4  starts -- if Kroger has one spec and Myers
5  has another spec, Wal-Mart has another spec,
6  pretty soon all these egg producers are only
7  going to be tied to that and they're not
8  going to get competitive bids. They wanted
9  all the egg producers to be on the same
10  specification.
11       My understanding, they went to,
12  I think it was FMI or somebody, went to the
13  UEP organization which we was not a member at
14  the time, and they come up with this plan
15  that would be a phased-in period to get
16  everybody to a program that wouldn't disrupt
17  the marketplace. They didn't want a
18  disruption in the marketplace.
19   Q.    Isn't it true that under the
20  UEP program, egg producers were required to
21  increase the cage space per hen?
22   A.    To get to the Target that FMI
23  wanted us to get to I guess.
24   Q.    What does FMI stand for?
25   A.    Food Marketing Institute.

Page 169

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  That's a retail grocers' group or association
3  of retail grocers.
4    Q.    How much more space per hen was
5  required under the certified program?
6       MS. ANDERSON:  Object to the
7    form.
8       THE WITNESS:  At what time
9    period?
10  BY MR. ALLEN:
11   Q.    When Rose Acre joined in 2002.
12   A.    I'm not sure if immediately
13  there was any, but over a phased-in period of
14  X years, we had to adjust so much a year.
15  And they asked for the egg industry, from my
16  understanding, to come up with a schedule
17  that would equalize it and allow everybody to
18  grow into the specification.
19   Q.    And what was the -- how much
20  space per hen was Rose Acre using when Rose
21  Acre joined the UEP?
22   A.    When we joined?
23   Q.    Yes.
24   A.    We had some farms that was
25  45 inches, some at 48, some at 53.

43 (Pages 166 - 169)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    And how much did that increase
3 when you first joined the UEP in 2002?
4    A.    I don't recall.  How much did
5 it -- again?
6    Q.    How much did the space per hen
7 increase?
8    A.    Recollection immediately, none.
9 But there was -- they have a schedule that
10 you had to qualify for the program.  They had
11 hatch dates that any chicken you placed had
12 to then, from that date forward, had to meet
13 that new specification.  And this was to
14 allow producers to go in and built
15 replacement housing to replace the housing
16 that they needed for the birds that they took
17 out of one house to make more space in other
18 houses available to the chickens.
19    Q.    So under the UEP Certified
20 Program, the space per hen increased in
21 steps.  Is that correct?
22    A.    It was done in steps so the
23 producers would have the wherewithal to go
24 out and -- if the whole United States
25 tomorrow said we're going to 67 inches, we

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 would have had a terrible egg shortage
3 because 30 percent or 20 percent of the
4 chickens in the country might have been taken
5 out of the cages tomorrow.
6        California is getting ready to
7 go through this reg right now.  January the
8 1st in California, you have to go -- by HSUS
9 standards you have to go to cage free in
10 their mind.  The producers out there have to
11 go in their mind to 120 inches or whatever it
12 is that they think the law means.  And what
13 happened in California and several other
14 states, they've had what they call ballot
15 initiatives where consumers go in and vote
16 how much space we have to give our chickens.
17 In California they made it to where everybody
18 in the state now has to take all of the --
19 they have to -- January the 1st they've got
20 to yank maybe 40 percent, 50 percent of their
21 chickens out of the cages on one day, they're
22 no longer allowed to have them in there.  The
23 producers had no say so.
24        We joined the UEP program so we
25 could have a say so and get the rule set so

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 these damn activists can't go and set our
3 standard.  We wanted a standard that everyone
4 could live with.
5            - - -
6        (Exhibit 18, United Voices
7    newsletter, Bates UE0753395 -
8    UE0753407, was marked for
9    identification.)
10            - - -
11 BY MR. ALLEN:
12    Q.    Mr. Rust, I'm handing you what
13 has been marked as Exhibit 18.  Just a second
14 ago you mentioned that if all egg producers
15 had to move from the original cage space
16 requirements to, or whatever they were using
17 initially to 67 inches, there would be -- all
18 at once, there would be a terrible egg
19 shortage?
20    A.    Correct.
21    Q.    Why is that?
22    A.    Because there's only so many
23 available chicken houses.  There's -- people
24 don't build chicken houses, you don't spend
25 $15 or $20 a chicken and then not put a

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 chicken in them.  You have to borrow a lot of
3 money to build a chicken house today.  People
4 don't want to make an investment in something
5 they don't get their full capital out of.
6    Q.    Why would those -- why would
7 the change in cage space requirements require
8 a new chicken house?
9    A.    Because if you don't -- where
10 would you put the chickens if you don't build
11 a new house?
12    Q.    Couldn't you satisfy the cage
13 space requirements by simply removing the
14 chickens?
15    A.    Then you wouldn't have eggs to
16 supply your customer.
17    Q.    So is it because the egg -- you
18 wouldn't have enough eggs to supply the
19 customer?
20    A.    Correct.  That's why FMI asked
21 the egg producers to come up with a plan that
22 would allow a program to work so it didn't
23 disrupt the marketplace.
24    Q.    You wouldn't have enough eggs
25 to supply your customers because if you just

Page 174

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 removed the chickens from the existing house
3 in order to satisfy the greater cage space
4 requirements, there wouldn't be very many
5 chickens in there, is that correct, at least
6 as compared --
7      A.   Repeat your question again, you
8 lost me there.
9      Q.   Sure.  So you said that
10 initially if the cage space requirements
11 changed all at once, there would be an egg
12 shortage?
13      A.   Correct.
14      Q.   Because chicken farmers would
15 have to -- excuse me, egg producers would
16 have to go out and build new laying houses.
17 Correct?
18      A.   Yes.  We don't have enough
19 money to do that.
20      Q.   And I asked why, to satisfy the
21 rules, the cage space requirements, an egg
22 producer couldn't simply remove chickens from
23 the existing houses?  Why is that?
24           MR. BARNES:  Object to the form
25      of that question.

Page 175

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2           THE WITNESS:  I'll state our
3      position, I can't state other people's
4      position.
5 BY MR. ALLEN:
6      Q.   Okay.
7      A.   When you build a business all
8 your life, you're not going to cut down your
9 overall supply.  I'd have to go out and pick
10 out which customer I'm not going to take care
11 of.  We strive our business to take care of
12 the customers at the highest price time of
13 the year which is usually in the fall.  We
14 only make money four to eight months out of
15 the year.  We always lose money the balance
16 of the year.  There's nothing we can do about
17 that.  Because, you know, we have to have --
18 we have these chickens for a two-year period.
19 You will make money some months and you lose
20 money other months.  You know, we strive to
21 produce the maximum amount we can out of that
22 chicken space for the capital we invested in
23 that henhouse.
24      Q.   Mr. Rust, if you'll direct your
25 attention to the third page of the United

Page 176

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 Voices newsletter I handed you marked
3 Exhibit 18, there is an article titled,
4 "Market Value Comparisons" at the bottom of
5 page 3.  Do you see that?
6      A.   Where it says, "Obesity
7 Lawsuits"?
8      Q.   Yes, at the bottom of that page
9 it says, "Market Value Comparisons."
10      A.   Okay.
11      Q.   Do you see that?
12      A.   Yes.
13      Q.   Do you recognize this article?
14      A.   Not particularly.
15      Q.   On the next page, the article
16 states, "Is there anyone who has not
17 benefited from the industry's chick hatch
18 reduction program?  Not everyone has
19 participated in the hatch reduction but most
20 have benefited.  Prior to meeting UEP's
21 animal welfare guidelines a layer house now
22 holding 95,200 layers at a house average of
23 56 square inches per bird would have housed
24 100,000 layers.  So with this reduction of
25 4,800 layers did a producer get paid back?

Page 177

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 Maybe we should not give the animal welfare
3 guidelines all the credit but let's compare
4 the results."
5           In June 2002, a 100,000 layer
6 house would have produced 1.8 million dozen
7 at the Midwest Large quote of 70.25 cents per
8 dozen.  This same house, meeting UEP's
9 guidelines and housing 95,200 layers which
10 would have produced 1,713,600 dozen at a
11 price of 81.90 cents per dozen in 2003.  The
12 net dollar difference just for one month is
13 $138,938.00.
14           Did I read that correctly, Mr.
15 Rust?
16      A.   That's what it says.
17      Q.   Don't you agree that this
18 article is describing the certification
19 program as a chick hatch reduction program?
20           MR. BARNES:  Object to the form
21      of the question.
22           THE WITNESS:  Where does it say
23      that?
24 BY MR. ALLEN:
25      Q.   Towards the top of page 4, the

45 (Pages 174 - 177)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 UEP is describing the article -- or excuse
3 me, the certification program as the
4 industry's chick hatch reduction program.
5        MS. ANDERSON:  Object to the
6     form of the question.  Misstated the
7     document.
8        THE WITNESS:  I have no idea
9     what that means, chick hatch
10    reduction.  Okay.  He may have been
11    identifying the hatch date of the UEP,
12    the stepdown program that FMI
13    requested to get to that square
14    inches.
15 BY MR. ALLEN:
16    Q.    Which is part of the UEP
17 Certified Program.  Correct?
18    A.    Correct.
19    Q.    According to the example
20 provided in this newsletter, the increase in
21 cage space resulted in a reduction in
22 production.  Correct?
23        MR. BARNES:  Object to the form.
24        THE WITNESS:  For that given
25    house, it would have.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 BY MR. ALLEN:
3    Q.    Are there other houses,
4 existing houses for which increased cage
5 space would not reduce production?
6        MR. BARNES:  Object to the form.
7        THE WITNESS:  Repeat your
8     question.
9 BY MR. ALLEN:
10    Q.    Are there laying houses where
11 if the cage space requirement was increased,
12 production would not go down?
13        MR. BARNES:  Object to the form.
14    Calls for speculation.
15        THE WITNESS:  I'm still not
16    understanding what you're asking
17    because you're kind of twisting the
18    words a little bit.
19 BY MR. ALLEN:
20    Q.    I'm probably not saying this
21 clearly.  Did Rose Acre have any laying
22 houses where if the cage space requirement
23 was increased, egg production would not
24 decrease?
25    A.    If you take chickens out of the

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 house, they're not going to lay eggs.  We
3 went out and built more houses.  The whole
4 design of the program was to allow a time
5 period for you to replace the housing.
6 That's what we did.
7    Q.    But for Rose Acre's existing
8 houses, when the cage space requirement goes
9 up, production goes down.  Is that right?
10    A.    Unless you put more cages in
11 the house.  We have some houses where you
12 take the cages out and put new cages in to
13 make them hold more.
14    Q.    Okay.  Were those houses --
15    A.    We did that, too, about, during
16 the time of this program probably 15 or 20,
17 30 houses where we actually just increased
18 the number of hens in the space by adding
19 more cages in that same confine of the
20 building.
21    Q.    So there was space in those
22 buildings that just wasn't being used for
23 cages initially?
24    A.    We had -- no, we had -- the
25 original equipment was in stacks of -- when I

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 say cages, the cages were, like, some of them
3 were three high, some were four high.  We
4 would take those cages out and put in a
5 system that was five high.  And that allowed
6 you -- you know, the house would either have
7 more -- we actually -- we had houses where we
8 gained, we went from 68,000 birds at
9 48 inches that we had to go down to to get to
10 the -- whatever the time -- we may been down
11 to 50,000 birds or so in that house, but when
12 we remodeled and put the new cages in, we
13 went to 100,000 birds in that house.  The
14 design of the program was to allow producers
15 to go in and remodel during the time period,
16 you know, and to pay for the remodel, you had
17 to make money.  We -- someone just -- the
18 consumers weren't just going to go give this
19 money to go build chicken houses to make the
20 animal rightists happy.  And our program
21 never made the animal rightists happy anyhow,
22 so...
23    Q.    Is it a significant project to
24 renovate one of these laying houses?
25    A.    It's a -- to renovate a chicken

46 (Pages 178 - 181)

Page 182

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 house today is about a 12 -- can be $12 to
3 $13 per chicken experience for some types of
4 housing. Some types of housing if the
5 building is exact, perfect, it might only
6 cost you $8 a bird. It varies in different
7 parts of the country. New housing in Arizona
8 might be $15 per chicken. New housing in
9 Indiana where you've got to design for hot
10 and cold may be $20 a chicken.
11    Q.   How many birds does a standard
12 Rose Acre laying house hold?
13    A.   Anywheres from 45,000 to
14 300,000. There is no real standard.
15 Everyone does different things for different
16 reasons.
17    Q.   So did Rose Acre's egg
18 production go down as a result of the UEP's
19 -- of the UEP program's cage space
20 requirements?
21    A.   No.
22    Q.   Was reducing egg production one
23 of the purposes of the UEP Certified Program?
24    A.   Not for us, it never was.
25    Q.   Do you know whether others,

Page 183

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 other members of the UEP believed that was
3 the goals?
4        MR. BARNES: Objection. Calls
5    for speculation.
6        THE WITNESS: I know there is
7    lots of companies who grew, some of
8    them grew faster than we did and have
9    added more birds than we have.
10   There's lots of -- some people have
11   went out of business. The egg market
12   can be a very cruel -- capitalism is
13   cruel. You know, you either survive
14   or you die. We're survivors yet.
15   Can't say we'll be always, people like
16   you.
17 BY MR. ALLEN:
18    Q.   Did you talk to other UEP
19 members who said that they joined the UEP
20 Certified Program because they were under the
21 impression that it would reduce production
22 and increase prices?
23    A.   Repeat your question again?
24    Q.   Did you talk to other members
25 of the UEP program that said that they joined

Page 184

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 the program because they were under the
3 impression that it would reduce egg
4 production and increase prices?
5        MR. BARNES: Object to form.
6        THE WITNESS: We only joined --
7    we were not a UEP player, per se.
8    They had organized lawsuits against
9    us. We only joined because our
10   customers required. What every other
11   producer, why they joined, I have no
12   idea. We had to join to maintain, we
13   owned, you know, 10 or 15, 20 -- 15
14   million chickens at the time or so
15   when we joined. We weren't going to
16   be part of a process that we didn't
17   have say so in what our future was
18   going to be. I had a very good friend
19   who stayed with me, from Germany, and
20   his family lost their entire business
21   because the legislatures over there
22   voted out cages. His family farm got
23   shut down. They had to go take all
24   their cages out, and they was in the
25   cage manufacturing business, had 4

Page 185

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2    million chickens, you know. They had
3    to tear everything out and start over.
4    They didn't participate legislatively
5    nor as an industry together over
6    there. We joined UEP because it
7    looked like they was going to try to
8    fight this animal welfarism issue, you
9    know, and, you know, we drew lines in
10   the sand and said this is where we're
11   going then. You know, I have family
12   members that didn't like it. You
13   know, we're there.
14        - - -
15      (Exhibit 19, 6/1/05 UEP Shell
16   Egg Marketing Committee Conference
17   Call minutes, Bates RA0006999 &
18   RA0007000, was marked for
19   identification.)
20        - - -
21 BY MR. ALLEN:
22    Q.   Mr. Rust, I'm handing you
23 what's been marked as Exhibit 19, which is
24 the minutes of a Shell Egg Marketing
25 Committee conference call on June 1, 2005,

47 (Pages 182 - 185)

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 Bates stamped RA0006999 through 7000.
3          This conference call was on
4 June 1, 2005. Is that correct, Mr. Rust?
5     A.   Yes.
6     Q.   According to the minutes.
7          The minutes show you as being
8 present. Correct?
9     A.   Yes.
10    Q.   Would you like to read the
11 minutes to familiarize yourself with the
12 document?
13         MR. BARNES: I think that's what
14    he's doing.
15         THE WITNESS: [Reviewing
16    document.] Okay.
17 BY MR. ALLEN:
18    Q.   The fourth paragraph up from
19 the bottom says, "Some felt that ACC
20 companies should speed up the phase-in
21 schedule for cage space while others said we
22 should not change the ACC schedule purely for
23 economic reasons."
24    A.   Yes.
25    Q.   Did I read that correctly?

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   So did some members of the
4 Shell Egg Marketing Committee want to
5 accelerate the phase-in schedule?
6     A.   Some did. Some like myself did
7 not want to.
8     Q.   Those that did, did they want
9 to do so for economic reasons?
10    A.   Yes.
11         MS. LEVINE: Objection.
12         THE WITNESS: Usually they're
13    personal reasons. And the majority of
14    us felt that was wrong.
15 BY MR. ALLEN:
16    Q.   What economic reasons?
17         MR. BARNES: Object to the form.
18         MS. ANDERSON: Objection.
19         MS. LEVINE: Objection.
20 BY MR. ALLEN:
21    Q.   Why did they want to speed up
22 the phase-in schedule?
23         MR. BARNES: Same objection.
24         THE WITNESS: I have no personal
25    knowledge of each individual company.

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 BY MR. ALLEN:
3     Q.   That wasn't discussed at this
4 meeting?
5     A.   Some of them said they were
6 losing lots of money, I guess.
7     Q.   And they were under the
8 impression that -- was it your understanding
9 that they wanted to increase the phase-in
10 schedule because doing so would make them
11 more money?
12         MR. BARNES: Object to the form.
13         MS. LEVINE: Objection.
14         THE WITNESS: It may have been
15    what they supposed, I don't know. It
16    wouldn't -- we weren't -- we were not
17    going to sit there and be part of
18    something if that is what they were
19    going to do.
20 BY MR. ALLEN:
21    Q.   Do you remember this meeting
22 specifically, Mr. Rust?
23    A.   I remember that discussion,
24 yes. I think it happened another time, too.
25 There have been several times -- or a couple

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 of times that they wanted to speed -- or
3 someone would suggest they should move it up,
4 but that was not -- it was never, from our
5 perspective, a -- whatever they want to call
6 it, program. It was an Animal Welfare
7 Program, and the guidelines as placed in the
8 beginning should stay from point A to point B
9 the same for the square inches.
10         - - -
11         (Exhibit 20, 2/13/08 E-mail,
12    Bates RA0043711, was marked for
13    identification.)
14         - - -
15 BY MR. ALLEN:
16    Q.   I've handed you what's been
17 marked as Exhibit 20, Mr. Rust, which is an
18 e-mail that you sent to John Rust on
19 February 13, 2008.
20    A.   Let me read it here.
21    Q.   I'm sorry, this is from John
22 Rust to you, Bates stamped RA0043711.
23    A.   [Reviewing document.]
24    Q.   Have you read it, Mr. Rust?
25    A.   Yes.

Page 190

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    Q.    So at the top of the e-mail it
3 says that it's from John Rust.  It was sent
4 on Wednesday, February 13, 2008, to you, and
5 the subject appears to be "piocs," I'm
6 assuming that was pics and it was misspelled,
7 or do you know what piocs means?
8    A.    Just a second here.  Okay.
9 Pictures, yes.
10    Q.    So his e-mail to you is in
11 response to the e-mail that you sent on
12 February 13, 2008, that's below.  Correct?
13    A.    Is a what again?
14    Q.    That is below on this document.
15    A.    Yes.
16    Q.    So on the e-mail you sent on
17 February 13, 2008, says, "when you look at
18 the pics of your farm report you cannot help
19 but like farms with cage free birds better --
20 we are in a damnable war on that issue."
21        Did I read that correctly?
22    A.    Yes.
23    Q.    And then he responded with the
24 e-mail above on that same document saying,
25 "Well, I know, that's why I think it is silly

Page 191

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 to have arguments about cage space per
3 bird.... I don't think we have anything to
4 be ashamed of by putting as many hens per
5 cage as conditions permit as that is doing
6 what is economically right for
7 consumers...rather than trying to restrict
8 cage space to boost prices under the alleged
9 agenda of animal rights.
10        "We lose the moral right to
11 argue for the continued right of low cost
12 production costs when we ourselves are
13 manipulating the system under false
14 pretenses."
15        Should be caged birds and cage
16 free, let the consumers pick.....the cage
17 density thing is morally wrong in my opinion
18 and long term is going to give us a huge
19 black eye with consumers who just want
20 economical food.
21        Correct?
22    A.    Correct.
23        MR. BARNES:  Object to the form.
24 BY MR. ALLEN:
25    Q.    Did I read that correctly?

Page 192

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.    That's what he wrote there,
3 yes.
4    Q.    Did you see this e-mail prior
5 to your deposition, Mr. Rust?
6    A.    Yes.
7    Q.    Who is John Rust?
8    A.    That is my brother.  He lived
9 out in New York for 11, 12 -- 10, 12 years.
10 He's very big on cage -- he thinks birds
11 should be cage free.  He's not one of them,
12 but he always feels that we should -- we
13 built the cage, we should put as many
14 chickens in it as possible and not worry
15 about what it does to the chicken.  He's very
16 capitalistic and he thinks we should charge
17 all we can for the cage free and produce all
18 in a cage as much as we can.
19        I want to keep the right to
20 have chickens in the cages, because it's the
21 best way to keep the chickens and keep it
22 healthy and keep the consumer -- keep the egg
23 healthy for the consumer.  Any time you let
24 chickens run free, you they can eat their own
25 feces.  You don't control the diet.  When you

Page 193

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 don't control the diet, you can't control the
3 actual -- what's in that egg.  You can get a
4 lot more bacteria from free range eggs than
5 you can from caged eggs.  Multiple years ago,
6 we got into a salmonella issue.  That was,
7 you know, when something like that happens,
8 you don't want to go backwards on sanitary
9 conditions going to cage -- cage free birds
10 are not as sanitary as caged birds.
11    Q.    What was John Rust's position
12 at Rose Acre in 2008 when this e-mail was
13 sent?
14    A.    He was -- he done --  he would
15 be doing -- at that time he was doing farm
16 reports.  He'd go around to the farms and
17 look at them once every six months or so and
18 if he saw something, he'd take pictures of
19 it.  He sent me some pictures of the cage
20 free birds and how they're all running around
21 looking happy.
22    Q.    Is he your big brother or
23 little brother?
24    A.    Little brother.  He was an art
25 student.  He designs all of our egg cartons,

49 (Pages 190 - 193)

Page 194

MARCUS RUST - HIGHLY CONFIDENTIAL
1 or he did at one time.
2
3    Q.    How long has he been in the egg
4 business?
5    A.    Probably for the last 10 or 15
6 years.  Prior to that, he spent a lot of time
7 in New York.
8    Q.    Does he still work for Rose
9 Acre?
10    A.    Yes.
11    Q.    What's his current position?
12    A.    He still does -- he don't do
13 the farm walk, he had to have a hip replaced.
14 He's down in Seymour, I'm up north.  I'm not
15 100 percent sure what he does on a daily
16 basis.  I know he opens the mail, I think he
17 reads the mail.  Trades the stock.  I'm not
18 sure 100 percent what he does.
19    Q.    Does he have -- he doesn't have
20 an official title, then, at Rose Acre?
21    A.    Not any management activities,
22 no.  He's an owner.
23    Q.    I'm sorry, go ahead.
24    A.    He's an owner.
25    Q.    He's an owner?

Page 195

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2    A.    Yes.
3    Q.    Did you respond to this e-mail?
4    A.    Yeah, I think I did.  Maybe I
5 didn't.  I don't know.  I don't recall.
6    Q.    Did you have other discussions
7 with John about his belief that the cage
8 space requirements were an attempt to
9 manipulate the market?
10    A.    No, that's the only time I
11 think I ever seen that.
12    Q.    I'm sorry?
13    A.    That's the only time I ever
14 seen that.
15    Q.    So you and he didn't discuss
16 this issue at all after that?
17    A.    There's various members of my
18 family that have always had deep suspicions
19 of -- our family is not very trusting of UEP,
20 and that's because the lawsuits that got
21 instigated many years ago, we always felt
22 that it was based at us from some UEP
23 meetings that took place because UEP's
24 attorneys, Isaacson's was some of the first
25 attorneys involved in the case.  You know,

Page 196

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2 whenever you've had to spend lots of dollars
3 on attorney fees -- you know.  We got hauled
4 into antitrust court by a bunch of UEP
5 members, and they sued us because we were
6 selling eggs too cheaply.  We were, you know,
7 growing our farms and building and they
8 didn't like it.
9        MR. BARNES:  Counsel, excuse me.
10    In order to perhaps shorten up this
11    deposition, you had asked the witness
12    if he responded to Exhibit 20 to his
13    brother John's e-mail.  He said he
14    didn't recall.  I have a Rose Acre
15    document that contains his response.
16    If you would like to use it, I'll be
17    happy to give it to you, you can mark
18    it and show it to the witness.
19        MR. ALLEN:  I'd actually like to
20    take a break, Mr. Rust, if that's okay
21    with you.
22        VIDEOGRAPHER:  This is end of
23    tape two of the videotape deposition
24    of Marcus Rust.  We're off the record
25    at 10:35.

Page 197

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2            - - -
3        (A recess was taken.)
4            - - -
5        VIDEOGRAPHER:  Here begins tape
6    three in the videotape deposition of
7    Marcus Rust.  We're back on the record
8    at 11:10.
9        MR. BARNES:  Can we have a
10    statement by counsel for the DPPs that
11    his examination of this witness is
12    complete?
13        MR. ALLEN:  This is Matt Allen
14    for the direct purchaser plaintiffs
15    class.  My examination is complete.
16        MR. BARNES:  Also, please let
17    the record show that before the break
18    I provided Mr. Allen with a complete
19    copy of the e-mail chain, a portion of
20    which is represented in Exhibit 20
21    which he marked as an exhibit.  This
22    is the e-mail between Marcus Rust's
23    little brother John and Marcus.  And I
24    provided counsel, all counsel with a
25    copy of the complete e-mail chain

50 (Pages 194 - 197)

MARCUS RUST - HIGHLY CONFIDENTIAL
2  which does contain Mr. Rust's response
3  to his brother. Since Mr. Allen
4  decided not to mark the exhibit, I
5  will do so when I have an opportunity
6  to question Mr. Rust. I just want the
7  record to reflect that. I'm sorry,
8  Mr. Schirmer, go ahead.
9     THE WITNESS: Correction.
10  Little brother is bigger, just
11  younger.
12     MR. SCHIRMER: I promise -- I
13  don't believe it's marked. I think
14  it's interesting.
15        - - -
16     (Exhibit 30, Egg Industry
17  articles, Bates RA0069754 - RA0069769,
18  was marked for identification.)
19        - - -
20        EXAMINATION
21        - - -
22  BY MR. SCHIRMER:
23     Q.   I'm showing you what's been
24  marked as Exhibit 30 for identification --
25  for the purposes of identifying it here. It

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  bears Bates numbers RA 0069754 through
3  RA0069769. It's a relatively lengthy
4  document. And, Mr. Rust, I won't be asking
5  you about all of it, I will be asking you at
6  a couple moments today about pages RA0069761
7  and RA0069762.
8     So why don't you have a look at
9  those pages?
10     A.   Which one first?
11     Q.   69761.
12     MR. BARNES: On the bottom
13  right-hand corner there.
14  BY MR. SCHIRMER:
15     Q.   And I have to take my glasses
16  off to read that. So why don't you have a
17  look at that?
18     A.   [Reviewing document.] Okay.
19     Q.   These two pages.
20     Sir, do you recall providing
21  this interview to a reporter or writer from
22  the egg industry?
23     A.   Vaguely.
24     Q.   During your preparation for
25  your deposition today, do you recall whether

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  you saw this?
3     A.   No, I didn't.
4     Q.   Now, about how many hens does
5  Rose Acre have in all your facilities right
6  now?
7     A.   Approximately 22 million.
8     Q.   And if you look up in the upper
9  left-hand corner, it says that "Marcus Rust,
10  executive vice president of Rose Acre Farms,
11  represents third generation of family-owned
12  enterprise with over 22 million hens." Is
13  that a correct statement?
14     A.   That's what it says there. I
15  have no idea whether that was correct at the
16  time this article was wrote or not.
17     Q.   Is it correct today, that you
18  have over 22 million?
19     A.   Today, yes.
20     Q.   We'll come back to this.
21     MR. SCHIRMER: Let's mark this
22  as 31 and 31A. The e-mail should be
23  31 and the attachment is 31A.
24        - - -
25     (Exhibits Exhibit 31, 7/25/07

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  E-mail, Bates RAUPDATE0013719 and
3  Exhibit 31A, Chart, Bates
4  RAUPDATE0013720 - RAUPDATE0013723,
5  were marked for identification.)
6        - - -
7  BY MR. SCHIRMER:
8     Q.   These were produced
9  sequentially. They bear Bates numbers
10  RAUPDATE0013719, RAUPDATE0013720, 21 and 22
11  and 23.
12     What is Exhibit 31, sir?
13     A.   Let's see.
14     Q.   That's the e-mail.
15     A.   It says, "This is updated sales
16  info. for Fiscal 2007 that...you might be
17  interested in."
18     Q.   Do you recall receiving this
19  e-mail?
20     A.   [Nods no.]
21     Q.   Do you know what Exhibit 31A
22  is? Is that the attachment to Exhibit 31?
23     A.   This would be an egg sales
24  total for fiscal year '77 through 2007 looks
25  like.

51 (Pages 198 - 201)

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    Q.   Is this a -- to your knowledge,
3 is this a document that reflects Rose Acre's
4 total -- that reflects Rose Acre's egg sales
5 from 1977 to 2007?
6    A.   Evidently, yes.
7    Q.   Do you know whether that's the
8 case?
9    A.   I would assume it would.
10    Q.   As you're sitting here, do you
11 have a recollection of receiving this
12 document and this e-mail?
13    A.   I can't say I have a
14 recollection of receiving it, but it looks
15 like something that we may have generated.
16    Q.   I'd like you to look at
17 something on page 1 of 31A.
18    A.   Page 1 of 31A.  Okay.  Okay.
19 That would be -- okay.
20    Q.   Now, there is a fiscal year on
21 the left, then it says, "Dozens Sold."  Do
22 you see that?
23    A.   Correct.
24    Q.   Now, under the "Dozens Sold,"
25 is that all eggs or just shell eggs?

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.   That would be all eggs.
3    Q.   Now, you said that Rose Acre --
4 earlier today, I believe you said that Rose
5 Acre is both a -- makes -- is both a shell
6 egg producer and is also a dryer and breaker.
7 Is that right?
8    A.   Correct.
9    Q.   What does that mean when you
10 say a dryer and breaker?
11    A.   We break eggs and then we dry
12 eggs.  So we sell pounds of powder eggs, we
13 sell pounds of liquid eggs and we sell dozens
14 of eggs.
15    Q.   Now when you were engaged in
16 the exports, you said earlier today, as I
17 remember, that you participated in a number
18 of exports as a member of the USEM.
19    A.   Correct.
20    Q.   Were you selling each of those
21 kinds of eggs in export?
22    A.   Each of?
23    Q.   Well, you said shell eggs,
24 liquid eggs and powdered eggs.  I'm trying to
25 short circuit it.  Did you sell shell eggs

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 when you sold into exports under USEM?
3    A.   We have, yes.
4    Q.   You also -- did you sell liquid
5 eggs when you sold exports?
6    A.   Not -- we have not done liquid
7 eggs export.
8    Q.   Have you done powdered eggs in
9 exports?
10    A.   We have done powder eggs as
11 exports, I think.  Some, yes.
12    Q.   From the -- is there -- when
13 you sell eggs in export, in those USEM
14 exports, is there a way to tell from looking
15 at your commitment letter whether it's shell
16 eggs or whether it's powdered eggs?
17    A.   What are you calling the
18 commitment letter?
19    Q.   Well, there was the letter that
20 was shown to you earlier that had a number
21 of, I guess, it was cartons on it.
22    A.   Yes.  I think that was cases.
23    Q.   Cases?
24    A.   Yeah.
25    Q.   Would it be --

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.   That would have been shell
3 eggs.
4    Q.   That would have been shell
5 eggs.  So if it says cases, that's shell
6 eggs.  And how would it be stated if it were
7 powder eggs?
8    A.   On a --
9    Q.   On that kind of a form.
10    A.   I don't recall seeing powdered
11 eggs on one of those kinds of forms.
12    Q.   To your knowledge, is this an
13 accurate depiction of Rose Acre sales during
14 this period of time?
15    A.   That would be by fiscal year,
16 that would be fairly accurate, shows what our
17 gross has been through the year.
18        MR. SCHIRMER:  This will be
19    number 32.
20            -  -  -
21        (Exhibit 32, Company History Web
22    site printout, was marked for
23    identification.)
24            -  -  -
25 BY MR. SCHIRMER:

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2      Q.    I'm showing you a document that
3   has been marked as number 32.  Do you
4   recognize this?
5      A.    The document, no.
6      Q.    I'll submit that this is, if
7   you look at the upper right-hand corner, a
8   printout of the company history from About Us
9   at www.goodegg.com which was printed out --
10     A.    It was printed off of our Web
11  site then.
12     Q.    Do you recognize these pages
13  from your Web site?
14     A.    Yes.
15     Q.    Now, would you, please, turn to
16  the second page of this document.
17     A.    Okay.
18     Q.    Where it says, "Present Day
19  Rose Acre is an industry-leader in egg
20  production in 17 facilities in six states."
21     A.    Yes.
22     Q.    Those 17 facilities, are those
23  separate farms?
24     A.    Yes.
25     Q.    Now, would -- do you account

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2   for those 17 separate farms as 17 different
3   locations in your internal accounting?
4      A.    Yes.
5      Q.    Do you, for example, let me
6   suggest, you have a location in Iowa.  Is
7   that right?
8      A.    We've got three locations in
9   Iowa.
10     Q.    Three locations in Iowa.  What
11  are those locations, sir?
12     A.    Guthrie Center Egg Farm, Stuart
13  Egg Farm, Winterset Egg Farm.
14     Q.    Do any of those egg -- those
15  three egg farms comprise more than three
16  physical -- more than one physical
17  location -- strike that.
18         Do any of those egg farms that
19  you just mentioned in Iowa have more than one
20  physical location?
21     A.    No.
22     Q.    Do you have any of your egg
23  farms that have more than one physical
24  location?
25     A.    What do you mean by "physical

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2   location"?
3      Q.    For example, you just listed
4   three places.  I'll get to it later.  Strike
5   it.  I'll ask it later.
6         You said something else earlier
7   today that I thought was interesting.  You
8   said that Rose Acre continued to be --
9   continued to produce eggs over the years
10  you've been adding more and more houses.  Is
11  that right?
12     A.    Yes.
13     Q.    Has Rose Acre engaged in any
14  acquisitions of other companies during that
15  period of time?
16     A.    Yes.
17     Q.    As you're sitting here, can you
18  remember any of the acquisitions Rose Acre,
19  any companies Rose Acre acquired between 2002
20  and 2008?
21     A.    I can't remember the exact
22  dates, but I can tell you the names of the
23  companies that we've bought through the
24  years.
25     Q.    Please.

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2      A.    We've bought -- in Missouri, we
3   bought Johnson County Egg Farm which was an
4   egg farm of out of a bankruptcy court in Knob
5   Noster, Missouri.  We bought Lincoln County
6   Egg Farm, we purchased that from the Schnucks
7   grocery chain family.  It was -- Schnucks
8   grocery chain owned their own egg farm and
9   they wanted to get out of the egg business so
10  we bought their farm and then still supply
11  them eggs today.  And then we purchased
12  the -- we have the Germantown Egg Farm which
13  was in Germantown, Illinois.  We have the
14  County Line Egg Farm that we purchased which
15  was in Frankfort, Indiana.  We have the
16  Donovan Egg Farm which we purchased which is
17  in Donovan, Illinois.  And we have the Oconee
18  Egg Farm which is a farm that we bought from
19  Johnny Jacobs, that we have in Georgia.  We
20  have the Canon Egg Farm that we bought in
21  Georgia.  And that is, the best of my
22  recollection, all the egg farms that we
23  bought.
24     Q.    Have you ever bought a company
25  called Crystal Farms?

53 (Pages 206 - 209)

Page 210

MARCUS RUST - HIGHLY CONFIDENTIAL

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.   That's in Canon, Georgia, yes.
3    Q.   That's the one that you called
4 Oconee?
5    A.   No.
6    Q.   That's the Canon Farm?
7    A.   Canon.
8    Q.   Okay.  That's Crystal Farm?
9    A.   Both locations in Georgia were
10 former egg farms, or former -- someone else
11 started them.
12    Q.   Okay.  In the last -- let me
13 mark this one as the next number.  33.
14        - - -
15    (Exhibit 33, 2/13/08 E-mail,
16    Bates RAUPDATE0044348, was marked for
17    identification.)
18        - - -
19    MR. BARNES:  Is this my exhibit?
20 We'll give you as many as you want.
21 Thank you, Mark.
22 BY MR. SCHIRMER:
23    Q.   Now, earlier today you said
24 that prior to becoming a member of the UEP
25 Certified Program, you had chickens and eggs

Page 211

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 were given cage space of 45, 48 and
3 53 inches.  Is that right?
4    A.   Yes.
5    Q.   Why did you have -- give
6 chickens those particular spaces?
7    A.   Economic reasons at given
8 times.  The design -- some cages -- we had
9 cages that was 12-inches-by-24-inches which
10 the concept at the time allowed -- everything
11 was about given them feed truck space.  And
12 then when I say it was 20 -- did I say
13 24-by-20 or 24-by-12?
14    Q.   I think 12-by-12.
15    A.   That was what was called a
16 reverse cage.  And in a reverse cage, it was
17 very narrow and chickens don't do well in
18 those, or didn't do well, and we ended up, we
19 had a lot of mortality in that design.  It
20 was designed at 45 inches.  And we ended up
21 from a mortality standpoint, you really
22 couldn't put that many chickens in that
23 little of a cage.  You know, it's --
24    Q.   So what did you do with those
25 cages?

Page 212

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.   Huh?
3    Q.   So what did you do with those
4 cages?
5    A.   We kept -- we were actually --
6 we kept putting chickens in them.
7    Q.   Did you put the same number in
8 them?
9    A.   Through the years?
10    Q.   Uh-huh.
11    A.   Yeah.  Until we tore them out
12 and then we added more chickens in the same
13 house.
14    Q.   What about the -- how about the
15 48-inch, did you have any problems -- were
16 you having -- did you have problems, the same
17 kind of mortality problems with the 48-inch
18 cages?
19    A.   You will.  You'll have more.
20 It's not really what you call a problem.  You
21 may -- you'll have -- when I -- it's viewed
22 by animal rightists as a problem because, you
23 know, you can have -- any time that you
24 really squeeze the chickens at that 45, 48,
25 anything under about 60 inches, from what

Page 213

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 I've read through the years, you actually
3 have more mortality than you will have at a
4 greater square inch.  Then if you give them
5 too much room, then the opposite -- then you
6 have more picking, where they pick each
7 other.  So it's kind of a -- there's a happy
8 medium in there.  You know, if you look at it
9 like here it says, like, around 63 to 70.
10 That's what we always determined to be a
11 happy medium.
12    Q.   In here, you're referring to
13 Exhibit 33?
14    A.   That is -- yes, that is the
15 economic window of -- if he was balancing the
16 bird health and something that you could,
17 like in this, say I can defend this position,
18 you know, somewhere in that range is one
19 that's defensible.
20    Q.   What was the mortality
21 difference between 53 and 60 inches?
22    A.   Exactly?
23    Q.   Approximately.
24    A.   A couple, 2, 3 percent is all.
25    Q.   What kind of a difference did

54 (Pages 210 - 213)

MARCUS RUST - HIGHLY CONFIDENTIAL
2 that make in production?
3      A.   Repeat your question?
4      Q.   Between the 53 and the 60-inch
5 cages, all other things being equal, do you
6 have an understanding?
7      A.   Well, that might be -- it can
8 be five to ten eggs over the life of the
9 chicken.
10     Q.   And would the --
11     A.   Whatever the percentages bear
12 out.
13     Q.   And the question I'm asking, I
14 guess, is, did you find that for a given --
15 for 53-inch cages, you were able to produce
16 fewer eggs than you were able to produce at
17 60 inches?
18     A.   Repeat your question again?
19     Q.   All other things being equal,
20 if the cages are 53 inches versus 60 inches,
21 given the mortality that you just --
22 difference you just explained, is it your
23 experience that 53 was less productive than
24 60?
25          MR. BARNES:  Object to the form.

MARCUS RUST - HIGHLY CONFIDENTIAL
2          THE WITNESS:  If you was making
3      a chart and you wanted to prove that
4      you was laying more eggs than anybody
5      else per chicken, you would have in
6      that mid 60s range versus the 50s.
7 BY MR. SCHIRMER:
8      Q.   What about in total, total
9 production?
10     A.   Are you going --
11     Q.   Not per chicken, I'm talking
12 about total production.
13     A.   Total production of what, per
14 chicken?
15     Q.   Eggs.
16     A.   Total production of eggs is 100
17 percent dependent on how many chickens you
18 have.
19     Q.   And you could put more chickens
20 if you give them 53 inches than 60?
21     A.   You can get more egg out of a
22 henhouse at 45 inches than you can at putting
23 chickens in at 68 inches or 100 inches.  What
24 you have in the egg business is you have the
25 best -- if you have an old house and it's

MARCUS RUST - HIGHLY CONFIDENTIAL
2 going to have -- you know, you got a cheap
3 building, there's a time if corn is cheap,
4 you can get more eggs to that building than
5 you can -- you can get more eggs, your
6 economic revenue is going to be better
7 totally squeezing the bird for your capital
8 return.  And there may be time periods you
9 would look at it and say, well, if you think
10 the market is going to be -- feed is going to
11 be high, you wouldn't put as many chickens
12 in.  You would take a bird out, you know, you
13 just wouldn't place as many, you know, in our
14 forecast looking at where you thought the egg
15 market was going to be.
16          MR. BARNES:  Excuse me.  Mark,
17      you didn't mark this 33?
18          MR. SCHIRMER:  I did.
19          MR. BARNES:  Oh, you did.  Okay.
20          MR. SCHIRMER:  It's 33.
21          MR. BARNES:  Did you show it to
22      him?
23          MR. SCHIRMER:  Yeah.  He was
24      talking about it just now.
25              - - -

MARCUS RUST - HIGHLY CONFIDENTIAL
2          (Exhibit 34, Web site printout,
3      was marked for identification.)
4              - - -
5          MR. SCHIRMER:  This is going to
6      be Exhibit 34.
7 BY MR. SCHIRMER:
8      Q.   Do you recognize what has been
9 marked as Exhibit 34, sir?
10     A.   Yes.  I think this may be
11 something off the Web site.
12     Q.   If you look at the upper
13 right-hand corner www.goodegg.com products --
14 or /products/shell-eggs/commodity-eggs, is
15 that your -- is www.goodegg.com --
16     A.   It looks like it came off our
17 Web site, yeah.
18     Q.   You can see on the lower
19 right-hand corner it was printed the day
20 before yesterday.
21     A.   Oh, okay.  Yeah.
22     Q.   In the -- when you look at
23 page, at the -- it says page 2, I want to
24 look at page 2 of 3.  You say -- it says,
25 "Rose Acre Farms Commodity Eggs."  What are

Page 218

MARCUS RUST - HIGHLY CONFIDENTIAL

1 commodity eggs?
2 A. That would be just a white egg,
3 white shell egg. We do brown eggs. We do
4 nutritionally enhanced eggs. We do Eggland's
5 Best eggs. And we do cage free eggs.
6 Q. Just a white egg, I'm not
7 certain, a lot of eggs look white to me
8 except for brown eggs.
9 A. Well, if you're in the
10 Northeast, brown eggs are commodity eggs, but
11 in Indiana, you don't see a lot of brown
12 eggs.
13 Q. So how do you -- you have --
14 strike that.
15 Rose Acre has a number of
16 facilities throughout the United States
17 including North Carolina --
18 A. Correct.
19 Q. -- Iowa. Is the definition of
20 commodity eggs the same throughout all Rose
21 Acre's facilities?
22 A. The definition, I'm not
23 following what you're asking.
24 Q. I just said what are commodity

Page 219

MARCUS RUST - HIGHLY CONFIDENTIAL

1 eggs and you said they're white eggs, just
2 general white eggs, not Eggland's Best or
3 brown. And then you said, well, maybe in the
4 Northeast brown eggs would be commodity egg.
5 A. We produce brown eggs and we
6 produce cage free eggs at our Donovan and
7 Jen-Acres Plus Farms.
8 COURT REPORTER: At our?
9 THE WITNESS: Cage free and
10 they're brown. We produce -- at our
11 Jen-Acres and County Line location, we
12 produce brown eggs in cages and we
13 produce Eggland's Best eggs at our
14 Germantown, Illinois facility. And we
15 produce omega eggs which is a
16 nutritionally enhanced egg at our
17 County Line facility. And brown eggs
18 there I think. Did I say that
19 earlier? Yeah.
20 BY MR. SCHIRMER:
21 Q. Do all these --
22 A. All the rest of the farms are
23 just white eggs.
24 Q. Do these farms you just listed

Page 220

MARCUS RUST - HIGHLY CONFIDENTIAL

1 that produce brown eggs, omega eggs,
2 Eggland's Best and cage free eggs also
3 produce white eggs?
4 A. The County Line and Germantown
5 produce regular white eggs also. And
6 Jen-Acres.
7 Q. Do you have an understanding of
8 the approximate mix between white commodity
9 eggs, omega and brown eggs at the County Line
10 facility?
11 A. An approximate?
12 Q. Approximate.
13 A. Yeah. There'd be maybe 80,000
14 birds of what we call Christopher egg which
15 is a high omega. There'd be 80 to 100,000
16 brown eggs there -- or brown chickens laying
17 brown eggs.
18 Q. Would there be anybody there
19 who would lay white eggs?
20 A. The balance to the farm would
21 be white eggs. There was two buildings that
22 got blown over by a tornado, they're no
23 longer there.
24 Q. Sorry.

Page 221

MARCUS RUST - HIGHLY CONFIDENTIAL

1 Do you know what the balance
2 would be?
3 A. What is that, 180 roughly?
4 Q. About 160.
5 A. There's about 500,000, 600,000
6 birds there, so there'd be 3, 400,000 of the
7 white ones.
8 Q. At the Germantown, Illinois, do
9 you have an understanding of the approximate
10 mix -- the approximate mix isn't correct, the
11 approximate percentages of eggs of hens that
12 are producing Eggland's Best and regular
13 white eggs?
14 A. There'd be approximately 150 to
15 250,000 doing the Eggland's Best. The
16 balance would be just white conventional
17 eggs.
18 Q. And approximately what is the
19 balance?
20 A. Approximately 800,000. 700 to
21 800,000. About a million birds there I
22 think. 900,000.
23 Q. Is Donovan and Jen-Acres two
24 facilities or one?

56 (Pages 218 - 221)

Page 222

1　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　　A.　Two.
3　　Q.　Taking those, at the Jen-Acres,
4　you have a similar understanding of the
5　approximate percentages of the specialty
6　eggs, what we'll call specialty eggs versus
7　the commodity white eggs?
8　　A.　Jen-Acres Plus is a facility of
9　about 50 or 60,000 cage free.  It's actually
10　across the road.  Actually listed as a
11　separate facility.  Jen-Acres is a facility
12　that originally had a million and a half or
13　so.  Today there's maybe 900,000 there in
14　total.
15　　Q.　Are those all commodity wide?
16　　A.　There's a couple, one house or
17　two houses of about 40,000 birds, cage, brown
18　that had to be put there when the tornado hit
19　the County Line facility.
20　　Q.　Let me see if I understand.  So
21　Jen-Acres, not Jen-Acres Plus, has
22　approximately 900,000 birds today?
23　　A.　Maybe a million total, the two
24　farms.
25　　Q.　Of those, about 80,000 brown,

Page 223

1　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　produce brown eggs?
3　　A.　I think that's the correct
4　number, yeah.
5　　Q.　Now, the Donovan facility, what
6　are the percentages of commodity eggs versus
7　other types of eggs?
8　　A.　It's 100 percent cage free.
9　It's 150, 180,000, something like that.
10　Might even be 200,000.  We've added some
11　there.
12　　Q.　Now, if you look back onto
13　Exhibit 34, you say you built your egg
14　production around a vertical integration
15　model.  What's that mean?
16　　A.　Vertical integration is where
17　we make the commitment, we built a hatchery
18　and then we built breeder farms.  And to
19　get -- so when we -- to have, you know, they
20　say what comes first, the chicken or the egg.
21　You know, we buy a baby chick, female and
22　males from a breeder company.  Then we bring
23　those baby chicks onto one of our facilities
24　and we grow them up into what we call
25　breeders.  They start out as chicks, they end

Page 224

1　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　up as pullets.  When we move them into our
3　breeder farm, then we gather the hatching
4　eggs from those breeders and take them to our
5　hatchery and hatch them.  And then they go
6　from our hatchery to our pullet farms and
7　then they're grown and go to the cage layer
8　farm.  That's what you call vertical
9　integration.  A lot of our competitors don't
10　have hatcheries or their own breeders, they
11　just buy chicks.
12　　MR. SCHIRMER:  Mark this as 35.
13　I'm going to have to -- I promise I'll
14　make more copies.  This is just a
15　copy.  This will be marked.  This is
16　another page off of your Web site, off
17　of their Web site.
18　　- - -
19　(Exhibit 35, Rose Acre Farms:
20　Family-Owned With Small-Town Values
21　article, was marked for
22　identification.)
23　　- - -
24　BY MR. SCHIRMER:
25　　Q.　Have you ever seen this before?

Page 225

1　　MARCUS RUST - HIGHLY CONFIDENTIAL
2　　A.　Yes.
3　　Q.　What is it?
4　　A.　This is a page off of your
5　redesigned Web site.
6　　Q.　On the first page it has a
7　truck "ROSE ACRE FARMS The Good Egg People."
8　　A.　Yes.
9　　Q.　It's in color, I gave you a
10　color copy.
11　　A.　Yeah.
12　　Q.　So I take it -- do you own
13　these trucks?
14　　A.　Yes.
15　　Q.　You just explained that you
16　have -- that the virtual integration is
17　essentially you buy the chicks, you raise
18　them.  Do you have your own feed?  I may have
19　missed that.  Do you have your own feed
20　production?
21　　A.　We have our own feed mills.
22　　Q.　Do you -- what are the other
23　inputs that go in?  Do you have your own
24　packaging service?
25　　A.　We have our own grading.  We

57 (Pages 222 - 225)

Page 226

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  have our own -- we do everything from the
3  cheap, you know, the chicks cheaping to the
4  squalor when you catch it to move it out of
5  the building.
6       Q.   Do you help customers design
7  packaging?
8       A.   We have done that at times,
9  yes.
10          MR. SCHIRMER:  I will get more
11  copies of this as well.
12       to be whatever the next number is.
13              - - -
14          (Exhibit 36, Web site printout,
15          was marked for identification.)
16              - - -
17  BY MR. SCHIRMER:
18       Q.   I'm showing you what's been
19  marked as Exhibit 36.  What is it?
20       A.   Huh?
21       Q.   What is it?
22       A.   What's what?
23       Q.   Number 36.
24       A.   It's three pages off of our Web
25  site I assume, so...

Page 227

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2       Q.   That is your Web site, www --
3       A.   Yes.
4       Q.   Please look at page 2 of 3.
5       A.   Okay.
6       Q.   What does it mean -- what do
7  you mean when -- what does it mean on the Web
8  site when it says Rose Acre "As a
9  full-service egg supplier"?
10       A.   I guess that's our way of
11  advertising we're a full service company.
12       Q.   How does that differentiate
13  from an egg supplier that is not a full
14  service egg supplier?
15       A.   I don't know how it would.
16  It's kind of like bottled water, it all fell
17  from the same sky.
18       Q.   What are private and pack --
19  what are private or packer labels?
20       A.   That would be private -- packer
21  label would be another producer's label.  A
22  private label would be an end user's label
23  which would be like a Kroger, Wal-Mart.
24       Q.   Now, private label, would
25  private label eggs be cage free eggs?

Page 228

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2       A.   Could be.
3       Q.   Could be any of the cage free
4  organic?
5       A.   Yeah.
6       Q.   Any of those.  Okay.
7          Packer labels, you said that's
8  another producer.  I'm not certain I
9  understand.
10       A.   That would be another producer
11  brand label.
12       Q.   For example, who else would --
13       A.   We pack eggs under -- I mean,
14  molt -- any producer that's short eggs will
15  pack their label if they want to.
16       Q.   Who are some producers who you
17  packed eggs for in the last five years?
18       A.   Oh, boy.  We -- that would be
19  in their label or in their customer's label?
20       Q.   Well, let's start with their
21  label since it said packer labels.
22       A.   Primarily would be maybe a
23  Cal-Maine.  I'm trying to think.  Not a lot
24  of producer labels left out there today.  I'd
25  say mainly -- probably Cal-Maine would be the

Page 229

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  only one that we packed, that would be
3  Cal-Maine carton.  I'm sure there's been
4  others.  Hillandale maybe.  I have to look at
5  the records to see.
6       Q.   Do you recall anyone else other
7  than Cal-Maine and Hillandale that you would
8  have packed going back for five years?
9       A.   I'm sure there are others, I
10  don't recall.
11       Q.   You said something, just before
12  we get into this, you said that you also will
13  pack for their customers.  Would those be
14  considered packer?
15       A.   That would be considered
16  private label.  If we pack Kroger for Midwest
17  Poultry, that would be private label for
18  another producer.  They had a contract with
19  that Kroger, but we might have packed the
20  eggs for them -- for that.
21       Q.   Didn't mean to speak over you,
22  sir.
23          So other producers sometimes
24  come to Rose Acre and ask you to produce or
25  pack eggs basically for their clients?

58 (Pages 226 - 229)

Page 230

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2     A.    Yeah.
3     Q.    And is the contract between you
4  and the other producer or you and their
5  customer?
6     A.    It would be between us and that
7  producer, but we have to in most cases be
8  approved by the vendor to be a supplier for
9  them.
10    Q.    You mean approved by the
11 purchaser to be a supplier for them?
12    A.    Kroger, for instance, if Kroger
13 is going to run an ad and they, like national
14 chains, want to run national ads because of
15 advertising costs and split overs, you know,
16 from territories.  When I say territories,
17 from warehouse division to warehouse division
18 to warehouse division.  Kroger has got stores
19 all over the Midwest.  They want to run --
20 when they run ads, they want to run an ad and
21 advertise for a big area because it's
22 overlapping in different types of TV or
23 satellite, however they do their ad or
24 newspapers.  They may come from one
25 warehouse, they may come from another, be in

Page 231

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2  the same general area.  When they run that
3  ad, they will use more eggs than what the
4  farmer producer in that area that's filling
5  that warehouse can supply.  So Midwest might
6  call us and say we're running an ad three
7  weeks from now or two weeks from now, we need
8  an extra ten loads of eggs.  And then they'll
9  make a contract with our sales office to
10 produce those eggs for the given sale week
11 when they run eggs on ad if they can't
12 produce enough themselves.
13    Q.    Are those contracts conditional
14 on them being unable to supply themselves?
15    A.    What do you mean?
16    Q.    You said that Midwest might
17 call you three weeks from now or two weeks
18 from now and say we need an extra ten loads
19 of eggs.  They'll make a contract with you
20 for the given sale week if they can't produce
21 enough themselves.
22    A.    Correct.
23    Q.    Is that what they're projecting
24 they won't have enough?
25    A.    That means they run their

Page 232

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2  projections.  See, whenever you do eggs --
3  whenever you're producing eggs, you have to
4  do lots of internal projections because your
5  customers buy different sizes of eggs.  And a
6  chicken, the first ten weeks that chicken
7  goes in the house, it lays small eggs.  The
8  last 20 or 30 weeks of its life, it may lay
9  extra large and jumbo eggs.  Grocery store
10 chains, typically they want mainly large
11 eggs.  All the recipes call for large.  You
12 know, cookie recipe don't call for jumbo.  It
13 says two large eggs in the recipe.  So the
14 consumers target and buy large.  The egg
15 producer has to figure out what to do with
16 all of the small and mediums, what to do with
17 the jumbos and extra large.  And typically
18 companies like ourselves, Midwest, we do what
19 is called down packing.  You know, it's we
20 simply go to the extra large lane and put
21 large cartons in and fill them up with extra
22 large eggs.  And consumers get big eggs
23 instead of small eggs.  That works great.
24 And then after about six, eight weeks when
25 the flock gets changed out and those large

Page 233

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2  eggs are just barely large, she thinks her
3  egg man -- her egg supplier is ripping her
4  off because those eggs ain't as big as they
5  used to be.
6     Q.    When you have more -- I'll come
7  back to that because I'm interested in that,
8  but who are some suppliers or other companies
9  that you have contracted with to provide
10 private label or private -- we'll call them
11 private label eggs for their customers.  You
12 mentioned Midwest might be --
13    A.    The producers?
14    Q.    Yes, who are other producers
15 that you said to me today that you
16 contracted --
17    A.    Contracts.
18    Q.    -- with producers?
19    A.    We have no long-term contracts
20 with any producers other than Cal-Maine.
21    Q.    You have a long-term contract
22 with Cal-Maine?
23    A.    That would be for a year at a
24 time.
25    Q.    Who are some others that you've

59 (Pages 230 - 233)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 entered into short-term contracts with over
3 the last, say, ten years?
4      A.    I'm sure we have sold Hickman
5 eggs.  We had Hickman Farms in Arizona.  We
6 have sold eggs to Midwest Poultry.  We
7 probably have sold some eggs at times to
8 Weaver in Ohio maybe, Hillandale in Ohio or
9 Pennsylvania.  We've sold eggs to Thompson
10 Family Farm in Illinois.  We have sold eggs
11 probably to Moark.  Every given producer
12 given times of the year is going to be short
13 or long depending on what their mix is and
14 the size of the eggs that they're getting and
15 what their customer demand is.
16     Q.    And the contracts by which you
17 engage, you make those sales to other
18 producers -- or negotiated other producers'
19 clients effectively for Kroger, you pack --
20 pack them, I guess is correct?
21         MR. BARNES:  I'm going to object
22     to the form.
23         MR. SCHIRMER:  You're probably
24     right.
25 BY MR. SCHIRMER:

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.    The contract by which you pack
3 private eggs for other producers, those are
4 negotiated between --
5      A.    It's not really a contract.  A
6 lot of them take place on something called
7 Egg Clearinghouse which is like the board of
8 trade type thing.  Then sellers will put
9 loads of eggs up for sale and buyers will put
10 bids out there for bids of eggs they want to
11 buy.  And then there will be a guy there that
12 will negotiate, either electronically put a
13 price that you would sell it at or you could
14 make a phone call and say, hey, I'll do this
15 load for this.  And then they negotiate it
16 and you get paid by Egg Clearinghouse.
17 That's the way a lot work.  And then there's
18 independent brokers who negotiate the sales
19 in between, too.
20     Q.    Those are physical contracts,
21 not futures contracts?  Those are physical
22 contracts, contracts for physical delivery of
23 eggs, not futures contracts?
24     A.    Some of them they will go on
25 ECI, you can make what they -- you can make a

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 sale on there and there will be X load of
3 eggs for, say, a load a week for ten weeks.
4 And then there will be a marketed -- based on
5 what the market does or it could be a set
6 price for ten weeks.  Just whatever the buyer
7 and seller would come to terms on.
8     Q.    I'm clearly not being clear.
9 I'm trying to understand the nature of these
10 contracts.
11     A.    There is no paper contract.
12     Q.    There's no paper contract?
13     A.    No.
14     Q.    There's just simply an agreed
15 upon price for delivery of certain number --
16     A.    Electric form, electronically
17 and just a listing.  That's my understanding.
18 It's just all done electronically on a
19 computer.
20     Q.    Going back to something, you
21 said engaging in down packing, I'm not
22 certain I understood what down packing is.
23     A.    That's when you took extra
24 large eggs and put them in a container that
25 says large.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.    Is that permissible under --
3     A.    Yes.
4     Q.    When you have eggs -- you said
5 also that consumers tend to want large eggs.
6 Is there a -- strike that.
7         Did you -- Rose Acre is a --
8 does egg breaking and sells shell eggs.
9     A.    Correct.
10     Q.    When you have a number of eggs
11 that are not large or extra large when you're
12 down packing, what do you do with the other
13 eggs, the medium, the smaller eggs?
14     A.    What we do is a little
15 different than other people.  Whenever we
16 want to break a lot of amount of eggs, we
17 sell our large eggs always and we try to
18 never break a large, we only break extra
19 large and jumbo.  Because lot of times you
20 get no more money for that bigger egg and
21 there will be three, four pounds of yield
22 more out of that big egg in that for 30 dozen
23 than there will be for large eggs.  They're
24 worth more to break than they are just
25 straight.

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2      Q.    Is that because when they're
3 broken, they are priced by pound?
4      A.    Correct.
5      Q.    Do you use medium eggs or
6 smaller eggs for breakers?
7      A.    A lot of times those are what
8 restaurants like to buy.  Restaurants prefer
9 medium eggs because it's a cheaper unit cost.
10 When you go in the restaurant and you order
11 two eggs, you're most likely going to get
12 medium eggs because it costs the restaurant,
13 say, 15 cents or 20 cents a dozen.  You don't
14 know any difference.
15     Q.    When you eat as much as I do,
16 you figure it out pretty soon.
17     A.    That's why you order three.
18     Q.    I always wondered why the --
19     A.    Why you didn't get full at the
20 restaurant and you did at home.
21     Q.    -- big name breakfast is never
22 big.
23          But I may have -- may not have
24 been clear in the last question.
25          Does Rose Acre use any

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 substantial number of its medium eggs as
3 breaker eggs?
4      A.    Given times of the year.
5 There's times of the year that it's -- we
6 will actually buy medium eggs out on the
7 outside market, and sometimes break our
8 mediums.  Not all of them, but, you know, we
9 just -- we have to look at it and make a
10 decision is it worth more to break and more to
11 grade or can we sell it that week as graded
12 or can we not.
13     Q.    As I understood something, you
14 can almost always sell all of your large
15 eggs?
16     A.    Yes, you can always sell all
17 your large eggs.  Large eggs are never ever
18 produced in surplus than what is needed for
19 the marketplace.  Never.  When I say that,
20 let me clarify a little bit.  Every producer
21 in the country is down packing extra large
22 eggs into large cartons and a lot of times of
23 the year they'll fit jumbo into extra large.
24 It's just you're always -- you know,
25 consumers want -- the grocery stores want to

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 sell all large.  They don't try to sell extra
3 large or jumbo, they'll put them in there and
4 they price them and then they put a big price
5 break between them.  They don't sell enough
6 of those because consumers want to buy large.
7      Q.    Turn back to 34, what we
8 previously marked as 34, that's commodity
9 eggs.  So when we're speaking of commodity
10 eggs, it includes extra large, jumbo, large
11 and medium eggs?
12     A.    Jumbo, extra large, large,
13 medium.  I think there may be one or two
14 customers that still buy small size.
15     Q.    Those would be -- would also be
16 included in the commodity eggs that you
17 produce?
18     A.    Correct.
19          MR. SCHIRMER:  We'll make more
20     copies of this.  This will be 37.  For
21     the people on the phone, this is off
22     the front page www.goodegg.com.
23            - - -
24          (Exhibit 37, www.goodegg.com
25     Printout, was marked for

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2     identification.)
3            - - -
4 BY MR. SCHIRMER:
5      Q.    I'm showing you what's been
6 marked as Exhibit 37.  Do you recognize this?
7      A.    Yes.
8      Q.    What is it?
9      A.    This here is a picture of a
10 breeder farm.
11     Q.    I'm sorry?
12     A.    A breeder farm.
13     Q.    What's that?
14     A.    That is where we have breeders,
15 where you produce the chicks.  We produce the
16 egg that goes to the hatchery that goes to
17 the --
18     Q.    And --
19     A.    That's the start of a Rose Acre
20 chicken.
21     Q.    Okay.  On the breeder farm --
22 it doesn't look like these chickens are in
23 cages, I understand it.
24     A.    No.  Breeders, they have to
25 breed.

MARCUS RUST - HIGHLY CONFIDENTIAL
2  Q.  I figured.
3  A.  Do you see the one with the fat
4  cones?  Those are the roosters.
5  Q.  Yeah.
6  A.  And the little cone ones are
7  the hens.
8  Q.  They got to get together.
9  A.  Yeah.  We have to provide lots
10  of room for them to get together.
11  Q.  So this would be considered
12  cage free?
13  A.  That would be cage free.
14  Q.  Are your cage free facilities
15  built along this type of model?
16  A.  Some are.
17  Q.  What other model would they be
18  built on?
19  A.  You have what you call an
20  aviary.
21  Q.  What's that?
22  A.  That's where you stack multiple
23  tiers of nest boxes up, and it's the modern
24  way of getting lots of cage free birds
25  together in a building so you can keep it

MARCUS RUST - HIGHLY CONFIDENTIAL
2  warm in the winter.
3  Q.  So this is not an aviary?
4  A.  Well, some would call it an
5  aviary.  It's a form of -- anything where the
6  birds are running loose is an aviary.
7  Q.  Do you happen to know which of
8  your facilities this is?
9  A.  This here?  This would be
10  either Storm Creek or Wood Acres.
11  Q.  All this is done indoors?
12  A.  Huh?
13  Q.  All this, this is all indoors?
14  A.  We allow no chicken to go
15  outside.
16  Q.  So that's true of whether
17  they're cage free organic or cage, they stay
18  inside?
19  A.  We have to -- if a chicken has
20  been outside, if it's been running loose or
21  got loose, it has -- we have no bio security,
22  you can't take that bird and bring it back
23  in.
24  Q.  For a guy who did not do
25  terribly well in biology -- what does bio

MARCUS RUST - HIGHLY CONFIDENTIAL
2  security mean?
3  A.  That's where you -- bio
4  security is where you're keeping your flock
5  free from the diseases that the wild birds
6  that are carrying outside.  That's why cage
7  free is never as good as caged, because you
8  have much more disease pressure in cage free
9  birds that are outside, they're what they
10  call free range pasture eggs.  When they're
11  out with the wildlife, they can get lot more
12  diseases than they can if they're inside a
13  building and/or in a cage.
14  Q.  In your buildings, do you have
15  artificial lighting?
16  A.  Yeah.  The sun don't shine
17  through the roof.
18  Q.  Are there any windows in
19  your cage facilities?
20  A.  We have some that do and some
21  that don't.  In our caged or cage free?
22  Q.  Caged.
23  A.  We have -- we're some -- when I
24  say windows, we have curtains that we go up
25  and down in Georgia.  Then you can see all

MARCUS RUST - HIGHLY CONFIDENTIAL
2  the chickens right up there.  But we only do
3  that in the south.  We don't do that in
4  Indiana.
5  Q.  How come?
6  A.  Have you ever seen a frozen
7  chicken, blue cone?
8  Q.  Yes.  Many times in the
9  refrigerator.
10  A.  Well, the same thing can happen
11  out -- if you don't have walls up when it's
12  20 below zero outside, you ain't going to
13  have any chickens left.
14  Q.  Let me make sure I understand.
15  In some of your facilities in Georgia you
16  have -- you don't have walls on your
17  facilities?
18  A.  Correct.
19  Q.  How do you keep the chickens
20  in?
21  A.  There's wire.
22  Q.  Wire?
23  A.  Yes.  Poultry netting.  There's
24  like one inch holes.  You have to keep birds
25  out, the chickens in.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    Now, in that facility, why do
3 you use curtains?
4    A.    So when it does get cold in the
5 winter, even in Georgia, or it can, so you
6 roll the curtain up so the wind can't come
7 in.
8              - - -
9         (Exhibit 38,
10       www.desmoinesregister.com/article/
11       20100829 Printout, was marked for
12       identification.)
13             - - -
14 BY MR. SCHIRMER:
15   Q.    I'm showing you what has been
16 marked as Exhibit 38.
17       There's a picture on the first
18 page, it's an article from the Des Moines
19 Register off the Des Moines Register Web site,
20 www.desmoinesregister.com/article/20100829.
21       MR. BARNES:  I'm going to object
22       to the use of this exhibit.  It was
23       presumably prepared August 28, 2010,
24       which is outside the relevant time
25       period which applies to your Complaint

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    and this litigation.
3       MR. SCHIRMER:  Okay.  I'm still
4       going to use it, see if it --
5 BY MR. SCHIRMER:
6    Q.    Do you know -- sir, do you know
7 Andrew Kaldenberg?
8    A.    Yes, he's one of our farm
9 managers.
10   Q.    The pictures on the front here,
11 on the first page, is that a picture of Mr.
12 Kaldenberg?
13   A.    Yes, that's Andy.
14   Q.    Is this at one of your
15 facilities?
16   A.    Yes.
17   Q.    Do you know where the facility
18 is?
19   A.    That is the Stuart, Iowa
20 facility.
21   Q.    That would have been the
22 facility as it was in 2010, obviously since
23 this is 2010?
24   A.    Yeah.
25   Q.    By that point in time you had

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 implemented the -- all of the ACC guidelines
3 on cage space.  Is that right?
4    A.    I'm not 100 percent sure, but I
5 think maybe if you say so, it could be.
6    Q.    If you looked at this right
7 here, it's showing eggs coming down on a
8 conveyor belt.  In your facilities, are your
9 facilities automated, heavily automated?
10   A.    Very heavily automated.  All
11 are automated.
12   Q.    What -- how many people work at
13 it at an individual, I guess we'll call these
14 chicken houses, because that's what KY
15 Hendrix called them?
16   A.    On a daily basis?
17   Q.    On a daily basis.
18   A.    Usually you'd have one person
19 per building roughly if it's -- if you have
20 200,000 birds, you'd have one person in that
21 building.  If you had 200,000 birdhouses,
22 you'd have two houses for one person.
23   Q.    Now, when -- you said that your
24 facilities are highly automated.  Could you
25 explain how -- could you explain what you

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 mean by "highly automated"?
3    A.    Well, like in this country,
4 you'll see the egg -- the chicken lays the
5 egg, it rolls out onto the conveyor belt.  We
6 have some farms where that egg will never be
7 touched again by a person.  It will even
8 package it, put it in the case, and then the
9 robot picks the case up and stacks it on the
10 skid when it's done.
11   Q.    So the eggs go from the
12 chicken --
13   A.    The eggs can go from the
14 chicken to the egg case and never be touched
15 by a person.
16   Q.    And between the chicken laying
17 the eggs and rolling on this conveyor belt
18 and getting out of the chicken house, what
19 are the steps that come between that and the
20 packaging?
21   A.    The egg rolls out of the cage,
22 rolls onto the egg belt.  The egg belts
23 carries it down to a collector.  The
24 collector accumulates the eggs and deposits
25 them on a wider conveyor, of which you'll

Page 250

MARCUS RUST - HIGHLY CONFIDENTIAL

1 have eggs 20, 30 wide, will be moving X
2 amount of feet per minute down to the egg
3 washer, grader, goes to the washer, the eggs
4 get washed and then it goes through the dryer
5 which dries the wetness off. Then the eggs
6 roll across the automatic crack detection,
7 automatic blood detection, the automatic dirt
8 removal. Then they roll across little scales
9 and get -- each egg gets weighed by computer
10 a thousand times to determine what the weight
11 is. And then the computer selects which
12 packing lane to drop the egg into off of
13 another conveyor. And then that packing lane
14 consolidates 12 eggs, puts them in a dozen
15 package and then folds and closes and the
16 carton comes out the back end. Some places
17 you have machines that pack them into the
18 cases, some places -- most of our places we
19 still close by hand, and place in a case or
20 place in a carton.
21    Q.    Is that facility where the
22 packages are placed into a carton, is that a
23 different house or different building
24 physically than the chicken house?

Page 251

MARCUS RUST - HIGHLY CONFIDENTIAL

1    A.    Yes. It has to be.
2    Q.    Why does it have to be?
3    A.    Sanitary reasons. Those little
4 dirt specs you see on eggs isn't dirt, it's
5 poop.
6    Q.    I'll remember that the next
7 time I wash them.
8        MR. SCHIRMER:  Could we take a
9 brief break?
10        THE WITNESS:  Sure.
11        MR. SCHIRMER:  Thank you.
12        VIDEOGRAPHER:  We are off the
13 record at 12:13.
14            - - -
15        (A recess was taken.)
16            - - -
17        VIDEOGRAPHER:  We're back on the
18 record at 12:53.
19        MR. SCHIRMER:  Please mark this
20 as the next exhibit, I believe it's
21 39.
22            - - -
23        (Exhibit 39, Rose Acre Farms
24 Square Inch Effects Summary Page,

Page 252

MARCUS RUST - HIGHLY CONFIDENTIAL

1 Bates RASEYMOUR0000060767, was marked
2 for identification.)
3            - - -
4 BY MR. SCHIRMER:
5    Q.    I'm showing you what has been
6 marked as Exhibit 39. It is -- it bears
7 Bates number RASEYMOUR0000060767.
8        MR. BARNES:  Two-page document.
9        MR. SCHIRMER:  I don't know. I
10 think so.
11        MR. BARNES:  I think there was a
12 page in front of it, but I don't
13 remember what the first page was.
14        MR. SCHIRMER:  I've never been
15 able to find the front page.
16        MR. BARNES:  I think there was a
17 page -- I've seen it with two pages.
18        MR. SCHIRMER:  I haven't seen
19 it.
20 BY MR. SCHIRMER:
21    Q.    Have you seen this document
22 before, sir?
23    A.    Maybe, maybe not. I'm not
24 sure.

Page 253

MARCUS RUST - HIGHLY CONFIDENTIAL

1    Q.    Would you have a look at it?
2 Do you have an understanding as to what it
3 shows?
4    A.    Yes. I have an understanding
5 to what it says.
6    Q.    What is it?
7    A.    This is a -- shows original
8 capacity of each of the farms that we had at
9 that time and then it shows what -- how the
10 Animal Welfare Program square inch will
11 affect those farms.
12    Q.    Now, is this all the facilities
13 you had at the time?
14    A.    This does not have -- I don't
15 see a date. Okay. It's dated 8/11 of 2002.
16    Q.    2002, yeah.
17    A.    This would have been what we
18 owned that given time I think, yes.
19    Q.    So after that time, you bought
20 the Oconee?
21    A.    Oconee Egg Farm.
22    Q.    The County Line Egg Farm?
23    A.    Germantown.
24    Q.    And you constructed the Hyde

64 (Pages 250 - 253)

Page 254

MARCUS RUST - HIGHLY CONFIDENTIAL
1 County Farm?
2    A.    Yes.
3    Q.    Now, when did you begin
4 planning the construction of the Hyde County
5 Farm?
6    A.    I don't recall the exact date.
7 It took us five years to get a permit. Maybe
8 2000, 2001. 2002 maybe. Somewhere in that
9 time range.
10    Q.    Do you recall whether it was
11 before or after you joined the UEP?
12    A.    That was -- I don't recall, but
13 it could have been before.
14    Q.    Is there someplace -- is there
15 something that you could look at that would
16 refresh your recollection?
17    A.    I'd have to look. We spent a
18 lot of time fighting to get permits there,
19 and I don't recall. I want to think that I
20 was there whenever the Trade Center thing
21 happened, but I could be wrong on that.
22    Q.    That's September 11, 2001?
23    A.    Yeah. That's my recollection.
24 I could be wrong.

Page 255

MARCUS RUST - HIGHLY CONFIDENTIAL
1    Q.    So it took you approximately
2 five years to get the permits?
3    A.    Yeah.
4    Q.    How long does it take to
5 construct a facility like that?
6    A.    It took -- I think it might
7 have took four or five years. We ran out of
8 money in the middle of it.
9    Q.    Did you begin production before
10 you had all the permits?
11    A.    No.
12    Q.    I'm showing you what has been
13 marked as Exhibit -- what will be marked as
14 Exhibit 40 then.
15          - - -
16    (Exhibit 40, 1/22/08 E-mail with
17    attachment, Bates RAUPDATE0015948 -
18    RAUPDATE0015951, was marked for
19    identification.)
20          - - -
21 BY MR. SCHIRMER:
22    Q.    This is a document bearing
23 Bates stamp number RAUPDATE0015948 through
24 15951.

Page 256

MARCUS RUST - HIGHLY CONFIDENTIAL
1    A.    Yeah.
2    Q.    What is it?
3    A.    It's called "ROSE ACRE FARMS
4 SQUARE INCH EFFECTS CONSOLIDATED SUMMARY PAGE
5 BY FARM."
6    Q.    And the first page which is
7 RAUPDATE0015950.
8    A.    Which page?
9    Q.    That's the first page of it.
10 The e-mail on the front. It shows that you
11 were one of the recipients of this e-mail --
12    A.    Yes.
13    Q.    -- and these particular
14 attached documents?
15    A.    Yes.
16    Q.    Do you recall receiving these
17 documents, sir?
18    A.    I think so. I don't recall the
19 specific documents, but I have no reason to
20 say that I didn't.
21    Q.    And your e-mail is
22 marcus_rust@goodegg.com?
23    A.    Yes.
24    Q.    Who is Ty Harweger? I hope I

Page 257

MARCUS RUST - HIGHLY CONFIDENTIAL
1 got that right.
2    A.    Ty is the -- he at the time was
3 the Cort Acre Farm manager.
4    Q.    Who is he now, does he have a
5 different job now?
6    MR. BARNES: He's still at the
7    company.
8    THE WITNESS: He has a different
9    job. He's the southern Indiana
10    regional manager.
11 BY MR. SCHIRMER:
12    Q.    Who is Anthony Rust?
13    A.    My brother.
14    Q.    What's -- does he have a title
15 with the company?
16    A.    He was at that time the flock
17 manager.
18    COURT REPORTER: The what?
19    THE WITNESS: Flock manager.
20 BY MR. SCHIRMER:
21    Q.    Still doing it today?
22    A.    He's a consultant to the flock
23 department.
24    Q.    James Rust?

65 (Pages 254 - 257)

Page 258

MARCUS RUST - HIGHLY CONFIDENTIAL
1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.    That's my brother.
3    Q.    That's the bigger younger
4 brother?
5    A.    He is slightly bigger and
6 taller and is in South America.
7    Q.    Okay. Who is John Rust?
8    A.    That is the taller, bigger
9 brother, but younger.
10   Q.    Younger.
11         And Tony Wesner?
12   A.    He is the chief operating
13 officer of the company today.
14   Q.    What was he at that time?
15   A.    He would have been vice
16 president in charge of logistics,
17 transportation and environmental.
18   Q.    Who is Greg Hinton?
19   A.    He is vice president of sales.
20   Q.    Does Mr. -- at the time did Mr.
21 Hinton report to you?
22   A.    Yes, he did.
23   Q.    Is he still there today?
24   A.    Huh?
25   Q.    Is he still at Rose Acre today?

Page 259

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.    Yes.
3    Q.    What's his job today?
4    A.    He's director of sales.
5    Q.    I'm just comparing 39 and 40, I
6 want to make sure I understand. So let's
7 look at the RAF square inches summary
8 January 2008.
9    A.    Which page is this?
10   Q.    It's on page --
11   A.    Are we at 767 or at 949?
12   Q.    94 -- 15950. Hold these
13 together, I'm trying to understand them.
14 Now, the Hyde -- it shows here the Hyde
15 County original capacity is 626,362 in
16 early -- as of apparently April 1, 2005, was
17 the hatch date. And the week date is, I
18 guess, July 29, 2005. Is that right? That's
19 on page 15950.
20   A.    It shows -- you're talking Hyde
21 County?
22   Q.    Yes, just Hyde County.
23   A.    The 626,362?
24   Q.    Yep.
25   A.    What's the question on that?

Page 260

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    What does that mean?
3    A.    That would be the capacity at
4 that given date, that hatch date.
5    Q.    Is that approximately when Hyde
6 County began to operate?
7    A.    Yes. Yes.
8    Q.    And Germantown, it shows, I
9 guess, look at the week date, the same page,
10 it has a week date of 01/28/04 and has
11 512,810.
12   A.    Correct.
13   Q.    Is that when you first acquired
14 the company, it had that kind of capacity?
15   A.    When we bought the company,
16 that may have been what the original capacity
17 was. We added several houses to it.
18   Q.    So is that approximately when
19 you recall the company was purchased in or
20 about?
21   A.    That would be approximate.
22   Q.    Oconee is not shown on the
23 8/11/2002. That's RASEYMOUR, the last one is
24 60767. It's the one in your right hand, I
25 think. It's Exhibit 39. I don't see Oconee

Page 261

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 on it.
3    A.    Maybe we didn't own it yet
4 then.
5    Q.    That's exactly the question I
6 was about to ask.
7    A.    Maybe forgot it.
8    Q.    Do you think it's likely you
9 forgot something worth a million-five?
10   A.    Hey, it happens.
11   Q.    So do you remember
12 approximately when you bought the Oconee
13 Farm?
14   A.    It was early -- 10, 12 years
15 ago, I guess. Something like that.
16   Q.    Sometime in -- it might have
17 been in 2002?
18   A.    It would have been the same
19 time that we bought -- when we bought Nepco.
20 Slightly thereafter.
21   Q.    That's Newton County?
22   A.    Nepco was an egg products
23 company.
24   Q.    Why would it be the same time,
25 did you buy it from the same person?

66 (Pages 258 - 261)

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.    No.
3    Q.    Just around the same time?
4    A.    We bought the chickens, the
5 chickens in the building we bought from Tyson
6 Foods. Tyson Foods owned Nepco. When we
7 bought Nepco, we also bought their contract
8 clause. And then that's when we added new
9 chicken houses to the -- shortly thereafter
10 we started construction and added new
11 buildings at the contract farm, or at the
12 farm that we bought from John Jacobs, which
13 is the Oconee Egg Farm. When we bought it,
14 it had 250,000 birds capacity. And then we
15 added 800,000 or so to it.
16    Q.    If you look at page number
17 15950, the County Line Farm, you'll see that
18 it looks like it came on line sometime in
19 early 2004. Is that right?
20    A.    Yes.
21    Q.    That's approximately when you
22 purchased it?
23    A.    Yes. It and Germantown were
24 purchased the same time.
25    Q.    Do you know when at the time

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 you purchased County Line and Germantown, if
3 those farms were ACC certified, certified
4 producers?
5    A.    I don't recollect.
6    Q.    Is there anyplace I could go to
7 find that out?
8    A.    Germantown would have been for
9 sure. I just don't recollect.
10    Q.    Is there any way to know
11 whether Oconee would have been -- the
12 Oconee -- original Oconee producer would have
13 been ACC certified at the time you purchased
14 it?
15    A.    It was all for egg products so
16 it probably wouldn't have been.
17    Q.    By which you mean not so many
18 shell eggs?
19    A.    It was for breaking only.
20    Q.    That takes care of those. You
21 can put those away and I promise you won't
22 come back to it. At least not in my
23 questioning.
24        Earlier today Mr. Allen spoke
25 to you about some of the committees you were

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 on while you were at -- during the time
3 you've been a part of UEP. Do you recall
4 that discussion?
5    A.    Yes.
6    Q.    Were you a member of the Price
7 Discovery Committee?
8    A.    Yeah.
9    Q.    Do you remember how long you
10 were a member, for what period, over what --
11        MR. BARNES: Over what period of
12    time were you a member?
13        MR. SCHIRMER: Thank you.
14        THE WITNESS: I can answer that.
15 BY MR. SCHIRMER:
16    Q.    Yes, please.
17        MR. BARNES: Go ahead.
18        THE WITNESS: I was on it from,
19    the best of my recollection, from
20    about when it started or when we
21    joined UEP till maybe it ended. I
22    might have got off before that a
23    couple years, I'm not sure. But I was
24    on it -- I think I was on it most of
25    the time.

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 BY MR. SCHIRMER:
3    Q.    What do you mean when it ended?
4    A.    They quit having -- when all
5 you guys filed suit, the attorneys went into
6 panic and said let's not do this for a while
7 until we figure out what's going on.
8        MR. BARNES: Marcus, let me
9    caution you, again, in response to any
10    question from the plaintiffs, do not
11    disclose any legal advice --
12        THE WITNESS: Okay.
13        MR. BARNES: -- that attorneys,
14    UEP attorneys provided to you as a
15    member of the board or a UEP
16    committee, please. Okay?
17        THE WITNESS: Okay.
18 BY MR. SCHIRMER:
19    Q.    There came a time after the
20 lawsuit started that you stopped having a
21 Price Discovery Committee. Is that correct?
22    A.    Yes.
23    Q.    Now, what did the Price
24 Discovery Committee do? What was its
25 purpose?

Page 266

MARCUS RUST - HIGHLY CONFIDENTIAL

1    A.   They would have a meeting, they
2 would sit around and talk about the
3 projections that the different people in the
4 egg industry had accumulated.
5    Q.   Is that the Marketing Committee
6 or the Price Discovery Committee?
7    A.   They're both the same thing.
8    Q.   So it was one committee, just
9 two different names?
10    A.   I think there's only one.
11    MR. SCHIRMER:  Going to be
12 marking another exhibit, 41. Let her
13 mark it first. Only two, guys, sorry.
14    - - -
15    (Exhibit 41, 12/7/05 UEP - Shell
16 Egg Price Discovery Committee Minutes,
17 Bates UE0153063 & UE0153064, was
18 marked for identification.)
19    - - -
20    THE WITNESS:  Okay.
21 BY MR. SCHIRMER:
22    Q.   What is Exhibit 41?
23    A.   It's what they call the Shell
24 Egg Price Discovery Committee.


Page 266

MARCUS RUST - HIGHLY CONFIDENTIAL

1    A.   They would have a meeting, they
2 would sit around and talk about the
3 projections that the different people in the
4 egg industry had accumulated.
5    Q.   Is that the Marketing Committee
6 or the Price Discovery Committee?
7    A.   They're both the same thing.
8    Q.   So it was one committee, just
9 two different names?
10    A.   I think there's only one.
11    MR. SCHIRMER:  Going to be
12 marking another exhibit, 41. Let her
13 mark it first. Only two, guys, sorry.
14    - - -
15    (Exhibit 41, 12/7/05 UEP - Shell
16 Egg Price Discovery Committee Minutes,
17 Bates UE0153063 & UE0153064, was
18 marked for identification.)
19    - - -
20    THE WITNESS:  Okay.
21 BY MR. SCHIRMER:
22    Q.   What is Exhibit 41?
23    A.   It's what they call the Shell
24 Egg Price Discovery Committee.

Page 267

MARCUS RUST - HIGHLY CONFIDENTIAL

1    Q.   And the document is what with
2 regard to the Shell Egg Price Discovery
3 Committee?
4    A.   It is a committee that they was
5 talking about the cost of how Urner Barry --
6 what the Urner Barry market was. They was
7 talking about the processing carton and
8 transportation cost.
9    Q.   Is Exhibit 41 the minutes of a
10 December 7, 2005, meeting of that committee?
11    A.   Yes.
12    Q.   And were you at that meeting?
13    A.   I think I -- evidently I was.
14 It says my name there, yes.
15    Q.   Do you recall attending this
16 meeting in Chicago in or about the end of --
17 around the end of December 19 -- 2005, excuse
18 me?
19    A.   Vaguely. Kind of like from
20 seeing this.
21    Q.   Now, you said something just a
22 second ago. It looked at the cost, the
23 processing and how that was, I guess,
24 translated into Urner Barry. Is that right?

Page 268

MARCUS RUST - HIGHLY CONFIDENTIAL

1    A.   Urner Barry is kind of like a
2 benchmark quote.
3    Q.   So we can agree, then, that
4 Urner Barry -- what is Urner Barry? Let's
5 start there.
6    A.   Urner Barry is a market
7 reporting company that they do price sheets
8 for the meat industry, the fish, poultry,
9 beef, I guess seafoods. They publish a daily
10 or weekly price check showing what the prices
11 of the different commodities that aren't
12 tracked by the Wall Street Journal. They're
13 kind of a newspaper.
14    MR. SCHIRMER:  Exhibit 42.
15    - - -
16    (Exhibit 42, Newsletter, Bates
17 KEL00003257 - KEL00003259, was marked
18 for identification.)
19    - - -
20 BY MR. SCHIRMER:
21    Q.   I'm showing you -- going to
22 show you what's been marked as Exhibit 42.
23 It's got Bates numbers KEL00003257 through
24 3259.

Page 269

MARCUS RUST - HIGHLY CONFIDENTIAL

1    A.   Yes.
2    Q.   What is it?
3    A.   It's that daily or weekly,
4 whenever it comes out, newsletter that I was
5 telling you that lists the price of shell
6 eggs. And if you had -- well, it's got like
7 milk, butter. They used to have meat and
8 stuff on it. I haven't looked at one in
9 years. Yeah, down there they got the Urner
10 Barry salmon market. They quote a market for
11 the trade industry whether you're a producer
12 and/or buyer, that people have a price sheet
13 to look at. And then when we do a weekly
14 target price, what we do is our contract with
15 Kroger would say 20 cents under the Urner
16 Barry large market or 18 cents under the
17 medium market or 12 cents under the jumbo
18 market for the eggs we sell. It's a
19 benchmark that everybody uses to price their
20 eggs off of.
21    Q.   You just saved yourself
22 20 minutes.
23    A.   Okay.
24    Q.   Would you, please, go back to

68 (Pages 266 - 269)

Page 270

MARCUS RUST - HIGHLY CONFIDENTIAL

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 Exhibit 30 for just a minute?
3      A.    Exhibit, which one?
4      Q.    30.  That was this document,
5 the interview.
6      A.    Okay.
7      Q.    The first one, okay.  On the
8 right-hand side of RA0069761, about halfway
9 down the page, there is a question that says,
10 "EI:  What changes do you see as a result of
11 higher feed cost?"
12           Do you see that question on the
13 page?
14     A.    Yes.
15     Q.    At the end of that paragraph,
16 it has after that, "MR."
17     A.    Right.
18     Q.    And in the last sentence, it
19 says, "It is evident that we also have to
20 control the supply of eggs since
21 over-production inevitably results in a drop
22 in realization."
23           Do you recall giving that
24 answer, at least that part of the answer to
25 that question, sir?

Page 271

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2      A.    I don't recall that.  I
3 remember -- I guess I remember reading this
4 or seeing this again.
5      Q.    You recall reading this or
6 seeing this, did you not say that?
7      A.    No, I'm not denying I said or
8 didn't say that.  I'm just saying I remember
9 doing an interview for this report, I guess.
10     Q.    Does that -- did that statement
11 accurately reflect your view at the time?
12     A.    Still the same today.
13     Q.    Now, a little earlier today Mr.
14 Allen also discussed with you the Animal Care
15 Program, UEP Animal Care Program.  Do you
16 recall that?  We talked about it briefly.
17     A.    Which one?
18     Q.    The Animal Care Program.  I'm
19 not going to ask you any more about that one.
20           I'm just asking you a general
21 question, do you recall the discussion?
22     A.    Which one?
23     Q.    About the Animal Care Program.
24     A.    Yeah.
25     Q.    And what is the UEP Animal Care

Page 272

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 Program?
3      A.    It is the Animal Welfare
4 Program that was implemented at the request
5 of the Food Marketing Institute, some of the
6 grocery chains.
7      Q.    Now, were you a member of UEP
8 when the UEP first appointed the Scientific
9 Advisory Committee to the UEP to formulate
10 their recommendations --
11     A.    I'd have to know what date that
12 was.
13     Q.    It was before 2002.
14     A.    I was not a member then, no.
15     Q.    Do you recall whether you were
16 a member of the UEP at the time that UEP
17 was -- that UEP's Producer Welfare Committee
18 was formulating the ultimate ACC Animal
19 Welfare Guidelines?
20     A.    I'd have to look at documents
21 to say if I was or wasn't.
22     Q.    You said that this was done at
23 the request of the Food Marketing Institute.
24     A.    That was our understanding.
25     Q.    What was your understanding

Page 273

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 based on?
3      A.    What Mr. Gregory told us.
4      Q.    And Mr. Gregory -- do you
5 recall when Mr. Gregory told you that?
6      A.    For multiple years they had
7 been trying to get us to join United Egg
8 Producers.  It would have been one of those
9 recruitment meetings.
10     Q.    Was that -- is that something
11 that was important to you, who instituted the
12 Animal Care Program?
13     A.    Yes.  Because their customers
14 want -- who demanded that we had to be in
15 that program, at the time that we got into
16 UEP was a time that we were being attacked by
17 animal rightist terrorist groups.  We had one
18 facility that they sabotaged the water
19 system.  Another facility that they took high
20 powered rifles and shot the electric
21 transformers out of the substation.  Another
22 where they burnt the feed truck that we used.
23 We had feed mill there.  Only one feed truck
24 fed all the chickens, actually a pretty new
25 truck, but they dumped diesel fuel on it and

69 (Pages 270 - 273)

Page 274

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  set in on fire and burnt it, burnt it up.
3  Then they spray painted on the side of the
4  building that the owner should be behind bars
5  like the chickens or in jail like the
6  chickens or in a cage, I don't remember,
7  whatever, they spray painted that on the side
8  of the mill. And then sometime during all
9  that, we was contacted by the FBI and said
10  that we was targeted for another group attack
11  on our facilities in Iowa. And at that point
12  in time, you know, we knew we was in a war
13  with animal rightist groups. And the grocery
14  store chains were being -- McDonald's, Burger
15  King had been, you know, I don't know if they
16  were attacked or they were picketed or
17  whatever, but they went and implemented,
18  saying they're going to give their chickens
19  more square inches. And McDonald's went out
20  at 75 inches or whatever it was, and then
21  Burger King come in and outdone them and went
22  at 80 inches or whatever it was. And then
23  some other chain announced even more. And
24  the supermarket industry went into a panic
25  because they didn't want to have every

Page 275

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  producer out there or every chain making
3  their own set of specifications because of
4  the long time period and commitment it took
5  to be an egg producer to get that large egg
6  that the supermarkets wanted the most of.
7      Q.   You said the supermarkets went
8  into a panic. Who did you speak to at -- did
9  you speak to somebody at the Food Marketing
10  Institute about that?
11     A.   It was stuff you read in
12  different -- you know, with all the animal
13  rights issues. No one wanted to be the
14  target of the animal rights people.
15  McDonald's didn't want picketers at their
16  restaurant. Kroger didn't want picketers out
17  there in the parking lot of their grocery
18  store from animal rights groups. Kraft, for
19  instance.
20     Q.   Where did you read this about
21  the Food Marketing Institute? Other than
22  from Mr. Gregory, did you read anyplace the
23  Food Marketing Institute had been the impetus
24  behind the Animal Care Certified Program?
25     A.   I think that was the main thing

Page 276

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  that I had heard was from Gene on that part.
3      Q.   Now, you talked about the awful
4  things that happened to your company. Was
5  anybody ever prosecuted for those?
6      A.   The person who burnt our feed
7  truck, I think he was -- he also burnt some
8  animal laboratories up in Michigan. And he
9  got caught and he actually then -- he had
10  posted on his Web site that he had done ours.
11  Whether he did or not, I don't know. But
12  they -- I think he got prosecuted for it and
13  he ended up serving several years for it.
14     Q.   How about for the other things
15  that happened, anybody have a problem?
16     A.   No one was -- they never placed
17  who shot the transformers. They never placed
18  who sabotaged the electrical. No one -- the
19  police come out and investigated, but I'm not
20  aware of any -- and the FBI for whatever
21  reason, they only warned us it was going to
22  happen, they didn't tell us who. I think
23  they know more than they tell us.
24     Q.   Now, the Animal Care Program,
25  in general, what are the basic requirements

Page 277

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  of the Animal Care Program?
3      A.   They have a lot of -- ask me
4  what you're asking again. You want to
5  know --
6      Q.   I was trying to get your basic
7  understanding of the outline of what the
8  Animal Care Program requires you to do with
9  regard to your caged chickens.
10     A.   They require -- you have to --
11  they have rules about how you do the
12  debeaking. They have rules about the
13  environment inside the chicken house. They
14  had handling rules. They had square inch
15  space rules that we had to phase in over a
16  time period. I'd have to look at documents
17  to see exactly what they were.
18     Q.   Do you recall whether Rose
19  Acre -- Rose Acre's -- Rose Acre became a UEP
20  certified company in what, 2002 or
21  thereabouts?
22     A.   We joined UEP so we could get
23  into the program. And that was, I think,
24  February of 2002. I think I saw it on a
25  document here someplace. And then we joined

70 (Pages 274 - 277)

Page 278

MARCUS RUST - HIGHLY CONFIDENTIAL

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 the certified program four, five, six,
3 eight months after that period where we
4 had -- it took us a while to get our house in
5 order, per se, to meet the qualifications of
6 the program.
7     Q.   At the time you joined the UEP
8 was the only way you could become a UEP
9 certified seller was to become a member of
10 the UEP?
11     A.   No.
12     Q.   How else could you have done
13 it?
14     A.   You could have just went and
15 signed up for the Animal Care Program and not
16 been a UEP member.
17     Q.   Why didn't you do that?
18     A.   We didn't -- when you own 15
19 million chickens, you don't want to sit
20 around and let other people advise different
21 people what's going to affect your facilities
22 and how it's going to be done. You want to
23 have control of what's going on. Or not
24 control, but you want to have input on what's
25 going on. We saw what happened in Europe.

Page 279

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.   What happened in Europe?
3     A.   Europe all -- 95 percent of all
4 the eggs in the '70s and early '80s were all
5 caged battery systems. Animal rights went
6 after the -- groups went after the European
7 producers, they burnt buildings, they did all
8 the kind of stuff they was starting here.
9 There was probably half a dozen, a dozen
10 farms that got burnt down in Europe over the
11 period of ten years or more or five years, I
12 don't know, I don't remember the timing. But
13 when those groups started coming over here,
14 we saw the handwriting on the wall that we
15 had to get active with an Animal Welfare
16 Program so we didn't end up like Europe.
17 They lost the right to have chickens in
18 cages. The legislature actually voted it out
19 in Germany, Denmark, Sweden, Norway, Austria,
20 Switzerland. They're not allowed to have
21 chickens in cages anymore. They're allowed
22 to have what they call a colony cage in
23 Germany, but those have to go to breaking.
24 None of the retail chains will carry an egg
25 that comes from a bird in a cage. We didn't

Page 280

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 want that to happen here.
3     Q.   And so I understand it, you
4 were worried about legislation that might
5 affect you in the same way it happened in
6 Europe?
7     A.   In Europe, the producers in
8 Europe, because there was -- you got all the
9 different countries, they ended up with a
10 different set of rules in each country.
11 Every country was different. So when the EU
12 got formed, then they consolidated the rules
13 and had a uniform code that stated all of
14 them had to do certain things by certain
15 dates. I think it was like 2010 or whenever.
16 I forget what dates or years it was. But the
17 producers there never got together and fought
18 the animal rights groups. They effectively
19 lost their right to have chickens in cages.
20     Q.   When you say "fought," do you
21 mean fought in the legislatures, lobbied?
22     A.   Whether it's legislative or --
23 the animal rights activists, you know, when
24 they go after something, look what they do to
25 people in fur coats in New York and different

Page 281

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 places, you know, like throw mustard and
3 mayonnaise or whatever at them on their fur
4 coats, if they see women out walking with
5 them in different places. They're always
6 looking for things to create attention. That
7 includes burning buildings down, burning
8 animal laboratories down. You know, it's
9 like burning our feed truck up. Why -- if
10 you're animal rights, why would they burn a
11 feed truck? That's what fed the animal.
12 They shot out the transformer, that's what
13 kept the electric. They just tried to
14 create -- they wanted newspaper -- they want
15 attention.
16     Q.   What I'm trying to understand,
17 perhaps I'm not doing so artfully, is you
18 said you joined the UEP essentially to combat
19 the animal rights advocates.
20     A.   Yes.
21     Q.   And I'm trying to understand
22 what the UEP did that helped you combat the
23 animal rights advocates.
24     A.   Well, the UEP went and
25 collected funds to help fight the ballot

71 (Pages 278 - 281)

Page 282

MARCUS RUST - HIGHLY CONFIDENTIAL
1 initiative in California. California
2 today -- January of 2015, California has to
3 overnight give all of their chickens
4 some say -- HSUS says cage free. No producer
5 in California wanted the law that they got
6 handed to them. They lost their right to be
7 in the caged egg business in California
8 according to HSUS. The California producers
9 think they're going to be at 115, 16 inches.
10 You know, in the last two months there have
11 been several lawsuits filed by State Attorney
12 Generals that are now filing suit against
13 California for the laws that got passed out
14 there by the voters there not allowing our
15 eggs to go to California because they're
16 coming from cages. You folks just don't
17 understand what these animal activists are
18 doing to us.
19     Q.    Do you have an understanding as
20 to whether or not you will be able to sell
21 eggs into California?
22     A.    We have no facilities today
23 other than our cage free farms that will be
24 able to ship eggs to California effective

Page 283

MARCUS RUST - HIGHLY CONFIDENTIAL
1 January the 1st of 2015.
2     Q.    It's your understanding that
3 California requires eggs, wherever produced,
4 to be produced without -- not to be produced
5 in cages?
6     A.    They don't require -- not in
7 cages. What they say is a chicken must be --
8 you'll love this one. A chicken must be able
9 to stand up, turn around, spread its wings
10 and not touch another sidewall of a cage or
11 another animal. Now, as long as your cage
12 you put it in meets that specification, you
13 can put chickens in that cage. If it doesn't
14 meet that, you can pay a -- I think it's a
15 $500 or $1,000 fine per occurrence.
16     Q.    It's your understanding that
17 California has said that unless your egg
18 production facilities, no matter where
19 located, meet those criteria, you cannot sell
20 eggs into California?
21     A.    Yes, they have passed a law to
22 that effect.
23     Q.    Okay.
24     A.    Not -- let me restate. They

Page 284

MARCUS RUST - HIGHLY CONFIDENTIAL
1 passed a law that says -- the law that they
2 stated says -- I think it's got a formula how
3 many square inches, and it's about 115 or
4 16 inches, that applies to out-of-state eggs.
5 We tried to prevent that from happening. Our
6 family, we spent, you know, hundreds of
7 thousands of dollars in trying to keep that
8 law off the ballot from getting passed. We
9 lost the ballot initiative 70 percent to
10 30 percent on the votes. Called Prop 2.
11 You'll read it in your facts.
12     Q.    I'm showing you what is going
13 to be marked as Exhibit 43.
14         - - -
15     (Exhibit 43, 8/7/08 E-mail,
16     Bates RAUPDATE0020176 -
17     RAUPDATE0020199, RAUPDATE0020201 -
18     RAUPDATE0020205, RAUPDATE0020207,
19     RAUPDATE0020209 & RAUPDATE0020206, was
20     marked for identification.)
21         - - -
22     MR. BARNES:  All of this is 43?
23     MR. SCHIRMER:  I'll tell you --
24 yeah. We can separate it out into

Page 285

MARCUS RUST - HIGHLY CONFIDENTIAL
1 43A, B, C, D, if you'd like.
2     MR. BARNES:  It doesn't matter.
3 I just wanted to make sure what we
4 were marking.
5     MR. SCHIRMER:  I thought you'd
6 object to me separating out a single
7 document. That's all.
8     MR. BARNES:  Me?
9     MR. MONICA:  We're going to
10 object either way.
11     MR. SCHIRMER:  Of course, I
12 would expect no less.
13 BY MR. SCHIRMER:
14     Q.    This bears Bates numbers
15 RAUPDATE0020176, and I believe the last
16 number is 209. But it contains, I think, all
17 the documents.
18     A.    Mine is 206 at the end. 209 is
19 second to the end.
20     MR. BARNES:  Yep, he's right.
21     THE WITNESS:  Does that one
22 not -- does one of them not belong
23 here?
24 BY MR. SCHIRMER:

72 (Pages 282 - 285)

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.   No. They both belong there. I
3 just have them out of order probably. Let's
4 see. Should I move it, put it in order,
5 leave it where it is.
6     A.   I'm just -- leave it where it
7 is.
8     Q.   Leave it where it is. It won't
9 make any difference in this series of
10 questions, I promise.
11     What is this group of
12 documents?
13     A.   This would be a -- kind of a
14 written manual. Whenever we hire people, we
15 have to, you know, we have to train our
16 employees in what the animal welfare rules
17 and regulations that we maintain are. I
18 think that's part of the UEP program that
19 each company has to do.
20     Q.   If you look at the first page
21 of this document, RAUPDATE0020176, it is an
22 e-mail from John Hurd to a number of
23 individuals including --
24     A.   It's David Hurd.
25     MR. BARNES: It's not correct.

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     MR. SCHIRMER: David Hurd,
3   sorry. You are correct, I screwed up.
4 BY MR. SCHIRMER:
5     Q.   David Hurd, to a number of
6 individuals including you.
7     A.   Yeah.
8     Q.   Dated August 7, 2008. Do you
9 remember receiving this document?
10     A.   Not particularly. I get -- you
11 get 50 e-mails or whatever a day, you
12 don't --
13     Q.   But you recognize this group of
14 documents that are appended to it?
15     A.   Yeah. Vaguely. I can't say
16 I've read it verbatim.
17     Q.   Who wrote -- do you know who
18 wrote it?
19     A.   I would assume David or KY
20 maybe, I'm not sure.
21     Q.   Do you know if this is the --
22 please turn to the larger document that's
23 RAUPDATE0020177. Please turn to that.
24     A.   Okay.
25     Q.   On the -- there's a -- right

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 above the system scheme or chart, whatever it
3 is, there's a section that says, "Production
4 System." Do you see that?
5     A.   Yes.
6     Q.   That's on page 20178.
7     A.   Yes.
8     Q.   The last sentence of that is
9 "Contract farms are responsible for the care
10 of RAF owned birds and therefore are under
11 the same obligation to follow this welfare
12 program and all UEP recommendations."
13     Do you see that?
14     A.   Yes.
15     Q.   Does that mean that the
16 contract farms must follow this program with
17 regard to all their birds or just with regard
18 to the birds owned by RAF?
19     A.   That would only be if they was
20 under a contract to us.
21     Q.   If they are under contract with
22 you, do the farms that are under contract --
23     A.   We have no farms today under
24 contract.
25     Q.   At 2008 did you?

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     A.   I don't recall.
3     Q.   When was the last time -- did
4 you -- during the period of 2002 through
5 2008, did you have farms that were under
6 contract with you?
7     A.   When we purchased the Canon Egg
8 Farm and Nepco Farms in Georgia, both of
9 those companies had contract farms, and we
10 have since ended all those contract
11 relationships.
12     Q.   Do you know approximately when
13 you ended those contract relationships?
14     A.   I'd have to go back and look at
15 records to see.
16     Q.   You don't know as you're
17 sitting here?
18     A.   Not off the top.
19     Q.   I just asked.
20     MR. SCHIRMER: Why don't we stop
21 now, about to end the tape, take a
22 two-minute break.
23     VIDEOGRAPHER: This is the end
24 of tape three in the video deposition
25 of Marcus Rust. We're off the record

73 (Pages 286 - 289)

Page 290

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2         at 1:38.
3                  - - -
4         (A recess was taken.)
5                  - - -
6         VIDEOGRAPHER:  Here begins tape
7     four in the videotape deposition of
8     Marcus Rust.  We are back on the
9     record at 1:42.
10 BY MR. SCHIRMER:
11    Q.    Mr. Rust, please turn to that
12 large document that we just were looking at.
13    A.    Yes.
14    Q.    Within it from -- it goes from
15 177 to 199, 20177 to 199.  We were just
16 looking at page 2 of that document.  On the
17 lower right-hand corner it says page 2.
18 RAUPDATE0020177.  That's where we were.  I'd
19 like you to turn to page 6 of that same
20 document.
21    A.    Yes.
22    Q.    It bears the Bates number
23 RAUPDATE0020182.  At the top, what does it
24 say at the top of the page?
25    A.    Hatchery.

Page 291

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.    If you could look under that
3 section where it says, "Processing of chicks"
4 there's a, b, c, d, and e.  Do you see that?
5     A.    Yes.
6     Q.    c, what does c say, just the
7 main topic c?
8     A.    b?
9     Q.    c as in cat.
10    A.    It says, "Cockerel, Unhatched
11 Embryo, and Cull Chick Euthanasia."
12    Q.    Under that, what is -- what is
13 number 1 under that?
14        MR. BARNES:  Object to the form.
15    You want him to read it into the
16    record?
17        THE WITNESS:  I don't have a 1,
18    I've got an i.
19 BY MR. SCHIRMER:
20    Q.    Little i.  Yes.  On this --
21        MR. SCHIRMER:  Yes, I do this
22    time.
23        THE WITNESS:  You want me to
24    read it or something?
25 BY MR. SCHIRMER:

Page 292

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.    Yes, what does it say?
3     A.    It says, "All chicks determined
4 to be cockerels, unhatched embryos, and culls
5 are disposed of by an approved euthanasia
6 method.  The euthanasia of these embryos and
7 chicks must be done so that chicks are
8 exposed to a minimum amount of stress."
9     Q.    What are cockerels?
10    A.    Male.
11    Q.    What percentage of the males at
12 your hatchery are euthanized?
13    A.    If you believe in
14 reincarnation, you don't want to come back as
15 a rooster later.
16    Q.    A large percentage of --
17    A.    A large percentage.
18    Q.    What are culls?
19    A.    That would be a deformed chick
20 and/or one that has got a bad leg or
21 whatever.
22    Q.    Now, see at the bottom of that
23 it says, "See Hatchery Euthanasia
24 Procedures."
25    A.    Yes.

Page 293

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2     Q.    Now, further on in the
3 document -- I'll show it to you so you can
4 see it.  It looks like this.  It's
5 RAUPDATE0020207 and 208.
6     A.    Okay.
7     Q.    Is this the procedures that are
8 being referred to on page 6?
9     A.    I believe so.
10    Q.    What is maceration?
11    A.    That is, you have a -- it's
12 kind of like a grinder, for lack of better
13 words.
14    Q.    And it says -- on this it says
15 maceration is performed at the hatchery with
16 rotating blades.  So how does it work, do you
17 just send -- do you feed the chicks, the
18 cockerels, the culls and the embryos into
19 that?
20    A.    They have an air system that's
21 designed to where you suck the live cockerels
22 in this air tube and it -- they hit a dead
23 plate.  When they hit the dead plate, it
24 kills the bird and then it falls down into
25 the grinder to grind them up.

74 (Pages 290 - 293)

MARCUS RUST - HIGHLY CONFIDENTIAL
1
2     Q.    "Cervical Dislocation," what is
3  cervical dislocation?
4     A.    That's where you break its
5  neck.
6     Q.    On the next page, 2 -- 0020208
7  talks about modified atmosphere killing.
8  What's that?
9     A.    That is where you -- that's
10 where they would be killed using a can or
11 cart and then you put gas in and suffocate
12 them.
13    Q.    How does that work, are they
14 put in by hand?
15    A.    Yes, can be.
16    Q.    Any other way?
17    A.    Could be.  I don't know.
18    Q.    Do you have personal knowledge?
19    A.    We have carts.  You put them in
20 a cart and then you close the lid.
21    Q.    Turn to -- back to the
22 document 177 through 199.
23    A.    Okay.
24    Q.    And I'd like you to look at
25 Section 7 which starts on page

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  RAUPDATE0020188 through 191.  Specifically --
3  oh, right under where it says, "Section 7" on
4  0020188, the first sentence is "Breeder and
5  commercial layer farms at RAF are designed to
6  house laying hens throughout the productive
7  portion of their lifecycle."  What is the
8  productive portion of their lifecycle?
9     A.    That can be from, anything from
10 16 weeks till the day they're dead.  Depends
11 on the price of feed.
12    Q.    How long in general does Rose
13 Acre keep hens?  How many weeks do you keep
14 the hens?
15    A.    We keep our hens until we have
16 new chicks coming.  We keep our houses full.
17 We keep them as the egg market kind of
18 dictates, you know.  You could adjust molting
19 time periods in between, you know, different
20 times through the market.  But for the most
21 part, we make the decision to replace the
22 chicken once we have the new one coming to
23 replace it.  We don't want empty space.
24    Q.    Approximately at how many weeks
25 -- how many weeks would be the maximum you

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  would keep a laying hen for?
3     A.    You can keep them -- what we
4  do, what some people do?
5     Q.    What you do.
6     A.    We've had some flocks we sold
7  at 150, 160 weeks.
8     Q.    Now, after 150, 160 weeks, do
9  chicken still lay eggs?
10    A.    They can.
11    Q.    Why is -- why would you stop?
12 Why would you get rid of chickens at that
13 point?
14    A.    There's an economic return.  It
15 depends on what the Urner Barry market may
16 be.  If you've got customers on the Urner
17 Barry market, you would probably want to get
18 rid of them sooner.  If you have a cost plus
19 market, you'd want to -- you may keep them as
20 long as they're paying for costs.
21    Q.    Why would -- if you got an
22 Urner Barry market, why would you want to get
23 rid of them sooner?
24    A.    If you're on -- Urner Barry
25 market goes up and down.  The cost plus

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2  marketing, price stays the same.  So you
3  got -- when you're a cost plus, you may elect
4  to keep them longer because you're getting --
5  you're going to make a profit irregardless of
6  when you sell them.
7     Q.    Would you turn to the next
8  page, it's 189, it's page 13 in this
9  document, RAUPDATE0020189.  How do you
10 identify cull birds for euthanasia?
11    A.    It would be a bird that looks
12 like it was down.  Like seen a person laying
13 in the street, in the gutter, you'd assume
14 that there's something wrong with them.  You
15 know, you'd call an ambulance.  When we see a
16 chicken that's laying down, we euthanize it.
17    Q.    And it says you use the
18 cervical dislocation procedure, you break
19 their necks?
20    A.    Yes.
21    Q.    That's done on an individual
22 basis?
23    A.    In an -- when you pick out and
24 cull a bird individually, you break its neck.
25    Q.    Please turn to the next page.

75 (Pages 294 - 297)

Page 298

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2     MR. SCHIRMER: Under -- for
3     anybody who is still left on the phone
4     after listening to me all day, that's
5     page 14, RAUPDATE0020190. Page 14 of
6     the document.
7 BY MR. SCHIRMER:
8     Q.   Do you see where it says,
9 "Backfilling"?
10     A.   Yes.
11     Q.   It says, "Backfilling, or
12 replacing birds, is only allowable following
13 a catastrophic event."
14       What is a catastrophic event?
15     A.   Tornado, fire, disease, where
16 you -- say a power outage, you have a bunch
17 of birds dying and you have the house more
18 empty than it would have been normally.
19     Q.   Do you know whether during the
20 period 2000-2008, that is the definition of
21 catastrophic event that was used by Rose Acre
22 Farms?
23     A.   During what period?
24     Q.   2000 to 2008.
25     A.   I have no idea on the -- I'd

Page 299

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2 have to see what the documents were at the
3 time.
4     Q.   Where it says, "Prior approval
5 for backfilling must be submitted to UEP."
6 That's at the bottom, it's the last bullet
7 point.
8     A.   During the -- sometime in that
9 final period, there were rules that they
10 changed on the backfilling because of what --
11 there was complaints from, I think it was the
12 scientific group, on the backfilling of birds
13 in the cages.
14     Q.   Do you know who the complaints
15 were from?
16     A.   It's -- you've heard the term
17 "hand pecking order."
18     Q.   Not what the nature of the
19 complaints were.
20     A.   It was chickens will kill each
21 other.
22     Q.   Is that because they're from
23 different flocks and it changes the pecking
24 order?
25     A.   Yes.

Page 300

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2     Q.   So when you have birds of the
3 same flock, it's not as big a problem?
4     A.   Well, when you take the bird
5 from one cage and put them in another cage,
6 when you back -- there are birds in there.
7 You know, they're not brothers and sisters.
8 Every cage has a pecking order. And
9 whatever, if you get one mean chicken in
10 there, it may -- you throw three weak
11 chickens in, it will peck those until it gets
12 rid of them. That's why they wanted to
13 eliminate backfilling.
14     Q.   Do you know when that started?
15     A.   I don't recall the exact dates.
16     Q.   Please turn to the next page,
17 RAUPDATE0020191, page 15 of this.
18     A.   191?
19     Q.   191. And it's page 19 of the
20 Rose Acre Farms Animal Welfare Program. It's
21 called "Load out." What does that mean?
22     A.   That's when you're taking the
23 birds out.
24     Q.   It talks about -- would you,
25 please, look at sub b under "Load out."

Page 301

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2     A.   Okay.
3     Q.   It says, "Removal from cages."
4 It says, "Birds are to be removed from cages
5 as stated in the bird handling the
6 procedure." So this -- you have bird
7 handling procedure for moving birds?
8     A.   Yes.
9     Q.   Then it says, "Houses being
10 euthanized at move out should follow mass
11 depopulation procedures."
12     Is that right?
13     A.   Yes.
14     Q.   Is mass depopulation
15 procedures --
16     A.   That's using gas versus hand
17 breaking.
18     Q.   That's the gas. Okay.
19     A.   It's not really gas. It's CO2.
20     Q.   Carbon dioxide?
21     A.   Yes.
22     Q.   It says, "If birds are removed
23 from cages with excessive force, damage to
24 meat could cause plant condemnations..."
25     What does that mean?

76 (Pages 298 - 301)

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2       A.    Some of the birds that's
3    going -- still going to a killing plant where
4    they were processing birds, then making
5    chicken patties for the school lunch program.
6       Q.    Is that what it means, is that
7    what it -- it talks about transport, is that
8    a rendering plant?
9       A.    No.
10      Q.    What's a rendering plant?
11      A.    A rendering plant would be a
12   plant that makes animal feed out of a
13   chicken.
14      Q.    And processing -- the
15   processing is -- a process plant is what?
16      A.    That is a plant that is making
17   food for human consumption.
18      Q.    So the goal, what you do is you
19   take the birds, all of the birds out at one
20   time?
21      A.    Yes.
22      Q.    And you just -- you put them --
23   give them the CO2 and it kills them as a
24   group?
25      A.    Some of them.  If you're doing

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    that, yes.
3       Q.    I notice that on the next page
4    you also have a section, starting on the next
5    page on "Cage Free Commercial Layer and
6    Breeder Farms."  So you also have separate
7    guidelines for your cage free farms.  Is that
8    right?
9       A.    I don't think so.
10      Q.    Is that just for the layer and
11   breeder farms?
12      A.    Maybe they're the same, I'm not
13   sure.  Let me look here.  Okay.  Cage free
14   commercial layer and breeder farms.  They're
15   about the same, I guess.
16      MR. SCHIRMER:  Please mark this
17      with whatever the next number is.
18          - - -
19      (Exhibit 44, 11/26/07 E-mail,
20      Bates RA0041257 & RA0041259, was
21      marked for identification.)
22          - - -
23   BY MR. SCHIRMER:
24      Q.    I'm showing you what has been
25   marked as Exhibit 44 which was previously

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    marked, as I'm certain Donald will recall, at
3    Bryan Hendrix's deposition as DPP-28, bears
4    RA -- Bates numbers RA0041257 through 259.
5    There's a blank page on the back, I think.
6    Looking at the first page, what is it?
7       A.    It's a note to me from KY.
8       Q.    Do you remember receiving this
9    note from KY?
10      A.    Not particularly.  Vaguely.
11      Q.    He says on the -- he says it is
12   not -- he is not sure that we are -- this
13   meets the criteria that's set forth in UEP
14   guidelines.
15      A.    Yeah.
16      Q.    What was he asking you about,
17   do you recall?
18      A.    Him and my brother were having
19   a divide over what was catastrophic and what
20   wasn't.  My brother always wanted to know if
21   there was over X mortality, he felt that was
22   catastrophic.  And the rules were a little
23   bit different than that I think.
24      Q.    He says, "We are backfilling
25   some houses again" in the first sentence.

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2       A.    Yes.
3       Q.    Was -- who was doing it, was
4    your brother doing it or was KY?
5          MR. BARNES:  Object to the form.
6          THE WITNESS:  My brother --
7          well --
8    BY MR. SCHIRMER:
9       Q.    Under whose supervision was it
10   being done?
11      A.    Probably both.
12      Q.    And so KY was writing you a
13   letter saying here's what's going on?
14      A.    It was a -- we always -- my --
15   our family, we've always been go 100 percent.
16   With all the production in the industry that
17   went to cost plus egg marketing, we have to
18   compete with those guys in the products
19   field.  And to do that, we had to have
20   maximum space that we could -- we walked a
21   fine line staying in the UEP program for our
22   shell egg customers and having to compete
23   with the likes of Michaels, and there's
24   probably a third of the industry that's on
25   cost plus marketing.  And when you're on a

Page 306

MARCUS RUST - HIGHLY CONFIDENTIAL
1 cost plus marketing of your egg, they don't
2 care, they're under contract. They don't --
3 the Urner Barry market going up and down
4 doesn't affect them, but it affects us. So
5 we have to maximize our production for our
6 space every day and they don't have to under
7 that type of marketing versus what we do.
8    Q.   I'm showing you what's going to
9 be marked as Exhibit 45. I'm sorry, but I
10 only have two copies of this one.
11              - - -
12        (Exhibit 45, 9/12/06 E-mail,
13        Bates RAUPDATE0039121, was marked for
14        identification.)
15              - - -
16 BY MR. SCHIRMER:
17    Q.   I'm showing you what's been
18 marked as Exhibit 45, bears Bates number
19 RAUPDATE0039121. What is this document?
20    A.   This is a note that looks -- I
21 believe it to be a note from my
22 brother-in-law to Ty.
23    Q.   Do you recall receiving this
24 document?


Page 306

MARCUS RUST - HIGHLY CONFIDENTIAL
1 cost plus marketing of your egg, they don't
2 care, they're under contract. They don't --
3 the Urner Barry market going up and down
4 doesn't affect them, but it affects us. So
5 we have to maximize our production for our
6 space every day and they don't have to under
7 that type of marketing versus what we do.
8    Q.   I'm showing you what's going to
9 be marked as Exhibit 45. I'm sorry, but I
10 only have two copies of this one.
11              - - -
12        (Exhibit 45, 9/12/06 E-mail,
13        Bates RAUPDATE0039121, was marked for
14        identification.)
15              - - -
16 BY MR. SCHIRMER:
17    Q.   I'm showing you what's been
18 marked as Exhibit 45, bears Bates number
19 RAUPDATE0039121. What is this document?
20    A.   This is a note that looks -- I
21 believe it to be a note from my
22 brother-in-law to Ty.
23    Q.   Do you recall receiving this
24 document?

Page 307

MARCUS RUST - HIGHLY CONFIDENTIAL
1    A.   Yes. Yeah. I remember looking
2 at it.
3    Q.   What was -- I admit to not
4 really understanding what's going on here.
5 What's the nature of the issue that's being
6 addressed?
7    A.   Okay. What's being addressed
8 was, if you had -- kind of like when you look
9 at rules or something, they were talking
10 about putting flocks -- when you take a given
11 house and then you add chickens to that
12 house, that's called backfilling. Under the
13 rules, when you really look close at it, if
14 you take two houses, move both houses and
15 re-populate them all mixed up together, you
16 created a new flock. That's what they're
17 talking about there.
18    Q.   So what he's talking about is
19 at the time you were re-populating two houses
20 by mixing them all together?
21    A.   What you could do under the
22 rules is you could take two houses with old
23 birds and move them to a different location
24 and call it a new flock.

Page 308

MARCUS RUST - HIGHLY CONFIDENTIAL
1    Q.   Under the UEP program, are you
2 familiar with something called the
3 100 percent rule?
4    A.   Yes.
5    Q.   What is it?
6    A.   That is where the ultimate goal
7 of several of us in the program was to keep
8 all to be -- to follow animal welfare rules
9 and say you're an animal welfare believer,
10 you had to keep all your chickens in the same
11 amount of space and treat all chickens the
12 same. You couldn't have chickens one way and
13 chickens another way and chickens another way
14 for two or three, four different kinds of
15 customers.
16    MR. SCHIRMER: Let's mark this
17        as the next number.
18              - - -
19        (Exhibit 46, E-mail chain, Bates
20        NL 0023831, was marked for
21        identification.)
22              - - -
23    MR. SCHIRMER: It has two pages
24        on it, but I only gave him one that

Page 309

MARCUS RUST - HIGHLY CONFIDENTIAL
1 has the first page.
2    MR. BARNES: Excuse me, Mark.
3        You gave him the first page, not the
4        second?
5    MR. SCHIRMER: Just the first,
6        yeah. I would have given him the
7        second one, I just didn't make copies.
8        I didn't think it was fair.
9    MS. ANDERSON: This is 46?
10    MR. SCHIRMER: Yes.
11 BY MR. SCHIRMER:
12    Q.   I'm showing you what has been
13 marked as Exhibit 46, bears Bates number
14 NL 0023831. What is it?
15    A.   It looks to be an e-mail.
16    Q.   From whom to whom?
17    A.   Looks like from me.
18    Q.   You send it to Chad Gregory,
19 Ron Truex and others?
20    A.   Yes.
21    Q.   Who is Ron Truex?
22    A.   Ron Truex is with Creighton
23 Brothers.
24    Q.   How about Jim Hull?

78 (Pages 306 - 309)

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2  A. He was with a breaking division
3 of Cal-Maine Foods, American Egg Products.
4 Actually it's a separate company, I think, at
5 the time.
6  Q. Roger Deffner?
7  A. National Foods.
8  Q. Gordon Saturn -- Satrum,
9 S-A-T-R-U-M.
10  A. Satrum Farms in Oregon or
11 Washington. One of the two.
12  Q. Who is Doug Wicker?
13  A. With Ise Farms.
14  COURT REPORTER: I'm sorry?
15  THE WITNESS: Ise, South
16 Carolina.
17 BY MR. SCHIRMER:
18  Q. And Craig Willardson is from?
19  A. Moark. Wilcox was from Wilcox
20 Farms.
21  Q. Do you recall writing this
22 e-mail?
23  A. I have to read it first.
24  Q. Why don't you read it?
25  A. [Reviewing document.] Yes.

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2  Q. Do you recall what this was
3 about?
4  A. Yes.
5  Q. What was it about, sir?
6  A. It was about what we called the
7 100 percent rule.
8  Q. And it said in the third line
9 down. It's not really the third sentence, I
10 don't think. It says, "...if the present
11 motion before the board passes it will lead
12 to purely folks offering whatever is cheapest
13 and will force sellers into big city markets
14 to go get side deals with producers for lower
15 cost not in program eggs..."
16  A. Yes.
17  Q. What does that mean?
18  A. There was producers who, to get
19 advantage of what the big chains wanted, you
20 know, which -- you know, under the FMI group,
21 they wanted people in the Animal Care
22 Program. Your smaller in the New York City
23 market, in the Chicago market where you're
24 dealing with large ethnic groups, there's a
25 lot of those people, the only thing they

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 cared about was the price of eggs. They
3 didn't care if you hung the chicken by its
4 neck and had 100 of them hanging there, as
5 long as the eggs were cheap, they didn't care
6 how the animal was raised. There were
7 producers who were -- had one farm under the
8 UEP program and selling to Wal-Mart, and
9 there was other -- and they had other
10 facilities that were selling eggs to the
11 inner city markets at the lesser cost. Doing
12 both productions, methods of production there
13 were some gerrymander ownership rules.
14  Q. Now, when you say "lower cost,"
15 what do you mean by "lower cost" there?
16  A. How do you mean?
17  Q. Well, you say, "...producers
18 for lower cost not in the program eggs..."
19 What does that mean?
20  A. If -- anyone who puts chickens
21 at 45 or 50 or 53 inches has lower cost per
22 dozen than a producer does at 67 inches per
23 bird. That's why the supermarket chains
24 agreed to come in and pay more money to
25 people initially to start the program so we

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2 could build more space.
3  Q. So if everyone operates under
4 the same rules, they have, at least with
5 regard to that aspect of the cost, have
6 similar cost structures?
7  A. Well, you had multiple
8 producers producing for multiple markets.
9 You had McDonald's out there, they're one of
10 the largest egg buyers in the United States,
11 they were buying eggs on a cost plus
12 production basis for, say, 80 inches of bird.
13 You had Burger King coming in buying all
14 their eggs on a cost formula based on
15 85 square inches per bird or whatever it was,
16 and pricing those eggs that way. You had
17 other restaurant chains that come in and
18 wanted theirs a different way yet. So what
19 was taking place, then you had what I'd call,
20 not a good word, but Chinese buyer who didn't
21 care how they got bought or how they got
22 produced. The only thing they cared about
23 was price. They didn't care about any of the
24 animal welfare issues.
25  Q. It's obvious I wasn't clear, so

Page 314

MARCUS RUST - HIGHLY CONFIDENTIAL
1 it's my fault.
2 it's my fault.
3 You talk about lower cost
4 producers not in the program eggs.
5 A. Right.
6 Q. As I understand your answer to
7 a previous question, what you're saying is
8 whoever can produce eggs and essentially put
9 more chickens into --
10 A. Between the cost to produce
11 between an 85-inch bird and a 50-inch bird
12 may be some were different producers,
13 different cages. Somewhere between maybe 4
14 cents a dozen and 10 cents a dozen or 12
15 cents a dozen.
16 Q. So there's a difference between
17 those two, the 45 --
18 A. There's a difference, your
19 capital investment per bird. Your capital
20 investment per bird at 67 inches is much
21 different than your capital investment -- if
22 you take $10 and divide it by six chickens,
23 you're going to have one number. If you
24 divide it by four chickens, you're going to
25 have another number.

Page 315

MARCUS RUST - HIGHLY CONFIDENTIAL
1 Q. And so when everybody is on a
2 Q. And so when everybody is on a
3 level playing field so to speak --
4 A. If everyone is on a laying --
5 level playing field, which is what the
6 supermarket industry wanted, they wanted a
7 competitive bidding process from all of us
8 producers. They didn't want everyone on
9 different things because they wanted to have
10 one set of specs that everyone was producing
11 for.
12 Q. Let's start -- let's go to that
13 idea, the level playing field. So -- but
14 you're telling me supermarkets were looking
15 for, at least those that weren't in the areas
16 that were looking for the lowest cost, was
17 everybody who had the -- basically with
18 regard to the, what you call the capital
19 investment per bird were on essentially the
20 same basis?
21 A. Correct.
22 Q. Fair enough.
23 MR. SCHIRMER: Could we take
24 literally a minute and half so we can
25 get a copy of this?

Page 316

MARCUS RUST - HIGHLY CONFIDENTIAL
1 MR. BARNES: Yeah, but if you
2 MR. BARNES: Yeah, but if you
3 run us up to the deadline, Mr.
4 Schirmer, I'm going to have to cut you
5 off, because you've taken a lot of
6 time with breaks and exhibits that you
7 don't have copies of. You can take as
8 many breaks as you want, but your
9 examination is going to be over at
10 3:30.
11 MR. SCHIRMER: My examination is
12 going -- okay. Don, this has been one
13 where breaks have been kept to the
14 minimum, and, frankly, I've taken very
15 little time to get copies. I
16 understand you want the man out, but
17 that wasn't necessary. Come on.
18 MR. BARNES: The record will
19 show the number of breaks and the
20 time.
21 - - -
22 (Exhibit 47, 5/3/06 E-mail,
23 Bates NL00240280, was marked for
24 identification.)
25 - - -

Page 317

MARCUS RUST - HIGHLY CONFIDENTIAL
1 MR. SCHIRMER: By the way, I'm
2 MR. SCHIRMER: By the way, I'm
3 not going to be going anywhere near
4 3:30, Don -- Mr. Barnes. Not even
5 close.
6 MR. BARNES: You can call me
7 Don.
8 MR. SCHIRMER: Okay. Sorry.
9 That's just --
10 BY MR. SCHIRMER:
11 Q. Looking at -- showing you what
12 has been marked as Exhibit Number 47, Bates
13 number NL00240280. What is it, Mr. Rust?
14 A. It is an e-mail that I sent to
15 a group of producers who are also egg
16 breakers.
17 Q. Who is jarias@vffi.com?
18 A. That's Joe Arias. He's with a
19 producer in California. I forget the name of
20 his farm.
21 Q. Who is ron@cl -- @cb-cl.com?
22 A. That's Ron Truex at Creighton
23 Brothers.
24 Q. Who is Glenn Hickman?
25 A. Glenn Hickman is at Hickman's

80 (Pages 314 - 317)

Page 318

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 Family Farms in Arizona.
3 Q. So -- maybe you've already
4 answered this. So all these people here are
5 companies that --
6 A. Break eggs.
7 Q. -- break eggs, okay.
8 A. They're producers who break
9 eggs.
10 Q. Do you remember writing this
11 e-mail?
12 A. Yes.
13 Q. The second paragraph that
14 starts with "I hope...," says that I -- you
15 say that "I hope the formation of a good ACC
16 egg product marketing co-op can help achieve
17 the shortfalls of the ACC programs egg
18 product marketing opportunities." You say
19 you don't know whether that's going to be the
20 case.
21 Was there ever an ACC product
22 marketing co-op formed?
23 A. We attempted and then some of
24 these lawsuits started and we determined it
25 was going to be much more efficient to never

Page 319

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 start it than start it because we couldn't
3 make enough money to pay the lawyers to
4 defend anything we was going to do.
5 Q. What was the purpose for which
6 you were thinking or discussing forming an
7 ACC egg product marketing co-op?
8 A. We wanted to form -- the
9 products industry, the ingredient buyer were
10 not in -- people who were industrial users,
11 they don't care what the Urner Barry market
12 is, they don't care what -- the only thing
13 they care about is that least cost bid. When
14 we were having to produce for the supermarket
15 industry who wanted to maintain something
16 they could keep the animal rightists off
17 their back, it caused us to have our surplus
18 eggs, the egg -- no matter how good you are,
19 10 percent to 15 percent of your eggs on a
20 year round basis of all egg production is
21 going to get broke. In the years prior, the
22 Urner Barry market would always -- the market
23 would make it to where someone could
24 profitably buy the surplus, dry it and/or
25 freeze it, put it in storage to offset going

Page 320

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 into the winter months and the holiday season
3 when the egg demand was there. When the cost
4 plus guys come into the picture and only mass
5 produce cost plus, they took away the shell
6 egg producers' disposal area for their
7 surplus because they mass produce high
8 volumes of eggs at a cost far cheaper than
9 our production cost is.
10 Q. How would a co-op, a marketing
11 co-op of the type that you were considering
12 forming or had begun to form I understand,
13 how would that have addressed that problem?
14 A. What my idea was, was to take
15 the 10 or 12 breakers. Everybody, when you
16 do egg products, a company like Michael
17 Foods, for instance, they're going to -- you
18 couldn't list all their products on this
19 sheet of paper. Each one of those products
20 that they sell, the machinery line and
21 packaging line for each product in there is
22 probably a 1 to $5 million investment. For
23 us to compete with them, we -- as an
24 individual producer, we can't afford the
25 capital just for the equipment to make all

Page 321

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 the different lines they make. My idea was
3 to go to like the cheese industry, the
4 cheese -- when you go to a cheese company,
5 they don't sit there and try to make 50 kinds
6 of cheese. That plant will make one or two
7 kinds of cheeses. My theory was to take all
8 of our egg breaking groups and have one
9 company say, okay, you're going to make
10 2-pound liquid, another company make 30-pound
11 liquid. Make them efficient at producing one
12 given product, bring them into some kind of a
13 central distribution and then distribute the
14 product out to the food service.
15 Q. Would it all have been sold
16 under a single label, is that your vision?
17 A. That is what my vision would
18 have been.
19 - - -
20 (Exhibit 48, E-mail chain, Bates
21 RAUPDATE0045472 - RAUPDATE0045475, was
22 marked for identification.)
23 - - -
24 BY MR. SCHIRMER:
25 Q. I'm showing you what was marked

81 (Pages 318 - 321)

Page 322

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2  as Exhibit 49.
3           COURT REPORTER:  48.
4  BY MR. SCHIRMER:
5      Q.   48.  I screwed up.  Bearing
6  Bates number RAUPDATE0045472 through 0045475.
7           What is it?  Take a minute to
8  look through it.  Go ahead.  I wasn't trying
9  to rush you.  What is this document?
10     A.   It's copies of some e-mail
11 stuff.  The guy at UEP had asked for
12 information looks like.
13     Q.   What kind of information had he
14 asked for?
15     A.   He wanted to know what was
16 taking place as far as construction, molting,
17 whatnot in the industry.
18     Q.   And on page 45472, you wrote
19 him an e-mail on what's called your info, is
20 that right, or our info?
21     A.   Yeah.  Yeah.
22     Q.   Then you -- after you give
23 him -- you say that you're not molting in
24 North Carolina or Georgia and you're
25 remodeling six houses in the next 12 months

Page 323

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2  with a net add of 150,000 in Missouri.  Is
3  that right?
4      A.   Uh-huh.
5           MR. MONICA:  Mr. Rust, you have
6      to answer verbally.
7           THE WITNESS:  Yes.  Sorry.
8           MR. SCHIRMER:  Thank you.
9           THE WITNESS:  I would have
10     forgot.
11          MR. MONICA:  It was a good
12     answer so I wanted to make sure.
13 BY MR. SCHIRMER:
14     Q.   You then said, in the last
15 couple of lines it starts, The only new other
16 I am hearing is a million by Weaver, 1.5 by
17 Cal-Maine, 1.5 by Rembrandt, the Dean thing
18 in Ohio, Jack DeCoster's 3. -- 3 to 4 million
19 back from the closed down complexes in Ohio,
20 500,000 by Midwest Poultry, and 500,000 by
21 Schipper in Michigan - again this is salesman
22 talk.
23     A.   That would be rumor -- I was
24 part of the rumor mill.  He asked me and I
25 repeated what I heard.

Page 324

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2      Q.   Where would you have heard this
3  stuff?
4      A.   Just from various salesmen
5  coming in trying to sell this stuff.
6           MR. BARNES:  You left out a
7      sentence, Mr. Schirmer, right in the
8      middle of all that which would not be
9      rumor, which would be information that
10     he is aware of.
11          MR. SCHIRMER:  We expect to add
12     the balance of a million this year and
13     a million next to finish the farm.
14          THE WITNESS:  We were expanding.
15 BY MR. SCHIRMER:
16     Q.   It was shown on the document
17 that I showed you earlier?
18     A.   Yes.  With the date on it.
19     Q.   There's -- right under that
20 e-mail from you there's an e-mail from Gene
21 Gregory to a number of people, I think
22 including you.  It says, "We are more than
23 happy to do another molt survey.  It was
24 somewhat surprising to me in the last one to
25 see so many companies reporting no changes."

Page 325

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2           To your understanding, did
3  companies, did UEP gather this type of
4  information from producers on a regular
5  basis?
6      A.   There's occasion we would have
7  gone and asked for it, I guess.  There's --
8  you know, if they hadn't been around, they
9  had what they called regional meetings.  I
10 never attended the regional meetings as much.
11 But when they would have a regional meeting,
12 they would get -- they may ask people what
13 was going on there.
14     Q.   And at those meetings, did
15 people say what was going on in terms of
16 their building?
17     A.   UEP has always been a voluntary
18 thing.  You could give information if you
19 wanted.  You didn't have to if you didn't
20 want to.
21     Q.   Was it your experience that
22 people frequently gave information?
23     A.   Frequently would.
24     Q.   And that was -- and did -- go
25 ahead.

82 (Pages 322 - 325)

Page 326

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.   Just like us, we don't report
3 anything to the egg industry, but the egg
4 industry reports what they think we got. The
5 industry rumor mill sometimes knows better
6 than what we know.
7    Q.   But in this case, UEP would
8 actually on occasion went out and asked and
9 report what they find --
10    A.   Yeah, or confirm something.
11      MR. SCHIRMER: Now 49.
12         - - -
13     (Exhibit 49, E-mail chain, Bates
14    RAUPDATE0080109, was marked for
15    identification.)
16         - - -
17 BY MR. SCHIRMER:
18    Q.   Why don't you have a look at
19 this one, it's RAUPDATE0080109.
20    A.   Okay.
21    Q.   Have a look -- I'll give you a
22 minute to look at it.
23    A.   [Reviewing document.]
24    Q.   This appears to be two e-mails.
25    A.   Yes.

Page 327

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.   The e-mail on the bottom says
3 in the "From" line says Marcus Rust, "From:
4 marcus rust..."
5    A.   Yes.
6    Q.   welby_two@yahoo.com, is that
7 one of your e-mails?
8    A.   That was -- in high school I
9 was called Welby, that was when Dr. Welby was
10 a show because my name is Marcus.
11    Q.   Marcus Welby, M.D.
12    A.   When I went to welby@yahoo.com,
13 I wasn't going to put my name on it at first.
14 I had to figure out a way to do it. T-W-O,
15 and I put the hyphen thing under -- the
16 underscore in so it didn't get picked up by
17 the spam at first. It worked.
18    Q.   Who is Larry Seger?
19    A.   Larry Seger was the hard -- or
20 the head guy at U.S. Egg Marketers.
21    Q.   What was -- what is U.S. Egg
22 Marketers?
23    A.   That was USEM, USEM or US --
24 whatever it is.
25      MR. BARNES: EM.

Page 328

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2      THE WITNESS: USEM.
3 BY MR. SCHIRMER:
4    Q.   When you say "head guy," was he
5 a staff member, was he chairman of the board?
6    A.   He was the -- I forget what his
7 title was, but he was the head guy.
8    Q.   Was he also an egg producer?
9    A.   Yes.
10    Q.   What's his -- what company is
11 he with?
12    A.   Wabash Valley Produce.
13    Q.   Look at it for -- in the first
14 sentence of your e-mail dated August 9, 2007,
15 to Mr. Seger, after number 1, you say,
16 "Randon has always said when any pricing
17 issues are to be discussed we should use a
18 'monitored' conference call..." What are you
19 talking about when you're talking about
20 pricing issues?
21    A.   Well, there was somebody
22 that -- we was having a conference call what
23 the price may or may not have been on an
24 export order and someone -- the rumor mill in
25 the industry knew quicker before we even went

Page 329

1      MARCUS RUST - HIGHLY CONFIDENTIAL
2 to the members, of the cause or evidently
3 someone eavesdropped or something. I'm not
4 sure what took place. Or someone talked. I
5 don't know what happened.
6    Q.   Then in -- right after that,
7 you say there's -- on the one, two, three,
8 fourth line down after the word "sale" which
9 is in quotations. There's a double hyphen.
10 It says, "I do not think this is necessary
11 for t-w-t member position calls feel anytime
12 we are talking of issues that would stabilize
13 and possibly influence the market they should
14 be held on a little more stricter conf call
15 level..." What does "t-w-t member" mean?
16    A.   I'm trying to -- I'm not sure.
17 I don't know if I mistyped something. I'm
18 prone to do that.
19    Q.   Join the group.
20    A.   I don't recall what it would
21 mean. I never heard of the t-w-t.
22    Q.   What do you mean when feel --
23 any time you're talking about issues that
24 would stabilize and possibly influence the
25 market, what were you talking about?

83 (Pages 326 - 329)

Page 330

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2      A.     Listen, whenever you start to
3   build into surplus period, that's when all
4   the breaker guys are lowering their bids on
5   Egg Clearinghouse which is -- Egg
6   Clearinghouse is a market thing that 30 to 50
7   or 80 loads a day may trade on.  It's an
8   electronic clearinghouse.  And the breakers
9   are the always in there bidding for those
10  eggs.  It's a thing that Urner Barry kind of
11  looks at and then they -- they'll use
12  information off of those trades and how they
13  set the so-called Urner Barry market which
14  affects, probably on the Urner Barry market
15  in the U.S., there are probably 35,
16  40 percent of the supermarkets volume of eggs
17  produced to give price off of Urner Barry.
18  There would have various ones that have had
19  cost plus arrangements through the years, but
20  the Urner Barry gets -- they get their
21  information if the market is going up or down
22  off of this Egg Clearinghouse.
23      Q.     And so when you say you're
24  talking about issues that stabilize and
25  possibly influence the market, maybe I don't

Page 331

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2   understand how that fits in.
3      A.     Well, there would be many bids
4   on ECI.  The breakers that are bidding -- you
5   have breakers on ECI, Egg Clearinghouse is
6   exactly what it says.  It's where all of us
7   people that are all different sizes put our
8   extras on.  All the people that are short are
9   putting bids on it.  So we can match --
10  everybody has different flock ages of
11  chickens.  And the customers -- our customers
12  are wanting the same thing all the time so
13  there's a constant flow of eggs going around
14  the industry.  Trucks meet each other,
15  different sizes going up and down the
16  highway, you know, from when they need to get
17  those eggs.  When you have the Cargill or
18  people breaking like a Michaels.  You know,
19  Michaels at time would place bids out there
20  for 20 loads or 10 loads of breaking stock.
21  The bids may be at 40 cents.  And Sonstegard
22  may have 20 loads or 10 loads, bid at 30
23  cents.  And they'll bid those repeatedly for
24  time period out deliveries.  Us as producers,
25  we have the option to sell those, to look at

Page 332

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2   those.  And if the word of the export gets
3   out quicker, then those guys would raise
4   their bid up or lower their bid if they knew
5   the export didn't go through to buy the
6   surplus eggs.
7      Q.     So the word of what was
8   happening in the USEM exports --
9      A.     Call.  If the information from
10  that call whether an export was going through
11  or not could affect the pricing that one of
12  the breaker dryers is willing to bid or pay
13  for the eggs.
14          MR. SCHIRMER:  I think that's it
15  for me.  Give me 30 seconds or a
16  minute to talk to my colleagues, I
17  think I'm done.
18          MR. BARNES:  Sure.
19          VIDEOGRAPHER:  Off the record at
20  2:37.
21          -  -  -
22          (A recess was taken.)
23          -  -  -
24          VIDEOGRAPHER:  Back on the
25  record at 2:50 -- I'm sorry, 2:50.

Page 333

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2          -  -  -
3              EXAMINATION
4          -  -  -
5   BY MR. MALYSIAK:
6      Q.     Mr. Rust, my name is Jim
7   Malysiak.  I'm with the Chicago law firm of
8   Jenner & Block.  I represent Kraft Foods,
9   Kellogg's, General Mills and Nestle in this
10  case.  I'm also here today for the -- them as
11  well as the other direct action plaintiffs.
12          When Rose Acre joined UEP in
13  2002, did you have an understanding whether
14  or not UEP was a Capper-Volstead cooperative?
15      A.     Yes.
16      Q.     What was your understanding?
17      A.     It was a Capper-Volstead
18  cooperative.
19      Q.     What did that mean to you?
20      A.     That meant it was a group of
21  farmers that could get together and talk
22  about egg production.
23      Q.     Had Rose Acre ever been a
24  member of a Capper-Volstead cooperative
25  before then?

84 (Pages 330 - 333)

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    A.    No.
3    Q.    Where did you gain your
4  understanding that UEP was a Capper-Volstead
5  cooperative?
6    A.    From the people at United Egg
7  Producers.
8    Q.    Who in particular?
9    A.    Mr. Gregory, I think.
10    Q.    This was around the time Rose
11  Acre joined?
12    A.    Yes.
13    Q.    What did he say to you about
14  that?
15    A.    Well, they had been around for
16  years, but he just said that -- he explained
17  what you could do as a cooperative group or
18  not do, whatever.
19    Q.    Was this an in-person
20  conversation?
21    A.    Yes.
22    Q.    Do you remember where it was?
23    A.    My office.
24    Q.    He was visiting you?
25    A.    He had visited me.

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    Q.    Do you recall any specifics of
3  what he said about what a Capper-Volstead
4  cooperative could or could not do?
5    A.    Not actual specifics other than
6  it was a cooperative of farmers.  And I knew,
7  my grandparents had been in the Jackson
8  County Farm Bureau co-op for multiple years,
9  were co-op members.
10    Q.    What was your understanding, if
11  you had one at that time, what the criteria
12  were for being a Capper-Volstead cooperative?
13    A.    Be a farmer.
14    Q.    So all the members had to be
15  farmers?
16    A.    Yes.
17    Q.    Producers essentially?
18    A.    Producers, yes.
19    Q.    Before you -- Rose Acre joined
20  UEP, did Rose Acre do anything to investigate
21  whether what Mr. Gregory was saying was true
22  about being a valid Capper-Volstead
23  cooperative?
24    A.    Yes, we have IRS qualification
25  as a farmer.

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2    Q.    How about for UEP as a whole?
3    A.    Yes.  Yes, if you were a
4  farmer.
5    Q.    I mean, did you look into
6  whether the other members of UEP qualified as
7  farmers?
8    A.    No.  I would assume that they
9  would have had to pass the same test, their
10  paperwork that we did.
11    Q.    So you're relying on what Mr.
12  Gregory told you on that respect?
13    A.    Yes.  Yes.
14    Q.    Did you ask UEP for any proof
15  that the other members were farmers?
16    A.    I had no reason to.
17    Q.    When you -- when Rose Acre
18  joined UEP in 2002, did you or the company
19  have any concern that if it was not a
20  valid -- that if UEP was not a valid
21  Capper-Volstead cooperative, there might be
22  some liability under the antitrust laws for
23  Rose Acre?
24    A.    They had been -- we knew that
25  from prior experience when we got sued from

MARCUS RUST - HIGHLY CONFIDENTIAL

1
2  various groups of people that we thought had
3  met at different co-op meetings, per se, we
4  thought at that point in time that, you know,
5  they had some kind of protection or whatever
6  from them being a co-op.
7    Q.    At the time you -- that Rose
8  Acre joined UEP, and I don't want to know
9  what any attorneys may have actually told
10  you, but did you consult with any attorneys
11  about whether UEP was a valid Capper-Volstead
12  cooperative?
13    A.    I don't recollect we did.  I
14  think we relied on what we were told by UEP.
15    Q.    And UEP didn't give you any
16  lawyer opinions, that type of thing on that
17  issue?
18    A.    They could have at the time or
19  showed us papers, I don't recall.
20    Q.    You don't recall them doing so?
21    A.    They had packets of paper and,
22  you know, I'm not a paper collector.
23    Q.    Again, I'm not asking you for
24  what attorneys might have told you, but at
25  this time did you consult with your own

85 (Pages 334 - 337)

Page 338

MARCUS RUST - HIGHLY CONFIDENTIAL

2 attorneys about whether UEP was a valid
3 Capper-Volstead cooperative?
4    A.    I'm sure we did or I would have
5 thought we would have.  I, you know, probably
6 would have asked the question.
7    Q.    Do you recall one way or the
8 other?
9    A.    No.
10    Q.    It would have been -- is what
11 you're saying it would have been in your
12 normal practice at Rose Acre to consult with
13 your attorneys on that subject?
14    A.    We don't join or sign any paper
15 to do anything unless our legal people are
16 aware of it.
17    Q.    As you sit here today, do
18 you -- without telling me, again, what was
19 said, do you recall anything that was said by
20 your attorneys on this subject?
21    A.    I don't recall.
22    Q.    Did you know much about other
23 UEP members at the time you joined UEP?
24    A.    Just knew that we had a lot of
25 competitors who were members of UEP.

Page 339

MARCUS RUST - HIGHLY CONFIDENTIAL

2    Q.    Did you have any concern that
3 any UEP member that you knew about, you knew
4 something about might not qualify as a
5 farmer?
6    A.    No.
7    Q.    Now, I believe you said you
8 joined USEM just a few months after you
9 joined UEP?
10    A.    Two years.
11    Q.    Two years?
12    A.    Two or three years after.
13    Q.    All right.  So it was the
14 certified --
15    A.    Four years.
16    Q.    The certified program --
17    A.    Four years after.
18    Q.    The certified program was a few
19 months later, but USEM wasn't for several
20 years?
21    A.    That was like four years later,
22 I think.
23    Q.    At the time you joined USEM,
24 did you have an understanding that it was a
25 Capper-Volstead cooperative?

Page 340

MARCUS RUST - HIGHLY CONFIDENTIAL

2    A.    Yes.
3    Q.    Did you -- what was that
4 understanding based on?
5    A.    Just what was told up front,
6 and that's what we had understood it to be
7 all along.
8    Q.    Did you have conversations with
9 someone at USEM about this subject?
10    A.    Yes, Larry Seger.
11    Q.    Do you recall those
12 conversations?
13    A.    Yeah, somewhat.
14    Q.    Do you recall where they
15 occurred?
16    A.    Over the phone.
17    Q.    Do you recall about when they
18 occurred?
19    A.    Prior to us joining.
20    Q.    So it would be around the time
21 you joined?
22    A.    Yes.
23    Q.    What do you recall those
24 conversations?
25    A.    I just -- Larry was always a

Page 341

MARCUS RUST - HIGHLY CONFIDENTIAL

2 good friend.  He was a competitor, and he was
3 trying to get us to join in at USEM, and
4 we -- he talked about what they did and we
5 knew that they had exported eggs.  We never
6 knew what prices or anything before.  And
7 because of what we were doing in North
8 Carolina, it seemed like a good natural fit
9 as a market for a lot of our surplus eggs, so
10 we joined.
11    Q.    And, again, without telling me
12 anything that attorneys might have told you,
13 did you talk to any attorneys about whether
14 USEM was a valid Capper-Volstead cooperative
15 at about the time you joined?
16    A.    It would have only been
17 in-house counsel.
18    Q.    In house for Rose Acre?
19    A.    Yes.
20    Q.    Do you recall whether you
21 consulted with in-house counsel about that
22 subject at that time?
23    A.    Probably would have.  I don't
24 recall.  I think I did.
25    Q.    I believe you testified earlier

86 (Pages 338 - 341)

MARCUS RUST - HIGHLY CONFIDENTIAL

1  today that the -- at least the main reason
2  why Rose Acre joined UEP in 2002 was because
3  your customers were requesting wanting to buy
4  certified eggs?
5      A.    Yes.
6      Q.    Through the UEP program?
7      A.    Correct.
8      Q.    Were there any other reasons
9  you joined UEP?
10     A.    After seeing what took place in
11 Europe and what was going on here and, you
12 know, being attacked by the animal rights
13 group, you know, we knew we had to -- you
14 know, what they say, you know, united you
15 stand and divided you fall.  We didn't want
16 to be picked off as the Lone Ranger by the
17 animal rights groups.  What we seen was is us
18 not being with a bigger group and we was a
19 big player, we was being picked on.  That's,
20 you know, why they burnt some of our -- you
21 know, burnt one of our trucks and, you know,
22 done what they did.  We was a target, you
23 know.
24     Q.    What could UEP do for you in

MARCUS RUST - HIGHLY CONFIDENTIAL

1  that respect?
2      A.    Hopefully get to a more unified
3  animal rights.  We knew we had to get on some
4  type of program or we was going to be out of
5  the caged egg business by what we saw taking
6  place in Europe.
7      Q.    Did UEP -- after you joined,
8  did UEP provide any lobbying services to the
9  group, to members?
10     A.    They have always done lobbying
11 in D.C. for the various USDA type stuff.
12     Q.    Anything with respect to animal
13 welfare?
14     A.    I'm not sure before we joined.
15 I would assume they would have.
16     Q.    I assume that Rose Acre had to
17 pay dues for UEP membership?
18     A.    You pay an annual fee that's
19 based on so much a bird, per dozen you
20 produce.  I forget which.
21     Q.    Do you recall at the time you
22 joined how much your dues were for each year?
23     A.    I don't recall.  It was quite
24 expensive, though.

MARCUS RUST - HIGHLY CONFIDENTIAL

1      Q.    What dimension, hundreds of
2  thousands?
3      A.    No.  I think those costs are
4  $70 to $100,000 a year maybe.  Something like
5  that.
6      Q.    It stayed around that same
7  level throughout the period to 2008?
8      A.    I don't think they're -- they
9  haven't changed that base rate.  When you
10 join the Animal Welfare Program, then you
11 have to pay higher dues for that.
12     Q.    How much was that for you?
13     A.    I don't -- I want to say so
14 much a case or so much a hen.  They had a fee
15 that's considered -- they had a PR campaign
16 and that made it cost more.
17     Q.    Do you recall how much you paid
18 each year for that part of it, the certified
19 dues?
20     A.    I don't recall exact numbers,
21 but it could be a half million,
22 three-quarters of a million dollars.  I could
23 be wrong, but I think it was a considerable
24 amount of money for that.

MARCUS RUST - HIGHLY CONFIDENTIAL

1      Q.    What was your understanding of
2  what that money was used for by UEP?
3      A.    Well, they hired a PR firm by
4  the name of GolinHarris in New York, and did
5  PR efforts on the Animal Care Program.
6      Q.    Did Rose Acre participate in
7  that program in some way, the PR program?
8      A.    Yes.
9      Q.    What did you do?
10     A.    We contributed money to that.
11     Q.    Did you do anything else, you
12 know, give speeches, do any of that stuff?
13     A.    No.
14     Q.    No?
15     A.    Did we --
16     Q.    Did you participate yourself in
17 the PR program?
18     A.    Could have.  I don't recall
19 exactly.  But I think they had people that
20 they hired.  We didn't go send people to go
21 do that.  They had people hired.  And they
22 were fighting, they handled the fighting the
23 ballot initiative that we lost in California
24 trying to keep the cages from -- what HSUS

Page 346

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 calls the cage ban from happening, that we
3 lost.
4    Q.    What other costs did you have
5 as a result of the certified program?
6    A.    The only other cost we had was
7 doing, you know, tracking it, you know,
8 doing -- making sure you keep the paperwork
9 up to do it and then the actual -- when
10 you -- the step-in program that they wanted
11 to give the birds more space, that made your
12 cost per dozen go up higher, your base.
13    Q.    Did UEP during the period from
14 when you joined in 2002 through the end of
15 2008, did UEP provide any marketing services
16 for you?
17    A.    No, I can't say they did.
18    Q.    Did UEP ever get involved in
19 negotiating a price for you?
20    A.    No.
21    Q.    You always did that yourself?
22    A.    I didn't.  Our sales guy did,
23 right.
24    Q.    Did you ever sell collectively
25 with other members, in other words, make a

Page 347

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 sale where you all contributed product to the
3 sale?
4    A.    As UEP?
5    Q.    Through UEP.
6    A.    No.
7    Q.    You testified, though, at USEM
8 you did do several -- you did participate in
9 several export sales through USEM, is that
10 correct, during that period?
11    A.    During that period I think we
12 participated in two.  I think there were two
13 sales.
14    Q.    What was it about -- what were
15 the circumstances the time you participated
16 in those exports that you decided to do it?
17    MR. BARNES:  Object to the form.
18    Asked and answered.  He's already
19    testified to this.
20    THE WITNESS:  Why we did?
21 BY MR. MALYSIAK:
22    Q.    Yes.
23    A.    Well, we built a new facility
24 in North Carolina, and it was producing
25 surplus eggs because it was brand new, and

Page 348

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 the exports were going to be -- most of the
3 exports were shipped from Norfolk.
4    Q.    Right.  Do you recall what
5 percentage -- in those two occasions, what
6 percentage of the total exports by USEM were
7 Rose Acre eggs?
8    A.    I don't recall what percentage.
9 I saw a document here earlier that said the
10 percentage of one of them was 9 or 10 or
11 15,000 cases, something like that.
12    Q.    During the period from when you
13 joined UEP in 2002 through the end of 2008,
14 did you buy and resell eggs?  In other words,
15 buy eggs from other producers and simply
16 resell them in the market?
17    A.    Any given week we can have bids
18 for one size or kind of egg and not for --
19 and be selling something else.  Chickens,
20 only about 75 percent of the eggs they lay
21 are what the actual grocery store wants, at a
22 given size.  So you have to figure out other
23 markets for those.
24    Q.    How about did Rose Acre go --
25 during that time period, did Rose Acre go out

Page 349

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2 regularly and buy eggs from other producers?
3    A.    We have always either bought
4 eggs from other producers or you bid on ECI
5 for eggs or -- yeah, we did.
6    Q.    What would your estimate be of
7 the percentage you would sell of eggs that
8 you had purchased rather than you produced?
9    A.    Of what we bought?
10    Q.    What you sold.
11    A.    Of what we sold?
12    Q.    Yes.
13    A.    Were in that 90 -- we
14 probably -- of what we sold probably 95 plus
15 percent of it were ours.
16    Q.    Your production?
17    A.    Yes.
18    Q.    Do you know of your personal
19 knowledge whether that varies a lot in the
20 industry?
21    A.    I have no idea what other
22 companies, what they own, don't own, have
23 contracts for.  I don't know the business.
24    Q.    During that period from
25 becoming a member in 2002 through the end of

88 (Pages 346 - 349)

Page 350

MARCUS RUST - HIGHLY CONFIDENTIAL

1 MARCUS RUST - HIGHLY CONFIDENTIAL
2 2008, did the issue ever come up with you
3 from anyone else that UEP might not be a
4 valid Capper-Volstead cooperative?
5     A.    Not till this suit was filed.
6     Q.    Do you recall that the Wall
7 Street Journal had an article in
8 September 2008 about alleged supply reduction
9 in the egg industry in the United States?
10    A.    That was -- I think that might
11 have been right after the animal rights folks
12 had got the justice department to investigate
13 the egg industry, they tried to say the
14 Animal Welfare Program was a sham.  You know,
15 they were fighting us at the ballot box in
16 California and then we was fighting them in
17 the courts or in the political world.
18 They're saying that we're doing this other
19 stuff.  Everything we tried to do, the animal
20 rights groups have been in creating.  We feel
21 the animal rights got the -- you guys into
22 the lawsuits.
23    Q.    Did you know that the Wall
24 Street Journal was investigating the egg
25 industry for some time before the article

Page 351

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 appeared?
3     A.    I was not aware of that.
4     Q.    Did you know that the Justice
5 Department was investigating the egg industry
6 before the article appeared?
7     A.    We understood that --
8         MS. ANDERSON:  Object to the
9     form of the question.  Lacks
10    foundation.
11 BY MR. MALYSIAK:
12    Q.    What was the basis of your
13 knowledge for that?
14    A.    I don't recall.  Like I just
15 went to a meeting, maybe we got paperwork, I
16 don't remember.  But my understanding, they
17 done an investigation, found nothing wrong
18 and then left.
19    Q.    Was this a UEP meeting you're
20 mentioning?
21    A.    I don't recall what it was.
22 There was a supposed Justice Department
23 investigation.  I could be wrong on that.
24 That's what my recollection says that there
25 was.  And nothing come out of it that -- our

Page 352

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 understanding at the time, it was instigated
3 by the animal rights groups.  That's all we
4 know.
5     Q.    Did Rose Acre ever have to
6 produce any information to the Justice
7 Department in their investigation?
8     A.    They could have.  I'm not at
9 the main office.  I don't recollect whether
10 they did or didn't.
11    Q.    You don't know one way or the
12 other?
13    A.    No.
14        MR. MALYSIAK:  Mark this the
15    next exhibit.
16         -  -  -
17        (Exhibit 50, Rose Acre Farms,
18    Inc.'s Objections and Answers to the
19    Direct Purchaser Plaintiffs' Second
20    Set of Interrogatories to Defendants,
21    was marked for identification.)
22         -  -  -
23 BY MR. MALYSIAK:
24    Q.    Exhibit 50 is a document
25 entitled Rose Acre Farms, Inc.'s -- "ROSE

Page 353

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2 ACRE FARMS, INC.'S OBJECTIONS AND ANSWERS TO
3 THE DIRECT PURCHASER PLAINTIFFS' SECOND SET
4 OF INTERROGATORIES TO DEFENDANTS."  It's a
5 six-page document with the caption for this
6 antitrust case.
7        Mr. Rust, do you recall whether
8 you've ever seen this document before?
9     A.    I don't recall that I have.
10    Q.    Turning to page 3 in the
11 middle -- let me start first by saying a
12 portion of page 3 to which I'm referring is
13 an answer to an Interrogatory Number 6 that
14 says, this is Interrogatory to Rose Acre, "Do
15 you contend that, at any time during the
16 period of January 1, 1999 to December 31,
17 2008, you relied on a good faith belief that
18 conduct challenged in this case was exempt
19 from the Sherman Act's prohibitions under the
20 Capper-Volstead Act.  If so, identify with
21 full specificity the basis for such
22 contention, including by setting forth all
23 communications you received relating to the
24 application of the Capper-Volstead Act to (i)
25 UEP's conduct generally or (ii) any of the

89 (Pages 350 - 353)

MARCUS RUST - HIGHLY CONFIDENTIAL

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2   conduct challenged in this case."
3       In the middle of page 3, Rose
4   Acre's answer first is, the first sentence
5   after its objections, Rose Acre states that
6   it received numerous communications over the
7   years including the UEP and USEM (and their
8   members) -- indicating that UEP and USEM (and
9   their members) were both Capper-Volstead
10  protected agricultural cooperatives and that
11  these same representations were also
12  repeatedly made to and by others.
13       Do you recall whether you saw
14  this answer before it was submitted in the
15  case?
16    A.   I don't recall seeing this, no.
17    Q.   In my previous questions you've
18  related the conversations you had with Mr.
19  Gregory at UEP and Mr. Seger at USEM about
20  Capper-Volstead Act. Correct?
21    A.   Correct.
22    Q.   Are there any other
23  communications or representations on that
24  subject that you recall receiving during the
25  period from 2002 through the end of 2008?

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2    A.   Well, when they would come --
3       MS. REDDING: This is Whitney
4   Redding. I object to the extent that
5   question calls for privileged advice
6   protected by UEP's privilege.
7       MR. MALYSIAK: At this point I'm
8   just asking whether he received any
9   communications, not the subject
10  matter, not the content of it.
11       THE WITNESS: I remember
12  receiving written stuff from UEP. But
13  I've always -- I'm not a paper
14  collector. And once you look at it,
15  you toss it. That's, you know,
16  printed the stuff that they print off,
17  I have no reason to keep or file.
18  BY MR. MALYSIAK:
19    Q.   Did the question ever come up
20  to you personally during the period 2002 to
21  the end of 2008 that UEP and its members
22  might be violating the antitrust laws?
23       MR. BARNES: Object to the form.
24       THE WITNESS: Only whenever the
25  suit was filed, an hour before that

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2   maybe when that Justice Department
3   investigation was going on. And I
4   don't recall the dates of that. It
5   may not have been Justice. Something
6   that the animal rights group
7   instigated. I don't remember what it
8   was.
9       MR. MALYSIAK: I'd like to
10  confer for a moment with my colleagues.
11       THE WITNESS: Sure.
12       - - -
13       (A discussion off the record
14  occurred.)
15       - - -
16       VIDEOGRAPHER: Off the record.
17       MR. BARNES: Wait a minute.
18       MR. MALYSIAK: We're ready to go
19  on.
20       MR. BARNES: Right back on. I'm
21  sorry, I thought you needed more time.
22  I'm sorry.
23       MR. MALYSIAK: That's all the
24  questions I have.
25       - - -

1     MARCUS RUST - HIGHLY CONFIDENTIAL
2         EXAMINATION
3       - - -
4  BY MR. BARNES:
5    Q.   Mr. Rust, I've got a few
6  questions to clean up certain things in the
7  record. You want me to go faster, I get it.
8  I get it.
9    A.   I can tell you to speed up.
10    Q.   You can. You're my boss, you
11  can tell me to do anything.
12       MR. MONICA: Take your phone
13  out, Marcus. Sorry.
14  BY MR. BARNES:
15    Q.   What is ECI? You referred to
16  ECI.
17    A.   Egg Clearinghouse.
18    Q.   What is it?
19    A.   That was an organization
20  started by UEP multiple years ago. It's an
21  electronic clearinghouse for the egg
22  production industry for people to buy and
23  sell off of. It's kind of a surplus
24  clearinghouse.
25    Q.   Who runs it?

90 (Pages 354 - 357)

Page 358

MARCUS RUST - HIGHLY CONFIDENTIAL

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2      A.    It's an independent group of
3  people that was originally set up by UEP.
4  And it's a self functioning thing now.
5      Q.    You had testified previously
6  about the co-op you and a few other egg
7  producers were going to set up called
8  certified egg producers.  Do you remember
9  generally that testimony?
10     A.    Yes.
11     I believe in response to a
12  question from Mr. Schirmer, you said, and
13  this may not be an exact quote, that you
14  couldn't -- you shut down the co-op, this
15  brand new co-op because you couldn't make
16  enough money to pay the lawyers.
17     A.    Correct.
18     Q.    Correct?  What did you mean by
19  that statement?
20     A.    Well, because all the suits
21  that had just been filed in the shell egg
22  industry, we knew that we couldn't afford our
23  -- a set of lawyers like you guys to defend
24  us in something that we had never ever sold a
25  pound from yet.  It was just cheaper to

Page 359

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2  dissolve it than start it, you know, to go --
3  because it just wasn't -- you know, because,
4  you know, it seems like everybody was getting
5  named and sued for everything.  So, you know,
6  we decided enough of that.
7      Q.    Did your decision to not
8  proceed to implement the certified egg
9  products company and to compete with, I
10  believe you said you were going to compete
11  with companies like Michaels and others.  Is
12  that correct?
13     A.    Correct.
14     Q.    So your decision to shut down
15  the company before it engaged in any
16  competition in the industry had to do with
17  the fear of lawsuits by whom?
18     A.    By these class action
19  attorneys.
20     Q.    Like the gentlemen sitting at
21  the table?
22     A.    Like the people sitting here.
23  I mean, it was just -- you know, it wasn't
24  worth getting into a new business because it
25  was going to be tough to make money in it

Page 360

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2  because how efficient Michaels was.  We
3  wanted to be a viable competitor to them, and
4  we had to pay a bunch of attorneys because we
5  was producers together, that took out any
6  effective competition that we had.
7      Q.    I'm going to direct your
8  attention back to Exhibit 41, Mr. Rust.  This
9  is the two-page set of Shell Egg Price
10  Discovery Committee meeting minutes,
11  UE0153063 is the first page, December 7,
12  2005.  Do you have that document in front of
13  you?
14     A.    Yes.
15     Q.    If you look at the second
16  paragraph on the bottom of the page, it says,
17  "USDA."
18     A.    Yes.
19     Q.    And it identifies a Michael
20  Sheats and a Mary Atkins from USDA Poultry
21  Market News.  Do you recall them being at the
22  meeting?
23     A.    They were at about all UEP
24  meetings.
25     Q.    Who was at about all UEP

Page 361

1  MARCUS RUST - HIGHLY CONFIDENTIAL
2  meetings?
3      A.    Always -- there was always
4  people from the United States Department of
5  Agriculture, agg marketing groups at the
6  meeting.  Sometimes half a dozen.
7      Q.    By the way, in talking about
8  egg products, you talked about egg products
9  earlier, did Rose Acre ever sell precooked
10  egg products?
11     A.    No.
12     Q.    Hard cooked eggs?
13     A.    No.
14     Q.    Pasteurized shell eggs?
15     A.    No.
16     Q.    Did you ever sell any enzyme
17  modified egg products prior to 2008 or 2009?
18     A.    No.  Wait, I might be wrong
19  there.  I might be wrong.  We produced a
20  specialty product for Kraft.  And it's a --
21  we're the only producer of it.  It's some
22  kind of a secret process.
23     Q.    So you can't disclose it?
24     A.    I can't disclose how it's done.
25  What -- it may be enzyme, it may have what

91 (Pages 358 - 361)

Page 362

MARCUS RUST - HIGHLY CONFIDENTIAL

1 you called in that, I don't know.
2    Q.   Do you know one way or the
3 other?
4    A.   I have no idea.
5    Q.   Thank you.
6        I'm going to direct your
7 attention to Exhibit 10. These were the
8 UEP Marketing Committee meeting minutes,
9 January 23, 2006.
10    A.   10?
11    Q.   Yes, Exhibit 10. You got 10
12 there, Marcus?
13    A.   Yes.
14    Q.   Do you recall Mr. Schirmer read
15 various sections of this document to you?
16    A.   Yes.
17    Q.   I'm going to direct your
18 attention to the second page of Exhibit 10.
19 These are the Marketing Committee -- UEP
20 Marketing Committee meeting minutes of
21 Atlanta, Georgia, January 23, 2006. And the
22 top paragraph of the second page, it
23 summarizes a report by Gene Gregory, and
24 Mr. Schirmer directing your attention to the

Page 363

MARCUS RUST - HIGHLY CONFIDENTIAL

1 paragraph that said, "Managing Supply -
2 Demand." Do you see that? Top paragraph.
3    A.   Top paragraph.
4    Q.   "Managing Supply - Demand."
5    A.   Yes.
6    Q.   Would you read the last
7 sentence of that paragraph, please? "He also
8 reported..." Last page, top paragraph,
9 "Managing Supply - Demand: Gene Gregory
10 presented statistical reports..."
11        Did you find the paragraph?
12    A.   I think I'm there.
13    Q.   Be sure. You need your
14 glasses?
15    A.   It says, he also -- I put them
16 in my pocket.
17    Q.   Okay.
18    A.   "He also reported that the
19 industry increased the layer flock..."
20    Q.   Yes, please read that.
21    A.   "...inventory by 9.3 million
22 hens in the last six months of 2005 and that
23 the cull rate during those six months was the
24 lowest on record." That one?

Page 364

MARCUS RUST - HIGHLY CONFIDENTIAL

1    Q.   Yes, that one.
2    A.   Okay.
3    Q.   Do you recall that at this
4 period of time -- do you recall this report
5 by Mr. Gregory that the industry increased
6 the layer flock inventory by 9.3 million hens
7 in the last six months of 2005?
8    A.   Vaguely from looking at it,
9 yes.
10    Q.   Exhibit 16.
11    A.   Okay.
12    Q.   Directing your attention, Mr.
13 Rust, to what has been previously marked as
14 Exhibit 16, this is a document bearing
15 identification number RAUPDATE0043641. Do
16 you have it in front of you?
17    A.   Yes.
18    Q.   This is a Gene Gregory e-mail
19 dated December 21, 2007, to numerous people.
20 Do you see the name in the -- I think it's
21 the eighth line from the top, the addressees,
22 there's a -- the identity of a person called
23 Kevin Haley? Do you see that?
24    A.   Yes.

Page 365

MARCUS RUST - HIGHLY CONFIDENTIAL

1    Q.   Who is Kevin Haley?
2    A.   He was with Country Creek
3 Farms.
4    Q.   Not Whaley, Haley.
5    A.   Haley. That's Brann &
6 Isaacson.
7    Q.   And what was Brann & Isaacson
8 at this period of time?
9    A.   They were the UEP
10 Capper-Volstead attorneys.
11    Q.   How often did attorneys from
12 UEP's law firm, Brann & Isaacson, attend
13 meetings that you attended?
14    A.   I don't recall a meeting that
15 they were not at.
16    Q.   Give me one second as I rummage
17 through. I am going to mark an exhibit,
18 since everybody else has been, I want to mark
19 an exhibit at this deposition as well. I'm
20 going to do that right now, Mr. Rust.
21       MR. BARNES: I'm going to ask
22    the reporter to mark as Exhibit 51
23    a -- how many page document do you
24    have here? You can pass those out.

92 (Pages 362 - 365)

Page 366

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    It's a two-page document captioned on
3    the front page, "A Membership
4    Opportunity Presented By UEP and
5    Midwest UEP To ROSE ACRE FARMS."
6                 - - -
7        (Exhibit 51, A Membership
8    Opportunity Presented By UEP and
9    Midwest UEP To ROSE ACRE FARMS, Bates
10   UE0186974 & UE0186975, was marked for
11   identification.)
12                - - -
13   BY MR. BARNES:
14       Q.    I'm going to show you what has
15   been marked as Exhibit 51 which is the
16   membership opportunity presented to you by
17   UEP and ask if you can identify that
18   document?
19       A.    It's one of the numerous
20   different packages that they tried to give us
21   when they were trying to get us to join.
22       Q.    Do you recall how many years it
23   took UEP to convince Rose Acre to finally
24   join?
25       A.    10 or 20.

Page 367

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2        Q.    Directing your attention to the
3    second page of the document, Mr. Rust, this
4    is a membership opportunity they presented to
5    you.  At the very top of that page, it says,
6    "UEP'S VALUE TO ROSE ACRE FARMS."  Do you see
7    that?  The second page at the very top.
8        A.    Yes.
9        Q.    What does the first line of the
10   second page of that document say?  What is --
11       A.    United Egg Producers is a
12   federated Capper-Volstead Agricultural co-op
13   of five regional marketing cooperatives.
14       Q.    And then down in the middle of
15   the page on that document, actually toward
16   the bottom of the page, there are a number of
17   bullet points.  Do you see those?
18       A.    Yes.
19       Q.    And before those bullet points,
20   the document states, "Because UEP's voice has
21   been heard, many major accomplishments have
22   occurred over the last 25 years."  And then
23   it proceeds to list a number of those
24   accomplishments.  And one of -- the second
25   one is the Egg Clearinghouse you mentioned in

Page 368

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2    your earlier testimony.
3        A.    Correct.
4        Q.    Do you recall Gene Gregory
5    mentioning one or more of these various
6    accomplishments when he attempted to solicit
7    your membership over many, many years?
8        A.    Gene was a salesman.  He has
9    always -- some people called him rubber lips.
10       MR. BARNES:  One second, let me
11   converse.  Let me talk to my --
12       MR. MONICA:  Go off for one
13   second.
14       VIDEOGRAPHER:  Off the record at
15   3:27.
16                - - -
17       (A recess was taken.)
18                - - -
19       VIDEOGRAPHER:  Back on the
20   record at 3:28.
21                - - -
22       (Exhibit 52, UEP Membership
23   Agreement, Bates UE0148105, was marked
24   for identification.)
25       -   - -

Page 369

1        MARCUS RUST - HIGHLY CONFIDENTIAL
2    BY MR. BARNES:
3        Q.    Mr. Rust, the reporter has just
4    handed you a document which has been marked
5    Exhibit 52.  It's captioned at the top,
6    "UNITED EGG PRODUCERS MEMBERSHIP AGREEMENT."
7    Can you identify this document for the
8    record, please?
9        A.    This is a document I signed to
10   join the United Egg Producers.
11       Q.    And what is the date of the
12   document?
13       A.    The document is dated 2/11/02.
14       Q.    Now, would you look at -- this
15   document may be hard to read because it looks
16   like the type is blurred, but under
17   membership dues -- pardon me, strike that.
18       Under the second paragraph from
19   the top, that paragraph begins, "Membership
20   is available to any person, firm or
21   partnership...engaged in the production of
22   table eggs, breeder flocks, starter
23   pullets...," et cetera.
24       Do you see that paragraph?
25       A.    Yes.

93 (Pages 366 - 369)

Page 370

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    Q.    Could you make out the last
3    sentence of that document?
4    A.    It says membership is also
5    available to any cooperative -- I think it
6    says cooperative or engaged to fit any of the
7    above enterprises -- I'm not sure.  And to
8    qualify as Capper-Volstead producers.
9          MR. BARNES:  I'm going to mark
10   one more document.  And now we'll
11   probably not mark anymore.
12   Exhibit 53.
13          - - -
14         (Exhibit 53, UEP Capper-Volstead
15   Certification, Bates UE0148106, was
16   marked for identification.)
17         - - -
18   BY MR. BARNES:
19   Q.    Exhibit 53 is a one-page
20   document captioned, "United Egg Producers
21   CAPPER-VOLSTEAD CERTIFICATION," bearing
22   certification number UE0148106.  I'll ask you
23   to take a look at that document, Mr. Rust,
24   and tell me if you can identify it?
25   A.    It's a Capper-Volstead

Page 371

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    certification.
3    Q.    Who signed it?
4    A.    I did.
5    Q.    What was -- what is the date of
6    this document?
7    A.    12/10/03.
8    Q.    So this is more than a year
9    after you joined UEP.  Is that correct?
10   A.    Yes.
11   Q.    Now, in response to questions
12   by Mr. Malysiak, you had trouble recalling
13   various Capper-Volstead discussions or
14   documents you had received from UEP.
15   A.    Correct.
16   Q.    Does this document and your
17   membership agreement and Exhibit 50, the
18   membership opportunity document, does that
19   refresh your recollection somewhat as to the
20   types of communications you received from UEP
21   regarding Capper-Volstead?
22   A.    Somewhat, yes.
23         MR. BARNES:  Thank you, Mr.
24   Rust.  I have no further questions at
25   this time.

Page 372

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2          - - -
3          FURTHER EXAMINATION
4          - - -
5    BY MR. MALYSIAK:
6    Q.    I just have some follow up on
7    these new exhibits.
8          Mr. Rust, Exhibit 51, the Rose
9    Acre Farms -- "A Membership Opportunity
10   Presented By UEP and MIDWEST UEP To ROSE ACRE
11   FARMS," I don't see a date on it.  Do you
12   know when this -- when you were given this?
13   A.    Sometime.  They created -- they
14   put lots of stuff in, you know, trying to get
15   us to join.  And we just -- you know, we had
16   an issue.
17   Q.    The second paragraph on page 2
18   says, "Our...," and this is UEP saying, "Our
19   objective is to serve the membership in the
20   area of government relations, marketing,
21   member service programs and communications."
22         Do you recall Mr. Gregory
23   saying to you what services would be -- could
24   be offered for marketing to Rose Acre?
25   A.    They just talked about how they

Page 373

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2    gave suggested different -- you know, they
3    would study different -- you know, they took
4    a lot of USDA numbers and would give
5    projections off of those to their members to
6    do voluntary things.  That was one of the
7    things they always promoted.
8    Q.    So did he talk to you, then,
9    about possible efforts to reduce the supply
10   of eggs if prices were low?
11   A.    Never to say that.  What they
12   talked about always was how each -- it would
13   affect each producer because there was always
14   different producers that for some reasons
15   they would molt or not molt.
16   Q.    Mr. Gregory's point was that if
17   you joined the membership, the membership
18   could be more effective in that respect than
19   on your own?
20   A.    They would provide information --
21         MR. BARNES:  Object to the form.
22         THE WITNESS:  They would provide
23   information that may be of benefit for
24   people to make the proper decisions
25   that they needed for their business.

94 (Pages 370 - 373)

Page 374

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2  BY MR. MALYSIAK:
3      Q.   The first bullet point further
4  down that page says, "Offered voluntarily
5  supply/demand and price discovery programs."
6  Do you recall Mr. Gregory saying anything
7  specific about that?
8      A.   Not specifically.  Talked about
9  it, but, you know, the specifics about it, I
10  don't remember the detail.
11     Q.   He put that number one, though,
12  in his list, didn't he?
13     A.   Yes.
14     Q.   Did he particularly emphasize
15  that?
16     A.   They always emphasize that.
17  They had -- they had been -- you know, what
18  they -- UEP has been around for 25 years
19  doing the same thing.
20     Q.   Do any of these three
21  documents, 51, 52 and 53, refresh your
22  recollection as to whether you asked Mr.
23  Gregory for any proof of the fact that UEP
24  was a valid Capper-Volstead cooperative?
25         MR. BARNES:  Object to the form.

Page 375

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2         THE WITNESS:  I had no reason to
3     doubt that they was or wasn't.  You
4     know, I just never had anything that
5     said they weren't.
6  BY MR. MALYSIAK:
7      Q.   So you didn't ask for any proof
8  that they were?
9         MR. BARNES:  Same objection.
10        THE WITNESS:  No proof, no.
11        MR. BARNES:  Mr. Rust, thank you
12     very much.
13        THE WITNESS:  I'm done.
14     Deposition is over.
15        VIDEOGRAPHER:  This is the end
16     of tape four of the videotape
17     deposition.  The deposition ended at
18     3:35.
19        MR. BARNES:  We're not going to
20     waive reading and signing.  We're not
21     going to waive that.  We're not going
22     to waive reading and signing, and
23     we're going to designate the
24     deposition highly confidential
25     pursuant to our protective order.

Page 376

1    MARCUS RUST - HIGHLY CONFIDENTIAL
2         - - -
3         (Witness excused.)
4         - - -
5         (Deposition concluded at 3:35
6  p.m.)

Page 377

1
2         C E R T I F I C A T E
3
4
         I do hereby certify that I am a Notary
5  Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to
6  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell
7  the truth, the whole truth, and nothing but
   the truth; that the testimony of said
8  deponent was correctly recorded in machine
   shorthand by me and thereafter transcribed
9  under my supervision with computer-aided
   transcription; that the deposition is a true
10  and correct record of the testimony given by
   the witness; and that I am neither of counsel
11  nor kin to any party in said action, nor
   interested in the outcome thereof.
12
         WITNESS my hand and official seal this
13  19th day of March, 2014.
14
15
16  _____
         Notary Public
17
18
19
20
21
22
23
24
25

95 (Pages 374 - 377)

Page 378

1
2   INSTRUCTIONS TO WITNESS
3
4   Please read your deposition over
5 carefully and make any necessary corrections.
6 You should state the reason in the
7 appropriate space on the errata sheet for any
8 corrections that are made.
9   After doing so, please sign the errata
10 sheet and date it.
11   You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14   It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

Page 380

1   E R R A T A   S H E E T
2 IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3 DATE:  3/7/14
4 PAGE LINE   CORRECTION AND REASON
5 ___ ___ _____
6 ___ ___ _____
7 ___ ___ _____
8 ___ ___ _____
9 ___ ___ _____
10 ___ ___ _____
11 ___ ___ _____
12 ___ ___ _____
13 ___ ___ _____
14 ___ ___ _____
15 ___ ___ _____
16 ___ ___ _____
17 ___ ___ _____
18 ___ ___ _____
19 ___ ___ _____
20 ___ ___ _____
21 ___ ___ _____
22 ___ ___ _____
23
24 _____  _____
25 (DATE)   MARCUS RUST

Page 379

1
2   ACKNOWLEDGMENT OF DEPONENT
3   I have read the foregoing transcript of
4 my deposition and except for any corrections or
5 changes noted on the errata sheet, I hereby
6 subscribe to the transcript as an accurate record
7 of the statements made by me.
8
9   _____
10   MARCUS RUST
11
12  SUBSCRIBED AND SWORN before and to me
13 this _____ day of _____, 20___.
14
15
16   _____
17   NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

96 (Pages 378 - 380)

**[& - 2]**                                                                 Page 1

| & |
|---|
| **&** 1:13 2:9,16 3:1,7 |
| 6:12,14,23 7:8 8:13 |
| 8:18,20 9:14 12:13 |
| 12:16,19 22:8 23:9 |
| 100:21 103:16 |
| 153:6 185:17 |
| 266:18 284:20 |
| 303:20 333:8 365:6 |
| 365:8,13 366:10 |

| 0 |
|---|
| **00003259** 8:14 |
| **0020188** 295:4 |
| **0020208** 294:6 |
| **0023831** 8:23 |
| 308:21 309:15 |
| **0045475** 322:6 |
| **0069754** 199:2 |
| **01/28/04** 260:10 |
| **02002** 1:4 11:24 |
| **07** 132:18 |
| **08** 1:4 11:24 |
| **080** 79:18 |

| 1 |
|---|
| **1** 5:12 39:19 40:2 |
| 66:17 70:20 71:11 |
| 74:16 78:2,3 91:18 |
| 91:20,24,25 119:16 |
| 159:22 185:25 |
| 186:4 202:17,18 |
| 259:16 291:13,17 |
| 320:22 328:15 |
| 353:16 |
| **1,000** 283:16 |
| **1,713,600** 177:10 |
| **1.00** 56:22 97:3 |
| **1.06** 115:6 |
| **1.34** 65:25 |
| **1.35** 97:7 |
| **1.36** 115:7 |
| **1.37** 115:9 |
| **1.5** 323:16,17 |

**1.8** 177:6
**1/22/08** 8:9 255:17
**1/23/06** 6:10 100:19
**10** 6:10 34:19 43:7
66:7 91:7 100:17,19
100:25 184:13
192:9 194:5 261:14
314:14,22 319:19
320:15 331:20,22
348:10 362:8,11,12
362:12,19 366:25
**10/04** 5:22 76:20
**10/7/02** 5:12 39:19
**100** 6:12 71:21
91:14 140:11
194:15,18 215:16
215:23 223:8 248:4
305:15 308:4 311:7
312:4
**100,000** 176:24
177:5 181:13
220:16 344:5
**1000** 2:4
**103** 6:14
**108** 71:9 74:14
76:11
**10:35** 196:25
**11** 6:13 10:16
103:14,21,24 104:2
104:13 192:9
254:23
**11-12** 5:20 73:2,11
**11/04** 6:4,6 79:7
85:19
**11/26/07** 8:20
303:19
**110** 69:9,12
**1100** 1:14
**113** 6:16
**115** 282:10 284:4
**118** 6:18
**11:10** 197:8
**11th** 65:25
**12** 6:15 19:15 32:23
113:25 114:8 182:2

182:2 192:9,9 211:9
211:13,14,14
250:15 261:14
269:18 314:14
320:15 322:25
**12/10/03** 371:7
**12/7/05** 8:11 266:16
**120** 171:11
**122** 69:9
**1250** 4:16
**12:13** 251:14
**12:53** 251:19
**13** 6:17 90:18
118:25 119:8 182:3
189:19 190:4,12,17
297:8
**130** 69:10
**1300** 3:2 4:2
**131853** 70:19
**138,938.00.** 177:13
**14** 5:4 6:19 10:16,17
10:17 119:9 150:22
298:5,5
**14.6** 56:23
**14.7** 57:3,11
**145** 69:13
**148** 119:20
**15** 6:20 45:21
150:14,21 151:3
172:25 180:16
182:8 184:13,13
194:5 238:13
278:18 300:17
319:19
**15,000** 348:11
**15,697** 160:14
**150** 6:21 221:15
223:9 296:7,8
**150,000** 323:2
**153** 6:23
**155** 69:13
**159** 6:25
**15950** 259:12,19
262:17

**15951** 255:25
**15th** 66:2
**16** 6:22 153:5,11
282:10 284:5
295:10 364:11,15
**160** 221:5 296:7,8
**16th** 86:17
**17** 6:24 159:14,20
206:20,22 207:2,2
**172** 7:5
**177** 290:15 294:22
**18** 7:4 97:5 172:6,13
176:3 269:17
**180** 28:21 221:4
**180,000** 223:9
**185** 7:8
**189** 7:10 297:8
**18th** 3:17
**19** 7:6 10:17 185:15
185:23 267:18
300:19
**1900** 1:13 11:17
**191** 295:2 300:18,19
**19103** 3:18
**1919** 3:9
**1977** 202:5
**198** 5:5 7:12
**199** 290:15,15
294:22
**1999** 353:16
**19th** 377:13
**1:38** 290:2
**1:42** 290:9
**1st** 43:9 115:4 171:8
171:19 283:2

| 2 |
|---|
| **2** 5:14 55:17,24 |
| 58:18 66:20 70:20 |
| 91:23 213:24 |
| 217:23,24 227:4 |
| 284:11 290:16,17 |
| 294:6 321:10 |
| 372:17 |

**2/03** 6:20 150:14
**2/05** 6:8 96:4
**2/07** 6:15 113:25
**2/11/02** 369:13
**2/13/08** 7:9,18
189:11 210:15
**20** 7:9 36:19,20
45:20 65:22 66:19
66:22 171:3 172:25
180:16 182:10
184:13 189:11,17
196:12 197:20
211:12,13 232:8
238:13 245:12
250:2 269:16,23
331:20,22 366:25
379:13
**200** 7:14
**200,000** 223:10
248:20,21
**2000** 16:20,24 17:9
23:10 254:9 298:24
**2000-2008** 298:20
**20005** 3:3
**20006** 1:14 3:10
**2001** 17:4 43:11
254:9,23
**2002** 1:4 20:7 21:13
40:2 43:19 56:8,10
57:3,12 61:21 65:13
165:24 169:11
170:3 177:5 208:19
253:16,17 254:9
261:17 272:13
277:20,24 289:4
333:13 336:18
342:3 346:14
348:13 349:25
354:25 355:20
**2003** 22:9 23:18
55:25 56:6,10,13
91:4,8 115:10 151:3
152:23 177:11
**2004** 5:20 32:24
33:16 65:6,11 70:4

70:20 71:11 73:2,11
74:16 77:4 78:3
79:15 80:2 86:3
90:20,22,24 91:4,24
262:19
**2005** 34:13,19 35:5
35:7,17 78:3 80:18
90:19,22 91:2,20,25
96:12 97:8 98:13
185:25 186:4
259:16,18 267:11
267:18 360:12
363:23 364:8
**2006** 35:22 101:3,6
101:11 104:15
128:4 132:18
362:10,22
**2007** 35:24 114:9,11
119:10 128:4
132:17 138:9,13
153:13 158:14
201:16,24 202:5
328:14 364:20
**2008** 16:20 17:9
132:23 138:8,9,13
159:22 189:19
190:4,12,17 193:12
208:20 259:8 287:8
288:25 289:5
298:24 344:8
346:15 348:13
350:2,8 353:17
354:25 355:21
361:17
**2009** 361:17
**201** 7:16
**2010** 246:23 247:22
247:23 280:15
**20100829** 8:5
246:11,20
**2011** 17:13,14
**2012** 17:12
**2014** 1:9 11:15
377:13

**2015** 282:3 283:2
**20177** 290:15
**20178** 288:6
**202-682-7231** 3:3
**202-778-3050** 3:11
**202-778-3056** 3:10
**203-764-8700** 2:12
**205** 7:17
**206** 285:19
**208** 293:5
**209** 285:17,19
**21** 22:7 32:8 153:12
201:10 364:20
**21-29** 7:11
**210** 7:19
**215-981-4121** 3:19
**215-981-4245** 3:18
**215-981-4714** 3:19
**217** 7:20 119:10
**22** 200:7,12,18
201:10
**22030** 2:11
**224** 4:2 7:22
**226** 7:23
**23** 101:3,11 201:11
362:10,22
**24** 71:14 211:9,13
211:13
**240** 7:25
**246** 8:5
**25** 76:2 91:2 367:22
374:18
**250,000** 221:16
262:14
**251** 8:8
**255** 8:10
**259** 304:4
**25th** 96:22
**266** 8:13
**268** 8:14
**27** 31:21 32:6,7,8
91:7
**275.4** 43:11
**278.1** 43:10

**28** 34:17 246:23
304:3
**284** 8:19
**29** 84:10 259:18
**29th** 115:8
**2:37** 332:20
**2:50** 332:25,25

**3**

**3** 5:16 10:16 64:22
65:5 70:11,13,13,18
115:13 176:5
213:24 217:24
221:7 227:4 323:18
323:18 353:10,12
354:3
**3/14/07** 6:17 118:25
**3/31/06** 6:13 103:14
**3/7/14** 380:3
**30** 7:12 16:11,12
21:23 45:21 76:3
91:20,25 150:4
171:3 180:17
198:16,24 232:8
237:22 250:2 270:2
270:4 284:11
321:10 330:6
331:22 332:15
378:16
**300** 90:25
**300,000** 182:14
**3000** 3:17
**303** 8:20
**306** 8:22
**308** 8:23
**31** 7:13 104:15
200:22,23,25
201:12,22 353:16
**311** 4:8
**312-660-7604** 4:3
**312-840-7282** 2:18
**316** 8:25
**317-212-2264** 4:9
**31a** 7:15 200:22,23
201:3,21 202:17,18

**32**  7:17 205:19,21
  206:3
**321**  9:5
**3259**  268:25
**326**  9:7
**33**  7:18 210:13,15
  213:13 216:17,20
**333**  5:6
**334**  40:4
**34**  7:20 217:2,6,9
  223:13 240:7,8
**35**  7:21 69:13
  224:12,19 330:15
**352**  9:11
**353**  2:17
**357**  5:7
**36**  7:23 86:4 226:14
  226:19,23
**366**  9:14
**368**  9:16
**37**  7:24 240:20,24
  241:6
**370**  9:18
**372**  5:6
**375**  10:17
**38**  8:4 246:9,16
**39**  5:13 8:6 251:22
  251:24 252:7 259:5
  260:25
**3:27**  368:15
**3:28**  368:20
**3:30**  316:10 317:4

**4**

**4**  5:18 66:17 69:20
  70:3 76:6 101:25
  102:2,3 177:25
  184:25 314:13
  323:18
**4,800**  176:25
**4/04**  5:16 64:22
**40**  8:9 16:11,12,13
  17:17 21:23 171:20
  255:15,17 259:5
  330:16 331:21

**40,000**  222:17
**400,000**  221:7
**41**  8:11 266:13,16
  266:23 267:10
  360:8
**4141**  2:11
**42**  8:14 268:15,17
  268:23
**43**  8:15 284:14,16
  284:23
**43a**  285:2
**44**  8:20 303:19,25
**4400**  4:8
**45**  8:21 169:25
  211:2,20 212:24
  215:22 306:10,13
  306:19 312:21
  314:17
**45,000**  182:13
**45472**  322:18
**46**  8:23 308:20
  309:10,14
**47**  8:24 316:22
  317:12
**47274**  4:16
**48**  9:4 167:19
  169:25 181:9 211:2
  212:15,17,24
  321:20 322:3,5
**49**  9:6 322:2 326:11
  326:13

**5**

**5**  5:20 73:2,9 78:5
  91:24 320:22
**5/3/06**  8:24 316:22
**50**  9:8 140:11
  153:25 154:9,11,18
  155:7 156:21 157:3
  157:7,12 167:19
  171:20 222:9
  287:11 321:20
  314:11 321:5 330:6
  352:17,24 371:17

**50,000**  181:11
**500**  3:9 283:16
**500,000**  221:6
  323:20,20
**50s**  215:6
**51**  9:12 365:23
  366:7,15 372:8
  374:21
**5100**  2:4
**512,810**  260:11
**52**  9:15 368:22
  369:5 374:21
**53**  9:17 169:25
  211:3 213:21 214:4
  214:15,20,23
  215:20 312:21
  370:12,14,19
  374:21
**5304**  56:3
**55**  5:15 69:6
**56**  101:4 151:5
  176:23
**58**  161:20 162:4,12
  162:20,24
**59**  97:7

**6**

**6**  5:22 76:20 77:3
  79:4,5 290:19 293:8
  353:13
**6/1/05**  7:6 185:15
**6/2/04**  5:18 69:20
**60**  150:2 212:25
  213:21 214:4,17,20
  214:24 215:20
**60,000**  222:9
**600,000**  221:6
**60604**  4:2
**60606**  4:9
**60654**  2:17
**60767**  260:24
**60s**  215:6
**61**  151:16,21 153:3
**62**  71:7 74:13 76:10

**626,362**  259:15,23
**63**  213:9
**64**  5:17
**65**  114:10
**67**  106:21 170:25
  172:17 312:22
  314:20
**68**  215:23
**68,000**  181:8
**69**  5:19
**69761**  199:11

**7**

**7**  1:9 6:4 11:15 79:7
  79:14 267:11 287:8
  294:25 295:3
  360:11
**7/25/07**  7:13 200:25
**70**  213:9 284:10
  344:5
**70.25**  177:7
**700**  221:21
**7000**  186:2
**70s**  17:10,11 21:3
  279:4
**713-653-7803**  2:5
**72**  77:5
**73**  5:21
**75**  119:22 167:17
  274:20 348:20
**76**  5:23
**767**  259:11
**77**  201:24
**77002**  2:5
**79**  6:5
**7:32**  1:15 11:15

**8**

**8**  6:6 85:19 86:2
  182:6
**8/1/08**  6:24 159:14
**8/11**  253:16
**8/11/2002**  260:23
**8/7/08**  8:15 284:16
**80**  25:15,19 79:17
  167:24 220:16

**[80 - ages]** Page 4

274:22 313:12
330:7
**80,000** 220:14
222:25
**800,000** 221:21,22
262:15
**808** 79:17
**80s** 42:10 47:25
279:4
**81.90** 177:11
**812-497-2557** 4:17
**85** 6:7 69:7 168:2
313:15 314:11
**89** 66:2
**8:53** 100:7

**9**

**9** 6:8 10:16 96:4,11
328:14 348:10
**9.3** 363:22 364:7
**9/12/06** 8:21 306:13
**90** 76:4 349:13
**900** 3:2
**900,000** 221:23
222:13,22
**94** 259:12
**949** 259:11
**95** 279:3 349:14
**95,200** 176:22 177:9
**96** 6:9
**9:08** 100:14

**a**

**a.m.** 1:15
**able** 40:20 134:14
214:15,16 252:16
282:21,25 283:9
**absolutely** 156:8
**abstain** 110:22
**abstained** 110:23
**acc** 186:19,22 248:2
263:3,13 272:18
318:15,17,21 319:7
**accelerate** 187:5
**accept** 97:7 98:12
139:13,15 140:19

**acceptable** 77:23
**accomplishments**
367:21,24 368:6
**account** 206:25
**accounting** 207:3
**accumulated** 266:5
**accumulates** 249:24
**accumulating** 148:7
**accurate** 205:13,16
378:19 379:6
**accurately** 271:11
**achieve** 318:16
**acknowledgment**
379:2
**acquired** 87:10
208:19 260:13
**acquisitions** 208:14
208:18
**acre** 3:12 4:15 7:21
8:6 9:8,13 12:22,24
13:4 15:2,6 16:4,20
20:5,12 21:12 23:14
27:17 28:2,14 37:4
37:23 38:14,15 39:2
42:12,16 47:20 56:5
64:3,11 65:10 76:12
78:25 81:25 93:13
103:8 112:9 113:4
114:10 118:10
127:24 128:6 129:2
129:14,18 130:5,9
137:24 138:19
141:3,10,22 142:13
142:25 160:6
164:23 165:5,13,14
165:23 166:2,13,14
166:24 169:11,20
169:21 179:21
182:12 193:12
194:9,20 196:14
200:5,10 203:3,5
205:13 206:19
208:8,13,18,19
217:25 218:16
224:19 225:7 227:8

229:24 237:7
238:25 241:19
251:24 256:4 257:4
258:25 277:19,19
295:13 298:21
300:20 333:12,23
334:11 335:19,20
336:17,23 337:8
338:12 341:18
342:3 343:17 345:7
348:7,24,25 352:5
352:17,25 353:2,14
354:5 361:9 366:5,9
366:23 367:6 372:9
372:10,24
**acre's** 28:4 180:7
182:17 202:3,4
218:22 277:19
354:4
**acres** 219:8,12 220:7
221:24 222:3,8,11
222:21,21 243:10
**act** 353:20,24
354:20
**act's** 353:19
**action** 2:19 12:16
71:9 74:15 77:25
78:19 333:11
359:18 377:11
**actions** 1:5 20:23
26:18 71:4 105:11
**active** 279:15
**activists** 172:2
280:23 282:18
**activities** 25:6
194:21
**actual** 193:3 335:5
346:9 348:21
**ad** 230:13,20,23
231:3,6,11
**add** 95:2 307:12
323:2 324:11
**added** 49:24,25
183:9 212:12
223:10 260:17

262:8,10,15
**adding** 92:17 117:25
180:18 208:10
**address** 72:7 105:8
105:15 106:13
125:2
**addressed** 60:23
84:17 307:7,8
320:13
**addressees** 364:22
**addressing** 61:2
**adjust** 68:25 115:22
116:10 155:8
169:14 295:18
**adjusted** 114:23
**adjusting** 149:6,7
**adjustments** 66:24
74:9 80:17,25
120:11,18
**admit** 307:4
**ads** 230:14,20
**advance** 46:8
**advantage** 128:17
311:19
**advertise** 230:21
**advertising** 227:11
230:15
**advice** 265:11 355:5
**advise** 278:20
**advised** 86:12 87:6
89:3,23
**advisory** 272:9
**advocates** 281:19,23
**affect** 18:20,24 20:2
47:21 67:17 253:12
278:21 280:5 306:5
332:11 373:13
**afford** 320:24
358:22
**aforesaid** 377:5
**age** 69:13 71:8,9
76:10
**agenda** 191:9
**ages** 48:5 331:10

**agg** 361:5

**ago** 42:5 66:8 96:24
99:21 157:21
158:14,21 172:14
193:5 195:21
261:15 267:23
357:20

**agree** 17:20 18:4
19:4 58:25 59:14
60:24 62:11,24
72:11,18,20,22
81:17 83:9,10,25
84:23 85:12 93:6
94:16,18 98:14
111:6 115:25
116:15 118:17
120:23 121:3 122:7
122:20 123:17,18
123:19 134:17
142:8,19 146:9
147:10 152:13,19
154:16,23 160:10
166:21 177:17
268:4

**agreed** 11:4 84:11
85:16 162:12
236:14 312:24

**agreeing** 88:3

**agreement** 9:15
368:23 369:6
371:17

**agricultural** 52:7
354:10 367:12

**agriculture** 51:25
52:11 361:5

**ahead** 33:22 40:16
40:18 51:17 62:4,20
112:10 141:17
194:23 198:8
264:17 322:16
325:25

**aided** 377:9

**ain't** 233:4 245:12

**air** 293:20,22

**al** 80:7

**alarming** 80:16

**alleged** 191:8 350:8

**allen** 2:3 5:4 12:9,9
13:5,8 14:7,13,17
14:21 18:3,22 22:14
22:17,20,23 23:4,6
30:4 31:4,25 32:6,9
32:14,19,21 34:11
35:14 36:16 38:12
38:22 39:10,24
40:24 45:10 47:8,15
48:25 53:9,17 54:10
54:18 55:5,22 57:17
58:17 61:15 62:9,19
63:21 65:3 67:15
68:10 69:25 70:8,16
72:19 73:7 76:25
78:18 79:5,12 81:12
83:18 85:11,24 88:9
88:12,20 89:17 90:5
92:8 95:6,18 96:9
98:22 99:23 100:15
100:24 103:19,25
104:7,12 107:7
109:3,12,21 110:9
114:6 116:14
117:17 118:4 119:6
122:6,18 123:2,14
125:3,17,25 126:5,8
126:13,15 129:12
130:25 132:15
133:22,24 137:22
143:11 144:11,22
145:4,14,20 146:3
146:23 147:20
150:19,23 151:2
152:21 153:9
154:24 155:10,20
156:6,11 157:10,18
159:18 161:8
162:10,17 163:6
164:4,22 169:10
172:11 175:5
177:24 178:15

179:2,9,19 183:17
185:21 186:17
187:15,20 188:2,20
189:15 191:24
196:19 197:13,13
197:18 198:3
263:24 271:14

**allow** 169:17 170:14
173:22 180:4
181:14 243:14

**allowable** 298:12

**allowance** 105:6

**allowed** 148:2
171:22 181:5
211:10 279:20,21

**allowing** 282:15

**ambulance** 297:15

**america** 258:6

**american** 310:3

**amount** 134:23
143:15 146:22,24
148:19,20 149:7
160:17,19 175:21
237:16 250:3 292:8
308:12 344:25

**amounts** 127:16

**anderson** 3:1 32:4
62:18 83:13 85:4
109:16 121:9
122:13 125:13
144:5 169:6 178:5
187:18 309:10
351:8

**andrew** 247:7

**andy** 247:13

**animal** 20:15 48:8
49:18 50:17 60:5,14
74:24 105:3 106:19
107:3,23 165:15
166:7 167:6,13
176:21 177:2
181:20,21 185:8
189:6 191:9 212:22
253:11 271:14,15
271:18,23,25 272:3

272:18 273:12,17
274:13 275:12,14
275:18,24 276:8,24
277:2,8 278:15
279:5,15 280:18,23
281:8,10,11,19,23
282:18 283:12
286:16 300:20
302:12 308:9,10
311:21 312:6
313:24 319:16
342:13,18 343:4,13
344:11 345:6
350:11,14,19,21
352:3 356:6

**announced** 167:13
274:23

**annual** 91:8 343:19

**answer** 10:3 17:24
33:23 51:18 62:5,20
62:21 108:10,18,21
109:5,8,14 115:16
116:23 129:6
145:10 264:14
270:24,24 314:6
323:6,12 353:13
354:4,14

**answered** 34:2
36:12 45:3 85:7,8
88:8,11 144:6
145:10 157:15
318:4 347:18

**answering** 124:18
144:24

**answers** 9:9 352:18
353:2

**anthony** 257:13

**anticipate** 148:14

**anticipation** 48:6

**antitrust** 1:3 11:21
47:24 196:4 336:22
353:6 355:22 380:2

**anybody** 63:17,25
215:4 220:19 276:5
276:15 298:3

**anymore** 158:5 166:13 279:21 370:11

**anyplace** 263:6 275:22

**anytime** 329:11

**anywheres** 182:13

**apologize** 104:8

**apparently** 70:7 259:16

**appeared** 86:12 87:7 89:4,24 351:2 351:6

**appears** 73:23 190:5 326:24

**appended** 287:14

**application** 353:24

**applies** 1:4 246:25 284:5

**appointed** 23:23 272:8

**appropriate** 378:7

**approval** 26:23 299:4

**approve** 26:18

**approved** 1:16 77:24 79:2 160:4 230:8,10 292:5

**approximate** 91:14 220:9,12,13 221:10 221:11,12 222:5 260:21

**approximately** 42:8 154:2 200:7 213:23 221:15,19,21 222:22 255:2 260:5 260:18 261:12 262:21 289:12 295:24

**april** 57:3 65:6 66:2 90:19 91:20,25 119:20 259:16

**arch** 3:17

**area** 128:12 230:21 231:2,4 320:6

**372:20**

**areas** 315:15

**argue** 191:11

**arguments** 50:16 191:2

**arias** 317:18

**arizona** 105:22 182:7 234:5 318:2

**arrangement** 131:19,23

**arrangements** 330:19

**art** 193:24

**artfully** 281:17

**arthur** 1:13 3:7

**article** 7:22 8:5 42:24 43:6 48:4,20 54:12,19 56:16,21 60:20 63:11,18,19 63:25 65:18,20 70:18,21,24 71:14 77:7,19 78:9 79:18 83:20 84:16,17 86:4 86:10 88:25 89:21 90:14 93:22 94:10 96:19 99:16 114:20 114:22 115:15,25 116:6,15 117:9 119:11,17 120:21 120:24 122:21 151:6,11,13 152:13 176:3,13,15 177:18 178:2 200:16 224:21 246:10,18 246:20 350:7,25 351:6

**articles** 7:12 198:17

**artificial** 244:15

**ashamed** 191:4

**asked** 36:11 45:2 53:18 63:16 85:8 88:7,11 129:13 144:6 145:10 157:15 169:15 173:20 174:20

**196:11 289:19** 322:11,14 323:24 325:7 326:8 338:6 347:18 374:22

**asking** 61:16 92:6 109:2 144:23,25,25 155:22 156:3,9,15 179:16 199:4,5 214:13 218:24 271:20 277:4 304:16 337:23 355:8

**aspect** 313:5

**association** 169:2

**assume** 24:7 26:14 49:5 53:22 54:4,8 58:15 62:6,8 71:21 80:12 106:9 110:6 129:22 202:9 226:25 287:19 297:13 336:8 343:16,17

**assuming** 190:6

**assumption** 52:14 55:4 61:24

**assure** 66:24 115:17 116:3,23

**atkins** 97:24 360:20

**atkinson** 18:18

**atlanta** 86:17 96:22 101:3,11 362:22

**atmosphere** 294:7

**attached** 33:10 34:25 256:15 378:13

**attachment** 8:9 30:9 33:6 34:4,21 200:23 201:22 255:18

**attack** 49:17 274:10

**attacked** 273:16 274:16 342:13

**attacking** 167:14

**attempt** 102:5 195:8

**attempted** 318:23 368:6

**attend** 24:23 365:13

**attendance** 77:8 96:21

**attended** 25:14,18 325:10 365:14

**attendees** 91:11

**attending** 12:4 91:12,13 267:16

**attention** 37:14 41:23 42:24 48:3 56:15 65:18 70:18 114:20 151:5 175:25 281:6,15 360:8 362:8,19,25 364:13 367:2

**attitude** 80:21 85:15

**attitudes** 80:24 83:23,24 84:23

**attorney** 71:25 82:15 196:3 282:12 378:16

**attorneys** 12:3 16:2 25:2 195:24,25 265:5,13,14 337:9 337:10,24 338:2,13 338:20 341:12,13 359:19 360:4 365:11,12

**august** 32:23 56:22 71:11 74:16 102:6 159:22 246:23 287:8 328:14

**austria** 279:19

**automated** 248:9,9 248:10,11,24 249:2

**automatic** 35:11 250:7,8,8

**automatically** 24:2

**availability** 163:20

**available** 170:18 172:23 369:20 370:5

**avenue** 2:11 3:9 4:2

**average** 19:15 91:8 113:18 161:21

162:21 176:22
**averaged** 56:22
115:6
**avert** 120:3 123:5
**aviary** 242:20 243:3
243:5,6
**avoid** 121:2
**aware** 38:15,20 39:2
39:5 58:10 276:20
324:10 338:16
351:3
**awful** 276:3
**awfully** 66:3

**b**

**b** 2:3 5:9 6:1 7:1 8:1
9:1 189:8 285:2
291:4,8 300:25
**baby** 223:21,23
**back** 20:20 22:3
68:17 84:8 100:13
138:4 139:7 167:6
176:25 197:7
200:20 223:12
229:8 233:7 236:20
240:7 243:22
250:17 251:18
263:22 269:25
289:14 290:8
292:14 294:21
300:6 304:5 319:17
323:19 332:24
356:20 360:8 362:8
368:19
**backfill** 50:19 51:4
**backfilled** 48:5
49:24 50:22 51:2
53:11
**backfilling** 48:12,19
49:4,7,19 51:8
53:19 54:21,22
298:9,11 299:5,10
299:12 300:13
304:24 307:13

**backwards** 193:8
**bacteria** 193:4
**bad** 18:14 113:3
292:20
**baker** 4:7 13:18
74:6,11 110:11
**balance** 71:5 175:15
220:21 221:2,17,20
324:12
**balancing** 149:10
213:15
**ballot** 24:4 171:14
281:25 284:9,10
345:24 350:15
**ban** 346:2
**bank** 154:2
**banker** 83:7
**bankruptcy** 209:4
**banks** 83:6
**banter** 139:7
**bar** 45:8 112:2
**barely** 233:2
**barnes** 3:7 5:7 12:7
13:2,2 14:9,14,18
17:22 18:13,16
22:10,16,19,22,24
29:25 31:18,22 32:2
32:7,12,16 33:17
35:8 36:11 37:25
38:5,9,17 39:4 40:6
40:10,18 45:2,16
47:12 48:21 51:11
51:17 53:13 54:2,15
54:25 57:13 58:14
62:4 63:14 67:8
68:6 70:6,12 72:12
72:16 78:12 79:4
81:5 85:3,7 88:7,11
88:15 89:16 90:2
92:3 94:17 95:15
98:17 99:25 103:24
104:9 107:5 108:22
109:9 110:4 116:5
117:14,22 122:12
122:15,23 123:10

124:9,14,24 125:22
126:3,6,11 129:4
132:13 133:20
136:20,23 137:3,7,9
137:13,16,20 143:5
144:4,6,15 145:3,9
145:16,25 146:20
147:14 150:22,24
152:16 153:2
154:20 157:6,14
158:18 161:7 162:6
162:14 163:3,17
164:10 174:24
177:20 178:23
179:6,13 183:4
184:5 186:13
187:17,23 188:12
191:23 196:9 197:9
197:16 199:12
210:19 214:25
216:16,19,21
234:21 246:21
252:9,12,17 257:7
264:11,17 265:8,13
284:23 285:3,9,21
286:25 291:14
305:5 309:3 316:2
316:18 317:4,6
324:6 327:25
332:18 347:17
355:23 356:17,20
357:4,14 365:22
366:13 368:10
369:2 370:9,18
371:23 373:21
374:25 375:9,11,19
**barry** 65:24 115:5
267:6,7,25 268:2,5
268:5,7 269:11,17
296:15,17,22,24
306:4 319:11,22
330:10,13,14,17,20
**barry's** 56:21
**bars** 274:4

**base** 344:10 346:12
**based** 28:13 43:25
59:2,12 61:17 89:7
90:6 125:10,19
126:20,25 127:8
155:2,24 156:17
160:25 195:22
236:4 273:2 313:14
340:4 343:20
**basic** 276:25 277:6
**basically** 229:25
315:17
**basis** 55:15 134:9
194:16 248:16,17
297:22 313:12
315:20 319:20
325:5 351:12
353:21
**bates** 23:3,4 32:18
32:24 34:17 39:20
40:3 55:18 56:2
64:23 65:5 69:21
70:4,9,19 73:4,12
76:21 77:4 79:8,16
85:20 86:3 96:5,12
100:21 101:4
103:16 104:15
114:2,9 115:14
119:2,10 150:15
151:4,10 153:5,13
159:15,22 172:7
185:17 186:2
189:12,22 198:17
199:2 201:2,3,9
210:16 252:2,8
255:18,24 266:18
268:17,24 284:17
285:15 290:22
303:20 304:4
306:14,19 308:20
309:14 316:23
317:12 321:20
322:6 326:13 366:9
368:23 370:15

**battery** 279:5
**bear** 19:17 201:9
214:11
**bearing** 255:23
322:5 364:15
370:21
**bears** 199:2 252:7
285:15 290:22
304:3 306:19
309:14
**becoming** 210:24
349:25
**beef** 268:10
**began** 260:6
**beginning** 1:14
23:20 67:10 94:20
189:8
**begins** 100:11 197:5
290:6 369:19
**begun** 320:12
**behalf** 2:6,13,19 3:4
3:12,21 4:4,10
12:10,13 13:14,18
**belief** 195:7 353:17
**believe** 34:14 35:16
59:13 66:6 106:2
127:9 157:17
198:13 203:4
251:21 285:16
292:13 293:9
306:22 339:7
341:25 358:11
359:10
**believed** 86:15
183:2
**believer** 308:10
**bell** 52:15
**belong** 285:23 286:2
**belt** 248:8 249:5,17
249:22
**belts** 249:22
**benchmark** 268:3
269:20
**benefit** 116:12,13
151:23 152:2

373:23
**benefited** 176:17,20
**best** 84:15 97:19
115:16 116:23
192:21 209:21
215:25 218:6 219:3
219:14 220:3
221:13,16 264:19
**better** 25:15 28:20
50:18,19 59:6 72:3
128:19 138:22
141:8 144:9 152:5
165:10 167:22
190:19 216:6
293:12 326:5
**beyond** 77:23
**bid** 319:13 331:22
331:23 332:4,4,12
349:4
**bidding** 315:7 330:9
331:4
**bids** 168:8 235:10
235:10 330:4 331:3
331:9,19,21 348:17
**big** 20:4 93:23
113:10 127:16
151:16 192:10
193:22 230:21
232:22 233:4
237:22 238:21,22
240:4 300:3 311:13
311:19 342:20
**bigger** 47:19 198:10
237:20 258:3,5,8
342:19
**biggest** 19:7
**bingo** 150:25
**bio** 243:21,25 244:3
**biology** 243:25
**bird** 50:11 82:22,23
92:18 111:22 128:9
160:20 176:23
182:6 191:3 213:16
216:7,12 243:22
279:25 293:23

297:11,24 300:4
301:5,6 312:23
313:12,15 314:11
314:11,19,20
315:19 343:20
**birdhouses** 248:21
**birds** 49:9 58:8
59:18 60:15,16,19
69:5,8 98:9 108:6
149:5 160:17,18,19
170:16 181:8,11,13
182:11 183:9
190:19 191:15
192:10 193:9,10,20
220:15 221:7,22
222:17,22 242:24
243:6 244:5,9
245:24 248:20
262:14 288:10,17
288:18 297:10
298:12,17 299:12
300:2,6,23 301:4,7
301:22 302:2,4,19
302:19 307:24
346:11
**bit** 40:17 133:18
179:18 239:20
304:23
**biweekly** 36:21
**black** 191:19
**blades** 293:16
**blame** 91:10 92:15
93:17 94:3
**blank** 304:5
**bleak** 90:15
**block** 2:16 12:16
333:8
**blood** 250:8
**blown** 220:23
**blue** 245:7
**blurred** 369:16
**board** 5:20 21:21
22:2,8 23:9,18,19
23:24 24:2,9,12
25:4,9,12,15 26:8

26:13,18,19 27:5,11
27:14,15 36:3,4
41:6,11,14,18 44:3
53:3 56:13 61:18,19
63:9 73:3,10,24
75:7 77:24 78:20
79:2 95:7 96:21
101:5 114:13
125:11,20 126:21
152:22 155:3,24
235:7 265:15
311:11 328:5
**board's** 26:23
**boat** 134:17 143:16
143:19 146:13
**boatload** 134:13,13
**boats** 144:18
**bob** 105:14,19,24
106:2
**body** 33:9
**boies** 2:9 12:13,19
**boies.com** 2:12,13
**bold** 120:16,19
154:6
**boost** 191:8
**born** 16:5,7,7
**borrow** 46:24 173:2
**boss** 357:10
**bottled** 227:16
**bottom** 65:9 66:11
77:12 84:9 119:16
119:21 154:5 176:4
176:8 186:19
199:12 292:22
299:6 327:2 360:16
367:16
**bought** 208:23
209:2,3,5,10,18,20
209:23,24 253:20
260:15 261:12,19
261:19 262:4,5,7,7
262:12,13 313:21
349:3,9
**box** 4:16 30:9
350:15

[boxes - cages]

boxes 242:23
boy 228:18
brand 128:10
228:11 347:25
358:15
brann 365:6,8,13
break 76:2 95:20
99:24 100:2 113:13
150:2 164:2 196:20
197:17 203:11
237:16,18,18,24
239:7,10 240:5
251:10 289:22
294:4 297:18,24
318:6,7,8
breaker 141:20
203:6,10 239:3
330:4 332:12
breakers 108:13
120:10 149:18,18
149:20 238:6
317:16 320:15
330:8 331:4,5
breakfast 238:21
breaking 75:22
111:2,19 112:2
113:19 121:17
138:23 141:9 237:8
263:19 279:23
301:17 310:2 321:8
331:18,20
breaks 316:6,8,13
316:19
breed 241:25
breeder 46:10,14
83:2 223:18,22
224:3 241:10,12,21
295:4 303:6,11,14
369:22
breeders 46:11
223:25 224:4,10
241:14,24
breeding 106:3
brief 251:10

briefly 271:16
bring 48:8 71:4
223:22 243:22
321:12
broad 121:25
broke 83:6 121:19
319:21
broken 149:25
238:3
broker 134:6,20,22
134:24 135:9,19
136:2 139:18,23
140:4,8
brokers 120:10
136:9,13 235:18
brother 192:8
193:22,23,24
196:13 197:23
198:3,10 257:14
258:2,4,9 304:18,20
305:4,6 306:23
brothers 300:7
309:24 317:23
brown 218:4,9,11
218:12 219:4,5,6,11
219:13,18 220:2,10
220:17,17,18
222:17,25 223:2
bryan 304:3
build 46:19,20,23,25
94:25 158:5 172:24
173:3,10 174:16
175:7 181:19 313:2
330:3
building 92:17
93:20 113:21
117:25 127:25
128:7 180:20 182:5
196:7 216:3,4 226:5
242:25 244:13
248:19,21 250:24
262:5 274:4 325:16
buildings 180:22
220:22 244:14
262:11 279:7 281:7

built 47:23 97:22
170:14 180:3
192:13 223:13,17
223:18 242:15,18
347:23
bullet 299:6 367:17
367:19 374:3
bunch 24:24 37:13
84:13 196:4 298:16
360:4
bureau 335:8
burger 167:20
274:14,21 313:13
burke 4:7 13:17,17
burn 281:10
burned 158:2
burning 281:7,7,9
burnt 273:22 274:2
274:2 276:6,7 279:7
279:10 342:21,22
business 16:8 17:17
19:13 47:6 52:18
66:15 81:18,21
82:13 90:16 111:2
111:19 113:19
115:20 166:13
167:12 175:7,11
183:11 184:20,25
194:4 209:9 215:24
282:8 343:6 349:23
359:24 373:25
butt 29:19
butter 269:8
button 110:25
buy 45:22 82:18
134:5,13 158:8
159:10 223:21
224:11 225:17
232:5,14 235:11
238:8 239:6 240:6
240:14 261:25
319:24 332:5 342:4
348:14,15 349:2
357:22

buyer 139:24 236:6
269:13 313:20
319:9
buyers 134:12 235:9
313:10
buying 97:25 108:14
313:11,13

**c**

c 2:1 3:8 285:2
291:4,6,6,7,9 377:2
377:2
cage 105:6 107:2
108:5 168:21 171:9
172:15 173:7,12
174:3,10,21 178:21
179:4,11,22 180:8
182:19 184:25
186:21 190:19
191:2,5,8,15,16
192:10,11,13,17,18
193:9,9,19 195:7
211:2,16,16,23
218:6 219:7,10
220:3 222:9,17
223:8 224:7 227:25
228:3 242:12,13,14
242:24 243:17,17
244:6,8,13,19,21
248:3 249:21 274:6
279:22,25 282:5,24
283:11,12,14 300:5
300:5,8 303:5,7,13
346:2
caged 191:15 193:5
193:10 244:7,21,22
277:9 279:5 282:8
343:6
cages 171:5,21
180:10,12,12,19,23
181:2,2,4,12 184:22
184:24 192:20
211:8,9,25 212:4,18
214:5,15,20 219:13
241:23 279:18,21

280:19 282:17
283:6,8 299:13
301:3,4,23 314:13
345:25
**cal** 228:23,25 229:3
229:7 233:20,22
310:3 323:17
**calendar** 119:18
**california** 171:6,8
171:13,17 282:2,2,3
282:6,8,9,14,16,22
282:25 283:4,18,21
317:19 345:24
350:16
**call** 6:14 7:7 21:6
25:3 49:15 56:10
73:16 75:23 86:16
103:15 104:14,21
104:23 105:3,9
107:14 112:5
134:21,25 135:4,9
135:11 136:3,4,10
137:6,10 140:7
147:25 157:22
167:22 171:14
185:17,25 186:3
189:5 212:20
220:15 222:6
223:24 224:8 231:6
231:17 232:11,12
233:10 235:14
242:19 243:4
244:10 248:13
266:24 279:22
297:15 307:25
313:19 315:18
317:6 328:18,22
329:14 332:9,10
**called** 42:6 64:13
73:17 87:16 99:6
102:4 104:3 135:19
165:16 209:25
210:3 211:15
232:19 235:6
248:15 256:4

284:11 300:21
307:13 308:3 311:6
322:19 325:9 327:9
330:13 358:7 362:2
364:23 368:9
**calling** 37:9 71:7
110:12 204:17
**calls** 54:2 61:11,25
62:14 154:21
179:14 183:4
329:11 346:2 355:5
**campaign** 344:16
**canon** 209:20 210:2
210:6,7 289:7
**capacity** 15:6 95:2
131:10 160:20
161:2 253:9 259:15
260:3,14,16 262:14
**capital** 120:17 173:5
175:22 216:7
314:19,19,21
315:18 320:25
**capitalism** 183:12
**capitalistic** 192:16
**capper** 9:17 21:6
94:21 333:14,17,24
334:4 335:3,12,22
336:21 337:11
338:3 339:25
341:14 350:4
353:20,24 354:9,20
365:11 367:12
370:8,14,21,25
371:13,21 374:24
**caption** 353:5
**captioned** 366:2
369:5 370:20
**carbon** 301:20
**care** 20:15 64:8 97:5
107:3 165:15 166:7
175:10,11 263:20
271:14,15,18,23,25
273:12 275:24
276:24 277:2,8
278:15 288:9 306:3

311:21 312:3,5
313:21,23 319:11
319:12,13 345:6
**cared** 312:2 313:22
**carefully** 378:5
**cargill** 331:17
**carolina** 92:19
128:2,10,21,23
129:3,21 218:18
310:16 322:24
341:8 347:24
**carrie** 3:1
**carrie.anderson** 3:4
**carried** 74:17 75:2
**carries** 249:23
**carry** 71:10 74:16
279:24
**carrying** 244:6
**cart** 294:11,20
**carton** 113:14 229:3
250:17,21,23 267:8
**cartons** 193:25
204:21 232:21
239:22
**carts** 294:19
**case** 11:22,24 36:2
89:9 113:14 195:25
202:8 249:8,9,14
250:20 318:20
326:7 333:10
344:15 353:6,18
354:2,15
**cases** 160:14 204:22
204:23 205:5 230:7
250:19 348:11
**cat** 291:9
**catastrophic** 298:13
298:14,21 304:19
304:22
**catch** 226:4
**caught** 276:9
**cause** 59:17,19
301:24 329:2
**caused** 97:23 147:12
319:17

**caution** 265:9
**cb** 317:21
**ccr** 1:16
**cent** 113:23
**center** 207:12
254:21
**central** 321:13
**cents** 56:23 66:2,7
91:7 97:7 161:20
162:4,12,20,24
177:7,11 238:13,13
269:16,17,18
314:14,14,15
331:21,23
**ceo** 15:2 16:15 17:12
132:25
**certain** 111:11
163:20 218:8 228:8
236:15,22 280:14
280:14 304:2 357:6
**certification** 9:17
11:6 177:18 178:3
370:15,21,22 371:2
**certified** 20:15
107:4 108:9 165:15
165:16 166:3,7
169:5 170:19
178:17 182:23
183:20 210:25
263:3,3,13 275:24
277:20 278:2,9
339:14,16,18 342:5
344:19 346:5 358:8
359:8
**certify** 377:4
**cervical** 294:2,3
297:18
**cetera** 369:23
**chad** 309:19
**chain** 8:23 9:4,6
167:25 197:19,25
209:7,8 274:23
275:2 308:20
321:20 326:13

chains 147:24
230:14 232:10
272:6 274:14
279:24 311:19
312:23 313:17
chairman 73:17
74:5 96:20 132:24
132:25 328:5
chairman's 96:16
chairmen 22:9 23:9
challenged 353:18
354:2
chance 33:13 99:8
124:19 131:2
change 80:23
112:19 124:16
173:7 186:22
changed 80:9
174:11 232:25
299:10 344:10
changes 19:12,19
66:14 97:9,12 98:13
108:8 270:10
299:23 324:25
378:12 379:5
changing 107:16
charge 26:9 80:5,7,8
192:16 258:16
chart 7:15 45:7,8
201:3 215:3 288:2
charts 37:19 51:22
87:15
cheap 149:2 216:2,3
226:3 312:5
cheaper 238:9 320:8
358:25
cheapest 311:12
cheaping 226:3
cheaply 196:6
check 268:11
cheese 321:3,4,4,6
cheeses 321:7
cherry 81:6
chicago 2:17 4:2,9
267:17 311:23

333:7
chick 46:17 57:2
176:17 177:19
178:4,9 223:21
291:11 292:19
chicken 45:17,19,24
46:6,7,8,19,23,25
49:12,14,17 50:18
50:19 57:19 82:20
82:22 84:12 92:17
93:20 95:2 97:22
98:2 111:23 113:17
121:24 170:11
172:23,24,25 173:2
173:3,8 174:14
175:22 181:19,25
182:3,8,10 192:15
214:9 215:5,11,14
223:20 232:6,6
241:20 243:14,19
245:7 248:14 249:4
249:12,14,16,18
250:25 262:9
277:13 283:8,9
295:22 296:9
297:16 300:9 302:5
302:13 312:3
chickens 44:19
45:18 49:13,14,16
49:20,23 50:2 53:15
54:22 59:24 60:11
67:25 68:8 82:19
98:9 111:21 112:14
116:12,13 165:2
167:16,24 170:18
171:4,16,21 173:10
173:14 174:2,5,22
175:18 179:25
184:14 185:2
192:14,20,21,24
210:25 211:6,17,22
212:6,12,24 215:17
215:19,23 216:11
220:17 241:22
245:2,13,19,25

262:4,5 273:24
274:5,6,18 277:9
278:19 279:17,21
280:19 282:4
283:14 296:12
299:20 300:11
307:12 308:11,12
308:13,14,14
312:20 314:9,22,24
331:11 348:19
chicks 46:11 83:4
223:23,25 224:11
225:17 226:3
241:15 291:3 292:3
292:7,7 293:17
295:16
chief 258:12
chinese 313:20
chose 93:10 94:25
christmas 48:14
christopher 220:15
circle 97:6
circuit 203:25
circumstances
347:15
city 311:13,22
312:11
cl 317:21
cl.com 317:21
clarify 30:24 239:20
clark 2:17
class 12:11,14
197:15 359:18
clause 262:8
clean 357:6
clear 67:22 71:2
133:23 236:8
238:24 313:25
clearinghouse 120:9
235:7,16 330:5,6,8
330:22 331:5
357:17,21,24
367:25
clearly 129:14
179:21 236:8

click 29:17
clients 229:25
234:19
close 66:3 250:20
294:20 307:14
317:5
closed 323:19
closes 250:16
closest 128:13
129:24
cm00429325 5:13
39:20
cm00429325-334
40:4
cm00429334 5:13
39:21
co2 301:19 302:23
coaster 18:21
coats 280:25 281:4
cockerel 291:10
cockerels 292:4,9
293:18,21
code 148:13 280:13
cold 182:10 246:4
colleagues 332:16
356:10
collected 281:25
collectively 346:24
collector 249:23,24
337:22 355:14
colony 279:22
color 158:22 225:9
225:10
colored 159:8
com 8:5
combat 281:18,22
come 24:18 34:3
42:17 52:4 129:20
129:23 130:7
135:20,23 167:12
167:19 168:14
169:16 173:21
200:20 229:24
230:24,25 233:6
236:7 245:5 246:6

[come - confidential]

249:19 263:22
274:21 276:19
292:14 312:24
313:17 316:17
320:4 350:2 351:25
355:2,19
**comes** 34:3 49:16,22
167:20,25 223:20
250:17 269:5
279:25
**coming** 32:14 248:7
279:13 282:17
295:16,22 313:13
324:5
**comments** 96:16,23
**commercial** 295:5
303:5,14
**commission** 379:20
**commitment** 147:6
147:8 153:25
161:18 204:15,18
223:17 275:4
**committed** 70:22
151:19,24 165:8
**committee** 6:11,13
7:7 8:12 22:9 23:9
24:17 26:10,13,21
26:24 27:3 41:2,5
41:12,16 71:6 73:23
74:5,5,6,24 76:6,14
86:11,20,24,25 87:6
87:13 88:4,18 89:2
89:8,11,22 90:7,9
100:20 101:2,10
103:3,15 104:15
105:4,10 106:19
111:7 133:7,11
134:19 135:12,14
135:18 136:3 139:8
140:5,6,16,17
185:16,25 187:4
264:7 265:16,21,24
266:6,7,9,17,25
267:4,5,11 272:9,17
360:10 362:9,20,21

**committee's** 106:10
**committees** 24:18
24:22 26:16,23
263:25
**commodities** 268:12
**commodity** 217:14
217:25 218:2,11,21
218:25 219:5 220:9
222:7,15 223:6
240:8,9,16
**communicate** 42:11
42:15,19
**communicating**
140:3
**communications**
353:23 354:6,23
355:9 371:20
372:21
**companies** 93:4
106:7 121:18,18,20
122:8 151:17,19,21
153:3 183:7 186:20
208:14,19,23
232:18 233:8 289:9
318:5 324:25 325:3
349:22 359:11
**company** 7:17 16:10
29:7 30:3 38:15
39:2 44:12 46:12
75:12,22,23 84:15
106:4 118:13 122:2
152:3 187:25
205:21 206:8
209:24 223:22
227:11 257:8,16
258:13 260:14,15
260:19 261:23
268:8 276:4 277:20
286:19 310:4
320:16 321:4,9,10
328:10 336:18
359:9,15
**comparable** 43:7
**compare** 177:3

**compared** 43:11
161:4,11 174:6
**comparing** 259:5
**comparisons** 176:4
176:9
**compete** 305:18,22
320:23 359:9,10
**competition** 359:16
360:6
**competitive** 44:12
84:14 167:9 168:8
315:7
**competitor** 341:2
360:3
**competitors** 21:18
81:24 224:9 338:25
**complaint** 246:25
**complaints** 299:11
299:14,19
**complete** 68:23
197:12,15,18,25
**complex** 128:9
**complexes** 92:18
323:19
**compound** 108:23
110:5 133:21
**comprise** 207:15
**comprised** 86:21
**computer** 236:19
250:10,12 377:9
**concept** 211:10
**concern** 336:19
339:2
**concerned** 65:19,22
**concluded** 376:5
**condemn** 144:19
**condemnations**
301:24
**conditional** 231:13
**conditions** 77:15
105:12 115:22
116:9 191:5 193:9
**conduct** 353:18,25
354:2

**conducted** 105:10
**cone** 242:6 245:7
**cones** 242:4
**conf** 329:14
**confer** 356:10
**conference** 6:13 7:7
103:15 104:14,22
105:9 140:7 185:16
185:25 186:3
328:18,22
**confidential** 1:7
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1

| | | | |
|---|---|---|---|
| 137:1 138:1 139:1 | 272:1 273:1 274:1 | **considered** 229:14 | **continues** 43:2,8 |
| 140:1 141:1 142:1 | 275:1 276:1 277:1 | 229:15 242:11 | 90:14 |
| 143:1 144:1 145:1 | 278:1 279:1 280:1 | 344:16 | **continuing** 77:22 |
| 146:1 147:1 148:1 | 281:1 282:1 283:1 | **considering** 56:25 | **contract** 112:6,11 |
| 149:1 150:1 151:1 | 284:1 285:1 286:1 | 320:11 | 112:12,17 121:20 |
| 152:1 153:1 154:1 | 287:1 288:1 289:1 | **consolidated** 256:5 | 130:23 131:13,19 |
| 155:1 156:1 157:1 | 290:1 291:1 292:1 | 280:12 | 136:7,18 229:18 |
| 158:1 159:1 160:1 | 293:1 294:1 295:1 | **consolidates** 250:15 | 230:3 231:9,19 |
| 161:1 162:1 163:1 | 296:1 297:1 298:1 | **constant** 44:7 | 233:21 235:2,5 |
| 164:1 165:1 166:1 | 299:1 300:1 301:1 | 331:13 | 236:11,12 262:7,11 |
| 167:1 168:1 169:1 | 302:1 303:1 304:1 | **constantly** 83:4 | 269:15 288:9,16,20 |
| 170:1 171:1 172:1 | 305:1 306:1 307:1 | 149:5,6 | 288:21,22,24 289:6 |
| 173:1 174:1 175:1 | 308:1 309:1 310:1 | **construct** 255:6 | 289:9,10,13 306:3 |
| 176:1 177:1 178:1 | 311:1 312:1 313:1 | **constructed** 253:25 | **contracted** 130:14 |
| 179:1 180:1 181:1 | 314:1 315:1 316:1 | **construction** 254:5 | 233:9,16 |
| 182:1 183:1 184:1 | 317:1 318:1 319:1 | 262:10 322:16 | **contracts** 112:13 |
| 185:1 186:1 187:1 | 320:1 321:1 322:1 | **consult** 337:10,25 | 121:22 231:13 |
| 188:1 189:1 190:1 | 323:1 324:1 325:1 | 338:12 | 233:17,19 234:2,16 |
| 191:1 192:1 193:1 | 326:1 327:1 328:1 | **consultant** 257:23 | 235:20,21,22,22,23 |
| 194:1 195:1 196:1 | 329:1 330:1 331:1 | **consulted** 341:21 | 236:10 349:23 |
| 197:1 198:1 199:1 | 332:1 333:1 334:1 | **consumer** 192:22,23 | **contractual** 131:22 |
| 200:1 201:1 202:1 | 335:1 336:1 337:1 | **consumers** 171:15 | **contrary** 46:15 |
| 203:1 204:1 205:1 | 338:1 339:1 340:1 | 181:18 191:7,16,19 | **contributed** 345:11 |
| 206:1 207:1 208:1 | 341:1 342:1 343:1 | 232:14,22 237:5 | 347:2 |
| 209:1 210:1 211:1 | 344:1 345:1 346:1 | 239:25 240:6 | **contributing** 152:3 |
| 212:1 213:1 214:1 | 347:1 348:1 349:1 | **consumption** 302:17 | **control** 192:25 |
| 215:1 216:1 217:1 | 350:1 351:1 352:1 | **cont'd** 6:1 7:1 8:1 | 193:2,2 270:20 |
| 218:1 219:1 220:1 | 353:1 354:1 355:1 | 9:1 | 278:23,24 |
| 221:1 222:1 223:1 | 356:1 357:1 358:1 | **contact** 63:10 | **conventional** 221:17 |
| 224:1 225:1 226:1 | 359:1 360:1 361:1 | 134:19 135:7,15 | **conversation** 334:20 |
| 227:1 228:1 229:1 | 362:1 363:1 364:1 | 136:4,15,15 140:8 | **conversations** 39:8 |
| 230:1 231:1 232:1 | 365:1 366:1 367:1 | 140:10 | 340:8,12,24 354:18 |
| 233:1 234:1 235:1 | 368:1 369:1 370:1 | **contacted** 63:12,16 | **converse** 368:11 |
| 236:1 237:1 238:1 | 371:1 372:1 373:1 | 63:24 64:4 274:9 | **conveyor** 248:8 |
| 239:1 240:1 241:1 | 374:1 375:1,24 | **contain** 198:2 | 249:5,17,25 250:14 |
| 242:1 243:1 244:1 | 376:1 | **container** 236:24 | **convince** 366:23 |
| 245:1 246:1 247:1 | **confine** 180:19 | **contains** 196:15 | **cooked** 361:12 |
| 248:1 249:1 250:1 | **confirm** 326:10 | 285:17 | **cookie** 232:12 |
| 251:1 252:1 253:1 | **confirmed** 77:21 | **contend** 353:15 | **coolers** 150:5 |
| 254:1 255:1 256:1 | **connection** 29:20 | **content** 355:10 | **cooperative** 333:14 |
| 257:1 258:1 259:1 | 30:17 | **contention** 353:22 | 333:18,24 334:5,17 |
| 260:1 261:1 262:1 | **consecutive** 43:7 | **continue** 90:23 | 335:4,6,12,23 |
| 263:1 264:1 265:1 | **consider** 105:11 | 119:25 | 336:21 337:12 |
| 266:1 267:1 268:1 | **considerable** 344:24 | **continued** 191:11 | 338:3 339:25 |
| 269:1 270:1 271:1 | | 208:8,9 | 341:14 350:4 370:5 |

[cooperative - d.c.]                                                                                    Page 14

370:6 374:24
**cooperatives** 354:10
367:13
**cop** 16:23
**copies** 22:12 32:12
224:14 226:11
240:20 306:11
309:8 316:7,15
322:10
**copy** 29:11 197:19
197:25 224:15
225:10 315:25
**corn** 53:4 144:17,18
144:20,20 216:3
**corner** 199:13 200:9
206:7 217:13,19
290:17
**correct** 21:22 23:10
24:22 32:25 33:4,7
33:11 34:23 35:3
40:5 41:3 50:15
51:5 53:12 56:3,9
57:21 61:4 65:8,11
66:12 67:6 68:19,20
68:23 73:13 74:18
76:7,15 77:5 78:20
79:23 84:18 95:11
95:12,14 101:6
104:16,24 114:11
114:12,14 117:6
118:7,8 119:13
129:16,17 135:13
135:17 139:25
140:2,21 141:2
146:7,8,12 149:14
152:23 153:15
160:6 161:14 163:2
165:24,25 170:21
172:20 173:20
174:5,13,17 178:17
178:18,22 186:4,8
190:12 191:21,22
200:13,15,17
202:23 203:8,19
218:19 221:11

223:3 231:22
234:20 237:9 238:4
240:18 245:18
260:12 265:21
286:25 287:3
315:21 342:8
347:10 354:20,21
358:17,18 359:12
359:13 368:3 371:9
371:15 377:10
**corrected** 136:24
**correction** 198:9
380:4
**corrections** 378:5,8
379:4
**correctly** 43:16
48:15 57:6 66:9
67:2 71:12 78:6
86:18 102:10
105:17 106:23
115:11,23 120:12
152:10 154:13
161:25 177:14
186:25 190:21
191:25 377:8
**cort** 257:4
**cost** 47:22 66:3
112:18,18,20,21,23
113:13,14,19,20
163:8 164:7 182:6
191:11 238:9 267:6
267:9,23 270:11
296:18,25 297:3
305:17,25 306:2
311:15 312:11,14
312:15,18,21 313:5
313:6,11,14 314:3
314:10 315:16
319:13 320:3,5,8,9
330:19 344:17
346:6,12
**costs** 66:4,6 112:7
112:22 113:8,10,16
141:13 142:22
152:5 191:12

230:15 238:12
296:20 344:4 346:4
**counsel** 4:15 11:4,19
12:8,22 22:10,13
29:25 30:23 31:22
32:13 63:14 137:16
145:3 156:2 196:9
197:10,24,24
341:17,21 377:10
**counsel's** 124:25
**countries** 127:18
280:9
**country** 19:16 46:5
115:2 128:12 157:9
171:4 182:7 239:21
280:10,11 365:3
**county** 209:3,5,14
219:12,18 220:5,10
222:19 253:23
254:2,5 259:15,21
259:22 260:6
261:21 262:17
263:2 335:8
**couple** 137:25
138:11 188:25
199:6 213:24
222:16 264:23
323:15
**course** 285:12
**court** 1:1 11:23
13:20 51:14 104:6
137:18,20 155:15
196:4 209:4 219:9
257:19 310:14
322:3 378:20
**courts** 350:17
**cover** 60:8
**crack** 250:7
**craig** 310:18
**crashes** 159:11
**create** 281:6,14
**created** 43:14
307:17 372:13
**creates** 60:9

**creating** 128:11
350:20
**credit** 177:3
**creek** 243:10 365:3
**creighton** 309:23
317:22
**criteria** 283:20
304:13 335:11
**cruel** 183:12,13
**crystal** 209:25 210:8
**cull** 90:21,23 291:11
297:10,24 363:24
**culls** 292:4,18
293:18
**current** 14:25 16:15
77:15,20 80:22
194:11
**current.pdf.** 33:7
34:22
**currently** 77:25
90:17 91:19
**curtain** 246:6
**curtains** 244:24
246:3
**customer** 148:3,15
173:16,19 175:10
230:5 234:15
**customer's** 228:19
**customers** 20:14
148:9 166:4,9
173:25 175:12
184:10 226:6
229:13 232:5
233:11 240:14
273:13 296:16
305:22 308:16
331:11,11 342:4
**cut** 175:8 316:4

**d**

**d** 5:1 285:2 291:4
**d.c.** 1:14 3:3,10
11:18 15:17 73:12
343:12

**daily** 157:8 194:15
248:16,17 268:10
269:4
**damage** 301:23
**damn** 172:2
**damnable** 190:20
**daniels** 4:7 13:18
**date** 11:14 43:11
115:5 138:17 148:5
148:11 149:13
170:12 178:11
253:16 254:7
259:17,17 260:4,4,9
260:10 272:11
324:18 369:11
371:5 372:11
378:10 380:3,25
**dated** 32:23 34:19
119:9 153:12
159:21 253:16
287:8 328:14
364:20 369:13
**dates** 80:8 91:25
138:11 148:13
170:11 208:22
280:15,16 300:15
356:4
**dating** 148:5,9
**david** 286:24 287:2
287:5,19
**davis** 3:15 13:13,13
23:2 32:17 51:12,16
51:16 61:11,25
62:14 85:5 125:15
130:18 154:21
155:6,12,15,17
156:2,8
**davisew** 3:20
**day** 119:25 144:19
171:21 206:18
217:19 287:11
295:10 298:4 306:7
330:7 377:13
379:13

**days** 15:11 148:4,4
150:2,4,6 378:16
**dbarnes** 3:11
**dead** 293:22,23
295:10
**deadline** 316:3
**dealing** 311:24
**deals** 311:14
**dean** 323:17
**debeaking** 277:12
**december** 78:2
91:24 114:24
153:12 267:11,18
353:16 360:11
364:20
**decide** 139:10,15
**decided** 133:25
140:24 168:3 198:4
347:16 359:6
**decision** 239:10
295:21 359:7,14
**decisions** 52:24
373:24
**decline** 72:7 119:21
120:4 121:2 123:6
**declined** 65:25
86:15
**declines** 65:23
**declining** 70:25
**decoster's** 323:18
**decrease** 179:24
**decreasing** 52:25
**dedicated** 91:13
**deemed** 378:19
**deep** 20:18 195:18
**deeply** 20:22
**defend** 213:17 319:4
358:23
**defendant** 3:4,12
14:15
**defendants** 9:11
352:20 353:4
**defensible** 213:19
**deffner** 73:17 96:20
310:6

**definition** 218:20,23
298:20
**deformed** 292:19
**dekalb** 106:3
**deliveries** 331:24
**delivery** 164:13
235:22 236:15
**demand** 17:20 18:5
18:7,24 19:2,7,23
19:24 20:3,4,14
44:19,20,24 45:8
69:17 71:3,5 81:22
82:17 86:13,15 87:7
87:12,21 88:5 89:5
89:25 101:19 102:7
105:8,16 106:13
114:25 115:21
116:9 119:19
147:19 151:14,20
157:19,21 158:15
158:16,23 164:17
234:15 320:3 363:3
363:5,10 374:5
**demanded** 20:16
273:14
**demands** 81:19
115:19
**denmark** 279:19
**density** 191:17
**denying** 271:7
**department** 51:24
167:22 257:24
350:12 351:5,22
352:7 356:2 361:4
**dependant** 18:8
**dependent** 215:17
**depending** 40:19
91:5 164:16 234:13
**dependings** 92:14
**depends** 18:9,10,11
43:22 50:3,3 69:15
93:11 162:8 163:18
295:10 296:15
**depiction** 205:13

**deponent** 377:6,8
379:2
**depopulation**
301:11,14
**deposing** 378:15
**deposition** 1:11 10:1
11:16 15:9 39:13
64:18 99:17 100:6
100:12 101:15
103:22 114:17
126:17 153:18
192:5 196:11,23
197:6 199:25
289:24 290:7 304:3
365:20 375:14,17
375:17,24 376:5
377:9 378:4,13,17
378:18 379:4
**deposits** 249:24
**des** 246:18,19
**describe** 20:24
**described** 79:22
83:21
**describing** 177:18
178:2
**description** 5:11 6:3
7:3 8:3 9:3
**design** 180:4 181:14
182:9 211:8,19
226:6
**designate** 375:23
**designed** 211:20
293:21 295:5
**designs** 193:25
**despite** 43:6 122:7
**detail** 374:10
**details** 131:24
**detection** 250:7,8
**determination**
133:14
**determine** 139:8
250:11
**determined** 105:9
160:15 213:10
292:3 318:24

develop  106:12
developing  80:21
dictates  295:18
die  60:11 183:14
died  132:11 133:4
diesel  273:25
diet  18:14 97:24
  192:25 193:2
diets  18:10,17
difference  156:23
  161:20 162:19,23
  177:12 213:21,25
  214:22 238:14
  286:9 314:16,18
different  24:17
  27:25 111:17
  121:12,23,23 122:8
  146:24 164:14
  167:7 182:6,15,15
  207:2 230:22 232:5
  237:15 250:24,24
  257:6,9 266:4,10
  268:12 275:12
  278:20 280:9,10,11
  280:25 281:5
  295:19 299:23
  304:23 307:24
  308:15 313:18
  314:12,13,21 315:9
  321:2 331:7,10,15
  337:3 366:20 373:2
  373:3,14
differentiate  227:12
dig  34:6
dimension  344:2
dinner  2:10 12:18
  12:18
dioxide  301:20
direct  1:5 2:6,19 9:9
  12:10,16 41:23
  42:23 48:2 56:15
  65:17 70:17 114:19
  151:5 175:24
  197:14 333:11
  352:19 353:3 360:7

362:7,18
directing  362:25
  364:13 367:2
direction  10:3 80:23
  163:5
directly  136:3,10
director  61:18 259:4
directors  5:20 21:21
  24:12 26:8 41:7,14
  44:3 56:13 61:19
  73:3,11 95:8 96:21
  101:6 114:14
  125:11,20 126:21
  155:4
directory  22:9 23:10
dirt  60:8 250:8
  251:5,5
disagree  157:2
disagreement
  102:12,17,23
disappearance
  43:13
disclose  265:11
  361:23,24
discovery  8:12
  264:7 265:21,24
  266:7,17,25 267:3
  360:10 374:5
discuss  195:15
discussed  37:11
  74:2 188:3 271:14
  328:17
discussing  319:6
discussion  40:13
  105:2 140:12
  188:23 264:4
  271:21 356:13
discussions  195:6
  371:13
disease  244:8
  298:15
diseases  244:5,12
dislocation  294:2,3
  297:18

disposal  43:14 67:23
  78:2 90:23 91:19
  320:6
dispose  66:17 74:14
  76:12 90:20 91:18
  94:14 110:14 111:9
  120:6 123:8
disposed  58:22
  59:11 68:3 71:8
  76:11 78:3 292:5
disposing  123:8
disrupt  168:16
  173:23
disruption  168:18
dissolve  359:2
distribute  321:13
distribution  321:13
district  1:1,1 11:23
divide  304:19
  314:22,24
divided  342:16
division  230:17,17
  230:18 310:2
divisions  20:18
document  1:4 22:7
  23:8,13 33:22 41:24
  48:22 57:14 73:9,15
  73:23 81:7,14 83:15
  85:6 92:4 96:16
  101:8,13,18 108:24
  152:17 153:17,22
  162:7 178:7 186:12
  186:16 189:23
  190:14,24 196:15
  199:4,18 202:3,12
  206:2,5,16 252:9,22
  255:23 267:2 270:4
  277:25 285:8
  286:21 287:9,22
  290:12,16,20 293:3
  294:22 297:9 298:6
  306:20,25 310:25
  322:9 324:16
  326:23 348:9
  352:24 353:5,8

360:12 362:16
  364:15 365:24
  366:2,18 367:3,10
  367:15,20 369:4,7,9
  369:12,13,15 370:3
  370:10,20,23 371:6
  371:16,18
documents  10:9
  15:22,25 88:2,16
  256:15,18,20
  272:20 277:16
  285:18 286:12
  287:14 299:2
  371:14 374:21
dog  49:11
doing  75:15 99:14
  107:17 136:25
  137:3 186:14
  188:10 191:5
  193:15,15 221:16
  257:22 271:9
  281:17 282:19
  302:25 305:3,4
  312:11 337:20
  341:7 346:7,8
  350:18 374:19
  378:9
dollar  177:12
dollars  50:8 196:2
  284:8 344:23
dolph  74:5
don  13:2 52:15
  316:12 317:4,7
donald  3:7 304:2
donate  153:25
donated  154:10
donation  157:4
donovan  209:16,17
  219:7 221:24 223:5
dot  92:11,11
double  58:7 329:9
doubt  375:3
doug  310:12
download  29:18
  34:8

**downward** 66:13
67:6
**dozen** 56:22 66:7
91:7 113:23 177:6,8
177:10,11 237:22
238:13 250:15
279:9,9 312:22
314:14,14,15
343:20 346:12
361:6
**dozens** 202:21,24
203:13
**dpp** 304:3
**dpps** 197:10
**dr** 327:9
**drag** 30:11
**drew** 185:9
**dried** 108:15 111:4
**dries** 250:6
**drive** 4:8
**drop** 149:21 156:25
250:13 270:21
**drops** 113:7 158:4,6
**dry** 111:5 203:11
319:24
**dryer** 203:6,10
250:5
**dryers** 332:12
**drying** 111:2,18
**due** 50:11
**dues** 343:18,23
344:12,20 369:17
**duly** 14:2 377:6
**dumb** 60:8
**dump** 60:6
**dumped** 273:25
**dying** 298:17

**e**

**e** 2:1,1 4:7,13,13 5:1
5:9 6:1,22 7:1,9,13
7:18 8:1,9,15,20,21
8:23,24 9:1,4,6
29:14,16,17,23 30:5
30:9,14 31:8,13

32:10,22 33:3,9,15
34:13,18 35:6,16,19
35:21 36:6 37:7
106:11 153:5,12,15
153:20,24 154:6,17
155:5 156:17
189:11,18 190:2,10
190:11,16,24 192:4
193:12 195:3
196:13 197:19,22
197:25 200:22
201:2,14,19 202:12
210:15 255:17
256:11,12,22
284:16 286:22
287:11 291:4
303:19 306:13
308:20 309:16
310:22 316:22
317:14 318:11
321:20 322:10,19
324:20,20 326:13
326:24 327:2,7
328:14 364:19
377:2,2 380:1,1,1
**earlier** 35:18 40:25
56:25 66:18 91:21
110:13,15 111:8
118:5 130:8 146:10
203:4,16 204:20
208:6 210:23
219:20 263:24
271:13 324:17
341:25 348:9 361:9
368:2
**early** 17:10,11 21:3
26:6 67:22 68:4
69:6 75:12,18 78:4
83:11,22 84:21
85:13 99:6 112:16
113:17 259:16
261:14 262:19
279:4
**easter** 119:24 154:3
154:8,18 157:5,12

157:20 158:2,3,5,6
158:11,19,22 159:4
159:7,12
**eastern** 1:11 11:23
**eat** 159:8 192:24
238:15
**eating** 49:20
**eavesdropped** 329:3
**eci** 141:19 235:25
331:4,5 349:4
357:15,16
**economic** 77:15
86:5,16 90:15 93:11
98:6 105:12 186:23
187:9,16 211:7
213:15 216:6
296:14
**economical** 191:20
**economically** 97:19
191:6
**economics** 45:14
**economist** 17:23
30:22
**economists** 52:17
**edition** 33:10 35:2
40:2 55:25 65:7
70:4 79:15 151:8
**editor** 41:25 52:13
**editorial** 79:22
83:21
**effect** 283:23
**effective** 16:11
282:25 360:6
373:18
**effectively** 234:19
280:18
**effects** 8:7 251:25
256:5
**efficient** 318:25
321:11 360:2
**efforts** 345:6 373:9
**egg** 1:3 3:5,21,22 7:6
7:12 8:11 11:21
13:15,15 17:16
18:19 20:6,9 21:4

21:15,17 22:8 23:8
27:6 43:19,22 44:2
44:4,15,17 45:13,14
45:15 46:3 47:11,25
48:18 50:4,5,10,22
51:9 52:17,22 53:7
54:20 57:10,24
58:19,20 59:8,9,13
59:19 61:7,7 62:13
63:2 65:23 66:13
67:5,6 68:11,14,21
68:22,24 69:15 71:2
71:2 72:6,8 73:10
75:22 76:11 78:11
80:24 81:3 82:14,14
82:24,25 86:5 91:4
91:6,14 94:12 97:14
97:23 98:3 102:2,14
105:21 106:8
109:15,25 111:10
111:22 112:25
113:3,10,18 114:21
114:23 115:2,3
116:2 120:4,9,10,24
120:25 121:2,16,17
123:6,9 124:8 125:5
125:8,23 126:18
127:15 128:9
130:24 131:14
133:2 134:5 138:22
139:24 141:4
145:19 146:13
147:12 148:6,12,25
149:12,15,16,24
152:8,14 154:11,19
155:8 156:18,20
158:20,25 166:4
167:12 168:6,9,20
169:15 171:2
172:14,18 173:17
173:21 174:11,15
174:21 179:23
182:17,22 183:11
184:3 185:16,24
187:4 192:22 193:3

193:25 194:3
198:16 199:22
201:23 202:4 203:6
206:19 207:12,13
207:13,14,15,18,22
209:3,4,6,8,9,12,14
209:16,18,20,22
210:10 215:21,24
216:14 218:3,4,7
219:5,17 220:15
223:13,20 225:7
227:9,13,14 232:14
233:3,3 235:7,16
237:8,20,22 241:16
249:4,5,6,14,21,22
249:22 250:3,10,13
253:22,23 261:22
262:13 263:15
266:5,17,25 267:3
273:7 275:5,5
279:24 282:8
283:18 289:7
295:17 305:17,22
306:2 310:3 313:10
317:15 318:16,17
319:7,18,20 320:3,6
320:16 321:8 326:3
326:3 327:20,21
328:8 330:5,5,22
331:5 333:22 334:6
343:6 348:18 350:9
350:13,24 351:5
357:17,21 358:6,8
358:21 359:8 360:9
361:8,8,10,17
367:11,25 369:6,10
370:20 380:2
**eggland's** 218:5
219:3,14 220:3
221:13,16
**eggs** 17:21 18:5,6,7
18:23 19:5,5,11
20:2 48:13 50:23,24
51:2,4,10 53:5,12
53:16,21,25 54:13

54:21,23,24 67:18
67:25 68:19,25 76:3
81:19 82:3,18,19,23
82:25 87:21,22
92:22 93:8,23 94:11
97:3 98:4,15 101:24
108:14,16 110:2
112:14,14 113:4,6
115:18 119:24
120:8 121:5,19,19
124:16 127:17
128:11,18 129:2,19
129:19 130:5 134:9
134:13,17,23
135:16 136:11
139:2 140:24 141:4
141:9,14,24 142:14
143:3,12,13,15,17
143:20,22,25 144:7
144:8 145:22,23
146:6,10,11,18
147:3,6,11,21,22
148:2,7,10 149:7
151:14 152:15
154:2,8 156:21
157:4,12,13,19
158:8 159:2,3,7
161:22,23 162:5,22
163:2,8,10,14,15,19
163:21,24 164:6,8
164:20,24 165:3,6,7
166:6,18 167:7
173:15,18,24 180:2
193:4,5 196:6
202:25,25 203:2,11
203:12,12,13,14,21
203:23,24,24,25
204:5,7,8,10,13,16
204:16 205:3,5,6,7
205:11 208:9
209:11 210:25
214:8,16 215:4,15
215:16 216:4,5
217:14,14,25 218:2
218:4,5,6,6,8,9,11

218:11,13,21 219:2
219:2,3,5,6,7,13,14
219:16,18,24 220:2
220:2,3,4,6,10,10,17
220:18,20,22
221:12,14,18 222:6
222:6,7 223:2,6,7
224:4 227:25,25
228:13,14,17
229:20,25 231:3,8
231:10,11,19 232:2
232:3,5,7,9,11,13,22
232:22,23 233:2,4
233:11 234:5,6,7,9
234:10,14 235:3,9
235:10,23 236:3,24
237:4,5,8,10,13,13
237:16,17,23 238:5
238:6,9,11,12 239:2
239:3,6,15,17,17,22
240:9,10,11,16
244:10 248:7
249:11,13,17,24
250:2,4,6,15 251:5
263:18 269:7,19,21
270:20 279:4
282:16,22,25 283:4
283:21 284:5 296:9
311:15 312:2,5,10
312:18 313:11,14
313:16 314:4,8
318:6,7,9 319:18,19
320:8 330:10,16
331:13,17 332:6,13
341:5,9 342:5
347:25 348:7,14,15
348:20 349:2,4,5,7
361:12,14 369:22
373:10
**ei** 270:10
**eight** 56:24 175:14
232:24 278:3
**eighth** 364:22
**eimer** 4:1

**eimerstahl.com** 4:3
**either** 27:8 50:2
110:23 135:7 140:8
153:3 163:5 181:6
183:13 235:12
243:10 285:11
349:3
**elect** 297:3
**elected** 20:16 34:9
91:11
**electric** 113:21
236:16 273:20
281:13
**electrical** 276:18
**electronic** 330:8
357:21
**electronically**
235:12 236:16,18
**eliminate** 300:13
**em** 327:25
**emails** 105:13
**embryo** 291:11
**embryos** 292:4,6
293:18
**emphasize** 374:14
374:16
**employee** 16:4
131:6,9 136:17
**employees** 27:6 29:5
29:6 37:4,12,23,23
38:14,24,25 130:10
130:11,13,17 131:3
286:16
**empty** 108:12,20
111:24 112:4,7
295:23 298:18
**ended** 164:14
211:18,20 264:21
265:3 276:13 280:9
289:10,13 375:17
**engage** 234:17
**engaged** 203:15
208:13 359:15
369:21 370:6

**engaging** 236:21
**enhanced** 218:5
  219:17
**entered** 234:2
**enterprise** 200:12
**enterprises** 370:7
**entire** 36:2,7 184:20
**entities** 125:12,21
  126:22
**entitled** 65:19 74:23
  352:25
**environment** 277:13
**environmental**
  258:17
**enzyme** 361:16,25
**equal** 160:18,22,22
  160:22 214:5,19
**equalize** 169:17
**equipment** 180:25
  320:25
**errata** 378:7,9,12,15
  379:5
**erratic** 18:11
**esquire** 2:3,9,10,16
  3:1,7,15,15,16 4:1,7
  4:15
**essentially** 53:20
  225:17 281:18
  314:8 315:19
  335:17
**establish** 146:5
**established** 63:18
**estimate** 349:6
**et** 369:23
**ethnic** 311:24
**eu** 280:11
**europe** 278:25 279:2
  279:3,10,16 280:6,7
  280:8 342:12 343:7
**european** 279:6
**euthanasia** 291:11
  292:5,6,23 297:10
**euthanize** 297:16
**euthanized** 292:12
  301:10

**evan** 3:15 13:13
  51:16
**event** 298:13,14,21
**events** 119:12
**eventually** 29:16
**everybody** 68:7
  168:16 169:17
  171:17 269:20
  315:2,17 320:15
  331:10 359:4
  365:19
**everyone's** 77:14
**evident** 270:19
**evidently** 202:6
  267:14 329:2
**exact** 182:5 208:21
  254:7 300:15
  344:21 358:13
**exactly** 36:25 42:14
  71:24 213:22 261:5
  277:17 331:6
  345:20
**examination** 14:5
  197:11,15 198:20
  316:9,11 333:3
  357:2 372:3
**examined** 14:2
**example** 178:19
  207:5 208:3 228:12
**exceeding** 71:3
  86:13 87:7,11,21
  88:5 89:4,25
**excessive** 301:23
**excuse** 13:7 14:9
  18:13 29:25 54:21
  61:25 63:14 91:12
  156:2 174:15 178:2
  196:9 216:16
  267:18 309:3
**excused** 376:3
**executive** 24:16
  26:10,12,21,24 27:3
  41:2,5,12,16 200:10
**exempt** 353:18

**exhibit** 5:11,12,14
  5:16,18,20,22 6:3,4
  6:6,8,10,13,15,17,19
  6:20,22,24 7:3,4,6,9
  7:12,13,15,17,18,20
  7:21,23,24 8:3,4,6,9
  8:11,14,15,20,21,23
  8:24 9:3,4,6,8,12,15
  9:17 22:7 31:16,18
  31:21,23 34:17
  39:19 40:2 55:17,24
  64:22 65:5 69:20
  70:3 73:2,9 74:2
  75:18 76:5,6,20
  77:3 79:7,14 85:19
  86:2 96:4,11 100:17
  100:19,25 103:14
  103:21 104:2,13
  113:25 114:8
  118:25 119:8
  150:14,21 151:3
  153:5,11 159:14,20
  172:6,13 176:3
  185:15,23 189:11
  189:17 196:12
  197:20,21 198:4,16
  198:24 200:25
  201:3,12,21,22
  205:21 210:15,19
  213:13 217:2,6,9
  223:13 224:19
  226:14,19 240:24
  241:6 246:9,16,22
  251:21,24 252:7
  255:14,15,17
  260:25 266:13,16
  266:23 267:10
  268:15,17,23 270:2
  270:3 284:14,16
  303:19,25 306:10
  306:13,19 308:20
  309:14 316:22
  317:12 321:20
  322:2 326:13
  352:15,17,24 360:8

**362**:8,12,19 364:11
  364:15 365:18,20
  365:23 366:7,15
  368:22 369:5
  370:12,14,19
  371:17 372:8
**exhibits** 7:11 200:25
  316:6 372:7
**existing** 49:25 174:2
  174:23 179:4 180:7
**expanding** 324:14
**expansion** 44:8
**expect** 285:13
  324:11
**expense** 44:11
  112:24
**expensive** 343:25
**experience** 18:24
  41:11 43:25 59:2,12
  61:18 89:7 90:6
  125:10,19 126:20
  139:17 155:3,24
  156:18,20 182:3
  214:23 325:21
  336:25
**expires** 379:20
**explain** 18:2 166:24
  248:25,25
**explained** 214:22
  225:15 334:16
**explanation** 45:12
**export** 115:3 127:15
  127:16,17 133:7,13
  133:19,25 134:10
  134:19 135:10,16
  135:18 138:22
  139:5,8 141:11,23
  142:7,20,25 143:12
  143:20,25 144:13
  144:19 145:6,13,22
  146:17 151:17,22
  152:6 154:11,17
  160:4,5,13,24 162:4
  162:24 163:8,13,14
  164:3,7,9,24 165:5

165:9 203:21 204:7
204:13 328:24
332:2,5,10 347:9
**exported** 132:10
134:8 139:20 144:7
146:11 341:5
**exporting** 146:6
151:15,24 165:5
**exports** 127:20
128:25 129:15,19
130:5 136:13
137:23 138:20
141:4 147:11
152:14 203:16,18
204:2,5,9,11,14
332:8 347:16 348:2
348:3,6
**exposed** 90:15 292:8
**expressing** 105:14
**extended** 97:3
**extent** 41:2 355:4
**extra** 50:2,12 107:2
113:13 143:22
147:6,8,9 163:21
231:8,18 232:9,17
232:20,21 236:23
237:11,18 239:21
239:23 240:2,10,12
**extras** 331:8
**extremely** 80:18
115:3
**eye** 3:2 191:19

**f**

**f** 377:2
**face** 80:18
**facilities** 129:20
130:6 200:5 206:20
206:22 218:17,22
221:25 223:23
242:14 243:8
244:19 245:15,17
247:15 248:8,9,24
253:13 274:11
278:21 282:23

283:19 312:10
**facility** 128:2,13,13
128:22,24 129:3,11
129:21 219:15,18
220:11 222:8,11,11
222:19 223:5 246:2
247:17,20,22
250:22 255:6
273:18,19 347:23
**facing** 109:15
**fact** 77:21 374:23
**factor** 19:5,7 20:13
**factors** 20:13
**facts** 284:12
**fad** 18:9,14,15,17
97:24
**faegre** 4:7 13:18
**faegrebd.com** 4:10
**fail** 378:18
**fair** 17:17 19:8
27:10 36:5 38:13,23
39:11 48:17 50:21
54:11,19 56:12 68:2
78:8,13 126:5,8
309:9 315:22
**fairfax** 2:11
**fairly** 50:11 205:16
**faith** 353:17
**fall** 25:23 26:6 48:9
82:20 148:6 149:2
175:13 342:16
**falls** 293:24
**false** 191:13
**familiar** 27:19 308:3
**familiarize** 186:11
**family** 7:21 16:21
20:18,22 105:22
184:20,22 185:11
195:18,19 200:11
209:7 224:20
234:10 284:7
305:15 318:2
**fanfare** 167:21
**fans** 113:22

**far** 28:24 41:13
320:8 322:16
**farm** 16:22 46:2
55:13 83:3 95:5
106:5 112:7,11,12
112:12 184:22
190:18 193:15
194:13 207:12,13
207:13 209:3,4,6,8
209:10,12,14,16,18
209:18,20 210:6,8
220:21 224:3,8
234:10 241:10,12
241:21 247:8
253:22,23 254:2,6
256:6 257:4 261:13
262:11,12,13,17
289:8 312:7 317:20
324:13 335:8
**farmer** 45:18
118:22,23 231:4
335:13,25 336:4
339:5
**farmers** 21:5,7
52:11 53:8 78:16
84:12 112:13
118:20 121:13,17
144:20 174:14
333:21 335:6,15
336:7,15
**farms** 3:12 4:15
7:21 8:6 9:8,13
12:22,25 13:4 15:3
16:4 23:14 27:8,9
27:17 105:23 112:6
113:4 121:20,24
150:5 169:24
190:19 193:16
196:7 200:10
206:23 207:2,15,18
207:23 209:22,25
210:10 217:25
219:8,23,25 222:24
223:18 224:6,19
225:7 234:5 249:6

251:24 253:9,12
256:4 263:3 279:10
282:24 288:9,16,22
288:23 289:5,8,9
295:5 298:22
300:20 303:6,7,11
303:14 310:10,13
310:20 318:2
352:17,25 353:2
365:4 366:5,9 367:6
372:9,11
**fast** 44:10 124:19
**faster** 47:4 183:8
357:7
**fat** 242:3
**fault** 314:2
**fbi** 274:9 276:20
**fear** 105:6 359:17
**february** 96:12
114:9 151:3 189:19
190:4,12,17 277:24
**feces** 192:25
**fed** 273:24 281:11
**federally** 1:16
**federated** 367:12
**fee** 343:19 344:15
**feed** 112:20,24
113:7,9,15,20
211:11 216:10
225:18,19,21
270:11 273:22,23
273:23 276:6 281:9
281:11 293:17
295:11 302:12
**feeding** 98:8
**feedstuffs** 30:19
52:19
**feel** 329:11,22
350:20
**feels** 192:12
**fees** 196:3
**feet** 250:3
**fell** 115:8 227:16
**felt** 52:15 106:18
186:19 187:14

195:21 304:21
**female** 223:21
**fewer** 214:16
**field** 167:9 305:19
315:3,5,13
**fight** 185:8 281:25
**fighting** 104:10
254:19 345:23,23
350:15,16
**figure** 232:15
238:16 265:7
327:14 348:22
**figured** 242:2
**file** 34:5 355:17
**filed** 11:22 47:24
265:5 282:12 350:5
355:25 358:21
**filing** 11:7 282:13
**fill** 48:13 134:15,17
232:21
**filling** 231:4
**filter** 30:10
**final** 299:9
**finally** 98:8 366:23
**financial** 74:7
**find** 90:20 134:16
134:22 148:23
214:14 252:16
263:7 326:9 363:12
**fine** 20:11 22:22
99:25 283:16
305:21
**finish** 72:16 94:7
124:20 324:13
**fire** 274:2 298:15
**firm** 333:7 345:4
365:13 369:20
**first** 12:8 32:7 42:24
43:5 45:18 56:16,20
56:23 57:8 65:18,20
70:10,14,25 79:18
86:5,9 88:24 89:20
102:2 114:22
119:11,20 123:4
134:3 170:3 195:24

199:10 223:20
225:6 232:6 246:17
247:11 252:14
256:7,10 260:13
266:14 270:7 272:8
286:20 295:4 304:6
304:25 309:2,4,6
310:23 327:13,17
328:13 353:11
354:4,4 360:11
367:9 374:3
**fiscal** 201:16,24
202:20 205:15
**fish** 268:9
**fit** 118:21,22 121:14
122:2,5 239:23
341:8 370:6
**fits** 121:14,25 331:2
**five** 58:10 121:23
138:2,2,3,14,15
148:4 181:5 214:8
228:17 229:8 254:8
255:3,8 261:9 278:2
279:11 367:13
**flip** 74:22
**flock** 42:25 43:8,15
43:18 44:4,15,18
45:12 46:14 47:10
47:14,18 49:8,24
52:5,25 53:2 57:23
58:7,8 60:17 67:23
68:18,25 69:2,5,7
77:23 78:4,10 80:16
80:20,25 81:4 83:11
83:22 84:21,25
85:14 86:14 87:16
90:18,24 91:24
94:14 112:16
123:17,20 149:5
232:25 244:4
257:17,20,23 300:3
307:17,25 331:10
363:20 364:7
**flock's** 68:14

**flocks** 58:10 66:17
68:3,11,22 69:10
71:7 74:13 83:11,22
84:21 85:13 95:3
98:4,4 108:11,19
109:6 110:13 111:8
120:6 123:8,9 124:6
124:7,12 149:6
165:22 296:6
299:23 307:11
369:22
**flow** 51:22 331:13
**fmi** 168:12,22,24
173:20 178:12
311:20
**folds** 250:16
**folks** 282:17 311:12
350:11
**follow** 92:10 288:11
288:16 301:10
308:9 372:6
**followed** 97:20
**following** 73:18
74:10 77:25 91:17
96:23 218:24
298:12
**follows** 14:3
**food** 49:11 154:2
168:25 191:20
272:5,23 275:9,21
275:23 302:17
321:14
**foods** 3:4 111:20
262:6,6 310:3,7
320:17 333:8
**force** 301:23 311:13
**forecast** 86:14
105:12 216:14
**foregoing** 379:3
**forget** 127:4 131:24
280:16 317:19
328:6 343:21
**forgot** 81:6 261:7,9
323:10

**form** 11:8 14:12
17:22 29:11 33:18
37:25 38:9,17 39:4
47:12 51:11 53:13
58:14 63:20 67:8
68:6 78:12 81:5
83:14 89:16 94:17
95:15 98:17 107:5
108:23 109:16
110:4 116:5 117:14
121:10 122:14
123:10 124:9 129:5
133:20 143:5 145:9
145:16,25 146:20
147:14 152:16
154:20 157:6,14
158:18 161:7 162:6
162:14 163:17
164:10 169:7
174:24 177:20
178:6,23 179:6,13
184:5 187:17
188:12 191:23
205:9 214:25
234:22 236:16
243:5 291:14 305:5
319:8 320:12
347:17 351:9
355:23 373:21
374:25
**formation** 318:15
**formed** 127:17
280:12 318:22
**former** 210:10,10
**forming** 319:6
320:12
**forms** 205:11
**formula** 284:3
313:14
**formulate** 272:9
**formulating** 272:18
**forth** 139:7 304:13
353:22
**fortin** 74:12

**forward** 170:12
**fought** 280:17,20,21
**found** 351:17
**foundation** 51:13
  62:2 125:16 155:12
  155:18 351:10
**four** 15:12,14 58:9
  78:4 91:21 111:17
  121:22 122:3 128:8
  136:12 175:14
  181:3 237:21 255:8
  278:2 290:7 308:15
  314:24 339:15,17
  339:21 375:16
**fourth** 48:3 80:19
  115:15 151:9
  186:18 329:8
**frankfort** 209:15
**frankly** 316:14
**free** 171:9 190:19
  191:16 192:11,17
  192:24 193:4,9,20
  218:6 219:7,10
  220:3 222:9 223:8
  227:25 228:3
  242:12,13,14,24
  243:17 244:5,7,8,10
  244:21 282:5,24
  303:5,7,13
**freeze** 319:25
**frequently** 325:22
  325:23
**fresh** 148:10 149:13
**friday** 1:9
**friend** 184:18 341:2
**front** 240:22 247:10
  252:13,16 256:11
  340:5 360:12
  364:17 366:3
**frozen** 245:6
**fuel** 273:25
**full** 96:25 97:6
  173:5 227:9,11,13
  238:19 295:16
  353:21

**fullest** 112:3
**fully** 60:16
**functioning** 358:4
**funds** 281:25
**fur** 280:25 281:3
**further** 27:11 69:15
  293:2 371:24 372:3
  374:3
**furthering** 27:16
**future** 53:8 77:20
  80:22 152:6 184:17
**futures** 53:4,7
  235:21,23

**g**

**g** 4:1
**gain** 334:3
**gained** 181:8
**gal** 137:14
**gas** 294:11 301:16
  301:18,19
**gather** 224:3 325:3
**gene** 41:25 79:23,25
  80:8 101:22 131:7
  153:12 159:21
  276:2 324:20
  362:24 363:10
  364:19 368:4,8
**gene's** 52:13
**general** 2:19 4:15
  12:21 219:3 231:2
  271:20 276:25
  295:12 333:9
**generally** 25:5 44:14
  44:17 47:10 61:3
  122:19 142:12,20
  158:10,12 353:25
  358:9
**generals** 282:13
**generate** 51:25
  135:16 146:7
**generated** 52:10
  202:15
**generation** 200:11

**gentlemen** 359:20
**georgia** 101:3 127:2
  127:3 209:19,21
  210:2,9 244:25
  245:15 246:5 289:8
  322:24 362:22
**germantown** 209:12
  209:13 219:15
  220:5 221:9 253:24
  260:8 262:23 263:2
  263:8
**germany** 184:19
  279:19,23
**gerrymander**
  312:13
**getting** 14:20 21:10
  66:2 94:9 171:6
  234:14 242:24
  249:18 284:9 297:4
  359:4,24
**girls** 135:7
**give** 24:2,3 87:23
  124:19 167:16,23
  171:16 177:2
  181:18 191:18
  196:17 210:20
  211:5 213:4 215:20
  274:18 282:4
  302:23 322:22
  325:18 326:21
  330:17 332:15
  337:15 345:13
  346:11 365:17
  366:20 373:4
**given** 99:20 102:24
  108:15 163:21
  178:24 211:2,7,11
  214:14,21 231:10
  231:20 234:11,12
  239:4 253:19 260:4
  307:11 309:7
  321:12 348:17,22
  372:12 377:10
**gives** 40:23

**giving** 167:18
  270:23
**glasses** 40:7,11,21
  199:15 363:15
**glen** 105:13
**glenn** 105:19,21
  317:24,25
**go** 19:21 22:3 25:12
  29:17 30:20 33:22
  34:6,7 40:16,18
  44:23,23 45:5,20,22
  46:4,10 50:7,12,13
  51:17 59:17 62:4,20
  68:4,9 69:15 84:14
  94:25 106:17 108:7
  110:10 112:2,10,23
  113:17 124:8,12,13
  130:2 134:12
  139:23 141:22
  147:13,17 158:25
  163:23 164:6
  170:14,23 171:7,8,9
  171:11,15 172:2
  174:16 175:9
  179:12 181:9,15,18
  181:19 182:18
  184:23 193:8,16
  194:23 198:8 224:5
  224:7 225:23
  232:20 235:24
  238:10 243:14
  244:24 249:11,13
  263:6 264:17
  269:25 279:23
  280:24 282:16
  289:14 305:15
  311:14 315:12
  321:3,4 322:8
  325:24 332:5
  345:21,21 346:12
  348:24,25 356:18
  357:7 359:2 368:12
**goal** 149:4 302:18
  308:7

**goals** 183:3
**godfrey** 2:3 12:10
**goes** 18:11 19:9,10
  19:20 30:8 45:6
  57:22,24,24 68:16
  68:17,17,17 71:14
  77:19 80:19 82:16
  82:17,25 112:13,23
  113:19 115:15
  120:2 149:23
  151:16 162:18
  180:8,9 232:7
  241:16,16 250:4,5
  290:14 296:25
**going** 20:9 22:12
  32:19 33:17 49:9
  52:22 69:17 75:13
  82:11,24 84:12,14
  95:19 98:9 100:16
  111:21 118:21,22
  128:11,13 129:4
  134:10 140:23
  141:16 146:14
  147:4,5,7 148:15,17
  148:18,20 149:8,9
  150:11 155:8
  156:22 158:3 163:9
  164:7 166:6,13,17
  166:21 167:15,23
  167:25 168:7,8
  170:25 175:8,10
  180:2 181:18
  184:15,18 185:7,11
  188:17,19 191:18
  193:9 215:10 216:2
  216:6,10,10,15
  217:5 224:13
  226:11 229:8
  230:13 234:12,21
  236:20 238:11
  245:12 246:21
  247:4 265:7 266:12
  268:22 271:19
  274:18 276:21
  278:21,22,23,25

282:10 284:13
  285:10 297:5 302:3
  302:3 305:13 306:4
  306:9 307:5 314:23
  314:24 316:4,9,12
  317:3,3 318:19,25
  319:4,21,25 320:17
  321:9 325:13,15
  327:13 330:21
  331:13,15 332:10
  342:12 343:5 348:2
  356:3 358:7 359:10
  359:25 360:7 362:7
  362:18 365:18,21
  365:22 366:14
  370:9 375:19,21,21
  375:23
**golinharris** 345:5
**good** 13:5 14:8,22
  14:23 21:8,14 56:17
  60:13 61:9,23 62:11
  62:24 81:18,21 87:2
  95:22,24,25 97:8
  98:3,12 115:3,20
  139:9,21 149:15,16
  149:24 184:18
  225:7 244:7 313:20
  318:15 319:18
  323:11 341:2,8
  353:17 377:5
**goodegg.com** 4:17
  256:23
**gordon** 310:8
**gotcha** 70:12
**gotshal** 3:1
**gotten** 165:10
**government** 24:24
  372:20
**grade** 76:3 239:11
**graded** 121:19
  239:11
**grader** 250:4
**grading** 75:23
  225:25

**grandparents** 335:7
**great** 97:24 151:16
  152:4 158:23 159:5
  232:23
**greater** 81:19 174:3
  213:4
**greatest** 18:25
**greg** 258:18
**gregory** 41:25 42:2
  42:12 62:17 79:23
  83:20 97:17 101:22
  103:20 104:4,25
  131:7 153:12
  154:16 155:4,13,19
  156:4 159:21 273:3
  273:4,5 275:22
  309:19 324:21
  334:9 335:21
  336:12 354:19
  362:24 363:10
  364:6,19 368:4
  372:22 374:6,23
**gregory's** 49:5
  79:25 81:9 83:10
  85:12,17 102:13
  103:9 157:3 373:16
**grew** 183:7,8
**grind** 293:25
**grinder** 293:12,25
**grocers** 169:2,3
**grocery** 168:2 209:7
  209:8 232:9 239:25
  272:6 274:13
  275:17 348:21
**gross** 205:17
**group** 55:13 127:17
  169:2 274:10
  286:11 287:13
  299:12 302:24
  311:20 317:15
  329:19 333:20
  334:17 342:14,19
  343:10 356:6 358:2
**groups** 24:17 49:18
  50:18 60:14 134:6

167:14 273:17
  274:13 275:18
  279:6,13 280:18
  311:24 321:8 337:2
  342:18 350:20
  352:3 361:5
**grow** 43:2,9 46:5,6
  46:18,19 95:4
  169:18 223:24
**growing** 44:7,10
  90:17 196:7
**grown** 47:3,4,5
  224:7
**growth** 47:2
**guess** 25:3,7 42:10
  52:6,11,13 117:3,8
  141:16 168:23
  188:6 204:21
  214:14 227:10
  234:20 248:13
  259:18 260:9
  261:15 267:24
  268:10 271:3,9
  303:15 325:7
**guesses** 60:18
**guesstimate** 55:8
  60:2
**guidelines** 48:8
  176:21 177:3,9
  189:7 248:2 272:19
  303:7 304:14
**guthrie** 207:12
**guts** 93:19
**gutter** 297:13
**guy** 52:15,16 80:5,6
  117:8 235:11
  243:24 322:11
  327:20 328:4,7
  346:22
**guys** 52:4 54:7
  55:10 99:19 116:11
  158:20 265:5
  266:14 305:18
  320:4 330:4 332:3
  350:21 358:23

**h**

**h** 5:9 6:1 7:1 8:1 9:1
380:1
**haley** 364:24 365:2
365:5,6
**half** 16:16,17 113:23
128:8 134:13 138:7
150:6 157:7 222:12
279:9 315:24
344:22 361:6
**halfway** 75:4 270:8
**hamilton** 3:14 13:14
**hand** 100:16 158:22
199:13 200:9 206:7
217:13,19 250:20
260:24 270:8
290:17 294:14
299:17 301:16
377:12
**handed** 22:6 39:25
41:24 55:23 65:4
70:2 73:8 77:2
79:13 85:25 96:10
103:20 176:2
189:16 282:7 369:4
**handing** 22:20
31:15 34:16 114:7
119:7 150:20
153:10 159:19
172:12 185:22
**handle** 136:13
**handled** 345:23
**handling** 277:14
301:5,7
**handwriting** 279:14
**hang** 59:18
**hanging** 312:4
**happen** 134:2,11
154:10 243:7
245:10 276:22
280:2
**happened** 92:14
97:14 158:24
167:11 171:13

188:24 254:22
276:4,15 278:25
279:2 280:5 329:5
**happening** 284:6
332:8 346:2
**happens** 60:14,16
135:2 193:7 261:10
**happy** 181:20,21
193:21 196:17
213:7,11 324:23
**hard** 29:11 164:18
327:19 361:12
369:15
**harweger** 256:25
**hatch** 43:6 48:7 57:2
57:11,22 59:16
87:17 90:22 170:11
176:17,19 177:19
178:4,9,11 224:5
259:17 260:4
**hatcheries** 46:5
224:10
**hatchery** 46:9,15
83:3 223:17 224:5,6
241:16 290:25
292:12,23 293:15
**hatching** 224:3
**hated** 93:19
**hauled** 196:3
**head** 80:4 126:14
132:21 327:20
328:4,7
**headache** 40:23
**headline** 119:15
**health** 213:16
**healthy** 192:22,23
**hear** 125:14
**heard** 45:11 276:2
299:16 323:25
324:2 329:21
367:21
**hearing** 47:9 323:16
**heat** 18:19
**heavily** 248:9,10

**held** 11:16 16:14
48:4 101:2 329:14
**help** 30:24 67:13
152:5 154:8 190:18
226:6 281:25
318:16
**helped** 281:22
**helpful** 151:15
**hen** 43:13 49:15,21
51:2 57:20 90:23
106:21 107:2
168:21 169:4,20
170:6,20 296:2
344:15
**hendrix** 248:15
**hendrix's** 304:3
**henhouse** 50:25
51:3 112:4 175:23
215:22
**hens** 19:16,18 48:5
48:11 49:3 50:15
51:7 58:21,21 59:10
59:10 66:5 71:8
74:14 76:10,13
77:25 90:19,21,25
91:3,15,18 94:14
110:15 111:9
180:18 191:4 200:4
200:12 221:12
242:7 295:6,13,14
295:15 363:23
364:7
**hey** 37:10 55:10
235:14 261:10
**hickman** 105:14,19
105:21 234:4,5
317:24,25
**hickman's** 105:22
106:11 317:25
**high** 27:6,8 44:19
50:5,10 94:12
148:25 158:17
181:3,3,5 216:11
220:16 273:19
320:7 327:8

**higher** 66:7 142:21
152:8 157:20
158:10,12,15
270:11 344:12
346:12
**highest** 19:2 91:4
175:12
**highly** 1:7 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1

148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1,24
249:1,2 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1

282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1,24 376:1
**highway** 331:16
**hillandale** 229:4,7
234:8
**hinton** 258:18,21
**hip** 194:13
**hire** 286:14
**hired** 130:13 345:4
345:21,22
**hiring** 132:10
**historical** 148:16
**history** 7:17 119:22
120:3,7 121:4 123:5
123:13 205:21

206:8
**hit** 222:18 293:22,23
**hitter** 75:24
**hold** 16:19 32:16
106:6 150:6 180:13
182:12 259:12
**holding** 58:20 59:9
176:22
**holes** 245:24
**holiday** 157:23
158:20 320:2
**home** 28:22 148:23
148:24 238:20
**hope** 142:16 256:25
318:14,15
**hopefully** 343:3
**hot** 182:9
**hotel** 96:25
**hour** 355:25
**house** 45:19,22,24
46:19,24,25 50:2,10
50:14,20 53:16
108:12,20 111:23
123:24 124:2,2,3
170:17 173:3,8,11
174:2 176:21,22
177:6,8 178:25
180:2,11 181:6,11
181:13 182:2,12
212:13 215:25
222:16 232:7
249:18 250:24,25
277:13 278:4 295:6
298:17 307:12,13
341:17,18,21
**housed** 176:23
**houses** 48:5 50:14
90:17 92:17 93:20
95:2 97:22 170:18
172:23,24 174:16
174:23 179:3,4,10
179:22 180:3,8,11
180:14,17 181:7,19
181:24 208:10
222:17 248:14,22

260:17 262:9
295:16 301:9
304:25 307:15,15
307:20,23 322:25
**housing** 170:15,15
177:9 180:5 182:4,4
182:7,8
**houston** 2:5
**hsus** 171:8 282:5,9
345:25
**huff** 32:23 34:19
**huge** 191:18
**huh** 212:2,10 226:20
243:12 258:24
323:4
**hull** 309:25
**human** 302:17
**hundreds** 284:7
344:2
**hung** 92:14 312:3
**hunt** 158:25 159:2,2
**hurd** 286:22,24
287:2,5
**hurt** 67:13
**hyde** 253:25 254:5
259:14,14,20,22
260:5
**hygrade** 3:5
**hyphen** 327:15
329:9

**i**

**idea** 29:12 37:9 38:3
41:8 43:23 48:23
109:10 110:8,25
124:3 138:16 178:8
184:12 200:15
298:25 315:13
320:14 321:2
349:21 362:5
**identification** 39:22
55:20 64:25 69:23
73:5 76:23 79:10
85:22 96:7 100:22
103:17 114:4 119:4

150:17 153:7
159:16 172:9
185:19 189:13
198:18,24 201:5
205:23 210:17
217:3 224:22
226:15 241:2
246:12 252:3
255:20 266:19
268:19 284:21
303:21 306:15
308:22 316:24
321:22 326:15
352:21 364:16
366:11 368:24
370:16
**identified** 74:7
**identifies** 360:19
**identify** 12:5 13:12
297:10 353:20
366:17 369:7
370:24
**identifying** 178:11
198:25
**identity** 364:23
**ifs** 92:13
**ii** 353:25
**il** 2:17 4:2,9
**illinois** 209:13,17
219:15 221:9
234:10
**immediate** 115:16
116:23
**immediately** 71:10
74:15 149:21
169:12 170:8
**impact** 44:17 47:19
66:15 107:15
151:21
**impacts** 45:13 47:10
**imperative** 378:14
**impetus** 275:23
**implement** 26:22
73:25 78:25 91:16
93:13 359:8

**implemented** 248:2
272:4 274:17
**important** 119:12
167:2 273:11
**impression** 183:21
184:3 188:8
**improve** 83:23
84:22 85:2,14
105:11 152:14
154:8 157:4
**improving** 151:19
**inc.'s** 9:8 352:18,25
353:2
**inch** 8:7 108:5
212:15,17 213:4
214:4,15 245:24
251:25 253:11
256:5 277:14
314:11,11
**inches** 106:21
167:17,19,19,24
168:2 169:25
170:25 171:11
172:17 176:23
178:14 181:9 189:9
211:3,9,9,20 212:25
213:21 214:17,20
214:20 215:20,22
215:23,23 259:7
274:19,20,22
282:10 284:4,5
312:21,22 313:12
313:15 314:20
**included** 33:20
240:16
**includes** 240:10
281:7
**including** 107:11
166:17 218:18
286:23 287:6
324:22 353:22
354:7
**incorrect** 88:14
89:15,21 90:4

**increase** 62:13 63:2
78:10 83:12 90:21
91:2 94:16 98:16
110:2 114:24
144:13 145:7
154:19 157:13
168:21 170:2,7
178:20 183:22
184:4 188:9
**increased** 68:22
83:4 170:20 179:4
179:11,23 180:17
363:20 364:6
**increases** 18:6
**increasing** 43:15,18
44:4 48:7 52:25
58:20 59:9,16 61:7
80:16,20 86:14
**indefinite** 145:17
**independent** 46:2
84:13 125:12,21
126:22 235:18
358:2
**index** 10:1 119:19
**indiana** 15:19,20
28:9,10,13,19 182:9
209:15 218:12
245:4 257:10
**indicated** 71:15
377:6
**indicates** 33:22
**indicating** 354:8
**indicators** 97:2
**indirect** 2:13 12:14
12:19
**individual** 15:6 29:4
29:6 55:14 132:8
134:8 187:25
248:13 297:21
320:24
**individually** 30:5
297:24
**individuals** 134:7
286:23 287:6

**indoors** 243:11,13
**industrial** 319:10
**industry** 7:12 44:2
45:14 52:10,20
54:23 57:2,10 59:13
60:2,15 65:21 66:23
68:5 74:8,13 77:22
80:17 83:12 86:5,11
89:2,23 91:5 101:24
109:15 112:25
115:17 116:24
151:23 156:19,21
167:18 169:15
185:5 198:16
199:22 206:19
266:5 268:9 269:12
274:24 305:16,24
315:6 319:9,15
321:3 322:17 326:3
326:4,5 328:25
331:14 349:20
350:9,13,25 351:5
357:22 358:22
359:16 363:20
364:6
**industry's** 77:14,20
91:3 176:17 178:4
**inefficient** 81:24
**inelastic** 17:21 18:2
**inevitably** 270:21
**influence** 329:13,24
330:25
**info** 201:16 322:19
322:20
**information** 87:18
87:24 322:12,13
324:9 325:4,18,22
330:12,21 332:9
352:6 373:20,23
**informed** 25:6
**ingredient** 319:9
**initially** 172:17
174:10 180:23
312:25

initiate  133:19
initiative  282:2
  284:10 345:24
initiatives  171:15
inner  312:11
input  278:24
inputs  225:23
inside  243:18
  244:12 277:13
instance  111:20
  230:12 275:19
  320:17
instigated  195:21
  352:2 356:7
institute  168:25
  272:5,23 275:10,21
  275:23
instituted  273:11
instructions  378:2
integrated  46:13,13
integration  223:14
  223:16 224:9
  225:16
intended  92:21 93:7
intentionally  82:9
intentions  84:11
  91:15 93:5
interest  27:12,17
interested  134:23
  201:17 233:7
  377:11
interesting  198:14
  208:7
internal  207:3 232:4
internet  29:19 30:17
  30:20
interpose  63:15
interrogatories  9:10
  352:20 353:4
interrogatory
  353:13,14
interrupt  125:23
interruption  126:12
interview  199:21
  270:5 271:9

inventoried  43:10
inventory  108:16
  147:3,4 157:8,25
  158:5 363:22 364:7
invested  175:22
investigate  335:20
  350:12
investigated  276:19
investigating  350:24
  351:5
investigation  351:17
  351:23 352:7 356:3
investment  45:23
  173:4 314:19,20,21
  315:19 320:22
invoiced  161:19
  162:19
involved  139:19
  195:25 346:18
iowa  129:10 130:7
  207:6,9,10,19
  218:20 247:19
  274:11
irregardless  297:5
irs  335:24
isaacson  365:7,8,13
isaacson's  195:24
ise  310:13,15
issue  77:13 107:25
  140:4 185:8 190:20
  193:6 195:16 307:6
  337:17 350:2
  372:16
issues  24:14 275:13
  313:24 328:17,20
  329:12,23 330:24

**j**

j  2:9
jack  323:18
jackson  335:7
jacobs  209:19
  262:12
jacobsen  4:1

jail  274:5
james  2:16 12:15
  257:25
jan  3:15
january  91:20,25
  96:22 101:3,11
  115:8 171:7,19
  259:8 282:3 283:2
  353:16 362:10,22
japan  129:9
jarias  317:17
jason  4:7 13:17
jason.burke  4:10
jen  219:8,12 220:7
  221:24 222:3,8,11
  222:21,21
jenner  2:16 12:16
  333:8
jenner.com  2:18
jim  309:25 333:6
jmalysiak  2:18
jmiller  4:17
jmonica  3:12
job  28:18 257:6,10
  259:3
joe  12:21 124:2
  317:18
john  3:8 12:23
  189:18,21 190:3
  192:7 193:11 195:7
  197:23 258:7
  262:12 286:22
john's  196:13
johnny  209:19
johnson  4:19 11:13
  209:3
join  20:5,12 42:18
  127:24 128:6
  132:17 152:4
  165:14 166:2,22
  184:12 273:7
  329:19 338:14
  341:3 344:11
  366:21,24 369:10
  372:15

joined  21:12 23:20
  23:21 42:12,16 56:7
  56:8 87:4 130:9
  132:16 133:9
  165:23 166:14
  169:11,21,22 170:3
  171:24 183:19,25
  184:6,9,11,15 185:6
  254:12 264:21
  277:22,25 278:7
  281:18 333:12
  334:11 335:19
  336:18 337:8
  338:23 339:8,9,23
  340:21 341:10,15
  342:3,10 343:8,15
  343:23 346:14
  348:13 371:9
  373:17
joining  56:11
  165:18,19 166:25
  340:19
joseph  4:15
journal  268:13
  350:7,24
jr  3:8
july  78:3 259:18
jumbo  232:9,12
  237:19 239:23
  240:3,10,12 269:18
jumbos  232:17
june  70:4,20 177:5
  185:25 186:4
junk  30:8,11 34:5
justice  350:12 351:4
  351:22 352:6 356:2
  356:5
justify  132:10

**k**

k  1:13 11:17
kaldenberg  247:7
  247:12
keep  58:8 69:7,8,11
  69:12 192:19,21,21

192:22,22 242:25
245:19,24 284:8
295:13,13,15,16,17
296:2,3,19 297:4
308:8,11 319:16
345:25 346:8
355:17
**keeping**  58:21 59:10
244:4
**kel00003257**  8:14
268:18,24
**kel00003259**  268:18
**kellogg**  2:19
**kellogg's**  333:9
**kept**  58:10 69:10
212:5,6 281:13
316:13
**kevin**  364:24 365:2
**key**  19:24 20:4
**kill**  50:20 59:25 60:4
111:21 299:20
**killed**  59:25 60:4
67:25 68:8 294:10
**killing**  294:7 302:3
**kills**  293:24 302:23
**kim**  4:19 11:13
**kin**  377:11
**kind**  16:21,22,23
21:4 28:17 29:18
37:13,19 53:2 60:2
60:17 98:5 107:17
111:17 130:23
139:6 163:13
179:17 205:9
212:17 213:7,25
227:16 260:14
267:20 268:2,14
279:8 286:13
293:12 295:17
307:9 321:12
322:13 330:10
337:5 348:18
357:23 361:22
**kinds**  19:17 118:20
121:12,16,23

203:21 205:11
308:15 321:5,7
**king**  167:20 274:15
274:21 313:13
**kitchen**  49:11
**knew**  21:9 41:19,20
137:9 140:22
274:12 328:25
332:4 335:6 336:24
338:24 339:3,3
341:5,6 342:14
343:4 358:22
**knob**  209:4
**know**  18:20 19:13
21:7 25:17 27:2,2
28:24 29:13 30:20
30:21 31:11,12 35:5
37:3 41:9,13,19
42:2,8 50:6,7 52:6
53:2 59:16,20,25
60:6,9,12,18 64:3,7
64:11,12,15 67:12
71:19,23,25 72:3
79:25 80:10 82:11
82:15 87:3,13 95:21
98:6 100:3 102:15
102:22 107:12
111:12,19 117:9
118:2,9 124:23
126:9,24 127:3,7
128:3 130:4,11,16
131:5,25 132:19
135:5,21 144:18
147:18 148:18,20
148:25 149:18
150:7 158:24 165:4
167:13 175:17,20
181:6,16 182:25
183:6,13 184:13
185:2,9,9,11,13
188:15 190:7,25
193:7 194:16 195:5
195:25 196:3,6
201:21 202:7
211:23 212:23

213:8,18 216:2,12
216:13 221:2
223:19,21 226:3
227:15 230:15
232:12,19 238:14
239:8,24 243:7
247:6,6,17 252:10
262:25 263:10
272:11 274:12,15
274:15 275:12
276:11,23 277:5
279:12 280:23
281:2,8 282:11
284:7 286:15
287:17,21 289:12
289:16 294:17
295:18,19 297:15
298:19 299:14
300:7,14 304:20
311:20,20 318:19
322:15 325:8 326:6
329:5,17 331:16,18
337:4,8,22 338:5,22
342:13,14,15,15,21
342:22,22,24
345:13 346:7,7
349:18,23 350:14
350:23 351:4 352:4
352:11 355:15
359:2,3,4,5,23
362:2,3 372:12,14
372:15 373:2,3
374:9,17 375:4
**knowing**  109:19
141:23
**knowledge**  27:4
118:13 146:17
187:25 202:2
205:12 294:18
349:19 351:13
**known**  91:15 134:5
**knows**  17:24 326:5
**kraft**  2:19 275:18
333:8 361:20

**kroger**  166:11
167:11 168:4
227:23 229:16,19
230:12,12,18
234:19 269:16
275:16
**ky**  248:14 287:19
304:7,9 305:4,12

**l**

**l**  4:13
**label**  227:21,21,22
227:22,24,25
228:11,15,19,19,21
229:16,17 233:10
233:11 321:16
**labels**  227:19 228:7
228:21,24
**labor**  119:25
**laboratories**  276:8
281:8
**lack**  43:13 293:12
**lacks**  51:12 62:2
125:15 155:12,17
351:9
**laid**  98:5 148:5
**landfill**  60:7,12
**lane**  232:20 250:13
250:14
**language**  81:7
**large**  23:25 44:16
45:12 47:9 56:21
65:24 96:20 108:15
115:5 127:16
128:11 134:10
177:7 232:9,10,11
232:13,14,17,20,21
232:22,25 233:2
236:24,25 237:5,11
237:11,17,18,19,23
239:14,17,17,21,22
239:23 240:2,3,6,10
240:10,12,12
269:17 275:5
290:12 292:16,17

311:24
**larger** 287:22
**largest** 77:8 128:14
 128:15 313:10
**larry** 132:22,24
 327:18,19 340:10
 340:25
**late** 26:6 42:10 69:6
 114:24
**latest** 33:10 35:2
**law** 150:2 171:12
 282:6 283:22 284:2
 284:2,9 306:23
 333:7 365:13
**laws** 282:14 336:22
 355:22
**lawsuit** 265:20
**lawsuits** 20:20 47:24
 176:7 184:8 195:20
 282:12 318:24
 350:22 359:17
**lawyer** 17:24 337:16
**lawyers** 319:3
 358:16,23
**lay** 67:25 82:19,24
 148:11 180:2
 220:20 232:8 296:9
 348:20
**layer** 42:25 90:18
 176:21 177:5 224:7
 295:5 303:5,10,14
 363:20 364:7
**layers** 43:9 176:22
 176:24,25 177:9
**laying** 49:24 50:14
 57:20,23 67:23 68:3
 68:11,14,18 128:9
 174:16 179:10,21
 181:24 182:12
 215:4 220:17
 249:16 295:6 296:2
 297:12,16 315:4
**lays** 82:22 232:7
 249:4

**lead** 311:11
**leader** 206:19
**leading** 152:7
**learn** 120:7 121:4
**leave** 108:11,20
 286:5,6,8
**leaving** 112:7
**lee** 52:16
**left** 40:8 60:19
 142:16 200:9
 202:21 228:24
 245:13 298:3 324:6
 351:18
**leg** 292:20
**legal** 265:11 338:15
**legislation** 280:4
**legislative** 280:22
**legislatively** 185:4
**legislature** 279:18
**legislatures** 184:21
 280:21
**lengthy** 199:3
**lesser** 312:11
**letter** 6:24 159:14
 159:21,23 160:5,9
 160:12 161:17
 204:15,18,19
 305:13
**letters** 120:17
**level** 27:6,9 315:3,5
 315:13 329:15
 344:8
**levine** 3:15 187:11
 187:19 188:13
**levinej** 3:20
**liability** 336:22
**lid** 294:20
**lie** 75:14
**life** 175:8 214:8
 232:8
**lifecycle** 295:7,8
**lighting** 244:15
**lights** 113:22
**liked** 44:13

**likes** 305:23
**limited** 149:17
 150:4
**lincoln** 209:5
**linda** 1:15 13:21
**line** 10:4,4,10,15,21
 33:6 34:20,21 92:10
 92:11 121:22 160:3
 160:12 209:14
 219:12,18 220:5,10
 222:19 253:23
 262:17,18 263:2
 305:21 311:8
 320:20,21 327:3
 329:8 364:22 367:9
 380:4
**lines** 185:9 321:2
 323:15
**lips** 368:9
**liquid** 203:13,24
 204:4,6 321:10,11
**list** 35:13,25 37:8
 71:14 84:9 320:18
 367:23 374:12
**listed** 73:19 152:3
 153:2 160:19 208:3
 219:25 222:10
**listen** 97:16 124:25
 330:2
**listened** 139:18
**listening** 24:25
 298:4
**listing** 236:17
**lists** 269:6
**literally** 315:24
**litigation** 1:3 11:21
 247:2 380:2
**little** 37:18 40:17
 124:19 130:15
 133:18 179:18
 193:23,24 197:23
 198:10 211:23
 237:14 239:20
 242:6 250:9 251:4
 271:13 291:20

304:22 316:15
 329:14
**live** 28:20 172:4
 293:21
**lived** 192:8
**llc** 4:4
**llp** 1:13 2:3,9,16 3:1
 3:7,14 4:1
**load** 143:15 144:18
 146:13 147:2 157:3
 235:15 236:2,3
 300:21,25
**loaded** 143:18
**loads** 140:11,11
 151:23 154:9,12,18
 155:7 156:21 157:7
 231:8,18 235:9
 330:7 331:20,20,22
 331:22
**lobbied** 280:21
**lobbying** 343:9,11
**located** 11:17
 283:20
**location** 207:6,17,20
 207:24 208:2
 219:12 307:24
**locations** 207:3,8,10
 207:11 210:9
**logan** 3:17
**logistics** 258:16
**lone** 342:17
**long** 16:3,14 24:9
 46:20 47:21 137:13
 137:14,16 149:24
 191:18 194:3
 233:19,21 234:13
 255:5 264:9 275:4
 283:12 295:12
 296:20 312:5
**longer** 58:21 59:10
 59:20,21 171:22
 220:24 297:4
**look** 19:13 22:3 45:5
 70:13 82:13 84:8
 92:20 102:4 116:18

120:6 121:3 123:12
133:13 138:12
142:5 143:7 148:16
149:18 164:19,20
190:17 193:17
199:8,17 200:8
202:16 206:7 213:8
216:9 217:12,22,24
218:8 223:12 227:4
229:4 239:9 241:22
253:2 254:16,18
259:7 260:9 262:16
269:14 272:20
277:16 280:24
286:20 289:14
291:2 294:24
300:25 303:13
307:9,14 322:8
326:18,21,22
328:13 331:25
336:5 355:14
360:15 369:14
370:23
**looked** 20:17 39:17
57:10 64:20 66:4
99:18,21 141:19
163:25 185:7 248:6
267:23 269:9
**looking** 57:4 123:3
135:20 136:14
149:10 193:21
204:14 216:14
281:6 290:12,16
304:6 307:2 315:14
315:16 317:11
364:9
**looks** 72:10 159:25
201:24 202:14
217:16 262:18
293:4 297:11
306:21 309:16,18
322:12 330:11
369:15
**loose** 243:6,20,21

**lose** 82:9,11 159:6
175:15,19 191:10
**losing** 188:6
**lost** 174:8 184:20
279:17 280:19
282:7 284:10
345:24 346:3
**lot** 36:14 37:14 44:6
44:13 46:2,15 52:2
59:18 92:13,14,16
93:18 111:13,16
112:4 134:8,11
138:7 150:10 159:9
167:18 173:2 193:4
194:6 211:19 218:8
218:12 224:9
228:23 235:6,17
237:16,19 238:7
239:22 244:11
254:19 275:17
277:3 311:25 316:5
338:24 341:9
349:19 373:4
**lots** 18:18 21:15
60:9 82:10 142:11
183:7,10 188:6
196:2 232:4 242:9
242:24 372:14
**louisiana** 2:4
**love** 283:9
**low** 50:11 97:8 98:6
98:7,12 151:15,20
191:11 373:10
**lower** 102:3 152:8
162:4 217:18
290:17 311:14
312:14,15,18,21
314:3 332:4
**lowering** 330:4
**lowest** 315:16
363:25
**lunch** 302:5

**m**

**m** 2:10 3:1,7 310:9
**m.d.** 327:11
**maceration** 293:10
293:15
**machine** 377:8
**machinery** 320:20
**machines** 250:18
**mad** 92:16
**magazine** 30:19
52:20
**mail** 7:9,13,18 8:9
8:15,20,21,23,24
9:4,6 30:9 32:10,22
33:3,9 34:18 37:7
131:21 153:12,15
153:20,24 154:6,17
155:5 156:17
189:11,18 190:2,10
190:11,16,24 192:4
193:12 194:16,17
195:3 196:13
197:19,22,25
200:22 201:2,14,19
202:12 210:15
255:17 256:11,12
256:22 284:16
286:22 303:19
306:13 308:20
309:16 310:22
316:22 317:14
318:11 321:20
322:10,19 324:20
324:20 326:13
327:2 328:14
364:19
**mailed** 29:14,16,17
29:23 30:5,14 31:8
31:13 33:15 34:13
35:6,16,19,21 36:6
**mails** 6:22 106:11
153:5 287:11
326:24 327:7

**main** 20:13 28:5,6
28:11,16,25 29:10
37:6 275:25 291:7
342:2 352:9
**maine** 228:23,25
229:3,7 233:20,22
310:3 323:17
**maintain** 77:22
167:8 184:12
286:17 319:15
**major** 136:12
367:21
**majority** 21:14
187:13
**making** 80:25
118:21 120:5 123:7
141:23 215:2 275:2
302:4,16 346:8
**male** 292:10
**males** 223:22 292:11
**mallen** 2:6
**malysiak** 2:16 5:6
12:15,15 333:5,7
347:21 351:11
352:14,23 355:7,18
356:9,18,23 371:12
372:5 374:2 375:6
**man** 233:3 316:16
**management** 132:2
194:21
**manager** 132:5
257:4,11,18,20
**managers** 132:3,3
247:9
**managing** 101:18
363:2,5,10
**manges** 3:1
**manipulate** 195:9
**manipulating**
191:13
**manual** 286:14
**manufacturing**
184:25
**march** 1:9 11:15
65:25 104:15 119:9

| | | | |
|---|---|---|---|
| 377:13 | 158:1 159:1 160:1 | 289:1,25 290:1,8 | 69:22 70:3 73:5,9 |
| **marcus** 1:11 5:3 | 161:1 162:1 163:1 | 291:1 292:1 293:1 | 76:22 77:3 79:9,14 |
| 11:25 13:25 14:1 | 164:1 165:1 166:1 | 294:1 295:1 296:1 | 85:21 86:2 96:6,11 |
| 15:1,2 16:1 17:1 | 167:1 168:1 169:1 | 297:1 298:1 299:1 | 100:17,22 103:17 |
| 18:1 19:1 20:1 21:1 | 170:1 171:1 172:1 | 300:1 301:1 302:1 | 103:21 114:3,8 |
| 22:1 23:1,14 24:1 | 173:1 174:1 175:1 | 303:1 304:1 305:1 | 119:3,8 150:16,21 |
| 25:1 26:1 27:1 28:1 | 176:1 177:1 178:1 | 306:1 307:1 308:1 | 153:7,11 159:16,20 |
| 29:1 30:1 31:1,19 | 179:1 180:1 181:1 | 309:1 310:1 311:1 | 172:8,13 176:2 |
| 32:1 33:1 34:1 35:1 | 182:1 183:1 184:1 | 312:1 313:1 314:1 | 185:18,23 189:12 |
| 36:1 37:1 38:1 39:1 | 185:1 186:1 187:1 | 315:1 316:1 317:1 | 189:17 197:21 |
| 40:1 41:1 42:1 43:1 | 188:1 189:1 190:1 | 318:1 319:1 320:1 | 198:13,18,24 201:5 |
| 44:1 45:1 46:1 47:1 | 191:1 192:1 193:1 | 321:1 322:1 323:1 | 205:22 206:3 |
| 48:1 49:1 50:1 51:1 | 194:1 195:1 196:1 | 324:1 325:1 326:1 | 210:16 217:3,9 |
| 52:1 53:1 54:1 55:1 | 196:24 197:1,7,22 | 327:1,3,4,10,11 | 224:15,21 226:15 |
| 56:1 57:1 58:1 59:1 | 197:23 198:1 199:1 | 328:1 329:1 330:1 | 226:19 240:8,25 |
| 60:1 61:1 62:1 63:1 | 200:1,9 201:1 202:1 | 331:1 332:1 333:1 | 241:6 246:11,16 |
| 64:1 65:1 66:1 67:1 | 203:1 204:1 205:1 | 334:1 335:1 336:1 | 252:2,7 255:14,14 |
| 68:1 69:1 70:1 71:1 | 206:1 207:1 208:1 | 337:1 338:1 339:1 | 255:19 266:19 |
| 72:1 73:1 74:1 75:1 | 209:1 210:1 211:1 | 340:1 341:1 342:1 | 268:18,23 284:14 |
| 76:1 77:1 78:1 79:1 | 212:1 213:1 214:1 | 343:1 344:1 345:1 | 284:21 303:21,25 |
| 80:1 81:1 82:1 83:1 | 215:1 216:1 217:1 | 346:1 347:1 348:1 | 304:2 306:10,14,19 |
| 84:1 85:1 86:1 87:1 | 218:1 219:1 220:1 | 349:1 350:1 351:1 | 308:21 309:14 |
| 88:1 89:1 90:1 91:1 | 221:1 222:1 223:1 | 352:1 353:1 354:1 | 316:23 317:12 |
| 92:1 93:1 94:1 95:1 | 224:1 225:1 226:1 | 355:1 356:1 357:1 | 321:22,25 326:14 |
| 96:1 97:1 98:1 99:1 | 227:1 228:1 229:1 | 357:13 358:1 359:1 | 352:21 364:14 |
| 100:1,6,13 101:1 | 230:1 231:1 232:1 | 360:1 361:1 362:1 | 366:10,15 368:23 |
| 102:1 103:1 104:1 | 233:1 234:1 235:1 | 362:13 363:1 364:1 | 369:4 370:16 |
| 105:1 106:1 107:1 | 236:1 237:1 238:1 | 365:1 366:1 367:1 | **market** 18:19 43:22 |
| 108:1 109:1 110:1 | 239:1 240:1 241:1 | 368:1 369:1 370:1 | 44:21 45:4 50:4,5 |
| 111:1 112:1 113:1 | 242:1 243:1 244:1 | 371:1 372:1 373:1 | 50:10 52:22 53:4,7 |
| 114:1 115:1 116:1 | 245:1 246:1 247:1 | 374:1 375:1 376:1 | 59:17 65:23 69:15 |
| 117:1 118:1 119:1 | 248:1 249:1 250:1 | 379:10 380:25 | 80:22 81:19 82:14 |
| 120:1 121:1 122:1 | 251:1 252:1 253:1 | **mark** 2:9 12:12 | 82:14,16,25 97:6,23 |
| 123:1 124:1 125:1 | 254:1 255:1 256:1 | 22:11 196:17 198:4 | 98:10 114:21 |
| 126:1 127:1 128:1 | 256:23 257:1 258:1 | 200:21 210:13,21 | 115:19 120:4 123:6 |
| 129:1 130:1 131:1 | 259:1 260:1 261:1 | 216:16,17 224:12 | 141:16,21 148:25 |
| 132:1 133:1 134:1 | 262:1 263:1 264:1 | 251:20 266:14 | 149:23 150:3 |
| 135:1 136:1,20 | 265:1,8 266:1 267:1 | 303:16 308:17 | 151:20 154:9 155:8 |
| 137:1 138:1 139:1 | 268:1 269:1 270:1 | 309:3 352:14 | 159:5,11 161:19 |
| 140:1 141:1 142:1 | 271:1 272:1 273:1 | 365:18,19,23 370:9 | 162:5,9 163:2,16 |
| 143:1 144:1 145:1 | 274:1 275:1 276:1 | 370:11 | 164:13,16,17 176:4 |
| 146:1 147:1 148:1 | 277:1 278:1 279:1 | **marked** 5:11 6:3 7:3 | 176:9 183:11 195:9 |
| 149:1 150:1 151:1 | 280:1 281:1 282:1 | 8:3 9:3 10:20 22:7 | 216:10,15 236:5 |
| 152:1 153:1 154:1 | 283:1 284:1 285:1 | 31:16 34:17 39:21 | 239:7 267:7 268:7 |
| 155:1 156:1 157:1 | 286:1 287:1 288:1 | 55:19,24 64:24 65:5 | 269:11,11,17,18,19 |

295:17,20 296:15
296:17,19,22,25
306:4 311:23,23
319:11,22,22
329:13,25 330:6,13
330:14,21,25 341:9
348:16 360:21
**marketed** 236:4
**marketers** 3:22
13:16 125:6,8,23
126:18 131:14
154:11 327:20,22
**marketing** 6:10,13
7:7 52:7 71:6 73:23
74:4 76:6,13 86:10
86:20,24 87:6,12
88:4 89:2,8,11,22
90:7 100:20 101:2,9
103:15 104:14
105:10 111:7
168:25 185:16,24
187:4 266:6 272:5
272:23 275:9,21,23
297:2 305:17,25
306:2,8 318:16,18
318:22 319:7
320:10 346:15
361:5 362:9,20,21
367:13 372:20,24
**marketplace** 168:17
168:18 173:23
239:19
**markets** 48:14
91:14 311:13
312:11 313:8
348:23
**marking** 266:13
285:5
**mart** 166:10 168:5
227:23 312:8
**mary** 360:20
**mass** 301:10,14
320:4,7
**match** 331:9

**material** 113:15
**matt** 12:9 197:13
**matter** 11:20 147:18
283:19 285:3
319:18 355:10
**matthew** 2:3
**maximize** 142:5
145:13,15 148:24
149:4 306:6
**maximized** 143:9
**maximizing** 46:17
50:8
**maximum** 111:3
175:21 295:25
305:20
**mayonnaise** 281:3
**mcdonald's** 167:12
167:15,19,23
274:14,19 275:15
313:9
**md** 1:4 11:24
**mdl** 1:4
**mean** 30:2 37:16
49:7 57:23 59:21
61:10,22 81:2,14
109:7 111:19 117:4
117:11,19 123:3
131:16 203:9
207:25 223:15
227:6,7,7 228:13
229:21 230:10
231:15 244:2 249:2
260:2 263:17 265:3
280:21 288:15
300:9,21 301:25
311:17 312:15,16
312:19 329:15,21
329:22 333:19
336:5 358:18
359:23
**meaning** 110:7
132:2
**means** 62:7 81:10
93:12 105:8 155:4
155:14,19 156:4,17

171:12 178:9 190:7
231:25 302:6
**meant** 61:14 62:17
108:17 109:11,20
118:2 333:20
**meat** 268:9 269:8
301:24
**mechanism** 117:7
**medium** 213:8,11
237:13 238:5,9,12
239:2,6 240:11,13
269:18
**mediums** 232:16
239:8
**meet** 42:4 102:7
148:13 149:13
166:18 170:12
278:5 283:15,20
331:14
**meeting** 5:21 6:11
24:23 25:23,23
41:20 73:3,11,17
77:9 87:15 89:13
96:22 98:23 99:14
100:20 101:2,11
102:18,20,21,23
103:4 104:19
176:20 177:8 188:4
188:21 266:2
267:11,13,17
325:11 351:15,19
360:10,22 361:6
362:9,21 365:15
**meetings** 25:13,16
25:18,20,24 26:3,7
41:17,18 52:3 83:7
97:15 99:4 108:3
195:23 273:9 325:9
325:10,14 337:3
360:24 361:2
365:14
**meets** 283:13 304:13
**meltdown** 98:6
**member** 24:12 25:4
25:9 28:2 36:3 56:5

61:19,20 63:9 65:10
65:13 76:7 89:10
90:8,11 94:24 101:9
114:11 132:7 133:6
152:22,24 155:3,25
160:21 168:13
203:18 210:24
264:6,10,12 265:15
272:7,14,16 278:9
278:16 328:5
329:11,15 333:24
339:3 349:25
372:21
**members** 20:19
21:12 22:8 23:9
24:6 26:12,13 27:6
27:11 36:4 44:9
54:6,9 60:21,24
61:2,6,8 62:11,12
62:24,25 67:5,12,17
68:3 71:15,17,20
72:6 73:19 78:10
84:17,22,24 86:12
86:21 87:6,13,20,24
88:5,18,19,22 89:3
89:12,24 94:13,22
94:23 95:11,17
98:15 99:12 102:4
106:7 110:12
122:10,21 124:5
133:15,19 134:8
135:15,25 139:9,10
139:12 140:18,20
140:22 151:6 152:2
160:4,16 161:5,12
161:13,24 163:12
163:20 164:6 183:2
183:19,24 185:12
187:3 195:17 196:5
329:2 335:9,14
336:6,15 338:23,25
343:10 346:25
354:8,9 355:21
373:5

**membership** 9:12
9:15 31:2,3 151:18
343:18 366:3,7,16
367:4 368:7,22
369:6,17,19 370:4
371:17,18 372:9,19
373:17,17
**mentioned** 37:22
93:2 107:9 172:14
207:19 233:12
367:25
**mentioning** 351:20
368:5
**mess** 29:20
**met** 42:9 96:25
337:3
**method** 292:6
**methods** 312:12
**michael** 3:4 111:20
320:16 360:19
**michaels** 112:18
305:23 331:18,19
359:11 360:2
**michigan** 4:2 276:8
323:21
**mid** 215:6
**middle** 255:9 324:8
353:11 354:3
367:14
**midwest** 4:10 9:13
13:19 42:6 56:21
65:24 115:5 177:7
229:16 230:19
231:5,16 232:18
233:12 234:6
323:20 366:5,9
372:10
**miles** 28:21
**milk** 269:8
**mill** 273:23 274:8
323:24 326:5
328:24
**miller** 4:15 12:21,21
**million** 43:10 57:3
90:18,25 91:2,15

92:18 128:9 177:6
184:14 185:2 200:7
200:12,18 221:22
222:12,23 261:9
278:19 320:22
323:16,18 324:12
324:13 344:22,23
363:22 364:7
**mills** 2:20 225:21
333:9
**mind** 77:14 171:10
171:11
**mine** 285:19
**minimize** 120:4
123:6
**minimum** 292:8
316:14
**minor** 66:24 74:8
**minute** 250:3 270:2
289:22 315:24
322:7 326:22
332:16 356:17
**minutes** 5:21 6:11
6:14 7:8 8:12 73:3
73:16 75:8,9 99:21
100:20,25 103:16
104:13,18,25
106:17 108:7
110:10 185:17,24
186:6,7,11 266:17
267:10 269:23
360:10 362:9,21
**misquote** 92:12
**missed** 225:19
**missouri** 209:2,5
323:2
**misspelled** 190:6
**misstapled** 70:6
**misstated** 178:6
**misstates** 38:10 85:6
116:6 130:19
**misstating** 83:14
**mistyped** 329:17
**mix** 220:9 221:11,11
234:13

**mixed** 307:16
**mixing** 307:21
**moark** 4:4 234:11
310:19
**mode** 44:8
**model** 223:15
242:15,17
**modern** 242:23
**modified** 294:7
361:17
**moines** 246:18,19
**molt** 50:18 58:7,7,13
66:20 68:21,25 69:5
69:6,11,12,14 74:13
111:8 120:5 123:7
228:14 324:23
373:15,15
**molted** 71:7 110:13
124:6,11
**molting** 58:5 68:12
68:15,19,23 75:11
75:19 76:9 123:17
123:19 124:8
295:18 322:16,23
**molts** 99:6
**moment** 356:10
**moments** 199:6
**monday** 141:17
**money** 46:21,22,24
58:6 82:9,12 83:8
95:4 98:8 112:8
138:20 142:23
144:9 165:5 166:22
173:3 174:19
175:14,15,19,20
181:17,19 188:6,11
237:20 255:9
312:24 319:3
344:25 345:3,11
358:16 359:25
**monica** 3:8 12:23,23
13:11 30:23 95:23
96:2 104:10 124:18
124:23 126:9
136:25 137:18

285:10 323:5,11
357:12 368:12
**monitored** 328:18
**month** 19:15 90:19
101:25 102:2,3
177:12
**months** 43:7,8 46:8
48:6 56:24 65:22
66:19,22,25 97:5
102:6 165:17,19
175:14,19,20
193:17 278:3
282:11 320:2
322:25 339:8,19
363:23,24 364:8
**mooney** 105:13
106:18,25
**moral** 191:10
**morally** 191:17
**morning** 13:5 14:8
14:22,23 141:18
**morris** 1:13 3:7
**mortality** 50:11,12
211:19,21 212:17
213:3,20 214:21
304:21
**mortgage** 45:22
**motion** 73:24 74:10
74:20,25 75:2
110:17,18 311:11
**motions** 24:20 26:17
**move** 49:12 106:20
108:10,18 109:5
172:15 189:3 224:2
226:4 286:4 301:10
307:15,24
**moved** 74:11 110:11
**moving** 250:2 301:7
**mschirmer** 2:12
**multiple** 20:19,20
42:22 121:12 122:8
166:4 193:5 242:22
273:6 313:7,8 335:8
357:20

mustard 281:2
mute 107:18,22
  110:24
myers 168:4

**n**

n 2:1 4:13 5:1
n.w. 3:2
name 11:13,25
  14:24 23:13,14
  35:11 73:19 80:7
  126:4 127:5 238:21
  267:15 317:19
  327:10,13 333:6
  345:5 364:21
named 359:5
names 208:22
  266:10
narrow 211:17
nation's 43:8 44:15
  47:18 80:15 87:16
  87:17 90:24
national 230:13,14
  310:7
natural 341:8
nature 236:9 299:18
  307:6
nay 140:13
near 115:7 317:3
necessarily 58:2
  59:3 81:10 130:2
necessary 120:11,18
  316:17 329:10
  378:5
neck 294:5 297:24
  312:4
necks 297:19
need 33:19 40:6
  95:20 99:23 136:11
  231:7,18 331:16
  363:14
needed 21:9 71:4
  131:20 170:16
  239:18 356:21
  373:25

needs 40:10 93:11
  127:18
negative 80:21
negatively 44:17
  45:13,15 47:10
negotiate 139:4,13
  235:12,15,18
negotiated 234:18
  235:4
negotiating 346:19
neither 17:23
  377:10
nepco 261:19,22
  262:6,7 289:8
nest 242:23
nestle 2:19 333:9
net 141:11,23
  177:12 323:2
netted 128:20
netting 245:23
never 19:11 27:3
  28:12 35:10 37:11
  37:14,20 39:16
  41:15,20 44:13
  47:13 48:13 59:6
  63:12,18,24 75:20
  75:21 76:15 81:17
  83:3 85:16 88:22
  89:10,11 90:8,9,11
  97:20 98:20 103:11
  111:13,20 112:3
  113:7 115:20 118:6
  127:5 132:5,10
  137:9 181:21
  182:24 189:4
  237:18 238:21
  239:17,19 244:7
  249:6,14 252:15
  276:16,17 280:17
  318:25 325:10
  329:21 341:5
  358:24 373:11
  375:4
new 92:17 93:20
  128:10 170:13

173:8,11 174:16
  180:12 181:12
  182:7,8 192:9 194:7
  262:8,10 273:24
  280:25 295:16,22
  307:17,25 311:22
  323:15 345:5
  347:23,25 358:15
  359:24 372:7
news 30:18 63:25
  360:21
newsletter 5:13,14
  5:16,18,23 6:5,7,9
  6:16,18,21 7:5 8:14
  27:20,23 28:3,25
  29:23 30:6,14 31:9
  31:13 33:4,11,16
  35:17,22 36:6,10,22
  37:4,10,12,24 38:16
  38:21,24 39:6,9,20
  40:3 41:23 42:25
  51:6 55:18 56:2
  58:18 60:23 61:5
  63:13 64:6,9,17,23
  65:7,15 69:21 70:4
  70:11,21 76:21 77:4
  79:8,16 80:14 85:20
  86:3 90:13 93:2
  95:14 96:5,12 114:2
  114:9,16,21 115:14
  117:5,6 118:11,14
  118:15 119:2,9
  122:9 150:15 151:4
  151:7 172:7 176:2
  178:20 268:17
  269:5
newsletters 39:12
  39:16 118:6
newspaper 60:10
  268:14 281:14
newspapers 230:24
newton 261:21
nl 8:23 308:21
  309:15

nl00240280 8:25
  316:23 317:13
nods 201:20
non 149:20 152:2
norco 4:4
norfolk 128:14
  348:3
normal 66:20
  338:12
normally 298:18
north 2:17 92:18
  128:2,9,21,23 129:3
  129:20 194:14
  218:18 322:24
  341:7 347:24
northeast 218:11
  219:5
northern 28:19
northwest 11:18
  28:13
norway 279:19
noster 209:5
notary 1:16 377:4
  377:16 379:17
note 75:7 120:15
  304:7,9 306:21,22
noted 378:12 379:5
notice 30:7 303:3
  377:6
noticing 12:7
notify 87:20
november 17:15
  34:19 79:15 86:3,17
  115:4,10
number 5:11 6:3 7:3
  8:3 9:3 11:24 19:15
  23:3,4 31:17,19
  32:18,24 34:17
  60:17 70:19 151:23
  180:18 203:17
  204:20 205:19
  206:3 210:13 212:7
  218:16 223:4
  226:12,23 236:15
  237:10 239:2 252:8

255:24 262:16
285:17 286:22
287:5 290:22
291:13 303:17
306:19 308:18
309:14 314:23,25
316:19 317:12,13
322:6 324:21
328:15 353:13
364:16 367:16,23
370:22 374:11
**numbers** 19:17
31:24 50:11 52:2,5
52:9,18 60:3 70:9
79:19 80:16 87:8
98:3 164:2 199:2
201:9 268:24
285:15 304:4
344:21 373:4
**numerous** 354:6
364:20 366:19
**nutritionally** 218:5
219:17
**nw** 1:13 3:9

**o**

**o** 4:13 327:14
**obesity** 176:6
**object** 17:22 33:17
38:9,17 47:12 51:11
53:13 58:14 63:10
63:17,19 64:5 67:8
68:6 78:12 81:5
83:13 89:16 94:17
95:13,15 98:17
107:5 110:4 116:5
117:14 118:15
121:9 122:12,13
123:10 124:9 129:4
133:20 143:5
145:16,25 146:20
147:14 152:16
157:6,14 158:18
161:7 162:6,14
163:3,17 164:10

169:6 174:24
177:20 178:5,23
179:6,13 184:5
187:17 188:12
191:23 214:25
234:21 246:21
285:7,11 291:14
305:5 347:17 351:8
355:4,23 373:21
374:25
**objected** 51:14
107:25 108:2 118:6
118:14
**objecting** 108:8
**objection** 14:14,15
35:8 36:11 37:25
38:6 39:4 45:2,16
48:21 51:12 54:2,15
54:25 57:13 61:11
62:14,18 63:15
72:12 85:3,4,5 88:7
88:15 90:2 92:3
99:2 108:22 109:9
109:16 117:22
122:23 125:15
130:18 144:4,5,15
145:9 154:20,21
155:6,16 183:4
187:11,18,19,23
188:13 375:9
**objections** 9:8 11:8
14:11 106:22 107:9
118:10 352:18
353:2 354:5
**objective** 372:19
**obligation** 288:11
**obvious** 313:25
**obviously** 97:20
247:22
**occasion** 31:10
325:6 326:8
**occasions** 348:5
**occurred** 40:14
340:15,18 356:14
367:22

**occurrence** 283:16
**ocean** 156:25
**oconee** 209:17 210:4
253:21,22 260:22
260:25 261:12
262:13 263:11,12
263:12
**october** 40:2 43:19
43:21 77:4
**offer** 135:23 140:11
149:22
**offered** 372:24
374:4
**offering** 311:12
**offers** 135:22
**offhand** 101:16
**office** 28:5,6,11,13
28:16,18,25 29:10
37:6 107:14 127:6
127:10,11 130:14
231:9 334:23 352:9
**officer** 80:11 258:13
**offices** 1:12 27:25
28:4,14
**official** 27:22 117:5
194:20 377:12
**offset** 319:25
**oh** 137:7 216:19
217:21 228:18
295:3
**ohio** 15:18,20 234:8
234:8 323:18,19
**okay** 17:14 20:8,10
22:22 38:7 70:15
75:25 96:2,14
112:15 126:19
129:13 138:8
162:11 175:6
176:10 178:10
180:14 186:16
190:8 196:20
199:18 202:18,18
202:19 206:17
210:8,12 216:19
217:21 227:5 228:6

241:21 247:3
253:16 258:7
265:12,16,17
266:21 269:24
270:6,7 283:24
287:24 293:6
294:23 301:2,18
303:13 307:8
316:12 317:8 318:7
321:9 326:20
363:18 364:3,12
**old** 48:11 49:3,21
51:7 66:17 150:4,7
215:25 307:23
**older** 48:5 66:5
90:21
**omega** 219:16 220:2
220:10,16
**once** 60:10 83:6
108:4 148:3 172:18
174:11 193:17
295:22 355:14
**ones** 221:8 242:6
330:18
**op** 21:6 94:21
318:16,22 319:7
320:10,11 335:8,9
337:3,6 358:6,14,15
367:12
**open** 161:19 162:5
162:25 163:16
**opened** 105:2
**opening** 96:23
**opens** 194:16
**operate** 260:6
**operates** 313:3
**operating** 258:12
**opines** 83:20
**opinion** 49:6 81:9
81:11 109:19 117:3
191:17
**opinions** 24:13 99:5
337:16
**opportunities** 152:6
318:18

**opportunity** 9:12
198:5 366:4,8,16
367:4 371:18 372:9
**opposite** 213:5
**opposition** 75:3,7
**optimism** 97:2
**option** 58:5 91:18
91:23 112:6,15
113:13 331:25
**options** 92:21,21,25
93:7,14
**order** 45:25 46:7
49:16,22 50:22 67:6
70:10 73:16,18
94:15 98:16 110:2
116:3 120:25
127:17 130:2
133:13 134:15
143:13 148:15
160:4,19,21,23
164:3,19 174:3
196:10 238:10,17
278:5 286:3,4
299:17,24 300:8
328:24 375:25
**orders** 46:4 134:10
138:16 148:17,17
**oregon** 310:10
**organic** 228:4
243:17
**organization** 21:2,8
25:2 44:12 51:20
64:4 67:20 78:16
81:11 118:19
121:13,16 127:20
133:3 168:13
357:19
**organized** 146:17
184:8
**original** 172:15
180:25 253:8
259:15 260:16
263:12 378:15
**originally** 42:6
222:12 358:3

**outage** 298:16
**outcome** 377:11
**outcry** 49:18
**outdone** 274:21
**outline** 277:7
**outs** 49:20
**outside** 239:7
243:15,20 244:6,9
245:12 246:24
**overall** 124:16 175:9
**overlapping** 230:22
**overnight** 282:4
**overproduced** 97:22
**override** 41:6
**overrule** 41:13
**overs** 230:15
**overseas** 144:10,21
**owned** 7:21 184:13
200:11 209:8
224:20 253:19
262:6 288:10,18
**owner** 194:22,24,25
274:4
**owners** 27:8
**ownership** 312:13

**p**

**p** 2:1,1 3:15 4:13
**p.m.** 376:6
**p.o.** 4:16
**pack** 227:18 228:13
228:15 229:13,16
229:25 234:19,20
235:2 250:18
**package** 113:16
249:8 250:16
**packages** 250:23
366:20
**packaging** 225:24
226:7 249:20
320:21
**packed** 228:17
229:2,8,19
**packer** 227:19,20
228:7,21 229:14

**packet** 70:11,19
151:10
**packets** 337:21
**packing** 232:19
236:21,22 237:12
239:21 250:13,14
**page** 5:11 6:3 7:3
8:3,7 9:3 10:4,4,10
10:15,21 42:24
56:16 58:18 65:18
66:11 70:10,11,13
70:13,14,18,20
73:22 74:23 75:4
77:7,12,18 79:18
80:14 84:9 86:5
90:13 96:15 101:17
114:20 115:13,13
119:11,16 120:2
123:4 151:7,9,10
175:25 176:5,8,15
177:25 202:17,18
206:16 217:23,23
217:24 224:16
225:4,6 227:4
240:22 246:18
247:11 251:25
252:9,13,14,16,18
256:5,7,9,10 259:9
259:10,19 260:9
262:16 270:9,13
286:20 288:6
290:16,17,19,24
293:8 294:6,25
297:8,8,25 298:5,5
300:16,17,19 303:3
303:5 304:5,6 309:2
309:4 322:18 353:5
353:10,12 354:3
360:9,11,16 362:19
362:23 363:9
365:24 366:2,3
367:3,5,7,10,15,16
370:19 372:17
374:4 380:4

**pages** 151:8 199:6,9
199:19 206:12
226:24 252:18
308:24
**paid** 37:14 138:25
140:23 163:9,14
164:8 176:25
235:16 344:18
**pain** 29:18
**painted** 274:3,7
**panic** 265:6 274:24
275:8
**paper** 131:21
236:11,12 320:19
337:21,22 338:14
355:13
**papers** 99:19 337:19
**paperwork** 138:18
336:10 346:8
351:15
**papetti's** 3:5
**paragraph** 43:5,12
48:3 56:20 57:8
65:20 70:25 80:20
81:8 83:19 86:9
106:25 114:22
115:16 119:17
156:16 161:16
186:18 270:15
318:13 360:16
362:23 363:2,3,4,8
363:9,12 369:18,19
369:24 372:17
**pardon** 369:17
**parking** 275:17
**part** 15:23 82:12
87:2 91:11 107:3,13
134:4 165:22
178:16 184:16
188:17 264:3
270:24 276:2
286:18 295:21
323:24 344:19
**participate** 71:16
75:17 137:24

138:19 140:25
141:3,10 142:25
163:13 185:4 345:7
345:17 347:8
**participated** 129:2
129:15 138:24
142:7 160:6 176:19
203:17 347:12,15
**participating** 164:8
**participation** 152:6
**particular** 211:6
256:14 334:8
**particularly** 176:14
287:10 304:10
374:14
**parties** 11:5 12:6
**partnership** 369:21
**partook** 37:20
**parts** 114:25 182:7
**party** 377:11
**pass** 336:9 365:25
**passed** 26:17 87:9
110:17 282:14
283:22 284:2,9
**passes** 311:11
**pasteurized** 361:14
**pasture** 244:10
**patricia** 32:23 34:19
**patties** 302:5
**pay** 151:25 161:21
162:21,25 166:22
181:16 283:15
312:24 319:3
332:12 343:18,19
344:12 358:16
360:4
**paying** 164:15,15
296:20
**payment** 112:17
**peak** 119:20
**peaked** 65:25
**peck** 300:11
**pecking** 49:16,22
299:17,23 300:8

**pending** 74:7 91:6
**pennsylvania** 1:1
3:9,18 11:24 234:9
**people** 13:9,11
21:16 24:24 27:9
39:8 46:10 47:3,4
59:24 69:5,6,7,11
69:14 82:18 87:10
90:10 92:16,19
97:17,25 102:25
103:2 107:10
111:18 121:21
130:21 136:11
158:4,8,21 168:3
172:23 173:3
183:10,15 225:7
237:15 240:21
248:12 266:4
269:13 275:14
278:20,21 280:25
286:14 296:4
311:21,25 312:25
318:4 319:10
324:21 325:12,15
325:22 331:7,8,18
334:6 337:2 338:15
345:20,21,22
357:22 358:3
359:22 361:4
364:20 368:9
373:24
**people's** 27:25 175:3
**pepper** 3:14 13:14
**pepperlaw.com**
3:20,20,21
**percent** 25:15,19
36:19,20 76:3,4
84:10 160:20 171:3
171:3,20,20 194:15
194:18 213:24
215:17 223:8 248:4
279:3 284:10,11
305:15 308:4 311:7
319:19,19 330:16
348:20 349:15

**percentage** 36:17
72:4 160:13,14,18
160:24,25 163:22
292:11,16,17 348:5
348:6,8,10 349:7
**percentages** 214:11
221:12 222:5 223:6
**perception** 158:13
159:4
**perfect** 98:2 182:5
**performed** 293:15
**period** 30:25 31:12
44:20 56:24 57:5,9
62:7 69:17 80:6
82:12 91:3 97:4
101:25 102:2,4
108:12,20 115:4,6
124:7 138:4,10
148:19,21 158:23
164:17 168:15
169:9,13 175:18
180:5 181:15
205:14 208:15
246:25 264:10,11
275:4 277:16 278:3
279:11 289:4
298:20,23 299:9
330:3 331:24 344:8
346:13 347:10,11
348:12,25 349:24
353:16 354:25
355:20 364:5 365:9
**periods** 19:2 82:17
151:20 216:8
295:19
**permissible** 237:2
**permit** 191:5 254:8
**permits** 254:19
255:3,11
**permitted** 128:8
**person** 124:4 136:5
136:15 248:18,20
248:22 249:7,15
261:25 276:6
297:12 334:19

364:23 369:20
**personal** 115:21
116:9 120:7 121:4
123:12 187:13,24
294:18 349:18
**personally** 157:16
355:20
**perspective** 189:5
**pertains** 160:5
**phase** 105:5 186:20
187:5,22 188:9
277:15
**phased** 168:15
169:13
**philadelphia** 3:18
**phone** 13:10,12 23:3
32:18 51:15 107:18
107:19 110:25
235:14 240:21
298:3 340:16
357:12
**photos** 60:10
**phyllis** 135:8
**physical** 207:16,16
207:20,23,25
235:20,21,22
**physically** 250:25
**pick** 49:20 175:9
191:16 213:6
297:23
**picked** 81:6 327:16
342:17,20
**picketed** 274:16
**picketers** 275:15,16
**picking** 213:6
**picks** 107:18,20
249:9
**pics** 190:6,18
**picture** 90:15 241:9
246:17 247:11
249:3 320:4
**pictures** 60:11 190:9
193:18,19 247:10
**piece** 131:21

**piocs** 190:5,7
**place** 29:3 45:25
46:4,7 71:10 74:15
91:10 94:3 98:21
119:13 135:21
195:23 216:13
235:6 250:20,21
313:19 322:16
329:4 331:19
342:11 343:7 377:6
**placed** 170:11 189:7
250:23 276:16,17
**places** 208:4 250:17
250:19,19 281:2,5
**plaintiff** 11:20
**plaintiffs** 2:7,14,19
9:9 12:17 197:14
265:10 333:11
352:19 353:3
**plan** 71:9 74:15
77:25 79:2 168:14
173:21
**planet** 134:4
**planning** 119:18
254:5
**plans** 120:5 123:7
**plant** 49:11 301:24
302:3,8,10,11,12,15
302:16 321:6
**plants** 112:2
**plastic** 158:8 159:3
**plate** 293:23,23
**player** 184:7 342:20
**playing** 167:9 315:3
315:5,13
**please** 13:12 14:24
33:23 94:6,8 100:2
155:16 197:16
206:15 208:25
227:4 251:20
264:16 265:16
269:25 287:22,23
290:11 297:25
300:16,25 303:16
363:8,21 369:8

378:4,9
**plus** 16:13 97:3
219:8 222:8,21
296:18,25 297:3
305:17,25 306:2
313:11 320:4,5
330:19 349:14
**pocket** 363:17
**point** 132:6 189:8,8
247:25 274:11
296:13 299:7 337:4
355:7 373:16 374:3
**points** 367:17,19
**police** 276:19
**political** 350:17
**pool** 161:22 162:22
**poop** 251:6
**poor** 80:18 105:12
**poorer** 58:19 59:8
61:7
**pope** 80:7
**populate** 307:16
**populating** 307:20
**port** 128:14 129:24
129:24 130:3
**porter** 1:12 3:7
11:17 12:24 13:3
**porterwright.com**
3:11,12
**portion** 197:19
295:7,8 353:12
**ports** 128:15
**position** 14:25 16:15
48:10 80:2 102:25
106:20 175:3,4
193:11 194:11
213:17 329:11
**positions** 16:19
**possible** 48:12,19
49:4 51:8 59:15
106:22 147:16
161:24 192:14
373:9
**possibly** 329:13,24
330:25

**posted** 276:10
**poultry** 4:10 13:19
229:17 234:6
245:23 268:9
323:20 360:20
**pound** 238:3 321:10
321:10 358:25
**pounds** 111:24,25
112:22 203:12,13
237:21
**powder** 203:12
204:10 205:7
**powdered** 203:24
204:8,16 205:10
**power** 298:16
**powered** 273:20
**pr** 167:22 344:16
345:4,6,8,18
**practice** 75:6 338:12
**precooked** 361:9
**predict** 90:18
**prefer** 161:23 238:8
**preparation** 15:23
114:17 199:24
**prepare** 15:8,11,16
39:12
**prepared** 64:17
246:23
**preparing** 99:16
101:14 153:18
**present** 12:4 65:13
73:18 101:10
104:19 186:8
206:18 311:10
**presented** 9:12 74:6
101:23 139:14,16
363:11 366:4,8,16
367:4 372:10
**preserved** 14:12
**president** 16:25
17:2,8 200:10
258:16,19
**pressure** 244:8
**presumably** 246:23

**pretenses** 191:14
**pretty** 134:5 168:6
238:16 273:24
**prevent** 284:6
**previous** 74:2 75:18
76:5 110:15 314:7
354:17
**previously** 33:25
65:12 91:21 110:14
111:8 118:12 240:8
303:25 358:5
364:14
**price** 8:12 18:6,23
19:5,9,21 20:2
67:17 97:4 98:5
113:6,7 115:7,9
128:19 138:22
139:8,11,13,14,15
139:21,21 140:4,12
140:14,19 141:8
142:21 154:8 157:4
157:13 158:3,6,10
161:20,21 162:4,5
162:12,20,21,24,24
163:14,15 175:12
177:11 235:13
236:6,15 240:4,4
264:6 265:21,23
266:7,17,25 267:3
268:8,11 269:6,13
269:15,20 295:11
297:2 312:2 313:23
328:23 330:17
346:19 360:9 374:5
**priced** 19:2 238:3
**prices** 44:25 48:9
53:4 58:19 59:8
61:7 66:13 67:7
71:2 72:8 77:24
78:11 80:18,22,24
81:20 83:12,23
84:22,25 85:14 91:6
93:24 94:12,16 97:6
97:8 98:6,7,12,16
102:3 110:3 113:3

115:3,8,17,19 116:4
116:24 121:2
144:14 145:7
147:12 149:22
152:8,15 154:19
183:22 184:4 191:8
268:11 341:6
373:10
**pricing** 139:4 165:9
165:9 313:16
328:16,20 332:11
**primarily** 91:13
228:22
**print** 355:16
**printed** 206:9,10
217:19 355:16
**printout** 7:17,20,23
7:25 8:5 205:22
206:8 217:2 226:14
240:25 246:11
**prior** 20:21 21:10
44:9 66:21 93:21
176:20 192:4 194:6
210:24 299:4
319:21 336:25
340:19 361:17
**private** 120:9
227:18,19,20,22,24
227:25 229:16,17
233:10,10,11 235:3
**privilege** 355:6
**privileged** 355:5
**privy** 41:15
**probably** 16:11 22:4
35:23,25 43:22
71:25 97:24 138:6
179:20 180:16
194:5 228:25 234:7
234:11,23 263:16
279:9 286:3 296:17
305:11,24 320:22
330:14,15 338:5
341:23 349:14,14
370:11

**problem** 43:14,19
44:4 107:13 212:20
212:22 276:15
300:3 320:13
**problems** 74:7
80:24 91:6 105:8,16
106:13 109:14
114:25 212:15,16
212:17
**procedure** 297:18
301:6,7
**procedures** 292:24
293:7 301:11,15
**proceed** 13:23 359:8
**proceeds** 367:23
**process** 68:23
133:18,19 184:16
302:15 315:7
361:22
**processed** 1:3 11:20
380:2
**processing** 267:8,24
291:3 302:4,14,15
**produce** 50:22 51:9
53:12,20,25 54:13
54:23 81:18,22 82:2
82:3 112:18,18,22
119:23 175:21
192:17 208:9
214:15,16 219:6,7
219:11,13,14,16
220:2,4,6 223:2
229:24 231:10,12
231:20 240:17
241:15,15 314:8,10
319:14 320:5,7
328:12 343:21
352:6
**produced** 70:9
111:3 148:8 151:9
165:2 177:6,10
201:8 239:18 283:4
283:5,5 313:22
330:17 349:8
361:19

**producer** 47:22
55:14 58:4,10,12
67:24 105:22
112:13 113:12,18
124:10 133:2
134:14 148:14
149:3 174:22
176:25 184:11
203:6 228:8,10,14
228:24 229:18
230:4,7 231:4
232:15 234:11
239:20 263:12
269:12 272:17
275:2,5 282:5
312:22 317:19
320:24 328:8
361:21 373:13
**producer's** 227:21
**producers** 3:21
13:15 20:6,9 21:15
21:17 22:8 23:9,25
24:4,6 27:7 43:20
44:5,6,16,17 45:13
45:15 46:3,16 47:11
47:25 48:18 50:6,6
50:22 51:9 52:23
53:11,19,25 54:13
54:20 58:6,13 59:18
68:21,24 71:3 73:10
75:14 81:3 84:6,10
91:13 93:10,19
97:15,18 98:7 106:8
107:23 109:25
111:12,13,17 112:5
113:11 114:23
116:2,11,16 117:12
117:20 120:5,25
121:7 123:7 130:24
167:7,9 168:6,9,20
170:14,23 171:10
171:23 172:14
173:21 174:15
181:14 228:16
229:23 233:13,14

233:18,20 234:18
234:18 235:3 263:4
273:8 279:7 280:7
280:17 282:9
311:14,18 312:7,17
313:8 314:4,12
315:8 317:15 318:8
320:6 325:4 331:24
334:7 335:17,18
348:15 349:2,4
358:7,8 360:5
367:11 369:6,10
370:8,20 373:14
**produces** 101:24
**producing** 68:19
113:4 115:18 120:8
121:5 149:20,21
167:7 221:13 232:3
313:8 315:10
321:11 347:24
**product** 111:5
318:16,18,21 319:7
320:21 321:12,14
347:2 361:20
**production** 10:9
57:24 66:3,6 67:5
67:14,23 68:4,9,12
68:15,22 72:7 83:5
98:3 111:10 116:3
116:17 117:13,21
119:18 120:25
122:11,22 123:9,20
123:23 124:8,12
150:7 160:25
178:22 179:5,12,23
180:9 182:18,22
183:21 184:4
191:12 206:20
214:2 215:9,12,13
215:16 223:14
225:20 255:10
270:21 283:19
288:3 305:16 306:6
312:12 313:12
319:20 320:9

333:22 349:16
357:22 369:21
**productions** 312:12
**productive** 214:23
295:6,8
**products** 1:3 3:5
11:21 217:13,14
261:22 263:15
305:18 310:3 319:9
320:16,18,19 359:9
361:8,8,10,17 380:2
**profit** 141:12,24
142:4,9,11,13,17,18
143:2 297:5
**profitability** 57:5,9
**profitable** 48:9
55:11,12 62:7 65:21
66:5 77:24 81:20
93:24 94:12 115:17
115:19 116:3,24
**profitably** 319:24
**profits** 50:8 66:25
**program** 20:15 71:7
71:16 73:25 105:7
107:4,24 108:4,9
110:12 116:19
151:17 165:15,16
166:3,8 168:16,20
169:5 170:10,20
171:24 173:22
176:18 177:19,19
178:3,4,12,17 180:4
180:16 181:14,20
182:23 183:20,25
184:2 189:6,7
210:25 253:11
271:15,15,18,23
272:2,4 273:12,15
275:24 276:24
277:2,8,23 278:2,6
278:15 279:16
286:18 288:12,16
300:20 302:5
305:21 308:2,8
311:15,22 312:8,18

312:25 314:4
339:16,18 342:7
343:5 344:11 345:6
345:8,8,18 346:5,10
350:14
**program's** 182:19
**programs** 105:15
106:12 318:17
372:21 374:5
**prohibitions** 353:19
**project** 181:23
**projected** 52:5 91:7
147:4
**projecting** 150:11
231:23
**projection** 69:16
148:22
**projections** 52:21
87:25 232:2,4 266:4
373:5
**prolonged** 57:4,9
**promise** 198:12
224:13 263:21
286:10
**promising** 57:4,10
**promoted** 373:7
**promotions** 18:10
**prompted** 86:16
**prone** 329:18
**proof** 336:14 374:23
375:7,10
**prop** 284:11
**proper** 373:24
**prosecuted** 276:5,12
**protected** 354:10
355:6
**protection** 337:5
**protective** 375:25
**prove** 215:3
**proven** 151:15
**proves** 97:13 98:9
**provide** 163:2 233:9
242:9 343:9 346:15
373:20,22

**provided** 15:25
49:18 95:11 164:24
178:20 197:18,24
265:14
**providing** 199:20
**public** 1:17 377:5,16
379:17
**publish** 268:10
**published** 52:19
87:9 118:7
**publishes** 19:17
51:23
**pullet** 46:18 57:2,11
57:18,22 224:6
**pullets** 57:3,11
90:17 224:2 369:23
**purchase** 161:18,22
161:23 162:21
163:8
**purchased** 209:6,11
209:14,16 260:19
262:22,24 263:2,13
289:7 349:8
**purchaser** 1:5 2:6
2:13 9:9 12:11,14
197:14 230:11
352:19 353:3
**purchasers** 12:20
**pure** 98:7
**purely** 186:22
311:12
**purpose** 20:25 27:14
91:10 92:15 93:17
94:2 105:2 127:14
133:10 143:21
144:2,12,17,24
145:5,8,12 265:25
319:5
**purposes** 103:21
182:23 198:25
**pursuant** 375:25
377:5
**put** 24:4 45:19
46:10 49:12 51:22
53:15 60:6 93:17

97:17 107:18
111:23 112:14
134:17 143:16
172:25 173:10
180:10,12 181:4,12
192:13 211:22
212:7 215:19
216:11 222:18
232:20 235:8,9,12
236:24 240:3,4
249:8 263:21
283:13,14 286:4
294:11,14,19 300:5
302:22 314:8
319:25 327:13,15
331:7 363:16
372:14 374:11
**puts** 250:15 312:20
**putting** 111:5 191:4
212:6 215:22
307:11 331:9

**q**

**qc** 167:21
**qualification** 335:24
**qualifications** 278:5
**qualified** 336:6
**qualify** 170:10
339:4 370:8
**quantities** 134:11
**quarterbacking**
141:18
**quarterly** 36:23,24
**quarters** 344:23
**question** 11:9 31:6
33:18,20 38:2,10
54:17 59:6 62:22
63:20,22 68:13
80:15 83:14,16
85:10 89:19 94:7
98:18 108:23
109:17 117:16
121:10 122:14
125:18 129:5,14
133:23 142:24

144:24,25 152:17
156:7,12 157:15
174:7,25 177:21
178:6 179:8 183:23
198:6 214:3,13,18
238:24 259:25
261:5 265:10 270:9
270:12,25 271:21
314:7 338:6 351:9
355:5,19 358:12
**questionable** 152:7
**questioning** 263:23
**questions** 10:20
124:25 125:2,5
286:10 354:17
356:24 357:6
371:11,24
**quick** 71:4
**quicker** 328:25
332:3
**quickly** 48:12 49:4
51:8 66:14 74:10
106:21 119:21
**quit** 53:6 98:8 265:4
**quite** 343:24
**quotations** 329:9
**quote** 56:22 65:23
65:24 115:6 177:7
268:3 269:11
358:13

**r**

**r** 2:1 4:13 310:9
377:2 380:1,1
**ra** 199:2 304:4
**ra0000363** 5:23
76:21 77:5
**ra0000372** 5:23
76:22
**ra0001103** 34:18
**ra0006999** 7:8
185:17 186:2
**ra0007000** 7:8
185:18

**ra001085** 32:24
**ra0019214** 6:25
159:15,22
**ra0019216** 6:25
159:15
**ra0041257** 8:20
303:20 304:4
**ra0041259** 8:20
303:20
**ra0043711** 7:10
189:12,22
**ra0069754** 7:12
198:17
**ra0069761** 199:6
270:8
**ra0069762** 199:7
**ra0069769** 7:12
198:17 199:3
**racket** 107:20
**raf** 259:7 288:10,18
295:5
**raise** 225:17 332:3
**raised** 106:22 312:6
**ran** 132:12,20 133:3
255:8
**ranch** 4:4
**randall** 105:14,20
105:24 106:2
**randall's** 106:11
**randon** 328:16
**range** 193:4 213:18
215:6 244:10
254:10
**ranger** 342:17
**rapid** 70:25 72:7
**raseymour** 260:23
**raseymour000006...**
8:8 252:2,8
**rate** 90:21,23 344:10
363:24
**raupdate0013719**
7:14 201:2,10
**raupdate0013720**
7:15 201:4,10

**raupdate0013723**
7:16 201:4
**raupdate0015948**
8:10 255:18,24
256:8
**raupdate0015951**
8:10 255:19
**raupdate0020176**
8:16 284:17 285:16
286:21
**raupdate0020177**
287:23 290:18
**raupdate0020182**
290:23
**raupdate0020188**
295:2
**raupdate0020189**
297:9
**raupdate0020190**
298:5
**raupdate0020191**
300:17
**raupdate0020199**
8:16 284:18
**raupdate0020201**
8:17 284:18
**raupdate0020205**
8:17 284:19
**raupdate0020206**
8:19 284:20
**raupdate0020207**
8:18 284:19 293:5
**raupdate0020209**
8:18 284:20
**raupdate0039121**
8:22 306:14,20
**raupdate0043641**
6:23 153:6,13
364:16
**raupdate0044348**
6:23 7:19 153:6
210:16
**raupdate0045472**
9:5 321:21 322:6

**raupdate0045475**
9:5 321:21
**raupdate0080109**
9:7 326:14,19
**reach** 22:21 119:19
**reached** 115:7
**reaction** 106:11,15
**reacts** 44:21 91:5
**read** 30:11,19,21,22
32:19 34:8,9 35:19
36:9,13,18 37:4,8
37:10,24 38:19,20
39:6 40:20 43:16
48:15 55:3 57:6,7
63:19 66:9 67:2
71:12 72:9,23 78:6
81:8,16 83:16,20
86:18 92:2,6 93:16
93:25 102:10
105:13,17,18
106:23 109:23,24
115:11,23 120:12
120:14 152:10
153:20,21,23
154:13 160:8
161:25 177:14
186:10,25 189:20
189:24 190:21
191:25 199:16
213:2 275:11,20,22
284:12 287:16
291:15,24 310:23
310:24 362:15
363:7,21 369:15
378:4 379:3
**reader** 30:18
**reading** 11:5 38:24
120:20 271:3,5
375:20,22
**reads** 66:10 67:3
81:16 152:12
194:17
**ready** 135:10 171:6
356:18

**real**  29:19 159:2
182:14
**reality**  159:5
**realization**  270:22
**realized**  141:11,13
**really**  19:11 60:3,18
130:12 132:5 137:7
211:21 212:20,24
235:5 301:19 307:5
307:14 311:9
**reason**  31:23 34:14
35:15 53:14 64:7,13
256:20 276:21
336:16 342:2
355:17 375:2 378:6
380:4
**reasons**  182:16
186:23 187:9,13,16
211:7 251:4 342:9
373:14
**recall**  30:13 34:12
37:9 42:21 80:8
101:16 106:14
138:11 170:4 195:5
196:14 199:20,25
201:18 205:10
229:6,10 254:7,11
254:13,20 256:17
256:19 260:19
264:3 267:16
270:23 271:2,5,16
271:21 272:15
273:5 277:18 289:2
300:15 304:2,17
306:24 310:21
311:2 329:20 335:2
337:19,20 338:7,19
338:21 340:11,14
340:17,23 341:20
341:24 343:22,24
344:18,21 345:19
348:4,8 350:6
351:14,21 353:7,9
354:13,16,24 356:4
360:21 362:15

364:4,5 365:15
366:22 368:4
372:22 374:6
**recalling**  371:12
**receipt**  378:16
**receive**  29:2
**received**  28:12
31:10 65:15 353:23
354:6 355:8 371:14
371:20
**receiving**  201:18
202:11,14 256:17
287:9 304:8 306:24
354:24 355:12
**recess**  100:9 197:3
251:16 290:4
332:22 368:17
**recipe**  232:12,13
**recipes**  232:11
**recipients**  153:15
256:12
**recognize**  126:4
159:23,24 176:13
206:4,12 217:8
241:6 287:13
**recognizing**  91:9
93:16 94:2
**recollect**  263:5,9
337:13 352:9
**recollection**  23:17
33:14,19 64:2 99:13
99:20 102:19 103:5
129:7 130:22
131:17 132:6,21
170:8 202:11,14
209:22 254:17,24
264:19 351:24
371:19 374:22
**recommend**  74:12
106:19 110:12
**recommendation**
26:22 53:23 102:13
111:7 122:4
**recommendations**
24:21 26:17 75:17

91:17 272:10
288:12
**recommended**  71:6
76:9,13
**recommending**
48:18 53:19,20
54:12 60:21 72:6
78:9,15 116:16
120:24 121:7
122:21
**recommends**  94:13
116:2
**reconsider**  106:20
**record**  11:13 40:13
100:7,14 115:7,9
120:15 196:24
197:7,17 198:7
251:14,19 289:25
290:9 291:16
316:18 332:19,25
356:13,16 357:7
363:25 368:14,20
369:8 377:10 379:6
**recorded**  377:8
**records**  22:4 35:12
102:5 138:12 143:7
148:16 229:5
289:15
**recruitment**  273:9
**redding**  3:16 355:3
355:4
**reddingw**  3:21
**redesigned**  225:5
**redo**  62:22
**reduce**  54:13,23
67:5,23 72:6 78:4
78:10 81:4 91:23
92:22 93:7 94:14,15
98:15 99:12 102:5
102:13 103:8
109:25 111:10
116:17 117:12,21
120:25 122:10,22
143:13,21 144:13
145:6,23 146:18

179:5 183:21 184:3
373:9
**reduced**  48:6 57:2
57:11 68:12,15
84:25 103:11
146:22
**reduces**  123:9,20,23
**reducing**  83:11,22
84:21 85:14 144:2
157:11 182:22
**reduction**  73:25
78:23 108:5 147:10
176:18,19,24
177:19 178:4,10,21
350:8
**refer**  20:9 125:7,25
126:17
**referred**  125:24
293:8 357:15
**referring**  43:24 94:5
107:2 125:7 140:16
213:12 353:12
**reflect**  198:7 271:11
**reflects**  202:3,4
**refresh**  23:16 33:14
254:17 371:19
374:21
**refreshing**  33:19
**refrigerator**  245:9
**reg**  171:7
**regard**  267:3 277:9
288:17,17 313:5
315:18
**regarding**  371:21
**regional**  257:11
325:9,10,11 367:13
**register**  246:19,19
**regular**  134:9 220:6
221:13 325:4
**regularly**  33:15,21
34:13 35:6,16,21
349:2
**regulations**  286:17
**reincarnation**
292:14

**rejected** 105:4
**related** 354:18
**relating** 353:23
**relations** 372:20
**relationship** 130:21
**relationships**
289:11,13
**relatively** 199:3
**relevant** 246:24
**relied** 337:14 353:17
**relying** 336:11
**remains** 18:5
**rembrandt** 323:17
**remember** 21:11
25:21 30:15 36:21
65:14 80:4 99:7,10
103:7 105:24
106:15 107:8,21,22
120:20 131:2
164:23 188:21,23
203:17 208:18,21
251:7 252:14
261:11 264:9 271:3
271:3,8 274:6
279:12 287:9 304:8
307:2 318:10
334:22 351:16
355:11 356:7 358:8
374:10
**reminds** 150:24
**remodel** 149:9
181:15,16
**remodeled** 181:12
**remodeling** 322:25
**remotely** 12:5
**removal** 108:10,19
109:6 250:9 301:3
**remove** 174:22
**removed** 35:10
110:24 174:2 301:4
301:22
**removing** 173:13
**rendering** 302:8,10
302:11

**renovate** 181:24,25
**repeat** 68:13 85:9
89:19 117:15
125:14,18 155:16
174:7 179:7 183:23
214:3,18
**repeated** 323:25
**repeatedly** 331:23
354:12
**rephrase** 109:4
**replace** 170:15
180:5 295:21,23
**replaced** 133:5
194:13
**replacement** 170:15
**replacing** 298:12
**report** 74:6 105:3
190:18 258:21
271:9 326:2,9
362:24 364:5
**reported** 106:18
363:9,19
**reporter** 13:21
51:14 104:6 137:19
137:21 155:15
199:21 219:9
257:19 310:14
322:3 365:23 369:3
**reporting** 268:8
324:25
**reports** 60:3 101:23
119:18 193:16
326:4 363:11
**represent** 12:6 21:7
333:8
**representations**
354:11,23
**representative** 15:5
**represented** 131:12
197:20
**representing** 11:14
12:24 13:3,21 21:9
**represents** 200:11
**request** 10:9 272:4
272:23

**requested** 178:13
**requesting** 161:17
166:5 342:4
**require** 148:10
173:7 277:10 283:7
**required** 48:7
168:20 169:5
184:10
**requirement** 148:10
179:11,22 180:8
**requirements**
172:16 173:7,13
174:4,10,21 182:20
195:8 276:25
**requires** 277:8
283:4
**resell** 348:14,16
**reserved** 11:9
**resolution** 105:5
**respect** 75:18
336:12 343:2,13
373:18
**respective** 11:5
**respond** 195:3
**responded** 190:23
196:12
**response** 190:11
196:15 198:2 265:9
358:11 371:11
**responsibilities**
24:11,20 25:9
**responsible** 25:5
288:9
**rest** 121:14 126:16
161:4 167:17
219:23
**restate** 39:14 54:16
59:6 133:22 283:25
**restaurant** 238:10
238:12,20 275:16
313:17
**restaurants** 238:8,8
**restrain** 116:2
**restraint** 115:18
116:25 117:12,20

118:3
**restrict** 191:7
**result** 182:18 270:10
346:5
**resulted** 147:11
178:21
**results** 177:4 270:21
**retail** 147:24 148:3
168:2 169:2,3
279:24
**rethink** 48:10
**return** 66:20 216:8
296:14 378:14
**returns** 91:4
**revenue** 142:2,6,6,9
142:11,15 143:9
145:13,15 146:7
148:25 149:4 216:6
**reverse** 211:16,16
**review** 15:22 39:11
77:19 99:15 114:16
153:17
**reviewed** 86:11 89:2
89:23
**reviewing** 153:22
186:15 189:23
199:18 310:25
326:23
**rhyme** 31:23
**rid** 48:11 49:3,9
51:7 296:12,18,23
300:12
**rifles** 273:20
**right** 23:12 27:23
49:4 56:6 72:15
86:21 89:18 92:2,7
92:9 93:25 101:11
101:16 104:9,20
113:9 116:7 127:25
142:12,13 151:22
151:22 154:3
161:15 162:13
171:7 180:9 191:6
191:10,11 192:19
199:13 200:5 203:7

206:7 207:7 208:11
211:3 217:13,19
234:24 245:2 248:3
248:6 257:2 259:18
260:24 262:19
267:25 270:8,17
279:17 280:19
282:7 285:21
287:25 290:17
295:3 301:12 303:8
314:5 322:20 323:3
324:7,19 329:6
339:13 346:23
348:4 350:11
356:20 365:21
**rightist** 273:17
274:13
**rightists** 60:5 167:6
181:20,21 212:22
319:16
**rights** 49:18 50:17
60:14 167:14 191:9
275:13,14,18 279:5
280:18,23 281:10
281:19,23 342:13
342:18 343:4
350:11,20,21 352:3
356:6
**rios** 1:15
**ripping** 233:3
**road** 222:10
**robot** 249:9
**rocket** 158:4,7
**roger** 73:17 96:20
310:6
**roll** 246:6 250:7,9
**roller** 18:21
**rolling** 19:15 249:17
**rolls** 249:5,21,22
**ron** 309:20,22,23
317:21,22
**roof** 244:17
**room** 12:4 122:5
213:5 242:10

**rooster** 292:15
**roosters** 242:4
**rose** 3:12 4:15 7:21
8:6 9:8,13 12:22,24
13:13 15:2,5 16:4,20
20:5,12 21:12 23:14
27:17 28:2,4,14
37:3,23 38:14,15
39:2 42:12,16 47:20
56:5 64:3,11 65:10
76:12 78:25 81:25
93:13 103:8 112:9
113:4 114:10
118:10 127:24
128:6 129:2,14,18
130:5,9 137:23
138:19 141:3,10,22
142:13,25 160:5
164:23 165:5,12,14
165:23 166:2,13,14
166:24 169:11,20
169:20 179:21
180:7 182:12,17
193:12 194:8,20
196:14 200:5,10
202:3,4 203:3,4
205:13 206:19
208:8,13,18,19
217:25 218:16,21
224:19 225:7 227:8
229:24 237:7
238:25 241:19
251:24 256:4
258:25 277:18,19
277:19 295:12
298:21 300:20
333:12,23 334:10
335:19,20 336:17
336:23 337:7
338:12 341:18
342:3 343:17 345:7
348:7,24,25 352:5
352:17,25,25
353:14 354:3,5
361:9 366:5,9,23

367:6 372:8,10,24
**rossi** 1:15 13:21
**rotating** 293:16
**roughly** 18:5 25:17
25:19,23,25 221:4
248:19
**round** 319:20
**rpr** 1:16
**rubber** 368:9
**rule** 171:25 308:4
311:7
**rules** 174:21 277:11
277:12,14,15
280:10,12 286:16
299:9 304:22
307:10,14,23 308:9
312:13 313:4
**rummage** 365:17
**rumor** 323:23,24
324:9 326:5 328:24
**run** 46:21 58:6 98:7
113:22 192:24
230:13,14,19,20,20
231:2,11,25 316:3
**running** 193:20
231:6 243:6,20
**runs** 41:3 117:8
357:25
**rush** 322:9
**rust** 1:12 5:3 12:2
13:6,25 14:1,8,22
15:1,2 16:1 17:1
18:1 19:1 20:1 21:1
21:20 22:1 23:1,7
23:14 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1,5 32:1,10
32:22 33:1,23 34:1
35:1 36:1 37:1 38:1
39:1,25 40:1,25
41:1,22 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1,10 54:1
55:1,23 56:1 57:1

58:1 59:1 60:1,20
61:1,17 62:1,5,20
63:1,23 64:1,18
65:1,4 66:1 67:1
68:1 69:1 70:1,2,17
71:1 72:1,5 73:1,20
74:1,23 75:1 76:1,6
77:1 78:1 79:1,13
80:1 81:1 82:1 83:1
84:1 85:1,25 86:1
87:1 88:1 89:1 90:1
90:13 91:1 92:1,20
93:1 94:1,4,6,11
95:1,19 96:1,10
97:1 98:1,24 99:1
100:1,6,13,16 101:1
101:14 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1,7 115:1
116:1 117:1 118:1
119:1,7 120:1,13
121:1 122:1,20
123:1 124:1 125:1,4
126:1,16 127:1
128:1 129:1 130:1
131:1 132:1,17
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1,11 146:1,5
147:1 148:1 149:1
150:1,20 151:1,11
152:1,11 153:1,10
153:14,18 154:1,14
155:1,2,17,21 156:1
156:3,13 157:1
158:1 159:1,19
160:1 161:1 162:1
163:1 164:1 165:1
165:12 166:1 167:1
168:1 169:1 170:1
171:1 172:1,12

**[rust - scheduled]** Page 45

173:1 174:1 175:1
175:24 176:1 177:1
177:15 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
185:22 186:1,4
187:1 188:1,22
189:1,17,18,22,24
190:1,3 191:1 192:1
192:5,7 193:1 194:1
195:1 196:1,20,24
197:1,7 198:1,6
199:1,4 200:1,9
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1,23
257:1,13,25 258:1,7
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1,25 290:1,8,11
291:1 292:1 293:1

294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
317:13 318:1 319:1
320:1 321:1 322:1
323:1,5 324:1 325:1
326:1 327:1,3,4
328:1 329:1 330:1
331:1 332:1 333:1,6
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1,7 354:1
355:1 356:1 357:1,5
358:1 359:1 360:1,8
361:1 362:1 363:1
364:1,14 365:1,21
366:1 367:1,3 368:1
369:1,3 370:1,23
371:1,24 372:1,8
373:1 374:1 375:1
375:11 376:1
379:10 380:25

**rust's** 193:11 197:22
198:2

**s**

**s** 2:1 4:8,13,13 5:9
6:1 7:1 8:1 9:1
310:9 380:1

**sabotaged** 273:18
276:18

**sale** 141:7,15,18
145:18 161:20
162:4,12,20,24
164:12 231:10,20
235:9 236:2 329:8

347:2,3

**sales** 143:8 148:6
201:15,23 202:4
205:13 231:9
234:17 235:18
258:19 259:4
346:22 347:9,13

**salesman** 323:21
368:8

**salesmen** 324:4

**salmon** 269:11

**salmonella** 193:6

**sand** 185:10

**sanitary** 193:8,10
251:4

**sat** 39:16

**satellite** 230:23

**satisfy** 173:12 174:3
174:20

**satrum** 310:8,10

**saturn** 310:8

**save** 14:19 112:19
157:25

**saved** 269:22

**saw** 193:18 200:2
277:24 278:25
279:14 343:6 348:9
354:13

**saying** 19:25 55:3
55:10 57:9 61:6
63:4 72:14 87:12
89:14,20 105:2
109:13 117:11,24
122:17,25 123:16
136:10 137:17
146:6 150:8 154:17
158:16 179:20
190:24 271:8
274:18 305:13
314:7 335:21
338:11 350:18
353:11 372:18,23
374:6

**says** 33:3,6,10 34:20
34:21,25 43:13 48:4

49:3 51:7 57:16
58:18 59:7 61:9
62:10,23 66:12
72:15,23 73:15,16
74:4,17,19,25 77:13
80:15 81:9 84:16
86:19 88:25 90:14
93:4,16 94:2 96:19
98:11 101:22
115:24 116:7,18,22
119:15,17 120:14
121:3 123:4,11,18
134:20,20 152:20
154:6 160:10,11,13
162:16 167:22
176:6,9 177:16
186:19 190:3,17
200:9,14 201:15
202:21 205:5
206:18 213:9
217:23,24 227:8
232:13 236:25
253:6 267:15 270:9
270:19 282:5 284:2
284:3 288:3 290:17
291:3,10 292:3,23
293:14,14 295:3
297:17 298:8,11
299:4 301:3,4,9,22
304:11,11,24
311:10 318:14
324:22 327:2,3
329:10 331:6
351:24 353:14
360:16 363:16
367:5 370:4,6
372:18 374:4

**scales** 250:9

**schedule** 66:21
105:5 108:11,19
109:6 169:16 170:9
186:21,22 187:5,22
188:10

**scheduled** 78:2
91:19,22 110:14,16

111:9

**scheme** 288:2

**schimpf** 110:11

**schipper** 323:21

**schirmer** 2:9 5:5
12:12,12 14:19
198:8,12,22 199:14
200:21 201:7
205:18,25 210:22
215:7 216:18,20,23
217:5,7 219:21
224:12,24 226:10
226:17 234:23,25
240:19 241:4
246:14 247:3,5
251:9,12,20 252:5
252:10,15,19,21
255:22 257:12,21
264:13,15 265:2,18
266:12,22 268:15
268:21 284:24
285:6,12,14,25
287:2,4 289:20
290:10 291:19,21
291:25 298:2,7
303:16,23 305:8
306:17 308:17,24
309:6,11,12 310:17
315:23 316:4,11
317:2,8,10 321:24
322:4 323:8,13
324:7,11,15 326:11
326:17 328:3
332:14 358:12
362:15,25

**schnucks** 209:6,7

**school** 302:5 327:8

**schrader** 52:16

**scientific** 272:8
299:12

**scope** 19:12

**scott** 2:10 12:18

**screw** 56:17 61:9,22
62:10,23

**screwed** 287:3 322:5

**sdinner** 2:13

**se** 184:7 278:5 337:3

**seafoods** 268:10

**seal** 377:12

**sealing** 11:6

**season** 320:2

**seasonal** 18:9

**seat** 24:2

**second** 9:10 43:12
73:22 77:7 80:5,13
90:12 96:15 99:22
101:17,25 102:3
114:20 119:22
123:4 151:8 157:22
160:12 168:3
172:13 190:8
206:16 267:23
285:20 309:5,8
318:13 352:19
353:3 360:15
362:19,23 365:17
367:3,7,10,24
368:10,13 369:18
372:17

**seconded** 74:12
110:11

**seconds** 332:15

**secret** 361:22

**section** 74:5,23
101:18 288:3 291:3
294:25 295:3 303:4

**sections** 362:16

**security** 243:21
244:2,4

**see** 19:14,18 23:13
31:20 43:3 45:6,7
47:2 49:2 56:18
58:23 59:7 64:16
70:21 71:16 72:3
74:3 75:3 77:10,16
79:20 86:7 90:13
93:3 96:17 101:13
101:20 102:8
135:15 151:11

164:20 176:5,11
192:4 201:13
202:22 217:18
218:12 222:20
229:5 232:2 242:3
244:25 247:4 249:4
251:5 253:16
260:25 262:17
270:10,12 277:17
281:4 286:4 288:4
288:13 289:15
291:4 292:22,23
293:4 297:15 298:8
299:2 324:25 363:3
364:21,24 367:6,17
369:24 372:11

**seeing** 30:15 205:10
267:21 271:4,6
342:11 354:16

**seen** 65:21 75:10
195:11,14 224:25
245:6 252:18,19,22
297:12 342:18
353:8

**seger** 108:9,17 109:5
109:24 132:22
327:18,19 328:15
340:10 354:19

**selects** 250:12

**self** 358:4

**sell** 53:8 59:19,24
69:8,9 112:15,16
113:17 142:14
143:22 144:8,17
147:7,8 149:17
150:3,8 166:6
203:12,13,13,25
204:4,13 235:13
237:17 239:11,14
239:16 240:2,2,5
269:19 282:21
283:20 297:6
320:20 324:5
331:25 346:24
349:7 357:23 361:9

361:16

**seller** 236:7 278:9

**sellers** 139:24 235:8
311:13

**selling** 83:11,21
84:21 85:13 111:24
111:25 142:3
144:20 196:6
203:20 312:8,10
348:19

**sellout** 75:12

**sells** 99:6 237:8

**send** 29:15 30:7
36:4 293:17 309:19
345:21

**sending** 49:10

**sends** 118:15

**sent** 27:24 28:4,5,10
28:25 29:4,9,11
30:13 37:2,6 84:11
189:18 190:3,11,16
193:13,19 317:14

**sentence** 49:2 59:7
77:13 88:24 89:21
116:22 117:10,18
120:17 123:4
270:18 288:8 295:4
304:25 311:9 324:7
328:14 354:4 363:8
370:3

**separate** 206:23
207:2 222:11
284:25 303:6 310:4

**separating** 285:7

**september** 43:9
55:25 254:23 350:8

**sequentially** 201:9

**series** 286:9

**seriously** 25:10

**serve** 21:25 372:19

**served** 21:20 27:3
27:15 44:2

**serves** 91:9 92:15
93:17 94:2

**service** 52:7 54:5
225:24 227:9,11,14
321:14 372:21
**services** 4:10 13:19
106:5 131:19 343:9
346:15 372:23
**serving** 276:13
**set** 9:10 171:25
172:2 236:5 274:2
275:3 280:10
304:13 315:10
330:13 352:20
353:3 358:3,7,23
360:9
**setting** 353:22
**seven** 148:4
**seymour** 4:16 28:7,8
28:17 194:14
**sham** 350:14
**share** 151:25 152:5
160:13,23 164:24
**sheats** 360:20
**sheet** 45:5 269:13
320:19 378:7,10,12
378:15 379:5
**sheets** 268:8
**shell** 7:6 8:11 81:19
91:14 108:14
113:18 115:2 120:4
123:6 150:3 185:15
185:24 187:4
202:25 203:5,23,25
204:15 205:2,4,5
217:14 218:4 237:8
263:18 266:16,24
267:3 269:6 305:22
320:5 358:21 360:9
361:14
**sherman** 353:19
**shine** 244:16
**ship** 129:9,10 148:2
148:8,12 282:25
**shipment** 134:18
**shipped** 128:18
129:8,25 143:19

348:3
**shipping** 128:15,15
141:12
**shop** 107:20
**short** 115:9 203:25
228:14 234:2,12
331:8
**shortage** 48:13
171:2 172:19
174:12
**shorten** 196:10
**shortfalls** 318:17
**shorthand** 377:8
**shortly** 262:9
**shot** 273:20 276:17
281:12
**show** 35:12 60:14
88:2 104:18 115:18
116:24 138:18
186:7 196:18
197:17 216:21
268:23 293:3
316:19 327:10
366:14
**showed** 39:15
324:17 337:19
**showing** 87:25
101:23 198:23
206:2 226:18 241:5
246:15 248:7 252:6
255:13 268:11,22
284:13 303:24
306:9,18 309:13
317:11 321:25
**shown** 153:14
204:20 260:22
324:16
**shows** 41:25 101:8
205:16 253:4,8,10
256:11 259:14,20
260:8
**shut** 184:23 358:14
359:14
**side** 23:12 66:15
90:16 270:8 274:3,7

311:14
**sidewall** 283:11
**sign** 338:14 378:9
**signed** 278:15 369:9
371:3
**significant** 112:24
156:18 181:23
**signing** 11:6 375:20
375:22 378:11
**silly** 190:25
**similar** 222:4 313:6
**simply** 173:13
174:22 232:20
236:14 348:15
**single** 285:7 321:16
**sir** 35:9 47:14
145:22 199:20
201:12 207:11
217:9 229:22 247:6
252:23 256:18
270:25 311:5
**sisters** 300:7
**sit** 61:21 63:6 75:13
107:17 109:23
111:21 116:22
149:19 155:2,23
156:17 188:17
266:3 278:19 321:5
338:17
**site** 7:17,20,23
205:22 206:11,13
217:2,11,17 224:16
224:17 225:5
226:14,25 227:2,8
246:19 276:10
**sitting** 202:10
208:17 289:17
359:20,22
**situation** 163:24
**six** 46:8 110:13,15
123:22 124:7,14,15
165:17,19 193:17
206:20 232:24
278:2 314:22
322:25 353:5

363:23,24 364:8
**sizable** 115:2
**size** 42:25 43:8,15
43:19 44:4,15 45:12
47:10,14,18 77:23
78:4 80:16,20,25
83:11,22 84:22
85:14 86:14 90:24
91:24 234:14
240:14 348:18,22
**sizes** 78:10 81:4
84:25 94:15 232:5
331:7,15
**skid** 249:10
**skin** 94:9
**skipped** 6:19 7:11
150:23
**sky** 227:17
**slide** 66:13 67:6
**slightly** 258:5
261:20
**slow** 29:19 30:17
34:7
**slower** 47:5
**small** 7:22 224:20
232:7,16,23 240:14
**smaller** 46:16
237:13 238:6
311:22
**smell** 150:8
**sold** 120:8 141:4,5
141:13,24 143:3
165:6 202:21,24
204:2,5 234:4,6,7,9
234:10 296:6
321:15 349:10,11
349:14 358:24
**solicit** 368:6
**solution** 91:11
**somebody** 168:12
275:9 328:21
**someplace** 254:15
277:25
**somewhat** 324:24
340:13 371:19,22

sonstegard 331:21
soon 48:19 168:6
    238:16
sooner 296:18,23
sorry 13:8 16:6
    22:17,19 31:16 38:8
    40:4 59:22 79:17
    83:24 104:2,5,22
    111:15 112:10
    125:13 126:10,11
    165:13 189:21
    194:23 195:12
    198:7 220:25
    241:11 266:14
    287:3 306:10
    310:14 317:8 323:7
    332:25 356:21,22
    357:13
sound 162:15
sounds 158:15
    162:11
soup 49:10
south 4:2 245:3
    258:6 310:15
southeastern 26:4
southern 257:10
space 48:7 50:25,25
    51:3 105:6 107:2
    108:5 111:25 112:4
    167:17,24 168:21
    169:4,20 170:6,17
    170:20 171:16
    172:15 173:7,13
    174:3,10,21 175:22
    178:21 179:5,11,22
    180:8,18,21 182:19
    186:21 191:2,8
    195:8 211:2,11
    248:3 277:15
    295:23 305:20
    306:7 308:12 313:2
    346:11 378:7
spaces 211:6
spam 30:10 34:5
    327:17

speak 229:21 275:8
    275:9 315:3
speaker 107:19
speaking 44:14
    47:11 122:19
    142:12,20 240:9
speaks 48:22 57:14
    88:16 92:4 108:24
    152:17 162:7
spec 167:20 168:4,5
    168:5
specialty 222:5,6
    361:20
specific 64:16 65:15
    92:25 99:15 103:4
    131:3 164:19
    256:20 374:7
specifically 87:19
    88:4 131:5 146:18
    156:3 164:25
    188:22 295:2 374:8
specification 166:17
    167:10 168:10
    169:18 170:13
    283:13
specifications 148:2
    148:11 166:5,16
    275:3
specificity 353:21
specifics 335:2,5
    374:9
specs 251:5 315:10
speculate 61:17
    155:22 156:9
speculating 63:4
speculation 54:3
    61:12 62:2,15
    147:15 154:22
    179:14 183:5
speech 99:7
speeches 345:13
speed 105:5 186:20
    187:21 189:2 357:9
spend 172:24 196:2

spent 71:8 74:14
    76:10,12 110:15
    111:9 194:6 254:18
    284:7
split 230:15
spoke 263:24
spray 274:3,7
spread 283:10
spring 25:22 82:19
    82:21,23 149:3
squalor 226:4
square 3:17 8:6
    106:21 108:5
    176:23 178:13
    189:9 213:4 251:25
    253:11 256:5 259:7
    274:19 277:14
    284:4 313:15
squeeze 212:24
squeezing 216:7
stability 74:8
stabilize 329:12,24
    330:24
stack 242:22
stacks 180:25 249:9
staff 130:14 328:5
stahl 4:1
stamp 151:10
    255:24
stamped 40:3 56:2
    65:6 70:5 73:12
    77:4 79:16 86:3
    96:12 101:4 104:15
    114:9 115:14
    119:10 151:4
    153:13 159:22
    186:2 189:22
stance 102:15
stand 168:24 283:10
    342:16
standard 14:10 75:6
    172:3,3 182:11,14
standards 166:19,23
    166:25 171:9

standing 377:5
standpoint 211:21
start 148:7 185:3
    223:25 228:20
    241:19 268:6
    312:25 315:12
    319:2,2 330:2
    353:11 359:2
started 20:19,20
    108:4 127:25
    167:14 210:11
    262:10 264:20
    265:20 279:13
    300:14 318:24
    357:20
starter 369:22
starting 279:8 303:4
starts 168:4 294:25
    318:14 323:15
state 14:24 104:25
    115:15 171:18
    175:2,3 282:12
    284:5 378:6
stated 65:12 88:17
    118:12 146:10
    205:6 280:13 284:3
    301:5
statement 59:2,14
    61:22 83:10 84:2
    85:13 97:11,13
    121:25 157:3
    197:10 200:13
    271:10 358:19
statements 85:17
    379:7
states 1:1 3:22 13:15
    21:5 43:6 56:21
    65:20 70:24 86:10
    114:22 124:11
    125:5,7 126:17
    128:16 141:6,14,25
    143:4,14,17,18
    144:3,14 145:7,24
    146:12,15,19
    147:13 151:13

152:14,15 154:11
160:3 161:17 165:7
170:24 171:14
176:16 206:20
218:17 313:10
350:9 354:5 361:4
367:20
**stating** 91:16
**statistical** 37:19
101:23 363:11
**statistics** 19:14
77:21 86:11 89:3,23
**stay** 189:8 243:17
**stayed** 184:19 344:7
**staying** 25:5 305:21
**stays** 112:21 297:2
**step** 346:10
**stepdown** 178:12
**steps** 170:21,22
249:19
**stipulated** 11:3
**stipulation** 14:11
**stipulations** 10:14
**stock** 194:17 331:20
**stood** 99:4 108:2
**stop** 48:11,18 49:3
51:7 53:19 54:20,21
107:15 289:20
296:11
**stopped** 265:20
**storage** 319:25
**store** 232:9 274:14
275:18 348:21
**stores** 18:10 230:18
239:25
**storm** 243:10
**straight** 237:25
**strain** 40:17,22
**straus** 2:9,12,13
12:13,19
**street** 1:13 2:4,17
3:2 11:18 30:21
268:13 297:13
350:7,24

**streets** 3:17
**stress** 292:8
**stricter** 329:14
**strike** 60:22 142:23
165:13 207:17
208:4 218:15 237:6
369:17
**strive** 175:11,20
**structures** 97:4
313:6
**stuart** 207:12
247:19
**student** 193:25
**study** 19:14 46:25
82:14 115:21 116:8
373:3
**stuff** 31:3 37:14,17
37:19 50:12 87:9,16
89:12 113:16
132:10 269:9
275:11 279:8
322:11 324:3,5
343:12 345:13
350:19 355:12,16
372:14
**stuffed** 50:2
**sub** 300:25
**subject** 33:3 34:20
160:3 190:5 338:13
338:20 340:9
341:22 354:24
355:9 378:11
**submit** 206:6
**submitted** 73:24
74:10,25 299:5
354:14
**subscribe** 379:6
**subscribed** 379:12
**subscribing** 166:25
**substantial** 239:2
**substation** 273:21
**suck** 293:21
**sued** 47:23 93:21
196:5 336:25 359:5

**suffocate** 294:11
**suggest** 53:24 55:9
94:11 162:3 189:3
207:6
**suggested** 67:11,16
108:9,13 111:14
373:2
**suggesting** 51:9
54:20 62:12,16,25
67:4 81:3 84:20
98:14,20 106:12
109:25 117:11,19
122:10
**suggestion** 84:6,24
99:3,11 103:10,12
**suggestions** 55:13
67:20 92:24 93:9
94:22 95:10 97:16
97:21 118:20
**suggests** 93:22
**suing** 44:9 82:16
**suit** 265:5 282:13
350:5 355:25
**suite** 1:13 2:4 3:2,9
4:2,8
**suits** 358:20
**summarizes** 362:24
**summary** 8:7
251:25 256:5 259:7
**summer** 26:6 149:3
**summit** 86:6,16
90:15
**sun** 244:16
**super** 50:5,9
**supermarket** 274:24
312:23 315:6
319:14
**supermarkets** 275:6
275:7 315:14
330:16
**supervision** 305:9
377:9
**supplied** 129:18
130:5

**supplier** 227:9,13
227:14 230:8,11
233:3
**suppliers** 152:8
233:8
**supplies** 58:20 59:9
61:8 62:13 63:2
**supply** 19:4,6,9,11
19:20,25 20:3 44:21
44:25 46:10,11
54:14,24 59:19,23
66:15 71:3,5 73:25
74:9 78:22 80:23
81:18 86:13 87:7,11
87:20,21 88:5 89:4
89:24 90:16 92:22
93:8,23 94:11,15
97:23 98:15 99:12
101:19 102:6,14
103:9,11 105:8,16
106:13 109:14
110:2 114:24
115:21 116:9
119:19 124:16
127:18 143:13,21
144:2,13 145:6,23
146:18,21,25
147:11 149:11
157:11 173:16,18
173:25 175:9
209:10 231:5,14
270:20 350:8 363:2
363:5,10 373:9
374:5
**support** 10:1 105:14
151:17
**supposed** 36:3
188:15 351:22
**sure** 18:4 26:15
33:21 36:25 37:5
42:14 43:21 55:2
58:19 59:8 61:13
71:22 80:3,6 109:4
130:20 131:15
139:20 141:8

169:12 174:9
194:15,18 229:3,9
234:4 245:14 248:4
251:11 252:25
259:6 263:9 264:23
285:4 287:20
303:13 304:12
323:12 329:4,16
332:18 338:4
343:15 346:8
356:11 363:14
370:7
**surf** 30:21
**surplus** 108:14
119:24 120:7 121:5
128:11,18 134:14
143:22 144:8
147:21,22 148:5,7
148:12,19,20,21
149:12,21 239:18
319:17,24 320:7
330:3 332:6 341:9
347:25 357:23
**surpluses** 82:25
**surprised** 72:2
**surprising** 324:24
**survey** 324:23
**survive** 183:13
**survivors** 183:14
**susman** 2:3 12:9
**susmangodfrey.com**
2:6
**suspicions** 195:18
**suspicious** 20:22
**sustain** 97:3
**swear** 13:22
**sweden** 279:19
**switch** 75:24
**switzerland** 279:20
**sworn** 14:2 377:6
379:12
**system** 181:5 191:13
273:19 288:2,4
293:20

**systems** 279:5

**t**

**t** 2:16 4:13 5:9 6:1
7:1 8:1 9:1 310:9
327:14 329:11,11
329:15,15,21,21
377:2,2 380:1,1
**table** 359:21 369:22
**take** 19:14 25:8 49:8
49:11 51:23 52:9,12
60:7 69:4 71:10
74:15 99:24 100:2
119:12 120:6 121:3
123:12 124:24
133:15 134:10,15
138:3 139:9 140:18
143:16 148:15,21
171:18 175:10,11
179:25 180:12
181:4 184:23
193:18 196:20
199:15 216:12
224:4 225:12 235:6
243:22 251:9 255:5
289:21 300:4
302:19 307:11,15
307:23 314:22
315:23 316:7
320:14 321:7 322:7
357:12 370:23
**taken** 1:12 11:19
100:9 154:9 171:4
197:3 251:16 290:4
316:5,14 332:22
368:17 377:5
**takes** 263:20
**talk** 94:7,8 133:17
183:18,24 266:3
314:3 323:22
332:16 333:21
341:13 368:11
373:8
**talked** 271:16 276:3
329:4 341:4 361:8

372:25 373:12
374:8
**talking** 30:25 47:7
99:10 215:11
216:24 259:20
267:6,8 307:10,18
307:19 328:19,19
329:12,23,25
330:24 361:7
**talks** 294:7 300:24
302:7
**taller** 258:6,8
**tampa** 106:5
**tape** 100:5,11
196:23 197:5
289:21,24 290:6
375:16
**target** 168:22
232:14 269:15
275:14 342:23
**targeted** 274:10
**targeting** 117:24
**tear** 185:3
**teleconference** 3:22
4:5,11
**tell** 52:4 60:16 79:19
88:4,18 121:15
139:19 158:4
204:14 208:22
276:22,23 284:24
357:9,11 370:24
377:6
**telling** 54:6 269:6
315:14 338:18
341:11
**tells** 88:19 119:23
**temporarily** 123:21
**ten** 214:8 231:8,18
232:6 234:3 236:3,6
279:11
**tend** 159:8 237:5
**term** 24:9 33:20
49:21 136:21
191:18 233:19,21
234:2 299:16

**terms** 31:2 236:7
325:15
**terrible** 171:2
172:18
**terribly** 243:25
**territories** 230:16
230:16
**terrorist** 273:17
**test** 336:9
**testified** 14:2 40:25
53:11 118:5 341:25
347:7,19 358:5
**testify** 155:13,18
**testifying** 15:5
**testimony** 5:3 38:11
89:6 130:19 145:21
145:24 146:4 358:9
368:2 377:5,7,10
**thank** 14:18,19
18:16 22:11 32:2
70:12 122:15
151:16 210:21
251:12 264:13
323:8 362:6 371:23
375:11
**thanks** 151:6
**thanksgiving** 48:14
**theirs** 313:18
**theories** 37:21
**theory** 321:7
**thereabouts** 277:21
**thereof** 377:11
**thing** 17:18 18:18
19:7 29:18 35:12
45:9 56:17 60:13
61:9,23 62:11,24
107:17 112:19
123:13 127:22
191:17 235:8
245:10 254:21
266:8 275:25
311:25 313:22
319:12 323:17
325:18 327:15
330:6,10 331:12

337:16 358:4
374:19
**things** 26:25 51:23
57:4 67:11 75:10,12
111:14 182:15
214:5,19 276:4,14
280:14 281:6 315:9
357:6 373:6,7
**think** 16:25 22:4
25:22,23 26:7,10,25
27:13 29:9 30:23
36:3,18,23 37:5
38:4 55:9,12 60:17
69:16 76:17 81:10
84:9 87:23 88:2
106:4 107:6,11
108:17 109:13
114:18 127:4
129:13 130:7,22
131:8,9 132:24
133:4,4,23 135:8
138:10,14 139:17
140:9,14 143:8
148:17 149:19,25
150:11 154:7,10
158:20 159:25
167:16 168:12
171:12 186:13
188:24 190:25
191:3 194:16 195:4
195:11 198:13
204:11,22 211:14
216:9 217:10
219:19 221:23
223:3 228:23
240:13 248:5
252:11,12,17
253:19 254:20
255:7 256:19
260:25 261:8
264:24 266:11
267:14 275:25
276:7,12,22 277:23
277:24 280:15
282:10 283:15

284:3 285:17
286:18 299:11
303:9 304:5,23
309:9 310:4 311:10
324:21 326:4
329:10 332:14,17
334:9 337:14
339:22 341:24
344:4,9,24 345:20
347:11,12 350:10
363:13 364:21
370:5
**thinking** 319:6
**thinks** 192:10,16
233:2
**thinly** 53:6
**third** 23:13 151:7
175:25 200:11
305:24 311:8,9
**thirty** 378:16
**thompson** 234:9
**thought** 44:10 52:22
52:24 99:5 104:3
208:7 216:14 285:6
337:2,4 338:5
356:21
**thousand** 250:11
**thousands** 284:8
344:3
**three** 15:12,14 26:3
26:7 47:24 58:9
75:2 92:18 111:17
122:5 128:7 150:6
157:22 181:3 197:6
207:8,10,15,15
208:4 226:24 231:6
231:17 237:21
238:17 289:24
300:10 308:15
329:7 339:12
344:23 374:20
**threw** 83:3
**throw** 30:10 49:14
281:2 300:10

**tied** 168:7
**tiers** 242:23
**till** 65:13 264:21
295:10 350:5
**time** 11:10,15 12:3
14:20 30:25 31:11
31:13 34:9 36:2,7
44:20 46:23 48:10
52:14 62:7 67:10
71:18 79:17 80:3,6
82:4,12,17 84:5
86:15 87:2,14 93:21
94:20 95:20 98:4
100:2 102:24 106:3
106:4 108:12,20
111:4 124:6,24
132:6,19,22 133:8
135:3,24 138:4,10
141:7,15 143:8,10
145:19 148:19,21
150:5 151:22 152:4
152:25 154:12
162:9 163:19,22
164:11,12,17,18
166:10 168:14
169:8 175:12 180:4
180:16 181:10,15
184:14 188:24
192:23 193:15
194:2,6 195:10,13
200:16 205:14
208:15 211:10
212:23 216:3,8
233:24 246:24
247:25 251:8
253:10,14,19,20
254:10,19 257:3,17
258:14,20 261:19
261:24 262:3,24,25
263:13 264:2,12,25
265:19 271:11
272:16 273:15,16
274:12 275:4
277:16 278:7 289:3
291:22 295:19

299:3 302:20
307:20 310:5 316:6
316:15,20 329:23
331:12,19,24
334:10 335:11
337:4,7,18,25
338:23 339:23
340:20 341:15,22
343:22 347:15
348:25 350:25
352:2 353:15
356:21 364:5 365:9
371:25 377:6
**times** 18:8 19:3
30:16 36:14,17
41:18 42:13,21,22
50:5,9 52:2 60:6
82:11 135:22
151:14 188:25
189:2 211:8 226:8
234:7,12 237:19
238:7 239:4,5,22
245:8 250:11
295:20
**timing** 279:12
**tires** 107:16
**title** 16:22,24 23:7
119:11,14 133:2
194:20 257:15
328:7
**titled** 22:8 42:25
56:16 70:21 73:10
77:8 79:19 86:5
96:16 101:18
114:21 151:6 176:3
**today** 11:14 15:5
61:22 63:6 89:7
109:23 116:22
138:6 145:22 155:2
155:24 156:17
157:22 158:9,25
173:3 182:2 199:6
199:25 200:17,19
203:4,16 208:7
209:11 210:23

222:13,22 228:24
233:15 257:22
258:13,23,25 259:3
263:24 271:12,13
282:3,23 288:23
333:10 338:17
342:2
**today's** 115:5
**told** 28:20 59:5
88:22 89:12 90:10
93:15 130:8 273:3,5
336:12 337:9,14,24
340:5 341:12
**tomorrow** 68:8
124:12 170:25
171:5
**tony** 258:11
**tools** 66:13
**top** 41:24 49:12
73:15 77:19 80:14
104:18 107:14
177:25 190:2
289:18 290:23,24
362:23 363:3,4,9
364:22 367:5,7
369:5,19
**topic** 291:7
**tore** 212:11
**tornado** 220:23
222:18 298:15
**toss** 355:15
**total** 138:5 142:6
150:7 201:24 202:4
215:8,8,12,13,16
222:14,23 348:6
**totally** 131:18 216:7
**touch** 283:11
**touched** 249:7,14
**tough** 359:25
**town** 7:22 127:5
224:20
**tracked** 268:13
**tracking** 346:7
**trade** 53:3 235:8
254:21 269:12

330:7
**traded** 53:6 164:20
**traders** 161:18
**trades** 194:17
330:12
**traffic** 16:23
**trailers** 60:7
**train** 286:15
**transactional**
113:10 141:12
142:22
**transcribed** 377:8
**transcript** 378:17
378:18 379:3,6
**transcription** 377:9
**transformer** 281:12
**transformers**
273:21 276:17
**translated** 267:25
**transport** 302:7
**transportation**
28:18 258:17 267:9
**treat** 308:12
**trial** 11:10
**tried** 281:13 284:6
350:13,19 366:20
**triple** 58:7
**trouble** 371:12
**truck** 107:15,16
211:11 225:7
273:22,23,25 276:7
281:9,11
**truckloads** 153:25
157:12
**trucks** 225:13
331:14 342:22
**true** 29:22 87:5
164:5 168:19
243:16 335:21
377:9
**truex** 309:20,22,23
317:22
**truly** 94:5
**trusting** 195:19

**truth** 377:7,7,7
**try** 82:2,3,24 149:8
185:7 237:17 240:2
321:5
**trying** 42:17 140:9
146:5 167:5 191:7
203:24 228:23
236:9 259:13 273:7
277:6 281:16,21
284:8 322:8 324:5
329:16 341:3
345:25 366:21
372:14
**tube** 293:22
**turn** 80:13 90:12
206:15 240:7
283:10 287:22,23
290:11,19 294:21
297:7,25 300:16
**turning** 353:10
**tv** 230:22
**twice** 69:11
**twisting** 179:17
**two** 3:17 6:22 16:16
16:17 25:24,25
52:16 58:9 92:21,25
93:7,14 99:21
100:12 113:16
119:12 122:5 151:8
153:5 154:2,18
157:12 175:18
196:23 199:19
220:22 221:24
222:2,17,23 231:7
231:17 232:13
238:11 240:13
248:22 252:9,18
266:10,14 282:11
289:22 306:11
307:15,20,23
308:15,24 310:11
314:17 321:6
326:24 327:6 329:7
339:10,11,12
347:12,12 348:5

360:9 366:2
**tx** 2:5
**ty** 256:25 257:3
306:23
**type** 118:21,23
122:2 131:18,21,23
235:8 242:15 306:8
320:11 325:3
337:16 343:5,12
369:16
**types** 122:8 182:3,4
223:7 230:22
371:20
**typically** 68:24
157:19 232:10,17
**tyson** 262:5,6

**u**

**u** 310:9
**u.s.** 11:22 82:23
125:23 131:14
141:20 147:19
327:20,21 330:15
**ue** 88:18
**ue0131851** 5:19
69:21 70:5
**ue0131854** 5:19
69:22
**ue0133214** 6:18
119:2,10
**ue0133217** 6:18
119:3
**ue0133262** 6:16
114:2,10
**ue0133264** 115:14
**ue0133265** 6:16
114:3
**ue0135552** 6:21
150:15 151:4
**ue0135555** 151:10
**ue0135556** 6:21
150:16
**ue0148105** 9:16
368:23

ue0148106   9:18
  370:15,22
ue0153041   6:14,14
  103:16,16 104:16
ue0153055   6:12
  100:21 101:4
ue0153056   6:12
  100:21
ue0153063   8:13
  266:18 360:11
ue0153064   8:13
  266:18
ue0153273   5:21
  73:4,12
ue0153276   5:21
  73:4
ue0186974   9:14
  366:10
ue0186975   9:14
  366:10
ue0214033   6:9 96:5
  96:13
ue0214036   6:9 96:6
ue0246077   6:5 79:8
  79:16
ue0246080   6:5 79:9
ue0295498   23:5
ue0368631   6:7
  85:20 86:4
ue0368636   6:7
  85:21
ue0753395   7:5
  172:7
ue0753407   7:5
  172:8
ue0754321   5:17
  64:23 65:6
ue0754330   5:17
  64:24
ue0875297   5:15
  55:18 56:2
ue0875304   5:15
  55:19
uep   5:18,20 6:10,13
  7:6 8:11 9:13,13,15

9:17 20:10,12,18,19
20:20,23,25 21:12
21:21 22:2 23:24
24:7,12,21 25:9
26:9,16 27:12,16
28:3,24 29:22 33:4
34:20 36:7 41:3,6
41:12 42:7,12,16
44:2,9 48:17 51:9
51:19 52:3,8 53:18
53:24 54:12,20 56:6
56:13 60:21,24 61:2
61:5,19,20 62:12,15
62:25 63:9,10,13,17
63:25 64:4,5 65:11
67:4,10,17 68:2
69:20 71:15,19 72:5
73:2,24 76:6 77:4,8
78:9,19 80:2,11
81:3 84:17,22,24
86:3,12,16,20,21,23
87:4,5,6,12,13,20
88:3,5,19 89:3,8,12
89:24 90:7,10 94:13
94:19 95:11 96:12
96:19 98:15 99:11
100:19 101:2,6,9
103:12,14 104:14
106:12 107:23
108:8 111:14 114:9
114:11 116:16
117:5,5,8,11,12,19
117:20 118:7,19
120:9,23 121:7
122:9,9,20 124:5
125:11,20 126:21
126:24 130:10,14
130:17 131:4,14,22
132:4 133:19 134:2
134:8 135:11 136:5
136:6,10,18 151:3,6
152:22 153:25
155:3,25 161:5,14
161:17 163:12
165:16,18,20,24

166:2,7,14,25
168:13,20 169:21
170:3,19 171:24
178:2,11,16 182:19
182:23 183:2,18,19
183:25 184:7 185:6
185:15 195:19,22
196:4 210:24
254:12 264:3,21
265:14,15 266:16
271:15,25 272:7,8,9
272:16,16 273:16
277:19,22 278:7,8
278:10,16 281:18
281:22,24 286:18
288:12 299:5
304:13 305:21
308:2 312:8 322:11
325:3,17 326:7
333:12,14 334:4
335:20 336:2,6,14
336:18,20 337:8,11
337:14,15 338:2,23
338:23,25 339:3,9
342:3,7,10,25 343:8
343:9,18 345:3
346:13,15,18 347:4
347:5 348:13 350:3
351:19 354:7,8,19
355:12,21 357:20
358:3 360:23,25
362:9,20 365:10
366:4,5,8,9,17,23
368:22 370:14
371:9,14,20 372:10
372:10,18 374:18
374:23

uep's   5:16 25:6
  27:22 40:3 64:22
  65:7 70:4 71:5
  79:15 86:10 88:25
  89:22 96:21 107:3
  119:18 125:11,20
  126:21 133:7
  165:15 176:20

177:8 182:18
195:23 272:17
353:25 355:6
365:13 367:6,20
uh   212:10 323:4
ultimate   272:18
  308:7
ultimately   26:9
  139:10
unable   231:14
unanimously
  110:17
underlined   120:16
underscore   327:16
understand   15:4
  31:5 41:4 61:10,21
  81:2,13,15 93:18
  112:12 117:4,10,18
  123:15,16 125:6
  131:15 151:21
  156:7,12 222:20
  228:9 236:9 241:23
  245:14 259:6,13
  280:3 281:16,21
  282:18 314:6
  316:16 320:12
  331:2
understandable
  28:23
understanding
  51:21 55:6,7 63:5,7
  67:9 97:10 109:22
  116:21 121:6
  127:13 132:9
  136:18 154:25
  155:23 156:16
  166:15 168:11
  169:16 179:16
  188:8 214:6 220:8
  221:10 222:4
  236:17 253:3,5
  272:24,25 277:7
  282:20 283:3,17
  307:5 325:2 333:13
  333:16 334:4

335:10 339:24
340:4 345:2 351:16
352:2
**understands** 129:6
137:15,17
**understood** 63:22
236:22 239:13
340:6 351:7
**unexpected** 114:24
**unhatched** 291:10
292:4
**unified** 343:3
**uniform** 280:13
**unit** 238:9
**united** 1:1 3:21,22
5:12,14,16,18,22
6:4,6,8,15,17,20 7:4
13:14,15 20:6,9
21:5 22:8 23:8
27:20 28:3 30:6,14
31:9 33:7,11,15
34:22 35:2,6 36:9
39:12,19 46:3 55:17
55:25 64:22 65:7
69:20 70:20 73:10
76:20 79:7 85:19
96:4 97:14 106:8
113:25 118:25
119:9 121:15
124:11 125:5,7
126:17 128:16
130:24 141:6,14,25
143:3,14,17,18
144:2,14 145:6,24
146:11,14,19
147:12 150:14
152:15 154:10
165:7 170:24 172:6
175:25 218:17
273:7 313:10 334:6
342:15 350:9 361:4
367:11 369:6,10
370:20
**university** 2:11

**unprofitable** 82:6
**updated** 201:15
**upper** 200:8 206:7
217:12
**upstairs** 28:19
**urner** 56:21 65:24
115:5 267:6,7,25
268:2,5,5,7 269:10
269:16 296:15,16
296:22,24 306:4
319:11,22 330:10
330:13,14,17,20
**usda** 19:16 43:10
51:23,24 52:4,8,9
60:17 87:10 97:17
343:12 360:17,20
373:4
**use** 107:15,19 129:2
196:16 231:3 238:5
238:25 246:3,22
247:4 297:17
328:17 330:11
**usem** 115:2 125:8,12
125:21,24 126:3,7
126:10,18,22 127:7
127:24 128:6,25
129:15 130:5,9,11
130:12,15,17,24
131:4,6,7,11,13
132:3,8,12,20,22
133:9,18 134:2,9,18
134:25 135:4,10,11
135:11,14,19 136:3
136:8,15,16,19,21
136:22,23 137:5,11
137:12,23 139:5
140:4,16 143:12,20
143:25 145:22
146:16 151:6,18,24
152:4,25 154:17
160:5,16 161:12,13
161:23 162:12,25
163:7 203:18 204:2
204:13 327:23,23
328:2 332:8 339:8

339:19,23 340:9
341:3,14 347:7,9
348:6 354:7,8,19
**usem's** 127:14
**user's** 227:22
**users** 319:10
**uses** 269:20
**usual** 47:19
**usually** 26:4 149:2,2
159:11 163:24
175:13 187:12
248:18
**utilize** 144:9

**v**

**va** 2:11
**vague** 145:17
**vaguely** 199:23
267:20 287:15
304:10 364:9
**valid** 335:22 336:20
336:20 337:11
338:2 341:14 350:4
374:24
**valley** 328:12
**value** 160:22 176:4
176:9 367:6
**values** 7:22 224:20
**vanessa** 4:1
**variable** 112:20
113:10
**variance** 108:3
**varies** 182:6 349:19
**various** 24:21 30:15
39:15 44:8 46:4
47:25 52:3 195:17
324:4 330:18 337:2
343:12 362:16
368:5 371:13
**vendor** 230:8
**verbally** 323:6
**verbatim** 287:16
**veritext** 11:14 13:22
**versus** 160:18
214:20 215:6 222:6

223:6 301:16 306:8
**vertical** 223:14,16
224:8
**vffi.com** 317:17
**viable** 360:3
**vice** 16:25 17:2,8
200:10 258:15,19
**video** 289:24
**videographer** 4:19
11:12 13:7,9,20
100:4,11 196:22
197:5 251:13,18
289:23 290:6
332:19,24 356:16
368:14,19 375:15
**videotape** 100:5,12
196:23 197:6 290:7
375:16
**videotaped** 1:11
**view** 271:11
**viewed** 105:7 212:21
**views** 21:8
**violating** 355:22
**virtual** 225:16
**vision** 321:16,17
**visited** 334:25
**visiting** 334:24
**vjacobsen** 4:3
**voice** 21:4 24:13
95:16 99:2 102:12
102:17,21 117:7
367:20
**voiced** 99:5 102:20
102:23 118:10
**voices** 5:12,14,16,18
5:22 6:4,6,8,15,17
6:20 7:4 27:20 28:3
30:6,14 31:9 33:7
33:11,15 34:22 35:2
35:7 36:9 39:12,20
55:17,25 64:23 65:7
69:21 70:20 76:20
79:7 85:19 96:4
113:25 119:2,9
150:14 172:6 176:2

volstead 9:17 21:6
94:21 333:14,17,24
334:4 335:3,12,22
336:21 337:11
338:3 339:25
341:14 350:4
353:20,24 354:9,20
365:11 367:12
370:8,14,21,25
371:13,21 374:24
volume 19:18
330:16
volumes 320:8
voluntarily 94:23
374:4
voluntary 51:20
55:14 67:20 71:6
78:15 116:19
123:13,15 325:17
373:6
vote 24:5,13,15,20
26:19 41:6,13 74:20
78:22 110:18,22
133:15 139:10
140:18,20 171:15
voted 75:11 110:24
140:25 184:22
279:18
voters 282:15
votes 75:7 284:11
voting 75:2

**w**

w 3:15 327:14
329:11,15,21
wabash 328:12
wacker 4:8
wait 26:2 168:3
356:17 361:18
waive 375:20,21,22
waived 11:7
wal 166:10 168:5
227:23 312:8
walk 194:13

walked 305:20
walking 281:4
wall 30:21 268:13
279:14 350:6,23
walls 245:11,16
want 46:9 63:15
67:21 78:17 94:24
95:4 100:2 112:3,16
112:23 124:21
134:12 137:10
142:15 153:20,21
155:21 167:8,11,21
168:17 173:4 187:4
187:7,8,21 189:5
191:19 192:19
193:8 198:6 210:20
217:23 228:15
230:14,19,20
232:10 235:10
237:5,16 239:25,25
240:6 254:20 259:6
273:14 274:25
275:15,16 277:4
278:19,22,24 280:2
281:14 291:15,23
292:14 295:23
296:17,19,22 315:8
316:8,16 325:20
337:8 342:16
344:14 357:7
365:19
wanted 28:20 34:8
54:9 84:7 134:4
167:8 168:8,23
172:3 188:9 189:2
209:9 215:3 275:6
275:13 281:14
282:6 285:4 300:12
304:20 311:19,21
313:18 315:6,6,9
319:8,15 322:15
323:12 325:19
346:10 360:3
wanting 331:12
342:4

wants 142:13 152:9
348:21
war 190:20 274:12
warehouse 230:17
230:17,18,25 231:5
warm 243:2
warned 276:21
wash 251:8
washed 250:5
washer 250:4,4
washington 1:14 3:3
3:10 11:18 15:17
26:5 73:12 310:11
water 227:16 273:18
way 17:9 19:20
58:19 59:8 61:6
81:23 109:19 120:3
123:5 126:2 135:21
155:9 156:21
192:21 204:14
227:10 235:17
242:24 263:10
278:8 280:5 285:11
294:16 308:13,14
308:14 313:16,18
317:2 327:14 338:7
345:8 352:11 361:7
362:3
ways 90:20
we've 20:18 22:5,24
22:25 44:11 69:10
95:19 138:6 140:10
207:8 208:23 209:2
223:10 234:9 296:6
305:15
weak 81:23 300:10
weather 97:25
114:25
weaver 234:8
323:16
web 7:17,20,23
205:21 206:10,13
217:2,11,17 224:16
224:17 225:5
226:14,24 227:2,7

246:19 276:10
wednesday 190:4
weed 81:23
week 108:19 112:22
115:8 119:20,22,24
124:7 159:6,10
231:10,20 236:3
239:11 259:17
260:9,10 348:17
weekly 268:11 269:4
269:14
weeks 66:18 69:6,7
69:9,9,10,13,13
71:8,9 74:13,14
76:10,11 78:4 91:21
108:11 109:6
110:13,15 123:22
124:14,15 154:3,18
157:12 231:7,7,17
231:17 232:6,8,24
236:3,6 295:10,13
295:24,25 296:7,8
weighed 250:10
weight 250:11
weil 3:1
weil.com 3:4
welby 327:6,9,9,11
327:12
welcomed 96:20
welfare 48:8 74:24
105:4 106:19
107:24 176:21
177:2 189:6 253:11
272:3,17,19 279:15
286:16 288:11
300:20 308:9,10
313:24 343:14
344:11 350:14
welfarism 185:8
went 35:10 41:16
47:6,22 83:6 84:6
89:10,11 90:8,9
97:18,21 98:5 129:8
130:8 168:11,12
180:3 181:8,13

183:11 265:5
274:17,19,21,24
275:7 278:14 279:5
279:6 281:24
305:17 326:8
327:12 328:25
351:15
**wesner** 258:11
**west** 130:8
**wetness** 250:6
**whaley** 365:5
**whatnot** 322:17
**wherewithal** 170:23
**white** 218:3,4,7,8
219:2,3,24 220:4,6
220:9,20,22 221:8
221:14,17 222:7
**whitney** 3:16 355:3
**wicker** 310:12
**wide** 222:15 250:2
**wider** 249:25
**wife** 28:19
**wilcox** 310:19,19
**wild** 244:5
**wildlife** 244:11
**willardson** 310:18
**willing** 151:25
332:12
**wind** 246:6
**window** 150:5
213:15
**windows** 244:18,24
**wings** 283:10
**winter** 48:9 82:21
243:2 246:5 320:2
**winterset** 207:13
**wire** 245:21,22
**witness** 10:3 11:25
13:22 17:25 18:15
18:17 22:15,18
31:20 33:25 35:9
36:13 38:3,7,11,18
39:5 40:8,16,22
45:4,17 47:13 48:23
51:19 53:14 54:4,16

55:2 57:15 58:15
61:13 62:6 63:16
67:9 68:7 70:15
72:13,17 78:13
83:16 85:9 88:17
90:3 92:5 94:18
95:16,25 98:19
107:6 108:25
109:10,18 110:6
116:7 117:15,23
121:11 122:16,24
123:11 124:10,15
124:21 129:7
130:20 132:14
136:22 137:5,8,11
137:14 143:6 144:7
144:16 145:12,18
146:2,21 147:16
152:19 154:23
155:7 156:10 157:7
157:16 158:19
162:8,15 163:4,18
164:11 169:8 175:2
177:22 178:8,24
179:7,15 183:6
184:6 186:15
187:12,24 188:14
196:11,18 197:11
198:9 215:2 219:10
251:11 257:9,20
264:14,18 265:12
265:17 266:21
285:22 291:17,23
305:6 310:15 323:7
323:9 324:14 328:2
347:20 355:11,24
356:11 373:22
375:2,10,13 376:3
377:10,12 378:2
**women** 281:4
**wondered** 238:18
**wondering** 146:16
**wood** 243:10
**word** 117:20 120:16
313:20 329:8 332:2

332:7
**words** 104:11 156:5
179:18 293:13
346:25 348:14
**wore** 97:24
**work** 69:3 97:9,12
98:13 99:12 131:7
131:10 132:8
135:25 140:10
173:22 194:8
235:17 248:12
293:16 294:13
**worked** 27:11
130:17 131:3,6
327:17
**working** 16:10
106:5
**works** 98:10 232:23
**world** 134:6 136:13
141:21 350:17
**worried** 47:13 280:4
**worry** 192:14
**worth** 150:6 237:24
239:10 261:9
359:24
**wrenches** 107:15
**wright** 1:12 3:7
11:17 12:24 13:3
**write** 62:3 131:20
**writer** 199:21
**writes** 117:9
**writing** 305:12
310:21 318:10
**written** 38:16 39:3
64:5,8 286:14
355:12
**wrong** 131:18
135:24 187:14
191:17 254:22,25
297:14 344:24
351:17,23 361:18
361:19
**wrote** 63:13 117:3
192:2 200:16
287:17,18 322:18

**www** 227:2
**www.desmoinesre...**
8:4
**www.desmoinesre...**
246:10,20
**www.goodegg**
7:24 206:9 217:13
217:15 240:24
**www.goodegg.com.**
240:22

---
**x**
---

**x** 5:1,9 6:1 7:1 8:1
9:1 148:18,20
169:14 236:2 250:2
304:21

---
**y**
---

**yahoo.com** 327:6,12
**yank** 171:20
**yea** 140:13
**yeah** 17:7 36:25
50:16 93:3 159:24
195:4 204:24
212:11 216:23
217:17,21 219:20
220:14 223:4
225:11 228:5 230:2
242:5,9 244:16
247:24 253:17
254:24 255:4 256:2
264:8 269:10
271:24 284:25
287:7,15 304:15
307:2 309:7 316:2
322:21,21 326:10
340:13 349:5
**year** 18:8 24:10
25:21,24 26:3,7
42:14 45:21,21,21
56:25 58:8 66:8
82:13,18,20,21,22
96:24 101:25 111:4
138:7 151:14
163:19 169:14
175:13,15,16,18

201:24 202:20
205:15,17 233:23
234:12 239:4,5,23
319:20 324:12
343:23 344:5,19
371:8

**years**  16:9,12,13,16
16:17 17:17 20:21
21:25 42:5 44:3
47:3 58:9,9,9,11
83:5 93:21 132:9
157:21 158:14,21
158:24 169:14
192:9 193:5 194:6
195:21 208:9,24
212:9 213:2 228:17
229:8 234:3 254:8
255:3,8 261:14
264:23 269:10
273:6 276:13
279:11,11 280:16
319:21 330:19
334:16 335:8
339:10,11,12,15,17
339:20,21 354:7
357:20 366:22
367:22 368:7
374:18

**yep**  96:18 259:24
285:21

**yesterday**  217:20

**yield**  237:21

**yo**  18:12,12

**york**  192:9 194:7
280:25 311:22
345:5

**young**  57:19

**younger**  198:11
258:3,9,10

**z**

**zero**  245:12