# ATTACHMENT 59

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7                            - - - - -

 8

 9                       PHILADELPHIA, PA

10

11                       MAY 11, 2018
                         DAY EIGHT

12
     BEFORE:        THE HONORABLE GENE E.K. PRATTER, J.
13

14
                              - - - - -
15
                         TRIAL TRANSCRIPT
16
                              - - - - -
17

18

19

20
                    KATHLEEN FELDMAN, CSR, CRR, RPR, CM
21                  Official Court Reporter
                    Room 1234 - U.S. Courthouse
22                  601 Market Street
                    Philadelphia, PA  19106
23                  (215) 779-5578

24

25        (Transcript produced by mechanical shorthand via C.A.T.)
```

197

1   Please state your full name and spell your last name for the
2   record.
3                   THE WITNESS:  Marcus Rust.
4                   THE COURT:  R-U-S-T?
5                   THE WITNESS:  R-U-S-T, like in corrosion.
6                   THE COURT:  Okay.  Are you comfortable there?
7                   THE WITNESS:  Yes.
8                   THE COURT:  Good.  Keep your voice up, good
9   afternoon.
10                  And, Mr. Neuwirth, you may proceed.
11                  MR. NEUWIRTH:  Thank you, Your Honor.
12                  Good afternoon, Mr. Rust.
13                  Good afternoon, ladies and gentlemen.
14                          DIRECT EXAMINATION
15  BY MR. NEUWIRTH:
16  Q.   Mr. Rust, you are the chief executive officer of Rose
17  Acre Farms, one of the Defendants in this case?
18  A.   Yes.
19  Q.   And for how long have you been chief executive officer of
20  Rose Acre?
21  A.   I've been that since 2011.
22  Q.   And prior to 2011, what positions did you hold at the
23  company?
24  A.   Well, it's a family farm and we all have done our various
25  things, and I took care of construction and helped with egg

198

1   sales and just lots of different things.
2   Q.   Well, what was your position at the company in the year
3   2002, if you recall?
4   A.   The same, about the same thing, doing the same general
5   stuff I did -- I do every day.
6   Q.   Did you have a title?
7   A.   I was kind of vice president, I guess.  That was the
8   official title, but it wasn't one -- it's not up on my wall or
9   anything like that, anyplace, not on my door.
10  Q.   And you -- is it correct that you held that title or
11  unofficial title of vice president until 2011 when you became
12  the Chief Executive Officer?
13  A.   Yeah, we're a chicken farm.  We're not title people.
14  Q.   Now, what you've described as this chicken farm, today it
15  has over 24 million laying hens, correct?
16  A.   Yes.
17  Q.   And it's correct that Rose Acre has 20 facilities in
18  eight different states, correct?
19  A.   That could be right.  I think it may be 18, but I'd have
20  to go through and count.  I don't -- I don't tally like this
21  many farms or that many farms.
22  Q.   But maybe roughly 18 in eight different states?
23  A.   Yeah, yeah.
24  Q.   And it's correct -- well, let me ask you this:  Your
25  counsel, I believe, said in presenting an opening on behalf of

199

1   Rose Acre to the Court and the jury on May 4th, said that as
2   of 2014, Rose Acre, for the year, had produced 6.9 billion
3   eggs.
4                   Does that sound right to you?
5   A.   It could be.
6   Q.   Do you know where your counsel would have gotten that
7   number?
8   A.   I would assume someone in our sales department would have
9   gave it to him.
10  Q.   Okay.  And is it correct that at some of Rose
11  Acre's facilities, the production of eggs is very highly
12  automated?
13  A.   We have what is called integrated farms.  And when I say
14  "integrated," we go from day one, we actually buy breeder
15  chicks and we take the breeder chicks and we grow them up to
16  full-grown layers, and they're breeders and we take -- and
17  they have roosters in there with them, and we take those
18  fertile eggs and put them into our hatchery.  And they
19  intubate for 21 days in the hatchery, and then they get moved
20  to our pullet farms where they grow from zero to 16 or 17
21  weeks of age, and then we move them to a layer farm.
22                  And the layer farm then is a -- it will be a large
23  farm with multiple buildings, henhouses, and we will put --
24  there's all automatic conveyer belts that transport the eggs
25  from the chickens to the houses, to the main belt, and they go

200

1   into the egg grader and humans never touch the eggs.  It's a
2   very automated system and very complicated and it needs very
3   good people to take care of it.
4   Q.   And, in fact, I think you've explained when you gave some
5   testimony in this case, as I think you just said, that in the
6   layer part of your business, where you have the hens laying
7   eggs and then the eggs are produced, that the eggs can go from
8   the chicken to the egg case without ever being touched by a
9   person, correct?
10  A.   Theoretically, we can have it in an egg case from the
11  chicken, maybe in 15 minutes at the soonest, and the ones
12  farthest away it could be two hours.
13  Q.   And, again, that would be without any human being
14  actions?
15  A.   Without a human touching it.
16  Q.   And the facilities that Rose Acre has are very large
17  henhouses.  And when I say "facilities," I'm focusing on the
18  part of the business that involves the laying of shell eggs.
19  Rose Acre has very large henhouses that sometimes will hold
20  several hundred thousand hens at once, correct?
21  A.   Yes.
22  Q.   And that is true of all the facilities where Rose Acre
23  produces eggs, correct?
24  A.   That is true of most egg farms in the United States.
25  Q.   Okay.  Certainly the large ones?

201

```
 1    A.   Most.
 2    Q.
 3              Now, is it correct that Rose Acre joined the
 4    organization known as the United Egg Producers in the year
 5    2002?
 6    A.   Yeah, I think February 2002.
 7    Q.   And it's correct, isn't it, that right at the time that
 8    Rose Acre joined the United Egg Producers, you, as a
 9    representative of Rose Acre, became a member of the United Egg
10    Producers Board of Directors, correct?
11    A.   Yes.
12    Q.   And do you remain a member of the Board of Directors
13    through to today?
14    A.   I still am today, yes.
15    Q.   Okay.  And you were a member of the Board throughout the
16    period at least from 2002, when Rose Acre joined the United
17    Egg Producers, through the end of 2008, correct?
18    A.   Yes.
19    Q.   And you also took a position on the United Egg Producers
20    marketing committee, correct?
21    A.   Yes.  We wanted to make sure we were involved in every
22    aspect of that.  For us it was kind of like a -- you know,
23    kids on to school for the first time.  You wanted to make sure
24    you knew every part of the function that was going on, because
25    we had never been part of a co-op before.
```

202

```
 1    Q.   Okay.  And the -- in addition to being a member of the
 2    marketing committee officially, you would also attend
 3    meetings, at least during this period, 2002, when you first
 4    joined, of the United Egg Producers Animal Welfare Committee,
 5    correct?
 6    A.   Yes.
 7              And I need to correct something I just said earlier.
 8    Q.   Yes.
 9    A.   I think I wasn't a member of the marketing committee till
10    maybe the second year or something like that.
11    Q.   Okay.
12    A.   I wasn't right off.
13    Q.   But right off, you did start to attend --
14    A.   We had more people at the marketing committee.
15    Q.   Okay, thank you for the clarification.
16              And it's correct, isn't it, that almost immediately
17    upon joining the United Egg Producers, you personally started
18    attending meetings of the Animal Welfare Committee, the
19    Producers Committee on Animal Welfare?
20    A.   Not as a committee member.  I attended the animal welfare
21    just as an egg farmer wanting to know what's going on.
22    Q.   And, in fact, you attended many meetings of the Animal
23    Welfare Committee even though you were not an official member,
24    correct?
25    A.   I attended every one I could every time I was there.
```

203

```
 1    There's a few times I was not there, but, you know, when
 2    you're in the chicken business, and everything you own is a
 3    cage, and animal rrighters are trying to get rid of cages,
 4    you're making sure that you're taking very good notice of
 5    what's going on.
 6    Q.   And you were an active participant in those meetings,
 7    even though you were not an official member of the committee,
 8    correct?
 9    A.   Sometimes quiet; sometimes vocal.
10    Q.   Now, when Rose Acre first joined the United Egg Producers
11    in early 2002, I think you said it was roughly February 2002,
12    that was a time when the United Egg Producers was in the
13    process of adopting an Animal Welfare Program, as they called
14    it at that time, with a 100% rule, correct?
15    A.   That was -- we had very limited understanding of what
16    they were developing until we got involved.
17    Q.   Right.  And -- but it is the case, isn't it, that roughly
18    at that time, the United Egg Producers, including at Board
19    meetings, was officially adopting a certified program that
20    included a 100% rule, correct?
21    A.   They -- I don't think the 100% rule come up until later.
22    It wasn't at the first part.
23    Q.   Well, do you recall that as early as March of 2002, the
24    United Egg Producers adopted a version of the 100% rule that
25    was then adopted again at a meeting in October of 2002?
```

204

```
 1    A.   I would have to look at paperwork to verify one way or
 2    the other.
 3    Q.   Okay.  Now, it's correct, isn't it, that when you first
 4    arrived or first became involved in the United Egg Producers,
 5    you and other people at Rose Acre questioned the motives of
 6    this new Animal Welfare Program?
 7    A.   We were very suspicious of UEP as a group.  There had
 8    been various members of UEP that filed multiple lawsuits
 9    against us prior years and we just were afraid of what -- some
10    of the things they may be doing.
11    Q.   And who is K.Y. Hendrix?
12    A.   That's my brother-in-law.  My sister's --
13    Q.   And -- I didn't mean to interrupt you.
14              And K.Y. Hendrix, in addition to being your
15    brother-in-law, worked and was actively involved in Rose
16    Acre's business, correct?
17    A.   Yes.  He was sat on the Animal Welfare Committee for the
18    family.
19    Q.   Okay.  And who is Lois Rust?
20    A.   That's my mother.
21    Q.   And at that time in 2002, was she the Chief Executive
22    Officer of the company?
23    A.   She never really had that title.  She was, I think,
24    president and then Chairman of the Board.
25    Q.   Okay.  Was she still actively involved at that time in
```

205

```
1   the management of the company, in 2002?
2   A.  Yes.  And she still is today.  Mom's mom.
3   Q.  Okay.  And do you recall that K.Y. Hendrix sent a memo to
4   you and to your mother, Lois Rust, in March of 2002 very soon
5   after Rose Acre had joined the United Egg Producers
6   questioning the motive of the new Animal Welfare Program?
7   A.  Yes.
8   Q.  Okay.  Let me hand you a document that has been marked as
9   Plaintiffs' Exhibit 3.
10          MR. NEUWIRTH:  May I approach, Your Honor?
11          THE COURT:  Yes.
12  BY MR. NEUWIRTH:
13  Q.  And when you said that you recalled a memo that
14  K.Y. Hendrix had sent to you and also to Lois Rust in March
15  of 2002 raising questions about the motives of the Certified
16  Program, was this the memo that you were referring to?
17  A.  I think it is.
18  Q.  Okay.
19  A.  Mom sends lots of memos and notes out, and you have to
20  do -- I think this is where we had -- that my
21  brother-in-law was to be put on one of the committees that
22  looked at it because Mom was very suspicious of the group.
23  Q.  Well, this memo is actually -- at least the typewritten
24  portion of it was something that K.Y. Hendrix sent to Lois
25  Rust, Anthony Rust, Marcus Rust, Victor Rigterink and David
```

206

```
1   Hurd; is that correct?  Do you see that on the first page?
2   A.  Yes, but I'm not sure that they would have gotten the
3   handwritten version.  I have no idea, with the type --
4   Q.  Right.  So my question was just about the typewritten
5   version.  The typewritten portion says expressly that
6   K.Y. Hendrix had sent this on March 14, 2002 to you and to
7   your mother, Lois Rust, and several other people at Rose Acre,
8   correct?
9   A.  Yes, that's what I see, yeah.
10  Q.  And I take it, based on your prior answers, that you
11  recall having received this at the time, correct?
12  A.  I don't recall having received this at the exact specific
13  time, but since this, you guys sued us, I've seen it several
14  times.
15  Q.  Okay.  And you don't have any reason to doubt that, in
16  fact, it was sent to you at that time?
17  A.  This is my mother's handwriting.
18  Q.  Okay.
19  A.  She's -- she likes to write things.
20  Q.  And just to be clear, what you're talking about is on the
21  second page of this document that was sent by K.Y. Hendrix,
22  there is a response in -- that's been written by -- by Lois
23  Rust, by hand, correct?
24  A.  Correct.
25          MR. NEUWIRTH:  Your Honor, we would move the
```

207

```
1   admission of Plaintiffs' Exhibit Number 3.
2           MR. KING:  No objection.
3           THE COURT:  3 is admitted.
4           MR. NEUWIRTH:  And if we could put up -- if we could
5   please put up Plaintiffs' Exhibit Number 3.  And if we can
6   just bring out the top.
7   BY MR. NEUWIRTH:
8   Q.  As you said this is a memo that K.Y. Hendrix sent to you
9   and your mother and others on the subject of the UEP Animal
10  Welfare Guidelines and audit, correct?
11  A.  Yes.
12  Q.  And that is --
13          MR. NEUWIRTH:  There may be some water up there.
14          THE WITNESS:  I got some water here.
15  BY MR. NEUWIRTH:
16  Q.  And do you see that the subject is the UEP Animal Welfare
17  Guidelines and Audit, and it's dated March 14, 2002, correct?
18  A.  Yes.
19  Q.  And could I ask you if you could turn to the second -- to
20  the second page of the document.
21          MR. NEUWIRTH:  If we can put up the second page, and
22  if we could it blow up --
23          THE WITNESS:  Is that the same as this?
24  BY MR. NEUWIRTH:
25  Q.  Yes.
```

208

```
1   A.  Is this the same?
2   Q.  Yes.
3   A.  Because I can't read that.
4   Q.  Yes, it's the same thing.
5           And so if we can look at the second page, and you'll
6   see in the carryover paragraph, there's a sentence that
7   begins:  I don't really know what this whole motive is.
8           Do you see that?  It's about five lines down.
9   A.  Yes.
10  Q.  And do you see it says:  I don't really know what this
11  whole motive is, but I think there is more to it than animal
12  welfare.  I think some people think it will make them rich or
13  something.  I have never been or never will be for quotas, and
14  it seems to me that is somewhat of the path they are taking.
15          Do you see that?
16  A.  Yes.  This was something that we were very concerned
17  about.  My father actually went to Congress and spoke in front
18  of Congress against quotas, against supply management.  Again,
19  we wanted no part of that, and that was the issue that we were
20  afraid that was happening to us.  You know, you have to
21  understand, we had trucks being burned up.  They was attacking
22  us, the animal rights group.
23  Q.  You say you had trucks being burned up?
24  A.  Truck.  Tractor and trailer.
25  Q.  It was one truck?
```

209

1    A.   Well, it's a tractor and a trailer.  So...
2    Q.   That were attached to each other, correct?
3    A.   Yes.
4    Q.   And I think your counsel showed a picture of it during
5    his opening, but do you recall that you testified at your
6    deposition that you didn't even recall when that had occurred?
7    A.   I couldn't recall what the exact date was.  You know, I'm
8    one of those, I remember it happening, I went and looked at
9    the thing, you know, whether it was 2000, 2001, 2002, 1999, I
10   couldn't tell you that exact date --
11   Q.   Right.
12   A.   -- without looking at some kind of a record.
13   Q.   Okay.  Now, I think you have testified previously that
14   you -- and I think you indicated today that at this time, you
15   actually shared the concerns that Mr. Hendrix was stating here
16   in this memo, correct?
17   A.   Yes.
18   Q.   Now, you indicated earlier that the handwriting here
19   comes from -- from your mother, Lois Rust, that you recognize
20   the handwriting.
21   A.   Yes.
22   Q.   And was it her regular practice at this time to send
23   messages that she might write out by hand?
24   A.   That's what she's always done.  I don't think I've ever
25   gotten an e-mail from her.  I always get something that was

210

1    etched on the back.
2    Q.   Okay.  And I take it you're very familiar with her
3    handwriting and are able to read it?
4    A.   I -- through the years, I probably got thousands of
5    these.
6    Q.   Okay, and do you see here that she's written her response
7    right next to the paragraph that included the language that we
8    just read, where Mr. Hendrix says he doesn't really know this
9    whole motive, but he thinks that there's more to it than
10   animal welfare, correct?
11   A.   Yes.  I was not at the meeting that he attended where he
12   heard something.  I don't know what was said.
13   Q.   Okay, but I think you said earlier that you shared these
14   concerns?
15   A.   We -- the family.  Our family was very divided on us
16   joining UEP or not.
17   Q.   Okay.  Now, do you see that there is a line, your mother
18   wrote a couple of things at the top.
19        Are you able to read what she wrote there on the
20   right side in those two little passages above the line at the
21   very top?
22   A.   And you're talking -- I'm pretty sure I can.
23   Q.   Okay, are you able to read it out loud for us?  And I'm
24   asking you just to make sure that we are correctly
25   interpreting the words there.

211

1    A.   It says:  Were a lot of vocal -- and I think it's
2    concerning against who -- and I -- who true -- it looks like
3    vertical, maybe.
4    Q.   Okay.
5    A.   And were only a few egg producers for it.
6    Q.   Okay.  So let me just ask about that.  Do you have a
7    recollection --
8    A.   I think it says true, who is true vertical.  I'm not --
9    Q.   Okay.  But you did see there that it says:  Was only a
10   few egg producers for it.  You read that there?
11   A.   Oh, this was referencing the DAD fighting -- DAD was one
12   of probably only two or three other producers in the whole US
13   that come and fought the marketing order, and this was about
14   fighting the marketing order that UEP was promoting and trying
15   to get in to where they put quotas on.  What they wanted at
16   that time, they wanted everyone to have a quota.  You could
17   have 100 chickens or 10,000 chickens, and once you got that
18   many chickens, you couldn't have any more.  Someone new
19   couldn't come into the business.  They wanted to make it like
20   Canada and make it a managed supply agreement and have quotas
21   to where you couldn't be a capitalistic independent producer.
22   Q.   And then under the line, is it correct that your mother
23   wrote:  Animal welfare people are going to big buyers?  And it
24   looks like it says:  And leaving Congress and the law out of
25   it.

212

1         Do you see that?
2    A.   Yes.
3    Q.   Then it says:  Because there are so few buyers now!
4         Do you see that?
5    A.   Yes.
6    Q.   What -- did you have an understanding of what your
7    mother, Lois Rust meant when she said "because there are so
8    few buyers now"?
9    A.   Well, when you have someone giant like Walmart and
10   Krogers that buy 30 to 40 percent, maybe 50 percent of all the
11   shell eggs, you know, just one or two companies of what we
12   call graded shell eggs, that's a few buyers when you're a
13   chicken farmer.
14        You know, the grocery industry has been taking over.
15   You know, there's very few people to sell to.  As egg
16   producers, we play a game of musical chairs.  They bid us out.
17   You know, over a 20-year period, we may have had Kroger and
18   lost it three or four times.  We may have lost Walmart
19   warehouses three or four times.  They're always bidding
20   against each other.
21   Q.   Now, there's been substantial consolidation of the egg
22   industry as well, correct?
23   A.   Yeah, I think they're still like 65 producers that have
24   had like a million birds or more.
25   Q.   Right.  And in the 1990s, there were maybe 600, correct?

213

1  A.  Correct.  And what happens is, the Walmarts of the world
2  don't want to deal with a bunch of small vendors.  They want
3  big producers.  But then they also don't want to pay anything.
4  So, you know, it's a real clash.
5  Q.  And Cal-Maine -- Cal-Maine was, and in 2000 and remains
6  today, the largest egg producer -- shell egg producer in the
7  United States, correct?
8  A.  Correct.
9  Q.  And Rose Acre, in 2000 through today, is the second
10  largest, correct?
11  A.  We're, I think the third.  Second or third, it depends on
12  how you -- some people have multiple operations under multiple
13  facets of how they do -- we fill everything in one basket.
14  Q.  Okay.  Now, it then says:  This is gorilla warfare, and
15  they are ahead of us by 20 years.  We're in.
16       And it says:  We've had one truck burned up already
17  and best way is to keep a low profile because they, animal
18  welfare, want attention.
19       Do you see that?
20  A.  Yes.
21  Q.  And what did you understand that Lois Rust was referring
22  to in that note that she sent?
23  A.  We, as a family, had decided that because of all of the
24  activism, what was taking place is during the -- whenever a
25  big restaurant chain or Kroger or Walmart would have a Board

214

1  meeting, the animal activists would go there and do protests
2  whenever they had their Board meetings, trying to say, like,
3  you know, all these people, were going to protest all your
4  stores, we're here doing this protest.  And they started doing
5  all of the Board meetings.  And then the other things that
6  they done at that point in time was we, you know, we were out
7  there trying -- when I say we want to be a low profile, we
8  knew we had to get with the majority of the other egg
9  producers and figure out how we could protect our livelihood.
10  Everything our family had invested was in our henhouses.  And
11  these animal rights groups were trying to take our right away
12  to produce chickens in cages.
13       You know, our family, every chicken we own before
14  1966 was cage-free.  In 1967, when we built our first -- 1966 is
15  when we actually built our first caged chicken house, and it
16  was just like all of our problems went away and how much
17  better the birds did, how much -- it was just -- it was like a
18  miracle, you know, for an egg farmer to go from cage-free to
19  cages.
20       And as everything changed, we knew coming back in to
21  this, when the animal rights groups would come in and want to
22  attack us, we could not -- and that's that 100 percent thing,
23  we didn't want to be the target.  We knew if we were united
24  with a bunch of other egg farmers that wanted to keep their
25  cages, and we all agreed to a certain method of production,

215

1  and it didn't matter how many henhouses we built or had, we
2  would be able to defend that and hopefully keep our right to
3  produce eggs from cages.
4       And, you know, in a nutshell, today we've lost that
5  war.  You know, the State of California is getting ready to
6  vote and ban cages totally.  The State of Massachusetts has
7  already banned them.  And, you know, we're chicken -- when a
8  farmer makes an investment in his henhouse, he wants to use
9  it.  And we built stuff that will last 30, 40 years.  We've
10  got a chicken farm I built in 1984, that the cages are
11  35-years-old today, or 34-years-old.  They'll be 35 next year.
12  And it's still a great farm.  You know, we don't want to tear
13  it down just because some animal activists say you can't have
14  your chicken in cages now.
15       We've always went with what we called the best
16  available technology, because, you know, it's always been our
17  family's ability to produce eggs absolutely as cheap as
18  possible.  I've got a brother I fight with over, you know, he
19  wants everything to be cage -- cage or free roaming.  He don't
20  think there should be an in between.  But, you know, I think I
21  want to protect what we've got because I know how -- what
22  happened in Europe, they banned them in Europe, you know, half
23  of the northern tier in Europe they don't allow cages anymore.
24  You know, we're just chicken farmers.  Yes, we're big, but
25  everything we've ever done we've put back into the farm.

216

1  Q.  You mentioned these cages that are 35-years-old that are
2  still in use today.  Are any of those what were known as the A
3  cages, the A-shaped cages.
4  A.  They're what they call the A-frame cage.
5  Q.  The A-frame cage.
6       And Rose Acre continues to use those in some
7  facilities through to today, correct?
8  A.  They work well and they still work well.
9  Q.  And those are the cages that Scientific Committee of the
10  United Egg Producers had identified as problematic because
11  they allow feces from birds that are on the top shelves to
12  land on the hens below or in their food, correct?
13  A.  There's about 20 percent of the back ends of the cage
14  that when the chickens, if they're all in there feeding from
15  the feeders, they can do that.  But when you have a free-range
16  house, the chickens are roosting all over, and then, you know,
17  they defecate on each other too, whether it's free-range or
18  not.  The chicken is an animal.  It does not have a
19  predisposed place it's going to go poop.  It just does it
20  wherever it's going to do it.
21  Q.  You don't deny, do you, that the Scientific Committee of
22  the United Egg Producers had identified the A-frame cages as a
23  problem because of the problem of feces falling from the top
24  of the A-frame down into the lower cages, correct?
25  A.  Correct.  And there was some systems that had got made

217

```
 1   that didn't even have manure curtains.
 2             THE COURT:  Mr. Neuwirth, can we take a break at
 3   this point?
 4             MR. NEUWIRTH:  I must say --
 5             THE COURT:  I didn't know how to do it.  But
 6   Mr. Coyle had asked me if we could take a break here too.
 7             MR. NEUWIRTH:  Okay.
 8             THE COURT:  And I think it's about that time.
 9             It's Friday.
10             Ladies and gentlemen, we'll be back in ten minutes.
11   Don't talk about the case.
12             THE DEPUTY CLERK:  All rise.
13             (Jury out.)
14             THE COURT:  It was your --
15             MR. NEUWIRTH:  It's better than the egg jokes.
16             THE COURT:  Says you.
17             Okay.  Why don't you all take your break and come on
18   back.
19             THE WITNESS:  Thank you.  Do I need to stay up here
20   or I can go --
21             THE COURT:  Whatever you'd like.
22             (After recess:)
23             THE COURT:  Okay, do you want to see if they're
24   ready?
25             Are they ready to come back?  Yes.
```

218

```
 1             (Discussion off the record about further witnesses.)
 2             (Jury in.)
 3             THE COURT:  Okay, everybody, you may take your
 4   seats.
 5             Is everything okay, Mike?
 6             Mr. Neuwirth, you may proceed.
 7             MR. NEUWIRTH:  Thank you, Your Honor.  Thank you.
 8   BY MR. NEUWIRTH:
 9   Q.   Okay.  Thank you, Your Honor.
10             Mr. Rust, if we could return our attention to
11   Plaintiffs' Exhibit 3, which is the memo that K.Y. Hendrix
12   sent to you and your mother and others in March of 2002, and
13   we were going through the note that your mother wrote on this
14   memo and you had -- we had gone through the line about gorilla
15   warfare and then I think she says -- she said that:  We've had
16   one truck burned up already and best way is to keep a low
17   profile.
18   A.   Yes.
19   Q.   Do you know what that was referring to in the suggestion
20   to keep a low profile?
21   A.   Well, that was -- a low profile, you don't want to be the
22   target and so, you know, if you don't want to be the target,
23   you have to create -- you have to let someone else be the
24   target, and that was one of the reasons we were so adamant
25   about the so-called -- getting to the 100% rule, because there
```

219

```
 1   would always be people who weren't and the animal rightists,
 2   they had a $5,000 bounty for any video that you could get
 3   posted on the Internet on something, that -- I think PETA,
 4   HSFUS, they would pay this for what they called cruel and
 5   inhuman treatment of animals.
 6             And if your bounty got published and run on the CBS
 7   major news networks, then you'd get this extra money for doing
 8   that.  We didn't want to be that target and we wanted -- and
 9   that's why you'll hear a lot about the 100% rule, that was
10   one of the main reasons that we wanted that, because we wanted
11   someone who was squeezing their chickens and really cramming
12   them in the cages to be the person in the video, not us.
13   Q.   Okay.  So does that answer mean that you now remember
14   that at this time, the program included a 100% rule?
15   A.   No.  I said when we'd be talking later -- at that point
16   in time, we knew we wanted to get to the 100% rule, but I
17   don't think it was in the UEP Program at that time.
18   Q.   Okay.  Now, your mother then wrote:  Have you seen the
19   "not and warm as cuddly as you think" on the Internet?
20             Was that some sort of animal rights group Internet
21   video or the like?  Do you recall?
22   A.   I have no idea what she referred to there.
23   Q.   Okay.  It says:  Is also why John pushed so hard for free
24   roaming.
25             Do you know who the John is that's referred to
```

220

```
 1   there?
 2   A.   That's my brother, John, that -- him and I have had a
 3   constant back and forth over the years about -- he wanted to
 4   be all free-roaming birds and split it out and have a separate
 5   and I thought we wanted -- I wanted to protect what we had.
 6   And he felt that if you keep a chicken in a cage, it's caged.
 7   He didn't care how many square inches.  It's still a caged
 8   bird.
 9             I always felt, no, we should get some rules to
10   defend, you know, what our assets are, you know, chicken
11   houses that we already have, and he always felt -- he wanted
12   this utopia world where he could be selling free-roaming
13   against what we were doing.  And, you know, that's -- it's the
14   way it's kind of ending up, but at the time, I just wasn't
15   buying into having two different systems.
16             We went ahead and started doing cage-free.  John
17   never worked with the cage-free birds when he was young.  I
18   did.  I knew what the problems were with cage-free versus
19   cage.
20   Q.   And I take it, from what you just said, that things have
21   changed today with respect to cage-free but that they were
22   different then.  I take it you would agree with the
23   proposition that to evaluate what was happening in the period
24   of around 2002, we should really look at what was going on
25   then as opposed to trying to judge it by what might be
```

221

1   happening today in 2018, correct?
2   A.   Restate your question.  I kind of lost you in all that.
3   Q.   You just said that today, the world has changed with
4   respect to cage-free eggs and you said that in 2002, your goal
5   was to keep what you said Rose Acre had, which is this cage
6   system.
7        I take it then you agree with the proposition that
8   in evaluating what Rose Acre was doing and the
9   Certified Program or other otherwise, we should really be
10  looking at what the conditions were then as opposed to trying
11  to judge it from what things are like today, correct?
12  A.   That's not a "yes" or "no" answer thing.  That's a pretty
13  convoluted -- we're in a situation today, our family, we've
14  been told by our customers we're going to be cage-free, but by
15  2022 to 2025 by 90 percent of the people we sell our eggs to,
16  and, you know, we don't have the money to go out and rebuild
17  and turn everything into cage-free and what they're saying is
18  that's all they're going to buy.  And we -- when we was
19  looking at this thing in 2002, my goal then was to protect the
20  rights to have chickens in cages, because I really think the
21  system that separates the chicken from its feces and the egg
22  as quick as possible is the very best system to have, you
23  know, for consumers and for the chicken.
24  Q.   Right.  And in 2002, you had no idea what was going to be
25  happening today with cage-free eggs, correct?

222

1   A.   I was scared to death by what was happening in Europe.
2   In Europe, I had a good friend that lived with Frank Zimmer for six
3   months.  My brother James actually, he's sitting back there,
4   he went and lived with Frank Zimmer in Germany for -- I think
5   it was six months and worked with the different systems they
6   had over there and in Europe.
7        They got told by their legislation, the farmers had
8   no choice.  The EU voted their lively -- you know, their cage
9   systems out of existence.  They owned a factory and we got
10  probably a million chickens in their cages yet today that made
11  those cages, and they had to quit making cages because the
12  Government just took the right to have cages away from the
13  farmers there.
14  Q.   Right.  And I take it from what you're saying that you
15  wanted to be sure to do whatever you could to prevent that
16  from happening?
17  A.   I wanted to do absolutely everything possible so we could
18  keep cages here in the US, and I was willing to give them, you
19  know, to go to a certain amount of square inches that was
20  scientifically defendable so we could have a position that we
21  could defend.
22  Q.   Okay.  Now, it says:  UEP did the right thing -- going
23  back to what your mother wrote:  UEP did the right thing to
24  have the cage test as it was done scientifically.
25       Do you know what that's referring to?

223

1   A.   Yeah, I don't know the exact test, but there are
2   multiple -- lots of the magazines and stuff, the different
3   people subscribe to, like Feedstuffs, there was articles in
4   there about where different producers had different results
5   from different square inches, and then I think there's like a
6   North Carolina State University, they done these random sample
7   tests, and they would do studies based on cage density, how
8   the performance of the birds was.
9        And -- and the absolute picture perfect performance
10  for a chicken may be 85, 86 square inches, but that's not a
11  good economic return for a producer.  The producer can make
12  the most money at 45 inches because they're just cramming them
13  in, the chickens can't move, and then they don't -- when they
14  don't move, they don't eat as much.  You know, you all got
15  kids.  You watch them run around in the yard.  They come in
16  and they're hungry.  If you locked them up in a closet all
17  day, they wouldn't eat much.
18       And so when you have chickens that are crammed in a
19  cage, you know, if we cram too many of them in, they don't
20  move, they don't eat, that makes their cost of feed to feed
21  the chickens per dozen eggs less.  When you give them more
22  space, they're moving around -- now they'll eat a little bit
23  more but they also -- there's a point where they can start
24  getting what they call aggressive.
25       You give them too much space and that's when the

224

1   pecking order sets in, and they start pecking each other.  You
2   know, when they have you enough room to peck and back up,
3   they'll peck.  If they're crammed next to each other, they
4   don't peck.  I don't know how to explain that, but, you know,
5   if you've got room to fight in the elevator -- you know just
6   picture you're all in a elevator, and if you've got room to
7   elbow, you can move around, but if there is no room, no
8   one's elbowing anymore because you just can't move.
9        And that's kind of like what a lot of the production
10  had went to because the supermarkets just beat the price down
11  to what the farmers would get.  You know, they wanted them
12  cheaper, cheaper, cheaper.  And, you know, we got to where we
13  got by the competitive nature of the business.
14  Q.   And so does that mean that prior to joining the Certified
15  Program, Rose Acre was doing what you just described, cramming
16  a lot of hens into very small spaces?
17  A.   We had actually went and my brother, Anthony, put a stop
18  to it.  We went down to -- I think it was 45 inches on one or
19  two farms, and we had to move back to 53 inches because we had
20  extra mortality at that point and it wasn't -- he didn't like
21  what it did to the chicken.
22  Q.   Right.  How did you feel about it?
23  A.   I didn't like it either.  You know, when you get a point
24  where -- then you have -- then you have the problem, you get
25  your customer, you know, our competitors going in at

225

```
1    45 inches, and the only way I can produce the eggs that cheap
2    is if I do the same thing.  Otherwise, you lose the customer.
3            So, you know, the farmer has to sit there and make a
4    weighted decision, is he going to stuff his chickens in more
5    or does he get behind something like the UEP Certified rule
6    and everyone is going to treat all the their chickens the
7    same.
8    Q.   Right.  And if everybody treats all their chickens the
9    same, you don't have to worry that your customers can undercut
10   your price by cramming more chickens into a smaller space?
11   A.   I don't follow what you're saying there.
12   Q.   Well, didn't you just say that when the price that you
13   can get from your customers goes down, you as a farmer have to
14   balance the cost of production?
15   A.   We have to make --
16   Q.   Wait.  If I can just finish my question.
17           And I think you said that in response to that,
18   farmers and your company put more hens into the cages because
19   you had to feed them less, it lowered your cost, and you would
20   be producing more eggs within that space.  Correct?
21   A.   I already said that we had went to the level -- we went
22   to 45 inches on one or two farms, and we made the decision
23   that was not a good choice for us, and we went back to
24   53 inches.
25   Q.   Right.  And you just said, I think, that one of the
```

226

```
1    advantages of having a program like the UEP Program was that
2    all the egg producers with the 100% rule would be doing the
3    same thing, which would mean you wouldn't have to worry that
4    other egg producers were putting more hens into a smaller
5    space and thereby able to produce the eggs at a lower price
6    than -- at a lower cost than you would have to pay to house
7    them at 53 inches -- 53 square inches each, right?
8    A.   You said that, I didn't.
9    Q.   Right.  But isn't that the correct implication of what
10   you were saying?
11   A.   I don't think so.
12   Q.   Well, in what way is it wrong?
13   A.   Well, your question is too long.  I can't remember the
14   first ten words you said to the next -- the last ten words.
15   Q.   Okay.  And let me just ask you this:  You -- you talked
16   about moving to 53 square inches per hen.
17   A.   Yes.
18   Q.   Now, this piece of paper, which is eight and a half by
19   11, that's more than 88 square inches, correct?
20   A.   That's correct.
21   Q.   And so when you talk about 53 square inches per hen,
22   you're talking about less space than this piece of paper,
23   correct?
24   A.   That is the exact reason the animal rightists have been
25   attacking caged-egg producers for the last 20 years.
```

227

```
1    Q.   Now, if we can go back to your mother's note.  At the
2    very end, it says:  We'll give this a lot of thought while in
3    Siam.
4            Is that right, Siam?  Do you see that?
5    A.   That's South America.
6    Q.   Ah, okay.  Thank you for clarifying that.
7            We'll give this a lot of thought while in South
8    America and let you know.  Thanks.
9            Do you see that?
10   A.   Yes.
11   Q.   And do you have a recollection that roughly at this time
12   after writing this note your mother, Lois, in fact, took a
13   trip to South America?
14   A.   My mother would go there once or twice a year.
15   Q.   And would she normally go for a couple of weeks?
16   A.   She would go down and visit my brother, James and his
17   family that operated a farm in Uruguay.
18   Q.   And would it be normally be for around a couple of weeks?
19   A.   Sometimes shorter, sometimes longer.
20   Q.   Okay.  So this memo that K.Y. Hendrix sent was on
21   March 14, 2002.  Do you recall that after getting back from
22   this trip to South America, your mother wrote a follow-up note
23   to K.Y. that discussed a follow-up conversation she had had
24   with you about the Animal Welfare Program?
25   A.   I don't recollect, no.
```

228

```
1    Q.   Okay.  Let me see if I can help with that recollection.
2            MR. NEUWIRTH:  May I approach, Your Honor?
3            THE COURT:  Yes, you may.
4    BY MR. NEUWIRTH:
5    Q.   And let me ask, Mr. Rust, if you recognize this as a
6    handwritten note that your mother, Lois Rust, wrote to
7    K.Y. Hendrix on March 27th, 2002?
8    A.   Yes, this was before we had actually joined the Certified
9    Program.  And my mom was telling K.Y. that her and I had
10   talked about it and, you know, we liked what they were
11   presenting to do, but with some of the stuff -- you know, the
12   concerns we had, we had to be very involved to make sure that
13   it didn't go astray.
14   Q.   Okay.  Now, I think that in one of your depositions,
15   where you testified under oath, you testified that the view
16   expressed in this note that your mother wrote was also a view
17   that you shared, correct?
18   A.   Yes.  It says "we."
19   Q.   And --
20           MR. NEUWIRTH:  Your Honor, we would offer
21   Plaintiffs' Exhibit 4 into evidence.
22           THE COURT:  4 is admitted.
23           MR. NEUWIRTH:  Okay.  And if we put up Plaintiffs'
24   Exhibit 4, please.  And maybe pull out the text.
25   BY MR. NEUWIRTH:
```

229

1    Q.   And do you see that this is addressed to K.Y. on
2  March 27, 2002, just less than -- or just a few days short of
3  a couple of weeks after that memo that K.Y. had sent to you
4  and Mrs. Rust and others, and it's signed L. Rust, and it
5  starts by saying:  Talked to Marcus last night about the UEP
6  Guidelines.
7         Do you see that?
8  A.   Yes.
9    Q.   And do you recall that when your mother got back from
10 this trip to South America, you and her had a conversation
11 about these guidelines, or you and she had a conversation
12 about these guidelines?
13 A.   We talked all the time, so, you know --
14   Q.   Okay.  And that included discussions about the business,
15 correct?
16 A.   We -- we actually didn't talk much about family matters.
17 It was more -- the family was the business.
18   Q.   Okay.  And then in talking about the guidelines, it says:
19 They are good, but we are concerned with what looks like the
20 underlying purpose of the whole thing.
21         Do you see that?
22 A.   Yes.
23   Q.   Now, it's true, isn't it, that one of the things that you
24 were concerned about at this time was, you were suspicious
25 that the United Egg Producers was coordinating the egg

230

1  producers to restrict the supply of eggs to boost prices,
2  right?
3  A.   Repeat your question, please.
4    Q.   At this time, this letter in early 2002, you personally
5  were concerned that the United Egg Producers was coordinating
6  what the egg producers were doing to restrict the supply of
7  eggs to get prices to go up?
8  A.   No.
9    Q.   No?
10 A.   No.
11   Q.   Okay.  Do you recall that you had a deposition related to
12 the subject matter of your shell egg business in a case that
13 is pending in Kansas?
14 A.   Repeat your question.  I don't recall what you're --
15   Q.   Do you recall that you gave testimony in a case related
16 to the shell egg business in the United States that is going
17 on in Kansas?
18 A.   I never gave any testimony in a case in Kansas.
19   Q.   Okay.  And just to be clear, I'm not asking if it took
20 place in Kansas, but if you recall that you gave testimony
21 that was for the purpose of being used in a case taking place
22 in Kansas?
23 A.   A deposition for a case.
24   Q.   And in that deposition, you swore an oath --
25 A.   Yes.

231

1    Q.   -- and there was a court reporter, and you gave testimony
2  in response to questions that were asked, correct?
3  A.   Yes.
4    Q.   Okay.  If I could, let me hand you the transcript of that
5  deposition.  It's in two volumes.  And I would ask if you
6  could please be good enough to take Volume I of that
7  transcript and turn to --
8  A.   How do I know which one's Volume I?
9    Q.   I believe it's the one that has the number one on the
10 upper right corner.
11 A.   Oh, the page, okay.
12   Q.   Sorry if that was unclear.
13         And I would appreciate if you could turn to
14 page 186.  And do you see that at the bottom of the page
15 starting on line 21, there's a question which says:  Is one of
16 the things that you were suspicious of prior to joining UEP is
17 that UEP was coordinating egg producers to restrict the supply
18 of eggs to boost prices?
19         And your answer was:  We were suspicious.
20         Do you see that?
21 A.   We have always been suspicious, but that's not quite how
22 you worded your previous question there.  I -- I have a hard
23 time when you make long twisting questions, and I don't know
24 exactly, you know, what answer you're trying to get.  But, you
25 know, I'll tell the jury, we was always suspicious of what UEP

232

1  was doing.  You know, I'll make that clear.
2         But there was never discussions that UEP about this
3  being something to restrict supply, as you stated in your
4  question, about restricting the supply, and it was always
5  about hen space.  We could build all the chicken houses --
6  everyone could build all the chicken houses they want.
7         MR. NEUWIRTH:  Can we please play MRK186?
8         (Video excerpt played.)
9         Question:  Is one of the things that you were
10 suspicious of, prior to you joining UEP, is that UEP was
11 coordinating egg producers to restrict the supply of eggs to
12 reduce prices?
13         Answer:  We were suspicious.
14 BY MR NEUWIRTH:
15   Q.   And that was the testimony that you gave at deposition,
16 correct?
17 A.   Yes.
18   Q.   Now, isn't it also true that you were skeptical about the
19 UEP Certified Program prior to joining it because you had
20 heard rumors about the United Egg Producers supply management
21 recommendations?
22 A.   UEP represent probably six to ten different kind of egg
23 producers.  You have small farms, you've got big farms, you've
24 got hen line breakers who only make liquid egg, you've got
25 people like us that was fully integrated.  You have people who

233

1  may have been a contract farmer.  You know, you have people
2  that -- there's so many different types of producers.  When
3  you put them all in a room, UEP, they had this guy Gene
4  Gregory, and he was kind of like a -- um -- he was a crusader.
5  He was always crusading for the farmers to make lots of money.
6  And he always was telling these producers, you need to do this
7  this time of the year, you need to do that that time of the
8  year.  We never bought into any of that.
9       Our family -- we've always been a producer, you
10  know, we produced maximum amount we can.  And we, from our
11  perspective, if you return to part of the year and you don't
12  produce eggs, then you're not going to have development of new
13  customers.  We always used low price times as the time to get
14  new customers so we could go out.  We'd have a sale or a
15  promotion so we'd go out and build more henhouses and then
16  have more eggs to sell the next year.  So we'd have more
17  customers.  That's how we grew our business.
18  Q.  So is it correct that prior to joining the United Egg
19  Producers, you were skeptical of the UEP Certified Program
20  because you had heard rumors about the UEP's supply management
21  recommendations?
22  A.  Like I said, they have always promoted that to their
23  members.  They tried to give economical advice to their
24  members, it's a voluntary thing.  You guys -- this is the time
25  of the year, this is what we think the price is going to be.

234

1  Do you really want to have chickens then?  And then you, the
2  producer, had to make your mind up and say, yeah, I do or I
3  don't.  You know, you had to determine if you're going to lose
4  money, if the market's going to be 60 cents and your feed
5  costs and your total costs to produce is going to be 70 cents,
6  do you want to keep extra chickens in that time?  Well, what
7  -- the UEP hired this economist guy by the name of Dr. Bell,
8  he would come out with all these charts, trying to explain to
9  the farmers this is what you should be doing.  But in our
10  business, it didn't fit our business model.  We were in the
11  business of -- we kind of used, you know -- I don't know how
12  to say that.  We -- when they was out promoting to say you
13  shouldn't be -- you know, you're going to lose money, we
14  always thought that was a good time because we had breaking
15  eggs and taking care of dried eggs, we put eggs up in dryers
16  where we'd dry the eggs and put them up in storage because
17  that was the cheap time.
18       We wanted -- and any time you take a chicken out of
19  the henhouse early, you still got to pay the light bill.  I've
20  still got to pay the caretaker of the house.  You still have
21  to make the mortgage payment on it.  And when they take those
22  chickens out under their recommendation, all those producers
23  that followed those recommendations, it made their costs of
24  eggs go higher for all the other eggs they sold out of that
25  house, and I don't -- you know, they always promoted it.  You

235

1  know, to me, it was dumb.
2  Q.  Okay.  When I asked you if prior to joining the United
3  Egg Producers you were skeptical because you had heard rumors
4  about the UEP supply management recommendations, was that one
5  of the questions that you thought was convoluted and
6  complicated to be able to answer?
7  A.  I didn't fully realize when we had joined it how
8  voluntary it was and it was -- there was never an obligation
9  for anyone to do it.
10  Q.  Okay.  So does that mean that the answer to the question
11  is yes, that before joining --
12  A.  You'd have to reask your question.  I've long since
13  forgot it.  Sorry.
14  Q.  Okay.  Well, since you were asked it at your deposition,
15  why don't I direct you to in the second volume there, page 382
16  beginning on line 14, and you can either follow along or watch
17  the video.  Why don't you play MRK382, please.
18       (Video excerpt played.)
19       Question:  Prior to joining?
20       Answer:  Yes.
21       Question:  Okay.
22       Answer:  Explaining what it was.  You know, we had
23  our suspicions of what -- you know, what -- you know, we was
24  apprehensive of the group.
25       Question:  What were you skeptical about then?

236

1       Answer:  Some of the things we heard.
2       Question:  About what?
3       Answer:  How do you mean?
4       Question:  What are some of the things you heard?
5  About what?
6       Answer:  About how -- what -- what they did as far
7  as, you know, their recommendations or their so-called supply
8  management thing.
9       Question:  Okay, you heard rumors about that?
10       Answer:  Yes.
11       Question:  All right.  And this was prior to
12  joining?
13       Answer:  They've done that for 20 years.
14       Question:  Okay.
15       (Video excerpt stopped.)
16  BY MR. NEUWIRTH:
17  Q.  And that was the testimony you gave at that deposition
18  when you were asked the question that I just asked you today,
19  correct?
20  A.  Yeah, and I don't think there's any difference than what
21  you asked today.  My answer's still about the same.  They've
22  always done that.  I'm not trying to deny that.
23  Q.  Okay.
24       MR. KING:  Your Honor, if I can just ask counsel,
25  since it's not on the video, that when before the video is

237

1 played, he can at least indicate the page and line number.
2 THE COURT: I think he did, at least I had the page.
3 It was 182 or 3.
4 MR. NEUWIRTH: 382.
5 THE COURT: 382.
6 MR. NEUWIRTH: Yes, I did tell you that.
7 MR. KING: Sorry.
8 MR. NEUWIRTH: Please let me know if you don't hear
9 at any point in time. I'm sorry.
10 THE COURT: He will let you know rather than you
11 guys talking to each other.
12 MR. NEUWIRTH: Yes, Your Honor.
13 BY MR. NEUWIRTH:
14 Q. Now, what did you do, if anything, in response to this
15 note that Lois wrote, your mother Lois Rust wrote? I
16 apologize for just calling her Lois.
17 A. I made sure that we had people on each of the different
18 committees that we thought was going to be important to be on
19 to make sure that nothing took place that we was suspicious
20 of.
21 Q. And I think you mentioned earlier that K.Y. Hendrix
22 represented the company on the Animal Welfare Committee?
23 A. Yes.
24 Q. Okay. Now, it's correct, isn't it, that you felt that
25 after all that was done to create and adopt the Certified

238

1 Program at the United Egg Producers, in fact, it never really
2 made the animal rights groups happy, correct?
3 A. I think it definitely lessened their punch.
4 Q. Right. If you could look, let me give you another
5 deposition transcript. This is from the deposition you took
6 on March 7, 2014 in this case.
7 MR. NEUWIRTH: May I approach, Your Honor?
8 THE COURT: Yes, you may.
9 MR. NEUWIRTH: And I believe, Your Honor -- oh.
10 I'm sorry.
11 BY MR. NEUWIRTH:
12 Q. And, Mr. Rust, I would ask if you could turn to, in that
13 transcript I just gave you, page 181, lines 20 to 21. And
14 didn't you say at your deposition: "And our program never
15 made the animal rightists happy anyhow"?
16 A. Correct.
17 Q. Now, isn't it true that even after Rose Acre joined the
18 United Egg Producers Certified Program, you were still trying
19 to hide from the animal rights groups what you were actually
20 doing to your hens?
21 A. No, I don't agree with that. What I will agree with is
22 we were trying to maintain a low profile. We didn't want to
23 be in the gun sights of animal rights, and, you know, if we
24 could fined -- you know, we looked at the UEP Certified
25 Program. That was going to be a good thing, because everyone

239

1 would be in the program and we would all be the same target,
2 you know, hopefully. You don't want to be an individual
3 target.
4 Q. Didn't you say in this case -- in talking about the
5 period after you had joined the program, didn't you say in
6 this case that it's not a good thing to show the animal rights
7 groups what happens to all the birds? What happens to all the
8 birds. And so you don't fully tell in this industry what
9 happens to the birds. Didn't you say that under oath?
10 A. Where are you referring to?
11 Q. Okay, let me ask you to look --
12 A. And what context or what are we looking at?
13 Q. Okay, why don't we look at your deposition transcript
14 from this case and if we look at page 59, line 23.
15 A. What page again?
16 Q. 59, line 23. And the relevant discussion actually starts
17 a little bit before then where you're being asked about a
18 document that was sent by the United Egg -- by the United Egg
19 Producers in 2003, and you gave an answer about supply, and
20 you were asked a follow-up question about supply.
21 So why don't we take a look at the clip and then we
22 can discuss.
23 A. Let me read -- can I read?
24 Q. Sure.
25 A. Going before --

240

1 Q. Of course, please. I was going to play the whole thing,
2 but please take your time if you want to look at it first.
3 THE COURT: Yes, sir.
4 MR. KING: Objection based on Rule 403.
5 THE COURT: What is the pending question,
6 Mr. Neuwirth, other than to look at the deposition?
7 MR. NEUWIRTH: What started this was I had asked
8 earlier whether Mr. Rust agreed that this Certified Program
9 had actually never really satisfied the animal rights groups
10 and whether it was true --
11 THE COURT: Okay, I remember that part.
12 MR. NEUWIRTH: And whether it was true -- whether
13 it's true that he had testified that even after joining the
14 program, Rose Acre was still trying to hide from animal rights
15 groups how the hens were treated.
16 THE COURT: Okay, I'll tell you what. There's been
17 a request on behalf of the jury that we end early today.
18 MR. NEUWIRTH: Okay.
19 THE COURT: So I think that we're going to do that
20 for their benefit --
21 MR. NEUWIRTH: Certainly.
22 THE COURT: -- in honor of, I don't know, Mother's
23 Day.
24 MR. NEUWIRTH: Fair enough.
25 THE COURT: Let's say that. And let them be on