# ATTACHMENT 70

HIGHLY CONFIDENTIAL

1

              IN THE UNITED STATES DISTRICT COURT FOR

              THE EASTERN DISTRICT OF PENNSYLVANIA

——————————————————————— |

IN RE: PROCESSED EGG PRODUCTS        |

ANTITRUST LITIGATION                 |     MDL NO. 2002
                                     |
——————————————————————— |     08-md-02002
                                     |
THIS DOCUMENT RELATES TO             |     HIGHLY CONFIDENTIAL
                                     |
Kraft Foods Global, Inc., et al.     |

v. United Egg Producers, Inc.,       |
                                     |
et al., No. 2:12-cv-00088-GP         |
                                     |
——————————————————————— |

                         Wednesday, March 5, 2014

                         2:06 p.m.


        Videotaped deposition of NAAMUA SULLIVAN,

convened at the law offices of Robins, Kaplan, Miller

& Ciresi LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue,

Minneapolis, Minnesota 55402, pursuant to notice, the

proceedings being recorded stenographically by Jonathan

Wonnell, a Registered Professional Court Reporter

(NCRA #835577), and transcribed under his direction.

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

2 (Pages 2 to 5)

---

**2**

1  A P P E A R A N C E S   O F   C O U N S E L

3  On behalf of the Plaintiff General Mills and
4     the Deponent:
5     RICHARD P. CAMPBELL, ESQ.
6     SARAH S. ANSARI, ESQ.
7     Jenner & Block LLP
8     330 North Clark Street
9     Chicago, Illinois 60654-3456
10    (312) 840-9530
11    rcampbell@jenner.com
12    sansari@jenner.com
13    -- and --
14    MARY E. KIEDROWSKI, ESQ.
15    RACHEL A. PORTER, ESQ.
16    General Mills
17    Number One General Mills Boulevard
18    Minneapolis, Minnesota 55426
19    (763) 764-6698
20    mary.kiedrowski@genmills.com
21    rachel.porter@genmills.com

---

**3**

1  A P P E A R A N C E S   (Cont'd)

3  On behalf of the Defendant United Egg
4     Producers and United States Egg
5     Marketers:
6     EVAN W. DAVIS, ESQ.
7     Pepper Hamilton LLP
8     3000 Two Logan Square
9     Eighteenth and Arch Streets
10    Philadelphia, Pennsylvania 19103-2799
11    (215) 981-4000
12    davisw@pepperlaw.com

14  On behalf of the Defendant Michael Foods:
15    PETER J. SCHWINGLER, ESQ.
16    Leonard, Street and Deinard
17    150 South Fifth Street, Suite 2300
18    Minneapolis, Minnesota 55402
19    (612) 335-7023
20    peter.schwingler@leonard.com

22  ALSO PRESENT:  STEVE KNUTSON, Videographer

---

**4**

1  C O N T E N T S

2  WITNESS                                    PAGE
3  NAAMUA SULLIVAN
4     By Mr. Davis:                              7
5     By Mr. Schwinger:                         73
6
7  E X H I B I T S   M A R K E D
8  LABEL/DESCRIPTION                          PAGE
9  Exhibit Sullivan 1 - Animal Welfare statement from  34
      generalmills.com website (2 pgs., No Bates)
10
11 Exhibit Sullivan 2 - Document re: General Mills  42
      one million cage-free egg buy (GMI 00032288
12    through 00032293)
13 Exhibit Sullivan 3 - Article re: HSUS' address to  48
      ConAgra (GMI 00032251)
14 Exhibit Sullivan 4 - United Voices newsletter  51
      dated 7/7/11 (GMI 00032235 through 00032236)
15
16 Exhibit Sullivan 5 - Document re: cage-free eggs  52
      with Naamua Sullivan's handwritten notes (GMI
17    00032262 through 00032264)
18 Exhibit Sullivan 6 - Letter from Fred Morganthall,  57
      II (GMI 00032281)
19 Exhibit Sullivan 7 - Document entitled Cage-Free  59
      Egg Analysis for GMI (GMI 00032209 through
20    00032219)

---

**5**

1  P R O C E E D I N G S
2              (2:06 p.m.)
3        THE VIDEOGRAPHER:  We're on the record.
4  This is the videotaped deposition of Naamua
5  Sullivan taken on March 5th 2014.  The time now is
6  approximately 2:06 p.m.
7        The deposition is being taken in
8  reference to Processed Egg Products Antitrust
9  Litigation filed in the U.S. District Court for the
10 Eastern District of Pennsylvania.  File Number
11 08-MD-02002.  The deposition is taking place in
12 Minneapolis, Minnesota.
13       My name is Steve Knutsen.  I'm the
14 videographer representing Henderson Legal Services.
15 Will counsel please identify themselves for the
16 record.
17       MS. ANSARI:  On behalf of General Mills
18 and the deponent, Sarah Ansari of Jenner & Block.
19       MR. CAMPBELL:  Richard Campbell of
20 Jenner & Block on behalf of General Mills.
21       MS. KIEDROWSKI:  Mary Kiedrowski from
22 General Mills.

---

6

MS. PORTER: Rachel Porter, General Mills.
MR. DAVIS: Evan Davis from Pepper Hamilton representing United Egg Producers, United States Egg Marketers.
MR. SCHWINGLER: Peter Schwingler from Stinson Leonard Street representing Michael Foods.
THE VIDEOGRAPHER: Will the court reporter please swear in the witness.
MR. DAVIS: Can we just ask if there's anyone on the phone?
(No response).
* * * * *
Whereupon,
NAAMUA SULLIVAN,
called as a Witness, was duly sworn by Jonathan Wonnell, a Notary Public in and for the State of Minnesota, and was examined and testified as follows.
* * * * *
EXAMINATION BY COUNSEL FOR UNITED EGG PRODUCERS AND UNITED STATES EGG MARKETERS

7

BY MR. DAVIS:
Q. Ms. Sullivan, good morning. Good afternoon, rather.
**A. Afternoon.**
Q. My name is Evan Davis. I represent United Egg Producers and United States Egg Marketers in this litigation.
Have you ever had your deposition taken before?
**A. I have not.**
Q. Well, welcome to your first time.
**A. Thank you.**
Q. I hope it's an exhilarating experience. As you can see -- I'll just tell you a few of the ground rules, so to speak. As you can see, there is a court reporter here as well as a videographer, and they are going to be recording or transcribing everything that you say and that I say as well.
You understand that your testimony today can be used at trial, should this case ever go to one?
**A. Yes.**

8

Q. And you understand as well that your testimony is under oath?
**A. Yes.**
Q. Now, it's important that you give oral responses to any questions that I ask because the court reporter cannot take down nods of your head and can't transcribe "uh-huh" or things like that.
**A. Got it. Yes.**
Q. Okay. We can take a break whenever you would like one. Just simply let me know that you'd like to take a few minutes, I'd be happy to oblige. I'd only ask that if I've asked you a question that you answer that question before we take a break and that we don't take one while a question is pending. Is that okay?
**A. That sounds absolutely reasonable.**
Q. And if you don't understand anything that I ask you, please just ask me to clarify, and I'd be happy to do so.
**A. Okay.**
Q. It's important that you answer all of my questions today fully and to the best of your

9

knowledge. Is there any reason why you can't testify fully, truthfully and accurately here today?
**A. No.**
Q. Great. What is your job title at General Mills?
**A. I am director of issues management.**
Q. And what is the director of issues management?
**A. Issues management is a discipline of trying to best understand sentiment developments in the external world that could be of impact to General Mills. And these movements could be connected with the environment, with health and nutrition, with food safety.**
**And it's my job to understand what's going on and to try to help people internally understand what the developments are, interests of stakeholders and how we might respond to them.**
Q. When did you become director of issues management?
**A. September 2010.**

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

4 (Pages 10 to 13)

10

1  Q.   What was your -- were you employed by
2  General Mills prior to that time?
3      A.   No.
4      Q.   And was there a director of issues
5  management prior to you?
6      A.   There was not.
7      Q.   Do you report to anyone now?
8      A.   Yes.
9      Q.   Who is that?
10     A.   I report to the vice president of global
11 communications.
12     Q.   Who is that?
13     A.   His name is Tom Forsythe.
14     Q.   And does anyone report to you?
15     A.   No.
16     Q.   By whom were you employed prior to
17 your --
18     A.   I'm sorry.  I have a contractor who does
19 occasional work for me, about 20 hours a week.  So
20 he's not an employee reporting to me, but he does
21 work for me.  So sorry to correct that.  I don't
22 know if that counts as somebody who reports to me.

11

1      Q.   I appreciate that.  He is a contract
2  employee of General Mills?
3      A.   Yes.
4      Q.   And what is his role?  What type of work
5  does he do?
6      A.   He helps me maintain our issues
7  management website, which is a repository of
8  information about the various issues that I touch
9  upon in my role.
10     Q.   What's his name?
11     A.   Davin Fisher.
12     Q.   Thank you.  Before you were employed at
13 General Mills, by whom were you employed?
14     A.   CNN.
15     Q.   What was your job title with CNN?
16     A.   I was an anchor on CNN.com Live and I
17 was a freelance anchor on CNN International.
18     Q.   For what period of time were you
19 employed by CNN?
20     A.   For the three years preceding my time at
21 General Mills.  So from approximately October
22 2000 -- what does that make it?

12

1      Q.   2007?
2      A.   2007.  Yes, so for three years up until
3  August of 2010.
4      Q.   By whom were you employed prior to CNN?
5      A.   NBC.
6      Q.   In a similar capacity?
7      A.   I was the host of an NBC show called
8  iVillage -- a co-host, I'm sorry, of an NBC show
9  called iVillage Live.
10     Q.   Is your background prior to General
11 Mills exclusively in broadcast journalism?
12     A.   Yes.
13     Q.   And is your educational background in
14 broadcast journalism?
15         MR. DAVIS:  Object to form.
16     A.   No.
17         BY MR. DAVIS
18     Q.   What is your educational background?
19     A.   Yes.  I have a law degree from
20 University College of London.
21     Q.   Are you a lawyer in England, in the
22 United Kingdom?

13

1      A.   No.  Under our system, you're not a
2  lawyer until you've gone -- so I did my degree, so
3  I have a law degree, but then you go to law school,
4  and then after that, you would need to do your
5  articles as a solicitor or your pupilage as a
6  barrister.  So I didn't do that.  I just got my
7  degree and then stopped.
8      Q.   So -- I'm sorry.
9      A.   So technically speaking, I am not a
10 lawyer.  I am a person with a law degree.
11     Q.   And the next step would be to become a
12 solicitor or a barrister?
13     A.   The next step will be to go to what we
14 call law school for one year.
15     Q.   Okay.
16     A.   And then to become a solicitor or a
17 barrister.
18     Q.   Okay.  Thank you.  How did you come to
19 be employed by General Mills?  Did you apply for an
20 open position?
21     A.   Yes.
22     Q.   And let me ask, does General Mills have

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

5 (Pages 14 to 17)

---

14

1  a spokesperson or a group of spokespeople?
2      A.   General Mills does not have a single
3  spokesperson, but there are people who act as
4  spokespeople more often than others.  So, for
5  example, our director of public relations is quite
6  often quoted by the media.  My boss, Tom Forsythe,
7  is also quite often quoted by the media.
8          Occasionally managers who report to
9  Kirstie in the public relations department might
10 take on the role of spokespeople.  And then other
11 areas such as our Bell Institute of Health and
12 Nutrition have people who will respond to
13 stakeholders as spokespeople.  But there's not a
14 single person whose title is spokesperson.
15     Q.   How about you?  Do you give statements
16 to the media?
17     A.   I can't recall ever having given a
18 statement to the media.
19     Q.   Are you involved at all in corporate
20 strategy discussions?
21     A.   Can you clarify?
22     Q.   Sure.  When individuals at General Mills

---

15

1  hold meetings to discuss really any strategic
2  elements of the business, are you ever involved in
3  those meetings?
4      A.   So I hope I'm understanding you
5  correctly.  My role could involve bringing
6  information to a business that might help as a
7  factor in their decision making.
8          So, for example, if there is external
9  interest in making a specific change, so let's say
10 investors are interested in us changing behavior in
11 a certain way, then it will be part of my
12 responsibility to bring that information to the
13 business.  But it wouldn't be my role to make the
14 decision as to the business' course of action.
15     Q.   But you would be involved in those
16 discussions that the business was having?
17     A.   I would be involved solely in -- so the
18 businesses have their, you know, day-to-day or
19 week-to-week conversations when they develop their
20 strategy.  I'm not involved in those at all.  But,
21 for example, on a bi-annual basis, my boss and I
22 will meet with business leadership teams and say,

---

16

1  here's what's happening in the external environment
2  that may be of interest to you as you develop your
3  business plans.  And then we -- then maybe
4  situations where on an ad hoc basis, we might join
5  a conversation with a business about a specific
6  issue.  But it's not typical that I do.
7      Q.   So let's talk about that, then.  And
8  let's talk about the issue of animal welfare.
9      A.   Mm-hmm.
10     Q.   Have you been involved in any
11 discussions with business folks about animal
12 welfare issues?
13     A.   So when we were first looking at the
14 issue of cage-free eggs, my boss, Tom Forsythe, and
15 I met with affected businesses, so we met with --
16 so I met with representatives from the leadership
17 teams of what was then the Brands On The Go
18 business, which is now Convenience in Food Service,
19 to bring them information about some of the
20 developments externally.  These are things like NGO
21 interest, possible shareholder proposals.  Just
22 what we'd found out when we looked into the topic

---

17

1  science-wise.  So we brought that information to
2  the business to say, we started to pay attention to
3  this and we want to make you aware.
4      Q.   So it's your responsibility -- as far as
5  General Mills is concerned, is it sort of you're
6  the front-line responsibility for monitoring or
7  tracking things like NGO interest in animal welfare
8  issues?
9      A.   At a corporate level.  So doubtlessly,
10 the businesses have people who are responding, for
11 example, to social media questions or conversations
12 about these kind of topics.  But from a, yes,
13 company-wide perspective, that is -- I would
14 definitely not say I'm alone in doing this work.
15 Obviously, there are other people to whom these
16 issues come.
17     Q.   Mm-hmm.
18     A.   But I am the person who is responsible
19 for sort of bringing the issues together and
20 ensuring that we are -- even if I am not the one
21 who's generating the response, that at least
22 somebody is taking responsibility for moving

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

6 (Pages 18 to 21)

**18**

1  forward with addressing the issue.
2      Q.   Do you have any knowledge as to how that
3  was accomplished prior to 2010, if your position
4  didn't exist?
5      A.   I do know my boss will frequently say
6  we've always done issues management.  What I think
7  he typically is referring to is responding to
8  stakeholders.  So if somebody contacts us about a
9  topic, then we would always have got back to them.
10     In terms of actually having any kind of
11 structured approach to issues management, I don't
12 believe that existed before I started work at
13 General Mills, but I can't say for sure.
14     Q.   Is it fair to say that your effort is to
15 be somewhat proactive in this sense of addressing
16 issues before they arise, and maybe prior to your
17 involvement, it was more reactive in waiting for
18 things to be brought to the business' attention?
19     A.   That is -- yes, part of our goal is to
20 move.  We're always going to have more of a
21 reactive responsibility, but to get us on more of a
22 proactive footing.

**19**

1      Q.   Great.  So you were involved in a
2  discussion, you said, with cage-free hens; is that
3  right?
4      A.   Yes.  Well, not with the hens.
5      MR. CAMPBELL:  You misspoke, Evan.
6      A.   On the topic of cage-free hens.
7      BY MR. DAVIS:
8      Q.   You weren't discussing it with the hens,
9  so much as you were discussing the hens themselves?
10     A.   Yes.
11     Q.   And how did this issue first come to
12 your attention?
13     A.   So on my first day at General Mills, we
14 had a meeting with and a presentation from a
15 representative from the Humane Society of the
16 United States.  And he -- I believe -- well -- you
17 know, I can't speak to what happened before I was
18 there.  But that seemed to be the first broad
19 introduction of the topic to people at General
20 Mills.
21     So, you know, obviously somehow he got
22 there, so somebody must have set that up.  I don't

**20**

1  think -- as I said, that was my first contact with
2  the issue.
3      Q.   Do you work at all with a group called
4  Responsible Sourcing?
5      A.   I haven't thought of them as referred to
6  in that way, but I think -- do you mean the
7  sourcing department that has -- one of their
8  initiatives is responsible sourcing?  I'm quite
9  sure, yes, that I do.  And I didn't realize they
10 had titled themselves Responsible Sourcing.
11     Q.   Well, what's your understanding of it?
12 The sourcing department has a group within it that
13 calls themselves Responsible Sourcing?
14     A.   So there's sourcing and there's
15 sustainability.  And I work with both of them.  And
16 I do know that one of the members of the
17 sustainability team is responsible for advancing
18 our work on Responsible Sourcing.
19     Q.   Who is that?
20     A.   Amy Omann.
21     Q.   Did you ever work with Steve Peterson?
22     A.   Yes.

**21**

1      Q.   And do you work with him on any issues
2  related to animal welfare?
3      A.   Yes.
4      Q.   Include --
5      A.   Yes.  He actually heads our animal
6  welfare team.
7      Q.   What do you mean by "our animal welfare
8  team"?
9      A.   General Mills has a small team that
10 meets -- maybe it's about quarterly -- to discuss
11 animal welfare topics.
12     Q.   And who's on that team?
13     A.   There's Steve and Amy and a
14 representative from the convenience and food
15 service business, Susan Kujava.
16     Q.   What was her last name?
17     A.   K-u-j-a-v-a.  A lady by the name of
18 Courtney -- I think her last name is Bidwell, but
19 I -- or maybe Bidme.  I think it's Bidwell.
20     Q.   Where is she from?  What group?
21     A.   Quality regulatory organization.  John
22 Tiedeman.  The last name is T-i-e-d-e-m-a-n, I

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                                                    March 5, 2014

7 (Pages 22 to 25)

22

1 believe. It's from sourcing. I think that's
2 everybody. It's a fairly new team.
3     Q.   And that's the animal welfare team?
4     A.   Yes.
5     Q.   And that group of people meets with
6 yourself?
7     A.   Yes. I'm a member of the team.
8     Q.   Anyone else?
9     A.   So we've probably had three or four
10 meetings, and so I'm thinking back to the most
11 recent meeting, and before that we had not had a
12 meeting for a good few months. So I'm thinking who
13 was in the room, and I think that's everybody. But
14 I'd have to look at an invite list to give you an
15 accurate list of who was there.
16     Q.   Sure. When did this team originate?
17     A.   It's about a year old.
18     Q.   And you said there are invite lists that
19 go out for these meetings?
20     A.   Well, for all meetings, yes. Steve is
21 the leader of that team, so he sends out the
22 invitation to meet.

23

1     Q.   What sorts of topics are discussed at
2 these meetings?
3     A.   For example, at our most recent meeting,
4 we discussed whether we would like to hear from the
5 Humane Society of the United States. They offered
6 to share some information about recent developments
7 in animal welfare issues, gestation crates, for
8 example. And so we discussed whether it would be
9 fruitful to have that conversation. So that was
10 one of our topics. So that's the kind of thing
11 that we discuss.
12     Q.   Had you discussed issues regarding
13 egg-laying hens or egg production?
14     A.   Yes.
15     Q.   What specific to that have you
16 discussed? "You" being the animal welfare team.
17     A.   We have discussed egg alternatives and
18 the current research that's going on in that area
19 and we've also discussed the status of our
20 cage-free purchase. So how many eggs are we
21 purchasing and where might we go from here.
22     Q.   Have you had any discussions regarding

24

1 what's called the UEP Certified program?
2     A.   We have not.
3     Q.   Any discussions on the amount of cage
4 space that hens should receive?
5     A.   No. Sorry. I had to pause for a second
6 there because the only thing we've discussed --
7 actually, not on this team, but in -- when we
8 presented the facts on cage-free to the businesses,
9 we discussed the fact that cage-free hens require
10 ten times as much space as the battery cage hens.
11     Q.   Now, you say, "when we presented to the
12 businesses."
13     A.   Yeah.
14     Q.   In that sentence, who do you mean when
15 you say "we"?
16     A.   So that would be Tom Forsythe and
17 myself.
18     Q.   Why did the animal welfare
19 team -- strike that.
20         What caused the animal welfare team to
21 be created within General Mills?
22     A.   So we have an issues team, and that's a

25

1 big group of cross-functional leaders. And when
2 we -- when we discuss a topic on that team and we
3 think that we need to do some more work on a topic,
4 we'll develop a subteam.
5         So the animal welfare team was developed
6 because we wouldn't have the issues team meet to
7 sort of further mitigation work on a topic. So we
8 established a specific team with the appropriate
9 expertise.
10     Q.   So animal welfare issues were coming up
11 with a sufficient degree of frequency that a team
12 like this was warranted?
13     A.   Yes. There were particular areas. So
14 initially we made our cage-free egg commitment and
15 then more recently we've been discussing the topic
16 of gestation crate-free pork.
17     Q.   What other issues has the animal welfare
18 team discussed?
19     A.   We touched upon the interest by People
20 for the Ethical Treatment of Animals on de-horning.
21 The fact that confinement dairy might be an issue
22 that could impact us because we have

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

8 (Pages 26 to 29)

---

**26**

dairy-containing products, yogurt. I think that's it.

Q. What is General Mills's interest in these issues? Why is it interested in animal welfare?

A. Myriad reasons, really. So we always have to be cognizant of what our consumers want because we're a consumer-facing company. The same thing with customers. And then we need to be responsive to the interests of other stakeholders such as investors, nongovernmental organizations, the media. We need to be -- by being aware of areas of interest, we can ensure that we are sort of delivering what our stakeholders want in terms of behavior. Yeah.

Q. So when you say -- you said concerned with how the media portrays it. Is that sort of a striving to avoid bad publicity on an issue? Is that a fair --

A. Well, it depends, because sometimes media coverage will draw attention to something that we should be responding to. So our mission is

---

**27**

nourishing lives. So let's say there's an issue that comes up where we're out of step, where our mission doesn't align with the conversation in the outside world.

And so maybe we need to make a change because we want to essentially do the right thing, which is our -- you know, our mission statement. It sounds trite, but we are driven by that as well. So we're driven by an internal wish to be a responsible actor and a wish to be responsive to what our stakeholders want.

Q. Your stakeholders are investors?

A. Mm-hmm.

Q. You said NGOs?

A. Yeah.

Q. Is that because they own shares?

A. Sometimes they own shares. Not always, but sometimes. Yes.

Q. If they don't own shares, how are they a stakeholder?

A. Well, that's a good question. And I suppose "stakeholder" is one off those words where

---

**28**

the definition is fluid and people don't agree on what the definition is.

Q. What do you mean by it?

A. I think that they can help us understand if there are opportunities for us to improve our behavior.

Q. And I think you said consumer perception was one of the things that General Mills is concerned with?

A. Yeah.

Q. Why is that?

A. Well, we serve our consumers. So if our consumers want something and we're not delivering that, then we're not a very good consumer-facing or serving company.

Q. And your concern with customers is related to that? Your customers are ultimately the ones that are selling to consumers?

A. Yes.

Q. And those interests are aligned in that sense?

A. Mm-hmm.

---

**29**

Q. And animal welfare issues are an example of something that consumers care about and General Mills tries to be consumer-facing in that regard?

A. Some consumers care. Yup.

Q. And so General Mills' positions on animal welfare issues are guided by consumer perceptions; fair to say?

A. Consumer perceptions are one input we would consider. So we would consider what consumers think. We would consider what customers think. We would consider NGO opinions. We would -- and sometimes those are investor opinions, too, because as you say, NGOs might own shares. We will consider what our peers are doing and we will consider how well our behavior matches our mission.

Q. Why would you consider what your peers are doing?

A. Because consumer-facing companies always do. We always consider the competitive landscape.

Q. But why is that?

A. Well, that's getting into an area I'm not an expert in, because I am not a marketer.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

9 (Pages 30 to 33)

---

**30**

1  Q.  It's for marketing reasons?

2  A.  Well, I mean, they're the ones who most

3  closely watch peer behavior.  But I would say, just

4  my opinion, that if your peers are -- if you stand

5  out amongst your competitive set as not behaving in

6  a responsible way, that's problematic.  You're at a

7  competitive disadvantage.

8  Q.  Who is Wendy Thai?

9  A.  She's my colleague.  She's another

10  director in global communications.  She's the

11  global communications director.

12  Q.  Does she essentially have your

13  responsibilities for other geographic areas?

14  A.  She did.  She did -- she was the

15  international communications person.  I believe she

16  has recently begun to focus more on internal

17  communications.

18  Q.  Were you aware that General Mills has

19  filed a lawsuit against a number of egg producers

20  and my clients, United Egg Producers and United

21  States Egg Marketers?

22  A.  Only as a result of being told I was

---

**31**

1  being deposed.

2  Q.  When, approximately, was that?

3  A.  Well, documents were gathered maybe six

4  months ago.  So that was my first -- I was told

5  that I might be deposed at that time.  So I think

6  it was about six months ago.  Yes.

7  Q.  That your documents were gathered?

8  A.  Yes.

9  Q.  And what do you understand the

10  allegations in the lawsuit to be?

11  MS. ANSARI:  Objection, privilege.  I'm

12  going to instruct the witness not to answer as to

13  her understanding from communications with counsel.

14  BY MR. DAVIS

15  Q.  So you can go ahead and answer the

16  question.  What is your understanding of the

17  allegations in General Mills' lawsuit?

18  A.  I understand that General Mills is party

19  to a lawsuit and that price fixing is at the root

20  of it.

21  Q.  Do you have any opinion one way or the

22  other on whether or not those allegations are

---

**32**

1  meritorious?

2  A.  I was not here at the time of the

3  alleged actions, so no.

4  Q.  What did you do to prepare for your

5  deposition today?

6  A.  I met with counsel.

7  Q.  When was that?

8  A.  We had a very short meeting on Tuesday,

9  and then we had a fairly short, slightly longer

10  meeting last week.

11  Q.  So a short meeting yesterday and --

12  A.  Yes.

13  Q.  -- and a longer meeting last week?

14  A.  Yes.

15  Q.  How long was your longer meeting?

16  A.  About one hour.

17  Q.  Did you go over any documents with them

18  at that time?

19  A.  I wouldn't say we went over documents.

20  They showed me that there were documents.

21  Q.  They showed you documents?

22  A.  Yeah.  Just like your -- (Indicating).

---

**33**

1  Q.  Have you spoken with anyone else at

2  General Mills about this litigation?

3  A.  I told my boss that I was being deposed

4  this afternoon so he'd know where I was.

5  Q.  Anyone else?

6  A.  No.

7  Q.  Have you spoken with a gentleman named

8  Binh Tran?

9  A.  I have not.

10  Q.  Do you know who that is?

11  A.  His name sounds familiar, but I don't

12  know who he is.

13  Q.  Okay.  Do you perceive, then, animal

14  welfare issues to be something of importance to

15  General Mills?

16  A.  I think along with a number of other

17  issues, yes.

18  Q.  And does General Mills have any animal

19  welfare standards that pertain to egg-laying hens?

20  A.  General Mills has commitments in Europe

21  and the U.S. regarding egg purchases.  So in the

22  EU, the company has committed its Haagen Daz

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

---

34

1 business to buy a hundred percent free-range eggs
2 by the end of 2013, and that has been accomplished.
3 And then in the U.S., General Mills purchased two
4 million cage-free eggs in 2013, and we have a
5 public commitment to -- we had a public commitment
6 that was made in about 2000 -- April of 2012, I
7 think, to purchase one million cage-free eggs.  So
8 our initial commitment was to purchase one million,
9 and we have since purchased two million.
10    Q.    Any other -- any requirements that
11 General Mills has for its egg product suppliers or
12 its egg product procurement?
13    A.    Not that I know of.  That's getting into
14 a sourcing question.
15    Q.    I'll show you what's been marked as
16 Exhibit 1.
17        (Exhibit Sullivan 1 was marked for
18        identification.)
19    BY MR. DAVIS:
20    Q.    Ms. Sullivan, do you recognize Exhibit
21 1?
22    A.    I do.  It's our animal welfare position.

---

35

1    Q.    And did you have any role in creating
2 this document?
3    A.    I did.  I liaised with my boss, Tom
4 Forsythe, and the sourcing department and
5 sustainability to generate this position.
6    Q.    Let me ask you about Tom Forsythe.  Has
7 he been your boss since you started at the company?
8    A.    Yes.
9    Q.    Do you know what position he held prior
10 to his current one?
11    A.    Gosh.  Not exactly.
12    Q.    Do you know for how long he's been in
13 his current position?
14    A.    A long time.  I think it's about 20
15 years.
16    Q.    Oh.
17    A.    No.  That can't be right.  Sorry.  He's
18 been at General Mills for about 20 years.  I don't
19 know how long he's been in his current position.
20 But I think it's a long time.
21    Q.    And have you ever spoken with him about
22 his involvement in animal welfare issues?

---

36

1    A.    How do you mean his involvement?
2    Q.    Well, prior to your arrival at General
3 Mills, the extent to which he was involved in
4 animal welfare issues.
5    A.    I haven't, no.
6    Q.    Do you know anything about his
7 involvement in animal welfare issues prior to your
8 arrival?
9    A.    I don't.  The only thing I know was
10 there was this HSUS meeting on my first day at work
11 and he was in the meeting.  So I, you know, deduced
12 that he conversed with somebody on that topic,
13 but --
14    Q.    But you don't know how far back that
15 goes?
16    A.    No, I don't, I'm afraid.
17    Q.    Or whether he was involved in other
18 animal welfare issues prior to your arrival?
19    A.    I don't know.
20    Q.    Okay.  If you look at Exhibit 1, under
21 "Egg Production," the first sentence says, "We
22 acknowledge the discussion about egg production and

---

37

1 the impact on egg-laying hens."  Do you see that?
2    A.    Yes.
3    Q.    What does that mean, "we acknowledge the
4 discussion"?
5    A.    I think it really means what it says,
6 which is that we're aware that a conversation is
7 taking place.  There are differing viewpoints and
8 we want to let, you know, our shareholders know
9 that we are -- we are aware, we are engaged and --
10 so, yes.  That's what that means.
11    Q.    Okay.  If you drop down a little bit
12 further, "To encourage the development of
13 alternative production methods in the U.S., General
14 Mills purchased one million eggs from cage-free
15 hens for our U.S. retail operations in 2012."  Do
16 you see that?
17    A.    I do.
18    Q.    First of all, did that actually occur,
19 that General Mills purchased one million eggs from
20 cage-free hens for its U.S. retail operations in
21 2012?
22    A.    That is my understanding, yes.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

---

**38**

Q.  And earlier in the sentence, it says that this was done to encourage the development of alternative production methods in the U.S.  Do you see that?

A.  Yes.

Q.  What's meant by that?

A.  I think what that means is that we understand there are different approaches with different merits and that we want to support the development of those different approaches so we can best understand what is the superior method.

Q.  So it's in General Mills' interest to encourage the development of other forms of egg production?

A.  Well, for example, you know, we would like to understand more about which production system is -- offers the best attributes in terms of various things, whether it be environmental impact, whether it be animal welfare issues, whether it be worker health and safety.

So, you know, by supporting different methods and supporting others who study different

---

**39**

methods, we can try to better understand what those realities are.

Q.  So General Mills' agreement to purchase cage-free eggs was premised on a goal of supporting cage-free egg production?

A.  I would say that General Mills' decision to buy a number of cage-free eggs, one million cage-free eggs, was based on -- essentially we brought forward information to our issues team from a number of different areas.

So we said, here's what we're seeing in terms of NGO/investor interest.  Here's what we think is the level of consumer interest.  Here's the conversation that is taking place in the media. Here's what our peers are doing.  And here's what -- here's the science that is -- the credible science that's available on this topic.  And by looking at all of those factors, the team decided to commit to the one million cage-free egg purchase.

Q.  So those are the factors, what you just said, that General Mills considered and then

---

**40**

ultimately decided to commit to purchasing cage-free eggs?

A.  Yes.

Q.  In Europe, General Mills committed to source 100 percent free-range eggs for all Haagen Daz products?

A.  Yes.

Q.  It has not made a similar commitment in the United States?

A.  That is correct.

Q.  Why not?

A.  A different -- completely different -- well, different in many ways.  So Haagen Daz uses whole eggs, liquid eggs, and in the U.S. we use more powered eggs.  So Haagen Daz is more -- is closer, if you will, to its egg content.

In Europe, caged -- conventional battery cages are now banned.  And the consumer -- well, I would say the general stakeholder interest in cage-free, or in Europe usually it's free-range eggs is more mature.  It's a more mature issue in that region.

---

**41**

Q.  What do you mean by that, more mature?

A.  Now I'm going off my sort of own experience being a Brit, but, you know, when you think about the regulatory environment, for example, I mean, they actually have a ban on conventional battery cages.

So this is an issue that's -- it's been around, to my understanding, for longer and I think the general -- I think culturally, animal welfare issues have gained more traction in that part of the world than in the United States.

Q.  But the animal welfare issues are identical, right?  It's the consumer perceptions that differ between the EU and the U.S.?

A.  Well, I think the -- I'm not an expert. But I think the systems are somewhat different, too.  I think flock sizes tend to be a bit smaller in the EU.

Q.  But the science is the same, right?  The science doesn't change between --

A.  The science is not the same.

Q.  Okay.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

12 (Pages 42 to 45)

---

42

1    A.   It's not the same.  The perspective from
2    the -- if you read all the EU science, the
3    perspective is that cage-free or free-range is on
4    balance preferable.  If you read all the science
5    in the U.S. the conclusion, I would say, is it's
6    about equal.
7    Q.   And does General Mills -- or have you
8    been -- do you perceive General Mills to have a
9    view on which of those is correct?
10   A.   We're a U.S.-based company.  So we do
11   have to make an effort to always consider the
12   global perspective.  I mean, what we do is we do
13   consider the global perspective, but we do have to
14   challenge ourselves to make sure we do that.
15   Q.   Let me show you what's been marked as
16   Exhibit 2.
17             (Exhibit Sullivan 2 was marked for
18             identification.)
19   BY MR. DAVIS
20   Q.   Do you recognize this document?
21   A.   I do.  I haven't seen it for a long
22   time, so let me just refamiliarize myself.

---

44

1    General Mills should buy a million cage-free eggs
2    in calendar 2012?
3    A.   Yes.
4    Q.   And the answer as to why General Mills
5    should do that is because HSUS had threatened to
6    bring a shareholder resolution against General
7    Mills, repeating the threat that it had made in
8    2010?
9    A.   Well, that's one of the reasons.
10   Q.   Okay.  Another reason is that General
11   Mills' competitors have almost all made at least
12   token cage-free buys, leaving General Mills behind
13   its peer group?
14   A.   Yes.  That's -- yes.
15   Q.   And those are the two reasons?
16   A.   Well, I think what we have here is the
17   two reasons we thought -- they're not the only two
18   reasons.  But they're the two reasons that we --
19   the two most pragmatic reasons, I think, to deliver
20   to management.
21   Q.   Well, they're the only two reasons that
22   you do deliver to management?

---

43

1    Q.   Absolutely.
2    A.   (Reading).
3    MR. CAMPBELL:  Yeah.  Thank you.  Yes.
4    BY MR. DAVIS
5    Q.   Are you ready?
6    A.   Mm-hmm.
7    Q.   Did you write this document?
8    A.   I believe I did, yes.
9    Q.   And what is it?
10   A.   It looks like -- I don't remember
11   exactly.  But it looks like it is notes that would
12   have -- so I believe the order was we discussed --
13   we brought the topic to our issues team.  I think I
14   probably made these notes as the basis from which
15   to send the recommendation out to our management
16   team for the cage-free hen purchase.  Cage-free hen
17   egg purchase.
18   Q.   Ultimately -- right.  You're not buying
19   the hens, right?
20   A.   Not buying the hens or talking to the
21   hens, no.
22   Q.   Ultimately your recommendation was that

---

45

1    A.   I can't remember.
2    Q.   Well, they're certainly the only two
3    reasons in this document; fair enough?
4    A.   Yes, but this is not the document we
5    delivered to management, to my recollection.
6    Q.   What is the document you delivered to
7    management?
8    A.   I think a shortened version of this.
9    Q.   Did you add on additional reasons to
10   that version?
11   A.   I can't remember.
12   Q.   If you have another version of this that
13   was delivered to management, would that have also
14   been in your file?
15   A.   Yes.
16   Q.   And that would have been collected by --
17   A.   Yes.
18   Q.   Okay.  Are you positive that there is
19   another version of this document?
20   A.   No.
21   Q.   So this might --
22   A.   I just thought it was two pages long,

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

13 (Pages 46 to 49)

---

46

1  what we delivered. And this is longer. And it
2  doesn't look as neat as a document that we
3  delivered to management would look. So I don't
4  remember exactly.
5      Q. Okay. You note here that cage-free eggs
6  are 66 percent more expensive than battery hen
7  eggs, or $1.50 a pound more; is that right?
8      A. What I note there, it's not a current --
9  that's not the current premium today.
10     Q. But it was true then?
11     A. It was true then, yeah.
12     Q. So you are suggesting that General Mills
13 purchase one million of its eggs from cage-free
14 sources in spite of the this cost premium; is that
15 right?
16     A. Yes.
17     Q. Fair to say, then, that in your view, it
18 is worth it to General Mills to pay this cost
19 premium in order to protect itself against the
20 threatened shareholder resolution and in order to
21 better align itself with its competitors?
22     A. Yes. Those and the -- yes.

---

47

1      Q. Okay. If you would turn to page 3, at
2  the bottom of the page, it says "Risks of
3  Inaction."
4      A. Mm-hmm.
5      Q. And it then lists several bullet points
6  that talk about the threatened shareholder
7  resolution.
8         What is General Mills' interest in
9  preventing HSUS from bringing a shareholder
10 resolution?
11     A. Somebody from investor relations would
12 have to answer that precisely. From a public
13 relations standpoint, I would say that it's -- you
14 know, it's unfavorable to have a resolution in your
15 proxy statement.
16     Q. Why?
17     A. Because it draws more attention to the
18 topic.
19     Q. And General Mills sought to not draw
20 more attention to the topic?
21     A. I would say so, yes.
22     Q. Okay. And that was one of the

---

48

1  reasons -- in fact, one of the two reasons you
2  express here why it is in General Mills' interest
3  to purchase some amount of cage-free eggs?
4      A. Yes.
5      Q. Did you collect documents from other
6  sources regarding the debate surrounding cage-free
7  eggs?
8      A. Yes.
9      Q. Why did you do that?
10     A. Because I developed an issue paper on
11 the topic of cage-free eggs, and to be able to
12 write accurately, I needed to understand the
13 science, for example, on the topic. So I collected
14 the EFSA opinion, for example, the European Food
15 Safety Authority opinion, for example, on the
16 issue, what are opinions here in the United States.
17     Q. I'll show you what's been marked as
18 Exhibit 3.
19        (Exhibit Sullivan 3 was marked for
20        identification.)
21        BY MR. DAVIS
22     Q. Do you recognize this document?

---

49

1      A. I must say I don't remember this precise
2  document, though it looks like the kind of document
3  I gather.
4      Q. I'm going to assume, because your first
5  name is not the most common in these parts, that --
6  is this you by -- you haven't gone by a different
7  name?
8      A. That is my maiden name, yes.
9      Q. So this is your document?
10     A. Yes.
11     Q. And it says here from you, and then up
12 toward the top, it lists the conversation as HSUS
13 at ConAgra ASM and it says that it's posted to
14 cage-free eggs. Do you see that?
15     A. I do.
16     Q. Do you know what those refer to?
17     A. I don't.
18     Q. Have you posted to any discussion groups
19 about this?
20     A. No. My -- the only thing I update is an
21 internal issue paper on the topic.
22     Q. Internal to General Mills?

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

14 (Pages 50 to 53)

---

50

1  A.  Internal to General Mills.
2  Q.  Might that be what this is referring to?
3  A.  I don't think so, because I have never
4  seen -- I don't believe that when I post things to
5  the issue site, it generates this -- the
6  information you have in the top portion of this
7  document.
8  Q.  Why was the actions taken by HSUS at
9  ConAgra's shareholder meeting regarding cage-free
10 eggs of interest to you?
11 A.  Any action on an issue that's involving
12 our peers is of interest to us.
13 Q.  And, again, that goes back to what you
14 spoke about earlier regarding General Mills'
15 competitive positioning in the marketplace?
16 A.  Yes.  And also to understanding where --
17 if we have a shareholder proposal, if we're being
18 threatened with a shareholder proposal, then
19 looking at the experience of our peers can help
20 illuminate what our own experience might be.
21 Q.  I'll show you what's been marked as
22 Exhibit 4.

---

51

1  (Exhibit Sullivan 4 was marked for
2  identification.)
3  BY MR. DAVIS
4  Q.  Do you recognize this document?
5  A.  You know, I don't recognize this
6  precise -- well, what I mean is I don't remember
7  this precise document.  But I do remember generally
8  reading about the UEP and HSUS agreement.
9  Q.  And do you know -- do you know why you
10 would have had this document?
11 A.  I'm sure I would have been interested to
12 read about the -- well, it's two unlikely partners,
13 for one thing.  And the fact that it's -- it
14 illustrates what the Humane Society of the United
15 States is willing to accept in terms of minimum
16 standards for hen housing, that's of interest.
17 Q.  Why is that of interest?
18 A.  Because if we try to understand where
19 the egg production industry might go, then a group
20 like HSUS, where we understood that their
21 preference was for cage-free eggs, if they then
22 agree to support legislation for enriched

---

52

1  housing -- so that's still cages -- that's of
2  interest, significant.
3  Q.  Let me show you now what's been marked
4  as Exhibit 5.
5  (Exhibit Sullivan 5 was marked for
6  identification.)
7  BY MR. DAVIS:
8  Q.  It looks like there's some handwritten
9  notes that -- this is how it was unitized for us.
10 But I'm really going to ask you about what starts
11 on page 2.
12 A.  Okay.
13 Q.  Is this your document?
14 A.  It is.
15 Q.  This is your handwriting?
16 A.  That's my handwriting.
17 Q.  If you look under the heading "Potential
18 Impact on General Mills" --
19 A.  Yes.
20 Q.  -- and then the second bullet point, it
21 says, "For USRO."  What does that stand for?
22 A.  United States Retail Organization.

---

53

1  Q.  "For USRO, our commitment to purchase
2  one million" -- I assume that means cage-free eggs?
3  A.  Yeah.
4  Q.  -- "in fiscal year 2012 represents
5  approximately 1 percent of our annual egg purchase
6  at a cost of $40 million."
7  A.  40,000.
8  Q.  40,000.
9  A.  Sorry.  Just one.
10 Q.  So is that accurate?  General Mills'
11 commitment to purchase a million cage-free eggs is
12 approximately 1 percent of its egg purchases?
13 A.  To my understanding, not being in
14 sourcing, yes.
15 Q.  And has General Mills ever publicized
16 that specific fact, that it's purchasing 1 percent
17 of its eggs from cage-free sources?
18 A.  No.
19 Q.  Why not?
20 A.  To be honest, I've never been -- I don't
21 think we ever considered it.  I don't know what the
22 answer to that question is.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                  March 5, 2014

15 (Pages 54 to 57)

---

**54**

1   Q.   Well, for Haagen Daz in Europe, you do
2   publicize the percentage, right?
3   **A.   Yes.**
4   Q.   Because it's a hundred percent?
5   **A.   A hundred percent.  But it's different.**
6   **It's for one specific business.**
7   Q.   Right.  But you don't say, we're
8   purchasing X million eggs?
9   **A.   That is correct.**
10  Q.   It's expressing a percentage?
11  **A.   Yes.**
12  Q.   And that percentage is a hundred?
13  **A.   Right.**
14  Q.   And here in the U.S., the actual
15  percentage is approximately 1 percent?
16  **A.   That's correct.**
17  Q.   And you don't publicize that statistic
18  at all?
19  **A.   That's correct.**
20  Q.   You publicize the one million figure?
21  **A.   Yes.**
22  Q.   Was there ever any discussion about what

---

**55**

1   figure should and should not be publicized?
2   **A.   No.**
3   Q.   Do you think that publicizing the
4   1 percent figure would -- how that would resonate
5   with consumers or customers?
6   **A.   I mean, I can only speculate and say**
7   **that it sounds like a small amount.**
8   Q.   And do you think that that might have
9   some -- play some role in why that figure is not
10  publicized?
11  **A.   Well, I think the actual reason is**
12  **probably because this is the language that was**
13  **used.  So our peers -- our direct peers typically**
14  **spoke in these terms.**
15  Q.   In which terms?
16  **A.   What -- the million as opposed to a**
17  **percentage.  I think -- now, I can't recall well,**
18  **but I think maybe -- did McDonald's do a percent?**
19  **I can't remember.  But I think millions was the**
20  **typical language used.**
21  Q.   Now, as director of issues management,
22  if you were asked for your opinion on whether or

---

**56**

1   not General Mills should publicize this 1 percent
2   figure, what would be your opinion on that?
3   **A.   I don't think it would be helpful.**
4   Q.   Because it's a small percentage?
5   **A.   Yes.  I think it also said what our egg**
6   **purchase is, and I think we don't disclose those**
7   **kind of specifics.**
8   Q.   I'm sorry.  You don't disclose?
9   **A.   We don't disclose, like, how many eggs**
10  **we buy, for example.  So I'm just wondering if**
11  **the --**
12  Q.   But it would be an either/or.  You could
13  have disclosed 1 percent instead of one million?
14  **A.   Yes, I suppose -- yes, sorry.  So if**
15  **it's an either/or, yes.**
16  Q.   You can put that aside.  Are you aware
17  of retailers asking General Mills to source
18  cage-free eggs?
19  **A.   I don't -- I personally don't recall**
20  **having had a -- received a specific request from a**
21  **retailer.  I do think we received some -- a request**
22  **or -- I don't remember if it was one or more -- but**

---

**57**

1   **for information about our animal welfare policies,**
2   **including cage-free.  But I don't recall anybody**
3   **saying to us, can you buy cage-free eggs.**
4   Q.   I'll show you what's been marked as
5   Exhibit 6.
6   **A.   I'm sorry.  With the exception of the**
7   **organic business.  That didn't come to me.  I**
8   **haven't dealt with that at all.  But the organic**
9   **business buys cage-free because of organic**
10  **requirements, I think.**
11          (Exhibit Sullivan 6 was marked for
12          identification.)
13          BY MR. DAVIS
14  Q.   Do you recognize this document?  I
15  believe this came from your file.
16  **A.   I do remember a communication from**
17  **Harris Teeter.  I didn't recall that they had**
18  **specifically asked us to begin using cage-free**
19  **eggs.  I recalled that they had asked us about our**
20  **usage.**
21  Q.   So if you look at the second paragraph,
22  first sentence, "As a major retailer of General

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

16 (Pages 58 to 61)

---

58

1  Mills' products, I am writing to ask General Mills
2  to begin using cage-free eggs in General Mills'
3  products." Do you see that?
4      A.   I do.
5      Q.   Does that refresh your recollection?
6      A.   I guess.  I didn't remember this line,
7  but it's helpful to see.
8      Q.   Why would a document like this be in
9  your file?
10     A.   Because a document like this, though
11 there are a number of us that it could come to, but
12 due to the fact that it's about an issue that we
13 deal with, a letter like this would come to either,
14 you know, myself or my boss, maybe investor
15 relations, for a response.  So I, in this case,
16 would have been the person who drafted the first
17 response to this letter.
18         MR. DAVIS:  Why don't we go off the
19 record and take a short break.
20         THE WITNESS:  Sure.
21         THE VIDEOGRAPHER:  We're going off the
22 record at about 3:12 p.m.

---

59

1          (Whereupon, a recess was taken from 3:11
2  p.m to 3:23 p.m.)
3          THE VIDEOGRAPHER:  We are back on the
4  record.  This is the continuing videotaped
5  deposition of Naamua F. Sullivan taken on March the
6  5th 2014.  The time is about 3:23 p.m.
7          BY MR. DAVIS:
8      Q.   Ms. Sullivan, I'll show you what's been
9  marked as Exhibit 7.
10         (Exhibit Sullivan 7 was marked for
11         identification.)
12         BY MR. DAVIS:
13     Q.   Are you familiar with this document?
14     A.   It does look familiar, yes.  I haven't
15 seen it for a long time, but it does look familiar.
16     Q.   When did you previously see this
17 document?
18     A.   I mean, I can see the date on the front.
19 So it looks as though it was done around the time
20 when we met with the Humane Society of the United
21 States.  And so I'm sure I saw it around that time.
22     Q.   If you turn to the second page, the

---

60

1  executive summary.
2      A.   Mm-hmm.
3      Q.   The first bullet point says that the
4  cage-free movement is fueled by emotion.  Do you
5  see that?
6      A.   I do.
7      Q.   What do you understand that to mean?
8      A.   Well, I didn't write this.  So this is a
9  view coming from sourcing.
10     Q.   Mm-hmm.
11     A.   So I would guess that what they are
12 referring to is that the images of caged hens can
13 be troubling.
14     Q.   And underneath that, it says, "Science
15 shows no increased health benefit for chickens or
16 eggs."
17     A.   Yes, it does.
18     Q.   And is that something that you agree
19 with or that you're aware of?
20     A.   I think there are different -- there's
21 legitimate science that would draw this conclusion
22 and there's legitimate science that draws a

---

61

1  different conclusion.
2      Q.   Okay.  If you turn -- and I will refer
3  now -- if you see these numbers at the bottom or in
4  the corner, it says "GMI" and then continues.
5      A.   Mm-hmm.
6      Q.   So if you turn to the page that ends in
7  13 --
8      A.   Okay.
9      Q.   -- at the top, it asks "What is fueling
10 the cage-free movement?"  Do you see that?
11     A.   I do.
12     Q.   And the first item listed is the Humane
13 Society of the United States?
14     A.   Yes.
15     Q.   Do you agree that they are helping to
16 fuel the cage-free movement?
17     A.   In the U.S., yes.
18     Q.   If you turn to the page that ends in 15,
19 "Is cage-free the right solution," and under
20 "Pros," the first item listed is "Activist support,
21 including the HSUS"?
22     A.   Yes.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                              March 5, 2014

17 (Pages 62 to 65)

---

62

1    Q.    Why is that a pro?
2    A.    Well, I didn't write this. So I don't
3    know.
4    Q.    Do you have an understanding of what's
5    meant by that?
6    A.    "Is cage-free the right solution?
7    Activist support, including the HSUS." I mean, I'm
8    going to guess it means that an animal welfare
9    group believes that cage-free is the right
10   solution, and so that's one factor that weighs in
11   favor of cage-free.
12   Q.    The second being consumers' perception
13   that cage-free is a more humane option?
14   A.    Yes. I read that, yes.
15   Q.    And a similar understanding of why
16   that's considered a pro is because General Mills is
17   a consumer-facing company and compares about
18   consumers perceptions?
19   A.    Yes.
20   Q.    Yes?
21   A.    Yes. That would be correct.
22   Q.    Under "Cons," among those items listed

---

63

1    are the increased production costs.
2    A.    Right.
3    Q.    Because General Mills has an interest in
4    keeping its production costs low?
5    A.    Yes.
6    Q.    And as we discussed earlier, cage-free
7    eggs are more expensive?
8    A.    They are more expensive, yes.
9    Q.    Under "Science," "No meaningful health
10   benefits are created due to cage-free production."
11   Do you see that?
12   A.    I do see that.
13   Q.    And that's footnoted with a cite to a
14   Time Magazine article.
15   A.    I see that.
16   Q.    And do you understand that to be true?
17   A.    I -- again, the science is mixed. So I
18   do -- if I recall correctly, most U.S. science says
19   that there are no meaningful health benefits
20   created due to cage-free production, and that only
21   in Europe have they found health concerns with
22   caged hen production. Battery hen production.

---

64

1    Q.    Below it says, "No additional standards
2    or regulations on treatment" and "Lack of clarity
3    on enforcement." Do you see that?
4    A.    I do.
5    Q.    Do you have an understanding what's
6    meant by that?
7    A.    I don't know what that means. I mean, I
8    could guess in the U.S. our -- we don't have a
9    national -- well, no. I'm getting into -- I don't
10   know exactly what that means.
11   Q.    Well, why generally on something like an
12   animal welfare issue would standards or regulations
13   or clarity on enforcement be important to General
14   Mills?
15   A.    I think -- you know, if you look at
16   something like Europe banning battery cages, you
17   might say, okay, a legitimate body has examined the
18   science and they've found cause for banning this
19   practice. So action of a legislative or regulatory
20   nature shows some degree of acceptance that a
21   certain course of action is not accepted to a
22   certain, you know, portion of the population. So

---

65

1    that's relevant.
2    Q.    But why would it be important for
3    General Mills that some animal welfare practice be
4    subject to clear enforcement or specific standards?
5    A.    The enforcement, I can't comment on.
6    This is really the sourcing area. I mean, I'm sure
7    if we needed to buy ingredients in a certain region
8    and there was specific regulations guiding the way
9    those ingredients were produced, then that would be
10   of relevance to us.
11   But I don't do that. I don't buy stuff.
12   So I look at it more from the, you know, regulator
13   or legislator is -- you know, they could be a
14   stakeholder. So I look at it from that
15   perspective.
16   Q.    When you've spoken about the science
17   behind certain animal welfare standards here, where
18   does that knowledge come from?
19   A.    It comes from research.
20   Q.    Your own?
21   A.    It comes from my own research and
22   discussing that research with internal, you know,

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

18 (Pages 66 to 69)

---

**66**

1  experts, people who are experts in certain areas of
2  the issue. I don't consider myself to be an
3  expert. I consider myself to be a person who
4  brings information together that experts have
5  created.
6      Q.  Are you aware of efforts by -- well, I
7  think we talked about NGOs and some of the actions
8  they've taken vis-a-vis General Mills on animal
9  welfare issues. And we've talked somewhat
10 extensively about HSUS as an example of one.
11     What other NGOs have made efforts or any
12 advocacy groups have made efforts to try to get
13 General Mills to change their procurement efforts?
14     MS. ANSARI: Objection. Lack of
15 personal knowledge. You can answer from what you
16 know.
17     THE WITNESS: Okay.
18     A.  So you're talking about till now, today?
19     BY MR. DAVIS
20     Q.  That you know of.
21     A.  That I know of. So in the animal
22 welfare area, PETA, People for the Ethical

---

**67**

1  Treatment of Animals, has contacted us on the issue
2  of dehorning. There are NGOs like Mercy for
3  Animals, I think, tends to release videos at
4  animal -- or meat production facilities. They
5  don't contact General Mills directly, but sometimes
6  we'll hear about it from, you know, either an HSUS
7  or another member of the General Mills team that's
8  read about it in a newsletter, for example.
9      And then, I mean -- gosh, there is
10 endless numbers of NGOs that contact us on issues.
11 So on bisphenol A, BPA, Consumers Union, Breast
12 Cancer Fund, genetically modified ingredients,
13 Green America, on palm oil, Rainforest Action
14 Network, Green Peace, Union of Concerned
15 Scientists. I mean, there are a lot of them.
16     Q.  Let me go back to something you said
17 about Mercy for Animals and releasing videotapes.
18 Does General Mills have an interest in not being
19 associated with producers of any animal product
20 whose production practices are being adversely
21 publicized by NGOs?
22     A.  I think, yes, General Mills would have

---

**68**

1  an interest in, you know, ensuring that its
2  suppliers were raising animals humanely. So, yes,
3  videos that show inhumane treatment, that
4  legitimately show inhumane treatment, are troubling
5  for General Mills.
6      Q.  How about videos that, whether
7  legitimately or not, just the publicity that those
8  types of videos get and how that might reflect on
9  General Mills, whether fairly or not?
10     A.  Now, I'm trying to think of a case where
11 it wouldn't. Because these videos tend to be
12 fairly graphic. So, you know, I think that would
13 be unfavorable to General Mills if one of our
14 suppliers was exposed by one of these videos.
15     Q.  And that's what I'm getting at, right,
16 is General Mills doesn't want the adverse publicity
17 that might come along with being connected somehow
18 to one of those videos?
19     A.  I think that would be accurate, yeah.
20     Q.  And General Mills takes steps to try to
21 prevent against that as part of its decision-making
22 process in what suppliers to contract with?

---

**69**

1      A.  I can't answer that. That's a sourcing
2  question.
3      Q.  You've never been involved in those
4  discussions?
5      A.  No. Our animal welfare team is starting
6  to discuss whether we should have a set of guidance
7  principles for our suppliers, but we don't at the
8  present time.
9      Q.  And you're part of that animal welfare
10 team?
11     A.  Yes.
12     Q.  So you're starting to discuss within the
13 animal welfare team whether the animal welfare team
14 should create guidelines that it would then present
15 to the sourcing groups?
16     A.  We, right now, don't have any -- I
17 definitely don't want to say something that's not
18 correct, but to my understanding, we don't have
19 specific requirements that we make of our suppliers
20 on animal welfare other than the fact that we
21 purchase this small amount of cage-free eggs and
22 that we support a movement to alternatives to

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                                         March 5, 2014

19 (Pages 70 to 73)

---

**70**

1  gestation crates. But other than that, we don't
2  have -- we don't have a set of specific
3  requirements.
4       So right -- we have just floated it out
5  there as a -- as something we might want to
6  consider. We don't have the information we need
7  yet to develop those principles. And I don't know
8  exactly how sourcing talks to suppliers.
9       So I would just be more involved in
10  language development and content development. I
11  wouldn't be involved in the -- in delivering that
12  to the suppliers because I don't talk to suppliers.
13     Q.   Do you have a personal opinion as to
14  whether it would be in the company's best interests
15  to create some set of animal welfare standards for
16  procurement purposes?
17     A.   I think it would sort of help clarify
18  our stance, yes.
19     Q.   And do you think that it would mitigate
20  any risk at all that General Mills faces in its
21  procurement process?
22     A.   I don't -- it doesn't seem to be right

---

**71**

1  now something that we're getting pressure on. So
2  this would be proactive. So I don't know. But if
3  we -- we have animal welfare policy which you've
4  presented here. And so it seems as though perhaps
5  translating that into some sort of requirements to
6  suppliers would give us a more cohesive approach,
7  more rigorous approach.
8       Q.   Because the animal welfare policy
9  doesn't actually require anything of its suppliers?
10     A.   No. It's a statement of intent, really.
11     Q.   So the next step the company is
12  discussing or a group within the company is
13  discussing is creating some set of requirements for
14  its suppliers?
15     A.   Yes. As a possibility.
16     Q.   And one of the reasons for that is that
17  it would give more clarity, I think you said, to
18  the business in what it should and should not be
19  doing in terms of procurement?
20     A.   That's my personal opinion. I could see
21  it helps with clarity.
22     Q.   Are there other benefits to it that you

---

**72**

1  can think of beyond being clear? For example,
2  mitigating the risk of adverse publicity? Is that
3  a benefit?
4       A.   I could see that in terms of reporting,
5  it -- you know, if we were asked about our animal
6  welfare policies or -- so we have a global
7  responsibility report, for example. And if we
8  could add we have this policy and we also have
9  these expectations of suppliers, I think that more
10  clearly demonstrates a commitment in this area.
11     MR. DAVIS: Let's go off the record.
12     THE VIDEOGRAPHER: We're going off the
13  record about 3:40 p.m.
14     (Whereupon, a recess was taken from 3:40
15  p.m to 3:43 p.m.)
16     THE VIDEOGRAPHER: We're going back on
17  the record about 3:43 p.m.
18     MR. DAVIS: Ms. Sullivan, I have no
19  further questions for you. I believe that
20  Mr. Schwingler has a few.
21     THE WITNESS: Okay.
22     EXAMINATION BY COUNSEL FOR THE

---

**73**

1       BY MR. SCHWINGLER
2       Q.   Good afternoon.
3       A.   Hello.
4       Q.   My name is Peter Schwingler, and I
5  represent Michael Foods, which is a defendant in
6  this case.
7       So am I correct that your first day on
8  the job, you had a meeting with the Humane Society
9  of the United States?
10     A.   Yes.
11     Q.   Who from the Humane Society did you meet
12  with?
13     A.   It was Josh Balk. And I think there
14  might have been another lady there, but I have no
15  recollection of her name or if she was there.
16     Q.   Are you familiar in general with the
17  Humane Society?
18     A.   Yes.
19     Q.   Would you agree that the Humane Society
20  is a fairly large NGO?
21     A.   Yes.
22     Q.   And influential?

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                                    March 5, 2014

---

**74**

1      A.   Yes.
2      Q.   And influential within General Mills,
3   correct?
4      A.   I think we -- because they're the chief
5   sort of proponent on animal welfare issues in the
6   United States, so when it comes to animal welfare,
7   they tend to be the one that we come into contact
8   with, so I think they're of significance.
9           Of course, we have a number of issues.
10  So, you know, the relative influence on General
11  Mills of HSUS, you have to consider it in the
12  broader context of all the issues that we deal
13  with.  But on animal welfare, they are certainly
14  important.
15     Q.   Is it fair to say that, you know, when
16  the HSUS calls, you pick up the phone?
17     A.   They usually e-mail, and I do respond,
18  yes.
19     Q.   All right.  Earlier when you were
20  talking about Haagen Daz, you used a phrase -- so,
21  first of all, you mentioned, if I heard you
22  correctly, that Haagen Daz uses whole eggs or

---

**75**

1   liquid eggs?
2      A.   Liquid eggs, yes.
3      Q.   Are you familiar with what Haagen Daz
4   uses the eggs for?
5      A.   They're just one of the ingredients.  I
6   don't exactly know what they do with them to turn
7   them into ice cream.
8      Q.   You used the phrase that because Haagen
9   Daz uses the whole egg or the liquid egg that
10  they're closer to their egg content.  Do you
11  remember using that phrase?
12     A.   Yes.
13     Q.   Could you clarify or explain what you
14  mean by Haagen Daz being closer to its egg content?
15     A.   So I think, for example, if you're a
16  company like McDonald's and you serve eggs, actual
17  eggs, then -- so that would be the most extreme
18  example, and then Haagen Daz, you know, eggs are
19  one of five ingredients, you are more closely
20  associated with that product.
21          A lot of our eggs are -- you know, it's,
22  to my knowledge, a small amount of powered egg

---

**76**

1   that's in something like a baking mix.  And so in
2   terms of, for example, consumer concern or
3   awareness, it's going to be higher for a product
4   where the egg is more obvious than it is for a
5   product where the egg is kind of hidden in that.
6      Q.   So would you agree that consumer
7   awareness of the role of an egg in a finished
8   product is on a spectrum where consumers are very
9   aware that eggs are involved in certain products
10  and less aware for other products?
11     A.   Yes.
12     Q.   And does that understanding influence
13  your role within General Mills?  You know, let me
14  withdraw that question.  That's a little vague.
15          Haagen Daz also sells ice cream in the
16  United States, correct?
17     A.   Yes.  But not General Mills.
18     Q.   Not General Mills?
19     A.   Right.  General Mills doesn't own that
20  business.
21     Q.   Okay.  Could I have you pick up Exhibit
22  2 again.

---

**77**

1      A.   Yes.
2      Q.   You testified earlier that you created
3   this document; is that correct?
4      A.   Yes.
5      Q.   I'll ask you to turn to the last page of
6   this document which has the Bates number in the
7   bottom right corner ending in 32293.
8      A.   Yes.
9      Q.   Is this your handwriting on this
10  document?
11     A.   It is.
12     Q.   If you go about two-thirds of the way
13  down the page, I see what appears to be the word
14  "Waldbaum."  Do you see that?
15     A.   I do.
16     Q.   Who is Waldbaum?
17     A.   I don't remember.
18     Q.   Is it possible that the word "Waldbaum"
19  on your notes here refers to NG Waldbaum?
20     A.   Anything is possible.
21     Q.   Okay.
22     A.   Honestly, I'm so sorry.  I have

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

21 (Pages 78 to 81)

---

**78**

1  absolutely no recollection of what that is.
2      Q.   If you go down just a few more lines, it
3  looks like -- I see the words "ConAgra" about three
4  or four words in from the left margin.
5      A.   Yes.
6      Q.   Do you see that?
7      A.   Yes.
8      Q.   And who is ConAgra?
9      A.   ConAgra is one of our peers, a fellow
10 food manufacturer.
11     Q.   Is ConAgra a competitor of General
12 Mills?
13     A.   Yes.
14     Q.   In what market do you compete with
15 ConAgra?
16     A.   They have soup, for example.  So
17 Progresso competes with them.  I don't know where
18 else we compete with them.  I'm showing complete
19 ignorance that I think of another example, but we
20 do see them as one of our main kind of peers.
21     Q.   To your knowledge, does General Mills
22 make a product that uses eggs or egg products that

---

**79**

1  competes with ConAgra?
2      A.   I should know, but I don't know.
3      Q.   Do you have any reason to believe you
4  would have been discussing ConAgra in a
5  conversation about cage-free eggs if they didn't?
6      A.   Well, I'm sure they -- so they've made a
7  cage-free egg purchase.  They committed to a one
8  million egg purchase.  So they use eggs.
9          Now, whether that's in a product that
10 competes with a General Mills product, I don't
11 know.  But their experience with cage-free eggs
12 would be interesting to us, whether or not it was
13 in a competing product.
14     Q.   If you could turn to the third page of
15 this document, which ends in 32290.  And there's
16 a -- maybe a quarter of way down the page, it says
17 "our competitors" with a colon.  Do you see that?
18     A.   Yes.
19     Q.   And the first bullet point, there's a
20 reference to Unilever?
21     A.   Yes.
22     Q.   Who is Unilever?

---

**80**

1      A.   Unilever is another of our peers or
2  competitors.
3      Q.   Are you familiar with which product or
4  products General Mills sells in competition with
5  Unilever?
6      A.   So Ben & Jerry's in Europe would compete
7  with Haagen Daz.
8      Q.   Any other products you're aware of that
9  compete between those two companies?
10     A.   And I think they still own biscuit
11 brands or cookie brands.  You know, I'm getting --
12 I don't know exactly which Unilever products
13 compete with General Mills products.
14     Q.   I see a reference to Hellmann's Light.
15 Do you see that?
16     A.   Yes.
17     Q.   It says, "Hellmann's Light is 100
18 percent"?
19     A.   Yes.
20     Q.   What is Hellmann's Light?
21     A.   A mayonnaise.
22     Q.   Is that a mayonnaise manufactured by

---

**81**

1  Unilever?
2      A.   Yes.
3      Q.   And when you say, "Hellmann's Light is
4  100 percent," are you referring to the percentage
5  of eggs that Hellmann's Light uses that are
6  cage-free?
7      A.   Yes.
8      Q.   So in other words, you're saying that
9  all of the eggs that go into Hellmann's Light are
10 made through a cage-free production system?
11     A.   Yes.
12     Q.   And then the last sentence in that first
13 bullet says, "Unilever has a plan to transition all
14 mayonnaise once supplies permit."  Do you recall
15 what you meant by that?
16     A.   I'm quite sure what I meant was that
17 they would buy cage-free eggs for all of their
18 mayonnaise products once there were enough
19 cage-free eggs available in the marketplace.
20     Q.   The next bullet point down refers to
21 Kraft and Sara Lee.
22     A.   Mm-hmm.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua

March 5, 2014

22 (Pages 82 to 85)

---

82

1    Q.   Are both of those competitors of General
2  Mills?
3    A.   Yes.
4    Q.   The last sentence in that bullet says,
5  "HSUS has praised both companies for even these
6  small moves."  Do you see that?
7    A.   Yes.
8    Q.   And is that a reference to the
9  commitment from each of those companies to buy one
10 million cage-free eggs?
11   A.   Yes.
12   Q.   And do you agree that committing to
13 buying one million cage-free eggs is a small move?
14   A.   I'm sure for -- you know, I don't know
15 what the overall egg purchases of those companies
16 are, but I would guess that, similar to General
17 Mills, one million is not a huge percentage of
18 their egg buy.  But I don't know exactly what their
19 egg buy is.
20   Q.   And, in fact, you would agree that -- so
21 at least from General Mills -- let me strike that
22 question.

---

83

1        From General Mills' perspective, buying
2  one million cage-free eggs would be considered a
3  small move?
4    A.   Yes.
5    Q.   The last bullet under "Our Competitors"
6  says, "Some of our customers like Wal-Mart and
7  Whole Foods have committed to transitioning their
8  private label eggs to cage-free eggs."  Do you see
9  that?
10   A.   Yes.
11   Q.   What do you mean by "private label
12 eggs"?
13   A.   So the eggs they sell as their own brand
14 eggs.  Whole eggs.
15   Q.   Are we talking shell eggs here?
16   A.   Shell eggs, yeah.
17   Q.   Do you consider -- you've mentioned --
18 you've talked about consumers so far.  But when you
19 talk about customers here, you're referring to
20 Wal-Mart and Whole Foods?
21   A.   They are.  Yes, exactly.
22   Q.   So your direct customer is the retailer,

---

84

1  correct?
2    A.   Yes.
3    Q.   And you consider -- sorry.  General
4  Mills considers the viewpoints of its customers
5  when evaluating issues such as animal welfare; is
6  that fair?
7    A.   Yes.
8    Q.   And much like consumer preferences are
9  relevant to General Mills' consideration of animal
10 welfare, its customer preferences would also be
11 relevant?
12   A.   That's correct.
13   Q.   If you could turn to the next page.  Do
14 you see the heading "Risks of Action" at the top of
15 the page?
16   A.   Yes.
17   Q.   In the second bullet point, it says, "We
18 have competing priorities.  For example, divisions
19 are cutting back on their salt and sugar work as
20 well as transition away from trans-fat due to
21 financial pressures."
22       Can you explain what you mean by the

---

85

1  phrase "competing priorities"?
2    A.   Yes.  So with limited resources, you
3  know, we've discussed that there's a premium
4  attached to cage-free eggs, and so since resources
5  are limited, as illustrated by these cutbacks
6  within the divisions, the competition for scarce
7  dollars is rather fierce.
8    Q.   So when you say there's a premium
9  attached to cage-free eggs, what you mean is
10 they're expensive, right?
11   A.   They are more expensive than
12 conventional battery cage eggs, yes.
13   Q.   Would you agree that they're
14 significantly more expensive than conventional
15 battery produced eggs?
16   A.   I think the premium today is about 30
17 percent, which I believe the businesses would
18 consider to be significant.
19   Q.   When you say, "For example, divisions
20 are cutting back on their salt and their sugar
21 work" --
22   A.   Mm-hmm.

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                    March 5, 2014

23 (Pages 86 to 89)

---

86

1    Q.   -- what do you mean by that?
2    A.   So we have efforts to reduce our sodium
3    and our sugar content.  But when you do that, it
4    takes R&D to reformulate the products to be lower
5    in those kind of ingredients.
6         So, you know, this seems as though -- I
7    don't exactly remember if I was referring to
8    anything specific here.  But with scarce resources,
9    they may not have been going as fast, for example,
10   on their salt and sugar reduction as they would
11   have been going if they had had more money
12   available for R&D.
13   Q.   So consumers -- General Mills' consumers
14   want food that tastes good?  Is that accurate?
15   A.   Yes.  That is true.
16   Q.   And all else being equal, they'd like
17   food that is healthy?
18   A.   Yes.
19   Q.   And so there are instances when those
20   two goals or desires are in conflict?
21   A.   Yes.
22   Q.   And this would be an example where

---

87

1    making food taste good with salt and sugar might
2    make it less healthy?
3    A.   That is a potential risk, yes.
4    Q.   And so what I'm understanding here is
5    General Mills was pursuing a way to have
6    good-tasting food that is healthier, but either
7    terminated or reduced those efforts due to the
8    cost.
9    A.   I don't remember the exact ramifications
10   of this challenging financial environment in terms
11   of what it meant for salt reduction and sugar
12   reduction.  But clearly here I am referring to a
13   situation where, yeah, they may have slowed down
14   efforts, for example.  That's kind of all I know,
15   really.
16   Q.   And General Mills competes with its
17   competitors on flavor, correct?
18   A.   Yes.
19   Q.   And it also could compete with its
20   competitors on healthful characteristics of food as
21   well?
22   A.   Mm-hmm.

---

88

1    Q.   And General Mills could compete with its
2    competitors on animal welfare as well; is that
3    accurate?
4    A.   It could, if that was a motivating
5    factor for consumers.
6    Q.   In this document here, you reference
7    several competitors of General Mills; that's
8    accurate?
9    A.   I do, yes.  You mentioned ConAgra, for
10   example.  Unilever.  Those are both competitors.
11   Q.   You specifically discuss their purchases
12   of cage-free eggs, correct?
13   A.   Yes.
14   Q.   So you were tracking or at least
15   monitoring what your competitors were doing at
16   least with respect to cage-free eggs?
17   A.   Yes.  So when we, you know, for example
18   had the meeting with HSUS with -- I mean, I don't
19   know what happened before I got there, but after
20   that, I started to look into what is our peer set
21   doing.
22   Q.   You also monitored what your customers

---

89

1    were doing in terms of cage-free eggs as well,
2    correct?
3    A.   Yes.
4         MR. SCHWINGLER:  I don't have any more
5    questions.
6         MS. ANSARI:  We don't have any questions
7    either.
8         MR. DAVIS:  All right.  Thank you very
9    much, Ms. Sullivan.
10        THE WITNESS:  My pleasure.
11        THE VIDEOGRAPHER:  We're going off the
12   record at 4:01 p.m.
13        (Reading and signing reserved).
14        (Whereupon, at 4:01 p.m. the videotaped
15   deposition was adjourned.)
16             * * * * *
17
18
19
20
21
22

---

HIGHLY CONFIDENTIAL

Sullivan, Naamua                                          March 5, 2014

24 (Pages 90 to 91)

90

1        ACKNOWLEDGMENT OF DEPONENT

2

3           I, _____, do hereby

4    acknowledge that I have read and examined the

5    foregoing testimony, and the same is a true, correct

6    and complete transcription of the testimony given by

7    me, and any corrections appear on the attached Errata

8    Sheet signed by me.

9

10

11    _____   _____

12    (DATE)            (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

91

1        REPORTER'S CERTIFICATE

2

3    STATE OF MINNESOTA          )

4                                ss.

5    COUNTY OF HENNEPIN          )

6           I hereby certify that I reported the
     deposition of NAAMUA SULLIVAN on March 5, 2014, in

7    Minneapolis, Minnesota, and that the witness was by
     me first duly sworn to tell the whole truth;

8           That the testimony was transcribed by me
     and that this transcript is a true record of the

9    testimony of the witness;

10          That the cost of the original has been
     charged to the party who noticed the deposition,

11   and that all parties who ordered copies have been
     charged at the same rate for such copies;

12          That I am not a relative or employee or
     attorney or counsel of any of the parties, or a

13   relative or employee of such attorney or counsel;
            That I am not financially interested in

14   the action and have no contract with the parties,
     attorneys, or persons with an interest in the

15   action that affects or has a substantial tendency
     to affect my impartiality.

16          WITNESS MY HAND AND SEAL THIS 7th day of
     March, 2014.

17

18   _____

19   Jonathan Wonnell

20   Notary Public, Hennepin County, Minnesota

21   My Commission expires January 31, 2017

22