# ATTACHMENT 72

## HIGHLY CONFIDENTIAL

1

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

———————————————————————

IN RE: PROCESSED EGG PRODUCTS     |

ANTITRUST LITIGATION              |    MDL NO. 2002

———————————————————————    08-md-02002

THIS DOCUMENT RELATES TO          |

Kraft Foods Global, Inc., et al. |    HIGHLY

v. United Egg Producers, Inc.,    |    CONFIDENTIAL

et al., No. 2:12-cv-00088-GP      |

———————————————————————

Tuesday, August 13, 2013

9:00 a.m.


        Videotaped deposition of BINH K. TRAN, convened at

the law offices of Blackwell, Burke, P.A., 431 7th

Street S., Suite 2500, Minneapolis, Minnesota 55415,

pursuant to notice, the proceedings being recorded

stenographically by Jonathan Wonnell, a Registered

Professional Court Reporter (NCRA #835577) and Notary

Public of the State of Minnesota, and transcribed under

his direction.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

2 (Pages 2 to 5)

2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff General Mills and
   the Deponent:
   RICHARD P. CAMPBELL, ESQ.
   SARAH S. ANSARI, ESQ.
   Jenner & Block LLP
   330 North Clark Street
   Chicago, Illinois 60654-3456
   (312) 840-9530
   rcampbell@jenner.com
   sansari@jenner.com
   -- and --
   MARY E. KIEDROWSKI, ESQ.
   RACHEL A. NEWBERGER, ESQ.
   General Mills
   Number One General Mills Boulevard
   Minneapolis, Minnesota 55426
   (763) 764-6698
   mary.kiedrowski@genmills.com
   rachel.newberger@genmills.com

4

APPEARANCES (Cont'd)

On behalf of the Defendant Rose Acre Farms:
   JOHN C. MONICA, JR., ESQ. (via phone)
   Porter, Wright, Morris & Arthur LLP
   1919 Pennsylvania, N.W., Suite 500
   Washington, D.C. 20006-3434
   (202) 778-3050
   jmonica@porterwright.com

On behalf of the Defendant Michael Foods:
   PETER J. SCHWINGLER, ESQ. (via phone)
   Leonard, Street and Deinard
   150 South Fifth Street, Suite 2300
   Minneapolis, Minnesota 55402
   (612) 335-7023
   peter.schwingler@leonard.com

3

APPEARANCES (Cont'd)

On behalf of the Defendant United Egg
   Producers and United States Egg
   Marketers:
   EVAN W. DAVIS, ESQ.
   Pepper Hamilton LLP
   3000 Two Logan Square
   Eighteenth and Arch Streets
   Philadelphia, Pennsylvania 19103-2799
   (215) 981-4000
   davisw@pepperlaw.com

On behalf of the Defendant Sparboe Farms:
   TROY J. HUTCHINSON, ESQ.
   Briggs & Morgan
   2200 IDS Center
   80 South 8th Street
   Minneapolis, Minnesota 55402
   (612) 977-8400
   thutchinson@briggs.com

5

APPEARANCES (Cont'd)

On behalf of the Defendant Midwest Poultry
   Services:
   E. JASON BURKE, ESQ. (via phone)
   Faegre Baker Daniels
   311 South Wacker Drive, Suite 4400
   Chicago, Illinois 60606-6622
   (312) 212-2264
   jason.burke@faegrebd.com

On behalf of the Defendant Daybreak Foods:
   MICHAEL L. KUPPERSMITH, ESQ. (via phone)
   Crowell & Moring
   1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
   (202) 624-2500
   mkuppersmith@crowell.com

ALSO PRESENT:
   DEAN HIBBEN, Videographer

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

3 (Pages 6 to 9)

**6**

C O N T E N T S

| WITNESS NAME | PAGE |
|---|---|
| BINH K. TRAN | |
| By Mr. Davis: | 12 |
| By Mr. Hutchinson: | 299 |
| By Mr. Campbell: | 328 |
| By Mr. Davis: | 333 |
| By Mr. Hutchinson: | 337 |

Afternoon Session    167

E X H I B I T S

| DESCRIPTION | PAGE |
|---|---|
| Tran Exhibit 1  Notice of Deposition | 19 |
| Tran Exhibit 2  Historical spend and volume report (no Bates) | 26 |
| Tran Exhibit 3  Excerpt from the production log (No Bates) | 57 |
| Tran Exhibit 4  Excerpt from GMI00033200 | 59 |
| Tran Exhibit 5  Excerpt from GMI00033201 | 61 |
| Tran Exhibit 6  Excerpt from GMI00033202 | 66 |
| Tran Exhibit 7  Excerpt from GMI00033203 | 74 |

**8**

E X H I B I T S (Cont'd)

| DESCRIPTION | PAGE |
|---|---|
| Tran Exhibit 26 Enquirer.com article entitled "General Mills gets creative to save money" | 214 |
| Tran Exhibit 27 Generalmills.com article entitled "Animal welfare" | 230 |
| Tran Exhibit 28 UE0169475 - UE0169476 | 237 |
| Tran Exhibit 29 GMI00031109 - GMI00031114 | 245 |
| Tran Exhibit 30 GMI00001297 - GMI0001304 | 246 |
| Tran Exhibit 31 GMI00023386 - GMI00023393 | 249 |
| Tran Exhibit 32 GMI00031634 - GMI00031637 | 250 |
| Tran Exhibit 33 GMI00001208 | 254 |
| Tran Exhibit 34 GMI00032281 | 258 |
| Tran Exhibit 35 GMI00032288 - GMI00032293 | 263 |
| Tran Exhibit 36 GMI00031092 - GMI00031097 | 266 |
| Tran Exhibit 37 GMI00031100 - GMI00031101 | 269 |
| Tran Exhibit 38 GMI00031088 | 271 |
| Tran Exhibit 39 UE0220512 - UE0220541 | 278 |
| Tran Exhibit 40 GMI00031191 | 282 |
| Tran Exhibit 41 GMI00031219 | 288 |
| Tran Exhibit 42 GMI00030874 - GMI00030891 | 292 |

**7**

E X H I B I T S (Cont'd)

| DESCRIPTION | PAGE |
|---|---|
| Tran Exhibit 8  Excerpt from GMI00033204 | 80 |
| Tran Exhibit 9  Excerpt from GMI00033205 | 83 |
| Tran Exhibit 10 Excerpt from GMI00033206 | 87 |
| Tran Exhibit 11 GMI00031895 - GMI00031897 | 103 |
| Tran Exhibit 12 GMI0001017 - GMI0001029 | 125 |
| Tran Exhibit 13 General Mills, Inc.'s Objections and Amended Answers to Defendant's First Set of Interrogatories | 135 |
| Tran Exhibit 14 GMI00014925 - GMI000926 | 145 |
| Tran Exhibit 15 GMI00014923 | 150 |
| Tran Exhibit 16 GMI00000968 - GMI00000975 | 154 |
| Tran Exhibit 17 GMI00001000 - GMI00001013 | 156 |
| Tran Exhibit 18 GMI00023656 - GMI00023674 | 160 |
| Tran Exhibit 19 GMI00017136 - GMI00017170 | 167 |
| Tran Exhibit 20 GMI00030486 - GMI00030498 | 170 |
| Tran Exhibit 21 GMI00001153 - GMI00001169 | 173 |
| Tran Exhibit 22 GMI0008502 - GMI00008515 | 176 |
| Tran Exhibit 23 GMI00032605 - GMI00032612 | 182 |
| Tran Exhibit 24 Second amended complaint | 200 |
| Tran Exhibit 25 GMI00010997 - GMI00011006 | 204 |

**9**

E X H I B I T S (Cont'd)

| DESCRIPTION | PAGE |
|---|---|
| Tran Exhibit 43 GMI00031207 | 303 |
| Tran Exhibit 44 GMI00032297 - GMI00032298 | 305 |
| Tran Exhibit 45 GMI00032283 - GMI00032284 | 309 |
| Tran Exhibit 46 GMI00032224 - GMI00032232 | 312 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

4 (Pages 10 to 13)

---

**10**

P R O C E E D I N G S

(9:03 a.m.)

THE VIDEOGRAPHER:  We are on the record. This is the videotaped deposition of Binh K. Tran taken on August 13th 2013.  The time now is approximately 9:03 a.m.  The deposition is being taken in the matter of In Re: Processed Egg Products Antitrust Litigation in the United States District Court for the Eastern District of Pennsylvania, Case Number MDL Number 2002 08-MD-02002.

The deposition is taking place in Minneapolis, Minnesota.  My name is Dean Hibben. I'm the videographer representing Henderson Legal Services.  Will counsel please identify themselves for the record.

MR. CAMPBELL:  Richard Campbell of Jenner & Block on behalf of General Mills and the deponent.

MS. ANSARI:  Sarah Ansari on behalf of Jenner & Block on behalf of General Mills.

MS. KIEDROWSKI:  I'm Mary Kiedrowski

---

**11**

from General Mills.

MS. NEWBERGER:  Rachel Newberger, General Mills.

MR. DAVIS:  Evan Davis on behalf of the United Egg Producers and the United States Egg Marketers.

MR. HUTCHINSON:  Troy Hutchinson on behalf of the defendant Sparboe Farms.

THE VIDEOGRAPHER:  Is someone on the phone?  Would you like to identify yourselves, please?

MR. MONICA:  John Monica from Porter, Wright, Morris & Arthur for Rose Acre Farms, Inc.

MR. SCHWINGLER:  Pete Schwingler from Leonard, Street & Deinard on behalf of Michael Foods.

MR. BURKE:  Jason Burke from Faegre Baker & Daniels on behalf of Midwest Poultry Services.

MR. KUPPERSMITH:  Michael Kuppersmith from Crowell & Moring on behalf of Daybreak Foods.

THE VIDEOGRAPHER:  And would the court

---

**12**

reporter please swear in the witness.

* * * * *

Whereupon,

BINH K. TRAN,

called as a Witness, was duly sworn by Jonathan Wonnell, a Notary Public in and for the State of Minnesota, and was examined and testified as follows.

* * * * *

EXAMINATION BY COUNSEL FOR THE DEFENDANTS UNITED EGG PRODUCERS AND UNITED STATES EGG MARKETERS

BY MR. DAVIS:

Q.   Good morning, Mr. Tran.

**A.   Good morning.**

Q.   My name is Evan Davis.  I'm an attorney for United Egg Producers and United States Egg Marketers.

Would you mind providing your -- spelling your name and your -- give me your position with General Mills?

**A.   Okay.  I am Binh Tran.  That's spelled**

---

**13**

**B-i-n-h.  Last name is T-r-a-n.  And I'm currently our sourcing director in our purchasing group.  And I am responsible for our commodity spend.**

Q.   And how long have you had that title?

**A.   I've had that title for the last approximately 18 months.**

Q.   What was your title prior to that?

**A.   I was a senior sourcing manager for our commodities group.**

Q.   So is your current title a promotion?

**A.   That's correct.**

Q.   And how long were you a senior sourcing manager?

**A.   Approximately three years.**

Q.   Did you have similar responsibilities to your job now?

**A.   I did.  Yes.**

Q.   And what were you prior to being a senior sourcing manager?

**A.   I was a buyer.**

Q.   Also for commodities?

**A.   No.  For other raw materials like**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

5 (Pages 14 to 17)

---

**14**

packaging and ingredients and capital equipment.
2 Q. How long were you a buyer?
3 A. Approximately six years.
4 Q. And did you have a position prior to
5 that with General Mills?
6 A. No, I did not.
7 Q. Where did you work prior to General
8 Mills?
9 A. Prior to General Mills, I was an
10 entrepreneur. I did my -- I did restaurants and
11 real estate for myself.
12 Q. And did you have any other employers
13 after graduating from school?
14 A. No.
15 Q. And can you tell me about your
16 educational background. Do you have an
17 undergraduate degree?
18 A. Yeah. I have an undergraduate degree in
19 genetic engineering and an MBA.
20 Q. Now, in your current role as sourcing
21 director, do you have responsibility for the
22 purchase of eggs or egg products?

---

**15**

1 A. I do not.
2 Q. And did you have responsibility for the
3 purchase of egg or egg products in your role as
4 senior sourcing manager?
5 A. I did.
6 Q. How about in your role as buyer?
7 A. I did also.
8 Q. And in what year did you join General
9 Mills?
10 A. 2003.
11 Q. Have you ever had your deposition taken
12 before?
13 A. I have.
14 Q. How many times?
15 A. Once.
16 Q. And in what type of case was that?
17 A. It was a litigation case regarding meat
18 products.
19 Q. And did you testify on behalf of General
20 Mills?
21 A. I did.
22 Q. And what were the allegations in that

---

**16**

1 case?
2 A. We had a -- it was -- it was adultered
3 specifications. The supplier did not send us the
4 right specification. Hence we had to issue a
5 recall.
6 Q. Was General Mills a plaintiff or a
7 defendant in that case?
8 A. We were a plaintiff.
9 Q. How long ago did you give testimony in
10 that?
11 A. It was about probably two years ago.
12 Q. All right. So you are presumably at
13 least somewhat familiar with this process, but I
14 will go over it very briefly. As you can tell,
15 there is a court reporter here and also a
16 videographer and they are going to be taking down
17 all of your testimony today. You understand that
18 you're under oath?
19 A. I do.
20 Q. And you understand that this deposition
21 can be used at trial should this case go to trial?
22 A. Understood.

---

**17**

1 Q. It's important that you provide oral
2 responses to any questions so that the court
3 reporter can take them down. Do you understand
4 that?
5 A. I do.
6 Q. We can take a break whenever you'd like
7 one. Just let me know. I'd be happy to
8 accommodate you. I ask only that you don't take a
9 break while a question is pending. If I've asked a
10 question, I'd like you to answer that before we
11 take a break. Is that okay?
12 A. That's okay.
13 Q. If you don't understand any of my
14 questions, please ask me to clarify them. I'll do
15 my best so that you understand all of my questions
16 and you can provide answers to those questions.
17 A. Yup.
18 Q. I ask that you answer the questions
19 fully and to the best of your knowledge. Is there
20 any reason why you can't do so today?
21 A. No.
22 Q. Okay. Are you aware that General Mills

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

6 (Pages 18 to 21)

---

**18**

1  has filed a lawsuit against a number of entities
2  including United Egg Producers, United States Egg
3  Marketers and a number of egg producers?
4      **A.   I am aware.**
5      Q.   And what is your understanding of the
6  allegations made in that lawsuit?
7      **A.   My understanding of it is what I have**
8  **received through our legal counsel and what has**
9  **been filed in the complaint.**
10     Q.   And do you have any understanding of
11  what the allegations are that General Mills is
12  making?
13         MR. CAMPBELL:  I object on the grounds
14  that -- to the extent it calls for conversations
15  with counsel, it's privileged.
16         MR. DAVIS:  I agree.
17         BY MR. DAVIS:
18     Q.   And I'm certainly not asking you to
19  divulge anything that your attorneys have told you.
20  I'm merely asking what your understanding of the
21  allegations is.
22     **A.   Well, other than what's in the**

---

**19**

1  complaint, that's my understanding.
2      Q.   Do you know what's contained in the
3  complaint?
4      **A.   Yes.  I have an understanding of it.**
5      Q.   Have you read the complaint?
6      **A.   I have read the complaint.**
7      Q.   Okay.  And do you believe that any of
8  the defendants named in the complaint have fixed
9  the price or supply of eggs?
10         MR. DAVIS:  Objection, lack of
11  foundation.
12     **A.   Can you clarify?  Are you asking --**
13  **clarify that question.**
14         BY MR. DAVIS:
15     Q.   Sure.  Let me start with this.  I'll
16  hand you what's going to be market as Tran 1.
17            (Tran Exhibit 1 was
18            marked for
19            identification.)
20         BY MR. DAVIS:
21     Q.   Mr. Tran, have you seen Exhibit 1
22  before?

---

**20**

1      **A.   Yes, I have.**
2      Q.   And what is Exhibit 1?
3      **A.   It is the -- it's basically the**
4  **complaint that we're talking about here.**
5      Q.   So is Exhibit 1 titled Defendants'
6  Notice of Deposition to Plaintiff General Mills,
7  Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).  Do you
8  see that?
9      **A.   Mm-hmm.**
10     Q.   And so is Exhibit 1 the Notice of
11  Deposition that was issued to General Mills in this
12  case?
13     **A.   I believe so.**
14     Q.   Have you ever seen this document before?
15     **A.   I think I've seen components of it, but**
16  I haven't read the -- this, all of it.
17     Q.   Which components of it have you seen?
18     **A.   Some of the lines.  You know, like the**
19  **first paragraph, I've seen that.  But I haven't**
20  **seen some of these -- these other things on like**
21  **page 3, 4, et cetera.**
22     Q.   If you would turn to page 6 --

---

**21**

1      **A.   Okay.**
2      Q.   -- this begins Exhibit A.  Have you seen
3  Exhibit A to this document before?
4          MR. CAMPBELL:  Look at the whole
5  Exhibit A, if you will, Mr. Tran.
6          THE WITNESS:  Okay.
7          BY MR. DAVIS:
8      Q.   Specifically on the bottom of the page
9  9, you'll notice a heading "Deposition Topics."
10     **A.   (Reading).  Okay.  So page 9 you were --**
11  **Deposition Topics.  Your question is?**
12     Q.   And the deposition topics go on.  Do you
13  know whether or not you have seen this document
14  before?
15     **A.   Yes.  I've seen these questions.**
16     Q.   And do you understand that the testimony
17  that you give today is, in fact, on behalf of
18  General Mills?
19     **A.   I do understand that.**
20     Q.   Okay.  Now, what did you do to prepare
21  for your deposition today?
22     **A.   I have talked to our legal counsel**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

7 (Pages 22 to 25)

---

**22**

numerous times.  I have also talked to some of the experts within our company, that is outside of sourcing and inside of sourcing, both current and former employees.

Q.    Which legal counsel did you speak with?

A.    The ones that are sitting in the room today.

Q.    All four of the individuals in the room?

A.    Yes.

Q.    And when did you meet with these individuals?

A.    You know, over last several months, I've met with our internal counsel probably about three times and our external counsel an additional three times.

Q.    And when did you first meet with your external counsel?

A.    I'd say a couple months ago.  Maybe two to three months ago, I started meeting with them.

Q.    For how long was that meeting?

A.    Each meeting has lasted about an hour and a half.

---

**23**

Q.    Okay.  And then when was the next time you met with your external counsel?

A.    The next -- what do you mean?  The --

Q.    You said you first met with them a few months ago; is that right?

A.    Yep.

Q.    And when was the next time after that?

A.    Probably a month ago.  And the third time was within the last week.

Q.    Within the last week?

A.    Yeah.

Q.    Did you meet with them yesterday?

A.    Yeah.

Q.    And for how long did you meet with them yesterday?

A.    It was about two hours.

Q.    You said that you spoke with individuals at General Mills both inside of and outside of sourcing; is that right?

A.    Correct.

Q.    Who did you speak with?

A.    I've talked with Wendy Tai, who is our

---

**24**

communications director.  I have talked to Chris Lomaro.  Bonnie Welshon, who's in our quality and regulatory group.  Steve Peterson, who is in our sustainability group.  Amy Omman, who is in also in our sustainability group.  Karen Rager, who is in quality and regulatory.

Our buyers, our previous buyers who have purchased eggs that was internal to sourcing, so Paula West, Tiffany Mercuri, John Tiedeman, Derick McCluskey.  Also talked to Namwa Sullivan, who is in our communications group.

Q.    I believe you mentioned Chris Lomaro?

A.    Yes.

Q.    What's Chris Lomaro's role with the company?

A.    He's in our quality and regulatory.

Q.    Is this the entire list of people within General Mills with whom you spoke?

A.    Yes.

Q.    Did you show any of these individuals the document that's been marked as Exhibit 1?

A.    No, I have not.

---

**25**

Q.    Did you share with any of these individuals the deposition topics included on Exhibit A to Exhibit 1?

A.    No. I did not.

Q.    What did you ask these individuals?

A.    I asked them general questions around their experiences as it pertains to various topics that either impacted sustainability and social responsibility, external communications as it pertains to General Mills' positions around sustainability and social responsibility, specification and functionality of our ingredients, and then contract structures as it pertains to sourcing.

You know, how -- who did we do business with, what kind of prices we paid, how did they look at their markets, you know, and how did they structure their contracts and how did they do the physical buying.

MR. DAVIS:  I'd like to show you what's been marked as Exhibit 2.

(Tran Exhibit 2 was

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

8 (Pages 26 to 29)

---

**26**

marked for
identification.)
BY MR. DAVIS:
Q.   Do you recognize Exhibit 2?
A.   I do.
Q.   What is this document?
A.   This is a historical spend and volume
report that outlines how much we spent, with who we
spent and what type of materials we bought between
2004 and 2013.
Q.   And how was Exhibit 2 prepared?
A.   Exhibit 2 was prepared by pulling data
out of our ERP system, which is an SAP system that
basically stores all records of purchase orders,
you know, by price, volume, contracts, you know, at
the detail level and to which plants and which
suppliers it went to.
Q.   Did you pull the data from the ERP
system?
A.   For this particular report, I did.
Q.   You did?  And when did you do that?
A.   I want to say about three months ago,

---

**27**

approximately.
Q.   Did you provide Exhibit 2 to your
outside counsel in this case?
A.   I did.
Q.   Tell me about the ERP system.  Are all
purchase orders entered into that system?
A.   Yes, it is.  So, you know, our company,
we can't make any purchases or pay any bills
unless -- for raw materials, unless there is a
specification that is in the system and the order
is -- the purchase order is put through the system.
Q.   And who inputs information into that
system?
A.   Physically, it would be a category
specialist or a sourcing assistant that is putting
in the physical order.  And that assistant is
basically a buyer's assistant.
Q.   Does that assistant receive the
information from the buyer?
A.   They will receive a requisition from our
manufacturing plants.  So our manufacturing plants
will call for -- you know, they'll know their

---

**28**

production schedules and what their production
demands are.  They will put in a requisition that
then go goes to the sourcing assistant, and at that
point, the sourcing assistant will create a
purchase order.
Q.   And this is done as part of General
Mills' regular business activities?
A.   Correct.
Q.   And it's a regular practice to input
that information?
A.   Correct.
Q.   And General Mills relies on its ERP
system to conduct business?
A.   Correct.
Q.   Is Exhibit 2 an accurate compilation of
the data from the ERP system?
A.   It is.
Q.   You said that this document begins with
data in 2004; is that correct?
A.   That's correct.
Q.   Why is there no data on this document
prior to 2004?

---

**29**

A.   Prior to 2004, General Mills -- General
Mills had made a very large purchase of the
Pillsbury company.  And at that point, our ERP
system were two separate systems, one that was
housed within General Mills and one that was legacy
Pillsbury.  And so our ERP system now is a
consolidated database of General Mills as the two
companies have merged.  And that's all the history
that we have.  We don't have any history that is
prior to 2004 because of the merger.
Q.   So does General Mills have any data
related to the purchasing of eggs or egg products
prior to 2004?
A.   Not in our ERP system.
Q.   Where does General Mills have data?
A.   Can you clarify what --
Q.   You said not in your ERP system.  Does
General Mills have data somewhere other than in its
ERP system?
A.   Not from a purchasing standpoint.  All
of those -- any legacy systems would have been
decommissioned by now.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

9 (Pages 30 to 33)

---

30

1   Q.   When would that decommissioning have
2   taken place?
3   A.   I'm not sure.  I wouldn't know.
4   Q.   Do you know if it was before or after
5   2008?
6   A.   I wouldn't know.
7   Q.   So you said that General Mills does not
8   have data within purchasing related to its
9   purchasing of eggs or egg products; is that
10  correct?
11      MR. CAMPBELL:  Objection.  That
12  misstates the testimony.
13      BY MR. DAVIS:
14  Q.   Does General Mills have any data related
15  to its purchasing of eggs or egg products prior
16  to 2004?
17  A.   Again, I would say that, you know,
18  outside of our ERP system, we would not.  If there
19  is other forms of data, I wouldn't be -- I'm not
20  aware of any.
21  Q.   To the best of your knowledge, General
22  Mills has no data related to its purchasing of eggs

---

31

1   or egg products prior to 2004; is that correct?
2   A.   No.  I couldn't say that.
3   Q.   Why is that not correct?
4   A.   Because there could be -- you know,
5   there could be some historical things from, I don't
6   know, an annual report or something that might be
7   out there.  But, you know --
8   Q.   You are not aware of any data that
9   General Mills has related to its purchasing of eggs
10  or egg products prior to 2004; is that correct?
11  A.   I'm not aware of anything.
12  Q.   Did you ask the approximately eleven or
13  twelve individuals with whom you spoke to prepare
14  for this deposition if they knew of any data that
15  exists at General Mills related to General Mills'
16  purchasing of egg products prior to 2004?
17  A.   I did not ask that question to them.
18  No.
19  Q.   Okay.  If General Mills were asked to
20  provide its spend on eggs or egg products for years
21  prior to 2004, would it be able to do that?
22  A.   I'm not aware of the capability to do

---

32

1   that.
2   Q.   Okay.  If you look at the first page of
3   Exhibit 2, there are seven headings:  Dried Whites,
4   Dried Whole, Dried Yolks, Egg Replacer, Frozen
5   Whole, Liquid Whites and Liquid Whole.  Do you see
6   those?
7   A.   Mm-hmm.
8   Q.   What are dried whites?
9   A.   Dried whites is a specification that
10  basically calls for the white part of the egg to be
11  dried into powder form.
12  Q.   And dried yolks are the same thing for
13  yolks?
14  A.   That's correct.
15  Q.   Dried whole is the same, but a
16  combination of the two?
17  A.   Yes.
18  Q.   How about liquid whites?
19  A.   That's just an undried version.  It's in
20  its natural liquid form.
21  Q.   Are they pasteurized?
22  A.   Generally they are.

---

33

1   Q.   And liquid whole would be the same
2   thing, but the egg and the yolk combined?
3   A.   That's right.
4   Q.   What is frozen whole?
5   A.   Frozen is a cook IQFed whole egg.
6   Q.   What does IQF stand for?
7   A.   Individually quick frozen.
8   Q.   And those are pasteurized as well?
9   A.   No, not pasteurized.  They would be
10  cooked.  There is a kill step in it, but just not a
11  pasteurization.
12  Q.   You said that liquid whites -- are all
13  of them pasteurized or not all?
14  A.   I believe all of them would be
15  pasteurized.
16  Q.   What is egg replacer?
17  A.   It's like a grain or something that is
18  not an egg that can be used to extend egg products.
19  So it could be made up of soy or wheat flour or
20  something.
21  Q.   Now, within each of these seven types,
22  are there multiple different products that General

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

10 (Pages 34 to 37)

34

1   Mills purchases?
2       A.   I'm sorry.  Could you ask the question
3   again?
4       Q.   If you turn to page 3 of Exhibit 2 --
5   and this is a spreadsheet that continues on to the
6   following pages.
7       A.   Mm-hmm.
8       Q.   If you turn to page 4, the first
9   column --
10          MR. CAMPBELL:  I don't know which page 4
11  is, Evan.  Could you hold it up?  How many pages
12  after the blue --
13          MR. DAVIS:  It's the second page after
14  the blue page.
15          MR. CAMPBELL:  Okay.  Fine.
16          BY MR. DAVIS:
17      Q.   The first column lists a number of
18  different products; is that correct?
19      A.   Yup.
20      Q.   And are these all specific product types
21  that fall into the more general product types
22  listed on page 1?

35

1       A.   Yes.  The differences would be things
2   like packaging type that would make up the -- that
3   would expand the number here.  But generally they
4   would fall under the seven different types.  Then
5   you would just get different packaging
6   configurations.
7       Q.   Let's start with -- go back to page 1.
8       A.   Mm-hmm.
9       Q.   Dried whites.  Are all of the dried
10  whites that General Mills purchases the same except
11  for the packaging?
12      A.   Yeah, pretty much.
13      Q.   The specifications are identical?
14      A.   Mm-hmm.
15      Q.   And is that true for all seven types of
16  egg products listed here?
17      A.   Yes.
18      Q.   Does General Mills purchase any shell
19  eggs?
20      A.   We do not.
21      Q.   So General Mills' purchasing of -- all
22  of the items that comprise Exhibit 2 are egg

36

1   products; is that correct?
2       A.   That's correct.
3       Q.   And how does General Mills define egg
4   products?
5       A.   Well, egg products are anything that are
6   derived from an egg and then, you know -- and its
7   derivatives of that would be considered egg
8   products.
9       Q.   Is it fair to define egg products as
10  shell eggs that are broken and sold in liquid,
11  frozen or dried form?
12      A.   That would be a fair statement.
13      Q.   The column headers on page 1 refer to
14  invoiced amounts in U.S. dollars.  Do you see that?
15      A.   Yup.
16      Q.   What are invoiced amounts?
17      A.   How much we paid for the eggs.
18      Q.   So it's the amount of money that General
19  Mills actually paid?
20      A.   That's right.
21      Q.   Is that always identical to the amount
22  of money that General Mills was invoiced?

37

1       A.   Yes, it would be.
2       Q.   Does General Mills ever receive any
3   rebates or discounts on its purchase of egg
4   products?
5       A.   No.  We don't get any rebates or
6   discounts.
7       Q.   Has General Mills ever been credited
8   money from providers of egg products?
9       A.   Yes, we have, in cases where there are
10  quality issues or off-specification issues in
11  materials that we've received, we'll get a credit
12  and -- after, you know, we've paid the invoice,
13  we'll get a credit back from the supplier to return
14  the product.
15      Q.   And are the amounts -- do the amounts
16  listed on Exhibit 2 take into account those credits
17  that General Mills has received?
18      A.   It depends.  It depends on how the
19  credit was received.  So we can either get a
20  physical check or electronic funds transfer from
21  the supplier if we've already paid the invoice.
22  But if the invoice hasn't been paid, then we will

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

11 (Pages 38 to 41)

38

1  just reverse the invoice and no money has been
2  transferred.  So in cases where the money has
3  already been paid, that credit wouldn't be
4  reflected.
5      Q.    So the amount of money that General
6  Mills has actually spent on its purchase of egg
7  products is less than the amounts that are
8  reflected on Exhibit 2; is that right?
9      A.    That amount, that differential, would be
10  minuscule.
11     Q.    Tens of thousands of dollars?
12     A.    A few thousand dollars, if anything.
13     Q.    So between 2004 and 2013, General Mills
14  has received under $10,000 of credits from
15  providers of egg products?
16     A.    I wouldn't know the exact amount between
17  2004 and present.  It's dependent on what quality
18  issues that we would have had that would warrant
19  credit.
20     Q.    Well, you said it's a minuscule amount.
21     A.    Mm-hmm.
22     Q.    So I'm just trying to understand what

39

1  you mean by "minuscule amount."
2      A.    Well, if you -- you know, a hundred
3  thousand dollars on a spend of millions is a
4  minuscule amount.
5      Q.    So it could be as much as a hundred
6  dollars?
7      A.    That's a possibility.
8      Q.    It could be several hundred thousand
9  dollars?
10     MR. CAMPBELL:  Objection, calls for
11  speculation, lack of foundation.
12     BY MR. DAVIS:
13     Q.    Are you familiar with the credits that
14  General Mills has received related to its
15  purchasing of egg products?
16     A.    In general terms.  I don't know the
17  exact amount.
18     Q.    Okay.  But are you familiar with the
19  credits that General Mills has received?
20     A.    Can you clarify a little bit more?
21     Q.    When General Mills received a credit
22  related to its purchase of egg products, were you

40

1  made aware of that credit?
2      A.    Yes.  The buyer would be made aware.
3      Q.    Okay.  And given that awareness, is it
4  possible that General Mills has received hundreds
5  of thousands of dollars in credits for the purchase
6  of egg products during the time period listed on
7  Exhibit 2?
8      MR. CAMPBELL:  Objection, lack of
9  foundation, speculative.
10     A.    Yeah, you know, I would say the amount
11  of credits that we would receive compared to our
12  spend would be very minor, given that our quality
13  expectations and process really leads to very
14  little out-of-spec materials.
15         And the suppliers that we do business
16  with and the expectation for quality and service
17  from those suppliers leads to very little, again,
18  out-of-spec materials; hence, little amount of
19  credit.
20     BY MR. DAVIS:
21     Q.    I'm just trying to understand when you
22  say "little amount of credit" --

41

1      A.    Mm-hmm.
2      Q.    -- what that could mean in your
3  estimation and whether or not that could include
4  hundreds of thousands of dollars.
5      MR. CAMPBELL:  Same objections, and
6  that's the third time you've asked that question
7  and you've gotten an answer, so it's been asked and
8  answered.
9      MR. DAVIS:  It's been asked.  But I'd
10  like to understand whether it could be hundreds of
11  thousands of dollars.
12     MR. CAMPBELL:  Same objection.
13     A.    I don't know the exact amount.
14     BY MR. DAVIS:
15     Q.    I understand that you don't know the
16  exact amount.
17     A.    Mm-hmm.
18     Q.    When you say that it's a minuscule
19  amount, do you use that term to include the
20  possibility that the amount is hundreds of
21  thousands of dollars?
22     MR. CAMPBELL:  Objection, speculative,

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

12 (Pages 42 to 45)

---

42

lack of foundation.  He several times has said he
doesn't know the answer.  You're being
argumentative now.
        MR. DAVIS:  I'm not.
        BY MR. DAVIS:
    Q.   I'd like you to answer the question,
please.
    A.   Yeah, minuscule -- minuscule -- you
know, my definition of "minuscule" would be, you
know, under a percent of your actual spent.
    Q.   Aside from credits -- you said that
General Mills does not receive any rebates or
discounts related to its purchase of egg products;
is that correct?
    A.   Yeah, that's correct.
    Q.   Are there any other -- so aside from
credits, do the amounts reflected on Exhibit 2
reflect the exact amounts actually paid by General
Mills for the purchase of egg products?
    A.   It does.
    Q.   And was all of this spend related to
products that were shipped to General Mills in the

---

43

United States?
    A.   Can you clarify the question?  Again,
when you're -- particularly when you're saying
shipped to locations in the U.S.?
    Q.   Correct.
    A.   Okay.  Yes, they are.
    Q.   And did General Mills pay for -- these
headers are all U.S. dollars; is that right?
    A.   That's correct.
    Q.   Did General Mills actually pay all of
these invoices in U.S. dollars?
    A.   Yes.
    Q.   In the left-hand column, the first two
entries refer to Michael Foods and then Papetti's.
Do you see that?
    A.   Mm-hmm.  I do.
    Q.   Do you know if Michael Foods and
Papetti's are the same company?
    A.   You know, over the years with the
consolidation that's gone on in the egg industry,
they could be.
    Q.   And do you know the entries from Michael

---

44

Foods include purchases from their entity known as
Wallbaum?
    A.   Yes, they could.
    Q.   And does it also include purchases from
Inovatech?
    A.   Inovatech.  I'm not sure if Michael
Foods bought Inovatech.  But if they -- if Michael
Foods bought Inovatech, then, yes, it would.
    Q.   Now, did any of these suppliers ship egg
products to General Mills outside of the United
States?  For example, in Canada?
    A.   Yeah.  There would be a small amount
that would go into Canada.  I think Michael
Foods -- Michael Foods would send some up there
from time to time.
    Q.   And are those amounts included in these
figures or have they been removed?
    A.   Those would be removed out of here.  We
would have our Canada operations separate from the
U.S. operations.
    Q.   If you look in the first row for dried
whites --

---

45

    A.   Mm-hmm.
    Q.   -- you'll notice that between 2004 to
2005, the spend went from over $22 million to just
over $10 million.  Do you see that?
    A.   Yes.
    Q.   And then from 2006 to 2007, the spend
went from just under $10 million to over
$17 million.  Do you see that?
    A.   Yes.
    Q.   Do you know why those fluctuations
exist?
    A.   The fluctuations would exist depending
on our business.  So, you know, we would have --
part of it would be the market and then part of it
would be our business conditions.
    Q.   Did General Mills purchase far less in
quantity of dried whites in 2005 than it did in
2004?
    A.   I don't believe so, no.  The business
was relatively stable between those two years.
    Q.   And was the business -- did the quantity
change between 2006 and 2007?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

13 (Pages 46 to 49)

---

**46**

1    MR. CAMPBELL:  Could you clarify what
2  you mean by "quantity," Evan, in that circumstance?
3  Are you talking about dollar volume?  What are you
4  talking about?
5    MR. DAVIS:  No.  I'm talking about a
6  volume basis.
7    MR. CAMPBELL:  A what?
8    MR. DAVIS:  A volume basis, or a weight
9  basis, however you measure quantity.
10    MR. CAMPBELL:  Okay.
11    A.    Pounds?  The exact number I wouldn't
12  know off the top of my head.  The details certainly
13  are in this exhibit as you look at the details in
14  the following pages.
15    BY MR. DAVIS:
16    Q.    From 2004 onward, are you aware of any
17  large changes in the quantity any of these seven
18  product types that was purchased by General Mills?
19    A.    Yeah.  During that time between 2004,
20  you know, to present, General Mills has sold off
21  some businesses that used egg products.
22    Q.    What businesses were those?

---

**47**

1    A.    Some of our baking mix businesses for
2  food service applications.
3    Q.    When were those sold?
4    A.    A lot of it happened around 2008, 2007,
5  approximately.
6    Q.    And which businesses were sold?
7    A.    It would be our -- it's our food
8  service, baked goods, parts of that business as,
9  you know, individual plants were sold off.
10    Q.    And of these seven product types, which
11  of those were affected by the sale of these
12  business units?
13    A.    The liquids would be probably the most
14  affected.  And then some of the dried products.
15    Q.    Do you know which ones specifically?
16    A.    It's probably -- it's a combination of
17  the three.  So we'll use all three in some type of
18  baking -- baking application.
19    Q.    In 2011, the spend on frozen whole went
20  from a little over 1 million to a little over
21  $3 million.  Do you see that?
22    A.    Mm-hmm.

---

**48**

1    Q.    Do you know if the quantity of frozen
2  whole increased between those two years?
3    A.    The 2011?  The quantity?  I believe the
4  quantity -- the quantity didn't increase very
5  dramatically.  I believe the -- we were testing out
6  a few new types of products during that -- during
7  that time frame.
8    Q.    Well, it looks like in 2011 for frozen
9  whole was when General Mills started purchasing
10  from Cargill; is that right?
11    A.    That's correct.
12    Q.    And so was the frozen whole that was
13  being purchased from Cargill more expensive than
14  the product being purchased from Michael Foods?
15    A.    I don't believe they were.  They were
16  very similar in price.
17    Q.    So if they were similar in price and
18  General Mills spent over twice as much the next
19  year, did the quantity ordered go up?
20    A.    I would say that the quantity increased
21  slightly as new products were being developed.
22    Q.    And you think that the price was almost

---

**49**

1  identical?
2    A.    On a per-pound basis, yeah.
3    Q.    Does General Mills currently purchase
4  any egg products from Michael Foods?
5    A.    Currently right now, we purchase a small
6  amount from them.
7    Q.    Is that reflected anywhere on Exhibit 2?
8    A.    It is, with the dried whole.
9    Q.    How about Rose Acre?  Does General Mills
10  currently purchase any egg products from Rose Acre?
11    MR. CAMPBELL:  Mr. Davis, I'm going to
12  object to this line of questioning.  And we've
13  agreed that the discovery cutoff here is 2008.
14  I've allowed you to go well beyond that.  But I'm
15  not going to allow you to persist in that.  I don't
16  understand the relevance of what we currently
17  purchase.
18    MR. DAVIS:  I thought we had
19  specifically discussed asking questions about the
20  transaction data.
21    MR. CAMPBELL:  But now we're into 2013.
22  He may answer the question.  I'm just stating the

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                   August 13, 2013

14 (Pages 50 to 53)

---

50

1   objection for the record.  All right?
2        MR. DAVIS:  Understood.
3        **A.   Can you ask your question again?**
4        BY MR. DAVIS:
5        Q.   I'll ask a different question.  Did
6   General Mills at one point stop purchasing egg
7   products from Rose Acre Farms?
8        **A.   Yes, we did.**
9        Q.   And did General Mills at one point
10  substantially reduce the amount of egg product that
11  it purchases from Michael Foods?
12       **A.   Yes, we did.**
13       Q.   And why did that occur?
14       **A.   Because we found that we could find a**
15  **better cost and better value as far as service and**
16  **quality out of a different supplier versus Michael**
17  **Foods.**
18       Q.   And the same for Rose Acre?
19       **A.   That's correct.**
20       Q.   Are you aware that Michael Foods and
21  Rose Acre are both defendants in this litigation?
22       **A.   I am aware.**

---

51

1        Q.   And did General Mills' decision to
2   either cease purchasing or substantially limit its
3   purchasing from those two companies depend in any
4   way on the fact that they are defendants in this
5   litigation?
6        **A.   It did not.**
7        Q.   According to Exhibit 2, did Rembrandt
8   become a supplier to General Mills starting in
9   2008?
10       **A.   It did.**
11       Q.   Why did General Mills begin a purchasing
12  relationship with Rembrandt in 2008?
13       **A.   Rembrandt gave us better cost and a**
14  **better cost model and structure that worked well**
15  **with our business that we found great value in.**
16  **You know, they had newer technology at the time and**
17  **could provide us better service.**
18       Q.   Was General Mills aware of Rembrandt as
19  a potential supply option prior to 2008?
20       **A.   Yeah.  We knew that Rembrandt --**
21  **Rembrandt Foods was a player or a producer in the**
22  **egg industry.  Prior to 2008, they really weren't**

---

52

1   **suitable for General Mills' needs because they**
2   **didn't -- they didn't provide dried products.**
3        Q.   And it's your belief that in 2008,
4   Rembrandt began to provide dried products?
5        **A.   Yes.**
6        Q.   For all of the suppliers listed on
7   Exhibit 2, do you know if any of them became
8   suppliers at some point 1999 or later?
9        **A.   I'm sorry.  Can you ask your question**
10  **again?**
11       Q.   So, for example, Rembrandt became a
12  supplier to General Mills in 2008; is that right?
13       **A.   Correct.**
14       Q.   And you can tell that because the first
15  dollar entries for Rembrandt appear in 2008, right?
16       **A.   Correct.**
17       Q.   So we don't have the columns for 1999
18  through 2003.
19       **A.   Mm-hmm.**
20       Q.   So we can't tell if any of these
21  suppliers started to supply General Mills at some
22  point after 1999 but before 2004 from this

---

53

1   document; is that right?
2        MR. CAMPBELL:  Why don't we just ask the
3   question, which is does he know whether Michael
4   Foods and Rose Acre supplied General Mills prior
5   to -- between 1999 and 2003.
6        MR. DAVIS:  That wasn't my question.
7        BY MR. DAVIS:
8        Q.   My question is whether or not General
9   Mills added any new egg suppliers -- or egg product
10  suppliers in the 1999 to 2003 period.
11       **A.   No.  The list between '99 and 2003 would**
12  **look very similar to this.  The last major change**
13  **that we had in our supply base would be Rembrandt.**
14  **Between '99 and 2003, we would still have Michael**
15  **Foods, Papetti's, Primera, and Rose Acres as**
16  **suppliers to General Mills.**
17       Q.   From 1999 onward, aside from Rembrandt,
18  did General Mills ever consider adding a new
19  supplier of egg products?
20       **A.   We -- General Mills would always look at**
21  **other suppliers in the industry for potential**
22  **supply if it -- if there was a good value**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                               August 13, 2013

15 (Pages 54 to 57)

---

54

1  proposition to form a partnership and form a supply
2  arrangement, we would.
3      Q.   Is there anyone specific that General
4  Mills considered as a supplier but did not
5  ultimately engage?
6      A.   No.  No.  Rembrandt would be the only
7  supplier that had had a good value proposition.
8      Q.   Did General Mills ever receive pricing
9  proposals from other egg product suppliers that it
10 did not ultimately purchase from?
11     MR. CAMPBELL:  Could you define the time
12 period a little more clearly, Evan, please?
13     BY MR. DAVIS:
14     Q.   From 1999 onward.
15     A.   Yeah.  General Mills would get a lot of
16 pricing proposals from many suppliers and many
17 companies out there.  These would be similar to
18 cold calls.  You know, suppliers would call up and
19 say, I can give you eggs at this price.
20     Q.   But would they know General Mills'
21 specifications for egg products?
22     A.   No, they wouldn't.

---

55

1      Q.   But they would still quote a price
2  absent any knowledge of General Mills'
3  specifications?
4      A.   Yes.  They would give general
5  specifications for what a dried white would look
6  like.
7      Q.   Prior to agreeing on pricing terms with
8  an egg product supplier, would General Mills share
9  its specifications with that supplier?
10     A.   Generally, no, we would not.  So unless
11 we are -- unless General Mills is committed to
12 forming a relationship, we would not send out
13 specifications randomly.
14     Q.   Not randomly, but in the course of a
15 negotiation, when a negotiation got to a certain
16 point, would General Mills need to share its
17 specifications before the relationship could
18 actually be formalized?
19     A.   Yes, we would.
20     Q.   And did General Mills ever share its
21 specifications with any supplier of egg products
22 other than the ones listed on Exhibit 2 from 1999

---

56

1  onward?
2      A.   No, we wouldn't.
3      Q.   No?
4      A.   No.
5      Q.   During the course of a negotiation with
6  an egg product supplier, would General Mills
7  negotiate the price that it paid for the egg
8  products?
9      A.   Yes.  We would negotiate prices.
10     Q.   And how did that negotiation take place?
11     A.   Normally the negotiations would start
12 with referring to some type of market price
13 mechanism that is out there or index that could be
14 used as a reference to start the prices.  Generally
15 we would use Urner Barry as an index to base prices
16 off of.
17     Q.   And that would be a starting point for
18 your negotiation?
19     A.   Yes.
20     Q.   And what would transpire between that
21 starting point and ultimately agreeing on a price
22 term?

---

57

1      A.   Well, that would give us our base price.
2  So Urner Barry would be the base price and then
3  freight and packaging would be added on top of
4  that.
5      Q.   But these terms were subject to
6  negotiation?
7      A.   The freight and packaging components are
8  generally the components that are up for
9  negotiations.
10     Q.   But ultimately General Mills pays a
11 price for its eggs?
12     A.   Yes.  We do.
13     Q.   And the price terms that are being
14 ultimately agreed upon are subject to a negotiation
15 with the egg product suppliers; is that correct?
16     A.   Yes.  The final delivered price is part
17 of the negotiations.
18              (Tran Exhibit 3 was
19              marked for
20              identification.)
21     BY MR. DAVIS:
22     Q.   I'll show you what's been marked as

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

16 (Pages 58 to 61)

---

58

1   Exhibit 3.  If you look on the right-hand side of
2   Exhibit 3, you see a column "File Name."  Do you
3   see that column?
4       A.   I do.
5       Q.   And under that column are seven entries.
6       A.   Mm-hmm.
7       Q.   Do you recognize these file names?
8       A.   I guess they're just random file names.
9   I didn't create these files, so I don't really know
10  what the files are.
11      Q.   All right.  Well, I will represent to
12  you that these are seven Excel files that were
13  produced by General Mills in this litigation.
14      A.   Mm-hmm.
15      Q.   And what I'm going to do, as painlessly
16  as possible, is show you excerpts from each of
17  these documents.
18      A.   Okay.
19      Q.   And if you see near the left-hand side
20  the column "Relativity ID" --
21      A.   Mm-hmm.
22      Q.   -- those are what we call Bates numbers

---

59

1   that General Mills has used to identify each of
2   these files.
3            I'll show you what's been marked as
4   Exhibit 4.
5                   (Tran Exhibit 4 was
6                   marked for
7                   identification.)
8       BY MR. DAVIS:
9       Q.   Exhibit 4 is an excerpt from the file
10  named "Egg Invoice Request Confidential
11  Attorney-Client Privileged."
12      A.   Mm-hmm.
13      Q.   Do you recognize the file from which
14  this was excerpted?
15      A.   It looks like an inventory, inventory or
16  a purchasing type of report.
17      Q.   So do you know if this reflects products
18  that General Mills actually purchased and received?
19      A.   I would believe it does.
20      Q.   The column LC Amount or "LC AMNT" at the
21  top, do you see that?
22      A.   Mm-hmm.

---

60

1       Q.   Do you know what these numbers refer to?
2       A.   Looking at it, it looks like invoice
3   amounts or value amounts, as in dollars.
4       Q.   And they all have negative signs -- or
5   not all.  All but one on this excerpt have negative
6   signs next to them; is that right?
7       A.   Mm-hmm.
8       Q.   Do you know what the negative sign
9   refers to?
10      A.   It could be a payment, meaning that it's
11  a credit out of our account to pay somebody else.
12      Q.   It could be or it is?
13      A.   It could be.
14      Q.   Could it be money that's coming in to
15  General Mills?
16           MR. CAMPBELL:  Objection, speculative.
17  It's obvious that he has no foundation for -- have
18  you ever seen this document before?
19           THE WITNESS:  I haven't seen this.
20           MR. CAMPBELL:  So you're asking him to
21  speculate.  He's never seen the document.  He has
22  no idea what this is.

---

61

1            BY MR. DAVIS:
2       Q.   Well, let me ask you, do you know what
3   this document is?
4       A.   No.
5       Q.   You don't know what the headers on this
6   document refer to?
7       A.   No.  I don't know the details of it.
8       Q.   Do you know what they refer to?
9       A.   No.
10      Q.   Okay.
11                  (Tran Exhibit 5 was
12                  marked for
13                  identification.)
14           BY MR. DAVIS:
15      Q.   I'll show you what's been marked as
16  Exhibit 5.  The file name from which Exhibit 5 was
17  excerpted is "2012-07-13 Egg Suppliers Archived
18  POS2."
19      A.   Mm-hmm.
20      Q.   Are you familiar with this file?
21      A.   Yeah.  It looks like a historic purchase
22  order report.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                 August 13, 2013

62

1  Q.   So does this file reflect all of General
2  Mills' -- well, I shouldn't say all.  This file
3  reflects General Mills' purchases orders for egg
4  products; is that right?
5  A.   It's a representation of our purchases.
6  It's not the total purchases.
7  Q.   If you would turn to page 2, on the far
8  right there's a column "Net Price."  Do you see
9  that column?
10  A.   I do.
11  Q.   What does "net price" refer to?
12  A.   Net price -- net price would be the
13  total amount that we would pay with packaging,
14  delivery, all that.
15  Q.   And if you flip to page 3, the first two
16  columns on page 3 are "USD."  That means U.S.
17  dollars; is that right?
18  A.   Yes.
19  Q.   And then in the "Per" column "1LB."
20  A.   Mm-hmm.
21  Q.   Does that mean that the net price is on
22  a per-pound basis?

63

1  A.   It does.
2  Q.   Moving down on page 3, "Gross VAL."
3  What does that column refer to?
4  A.   The gross value is taking -- it's the
5  pounds that is ordered times the net price to
6  equate to the gross value of the purchase order.
7  Q.   And what is net value?
8  A.   Net value would be in cases where there
9  is volume discounts that could be applied that gets
10  taken off of the gross value.
11  Q.   Does General Mills ever receive volume
12  discounts?
13  A.   Not for eggs.
14  Q.   So would it be your expectation that net
15  value would always equal gross value?
16  A.   Yup.
17  Q.   Can you think of any reason why the two
18  numbers would not be equal?
19  A.   Not in this situation.
20  Q.   On the far right, the column
21  "Delivered," do you see that?
22  A.   Yup.

64

1  Q.   And if you compare those numbers to the
2  numbers on page 2 in the "Quantity" column --
3  A.   Mm-hmm.
4  Q.   -- is it your understanding that
5  "delivered" refers to the quantity in pounds that
6  was actually delivered by the supplier?
7  A.   That's right.
8  Q.   So if the number in the "Delivered"
9  column were smaller than the number in the
10  "Quantity" column, would that mean that not all of
11  the purchase order was, in fact, delivered?
12  A.   That's correct.
13  Q.   And would the dollar values in gross
14  value and net value refer to the value of the
15  delivered number or the quantity number?
16  A.   It would be referring to the quantity
17  number.
18  Q.   Would General Mills actually pay that
19  amount or would it only pay for the product that
20  was actually delivered?
21  A.   It would pay for the product that was
22  actually delivered.  So -- yeah.

65

1  Q.   So if not all of the product were
2  delivered, then the dollar values in gross value
3  and net value would be higher than the amount
4  actually paid by General Mills?
5  MR. CAMPBELL:  I'm going to object.  I
6  see no difference in looking at the "Quantity"
7  column and the "Delivered" column.  They're
8  identical.
9  MR. DAVIS:  I've represented that this
10  is a column from the spreadsheet.  So if the
11  numbers were different, as the question stated.
12  MR. CAMPBELL:  Objection, speculative.
13  There's no foundation.  The numbers are different.
14  You can answer that, Mr. Tran, if you
15  can.
16  A.   So can you ask your question again?
17  BY MR. DAVIS:
18  Q.   If not all of the product were delivered
19  by the egg product supplier, would the dollar
20  values in the "Gross Value" and "Net Value" columns
21  be higher than the dollar amounts actually paid by
22  General Mills?

HIGHLY CONFIDENTIAL

Tran, Binh K.                                           August 13, 2013

18 (Pages 66 to 69)

---

**66**

A.   What would happen if not all of the volume was delivered would be that we would either expect the supplier to deliver the remaining balance on that purchase order or we would amend the purchase order to reflect reality, which would then change the net value and the gross value.

Q.   Would it also change the quantity value?

A.   It would change the quantity value.

Q.   I'll show you what's been marked as Exhibit 6.

(Tran Exhibit 6 was marked for identification.)

BY MR. DAVIS:

Q.   Exhibit 6 is an excerpt from a file titled "2012-07-13 Eggs Archived POS." Are you familiar with that file?

A.   Yeah. It looks like a historical purchase order.

Q.   Is there any difference that you know of between the data that would be contained in this file versus the one reflected in Exhibit 5?

---

**67**

A.   Can you clarify your question a little bit more?

Q.   Sure. Are the inputs for Exhibits 5 and 6 the same?

MR. CAMPBELL: I'm sorry. I simply don't understand that question.

BY MR. DAVIS:

Q.   Do you understand what I mean by "inputs"?

A.   Are the lines the same? Is that what you're asking?

Q.   Are the headers -- to the extent that the headers are the same --

A.   Okay.

Q.   -- would the information be identical for identical entries?

A.   It appears to be.

Q.   How are these two files different?

A.   Can you ask it in a different way?

Q.   Is there any difference between these two files?

A.   Okay. These two files, they look like

---

**68**

they reference different purchase orders.

Q.   Why would purchase orders be kept in more than one file?

A.   Because we have hundreds and thousands of purchase orders.

Q.   So they're multiple versions of the same type of file; is that a fair statement?

A.   Depending on which purchase orders you pull, there will be different files.

Q.   How would General Mills determine which purchase orders go into which file?

MR. CAMPBELL: I'm sorry. I didn't hear that question.

BY MR. DAVIS:

Q.   How does General Mills determine which purchase orders are recorded in which of its different files?

A.   I don't understand the question. I'm not quite sure -- I'm not quite sure what you're trying to get at.

Q.   If you compare the first entry in Exhibit 5 and Exhibit 6, they appear to be for the

---

**69**

same quantity of product purchased from the same supplier and delivered on the same date. Is that right?

A.   That's right.

Q.   So are purchase orders recorded by General Mills in more than one file?

A.   It depends on how you pull the reporting file. But a purchase order is just -- that's static. So if you have one purchase order, that's just one purchase order that is stored in our system.

Q.   So do you know how the files that are excerpted in Exhibits 5 and 6 were created?

A.   I would believe it's a -- it looks like it's a random pull.

Q.   Not the excerpts, but the files themselves that were produced by General Mills in this litigation.

A.   Oh. This file would come out of our ERP system. So, you know, you just pull up a date or a range and have it spit out the data to you.

Q.   And do you know how the actual documents

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                     August 13, 2013

19 (Pages 70 to 73)

---

**70**

1  that were produced by General Mills in this
2  litigation were created?
3      A.   Again, you'd just go to the ERP system,
4  pull out the data, put it into a Excel spreadsheet,
5  it looks like here.
6      Q.   But do you know what data was requested
7  to create these files?
8      A.   Again, it looks like it's a random
9  sampling.
10     Q.   Again, not the excerpts, but the actual
11 files that were produced with the file types that
12 are referenced on Exhibit 4. I'm sorry.
13 Exhibit 3.
14     A.   Can you ask it again? I guess I'm not
15 quite clear on what you're getting at.
16     Q.   Sure. So Exhibit 5 --
17     A.   Mm-hmm.
18     Q.   -- is an excerpt from the second file
19 name listed in this "File Name" column on
20 Exhibit 3.
21     A.   Okay.
22     Q.   And Exhibit 6 is an excerpt from this

---

**71**

1  file name that's the third one listed in the "File
2  Name" column on Exhibit 3.
3      A.   Mm-hmm.
4      Q.   And there is certainly overlap between
5  the entries on these two files.
6      A.   Right.
7      Q.   And what I'm trying to understand is
8  how, if at all, these files are different from one
9  another, how they were created and what any
10 differences represent.
11     A.   The headings -- the headings in both of
12 these files will depict the information that's
13 being pulled. The line items themselves are, you
14 know, just a random pull from the data source. So
15 the differences, the data itself, is static. It's
16 the same in how you pull the information by header
17 and then by the individual line. So that data
18 stays static.
19         So there shouldn't be any difference in
20 the headers and then the line items themselves.
21 Right? The only difference in these two files
22 would be the individual lines themselves and then

---

**72**

1  how the headers are situated, because you can
2  customize the data to show a header before another
3  header or, you know, one line item ahead of
4  another.
5      Q.   If you look at Exhibit 6, the fifth line
6  down, where the salesperson is listed as customer
7  service. Do you see that?
8      A.   Mm-hmm.
9      Q.   If -- that entry certainly does not
10 appear on the excerpt that comprises Exhibit 5 and
11 I don't believe exists in the file from which
12 Exhibit 5 was derived.
13     A.   It's a different purchase order.
14     Q.   So do you know why that entry exists on
15 the file excerpted in Exhibit 6, but not the file
16 excerpted in Exhibit 5?
17     A.   It's -- I would say it's because it's a
18 random pull of data, and so when that random pull
19 generates its pull, it happened to pull this one
20 versus another one.
21     Q.   Are you suggesting that the entire files
22 themselves are random pulls of data?

---

**73**

1      A.   Well, the data is not random. The data
2  is actuals.
3      Q.   But -- sorry.
4      A.   Go ahead.
5      Q.   The data that General Mills produced to
6  the defendants in this litigation is a random
7  selection of its purchase data?
8      A.   It's a sampling. It's not all hundreds
9  of thousands of purchase orders. So this is a
10 representation.
11     Q.   You're talking about the exhibits
12 themselves?
13     A.   Right.
14     Q.   Right. And do you know anything about
15 the actual Excel spreadsheets that were produced in
16 this litigation?
17     A.   In how they were made and why certain
18 lines are chosen?
19     Q.   Yes.
20     A.   No.
21     Q.   Okay. So if an entry is included on the
22 spreadsheet with relativity ID 33202, but not the

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Tran, Binh K.                                             August 13, 2013

20 (Pages 74 to 77)

---

74

1  one with relativity ID 33201, you don't know why
2  that would be the case?
3      A.   I don't.
4      Q.   I'll show you what's been marked as
5  Exhibit 7.
6                    (Tran Exhibit 7 was
7                    marked for
8                    identification.)
9          MR. CAMPBELL:  Dean, where are we?
10         THE VIDEOGRAPHER:  We have about 30
11 minutes left on the video.
12         MR. CAMPBELL:  Do you mind if we take a
13 five-minute break?
14         MR. DAVIS:  Not at all.  Off the record.
15         THE VIDEOGRAPHER:  We're going off the
16 record at 10:28 a.m.
17         (Whereupon, a recess was taken from
18 10:28 a.m to 10:42 a.m.)
19         THE VIDEOGRAPHER:  This is video
20 number 2 in the deposition of Binh Tran taken on
21 August 13th 2013.  The time now is 10:42 a.m.
22         BY MR. DAVIS:

---

75

1      Q.   Mr. Tran, you're looking at what's been
2  marked as Exhibit 7.
3      A.   Mm-hmm.
4      Q.   And the same question that I had
5  regarding the previous exhibits.  Do you know how
6  the actual Excel spreadsheet from which Exhibit 7
7  is excerpted was created?
8      A.   It was created out of our ERP system and
9  it's a just a historical data pull of our POs.
10     Q.   Do you know how, if at all, the creation
11 of that file was different than the ones that were
12 excerpted in Exhibits 5 or 6?
13     A.   I don't, no.
14     Q.   If you turn on Exhibit 7 -- if you look
15 at the first entry in the first column, "Purch
16 Doc" --
17     A.   Yup.
18     Q.   -- is that a reference to a specific
19 purchase order that's listed there?
20     A.   Yeah.  That's a purchase order.
21     Q.   And is the first one listed in Exhibit 7
22 identical to the one that's listed in Exhibit 6?

---

76

1      A.   Yeah.  The first line of 6.
2      Q.   If you turn on Exhibit 7 to the second
3  page, for the first entry, you'll note that the
4  gross value and net value are both $7200; is that
5  right?
6      A.   That's correct.
7      Q.   And if you turn to page 3, there's a
8  column "Amount."  And the entry there for the first
9  line is 6600; is that right?
10     A.   That's correct.
11     Q.   And if you turn to the last -- or I'm
12 sorry.  On the last column on that same page,
13 INV -- "INV Value," invoice value; is that right?
14     A.   No.  That's not invoice value.
15     Q.   What does that stand for?
16     A.   That's inventory value.
17     Q.   Inventory value.  And the entry for the
18 first line there also is 6600; is that right?
19     A.   That's correct.
20     Q.   Are those dollars, $6600?
21     A.   Yes, dollars.
22     Q.   And what do the columns "Amount" and

---

77

1  "Inventory Value" refer to?
2      A.   It refers to how much -- what is the
3  value of our inventory on hand.  So as the plant
4  uses materials and pulls from a certain purchase
5  order, that amount then becomes work in progress or
6  finished goods.  And so it decrements off of
7  purchase orders the value of it like amount that
8  was actually used.
9      Q.   So for that first line, if you turn to
10 page 2 --
11         MR. CAMPBELL:  Which exhibit, Evan?
12         MR. DAVIS:  I'm sorry.  Of Exhibit 7.
13         MR. CAMPBELL:  Okay.
14         BY MR. DAVIS:
15     Q.   It looks like there were 3000 pounds of
16 this dried egg product that were delivered to
17 General Mills in June of 2005.  Is that accurate?
18     A.   That's correct.  Well -- I'm sorry.  Not
19 delivered, but the purchase order was created in
20 6/6/2005.
21     Q.   And if you turn to page 3, there's a
22 column that says "DEL Date," D-E-L date.  And the

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                      August 13, 2013

21 (Pages 78 to 81)

---

**78**

1  entry is 6/20/2005.  Do you see that?
2      **A.    Yes.**
3      Q.    Does that mean that this was delivered
4  to General Mills on June 20, 2005?
5      **A.    That's correct.**
6      Q.    And referring to the "Gross Val" and
7  "Net Value" columns on page 2, did General Mills
8  pay $7200 for this dried egg product?
9      **A.    Yes, we did.  So --**
10     Q.    Now, the "Amount" column references
11 $6600.
12     **A.    Mm-hmm.**
13     Q.    What does that mean?
14     **A.    That is the -- that is the amount on**
15 **hand.**
16     Q.    Whenever this entry was made or whenever
17 this spreadsheet was created?
18     **A.    Oh.  At that given point in time.**
19     Q.    At what given point in time?
20     **A.    Well, when the -- on the posting date.**
21 **So when we do -- when we do like an inventory**
22 **evaluation, it's on that posting date, and the**

---

**79**

1  **value is based on that, of whatever is on**
2  **inventory.**
3      Q.    And the inventory value is also $6600?
4      **A.    Yes.**
5      Q.    And how is that -- how is the meaning of
6  that column different than the meaning of the
7  "Amount" column?
8      **A.    There is no difference.**
9      Q.    Well, if you look at the second entry,
10 for example, the amount in inventory value is zero.
11 The amount in the "Amount" column is $430.14.  So
12 what does that difference represent?
13     **A.    The difference is that it's in work in**
14 **progress then.  And so the amount, if it is -- if**
15 **the "Inventory" column is zero, that means that**
16 **there is no inventory.  But it could be in work in**
17 **progress.  All right?  But if we have inventory,**
18 **there is an inventory line that shows a value.  And**
19 **an amount value, that just means that, you know,**
20 **it's in inventory, but that same amount value is**
21 **still somewhere in the system.**
22 **        It hasn't been turned into a finished**

---

**80**

1  good yet.
2      Q.    Okay.
3              (Tran Exhibit 8 was
4              marked for
5              identification.)
6          BY MR. DAVIS:
7      Q.    I'll show you what's been marked as
8  Exhibit 8.
9          MR. CAMPBELL:  Evan, your comment about
10 the highly confidential designation was off the
11 record, I believe.
12         MR. DAVIS:  It was.  Would you like to
13 make a designation --
14         MR. CAMPBELL:  Why don't we just say on
15 the record that as to all these exhibits, we're
16 going to manually write in "highly confidential" to
17 the ones that are appropriate, these purchase data
18 exhibits.  To which you've agreed.
19         MR. DAVIS:  Absolutely.  There will be
20 seven excerpts from the purchase data that General
21 Mills produced.
22         MR. CAMPBELL:  Right.

---

**81**

1          MR. DAVIS:  Along with, I believe, the
2  spreadsheet that was provided to me by e-mail.
3          MR. CAMPBELL:  Correct.
4          MR. DAVIS:  And I assume that you'll be
5  producing that to the joint document repository as
6  well?
7          MR. CAMPBELL:  Yes.  I think we will.
8          Is there a question pending about 8?  I
9  think not.  I think I interrupted you.
10         BY MR. DAVIS:
11     Q.    Mr. Tran, Exhibit 8 was created from a
12 file "2012-07-13 Eggs Archived POS with Summarized
13 Invoice Data."  Do you have any knowledge of how
14 that Excel spreadsheet was created?
15     **A.    Again, it looks like historical purchase**
16 **order data.  I don't -- other than that, it being**
17 **pulled from our ERP system, I don't know how it was**
18 **created.**
19     Q.    And so to the extent that there are
20 differences in this file or different entries in
21 this file from the other Excel spreadsheets that we
22 have looked at, do you know why those differences

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                      August 13, 2013

22 (Pages 82 to 85)

---

**82**

1  exist?
2      A.   I don't know why.
3      Q.   On page 1 of Exhibit 8, do you see the
4  column "PAYT Terms"?
5      A.   Yup.
6      Q.   Does that mean payment terms?
7      A.   It does.
8      Q.   And "NT10" would mean net 10 days?
9      A.   It does.
10     Q.   Maybe about a third of the way down the
11 column, do you see "2P10"?
12     A.   Mm-hmm.
13     Q.   Do you know what that means?
14     A.   I don't know what that means.
15         MR. DAVIS:  The phone may have been on
16 mute for a period of time when we've been going
17 over these exhibits.  So we apologize in the room
18 here.
19         MR. CAMPBELL:  You've been putting them
20 all to sleep anyway, Evan.
21         MR. DAVIS:  This is the most exciting
22 part.

---

**83**

1         BY MR. DAVIS:
2      Q.   You can put Exhibit 8 aside.  And I'll
3  show you what's been marked as Exhibit 9.
4              (Tran Exhibit 9 was
5                   marked for
6                   identification.)
7         BY MR. DAVIS:
8      Q.   Exhibit 9 was created from a file titled
9  "2012-07-12 Egg POS with Delivery Data ZINTO-Open
10 POS."  Do you know what Z-I-N-T-O or ZINTO means?
11     A.   I don't know what that means.
12     Q.   Do you recognize the entries on
13 Exhibit 9?
14     A.   It looks like a receiving document.
15     Q.   What is a receiving document?
16     A.   When our plants take in materials, they
17 scan in the materials and then that matches up with
18 the purchase order.
19     Q.   So on page 1, the "Order" column --
20     A.   Mm-hmm.
21     Q.   -- would that reference the "Purch Doc"
22 column on the previous spreadsheets that we looked

---

**84**

1  at?
2      A.   It would.
3      Q.   And so this would show if General Mills
4  actually received the egg products for which it had
5  purchase orders?
6      A.   It would.
7      Q.   Look at the first column -- I'm sorry --
8  the first row.  On the first page, "DELDT," does
9  that mean delivery date?
10     A.   It does.
11     Q.   And flipping to page 2, the purchase
12 order quantity was 60.  Do you see that?
13     A.   I do.
14     Q.   And then it looks like delivery quantity
15 is zero.  Is that right?
16     A.   I'm not sure what DLY stands for.
17     Q.   All right.  The next column is -- does
18 that mean received quantity?
19     A.   Yeah.
20     Q.   And that's zero as well?
21     A.   Yup.
22     Q.   Then the next column is "Open Quantity"?

---

**85**

1      A.   Mm-hmm.
2      Q.   And that says 60?
3      A.   Yup.
4      Q.   So does that mean that General Mills did
5  not actually receive any of the egg product for
6  that purchase order?
7      A.   That's correct.
8      Q.   And so what does the June 10th 2003
9  delivery date refer to?
10     A.   Looking at the amount here, it would
11 look like for that PO, we were short 60 pounds of
12 the original POS.  So whatever was delivered in,
13 we're missing 60 pounds, which then gets put back
14 against the original purchase order.  That just
15 shows that the original purchase order is not
16 fulfilled.
17     Q.   So on the previous spreadsheets that we
18 looked at, would the purchase orders be adjusted to
19 subtract 60 pounds or would those purchase orders
20 include the 60 pounds that General Mills did not,
21 in fact, receive?
22     A.   The purchase order -- the purchase

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

23 (Pages 86 to 89)

86

1  orders would either be amended or we would have the
2  supplier redeliver us 60 pounds.
3       Q.  If you look on Exhibit 3, I believe --
4       A.  This one?  Yup.
5       Q.  Do you see the beginning of this file
6  name is 2012-07-12?
7       A.  Yeah.
8       Q.  Does that suggest to you that this file
9  was created on July 12th 2012?
10      A.  I don't know.  I don't know the naming
11 of the files and how it was arrived at.
12      Q.  So for this first purchase order listed
13 in the first row on Exhibit 9, if I wanted to find
14 out how much of that purchase order was actually
15 delivered to General Mills, how would I do that?
16      A.  You would look it up in our ERP system.
17 So you would see -- you would see in the ERP system
18 what the purchase order was for, how much was
19 actually delivered or fulfilled on that purchase
20 order and then how much was paid.
21      Q.  And have any of the exhibits that I have
22 shown you thus far contained all of that

87

1  information?
2       A.  Yeah.  These prior exhibits that you
3  have, like 8 shows it.  8.  Yeah.  So it shows the
4  delivered -- so the delivery date and then so,
5  for instance, in Exhibit 8, the first line, the
6  purchase order was 3000 pounds.  It shows the
7  delivery date at 6/20 and the amount that was
8  delivered, which was 3000 pounds.
9       Q.  I'll show you what's been marked as
10 Exhibit 10.
11             (Tran Exhibit 10 was
12             marked for
13             identification.)
14       BY MR. DAVIS:
15      Q.  Do you recognize the data that's
16 included on Exhibit 10?
17      A.  No.  I'm not intimately familiar with
18 these headers.
19      Q.  Exhibit 10 is excerpted from a file
20 "2012-07-12 Egg POS with PO History Invoice Data."
21 Does that mean anything to you?
22      A.  It would be a historical pull of POs and

88

1  invoice.
2       Q.  On page 1, the "Quantity" column, do you
3  know what that refers to?
4       A.  I would believe it's a quantity that
5  could be ordered.
6       Q.  Do you know?
7       A.  I don't know.
8       Q.  Are you just guessing?
9       A.  I don't know.  I'm guessing.  I don't
10 know for a fact.  I haven't seen a document similar
11 to this, so I don't know.
12      Q.  Do you actually know where this data
13 came from?
14      A.  I would guess it's coming out of our ERP
15 system, too.
16      Q.  Are you guessing or do you know that?
17      A.  I'm guessing.
18      Q.  Okay.  The next column, "Quantity in
19 OPUN," do you know what that means?
20      A.  I don't know what that means.
21      Q.  The next column is "Amount in LC."  Do
22 you know what that means?

89

1       A.  I don't.
2       Q.  The next column is "Amount."  Do you
3  know what that's referring to?
4       A.  I -- no, I don't.
5       Q.  The next column, "CRCY," does that refer
6  to currency?
7       A.  Based on what I'm looking at, it looks
8  like it.
9       Q.  And would "CAD" refer to Canadian
10 dollars?
11       MR. CAMPBELL:  I object.  If he knows,
12 he may answer, of course.  But I don't think
13 there's any demonstration he knows.
14       BY MR. DAVIS:
15      Q.  Have you ever seen the acronym CAD used
16 before when referring to amounts?
17      A.  For currency?
18      Q.  Yes.
19      A.  For currency, yes, I've seen that.
20      Q.  And has that referred to Canadian
21 dollars?
22      A.  Normally, yes.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

24 (Pages 90 to 93)

---

90

1    Q.   Does General Mills ever transact for
2  purchasing egg products with Canadian dollars?
3    **A.   In our Canadian operations, we do.**
4    Q.   And that would be for the purchasing of
5  egg products that are shipped to General Mills in
6  Canada?
7    **A.   That's correct.**
8    Q.   Are they shipped from the United States?
9    **A.   In some cases, we do have suppliers in**
10 **the U.S. shipping into Canada.**
11   Q.   Does General Mills' ERP system include
12 purchases of egg products that were shipped to
13 General Mills in Canada?
14   **A.   Yes, it does.**
15   Q.   And would those purchases have been made
16 from suppliers in the United States?
17   **A.   Yes.**
18   Q.   Would they have been made from -- would
19 those purchases have been made from suppliers in
20 Canada?
21   **A.   Yes.  We would buy some eggs from Canada**
22 **too, from suppliers in Canada.**

---

91

1    Q.   And the ERP system would include all of
2  those?
3    **A.   It would.**
4    Q.   Would General Mills ever pay for a
5  shipment of egg products to be delivered in the
6  United States using Canadian dollars?
7    **A.   No.**
8    Q.   So any reference in General Mills' ERP
9  system to purchase orders quoting amounts in
10 Canadian dollars would be for egg products that
11 were being shipped to Canada; is that correct?
12   **A.   It would be for egg products that is**
13 **being used in Canada from a Canadian supplier.**
14   Q.   Both the supplier would be located in
15 Canada and --
16   **A.   The production in Canada and our use in**
17 **Canada.**
18   Q.   If you would turn to page 2, the column
19 "Invoice Value," do you know what that means?
20   **A.   No.  I'm not sure how that's derived.**
21   Q.   Two down from that, "INV Value in FC,"
22 do you know what that means?

---

92

1    **A.   No, I don't.**
2    Q.   The last column on the page, "GR/IR
3  Clearing Value in FC," do you know what that means?
4    **A.   I don't.**
5    Q.   You can put that aside.  One more
6  follow-up question for you on Exhibit 2.  I believe
7  you testified that all of the amounts included on
8  Exhibit 2 were for purchases of egg products made
9  by General Mills that were shipped into the United
10 States; is that correct?
11   **A.   That's correct.**
12   Q.   How did you limit the data that was
13 inputted in Exhibit 2 to ensure that it did not
14 include any purchases of egg products in Canada?
15   **A.   Because our ERP system will segregate**
16 **them.  Our Canadian operations is in a different --**
17 **in a different unit, in a different division.  So**
18 **we sort it by the U.S. businesses.**
19   Q.   Does the U.S. business purchase all of
20 its egg products within the United States?
21   **A.   Yes.**
22   Q.   And the Canadian business purchase all

---

93

1  of its egg products in Canada?
2    **A.   No.  It will purchase from Canadian**
3  **suppliers and some from U.S. suppliers.  But the**
4  **goods received and the purchase orders can be**
5  **segregated -- have to be segregated by our U.S.**
6  **business and our international business.  Our**
7  **Canadian businesses are in a different division.**
8    Q.   But all of those purchase orders are
9  contained in one ERP system?
10   **A.   That's right.**
11   Q.   And when you took the data from that
12 system to make the spreadsheet labeled as
13 Exhibit 2 --
14   **A.   Mm-hmm.**
15   Q.   -- you could separate out which business
16 units, purchase orders, you were pulling from?
17   **A.   That's correct.**
18   Q.   And so what is the business unit or
19 business units from which you pulled data to create
20 Exhibit 2?
21   **A.   Our U.S. retail business and our**
22 **Canadian business.  So those are the two**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

25 (Pages 94 to 97)

---

**94**

1  businesses.  But for this exhibit, it's our U.S.
2  business.
3      Q.  You can put that aside.  If General
4  Mills received -- I believe you testified General
5  Mills received credits from suppliers of egg
6  products; is that right?
7      A.  For quality issues.
8      Q.  Are those credits inputted into General
9  Mills' ERP system?
10     A.  Yes, they would be.
11     Q.  And would those credits be reflected on
12 any of the files that we've looked at so far?
13     A.  It's dependent on -- it's dependent on
14 if it was a reversed invoice.  So with what we've
15 looked at, no.  None of those credits -- they were
16 not a factor in any of these.
17     Q.  And if you turn to Exhibit 3, the files
18 that are listed there, do you know whether those
19 files include credits?
20     A.  There was no -- I couldn't see any
21 credits in these files because I don't -- it didn't
22 look like there was any quality issues out of them.

---

**95**

1      Q.  But you don't know how those files were
2  actually created; is that right?
3      A.  No.
4      Q.  So you don't know whether or not any
5  credits that General Mills received would be
6  contained in those Excel files that were produced
7  to the defendants in this litigation; is that
8  correct?
9      A.  Other than what are in these files.
10     Q.  That's correct?
11     A.  Correct.
12     Q.  Under what pricing terms has General
13 Mills purchased egg products from -- excuse me --
14 starting in 1999?
15         MR. CAMPBELL:  I'm sorry.  That's just
16 too ambiguous to me.  Could you --
17         BY MR. DAVIS:
18     Q.  Do you understand what I mean by
19 "pricing terms"?
20     A.  No.  I don't understand what you mean by
21 "pricing terms."  Could you clarify?
22     Q.  Sure.  I think you talked earlier about

---

**96**

1  General Mills purchasing off of -- paying a price
2  that was based in part on what you call Urner Barry
3  pricing; is that right?
4      A.  That's correct.
5      Q.  What is Urner Barry pricing?
6      A.  Urner Barry is a trade publication that
7  does market research and depicts prices for meat
8  and egg products.
9      Q.  And do you understand the phrase or have
10 you ever heard the phrase "market-based pricing"?
11     A.  Yes.
12     Q.  And what do you understand that to mean?
13     A.  Market-based pricing is prices that are
14 tied to some type of index or some type of recorded
15 mechanism that is a third party.
16     Q.  And insofar as egg products are
17 concerned, is that market index Urner Barry?
18     A.  That's correct.
19     Q.  Do you know what's meant by the breaking
20 stock price?
21     A.  On Urner Barry?
22     Q.  Yes.

---

**97**

1      A.  Yes.
2      Q.  What is that?
3      A.  The breaking stock price is the price of
4  the liquid -- the price of the liquid when the
5  producers take a shell egg and just, you know,
6  break it -- break it apart and take the liquid.  So
7  it's the liquid component of the -- the price for
8  the liquid component.
9      Q.  And when General Mills paid for egg
10 products using market-based pricing, was the Urner
11 Barry component of that market-based pricing the
12 breaking stock price?
13     A.  No.  It was not.
14     Q.  What was it?
15     A.  It was the Urner Barry listed prices for
16 dried products, for our dried products.  So I
17 should clarify that.  So it was for the dried
18 products.
19     Q.  So specifically what Urner Barry prices
20 were incorporated into the market-based pricing
21 that General Mills paid?
22     A.  We would reference dried -- either dried

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                   August 13, 2013

26 (Pages 98 to 101)

---

98

1 whole, yolk or white, based on Urner Barry, and
2 that would be the foundation for our prices.
3     Q.   Did General Mills also purchase liquid?
4     A.   Yes, we did.
5     Q.   And did General Mills purchase liquid on
6 market-based pricing?
7     A.   Yes, we did.
8     Q.   And what Urner Barry price was used for
9 that pricing?
10     A.   It would be the liquid whole or white or
11 yolk.
12     Q.   And is that different than the breaking
13 stock price?
14     A.   It could be, yes.
15     Q.   How so?
16     A.   How could it be different?
17     Q.   How were the numbers derived
18 differently?
19     A.   Well, I'm not quite sure how Urner Barry
20 necessarily gets to their prices, so I couldn't
21 answer that.
22     Q.   What's different about the product, the

---

99

1 liquid whole product that you referenced, from the
2 breaking stock product?
3     A.   From a specification standpoint?  I
4 guess can you --
5     Q.   You say Urner Barry -- in your view,
6 Urner Barry has a separate quote for breaking --
7     A.   Mm-hmm.
8     Q.   -- stock than it does for whole liquid.
9     A.   Yes.
10     Q.   And what are the differences between
11 those two products?
12     A.   I'm not sure because I -- we didn't
13 really look at or reference breaking stock.  We
14 would reference liquid wholes, the liquid component
15 off of Urner Barry or the dried prices.
16     Q.   Did General Mills ever purchase off of
17 the graded egg quotes from Urner Barry?
18     A.   No.  We don't.
19     Q.   And those are for shell eggs; is that
20 right?
21     A.   Yes.
22     Q.   How often does the Urner Barry quote

---

100

1 change?
2     A.   Urner Barry quotes could change really
3 daily.  Yeah.  My understanding is that it's daily.
4 Our prices are generally an average of whatever --
5 the average of the prior month's prices.
6     Q.   And so when General Mills purchased off
7 of market-based pricing --
8     A.   Mm-hmm.
9     Q.   -- that price paid by General Mills was
10 calculated monthly?
11     A.   Yes.
12     Q.   Did General Mills ever enter into
13 contracts for fixed prices based on market pricing
14 that's been more than a month?
15     A.   No.  Our suppliers -- our suppliers
16 would generally want monthly price movements.
17     Q.   And I believe you said the components of
18 market pricing were a market quote, in this case
19 Urner Barry; is that right?
20     A.   That's right.
21     Q.   There's a freight cost; is that right?
22     A.   That's right.

---

101

1     Q.   There's a packaging cost?
2     A.   That's right.
3     Q.   Are there any other components to the
4 market-based pricing?
5     A.   Well, when you're saying market-based
6 pricing, my definition of market-based pricing is
7 the Urner Barry price.  When you add on packaging,
8 then that becomes a delivered price for me, in my
9 terminology.
10     Q.   So using your terminology, are there any
11 other components for the delivered price?
12     A.   There could be if we were adding things
13 like sugar into the eggs that we wanted our
14 suppliers to add into it.  So there might be a
15 conversion component to it also.
16     Q.   Adding sugar would be an example?
17     A.   Yeah.
18     Q.   How about any other conversion costs?
19     A.   No.  No.  Only if there was something
20 that is above and beyond the stated Urner Barry --
21 the Urner Barry definition of what the product is.
22     Q.   What do you mean by that?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

27 (Pages 102 to 105)

---

102

1    A.   So if Urner Barry is following dried
2  whole eggs, just dried whole eggs with -- and
3  that's it, then that's the base.  Anytime we add
4  anything above and beyond just a base dried whole
5  egg, then there's cost to it.
6    Q.   And so you gave sugar as an example of
7  something else that General Mills would add; is
8  that right?
9    A.   Yes.
10   Q.   Is there anything else other than sugar
11 that General Mills adds to that egg?
12   A.   No.
13   Q.   How frequently would General Mills
14 negotiate terms for its purchasing?
15   A.   What do you mean by "terms"?  Is
16 there --
17   Q.   The price term.
18   A.   The price term?  Okay.  The price terms
19 generally would get negotiated monthly.  And it's
20 because the suppliers would want prices to change
21 based on Urner Barry monthly.  So we would have to
22 renegotiate each of those components every month.

---

103

1    Q.   I show you what's been marked as
2  Exhibit 11.
3              (Tran Exhibit 11 was
4               marked for
5               identification.)
6    BY MR. DAVIS:
7    Q.   Do you recognize Exhibit 11?
8    A.   Yes.
9    Q.   What is this document?
10   A.   That's a purchase order.
11   Q.   And it's a purchase order from Michael
12 Foods Wallbaum; is that right?
13   A.   That's right.
14   Q.   Now, this says "Valid from May 1, 2006,"
15 and "Valid to 8/31/2006; is that right?
16   A.   That's correct.
17   Q.   So does that suggest that these pricing
18 terms were in effect for the duration of that
19 period?
20   A.   Yes.  Dependent on the volume.  So
21 there's a volume component to it also.  So the
22 prices -- because of our ERP system, if we have our

---

104

1  time frame, our valid windows too short, then the
2  purchase order just gets kicked out and becomes
3  null and void.
4            So generally how we will try to
5  structure these things is line up the volume with
6  what our estimated usage is going to be.  And that
7  stays within the month.  But we have our valid
8  windows a little bit longer so that if there's an
9  extra week or a day that is beyond that month, the
10 purchase order just doesn't get kicked out.
11   Q.   But this isn't a week or a day longer,
12 this is a four-month window, right?
13   A.   Right.
14   Q.   So, for example, the first line for egg
15 white dry angel --
16   A.   Mm-hmm.
17   Q.   -- General Mills paid $2.75 per pound
18 for its purchase to Michael Foods; is that right?
19   A.   Yes.
20   Q.   And that pricing term was in effect from
21 May 1st 2006 through August 31st 2006; is that
22 right?

---

105

1    A.   Yes.  Yes.  That pricing window would --
2  that would be valid.
3    Q.   So the price that General Mills paid for
4  that product did not fluctuate over this -- during
5  this four-month period; is that right?
6    A.   Yes, depending on if we still had volume
7  left on the contract.
8    Q.   Right.  General Mills could draw down on
9  the volume that it had on this purchase order at
10 any point during those four months and pay an
11 identical price; is that right?
12   A.   That's correct.
13   Q.   And that's true for all of the five
14 products listed on this purchase order; is that
15 right?
16   A.   That's correct.
17   Q.   So even if the Urner Barry price changed
18 between -- well, let me ask you this.  The purchase
19 order up at the top is dated April 26th 2006.  Do
20 you see that?
21   A.   Mm-hmm.
22   Q.   When would the Urner Barry quote upon --

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

28 (Pages 106 to 109)

---

106

1 was this based on an Urner Barry quote?  Was this
2 purchase order?
3     **A.  Yeah.**
4     Q.   How do you know that?
5     **A.   Because that's the way that we would be**
6 **do our negotiations and our pricing with Michael**
7 **Foods.  That's just the structure that was in**
8 **place.**
9     Q.   So all of General Mills' purchases of
10 egg products from Michael Foods were made on a
11 market basis?
12    **A.   That's right.**
13    Q.   And when would the Urner Barry quote
14 that was used for this purchase order be taken?
15    **A.   It would be the quoted price on, you**
16 **know -- there would be like a 30-day lag.  So if we**
17 **created this contract at the end of April, it would**
18 **be the first of April.**
19    Q.   And if that Urner Barry quote changed as
20 of August 29th 2006, the price that General Mills
21 paid for any egg products purchased under this
22 purchase order would not change even though the

---

107

1 Urner Barry quote had; is that right?
2     **A.   For that time period, correct.  But the**
3 **change in prices would be reflected in the next**
4 **contract.**
5     Q.   When the Urner Barry price -- a new
6 Urner Barry price was used?
7     **A.   That's right.**
8     Q.   But it wasn't necessarily monthly; is
9 that right?
10    **A.   Well, that's where the volume piece**
11 **comes into play.  So when we run out of this**
12 **volume, which generally is going to be on a**
13 **month-to-month basis, once that volume is done, we**
14 **don't have any more volume to pull from, we have to**
15 **renegotiate.  So we will line up our volume for a**
16 **month.  But we will keep the valid period a little**
17 **bit longer.**
18    Q.   So it was General Mills' expectation
19 that it would purchase 140,000 pounds of egg white
20 dry angel in the month of May?
21    **A.   Mm-hmm.**
22    Q.   Yes?

---

108

1     **A.   Yes.**
2     Q.   But General Mills had the option of
3 purchasing that through the end of August as long
4 as they didn't exceed this total quantity; is that
5 right?
6     **A.   That's right.**
7     Q.   Did General Mills ever determine the
8 timing of its purchases of egg products under these
9 purchase orders based on whether it thought pricing
10 for egg products would go up or down?
11    **A.   No.  No.  We would generally -- you**
12 **know, not on a month-to-month basis, not in that**
13 **short a period.  Our volume would be pretty**
14 **consistent and we would just break it up.**
15    Q.   If you had volume left over that you
16 hadn't purchased by the end of August, you would
17 have a new purchase order valid from September 1st
18 in this case; is that right?
19    **A.   Yes.**
20    Q.   And you would know what the Urner Barry
21 price upon which that was going to be based because
22 it would be based on something probably August 1st;

---

109

1 is that right?
2     **A.   That's right.**
3     Q.   She so at the end of August, you could
4 look at any volume that you had remaining and
5 determine whether it was cheaper to buy the
6 remaining volume at the end of August or wait until
7 a new purchase order was signed at the end of --
8 valid as of September 1st; is that right?
9     **A.   That's correct.**
10    Q.   And in those instances, would General
11 Mills purchase whichever was prospected to be
12 cheaper?
13    **A.   Well, we would purchase whatever is left**
14 **on remaining contracts.  You know, so if this**
15 **purchase order happened to be cheaper, we would use**
16 **up this contract.  But if prices were actually**
17 **higher versus the following month, we would still**
18 **use up that contract and pay the higher prices.**
19    Q.   Why?
20    **A.   Why?  Because we make good on our**
21 **contracts.**
22    Q.   So this is a commitment to pay -- to

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

29 (Pages 110 to 113)

---

110

1   purchase the total quantity here?
2       A.   That's right.
3       Q.   Okay.
4       A.   Yeah.
5       Q.   If you would turn to page 3 --
6       A.   Of the same exhibit?
7       Q.   Yes.
8       A.   Yes.
9       Q.   So you'll see, for example, the last row
10  for "egg yolk DR free FLWENZ" and it goes on and
11  gets cut off, the overall result number is a little
12  over 65,000 pounds.  Do you see that?
13      A.   Mm-hmm.
14      Q.   And if you turn back to page 1, there's
15  a quantity listed of 70,000 pounds for that same
16  product.  Do you see that?
17      A.   Mm-hmm.
18      Q.   What does that difference represent to
19  you?
20      A.   That difference could be, you know, we
21  order slightly more for waste purposes in our
22  manufacturing.  So, you know, for us to hit a

---

111

1   finished good volume, we might need a little bit
2   more product because there is stuff that falls on
3   the floor or something like that.
4       Q.   So on page 3, the 65,000 number, what
5   does that signify?
6       A.   That is the estimated volume now for
7   that -- whatever that time period that they're
8   pulling for that product.
9       Q.   Well, if you go back through the columns
10  that precede that --
11      A.   Mm-hmm.
12      Q.   -- it looks like there's purchasing for
13  May, and then June, and then July, and then August,
14  right?
15      A.   Yup.
16      Q.   So are those the amounts that were
17  actually purchased by General Mills in each of
18  those four months?
19      A.   When this was pulled, that's probably a
20  forecast.
21      Q.   Okay.  So it's not really the case,
22  then, that they purchase all of it in that first

---

112

1   month, right?  It's actually spread out across all
2   four months?
3       A.   Well, based on the forecasts at this
4   time.
5       Q.   The expectation was not to purchase all
6   of the 70,000 pounds in the first month, right?
7   The expectation was to purchase a little over a
8   third of that in the first month?
9       A.   Yeah.
10      Q.   And that's actually pretty consistent
11  for most of these products, right?  The first
12  product, egg white dry angel, there's actually --
13  the biggest number is in the second month of the
14  contract; is that right?
15      A.   Mm-hmm.
16      Q.   So does that change your opinion at all
17  about how General Mills would negotiate these
18  volume amounts?
19      A.   It depends on the product.  Right?  So
20  some of our smaller moving products, right, we --
21  because our volume would fluctuate or not be as
22  static or predictable, we might end up going a few

---

113

1   months.  But our heavier volume items would
2   generally be month to month.
3       Q.   Do you know how the Urner Barry quotes
4   are derived?
5       A.   No, I don't.  I don't have insight as to
6   how Urner Barry comes up with their prices.
7       Q.   Do you know what factors Urner Barry
8   looks at to determine its quote?
9       A.   When you say factors, what factors --
10  could you give some examples?
11      Q.   What Urner -- what numbers or what data
12  points Urner Barry incorporates to determine its
13  price quote.
14      A.   No.  I don't know how they arrive at
15  their price quotes or how they build it or their
16  models that they use.
17      Q.   Do you know if demand for eggs or egg
18  products is a factor that they rely on?
19      A.   I would only be speculating in how they
20  arrive at that.  You know, I guess Economics 101
21  would say supply and demand, you know, impacts
22  prices.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

30 (Pages 114 to 117)

---

### 114

1  Q.  And so beyond Economics 101, does
2  General Mills have any knowledge about the role of
3  supply or demand in Urner Barry pricing?
4  **A.  The role of supplier --**
5  Q.  Supply or demand, as you just said.
6  **A.  Oh, supply or demand?  Do we have an**
7  **understanding of that in eggs?**
8  Q.  A knowledge of how Urner Barry, if at
9  all, uses those data points.
10  **A.  Okay.  I don't know how Urner Barry uses**
11  **those components to arrive at their prices.  But**
12  **General Mills will have a basic understanding of**
13  **how supply and demand does impact prices.**
14  Q.  As quoted by Urner Barry?
15  **A.  That's --**
16  Q.  Well, you say "impact prices."
17  **A.  Yeah.**
18  Q.  Do you mean the price that General Mills
19  pays?  What do you mean by "prices"?
20  **A.  Market prices.**
21  Q.  And market prices as you've defined it
22  is dependent upon a price quoted by Urner Barry; is

---

### 115

1  that right?
2  **A.  That's right.**
3  Q.  So does supply or demand affect the
4  freight cost that General Mills pays?
5  **A.  Supply and demand of freight does.**
6  Q.  Supply and demand of eggs or egg
7  products?
8  **A.  Affect freight?**
9  Q.  Yes.
10  **A.  Not particularly eggs themselves, no.**
11  Q.  Does the supply or demand for eggs
12  affect transportation costs -- or I'm sorry,
13  packaging costs?
14  **A.  No, it does not.**
15  Q.  Does the supply or demand for eggs
16  affect the Urner Barry quote?
17  **A.  Yeah, it does.**
18  Q.  And does General Mills have an
19  understanding as to how it affects the Urner Barry
20  quote?
21  **A.  A general sense, yes.**
22  Q.  In any knowledgeable sense?

---

### 116

1  **A.  No.  Not a detailed knowledge sense,**
2  **because we don't know how Urner Barry builds their**
3  **prices and how they quote those prices.  Urner**
4  **Barry is not a transparent market like you would**
5  **find in the Chicago Board of Trade or the New York**
6  **Stock Exchange.**
7  Q.  Now, we talked about market-based
8  pricing.  Are there other ways that the price paid
9  by General Mills can be negotiated?
10  **A.  What you mean "other ways"?**
11  Q.  Well, market-based pricing, as you
12  defined it, incorporates an Urner Barry quote; is
13  that right?
14  **A.  That's correct.**
15  Q.  Has General Mills ever paid a price for
16  eggs or egg products that does not involve an Urner
17  Barry quote?
18  **A.  Yes, we have.**
19  Q.  And what do you refer to that type of
20  pricing as?
21  **A.  We would use things like cost-plus**
22  **models, grain-based models to purchase our eggs**

---

### 117

1  also.
2  Q.  And has General Mills ever purchased
3  eggs or egg products using cost-plus or grain-based
4  pricing models?
5  **A.  Yes.  We have.**
6  Q.  When has that occurred?
7  **A.  We started that in about 2008.**
8  Q.  And tell me about that pricing model.
9  What terms are used to arrive at the price that
10  General Mills ultimately pays?
11  **A.  We would use grain, namely corn and**
12  **soybean meal, as a basis for our prices and there**
13  **would be a formula that would then convert that**
14  **into a egg price.**
15  Q.  So the price paid for egg products would
16  vary depending on the price of corn or soybean; is
17  that right?
18  **A.  That's correct.  Yup.**
19  Q.  Are there any other components that
20  would go into the price that's paid by General
21  Mills?
22  **A.  Into the dried component, there would**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

31 (Pages 118 to 121)

---

**118**

1  be.  There would be a natural gas component for the
2  drying cost.
3      Q.  Anything else?
4      A.  No.
5      Q.  How often is that pricing negotiated?
6      A.  It's actually -- it's never negotiated.
7  So the conversion -- it's a cost plus.  So the
8  margin is we have full transparency into the margin
9  and then the prices would move.
10     Q.  How often is the price paid
11  recalculated?  Does the price of corn or soybean
12  meal change daily?
13     A.  Yes, it does.
14     Q.  And does the price actually paid by
15  General Mills change daily?
16     A.  No, it does not.
17     Q.  How often does the price paid by General
18  Mills change?
19     A.  It would depend on how far our hedge
20  positions are.  So when we were able to go to a
21  corn and soy meal model, we could actively hedge
22  with derivatives, you know, the underlying cost of

---

**119**

1  grains.  And so depending on where our hedges were,
2  it could range between a month to six months to a
3  year.
4      Q.  Okay.
5      A.  And that was at our discretion.
6      Q.  Who decides -- or who makes decisions
7  related to the procurement of egg products at
8  General Mills?
9      A.  The buyer would.
10     Q.  And you served as the buyer for about
11  six years; is that right?
12     A.  On eggs, it was about three directly.
13     Q.  And who does the buyer for eggs report
14  to?
15     A.  The buyer would report to either --
16  generally, it would be a manager.  A sourcing
17  manager.
18     Q.  Does that sourcing manager have ultimate
19  decision-making power related to the procurement of
20  eggs?
21     A.  They have accountability for it.  So
22  they could veto, you know, a decision.  But that

---

**120**

1  doesn't happen very often.  Usually it's the buyer
2  that has the decision making.  The only time that
3  the manager would veto or step in would be if there
4  is ethical issues that the buyer has, you know, in
5  a decision.
6      Q.  And who does the manager report to?
7      A.  They would report to a sourcing
8  director.
9      Q.  Does the sourcing director ever have any
10  input into egg procurement decisions?
11     A.  Again, from a decision-making
12  standpoint, only if there needed to be, because
13  there was, you know, issues, either ethical issues
14  or, you know, the buyer's decisions put the company
15  at risk.
16     Q.  So generally speaking, the buyer makes
17  these decisions, right?
18     A.  That's right.
19     Q.  And the buyer's manager isn't sitting
20  there monthly looking over the numbers and figuring
21  out if this decision was ideal or could be a little
22  bit better?

---

**121**

1      A.  No, they're not.
2      Q.  That's up to the buyer?
3      A.  That's right.
4      Q.  Okay.  And when did you serve as the
5  buyer for eggs?
6      A.  2008.  Yeah.  Late 2007, 2008, to 2010
7  approximately.
8      Q.  And who replaced you in that role?
9      A.  Derick McCulskey.
10     Q.  Is he the buyer today?
11     A.  No.  John Tiedeman is the buyer today.
12     Q.  Was there anyone between those two?
13     A.  No.
14     Q.  Who was the buyer prior to you?
15     A.  Tiffany Mercuri.
16     Q.  When did she serve as the buyer for
17  eggs?
18     A.  I would say it's like 2004 or -- late
19  2004 maybe.
20     Q.  Who preceded her as the buyer for eggs?
21     A.  Paula West.
22     Q.  And when did she serve in that role?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

32 (Pages 122 to 125)

---

**122**

1    A.   I believe she was around 2003.
2    Q.   Just for about a year?
3    A.   Yeah, approximately.
4    Q.   Who preceded her?
5    A.   Scott Wolf.
6    Q.   And when did he serve?
7    A.   I don't know his total time.
8    Q.   Did it go back to at least 1999?
9    A.   Yeah, probably.
10   Q.   Do you know who came before him?
11   A.   No, I don't.
12   Q.   So the buyer for eggs is responsible for
13   more than just negotiating the price that's paid,
14   right?
15   A.   Mm-hmm.
16   Q.   What else is the buyer responsible for?
17   A.   They're responsible for relationship
18   management, relationship management of the supply
19   base.  And then certainly project management of any
20   initiatives like cost savings, you know, innovation
21   types of things, you know, that are opportunities
22   there.

---

**123**

1    Q.   How about quality?
2    A.   That would be a part of their function,
3    but they are not solely responsible for it.  Our
4    quality and regulatory group would be.
5    Q.   And is there a specific position in the
6    quality and regulatory group that's responsible for
7    eggs?
8    A.   Yes.
9    Q.   What's that job title?
10   A.   It would be a quality manager.
11   Q.   Specific to eggs?
12   A.   Yes.
13   Q.   And can you tell me who those people
14   have been from 1999?
15   A.   Karen Rager was during my time.  I
16   believe -- I'm not quite sure.  I think it is Jen
17   Adams currently.  And then before Karen Rager, it
18   would have been Mary Gillespie.
19   Q.   You think Mary Gillespie served in the
20   earlier part of the 2000s?
21   A.   I think so.
22   Q.   Somewhere around there?

---

**124**

1    A.   Yeah, before her, I'm not sure.
2    Q.   So what's interaction between the buyer
3    and the quality and regulatory manager in deciding
4    on egg procurement issues?
5    A.   The quality and regulatory group
6    determines the fit of the supplier if they're able
7    to meet the guidelines that is set out in our
8    specifications.  Right?
9        So they'll do audits of supplier
10   facilities and ensure, you know, good manufacturing
11   processes and things.  Once that -- once we get the
12   green light and approval from quality and
13   regulatory, then purchasing has the ability to buy
14   from that person.  So purchasing is responsible for
15   the relationship and the terms and conditions of
16   purchasing and the prices that go along with it.
17   Quality is responsible for the fit, the supplier
18   fit, and their quality standards.
19   Q.   Are there any other departments or
20   people that need to sort of approve of an egg
21   procurement decision?
22   A.   R&D might get involved if it's a new

---

**125**

1    product.  But generally we'll use off-the-shelf
2    spec items that R&D won't really get involved.
3    Q.   Anyone else?
4    A.   No.  That's it.
5        MR. DAVIS:  Why don't we take a short
6    five-minute break.
7        MR. CAMPBELL:  Sure.
8        THE VIDEOGRAPHER:  We're going off the
9    record at 11:50 a.m.
10       (Whereupon, a recess was taken from
11   11:50 a.m to 11:59 a.m.)
12       THE VIDEOGRAPHER:  This is video
13   number 3 from the deposition of Binh Tran taken on
14   August 13th 2013.  The time now is 11:59 a.m.
15       (Tran Exhibit 12 was
16       marked for
17       identification.)
18       BY MR. DAVIS:
19   Q.   Mr. Tran, you're being handed what's
20   been marked as Exhibit 12.  I'm going to ask you a
21   question specifically about page -- two pages.  If
22   you look on the bottom right-hand corner, you'll

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

33 (Pages 126 to 129)

126

1  see what are called Bates numbers, where it says
2  GMI and then it's got a string of numbers.
3      A.   Yup.
4      Q.   So I'll ask you a question about the
5  page -- the last digit, it ends in 22 and 25.
6      A.   I think this is 22.  It doesn't have
7  anything.
8      Q.   Is your copy cut off?  It says "current
9  egg-buying strategy" at the top.
10     A.   Yes.
11     Q.   I apologize if it was cut off in the
12 copying process.  This page refers to the current
13 egg-buying strategy of General Mills as the
14 seasonal model.  Do you see that?
15     A.   Mm-hmm.
16     Q.   And it says "All prices are based off of
17 Urner Barry UB breaking stock price."  Do you see
18 that?
19     A.   Mm-hmm.
20     Q.   Yes?
21     A.   Yes.
22     Q.   I'm sorry.  When you say uh-huh, it can

127

1  be very hard to transcribe.
2      A.   Yup.
3      Q.   Does this refer to the market-based
4  pricing that we discussed earlier?
5      A.   Yes.
6      Q.   The next line says, "Buy in low demand
7  periods of late spring to dry for July-Sept" --
8  September -- "demands."  Do you see that?
9      A.   Yes.
10     Q.   Is that what General Mills would do, is
11 they'd buy quantities in lower demand periods in
12 the late spring to dry for use in July through
13 September?
14     A.   If you could get the volume.
15     Q.   That's what General Mills would try to
16 do?
17     A.   We would try.
18     Q.   And did successfully at least at times,
19 right?
20     A.   Here and there, you could get it,
21 depending on the supplier.
22     Q.   And under "Advantages of this Strategy,"

128

1  it lists, "The seasonality of the market drives
2  supplies up and prices down in summer months."  Do
3  you see that?
4      A.   Yup.
5      Q.   Is that accurate?
6      A.   That's accurate.
7      Q.   And "the ability to store lower-priced
8  eggs for later use."  Do you see that?
9      A.   Mm-hmm.
10     Q.   Yes?
11     A.   Yes.
12     Q.   Are those advantages of market-based
13 pricing?
14     A.   Those are buying strategies based on
15 seasonal patterns that show up in markets in the
16 market base.
17     Q.   And those are advantages that were
18 available to General Mills under a market-based
19 pricing that would not have been available under a
20 cost-plus pricing; is that right?
21     A.   No.  That's incorrect.  You could still
22 do some of these same strategies if it is a

129

1  market-based pricing or a grain-based pricing
2  model.
3      Q.   So this seasonality of the market
4  driving supplies up and prices down in summer
5  months, how would that form an advantage to General
6  Mills under cost-plus pricing?
7      A.   Because you would still have
8  seasonality -- regardless of any market that you're
9  buying in, there's seasonality to them.
10     Q.   So the seasonality would refer in that
11 case to corn or soybean meal and not to eggs; is
12 that right?
13     A.   That's right.
14     Q.   Under "Disadvantages," the document
15 lists "Exports of excess supplies depletes
16 inventories causing volatility in market."  Do you
17 see that?
18     A.   Yup.
19     Q.   And "As more producers go vertical,
20 long-term value of strategy diminishes."  Do you
21 see that?
22     A.   Yup.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

34 (Pages 130 to 133)

---

130

1    Q.   So what does this mean, "as more
2   producers go vertical"?
3        A.   "Vertical" in the egg industry means
4   that they own the flock, the chickens themselves,
5   to owning potentially even the grains.  So they own
6   the grains that feed the chickens which then make
7   the eggs which then the producers, you know, crack
8   and shell and turn into egg derivatives.
9        Q.   Why does a producer going vertical
10  diminish the long-term value of a market-based
11  egg-buying strategy?
12       A.   Why would it diminish the value of --
13  can you repeat your question again?
14       Q.   Sure.  As egg producers go vertical --
15       A.   Mm-hmm.
16       Q.   -- why does that diminish the long-term
17  value of a market-based egg-buying strategy?
18       A.   Well, because what happens when they're
19  owning the chickens themselves, right, they control
20  the entire supply chain and so they control the
21  inputs and can turn on and off supply, which leads
22  to less market transparency because you don't get

---

131

1   the normal ebbs and flow of supply and demand as it
2   filters through the supply chain or the value
3   chain.
4        Q.   So it's in General Mills' view that egg
5   producers going vertical affects the market supply
6   of eggs?
7        A.   It could.
8        Q.   Did it?
9        A.   You know, I guess that's hard to say and
10  quantify if it did or if it didn't.
11       Q.   If you turn to the page that ends in
12  25 -- I don't know if they're all cut off or not.
13       A.   This one?
14       Q.   Yes.  It says "Future Egg-buying
15  Strategy" at the top.
16       A.   Yup.
17       Q.   And this refers to the feed cost-plus
18  models; is that right?
19       A.   Yes.
20       Q.   And under "Advantages," it lists
21  "Reduced variation in the market"; is that right?
22       A.   Mm-hmm.

---

132

1        Q.   What does that mean?
2        A.   Well, because the variation that can
3   happen in the market could be off of input costs
4   and because when we go to a grain model we have the
5   ability to hedge that volatility through more open
6   and transparent markets like the Chicago Board of
7   Trade.
8        Q.   Okay.  And is that what you mean here in
9   the second point, "Utilizes GMI experience in grain
10  risk management"?
11       A.   It does.
12       Q.   And the third point, "Aligning with a
13  vertically integrated supplier will allow for
14  greater value creation for GMI"; is that right?
15       A.   Mm-hmm.
16       Q.   Yes?
17       A.   Yes.  Sorry.
18       Q.   What does that mean?
19       A.   Because this going to a feed-plus cost
20  model allowed us -- allowed us to then potentially
21  look at how the converting of grains to an actual
22  egg looks like and being able to maximize that.

---

133

1   That would be a future opportunity for us.
2        Q.   And how does that create greater value
3   for GMI?
4        A.   Because it could create cost savings.
5        Q.   How?
6        A.   Because if you can get better yields out
7   of the chickens, you get more eggs.
8        Q.   And so a vertically integrated supplier
9   would get better yields from its chickens?
10       A.   I'm not saying a vertically integrated
11  supplier could or would.  I'm saying that there is
12  the opportunity for us to explore that option.  And
13  that's what it means by "value."  There is a value
14  of a potential opportunity.
15       Q.   And does General Mills believe that
16  aligning with a vertically integrated supplier
17  does, in fact, allow for a greater value creation
18  for General Mills?
19       A.   There is the potential for that.  We
20  believe that there is a potential.
21       Q.   Has it actually been recognized by
22  General Mills?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

35 (Pages 134 to 137)

---

134

1     **A.   No, it hasn't.**
2     Q.   Why not?
3     **A.   Because we haven't been able to crack**
4 **the code of how to make chickens -- have chickens**
5 **make bigger eggs or more eggs.**
6     Q.   When you say "we," is that something
7 that General Mills is investigating?
8     **A.   No.**
9     Q.   If the chickens made bigger eggs or more
10 eggs, why would it matter to General Mills if the
11 supplier was vertically integrated?
12     **A.   Because if they did, we could see -- we**
13 **could see through that entire supply chain if it**
14 **is. And we would have some insights into it when**
15 **the supply chain is -- especially if you were**
16 **aligning with somebody on a long-term contract,**
17 **then you get better partnerships out of it.**
18      **So you trade off the ebbs and flows of,**
19 **you know, the supply and demand dynamics that**
20 **happen when they are not vertically integrated for**
21 **more control and more insights where you can help**
22 **direct that.**

---

135

1     Q.   So vertical integration of a supplier
2 gives General Mills more of a relationship with
3 that supplier or more insights into that supplier?
4     **A.   That's right. Depending on the**
5 **supplier.**
6     Q.   I'll show you what's been marked as
7 Exhibit 13.
8           (Tran Exhibit 13 was
9             marked for
10             identification.)
11      BY MR. DAVIS:
12     Q.   Have you ever seen this document before?
13     **A.   Yes. I've seen components of this.**
14     Q.   So this document is labeled "General
15 Mills, Inc.'s Objections and Amended Answers to
16 Defendant's First Set of Interrogatories."
17     **A.   Mm-hmm.**
18     Q.   And if you turn to page 3, interrogatory
19 number 1, it says, "If during the period covered by
20 your complaint you made purchases of products where
21 you expressly agreed that the prices would be
22 determined, in whole or in part, on the basis of an

---

136

1 Urner Barry price quotation, then fully describe
2 each such agreement, identifying the purchases to
3 which each was applicable." Do you see that?
4     **A.   Mm-hmm.**
5     Q.   And if you turn to page 4, the paragraph
6 that starts "Based on preliminary information."
7     **A.   Mm-hmm.**
8     Q.   It states that "Plaintiff," in this case
9 referring to General Mills, "estimated its
10 purchases in the claim form submitted in connection
11 with the Moark class settlement on October 5th 2010
12 attached as Exhibit A." Do you see that?
13     **A.   Yes.**
14     Q.   So if you turn to Exhibit A at the end
15 of this document --
16     **A.   You mean attachment A?**
17     Q.   So there is Exhibit A which follows
18 page 7 --
19     **A.   Okay.**
20     Q.   -- and then page 4 of Exhibit A, which
21 is the small numbers on the bottom --
22     **A.   Okay.**

---

137

1     Q.   -- it lists egg product purchases from
2 in this case Moark, LLC/Norco Ranch, Inc./
3 Land-O-Lakes, Inc. and it says, "See attachment A."
4 Do you see that?
5     **A.   Mm-hmm.**
6     Q.   So then if you turn several more pages
7 to attachment A.
8     **A.   Yup.**
9     Q.   And this lists General Mills' egg
10 purchases beginning in the year 2000. Do you see
11 that?
12     **A.   Yes, I do.**
13     Q.   Do you know how this information was
14 determined?
15     **A.   This was probably pulled from our**
16 **archives, our SAP archives.**
17     Q.   And how does this differ -- how does the
18 SAP archive differ from the database that was used
19 to create the spreadsheet that's labeled as
20 Exhibit 2?
21     **A.   Exhibit 2 is from our active database,**
22 **our active ERP system. So, you know, anything that**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

36 (Pages 138 to 141)

138

1   is archived would be premerger, and that's
2   basically filed away somewhere and, you know, you'd
3   have to have some special access to get to it.
4       Q.   So when we discussed Exhibit 2 --
5       A.   Mm-hmm.
6       Q.   -- that data began in 2004; is that
7   right?
8       A.   That's correct.
9       Q.   And was it your testimony that General
10  Mills did not have the data necessary to provide
11  that information for years prior to 2004?
12      A.   In our ERP system.
13      Q.   But General Mills does, in fact, have
14  that information somewhere in the company?
15      A.   Oh, in our archives.  Yes.  And that's
16  what I've learned.
17      Q.   Okay.  If you turn back to page 5 of the
18  document, in response to interrogatory number 2 in
19  the paragraph that starts "Subject to and without
20  waiving."  Do you see that paragraph?
21      A.   Mm-hmm.
22      Q.   "Plaintiff states that during the period

139

1   covered by the complaint, it did not make egg
2   purchases from defendants based at prices each
3   supplier set that were not based, in whole or in
4   part, on an Urner Barry price quotation."  Is that
5   right?
6       A.   That's what this says.
7       Q.   And so stripping out the double
8   negatives, does this mean that all of the purchases
9   that General Mills made during the period covered
10  by the complaint were based in whole or in part on
11  an Urner Barry price quotation, purchases from
12  defendants?
13      A.   Yes.
14      Q.   "Beginning in or about early 2009,
15  plaintiff states that it shifted its egg purchases
16  to a grain-based pricing formula"; is that right?
17      A.   Yup.
18      Q.   And so is that -- beginning in or about
19  early 2009 would be a separate period from the
20  period covered by the complaint; is that right?
21      A.   Can you ask that question again?
22      Q.   Sure.  The period of time referred to as

140

1   beginning in or about early 2009 --
2       A.   Yeah.
3       Q.   -- is separate and distinct from the
4   period that's referred to as the period covered by
5   the complaint; is that correct?
6       A.   Well, the period of covered in the
7   complaint is -- can you define that?
8       Q.   That's what I'm asking.  That's the
9   language that General Mills uses --
10      A.   Mm-hmm.
11      Q.   -- in responding to this question,
12  saying that during the period covered by the
13  complaint, its egg purchases from defendants were
14  based in whole or in part on Urner Barry.
15      A.   Yes.  It was.
16      Q.   So does that period go up through 2008
17  and then ends in or about early 2009, according to
18  this answer?
19      A.   Yes.
20      Q.   Is there any way in General Mills' data,
21  whether it's the ERP data or the archived data, to
22  determine how much of the money spent by General

141

1   Mills on egg products was made under contracts that
2   were based in whole or in part on Urner Barry?
3       A.   Is there any way -- can you -- any way
4   to determine how much of our purchases orders were
5   under Urner Barry?
6       Q.   Yes.
7       A.   Going back how far?
8       Q.   Until 1999.
9       A.   Yes, there would be.
10      Q.   And how would that be done?
11      A.   Well, we would pull it from our ERP
12  system and from our archives together and basically
13  survey all the prior buyers.
14      Q.   So you would take the ERP system which
15  showed the money that was spent; is that right?
16      A.   Uh-huh.
17      Q.   And then you would take the purchase
18  orders that correspond to those orders; is that
19  right?
20      A.   Yes.
21      Q.   And do the purchase orders say the basis
22  upon which the price term was negotiated?

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

37 (Pages 142 to 145)

---

142

1    A.   No.  The purchase orders either -- it
2    would either be in the notes of the purchase order.
3    If not in there, it would be in prior records,
4    communication from the suppliers.
5    Q.   And do you know -- so the ERP data alone
6    would not show the basis upon which the price was
7    determined; is that right?
8    A.   No.  Not alone, no.
9    Q.   You would need -- to get the full scope
10   of General Mills' purchases, you would need the
11   purchase orders and the buyer's notes?
12       MR. CAMPBELL:  I object.  What do you
13   mean by "scope"?  You mean whether it's based on
14   Urner Barry?
15       BY MR. DAVIS:
16   Q.   To know whether the entirety of General
17   Mills' purchases -- which out of the entirety of
18   General Mills' purchases were based on Urner Barry
19   versus some other pricing mechanism?
20       MR. CAMPBELL:  Well, he's testified as
21   to that.
22       MR. DAVIS:  Please don't interrupt the

---

143

1    question.
2        MR. CAMPBELL:  All of them.
3        BY MR. DAVIS:
4    Q.   To know which out of the entirety --
5    A.   Mm-hmm.
6    Q.   -- were based on Urner Barry --
7    A.   Yeah.
8    Q.   -- you would need to have General Mills'
9    ERP data, General Mills' purchase orders, the
10   buyer's notes.  Anything else?
11       MR. CAMPBELL:  Objection, that
12   mischaracterizes the testimony.  That's not his
13   testimony.
14   Q.   Is that an accurate list so far?
15   A.   I think -- yeah, that would be a good
16   start to it, to get to it.
17   Q.   And what else would you need?
18   A.   The communication that comes from the
19   suppliers that show their quotes, when they're
20   sending them in.  So previous e-mails or things.
21   Q.   And do you know whether all of General
22   Mills' purchase orders have been produced in this

---

144

1    litigation?
2    A.   All the purchase orders?  I guess I
3    don't know.
4    Q.   Where are the purchase orders kept?
5    A.   The purchase orders would be kept in our
6    ERP system.  So copies of them are there.  If it
7    is -- you know, if it's prior to 2004, then that
8    would probably be somewhere in our archives.
9    Q.   And how about the buyer's notes?  Where
10   were they kept?
11   A.   It's in multiple locations that would
12   be, you know, either in hard copy, paper copies,
13   that are, you know, in a binder that gets handed
14   from buyer to buyer or, you know, copies of those
15   same files would be, you know, in a SharePoint
16   site.
17   Q.   So you said John Tiedeman is the current
18   buyer?
19   A.   Mm-hmm.
20   Q.   Yes?
21   A.   Yes.
22   Q.   And he would likely have this

---

145

1    documentation that's been passed down to him from
2    his predecessors?
3    A.   That's right.
4    Q.   When did General Mills first learn of
5    the possibility of purchasing eggs under a
6    grain-based formula or a cost-plus formula?
7    A.   When did we know of the opportunity?
8    Q.   Or the option, yes.
9    A.   The option?  That would be in 2008.
10   Before that, it wasn't an opportunity in the
11   market.
12   Q.   It wasn't an opportunity that General
13   Mills took or it wasn't an opportunity that was
14   presented to General Mills?
15   A.   It wasn't an opportunity that was
16   presented or available in the market to General
17   Mills.
18   Q.   I'll show you what's been marked as
19   Exhibit 14.
20       (Tran Exhibit 14 was
21        marked for
22        identification.)

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

38 (Pages 146 to 149)

---

146

1      MR. DAVIS:  For the record, you may,
2  Mr. Campbell, also want to mark this document as
3  highly confidential.  I believe the stamp did not
4  print on the native form.
5      MR. CAMPBELL:  Okay.  Make a note of
6  that to get from Jon those documents.
7      BY MR. DAVIS:
8      Q.  Mr. Tran, do you recognize Exhibit 14?
9      A.  Yeah.  It looks like a pricing quote.
10     Q.  Is this a pricing quote from M.G.
11  Wallbaum Company?
12     A.  Yes.
13     Q.  And is that part of Michael Foods?
14     A.  Yes, it is.
15     Q.  Does this pricing quote on page 1 apply
16  to the period of July 2001 through September of
17  2001?
18     A.  Yes, it does.
19     Q.  And on page 2 from October of 2001
20  through December 2001?
21     A.  Yes.
22     Q.  And at the top these are called

---

147

1  grain-based pricing quotes for General Mills.  Do
2  you see that?
3      A.  Yup.
4      Q.  Did General Mills receive grain based
5  pricing quotes from M.G. Wallbaum company in 2001?
6      A.  Yes.  There was grain -- there was grain
7  referenced in these prices.  But the tie between
8  grains and ultimately the eggs continually shifted.
9  All right?  So that wasn't always static.  So there
10  wasn't a cost-plus component to it.  But although
11  they reference grain markets in there there wasn't
12  a -- there wasn't a true correlation.
13     Q.  You're saying that grain-based pricing
14  quote by M.G. Wallbaum Company was not a pricing
15  quote that was based on grain?
16     A.  There was a grain component to it but
17  you still had -- you know, you still had the
18  factors -- the conversion factors of it still
19  moved.  So the cost-plus component of it was not in
20  this.
21     Q.  Was this quote based on Urner Barry
22  market pricing?

---

148

1      A.  It wouldn't appear as such.
2      Q.  So did General Mills have the
3  opportunity prior to 2008 to purchase eggs under a
4  pricing formula that did not involve Urner Barry
5  pricing?
6      A.  Yeah.  We had -- well, from this it
7  looks like we had quotes out there from it.  So we
8  had offers.
9      Q.  And General Mills -- did General Mills
10  accept this offer?
11     A.  At 2001 I'm not entirely certain.  I
12  don't know.
13     Q.  So can you state affirmatively that
14  2008 -- between 1999 and 2008 General Mills did not
15  purchase egg products based off of a pricing quote
16  that did not include Urner Barry?
17     A.  I can't say for certain.
18     Q.  Okay.  If you turn back to Exhibit 13 at
19  the bottom of page 5 during the period covered by
20  the complaint "it did not" -- it being General
21  Mills -- "did not make egg purchases from
22  defendants based at prices each supplier set that

---

149

1  were not based, in whole or in part, on an Urner
2  Barry price quotation."
3      A.  Mm-hmm.
4      Q.  And we talked about Exhibit 14 from M.G.
5  Wallbaum that is a part of Michael Foods, right?
6      A.  Yup.
7      Q.  Michael Foods is a defendant in this
8  litigation, right?
9      A.  That's correct.
10     Q.  Is the sentence that I just read to you
11  from Exhibit 13 accurate?
12     A.  To my knowledge it is.  This -- your
13  Exhibit 14, I am not certain if this offer was
14  accepted.
15     Q.  So it might be accurate; it might be
16  inaccurate?
17     MR. CAMPBELL:  Objection, speculation.
18     BY MR. DAVIS:
19     Q.  You don't know whether it's accurate?
20     A.  I can't say that.  To my knowledge this
21  is accurate.
22     Q.  Did you Exhibit 14 -- you have no

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

39 (Pages 150 to 153)

---

150

1  knowledge of what resulted from the price quote
2  laid out in Exhibit 14; is that right?
3      **A.   I don't have any knowledge of that.**
4      Q.   To your knowledge at any point in time
5  did General Mills purchase from Michael Foods under
6  a price quote that did not involve Urner Barry
7  pricing?
8      **A.   No.  Not to my knowledge.**
9      Q.   Okay.  I'll show you what's been marked
10 as Exhibit 15.
11                 (Tran Exhibit 15 was
12                 marked for
13                 identification.)
14      BY MR. DAVIS:
15      Q.   Exhibit 15 is not dated on its face.  I
16 will represent to you that the metadata associated
17 with it indicates that it is likely from either
18 2001 or 2003.  But I will ask you if you have any
19 ability to date this document given the information
20 that's laid out in it?
21      **A.   No, I couldn't date it.**
22      Q.   It is single sourced with Michael Foods.

---

151

1  Do you see that line?
2      **A.   Yup.**
3      Q.   What does that mean to you?
4      **A.   That means all of our purchases came
5  from Michael Foods.  So there wouldn't be any other
6  suppliers.**
7      Q.   And did that circumstance ever exist?
8      **A.   Early on it did.  But I've heard of --
9  I've heard of it probably in the '90s.**
10      Q.   The fourth bullet point says "Pricing is
11 determined using a grain-based formula."  Do you
12 see that?
13      **A.   Yes.**
14      Q.   Do you have any knowledge of what that
15 means?
16      **A.   It depends on how it could look like.
17 You know, the -- I would only be speculating
18 because you could -- it could look in different
19 ways.**
20      Q.   Are you aware of General Mills ever
21 purchasing under a grain-based formula that also
22 incorporated Urner Barry pricing?

---

152

1      **A.   I'm not aware of any.**
2      Q.   So to the best of your knowledge --
3      **A.   Yes.**
4      Q.   -- General Mills' purchases under a
5  grain-based formula were ones that did not
6  including Urner Barry pricing; is that right?
7      **A.   That's correct.**
8      Q.   Okay.  Did General Mills receive any
9  proposals to purchase egg products under
10 grain-based contracts prior to 2008?
11      **A.   Can you ask that question again?**
12      Q.   Aside from the M.G. Wallbaum instance --
13      **A.   Mm-hmm.**
14      Q.   -- or instances, as they were, did
15 General Mills receive any other proposals to be
16 supplied with egg products under grain-based
17 contracts prior to 2008?
18      **A.   Not to my knowledge.**
19      Q.   You testified earlier that General Mills
20 would attempt to purchase egg products on a
21 seasonal basis when possible; is that right?
22      **A.   Yes.**

---

153

1      Q.   And was that true for all of General
2  Mills' egg product or only certain ones?
3      **A.   It was dependent on what we could get.
4  So, you know, it might have been dried eggs or
5  liquid eggs.  It depended on the suppliers'
6  willingness to go out further.**
7      Q.   And how long could General Mills store
8  egg products that it purchased?
9      **A.   Dry eggs can generally be stored maybe
10 about six months at the most.  Liquids it was very
11 short shelf life.  Maybe a month or so.**
12      Q.   And obviously General Mills didn't
13 purchase shell eggs, but fair to say you can't
14 store shell eggs for six months?
15      **A.   No.  You couldn't store shell eggs.**
16      Q.   So the ability to purchase seasonally
17 depends at least in part on the types of eggs or
18 egg products that the purchaser is buying, right?
19      **A.   That's correct.**
20      Q.   And to the extent that you're buying
21 dried products which you can store for a longer
22 period of time, you can try to take greater

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

40 (Pages 154 to 157)

---

154

advantage of seasonal price variations; is that
fair?

**A.   You could if there's an opportunity,
yeah.**

Q.   But it's easier to do it with a dried
product than a liquid product; is that right?

**A.   That's right.**

Q.   And it's easier to do it with a liquid
product than a shell egg, right?

**A.   That's correct.**

Q.   I'll show you what's been marked as
Exhibit 16.

(Tran Exhibit 16 was
marked for
identification.)

BY MR. DAVIS:

Q.   This is a very brief question.  Do you
recognize Exhibit 16?

**A.   Yup.  I do.**

Q.   If you turn to page -- the page that
ends in Bates number 971, you'll see this document
is not signed.

---

155

**A.   Mm-hmm.**

Q.   Do you know whether a signed version of
this document exists at General Mills?

**A.   I'm not sure if it does.**

Q.   If it did, do you know where it would
exist?

**A.   It would be in with our legal group, a
signed document.**

Q.   And if you turn to the page that ends in
972 on to 973 --

**A.   Mm-hmm.**

Q.   -- do you know whether the terms that
are reflected on these pages are the terms that
were ultimately agreed upon between General Mills
and Primera?

**A.   Yeah.  I think that, you know, starting
in a -- I believe it was after 2000 -- it was
ultimately after 2009, you know, maybe middle of
2009, that this pricing mechanism with Primera was
enacted.**

Q.   You can put that aside.  I'll show you
what's been marked as Exhibit 17.

---

156

(Tran Exhibit 17 was
marked for
identification.)

BY MR. DAVIS:

Q.   Exhibit 17 is a Power Point presentation
from April 2008.  And my question for you is about
the third page that ends in 1002.  This talks about
"The Rembrandt deal came at the optimal time for
value creation."  Do you see that heading?

**A.   Mm-hmm.**

Q.   What is the Rembrandt deal?

**A.   The Rembrandt deal is a cost-plus grain
model that we had put in place with, with
Rembrandt, which also included a longer term supply
agreement.  And ultimately the value creation that
we got out of it was huge cost savings.**

Q.   And the first point says "Identified a
changing industry structure."  And under that,
"Industry moving from excess capacity to under
capacity."

**A.   Mm-hmm.**

Q.   Right?

---

157

So did General Mills track the capacity
of the egg market?

**A.   Oh.  You could see those things in like
Urner Barry reports and USDA reports.  So we didn't
do the tracking but other reporting agencies did.**

Q.   And when General Mills recognized that
the industry was moving from excess capacity to
under capacity it accepted an opportunity to
purchase under a model that did not take the supply
of the egg market into account; is that right?

**A.   It was one of the factors -- it was an
environmental factor that was part of our decision.
But it was not the sole factor.**

Q.   If you turn to the page that ends in
1004, it says that "The growth is slowing due to
structural changes in the industry."  Do you see
that?

**A.   Mm-hmm.**

Q.   And from this chart it looks like the
growth -- this is in the egg industry, correct?

**A.   Mm-hmm.**

Q.   The growth is greater than 2 percent.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

41 (Pages 158 to 161)

---

**158**

From this chart it looks like up until 2006.  And
then it levels out to less than 1 percent.  Is that
fair?

A.   Mm-hmm.

Q.   Yes?

A.   Yes.

Q.   And this chart poses the question as to
why the growth is slowing.  Do you see that?

A.   Yes.

Q.   And "Investment dollars to other
sectors - ethanol is listed as one reason," right?

A.   That's right.

Q.   What does that mean?

A.   Well, it just means that people aren't
making money -- people have better places where
they can get a return on their money.  So investors
or business people, businesses in general, will
build an ethanol plant versus building egg-laying
hen facilities.

Q.   And that's a reason why the growth of
the egg industry would slow beginning in, according
to General Mills, 2006; is that right?

---

**159**

A.   Yeah.  It could be a contributing
factor, yeah.

Q.   As could tighter environmental
restrictions; is that right?

A.   It's a -- yeah, those are possibilities.

Q.   As is high corn costs and lower supply;
is that right?

A.   That's right.

Q.   Those are all possibilities why growth
of the egg industry would slow; is that right?

A.   That's correct.

Q.   And is that something that's unique to
any specific time period or are those factors that
could weigh in at any point in time that would slow
growth in the egg industry?

A.   Those could weigh in at any point in
time.  I mean, if you have higher corn costs, which
means less margins for the producers, they're not
going to spend their money on expanding their
capacity or expanding, you know, production.  So
any of those things could hit at any time.

Q.   And it would cause growth in the egg

---

**160**

industry to slow, right?

A.   That's correct.

Q.   And potentially cause supply in the egg
industry to level out or slow or even decrease; is
that right?

A.   Yes.

Q.   I'll show you what's been marked as
Exhibit 18.  You can put that aside.

(Tran Exhibit 18 was
marked for
identification.)

BY MR. DAVIS:

Q.   Exhibit 18 is a Power Point entitled egg
pricing strategies from June of 2007; is that
right?

A.   Mm-hmm.

Q.   Yes.

A.   Yes.

Q.   And if you turn to the page that ends in
672 --

A.   This one?

Q.   Yes.  It says "Breaking stock model has

---

**161**

provided advantage over time; range equals 68 cents
per dozen"; is that right?

A.   Yes.

Q.   And if you look at this chart it has two
different prices that are being quoted from the
period of January 2000 -- it looks like sometime
past in January 2007.  And there's a lighter
colored line that's referred to as "UB whole."  Do
you see that?

A.   Yes.

Q.   What does that refer to?

A.   Urner Barry whole egg something.  It
could be dried or it could be liquid.

Q.   So it's a market-based pricing?

A.   Yes.

Q.   And the other line says "REI liquid
whole."  Do you see that?

A.   Yup.

Q.   Do you know what that refers to?

A.   That would be a Rembrandt liquid
equivalent price.

Q.   And that is a grain-based quote?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

42 (Pages 162 to 165)

---

162

1      A.    That would be a grain-based quote.
2      Q.    That does not take Urner Barry into
3  account; is that right?
4      A.    That's correct.
5      Q.    And over this period it looks like with
6  a few very, very small exceptions and then one
7  larger exception, the Urner Barry whole price is
8  lower than the REI liquid whole price.  Is that a
9  fair assessment?
10     A.    Based on this chart it would look like
11 that.  The thing that I would note is that, you
12 know, we can't see what the model looks like
13 underneath this.  So I don't know which rendition
14 of the actual model and what part of the
15 negotiation that this REI liquid -- you know, what
16 it encompassed.
17     Q.    Fair enough, but as of June 2007 the
18 negotiation up until that point, that's a fair
19 assessment?
20     A.    That's right.
21     Q.    And you'll see that the period from, I
22 will say, July 2003 through July 2004 there's a

---

163

1  difference where the Urner Barry price goes up
2  above the REI price.  Do you see that?
3      A.    Yes.
4      Q.    And it says at the top, "Atkins diet
5  fad."  Do you see that?
6      A.    Yes.
7      Q.    Do you know what that's referring to?
8      A.    The Atkins diet was a diet that favored
9  lots of proteins and zero carbohydrates.  So things
10 like eggs and meat products were highly consumed.
11 So the diet basically said that you could eat as
12 much protein as you want, just cut out the carbs.
13     Q.    And so did the Atkins diet increase the
14 demand for eggs in the 2003/2004 time period?
15     A.    Yes.
16     Q.    And did that result in an increased
17 price for eggs?
18     A.    Yes.  It was a contributing factor to,
19 you know, the prices of eggs.
20     Q.    Was it a substantial contributing
21 factor?
22     A.    That I don't know.

---

164

1      Q.    Do you know why that in particular is
2  listed on this chart?
3      A.    It was listed on this chart because it
4  was what was going on.  It was what was in the news
5  so people could -- people would understand that.
6      Q.    It's the only news event that's listed
7  on this entire chart that spans seven years; is
8  that right?
9      A.    That's right.
10     Q.    So did General Mills consider it a
11 significant event in terms of the price of eggs?
12     A.    You know, I don't know.  I don't know
13 what you would call significant.  But yes, it was
14 part of the reason why the prices went up that
15 high.
16     Q.    And it's in fact the only one that
17 bothered to be listed on this chart, right?
18         MR. CAMPBELL:  Objection, argumentative.
19     A.    Yeah.  It's what was put on the chart,
20 you know.
21         BY MR. DAVIS:
22     Q.    And did Tiffany Mercuri create this

---

165

1  document?
2      A.    Yes, she did.
3      Q.    And would she be the best person to
4  answer why they chose the Atkins diet fad to list
5  on this chart?
6      A.    She could answer it, but I think that
7  she would give you the same answer, which is it is
8  what was in the news at the time so that's what was
9  put on there.
10     Q.    It was what was in the news in 2003,
11 2004?
12     A.    Yes.
13     Q.    But this chart was made in 2007?
14     A.    That's right.
15     Q.    So going back three years it was a
16 newsworthy enough item to list on this chart,
17 correct?
18     A.    Yes.
19     Q.    Okay.  You can put that aside.
20         MR. CAMPBELL:  Evan, I think it's about
21 time.
22         MR. DAVIS:  Do you want to take a break

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                           August 13, 2013

43 (Pages 166 to 169)

---

166

1   now for lunch?
2          MR. CAMPBELL:  Yeah.
3          MR. DAVIS:  Absolutely.
4          MR. CAMPBELL:  All right with you?
5          MR. DAVIS:  Fine by me.  Off the record.
6          THE VIDEOGRAPHER:  We're going off the
7   record at 12:52.
8          (Whereupon, at 12:52 p.m. a lunch recess
9   was taken.)
10
11
12
13
14
15
16
17
18
19
20
21
22

---

168

1          We had spoken about the effect of the
2   Atkins diet on demand for eggs and the subsequent
3   effect on the price of eggs.  Were there other
4   factors that would affect the price of -- the
5   supply or demand for eggs and therefore the price
6   of eggs?
7      **A.  Yeah.  You could have disease outbreaks.**
8   **You could have weather issues.  You know.  And**
9   **maybe holidays, you know, could affect the prices.**
10     Q.  How about feed costs?  Would that be a
11  factor?
12     **A.  Feed costs would be a factor.**
13     Q.  Energy costs, would that be a factor?
14     **A.  To a lesser degree.  Maybe on the**
15  **drying, the dried egg side, it would be a factor.**
16     Q.  You've been handed what's been marked as
17  Exhibit 19.  And this is a March 2007 presentation.
18  If you'll turn to the page that's marked at the
19  bottom -- it ends with 141.  It says at the top
20  "Egg industry profitability, 2001 to 2006."
21     **A.  Mm-hmm.**
22     Q.  And would you agree here that the egg

---

167

1          A F T E R N O O N   S E S S I O N
2                (1:33 p.m.)
3          * * * * *
4          Whereupon,
5                BINH TRAN,
6   the witness testifying at the time of
7   recess, having been previously duly
8   sworn, was further examined and testified
9   as follows.
10         * * * * *
11         EXAMINATION RESUMED BY COUNSEL FOR THE
12  DEFENDANTS UNITED EGG PRODUCERS AND THE
13  UNITED STATES EGG MARKETERS
14         (Deposition Exhibit 19
15         was marked for
16         identification)
17         THE VIDEOGRAPHER:  This is video number
18  4 in the deposition of Binh Tran taken on August
19  13th 2013.  The time now is 1:33 p.m.
20         BY MR. DAVIS:
21     Q.  Mr. Tran, we had spoken about -- you can
22  put that off to the side for the time being.

---

169

1   industry was not profitable during this period
2   except for the 2003 to 2004 period?
3          MR. CAMPBELL:  I object.  Do you mean
4   does he agree that this is what the chart shows or
5   does he have independent knowledge of that?
6          MR. DAVIS:  We can ask them separately.
7          BY MR. DAVIS:
8      Q.  Do you agree that's what this chart
9   shows?
10     **A.  That's what the chart would show.**
11     Q.  And do you have any reason to think that
12  this chart is not correct?
13     **A.  Possibly.**
14     Q.  And what's that reason?
15     **A.  Oh.  Because this is an average, so I**
16  **couldn't say that this is across the board what**
17  **everybody -- if everybody is profitable or**
18  **unprofitable because they would all have different**
19  **cost structures and different efficiencies in their**
20  **operation.**
21     Q.  Right.  And so what -- one producer's
22  profitability is not necessarily another producer's

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

---

170

1    profitability; is that right?
2        A.   That's right.
3        Q.   And what might make sense for one
4    producer to do is not necessarily the right
5    decision for another producer; is that right?
6        A.   That's correct.
7        Q.   But you would agree that on the average
8    across the industry of egg producers this chart
9    reflects that for this period only 2003 and 2004
10   were profitable?
11       A.   This chart could show that.
12       Q.   And do you have any reason to think that
13   this chart is not accurate?
14       A.   No.  I guess not.
15       Q.   Okay.  And that 2003 to 2004 period of
16   profitability coincides with the period that we saw
17   on Exhibit 18 referred to as the Atkins diet fad;
18   is that right?
19       A.   Yup.
20       Q.   You can put that aside.  I'll hand you
21   what's been marked as Exhibit 20.
22               (Tran Exhibit 20 was

---

171

1               marked for
2               identification.)
3        MR. CAMPBELL:  You know, I'm late to
4    this.  And I'm sorry, Evan.  But -- I was doing
5    something else.  But it looks like to me like
6    unless I'm misreading the chart it shows
7    profitability in the year 2001.
8        MR. DAVIS:  Is that your testimony?
9        MR. CAMPBELL:  No, no.  I mean, I'm just
10   asking you.  Am I misreading it?
11       MR. DAVIS:  I'll thank you to let the
12   witness testify.
13       MR. CAMPBELL:  Okay.
14       BY MR. DAVIS:
15       Q.   If you look at Exhibit 20 --
16       A.   20.  Okay.
17       Q.   On the first page it lists "FY2002 dried
18   egg products price forecast."  Do you see that?
19       A.   Yup.
20       Q.   And in the comments section it lists
21   several items.  Do you see those?  The "potential
22   strength of grain (corn/meal) prices"?

---

172

1        A.   Mm-hmm.
2        Q.   "Increased fuel costs."  Do you see
3    that?
4        A.   Yup.
5        Q.   "Rationalization of egg industry after
6    historic low prices"?
7        A.   Yes.
8        Q.   "Diminishing growth rate of the flock
9    size"?
10       A.   Yes.
11       Q.   "Inventory levels declining in FY2002."
12   Do you see that?
13       A.   Yup.
14       Q.   "Consumption increases due to
15   demographic growth and improved public perception
16   of eggs."  Do you see that?
17       A.   Yes.
18       Q.   And are these all factors that would
19   lead to increase in prices for fiscal year '02 in
20   dried egg products?
21       A.   Yes.
22       Q.   Put that aside.

---

173

1               Is General Mills aware of egg producers
2    exporting their eggs to other countries?
3        A.   Yes.  We're aware that producers do
4    that.
5        Q.   I'll show you what's been marked as
6    Exhibit 21.
7               (Tran Exhibit 21 was
8               marked for
9               identification.)
10       BY MR. DAVIS:
11       Q.   This is a presentation from March of
12   2007.
13       A.   You mean October?
14       Q.   I do mean October.  I apologize.
15   October of 2007.  If you turn to the page that ends
16   in 1160, "U.S. is seeing new export demand from
17   Europe and Asia."  Do you see that?
18       A.   Yes.
19       Q.   And this lists a number of reasons why
20   the United States is seeing new export demand from
21   Europe and Asia.  They include "U.S. shell egg
22   exports have doubled in the last year."  "Stricter

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

45 (Pages 174 to 177)

---

**174**

1   animal welfare laws in Europe."  Do you see that?
2       **A.   Mm-hmm.  Yes.**
3       Q.   "High energy costs encourage export
4   shipments of high value products like eggs instead
5   of corn or meal."  Do you see that?
6       **A.   Yes.**
7       Q.   "Bird flu concerns continue.  Recently
8   found in Germany."  Do you see that line?
9       **A.   Yes.**
10      Q.   And "Currency benefits; weak dollar."
11  Do you see that?
12      **A.   Yes.**
13      Q.   Are these all reasons why U.S. producers
14  may choose to export their product?
15      **A.   Yeah.  They're contributing factors for**
16  **them to make a decision.**
17      Q.   And they're all factors that may lead a
18  U.S. egg producer to conclude that it's in its
19  interests to export eggs to Europe or Asia; is that
20  right?
21      **A.   Yes.**
22          MR. CAMPBELL:  I object.  That misstates

---

**176**

1       Q.   I'll hand you what's been marked as
2   Exhibit 22.
3           (Tran Exhibit 22 was
4           marked for
5           identification.)
6   BY MR. DAVIS:
7       Q.   Exhibit 22 is a monthly egg report,
8   February-March, strategic sourcing department.  And
9   it has a picture of a Pillsbury mascot on the
10  front.
11      **A.   Mm-hmm.**
12      Q.   If you turn to page 3 you'll see based
13  on the information that's provided here it appears
14  that this was created sometime in 2001.  Is that
15  fair?
16      **A.   Yes.**
17      Q.   And if you turn back to page 2 this
18  talks about the egg industry cost structure.  And
19  then "Fair pricing based on grain and actual
20  industry costs."  Do you know what that means?
21      **A.   Fair pricing -- this looks like a model,**
22  **a conversion model, that somebody would have made**

---

**175**

1   what the document said.
2           BY MR. DAVIS:
3       Q.   Your answer was yes?
4       **A.   Yes, these are contributing factors that**
5   **could lead a producer to make a decision.**
6       Q.   These are all factors identified by
7   General Mills, correct?
8       **A.   Yes.**
9       Q.   You can put that aside.
10          We spoke earlier about General Mills' --
11  when I said tracking the price of eggs, do you
12  recall any of that discussion?
13      **A.   Yes.**
14      Q.   Has General Mills tracked the price of
15  eggs since 1999?
16      **A.   Yes, we have.**
17      Q.   Has General Mills tracked the reasons --
18  the contributing factors that lead to increases and
19  decreases in the price of eggs since 1999?
20      **A.   We would -- we would read the comments**
21  **that would lead to, you know, price movement, you**
22  **know, and those factors would change year to year.**

---

**177**

1   **up to get an idea of what cost production should**
2   **look like.**
3       Q.   So what's meant by "fair pricing"?
4       **A.   Fair pricing is -- other terms of it**
5   **could be should-be costing, you know, those type of**
6   **things, what you're costs should be.**
7       Q.   By your, you mean what an egg producer's
8   costs should be?
9       **A.   Right.**
10      Q.   So General Mills tracked that going back
11  to at least 2001; is that right?
12      **A.   We would certainly create what we**
13  **thought those models should look like, not**
14  **necessarily is that what -- you know, what is**
15  **necessarily reality.  So should be -- you know,**
16  **should-be costs or fair cost is an estimation.**
17      Q.   So starting in at least 2001 General
18  Mills knew if the price that it was paying for eggs
19  exceeded what it thought it should be paying for
20  eggs and if so by how much; is that right?
21      **A.   You know, I don't know how often these**
22  **models were necessarily refreshed.  So as of 2001**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

46 (Pages 178 to 181)

---

178

we probably had a perspective. But that doesn't mean that 2002 we would have that same perspective because we might not have updated this.

Q.   Was it important for General Mills to ascertain what it thought the fair pricing of eggs to be?

A.   It depends on -- it depends on, you know, are we able to use it in our negotiations. So if we can use it and it becomes a negotiation tool for us, you know, to lower our costs then we'll use it. But if we don't really get any traction or the suppliers say, you know what, I don't believe your model and your model doesn't matter anyways, we might not update it.

Q.   Well, let's talk about that negotiation.

A.   Mm-hmm.

Q.   You said -- let's first use the -- for example, if you pull out Exhibit 11, that was the purchase order from Michael Foods Waldbaum. Now, you had said that the prices that are quoted in Exhibit 11 were based off of an Urner Barry market quote; is that right?

---

179

A.   Mm-hmm.

Q.   And you said that that quote would have been taken from the early part of April of 2006?

A.   Sure.

Q.   Is that accurate?

A.   It's accurate.

Q.   And was that quote then subject to some form of negotiation?

A.   The base price -- the base foundation price of Urner Barry is not subject to negotiation. You know, we could ask for whatever price we want, but generally it's -- that's not really taken. It's the Urner Barry price is what it is. That's the fair market value and, General Mills, you can take it or I will sell it to somebody else.

Q.   And was there any negotiation involved in the fact that this price was being quoted for a term of more than a month -- in this case four months -- and whether or not the Urner Barry price as of April 1st accurately reflected what the market price would be during the period of May 1st through August 31st of that year?

---

180

A.   No. The prices that were set were based on what was reported out of Urner Barry with a lag. So there wasn't a forecasted price and that's what was put into these prices. It was actually what was printed on Urner Barry.

Q.   In your experience as a buyer of eggs is the Urner Barry price in May through August of a given year higher or lower than the Urner Barry price in April of that year?

A.   From the prior year?

Q.   No. The same year.

A.   Okay. So you're asking -- so is April through -- what was the time period?

Q.   The Urner Barry price in April compared to the Urner Barry price from the period of May through August --

A.   Yeah.

Q.   -- how do they compare?

A.   May through August. Generally, you know, seasonally you'd probably find a little bit of a higher price in April.

Q.   And so on Exhibit 11 was General Mills

---

181

agreeing to purchase eggs for the period of May through August based off of an Urner Barry price derived on April 1st?

A.   Yes.

Q.   Why?

A.   Why would we --

Q.   Why did General Mills not insist on receiving an Urner Barry price that more accurately reflected the market price of eggs from May through August?

A.   Because at the time that we issued this purchase order or this purchase agreement, there was no set prices out there. So we would be pulling prices -- there wouldn't be a reference price. And so the suppliers wouldn't agree to something that is not printed.

We can ask them for a price, but they're not going to agree to it unless it's actually printed and indexed off of Urner Barry with a set price.

Q.   So is it your testimony that no supplier of egg products to General Mills ever was willing

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

47 (Pages 182 to 185)

---

182

1  to negotiate the price that was paid by General
2  Mills for its products?
3      A.  Not for the base price of what was
4  quoted off of Urner Barry.  The only pieces that
5  were really being -- that we could negotiate is the
6  freight component and the packaging component.  But
7  otherwise the base price that was set by Urner
8  Barry was really non-negotiable.
9      Q.  The only part of a price quote that was
10  negotiable was the freight price and the packaging
11  cost?  Is that what you said?
12      A.  That's right.
13      Q.  And General Mills was never able to
14  successfully negotiate any other pricing terms
15  other than those two terms; is that your testimony?
16      A.  That's correct.
17      Q.  I'll show you what's been marked as
18  Exhibit 23.
19              (Tran Exhibit 23 was
20              marked for
21              identification.)
22      BY MR. DAVIS:

---

183

1      Q.  Do you recognize Exhibit 23?
2      A.  It looks like a cost savings, a cost
3  savings project sheet.
4      Q.  Do you know who would compile a document
5  like this?
6      A.  This could be our R&D, an R&D engineer
7  or a buyer.
8      Q.  So in the first entry, completed
9  projects, it says "cost reduction from M.G.
10  Waldbaum."  Do you see that?
11      A.  Mm-hmm.  Yes, I do.
12      Q.  And then status, next steps, it says "31
13  cents per pound or 20 cents per case"?  Is that
14  what CS means?
15      A.  Yes.
16      Q.  "20 cents per case savings as a result
17  of current supplier lowering price when we began to
18  search for a new supplier."  Do you see that line?
19      A.  Yes.
20      Q.  It says that the annual savings
21  opportunity was $400,000.  Do you see that?
22      A.  Yes.

---

184

1      Q.  And under estimated timeline it says
2  "complete."  Do you see that?
3      A.  Yes.
4      Q.  Do you know whether General Mills
5  received a cost reduction from M.G. Waldbaum equal
6  to $400,000?
7      A.  Based on this spreadsheet, yeah.
8      Q.  And how would that negotiation have
9  transpired?
10      A.  The negotiation, the -- you know, in
11  very simplistic terms it could have been R&D and
12  the buyer going together and saying, hey, Michael
13  Foods, how do I make my costs lower.  Let's come up
14  with ideas.
15          And then we would go back and forth and
16  it probably nets out somewhere they're asking
17  about -- you know, in this case it could have --
18  you know, it could have come out of their packaging
19  cost or it could have moved their production from
20  one facility to another facility which gave us
21  lower freight costs, or in some cases they could
22  have said how about I look at a new freight line or

---

185

1  a new trucking company to lower my freight costs.
2      Q.  Would General Mills necessarily know
3  where the cost savings, if any, on Michael Foods'
4  end lay, or does General Mills only care that it's
5  getting a cost savings, in this case equal to
6  $400,000?
7      A.  You know, it depends on how much
8  transparency the supplier is willing to share with
9  us and how collaborative that process is.  The
10  initial discussion of how do I lower my cost is
11  just the first step.  And then it's dependent on --
12  it's dependent on the supply relationship that we
13  have and how willing the supplier is willing to let
14  General Mills into what their operations looks like
15  to help drive efficiencies out of it.
16      Q.  So in some cases you might know --
17  General Mills might know what the breakdown is that
18  would allow cost savings to be passed on to General
19  Mills; is that fair?
20      A.  That's correct.
21      Q.  And in some cases General Mills would
22  not know what's going on internally at its supplier

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

48 (Pages 186 to 189)

---

186

1 and it would just know that it's receiving a cost
2 savings as a result of a negotiation; is that
3 right?
4    A.   That's correct.
5    Q.   And so in those latter circumstances it
6 might be the case that there's no cost savings on
7 the freight end or the packaging end, but just a
8 straight discount that's given to General Mills by
9 the producer; is that fair?
10    MR. CAMPBELL:  Objection to the form of
11 the question.
12    A.   Yeah, I -- I'd be speculating.  So I
13 couldn't answer that.
14    BY MR. DAVIS:
15    Q.   But in those circumstances you don't
16 know whether or not the producer is realizing any
17 cost savings on freight, correct?
18    A.   You know, on the egg side because of the
19 way that we had purchased and the way that the
20 suppliers have quoted their cost, it would have --
21 the cost savings that would have to be derived
22 would have to come out of a, you know, freight or a

---

187

1 packaging or some other added ingredients because
2 all of our costs always referenced that Urner Barry
3 price.
4    Q.   How often would negotiations about
5 pricing take place with egg product suppliers?
6    A.   It was on a pretty -- for which
7 components?
8    Q.   The pricing components.
9    A.   Okay.  So the Urner Barry and the
10 freight and everything and the packaging?
11    Q.   On a market-based pricing system.  Sure.
12    A.   Yeah.  So on the market side of it, you
13 know, it would range.  It could be monthly.
14 Generally we probably wouldn't visit the freight or
15 the packaging side monthly.  We'd probably do that,
16 you know, once a quarter to six months.
17    Q.   And would those be in person or by phone
18 or through e-mail?
19    A.   It would be a combination of the three.
20    Q.   And who would be responsible on the
21 General Mills end for conducting those
22 negotiations?

---

188

1    A.   That would be the buyer.
2    Q.   So that was you for several years?
3    A.   That's correct.
4    Q.   And would you typically e-mail the egg
5 producers to conduct these negotiations?
6    A.   It would typically be -- it would
7 typically be over e-mail.  You know, the
8 conversation would start out with a
9 face-to-face meeting, which we generally had once a
10 quarter anyways to review, you know, business
11 situations and volumes and et cetera.  Those
12 things.
13    Q.   Did General Mills subscribe to any
14 publications that described the egg industry?
15    A.   Yes.  We would subscribe to Urner Barry,
16 obviously, and things like Milling & Baking and
17 Informa and Sparks publications.
18    Q.   How about Feedstuffs?
19    A.   No.  We didn't subscribe to that.
20    Q.   Egg Industry Magazine?
21    A.   No.  That doesn't ring a bell.
22    Q.   Watt Poultry?

---

189

1    A.   No.  That doesn't ring a bell.
2    Q.   If you turn back to Exhibit --
3    MR. CAMPBELL:  What's the date on it,
4 Evan?
5    MR. DAVIS:  It's the March 2007
6 presentation.
7    A.   March?  19?
8    BY MR. DAVIS:
9    Q.   Yeah.  Exhibit 19.
10    A.   Okay.
11    Q.   If you would turn to the page that ends
12 in 42 --
13    A.   Okay.  Egg market overview?
14    Q.   Yes.
15    A.   Okay.
16    Q.   It says that the market displayed more
17 volatility than normal in 2006.
18    A.   Okay.
19    Q.   And then the first point is "An
20 imbalance in supply / demand created excess
21 supplies."  Do you see that?
22    A.   Yes.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

49 (Pages 190 to 193)

190

1    Q.   What does that mean?
2    A.   Well, if there was an imbalance that's
3   creating excess supply, meaning it means that
4   there's more supply than there is demand.  So
5   there's more inventory out there in the industry.
6    Q.   And why does that create more
7   volatility?
8    A.   It creates more volatility because, you
9   know, prices -- volatility is really a reflection
10  of prices.  And prices is the search or the outcome
11  of where supply and demand ultimately meet.
12   Q.   It goes on to say "Production costs will
13  continue to elevate due to strong corn prices and
14  high feed costs."  Right?
15   A.   Correct.
16   Q.   And then "Rebalancing of supply to
17  sustainable levels will create a less volatile
18  environment."  Did I read that correctly?
19   A.   Right.
20   Q.   Now, the date of this is March 2007.  So
21  is it General Mills' expectation as of then that
22  these factors would lead to an increase in the cost

191

1   of eggs?
2    A.   These were contributing factors to the
3   increase in costs of eggs.
4    Q.   If you turn back to page 140, total egg
5   production cost --
6    A.   Yes.
7    Q.   -- why was it important to General Mills
8   to understand the breakdown for a total egg
9   production cost?
10   A.   It's important for us to understand that
11  production cost so that we know the contributing
12  factors and how much do they ultimately impact the
13  prices.
14   Q.   And are some of these production costs
15  fixed costs for an egg producer?
16       MR. CAMPBELL:  Objection, lack of
17  foundation.
18   A.   Yeah.  I couldn't tell you.  It depends
19  on which supplier and what is their current state.
20  In a lot of cases all of these could be variable
21  costs.
22       BY MR. DAVIS:

192

1    Q.   Are some of them almost definitely
2   variable costs?
3    A.   Yeah.  Feed is going to be a variable
4   cost.
5    Q.   How about pullet?
6    A.   Yes and no.  It depends on if they're
7   vertically integrated or not or do they have long
8   term supply agreements with the pullet producer.
9    Q.   Well, let's take feed then.
10   A.   Mm-hmm.
11   Q.   It's a variable cost.  So if a producer
12  decreases its supply of hens will it reduce the
13  cost of its feed?
14   A.   The per pound cost, it will not reduce
15  that.
16   Q.   The out of pocket cost.
17   A.   The out of pocket costs it will.
18   Q.   Okay.  So by reducing the number of hens
19  that it has in its production a producer would save
20  money on its variable costs including feed, right?
21   A.   Yes.
22   Q.   And feed alone is 59 percent of the cost

193

1   of egg production; is that right?
2    A.   Yes.  Of their costs.
3    Q.   Of their costs.
4    A.   Of the producer's costs.
5    Q.   We talked a little bit earlier about
6   hedging and how General Mills uses grain risk
7   management.  Do you remember that discussion?
8    A.   Yes.
9    Q.   Does General Mills also do any hedging
10  based on other commodities, for example, corn?
11   A.   Yes.  We'll do hedging on corn, wheat,
12  energy, on a lot of things.
13   Q.   And would hedging on corn affect General
14  Mills' costs or -- strike that.
15       The price of eggs varies in part due to
16  the price of corn; is that fair?  Under a
17  market-based model.
18   A.   The price of corn is a contributing
19  factor to the price of eggs.
20   Q.   And as the price of corn increases the
21  market price for egg would increase by some factor;
22  is that fair?

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

50 (Pages 194 to 197)

194

    A.   Yes.
    Q.   And does General Mills' corn hedging
strategy at least partially offset those price
increases?
    A.   Under an Urner Barry market type of
model, it does not and it would not.
    Q.   Why not?
    A.   Because in order for any company to
hedge there needs to be really good correlation
against what it is that you're buying and the
underlying market that you're hedging.  If there is
not correlation against that, the company would be
considering speculating.
         And General Mills, by nature of the type
of company that we are, we are not speculators in
the market.  And our shareholders would not want us
to be doing that either.
    Q.   But General Mills does in fact have a
corn hedging strategy; is that right?
    A.   Yes.  We do, for our corn purchases.
    Q.   I understand that that's the -- it might
be the motivating factor, but the end result is

195

that when the price of corn increases the effect of
that increase on the price of eggs is to some
degree mitigated by General Mills' corn hedging; is
that fair?
         MR. CAMPBELL:  Objection, asked and
answered.
    A.   I think you need to put it into context.
If under a cost-plus grain model that has corn and
soybeans, soybean meal, as the basic component, we
can hedge part of that volatility to provide more
predictability in our prices.  If it is a
corn-based model, grain model, for eggs, then we
can.
         If our prices models are based on Urner
Barry we cannot hedge that, that volatility or that
market risk.
         BY MR. DAVIS:
    Q.   But does the hedging that General Mills
does for its corn purchases offset increases in the
price of corn?
    A.   Offset -- for corn, for corn purchases,
yes, it does.

196

    Q.   Okay.
    A.   For direct corn purchases.
    Q.   And is the hedging tied to direct corn
purchases?
    A.   Yes.
    Q.   How?
    A.   Well, because there's a correlation --
we are actually buying corn.  Right?  So our
pricing models from our corn producers basically
reference the Chicago Board of Trade corn price as
our foundation, as the base of our prices.  So
there is a hundred percent correlation between the
price that we pay and the underlying market and
derivative that we use.
    Q.   And so when the price of corn goes up --
    A.   Mm-hmm.
    Q.   -- General Mills will pay more for corn
that it has to purchase for its products, right?
    A.   Correct.
    Q.   But that increased cost will be offset
to some degree by the hedging that it's done in the
corn market?

197

    A.   Not necessarily.  So hedging is not
meant to give you lower cost.  It's meant to
provide you more price predictability.  You cannot
hedge away what the market has actually done.
Right?  So it depends on where you have your hedge.
         So that's just a clarifying point there,
that if markets go up, depending on where we
actually have our hedge, we might be lower than the
market or we might be higher.
    Q.   Right.  But the goal behind it is to
offset, to a degree, price increases that General
Mills is experiencing?
    A.   No.  The goal of hedging and risk
management is to mitigate risk and provide more
predictability, not to beat the market.  It's a
nuance.
    Q.   If you'll turn on this exhibit to page
159, the Bates number ending 159, it says "dry egg
prices" at the top.
    A.   Okay.
    Q.   This shows Urner Barry pricing for
different types of egg products from November 2000

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

51 (Pages 198 to 201)

---

198

1 through March of 2008, correct?
2    A.    Correct.
3    Q.    And this lists dried whole plain, dried
4 yoke, spray albumen, and then blend 65/75 percent
5 whole egg, 25/35 percent corn syrup, right?
6    A.    Correct.
7    Q.    And is it fair to say that these all
8 prices do not move in synch with each other?
9    A.    The chart would show that.
10    Q.    And do you have any reason to think that
11 this chart is not accurate?
12    A.    No.  The chart's accurate.
13    Q.    Okay.  And if you'll turn to the page
14 that ends in 62, liquid egg prices, this provide
15 Urner Barry pricing -- well, pricing -- for three
16 different types of liquid eggs, right?
17    A.    Correct.
18    Q.    And fair to say that these do not all
19 move in synch with one another?
20    A.    That's correct.
21    Q.    So does General Mills have an opinion on
22 why that is, why the price of one egg product would

---

199

1 not move in sync with the price of another?
2    A.    You know, it could be various reasons,
3 one of which could be just the demand and the type
4 of products that are being consumed out there in
5 the markets.  So, you know -- and that can impact
6 what the prices ultimately do.
7    Q.    So the price of a dried egg might go up
8 one month while the price of liquid egg stays
9 constant, right?
10    A.    Yeah.  That's a possibility.
11    Q.    And the price of a shell egg could be up
12 even higher or could even be down during that same
13 month, right?
14    A.    Yeah.  That's a possibility.
15    Q.    You can put that aside.
16    Does General Mills believe that there
17 has been any trend among large buyers toward
18 cost-plus purchasing of eggs?
19    A.    I wouldn't know.  I don't think General
20 Mills has an opinion about what our competitive set
21 is doing and how they're structuring their
22 contracts.  We don't have any insights into that.

---

200

1    Q.    I'll show you what's been marked as
2 Exhibit 24.
3    (Tran Exhibit 24 was
4    marked for
5    identification.)
6    MR. DAVIS:  I'll note on the record that
7 this version of the complaint is unredacted and so
8 it should be designated as highly confidential.
9    BY MR. DAVIS:
10    Q.    Mr. Tran, have you seen this document
11 before?
12    A.    I have not seen this document.
13    Q.    Do you recognize that as the second
14 amended complaint that was filed by General Mills
15 in this litigation?
16    A.    That's what -- that's what the document
17 would say.
18    Q.    If you turn to paragraph 93 in the
19 complaint -- it's on page 43 -- the second sentence
20 reads "The trend among some large buyers of shell
21 eggs and egg products in recent years is to
22 purchase based on a cost-based formula tied to

---

201

1 poultry feed (primarily corn and soybean meal)
2 costs."  Do you see that?
3    A.    Yes.
4    Q.    Do you know what is meant by "some large
5 buyers" in that sentence?
6    A.    Are you asking who are the large buyers
7 or --
8    Q.    Yes.
9    A.    Large buyers?  Large buyers would be
10 major food producers, you know, people that are
11 similar to General Mills.
12    Q.    And do you have knowledge of other large
13 buyers purchasing on a cost-based formula?
14    A.    No.  We don't have direct knowledge if
15 they are.  You know, we might hear things as far as
16 industry chatter or rumor that people are
17 interested.  But we don't have direct knowledge of
18 how other companies structure their contracts.
19    Q.    And it refers to recent years.  Do you
20 have any clarification as to what that means?
21    A.    Recent years could be -- could be in the
22 last, you know, three, people are more interested.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

52 (Pages 202 to 205)

202

1    Q.    For General Mills it's been about five
2  years, right?
3    A.    That's correct.
4    Q.    And do you know if for others it may
5  have been at least five years if not more?
6    A.    Again, I don't know what other
7  companies --
8    Q.    Not even specific companies, but some
9  companies --
10    A.    Have other -- have some companies been
11  able to get grain models --
12    Q.    Yes.
13    A.    -- out there?  Yeah, I would venture to
14  guess that there's probably other companies that
15  have been able to.
16    Q.    And do you think that goes back until at
17  least 2008, if not earlier?
18        MR. CAMPBELL:  Objection, speculation.
19    A.    I don't know.
20        BY MR. DAVIS:
21    Q.    Have you heard any rumors of companies
22  purchasing on grain-based models since 2008 or

203

1  earlier?
2    A.    In 2008 there was not very many rumors
3  or chatter of people buying eggs on a grain model.
4  The only things that I've heard in the industry was
5  General Mills was one of the few that -- you know,
6  that were looking at this.
7    Q.    So is the sentence that I read from the
8  complaint about the trend of some large egg buyers
9  pure speculation?
10        MR. CAMPBELL:  Objection to form.
11    A.    Can you ask it in a question?  Can you
12  rephrase that?
13    Q.    Is the sentence -- I can read the
14  sentence.  "The trend among some large buyers of
15  shell eggs and egg products in recent years is to
16  purchase based on a cost-based formula tied to
17  poultry feed (primarily corn and soybean meal)
18  costs."
19        Is that speculative?
20    A.    That is --
21        MR. CAMPBELL:  Objection.
22    A.    That is what we hear in the industry.

204

1  Again, General Mills does not have direct insight
2  into other company's actual contracts.
3        BY MR. DAVIS:
4    Q.    So that sentence may or may not be
5  accurate; is that fair?
6        MR. CAMPBELL:  Objection, lack of
7  foundation.
8    A.    Yeah.  I couldn't tell you.
9        BY MR. DAVIS:
10    Q.    I'll show you what's been marked as
11  Exhibit 25.
12        (Tran Exhibit 25 was
13          marked for
14          identification.)
15        BY MR. DAVIS:
16    Q.    If you turn in this document to the page
17  that ends in 1000 --
18    A.    Is that --
19        MR. CAMPBELL:  We don't have a 1000.
20        MR. DAVIS:  Sorry.  It's --
21        THE WITNESS:  "Egg strategy"?
22        MR. CAMPBELL:  Just show us the --

205

1        BY MR. DAVIS:
2    Q.    "Egg strategy.  Adapting to a new
3  environment."
4    A.    Okay.
5    Q.    There's an arrow pointing to
6  approximately October of 2006 that says "structural
7  changes in industry begin."
8    A.    Mm-hmm.
9    Q.    Do you see that?
10    A.    Yeah.
11    Q.    Do you know what that is referring to?
12    A.    Oh, it could be a number of things.  A
13  structural change that happened at that point in
14  time is in the feed industry the ethanol mandate
15  was put in place to blend corn into ethanol.  And
16  it happened at that same time in 2006, which would
17  dramatically impact the cost of corn for egg
18  producers.
19    Q.    And therefore would it affect the price
20  of eggs?
21    A.    It could affect the price of eggs, yes.
22  That's one component.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                        August 13, 2013

53 (Pages 206 to 209)

---

**206**

1    Q.   Are there other meanings for "structural
2  changes in industry"?
3    A.   Some other structural changes could be
4  the consolidation that was going on and, you know,
5  suppliers getting out of the business, so --
6    Q.   Is it your testimony that that
7  structural change began in approximately October of
8  2006?
9    A.   No.  So I think that -- so for the
10  suppliers, supplier consolidation, that was going
11  on.  It was probably happening before 2006, but
12  continued on through that time period.
13    Q.   So the structural change that began in
14  around October 2006 relates to the ethanol mandate
15  in the feed industry?
16    A.   That's one of them, yeah.
17    Q.   You can put that aside.
18         What does General Mills use egg products
19  for?
20    A.   We'll use egg products in baking mixes,
21  in ready bake doughs, in pastries, some breakfast
22  types of sandwiches in our offerings.

---

**207**

1    Q.   They're components of finished products
2  that General Mills sells?
3    A.   That's correct.
4    Q.   Does General Mills sell any egg
5  products?
6    A.   No, we do not.
7    Q.   And does General Mills market its
8  finished products that contain egg products as
9  being superior in quality?
10    A.   Superior in quality to what?
11    Q.   Or having a high quality?
12    A.   Well, yeah.  General Mills is a, you
13  know -- has a full suite of product lines ranging
14  from economical to premium.  So in some cases our
15  products are premium end.
16    Q.   Do you think that superior product
17  quality is a principal strategy that General Mills
18  relies upon for competing?
19    A.   It's a major component.
20    Q.   And does that superior product quality
21  depend on procuring inputs like egg products that
22  are superior in quality?

---

**208**

1         MR. CAMPBELL:  Objection.  Implicit in
2  that question is a fact not in evidence.
3    A.   Not always.  You know, our products --
4  there's multiple things in our products and in our
5  brands that elicit premium that isn't always
6  because of the egg that's deriving the premium
7  nature.
8         BY MR. DAVIS:
9    Q.   Well, I'll ask it this way.  Is the
10  quality of an egg product something that is of
11  significance to General Mills when it makes
12  purchasing decisions?
13    A.   It's one of the major components, yes.
14    Q.   And so what are the other components?
15  Price is one component?
16    A.   Yes.  Price, quality and service.
17    Q.   Service like reliability?
18    A.   Yup.
19    Q.   Okay.  Does General Mills ever do -- I
20  guess it would be R&D testing to compare two
21  different producers' version of an egg product to
22  see which is preferable from a quality

---

**209**

1  perspective?
2    A.   As far as consumer liking scores and
3  things of that nature?  Like does one -- does a
4  consumer like one supplier's eggs over another
5  supplier's eggs?
6    Q.   It could be that.  It could be that one
7  might work better in helping create a better
8  finished product.
9    A.   General Mills will not look at that, you
10  know, consumer liking from one supplier to another
11  supplier.  We won't do testing like that.  We will
12  do testing on various types of specifications to
13  see which ones give us a better product and
14  consumer liking on that.
15         So for instance we might take different
16  mixes of egg white versus egg yolks and change up
17  those mixes to try to get a better product.  But
18  that's on a specification standpoint and not from a
19  supplier standpoint.
20    Q.   So once you have the specifications set
21  you wouldn't say does the product that's provided
22  to us by producer X versus producer Y work better

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                           August 13, 2013

54 (Pages 210 to 213)

---

210

1  in our finished product?
2     A.   Generally once our specifications are
3  set then regardless of the supplier, whichever
4  supplier that we will do business with, they are
5  expected to hit that specification.
6     Q.   Okay.  But you said the quality of the
7  egg product is one of the factors that General
8  Mills considers?
9     A.   Yes.
10    Q.   So how does General Mills ascertain the
11 quality of that egg product?
12    A.   The quality of the egg product is based
13 on our specification.  The quality of the supplier,
14 though, is based on other factors as far as their
15 manufacturing practices, their -- you know, their
16 facilities and the cleanliness of their facilities
17 and their HASIP program type of things.
18    Q.   And that affects ultimately the product
19 that's being provided to General Mills, right?
20    A.   It's a factor that could help it, yes.
21    Q.   So the products from all of these
22 suppliers are not identical, right?  They're not

---

211

1  fungible or homogenous; they're different?
2     A.   No.  They are fungible.  So in any one
3  of our specifications we will have multiple
4  suppliers on one specification and we can move
5  between supplier A, B or C, as long as they hit our
6  specification.
7     Q.   And as long as their processing
8  facilities meet all of your different criteria?
9     A.   Correct.
10    Q.   Which make them distinguishable from one
11 another?  You care about who's providing you with
12 your egg products?
13    A.   That's correct.
14    Q.   And so if you care about who's providing
15 you with your egg products, then this isn't -- I
16 don't understand how there's fungibility between
17 them.
18    A.   There's fungibility between the
19 suppliers on our specifications.  There is not
20 fungibility between suppliers that are not on our
21 specifications.  So if you're not approved and your
22 facility is not approved, then we will not do

---

212

1  business with you.
2     Q.   But a supplier might able to meet your
3  specifications but still not pass your quality
4  screening or something like that, right?
5     A.   Yes.  That's a possibility.
6     Q.   So there's not fungibility between all
7  suppliers that can meet your specifications?
8     A.   That's right.
9     Q.   Okay.
10    A.   Yeah.
11    Q.   Did you ever seek competing quotes for
12 an egg product from more than one supplier?
13    A.   Yes.
14    Q.   And were you given different price
15 quotes by different suppliers for the same egg
16 product?
17    A.   Different delivered pricing, yes, we
18 could.  We could get different price quotes based
19 on their facility, where they're located, what
20 their packaging costs look like, et cetera.
21    Q.   And would you use one producer's quote
22 to try to negotiate with a competing producer?

---

213

1     A.   We would not tell them what the quote
2  is.  So we would not divulge prices, price quotes,
3  that we would get from one supplier to another
4  supplier.  But we would certainly give them
5  feedback, directional feedback, on if they were
6  high or low versus the competition.  But we would
7  not divulge prices.
8     Q.   Would producers ever lower the price
9  that they had initially offered you based on the
10 fact that you had received a lower competing quote?
11    A.   Yeah.  There could be instances of that.
12 We saw it here.
13    Q.   You're pointing to Exhibit 23?
14    A.   Yeah.  Exhibit 23, when Waldbaum or
15 Michael Foods lowered their costs because we were
16 looking for a new supplier.
17    Q.   So for a given egg product, how many
18 suppliers would General Mills consider as a viable
19 producer?
20    A.   On any given specification, you know, we
21 would have two to three suppliers.
22    Q.   And why only two or three that were able

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

55 (Pages 214 to 217)

---

214

1   to meet General Mills' specification?
2        A.   Two or three because, you know, there is
3   cost in expanding your supply base too far.  That
4   just isn't reasonable.  So we would have costs to
5   continually audit and maintain the records of
6   suppliers in our systems.  So, you know, having ten
7   suppliers on one spec becomes costly and just
8   administratively burdensome.
9        Q.   I'll hand you what's been marked as
10  Exhibit 26.
11                  (Tran Exhibit 26 was
12                  marked for
13                  identification.)
14       BY MR. DAVIS:
15       Q.   Exhibit 26 is an article that's dated
16  April 7th 2003, "General Mills gets creative to
17  save money."
18       A.   Yup.
19       Q.   If you turn to the second page there's a
20  paragraph that starts "in purchasing, for example."
21  I'll give you a moment if you want to read that.
22       A.   (Reading).

---

215

1        Q.   So this is as of 2003.  Did General
2   Mills save $10 million a year by buying whole eggs,
3   selling the yolks for pasta and the shells for
4   animal feed while using its grain trading
5   operations to get a better price on chicken feed
6   for its egg suppliers?
7        MR. CAMPBELL:  Objection, misstates what
8   the document says.
9        A.   Can you restate the question?
10       BY MR. DAVIS:
11       Q.   Sure.  As of April 7, 2003, did General
12  Mills save $10 million a year by buying the whole
13  egg, selling the yolks for pasta and the shells for
14  animal feed, while using its grain trading
15  operations to get a better price on chicken feed
16  for the egg supplier?
17       A.   We did not -- we did not sell yolks or
18  shells for animal feed directly.  General Mills
19  didn't do those types of activities.  But, you
20  know, some of those activities could have been used
21  in conjunction with our suppliers, you know, to
22  drive costs out.

---

216

1        Q.   Did General Mills sell egg yolks?
2        A.   No.  General Mills is not an egg yolk or
3   egg seller.
4        Q.   So do you know what this is referring
5   to?
6        A.   Well, it's referring to how we looked at
7   our supply chain and looked at our partnerships
8   with our suppliers differentially so that we could
9   drive costs out.  So in this case, you know, we
10  could do -- you know, when it's talking about
11  selling the yolks that could be where we had
12  negotiated in conjunction with a pasta producer
13  that's giving us our pasta material and doing
14  negotiations with an egg producer so that we're
15  both buying off of similar contracts which then
16  lowers our cost.
17            We could be working with the egg
18  producer to ask them, well, what are they doing
19  with their shell eggs and is there an avenue for
20  them to actually sell that, which then drives
21  better conversion costs for them or, you know,
22  allows them to depreciate their assets faster

---

217

1   because they're making money on shells that they
2   used to throw away, or are they just land filling
3   those shells and instead they could be selling it
4   to animal feed versus taking a cost on landfill
5   costs.  Right?
6        Q.   So your negotiations with an egg
7   producer might involve a third party -- for
8   example, a pasta company -- that's going to buy
9   other egg components?
10       A.   Yes.  That could -- yeah.
11       Q.   And would that allow General Mills to
12  negotiate a better price than it would have absent
13  the participation of that third party company?
14       A.   Not necessarily on our direct egg
15  purchases.  But it could come through in our pasta
16  purchases.
17       Q.   So the company as a whole would save
18  money in the long-run?
19       A.   Yeah.  Yeah.
20       Q.   Because the price that it was paying for
21  eggs company-wide would decrease?
22       A.   Because the price that the company paid

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

56 (Pages 218 to 221)

---

218

1   for multiple raw materials would decrease, not just
2   eggs.
3       Q.   And is there any way to sever the price
4   of eggs from that more global price?
5       A.   No. Not easily. You know, because in
6   the case of the third party we would help the
7   negotiations between the egg producer and the pasta
8   supplier, but we wouldn't necessarily know, you
9   know, what is the direct price that they're paying
10  either.
11      Q.   So do you know how this 10 million
12  figure was arrived at?
13      A.   I don't know the full details of the 10
14  million.
15      Q.   It goes on to say that "General Mills
16  used its grain trading operations to get a better
17  price on chicken feed for the egg supplier." Do
18  you know what that's referring to?
19          MR. CAMPBELL:  You know, I'm going to
20  object to this that this is not a General Mills
21  document.
22          MR. DAVIS:  I didn't say that it was.

---

219

1           MR. CAMPBELL:  And also it's not Bates
2   numbered.  Have you produced this?
3           MR. DAVIS:  This is a publicly available
4   document.
5           MR. CAMPBELL:  I don't care.  You're
6   required to produce publicly available documents.
7   You have not produced it, in other words?
8           MR. DAVIS:  This document has not been
9   produced.
10          MR. CAMPBELL:  Okay.
11      A.   Your question again?
12          BY MR. DAVIS:
13      Q.   The document goes on to say that
14  "General Mills used its grade trading operations to
15  get a better price on chicken feed for the egg
16  supplier." Do you know what that's referring to?
17      A.   You know, we could have helped the egg
18  producer, you know, source better grain somewhere
19  or give them insights into what cash market grains
20  are doing that helped them lower -- that helped
21  them lower their costs.
22          Now, how much of a -- how much savings

---

220

1   that we actually saw out of that I couldn't tell
2   you.  But that might be -- that might be what it's
3   referring to.
4       Q.   Do you have any reason to think that
5   this $10 million a year figure is inaccurate?
6       A.   You know, I don't know how that $10
7   million figure came about, so I don't have any
8   insights into it.
9       Q.   One more document and we'll take a
10  break.  Actually, no.  Why don't we take a quick
11  break now.
12          MR. DAVIS:  Five minutes?
13          MR. CAMPBELL:  All right.
14          THE VIDEOGRAPHER:  Off the record at
15  2:39 p.m.
16          (Whereupon, a recess was taken from 2:39
17  p.m to 2:49 p.m.)
18          THE VIDEOGRAPHER:  This is video
19  number 5 in the deposition of Binh Tran taken on
20  August 13th 2013.  The time now is 2:49 p.m.
21          BY MR. DAVIS:
22      Q.   Mr. Tran, I'd ask you to turn back to

---

221

1   Exhibit 18.
2       A.   Okay.
3       Q.   You can turn to the page that ends in
4   673. It's the June 2007 presentation.
5       A.   "European liquid egg prices"?
6       Q.   Yes.
7       A.   Okay.
8       Q.   It provides a chart from July of 1999
9   through March of 2007 that compares European liquid
10  egg prices with U.S. liquid egg prices.  Do you see
11  that?
12      A.   Yes.
13      Q.   And is it fair to say that these two
14  prices generally track one another?
15      A.   Yes, they do.
16      Q.   And you'll notice this line, this
17  vertical line in November of 2002?
18      A.   Yes.
19      Q.   The gray line there are EU liquid eggs.
20  So that's the European price, right?
21      A.   Yes.
22      Q.   And it looks like just prior to this, so

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

57 (Pages 222 to 225)

222

1   sometime maybe in the fall of 2002, that price
2   started to increase and then the U.S. price
3   increased maybe about nine months later starting in
4   like July of 2003.  Do you see that?
5       **A.  Yes.**
6       Q.  Does General Mills have any view on
7   whether or not these prices are at all related to
8   one another, the European price and the U.S. price?
9       **A.  Can you clarify what you mean by**
10  **related?**
11      Q.  Sure.  Are there any common factors that
12  would affect both the U.S. price and the European
13  price?
14      **A.  Yeah.  The common factors would be grain**
15  **costs across the world.  You know, any major**
16  **disease outbreaks that are happening in various**
17  **parts of world could also contribute, contribute to**
18  **prices.**
19      Q.  And would those explain at least in part
20  why these prices tend to track one another?
21      **A.  It could explain parts of it.**
22      Q.  Are there other explanations for it?

223

1       **A.  I don't know.  I guess diets and just**
2   **overall consumption, population growth could be**
3   **some other factors.  You know, economic conditions**
4   **that, you know, lead to wealth creation.**
5       Q.  How about the U.S. domestic supply of
6   the eggs?  Would that have an effect on European
7   pricing?
8       MR. CAMPBELL:  Objection, lack of
9   foundation.
10      **A.  Yeah.  Could you ask your question in a**
11  **different way?**
12      BY MR. DAVIS:
13      Q.  Sure.  Does General Mills have any
14  reason to believe that the United States domestic
15  supply of eggs would have any effect on European
16  pricing for liquid eggs?
17      **A.  You know, I guess the imports -- the**
18  **exports of eggs out of the U.S. could have an**
19  **impact on European prices.**
20      Q.  And how so?
21      **A.  If it's up or down that could raise or**
22  **lower the prices, not just from a U.S. standpoint,**

224

1   **but maybe probably exports from -- or imports into**
2   **Europe from other countries also.**
3       Q.  And how is that at all related to the
4   U.S. domestic price?
5       **A.  How is it related to the U.S. domestic**
6   **price?**
7       Q.  How would exports from another country
8   into Europe be related to the U.S. domestic supply
9   of eggs?
10      **A.  It could impact it because it ultimately**
11  **impacts demand.  So if demand is not there then it**
12  **could dry up exports in one country versus another.**
13      Q.  If demand is not there where?
14      **A.  In Europe.  So if European demand for --**
15  **if Europe is getting eggs from some other country,**
16  **there's importation from some other country, then**
17  **the demand for U.S. imports could dry up, which**
18  **then could impact U.S. prices.**
19      Q.  Okay.  But what my question was was
20  whether or not U.S. supply would affect European
21  prices.
22      **A.  It could, if you have -- if you have**

225

1   excess supply in the U.S. then, you know, does U.S.
2   producers ship that excess supply to other
3   countries, you know, that's going to affect the
4   prices in Europe.
5       Q.  By driving them down?
6       **A.  That's correct.**
7       Q.  So if the price in Europe is going up
8   how could that be related to U.S. domestic supply?
9       MR. CAMPBELL:  Objection, lack of
10  foundation.
11      **A.  If prices are going up I think there's**
12  **more than -- if prices are going up and there is**
13  **excess supply in the U.S., there could be other**
14  **reasons than just supply that's driving prices up.**
15  **So I think there's more to this chart from a**
16  **fundamentals standpoint that is going on than**
17  **what's shown on the chart.**
18      BY MR. DAVIS:
19      Q.  Sure.  I'm just trying to understand if
20  U.S. domestic supply in General Mills' view could
21  be at all related to this increase in European
22  pricing that looks like it started around mid 2002.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

58 (Pages 226 to 229)

---

226

1    A.   If there was excess supplies driving
2  prices upwards?
3    Q.   Just anything about U.S. supply.
4    A.   I think that there's probably something
5  else that was going on in 2002 than excess supply.
6    Q.   Not excess supply.  Anything related to
7  supply.
8    A.   Supply in the U.S.?
9    Q.   Yes.
10   A.   Possibly.
11   Q.   And how could supply in the U.S.
12 possibly be affecting the European price in mid
13 2002?
14   A.   If they cut off exports that could drive
15 prices in Europe upwards.
16   Q.   If the U.S. cut off exports?
17   A.   That's right.
18   Q.   Can you think of any other way?
19   A.   Not as it relates to U.S. supply.
20   Q.   You can put that aside.
21        We talked about criteria that General
22 Mills looks at and has looked at in its purchase of

---

227

1  egg products.  Is animal welfare among the criteria
2  that General Mills considers?
3    A.   In deciding who we do business with?
4    Q.   In deciding what egg products it
5  purchases.
6    A.   No.  Animal welfare was not a
7  consideration in who or what we buy.
8    Q.   And that's been true for the history of
9  your tenure in the company?
10   A.   Yes, it is, for eggs.
11   Q.   How about for other animal products?
12   A.   For other animal products.  For other
13 animal products there has been -- you know, there
14 has been some issues there that we have changed up
15 our specifications for.
16   Q.   What are those?
17   A.   Things in dairy as it pertains to like
18 hormones, hormones that are injected into the cows.
19 We've gone RSBT free on a lot of our dairy
20 products.
21   Q.   Anything else come to mind?
22   A.   No.

---

228

1    Q.   Is General Mills aware of efforts by any
2  advocacy group to change or otherwise modify
3  General Mills' egg procurement practices?
4    A.   We have not had any requests from
5  advocacy groups to change up our practices.
6    Q.   Have you requests from any purchasers of
7  eggs or egg products?
8    A.   Any purchasers?  Can you define
9  purchasers of eggs?
10   Q.   Yeah.  A large purchaser, like a
11 retailer, for example.
12   A.   Okay.  Like a --
13        MR. CAMPBELL:  You asked about eggs and
14 egg products.  They don't sell eggs and egg
15 products.  They sell products which contain them.
16 So the question really is have any of their
17 purchase -- and people who buy General Mills
18 products which contain egg products pressured.
19 Right?
20        I just -- that's why he was unclear on
21 that question, because I think it was phrased a
22 little ineloquently.  Just reask it, Evan.  I'm not

---

229

1  objecting.  He's obviously confused.
2        BY MR. DAVIS:
3    Q.   Have you had any -- has General Mills
4  had any requests from purchasers of General Mills
5  products to change or otherwise modify your egg
6  procurement practices?
7    A.   Due to animal welfare issues, you're
8  asking?
9    Q.   Okay.
10   A.   Right?  No, we have not had any requests
11 by our customers to change our purchasing
12 practices.
13   Q.   Or by any retailer that you're aware of?
14   A.   Yes.  Or by any retailer.
15   Q.   Are you aware of United Poultry concerns
16 or Compassion Over Killing or PETA ever making any
17 overtures towards General Mills to change or modify
18 your egg procurement practices?
19   A.   We have not had any requests by those
20 organizations to change our practices.
21   Q.   Does General Mills source cage-free
22 eggs?

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

59 (Pages 230 to 233)

---

230

1      **A.   We do not source any cage-free eggs in**
2   **the U.S. here.**
3      Q.   I'll show you what's been marked as
4   Exhibit 27.
5              (Tran Exhibit 27 was
6              marked for
7              identification.)
8      BY MR. DAVIS:
9      Q.   Exhibit 27 is a printout from the
10  General Mills website.  It was made on July 30th
11  2013.
12     **A.   Mm-hmm.**
13     Q.   Under egg production do you see it says
14  "We acknowledge the discussion about egg production
15  and the impact on egg-laying hens"?
16     **A.   Yup.**
17     Q.   What does that line mean?
18     **A.   I think it's in relation to the**
19  **paragraph below it.**
20     MR. CAMPBELL:  Where are you reading
21  from, Evan?  I missed that.  I'm sorry.
22     MR. DAVIS:  I said right under egg

---

231

1   production.
2      MR. CAMPBELL:  Ah.  Okay.  Fine.
3      BY MR. DAVIS:
4      Q.   Sorry.  You were saying?
5      **A.   So that sentence is in relation to the**
6   **paragraph below it.**
7      Q.   Which talks about Haagen-Dazs?
8      **A.   Yes.**
9      Q.   The paragraph below that one reference
10  the purchase of one million eggs from cage-free
11  hens.  Do you see that?
12     **A.   Yes.**
13     Q.   Do you know if that's accurate?
14     **A.   That is an exploration.  So we started**
15  **the exploration in 2012 to start sometime this**
16  **year.**
17     Q.   So this says that "General Mills
18  purchased 1 million eggs from cage-free hens for
19  our U.S. operations in 2012."  Is that accurate?
20     **A.   No.  That was the exploration.**
21     Q.   So it's inaccurate?
22     **A.   Yeah.**

---

232

1      Q.   Yes?
2      **A.   Yes.**
3      MR. CAMPBELL:  What number is that,
4   Evan?
5      MR. DAVIS:  I'm sorry?
6      MR. CAMPBELL:  Exhibit Number.
7      THE WITNESS:  27.
8      MR. CAMPBELL:  Okay.  Thank you.
9      BY MR. DAVIS:
10     Q.   You can put that aside.
11     Is General Mills familiar with what's
12  known as the UEP certified program?
13     **A.   We'd know of the -- we know of the**
14  **program.**
15     Q.   And what's the company's understanding
16  of the UEP certified program?
17     **A.   Just in very general terms, humane**
18  **treatment of animals and the husbandry practices of**
19  **chickens.**
20     Q.   Does General Mills support the
21  maintenance of the UEP certified program?
22     **A.   We don't really have a position on the**

---

233

1   **UEP program.**
2      Q.   The company takes no position on the UEP
3   certified program?
4      **A.   No, we don't.**
5      Q.   The company does not advocate for the
6   elimination of the certified program?
7      **A.   No, we don't.  We don't have an opinion.**
8      Q.   Does General Mills have an opinion on
9   the amount of the cage space that should be
10  afforded to egg-laying hens?
11     **A.   Can you ask your question again?**
12     MR. DAVIS:  Can you read that back?
13     (Whereupon, the requested portion of
14  testimony was read back by the reporter.)
15     **A.   We don't have any specific specification**
16  **or opinion on the sizes of egg laying production.**
17     BY MR. DAVIS:
18     Q.   Do you believe that there is a minimum
19  space that should be afforded to egg-laying hens?
20     **A.   Are you asking me personally?**
21     Q.   Does the company?
22     **A.   Does General Mills have an opinion --**

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

60 (Pages 234 to 237)

234

1    Q.   Yes.
2    A.   -- on that?
3         On the sheer size of the cages, we do
4    not.
5    Q.   Do they believe that there should exist
6    a minimum cage space?
7    A.   I don't believe that there is a opinion
8    on that.
9    Q.   Do you personally have an opinion on
10   that?
11   A.   I don't have an opinion on it.
12   Q.   When did General Mills first learn about
13   the existence of the UEP certified program?
14   A.   We started learning and digging into the
15   understanding of the UEP program probably in about
16   late 2008, 2009, into what the UEP program meant.
17   Q.   And before late 2008 or early 2009 was
18   General Mills aware of the fact that the UEP
19   certified program existed?
20   A.   We were aware that they had a program.
21   We didn't know the details of the program.
22   Q.   Did -- and when did you first know that

235

1    they had that program?
2    A.   I'd venture to guess probably 2004 or
3    2005 we probably understood that they had a
4    program.
5    Q.   And did General Mills understand any of
6    the components of what the program entailed?
7    A.   No.  It wasn't until 2008 and 2009 did we
8    start digging into the components of the program.
9    Q.   So, for example, whether or not
10   certified -- egg producers under the certified
11   program were audited for compliance with the
12   program's requirements, is that something General
13   Mills was aware of in 2004, 2005?
14   A.   No.  We weren't aware.
15   Q.   And so as a result you weren't aware of
16   what the components of that auditing process were?
17   A.   Correct.
18   Q.   Has General Mills purchased egg products
19   that were made from certified eggs?
20   A.   No, we have not.
21   Q.   Were any of General Mills' purchases
22   from Rose Acre Farms produced with certified eggs?

236

1    A.   No, they were not.
2    Q.   Any of the purchases from Michael Foods?
3    A.   Certified?
4    Q.   Certified eggs.
5    A.   Yeah.  No, they were not.
6    Q.   Who at General Mills first became aware
7    of the program in 2004 and 2005?
8    A.   It would probably be the buyer at that
9    time, you know, heard about the program or heard
10   that there was a program out there.
11   Q.   We covered this, but do you know who the
12   buyer was at that time?
13   A.   Yeah.  I think at that time that was
14   Paula.
15   Q.   Paula West?
16   A.   Paula West.
17   Q.   Do you know how she became aware of the
18   UEP certified program?
19   A.   She probably read about it in some
20   publication or, you know, there was probably a
21   sales call, a cold call, from somebody that said,
22   hey, did you know that there's a UEP program.

237

1    Q.   Who is Steve Sanger?
2    A.   Steve Sanger?  Steve Sanger is our prior
3    CEO before our current one.
4    Q.   Do you know from when to when he was
5    CEO?
6    A.   I want to say -- no, I don't.  I mean,
7    he was CEO I think for like 17 years and he
8    retired -- I think he retired in like 2006,
9    somewhere around in there.  Rough.
10   Q.   I'll show you what's been marked as
11   Exhibit 28.
12        (Tran Exhibit 28 was
13         marked for
14         identification.)
15   BY MR. DAVIS:
16   Q.   Do you recognize Exhibit 28?
17   A.   No, I don't.
18   Q.   Have you ever seen this document before?
19   A.   I have not seen this document.
20   Q.   Does Exhibit 28 appear to be a letter
21   from Al Pope, who was at that time the president of
22   United Egg Producers, to Steve Sanger?

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

61 (Pages 238 to 241)

---

238

1    **A.   It would appear like it.**
2    Q.   Does General Mills have any reason to
3    believe that this letter was not received by Mr.
4    Sanger?
5    **A.   I wouldn't think so.**
6    Q.   If you look at the third paragraph,
7    second sentence, it says "Last summer we unveiled
8    new animal welfare guidelines that introduce
9    sweeping changes to how eggs are producing in
10   America." Do you guess sentence?
11   **A.   Yes.**
12   Q.   And then in the next paragraph, fourth
13   line down, "These guidelines are based on
14   science -- not emotion -- and place top priority or
15   the comfort, health and safety of the chickens,
16   including increased cage space per hen, standards
17   for water, feed and air quality; and standards for
18   care and handling procedures." Do you see that?
19   **A.   Yes.**
20   Q.   Do you have any reason to think that as
21   of February 25th 2003 or shortly thereafter General
22   Mills was not aware of the fact that UEP's

---

239

1    guidelines called for increased cage space per hen?
2    **A.   No.  We wouldn't have any reason to**
3    **think that they didn't do that, that UEP didn't do**
4    **that.**
5    Q.   So this letter informs General Mills of
6    that component of the guidelines, correct?
7    **A.   Yeah.**
8    Q.   You can put that aside.
9        In this litigation is General Mills
10   alleging that egg producers conspired to reduce the
11   supply of eggs?
12       MR. CAMPBELL:  Just a minute.  What was
13   the question?  Would you read the question, please,
14   Jon?
15       (Whereupon, the requested portion of
16   testimony was read back by the reporter.)
17       MR. CAMPBELL:  I object and instruct him
18   not to answer to the extent that any knowledge
19   General Mills has is a result of communications
20   with General Mills' counsel.
21       MR. DAVIS:  So to be clear, your
22   instruction is that if his knowledge is a result of

---

240

1    something that came from counsel --
2        MR. CAMPBELL:  That's correct.  That's
3    what you and I agreed to, Evan, in the meet and
4    confer.
5        MR. DAVIS:  Okay.
6        MR. CAMPBELL:  Okay?  So if he has
7    knowledge outside of that then he may answer.
8        MR. DAVIS:  Well, I'm not asking him
9    upon what his -- this is just a preliminarily
10   question of whether or not that's their allegation.
11   So perhaps he can answer this with a yes or no.
12       MR. CAMPBELL:  Well, that's not how I
13   read the question.  Jon, do you want to try that
14   again?
15       (Whereupon, the requested portion of
16   testimony was read back by the reporter.)
17       MR. CAMPBELL:  Same objection.  The
18   knowledge he's gained with respect to the answer to
19   that question is derived from communications with
20   counsel.  So I instruct you not to answer the
21   question.
22       MR. DAVIS:  You won't let him answer the

---

241

1    question?
2        MR. MONICA:  This is John Monica for
3    Rose Acre Farms.  You're instructing him not to
4    answer what the contention is with litigation about
5    the conspiracy?
6        MR. CAMPBELL:  Yes.
7        MR. DAVIS:  You won't let him answer yes
8    or no to that question?
9        MR. CAMPBELL:  I said to the extent he
10   knows the answer individually from other sources
11   than communications with counsel, he may answer.
12   Okay?  But that's not my understanding of what you
13   asked.
14       MR. DAVIS:  My question, which did not
15   exclude any form from where you would obtain this
16   opinion is a yes or no answer to the question that
17   was posed.  So if you're instructing him not to
18   answer that, that's fine.
19       MR. CAMPBELL:  No.  He can answer that
20   if the knowledge -- if he has some basis other than
21   communications with counsel to answer that
22   question.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

62 (Pages 242 to 245)

---

**242**

1      MR. DAVIS:  Even in a yes or no
2  foundation?
3      MR. CAMPBELL:  I said he can answer it.
4      MR. DAVIS:  If that's your instruction,
5  that's your instruction.
6      MR. CAMPBELL:  The issue is do you know
7  whether General Mills is alleging that the egg
8  producers agreed to reduce supply; and if you know
9  the answer to that question, do you have some basis
10  for the answer to that question other than
11  communications with counsel?
12      THE WITNESS:  Yeah.
13   **A.  My knowledge of it is what is in the**
14  **complaint.  Beyond that it's the communication that**
15  **I've had with counsel.**
16      BY MR. DAVIS:
17   Q.  Okay.  Outside of your communications
18  with counsel -- not your.  Outside of anyone at
19  General Mills' communications with counsel, what
20  basis does General Mills have for an allegation
21  that egg producers conspired to reduce the supply
22  of eggs?

---

**243**

1      MR. CAMPBELL:  I object.  It's been
2  asked and answered.  He just answered that
3  question.
4      BY MR. DAVIS:
5   Q.  Well, the question is very different,
6  but you can give whatever answer you'd like.
7   **A.  The question sounds the same to me, you**
8  **know.  So what I know of that is filed in the**
9  **complaint and what we've discussed with our**
10  **counsel.**
11   Q.  Is everything that's alleged in the
12  complaint something that was learned from counsel
13  or are there any facts in the complaint that were
14  learned by General Mills from a source other than
15  counsel?
16   **A.  No.  Those are learned by -- from**
17  **counsel.**
18   Q.  So General Mills has no independent
19  knowledge of any alleged conspiracy by egg
20  producers aside from what was told to the company
21  by its outside counsel, Jenner & Block?
22      MR. CAMPBELL:  Objection.  That wasn't

---

**244**

1  what he said.
2   **A.  Yeah.  General Mills -- well, can you**
3  **ask the question again?**
4      MR. DAVIS:  Can you read that back?
5      (Whereupon, the requested portion of
6  testimony was read back by the reporter.)
7   **A.  General Mills did not do any**
8  **investigation independently into any conspiracy by**
9  **the industry, you know.  So no, we didn't do any**
10  **independent research into these things, into these**
11  **matters.**
12      BY MR. DAVIS:
13   Q.  So my question is not whether or not the
14  company did any independent research.  My question
15  is whether or not General Mills has any information
16  supporting its allegations other than what was
17  given to it by counsel?
18   **A.  No.  What we have was through counsel.**
19   Q.  Exclusively?
20   **A.  Right.  Correct.**
21   Q.  Other than -- well, strike that.
22      When you say from counsel, is that

---

**245**

1  exclusively referred to attorneys from Jenner &
2  Block?
3   **A.  Yes.**
4   Q.  I'll show you what's been marked as
5  Exhibit 29.
6      (Tran Exhibit 29 was
7      marked for
8      identification.)
9      BY MR. DAVIS:
10   Q.  Do you recognize this document?
11   **A.  This looks like a facilities audit**
12  **checklist.**
13   Q.  For an egg producer?
14   **A.  Not just egg producers.  Just in**
15  **general, anybody.**
16   Q.  Well, if you turn to the third page
17  under raw materials, D6 talks about unprocessed
18  eggs, D7 talks about unprocessed eggs, down toward
19  the bottom, F9 talks about a USDA grader, F4 talks
20  about egg wash water temperature.
21   **A.  Mm-hmm.**
22   Q.  So do you think this -- is this

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

63 (Pages 246 to 249)

---

246

1  checklist applicable to eggs specifically?
2      A.   Those questions are specifically for
3  eggs.
4      Q.   And so the checklist as a whole would be
5  used for an egg producer; is that right?
6      A.   Yeah.  The checklist as a whole, for egg
7  producers.
8      Q.   And who created this checklist?
9      A.   This would be out of our quality and
10 regulatory group.
11     Q.   For how long has General Mills had
12 checklists like this?
13     A.   Decades.
14     Q.   I'll show you what's been marked as
15 Exhibit 30.
16              (Tran Exhibit 30 was
17              marked for
18              identification.)
19     BY MR. DAVIS:
20     Q.   Exhibit 30 is an e-mail to you from Dean
21 Hughson.  Who is Dean Hughson?
22     A.   Dean Hughson was a -- like a consultant

---

247

1  to various people in the egg industry.
2      Q.   And you'll see that it's attaching a
3  document called "Summary of flock size and egg
4  price projections prepared by Don Bell."  Do you
5  see that?
6      A.   Yes.
7      Q.   Do you know who Don Bell is?
8      A.   I don't know who Don Bell is.
9      Q.   So is Dean Hughson employed by -- is he
10 self-employed?
11     A.   I'm not sure how his employment in the
12 industry works.
13     Q.   Does General Mills contract with him?
14     A.   No, we do not.
15     Q.   He provides this General Mills for free?
16     A.   Yeah.
17     Q.   For how long has General Mills received
18 reports from Dean Hughson?
19     A.   We will receive things from him on an ad
20 hoc basis.
21     Q.   Do you know how far back General Mills
22 has received reports from him?

---

248

1      A.   How long they've received this
2  particular report?
3      Q.   Or producers in general.
4      A.   From Dean Hughson we would receive
5  things from him probably back to, you know, the
6  Scott Wolf days most likely.
7      Q.   So when was that approximately?
8      A.   '99.
9      Q.   And how about reports from Don Bell?
10     A.   Don Bell, not very -- we really wouldn't
11 receive stuff from Don Bell.
12     Q.   Well, you did at least once, right?
13     A.   We got this from Dean Hughson, so we
14 got -- we probably got this once.
15     Q.   Dean Hughson to your knowledge never
16 sent the company any other reports from Don Bell?
17     A.   No.  Not that I know of.
18     Q.   Did anyone else ever send the company
19 reports from Don Bell?
20     A.   No.
21     Q.   Do you know why he sent this to General
22 Mills?

---

249

1      A.   I don't know why.  You know, Dean
2  Hughson would send various things, some of them not
3  really value added and some of them just
4  interesting tidbits to -- in some cases just
5  shooting us e-mails on how his weekend was.
6      Q.   I'll show you what's been marked as
7  Exhibit 31.
8              (Tran Exhibit 31 was
9              marked for
10             identification.)
11     BY MR. DAVIS:
12     Q.   Exhibit 31 is a February 2007 edition of
13 United Voices.  Are you familiar with United
14 Voices?
15     A.   I'm not.
16     Q.   Do you know how General Mills obtained
17 this document?
18     A.   I do not know.
19     Q.   Have you ever seen a version of United
20 Voices before?
21     A.   No, I have not.
22     Q.   Do you know whether anyone at General

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

64 (Pages 250 to 253)

---

250

1  Mills has received any other copies of United
2  Voices?
3      **A.  I'm not aware of any.**
4      Q.   Has General Mills had any contact with
5  any egg producer or egg product supplier about any
6  animal welfare program other than the UEP certified
7  program?
8      **A.   No, we have not.**
9      Q.   Any conversations about something that's
10 what's known as the USDA verified program?
11     **A.   No.  We haven't had any conversations.**
12     Q.   Or the process verified?
13     **A.   No.**
14     Q.   I'll show you what's been marked as
15 Exhibit 32.
16                 (Tran Exhibit 32 was
17                 marked for
18                 identification.)
19         BY MR. DAVIS:
20     Q.   So page 3 of this document dates it in
21 May of 2008.
22     **A.   Yup.**

---

251

1      Q.   You'll see this is from a General Mills
2  visit to what appears to be Rembrandt, correct?
3      **A.   That's correct.**
4      Q.   And there's handwritten notes on this
5  document, "Animal welfare - VPC - USDA
6  verified/process verification," and it goes on.  I
7  think it gets cut off toward the next line.  Do you have
8  any idea what that's referring to?
9      **A.   Well, they could be notes on, you know,**
10 **discussion topics or points that Rembrandt had**
11 **mentioned as some of the things that are going on**
12 **in the industry.  So it could be an industry**
13 **update.  There's not enough here on that line to**
14 **say what the intent is.**
15     Q.   Were you part of this trip?
16     **A.   I was not part of this trip.  It doesn't**
17 **sound familiar.**
18     Q.   Does General Mills -- you can put that
19 aside.
20         Does General Mills take any animal
21 welfare standards into account when it makes egg
22 product procurement decisions?

---

252

1      **A.   No, we do not.**
2      Q.   So just to confirm, General Mills does
3  not take cage space into account?
4      **A.   No, it does not.**
5      Q.   Whether or not an egg producer molts its
6  hens?
7      **A.   No.**
8      Q.   Whether an egg producer backfills cages?
9      **A.   No.**
10     Q.   Whether an egg producer beak trims?
11     **A.   No.**
12     Q.   Whether hens are in cages or cage-free?
13     **A.   No.**
14     Q.   The ammonia levels that are used in hen
15 houses?
16     **A.   No.**
17     Q.   If you'd turn back to Exhibit 32 very
18 quickly, the last page --
19         MR. CAMPBELL:  He'd remember whether he
20 had to strip naked to go visit.
21         MR. DAVIS:  We'll find out.
22         MR. HUTCHINSON:  Maybe it was so

---

253

1  traumatic that he doesn't.
2         THE WITNESS:  Yeah.  I've repressed it.
3         BY MR. DAVIS:
4      Q.   Does this e-mail refresh your
5  recollection at all, the last page of this
6  document, as to whether or not you were part of
7  this trip?
8      **A.   You know this trip probably took place**
9  **during the transition between myself and Tiffany.**
10 **Tiffany was probably the organizer of it and I was**
11 **in transition mode.  I have visited Rembrandt at**
12 **other times but it was not with this group of**
13 **people.  So --**
14     Q.   During any of your visits with Rembrandt
15 do you recall any discussions about animal welfare
16 issues?
17     **A.   They -- you know, in my trips with**
18 **Rembrandt, they brought it up as these are topics**
19 **that are going on in the industry.  So -- but we**
20 **never went into detail during that trip.**
21     Q.   Well, they said that these are topics
22 that are going on.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                           August 13, 2013

65 (Pages 254 to 257)

---

254

1    A.   Mm-hmm.
2    Q.   And what about that?
3    A.   That animal welfare will be, you know,
4    something that could impact the industry and it's
5    something that they're closely watching, you know,
6    that could affect their operations.
7    Q.   I'll show you what's been marked as
8    Exhibit 33.
9              (Tran Exhibit 33 was
10                  marked for
11                  identification.)
12   BY MR. DAVIS:
13   Q.   This is an e-mail from Dave Rettig at
14   Rembrandt to you, September 23rd 2008.  Do you
15   recall receiving this e-mail?
16   A.   Yeah.
17   Q.   Do you know if -- why Dave Rettig wrote
18   this e-mail to you?  Was this in response to
19   something that you had asked him?
20   A.   No, it's not.  He wrote this e-mail in
21   response to publications, public publications about
22   collusion, and he was providing his thoughts.

---

255

1    Q.   So if you look at the first sentence it
2    starts out "From the outside the collusion idea
3    doesn't make a lot of sense to me in the industrial
4    segment."  Do you see that?
5    A.   Yeah.
6    Q.   And then he explains why that is.  Do
7    you agree with Mr. Rettig?
8    A.   Personally?  Or --
9    Q.   Personally.
10   A.   You know, I don't really have an
11   opinion.  That's his opinion on the subject.  I
12   don't have an opinion on that, on his point there.
13   Q.   So you have no reason to agree with his
14   opinion?
15   A.   Yeah.  I don't have any reason to agree
16   or disagree with his opinion at this time, of this
17   date.
18   Q.   How about as of this date, now, today?
19   A.   As of this date that's looking backwards
20   then, isn't it?
21   Q.   Sure.
22   A.   So, you know, I think that right now

---

256

1    the -- personally the case is still going on.  So
2    personally until there's a conclusion I don't have
3    an opinion.
4    Q.   So as of today you have no opinion on
5    whether or not the collusion idea makes any sense?
6    A.   Yeah.  Personally.
7    Q.   Okay.  And does General Mills have an
8    opinion on that?
9    A.   Other than what is alleged in the
10   complaint.  That's our opinion.
11   Q.   And do you think that -- does General
12   Mills' opinion as alleged in the complaint disagree
13   with Dave Rettig's idea that the collusion idea
14   doesn't make a lot of sense?
15   MR. CAMPBELL:  Objection.  He doesn't
16   know what Mr. Rettig meant by that.  But you can
17   answer that, Binh.
18   THE WITNESS:  Yeah.
19   A.   I don't know exactly what he's trying to
20   get at.  He's probably trying to make a point.  You
21   know, he certainly has his opinions.  But, you
22   know, those are his opinions.

---

257

1    BY MR. DAVIS:
2    Q.   Yes, they are.  And I'm asking whether
3    or not General Mills agrees or disagrees with his
4    opinion.
5    MR. CAMPBELL:  Asked and answered.
6    A.   We don't have an opinion on Dave
7    Rettig's comments here.
8    BY MR. DAVIS:
9    Q.   Okay.  If you look at the fifth
10   paragraph he says "I also think that the reduction
11   in birds per cage has been a major contributor to
12   price increases (along with grain prices), but that
13   was done largely at the behest of the retailers:
14   Wal-Marts, Albertsons, SuperValu, et cetera, to get
15   ahead of the animal welfare protestors."  Do you
16   see that?
17   A.   Yes.
18   Q.   And do you agree with his view that any
19   reduction in birds per cage was done largely at the
20   behest of retailers?
21   A.   I don't know if Waldbaum or Albertsons
22   or the retailers had asked or requested the

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

66 (Pages 258 to 261)

258

1  industry to reduce eggs -- you know, cage sizes. I
2  don't know what their strategies were or their
3  interactions were with the industry.
4      Q.    So General Mills is not aware of any
5  retailer advocating for an increase in cage space
6  allotted to egg-laying hens?
7      A.    No. We're not aware of any.
8      Q.    I'll show you what's been marked as
9  Exhibit 34.
10                    (Tran Exhibit 34 was
11                    marked for
12                    identification.)
13     BY MR. DAVIS:
14     Q.    Exhibit 34 is a letter that was produced
15  by General Mills on the letterhead of Harris
16  Teeter.
17     A.    You said that we produced this? Like we
18  wrote this letter?
19     Q.    No. Produced, meaning that it was
20  provided to defendants by General Mills.
21     A.    Oh, okay.
22     Q.    Are you familiar at all with this

259

1  letter?
2      MR. CAMPBELL: I'm going to object to
3  this. This is far outside the relevant time frame.
4  We've had this discussion. And I think it entirely
5  improper to ask about 2011 non-transactional
6  documents.
7      MR. DAVIS: Sure. So the witness
8  earlier testified that he --
9      MR. CAMPBELL: I'm going to let him
10  answer it, Evan. I'm just making an objection.
11     MR. DAVIS: Certainly. I disagree with
12  your objection.
13     MR. CAMPBELL: What's the question
14  again, Jon? Would you read it back?
15                    (Whereupon, the requested portion of
16  testimony was read back by the reporter.)
17     A.    Personally, I'm not familiar with the
18  letter.
19     BY MR. DAVIS:
20     Q.    And was it your testimony earlier that
21  General Mills was not aware of any retailers of its
22  products advocating for General Mills to use

260

1  cage-free eggs?
2      A.    Yes.
3      Q.    And does this letter revise your
4  testimony?
5      MR. CAMPBELL: I think his testimony was
6  he was not aware.
7      MR. DAVIS: His testimony was what it
8  was.
9      BY MR. DAVIS:
10     Q.    But what is your testimony now?
11     A.    Well, in 2011 if Harris Teeter is a
12  customer of General Mills then certainly in 2011
13  there is a request to look at using cage-free eggs.
14     Q.    Now, you testified that General Mills
15  has not in fact started to source cage-free eggs;
16  is that correct?
17     A.    We started exploring it. This year we
18  will be buying some of that. In 2013.
19     Q.    How much?
20     A.    It's about a million eggs or so.
21     Q.    Does General Mills intend to revise its
22  website before that point in time to correct what

261

1  you earlier described as an inaccurate statement?
2      A.    Yeah. If we're behind on our schedules
3  then, yeah, we would take a look at that.
4      Q.    Do you know if General Mills has made
5  that statement in any other public forums?
6      A.    I'm not aware of it.
7      Q.    Is general Mills is publicly traded
8  company?
9      A.    Yes, we are.
10     Q.    Do you know if General Mills has made
11  that statement in any documents filed with the
12  Securities and Exchange Commission?
13     A.    I'm not aware of any.
14     Q.    Why is the procurement of cage-free eggs
15  something that General Mills promotes?
16     MR. CAMPBELL: Object to the form. He
17  didn't testify that they promoted them.
18     A.    Can I clarify your answer, or your
19  question?
20     BY MR. DAVIS:
21     Q.    Why is the procurement of cage-free eggs
22  something that General Mills advertises?

HIGHLY CONFIDENTIAL

Tran, Binh K.                                         August 13, 2013

67 (Pages 262 to 265)

---

262

1      A.   We don't advertise cage-free on our
2   products.
3      Q.   On your website.
4      A.   Okay.  So on our website, you know, why
5   are we talking about cage-free, buying cage-free
6   eggs --
7      Q.   Yes.
8      A.   -- in our -- and why do we?
9          Because recently, as of the last few
10  years, you know, there's certainly more chatter out
11  there about, you know, humane treatment and
12  cage-free.  So we're doing that in response
13  recent -- as of the last year or so, recent
14  consumer interest.
15     Q.   Interest by individual consumers?
16     A.   Yeah.  Consumers, customers.
17     Q.   And any animal welfare advocacy
18  organizations?
19     A.   Certainly they have an interest in it
20  and their population is part of our customer base.
21     Q.   How about the Humane Society of the
22  United States?  Have they ever expressed to General

---

263

1   Mills a desire for General Mills to source
2   cage-free eggs?
3      A.   They have not -- I haven't seen anything
4   that had them requesting us source that.
5      Q.   Is General Mills aware of actions by the
6   Humane Society of the United States to push for
7   other food companies to source cage-free eggs?
8      A.   You know, I -- no.  I'm not aware of it.
9      Q.   I'll show you what's been marked as
10  Exhibit 35.
11              (Tran Exhibit 35 was
12              marked for
13              identification.)
14     BY MR. DAVIS:
15     Q.   Do you recognize this document?
16     A.   I haven't seen this document.
17     Q.   If you look on the first page, the
18  second paragraph, it says that "The Humane Society
19  of the United States has threatened to bring a
20  shareholder resolution against General Mills
21  repeating the threat it made in 2010."
22     MR. CAMPBELL:  Again, I object to any

---

264

1   line of question post December 31st 2008.
2      MR. DAVIS:  Your objection is noted.
3      MR. CAMPBELL:  It's totally irrelevant.
4      BY MR. DAVIS:
5      Q.   Are you aware of any such shareholder
6   resolution that has been brought or threatened to
7   have been brought by the Humane Society?
8      A.   I don't know of any.
9      Q.   Is the company aware of any?
10     A.   I haven't heard of any, but --
11     Q.   Do you know who created this document?
12     A.   I don't know.
13     Q.   Do you see under cage-free economics it
14  says the "Biggest factor in cost premium is hen
15  density"?
16     A.   Yup.
17     Q.   Do you understand what that means?
18     A.   Yeah.  It's the number of hens in a
19  given area.
20     Q.   And how would that affect -- or how
21  would that be the biggest factor in cost premium?
22     A.   Based on what it says here, you know,

---

265

1   your density -- your density would be related to
2   how much output that you can get in a given area.
3      Q.   So the lesser density the lesser output
4   for that given area; is that right?
5      A.   That's correct.
6      Q.   You can put that document aside.  Is
7   General Mills opposed to sourcing cage-free eggs?
8      MR. CAMPBELL:  I'm going to object to
9   that.  He just testified they're exploring it.
10     A.   No.  General Mills is not opposed to
11  sourcing.
12     Q.   And cage-free eggs are more expensive
13  than eggs laid by caged hens; is that right?
14     A.   That's correct.
15     Q.   And General Mills is willing to pay a
16  cost premium or a price premium, rather, for those
17  cage-free eggs?
18     A.   Yes, we are.  As of recently.
19     Q.   Yes.
20         Did General Mills look into a licensing
21  agreement for Betty Crocker eggs?
22     MR. CAMPBELL:  I object to the form of

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

68 (Pages 266 to 269)

266

the question.

A.   Yeah.  General Mills did not go out to the market to actively explore it, licensing opportunities.

BY MR. DAVIS:

Q.   Did General Mills discuss such a licensing opportunity?

A.   General Mills was approached and -- approached by an outside company to look at it.

Q.   When did this occur?

A.   Several years ago.  2010 I think that there was some discussion.

Q.   I'll show you what's been marked as Exhibit 36.

(Tran Exhibit 36 was marked for identification.)

BY MR. DAVIS:

Q.   Now, this is the form that this document was produced by General Mills, but it looks like the cover page is in fact on page 2.  Do you have any knowledge of discussions involving trademark

267

licensing recommendation for Betty Crocker premium eggs in 2005?

A.   Just general.

Q.   And what's the extent of your knowledge on those discussions?

A.   That there was some discussions on the potential for licensing our Betty Crocker name to a producer to sell eggs.

Q.   If you turn to page 3 the first bullet point defines what it calls "the premium egg category."  Do you see that?

A.   Yes.

Q.   And it defines it as eggs with a price premium greater than the 25 percent of standard eggs.  Do you see that?

A.   Yup.

Q.   And it gives several examples, one of which is animal welfare.  Do you see that?

A.   Yes.

Q.   Do you know what's meant by animal welfare?

A.   Animal welfare could be hormone free,

268

cage-free, antibiotic free, you know, all those things.

Q.   Could it include giving a hen a certain minimum amount of cage space?

MR. CAMPBELL:  Objection, lack of foundation.

A.   I think that I haven't seen -- I haven't seen cage space necessarily defined in -- when it comes to premium standard eggs.

BY MR. DAVIS:

Q.   Well, animal welfare is one of the things that could make an egg be considered premium; is that right?

A.   That's right.

Q.   And that would include eggs that are produced by hens who meet certain criteria, animal welfare criteria, that are developed by scientists?

MR. CAMPBELL:  Objection for lack of foundation.

A.   You know, the response would be what I've seen as what has been marketed as premium in the shelves as it pertains to animal welfare are

269

things like cage-free.  That would be really the only reference that I've seen out there that would qualify as a premium egg.

BY MR. DAVIS:

Q.   Was that true in 2005?

A.   In 2005?  You know, I guess I can't really speak to 2005 because we didn't watch, you know, the standard egg or premium egg markets to understand what is offerings out there.

Q.   But you included animal welfare eggs in the premium egg market; is that right?

A.   In 2000 -- yeah, in 2005, you know, that was there, yes.

Q.   Okay.  I'll show you what's been marked as Exhibit 37.

(Tran Exhibit 37 was marked for identification.)

BY MR. DAVIS:

Q.   Exhibit 37 also refers to the potential for Betty Crocker eggs.  And if you look down at the bottom it appears that this is also from the

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

69 (Pages 270 to 273)

---

270

1  2005 time frame. Do you have any reason to suspect
2  otherwise?
3      A.   It would show the growth rate in units
4  sold at that time. Yeah.
5      Q.   And the first sentence reads "The
6  premium egg segment of the fresh shelled egg
7  category is comprised of specialty eggs which are
8  produced for a particular appeal, i.e., organic,
9  nutritional, animal welfare, et cetera, plus all
10 other eggs sold at premium prices," which it
11 defines as "greater than 25 percent per egg than
12 standard grade private label eggs." Do you see
13 that?
14     A.   Yeah.
15     Q.   And so this document also includes
16 animal welfare eggs as premium eggs, correct?
17     A.   Yup.
18     Q.   And it distinguishes animal welfare eggs
19 from standard grade private label eggs; is that
20 right?
21     A.   As it pertains to shell eggs, yes.
22     Q.   And it says "Until a few years ago the

---

271

1  premium egg segment was almost nonexistent"; is
2  that right?
3      A.   According to this document.
4      Q.   And are you aware of when the UEP
5  certified program began?
6      A.   It was in one of the exhibits, but --
7  what was it? 2004? 2003?
8      Q.   So is it fair to say that it was a few
9  years prior to when this document issued?
10     A.   That UEP created a standard?
11     Q.   A certified program --
12     A.   Yeah.
13     Q.   -- for animal welfare eggs?
14     A.   That's correct.
15     Q.   You can put that aside. I'll show you
16 what's been marked as Exhibit 38.
17                  (Tran Exhibit 38 was
18                   marked for
19                   identification.)
20         BY MR. DAVIS:
21     Q.   Exhibit 38 appears to be a meeting
22 invitation from Gregg Dorazio.

---

272

1      A.   Yes.
2      Q.   Who's Gregg Dorazio?
3      A.   He was a licensing person in General
4  Mills.
5      Q.   And does he have involvement with animal
6  welfare issues?
7      A.   He was responsible for licensing,
8  external licensing, of our brands. He would not be
9  responsible for animal welfare.
10     Q.   So now down at the bottom in the "to"
11 line, who is Cass Wade-Kudla?
12     A.   Cass Wade-Kudla is a quality and
13 regulatory manager.
14     Q.   With any responsibility for animal
15 welfare issues?
16     A.   She would have -- at this time she was
17 in licensing. So she was a quality manager in our
18 licensing group and she wouldn't have
19 responsibility for that.
20     Q.   How about since that time?
21     A.   Now? Right now? She wouldn't have any
22 responsibility for it either.

---

273

1      Q.   At any point in time? You made the
2  limitation as to at that time, so I'm just
3  clarifying.
4      A.   Yeah. No. She wouldn't have that.
5      Q.   Who is John Luedke?
6      A.   John Luedke is in our legal group. He's
7  one of our lawyers.
8      Q.   And the same is true for Ravi
9  Ramalingam?
10     A.   Ramalingham, yes.
11     Q.   Who's Brent Robbins?
12     A.   He is also in our legal group.
13     Q.   And then Bob Klein and Jim Dowd are both
14 with Affinity Marketing; is that right?
15     A.   I don't know them, but if you say
16 they're with Affinity Marketing, I guess so.
17     Q.   You don't know who they are?
18     A.   I don't know who they are.
19     Q.   Who is Linc Davis?
20     A.   Linc Davis was a manager in our
21 licensing group.
22     Q.   Did he have any responsibility for

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

70 (Pages 274 to 277)

274

1  animal welfare issues?
2      A.   No, he didn't.
3      Q.   At the top this e-mail mentions
4  responsible sourcing.  Do you see that?
5      A.   Yup.
6      Q.   What is responsible sourcing?
7      A.   Responsible sourcing was -- well, what
8  responsible sourcing is is are we taking into
9  account sustainability, environmental, social
10 aspects in how we do business.
11     Q.   And that includes animal welfare?
12     A.   Yes, it could.
13     Q.   How many people are involved in
14 responsible sourcing?
15     A.   Right around 2010 -- yeah, right around
16 2010 there was a centralized group.  And right now
17 I believe there is -- one, two -- maybe five or six
18 people that are involved.
19     Q.   When did responsible sourcing begin?
20     A.   The group -- we call them the
21 sustainability and social responsibility.  That
22 group began in 2010.

275

1      Q.   And why did it begin?
2      A.   It began because General Mills started
3  seeing more interest and more activities as it
4  pertained to special interest groups and the need
5  to be ahead of issues out there as it pertained to
6  the environment, sustainability and social aspects.
7      Q.   And animal welfare?
8      A.   And animal welfare.
9      Q.   Are there any other internal efforts at
10 General Mills that pertain to animal welfare?
11         MR. CAMPBELL:  By other you mean outside
12 of responsible sourcing?
13         MR. DAVIS:  Yes.
14     A.   Is there other individuals?  Are you --
15         BY MR. DAVIS:
16     Q.   Well, first let's say are there other
17 groups.
18     A.   The groups -- the groups that
19 sustainable or sustainability would touch would be
20 the buying community.
21     Q.   So General Mills has a responsible
22 sourcing collection of people?

276

1      A.   Correct.
2      Q.   That deals in part with animal welfare
3  issues?
4      A.   That's correct.
5      Q.   Does General Mills have any other
6  collections of people that deal at least in part
7  with animal welfare issues?
8      A.   No.
9      Q.   Does General Mills have any individuals
10 who are not part of responsible sourcing who deal
11 with animal welfare issues?
12     A.   It would be the individual buyers then.
13 If there is an issue within their category they
14 would get involved with the sustainability group.
15     Q.   So General Mills has no other -- no
16 committees that deal with animal welfare issues
17 other than responsible sourcing?
18     A.   That's correct.
19     Q.   Or any working groups that deal with
20 these issues or look into these issues?
21     A.   That's correct.
22     Q.   Okay.  At the bottom of Exhibit 38 it

277

1  says that "An expert from United Egg Producers will
2  be here to update us on trends in the egg
3  industry," and it goes on to define that as
4  including animal welfare.  Do you see that?
5      A.   Yup.
6      Q.   Do you know if that expert from United
7  Egg Producers was Gene Gregory?
8      A.   I don't know.
9      Q.   Have you spoken to any of the attendees
10 of this meeting in preparation for your deposition
11 today?
12     A.   I have talked to Gregg Dorazio for a
13 little bit to ask him about, you know, his
14 licensing experience.
15     Q.   Did you ask him anything specific to
16 this meeting?
17     A.   I asked him what was discussed in the
18 meeting and what he got out of it.  It was, you
19 know, it was very basic.
20     Q.   What was discussed in this meeting?
21     A.   It was just general -- you know, just
22 general market and industry and product messaging

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

71 (Pages 278 to 281)

---

278

1  educational points that they went through.
2      Q.   I'll show you what's been marked as
3  Exhibit 39.
4                  (Tran Exhibit 39 was
5                  marked for
6                  identification.)
7      BY MR. DAVIS:
8      Q.   Do you recognize this document?
9      A.   I have not seen this document.
10     Q.   Do you know if this document was
11 discussed at all in the meeting that was referenced
12 on Exhibit 38?
13     A.   I can't tell for sure.
14     Q.   If you turn to page 2 of the document
15 this says an "evaluation of egg production systems
16 for General Mills."  Do you see that?
17     A.   Yes.
18     Q.   And I'm sorry.  If you flip back to the
19 front, "Evaluation of cage versus cage-free egg
20 production."  Do you see that?
21     A.   Yes.
22     Q.   Do you know if that was a topic that was

---

279

1  discussed at the meeting in 2010?
2      A.   Yeah.  From an educational standpoint,
3  you know, what are the specifics between cage and
4  cage-free and what are -- what it means.  They were
5  discussion topics with Gregg.
6      Q.   In the second paragraph it says "We have
7  anticipated that the Humane Society of the U.S.
8  (HSUS) has provided information and encouragement
9  that General Mills share all or a share of their
10 eggs from cage-free farms."  Do you see that?
11     A.   Yes.
12     Q.   Is that accurate?
13     A.   This is UEP.  And the point there is
14 that they anticipate.  So it --
15     Q.   Did that ultimately come to pass?
16     A.   That the Humane Society encouraged us to
17 source eggs?
18     Q.   To source all or a share of your eggs
19 from cage-free farms.
20     A.   They have certainly inquired about it.
21     Q.   And they may have even -- or another
22 document suggests that they threatened a

---

280

1  shareholder proposal?
2      A.   Yeah.  The other document, yeah, said
3  something to that effect.
4      Q.   And you have no reason to think that
5  that was incorrect, right?
6      A.   Yeah.
7      Q.   If you move over to the second page, the
8  fourth -- I'm sorry.  The third page of the
9  document, the second page of this letter --
10     A.   Mm-hmm.
11     Q.   -- the paragraph that starts "the
12 problem with HSUS"?
13     A.   Yup.
14     Q.   "The problem was HSUS is that they only
15 focus upon an unidentified space per bird and only
16 support cage-free housing.  We believe there are
17 many other important factors to animal welfare as
18 you will find in our animal husbandry guidelines."
19 Do you see that?
20     A.   Yup.
21     Q.   Does General Mills have any view or
22 whether there are other important factors to animal

---

281

1  welfare besides space per bird and cage-free
2  housing?
3      MR. DAVIS:  Objection as to form because
4  it presumes that they have an interest in the first
5  two things, which he says they don't.
6      A.   So is your question pertaining to our
7  purchases of raw materials?
8      BY MR. DAVIS:
9      Q.   My question is pertaining to General
10 Mills' viewpoint as a corporate citizen.
11     A.   Can you ask your -- can you ask your
12 question again and clarify that?
13     Q.   Does General Mills agree that there are
14 other important factors to animal welfare other
15 than space per bird and the existence of cage-free
16 housing, animal welfare for egg-laying hens?
17     A.   You know, we believe that, you know,
18 currently animal welfare and the various components
19 that make up good animal welfare are important
20 factors, are important factors to the public.  And
21 as human beings we believe that.
22     Q.   And those components to animal welfare

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

72 (Pages 282 to 285)

---

282

for egg-laying hens include the cage space that's
allotted to caged hens; is that correct?
    A.   You know, it would include the handling,
the husbandry practices and the life cycle
management of the eggs, or the birds.
    Q.   And does it include the cage space
that's allotted to hens?
    A.   That could be a factor.
    Q.   Yes, it does include that?
    A.   Yes.
    Q.   I'll show you what's been marked as
Exhibit 40.
                (Tran Exhibit 40 was
                marked for
                identification.)
        BY MR. DAVIS:
    Q.   Do you recognize Exhibit 40?
    A.   No.  I haven't seen this.
    Q.   Exhibit 40 also relates to the
discussion about Betty Crocker premium eggs.  And
if you look at the bottom under next steps it says
"facility approval."  Do you see that?

---

283

    A.   Yup.
    Q.   And this says that Cass Wade-Kudla is to
review any facility profile for the selected
distributor; is that right?
    A.   That's what this document says.
    Q.   And it goes on to say "Provide
documentation showing distributor's UEP animal
welfare certification and results of recent monthly
self audits and yearly USDA/independent audit."  Do
you see that?
    A.   Yup.
    Q.   Was it contemplated that the distributor
for any eggs that General Mills would use as Betty
Crocker premium eggs would be a UEP certified
producer?
    A.   You know, that could have been part of
the due diligence as they were exploring this
opportunity.
    Q.   Well, this shows General Mills
specifically was planning to require that eggs used
as Betty Crocker premium eggs be UEP certified; is
that right?

---

284

    A.   Well, I think this document says that we
would like to see it.  But it's --
    Q.   You'd like to see documentation proving
it?
    A.   Right.
    Q.   So clearly it -- it's a requirement if
they want documentation that proves it, right?
    A.   Well, it's asking to see it.  I don't
know if ultimately the program meant that or the
due diligence of the program meant that that would
be a requirement.  So, you know, as it pertains to
premium eggs we obviously didn't move forward with
this proposal.  So anything that -- you know, these
documentation are all part of due diligence and
exploratory work.
    Q.   Why was Cass Wade-Kudla put in charge of
this component?
    A.   Because she was the quality manager for
licensing group.
    Q.   And so would she more so than anyone
else involved with this project have been
responsible for discussions involving any

---

285

requirement that Betty Crocker premium eggs be UEP
certified?
    A.   Not necessarily.  So for -- you know,
she could be the point person from a quality and
regulatory standpoint which would then get somebody
else involved.  So that somebody else to do the
facilities audit could have been an ingredient
quality manager versus a licensing manager.
    Q.   But in terms of the decision point as to
whether or not Betty Crocker premium eggs that were
sourced by General Mills would need to be UEP
certified, who would be involved in that decision?
    A.   As part of the due diligence it would
depend -- it would be more than just Cass
Wade-Kudla.  It would be a marketing person and the
sales person that would also be involved in that to
understand is there an actual market.
    Q.   And can you identify who those
individuals are?
    A.   No.  Not out of this proposal because
this is purely due diligence and exploratory work.
    Q.   I'm saying aside from this proposal --

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

73 (Pages 286 to 289)

---

286

1   A.   Yeah.
2   Q.   -- this was obviously something that was
3   discussed --
4   A.   Right.
5   Q.   -- UEP certified eggs?
6   A.   Mm-hmm.
7   Q.   We know that Cass Wade-Kudla was one of
8   the people involved in that discussion about that
9   document, correct?
10  A.   Right.
11  Q.   And I'm saying who else by name was
12  involved in that discussion?
13  A.   Well, in this discussion through the due
14  diligence it would be Cass Wade.
15  Q.   And you're not aware of anyone else?
16  A.   No.  Nobody else other than the people
17  that were in that meeting invite.  There was no raw
18  material ingredient managers.  There was no raw
19  material sourcing people involved or --
20  Q.   So who would be the best person to ask
21  about what considerations were made in terms of
22  whether UEP certified was going to be a requirement

---

287

1   for eggs that would become Betty Crocker premium
2   eggs?
3   A.   If it was going to be a requirement out
4   of this proposal?
5   Q.   Yes.
6   A.   You know, I'd probably say, you know,
7   Gregg Dorazio would probably be that person.
8   Q.   Not Cass Wade-Kudla?
9   A.   No.  Probably not.
10  Q.   Why not?
11  A.   Because it is dependent on -- it is
12  dependent on do we have a -- do we have a good
13  enough value proposition on the licensing side to
14  decide if we're going to move forward and how does
15  that licensing arrangement look like and the
16  product and how it interacts with our brands.
17  Q.   So the decision point on whether to
18  source UEP certified eggs would be from a marketing
19  perspective?
20  A.   Yes.  It's more on a product and
21  marketing.
22  Q.   And how that the sourcing of UEP

---

288

1   certified eggs may help to drive consumer demand
2   for the eggs?
3   A.   Correct.
4   Q.   That would be General Mills'
5   consideration?
6   A.   That's correct.
7   Q.   I'll show you what's been marked as
8   Exhibit 41.
9               (Tran Exhibit 41 was
10              marked for
11              identification.)
12  BY MR. DAVIS:
13  Q.   Do you recognize this document?
14  A.   Nope.  It's an e-mail between Cass and
15  Gregg.
16  Q.   So the e-mail from Gregg at the bottom
17  says "Can you take a look at Bob's question about
18  audit?"  Do you see that?
19  A.   Mm-hmm.
20  Q.   Do you know who Bob is that he's
21  referring to?
22  A.   I don't know who Bob is.

---

289

1   Q.   And then Cass writes back "We would not
2   inspect every single producer.  However, we will
3   most likely audit some."  She goes on.
4       Do you know what audit this was
5   referring to?
6   A.   I don't know what audit, you know, that
7   they're talking about.  Is it a licensing audit or
8   is it a facilities audit.  I'm not sure.
9   Q.   What would the purpose of an audit be?
10  MR. CAMPBELL:  Objection, lack of
11  foundation.
12  A.   What kind of audit?  What kind of audit
13  are you asking for?
14  BY MR. DAVIS:
15  Q.   A facilities audit.
16  A.   So what -- so can you ask your -- can
17  you clarify your question?
18  Q.   What would the purpose be to General
19  Mills of auditing --
20  A.   A facility?
21  Q.   -- a facility?
22  A.   The purpose of auditing a facility is to

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

74 (Pages 290 to 293)

---

290

1   ensure that they have the right manufacturing
2   practices, you know, and are -- would they be --
3   would they be a viable supplier and can they pass
4   the quality regulations to be a viable supplier.
5       Q.   Who is Jerry Lynch?
6       A.   Jerry Lynch is our chief sustainability
7   officer.
8       Q.   And does he have any involvement with
9   animal welfare issues?
10      A.   Yes, he does.
11      Q.   What is his involvement?
12      A.   He is in our sustainability and social
13  responsibility group that handles matters regarding
14  sustainability, environmental, social, animal.
15      Q.   When you say the sustainability and
16  social responsibility group, that's synonymous with
17  responsible sourcing?
18      A.   Yes.
19      Q.   Can you tell me who is in that group?
20      A.   It is Jerry Lynch, Steve Peterson, Amy
21  Omman.  Those are the main players in it now.
22      Q.   Is there anyone else?

---

291

1       A.   No.
2       Q.   Is there anyone else who was in it
3   previously?
4       A.   No.  The group was just formed in 2010.
5       Q.   And it's only ever had three members?
6       A.   Since the formation, yes.
7       Q.   Do they all share equal responsibility
8   for animal welfare issues?
9       A.   Yes.  All three of them share
10  responsibility across all of those issues.
11      Q.   Including animal welfare as it pertains
12  to egg-laying hens?
13      A.   Yes.
14      Q.   How do you spell Amy's last name?
15      A.   O-m-a-n-n.
16      Q.   Did General Mills have any contact with
17  any federal or state law enforcement official in
18  connection with any investigation of possible
19  antitrust violations regarding any alleged
20  agreement to reduce the supply of eggs or egg
21  products?
22      A.   I don't know of any.  No.

---

292

1       Q.   The answer is no?
2       A.   No.
3            MR. DAVIS:  Why don't we take a short
4   five minute break?
5            MR. CAMPBELL:  Sure.
6            THE VIDEOGRAPHER:  We're going off the
7   record at 4:23 p.m.
8            (Whereupon, a recess was taken from 4:23
9   p.m to 4:38 p.m.)
10               (Tran Exhibit 42 was
11               marked for
12               identification.)
13           THE VIDEOGRAPHER:  This is video number
14  6 in the deposition of Binh Tran taken on August
15  13th 2013.  The time now is 4:38 p.m.
16           BY MR. DAVIS:
17      Q.   Mr. Tran, I've been handed what's been
18  marked as Exhibit 42.  Do you recognize this
19  document?
20           MR. CAMPBELL:  I object to any questions
21  on these documents post 2008.  Can I have a
22  standing objection on that, Evan?

---

293

1            MR. DAVIS:  Certainly.
2            MR. CAMPBELL:  Okay.  You may answer the
3   question.
4       A.   Yeah.  It looks like a presentation on
5   eggs.
6            BY MR. DAVIS:
7       Q.   It's called "Egg category strategy:
8   putting all our eggs in one basket."  Right?
9       A.   Yup.
10      Q.   If you turn to page 12 of the
11  document --
12      A.   It goes 11 and then 13.
13           MR. CAMPBELL:  Mine does as well.  Hold
14  up a page.  Maybe it's just a miss --
15           MR. DAVIS:  It looks like these copies
16  are missing pages.  Can we swap
17  out the exhibit?  Do you have any objection?
18           MR. CAMPBELL:  Sure.
19           BY MR. DAVIS:
20      Q.   I apologize for that.  If you'd turn to
21  page 12 --
22      A.   Yes.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

75 (Pages 294 to 297)

294

1    Q.   -- there's a slide called "Macro/micro
2  economic factors, impact to eggs."  Do you see
3  that?
4    A.   Yup.
5    Q.   And one of these boxes reads "Industry
6  fragmented around" --
7    MR. CAMPBELL:  Wait a minute, Evan.  I'm
8  sorry.  I still don't have a page 12.
9    MR. HUTCHINSON:  Do you have the old
10  one?
11    MS. ANSARI:  It's the one you handed us.
12  We have -- I think we have the old ones.
13    MR. HUTCHINSON:  I think Dick has the --
14    MS. ANSARI:  No.  That one is still --
15    MR. CAMPBELL:  No.  This one doesn't
16  have a 12.
17    MR. HUTCHINSON:  Okay.
18    MR. CAMPBELL:  We don't have that, Troy.
19    MS. ANSARI:  Oh, no.  That's historical
20  HMM?  Was that the --
21    MR. CAMPBELL:  But this says page 11.
22    MR. HUTCHINSON:  This one has a page 12.

295

1  All right.  So here is one with page 12.
2    MR. CAMPBELL:  Do you have a page 12?
3    THE WITNESS:  I do on this one.
4    MR. CAMPBELL:  Okay.
5    MR. HUTCHINSON:  But that's an old one,
6  Dick.
7    MR. CAMPBELL:  This is an old one?
8    MR. HUTCHINSON:  Yeah.  Throw that one
9  away.  I think I gave you that when you were --
10  that one has 12, right, now?
11    MS. ANSARI:  No.
12    MR. HUTCHINSON:  Okay.
13    MR. DAVIS:  So you have page 12 on your
14  copy?
15    MR. CAMPBELL:  Yeah.  Go ahead, Evan.
16  BY MR. CAMPBELL:
17    Q.   So do you see the box that reads
18  "Industry fragmented around standards and
19  go-forward strategies leading to lack of measurable
20  expansion"?
21    A.   Yes.
22    Q.   Why would an industry that's fragmented

296

1  around standards lead to a lack of measurable
2  expansion?
3    A.   Well, if you don't have standards or
4  go-forward strategies, you know, your industry is
5  basically directionless so why would you invest
6  in -- why would you invest to go nowhere.  You want
7  to have a good strategy or plan.
8    Q.   So industry standards are important for
9  expansion of the industry?
10    A.   Well, as it states here, "industry
11  standards and go-forward strategies."
12    Q.   Right.  They are each important?
13    A.   They are both important, yes.
14    Q.   And so one of the things that's
15  important for industry expansion is industry
16  standards; is that right?
17    A.   It's one of them.
18    Q.   Yes.
19    A.   Yeah.
20    Q.   And you said because it gives a certain
21  measure of predictability?
22    A.   Yeah.  Predictability is one factor.

297

1    Q.   Why else?
2    A.   Why --
3    Q.   Are they important?
4    A.   Why else are standards and go-forward
5  strategies?
6    Q.   Specifically standards.
7    A.   Why are standards important?  Because if
8  you -- well, if you don't have standards then you
9  don't know what the rules of the game are.
10    Q.   And so why is that important to know in
11  order to have industry expansion?
12    A.   Because if your rules ultimately change
13  then you could be left with an asset base or a --
14  you know, or a product that can't be sold.
15    Q.   If you turn to the next page, page 13,
16  on the top slide in the middle box it reads -- and
17  I know it's difficult to read.  "No one is
18  currently adding capacity due to lack of clarity on
19  standards and high feed costs."  Do you see that?
20    A.   Yes.
21    Q.   So is it General Mills' view that in the
22  further processed egg industry a reluctance to add

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

76 (Pages 298 to 301)

---

**298**

1  capacity was due to a lack of clarity on standards.
2  **A. Well, as it states here, it's a lack of**
3  **standards and high feed.**
4  Q. Both of those two things contribute --
5  A. To a lack of expansion.
6  Q. You can put that document aside.
7  MR. DAVIS: Mr. Tran, I believe that I'm
8  done with my questioning of you for the day. I'll
9  turn this over to Mr. Hutchinson who I believe has
10  a few questions for you.
11  THE WITNESS: Okay.
12  MR. HUTCHINSON: Do you want to just
13  switch seats?
14  MR. DAVIS: Sure.
15  MR. CAMPBELL: Where are we, Dean?
16  THE VIDEOGRAPHER: Six hours, sixteen
17  minutes.
18  MR. HUTCHINSON: So I have 45 minutes.
19  44 minutes. I will try not to use the entirety of
20  that 45 minutes. Everyone ready? We're on?
21  THE VIDEOGRAPHER: Yes.
22  EXAMINATION BY COUNSEL FOR THE DEFENDANT

---

**299**

1          SPARBOE FARMS
2  BY MR. HUTCHINSON:
3  Q. Mr. Tran, I'm Troy Hutchinson. We met
4  earlier?
5  A. Yup.
6  Q. I represent Sparboe Farms --
7  A. Yup.
8  Q. -- one of the egg suppliers that General
9  Mills has sued. I want to ask you again about
10  General Mills' allegations against my client and
11  the other egg producers.
12  A. Okay.
13  Q. Why did General Mills sue my client,
14  Sparboe Farms?
15  MR. CAMPBELL: Object to the extent it
16  calls for communications with counsel. Do you have
17  any knowledge outside of communications with us?
18  **A. I don't have any knowledge outside of**
19  **communication with counsel and what's filed in the**
20  **complaint.**
21  BY MR. HUTCHINSON:
22  Q. Well, let's focus on what's filed in the

---

**300**

1  complaint. What's your understanding of the
2  allegations in the complaint?
3  **A. Is there something specific in the**
4  **complaint that you want to touch on? Or can you**
5  **refine your question?**
6  Q. No. What's your understanding -- I
7  mean, General Mills has sued my client, Sparboe
8  Farms.
9  **A. Correct.**
10  Q. Do you have any understanding of the
11  basis for those claims?
12  MR. CAMPBELL: Against Sparboe, you
13  mean?
14  MR. HUTCHINSON: Yes.
15  **A. The complaint talks about price fixing**
16  **in the egg industry between the periods before**
17  **2008.**
18  Q. And it's your understanding that Sparboe
19  Farms conspired to fix prices?
20  **A. Yeah. They're mentioned in the**
21  **complaint.**
22  Q. Okay. And what evidence is there to

---

**301**

1  suggest that Sparboe Farms got together with other
2  egg producers to fix prices?
3  MR. CAMPBELL: Objection on the ground
4  that if he has any evidence or knowledge of
5  evidence other than communications with counsel, he
6  can give the answer. But if not then I instruct
7  him not to answer.
8  **A. Other than what has been discussed with**
9  **counsel, that's what I would have.**
10  BY MR. HUTCHINSON:
11  Q. Is it your understanding that the egg
12  producers enacted animal welfare standards?
13  **A. Can you refine your question?**
14  Q. Is your understanding of the complaint
15  that Sparboe Farms and other egg producers created
16  animal welfare standards? Is that alleged in the
17  complaint?
18  **A. It's mentioned in the complaint that**
19  **animal welfare -- animal welfare practices were**
20  **impacted by suppliers.**
21  Q. And is it alleged that those animal
22  welfare standards were part of a scheme to reduce

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

77 (Pages 302 to 305)

302

1  the supply of eggs?
2      A.   Correct.
3      Q.   And do you find that to be a plausible
4  argument?
5      A.   Me personally or from a company -- are
6  you asking for an opinion?
7      Q.   I'm asking you as the representative for
8  General Mills if you find that argument to be
9  plausible.
10     A.   Well, you know -- I guess, you know, you
11 can look at the complaint and that's really what
12 our opinion is.
13     Q.   But General Mills has animal welfare
14 policies, right?
15         MR. CAMPBELL:  Objection.  General Mills
16 did not have animal welfare policies during the
17 relevant period.
18     A.   So during the period of the complaint
19 General Mills did not have any policies on animal
20 welfare.
21     Q.   So in 2005 General Mills had no policies
22 on animal welfare?  That's your position?

303

1      A.   No, we did not, as it pertains to the
2  purchases of eggs.
3              (Tran Exhibit 43 was
4              marked for
5              identification.)
6        BY MR. HUTCHINSON:
7      Q.   Mr. Tran, I'm handing you what's been
8  marked as Exhibit 43.  Have you ever seen this
9  document?
10     A.   I have not.
11     Q.   In preparing for your testimony today
12 did you have any conversations with Bob Klein?
13     A.   I have not.
14     Q.   Did you have any conversations with Jim
15 Dowd?
16     A.   No, I have not.
17     Q.   Did you have any conversations with
18 anyone at Affinity Marketing?
19     A.   No.
20     Q.   Did you have any conversations with
21 Galen Hersey?
22     A.   I did not.

304

1      Q.   Did you have any conversations with
2  anyone to whom Galen Hersey reported?
3      A.   No, I did not.
4      Q.   And do you know who Galen Hersey is?
5      A.   I know of him.
6      Q.   And who is Galen Hersey?
7      A.   He was in our licensing group.
8      Q.   He was an employee of General Mills?
9      A.   Yeah.  An ex-employee.
10         MR. CAMPBELL:  I'm sorry, Troy.  What
11 number is this?
12         MR. HUTCHINSON:  Exhibit 43.
13         MR. CAMPBELL:  Thank you.
14         BY MR. HUTCHINSON:
15     Q.   And if you can look down at the second
16 paragraph --
17     A.   Mm-hmm.
18     Q.   -- it states that "All egg farmers
19 producing Betty Crocker brand eggs will be required
20 to be certified to meet these animal welfare
21 requirements."
22     A.   The second paragraph --

305

1         MR. CAMPBELL:  It's the last sentence.
2         THE WITNESS:  Oh.  Okay.
3         MR. CAMPBELL:  I object on the ground
4  that your question assumes that this is a General
5  Mills document.  It's not a General Mills document.
6         BY MR. HUTCHINSON:
7      Q.   You see that statement there, that "All
8  egg farmers producing Betty Crocker brand eggs will
9  be required to be certified to meet these animal
10 welfare requirements"?
11     A.   You know, I acknowledge that this
12 document came from Affinity Marketing and that this
13 was part of the due diligence for a licensing
14 opportunity of shelled eggs.
15     Q.   And Affinity Marketing has worked for
16 General Mills, correct?
17     A.   They were a supplier to General Mills
18 for licensing products, not raw materials.
19             (Tran Exhibit 44 was
20             marked for
21             identification.)
22        BY MR. HUTCHINSON:

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

78 (Pages 306 to 309)

---

**306**

1    Q.   I'm handing you what's been marked as
2  Tran Exhibit 44.  Have you ever seen this document,
3  Mr. Tran?
4    A.   No.  I'm not sure who produced this or
5  made this.
6    Q.   This document talks about an incident
7  that occurred in 2004 in this third paragraph here.
8  Do you recall this incident where a Dutch animal
9  welfare group asked Haagen-Dazs about their egg
10  sourcing practices?
11    A.   Haagen-Dazs is part of our international
12  group and it is based out of our European offices.
13  Haagen-Dazs is not part of our U.S. operations.  So
14  this was strictly for Europe and the rest of the
15  world.
16    Q.   But Haagen-Dazs, is it a separate
17  division?
18    A.   It's a separate division in our
19  international group.
20    Q.   And it's wholly owned by General Mills?
21    A.   The brand is owned and licensed out by
22  General Mills.  Yes.

---

**307**

1    Q.   And do you recall this incident in 2004
2  where Haagen-Dazs was asked about their egg
3  sourcing practices?
4    A.   Haagen-Dazs in our European offices for
5  the rest of the world was asked about this.
6    Q.   And you recall that?
7    A.   Yes.
8    Q.   And this document also talks about that
9  "Beginning in spring 2010 General Mills
10  International began sourcing 10 percent of its eggs
11  for Haagen-Dazs in Europe from free range hens."
12  Do you see that?
13    A.   Yes.
14    Q.   And this document also talks about
15  General Mills' competitor, Ben & Jerry's, right?
16    A.   Correct.
17    Q.   Why would it be important, or why would
18  General Mills care about what its competitor, Ben &
19  Jerry's, was doing with respect to egg supply?
20        MR. CAMPBELL:  I object to the relevance
21  of this.  This -- he's testified clearly that has
22  nothing to do with purchase of egg products in the

---

**308**

1  United States.  This suit is not about purchase of
2  egg products in Europe.
3        BY MR. HUTCHINSON:
4    Q.   You can answer.
5    A.   Your question is why would it be
6  relevant, why would General Mills care what our
7  competitors do?
8    Q.   Right.
9    A.   Well, in a general sense we would care
10  what our competitors do because if there's
11  something that gives them an advantage in the
12  marketplace we would want to know about it.
13    Q.   And General Mills wouldn't want one of
14  its competitors like Ben & Jerry's to have an
15  unfair advantage in the marketplace; is that right?
16    A.   No, we wouldn't.  We wouldn't want them
17  to have an advantage.
18    Q.   And the advantage here would be that
19  consumer perception would view Ben & Jerry's as
20  more committed to animal welfare than General
21  Mills, right?
22    A.   Are you making a statement or are you

---

**309**

1  asking a question?
2    Q.   Well, the concern with Ben & Jerry's is
3  that they've moved to a hundred percent cage-free
4  eggs, right?
5    A.   Correct.
6    Q.   And General Mills cares about that
7  because they want to keep pace with their
8  competitors, right?
9    A.   We would want to -- we would want to
10  ensure that we continued to be viewed favorably
11  from various aspects of our product against
12  competition.  Product makeup and marketing and
13  brand image are aspects of all of those that we
14  would want to make sure that we're -- that we have
15  an advantage and we have a good position in the
16  market, not only does the product say cage-free.
17        (Tran Exhibit 45 was
18        marked for
19        identification.)
20        BY MR. HUTCHINSON:
21    Q.   Mr. Tran, I've just handed you what's
22  been marked Tran Exhibit 45.  Are you familiar with

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                      August 13, 2013

79 (Pages 310 to 313)

---

310

1  this document?
2      A.  No.  I haven't seen this document.
3      Q.  So you don't know who created this
4  document?
5      A.  I don't.
6      Q.  This document makes a recommendation
7  that General Mills buy one million cage-free eggs
8  in fiscal year 2012.  Do you know if that happened?
9          MR. CAMPBELL:  Again, Troy, let me
10  object on the ground that this document refers to
11  2012, which is far outside the relevant period, has
12  absolutely no relation to this case at all.  Could
13  I have a standing objection?
14          MR. HUTCHINSON:  You can.  Yeah, let's
15  have a standing objection.
16          MR. CAMPBELL:  You may answer, Mr. Tran.
17      A.  Your question again?
18          BY MR. HUTCHINSON:
19      Q.  So this document makes a recommendation
20  that General Mills buy one million cage-free eggs
21  in fiscal year 2012.  Do you know if that happened?
22      A.  I know that there was due diligence that

---

311

1  was being done.  I don't know -- my understanding
2  is that most of the purchases would actually be
3  done in '13.  You know, was there some small amount
4  as we were testing and trying to commingle this
5  stuff?  Possibly.
6      Q.  And do you know why General Mills
7  made -- or why this recommendation was made that
8  General Mills start buying cage-free eggs?
9      A.  Well, based on this document it looks
10  like there was a threat from a shareholder, the
11  Humane Society, asking us to transition to
12  cage-free eggs in 2012.  So we made an act on that
13  to do so as other companies were exploring the same
14  thing in 2012.
15      Q.  And when you say other companies, what
16  companies are you referring to?
17      A.  Well, it talks about in this document as
18  pure companies like Kraft, Sara Lee, Campbell's,
19  some customers like Wal-Marts have started to make
20  some purchases of cage-free eggs.  So those are the
21  customers that I'm talking about.
22      Q.  Were Kraft, Sara Lee and Campbell's

---

312

1  aren't customers, right?  Those are --
2      A.  They're competitors.
3      Q.  Those are competitors of General Mills?
4      A.  Correct.
5      Q.  So again, why would General Mills be
6  caring about what its competitors were doing?
7          MR. CAMPBELL:  Objection, asked and
8  answered.
9      A.  We care about what our competitors are
10  doing because we don't want to be viewed
11  unfavorably against our competition in terms of
12  productivity or brand recognition or value to the
13  consumer.
14          BY MR. HUTCHINSON:
15      Q.  Do you know did General Mills enter into
16  any kind of an agreement with Kraft or Sara Lee or
17  Campbell's that they would make purchases of
18  cage-free eggs?
19      A.  No, we did not.
20      Q.  So they were just looking and following
21  the lead of other companies that were competitors
22  to them in the market?

---

313

1      A.  Correct.
2          (Tran Exhibit 46 was
3          marked for
4          identification.)
5          BY MR. HUTCHINSON:
6      Q.  Mr. Tran, I've just handed you what's
7  been marked as Tran Exhibit 46.  Have you seen this
8  document before, Mr. Tran?
9      A.  I've heard of it.
10      Q.  And how did you hear about it?
11      A.  From one of the buyers, John Tiedeman.
12      Q.  When did you first hear about this
13  document?
14      A.  Probably like six months ago.
15      Q.  So that would have been around the
16  beginning of 2013?
17      A.  Correct.
18      Q.  And who is John Tiedeman?
19      A.  He was a -- he is a buyer of egg
20  products.
21      Q.  And is he the current egg buyer at
22  General Mills?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

80 (Pages 314 to 317)

314

1    A.   Yeah.
2    Q.   And when did he start in that position?
3    A.   I want to say like two thousand -- late
4    2011.
5    Q.   And so is that the position that you had
6    at one point?
7    A.   Yes.
8    Q.   When Mr. -- I don't recall you
9    mentioning Mr. Tiedeman during Mr. Davis' earlier
10   questioning.
11   MR. CAMPBELL: He did mention him.
12   MR. HUTCHINSON: He was mentioned?
13   MR. CAMPBELL: Yes.
14   BY MR. HUTCHINSON:
15   Q.   And why did you have a discussion about
16   this document with Mr. Tiedeman in the beginning of
17   this year?
18   A.   With this document we'll generally
19   share, you know, as buyers and within sourcing
20   things that we're doing with each other, you know.
21   And there started to become some activity around
22   this case and so I had asked him for his input and

316

1    producers in the industrial market currently.  So
2    supply is limited.
3    Q.   And if you could flip to the page Bates
4    labeled 32230 --
5    A.   I don't have those markings on -- oh,
6    there they are.
7    THE WITNESS: Oh.
8    MR. CAMPBELL: You do.  They're down
9    there.
10   THE WITNESS: 322 --
11   BY MR. HUTCHINSON:
12   Q.   So it ends in 30.
13   A.   Okay.  "Is cage-free the right
14   solution"?  Is that the one you're --
15   Q.   Right.  And just in glancing at this it
16   looks like the cons of cage-free, at least there's
17   a longer list of cons than there are pros, right?
18   A.   Just from a sheer bullet number, yes.
19   Q.   But notwithstanding the fact that there
20   was increased in costs in cage-free eggs, right,
21   that's one of the factors that is mentioned in
22   this, correct?

315

1    what's been going on, you know, to get me up to
2    speed on what's been happening in the egg category
3    since I last had it and was directly buying it.  So
4    he shared some of this information.
5    Q.   And if you could flip to the second
6    page, did he explain to you this concept, the first
7    bullet point, that "Cage-free movement is fueled by
8    emotion"?
9    A.   Yeah.
10   Q.   And what does that mean?
11   A.   Well, I think the bullet point
12   underneath it that says "Science shows no increased
13   health benefit for chicken or eggs" is what that
14   means.  So the demand for cage-free is more of an
15   emotion and social demand.
16   Q.   And the second bullet point is
17   "Cage-free supply is limited and expensive."  Did
18   he explain that bullet point to you?
19   A.   Yes.
20   Q.   And what was his explanation of that
21   concept?
22   A.   That there isn't a lot of cage-free

317

1    A.   That's correct.
2    Q.   So notwithstanding the increased cost
3    and the fact that there's no meaningful health
4    benefits from cage-free production, do you know why
5    General Mills would start buying cage-free eggs?
6    A.   We would start buying cage-free eggs
7    because our competitive set start moving towards
8    that.  So to -- you know, to not be left without an
9    option that addresses the needs of the consumer, we
10   needed to show some activity there in recent years.
11   Q.   And that activity is a requirement that
12   General Mills enacted for itself that it would buy
13   at least a million eggs that were cage-free, right?
14   A.   That's correct.
15   Q.   And when you say -- the word was -- did
16   you say "competitive set"?
17   A.   Competitive set?  Yeah.  Our
18   competition.
19   Q.   Your competition?
20   A.   Correct.
21   Q.   So who would that be?
22   A.   That would be other food CBGs, Kraft,

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

81 (Pages 318 to 321)

318

1  **Sara Lee, you know, those people.**
2      Q.   And so what you're saying is General
3  Mills created this animal welfare requirement to
4  buy cage-free eggs because that's what General
5  Mills' competitors were doing, right?
6      A.   **Yes.  That's what we were seeing in the**
7  **market.**
8      Q.   And it wasn't -- General Mills' action
9  was presumably in its best business interests,
10  right?
11      A.   **Yes.  Our business interest is to make**
12  **sure that we have a product offering that aligns**
13  **with the consumer -- with the consumer needs and**
14  **desires.**
15      Q.   So this creation of this animal welfare
16  requirement wasn't part of some conspiracy with
17  your competitors, correct?
18      A.   **It was not.**
19      Q.   If you could flip to Exhibit 24.  Do you
20  have a copy of that there?
21          MR. CAMPBELL:  It's the big, thick one.
22          BY MR. HUTCHINSON:

319

1      Q.   It's a big one.  There it is.  And it's
2  it is the General Mills second amended complaint.
3  And if you could flip to page 63, the heading C
4  there, do you see that?
5      A.   **Yup.**
6      Q.   "Defendants through their actions in
7  furtherance of the conspiracy successfully
8  increased prices"?
9      A.   **Okay.**
10      Q.   What actions of the defendants led to
11  increased prices?
12          MR. CAMPBELL:  Objection on the ground
13  that he may answer that question only to the extent
14  that he has knowledge which he gained outside of
15  communications with counsel.
16      A.   **What I know of that is what I got from**
17  **counsel.**
18          BY MR. HUTCHINSON:
19      Q.   Well, you were an egg buyer for three
20  years, correct?
21      A.   **That's correct.**
22      Q.   And in addition to that you've been in

320

1  positions of buying various commodity products for
2  a number of years, right?
3      A.   **Correct.**
4      Q.   So you have a basis for understanding
5  what factors would impact the price of eggs,
6  correct?
7      A.   **Yeah.  We would understand some of the**
8  **factors, yeah.**
9      Q.   And you, specifically you?
10      A.   **Yes.**
11      Q.   And you have an understanding for the
12  defendant's action that are alleged in that
13  complaint, Exhibit 24, right?
14          MR. CAMPBELL:  Same objection.  He's
15  testified his only understanding is what he's read
16  in the complaint.
17      A.   **Yes.**
18          BY MR. HUTCHINSON:
19      Q.   Well, you've read the complaint.  Right?
20  That's what I'm asking.
21      A.   **Right.**
22      Q.   And the allegations of the defendant's

321

1  actions in the complaint?
2      A.   **Correct.**
3      Q.   Explain to me then how the actions of
4  the defendants as alleged in this complaint
5  increased prices?
6      A.   **What I know of their action is what I**
7  **have gotten from counsel and what is listed in this**
8  **complaint.**
9      Q.   Right.  So I'm asking you from what's
10  listed in the complaint explain to me how those
11  actions that are listed in the complaint led to
12  increased prices of eggs?
13      A.   **Okay.**
14          MR. CAMPBELL:  I think the complaint --
15  objection.  The complaint outlines everything.  Do
16  you want him to read 200 pages of complaint to you?
17          MR. HUTCHINSON:  No.  I want --
18          BY MR. HUTCHINSON:
19      Q.   Explain to me how the defendant's
20  actions as alleged in the complaint increased the
21  price of eggs.
22      A.   **We can go through complaint if you'd**

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

82 (Pages 322 to 325)

322

1    like.  But I guess I would refer to the complaint
2    and what I've gotten from outside counsel to your
3    question.
4        Q.    Well, the complaint doesn't tell me.
5    Right?  So I want you to explain to me.
6        A.    Mm-hmm.
7        Q.    That's why you're here today --
8        A.    Right.
9        Q.    -- is to explain to us General Mills'
10   position.  So I want an understanding from you of
11   as alleged in the complaint.
12       A.    Mm-hmm.
13           MR. CAMPBELL:  I object.  I'm not going
14   to have him stand here and regurgitate the
15   complaint.
16           MR. HUTCHINSON:  And I don't want him --
17           BY MR. HUTCHINSON:
18       Q.    And I don't want you to do that.  But I
19   do want you to explain to me in its simplest,
20   rawest form what did the defendants do that led to
21   increased prices in eggs?
22           MR. CAMPBELL:  Objection.  It's set out

323

1    fully in the complaint.  You understand it.
2           Dean, where are we?
3           THE VIDEOGRAPHER:  We have ten minutes
4    left.
5           MR. CAMPBELL:  Okay.
6           BY MR. HUTCHINSON:
7        Q.    Do feed costs impact the price of eggs?
8        A.    Feed cost is a contributing factor to
9    the price of eggs.
10       Q.    Would an ethanol mandate increase the
11   price of eggs?
12       A.    An ethanol mandate would have an impact
13   on the price of corn and feed.  And then corn and
14   feed would thereby impact the price of eggs and it
15   would be a contributing factor to that.
16       Q.    Are you aware that during the relevant
17   time period that agribusiness was putting money
18   into ethanol production that may have otherwise
19   gone into things like egg production?
20       A.    I am aware that during the period of '99
21   to 2009 or 2008, there was a mandate in ethanol
22   which put a lot of money, both private and public

324

1    money, into the production of ethanol.
2        Q.    So would the Atkins diet have an impact
3    on the price of eggs?
4        A.    It would be a contributing factor to the
5    demand of eggs.
6        Q.    And would demand for eggs have an impact
7    on the price of eggs?
8        A.    Yes.  The demand of eggs as a whole
9    would have an impact on price.
10       Q.    So population growth would have an
11   impact on the price of eggs?
12       A.    That's correct.
13       Q.    And would a demand for U.S. eggs in
14   Europe have an impact on the price of eggs?
15       A.    The exports of U.S. eggs would have an
16   impact on the price of U.S. eggs.  It would be a
17   contributing factor to the entire fundamentals of
18   the industry.
19       Q.    But if there was a demand in Europe for
20   U.S. eggs, that would then have an impact on the
21   price of -- domestic prices of U.S. eggs, correct?
22       A.    Yes.  It would be a contributing factor.

325

1        Q.    Are there other factors other than those
2    that we just walked through that would have an
3    impact on the price of eggs?
4        A.    You know, diseases would be another
5    factor that would -- that could have an impact on
6    the price of eggs.
7        Q.    Anything else?
8        A.    You know, I think that's the majority of
9    it.
10       Q.    And anything in Exhibit 24, which is
11   General Mills' second amended complaint, that --
12   any allegation in there that would have an impact
13   on the price of eggs?
14       A.    Can you be more specific?
15       Q.    I don't think that there is anything in
16   there, so I'm asking you.  Are there any
17   allegations in there whatsoever that would have an
18   impact on the price of eggs?
19           MR. CAMPBELL:  I'm sorry.  I just don't
20   understand that question.  I really don't, Troy.
21           MR. HUTCHINSON:  Okay.
22           MR. CAMPBELL:  Is there an allegation in

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

83 (Pages 326 to 329)

326

the complaint filed in 2012 that impacted the price
of eggs from 1999 to 2008? Is that what you're
asking? I don't understand the question.
   BY MR. HUTCHINSON:
   Q.   Is there -- well, this gets us back to
where we were at the beginning of this line of
questioning. Is there any conduct by the
defendants as alleged in that complaint that would
have an impact on the price of eggs?
   **A.   The conduct would be outlined in this**
**complaint that states -- you know, that affected**
**the price of eggs is outlined in this complaint.**
   Q.   So we just walked through the factors
that you have testified impact the price of eggs,
feed costs, the ethanol mandate, Atkins diet,
demand, population growth --
   **A.   Mm-hmm.**
   Q.   -- demand in Europe, and then you added
disease.
   **A.   Yes.**
   Q.   Any other factors?
   **A.   I guess if you want to say, you know,**

327

**capital margin, margin expectations, by suppliers,**
**that can impact it. Those are all contributing**
**factors to ultimately the price of eggs.**
   Q.   And any other factors that impact the
price of eggs?
   **A.   Outside of that, I think that's the**
**majority of it.**
   MR. HUTCHINSON: Okay. I don't have
anything else.
   MR. CAMPBELL: Okay. We'll take about
five to ten minutes and then I'll have a five to
ten minute cross and then we'll be done. Okay?
   MR. HUTCHINSON: What do we have on --
we'll probably reserve at least a little bit for
our redirect if we have any time left.
   MR. CAMPBELL: What's the time now?
   THE VIDEOGRAPHER: 6:55 and 34 seconds.
   MR. DAVIS: We can go off the record.
   THE VIDEOGRAPHER: We're going off the
record at 5:23 p.m.
   (Whereupon, a recess was taken from 5:23
p.m to 5:34 p.m.)

328

   THE VIDEOGRAPHER: We are back on the
record at 5:34 p.m.
   EXAMINATION BY COUNSEL FOR THE PLAINTIFF
   GENERAL MILLS AND THE DEPONENT
   BY MR. CAMPBELL:
   Q.   Mr. Tran, Mr. Hutchinson went through a
litany of variables that might affect or, to use
his word, impact the price of eggs. Do you recall
that?
   MR. HUTCHINSON: Objection to form.
   MR. DAVIS: Objection.
   **A.   Yes.**
   BY MR. CAMPBELL:
   Q.   Would a conspiracy by producers of eggs
to fix the price of eggs impact the price of eggs?
   MR. DAVIS: Objection.
   **A.   Yes, it would.**
   Q.   You were asked about the fact that
General Mills was considering buying a million
eggs, cage-free eggs a year. Do you recall that?
   **A.   Yes.**
   Q.   How many eggs a year does General Mills

329

buy?
   **A.   Eggs we would buy anywhere between 80**
**million to 90 million.**
   Q.   You were asked some questions about
whether or not prior to General Mills' switch to
Rembrandt as a producer, egg producer, whether all
egg prices were based upon the Urner Barry index.
Do you recall that question?
   **A.   Yes.**
   Q.   Were they -- were all purchases prior to
that switch based upon Urner Barry?
   **A.   Yes.**
   Q.   You were shown in Exhibit 22 what was
characterized as a fair pricing model. Do you
recall that?
   **A.   Yes, I do.**
   Q.   Did General Mills ever attempt to
negotiate with its suppliers based upon that fair
pricing model?
   **A.   No. That fair pricing model was for our**
**own internal use and for other own edification.**
**Our pricing structures were based off of Urner**

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                August 13, 2013

84 (Pages 330 to 333)

---

330

1  Barry.
2     Q.   You were asked whether you got differing
3  price quotes or proposals from various suppliers.
4  Do you recall that?
5     A.   Yes.
6     Q.   Did those price proposals differ with
7  respect to the underlying Urner Barry index at all?
8     A.   No, they did not.  The only pieces that
9  would differ would be freight and packaging,
10 depending on where the suppliers' locations were
11 and what types of packaging they used.
12    Q.   Would you look at exhibits -- I'll give
13 you -- 36 and 37.  Here they are right here.  And
14 you were asked a series of questions about the fact
15 that the words "animal welfare" appear in those
16 exhibits.  Are those exhibits General Mills
17 exhibits?
18    A.   These exhibits don't appear to be
19 General Mills exhibits and they look more like a
20 sales pitch from an outside company or person.
21    Q.   And there was much discussion about this
22 Betty Crocker licensing proposal made by Affinity

---

331

1  Marketing.  Was that proposal accepted or rejected?
2     A.   It was rejected.
3     Q.   You were shown Exhibit 14 which counsel
4  for defendants characterized as a grain-based
5  proposal from Michael Foods in July 2001.  Do you
6  recall that --
7     A.   Yes.
8     Q.   -- exhibit?
9          Why was the Michael Foods grain-based
10 proposal unacceptable to General Mills?
11         MR. DAVIS:  Objection to form.
12    A.   General Mills gets a lot of different
13 proposals --
14    Q.   Let me cure Mr. Davis' objection, if I
15 may.  Was the proposal embodied in Exhibit 14
16 acceptable to General Mills?
17         MR. DAVIS:  Objection to form.
18    A.   It was not.  We didn't enact that
19 proposal.
20         BY MR. CAMPBELL:
21    Q.   Why not?
22    A.   Because there was not enough value to --

---

332

1  versus looking at Urner Barry to use this model.
2  So in essence the supplier really disincentivized
3  us to use it.
4     Q.   So are you saying that a grain-based
5  model does not necessarily result in the lowest
6  price to General Mills?
7         MR. DAVIS:  Objection to form.
8     A.   This probably from the supplier did not
9  result in better pricing for General Mills.
10         BY MR. CAMPBELL:
11    Q.   This particular proposal --
12    A.   This particular proposal.
13    Q.   -- from Waldbaum?
14    A.   That's correct.
15         MR. CAMPBELL:  Okay.  I have no further
16 questions.
17         MR. DAVIS:  Go off the record for one
18 moment.
19         THE VIDEOGRAPHER:  We're going off the
20 record at 5:40.
21         (Whereupon, an off the record discussion
22 was held from 5:40 p.m to 5:43 p.m.)

---

333

1         THE VIDEOGRAPHER:  We're back on the
2  record at 5:43 p.m.
3         FURTHER EXAMINATION BY COUNSEL FOR THE
4         DEFENDANTS UNITED EGG PRODUCERS AND
5             UNITED STATES EGG MARKETERS
6         BY MR. DAVIS:
7     Q.   Mr. Tran, you testified in response Mr.
8  Campbell's question that a conspiracy by producers
9  to reduce the supply of eggs would result in an
10 increase in the price of eggs; is that correct?
11    A.   Correct.
12    Q.   But your testimony earlier, I believe,
13 is that General Mills has absolutely no knowledge
14 of why that is the case outside of things that were
15 told to it by its lawyers at Jenner & Block.  Is
16 that accurate?
17         MR. CAMPBELL:  I object.  That
18 mischaracterizes the testimony.
19         BY MR. DAVIS:
20    Q.   I'm asking if that's an accurate
21 characterization of your testimony.
22    A.   Can you ask the question in another way?

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

85 (Pages 334 to 337)

334

1    Q.   Sure.  Does General Mills have any
2    knowledge supporting its belief that a conspiracy
3    by egg producers to reduce the supply of eggs would
4    result in an increase in the price of eggs that
5    comes from any source other than its outside
6    counsel?
7         **A.   Not other than what was discussed with**
8    **outside counsel and depicted in the complaint.**
9         Q.   So if it's not in the complaint and it
10   wasn't provided to General Mills from its outside
11   litigation counsel, General Mills doesn't know of
12   anything beyond that supporting that allegation?
13        **A.   Yeah.  We don't, no.**
14        Q.   Okay.  Would you turn back to Exhibit
15   14?
16        **A.   Mm-hmm.**
17        Q.   Is it your testimony that at no point
18   did General Mills accept grain-based pricing from
19   Waldbaum or Michael Foods?
20        **A.   Yeah.  We didn't have grain-based**
21   **pricing from our suppliers before Rembrandt.**
22        Q.   So earlier if you testified that you

335

1    didn't know and that it was possible that General
2    Mills did, that testimony is no longer accurate?
3         **A.   Can you repeat your statement?**
4         Q.   If you earlier testified to that General
5    Mills may have accepted grain-based pricing, that
6    testimony would not be accurate?
7         MR. CAMPBELL:  I object to -- the record
8    is what it is.  And are you representing that he
9    testified to that?
10        MR. DAVIS:  We can look back.  That was
11   my recollection.  It could be mistaken.
12        MR. CAMPBELL:  Okay.  You can answer
13   that question.
14        **A.   General Mills did not have any**
15   **grain-based pricing prior to our Rembrandt model.**
16        BY MR. DAVIS:
17        Q.   Now the pricing that General Mills had
18   that was market based that incorporated Urner Barry
19   pricing, is it General Mills' position that during
20   the entire time it purchased from 1999 on on a
21   market basis the only price terms that it
22   successfully negotiated related to freight and

336

1    packaging?
2         **A.   Correct.**
3         Q.   And General Mills was never able to
4    negotiate any term other than freight and
5    packaging?
6         **A.   Correct.**
7         Q.   Okay.  Even though General Mills -- the
8    division of price or the breakdown of price
9    provided by a supplier between market price and
10   freight and packaging was not always transparent to
11   General Mills?  Is that your earlier testimony?
12        MR. CAMPBELL:  Again, I object to -- I
13   don't recall that testimony.  But if that's what
14   the record shows then he can answer that question.
15        **A.   Yeah.  The delivered cost that we would**
16   **see would be one price.  But underneath that price**
17   **would be freight, packaging and the underlying**
18   **Urner Barry cost.**
19        BY MR. DAVIS:
20        Q.   And that was true in every instance that
21   General Mills purchased on a market basis from 1999
22   on?

337

1         **A.   Yes.  We would have an understanding of**
2    **all of those components.**
3         Q.   General Mills had transparency into the
4    breakdown of how that price was arrived at?
5         **A.   Yes.**
6         MR. DAVIS:  Good.  That's all the
7    questions that I have.  Thank you very much for
8    your time.
9         MR. CAMPBELL:  Troy.  Do you have
10   anything else?
11        MR. HUTCHINSON:  All right.  As long as
12   we're here.
13        FURTHER EXAMINATION BY COUNSEL FOR THE
14   DEFENDANT SPARBOE FARMS
15        BY MR. HUTCHINSON:
16        Q.   Mr. Tran, your counsel, Mr. Campbell,
17   asked you whether you thought a conspiracy would
18   have an impact on price.  Do you remember that?
19        **A.   Yes.**
20        Q.   And what was your answer?
21        **A.   That it could have an impact on price.**
22        Q.   How could a conspiracy have an impact on

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

86 (Pages 338 to 341)

338

1  price?  Can you explain that to me?
2       A.  Well, if they are -- if the entire
3  industry is deciding, you know, to raise their
4  margins as I had talked about before as margin
5  expansion being, you know, a possibility in
6  affecting price, if everybody in the industry
7  colluded to expand their margins, that would raise
8  prices.
9       Q.  And is General Mills -- has General
10  Mills alleged that my clients, Sparboe Foods,
11  conspired to raise margins?
12      A.  They conspired to fix prices, which
13  raised prices.
14      Q.  But did they conspire to raise margins?
15      A.  No.  The question is -- your question
16  was can margins or conspiracy or collusion
17  ultimately raise prices.  And my answer is that,
18  yes, it could and marginal expansion could be an
19  avenue of how they would go about doing that or the
20  effect of it.
21      Q.  Right.  But what I'm asking you is did
22  my client, Sparboe Foods, use margin expansion as

339

1  an avenue to conspire?
2       A.  Well, I wouldn't know if they used it to
3  just expand their margins or did they use it in
4  some other way to raise prices.  How they
5  ultimately used that price increase I'm not sure.
6       Q.  So is this just a hypothetical
7  conspiracy that you're talking about?
8       MR. CAMPBELL:  Objection.
9       A.  No.  The complaint is that there was
10  collusion for price fixing.  Right?  And that's
11  our -- that's our complaint.  What they did with
12  the money that they got out of it, you know, I
13  wouldn't know or have any insight into.
14      BY MR. HUTCHINSON:
15      Q.  So focusing on my client, Sparboe Farms,
16  are you aware of any agreement that Sparboe entered
17  into with other egg producers?
18      MR. CAMPBELL:  You mean outside what
19  he's learned from counsel?
20      MR. HUTCHINSON:  No.  I'm asking him on
21  the basis of your personal knowledge.
22      MR. CAMPBELL:  I object on the ground

340

1  that a portion of his personal knowledge, if indeed
2  not all, is based upon communications with counsel
3  and is therefore privileged.
4       A.  I wouldn't have any knowledge other than
5  what has been discussed with counsel.
6       BY MR. HUTCHINSON:
7       Q.  So as you sit here today you can't tell
8  me about any agreements that my client, Sparboe
9  Farms, entered into with other egg producers?
10      A.  Not other than what I have learned from
11  counsel.
12      Q.  And what have you learned from counsel?
13      MR. CAMPBELL:  Objection.  I instruct
14  you not to answer that question.
15      A.  Other than what I've gotten from
16  counsel, that's -- that's what I have.
17      MR. DAVIS:  Dick, I just want to make
18  sure the record is very clear on this.  It's your
19  position that facts that are within the witness'
20  knowledge or the company's knowledge that were
21  given to the witness or the company from counsel,
22  that the facts themselves are privileged?

341

1       MR. CAMPBELL:  Yes.
2       MR. DAVIS:  Okay.
3       MR. CAMPBELL:  They're work product.
4       MR. DAVIS:  We disagree with that
5  position.
6       MR. CAMPBELL:  I understand you
7  disagree.
8       MR. DAVIS:  I'm just making a record.
9       MR. CAMPBELL:  I understand that.
10      BY MR. HUTCHINSON:
11      Q.  So, Mr. Tran, my client is at a loss for
12  why General Mills has sued it.  My client doesn't
13  feel like it's done anything wrong.  They produce
14  eggs and they sell eggs.  You're here today to
15  provide testimony for General Mills to explain to
16  the jury and the Court why General Mills has sued
17  not only my client but all of the other egg
18  defendants.  And can you give me any explanation
19  for what my client did?
20      MR. CAMPBELL:  Objection.  Other -- if
21  he has any knowledge other than what he's been
22  communicated by counsel he may answer.  And he's

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

87 (Pages 342 to 345)

---

342

1  already given that answer repeatedly, which is he's
2  read the complaint.
3        BY MR. HUTCHINSON:
4        Q.   Is there anything that you'd like to
5  tell the jury and the judge about what Sparboe
6  Farms did to conspire with --
7        A.   I think those are laid out in the
8  complaint.
9        Q.   And is there anything in the complaint
10 that you'd like the jury and the judge to know?
11       A.   Other than what's listed in the
12 complaint and outlined in the complaint?
13       Q.   Well, can you list -- can you list one
14 of those things that my client did that's listed in
15 the complaint?
16       MR. CAMPBELL:  We're not going to have
17 him sit here and read --
18       MR. HUTCHINSON:  I just want one thing.
19 Just one.
20       BY MR. HUTCHINSON:
21       Q.   Just one thing that my client, Sparboe
22 Farms, did?

---

343

1        A.   Well, we can read the complaint, but,
2  you know, do we -- I don't think we really want to
3  go down that path.
4        Q.   I don't want to read the complaint.  I
5  just want to know one thing.  I want you to tell
6  the jury and the judge one thing that my client,
7  Sparboe Farms did.
8        MR. CAMPBELL:  I object.  It's an
9  improper question and it's argumentative.  And I
10 will tell the jury and the judge precisely what
11 Sparboe did.  You can be assured of that.
12       MR. HUTCHINSON:  I'm looking for witness
13 testimony from the company who's bringing the
14 allegations.
15       BY MR. HUTCHINSON:
16       Q.   So is there just one thing?
17       A.   Well, we can open up the complaint if
18 you want to --
19       MR. CAMPBELL:  No.  We're not going to
20 do that.  I've allowed you to go beyond your time.
21 Enough is enough, Mr. Hutchinson.  Okay?
22       MR. HUTCHINSON:  Okay.  The record is

---

344

1  what it is.
2        MR. CAMPBELL:  Yup.
3        MR. HUTCHINSON:  Okay.  I don't have
4  anything else.
5        THE VIDEOGRAPHER:  We're going off the
6  record at a 5:43 p.m.
7        (Reading and signing reserved).
8        (Whereupon, at 5:43 p.m. the videotaped
9  deposition was adjourned.)
10            * * * * *
11
12
13
14       _____
15            SIGNATURE OF WITNESS
16
17 Subscribed and sworn to and before me
18 this _____ day of _____, 20_____.
19
20
21       _____
22            Notary Public

---

345

1        REPORTER'S CERTIFICATE
2  STATE OF MINNESOTA          )
3                              ) ss.
4  COUNTY OF HENNEPIN          )
5        I hereby certify that I reported the
6  deposition of Binh K. Tran on August 13, 2013, in
7  Minneapolis, Minnesota, and that the witness was by
8  me first duly sworn to tell the whole truth;
9        That the testimony was transcribed by me
10 and that this transcript is a true record of the
11 testimony of the witness;
12       That the cost of the original has been
13 charged to the party who noticed the deposition,
14 and that all parties who ordered copies have been
15 charged at the same rate for such copies;
16       That I am not a relative or employee or
17 attorney or counsel of any of the parties, or a
18 relative or employee of such attorney or counsel;
19       That I am not financially interested in
20 the action and have no contract with the parties,
21 attorneys, or persons with an interest in the
22 action that affects or has a substantial tendency
   to affect my impartiality.
         WITNESS MY HAND AND SEAL THIS 16th day
   of August, 2013.

   _____
   Jonathan Wonnell
   Notary Public, Hennepin County, Minnesota
   My Commission expires January 31, 2017e.

---

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

1

| A |
|---|
| **$10** 45:4,7 215:2 215:12 220:5,6 |
| **$10,000** 38:14 |
| **$17** 45:8 |
| **$2.75** 104:17 |
| **$22** 45:3 |
| **$3** 47:21 |
| **$400,000** 183:21 184:6 185:6 |
| **$430.14** 79:11 |
| **$6600** 76:20 78:11 79:3 |
| **$7200** 76:4 78:8 |
| **a.m** 1:13 10:2,6 74:16,18,18,21 125:9,11,11,14 |
| **ability** 124:13 128:7 132:5 150:19 153:16 |
| **able** 31:21 118:20 124:6 132:22 134:3 178:8 182:13 202:11,15 212:2 213:22 336:3 |
| **above** 101:20 102:4 163:2 |
| **absent** 55:2 217:12 |
| **absolutely** 80:19 166:3 310:12 333:13 |
| **accept** 148:10 334:18 |
| **acceptable** 331:16 |
| **accepted** 149:14 157:8 331:1 335:5 |
| **access** 138:3 |

**accommodate** 17:8
**according** 51:7 140:17 158:21 271:3
**account** 37:16 60:11 157:10 162:3 251:21 252:3 274:9
**accountability** 119:21
**accurate** 28:15 77:17 128:5,6 143:14 149:11 149:15,19,21 170:13 179:5,6 198:11,12 204:5 231:13 231:19 279:12 333:16,20 335:2,6
**accurately** 179:20 181:8
**acknowledge** 230:14 305:11
**Acre** 4:3 11:13 49:9,10 50:7 50:18,21 53:4 235:22 241:3
**Acres** 53:15
**acronym** 89:15
**across** 112:1 169:16 170:8 222:15 291:10
**act** 311:12
**action** 318:8 320:12 321:6 345:12,13
**actions** 263:5 319:6,10 321:1 321:3,11,20
**active** 137:21,22

**actively** 118:21 266:3
**activities** 28:7 215:19,20 275:3
**activity** 314:21 317:10,11
**actual** 42:10 69:22 70:10 73:15 75:6 132:21 162:14 176:19 204:2 285:17
**actually** 36:19 38:6 42:18 43:10 55:18 59:18 64:6,18 64:20,22 65:4 65:21 77:8 84:4 85:5 86:14,19 88:12 95:2 109:16 111:17 112:1 112:10,12 118:6,14 133:21 180:4 181:18 196:8 197:4,8 216:20 220:1,10 311:2
**actuals** 73:2
**ad** 247:19
**Adams** 123:17
**Adapting** 205:2
**add** 101:7,14 102:3,7 297:22
**added** 53:9 57:3 187:1 249:3 326:18
**adding** 53:18 101:12,16 297:18
**addition** 319:22

**additional** 22:14 266:3
**addresses** 317:9
**adds** 102:11
**adjourned** 344:9
**adjusted** 85:18
**administrativ...** 214:8
**adultered** 16:2
**advantage** 129:5 154:1 161:1 308:11,15,17 308:18 309:15
**advantages** 127:22 128:12 128:17 131:20
**advertise** 262:1
**advertises** 261:22
**advocacy** 228:2 228:5 262:17
**advocate** 233:5
**advocating** 258:5 259:22
**affect** 115:3,8,12 115:16 168:4,9 193:13 205:19 205:21 222:12 224:20 225:3 254:6 264:20 328:7 345:14
**affected** 47:11 47:14 326:11
**affecting** 226:12 338:6
**affects** 115:19 131:5 210:18 345:13
**Affinity** 273:14 273:16 303:18 305:12,15 330:22

**affirmatively** 148:13
**afforded** 233:10 233:19
**after** 14:13 23:7 30:4 34:12,13 37:12 52:22 155:17,18 172:5
**Afternoon** 6:10
**again** 30:17 34:3 40:17 43:2 50:3 52:10 65:16 70:3,8 70:10,14 81:15 120:11 130:13 139:21 152:11 202:6 204:1 219:11 233:11 240:14 244:3 259:14 263:22 281:12 299:9 310:9,17 312:5 336:12
**against** 18:1 85:14 194:10 194:12 263:20 299:10 300:12 309:11 312:11
**agencies** 157:5
**ago** 16:9,11 22:18,19 23:5 23:8 26:22 266:11 270:22 313:14
**agree** 18:16 168:22 169:4,8 170:7 181:15 181:18 255:7 255:13,15 257:18 281:13
**agreed** 49:13

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

2

| | | | | |
|---|---|---|---|---|
| 57:14 80:18 | 82:20 84:17 | 343:14 | **although** 147:10 | 36:16 37:15,15 |
| 135:21 155:14 | 86:22 91:1 | **alleged** 243:11 | **always** 36:21 | 38:7 42:17,18 |
| 240:3 242:8 | 92:7,19,22 | 243:19 256:9 | 53:20 63:15 | 44:16 60:3,3 |
| **agreeing** 55:7 | 93:8 105:13 | 256:12 291:19 | 147:9 187:2 | 65:21 89:16 |
| 56:21 181:1 | 106:9 111:22 | 301:16,21 | 208:3,5 336:10 | 91:9 92:7 |
| **agreement** | 112:1,5,16 | 320:12 321:4 | **am** 12:22 13:3 | 111:16 112:18 |
| 136:2 156:15 | 114:9 126:16 | 321:20 322:11 | 18:4 50:22 | **Amy** 24:4 |
| 181:12 265:21 | 131:12 139:8 | 326:8 338:10 | 149:13 171:10 | 290:20 |
| 291:20 312:16 | 141:13 143:2 | **alleging** 239:10 | 323:20 345:10 | **Amy's** 291:14 |
| 339:16 | 143:21 144:2 | 242:7 | 345:12 | **angel** 104:15 |
| **agreements** | 147:9 151:4 | **allotted** 258:6 | **ambiguous** | 107:20 112:12 |
| 192:8 340:8 | 153:1 159:9 | 282:2,7 | 95:16 | **animal** 8:7 |
| **agrees** 257:3 | 166:4 169:18 | **allow** 49:15 | **amend** 66:4 | 174:1 215:4,14 |
| **agribusiness** | 172:18 174:13 | 132:13 133:17 | **amended** 7:9,21 | 215:18 217:4 |
| 323:17 | 174:17 175:6 | 185:18 217:11 | 86:1 135:15 | 227:1,6,11,12 |
| **Ah** 231:2 | 187:2 191:20 | **allowed** 49:14 | 200:14 319:2 | 227:13 229:7 |
| **ahead** 72:3 73:4 | 198:7,18 | 132:20,20 | 325:11 | 238:8 250:6 |
| 257:15 275:5 | 210:21 211:8 | 343:20 | **America** 238:10 | 251:5,20 |
| 295:15 | 212:6 220:13 | **allows** 216:22 | **ammonia** | 253:15 254:3 |
| **air** 238:17 | 222:7 224:3 | **almost** 48:22 | 252:14 | 257:15 262:17 |
| **al** 1:8,10 237:21 | 225:21 253:5 | 192:1 271:1 | **AMNT** 59:20 | 267:18,20,22 |
| **Albertsons** | 258:22 268:1 | **alone** 142:5,8 | **among** 199:17 | 268:11,16,22 |
| 257:14,21 | 270:9 278:11 | 192:22 | 200:20 203:14 | 269:10 270:9 |
| **albumen** 198:4 | 279:9,18 | **along** 81:1 | 227:1 | 270:16,18 |
| **aligning** 132:12 | 284:14 291:7,9 | 124:16 257:12 | **amount** 36:18 | 271:13 272:5,9 |
| 133:16 134:16 | 291:10 293:8 | **already** 37:21 | 36:21 38:5,9 | 272:14 274:1 |
| **aligns** 318:12 | 295:1 304:18 | 38:3 342:1 | 38:16,20 39:1 | 274:11 275:7,8 |
| **all** 16:12,17 | 305:7 309:13 | **also** 5:20 13:21 | 39:4,17 40:10 | 275:10 276:2,7 |
| 17:15 20:16 | 310:12 327:2 | 15:7 16:15 | 40:18,22 41:13 | 276:11,16 |
| 22:8 26:14 | 329:6,10 330:7 | 22:1 24:4,10 | 41:16,19,20 | 277:4 280:17 |
| 27:5 29:8,20 | 337:2,6,11 | 44:4 66:7 | 44:12 49:6 | 280:18,22 |
| 33:12,13,14 | 340:2 341:17 | 76:18 79:3 | 50:10 59:20 | 281:14,16,18 |
| 34:20 35:9,15 | 345:9 | 98:3 101:15 | 62:13 64:19 | 281:19,22 |
| 35:21 42:21 | **allegation** | 103:21 117:1 | 65:3 76:8,22 | 283:7 290:9,14 |
| 43:8,10 47:17 | 240:10 242:20 | 146:2 151:21 | 77:5,7 78:10 | 291:8,11 |
| 50:1 52:6 | 325:12,22 | 156:14 193:9 | 78:14 79:7,10 | 301:12,16,19 |
| 58:11 60:4,5,5 | 334:12 | 219:1 222:17 | 79:11,11,14,19 | 301:19,21 |
| 62:1,2,14 | **allegations** | 224:2 257:10 | 79:20 85:10 | 302:13,16,19 |
| 64:10 65:1,18 | 15:22 18:6,11 | 269:20,22 | 87:7 88:21 | 302:22 304:20 |
| 66:1 71:8 73:8 | 18:21 244:16 | 270:15 273:12 | 89:2 233:9 | 305:9 306:8 |
| 74:14 75:10 | 299:10 300:2 | 282:19 285:16 | 268:4 311:3 | 308:20 318:3 |
| 79:17 80:15 | 320:22 325:17 | 307:8,14 | **amounts** 36:14 | 318:15 330:15 |

HIGHLY CONFIDENTIAL

Tran, Binh K.
August 13, 2013

3

| | | | | |
|---|---|---|---|---|
| **animals** 232:18 | 17:16 135:15 | 148:1 237:20 | 137:16 138:15 | 232:10 239:8 |
| **annual** 31:6 | **antibiotic** 268:1 | 238:1 330:15 | 141:12 144:8 | 243:20 251:19 |
| 183:20 | **anticipate** | 330:18 | **area** 264:19 | 265:6 271:15 |
| **another** 71:9 | 279:14 | **appears** 67:17 | 265:2,4 | 285:22 298:6 |
| 72:2,4,20 | **anticipated** | 176:13 251:2 | **aren't** 158:14 | **ask** 17:8,14,18 |
| 169:22 170:5 | 279:7 | 269:22 271:21 | 312:1 | 25:5 31:12,17 |
| 184:20 198:19 | **antitrust** 1:5 | **applicable** | **argument** 302:4 | 34:2 50:3,5 |
| 199:1 209:4,10 | 10:8 291:19 | 136:3 246:1 | 302:8 | 52:9 53:2 61:2 |
| 211:11 213:3 | **anybody** 245:15 | **application** | **argumentative** | 65:16 67:19 |
| 221:14 222:8 | **anyone** 54:3 | 47:18 | 42:3 164:18 | 70:14 105:18 |
| 222:20 224:7 | 121:12 125:3 | **applications** | 343:9 | 125:20 126:4 |
| 224:12 279:21 | 242:18 248:18 | 47:2 | **around** 25:6,10 | 139:21 150:18 |
| 325:4 333:22 | 249:22 284:20 | **applied** 63:9 | 47:4 122:1 | 152:11 169:6 |
| **Ansari** 2:6 | 286:15 290:22 | **apply** 146:15 | 123:22 206:14 | 179:11 181:17 |
| 10:20,20 | 291:2 303:18 | **approached** | 225:22 237:9 | 203:11 208:9 |
| 294:11,14,19 | 304:2 | 266:8,9 | 274:15,15 | 216:18 220:22 |
| 295:11 | **anything** 18:19 | **appropriate** | 294:6 295:18 | 223:10 233:11 |
| **answer** 17:10,18 | 31:11 36:5 | 80:17 | 296:1 313:15 | 244:3 259:5 |
| 41:7 42:2,6 | 38:12 73:14 | **approval** 124:12 | 314:21 | 277:13,15 |
| 49:22 65:14 | 87:21 102:4,10 | 282:22 | **arrangement** | 281:11,11 |
| 89:12 98:21 | 118:3 126:7 | **approve** 124:20 | 54:2 287:15 | 286:20 289:16 |
| 140:18 165:4,6 | 137:22 143:10 | **approved** | **arrive** 113:14,20 | 299:9 333:22 |
| 165:7 175:3 | 226:3,6 227:21 | 211:21,22 | 114:11 117:9 | **asked** 17:9 25:6 |
| 186:13 239:18 | 263:3 277:15 | **approximately** | **arrived** 86:11 | 31:19 41:6,7,9 |
| 240:7,11,18,20 | 284:13 325:7 | 10:6 13:6,14 | 218:12 337:4 | 195:5 228:13 |
| 240:22 241:4,7 | 325:10,15 | 14:3 27:1 | **arrow** 205:5 | 241:13 243:2 |
| 241:10,11,16 | 327:9 334:12 | 31:12 47:5 | **Arthur** 4:5 | 254:19 257:5 |
| 241:18,19,21 | 337:10 341:13 | 121:7 122:3 | 11:13 | 257:22 277:17 |
| 242:3,9,10 | 342:4,9 344:4 | 205:6 206:7 | **article** 8:3,6 | 306:9 307:2,5 |
| 243:6 256:17 | **Anytime** 102:3 | 248:7 | 214:15 | 312:7 314:22 |
| 259:10 261:18 | **anyway** 82:20 | **April** 105:19 | **ascertain** 178:5 | 328:18 329:4 |
| 292:1 293:2 | **anyways** 178:14 | 106:17,18 | 210:10 | 330:2,14 |
| 301:6,7 308:4 | 188:10 | 156:6 179:3,20 | **Asia** 173:17,21 | 337:17 |
| 310:16 319:13 | **anywhere** 49:7 | 180:9,12,14,21 | 174:19 | **asking** 18:18,20 |
| 335:12 336:14 | 329:2 | 181:3 214:16 | **aside** 42:11,16 | 19:12 49:19 |
| 337:20 338:17 | **apart** 97:6 | 215:11 | 53:17 83:2 | 60:20 67:11 |
| 340:14 341:22 | **apologize** 82:17 | **Arch** 3:9 | 92:5 94:3 | 140:8 171:10 |
| 342:1 | 126:11 173:14 | **archive** 137:18 | 152:12 155:21 | 180:12 184:16 |
| **answered** 41:8 | 293:20 | **archived** 61:17 | 160:8 165:19 | 201:6 229:8 |
| 195:6 243:2,2 | **appeal** 270:8 | 66:16 81:12 | 170:20 172:22 | 233:20 240:8 |
| 257:5 312:8 | **appear** 52:15 | 138:1 140:21 | 175:9 199:15 | 257:2 284:8 |
| **answers** 7:9 | 68:22 72:10 | **archives** 137:16 | 206:17 226:20 | 289:13 302:6,7 |

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

4

309:1 311:11
320:20 321:9
325:16 326:3
333:20 338:21
339:20
**aspects** 274:10
275:6 309:11
309:13
**assessment**
162:9,19
**asset** 297:13
**assets** 216:22
**assistant** 27:15
27:16,17,18
28:3,4
**associated**
150:16
**assume** 81:4
**assumes** 305:4
**assured** 343:11
**Atkins** 163:4,8
163:13 165:4
168:2 170:17
324:2 326:15
**attached** 136:12
**attaching** 247:2
**attachment**
136:16 137:3,7
**attempt** 152:20
329:17
**attendees** 277:9
**attorney** 12:16
345:11,11
**Attorney-Client**
59:11
**attorneys** 18:19
245:1 345:13
**audit** 214:5
245:11 283:9
285:7 288:18
289:3,4,6,7,8,9
289:12,12,15

**audited** 235:11
**auditing** 235:16
289:19,22
**audits** 124:9
283:9
**August** 1:12
10:5 74:21
104:21 106:20
108:3,16,22
109:3,6 111:13
125:14 167:18
179:22 180:7
180:16,19
181:2,10
220:20 292:14
345:5,15
**available** 128:18
128:19 145:16
219:3,6
**avenue** 5:15
216:19 338:19
339:1
**average** 100:4,5
169:15 170:7
**aware** 17:22
18:4 30:20
31:8,11,22
40:1,2 46:16
50:20,22 51:18
151:20 152:1
173:1,3 228:1
229:13,15
234:18,20
235:13,14,15
236:6,17
238:22 250:3
258:4,7 259:21
260:6 261:6,13
263:5,8 264:5
264:9 271:4
286:15 323:16
323:20 339:16

**awareness** 40:3
**away** 138:2
197:4 217:2
295:9

_____

**B**

**B** 6:12 7:1 8:1
9:1 211:5
**B-i-n-h** 13:1
**back** 35:7 37:13
85:13 110:14
111:9 122:8
138:17 141:7
148:18 165:15
176:17 177:10
184:15 189:2
191:4 202:16
220:22 233:12
233:14 239:16
240:16 244:4,6
247:21 248:5
252:17 259:14
259:16 278:18
289:1 326:5
328:1 333:1
334:14 335:10
**backfills** 252:8
**background**
14:16
**backwards**
255:19
**bake** 206:21
**baked** 47:8
**Baker** 5:6 11:18
**baking** 47:1,18
47:18 188:16
206:20
**balance** 66:4
**Barry** 56:15
57:2 96:2,5,6
96:17,21 97:11
97:15,19 98:1

98:8,19 99:5,6
99:15,17,22
100:2,19 101:7
101:20,21
102:1,21
105:17,22
106:1,13,19
107:1,5,6
108:20 113:3,6
113:7,12 114:3
114:8,10,14,22
115:16,19
116:2,4,12,17
126:17 136:1
139:4,11
140:14 141:2,5
142:14,18
143:6 147:21
148:4,16 149:2
150:6 151:22
152:6 157:4
161:12 162:2,7
163:1 178:21
179:10,13,19
180:2,5,7,8,14
180:15 181:2,8
181:19 182:4,8
187:2,9 188:15
194:5 195:15
197:21 198:15
329:7,11 330:1
330:7 332:1
335:18 336:18
**base** 53:13
56:15 57:1,2
102:3,4 122:19
128:16 179:9,9
182:3,7 196:11
214:3 262:20
297:13
**based** 79:1 89:7
96:2 98:1

100:13 102:21
106:1 108:9,21
108:22 112:3
126:16 128:14
136:6 139:2,3
139:10 140:14
141:2 142:13
142:18 143:6
147:4,15,21
148:15,22
149:1 162:10
176:12,19
178:21 180:1
181:2 184:7
193:10 195:14
200:22 203:16
210:12,14
212:18 213:9
238:13 264:22
306:12 311:9
329:7,11,18,22
335:18 340:2
**basic** 114:12
195:9 277:19
**basically** 20:3
26:14 27:17
32:10 138:2
141:12 163:11
196:9 296:5
**basis** 46:6,8,9
49:2 62:22
106:11 107:13
108:12 117:12
135:22 141:21
142:6 152:21
241:20 242:9
242:20 247:20
300:11 320:4
335:21 336:21
339:21
**basket** 293:8
**Bates** 6:16,18

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

5

58:22 126:1
154:21 197:18
219:1 316:3
**beak** 252:10
**beat** 197:15
**before** 15:12
17:10 19:22
20:14 21:3,14
30:4 52:22
55:17 60:18
72:2 89:16
122:10 123:17
124:1 135:12
145:10 200:11
206:11 234:17
237:3,18
249:20 260:22
300:16 313:8
334:21 338:4
344:16
**began** 52:4
138:6 183:17
206:7,13 271:5
274:22 275:2
307:10
**begin** 51:11
205:7 274:19
275:1
**beginning** 86:5
137:10 139:14
139:18 140:1
158:21 307:9
313:16 314:16
326:6
**begins** 21:2
28:18
**behalf** 2:3 3:3
3:14 4:3,11 5:3
5:12 10:18,20
10:21 11:4,8
11:15,18,21
15:19 21:17

**behest** 257:13
257:20
**behind** 197:10
261:2
**being** 1:18 10:6
13:18 42:2
48:13,14,21
57:13 71:13
81:16 91:11,13
125:19 132:22
148:20 161:5
167:22 179:17
182:5 199:4
207:9 210:19
311:1 338:5
**beings** 281:21
**belief** 52:3 334:2
**believe** 19:7
20:13 24:12
33:14 45:19
48:3,5,15
59:19 69:14
72:11 80:11
81:1 86:3 88:4
92:6 94:4
100:17 122:1
123:16 133:15
133:20 146:3
155:17 178:13
199:16 223:14
233:18 234:5,7
238:3 274:17
280:16 281:17
281:21 298:7,9
333:12
**bell** 188:21
189:1 247:4,7
247:8 248:9,10
248:11,16,19
**below** 230:19
231:6,9
**Ben** 307:15,18

308:14,19
309:2
**benefit** 315:13
**benefits** 174:10
317:4
**besides** 281:1
**best** 17:15,19
30:21 152:2
165:3 286:20
318:9
**better** 50:15,15
51:13,14,17
120:22 133:6,9
134:17 158:15
209:7,7,13,17
209:22 215:5
215:15 216:21
217:12 218:16
219:15,18
332:9
**Betty** 265:21
267:1,7 269:21
282:20 283:13
283:21 285:1
285:10 287:1
304:19 305:8
330:22
**between** 26:9
38:13,16 45:2
45:20,22 46:19
48:2 53:5,11
53:14 56:20
66:21 67:20
71:4 99:10
105:18 119:2
121:12 124:2
147:7 148:14
155:14 196:12
211:5,16,18,20
212:6 218:7
253:9 279:3
288:14 300:16

329:2 336:9
**beyond** 49:14
101:20 102:4
104:9 114:1
242:14 334:12
343:20
**big** 318:21 319:1
**bigger** 134:5,9
**biggest** 112:13
264:14,21
**bills** 27:8
**binder** 144:13
**Binh** 1:15 6:3
10:4 12:4,22
74:20 125:13
167:5,18
220:19 256:15
292:14 345:5
**bird** 174:7
280:15 281:1
281:15
**birds** 257:11,19
282:5
**bit** 39:20 67:2
104:8 107:17
111:1 120:22
180:20 193:5
277:13 327:14
**Blackwell** 1:16
**blend** 198:4
205:15
**Block** 2:7 10:18
10:21 243:21
245:2 333:15
**blue** 34:12,14
**board** 116:5
132:6 169:16
196:10
**Bob** 273:13
288:20,22
303:12
**Bob's** 288:17

**Bonnie** 24:2
**both** 22:3 23:18
50:21 71:11
76:4 91:14
216:15 222:12
273:13 296:13
298:4 323:22
**bothered** 164:17
**bottom** 21:8
125:22 136:21
148:19 168:19
245:19 269:22
272:10 276:22
282:21 288:16
**bought** 26:9
44:7,8
**Boulevard** 2:17
**box** 295:17
297:16
**boxes** 294:5
**brand** 304:19
305:8 306:21
309:13 312:12
**brands** 208:5
272:8 287:16
**break** 17:6,9,11
74:13 97:6,6
108:14 125:6
165:22 220:10
220:11 292:4
**breakdown**
185:17 191:8
336:8 337:4
**breakfast**
206:21
**breaking** 96:19
97:3,12 98:12
99:2,6,13
126:17 160:22
**Brent** 273:11
**brief** 154:17
**briefly** 16:14

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

6

| | | | | |
|---|---|---|---|---|
| **Briggs** 3:16 | **buyer** 13:20 | **cage** 233:9 | **calls** 18:14 | 239:17 240:2,6 |
| **bring** 263:19 | 14:2 15:6 | 234:6 238:16 | 32:10 39:10 | 240:12,17 |
| **bringing** 343:13 | 27:19 40:2 | 239:1 252:3 | 54:18 267:10 | 241:6,9,19 |
| **broken** 36:10 | 119:9,10,13,15 | 257:11,19 | 299:16 | 242:3,6 243:1 |
| **brought** 253:18 | 120:1,4,16 | 258:1,5 268:4 | **came** 88:13 | 243:22 252:19 |
| 264:6,7 | 121:2,5,10,11 | 268:8 278:19 | 122:10 151:4 | 256:15 257:5 |
| **build** 113:15 | 121:14,16,20 | 279:3 282:1,6 | 156:8 220:7 | 259:2,9,13 |
| 158:18 | 122:12,16 | **cage-free** 229:21 | 240:1 305:12 | 260:5 261:16 |
| **building** 158:18 | 124:2 144:14 | 230:1 231:10 | **Campbell** 2:5 | 263:22 264:3 |
| **builds** 116:2 | 144:14,18 | 231:18 252:12 | 6:6 10:17,17 | 265:8,22 268:5 |
| **bullet** 151:10 | 180:6 183:7 | 260:1,13,15 | 18:13 21:4 | 268:18 275:11 |
| 267:9 315:7,11 | 184:12 188:1 | 261:14,21 | 30:11 34:10,15 | 289:10 292:5 |
| 315:16,18 | 236:8,12 | 262:1,5,5,12 | 39:10 40:8 | 292:20 293:2 |
| 316:18 | 313:19,21 | 263:2,7 264:13 | 41:5,12,22 | 293:13,18 |
| **burdensome** | 319:19 | 265:7,12,17 | 46:1,7,10 | 294:7,15,18,21 |
| 214:8 | **buyer's** 27:17 | 268:1 269:1 | 49:11,21 53:2 | 295:2,4,7,15 |
| **Burke** 1:16 5:5 | 120:14,19 | 278:19 279:4 | 54:11 60:16,20 | 295:16 298:15 |
| 11:17,17 | 142:11 143:10 | 279:10,19 | 65:5,12 67:5 | 299:15 300:12 |
| **business** 25:15 | 144:9 | 280:16 281:1 | 68:12 74:9,12 | 301:3 302:15 |
| 28:7,13 40:15 | **buyers** 24:7,7 | 281:15 309:3 | 77:11,13 80:9 | 304:10,13 |
| 45:13,15,19,21 | 141:13 199:17 | 309:16 310:7 | 80:14,22 81:3 | 305:1,3 307:20 |
| 47:8,12 51:15 | 200:20 201:5,6 | 310:20 311:8 | 81:7 82:19 | 310:9,16 312:7 |
| 92:19,22 93:6 | 201:9,9,13 | 311:12,20 | 89:11 95:15 | 314:11,13 |
| 93:6,15,18,19 | 203:8,14 | 312:18 315:7 | 125:7 142:12 | 316:8 318:21 |
| 93:21,22 94:2 | 276:12 313:11 | 315:14,17,22 | 142:20 143:2 | 319:12 320:14 |
| 158:17 188:10 | 314:19 | 316:13,16,20 | 143:11 146:2,5 | 321:14 322:13 |
| 206:5 210:4 | **buying** 25:19 | 317:4,5,6,13 | 149:17 164:18 | 322:22 323:5 |
| 212:1 227:3 | 128:14 129:9 | 318:4 328:20 | 165:20 166:2,4 | 325:19,22 |
| 274:10 318:9 | 153:18,20 | **caged** 265:13 | 169:3 171:3,9 | 327:10,16 |
| 318:11 | 194:10 196:8 | 282:2 | 171:13 174:22 | 328:5,13 |
| **businesses** | 203:3 215:2,12 | **cages** 234:3 | 186:10 189:3 | 331:20 332:10 |
| 46:21,22 47:1 | 216:15 260:18 | 252:8,12 | 191:16 195:5 | 332:15 333:17 |
| 47:6 92:18 | 262:5 275:20 | **calculated** | 202:18 203:10 | 335:7,12 |
| 93:7 94:1 | 311:8 315:3 | 100:10 | 203:21 204:6 | 336:12 337:9 |
| 158:17 | 317:5,6 320:1 | **call** 27:22 54:18 | 204:19,22 | 337:16 339:8 |
| **buy** 90:21 109:5 | 328:19 | 58:22 96:2 | 208:1 215:7 | 339:18,22 |
| 124:13 127:6 | | 164:13 236:21 | 218:19 219:1,5 | 340:13 341:1,3 |
| 127:11 217:8 | ——————— | 236:21 274:20 | 219:10 220:13 | 341:6,9,20 |
| 227:7 228:17 | **C** | **called** 12:5 | 223:8 225:9 | 342:16 343:8 |
| 310:7,20 | **C** 2:1,1 3:1 4:1,4 | 126:1 146:22 | 228:13 230:20 | 343:19 344:2 |
| 317:12 318:4 | 5:1 6:1 10:1 | 239:1 247:3 | 231:2 232:3,6 | **Campbell's** |
| 329:1,2 | 211:5 319:3 | 293:7 294:1 | 232:8 239:12 | 311:18,22 |
| | **CAD** 89:9,15 | | | |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                      August 13, 2013

7

312:17 333:8
**Canada** 44:11
44:13,19 90:6
90:10,13,20,21
90:22 91:11,13
91:15,16,17
92:14 93:1
**Canadian** 89:9
89:20 90:2,3
91:6,10,13
92:16,22 93:2
93:7,22
**capability** 31:22
**capacity** 156:19
156:20 157:1,7
157:8 159:20
297:18 298:1
**capital** 14:1
327:1
**carbohydrates**
163:9
**carbs** 163:12
**care** 185:4
211:11,14
219:5 238:18
307:18 308:6,9
312:9
**cares** 309:6
**Cargill** 48:10,13
**caring** 312:6
**case** 10:10 15:16
15:17 16:1,7
16:21 20:12
27:3 74:2
100:18 108:18
111:21 129:11
136:8 137:2
179:18 183:13
183:16 184:17
185:5 186:6
216:9 218:6
256:1 310:12

314:22 333:14
**cases** 37:9 38:2
63:8 90:9
184:21 185:16
185:21 191:20
207:14 249:4
**cash** 219:19
**Cass** 272:11,12
283:2 284:16
285:14 286:7
286:14 287:8
288:14 289:1
**category** 27:14
267:11 270:7
276:13 293:7
315:2
**cause** 159:22
160:3
**causing** 129:16
**CBGs** 317:22
**cease** 51:2
**Center** 3:17
**centralized**
274:16
**cents** 161:1
183:13,13,16
**CEO** 237:3,5,7
**certain** 55:15
73:17 77:4
148:11,17
149:13 153:2
268:3,16
296:20
**certainly** 18:18
46:12 71:4
72:9 122:19
177:12 213:4
256:21 259:11
260:12 262:10
262:19 279:20
293:1
**CERTIFICA...**

345:1
**certification**
283:8
**certified** 232:12
232:16,21
233:3,6 234:13
234:19 235:10
235:10,19,22
236:3,4,18
250:6 271:5,11
285:2,12 286:5
286:22 287:18
288:1 304:20
305:9
**certify** 345:5
**cetera** 20:21
188:11 212:20
257:14 270:9
**chain** 130:20
131:2,3 134:13
134:15 216:7
**change** 45:22
53:12 66:6,7,8
100:1,2 102:20
106:22 107:3
112:16 118:12
118:15,18
175:22 205:13
206:7,13
209:16 228:2,5
229:5,11,17,20
297:12
**changed** 105:17
106:19 227:14
**changes** 46:17
157:16 205:7
206:2,3 238:9
**changing**
156:18
**characterizati...**
333:21

**characterized**
329:14 331:4
**charge** 284:16
**charged** 345:9
345:10
**chart** 157:19
158:1,7 161:4
162:10 164:2,3
164:7,17,19
165:5,13,16
169:4,8,10,12
170:8,11,13
171:6 198:9,11
221:8 225:15
225:17
**chart's** 198:12
**chatter** 201:16
203:3 262:10
**cheaper** 109:5
109:12,15
**check** 37:20
**checklist** 245:12
246:1,4,6,8
**checklists**
246:12
**Chicago** 2:9 5:8
116:5 132:6
196:10
**chicken** 215:5
215:15 218:17
219:15 315:13
**chickens** 130:4
130:6,19 133:7
133:9 134:4,4
134:9 232:19
238:15
**chief** 290:6
**choose** 174:14
**chose** 165:4
**chosen** 73:18
**Chris** 24:1,12,14
**circumstance**

46:2 151:7
**circumstances**
186:5,15
**citizen** 281:10
**Civ** 20:7
**claim** 136:10
**claims** 300:11
**clarification**
201:20
**clarify** 17:14
19:12,13 29:16
39:20 43:2
46:1 67:1
95:21 97:17
222:9 261:18
281:12 289:17
**clarifying** 197:6
273:3
**clarity** 297:18
298:1
**Clark** 2:8
**class** 136:11
**cleanliness**
210:16
**clear** 70:15
239:21 340:18
**Clearing** 92:3
**clearly** 54:12
284:6 307:21
**client** 299:10,13
300:7 338:22
339:15 340:8
341:11,12,17
341:19 342:14
342:21 343:6
**clients** 338:10
**closely** 254:5
**code** 134:4
**coincides** 170:16
**cold** 54:18
236:21
**collaborative**

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

8

185:9
**collection**
275:22
**collections**
276:6
**colluded** 338:7
**collusion** 254:22
255:2 256:5,13
338:16 339:10
**colored** 161:8
**column** 34:9,17
36:13 43:13
58:2,3,5,20
59:20 62:8,9
62:19 63:3,20
64:2,9,10 65:7
65:7,10 70:19
71:2 75:15
76:8,12 77:22
78:10 79:6,7
79:11,15 82:4
82:11 83:19,22
84:7,17,22
88:2,18,21
89:2,5 91:18
92:2
**columns** 52:17
62:16 65:20
76:22 78:7
111:9
**combination**
32:16 47:16
187:19
**combined** 33:2
**come** 69:19
184:13,18
186:22 217:15
227:21 279:15
**comes** 107:11
113:6 143:18
268:9 334:5
**comfort** 238:15

**coming** 60:14
88:14
**comment** 80:9
**comments**
171:20 175:20
257:7
**commingle**
311:4
**Commission**
261:12 345:21
**commitment**
109:22
**committed**
55:11 308:20
**committees**
276:16
**commodities**
13:9,21 193:10
**commodity** 13:3
320:1
**common** 222:11
222:14
**communicated**
341:22
**communication**
142:4 143:18
242:14 299:19
**communicatio...**
24:1,11 25:9
239:19 240:19
241:11,21
242:11,17,19
299:16,17
301:5 319:15
340:2
**community**
275:20
**companies** 29:8
51:3 54:17
201:18 202:7,8
202:9,10,14,21
263:7 311:13

311:15,16,18
312:21
**company** 22:2
24:15 27:7
29:3 43:18
120:14 138:14
146:11 147:5
147:14 185:1
194:8,12,15
217:8,13,17,22
227:9 233:2,5
233:21 243:20
244:14 248:16
248:18 261:8
264:9 266:9
302:5 330:20
340:21 343:13
**company's**
204:2 232:15
340:20
**company-wide**
217:21
**compare** 64:1
68:21 180:18
208:20
**compared** 40:11
180:14
**compares** 221:9
**Compassion**
229:16
**competing**
207:18 212:11
212:22 213:10
**competition**
213:6 309:12
312:11 317:18
317:19
**competitive**
199:20 317:7
317:16,17
**competitor**
307:15,18

**competitors**
308:7,10,14
309:8 312:2,3
312:6,9,21
318:5,17
**compilation**
28:15
**compile** 183:4
**complaint** 7:21
18:9 19:1,3,5,6
19:8 20:4
135:20 139:1
139:10,20
140:5,7,13
148:20 200:7
200:14,19
203:8 242:14
243:9,12,13
256:10,12
299:20 300:1,2
300:4,15,21
301:14,17,18
302:11,18
319:2 320:13
320:16,19
321:1,4,8,10
321:11,14,15
321:16,20,22
322:1,4,11,15
323:1 325:11
326:1,8,11,12
334:8,9 339:9
339:11 342:2,8
342:9,12,12,15
343:1,4,17
**complete** 184:2
**completed** 183:8
**compliance**
235:11
**component** 97:7
97:8,11 99:14
101:15 103:21

117:22 118:1
147:10,16,19
182:6,6 195:9
205:22 207:19
208:15 239:6
284:17
**components**
20:15,17 57:7
57:8 100:17
101:3,11
102:22 114:11
117:19 135:13
187:7,8 207:1
208:13,14
217:9 235:6,8
235:16 281:18
281:22 337:2
**comprise** 35:22
**comprised**
270:7
**comprises** 72:10
**concept** 315:6
315:21
**concern** 309:2
**concerned** 96:17
**concerns** 174:7
229:15
**conclude** 174:18
**conclusion**
256:2
**conditions**
45:15 124:15
223:3
**conduct** 28:13
188:5 326:7,10
**conducting**
187:21
**confer** 240:4
**confidential** 1:9
59:10 80:10,16
146:3 200:8
**configurations**

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

9

| | | | | |
|---|---|---|---|---|
| **confirm** 252:2 | 163:10 199:4 | 152:17 199:22 | **corn** 117:11,16 | 117:18 138:8 |
| **confused** 229:1 | **consumer** 209:2 | 201:18 204:2 | 118:11,21 | 140:5 149:9 |
| **conjunction** | 209:4,10,14 | 216:15 | 129:11 159:6 | 152:7 153:19 |
| 215:21 216:12 | 262:14 288:1 | **contribute** | 159:17 174:5 | 154:10 157:20 |
| **connection** | 308:19 312:13 | 222:17,17 | 190:13 193:10 | 159:11 160:2 |
| 136:10 291:18 | 317:9 318:13 | 298:4 | 193:11,13,16 | 162:4 165:17 |
| **cons** 316:16,17 | 318:13 | **contributing** | 193:18,20 | 169:12 170:6 |
| **consider** 53:18 | **consumers** | 159:1 163:18 | 194:2,19,20 | 175:7 182:16 |
| 164:10 213:18 | 262:15,16 | 163:20 174:15 | 195:1,3,8,19 | 185:20 186:4 |
| **consideration** | **consumption** | 175:4,18 191:2 | 195:20,21,21 | 186:17 188:3 |
| 227:7 288:5 | 172:14 223:2 | 191:11 193:18 | 196:2,3,8,9,10 | 190:15 196:19 |
| **considerations** | **Cont'd** 3:1 4:1 | 323:8,15 324:4 | 196:15,17,22 | 198:1,2,6,17 |
| 286:21 | 5:1 7:1 8:1 9:1 | 324:17,22 | 198:5 201:1 | 198:20 202:3 |
| **considered** 36:7 | **contact** 250:4 | 327:2 | 203:17 205:15 | 207:3 211:9,13 |
| 54:4 268:12 | 291:16 | **contributor** | 205:17 323:13 | 225:6 235:17 |
| **considering** | **contain** 207:8 | 257:11 | 323:13 | 239:6 240:2 |
| 194:13 328:19 | 228:15,18 | **control** 130:19 | **corn-based** | 244:20 251:2,3 |
| **considers** 210:8 | **contained** 19:2 | 130:20 134:21 | 195:12 | 260:16,22 |
| 227:2 | 66:21 86:22 | **convened** 1:15 | **corn/meal** | 265:5,14 |
| **consistent** | 93:9 95:6 | **conversation** | 171:22 | 270:16 271:14 |
| 108:14 112:10 | **contemplated** | 188:8 | **corner** 125:22 | 276:1,4,18,21 |
| **consolidated** | 283:12 | **conversations** | **corporate** | 282:2 286:9 |
| 29:7 | **contention** | 18:14 250:9,11 | 281:10 | 288:3,6 300:9 |
| **consolidation** | 241:4 | 303:12,14,17 | **correct** 13:11 | 302:2 305:16 |
| 43:20 206:4,10 | **context** 195:7 | 303:20 304:1 | 23:20 28:8,11 | 307:16 309:5 |
| **conspiracy** | **continually** | **conversion** | 28:14,19,20 | 312:4 313:1,17 |
| 241:5 243:19 | 147:8 214:5 | 101:15,18 | 30:10 31:1,3 | 316:22 317:1 |
| 244:8 318:16 | **continue** 174:7 | 118:7 147:18 | 31:10 32:14 | 317:14,20 |
| 319:7 328:14 | 190:13 | 176:22 216:21 | 34:18 36:1,2 | 318:17 319:20 |
| 333:8 334:2 | **continued** | **convert** 117:13 | 42:14,15 43:5 | 319:21 320:3,6 |
| 337:17,22 | 206:12 309:10 | **converting** | 43:9 48:11 | 321:2 324:12 |
| 338:16 339:7 | **continues** 34:5 | 132:21 | 50:19 52:13,16 | 324:21 332:14 |
| **conspire** 338:14 | **contract** 25:13 | **cook** 33:5 | 57:15 64:12 | 333:10,11 |
| 339:1 342:6 | 105:7 106:17 | **cooked** 33:10 | 76:6,10,19 | 336:2,6 |
| **conspired** | 107:4 109:16 | **copies** 144:6,12 | 77:18 78:5 | **correctly** 190:18 |
| 239:10 242:21 | 109:18 112:14 | 144:14 250:1 | 81:3 85:7 90:7 | **correlation** |
| 300:19 338:11 | 134:16 247:13 | 293:15 345:9 | 91:11 92:10,11 | 147:12 194:9 |
| 338:12 | 345:12 | 345:10 | 93:17 95:8,10 | 194:12 196:7 |
| **constant** 199:9 | **contracts** 25:18 | **copy** 126:8 | 95:11 96:4,18 | 196:12 |
| **consultant** | 26:15 100:13 | 144:12 295:14 | 103:16 105:12 | **correspond** |
| 246:22 | 109:14,21 | 318:20 | 105:16 107:2 | 141:18 |
| **consumed** | 141:1 152:10 | **copying** 126:12 | 109:9 116:14 | **cost** 50:15 51:13 |

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

10

51:14 100:21
101:1 102:5
115:4 118:2,7
118:22 122:20
132:19 133:4
156:16 169:19
176:18 177:1
177:16 182:11
183:2,2,9
184:5,19 185:3
185:5,10,18
186:1,6,17,20
186:21 190:22
191:5,9,11
192:4,11,13,14
192:16,22
196:20 197:2
205:17 214:3
216:16 217:4
264:14,21
265:16 317:2
323:8 336:15
336:18 345:8
**cost-based**
200:22 201:13
203:16
**cost-plus** 116:21
117:3 128:20
129:6 131:17
145:6 147:10
147:19 156:12
195:8 199:18
**costing** 177:5
**costly** 214:7
**costs** 101:18
115:12,13
132:3 159:6,17
168:10,12,13
172:2 174:3
176:20 177:6,8
177:16 178:10
184:13,21

185:1 187:2
190:12,14
191:3,14,15,21
192:2,17,20
193:2,3,4,14
201:2 203:18
212:20 213:15
214:4 215:22
216:9,21 217:5
219:21 222:15
297:19 316:20
323:7 326:15
**counsel** 10:15
12:10 18:8,15
21:22 22:5,13
22:14,17 23:2
27:3 167:11
239:20 240:1
240:20 241:11
241:21 242:11
242:15,18,19
243:10,12,15
243:17,21
244:17,18,22
298:22 299:16
299:19 301:5,9
319:15,17
321:7 322:2
328:3 331:3
333:3 334:6,8
334:11 337:13
337:16 339:19
340:2,5,11,12
340:16,21
341:22 345:11
345:11
**countries** 173:2
224:2 225:3
**country** 224:7
224:12,15,16
**County** 345:4
345:20

**couple** 22:18
**course** 55:14
56:5 89:12
**court** 1:1,20
10:9 11:22
16:15 17:2
341:16
**cover** 266:21
**covered** 135:19
139:1,9,20
140:4,6,12
148:19 236:11
**cows** 227:18
**crack** 130:7
134:3
**CRCY** 89:5
**create** 28:4 58:9
70:7 93:19
133:2,4 137:19
164:22 177:12
190:6,17 209:7
**created** 69:13
70:2 71:9 75:7
75:8 77:19
78:17 81:11,14
81:18 83:8
86:9 95:2
106:17 176:14
189:20 246:8
264:11 271:10
301:15 310:3
318:3
**creates** 190:8
**creating** 190:3
**creation** 75:10
132:14 133:17
156:9,15 223:4
318:15
**creative** 8:4
214:16
**credit** 37:11,13
37:19 38:3,19

39:21 40:1,19
40:22 60:11
**credited** 37:7
**credits** 37:16
38:14 39:13,19
40:5,11 42:11
42:17 94:5,8
94:11,15,19,21
95:5
**criteria** 211:8
226:21 227:1
268:16,17
**Crocker** 265:21
267:1,7 269:21
282:20 283:14
283:21 285:1
285:10 287:1
304:19 305:8
330:22
**cross** 327:12
**Crowell** 5:14
11:21
**CS** 183:14
**cure** 331:14
**currency** 89:6
89:17,19
174:10
**current** 13:10
14:20 22:3
126:8,12
144:17 183:17
191:19 237:3
313:21
**currently** 13:1
49:3,5,10,16
123:17 281:18
297:18 316:1
**customer** 72:6
260:12 262:20
**customers**
229:11 262:16
311:19,21

312:1
**customize** 72:2
**cut** 110:11 126:8
126:11 131:12
163:12 226:14
226:16 251:7
**cutoff** 49:13
**cycle** 282:4

_____
**D**

**D** 10:1
**D-E-L** 77:22
**D.C** 4:7 5:16
**D6** 245:17
**D7** 245:18
**daily** 100:3,3
118:12,15
**dairy** 227:17,19
**Daniels** 5:6
11:18
**data** 26:12,18
28:16,19,21
29:11,15,18
30:8,14,19,22
31:8,14 49:20
66:21 69:21
70:4,6 71:14
71:15,17 72:2
72:18,22 73:1
73:1,5,7 75:9
80:17,20 81:13
81:16 83:9
87:15,20 88:12
92:12 93:11,19
113:11 114:9
138:6,10
140:20,21,21
142:5 143:9
**database** 29:7
137:18,21
**date** 69:2,20
77:22,22 78:20

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

11

78:22 84:9
85:9 87:4,7
150:19,21
189:3 190:20
255:17,18,19
**dated** 105:19
150:15 214:15
**dates** 250:20
**Dave** 254:13,17
256:13 257:6
**Davis** 3:6 6:4,7
11:4,4 12:13
12:16 18:16,17
19:10,14,20
21:7 25:20
26:3 30:13
34:13,16 39:12
40:20 41:9,14
42:4,5 46:5,8
46:15 49:11,18
50:2,4 53:6,7
54:13 57:21
59:8 61:1,14
65:9,17 66:14
67:7 68:14
74:14,22 77:12
77:14 80:6,12
80:19 81:1,4
81:10 82:15,21
83:1,7 87:14
89:14 95:17
103:6 125:5,18
135:11 142:15
142:22 143:3
146:1,7 149:18
150:14 154:16
156:4 160:12
164:21 165:22
166:3,5 167:20
169:6,7 171:8
171:11,14
173:10 175:2

176:6 182:22
186:14 189:5,8
191:22 195:17
200:6,9 202:20
204:3,9,15,20
205:1 208:8
214:14 215:10
218:22 219:3,8
219:12 220:12
220:21 223:12
225:18 229:2
230:8,22 231:3
232:5,9 233:12
233:17 237:15
239:21 240:5,8
240:22 241:7
241:14 242:1,4
242:16 243:4
244:4,12 245:9
246:19 249:11
250:19 252:21
253:3 254:12
257:1,8 258:13
259:7,11,19
260:7,9 261:20
263:14 264:2,4
266:5,18
268:10 269:4
269:19 271:20
273:19,20
275:13,15
278:7 281:3,8
282:16 288:12
289:14 292:3
292:16 293:1,6
293:15,19
295:13 298:7
298:14 314:9
327:18 328:11
328:16 331:11
331:14,17
332:7,17 333:6

333:19 335:10
335:16 336:19
337:6 340:17
341:2,4,8
**davisw@pepp...**
3:12
**day** 104:9,11
298:8 344:17
345:14
**Daybreak** 5:12
11:21
**days** 82:8 248:6
**deal** 156:8,11,12
276:6,10,16,19
**deals** 276:2
**Dean** 5:21 10:13
74:9 246:20,21
246:22 247:9
247:18 248:4
248:13,15
249:1 298:15
323:2
**Decades** 246:13
**December**
146:20 264:1
**decide** 287:14
**decides** 119:6
**deciding** 124:3
227:3,4 338:3
**decision** 51:1
119:22 120:2,5
120:21 124:21
157:12 170:5
174:16 175:5
285:9,12
287:17
**decision-maki...**
119:19 120:11
**decisions** 119:6
120:10,14,17
208:12 251:22
**declining**

172:11
**decommission...**
29:22
**decommission...**
30:1
**decrease** 160:4
217:21 218:1
**decreases**
175:19 192:12
**decrements** 77:6
**defendant** 3:3
3:14 4:3,11 5:3
5:12 11:8 16:7
149:7 298:22
337:14
**defendant's**
7:10 135:16
320:12,22
321:19
**defendants**
12:11 19:8
20:5 50:21
51:4 73:6 95:7
139:2,12
140:13 148:22
167:12 258:20
319:6,10 321:4
322:20 326:8
331:4 333:4
341:18
**define** 36:3,9
54:11 140:7
228:8 277:3
**defined** 114:21
116:12 268:8
**defines** 267:10
267:13 270:11
**definitely** 192:1
**definition** 42:9
101:6,21
**degree** 14:17,18
168:14 195:3

196:21 197:11
**Deinard** 4:13
11:15
**DEL** 77:22
**DELDT** 84:8
**deliver** 66:3
**delivered** 57:16
63:21 64:5,6,8
64:11,15,20,22
65:2,7,18 66:2
69:2 77:16,19
78:3 85:12
86:15,19 87:4
87:8 91:5
101:8,11
212:17 336:15
**delivery** 62:14
83:9 84:9,14
85:9 87:4,7
**demand** 113:17
113:21 114:3,5
114:6,13 115:3
115:5,6,11,15
127:6,11 131:1
134:19 163:14
168:2,5 173:16
173:20 189:20
190:4,11 199:3
224:11,11,13
224:14,17
288:1 315:14
315:15 324:5,6
324:8,13,19
326:16,18
**demands** 28:2
127:8
**demographic**
172:15
**demonstration**
89:13
**density** 264:15
265:1,1,3

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                August 13, 2013

12

department 176:8
departments 124:19
depend 51:3 118:19 207:21 285:14
depended 153:5
dependent 38:17 94:13,13 103:20 114:22 153:3 185:11 185:12 287:11 287:12
depending 45:12 68:8 105:6 117:16 119:1 127:21 135:4 197:7 330:10
depends 37:18 37:18 69:7 112:19 151:16 153:17 178:7,7 185:7 191:18 192:6 197:5
depict 71:12
depicted 334:8
depicts 96:7
depletes 129:15
deponent 2:4 10:19 328:4
deposition 1:15 6:14 10:4,6,12 15:11 16:20 20:6,11 21:9 21:11,12,21 25:2 31:14 74:20 125:13 167:14,18 220:19 277:10 292:14 344:9

345:5,9
depreciate 216:22
Derick 24:9 121:9
derivative 196:14
derivatives 36:7 118:22 130:8
derived 36:6 72:12 91:20 98:17 113:4 181:3 186:21 240:19
deriving 208:6
describe 136:1
described 188:14 261:1
DESCRIPTI... 6:13 7:2 8:2 9:2
designated 200:8
designation 80:10,13
desire 263:1
desires 318:14
detail 26:16 253:20
detailed 116:1
details 46:12,13 61:7 218:13 234:21
determine 68:10 68:15 108:7 109:5 113:8,12 140:22 141:4
determined 135:22 137:14 142:7 151:11
determines 124:6

developed 48:21 268:17
Dick 294:13 295:6 340:17
diet 163:4,8,8,11 163:13 165:4 168:2 170:17 324:2 326:15
diets 223:1
differ 137:17,18 330:6,9
difference 65:6 66:20 67:20 71:19,21 79:8 79:12,13 110:18,20 163:1
differences 35:1 71:10,15 81:20 81:22 99:10
different 33:22 34:18 35:4,5 50:5,16 65:11 65:13 67:18,19 68:1,9,17 71:8 72:13 75:11 79:6 81:20 92:16,17,17 93:7 98:12,16 98:22 151:18 161:5 169:18 169:19 197:22 198:16 208:21 209:15 211:1,8 212:14,15,17 212:18 223:11 243:5 331:12
differential 38:9
differentially 216:8
differently 98:18

differing 330:2
difficult 297:17
digging 234:14 235:8
digit 126:5
diligence 283:17 284:10,14 285:13,21 286:14 305:13 310:22
diminish 130:10 130:12,16
diminishes 129:20
Diminishing 172:8
direct 134:22 196:2,3 201:14 201:17 204:1 217:14 218:9
direction 1:22
directional 213:5
directionless 296:5
directly 119:12 215:18 315:3
director 13:2 14:21 24:1 120:8,9
Disadvantages 129:14
disagree 255:16 256:12 259:11 341:4,7
disagrees 257:3
discount 186:8
discounts 37:3,6 42:13 63:9,12
discovery 49:13
discretion 119:5
discuss 266:6

discussed 49:19 127:4 138:4 243:9 277:17 277:20 278:11 279:1 286:3 301:8 334:7 340:5
discussion 175:12 185:10 193:7 230:14 251:10 259:4 266:12 279:5 282:20 286:8 286:12,13 314:15 330:21 332:21
discussions 253:15 266:22 267:5,6 284:22
disease 168:7 222:16 326:19
diseases 325:4
disincentivized 332:2
displayed 189:16
distinct 140:3
distinguishable 211:10
distinguishes 270:18
distributor 283:4,12
distributor's 283:7
District 1:1,2 10:9,9
division 92:17 93:7 306:17,18 336:8
divulge 18:19 213:2,7

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                                 August 13, 2013

13

**DLY** 84:16
**Doc** 75:16 83:21
**document** 1:7
  20:14 21:3,13
  24:21 26:6
  28:18,21 53:1
  60:18,21 61:3
  61:6 81:5
  83:14,15 88:10
  103:9 129:14
  135:12,14
  136:15 138:18
  146:2 150:19
  154:21 155:3,8
  165:1 175:1
  183:4 200:10
  200:12,16
  204:16 215:8
  218:21 219:4,8
  219:13 220:9
  237:18,19
  245:10 247:3
  249:17 250:20
  251:5 253:6
  263:15,16
  264:11 265:6
  266:19 270:15
  271:3,9 278:8
  278:9,10,14
  279:22 280:2,9
  283:5 284:1
  286:9 288:13
  292:19 293:11
  298:6 303:9
  305:5,5,12
  306:2,6 307:8
  307:14 310:1,2
  310:4,6,10,19
  311:9,17 313:8
  313:13 314:16
  314:18
**documentation**

145:1 283:7
284:3,7,14
**documents**
  58:17 69:22
  146:6 219:6
  259:6 261:11
  292:21
**doing** 171:4
  194:17 199:21
  216:13,18
  219:20 262:12
  307:19 312:6
  312:10 314:20
  318:5 338:19
**dollar** 46:3
  52:15 64:13
  65:2,19,21
  174:10
**dollars** 36:14
  38:11,12 39:3
  39:6,9 40:5
  41:4,11,21
  43:8,11 60:3
  62:17 76:20,21
  89:10,21 90:2
  91:6,10 158:10
**domestic** 223:5
  223:14 224:4,5
  224:8 225:8,20
  324:21
**Don** 247:4,7,8
  248:9,10,11,16
  248:19
**Dorazio** 271:22
  272:2 277:12
  287:7
**double** 139:7
**doubled** 173:22
**doughs** 206:21
**Dowd** 273:13
  303:15
**dozen** 161:2

**DR** 110:10
**dramatically**
  48:5 205:17
**draw** 105:8
**dried** 32:3,4,4,8
  32:9,11,12,15
  35:9,9 36:11
  44:21 45:17
  47:14 49:8
  52:2,4 55:5
  77:16 78:8
  97:16,16,17,22
  97:22 99:15
  102:1,2,4
  117:22 153:4
  153:21 154:5
  161:13 168:15
  171:17 172:20
  198:3,3 199:7
**drive** 5:7 185:15
  215:22 216:9
  226:14 288:1
**drives** 128:1
  216:20
**driving** 129:4
  225:5,14 226:1
**dry** 104:15
  107:20 112:12
  127:7,12 153:9
  197:18 224:12
  224:17
**drying** 118:2
  168:15
**due** 157:15
  172:14 190:13
  193:15 229:7
  283:17 284:10
  284:14 285:13
  285:21 286:13
  297:18 298:1
  305:13 310:22
**duly** 12:5 167:7

345:6
**duration** 103:18
**during** 40:6
  46:19 48:6,6
  56:5 105:4,10
  123:15 135:19
  138:22 139:9
  140:12 148:19
  169:1 179:21
  199:12 253:9
  253:14,20
  302:16,18
  314:9 323:16
  323:20 335:19
**Dutch** 306:8
**dynamics**
  134:19

---

**E**
**E** 2:1,1,1,14 3:1
  3:1 4:1,1 5:1,1
  5:5 6:1,12 7:1
  8:1 9:1 10:1,1
  167:1,1
**e-mail** 81:2
  187:18 188:4,7
  246:20 253:4
  254:13,15,18
  254:20 274:3
  288:14,16
**e-mails** 143:20
  249:5
**earlier** 95:22
  123:20 127:4
  152:19 175:10
  193:5 202:17
  203:1 259:8,20
  261:1 299:4
  314:9 333:12
  334:22 335:4
  336:11
**early** 139:14,19

140:1,17 151:8
  179:3 234:17
**easier** 154:5,8
**easily** 218:5
**Eastern** 1:2 10:9
**eat** 163:11
**ebbs** 131:1
  134:18
**economic** 223:3
  294:2
**economical**
  207:14
**economics**
  113:20 114:1
  264:13
**edification**
  329:21
**edition** 249:12
**educational**
  14:16 278:1
  279:2
**effect** 103:18
  104:20 168:1,3
  195:1 223:6,15
  280:3 338:20
**efficiencies**
  169:19 185:15
**efforts** 228:1
  275:9
**egg** 1:4,9 3:3,4
  10:7 11:5,5
  12:11,12,17,17
  14:22 15:3,3
  18:2,2,3 29:12
  30:9,15 31:1
  31:10,16,20
  32:4,10 33:2,5
  33:16,18,18
  35:16,22 36:3
  36:5,6,7,9 37:3
  37:8 38:6,15
  39:15,22 40:6

HIGHLY CONFIDENTIAL

Tran, Binh K.                                         August 13, 2013

14

| | | | | |
|---|---|---|---|---|
| 42:13,19 43:20 | 172:5,20 173:1 | 268:12 269:3,8 | 122:12 123:7 | 267:13,15 |
| 44:9 46:21 | 173:21 174:18 | 269:8,11 270:6 | 123:11 128:8 | 268:9,15 |
| 49:4,10 50:6 | 176:7,18 177:7 | 270:6,11 271:1 | 129:11 130:7 | 269:10,21 |
| 50:10 51:22 | 181:22 186:18 | 277:1,2,7 | 131:6 133:7 | 270:7,10,12,16 |
| 53:9,9,19 54:9 | 187:5 188:4,14 | 278:15,19 | 134:5,5,9,10 | 270:16,18,19 |
| 54:21 55:8,21 | 188:20 189:13 | 291:20 293:7 | 145:5 147:8 | 270:21 271:13 |
| 56:6,7 57:15 | 191:4,8,15 | 297:22 299:8 | 148:3 153:4,5 | 279:10,17,18 |
| 59:10 61:17 | 193:1,21 | 299:11 300:16 | 153:9,13,14,15 | 282:5,20 |
| 62:3 65:19 | 197:18,22 | 301:2,11,15 | 153:17 163:10 | 283:13,14,20 |
| 77:16 78:8 | 198:5,14,22 | 304:18 305:8 | 163:14,17,19 | 283:21 284:12 |
| 83:9 84:4 85:5 | 199:7,8,11 | 306:9 307:2,19 | 164:11 168:2,3 | 285:1,10 286:5 |
| 87:20 90:2,5 | 200:21 203:8 | 307:22 308:2 | 168:5,6 172:16 | 287:1,2,18 |
| 90:12 91:5,10 | 203:15 204:21 | 313:19,21 | 173:2 174:4,19 | 288:1,2 291:20 |
| 91:12 92:8,14 | 205:2,17 | 315:2 319:19 | 175:11,15,19 | 293:5,8 294:2 |
| 92:20 93:1 | 206:18,20 | 323:19 329:6,7 | 177:18,20 | 302:1 303:2 |
| 94:5 95:13 | 207:4,8,21 | 333:4,5 334:3 | 178:5 180:6 | 304:19 305:8 |
| 96:8,16 97:5,9 | 208:6,10,21 | 339:17 340:9 | 181:1,9 191:1 | 305:14 307:10 |
| 99:17 102:5,11 | 209:16,16 | 341:17 | 191:3 193:15 | 309:4 310:7,20 |
| 104:14 106:10 | 210:7,11,12 | **egg-buying** | 193:19 195:2 | 311:8,12,20 |
| 106:21 107:19 | 211:12,15 | 126:9,13 | 195:12 198:16 | 312:18 315:13 |
| 108:8,10 | 212:12,15 | 130:11,17 | 199:18 200:21 | 316:20 317:5,6 |
| 110:10 112:12 | 213:17 215:6 | 131:14 | 203:3,15 | 317:13 318:4 |
| 113:17 115:6 | 215:13,16 | **egg-laying** | 205:20,21 | 320:5 321:12 |
| 116:16 117:3 | 216:1,2,3,14 | 158:18 230:15 | 209:4,5 215:2 | 321:21 322:21 |
| 117:14,15 | 216:17 217:6,9 | 233:10,19 | 216:19 217:21 | 323:7,9,11,14 |
| 119:7 120:10 | 217:14 218:7 | 258:6 281:16 | 218:2,4 221:19 | 324:3,5,6,7,8 |
| 124:4,20 130:3 | 218:17 219:15 | 282:1 291:12 | 223:6,15,16,18 | 324:11,13,14 |
| 130:8,14 131:4 | 219:17 221:5 | **eggs** 14:22 19:9 | 224:9,15 | 324:15,16,20 |
| 132:22 137:1,9 | 221:10,10 | 24:8 29:12 | 227:10 228:7,9 | 324:21 325:3,6 |
| 139:1,15 | 227:1,4 228:3 | 30:9,15,22 | 228:13,14 | 325:13,18 |
| 140:13 141:1 | 228:7,14,14,18 | 31:9,20 35:19 | 229:22 230:1 | 326:2,9,12,14 |
| 148:15,21 | 229:5,18 | 36:10,17 54:19 | 231:10,18 | 327:3,5 328:8 |
| 152:9,16,20 | 230:13,14,22 | 57:11 63:13 | 235:19,22 | 328:14,15,15 |
| 153:2,8,18 | 233:16 235:10 | 66:16 81:12 | 236:4 238:9 | 328:20,20,22 |
| 154:9 157:2,10 | 235:18 237:22 | 90:21 99:19 | 239:11 242:22 | 329:2,3 333:9 |
| 157:20 158:21 | 239:10 242:7 | 101:13 102:2,2 | 245:18,18 | 333:10 334:3,4 |
| 159:10,15,22 | 242:21 243:19 | 113:17 114:7 | 246:1,3 258:1 | 341:14,14 |
| 160:3,13 | 245:13,14,20 | 115:6,10,11,15 | 260:1,13,15,20 | **Eighteenth** 3:9 |
| 161:12 167:12 | 246:5,6 247:1 | 116:16,22 | 261:14,21 | **either** 25:8 |
| 167:13 168:15 | 247:3 250:5,5 | 117:3 119:12 | 262:6 263:2,7 | 37:19 51:2 |
| 168:20,22 | 251:21 252:5,8 | 119:13,20 | 265:7,12,13,17 | 66:2 86:1 |
| 170:8 171:18 | 252:10 267:10 | 121:5,17,20 | 265:21 267:2,8 | 97:22 119:15 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                        August 13, 2013

15

120:13 142:1,2
144:12 150:17
194:17 218:10
272:22
electronic 37:20
elevate 190:13
eleven 31:12
elicit 208:5
elimination
233:6
else 60:11 102:7
102:10 118:3
122:16 125:3
143:10,17
171:5 179:15
226:5 227:21
248:18 284:21
285:6,6 286:11
286:15,16
290:22 291:2
297:1,4 325:7
327:9 337:10
344:4
embodied
331:15
emotion 238:14
315:8,15
employed 247:9
employee 304:8
345:10,11
employees 22:4
employers 14:12
employment
247:11
enact 331:18
enacted 155:20
301:12 317:12
encompassed
162:16
encourage 174:3
encouraged
279:16

encouragement
279:8
end 106:17
108:3,16 109:3
109:6,7 112:22
136:14 185:4
186:7,7 187:21
194:22 207:15
251:7
ending 197:18
ends 126:5
131:11 140:17
154:21 155:9
156:7 157:14
160:19 168:19
173:15 189:11
198:14 204:17
221:3 316:12
energy 168:13
174:3 193:12
enforcement
291:17
engage 54:5
engineer 183:6
engineering
14:19
enough 162:17
165:16 251:13
287:13 331:22
343:21,21
Enquirer.com
8:3
ensure 92:13
124:10 290:1
309:10
entailed 235:6
enter 100:12
312:15
entered 27:6
339:16 340:9
entire 24:17
72:21 130:20

134:13 164:7
324:17 335:20
338:2
entirely 148:11
259:4
entirety 142:16
142:17 143:4
298:19
entities 18:1
entitled 8:4,7
160:13
entity 44:1
entrepreneur
14:10
entries 43:14,22
52:15 58:5
67:16 71:5
81:20 83:12
entry 68:21 72:9
72:14 73:21
75:15 76:3,8
76:17 78:1,16
79:9 183:8
environment
190:18 205:3
275:6
environmental
157:12 159:3
274:9 290:14
equal 63:15,18
184:5 185:5
291:7
equals 161:1
equate 63:6
equipment 14:1
equivalent
161:21
ERP 26:13,18
27:5 28:12,16
29:3,6,14,17
29:19 30:18
69:19 70:3

75:8 81:17
86:16,17 88:14
90:11 91:1,8
92:15 93:9
94:9 103:22
137:22 138:12
140:21 141:11
141:14 142:5
143:9 144:6
especially
134:15
ESQ 2:5,6,14,15
3:6,15 4:4,12
5:5,13
essence 332:2
estate 14:11
estimated 104:6
111:6 136:9
184:1
estimation 41:3
177:16
et 1:8,10 20:21
188:11 212:20
257:14 270:9
ethanol 158:11
158:18 205:14
205:15 206:14
323:10,12,18
323:21 324:1
326:15
ethical 120:4,13
EU 221:19
Europe 173:17
173:21 174:1
174:19 224:2,8
224:14,15
225:4,7 226:15
306:14 307:11
308:2 324:14
324:19 326:18
European 221:5
221:9,20 222:8

222:12 223:6
223:15,19
224:14,20
225:21 226:12
306:12 307:4
evaluation
78:22 278:15
278:19
Evan 3:6 11:4
12:16 34:11
46:2 54:12
77:11 80:9
82:20 165:20
171:4 189:4
228:22 230:21
232:4 240:3
259:10 292:22
294:7 295:15
event 164:6,11
ever 15:11 20:14
37:2,7 53:18
54:8 55:20
60:18 63:11
89:15 90:1
91:4 96:10
99:16 100:12
108:7 116:15
117:2 120:9
135:12 151:7
151:20 181:22
208:19 212:11
213:8 229:16
237:18 248:18
249:19 262:22
291:5 303:8
306:2 329:17
every 102:22
289:2 336:20
everybody
169:17,17
338:6
Everyone

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                                August 13, 2013

16

| | | | | |
|---|---|---|---|---|
| 298:20 | excerpted 59:14 | 58:1,2 59:4,5,9 | 221:1 230:4,5 | 338:7 339:3 |
| everything | 61:17 69:13 | 61:11,16,16 | 230:9 232:6 | expanding |
| 187:10 243:11 | 72:15,16 75:7 | 66:10,11,15,22 | 237:11,12,16 | 159:19,20 |
| 321:15 | 75:12 87:19 | 68:22,22 70:12 | 237:20 245:5,6 | 214:3 |
| evidence 208:2 | excerpts 58:16 | 70:13,16,20,22 | 246:15,16,20 | expansion |
| 300:22 301:4,5 | 69:16 70:10 | 71:2 72:5,10 | 249:7,8,12 | 295:20 296:2,9 |
| ex-employee | 80:20 | 72:12,15,16 | 250:15,16 | 296:15 297:11 |
| 304:9 | excess 129:15 | 74:5,6 75:2,6 | 252:17 254:8,9 | 298:5 338:5,18 |
| exact 38:16 | 156:19 157:7 | 75:14,21,22 | 258:9,10,14 | 338:22 |
| 39:17 41:13,16 | 189:20 190:3 | 76:2 77:11,12 | 263:10,11 | expect 66:3 |
| 42:18 46:11 | 225:1,2,13 | 80:3,8 81:11 | 266:14,15 | expectation |
| exactly 256:19 | 226:1,5,6 | 82:3 83:2,3,4,8 | 269:15,16,20 | 40:16 63:14 |
| EXAMINATI... | Exchange 116:6 | 83:13 86:3,13 | 271:16,17,21 | 107:18 112:5,7 |
| 12:10 167:11 | 261:12 | 87:5,10,11,16 | 276:22 278:3,4 | 190:21 |
| 298:22 328:3 | exciting 82:21 | 87:19 92:6,8 | 278:12 282:12 | expectations |
| 333:3 337:13 | exclude 241:15 | 92:13 93:13,20 | 282:13,17,19 | 40:13 327:1 |
| examined 12:8 | exclusively | 94:1,17 103:2 | 288:8,9 292:10 | expected 210:5 |
| 167:8 | 244:19 245:1 | 103:3,7 110:6 | 292:18 293:17 | expensive 48:13 |
| example 44:11 | excuse 95:13 | 125:15,20 | 303:3,8 304:12 | 265:12 315:17 |
| 52:11 79:10 | exhibit 6:14,15 | 135:7,8 136:12 | 305:19 306:2 | experience |
| 101:16 102:6 | 6:17,19,20,21 | 136:14,17,20 | 309:17,22 | 132:9 180:6 |
| 104:14 110:9 | 6:22 7:3,4,5,6 | 137:20,21 | 313:2,7 318:19 | 277:14 |
| 178:18 193:10 | 7:7,8,11,12,13 | 138:4 145:19 | 320:13 325:10 | experiences |
| 214:20 217:8 | 7:14,15,16,17 | 145:20 146:8 | 329:13 331:3,8 | 25:7 |
| 228:11 235:9 | 7:18,19,20,21 | 148:18 149:4 | 331:15 334:14 | experiencing |
| examples | 7:22 8:3,6,8,9 | 149:11,13,22 | exhibits 67:3 | 197:12 |
| 113:10 267:17 | 8:10,11,12,13 | 150:2,10,11,15 | 69:13 73:11 | expert 277:1,6 |
| exceed 108:4 | 8:14,15,16,17 | 154:12,13,18 | 75:5,12 80:15 | experts 22:2 |
| exceeded 177:19 | 8:18,19,20,21 | 155:22 156:1,5 | 80:18 82:17 | expires 345:21 |
| Excel 58:12 70:4 | 8:22 9:3,4,5,6 | 160:8,9,13 | 86:21 87:2 | explain 222:19 |
| 73:15 75:6 | 19:17,21 20:2 | 167:14 168:17 | 271:6 330:12 | 222:21 315:6 |
| 81:14,21 95:6 | 20:5,10 21:2,3 | 170:17,21,22 | 330:16,16,17 | 315:18 321:3 |
| except 35:10 | 21:5 24:21 | 171:15 173:6,7 | 330:18,19 | 321:10,19 |
| 169:2 | 25:3,3,21,22 | 176:2,3,7 | exist 45:11,12 | 322:5,9,19 |
| exception 162:7 | 26:4,11,12 | 178:18,21 | 82:1 151:7 | 338:1 341:15 |
| exceptions | 27:2 28:15 | 180:22 182:18 | 155:6 234:5 | explains 255:6 |
| 162:6 | 32:3 34:4 | 182:19 183:1 | existed 234:19 | explanation |
| excerpt 6:17,19 | 35:22 37:16 | 189:2,9 197:17 | existence 234:13 | 315:20 341:18 |
| 6:20,21,22 7:3 | 38:8 40:7 | 200:2,3 204:11 | 281:15 | explanations |
| 7:4,5 59:9 60:5 | 42:17 46:13 | 204:12 213:13 | exists 31:15 | 222:22 |
| 66:15 70:18,22 | 49:7 51:7 52:7 | 213:14 214:10 | 72:11,14 155:3 | exploration |
| 72:10 | 55:22 57:18 | 214:11,15 | expand 35:3 | 231:14,15,20 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

17

284:15 285:21
**explore** 133:12
  266:3
**exploring**
  260:17 265:9
  283:17 311:13
**export** 173:16
  173:20 174:3
  174:14,19
**exporting** 173:2
**exports** 129:15
  173:22 223:18
  224:1,7,12
  226:14,16
  324:15
**expressed**
  262:22
**expressly**
  135:21
**extend** 33:18
**extent** 18:14
  67:12 81:19
  153:20 239:18
  241:9 267:4
  299:15 319:13
**external** 22:14
  22:17 23:2
  25:9 272:8
**extra** 104:9

**F**
**F** 2:1 167:1
**F4** 245:19
**F9** 245:19
**face** 150:15
**face-to-face**
  188:9
**facilities** 124:10
  158:19 210:16
  210:16 211:8
  245:11 285:7
  289:8,15

**facility** 184:20
  184:20 211:22
  212:19 282:22
  283:3 289:20
  289:21,22
**fact** 21:17 51:4
  64:11 85:21
  88:10 133:17
  138:13 164:16
  179:17 194:18
  208:2 213:10
  234:18 238:22
  260:15 266:21
  316:19 317:3
  328:18 330:14
**factor** 94:16
  113:18 157:12
  157:13 159:2
  163:18,21
  168:11,12,13
  168:15 193:19
  193:21 194:22
  210:20 264:14
  264:21 282:8
  296:22 323:8
  323:15 324:4
  324:17,22
  325:5
**factors** 113:7,9
  113:9 147:18
  147:18 157:11
  159:13 168:4
  172:18 174:15
  174:17 175:4,6
  175:18,22
  190:22 191:2
  191:12 210:7
  210:14 222:11
  222:14 223:3
  280:17,22
  281:14,20,20
  294:2 316:21

320:5,8 325:1
  326:13,21
  327:3,4
**facts** 243:13
  340:19,22
**fad** 163:5 165:4
  170:17
**Faegre** 5:6
  11:17
**fair** 36:9,12 68:7
  153:13 154:2
  158:3 162:9,17
  162:18 176:15
  176:19,21
  177:3,4,16
  178:5 179:14
  185:19 186:9
  193:16,22
  195:4 198:7,18
  204:5 221:13
  271:8 329:14
  329:18,20
**fall** 34:21 35:4
  222:1
**falls** 111:2
**familiar** 16:13
  39:13,18 61:20
  66:17 87:17
  232:11 249:13
  251:17 258:22
  259:17 309:22
**far** 45:16 50:15
  62:7 63:20
  86:22 94:12
  118:19 141:7
  143:14 201:15
  209:2 210:14
  214:3 247:21
  259:3 310:11
**farmers** 304:18
  305:8
**farms** 3:14 4:3

11:8,13 50:7
  235:22 241:3
  279:10,19
  299:1,6,14
  300:8,19 301:1
  301:15 337:14
  339:15 340:9
  342:6,22 343:7
**faster** 216:22
**favorably**
  309:10
**favored** 163:8
**FC** 91:21 92:3
**February**
  238:21 249:12
**February-Ma...**
  176:8
**Fed** 20:7
**federal** 291:17
**feed** 130:6
  131:17 168:10
  168:12 190:14
  192:3,9,13,20
  192:22 201:1
  203:17 205:14
  206:15 215:4,5
  215:14,15,18
  217:4 218:17
  219:15 238:17
  297:19 298:3
  323:7,8,13,14
  326:15
**feed-plus**
  132:19
**feedback** 213:5
  213:5
**Feedstuffs**
  188:18
**feel** 341:13
**fifth** 4:14 72:5
  257:9
**figure** 218:12

220:5,7
**figures** 44:17
**figuring** 120:20
**file** 58:2,7,8 59:9
  59:13 61:16,20
  62:1,2 66:15
  66:17,22 68:3
  68:7,11 69:6,8
  69:19 70:11,18
  70:19 71:1,1
  72:11,15,15
  75:11 81:12,20
  81:21 83:8
  86:5,8 87:19
**filed** 18:1,9
  138:2 200:14
  243:8 261:11
  299:19,22
  326:1
**files** 58:9,10,12
  59:2 67:18,21
  67:22 68:9,17
  69:12,16 70:7
  70:11 71:5,8
  71:12,21 72:21
  86:11 94:12,17
  94:19,21 95:1
  95:6,9 144:15
**filling** 217:2
**filters** 131:2
**final** 57:16
**financially**
  345:12
**find** 50:14 86:13
  116:5 180:20
  252:21 280:18
  302:3,8
**fine** 34:15 166:5
  231:2 241:18
**finished** 77:6
  79:22 111:1
  207:1,8 209:8

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

18

**first** 7:10 20:19 22:16 23:4 32:2 34:8,17 43:13 44:21 52:14 62:15 68:21 75:15,15 75:21 76:1,3,8 76:18 77:9 84:7,8,8 86:12 86:13 87:5 104:14 106:18 111:22 112:6,8 112:11 135:16 145:4 156:17 171:17 178:17 183:8 185:11 189:19 234:12 234:22 236:6 255:1 263:17 267:9 270:5 275:16 281:4 313:12 315:6 345:6

**fiscal** 172:19 310:8,21

**fit** 124:6,17,18

**five** 105:13 202:1,5 220:12 274:17 292:4 327:11,11

**five-minute** 74:13 125:6

**fix** 300:19 301:2 328:15 338:12

**fixed** 19:8 100:13 191:15

**fixing** 300:15 339:10

**flip** 62:15 278:18 315:5 316:3 318:19 319:3

**flipping** 84:11

**flock** 130:4 172:8 247:3

**floor** 111:3

**flour** 33:19

**flow** 131:1

**flows** 134:18

**flu** 174:7

**fluctuate** 105:4 112:21

**fluctuations** 45:10,12

**FLWENZ** 110:10

**focus** 280:15 299:22

**focusing** 339:15

**follow-up** 92:6

**following** 34:6 46:14 102:1 109:17 312:20

**follows** 12:8 136:17 167:9

**food** 47:2,7 201:10 263:7 317:22

**Foods** 1:8 4:11 5:12 11:16,21 43:14,17 44:1 44:7,8,14,14 48:14 49:4 50:11,17,20 51:21 53:4,15 103:12 104:18 106:7,10 146:13 149:5,7 150:5,22 151:5 178:19 184:13 185:3 213:15 236:2 331:5,9 334:19 338:10 338:22

**forecast** 111:20 171:18

**forecasted** 180:3

**forecasts** 112:3

**form** 32:11,20 36:11 54:1,1 129:5 136:10 146:4 179:8 186:10 203:10 241:15 261:16 265:22 266:19 281:3 322:20 328:10 331:11 331:17 332:7

**formalized** 55:18

**formation** 291:6

**formed** 291:4

**former** 22:4

**forming** 55:12

**forms** 30:19

**formula** 117:13 139:16 145:6,6 148:4 151:11 151:21 152:5 200:22 201:13 203:16

**forth** 184:15

**forums** 261:5

**forward** 284:12 287:14

**found** 50:14 51:15 174:8

**foundation** 19:11 39:11 40:9 42:1 60:17 65:13 98:2 179:9 191:17 196:11 204:7 223:9 225:10 242:2 268:6,19

289:11

**four** 22:8 105:10 111:18 112:2 179:18

**four-month** 104:12 105:5

**fourth** 151:10 238:12 280:8

**fragmented** 294:6 295:18 295:22

**frame** 48:7 104:1 259:3 270:1

**free** 110:10 227:19 247:15 267:22 268:1 307:11

**freight** 57:3,7 100:21 115:4,5 115:8 182:6,10 184:21,22 185:1 186:7,17 186:22 187:10 187:14 330:9 335:22 336:4 336:10,17

**frequently** 102:13

**fresh** 270:6

**front** 176:10 278:19

**frozen** 32:4 33:4 33:5,7 36:11 47:19 48:1,8 48:12

**fuel** 172:2

**fueled** 315:7

**fulfilled** 85:16 86:19

**full** 118:8 142:9 207:13 218:13

**fully** 17:19 136:1 323:1

**function** 123:2

**functionality** 25:12

**fundamentals** 225:16 324:17

**funds** 37:20

**fungibility** 211:16,18,20 212:6

**fungible** 211:1,2

**further** 153:6 167:8 297:22 332:15 333:3 337:13

**furtherance** 319:7

**future** 131:14 133:1

**FY2002** 171:17 172:11

**G**

**G** 10:1

**gained** 240:18 319:14

**Galen** 303:21 304:2,4,6

**game** 297:9

**gas** 118:1

**gave** 51:13 102:6 184:20 295:9

**Gene** 277:7

**general** 2:3,16 2:17 7:8 8:4 10:18,21 11:1 11:3 12:21 14:5,7,9 15:8 15:19 16:6 17:22 18:11

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

19

| | | | | |
|---|---|---|---|---|
| 20:6,11 21:18 | 106:9,20 | 193:13 194:2 | 260:14,21 | **generally** 32:22 |
| 23:18 24:18 | 107:18 108:2,7 | 194:14,18 | 261:4,7,10,15 | 35:3 55:10 |
| 25:6,10 28:6 | 109:10 111:17 | 195:3,18 | 261:22 262:22 | 56:14 57:8 |
| 28:12 29:1,1,5 | 112:17 114:2 | 196:17 197:11 | 263:1,5,20 | 100:4,16 |
| 29:7,11,15,18 | 114:12,18 | 198:21 199:16 | 265:7,10,15,20 | 102:19 104:4 |
| 30:7,14,21 | 115:4,18,21 | 199:19 200:14 | 266:2,6,8,20 | 107:12 108:11 |
| 31:9,15,15,19 | 116:9,15 117:2 | 201:11 202:1 | 267:3 272:3 | 113:2 119:16 |
| 33:22 34:21 | 117:10,20 | 203:5 204:1 | 275:2,10,21 | 120:16 125:1 |
| 35:10,18,21 | 118:15,17 | 206:18 207:2,4 | 276:5,9,15 | 153:9 179:12 |
| 36:3,18,22 | 119:8 126:13 | 207:7,12,17 | 277:21,22 | 180:19 187:14 |
| 37:2,7,17 38:5 | 127:10,15 | 208:11,19 | 278:16 279:9 | 188:9 210:2 |
| 38:13 39:14,16 | 128:18 129:5 | 209:9 210:7,10 | 280:21 281:9 | 221:14 314:18 |
| 39:19,21 40:4 | 131:4 133:15 | 210:19 213:18 | 281:13 283:13 | **Generalmills....** |
| 42:12,18,22 | 133:18,22 | 214:1,16 215:1 | 283:19 285:11 | 8:6 |
| 43:7,10 44:10 | 134:7,10 135:2 | 215:11,18 | 288:4 289:18 | **generates** 72:19 |
| 45:16 46:18,20 | 135:14 136:9 | 216:1,2 217:11 | 291:16 297:21 | **genetic** 14:19 |
| 48:9,18 49:3,9 | 137:9 138:9,13 | 218:15,20 | 299:8,10,13 | **Germany** 174:8 |
| 50:6,9 51:1,8 | 139:9 140:9,20 | 219:14 222:6 | 300:7 302:8,13 | **getting** 70:15 |
| 51:11,18 52:1 | 140:22 142:10 | 223:13 225:20 | 302:15,19,21 | 185:5 206:5 |
| 52:12,21 53:4 | 142:16,18 | 226:21 227:2 | 304:8 305:4,5 | 224:15 |
| 53:8,16,18,20 | 143:8,9,21 | 228:1,3,17 | 305:16,17 | **Gillespie** 123:18 |
| 54:3,8,15,20 | 145:4,12,14,16 | 229:3,4,17,21 | 306:20,22 | 123:19 |
| 55:2,4,8,11,16 | 147:1,4 148:2 | 230:10 231:17 | 307:9,15,18 | **give** 12:20 16:9 |
| 55:20 56:6 | 148:9,9,14,20 | 232:11,17,20 | 308:6,9,13,20 | 21:17 54:19 |
| 57:10 58:13 | 150:5 151:20 | 233:8,22 | 309:6 310:7,20 | 55:4 57:1 |
| 59:1,18 60:15 | 152:4,8,15,19 | 234:12,18 | 311:6,8 312:3 | 113:10 165:7 |
| 62:1,3 63:11 | 153:1,7,12 | 235:5,12,18,21 | 312:5,15 | 197:2 209:13 |
| 64:18 65:4,22 | 155:3,14 157:1 | 236:6 238:2,21 | 313:22 317:5 | 213:4 214:21 |
| 68:10,15 69:6 | 157:6 158:17 | 239:5,9,19,20 | 317:12 318:2,4 | 219:19 243:6 |
| 69:17 70:1 | 158:22 164:10 | 242:7,19,20 | 318:8 319:2 | 301:6 330:12 |
| 73:5 77:17 | 173:1 175:7,10 | 243:14,18 | 322:9 325:11 | 341:18 |
| 78:4,7 80:20 | 175:14,17 | 244:2,7,15 | 328:4,19,22 | **given** 40:3,12 |
| 84:3 85:4,20 | 177:10,17 | 245:15 246:11 | 329:5,17 | 78:18,19 |
| 86:15 90:1,5 | 178:4 179:14 | 247:13,15,17 | 330:16,19 | 150:19 180:8 |
| 90:11,13 91:4 | 180:22 181:7 | 247:21 248:3 | 331:10,12,16 | 186:8 212:14 |
| 91:8 92:9 94:3 | 181:22 182:1 | 248:21 249:16 | 332:6,9 333:13 | 213:17,20 |
| 94:4,8 95:5,12 | 182:13 184:4 | 249:22 250:4 | 334:1,10,11,18 | 244:17 264:19 |
| 96:1 97:9,21 | 185:2,4,14,17 | 251:1,18,20 | 335:1,4,14,17 | 265:2,4 340:21 |
| 98:3,5 99:16 | 185:18,21 | 252:2 256:7,11 | 335:19 336:3,7 | 342:1 |
| 100:6,9,12 | 186:8 187:21 | 257:3 258:4,15 | 336:11,21 | **gives** 135:2 |
| 102:7,11,13 | 188:13 190:21 | 258:20 259:21 | 337:3 338:9,9 | 267:17 296:20 |
| 104:17 105:3,8 | 191:7 193:6,9 | 259:22 260:12 | 341:12,15,16 | 308:11 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

20

| | | | | |
|---|---|---|---|---|
| **giving** 216:13 | **GMI00023386** | **GMI00031897** | **go** 16:14,21 | 185:22 192:3 |
| 268:3 | 8:11 | 7:6 | 21:12 28:3 | 206:4,10 217:8 |
| **glancing** 316:15 | **GMI00023393** | **GMI00032224** | 35:7 44:13 | 218:19 225:3,7 |
| **global** 1:8 218:4 | 8:11 | 9:6 | 48:19 49:14 | 225:11,12,16 |
| **GMI** 126:2 | **GMI00023656** | **GMI00032232** | 68:11 70:3 | 226:5 251:11 |
| 132:9,14 133:3 | 7:15 | 9:6 | 73:4 108:10 | 253:19,22 |
| **GMI00000968** | **GMI00023674** | **GMI00032281** | 111:9 117:20 | 256:1 259:2,9 |
| 7:13 | 7:15 | 8:14 | 118:20 122:8 | 265:8 286:22 |
| **GMI00000975** | **GMI00030486** | **GMI00032283** | 124:16 129:19 | 287:3,14 292:6 |
| 7:13 | 7:17 | 9:5 | 130:2,14 132:4 | 315:1 322:13 |
| **GMI00001000** | **GMI00030498** | **GMI00032284** | 140:16 153:6 | 327:19 332:19 |
| 7:14 | 7:17 | 9:5 | 184:15 197:7 | 342:16 343:19 |
| **GMI00001013** | **GMI00030874** | **GMI00032288** | 199:7 252:20 | 344:5 |
| 7:14 | 8:22 | 8:15 | 266:2 295:15 | **gone** 43:20 |
| **GMI00001153** | **GMI00030891** | **GMI00032293** | 296:6 321:22 | 227:19 323:19 |
| 7:18 | 8:22 | 8:15 | 327:18 332:17 | **good** 12:14,15 |
| **GMI00001169** | **GMI00031088** | **GMI00032297** | 338:19 343:3 | 53:22 54:7 |
| 7:18 | 8:18 | 9:4 | 343:20 | 80:1 109:20 |
| **GMI00001208** | **GMI00031092** | **GMI00032298** | **go-forward** | 111:1 124:10 |
| 8:13 | 8:16 | 9:4 | 295:19 296:4 | 143:15 194:9 |
| **GMI00001297** | **GMI00031097** | **GMI00032605** | 296:11 297:4 | 281:19 287:12 |
| 8:10 | 8:16 | 7:20 | **goal** 197:10,13 | 296:7 309:15 |
| **GMI00001304** | **GMI00031100** | **GMI00032612** | **goes** 28:3 110:10 | 337:6 |
| 8:10 | 8:17 | 7:20 | 163:1 190:12 | **goods** 47:8 77:6 |
| **GMI00008515** | **GMI00031101** | **GMI00033200** | 196:15 202:16 | 93:4 |
| 7:19 | 8:17 | 6:19 | 218:15 219:13 | **got** 55:15 126:2 |
| **GMI0001017** | **GMI00031109** | **GMI00033201** | 251:6 277:3 | 156:16 248:13 |
| 7:7 | 8:9 | 6:20 | 283:6 289:3 | 248:14,14 |
| **GMI0001029** | **GMI00031114** | **GMI00033202** | 293:12 | 277:18 301:1 |
| 7:7 | 8:9 | 6:21 | **going** 16:16 | 319:16 330:2 |
| **GMI00010997** | **GMI00031191** | **GMI00033203** | 19:16 49:11,15 | 339:12 |
| 7:22 | 8:20 | 6:22 | 58:15 65:5 | **gotten** 41:7 |
| **GMI00011006** | **GMI00031207** | **GMI00033204** | 74:15 80:16 | 321:7 322:2 |
| 7:22 | 9:3 | 7:3 | 82:16 104:6 | 340:15 |
| **GMI00014923** | **GMI00031219** | **GMI00033205** | 107:12 108:21 | **GR/IR** 92:2 |
| 7:12 | 8:21 | 7:4 | 112:22 125:8 | **grade** 219:14 |
| **GMI00014925** | **GMI00031634** | **GMI00033206** | 125:20 130:9 | 270:12,19 |
| 7:11 | 8:12 | 7:5 | 131:5 132:19 | **graded** 99:17 |
| **GMI00017136** | **GMI00031637** | **GMI0008502** | 141:7 159:19 | **grader** 245:19 |
| 7:16 | 8:12 | 7:19 | 164:4 165:15 | **graduating** |
| **GMI00017170** | **GMI00031895** | **GMI000926** | 166:6 177:10 | 14:13 |
| 7:16 | 7:6 | 7:11 | 181:18 184:12 | **grain** 33:17 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                           August 13, 2013

21

117:11 132:4,9
147:4,6,6,11
147:15,16
156:12 171:22
176:19 193:6
195:8,12
202:11 203:3
215:4,14
218:16 219:18
222:14 257:12
**grain-based**
116:22 117:3
129:1 139:16
145:6 147:1,13
151:11,21
152:5,10,16
161:22 162:1
202:22 331:4,9
332:4 334:18
334:20 335:5
335:15
**grains** 119:1
130:5,6 132:21
147:8 219:19
**gray** 221:19
**great** 51:15
**greater** 132:14
133:2,17
153:22 157:22
267:14 270:11
**green** 124:12
**Gregg** 271:22
272:2 277:12
279:5 287:7
288:15,16
**Gregory** 277:7
**gross** 63:2,4,6
63:10,15 64:13
65:2,20 66:6
76:4 78:6
**ground** 301:3
305:3 310:10

319:12 339:22
**grounds** 18:13
**group** 13:2,9
24:3,4,5,11
123:4,6 124:5
155:7 228:2
246:10 253:12
272:18 273:6
273:12,21
274:16,20,22
276:14 284:19
290:13,16,19
291:4 304:7
306:9,12,19
**groups** 228:5
275:4,17,18,18
276:19
**growth** 157:15
157:20,22
158:8,20 159:9
159:15,22
172:8,15 223:2
270:3 324:10
326:16
**guess** 58:8 70:14
88:14 99:4
113:20 131:9
144:2 170:14
202:14 208:20
223:1,17 235:2
238:10 269:6
273:16 302:10
322:1 326:22
**guessing** 88:8,9
88:16,17
**guidelines** 124:7
238:8,13 239:1
239:6 280:18

—————
**H**
**H** 6:12 7:1 8:1
9:1

**Haagen-Dazs**
231:7 306:9,11
306:13,16
307:2,4,11
**hadn't** 108:16
**half** 22:22
**Hamilton** 3:7
**hand** 19:16 77:3
78:15 170:20
176:1 214:9
345:14
**handed** 125:19
144:13 168:16
292:17 294:11
309:21 313:6
**handing** 303:7
306:1
**handles** 290:13
**handling** 238:18
282:3
**handwritten**
251:4
**happen** 66:1
120:1 132:3
134:20
**happened** 47:4
72:19 109:15
205:13,16
310:8,21
**happening**
206:11 222:16
315:2
**happens** 130:18
**happy** 17:7
**hard** 127:1
131:9 144:12
**Harris** 258:15
260:11
**has** 18:1,8 22:21
30:22 31:9
37:7,17 38:1,2
38:6,14 39:14

39:19 40:4
42:1 46:20
59:1 60:17,21
89:20 95:12
99:6 116:15
117:2,6 120:2
120:4 124:13
133:21 160:22
161:4 175:14
175:17 176:9
192:19 195:8
196:18 197:4
199:17,20
207:13 219:8
226:22 227:13
227:14 229:3
235:18 239:19
240:6 241:20
243:18 244:15
246:11 247:17
247:22 250:1,4
256:21 257:11
260:15 261:4
261:10 263:19
264:6 268:21
275:21 276:15
279:8 294:13
294:22 295:10
298:9 299:9
300:7 301:4,8
302:13 305:15
307:21 310:11
319:14 333:13
338:9 340:5
341:12,16,21
345:8,13
**HASIP** 210:17
**hasn't** 37:22
79:22 134:1
**haven't** 20:16
20:19 60:19
88:10 134:3

250:11 263:3
263:16 264:10
268:7,7 282:18
310:2
**having** 167:7
207:11 214:6
**head** 46:12
**header** 71:16
72:2,3
**headers** 36:13
43:8 61:5
67:12,13 71:20
72:1 87:18
**heading** 21:9
156:9 319:3
**headings** 32:3
71:11,11
**health** 238:15
315:13 317:3
**hear** 68:12
201:15 203:22
313:10,12
**heard** 96:10
151:8,9 202:21
203:4 236:9,9
264:10 313:9
**heavier** 113:1
**hedge** 118:19,21
132:5 194:9
195:10,15
197:4,5,8
**hedges** 119:1
**hedging** 193:6,9
193:11,13
194:2,11,19
195:3,18 196:3
196:21 197:1
197:13
**held** 332:22
**help** 134:21
185:15 210:20
218:6 288:1

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

22

helped 219:17
219:20,20
helping 209:7
hen 158:19
238:16 239:1
252:14 264:14
268:3
hence 16:4
40:18
Henderson
10:14
Hennepin 345:4
345:20
hens 192:12,18
230:15 231:11
231:18 233:10
233:19 252:6
252:12 258:6
264:18 265:13
268:16 281:16
282:1,2,7
291:12 307:11
her 121:20
122:4 124:1
here 16:15 20:4
35:3,16 44:18
49:13 70:5
82:18 85:10
110:1 127:20
132:8 168:22
176:13 213:12
230:2 251:13
257:7 264:22
277:2 295:1
296:10 298:2
306:7 308:18
322:7,14
330:13,13
337:12 340:7
341:14 342:17
hereby 345:5
Hersey 303:21

304:2,4,6
hey 184:12
236:22
Hibben 5:21
10:13
high 159:6
164:15 174:3,4
190:14 207:11
213:6 297:19
298:3
higher 65:3,21
109:17,18
159:17 180:8
180:21 197:9
199:12
highly 1:8 80:10
80:16 146:3
163:10 200:8
historic 61:21
172:6
historical 6:15
26:7 31:5
66:18 75:9
81:15 87:22
294:19
history 29:8,9
87:20 227:8
hit 110:22
159:21 210:5
211:5
HMM 294:20
hoc 247:20
hold 34:11
293:13
holidays 168:9
homogenous
211:1
hormone 267:22
hormones
227:18,18
hour 22:21
hours 23:16

298:16
housed 29:5
houses 252:15
housing 280:16
281:2,16
however 46:9
289:2
HSUS 279:8
280:12,14
huge 156:16
Hughson 246:21
246:21,22
247:9,18 248:4
248:13,15
249:2
human 281:21
humane 232:17
262:11,21
263:6,18 264:7
279:7,16
311:11
hundred 39:2,5
39:8 196:12
309:3
hundreds 40:4
41:4,10,20
68:4 73:8
husbandry
232:18 280:18
282:4
Hutchinson
3:15 6:5,8 11:7
11:7 252:22
294:9,13,17,22
295:5,8,12
298:9,12,18
299:2,3,21
300:14 301:10
303:6 304:12
304:14 305:6
305:22 308:3
309:20 310:14

310:18 312:14
313:5 314:12
314:14 316:11
318:22 319:18
320:18 321:17
321:18 322:16
322:17 323:6
325:21 326:4
327:8,13 328:6
328:10 337:11
337:15 339:14
339:20 340:6
341:10 342:3
342:18,20
343:12,15,21
343:22 344:3
hypothetical
339:6

**I**

I'd 17:7,10
22:18 25:20
41:9 42:6
186:12 220:22
235:2 287:6
I'll 17:14 19:15
50:5 57:22
59:3 61:15
66:9 74:4 80:7
83:2 87:9
126:4 135:6
145:18 150:9
154:11 155:21
160:7 170:20
171:11 173:5
176:1 182:17
200:1,6 204:10
208:9 214:9,21
230:3 237:10
245:4 246:14
249:6 250:14
254:7 258:8

263:9 266:13
269:14 271:15
278:2 282:11
288:7 298:8
327:11 330:12
i.e 270:8
idea 60:22 177:1
251:8 255:2
256:5,13,13
ideal 120:21
ideas 184:14
identical 35:13
36:21 49:1
65:8 67:15,16
75:22 105:11
210:22
identification
19:19 26:2
57:20 59:7
61:13 66:13
74:8 80:5 83:6
87:13 103:5
125:17 135:10
145:22 150:13
154:15 156:3
160:11 167:16
171:2 173:9
176:5 182:21
200:5 204:14
214:13 230:7
237:14 245:8
246:18 249:10
250:18 254:11
258:12 263:13
266:17 269:18
271:19 278:6
282:15 288:11
292:12 303:5
305:21 309:19
313:4
identified
156:17 175:6

HIGHLY CONFIDENTIAL

Tran, Binh K.                                             August 13, 2013

23

**identify** 10:15
11:10 59:1
285:18
**identifying**
136:2
**IDS** 3:17
**Illinois** 2:9 5:8
**image** 309:13
**imbalance**
189:20 190:2
**impact** 114:13
114:16 191:12
199:5 205:17
223:19 224:10
224:18 230:15
254:4 294:2
320:5 323:7,12
323:14 324:2,6
324:9,11,14,16
324:20 325:3,5
325:12,18
326:9,14 327:2
327:4 328:8,15
337:18,21,22
**impacted** 25:8
301:20 326:1
**impacts** 113:21
224:11
**impartiality**
345:14
**Implicit** 208:1
**important** 17:1
178:4 191:7,10
280:17,22
281:14,19,20
296:8,12,13,15
297:3,7,10
307:17
**importation**
224:16
**imports** 223:17
224:1,17

**improper** 259:5
343:9
**improved**
172:15
**inaccurate**
149:16 220:5
231:21 261:1
**incident** 306:6,8
307:1
**include** 41:3,19
44:1,4 85:20
90:11 91:1
92:14 94:19
148:16 173:21
268:3,15 282:1
282:3,6,9
**included** 25:2
44:16 73:21
87:16 92:7
156:14 269:10
**includes** 270:15
274:11
**including** 18:2
152:6 192:20
238:16 277:4
291:11
**incorporated**
97:20 151:22
335:18
**incorporates**
113:12 116:12
**incorrect** 128:21
280:5
**increase** 48:4
163:13 172:19
190:22 191:3
193:21 195:2
222:2 225:21
258:5 323:10
333:10 334:4
339:5
**increased** 48:2

48:20 163:16
172:2 196:20
222:3 238:16
239:1 315:12
316:20 317:2
319:8,11 321:5
321:12,20
322:21
**increases** 172:14
175:18 193:20
194:4 195:1,19
197:11 257:12
**indeed** 340:1
**independent**
169:5 243:18
244:10,14
**independently**
244:8
**index** 56:13,15
96:14,17 329:7
330:7
**indexed** 181:19
**indicates** 150:17
**individual** 47:9
71:17,22
262:15 276:12
**individually**
33:7 241:10
**individuals** 22:8
22:11 23:17
24:20 25:2,5
31:13 275:14
276:9 285:19
**industrial** 255:3
316:1
**industry** 43:20
51:22 53:21
130:3 156:18
156:19 157:7
157:16,20
158:21 159:10
159:15 160:1,4

168:20 169:1
170:8 172:5
176:18,20
188:14,20
190:5 201:16
203:4,22 205:7
205:14 206:2
206:15 244:9
247:1,12
251:12,12
253:19 254:4
258:1,3 277:3
277:22 294:5
295:18,22
296:4,8,9,10
296:15,15
297:11,22
300:16 324:18
338:3,6
**ineloquently**
228:22
**Informa** 188:17
**information**
27:12,19 28:10
67:15 71:12,16
87:1 136:6
137:13 138:11
138:14 150:19
176:13 244:15
279:8 315:4
**informs** 239:5
**ingredient** 285:7
286:18
**ingredients** 14:1
25:12 187:1
**initial** 185:10
**initially** 213:9
**initiatives**
122:20
**injected** 227:18
**innovation**
122:20

**Inovatech** 44:5
44:6,7,8
**input** 28:9
120:10 132:3
314:22
**inputs** 27:12
67:3,9 130:21
207:21
**inputted** 92:13
94:8
**inquired** 279:20
**inside** 22:3
23:18
**insight** 113:5
204:1 339:13
**insights** 134:14
134:21 135:3
199:22 219:19
220:8
**insist** 181:7
**insofar** 96:16
**inspect** 289:2
**instance** 87:5
152:12 209:15
336:20
**instances** 109:10
152:14 213:11
**instead** 174:4
217:3
**instruct** 239:17
240:20 301:6
340:13
**instructing**
241:3,17
**instruction**
239:22 242:4,5
**integrated**
132:13 133:8
133:10,16
134:11,20
192:7
**integration**

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

24

135:1
**intend** 260:21
**intent** 251:14
**interaction**
  124:2
**interactions**
  258:3
**interacts** 287:16
**interest** 262:14
  262:15,19
  275:3,4 281:4
  318:11 345:13
**interested**
  201:17,22
  345:12
**interesting**
  249:4
**interests** 174:19
  318:9
**internal** 22:13
  24:8 275:9
  329:21
**internally**
  185:22
**international**
  93:6 306:11,19
  307:10
**Interrogatories**
  7:10 135:16
**interrogatory**
  135:18 138:18
**interrupt**
  142:22
**interrupted**
  81:9
**intimately** 87:17
**into** 27:6,12
  32:11 34:21
  37:16 44:13
  49:21 68:11
  70:4 79:22
  90:10 92:9

94:8 97:20
100:12 101:13
101:14 107:11
117:14,20,22
118:8 120:10
130:8 134:14
135:3 157:10
162:2 180:4
185:14 195:7
199:22 204:2
205:15 219:19
220:8 224:1,8
227:18 234:14
234:16 235:8
244:8,10,10
251:21 252:3
253:20 265:20
274:8 276:20
312:15 323:18
323:19 324:1
337:3 339:13
339:17 340:9
**introduce** 238:8
**INV** 76:13,13
  91:21
**inventories**
  129:16
**inventory** 59:15
  59:15 76:16,17
  77:1,3 78:21
  79:2,3,10,15
  79:16,17,18,20
  172:11 190:5
**invest** 296:5,6
**investigating**
  134:7
**investigation**
  244:8 291:18
**Investment**
  158:10
**investors** 158:16
**invitation**

271:22
**invite** 286:17
**invoice** 37:12,21
  37:22 38:1
  59:10 60:2
  76:13,14 81:13
  87:20 88:1
  91:19 94:14
**invoiced** 36:14
  36:16,22
**invoices** 43:11
**involve** 116:16
  148:4 150:6
  217:7
**involved** 124:22
  125:2 179:16
  274:13,18
  276:14 284:21
  285:6,12,16
  286:8,12,19
**involvement**
  272:5 290:8,11
**involving**
  266:22 284:22
**IQF** 33:6
**IQFed** 33:5
**irrelevant** 264:3
**isn't** 104:11
  120:19 208:5
  211:15 214:4
  255:20 315:22
**issue** 16:4 242:6
  276:13
**issued** 20:11
  181:11 271:9
**issues** 37:10,10
  38:18 94:7,22
  120:4,13,13
  124:4 168:8
  227:14 229:7
  253:16 272:6
  272:15 274:1

275:5 276:3,7
276:11,16,20
276:20 290:9
291:8,10
**item** 72:3
  165:16
**items** 35:22
  71:13,20 113:1
  125:2 171:21

―――――――
**J**
―――――――

**J** 3:15 4:12
**January** 161:6,7
  345:21
**Jason** 5:5 11:17
**jason.burke@...**
  5:10
**Jen** 123:16
**Jenner** 2:7
  10:18,21
  243:21 245:1
  333:15
**Jerry** 290:5,6,20
**Jerry's** 307:15
  307:19 308:14
  308:19 309:2
**Jim** 273:13
  303:14
**jmonica@por...**
  4:9
**job** 13:16 123:9
**John** 4:4 11:12
  24:9 121:11
  144:17 241:2
  273:5,6 313:11
  313:18
**join** 15:8
**joint** 81:5
**Jon** 146:6
  239:14 240:13
  259:14
**Jonathan** 1:19

12:6 345:19
**JR** 4:4
**judge** 342:5,10
  343:6,10
**July** 86:9 111:13
  127:12 146:16
  162:22,22
  221:8 222:4
  230:10 331:5
**July-Sept** 127:7
**June** 77:17 78:4
  85:8 111:13
  160:14 162:17
  221:4
**jury** 341:16
  342:5,10 343:6
  343:10

―――――――
**K**
―――――――

**K** 1:15 6:3 10:4
  12:4 345:5
**Karen** 24:5
  123:15,17
**keep** 107:16
  309:7
**kept** 68:2 144:4
  144:5,10
**kicked** 104:2,10
**Kiedrowski**
  2:14 10:22,22
**kill** 33:10
**Killing** 229:16
**kind** 25:16
  289:12,12
  312:16
**Klein** 273:13
  303:12
**knew** 31:14
  51:20 177:18
**know** 17:7 19:2
  20:18 21:13
  22:12 25:15,17

| | | | | |
|---|---|---|---|---|
| 26:15,15 27:7 | 134:19 137:13 | 220:6,6 222:15 | 308:12 310:3,8 | 5:13 11:20,20 |
| 27:22,22 30:3 | 137:22 138:2 | 223:1,3,4,17 | 310:21,22 | **L** |
| 30:4,6,17 31:4 | 142:5,16 143:4 | 225:1,3 227:13 | 311:1,3,6 | **L** 2:1 5:13 |
| 31:6,7 34:10 | 143:21 144:3,7 | 231:13 232:13 | 312:15 314:19 | **label** 270:12,19 |
| 36:6 37:12 | 144:12,13,14 | 232:13 234:21 | 314:20 315:1 | **labeled** 93:12 |
| 38:16 39:2,16 | 144:15 145:7 | 234:22 236:9 | 317:4,8 318:1 | 135:14 137:19 |
| 40:10 41:13,15 | 147:17 148:12 | 236:11,17,20 | 319:16 321:6 | 316:4 |
| 42:2,9,10 | 149:19 151:17 | 236:22 237:4 | 325:4,8 326:11 | **lack** 19:10 39:11 |
| 43:17,19,22 | 153:4 155:2,5 | 242:6,8 243:8 | 326:22 334:11 | 40:8 42:1 |
| 45:10,13 46:12 | 155:12,16,18 | 243:8 244:9 | 335:1 338:3,5 | 191:16 204:6 |
| 46:20 47:9,15 | 159:20 161:19 | 247:7,8,21 | 339:2,12,13 | 223:8 225:9 |
| 48:1 51:16 | 162:12,13,15 | 248:5,17,21 | 342:10 343:2,5 | 268:5,18 |
| 52:7 53:3 | 163:7,19,22 | 249:1,1,16,18 | **knowledge** | 289:10 295:19 |
| 54:18,20 58:9 | 164:1,12,12,12 | 249:22 251:9 | 17:19 30:21 | 296:1 297:18 |
| 59:17 60:1,8 | 164:20 168:8,9 | 253:8,17 254:3 | 55:2 81:13 | 298:1,2,5 |
| 61:2,5,7,8 | 171:3 175:21 | 254:5,17 | 114:2,8 116:1 | **lag** 106:16 180:2 |
| 66:20 69:12,20 | 175:22 176:20 | 255:10,22 | 149:12,20 | **laid** 150:2,20 |
| 69:22 70:6 | 177:5,14,15,21 | 256:16,19,21 | 150:1,3,4,8 | 265:13 342:7 |
| 71:14 72:3,14 | 177:21 178:8 | 256:22 257:21 | 151:14 152:2 | **land** 217:2 |
| 73:14 74:1 | 178:10,12 | 258:1,2 261:4 | 152:18 169:5 | **Land-O-Lakes** |
| 75:5,10 79:19 | 179:11 180:20 | 261:10 262:4 | 201:12,14,17 | 137:3 |
| 81:17,22 82:2 | 183:4 184:4,10 | 262:10,11 | 239:18,22 | **landfill** 217:4 |
| 82:13,14 83:10 | 184:17,18 | 263:8 264:8,11 | 240:7,18 | **language** 140:9 |
| 83:11 86:10,10 | 185:2,7,16,17 | 264:12,22 | 241:20 242:13 | **large** 29:2 46:17 |
| 88:3,6,7,9,10 | 185:22 186:1 | 267:20 268:1 | 243:19 248:15 | 199:17 200:20 |
| 88:11,12,16,19 | 186:16,18,22 | 268:20 269:6,8 | 266:22 267:4 | 201:4,6,9,9,12 |
| 88:20,22 89:3 | 187:13,16 | 269:12 273:15 | 299:17,18 | 203:8,14 |
| 91:19,22 92:3 | 188:7,10 190:9 | 273:17,18 | 301:4 319:14 | 228:10 |
| 94:18 95:1,4 | 191:11 199:2,5 | 277:6,8,13,19 | 333:13 334:2 | **largely** 257:13 |
| 96:19 97:5 | 199:19 201:4 | 277:21 278:10 | 339:21 340:1,4 | 257:19 |
| 106:4,16 | 201:10,15,22 | 278:22 279:3 | 340:20,20 | **larger** 162:7 |
| 108:12,20 | 202:4,6,19 | 281:17,17 | 341:21 | **last** 13:1,5 22:12 |
| 109:14 110:20 | 203:5 205:11 | 282:3 283:16 | **knowledgeable** | 23:9,10 53:12 |
| 110:22 113:3,7 | 206:4 207:13 | 284:9,11,13 | 115:22 | 76:11,12 92:2 |
| 113:14,17,20 | 208:3 209:10 | 285:3 286:7 | **known** 44:1 | 110:9 126:5 |
| 113:21 114:10 | 210:15 213:20 | 287:6,6 288:20 | 232:12 250:10 | 173:22 201:22 |
| 116:2 118:22 | 214:2,6 215:20 | 288:22 289:4,6 | **knows** 89:11,13 | 238:7 252:18 |
| 119:22 120:4 | 215:21 216:4,9 | 289:6 290:2 | 241:10 | 253:5 262:9,13 |
| 120:13,14 | 216:10,21 | 291:22 296:4 | **Kraft** 1:8 | 291:14 305:1 |
| 122:7,10,20,21 | 218:5,8,9,11 | 297:9,10,14,17 | 311:18,22 | 315:3 |
| 124:10 130:7 | 218:13,18,19 | 302:10,10 | 312:16 317:22 | **lasted** 22:21 |
| 131:9,12 | 219:16,17,18 | 304:4,5 305:11 | **Kuppersmith** | |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                      August 13, 2013

26

**late** 121:6,18
 127:7,12 171:3
 234:16,17
 314:3
**later** 52:8 128:8
 222:3
**latter** 186:5
**law** 1:16 291:17
**laws** 174:1
**lawsuit** 18:1,6
**lawyers** 273:7
 333:15
**lay** 185:4
**laying** 233:16
**LC** 59:20,20
 88:21
**lead** 172:19
 174:17 175:5
 175:18,21
 190:22 223:4
 296:1 312:21
**leading** 295:19
**leads** 40:13,17
 130:21
**learn** 145:4
 234:12
**learned** 138:16
 243:12,14,16
 339:19 340:10
 340:12
**learning** 234:14
**least** 16:13
 122:8 127:18
 153:17 177:11
 177:17 194:3
 202:5,17
 222:19 248:12
 276:6 316:16
 317:13 327:14
**led** 319:10
 321:11 322:20
**Lee** 311:18,22

 312:16 318:1
**left** 74:11 105:7
 108:15 109:13
 297:13 317:8
 323:4 327:15
**left-hand** 43:13
 58:19
**legacy** 29:5,21
**legal** 10:14 18:8
 21:22 22:5
 155:7 273:6,12
**Leonard** 4:13
 11:15
**less** 38:7 45:16
 130:22 158:2
 159:18 190:17
**lesser** 168:14
 265:3,3
**letter** 237:20
 238:3 239:5
 258:14,18
 259:1,18 260:3
 280:9
**letterhead**
 258:15
**level** 26:16
 160:4
**levels** 158:2
 172:11 190:17
 252:14
**licensed** 306:21
**licensing** 265:20
 266:3,7 267:1
 267:7 272:3,7
 272:8,17,18
 273:21 277:14
 284:19 285:8
 287:13,15
 289:7 304:7
 305:13,18
 330:22
**life** 153:11 282:4

**light** 124:12
**lighter** 161:7
**like** 11:10 13:22
 17:6,10 20:18
 20:20 25:20
 33:17 35:2
 41:10 42:6
 48:8 55:6
 59:15 60:2
 61:21 66:18
 67:22 69:14
 70:5,8 77:7,15
 78:21 80:12
 81:15 83:14
 84:14 85:11
 87:3 89:8
 94:22 101:13
 106:16 111:3
 111:12 116:4
 116:21 121:18
 122:20 132:6
 132:22 146:9
 148:7 151:16
 157:3,19 158:1
 161:6 162:5,10
 162:12 163:10
 171:5,5 174:4
 176:21 177:2
 177:13 183:2,5
 185:14 188:16
 207:21 208:17
 209:3,4,11
 212:4,20
 221:22 222:4
 225:22 227:17
 228:10,12
 237:7,8 238:1
 243:6 245:11
 246:12,22
 258:17 266:20
 269:1 284:2,3
 287:15 293:4

 293:15 308:14
 311:10,18,19
 313:14 314:3
 316:16 322:1
 323:19 330:19
 341:13 342:4
 342:10
**likely** 144:22
 150:17 248:6
 289:3
**liking** 209:2,10
 209:14
**limit** 51:2 92:12
**limitation** 273:2
**limited** 315:17
 316:2
**Linc** 273:19,20
**line** 49:12 71:13
 71:17,20 72:3
 72:5 76:1,9,18
 77:9 79:18
 87:5 104:5,14
 107:15 127:6
 151:1 161:8,16
 174:8 183:18
 184:22 221:16
 221:17,19
 230:17 238:13
 251:13 264:1
 272:11 326:6
**lines** 20:18
 67:10 71:22
 73:18 207:13
**liquid** 32:5,5,18
 32:20 33:1,12
 36:10 97:4,4,6
 97:7,8 98:3,5
 98:10 99:1,8
 99:14,14 153:5
 154:6,8 161:13
 161:16,20
 162:8,15

 198:14,16
 199:8 221:5,9
 221:10,19
 223:16
**liquids** 47:13
 153:10
**list** 24:17 53:11
 143:14 165:4
 165:16 316:17
 342:13,13
**listed** 34:22
 35:16 37:16
 40:6 52:6
 55:22 70:19
 71:1 72:6
 75:19,21,22
 86:12 94:18
 97:15 105:14
 110:15 158:11
 164:2,3,6,17
 321:7,10,11
 342:11,14
**lists** 34:17 128:1
 129:15 131:20
 137:1,9 171:17
 171:20 173:19
 198:3
**litany** 328:7
**litigation** 1:5
 10:8 15:17
 50:21 51:5
 58:13 69:18
 70:2 73:6,16
 95:7 144:1
 149:8 200:15
 239:9 241:4
 334:11
**little** 39:20
 40:14,17,18,22
 47:20,20 54:12
 67:1 104:8
 107:16 110:11

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

27

111:1 112:7
120:21 180:20
193:5 228:22
277:13 327:14
**LLC/Norco**
137:2
**LLP** 2:7 3:7 4:5
**located** 91:14
212:19
**locations** 43:4
144:11 330:10
**log** 6:18
**Logan** 3:8
**Lomaro** 24:2,12
**Lomaro's** 24:14
**long** 13:4,12
14:2 16:9
22:20 23:14
108:3 153:7
192:7 211:5,7
246:11 247:17
248:1 337:11
**long-run** 217:18
**long-term**
129:20 130:10
130:16 134:16
**longer** 104:8,11
107:17 153:21
156:14 316:17
335:2
**look** 21:4 25:17
32:2 44:21
46:13 53:12,20
55:5 58:1
67:22 72:5
75:14 79:9
84:7 85:11
86:3,16 94:22
99:13 109:4
125:22 132:21
151:16,18
161:4 162:10

171:15 177:2
177:13 184:22
209:9 212:20
238:6 255:1
257:9 260:13
261:3 263:17
265:20 266:9
269:21 276:20
282:21 287:15
288:17 302:11
304:15 330:12
330:19 335:10
**looked** 81:22
83:22 85:18
94:12,15 216:6
216:7 226:22
**looking** 60:2
65:6 75:1
85:10 89:7
120:20 203:6
213:16 255:19
312:20 332:1
343:12
**looks** 48:8 59:15
60:2 61:21
66:18 69:14
70:5,8 77:15
81:15 83:14
84:14 89:7
111:12 113:8
132:22 146:9
148:7 157:19
158:1 161:6
162:5,12 171:5
176:21 183:2
185:14 221:22
225:22 226:22
245:11 266:20
293:4,15 311:9
316:16
**loss** 341:11
**lot** 47:4 54:15

191:20 193:12
227:19 255:3
256:14 315:22
323:22 331:12
**lots** 163:9
**low** 127:6 172:6
213:6
**lower** 127:11
159:6 162:8
178:10 180:8
184:13,21
185:1,10 197:2
197:8 213:8,10
219:20,21
223:22
**lower-priced**
128:7
**lowered** 213:15
**lowering** 183:17
**lowers** 216:16
**lowest** 332:5
**Luedke** 273:5,6
**lunch** 166:1,8
**Lynch** 290:5,6
290:20

——————
**M**
**M.G** 146:10
147:5,14 149:4
152:12 183:9
184:5
**Macro/micro**
294:1
**made** 18:6 29:2
33:19 40:1,2
73:17 78:16
90:15,18,19
92:8 106:10
134:9 135:20
139:9 141:1
165:13 176:22
230:10 235:19

261:4,10
263:21 273:1
286:21 306:5
311:7,7,12
330:22
**Magazine**
188:20
**main** 290:21
**maintain** 214:5
**maintenance**
232:21
**major** 53:12
201:10 207:19
208:13 222:15
257:11
**majority** 325:8
327:7
**makes** 119:6
120:16 208:11
251:21 256:5
310:6,19
**makeup** 309:12
**making** 18:12
120:2 158:15
217:1 229:16
259:10 308:22
341:8
**management**
122:18,18,19
132:10 193:7
197:14 282:5
**manager** 13:8
13:13,19 15:4
119:16,17,18
120:3,6,19
123:10 124:3
272:13,17
273:20 284:18
285:8,8
**managers**
286:18
**mandate** 205:14

206:14 323:10
323:12,21
326:15
**manually** 80:16
**manufacturing**
27:21,21
110:22 124:10
210:15 290:1
**many** 15:14
34:11 54:16,16
203:2 213:17
274:13 280:17
328:22
**March** 168:17
173:11 189:5,7
190:20 198:1
221:9
**margin** 118:8,8
327:1,1 338:4
338:22
**marginal** 338:18
**margins** 159:18
338:4,7,11,14
338:16 339:3
**mark** 146:2
**marked** 19:18
24:21 25:21
26:1 57:19,22
59:3,6 61:12
61:15 66:9,12
74:4,7 75:2
80:4,7 83:3,5
87:9,12 103:1
103:4 125:16
125:20 135:6,9
145:18,21
150:9,12
154:11,14
155:22 156:2
160:7,10
167:15 168:16
168:18 170:21

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

28

| | | | | |
|---|---|---|---|---|
| 171:1 173:5,8 | 197:15 207:7 | **mascot** 176:9 | 121:9 | 158:14 159:18 |
| 176:1,4 182:17 | 219:19 266:3 | **matches** 83:17 | **MDL** 1:5 10:10 | 176:20 183:14 |
| 182:20 200:1,4 | 269:11 277:22 | **material** 216:13 | **meal** 117:12 | 190:3 201:20 |
| 204:10,13 | 285:17 309:16 | 286:18,19 | 118:12,21 | 264:17 279:4 |
| 214:9,12 230:3 | 312:22 316:1 | **materials** 13:22 | 129:11 174:5 | 315:14 |
| 230:6 237:10 | 318:7 335:18 | 26:9 27:9 | 195:9 201:1 | **meant** 96:19 |
| 237:13 245:4,7 | 335:21 336:9 | 37:11 40:14,18 | 203:17 | 177:3 197:2,2 |
| 246:14,17 | 336:21 | 77:4 83:16,17 | **mean** 23:3 39:1 | 201:4 234:16 |
| 249:6,9 250:14 | **market-based** | 218:1 245:17 | 41:2 46:2 | 256:16 267:20 |
| 250:17 254:7 | 96:10,13 97:10 | 281:7 305:18 | 62:21 64:10 | 284:9,10 |
| 254:10 258:8 | 97:11,20 98:6 | **matter** 10:7 | 67:8 78:3,13 | **measurable** |
| 258:11 263:9 | 100:7 101:4,5 | 134:10 178:14 | 82:6,8 84:9,18 | 295:19 296:1 |
| 263:12 266:13 | 101:6 116:7,11 | **matters** 244:11 | 85:4 87:21 | **measure** 46:9 |
| 266:16 269:14 | 127:3 128:12 | 290:13 | 95:18,20 96:12 | 296:21 |
| 269:17 271:16 | 128:18 129:1 | **maximize** | 101:22 102:15 | **meat** 15:17 96:7 |
| 271:18 278:2,5 | 130:10,17 | 132:22 | 114:18,19 | 163:10 |
| 282:11,14 | 161:14 187:11 | **may** 49:22 82:15 | 116:10 130:1 | **mechanism** |
| 288:7,10 | 193:17 | 89:12 103:14 | 132:1,8,18 | 56:13 96:15 |
| 292:11,18 | **marketed** | 104:21 107:20 | 136:16 139:8 | 142:19 155:19 |
| 303:4,8 305:20 | 268:21 | 111:13 146:1 | 142:13,13 | **meet** 22:10,16 |
| 306:1 309:18 | **Marketers** 3:5 | 174:14,17 | 151:3 158:13 | 23:12,14 124:7 |
| 309:22 313:3,7 | 11:6 12:12,18 | 179:21 180:7 | 159:17 169:3 | 190:11 211:8 |
| **market** 19:16 | 18:3 167:13 | 180:15,19 | 171:9 173:13 | 212:2,7 214:1 |
| 45:14 56:12 | 333:5 | 181:1,9 202:4 | 173:14 177:7 | 240:3 268:16 |
| 96:7,17 100:13 | **marketing** | 204:4,4 240:7 | 178:2 190:1 | 304:20 305:9 |
| 100:18,18 | 273:14,16 | 241:11 250:21 | 222:9 230:17 | **meeting** 22:19 |
| 106:11 114:20 | 285:15 287:18 | 279:21 288:1 | 237:6 275:11 | 22:20,21 188:9 |
| 114:21 116:4 | 287:21 303:18 | 293:2 310:16 | 300:7,13 | 271:21 277:10 |
| 128:1,16 129:3 | 305:12,15 | 319:13 323:18 | 315:10 339:18 | 277:16,18,20 |
| 129:8,16 | 309:12 331:1 | 331:15 335:5 | **meaning** 60:10 | 278:11 279:1 |
| 130:22 131:5 | **marketplace** | 341:22 | 79:5,6 190:3 | 286:17 |
| 131:21 132:3 | 308:12,15 | **maybe** 22:18 | 258:19 | **members** 291:5 |
| 145:11,16 | **markets** 25:17 | 82:10 121:19 | **meaningful** | **mention** 314:11 |
| 147:22 157:2 | 128:15 132:6 | 153:9,11 | 317:3 | **mentioned** |
| 157:10 178:21 | 147:11 197:7 | 155:18 168:9 | **meanings** 206:1 | 24:12 251:11 |
| 179:14,21 | 199:5 269:8 | 168:14 222:1,3 | **means** 62:16 | 300:20 301:18 |
| 181:9 187:12 | **markings** 316:5 | 224:1 252:22 | 79:15,19 82:13 | 314:12 316:21 |
| 189:13,16 | **Mary** 2:14 | 274:17 293:14 | 82:14 83:10,11 | **mentioning** |
| 193:21 194:5 | 10:22 123:18 | **MBA** 14:19 | 88:19,20,22 | 314:9 |
| 194:11,16 | 123:19 | **McCluskey** | 91:19,22 92:3 | **mentions** 274:3 |
| 195:16 196:13 | **mary.kiedrow...** | 24:10 | 130:3 133:13 | **Mercuri** 24:9 |
| 196:22 197:4,9 | 2:20 | **McCulskey** | 151:4,15 | 121:15 164:22 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

29

| | | | | |
|---|---|---|---|---|
| **merely** 18:20 | 328:7 | 57:10 58:13 | 150:5 151:20 | 234:12,18 |
| **merged** 29:8 | **Milling** 188:16 | 59:1,18 60:15 | 152:4,8,15,19 | 235:5,13,18,21 |
| **merger** 29:10 | **million** 45:3,4,7 | 62:2,3 63:11 | 153:2,7,12 | 236:6 238:2,22 |
| **messaging** | 45:8 47:20,21 | 64:18 65:4,22 | 155:3,14 157:1 | 239:5,9,19,20 |
| 277:22 | 215:2,12 | 68:10,15 69:6 | 157:6 158:22 | 242:7,19,20 |
| **met** 22:13 23:2,4 | 218:11,14 | 69:17 70:1 | 164:10 173:1 | 243:14,18 |
| 299:3 | 220:5,7 231:10 | 73:5 77:17 | 175:7,10,14,17 | 244:2,7,15 |
| **metadata** | 231:18 260:20 | 78:4,7 80:21 | 177:10,18 | 246:11 247:13 |
| 150:16 | 310:7,20 | 84:3 85:4,20 | 178:4 179:14 | 247:15,17,21 |
| **Michael** 4:11 | 317:13 328:19 | 86:15 90:1,5 | 180:22 181:7 | 248:22 249:16 |
| 5:13 11:15,20 | 329:3,3 | 90:11,13 91:4 | 181:22 182:2 | 250:1,4 251:1 |
| 43:14,17,22 | **millions** 39:3 | 91:8 92:9 94:4 | 182:13 184:4 | 251:18,20 |
| 44:6,7,13,14 | **Mills** 2:3,16,17 | 94:5,9 95:5,13 | 185:2,4,14,17 | 252:2 256:7,12 |
| 48:14 49:4 | 7:8 8:4 10:18 | 96:1 97:9,21 | 185:19,21 | 257:3 258:4,15 |
| 50:11,16,20 | 10:21 11:1,3 | 98:3,5 99:16 | 186:8 187:21 | 258:20 259:21 |
| 53:3,14 103:11 | 12:21 14:5,8,9 | 100:6,9,12 | 188:13 190:21 | 259:22 260:12 |
| 104:18 106:6 | 15:9,20 16:6 | 102:7,11,13 | 191:7 193:6,9 | 260:14,21 |
| 106:10 146:13 | 17:22 18:11 | 104:17 105:3,8 | 193:14 194:2 | 261:4,7,10,15 |
| 149:5,7 150:5 | 20:6,11 21:18 | 106:9,20 | 194:14,18 | 261:22 263:1,1 |
| 150:22 151:5 | 23:18 24:18 | 107:18 108:2,7 | 195:3,18 | 263:5,20 265:7 |
| 178:19 184:12 | 25:10 28:7,12 | 109:11 111:17 | 196:17 197:12 | 265:10,15,20 |
| 185:3 213:15 | 29:1,2,5,7,11 | 112:17 114:2 | 198:21 199:16 | 266:2,6,8,20 |
| 236:2 331:5,9 | 29:15,18 30:7 | 114:12,18 | 199:20 200:14 | 272:4 275:2,10 |
| 334:19 | 30:14,22 31:9 | 115:4,18 116:9 | 201:11 202:1 | 275:21 276:5,9 |
| **mid** 225:22 | 31:15,15,19 | 116:15 117:2 | 203:5 204:1 | 276:15 278:16 |
| 226:12 | 34:1 35:10,18 | 117:10,21 | 206:18 207:2,4 | 279:9 280:21 |
| **middle** 155:18 | 35:21 36:3,19 | 118:15,18 | 207:7,12,17 | 281:10,13 |
| 297:16 | 36:22 37:2,7 | 119:8 126:13 | 208:11,19 | 283:13,19 |
| **Midwest** 5:3 | 37:17 38:6,13 | 127:10,15 | 209:9 210:8,10 | 285:11 288:4 |
| 11:18 | 39:14,19,21 | 128:18 129:6 | 210:19 213:18 | 289:19 291:16 |
| **might** 31:6 | 40:4 42:12,19 | 131:4 133:15 | 214:1,16 215:2 | 297:21 299:9 |
| 101:14 111:1 | 42:22 43:7,10 | 133:18,22 | 215:12,18 | 299:10,13 |
| 112:22 124:22 | 44:10 45:16 | 134:7,10 135:2 | 216:1,2 217:11 | 300:7 302:8,13 |
| 149:15,15 | 46:18,20 48:9 | 135:15 136:9 | 218:15,20 | 302:15,19,21 |
| 153:4 170:3 | 48:18 49:3,9 | 137:9 138:10 | 219:14 222:6 | 304:8 305:5,5 |
| 178:3,14 | 50:6,9 51:1,8 | 138:13 139:9 | 223:13 225:20 | 305:16,17 |
| 185:16,17 | 51:11,18 52:1 | 140:9,20 141:1 | 226:22 227:2 | 306:20,22 |
| 186:6 194:21 | 52:12,21 53:4 | 142:10,17,18 | 228:1,3,17 | 307:9,15,18 |
| 197:8,9 199:7 | 53:9,16,18,20 | 143:8,9,22 | 229:3,4,17,21 | 308:6,13,21 |
| 201:15 209:7 | 54:4,8,15,20 | 145:4,13,14,17 | 230:10 231:17 | 309:6 310:7,20 |
| 209:15 212:2 | 55:2,8,11,16 | 147:1,4 148:2 | 232:11,20 | 311:6,8 312:3 |
| 217:7 220:2,2 | 55:20 56:6 | 148:9,9,14,21 | 233:8,22 | 312:5,15 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

30

| | | | | |
|---|---|---|---|---|
| 313:22 317:5 | **mischaracteri...** | 144:19 149:3 | 332:18 | 39:20 48:13 |
| 317:12 318:3,5 | 143:12 333:18 | 152:13 155:1 | **money** 8:5 36:18 | 54:12 67:2 |
| 318:8 319:2 | **misreading** | 155:11 156:10 | 36:22 37:8 | 68:3 69:6 92:5 |
| 322:9 325:11 | 171:6,10 | 156:21 157:18 | 38:1,2,5 60:14 | 100:14 107:14 |
| 328:4,19,22 | **missed** 230:21 | 157:21 158:4 | 140:22 141:15 | 110:21 111:2 |
| 329:5,17 | **missing** 85:13 | 160:16 168:21 | 158:15,16 | 122:13 129:19 |
| 330:16,19 | 293:16 | 172:1 174:2 | 159:19 192:20 | 130:1 132:5 |
| 331:10,12,16 | **misstates** 30:12 | 176:11 178:16 | 214:17 217:1 | 133:7 134:5,9 |
| 332:6,9 333:13 | 174:22 215:7 | 179:1 183:11 | 217:18 323:17 | 134:21,21 |
| 334:1,10,11,18 | **mistaken** 335:11 | 192:10 196:16 | 323:22 324:1 | 135:2,3 137:6 |
| 335:2,5,14,17 | **mitigate** 197:14 | 205:8 230:12 | 339:12 | 179:18 181:8 |
| 335:19 336:3,7 | **mitigated** 195:3 | 245:21 254:1 | **Monica** 4:4 | 189:16 190:4,5 |
| 336:11,21 | **mix** 47:1 | 280:10 286:6 | 11:12,12 241:2 | 190:6,8 195:10 |
| 337:3 338:9,10 | **mixes** 206:20 | 288:19 304:17 | 241:2 | 196:17 197:3 |
| 341:12,15,16 | 209:16,17 | 322:6,12 | **month** 23:8 | 197:14 201:22 |
| **mind** 12:19 | **mkuppersmit...** | 326:17 334:16 | 100:14 102:22 | 202:5 212:12 |
| 74:12 227:21 | 5:18 | **Moark** 136:11 | 104:7,9 107:16 | 218:4 220:9 |
| **Mine** 293:13 | **Mm-hmm** 20:9 | 137:2 | 107:20 109:17 | 225:12,15 |
| **minimum** | 32:7 34:7 35:8 | **mode** 253:11 | 112:1,6,8,13 | 262:10 265:12 |
| 233:18 234:6 | 35:14 38:21 | **model** 51:14 | 113:2,2 119:2 | 275:3,3 284:20 |
| 268:4 | 41:1,17 43:16 | 117:8 118:21 | 153:11 179:18 | 285:14 287:20 |
| **miniscule** 39:4 | 45:1 47:22 | 126:14 129:2 | 199:8,13 | 308:20 315:14 |
| **Minneapolis** | 52:19 58:6,14 | 132:4,20 | **month's** 100:5 | 325:14 330:19 |
| 1:17 2:18 3:19 | 58:21 59:12,22 | 156:13 157:9 | **month-to-mo...** | **Morgan** 3:16 |
| 4:15 10:13 | 60:7 61:19 | 160:22 162:12 | 107:13 108:12 | **Moring** 5:14 |
| 345:6 | 62:20 64:3 | 162:14 176:21 | **monthly** 100:10 | 11:21 |
| **Minnesota** 1:17 | 70:17 71:3 | 176:22 178:13 | 100:16 102:19 | **morning** 12:14 |
| 1:21 2:18 3:19 | 72:8 75:3 | 178:13 193:17 | 102:21 107:8 | 12:15 |
| 4:15 10:13 | 78:12 82:12 | 194:6 195:8,12 | 120:20 176:7 | **Morris** 4:5 |
| 12:7 345:2,6 | 83:20 85:1 | 195:12 203:3 | 187:13,15 | 11:13 |
| 345:20 | 93:14 99:7 | 329:14,19,20 | 283:8 | **most** 47:13 |
| **minor** 40:12 | 100:8 104:16 | 332:1,5 335:15 | **months** 13:6 | 82:21 112:11 |
| **minuscule** 38:10 | 105:21 107:21 | **models** 113:16 | 22:12,18,19 | 153:10 248:6 |
| 38:20 39:1 | 110:13,17 | 116:22,22 | 23:5 26:22 | 289:3 311:2 |
| 41:18 42:8,8,9 | 111:11 112:15 | 117:4 131:18 | 105:10 111:18 | **motivating** |
| **minute** 239:12 | 122:15 126:15 | 177:13,22 | 112:2 113:1 | 194:22 |
| 292:4 294:7 | 126:19 128:9 | 195:14 196:9 | 119:2 128:2 | **move** 118:9 |
| 327:12 | 130:15 131:22 | 202:11,22 | 129:5 153:10 | 198:8,19 199:1 |
| **minutes** 74:11 | 132:15 135:17 | **modify** 228:2 | 153:14 179:19 | 211:4 280:7 |
| 220:12 298:17 | 136:4,7 137:5 | 229:5,17 | 187:16 222:3 | 284:12 287:14 |
| 298:18,19,20 | 138:5,21 | **molts** 252:5 | 313:14 | **moved** 147:19 |
| 323:3 327:11 | 140:10 143:5 | **moment** 214:21 | **more** 34:21 | 184:19 309:3 |

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

31

movement 175:21 315:7
movements 100:16
moving 63:2 112:20 156:19 157:7 317:7
much 26:8 35:12 36:17 39:5 48:18 77:2 86:14,18 86:20 140:22 141:4 163:12 177:20 185:7 191:12 219:22 219:22 260:19 265:2 330:21 337:7
multiple 33:22 68:6 144:11 208:4 211:3 218:1
mute 82:16

**N**

N 2:1,1 3:1 4:1 5:1 6:1,1 10:1 167:1,1,1
N.W 4:6 5:15
naked 252:20
name 6:2 10:13 12:16,20 13:1 58:2 61:16 70:19,19 71:1 71:2 86:6 267:7 286:11 291:14
named 19:8 59:10
namely 117:11
names 58:7,8
naming 86:10

Namwa 24:10
native 146:4
natural 32:20 118:1
nature 194:14 208:7 209:3
NCRA 1:20
near 58:19
necessarily 98:20 107:8 169:22 170:4 177:14,15,22 185:2 197:1 217:14 218:8 268:8 285:3 332:5
necessary 138:10
need 55:16 111:1 124:20 142:9,10 143:8 143:17 195:7 275:4 285:11
needed 120:12 317:10
needs 52:1 194:9 317:9 318:13
negative 60:4,5 60:8
negatives 139:8
negotiable 182:10
negotiate 56:7,9 102:14 112:17 182:1,5,14 212:22 217:12 329:18 336:4
negotiated 102:19 116:9 118:5,6 141:22 216:12 335:22

negotiating 122:13
negotiation 55:15,15 56:5 56:10,18 57:6 57:14 162:15 162:18 178:9 178:15 179:8 179:10,16 184:8,10 186:2
negotiations 56:11 57:9,17 106:6 178:8 187:4,22 188:5 216:14 217:6 218:7
net 62:8,11,12 62:12,21 63:5 63:7,8,14 64:14 65:3,20 66:6 76:4 78:7 82:8
nets 184:16
never 60:21 118:6 182:13 248:15 253:20 336:3
new 48:6,21 53:9,18 107:5 108:17 109:7 116:5 124:22 173:16,20 183:18 184:22 185:1 205:2 213:16 238:8
Newberger 2:15 11:2,2
newer 51:16
news 164:4,6 165:8,10
newsworthy 165:16

next 23:1,3,7 48:18 60:6 84:17,22 88:18 88:21 89:2,5 107:3 127:6 183:12 238:12 282:21 297:15
nine 222:3
Nobody 286:16
non-negotiable 182:8
non-transacti... 259:5
None 94:15
nonexistent 271:1
Nope 288:14
normal 131:1 189:17
Normally 56:11 89:22
North 2:8
Notary 1:20 12:6 344:21 345:20
note 76:3 146:5 162:11 200:6
noted 264:2
notes 142:2,11 143:10 144:9 251:4,9
nothing 307:22
notice 1:18 6:14 20:6,10 21:9 45:2 221:16
noticed 345:9
notwithstandi... 316:19 317:2
November 197:22 221:17
nowhere 296:6
NT10 82:8

nuance 197:16
null 104:3
number 2:17 10:10,10 18:1 18:3 34:17 35:3 46:11 64:8,9,15,15 64:17 74:20 110:11 111:4 112:13 125:13 135:19 138:18 154:21 167:17 173:19 192:18 197:18 205:12 220:19 232:3,6 264:18 292:13 304:11 316:18 320:2
numbered 219:2
numbers 58:22 60:1 63:18 64:1,2 65:11 65:13 98:17 113:11 120:20 126:1,2 136:21
numerous 22:1
nutritional 270:9

**O**

O 2:1,1 6:1 10:1 167:1,1,1
O-m-a-n-n 291:15
oath 16:18
object 18:13 49:12 65:5 89:11 142:12 169:3 174:22 218:20 239:17 243:1 259:2 261:16 263:22

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

32

| | | | | |
|---|---|---|---|---|
| 265:8,22 | 286:2 | 306:12 307:4 | 219:10 221:2,7 | **operations** |
| 292:20 299:15 | **occur** 50:13 | **official** 291:17 | 224:19 228:12 | 44:19,20 90:3 |
| 305:3 307:20 | 266:10 | **offset** 194:3 | 229:9 231:2 | 92:16 185:14 |
| 310:10 322:13 | **occurred** 117:6 | 195:19,21 | 232:8 240:5,6 | 215:5,15 |
| 333:17 335:7 | 306:7 | 196:20 197:11 | 241:12 242:17 | 218:16 219:14 |
| 336:12 339:22 | **October** 136:11 | **often** 99:22 | 256:7 257:9 | 231:19 254:6 |
| 343:8 | 146:19 173:13 | 118:5,10,17 | 258:21 262:4 | 306:13 |
| **objecting** 229:1 | 173:14,15 | 120:1 177:21 | 269:14 276:22 | **opinion** 112:16 |
| **objection** 19:10 | 205:6 206:7,14 | 187:4 | 293:2 294:17 | 198:21 199:20 |
| 30:11 39:10 | **off** 46:12,20 | **oh** 69:19 78:18 | 295:4,12 | 233:7,8,16,22 |
| 40:8 41:12,22 | 47:9 56:16 | 114:6 138:15 | 298:11 299:12 | 234:7,9,11 |
| 50:1 60:16 | 63:10 74:14,15 | 157:3 169:15 | 300:22 305:2 | 241:16 255:11 |
| 65:12 143:11 | 77:6 80:10 | 205:12 258:21 | 316:13 319:9 | 255:11,12,14 |
| 149:17 164:18 | 96:1 99:15,16 | 294:19 305:2 | 321:13 323:5 | 255:16 256:3,4 |
| 186:10 191:16 | 100:6 110:11 | 316:5,7 | 325:21 327:8 | 256:8,10,12 |
| 195:5 202:18 | 125:8 126:8,11 | **okay** 12:22 | 327:10,12 | 257:4,6 302:6 |
| 203:10,21 | 126:16 130:21 | 17:11,12,22 | 332:15 334:14 | 302:12 |
| 204:6 208:1 | 131:12 132:3 | 19:7 21:1,6,10 | 335:12 336:7 | **opinions** 256:21 |
| 215:7 223:8 | 134:18 148:15 | 21:20 23:1 | 341:2 343:21 | 256:22 |
| 225:9 240:17 | 166:5,6 167:22 | 31:19 32:2 | 343:22 344:3 | **opportunities** |
| 243:22 256:15 | 178:21 181:2 | 34:15 39:18 | **old** 294:9,12 | 122:21 266:4 |
| 259:10,12 | 181:19 182:4 | 40:3 43:6 | 295:5,7 | **opportunity** |
| 264:2 268:5,18 | 216:15 220:14 | 46:10 58:18 | **Omman** 24:4 | 133:1,12,14 |
| 281:3 289:10 | 226:14,16 | 61:10 67:14,22 | 290:21 | 145:7,10,12,13 |
| 292:22 293:17 | 251:7 292:6 | 70:21 73:21 | **once** 15:15 | 145:15 148:3 |
| 301:3 302:15 | 327:18,19 | 77:13 80:2 | 107:13 124:11 | 154:3 157:8 |
| 310:13,15 | 329:22 332:17 | 88:18 102:18 | 124:11 187:16 | 183:21 266:7 |
| 312:7 319:12 | 332:19,21 | 110:3 111:21 | 188:9 209:20 | 283:18 305:14 |
| 320:14 321:15 | 344:5 | 114:10 119:4 | 210:2 248:12 | **opposed** 265:7 |
| 322:22 328:10 | **off-specification** | 121:4 132:8 | 248:14 | 265:10 |
| 328:11,16 | 37:10 | 136:19,22 | **ones** 22:6 47:15 | **optimal** 156:8 |
| 331:11,14,17 | **off-the-shelf** | 138:17 146:5 | 55:22 75:11 | **option** 51:19 |
| 332:7 339:8 | 125:1 | 148:18 150:9 | 80:17 152:5 | 108:2 133:12 |
| 340:13 341:20 | **offer** 148:10 | 152:8 165:19 | 153:2 209:13 | 145:8,9 317:9 |
| **objections** 7:9 | 149:13 | 170:15 171:13 | 294:12 | **OPUN** 88:19 |
| 41:5 135:15 | **offered** 213:9 | 171:16 180:12 | **onward** 46:16 | **oral** 17:1 |
| **obtain** 241:15 | **offering** 318:12 | 187:9 189:10 | 53:17 54:14 | **order** 27:10,11 |
| **obtained** 249:16 | **offerings** 206:22 | 189:13,15,18 | 56:1 | 27:16 28:5 |
| **obvious** 60:17 | 269:9 | 192:18 196:1 | **open** 84:22 | 61:22 63:6 |
| **obviously** | **offers** 148:8 | 197:20 198:13 | 132:5 343:17 | 64:11 66:4,5 |
| 153:12 188:16 | **officer** 290:7 | 205:4 208:19 | **operation** | 66:19 69:8,9 |
| 229:1 284:12 | **offices** 1:16 | 210:6 212:9 | 169:20 | 69:10 72:13 |

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

33

75:19,20 77:5
77:19 81:16
83:18,19 84:12
85:6,14,15,22
86:12,14,18,20
87:6 103:10,11
104:2,10 105:9
105:14,19
106:2,14,22
108:17 109:7
109:15 110:21
142:2 178:19
181:12 194:8
297:11
**ordered** 48:19
63:5 88:5
345:9
**orders** 26:14
27:6 62:3 68:1
68:2,5,8,11,16
69:5 73:9 77:7
84:5 85:18,19
86:1 91:9 93:4
93:8,16 108:9
141:4,18,18,21
142:1,11 143:9
143:22 144:2,4
144:5
**organic** 270:8
**organizations**
229:20 262:18
**organizer**
253:10
**original** 85:12
85:14,15 345:8
**otherwise** 182:7
228:2 229:5
270:2 323:18
**out-of-spec**
40:14,18
**outbreaks** 168:7
222:16

**outcome** 190:10
**outlined** 326:10
326:12 342:12
**outlines** 26:8
321:15
**output** 265:2,3
**outside** 22:2
23:18 27:3
30:18 44:10
240:7 242:17
242:18 243:21
255:2 259:3
266:9 275:11
299:17,18
310:11 319:14
322:2 327:6
330:20 333:14
334:5,8,10
339:18
**over** 16:14
22:12 43:19
45:3,4,7 47:20
47:20 48:18
82:17 105:4
108:15 110:12
112:7 120:20
161:1 162:5
188:7 209:4
229:16 280:7
298:9
**overall** 110:11
223:2
**overlap** 71:4
**overtures**
229:17
**overview** 189:13
**own** 130:4,5
329:21,21
**owned** 306:20
306:21
**owning** 130:5,19

|     | **P** |     |
| --- | --- | --- |

**P** 2:1,1,5 3:1,1
4:1,1 5:1,1
10:1 20:7
**P.A** 1:16
**p.m** 166:8 167:2
167:19 220:15
220:17,17,20
292:7,9,9,15
327:20,22,22
328:2 332:22
332:22 333:2
344:6,8
**pace** 309:7
**packaging** 14:1
35:2,5,11 57:3
57:7 62:13
101:1,7 115:13
182:6,10
184:18 186:7
187:1,10,15
212:20 330:9
330:11 336:1,5
336:10,17
**page** 6:2,13 7:2
8:2 9:2 20:21
20:22 21:8,10
32:2 34:4,8,10
34:13,14,22
35:7 36:13
62:7,15,16
63:2 64:2 76:3
76:7,12 77:10
77:21 78:7
82:3 83:19
84:8,11 88:2
91:18 92:2
110:5,14 111:4
125:21 126:5
126:12 131:11
135:18 136:5
136:18,20

138:17 146:15
146:19 148:19
154:20,20
155:9 156:7
157:14 160:19
168:18 171:17
173:15 176:12
176:17 189:11
191:4 197:17
198:13 200:19
204:16 214:19
221:3 245:16
250:20 252:18
253:5 263:17
266:21,21
267:9 278:14
280:7,8,9
293:10,14,21
294:8,21,22
295:1,2,13
297:15,15
315:6 316:3
319:3
**pages** 34:6,11
46:14 125:21
137:6 155:13
293:16 321:16
**paid** 25:16
36:17,19 37:12
37:21,22 38:3
42:18 56:7
65:4,21 86:20
97:9,21 100:9
104:17 105:3
106:21 116:8
116:15 117:15
117:20 118:10
118:14,17
122:13 182:1
217:22
**painlessly** 58:15
**paper** 144:12

**Papetti's** 43:14
43:18 53:15
**paragraph**
20:19 136:5
138:19,20
200:18 214:20
230:19 231:6,9
238:6,12
257:10 263:18
279:6 280:11
304:16,22
306:7
**part** 28:6 32:10
45:14,14 57:16
82:22 96:2
123:2,20
135:22 139:4
139:10 140:14
141:2 146:13
149:1,5 153:17
157:12 162:14
164:14 179:3
182:9 193:15
195:10 222:19
251:15,16
253:6 262:20
276:2,6,10
283:16 284:14
285:13 301:22
305:13 306:11
306:13 318:16
**partially** 194:3
**participation**
217:13
**particular** 26:20
164:1 248:2
270:8 332:11
332:12
**particularly**
43:3 115:10
**parties** 345:9,11
345:12

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

34

partnership 54:1
partnerships 134:17 216:7
parts 47:8 222:17,21
party 96:15 217:7,13 218:6 345:9
pass 212:3 279:15 290:3
passed 145:1 185:18
past 161:7
pasta 215:3,13 216:12,13 217:8,15 218:7
pasteurization 33:11
pasteurized 32:21 33:8,9 33:13,15
pastries 206:21
path 343:3
patterns 128:15
Paula 24:9 121:21 236:14 236:15,16
pay 27:8 43:7,10 60:11 62:13 64:18,19,21 78:8 91:4 105:10 109:18 109:22 196:13 196:17 265:15
paying 96:1 177:18,19 217:20 218:9
payment 60:10 82:6
pays 57:10 114:19 115:4

117:10
PAYT 82:4
pending 17:9 81:8
Pennsylvania 1:2 3:10 4:6 5:15 10:10
people 24:17 123:13 124:20 158:14,15,17 164:5,5 201:10 201:16,22 203:3 228:17 247:1 253:13 274:13,18 275:22 276:6 286:8,16,19 318:1
Pepper 3:7
per 62:19 104:17 161:2 183:13,13,16 192:14 238:16 239:1 257:11 257:19 270:11 280:15 281:1 281:15
per-pound 49:2 62:22
percent 42:10 157:22 158:2 192:22 196:12 198:4,5 267:14 270:11 307:10 309:3
perception 172:15 308:19
perhaps 240:11
period 40:6 53:10 54:12 82:16 103:19 105:5 107:2,16

108:13 111:7 135:19 138:22 139:9,19,20,22 140:4,4,6,12 140:16 146:16 148:19 153:22 159:13 161:6 162:5,21 163:14 169:1,2 170:9,15,16 179:21 180:13 180:15 181:1 206:12 302:17 302:18 310:11 323:17,20
periods 127:7 127:11 300:16
persist 49:15
person 124:14 165:3 187:17 272:3 285:4,15 285:16 286:20 287:7 330:20
personal 339:21 340:1
personally 233:20 234:9 255:8,9 256:1 256:2,6 259:17 302:5
persons 345:13
perspective 178:1,2 209:1 287:19
pertain 275:10
pertained 275:4 275:5
pertaining 281:6,9
pertains 25:7,10 25:13 227:17 268:22 270:21

284:11 291:11 303:1
PETA 229:16
Pete 11:14
PETER 4:12
peter.schwing... 4:17
Peterson 24:3 290:20
Philadelphia 3:10
phone 4:4,12 5:5,13 11:10 82:15 187:17
phrase 96:9,10
phrased 228:21
physical 25:19 27:16 37:20
Physically 27:14
picture 176:9
piece 107:10
pieces 182:4 330:8
Pillsbury 29:3,6 176:9
pitch 330:20
place 10:12 30:2 56:10 106:8 156:13 187:5 205:15 238:14 253:8
places 158:15
plain 198:3
plaintiff 2:3 16:6,8 20:6 136:8 138:22 139:15 328:3
plan 296:7
planning 283:20
plant 77:3 158:18
plants 26:16

27:21,21 47:9 83:16
plausible 302:3 302:9
play 107:11
player 51:21
players 290:21
please 10:15 11:11 12:1 17:14 42:7 54:12 142:22 239:13
plus 118:7 270:9
PO 85:11 87:20
pocket 192:16 192:17
point 28:4 29:3 50:6,9 52:8,22 55:16 56:17,21 78:18,19 105:10 132:9 132:12 150:4 151:10 156:5 156:17 159:14 159:16 160:13 162:18 189:19 197:6 205:13 255:12 256:20 260:22 267:10 273:1 279:13 285:4,9 287:17 314:6 315:7,11 315:16,18 334:17
pointing 205:5 213:13
points 113:12 114:9 251:10 278:1
policies 302:14 302:16,19,21
Pope 237:21

HIGHLY CONFIDENTIAL

Tran, Binh K.            August 13, 2013

35

population
  223:2 262:20
  324:10 326:16
Porter 4:5 11:12
portion 233:13
  239:15 240:15
  244:5 259:15
  340:1
POs 66:16 75:9
  81:12 83:9,10
  85:12 87:20,22
POS2 61:18
posed 241:17
poses 158:7
position 12:21
  14:4 123:5
  232:22 233:2
  302:22 309:15
  314:2,5 322:10
  335:19 340:19
  341:5
positions 25:10
  118:20 320:1
possibilities
  159:5,9
possibility 39:7
  41:20 145:5
  199:10,14
  212:5 338:5
possible 40:4
  58:16 152:21
  291:18 335:1
possibly 169:13
  226:10,12
  311:5
post 264:1
  292:21
posting 78:20,22
potential 51:19
  53:21 133:14
  133:19,20
  171:21 267:7

269:20
potentially
  130:5 132:20
  160:3
poultry 5:3
  11:18 188:22
  201:1 203:17
  229:15
pound 104:17
  183:13 192:14
pounds 46:11
  63:5 64:5
  77:15 85:11,13
  85:19,20 86:2
  87:6,8 107:19
  110:12,15
  112:6
powder 32:11
power 119:19
  156:5 160:13
practice 28:9
practices 210:15
  228:3,5 229:6
  229:12,18,20
  232:18 282:4
  290:2 301:19
  306:10 307:3
precede 111:10
preceded 121:20
  122:4
precisely 343:10
predecessors
  145:2
predictability
  195:11 197:3
  197:15 296:21
  296:22
predictable
  112:22
preferrable
  208:22
preliminarily

240:9
preliminary
  136:6
premerger
  138:1
premium
  207:14,15
  208:5,6 264:14
  264:21 265:16
  265:16 267:1
  267:10,14
  268:9,13,21
  269:3,8,11
  270:6,10,16
  271:1 282:20
  283:14,21
  284:12 285:1
  285:10 287:1
preparation
  277:10
prepare 21:20
  31:13
prepared 26:11
  26:12 247:4
preparing
  303:11
present 5:20
  38:17 46:20
presentation
  156:5 168:17
  173:11 189:6
  221:4 293:4
presented
  145:14,16
president
  237:1
pressured
  228:18
presumably
  16:12 318:9
presumes 281:4
pretty 35:12

108:13 112:10
  187:6
previous 24:7
  75:5 83:22
  85:17 143:20
previously
  167:7 291:3
price 19:9 26:15
  48:16,17,22
  54:19 55:1
  56:7,12,21
  57:1,2,11,13
  57:16 62:8,11
  62:12,12,21
  63:5 96:1,20
  97:3,3,4,7,12
  98:8,13 100:9
  100:16 101:7,8
  101:11 102:17
  102:18,18
  105:3,11,17
  106:15,20
  107:5,6 108:21
  113:13,15
  114:18,22
  116:8,15 117:9
  117:14,15,16
  117:20 118:10
  118:11,14,17
  122:13 126:17
  136:1 139:4,11
  141:22 142:6
  149:2 150:1,6
  154:1 161:21
  162:7,8 163:1
  163:2,17
  164:11 168:3,4
  168:5 171:18
  175:11,14,19
  175:21 177:18
  179:9,10,11,13
  179:17,19,21

180:3,7,9,14
  180:15,21
  181:2,8,9,15
  181:17,20
  182:1,3,7,9,10
  183:17 187:3
  193:15,16,18
  193:19,20,21
  194:3 195:1,2
  195:20 196:10
  196:13,15
  197:3,11
  198:22 199:1,7
  199:8,11
  205:19,21
  208:15,16
  212:14,18
  213:2,8 215:5
  215:15 217:12
  217:20,22
  218:3,4,9,17
  219:15 221:20
  222:1,2,8,8,12
  222:13 224:4,6
  225:7 226:12
  247:4 257:12
  265:16 267:13
  300:15 320:5
  321:21 323:7,9
  323:11,13,14
  324:3,7,9,11
  324:14,16,21
  325:3,6,13,18
  326:1,9,12,14
  327:3,5 328:8
  328:15,15
  330:3,6 332:6
  333:10 334:4
  335:21 336:8,8
  336:9,16,16
  337:4,18,21
  338:1,6 339:5

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

36

339:10
**prices** 25:16
56:9,14,15
96:7,13 97:15
97:19 98:2,20
99:15 100:4,5
100:13 102:20
103:22 107:3
109:16,18
113:6,22
114:11,13,16
114:19,20,21
116:3,3 117:12
118:9 124:16
126:16 128:2
129:4 135:21
139:2 147:7
148:22 161:5
163:19 164:14
168:9 171:22
172:6,19
178:20 180:1,4
181:13,14
190:9,10,10,13
191:13 195:11
195:14 196:11
197:19 198:8
198:14 199:6
213:2,7 221:5
221:10,10,14
222:7,18,20
223:19,22
224:18,21
225:4,11,12,14
226:2,15
257:12 270:10
300:19 301:2
319:8,11 321:5
321:12 322:21
324:21 329:7
338:8,12,13,17
339:4

**pricing** 54:8,16
55:7 95:12,19
95:21 96:3,5
96:10,13 97:10
97:11,20 98:6
98:9 100:7,13
100:18 101:4,6
101:6 103:17
104:20 105:1
106:6 108:9
114:3 116:8,11
116:20 117:4,8
118:5 127:4
128:13,19,20
129:1,1,6
139:16 142:19
146:9,10,15
147:1,5,13,14
147:22 148:4,5
148:15 150:7
151:10,22
152:6 155:19
160:14 161:14
176:19,21
177:3,4 178:5
182:14 187:5,8
187:11 196:9
197:21 198:15
198:15 212:17
223:7,16
225:22 329:14
329:19,20,22
332:9 334:18
334:21 335:5
335:15,17,19
**primarily** 201:1
203:17
**Primera** 53:15
155:15,19
**principal**
207:17
**print** 146:4

**printed** 180:5
181:16,19
**printout** 230:9
**prior** 13:7,18
14:4,7,9 28:22
29:1,10,13
30:15 31:1,10
31:16,21 51:19
51:22 53:4
55:7 87:2
100:5 121:14
138:11 141:13
142:3 144:7
148:3 152:10
152:17 180:10
221:22 237:2
271:9 329:5,10
335:15
**priority** 238:14
**private** 270:12
270:19 323:22
**privileged** 18:15
59:11 340:3,22
**probably** 16:11
22:13 23:8
47:13,16
108:22 111:19
122:9 137:15
144:8 151:9
178:1 180:20
184:16 187:14
187:15 188:8
202:14 206:11
224:1 226:4
234:15 235:2,3
236:8,19,20
248:5,14 253:8
253:10 256:20
287:6,7,9
313:14 327:14
332:8
**problem** 280:12

280:14
**procedures**
238:18
**proceedings**
1:18
**process** 16:13
40:13 126:12
185:9 235:16
250:12
**processed** 1:4
10:7 297:22
**processes**
124:11
**processing**
211:7
**procurement**
119:7,19
120:10 124:4
124:21 228:3
229:6,18
251:22 261:14
261:21
**procuring**
207:21
**produce** 219:6
341:13
**produced** 58:13
69:17 70:1,11
73:5,15 80:21
95:6 143:22
219:2,7,9
235:22 258:14
258:17,19
266:20 268:16
270:8 306:4
**producer** 51:21
130:9 170:4,5
174:18 175:5
186:9,16
191:15 192:8
192:11,19
209:22,22

212:22 213:19
216:12,14,18
217:7 218:7
219:18 245:13
246:5 250:5
252:5,8,10
267:8 283:15
289:2 329:6,6
**producer's**
169:21,22
177:7 193:4
212:21
**producers** 1:9
3:4 11:5 12:11
12:17 18:2,3
97:5 129:19
130:2,7,14
131:5 159:18
167:12 170:8
173:1,3 174:13
188:5 196:9
201:10 205:18
208:21 213:8
225:2 235:10
237:22 239:10
242:8,21
243:20 245:14
246:7 248:3
277:1,7 299:11
301:2,12,15
316:1 328:14
333:4,8 334:3
339:17 340:9
**producing** 81:5
238:9 304:19
305:8
**product** 34:20
34:21 37:14
46:18 47:10
48:14 50:10
53:9 54:9 55:8
56:6 57:15

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

37

64:19,21 65:1
65:18,19 69:1
77:16 78:8
85:5 98:22
99:1,2 101:21
105:4 110:16
111:2,8 112:12
112:19 125:1
137:1 153:2
154:6,6,9
174:14 187:5
198:22 207:13
207:16,20
208:10,21
209:8,13,17,21
210:1,7,11,12
210:18 212:12
212:16 213:17
250:5 251:22
277:22 287:16
287:20 297:14
309:11,12,16
318:12 341:3
**production** 6:17
28:1,1 91:16
159:20 177:1
184:19 190:12
191:5,9,11,14
192:19 193:1
230:13,14
231:1 233:16
278:15,20
317:4 323:18
323:19 324:1
**productivity**
312:12
**products** 1:4
10:8 14:22
15:3,18 29:12
30:9,15 31:1
31:10,16,20
33:18,22 34:18

35:16 36:1,4,5
36:8,9 37:4,8
38:7,15 39:15
39:22 40:6
42:13,19,22
44:10 46:21
47:14 48:6,21
49:4,10 50:7
52:2,4 53:19
54:21 55:21
56:8 59:17
62:4 84:4 90:2
90:5,12 91:5
91:10,12 92:8
92:14,20 93:1
94:6 95:13
96:8,16 97:10
97:16,16,18
99:11 105:14
106:10,21
108:8,10
112:11,20
113:18 115:7
116:16 117:3
117:15 119:7
135:20 141:1
148:15 152:9
152:16,20
153:8,18,21
163:10 171:18
172:20 174:4
181:22 182:2
196:18 197:22
199:4 200:21
203:15 206:18
206:20 207:1,5
207:8,8,15,21
208:3,4 210:21
211:12,15
227:1,4,11,12
227:13,20
228:7,14,15,15

228:18,18
229:5 235:18
259:22 262:2
291:21 305:18
307:22 308:2
313:20 320:1
**Professional**
1:20
**profile** 283:3
**profitability**
168:20 169:22
170:1,16 171:7
**profitable** 169:1
169:17 170:10
**program** 210:17
232:12,14,16
232:21 233:1,3
233:6 234:13
234:15,16,19
234:20,21
235:1,4,6,8,11
236:7,9,10,18
236:22 250:6,7
250:10 271:5
271:11 284:9
284:10
**program's**
235:12
**progress** 77:5
79:14,17
**project** 122:19
183:3 284:21
**projections**
247:4
**projects** 183:9
**promoted**
261:17
**promotes**
261:15
**promotion**
13:10
**proposal** 280:1

284:13 285:20
285:22 287:4
330:22 331:1,5
331:10,15,19
332:11,12
**proposals** 54:9
54:16 152:9,15
330:3,6 331:13
**proposition**
54:1,7 287:13
**pros** 316:17
**prospected**
109:11
**protein** 163:12
**proteins** 163:9
**protestors**
257:15
**proves** 284:7
**provide** 17:1,16
27:2 31:20
51:17 52:2,4
138:10 195:10
197:3,14
198:14 283:6
341:15
**provided** 81:2
161:1 176:13
209:21 210:19
258:20 279:8
334:10 336:9
**providers** 37:8
38:15
**provides** 221:8
247:15
**providing** 12:19
211:11,14
254:22
**proving** 284:3
**public** 1:21 12:6
172:15 254:21
261:5 281:20
323:22 344:21

345:20
**publication** 96:6
236:20
**publications**
188:14,17
254:21,21
**publicly** 219:3,6
261:7
**pull** 26:18 68:9
69:7,15,20
70:4 71:14,16
72:18,18,19,19
75:9 87:22
107:14 141:11
178:18
**pulled** 71:13
81:17 93:19
111:19 137:15
**pullet** 192:5,8
**pulling** 26:12
93:16 111:8
181:14
**pulls** 72:22 77:4
**Purch** 75:15
83:21
**purchase** 14:22
15:3 26:14
27:6,11 28:5
29:2 35:18
37:3 38:6
39:22 40:5
42:13,19 45:16
49:3,5,10,17
54:10 61:21
63:6 64:11
66:4,5,19 68:1
68:2,5,8,11,16
69:5,8,9,10
72:13 73:7,9
75:19,20 77:4
77:7,19 80:17
80:20 81:15

HIGHLY CONFIDENTIAL

Tran, Binh K.                                             August 13, 2013

38

83:18 84:5,11
85:6,14,15,18
85:19,22,22
86:12,14,18,19
87:6 91:9
92:19,22 93:2
93:4,8,16 98:3
98:5 99:16
103:10,11
104:2,10,18
105:9,14,18
106:2,14,22
107:19 108:9
108:17 109:7
109:11,13,15
110:1 111:22
112:5,7 116:22
141:17,21
142:1,2,11
143:9,22 144:2
144:4,5 148:3
148:15 150:5
152:9,20
153:13,16
157:9 178:19
181:1,12,12
196:18 200:22
203:16 226:22
228:17 231:10
307:22 308:1
**purchased** 24:8
46:18 48:13,14
59:18 69:1
95:13 100:6
106:21 108:16
111:17 117:2
153:8 186:19
231:18 235:18
335:20 336:21
**purchaser**
153:18 228:10
**purchasers**

228:6,8,9
229:4
**purchases** 27:8
34:1 35:10
44:1,4 50:11
62:3,5,6 90:12
90:15,19 92:8
92:14 106:9
108:8 135:20
136:2,10 137:1
137:10 139:2,8
139:11,15
140:13 141:4
142:10,17,18
148:21 151:4
152:4 194:20
195:19,21
196:2,4 217:15
217:16 227:5
235:21 236:2
281:7 303:2
311:2,20
312:17 329:10
**purchasing** 13:2
29:12,20 30:8
30:9,15,22
31:9,16 35:21
39:15 48:9
50:6 51:2,3,11
59:16 90:2,4
96:1 102:14
108:3 111:12
124:13,14,16
145:5 151:21
199:18 201:13
202:22 208:12
214:20 229:11
**pure** 203:9
311:18
**purely** 285:21
**purpose** 289:9
289:18,22

**purposes** 110:21
**pursuant** 1:18
20:7
**push** 263:6
**put** 27:11 28:2
70:4 83:2
85:13 92:5
94:3 120:14
155:21 156:13
160:8 164:19
165:9,19
167:22 170:20
172:22 175:9
180:4 195:7
199:15 205:15
206:17 226:20
232:10 239:8
251:18 265:6
271:15 284:16
298:6 323:22
**putting** 27:15
82:19 293:8
323:17

_____

**Q**

**qualify** 269:3
**quality** 24:2,6
24:16 37:10
38:17 40:12,16
50:16 94:7,22
123:1,4,6,10
124:3,5,12,17
124:18 207:9
207:10,11,17
207:20,22
208:10,16,22
210:6,11,12,13
212:3 238:17
246:9 272:12
272:17 284:18
285:4,8 290:4
**quantify** 131:10

**quantities**
127:11
**quantity** 45:17
45:21 46:2,9
46:17 48:1,3,4
48:4,19,20
64:2,5,10,15
64:16 65:6
66:7,8 69:1
84:12,14,18,22
88:2,4,18
108:4 110:1,15
**quarter** 187:16
188:10
**question** 17:9,10
19:13 21:11
31:17 34:2
41:6 42:6 43:2
49:22 50:3,5
52:9 53:3,6,8
65:11,16 67:1
67:6 68:13,18
75:4 81:8 92:6
125:21 126:4
130:13 139:21
140:11 143:1
152:11 154:17
156:6 158:7
186:11 203:11
208:2 215:9
219:11 223:10
224:19 228:16
228:21 233:11
239:13,13
240:10,13,19
240:21 241:1,8
241:14,16,22
242:9,10 243:3
243:5,7 244:3
244:13,14
259:13 261:19
264:1 266:1

281:6,9,12
288:17 289:17
293:3 300:5
301:13 305:4
308:5 309:1
310:17 319:13
322:3 325:20
326:3 329:8
333:8,22
335:13 336:14
338:15,15
340:14 343:9
**questioning**
49:12 298:8
314:10 326:7
**questions** 17:2
17:14,15,16,18
21:15 25:6
49:19 246:2
292:20 298:10
329:4 330:14
332:16 337:7
**quick** 33:7
220:10
**quickly** 252:18
**quite** 68:19,19
70:15 98:19
123:16
**quotation** 136:1
139:4,11 149:2
**quote** 55:1 99:6
99:22 100:18
105:22 106:1
106:13,19
107:1 113:8,13
115:16,20
116:3,12,17
146:9,10,15
147:14,15,21
148:15 150:1,6
161:22 162:1
178:22 179:2,7

HIGHLY CONFIDENTIAL

Tran, Binh K.                                          August 13, 2013

39

182:9 212:21
213:1,10
**quoted** 106:15
114:14,22
161:5 178:20
179:17 182:4
186:20
**quotes** 99:17
100:2 113:3,15
143:19 147:1,5
148:7 212:11
212:15,18
213:2 330:3
**quoting** 91:9

**R**

**R** 2:1 3:1 4:1 5:1
10:1 20:7
167:1
**R&D** 124:22
125:2 183:6,6
184:11 208:20
**Rachel** 2:15
11:2
**rachel.newber...**
2:21
**Rager** 24:5
123:15,17
**raise** 223:21
338:3,7,11,14
338:17 339:4
**raised** 338:13
**Ramalingam**
273:9
**Ramalingham**
273:10
**Ranch** 137:2
**random** 58:8
69:15 70:8
71:14 72:18,18
72:22 73:1,6
**randomly** 55:13

55:14
**range** 69:21
119:2 161:1
187:13 307:11
**ranging** 207:13
**rate** 172:8 270:3
345:10
**rather** 265:16
**Rationalization**
172:5
**Ravi** 273:8
**raw** 13:22 27:9
218:1 245:17
281:7 286:17
286:18 305:18
**rawest** 322:20
**rcampbell@je...**
2:11
**Re** 1:4 10:7
**read** 19:5,6
20:16 149:10
175:20 190:18
203:7,13
214:21 233:12
233:14 236:19
239:13,16
240:13,16
244:4,6 259:14
259:16 297:17
320:15,19
321:16 342:2
342:17 343:1,4
**reading** 21:10
214:22 230:20
344:7
**reads** 200:20
270:5 294:5
295:17 297:16
**ready** 206:21
298:20
**real** 14:11
**reality** 66:5

177:15
**realizing** 186:16
**really** 40:13
51:22 58:9
99:13 100:2
111:21 125:2
178:11 179:12
182:5,8 190:9
194:9 228:16
232:22 248:10
249:3 255:10
269:1,7 302:11
325:20 332:2
343:2
**reask** 228:22
**reason** 17:20
63:17 158:11
158:20 164:14
169:11,14
170:12 198:10
220:4 223:14
238:2,20 239:2
255:13,15
270:1 280:4
**reasonable**
214:4
**reasons** 173:19
174:13 175:17
199:2 225:14
**Rebalancing**
190:16
**rebates** 37:3,5
42:12
**recalculated**
118:11
**recall** 16:5
175:12 253:15
254:15 306:8
307:1,6 314:8
328:8,20 329:8
329:15 330:4
331:6 336:13

**receive** 27:18,20
37:2 40:11
42:12 54:8
63:11 85:5,21
147:4 152:8,15
247:19 248:4
248:11
**received** 18:8
37:11,17,19
38:14 39:14,19
39:21 40:4
59:18 84:4,18
93:4 94:4,5
95:5 184:5
213:10 238:3
247:17,22
248:1 250:1
**receiving** 83:14
83:15 181:8
186:1 254:15
**recent** 200:21
201:19,21
203:15 262:13
262:13 283:8
317:10
**recently** 174:7
262:9 265:18
**recess** 74:17
125:10 166:8
167:7 220:16
292:8 327:21
**recognition**
312:12
**recognize** 26:4
58:7 59:13
83:12 87:15
103:7 146:8
154:18 183:1
200:13 237:16
245:10 263:15
278:8 282:17
288:13 292:18

**recognized**
133:21 157:6
**recollection**
253:5 335:11
**recommendat...**
267:1 310:6,19
311:7
**record** 10:3,16
50:1 74:14,16
80:11,15 125:9
146:1 166:5,7
200:6 220:14
292:7 327:18
327:20 328:2
332:17,20,21
333:2 335:7
336:14 340:18
341:8 343:22
344:6 345:7
**recorded** 1:18
68:16 69:5
96:14
**records** 26:14
142:3 214:5
**redeliver** 86:2
**redirect** 327:15
**reduce** 50:10
192:12,14
239:10 242:8
242:21 258:1
291:20 301:22
333:9 334:3
**Reduced** 131:21
**reducing** 192:18
**reduction** 183:9
184:5 257:10
257:19
**refer** 36:13
43:14 60:1
61:6,8 62:11
63:3 64:14
77:1 85:9 89:5

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

40

89:9 116:19
127:3 129:10
161:11 322:1
**reference** 56:14
68:1 75:18
83:21 91:8
97:22 99:13,14
147:11 181:14
196:10 231:9
269:2
**referenced**
70:12 99:1
147:7 187:2
278:11
**references** 78:10
**referred** 89:20
139:22 140:4
161:8 170:17
245:1
**referring** 56:12
64:16 78:6
89:3,16 136:9
163:7 205:11
216:4,6 218:18
219:16 220:3
251:8 288:21
289:5 311:16
**refers** 60:9 64:5
77:2 88:3
126:12 131:17
161:19 201:19
269:20 310:10
**refine** 300:5
301:13
**reflect** 42:18
62:1 66:5
**reflected** 38:4,8
42:17 49:7
66:22 94:11
107:3 155:13
179:20 181:9
**reflection** 190:9

**reflects** 59:17
62:3 170:9
**refresh** 253:4
**refreshed**
177:22
**regarding** 15:17
75:5 290:13
291:19
**regardless** 129:8
210:3
**Registered** 1:19
**regular** 28:7,9
**regulations**
290:4
**regulatory** 24:3
24:6,16 123:4
123:6 124:3,5
124:13 246:10
272:13 285:5
**regurgitate**
322:14
**REI** 161:16
162:8,15 163:2
**rejected** 331:1,2
**related** 29:12
30:8,14,22
31:9,15 39:14
39:22 42:13,21
119:7,19 222:7
222:10 224:3,5
224:8 225:8,21
226:6 265:1
335:22
**relates** 1:7
206:14 226:19
282:19
**relation** 230:18
231:5 310:12
**relationship**
51:12 55:12,17
122:17,18
124:15 135:2

185:12
**relative** 345:10
345:11
**relatively** 45:20
**relativity** 58:20
73:22 74:1
**relevance** 49:16
307:20
**relevant** 259:3
302:17 308:6
310:11 323:16
**reliability**
208:17
**relies** 28:12
207:18
**reluctance**
297:22
**rely** 113:18
**remaining** 66:3
109:4,6,14
**Rembrandt**
51:7,12,13,18
51:20,21 52:4
52:11,15 53:13
53:17 54:6
156:8,11,12,14
161:20 251:2
251:10 253:11
253:14,18
254:14 329:6
334:21 335:15
**remember**
193:7 252:19
337:18
**removed** 44:17
44:18
**rendition**
162:13
**renegotiate**
102:22 107:15
**repeat** 130:13
335:3

**repeatedly**
342:1
**repeating**
263:21
**rephrase** 203:12
**replaced** 121:8
**replacer** 32:4
33:16
**report** 6:16 26:8
26:20 31:6
59:16 61:22
119:13,15
120:6,7 176:7
248:2
**reported** 180:2
304:2 345:5
**reporter** 1:20
12:1 16:15
17:3 233:14
239:16 240:16
244:6 259:16
**REPORTER'S**
345:1
**reporting** 69:7
157:5
**reports** 157:4,4
247:18,22
248:9,16,19
**repository** 81:5
**represent** 58:11
71:10 79:12
110:18 150:16
299:6
**representation**
62:5 73:10
**representative**
302:7
**represented**
65:9
**representing**
10:14 335:8
**repressed** 253:2

**request** 59:10
260:13
**requested** 70:6
233:13 239:15
240:15 244:5
257:22 259:15
**requesting**
263:4
**requests** 228:4,6
229:4,10,19
**require** 283:20
**required** 219:6
304:19 305:9
**requirement**
284:6,11 285:1
286:22 287:3
317:11 318:3
318:16
**requirements**
235:12 304:21
305:10
**requisition**
27:20 28:2
**research** 96:7
244:10,14
**reserve** 327:14
**reserved** 344:7
**resolution**
263:20 264:6
**respect** 240:18
307:19 330:7
**responding**
140:11
**response** 138:18
254:18,21
262:12 268:20
333:7
**responses** 17:2
**responsibilities**
13:15
**responsibility**
14:21 15:2

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

41

25:9,11 272:14
272:19,22
273:22 274:21
290:13,16
291:7,10
**responsible** 13:3
122:12,16,17
123:3,6 124:14
124:17 187:20
272:7,9 274:4
274:6,7,8,14
274:19 275:12
275:21 276:10
276:17 284:22
290:17
**rest** 306:14
307:5
**restate** 215:9
**restaurants**
14:10
**restrictions**
159:4
**result** 110:11
163:16 183:16
186:2 194:22
235:15 239:19
239:22 332:5,9
333:9 334:4
**resulted** 150:1
**results** 283:8
**RESUMED**
167:11
**retail** 93:21
**retailer** 228:11
229:13,14
258:5
**retailers** 257:13
257:20,22
259:21
**retired** 237:8,8
**Rettig** 254:13,17
255:7 256:16

**Rettig's** 256:13
257:7
**return** 37:13
158:16
**reverse** 38:1
**reversed** 94:14
**review** 188:10
283:3
**revise** 260:3,21
**Richard** 2:5
10:17
**right** 16:4,12
23:5,19 33:3
36:20 38:8
43:8 48:10
49:5 50:1
52:12,15 53:1
58:11 60:6
62:4,8,17
63:20 64:7
69:3,4 71:6,21
73:13,14 76:5
76:9,13,18
79:17 80:22
84:15,17 93:10
94:6 95:2 96:3
99:20 100:19
100:20,21,22
101:2 102:8
103:12,13,15
104:12,13,18
104:22 105:5,8
105:11,15
106:12 107:1,7
107:9 108:5,6
108:18 109:1,2
109:8 110:2
111:14 112:1,6
112:11,14,19
112:20 115:1,2
116:13 117:17
119:11 120:17

120:18 121:3
122:14 124:8
127:19 128:20
129:12,13
130:19 131:18
131:21 132:14
135:4 138:7
139:5,16,20
141:15,19
142:7 145:3
147:9 149:5,8
150:2 152:6,21
153:18 154:6,7
154:9 156:22
157:10 158:11
158:12,22
159:4,7,8,10
160:1,5,15
161:2 162:3,20
164:8,9,17
165:14 166:4
169:21 170:1,2
170:4,5,18
174:20 177:9
177:11,20
178:22 182:12
186:3 190:14
190:19 192:20
193:1 194:19
196:8,18 197:5
197:10 198:5
198:16 199:9
199:13 202:2
210:19,22
212:4,8 217:5
220:13 221:20
226:17 228:19
229:10 230:22
244:20 246:5
248:12 255:22
265:4,13
268:13,14

269:11 270:20
271:2 272:21
273:14 274:15
274:15,16
280:5 283:4,22
284:5,7 286:4
286:10 290:11
293:8 295:1,10
296:12,16
302:14 307:15
308:8,15,21
309:4,8 312:1
316:13,15,17
316:20 317:13
318:5,10 320:2
320:13,19,21
321:9 322:5,8
330:13 337:11
338:21 339:10
**right-hand** 58:1
125:22
**ring** 188:21
189:1
**risk** 120:15
132:10 193:6
195:16 197:13
197:14
**Robbins** 273:11
**role** 14:20 15:3
15:6 24:14
114:2,4 121:8
121:22
**room** 22:6,8
82:17
**Rose** 4:3 11:13
49:9,10 50:7
50:18,21 53:4
53:15 235:22
241:3
**Rough** 237:9
**row** 44:21 84:8
86:13 110:9

**RSBT** 227:19
**rules** 297:9,12
**rumor** 201:16
**rumors** 202:21
203:2
**run** 107:11

———————
**S**
———————
**s** 1:17 2:1,1,6
3:1 4:1 5:1 6:1
6:12 7:1,8 8:1
9:1 10:1
135:15 167:1,1
167:1
**safety** 238:15
**sale** 47:11
**sales** 236:21
285:16 330:20
**salesperson** 72:6
**same** 32:12,15
33:1 35:10
41:5,12 43:18
50:18 67:4,10
67:13 68:6
69:1,1,2 71:16
75:4 76:12
79:20 110:6,15
128:22 144:15
165:7 178:2
180:11 199:12
205:16 212:15
240:17 243:7
273:8 311:13
320:14 345:10
**sampling** 70:9
73:8
**sandwiches**
206:22
**Sanger** 237:1,2
237:2,22 238:4
**sansari@jenn...**
2:12

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

42

| | | | | |
|---|---|---|---|---|
| **SAP** 26:13 | 101:5 133:10 | **screening** 212:4 | 129:17,21 | 60:18,19,21 |
| 137:16,18 | 133:11 140:12 | **SEAL** 345:14 | 134:12,13 | 88:10 89:15,19 |
| **Sara** 311:18,22 | 147:13 184:12 | **search** 183:18 | 136:3,12 137:3 | 135:12,13 |
| 312:16 318:1 | 231:4 285:22 | 190:10 | 137:4,10 | 200:10,12 |
| **Sarah** 2:6 10:20 | 286:11 318:2 | **seasonal** 126:14 | 138:20 147:2 | 237:18,19 |
| **save** 8:5 192:19 | 332:4 | 128:15 152:21 | 151:1,12 | 249:19 263:3 |
| 214:17 215:2 | **says** 77:22 85:2 | 154:1 | 154:21 156:9 | 263:16 268:7,8 |
| 215:12 217:17 | 103:14 126:1,8 | **seasonality** | 157:3,16 158:8 | 268:21 269:2 |
| **savings** 122:20 | 126:16 127:6 | 128:1 129:3,8 | 161:9,17 | 278:9 282:18 |
| 133:4 156:16 | 131:14 135:19 | 129:9,10 | 162:12,21 | 303:8 306:2 |
| 183:2,3,16,20 | 137:3 139:6 | **seasonally** | 163:2,5 171:18 | 310:2 313:7 |
| 185:3,5,18 | 151:10 156:17 | 153:16 180:20 | 171:21 172:2 | **segment** 255:4 |
| 186:2,6,17,21 | 157:15 160:22 | **seats** 298:13 | 172:12,16 | 270:6 271:1 |
| 219:22 | 161:16 163:4 | **second** 7:21 | 173:17 174:1,5 | **segregate** 92:15 |
| **saw** 170:16 | 168:19 183:9 | 34:13 70:18 | 174:8,11 | **segregated** 93:5 |
| 213:12 220:1 | 183:12,20 | 76:2 79:9 | 176:12 183:10 | 93:5 |
| **say** 22:18 26:22 | 184:1 189:16 | 112:13 132:9 | 183:18,21 | **selected** 283:3 |
| 30:17 31:2 | 197:18 205:6 | 200:13,19 | 184:2 189:21 | **selection** 73:7 |
| 40:10,22 41:18 | 215:8 230:13 | 214:19 238:7 | 201:2 205:9 | **self** 283:9 |
| 48:20 54:19 | 231:17 238:7 | 263:18 279:6 | 208:22 209:13 | **self-employed** |
| 62:2 72:17 | 257:10 263:18 | 280:7,9 304:15 | 221:10 222:4 | 247:10 |
| 80:14 99:5 | 264:14,22 | 304:22 315:5 | 230:13 231:11 | **sell** 179:15 |
| 113:9,21 | 270:22 277:1 | 315:16 319:2 | 238:18 247:2,5 | 207:4 215:17 |
| 114:16 121:18 | 278:15 279:6 | 325:11 | 251:1 255:4 | 216:1,20 |
| 126:22 131:9 | 281:5 282:21 | **seconds** 327:17 | 257:16 264:13 | 228:14,15 |
| 134:6 141:21 | 283:2,5 284:1 | **section** 171:20 | 267:11,15,18 | 267:8 341:14 |
| 148:17 149:20 | 288:17 294:21 | **sectors** 158:11 | 270:12 274:4 | **seller** 216:3 |
| 153:13 162:22 | 315:12 | **Securities** | 277:4 278:16 | **selling** 215:3,13 |
| 169:16 178:12 | **scan** 83:17 | 261:12 | 278:20 279:10 | 216:11 217:3 |
| 190:12 198:7 | **schedules** 28:1 | **see** 20:8 32:5 | 280:19 282:22 | **sells** 207:2 |
| 198:18 200:17 | 261:2 | 36:14 43:15 | 283:10 284:2,3 | **send** 16:3 44:14 |
| 209:21 218:15 | **scheme** 301:22 | 45:4,8 47:21 | 284:8 288:18 | 55:12 248:18 |
| 218:22 219:13 | **school** 14:13 | 58:2,3,19 | 294:2 295:17 | 249:2 |
| 221:13 237:6 | **Schwingler** 4:12 | 59:21 62:8 | 297:19 305:7 | **sending** 143:20 |
| 244:22 251:14 | 11:14,14 | 63:21 65:6 | 307:12 319:4 | **senior** 13:8,12 |
| 271:8 273:15 | **science** 238:14 | 72:7 78:1 82:3 | 336:16 | 13:19 15:4 |
| 275:16 283:6 | 315:12 | 82:11 84:12 | **seeing** 173:16,20 | **sense** 115:21,22 |
| 287:6 290:15 | **scientists** 268:17 | 86:5,17,17 | 275:3 318:6 | 116:1 170:3 |
| 309:16 311:15 | **scope** 142:9,13 | 94:20 105:20 | **seek** 212:11 | 255:3 256:5,14 |
| 314:3 317:15 | **scores** 209:2 | 110:9,12,16 | **seen** 19:21 20:14 | 308:9 |
| 317:16 326:22 | **Scott** 122:5 | 126:1,14,17 | 20:15,17,19,20 | **sent** 248:16,21 |
| **saying** 43:3 | 248:6 | 127:8 128:3,8 | 21:2,13,15 | **sentence** 149:10 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

43

200:19 201:5
203:7,13,14
204:4 231:5
238:7,10 255:1
270:5 305:1
**separate** 29:4
44:19 93:15
99:6 139:19
140:3 306:16
306:18
**separately** 169:6
**September**
108:17 109:8
127:8,13
146:16 254:14
**series** 330:14
**serve** 121:4,16
121:22 122:6
**served** 119:10
123:19
**service** 40:16
47:2,8 50:15
51:17 72:7
208:16,17
**Services** 5:4
10:15 11:19
**Session** 6:10
**set** 7:10 124:7
135:16 139:3
148:22 180:1
181:13,19
182:7 199:20
209:20 210:3
317:7,16,17
322:22
**settlement**
136:11
**seven** 32:3 33:21
35:4,15 46:17
47:10 58:5,12
80:20 164:7
**sever** 218:3

**several** 22:12
39:8 42:1
137:6 171:21
188:2 266:11
267:17
**share** 25:1 55:8
55:16,20 185:8
279:9,9,18
291:7,9 314:19
**shared** 315:4
**shareholder**
263:20 264:5
280:1 311:10
**shareholders**
194:16
**SharePoint**
144:15
**sheer** 234:3
316:18
**sheet** 183:3
**shelf** 153:11
**shell** 35:18
36:10 97:5
99:19 130:8
153:13,14,15
154:9 173:21
199:11 200:20
203:15 216:19
270:21
**shelled** 270:6
305:14
**shells** 215:3,13
215:18 217:1,3
**shelves** 268:22
**shifted** 139:15
147:8
**ship** 44:9 225:2
**shipment** 91:5
**shipments** 174:4
**shipped** 42:22
43:4 90:5,8,12
91:11 92:9

**shipping** 90:10
**shooting** 249:5
**short** 85:11
104:1 108:13
125:5 153:11
292:3
**shortly** 238:21
**should** 16:21
97:17 177:1,6
177:8,13,15,19
200:8 233:9,19
234:5
**should-be** 177:5
177:16
**shouldn't** 62:2
71:19
**show** 24:20
25:20 57:22
58:16 59:3
61:15 66:9
72:2 74:4 80:7
83:3 84:3 87:9
103:1 128:15
135:6 142:6
143:19 145:18
150:9 154:11
155:21 160:7
169:10 170:11
173:5 182:17
198:9 200:1
204:10,22
230:3 237:10
245:4 246:14
249:6 250:14
254:7 258:8
263:9 266:13
269:14 270:3
271:15 278:2
282:11 288:7
317:10
**showed** 141:15
**showing** 283:7

**shown** 86:22
225:17 329:13
331:3
**shows** 79:18
85:15 87:3,3,6
169:4,9 171:6
197:21 283:19
315:12 336:14
**side** 58:1,19
167:22 168:15
186:18 187:12
187:15 287:13
**sign** 60:8
**SIGNATURE**
344:14
**signed** 109:7
154:22 155:2,8
**significance**
208:11
**significant**
164:11,13
**signify** 111:5
**signing** 344:7
**signs** 60:4,6
**similar** 13:15
48:16,17 53:12
54:17 88:10
201:11 216:15
**simplest** 322:19
**simplistic**
184:11
**simply** 67:5
**since** 175:15,19
202:22 272:20
291:6 315:3
**single** 150:22
289:2
**sit** 340:7 342:17
**site** 144:16
**sitting** 22:6
120:19
**situated** 72:1

**situation** 63:19
**situations**
188:11
**six** 14:3 119:2
119:11 153:10
153:14 187:16
274:17 298:16
313:14
**sixteen** 298:16
**size** 172:9 234:3
247:3
**sizes** 233:16
258:1
**sleep** 82:20
**slide** 294:1
297:16
**slightly** 48:21
110:21
**slow** 158:21
159:10,14
160:1,4
**slowing** 157:15
158:8
**small** 44:12 49:5
136:21 162:6
311:3
**smaller** 64:9
112:20
**social** 25:8,11
274:9,21 275:6
290:12,14,16
315:15
**Society** 262:21
263:6,18 264:7
279:7,16
311:11
**sold** 36:10 46:20
47:3,6,9 270:4
270:10 297:14
**sole** 157:13
**solely** 123:3
**solution** 316:14

HIGHLY CONFIDENTIAL

Tran, Binh K.                                    August 13, 2013

44

**some** 20:18,20
22:1 31:5
44:14 46:21
47:1,14,17
52:8,21 56:12
90:9,21 93:3
96:14,14
112:20 113:10
128:22 134:14
138:3 142:19
179:7 184:21
185:16,21
187:1 191:14
192:1 193:21
195:2 196:21
200:20 201:4
202:8,10 203:8
203:14 206:3
206:21 207:14
215:20 223:3
224:15,16
227:14 236:19
241:20 242:9
249:2,3,4
251:11 260:18
266:12 267:6
289:3 311:3,19
311:20 314:21
315:4 317:10
318:16 320:7
329:4 339:4
**somebody** 60:11
134:16 176:22
179:15 236:21
285:5,6
**someone** 11:9
**something** 31:6
33:17,20
101:19 102:7
108:22 111:3
134:6 159:12
161:12 171:5

181:16 208:10
212:4 226:4
235:12 240:1
243:12 250:9
254:4,5,19
261:15,22
280:3 286:2
300:3 308:11
**sometime** 161:6
176:14 222:1
231:15
**somewhat** 16:13
**somewhere**
29:18 79:21
123:22 138:2
138:14 144:8
184:16 219:18
237:9
**sorry** 34:2 52:9
67:5 68:12
70:12 73:3
76:12 77:12,18
84:7 95:15
115:12 126:22
132:17 171:4
204:20 230:21
231:4 232:5
278:18 280:8
294:8 304:10
325:19
**sort** 92:18
124:20
**sound** 251:17
**sounds** 243:7
**source** 71:14
219:18 229:21
230:1 243:14
260:15 263:1,4
263:7 279:17
279:18 287:18
334:5
**sourced** 150:22

285:11
**sources** 241:10
**sourcing** 13:2,8
13:12,19 14:20
15:4 22:3,3
23:19 24:8
25:14 27:15
28:3,4 119:16
119:18 120:7,9
176:8 265:7,11
274:4,6,7,8,14
274:19 275:12
275:22 276:10
276:17 286:19
287:22 290:17
306:10 307:3
307:10 314:19
**South** 3:18 4:14
5:7
**soy** 33:19
118:21
**soybean** 117:12
117:16 118:11
129:11 195:9
201:1 203:17
**soybeans** 195:9
**space** 233:9,19
234:6 238:16
239:1 252:3
258:5 268:4,8
280:15 281:1
281:15 282:1,6
**spans** 164:7
**Sparboe** 3:14
11:8 299:1,6
299:14 300:7
300:12,18
301:1,15
337:14 338:10
338:22 339:15
339:16 340:8
342:5,21 343:7

343:11
**Sparks** 188:17
**speak** 22:5
23:21 269:7
**speaking** 120:16
**spec** 125:2 214:7
**special** 138:3
275:4
**specialist** 27:15
**specialty** 270:7
**specific** 34:20
54:3 75:18
123:5,11
159:13 202:8
233:15 277:15
300:3 325:14
**specifically** 21:8
47:15 49:19
97:19 125:21
246:1,2 283:20
297:6 320:9
**specification**
16:4 25:12
27:10 32:9
99:3 209:18
210:5,13 211:4
211:6 213:20
214:1 233:15
**specifications**
16:3 35:13
54:21 55:3,5,9
55:13,17,21
124:8 209:12
209:20 210:2
211:3,19,21
212:3,7 227:15
**specifics** 279:3
**speculate** 60:21
**speculating**
113:19 151:17
186:12 194:13
**speculation**

39:11 149:17
202:18 203:9
**speculative** 40:9
41:22 60:16
65:12 203:19
**speculators**
194:15
**speed** 315:2
**spell** 291:14
**spelled** 12:22
**spelling** 12:20
**spend** 6:15 13:3
26:7 31:20
39:3 40:12
42:21 45:3,6
47:19 159:19
**spent** 26:8,9
38:6 42:10
48:18 140:22
141:15
**spit** 69:21
**spoke** 23:17
24:18 31:13
175:10
**spoken** 167:21
168:1 277:9
**spray** 198:4
**spread** 112:1
**spreadsheet**
34:5 65:10
70:4 73:22
75:6 78:17
81:2,14 93:12
137:19 184:7
**spreadsheets**
73:15 81:21
83:22 85:17
**spring** 127:7,12
307:9
**Square** 3:8
**ss** 345:3
**stable** 45:20

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

45

**stamp** 146:3
**stand** 33:6 76:15
322:14
**standard** 267:14
268:9 269:8
270:12,19
271:10
**standards**
124:18 238:16
238:17 251:21
295:18 296:1,3
296:8,11,16
297:4,6,7,8,19
298:1,3 301:12
301:16,22
**standing** 292:22
310:13,15
**standpoint**
29:20 99:3
120:12 209:18
209:19 223:22
225:16 279:2
285:5
**stands** 84:16
**start** 19:15 35:7
56:11,14
143:16 188:8
231:15 235:8
311:8 314:2
317:5,6,7
**started** 22:19
48:9 52:21
117:7 222:2
225:22 231:14
234:14 260:15
260:17 275:2
311:19 314:21
**starting** 51:8
56:17,21 95:14
155:16 177:17
222:3
**starts** 136:6

138:19 214:20
255:2 280:11
**state** 1:21 12:7
148:13 191:19
291:17 345:2
**stated** 65:11
101:20
**statement** 36:12
68:7 261:1,5
261:11 305:7
308:22 335:3
**states** 1:1 3:4
10:8 11:5
12:12,17 18:2
43:1 44:11
90:8,16 91:6
92:10,20 136:8
138:22 139:15
167:13 173:20
223:14 262:22
263:6,19
296:10 298:2
304:18 308:1
326:11 333:5
**static** 69:9 71:15
71:18 112:22
147:9
**stating** 49:22
**status** 183:12
**stays** 71:18
104:7 199:8
**stenographica...**
1:19
**step** 33:10 120:3
185:11
**steps** 183:12
282:21
**Steve** 24:3 237:1
237:2,2,22
290:20
**still** 53:14 55:1
79:21 105:6

109:17 128:21
129:7 147:17
147:17,18
212:3 256:1
294:8,14
**stock** 96:20 97:3
97:12 98:13
99:2,8,13
116:6 126:17
160:22
**stop** 50:6
**store** 128:7
153:7,14,15,21
**stored** 69:10
153:9
**stores** 26:14
**straight** 186:8
**strategic** 176:8
**strategies**
128:14,22
160:14 258:2
295:19 296:4
296:11 297:5
**strategy** 126:9
126:13 127:22
129:20 130:11
130:17 131:15
194:3,19
204:21 205:2
207:17 293:7
296:7
**Street** 1:17 2:8
3:18 4:13,14
11:15
**Streets** 3:9
**strength** 171:22
**Stricter** 173:22
**strictly** 306:14
**strike** 193:14
244:21
**string** 126:2
**strip** 252:20

**stripping** 139:7
**strong** 190:13
**structural**
157:16 205:6
205:13 206:1,3
206:7,13
**structure** 25:18
51:14 104:5
106:7 156:18
176:18 201:18
**structures** 25:13
169:19 329:22
**structuring**
199:21
**stuff** 111:2
248:11 311:5
**subject** 57:5,14
138:19 179:7
179:10 255:11
**submitted**
136:10
**subscribe**
188:13,15,19
**Subscribed**
344:16
**subsequent**
168:2
**substantial**
163:20 345:13
**substantially**
50:10 51:2
**subtract** 85:19
**successfully**
127:18 182:14
319:7 335:22
**such** 136:2
148:1 264:5
266:6 345:10
345:11
**sue** 299:13
**sued** 299:9
300:7 341:12

341:16
**sugar** 101:13,16
102:6,10
**suggest** 86:8
103:17 301:1
**suggesting**
72:21
**suggests** 279:22
**suit** 308:1
**suitable** 52:1
**suite** 1:17 4:6,14
5:7 207:13
**Sullivan** 24:10
**Summarized**
81:12
**Summary** 247:3
**summer** 128:2
129:4 238:7
**superior** 207:9
207:10,16,20
207:22
**SuperValu**
257:14
**supplied** 53:4
152:16
**supplier** 16:3
37:13,21 50:16
51:8 52:12
53:19 54:4,7
55:8,9,21 56:6
64:6 65:19
66:3 69:2 86:2
91:13,14 114:4
124:6,9,17
127:21 132:13
133:8,11,16
134:11 135:1,3
135:3,5 139:3
148:22 181:21
183:17,18
185:8,13,22
191:19 206:10

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

46

209:10,11,19
210:3,4,13
211:5 212:2,12
213:3,4,16
215:16 218:8
218:17 219:16
250:5 290:3,4
305:17 332:2,8
336:9
**supplier's** 209:4
209:5
**suppliers** 26:17
40:15,17 44:9
52:6,8,21 53:9
53:10,16,21
54:9,16,18
57:15 61:17
90:9,16,19,22
93:3,3 94:5
100:15,15
101:14 102:20
142:4 143:19
151:6 153:5
178:12 181:15
186:20 187:5
206:5,10
210:22 211:4
211:19,20
212:7,15
213:18,21
214:6,7 215:6
215:21 216:8
299:8 301:20
327:1 329:18
330:3,10
334:21
**supplies** 128:2
129:4,15
189:21 226:1
**supply** 19:9
51:19 52:21
53:13,22 54:1

113:21 114:3,5
114:6,13 115:3
115:5,6,11,15
122:18 130:20
130:21 131:1,2
131:5 134:13
134:15,19
156:14 157:9
159:6 160:3
168:5 185:12
189:20 190:3,4
190:11,16
192:8,12 214:3
216:7 223:5,15
224:8,20 225:1
225:2,8,13,14
225:20 226:3,5
226:6,7,8,11
226:19 239:11
242:8,21
291:20 302:1
307:19 315:17
316:2 333:9
334:3
**support** 232:20
280:16
**supporting**
244:16 334:2
334:12
**sure** 19:15 30:3
44:6 67:3
68:19,19 70:16
84:16 91:20
95:22 98:19
99:12 123:16
124:1 125:7
130:14 139:22
155:4 179:4
187:11 215:11
222:11 223:13
225:19 247:11
255:21 259:7

278:13 289:8
292:5 293:18
298:14 306:4
309:14 318:12
334:1 339:5
340:18
**survey** 141:13
**suspect** 270:1
**sustainability**
24:4,5 25:8,11
274:9,21 275:6
275:19 276:14
290:6,12,14,15
**sustainable**
190:17 275:19
**swap** 293:16
**swear** 12:1
**sweeping** 238:9
**switch** 298:13
329:5,11
**sworn** 12:5
167:8 344:16
345:6
**sync** 199:1
**synch** 198:8,19
**synonymous**
290:16
**syrup** 198:5
**system** 26:13,13
26:19 27:5,6
27:10,11,13
28:13,16 29:4
29:6,14,17,19
30:18 69:11,20
70:3 75:8
79:21 81:17
86:16,17 88:15
90:11 91:1,9
92:15 93:9,12
94:9 103:22
137:22 138:12
141:12,14

144:6 187:11
**systems** 29:4,21
214:6 278:15

---

**T**

**T** 6:1,1,12 7:1
8:1 9:1 167:1
**T-r-a-n** 13:1
**Tai** 23:22
**take** 17:3,6,8,11
37:16 56:10
74:12 83:16
97:5,6 125:5
141:14,17
153:22 157:9
162:2 165:22
179:15 187:5
192:9 209:15
220:9,10
251:20 252:3
261:3 288:17
292:3 327:10
**taken** 10:5,7
15:11 30:2
63:10 74:17,20
106:14 125:10
125:13 166:9
167:18 179:3
179:12 220:16
220:19 292:8
292:14 327:21
**takes** 233:2
**taking** 10:12
16:16 63:4
217:4 274:8
**talk** 178:15
**talked** 21:22
22:1 23:22
24:1,10 95:22
116:7 149:4
193:5 226:21
277:12 338:4

**talking** 20:4
46:3,4,5 73:11
216:10 262:5
289:7 311:21
339:7
**talks** 156:7
176:18 231:7
245:17,18,19
245:19 300:15
306:6 307:8,14
311:17
**technology**
51:16
**Teeter** 258:16
260:11
**tell** 14:15 16:14
27:5 52:14,20
117:8 123:13
191:18 204:8
213:1 220:1
278:13 290:19
322:4 340:7
342:5 343:5,10
345:6
**temperature**
245:20
**ten** 214:6 323:3
327:11,12
**tend** 222:20
**tendency** 345:13
**Tens** 38:11
**tenure** 227:9
**term** 41:19
56:22 102:17
102:18 104:20
141:22 156:14
179:18 192:8
336:4
**terminology**
101:9,10
**terms** 39:16
55:7 57:5,13

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

47

82:4,6 95:12
95:19,21
102:14,15,18
103:18 117:9
124:15 155:12
155:13 164:11
177:4 182:14
182:15 184:11
232:17 285:9
286:21 312:11
335:21
**testified** 12:8
92:7 94:4
142:20 152:19
167:8 259:8
260:14 265:9
307:21 320:15
326:14 333:7
334:22 335:4,9
**testify** 15:19
171:12 261:17
**testifying** 167:6
**testimony** 16:9
16:17 21:16
30:12 138:9
143:12,13
171:8 181:21
182:15 206:6
233:14 239:16
240:16 244:6
259:16,20
260:4,5,7,10
303:11 333:12
333:18,21
334:17 335:2,6
336:11,13
341:15 343:13
345:7,8
**testing** 48:5
208:20 209:11
209:12 311:4
**than** 18:22

29:18 38:7
45:17 48:13
55:22 64:9
65:3,21 68:3
69:6 75:11
79:6 81:16
95:9 98:12
99:8 100:14
102:10 122:13
154:6,9 157:22
158:2 162:8
179:18 180:8
182:15 189:17
190:4 197:8
212:12 217:12
225:12,14,16
226:5 241:11
241:20 242:10
243:14 244:16
244:21 250:6
256:9 265:13
267:14 270:11
270:11 276:17
281:15 284:20
285:14 286:16
301:5,8 308:20
316:17 325:1
334:5,7 336:4
340:4,10,15
341:21 342:11
**thank** 171:11
232:8 304:13
337:7
**themselves**
10:15 69:17
71:13,20,22
72:22 73:12
115:10 130:4
130:19 340:22
**thereafter**
238:21
**thereby** 323:14

**therefore** 168:5
205:19 340:3
**thick** 318:21
**thing** 32:12 33:2
162:11 311:14
342:18,21
343:5,6,16
**things** 20:20
31:5 35:1
101:12 104:5
116:21 122:21
124:11 143:20
157:3 159:21
163:9 177:6
188:12,16
193:12 201:15
203:4 205:12
208:4 209:3
210:17 227:17
244:10 247:19
248:5 249:2
251:11 268:2
268:12 269:1
281:5 296:14
298:4 314:20
323:19 333:14
342:14
**think** 20:15
44:13 48:22
63:17 81:7,9,9
89:12 95:22
123:16,19,21
126:6 143:15
155:16 165:6
165:20 169:11
170:12 195:7
198:10 199:19
202:16 206:9
207:16 220:4
225:11,15
226:4,18
228:21 230:18

236:13 237:7,8
238:5,20 239:3
245:22 251:7
255:22 256:11
257:10 259:4
260:5 266:11
268:7 280:4
284:1 294:12
294:13 295:9
315:11 321:14
325:8,15 327:6
342:7 343:2
**third** 23:8 41:6
71:1 82:10
96:15 112:8
132:12 156:7
217:7,13 218:6
238:6 245:16
280:8 306:7
**thought** 49:18
108:9 177:13
177:19 178:5
337:17
**thoughts** 254:22
**thousand** 38:12
39:3,8 314:3
**thousands** 38:11
40:5 41:4,11
41:21 68:4
73:9
**threat** 263:21
311:10
**threatened**
263:19 264:6
279:22
**three** 13:14
22:13,14,19
26:22 47:17,17
119:12 165:15
187:19 198:15
201:22 213:21
213:22 214:2

291:5,9 319:19
**throw** 217:2
295:8
**thus** 86:22
**thutchinson@...**
3:21
**tidbits** 249:4
**tie** 147:7
**tied** 96:14 196:3
200:22 203:16
**Tiedeman** 24:9
121:11 144:17
313:11,18
314:9,16
**Tiffany** 24:9
121:15 164:22
253:9,10
**tighter** 159:3
**time** 10:5 23:1,7
23:9 40:6 41:6
44:15,15 46:19
48:7 51:16
54:11 74:21
78:18,19 82:16
104:1 107:2
111:7 112:4
120:2 122:7
123:15 125:14
139:22 150:4
153:22 156:8
159:13,14,17
159:21 161:1
163:14 165:8
165:21 167:6
167:19,22
180:13 181:11
205:14,16
206:12 220:20
236:9,12,13
237:21 255:16
259:3 260:22
270:1,4 272:16

HIGHLY CONFIDENTIAL

Tran, Binh K.                                              August 13, 2013

48

272:20 273:1,2
292:15 323:17
327:15,16
335:20 337:8
343:20
**timeline** 184:1
**times** 15:14 22:1
22:14,15 42:1
63:5 127:18
253:12
**timing** 108:8
**title** 13:4,5,7,10
123:9
**titled** 20:5 66:16
83:8
**today** 16:17
17:20 21:17,21
22:7 121:10,11
255:18 256:4
277:11 303:11
322:7 340:7
341:14
**together** 141:12
184:12 301:1
**told** 18:19
243:20 333:15
**took** 93:11
145:13 253:8
**tool** 178:10
**top** 46:12 57:3
59:21 105:19
126:9 131:15
146:22 163:4
168:19 197:19
238:14 274:3
297:16
**topic** 278:22
**topics** 21:9,11
21:12 25:2,7
251:10 253:18
253:21 279:5
**total** 62:6,13

108:4 110:1
122:7 191:4,8
**totally** 264:3
**touch** 275:19
300:4
**toward** 199:17
245:18 251:7
**towards** 229:17
317:7
**track** 157:1
221:14 222:20
**tracked** 175:14
175:17 177:10
**tracking** 157:5
175:11
**traction** 178:12
**trade** 96:6 116:5
132:7 134:18
196:10
**traded** 261:7
**trademark**
266:22
**trading** 215:4
215:14 218:16
219:14
**Tran** 1:15 6:3
6:14,15,17,19
6:20,21,22 7:3
7:4,5,6,7,8,11
7:12,13,14,15
7:16,17,18,19
7:20,21,22 8:3
8:6,8,9,10,11
8:12,13,14,15
8:16,17,18,19
8:20,21,22 9:3
9:4,5,6 10:4
12:4,14,22
19:16,17,21
21:5 25:22
57:18 59:5
61:11 65:14

66:11 74:6,20
75:1 80:3
81:11 83:4
87:11 103:3
125:13,15,19
135:8 145:20
146:8 150:11
154:13 156:1
160:9 167:5,18
167:21 170:22
173:7 176:3
182:19 200:3
200:10 204:12
214:11 220:19
220:22 230:5
237:12 245:6
246:16 249:8
250:16 254:9
258:10 263:11
266:15 269:16
271:17 278:4
282:13 288:9
292:10,14,17
298:7 299:3
303:3,7 305:19
306:2,3 309:17
309:21,22
310:16 313:2,6
313:7,8 328:6
333:7 337:16
341:11 345:5
**transact** 90:1
**transaction**
49:20
**transcribe** 127:1
**transcribed**
1:21 345:7
**transcript** 345:7
**transfer** 37:20
**transferred** 38:2
**transition** 253:9
253:11 311:11

**transparency**
118:8 130:22
185:8 337:3
**transparent**
116:4 132:6
336:10
**transpire** 56:20
**transpired**
184:9
**transportation**
115:12
**traumatic** 253:1
**treatment**
232:18 262:11
**trend** 199:17
200:20 203:8
203:14
**trends** 277:2
**trial** 16:21,21
**trims** 252:10
**trip** 251:15,16
253:7,8,20
**trips** 253:17
**Troy** 3:15 11:7
294:18 299:3
304:10 310:9
325:20 337:9
**trucking** 185:1
**true** 35:15
105:13 147:12
153:1 227:8
269:5 273:8
336:20 345:7
**truth** 345:6
**try** 104:4 127:15
127:17 153:22
209:17 212:22
240:13 298:19
**trying** 38:22
40:21 68:20
71:7 225:19
256:19,20

311:4
**Tuesday** 1:12
**turn** 20:22 34:4
34:8 62:7
75:14 76:2,7
76:11 77:9,21
91:18 94:17
110:5,14 130:8
130:21 131:11
135:18 136:5
136:14 137:6
138:17 148:18
154:20 155:9
157:14 160:19
168:18 173:15
176:12,17
189:2,11 191:4
197:17 198:13
200:18 204:16
214:19 220:22
221:3 245:16
252:17 267:9
278:14 293:10
293:20 297:15
298:9 334:14
**turned** 79:22
**twelve** 31:13
**twice** 48:18
**two** 3:8 16:11
22:18 23:16
29:4,7 32:16
43:13 45:20
48:2 51:3
62:15 63:17
67:18,21,22
71:5,21 91:21
93:22 99:11
121:12 125:21
161:4 182:15
208:20 213:21
213:22 214:2
221:13 274:17

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

49

281:5 298:4
314:3
**type** 15:16 26:9
35:2 47:17
56:12 59:16
68:7 96:14,14
116:19 177:5
194:5,14 199:3
210:17
**types** 33:21
34:20,21 35:4
35:15 46:18
47:10 48:6
70:11 122:21
153:17 197:22
198:16 206:22
209:12 215:19
330:11
**typically** 188:4
188:6,7

—————

**U**

**U** 2:1
**U.S** 36:14 43:4,8
43:11 44:20
62:16 90:10
92:18,19 93:3
93:5,21 94:1
173:16,21
174:13,18
221:10 222:2,8
222:12 223:5
223:18,22
224:4,5,8,17
224:18,20
225:1,1,8,13
225:20 226:3,8
226:11,16,19
230:2 231:19
279:7 306:13
324:13,15,16
324:20,21

**UB** 126:17
161:8
**UE0169475** 8:8
**UE0169476** 8:8
**UE0220512** 8:19
**UE0220541** 8:19
**UEP** 232:12,16
232:21 233:1,2
234:13,15,16
234:18 236:18
236:22 239:3
250:6 271:4,10
279:13 283:7
283:14,21
285:1,11 286:5
286:22 287:18
287:22
**UEP's** 238:22
**uh-huh** 126:22
141:16
**ultimate** 119:18
**ultimately** 54:5
54:10 56:21
57:10,14
117:10 147:8
155:14,18
156:15 190:11
191:12 199:6
210:18 224:10
279:15 284:9
297:12 327:3
338:17 339:5
**unacceptable**
331:10
**unclear** 228:20
**undergraduate**
14:17,18
**underlying**
118:22 194:11
196:13 330:7
336:17
**underneath**

162:13 315:12
336:16
**understand**
16:17,20 17:3
17:13,15 21:16
21:19 38:22
40:21 41:10,15
49:16 67:6,8
68:18 71:7
95:18,20 96:9
96:12 164:5
191:8,10
194:21 211:16
225:19 235:5
264:17 269:9
285:17 320:7
323:1 325:20
326:3 341:6,9
**understanding**
18:5,7,10,20
19:1,4 64:4
100:3 114:7,12
115:19 232:15
234:15 241:12
300:1,6,10,18
301:11,14
311:1 320:4,11
320:15 322:10
337:1
**understood**
16:22 50:2
235:3
**undried** 32:19
**unfair** 308:15
**unfavorably**
312:11
**unidentified**
280:15
**unique** 159:12
**unit** 92:17 93:18
**United** 1:1,9 3:3
3:4 10:8 11:5,5

12:11,12,17,17
18:2,2 43:1
44:10 90:8,16
91:6 92:9,20
167:12,13
173:20 223:14
229:15 237:22
249:13,13,19
250:1 262:22
263:6,19 277:1
277:6 308:1
333:4,5
**units** 47:12
93:16,19 270:3
**unless** 27:9,9
55:10,11 171:6
181:18
**unprocessed**
245:17,18
**unprofitable**
169:18
**unredacted**
200:7
**unveiled** 238:7
**update** 178:14
251:13 277:2
**updated** 178:3
**upon** 57:14
105:22 108:21
114:22 141:22
142:6 155:14
207:18 240:9
280:15 329:7
329:11,18
340:2
**upwards** 226:2
226:15
**Urner** 56:15
57:2 96:2,5,6
96:17,21 97:10
97:15,19 98:1
98:8,19 99:5,6

99:15,17,22
100:2,19 101:7
101:20,21
102:1,21
105:17,22
106:1,13,19
107:1,5,6
108:20 113:3,6
113:7,11,12
114:3,8,10,14
114:22 115:16
115:19 116:2,3
116:12,16
126:17 136:1
139:4,11
140:14 141:2,5
142:14,18
143:6 147:21
148:4,16 149:1
150:6 151:22
152:6 157:4
161:12 162:2,7
163:1 178:21
179:10,13,19
180:2,5,7,8,14
180:15 181:2,8
181:19 182:4,7
187:2,9 188:15
194:5 195:14
197:21 198:15
329:7,11,22
330:7 332:1
335:18 336:18
**usage** 104:6
**USD** 62:16
**USDA** 157:4
245:19 250:10
251:5
**USDA/indepe...**
283:9
**use** 41:19 47:17
56:15 91:16

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                August 13, 2013

50

109:15,18
113:16 116:21
117:11 125:1
127:12 128:8
178:8,9,11,17
196:14 206:18
206:20 212:21
259:22 283:13
298:19 328:7
329:21 332:1,3
338:22 339:3
**uses** 77:4 114:9
114:10 140:9
193:6
**Usually** 120:1
**Utilizes** 132:9

―――――――
**V**
**v** 1:9
**Val** 63:2 78:6
**valid** 103:14,15
104:1,7 105:2
107:16 108:17
109:8
**value** 50:15
51:15 53:22
54:7 60:3 63:4
63:6,7,8,10,15
63:15 64:14,14
64:14 65:2,3
65:20,20 66:6
66:6,7,8 76:4,4
76:13,13,14,16
76:17 77:1,3,7
78:7 79:1,3,10
79:18,19,20
91:19,21 92:3
129:20 130:10
130:12,17
131:2 132:14
133:2,13,13,17
156:9,15 174:4

179:14 249:3
287:13 312:12
331:22
**values** 64:13
65:2,20
**variable** 191:20
192:2,3,11,20
**variables** 328:7
**variation** 131:21
132:2
**variations** 154:1
**varies** 193:15
**various** 25:7
199:2 209:12
222:16 247:1
249:2 281:18
309:11 320:1
330:3
**vary** 117:16
**venture** 202:13
235:2
**verification**
251:6
**verified** 250:10
250:12
**verified/process**
251:6
**version** 32:19
155:2 200:7
208:21 249:19
**versions** 68:6
**versus** 50:16
66:22 72:20
109:17 142:19
158:18 209:16
209:22 213:6
217:4 224:12
278:19 285:8
332:1
**vertical** 129:19
130:2,3,9,14
131:5 135:1

221:17
**vertically**
132:13 133:8
133:10,16
134:11,20
192:7
**veto** 119:22
120:3
**via** 4:4,12 5:5,13
**viable** 213:18
290:3,4
**video** 74:11,19
125:12 167:17
220:18 292:13
**videographer**
5:21 10:3,14
11:9,22 16:16
74:10,15,19
125:8,12 166:6
167:17 220:14
220:18 292:6
292:13 298:16
298:21 323:3
327:17,19
328:1 332:19
333:1 344:5
**videotaped** 1:15
10:4 344:8
**view** 99:5 131:4
222:6 225:20
257:18 280:21
297:21 308:19
**viewed** 309:10
312:10
**viewpoint**
281:10
**violations**
291:19
**visit** 187:14
251:2 252:20
**visited** 253:11
**visits** 253:14

**Voices** 249:13
249:14,20
250:2
**void** 104:3
**volatile** 190:17
**volatility** 129:16
132:5 189:17
190:7,8,9
195:10,15
**volume** 6:15
26:7,15 46:3,6
46:8 63:9,11
66:2 103:20,21
104:5 105:6,9
107:10,12,13
107:14,15
108:13,15
109:4,6 111:1
111:6 112:18
112:21 113:1
127:14
**volumes** 188:11
**VPC** 251:5

―――――――
**W**
**W** 3:6
**Wacker** 5:7
**Wade** 286:14
**Wade-Kudla**
272:11,12
283:2 284:16
285:15 286:7
287:8
**wait** 109:6 294:7
**waiving** 138:20
**Wal-Marts**
257:14 311:19
**Waldbaum**
178:19 183:10
184:5 213:14
257:21 332:13
334:19

**walked** 325:2
326:13
**Wallbaum** 44:2
103:12 146:11
147:5,14 149:5
152:12
**want** 26:22
100:16 102:20
146:2 163:12
165:22 179:11
194:16 214:21
237:6 240:13
284:7 296:6
298:12 299:9
300:4 308:12
308:13,16
309:7,9,9,14
312:10 314:3
321:16,17
322:5,10,16,18
322:19 326:22
340:17 342:18
343:2,4,5,5,18
**wanted** 86:13
101:13
**warrant** 38:18
**wash** 245:20
**Washington** 4:7
5:16
**wasn't** 53:6
107:8 145:10
145:12,13,15
147:9,10,11,12
180:3 235:7
243:22 318:8
318:16 334:10
**waste** 110:21
**watch** 269:7
**watching** 254:5
**water** 238:17
245:20
**Watt** 188:22

HIGHLY CONFIDENTIAL

Tran, Binh K.                     August 13, 2013

51

**way** 51:4 67:19
82:10 106:5
140:20 141:3,3
186:19,19
208:9 218:3
223:11 226:18
333:22 339:4
**ways** 116:8,10
151:19
**We'd** 187:15
232:13
**we're** 20:4 49:21
74:15 80:15
85:13 125:8
166:6 173:3
216:14 258:7
261:2 262:12
287:14 292:6
298:20 309:14
314:20 327:19
332:19 333:1
337:12 342:16
343:19 344:5
**we've** 37:11,12
37:21 49:12
82:16 94:12,14
227:19 243:9
259:4
**weak** 174:10
**wealth** 223:4
**weather** 168:8
**website** 230:10
260:22 262:3,4
**week** 23:9,10
104:9,11
**weekend** 249:5
**weigh** 159:14,16
**weight** 46:8
**welfare** 8:7
174:1 227:1,6
229:7 238:8
250:6 251:5,21

253:15 254:3
257:15 262:17
267:18,21,22
268:11,17,22
269:10 270:9
270:16,18
271:13 272:6,9
272:15 274:1
274:11 275:7,8
275:10 276:2,7
276:11,16
277:4 280:17
281:1,14,16,18
281:19,22
283:8 290:9
291:8,11
301:12,16,19
301:19,22
302:13,16,20
302:22 304:20
305:10 306:9
308:20 318:3
318:15 330:15
**Welshon** 24:2
**Wendy** 23:22
**went** 26:17 45:3
45:7 47:19
164:14 253:20
278:1 328:6
**West** 24:9
121:21 236:15
236:16
**whatsoever**
325:17
**wheat** 33:19
193:11
**whenever** 17:6
78:16,16
**where** 14:7
29:15 37:9
38:2 63:8 72:6
74:9 88:12

107:10 119:1
126:1 134:21
135:20 144:4,9
155:5 158:15
163:1 185:3
190:11 197:5,7
212:19 216:11
224:13 230:20
241:15 298:15
306:8 307:2
323:2 326:6
330:10
**Whereupon**
12:3 74:17
125:10 166:8
167:4 220:16
233:13 239:15
240:15 244:5
259:15 292:8
327:21 332:21
344:8
**whether** 21:13
41:3,10 53:3,8
94:18 95:4
108:9 109:5
140:21 142:13
142:16 143:21
149:19 155:2
155:12 179:19
184:4 186:16
222:7 224:20
235:9 240:10
242:7 244:13
244:15 249:22
252:5,8,10,12
252:19 253:6
256:5 257:2
280:22 285:10
286:22 287:17
329:5,6 330:2
337:17
**whichever**

109:11 210:3
**white** 32:10 55:5
98:1,10 104:15
107:19 112:12
209:16
**whites** 32:3,5,8
32:9,18 33:12
35:9,10 44:22
45:17
**who's** 24:2
211:11,14
272:2 273:11
343:13
**whole** 21:4 32:4
32:5,5,15 33:1
33:4,5 47:19
48:2,9,12 49:8
98:1,10 99:1,8
102:2,2,4
135:22 139:3
139:10 140:14
141:2 149:1
161:8,12,17
162:7,8 198:3
198:5 215:2,12
217:17 246:4,6
324:8 345:6
**wholes** 99:14
**wholly** 306:20
**whom** 24:18
31:13 304:2
**willing** 181:22
185:8,13,13
265:15
**willingness**
153:6
**window** 104:12
105:1
**windows** 104:1
104:8
**within** 22:2 23:9
23:10 24:17

29:5 30:8
33:21 92:20
104:7 276:13
314:19 340:19
**witness** 6:2 12:1
12:5 21:6
60:19 167:6
171:12 204:21
232:7 242:12
253:2 256:18
259:7 295:3
298:11 305:2
316:7,10
340:19,21
343:12 344:14
345:6,8,14
**Wolf** 122:5
248:6
**won't** 125:2
209:11 240:22
241:7
**Wonnell** 1:19
12:6 345:19
**word** 317:15
328:8
**words** 219:7
330:15
**work** 14:7 77:5
79:13,16 209:7
209:22 284:15
285:21 341:3
**worked** 51:14
305:15
**working** 216:17
276:19
**works** 247:12
**world** 222:15,17
306:15 307:5
**Wright** 4:5
11:13
**write** 80:16
**writes** 289:1

HIGHLY CONFIDENTIAL

Tran, Binh K.                                                    August 13, 2013

52

| | | | | |
|---|---|---|---|---|
| **wrong** 341:13 | 242:12 244:2 | 270:22 271:9 | **Z-I-N-T-O** | **11:50** 125:9,11 |
| **wrote** 254:17,20 | 246:6 247:16 | 317:10 319:20 | 83:10 | **11:59** 125:11,14 |
| 258:18 | 253:2 254:16 | 320:2 | **zero** 79:10,15 | **1160** 173:16 |
| | 255:5,15 256:6 | **Yep** 23:6 | 84:15,20 163:9 | **12** 6:4 7:7 |
| **X** | 256:18 261:2,3 | **yesterday** 23:12 | **ZINTO** 83:10 | 125:15,20 |
| **X** 6:12 7:1 8:1 | 262:16 264:18 | 23:15 | **ZINTO-Open** | 293:10,21 |
| 9:1 209:22 | 266:2 269:12 | **yet** 80:1 | 83:9 | 294:8,16,22 |
| | 270:4,14 | **yields** 133:6,9 | | 295:1,2,10,13 |
| **Y** | 271:12 273:4 | **yoke** 198:4 | **0** | **12:52** 166:7,8 |
| **Y** 209:22 | 274:15 279:2 | **yolk** 33:2 98:1 | **02** 172:19 | **125** 7:7 |
| **yeah** 14:18 | 280:2,2,6 | 98:11 110:10 | **08-md-02002** | **12th** 86:9 |
| 23:11,13 35:12 | 286:1 293:4 | 216:2 | 1:6 10:11 | **13** 1:12 7:8 |
| 40:10 42:8,15 | 295:8,15 | **yolks** 32:4,12,13 | | 135:7,8 148:18 |
| 44:12 46:19 | 296:19,22 | 209:16 215:3 | **1** | 149:11 293:12 |
| 49:2 51:20 | 300:20 304:9 | 215:13,17 | **1** 6:14 19:16,17 | 297:15 311:3 |
| 54:15 61:21 | 310:14 314:1 | 216:1,11 | 19:21 20:2,5 | 345:5 |
| 64:22 66:18 | 315:9 317:17 | **York** 116:5 | 20:10 24:21 | **135** 7:8 |
| 75:20 76:1 | 320:7,8 334:13 | **Yup** 17:17 34:19 | 25:3 34:22 | **13th** 10:5 74:21 |
| 84:19 86:7 | 334:20 336:15 | 36:15 63:16,22 | 35:7 36:13 | 125:14 167:19 |
| 87:2,3 100:3 | **year** 15:8 48:19 | 75:17 82:5 | 47:20 82:3 | 220:20 292:15 |
| 101:17 106:3 | 119:3 122:2 | 84:21 85:3 | 83:19 88:2 | **14** 7:11 145:19 |
| 110:4 112:9 | 137:10 171:7 | 86:4 111:15 | 103:14 110:14 | 145:20 146:8 |
| 114:17 115:17 | 172:19 173:22 | 117:18 126:3 | 135:19 146:15 | 149:4,13,22 |
| 121:6 122:3,9 | 175:22,22 | 127:2 128:4 | 158:2 231:18 | 150:2 331:3,15 |
| 124:1 140:2 | 179:22 180:8,9 | 129:18,22 | **1:33** 167:2,19 | 334:15 |
| 143:7,15 146:9 | 180:10,11 | 131:16 137:8 | **10** 7:5 82:8 | **140** 191:4 |
| 148:6 154:4 | 215:2,12 220:5 | 139:17 147:3 | 87:10,11,16,19 | **140,000** 107:19 |
| 155:16 159:1,2 | 231:16 260:17 | 149:6 151:2 | 218:11,13 | **141** 168:19 |
| 159:5 164:19 | 262:13 310:8 | 154:19 161:18 | 307:10 | **145** 7:11 |
| 166:2 168:7 | 310:21 314:17 | 170:19 171:19 | **10:28** 74:16,18 | **15** 7:12 150:10 |
| 174:15 180:17 | 328:20,22 | 172:4,13 | **10:42** 74:18,21 | 150:11,15 |
| 184:7 186:12 | **yearly** 283:9 | 208:18 214:18 | **1000** 204:17,19 | **150** 4:14 7:12 |
| 187:12 189:9 | **years** 13:14 14:3 | 230:16 250:22 | **1001** 5:15 | **154** 7:13 |
| 191:18 192:3 | 16:11 31:20 | 264:16 267:16 | **1002** 156:7 | **156** 7:14 |
| 199:10,14 | 43:19 45:20 | 270:17 274:5 | **1004** 157:15 | **159** 197:18,18 |
| 202:13 204:8 | 48:2 119:11 | 277:5 280:13 | **101** 113:20 | **16** 7:13 154:12 |
| 205:10 206:16 | 138:11 164:7 | 280:20 283:1 | 114:1 | 154:13,18 |
| 207:12 212:10 | 165:15 188:2 | 283:11 293:9 | **103** 7:6 | **160** 7:15 |
| 213:11,14 | 200:21 201:19 | 294:4 299:5,7 | **10th** 85:8 | **167** 6:10 7:16 |
| 217:10,19,19 | 201:21 202:2,5 | 319:5 344:2 | **11** 7:6 103:2,3,7 | **16th** 345:14 |
| 222:14 223:10 | 203:15 237:7 | | 178:18,21 | **17** 7:14 155:22 |
| 228:10 231:22 | 262:10 266:11 | **Z** | 180:22 293:12 | 156:1,5 237:7 |
| 236:5,13 239:7 | | | 294:21 | |

HIGHLY CONFIDENTIAL

Tran, Binh K.  August 13, 2013

53

| | | | | |
|---|---|---|---|---|
| **170** 7:17 | 137:20,21 | 163:14 | 121:6,6 140:16 | 313:16 345:5 |
| **173** 7:18 | 138:4,18 | **2004** 26:10 | 145:9 148:3,14 | 345:15 |
| **176** 7:19 | 146:19 157:22 | 28:19,22 29:1 | 148:14 152:10 | **2017e** 345:21 |
| **18** 7:15 13:6 | 176:17 266:21 | 29:10,13 30:16 | 152:17 156:6 | **202** 4:8 5:17 |
| 160:8,9,13 | 278:14 | 31:1,10,16,21 | 198:1 202:17 | **204** 7:22 |
| 170:17 221:1 | **2:12-cv-00088...** | 38:13,17 45:2 | 202:22 203:2 | **21** 7:18 173:6,7 |
| **182** 7:20 | 1:10 | 45:18 46:16,19 | 234:16,17 | **212-2264** 5:9 |
| **19** 6:14 7:16 | **2:39** 220:15,16 | 52:22 121:18 | 235:7 250:21 | **214** 8:3 |
| 167:14 168:17 | **2:49** 220:17,20 | 121:19 138:6 | 254:14 264:1 | **215** 3:11 |
| 189:7,9 | **20** 7:17 78:4 | 138:11 144:7 | 292:21 300:17 | **22** 7:19 126:5,6 |
| **19103-2799** 3:10 | 170:21,22 | 162:22 165:11 | 323:21 326:2 | 176:2,3,7 |
| **1919** 4:6 | 171:15,16 | 169:2 170:9,15 | **2009** 139:14,19 | 329:13 |
| **1999** 52:8,17,22 | 183:13,16 | 235:2,13 236:7 | 140:1,17 | **2200** 3:17 |
| 53:5,10,17 | 344:17 | 271:7 306:7 | 155:18,19 | **23** 7:20 182:18 |
| 54:14 55:22 | **200** 7:21 321:16 | 307:1 | 234:16,17 | 182:19 183:1 |
| 95:14 122:8 | **2000** 137:10 | **2005** 45:3,17 | 235:7 323:21 | 213:13,14 |
| 123:14 141:8 | 155:17 161:6 | 77:17 78:4 | **2010** 121:6 | **230** 8:6 |
| 148:14 175:15 | 197:22 269:12 | 235:3,13 236:7 | 136:11 263:21 | **2300** 4:14 |
| 175:19 221:8 | **20004-2595** 5:16 | 267:2 269:5,6 | 266:11 274:15 | **237** 8:8 |
| 326:2 335:20 | **20006-3434** 4:7 | 269:7,12 270:1 | 274:16,22 | **23rd** 254:14 |
| 336:21 | **2000s** 123:20 | 302:21 | 279:1 291:4 | **24** 7:21 200:2,3 |
| **1LB** 62:19 | **2001** 146:16,17 | **2006** 45:6,22 | 307:9 | 318:19 320:13 |
| **1st** 104:21 | 146:19,20 | 103:14 104:21 | **2011** 47:19 48:3 | 325:10 |
| 108:17,22 | 147:5 148:11 | 104:21 105:19 | 48:8 259:5 | **245** 8:9 |
| 109:8 179:20 | 150:18 168:20 | 106:20 158:1 | 260:11,12 | **246** 8:10 |
| 179:21 181:3 | 171:7 176:14 | 158:22 168:20 | 314:4 | **249** 8:11 |
| | 177:11,17,22 | 179:3 189:17 | **2012** 86:9 | **25** 7:22 126:5 |
| **2** | 331:5 | 205:6,16 206:8 | 231:15,19 | 131:12 204:11 |
| **2** 6:15 25:21,22 | **2002** 1:5 10:10 | 206:11,14 | 310:8,11,21 | 204:12 267:14 |
| 26:4,11,12 | 178:2 221:17 | 237:8 | 311:12,14 | 270:11 |
| 27:2 28:15 | 222:1 225:22 | **2007** 45:6,22 | 326:1 | **25/35** 198:5 |
| 32:3 34:4 | 226:5,13 | 47:4 121:6 | **2012-07-12** 83:9 | **250** 8:12 |
| 35:22 37:16 | **2003** 15:10 | 160:14 161:7 | 86:6 87:20 | **2500** 1:17 |
| 38:8 40:7 | 52:18 53:5,10 | 162:17 165:13 | **2012-07-13** | **254** 8:13 |
| 42:17 49:7 | 53:11,14 85:8 | 168:17 173:12 | 61:17 66:16 | **258** 8:14 |
| 51:7 52:7 | 122:1 150:18 | 173:15 189:5 | 81:12 | **25th** 238:21 |
| 55:22 62:7 | 162:22 165:10 | 190:20 221:4,9 | **2013** 1:12 10:5 | **26** 6:15 8:3 |
| 64:2 74:20 | 169:2 170:9,15 | 249:12 | 26:10 38:13 | 214:10,11,15 |
| 77:10 78:7 | 214:16 215:1 | **2008** 30:5 47:4 | 49:21 74:21 | **263** 8:15 |
| 84:11 91:18 | 215:11 222:4 | 49:13 51:9,12 | 125:14 167:19 | **266** 8:16 |
| 92:6,8,13 | 238:21 271:7 | 51:19,22 52:3 | 220:20 230:11 | **269** 8:17 |
| 93:13,20 | **2003/2004** | 52:12,15 117:7 | 260:18 292:15 | **26th** 105:19 |

HIGHLY CONFIDENTIAL

Tran, Binh K.

August 13, 2013

54

**27** 8:6 230:4,5,9
   232:7
**271** 8:18
**278** 8:19
**28** 8:8 237:11,12
   237:16,20
**282** 8:20
**288** 8:21
**29** 8:9 245:5,6
**292** 8:22
**299** 6:5
**29th** 106:20
**2P10** 82:11

---
**3**
**3** 6:17 20:21
   34:4 57:18
   58:1,2 62:15
   62:16 63:2
   70:13,20 71:2
   76:7 77:21
   86:3 94:17
   110:5 111:4
   125:13 135:18
   176:12 250:20
   267:9
**30** 8:10 74:10
   246:15,16,20
   316:12
**30-day** 106:16
**30(b)(6)** 20:7
**3000** 3:8 77:15
   87:6,8
**303** 9:3
**305** 9:4
**309** 9:5
**30th** 230:10
**31** 8:11 183:12
   249:7,8,12
   345:21
**311** 5:7
**312** 2:10 5:9 9:6

**31st** 104:21
   179:22 264:1
**32** 8:12 250:15
   250:16 252:17
**322** 316:10
**32230** 316:4
**328** 6:6
**33** 8:13 254:8,9
**330** 2:8
**33201** 74:1
**33202** 73:22
**333** 6:7
**335-7023** 4:16
**337** 6:8
**34** 8:14 258:9,10
   258:14 327:17
**35** 8:15 263:10
   263:11
**36** 8:16 266:14
   266:15 330:13
**37** 8:17 269:15
   269:16,20
   330:13
**38** 8:18 271:16
   271:17,21
   276:22 278:12
**39** 8:19 278:3,4

---
**4**
**4** 6:19 20:21
   34:8,10 59:4,5
   59:9 70:12
   136:5,20
   167:18
**4:23** 292:7,8
**4:38** 292:9,15
**40** 8:20 282:12
   282:13,17,19
**41** 8:21 288:8,9
**42** 8:22 189:12
   292:10,18
**43** 9:3 200:19

   303:3,8 304:12
**431** 1:16
**44** 9:4 298:19
   305:19 306:2
**4400** 5:7
**45** 9:5 298:18,20
   309:17,22
**46** 9:6 313:2,7

---
**5**
**5** 6:20 61:11,16
   61:16 66:22
   67:3 68:22
   69:13 70:16
   72:10,12,16
   75:12 138:17
   148:19 220:19
**5:23** 327:20,21
**5:34** 327:22
   328:2
**5:40** 332:20,22
**5:43** 332:22
   333:2 344:6,8
**500** 4:6
**55402** 3:19 4:15
**55415** 1:17
**55426** 2:18
**57** 6:17
**59** 6:19 192:22
**5th** 136:11

---
**6**
**6** 6:21 20:22
   66:10,11,15
   67:4 68:22
   69:13 70:22
   72:5,15 75:12
   75:22 76:1
   292:14
**6/20** 87:7
**6/20/2005** 78:1
**6/6/2005** 77:20
**6:55** 327:17

**60** 84:12 85:2,11
   85:13,19,20
   86:2
**60606-6622** 5:8
**60654-3456** 2:9
**61** 6:20
**612** 3:20 4:16
**62** 198:14
**624-2500** 5:17
**63** 319:3
**65,000** 110:12
   111:4
**65/75** 198:4
**66** 6:21
**6600** 76:9,18
**672** 160:20
**673** 221:4
**68** 161:1

---
**7**
**7** 6:22 74:5,6
   75:2,6,14,21
   76:2 77:12
   136:18 215:11
**70,000** 110:15
   112:6
**74** 6:22
**763** 2:19
**764-6698** 2:19
**778-3050** 4:8
**7th** 1:16 214:16

---
**8**
**8** 7:3 80:3,8 81:8
   81:11 82:3
   83:2 87:3,3,5
**8/31/2006**
   103:15
**80** 3:18 7:3
   329:2
**83** 7:4
**835577** 1:20
**840-9530** 2:10

**87** 7:5
**8th** 3:18

---
**9**
**9** 7:4 21:9,10
   83:3,4,8,13
   86:13
**9:00** 1:13
**9:03** 10:2,6
**90** 329:3
**90s** 151:9
**93** 200:18
**971** 154:21
**972** 155:10
**973** 155:10
**977-8400** 3:20
**981-4000** 3:11
**99** 53:11,14
   248:8 323:20