# ATTACHMENT 75

HIGHLY CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF PENNSYLVANIA

3

4    IN RE: PROCESSED EGG PRODUCTS  ) MDL No. 2002

                                    )

5    ANTITRUST LITIGATION           ) 08-MD-02002

     _____ )

6    THIS DOCUMENT RELATES TO:      )

                                    )

7    All Actions                    )

8

9

10              ** HIGHLY CONFIDENTIAL **

11

12       The Videotaped Deposition of CRAIG WILLARDSON,

13    taken before Beth C. Radtke, C.S.R. within and for

14    the State of Illinois, pursuant to the provisions of

15    the Federal Rules of Civil Procedure of the United

16    States District Court, pertaining to the taking of

17    depositions, taken at 224 South Michigan Avenue,

18    Chicago, Illinois, commencing at the hour of

19    approximately 9:37 a.m. on the 6th day of June, 2014.

20

21

22

23

24

HIGHLY CONFIDENTIAL

**Page 2**

```
1            APPEARANCES
2
3  STRAUS & BOIES, LLP
     By Mark J. Schirmer
4    1661 International Place Drive
       Suite 400
5    Memphis, Tennessee, 38120
       901-818-3146
6    mschirmer@straus-boies.com
       Appeared on behalf of the Indirect Purchaser
7    Plaintiffs;
8
     EIMER STAHL, LLP
9  By Ms. Vanessa Jacobsen
     Mr. Arin Aragona
10   224 South Michigan Avenue
       Suite 1100
11   Chicago, Illinois 60604-2516
       312-660-7600
12   vjacobsen@eimerstahl.com
       aaragona@eimerstahl.com
13   Appeared on behalf of Moark, LLC, Norco Ranch,
       Inc., and Craig Willardson.
14
15 GUSTAFSON GLUEK, PLLC
     By Mr. Daniel Headlund
16   120 South 6th Street
       Suite 2600
17   Minneapolis, Minnesota 55402
       612-333-8844
18   dheadlund@gustafsongluek.com
       Appeared on behalf of Direct Purchaser
19   Plaintiffs;
20
     PEPPER HAMILTON, LLP
21 By Mr. Evan Davis
     3000 Two Logan Square
22   Philadelphia, Pennsylvania 19103-2799
       215-981-4245
23   davisew@pepperlaw.com
       Appeared on behalf of United Egg Producers and
24   United States Egg Marketers.
```

**Page 3**

```
1            APPEARANCES:
2
3  STINSTON LEONARD STREET, LLP
     By Mr. Peter Schwingler
4    1775 Pennsylvania Avenue NW
       Suite 800
5    Washington, D.C.  20006
       202-785.9100
6    peter.schwingler@stinsonleonard.com
       Appeared on behalf of Michael Foods;
7
8  PORTER, WRIGHT, MORRIS & ARTHUR, LLP
     By Ms. Jetta Sandin
9    1900 K Street NW
       Suite 1110
10   Washington, D.C. 20006
       202-778-3020
11   jsandin@porterwright.com
       Appeared on behalf of Rose Acres Farms.
12
13            *****
14
15
16
17
18
19
20
21
22
23
24
```

**Page 4**

```
1              INDEX
2
3  WITNESS                          PAGE
4  CRAIG A. WILLARDSON
     EXAMINATION BY MR. SCHIRMER      7
5    EXAMINATION BY MS. JACOBSEN    191
     FURTHER EXAMINATION BY MR. SCHIRMER 195
6
7  EXHIBITS
8  Exhibit 1                13
     Exhibit 2              35
9    Moark-IPP-00228319 - 321
     Exhibit 3              37
10 MOARK-IPP-0026283
     Exhibit 4              39
11 MOARK0004377 - 4378
     Exhibit 5              41
12 MOARK0005475 - 5476
     Exhibit 6              43
13 MOARK00017526
     Exhibit 7              48
14 MOARK0036917 - 918
     Exhibit 8              49
15 MOARK0036622 - 36623
     Exhibit 9              56
16 MOARK0036602 - 36605
     Exhibit 10             59
17 MOARK-IPP-028504 - 505
     Exhibit 11             67
18 MOARK-IPP-0002193 - 2194
     Exhibit 12             71
19 MOARK0030736 - 743
     Exhibit 13             72
20 MOARK0005547 - 5548
     Exhibit 14             73
21 MOARK0007549-7563
     Exhibit 15             80
22 MOARK0037089
     Exhibit 16             81
23 MOARK0037086
     Exhibit 17             87
24 MOARK208957 - 58
```

**Page 5**

```
1              INDEX
2  Exhibit 18               94
     MOARK0037125-37127
3  Exhibit 19
     MOARK-IPP-0028024 - 028     98
4  Exhibit 20              102
5  Exhibit 21              104
     MOARK0016849 - 50
6  Exhibit 22
     MOARK0016851 - 52
7  Exhibit 23              109
     MOARK00000101
8  Exhibit 24              114
     MOARK0000460
9  Exhibit 25              115
     MOARK0016320
10 Exhibit 26              117
     MOARK0036518
11 Exhibit 27              120
     MOARK-IPP-027780 - 27781
12 Exhibit 28              123
     MOARK0027417 - 425
13 Exhibit 29              126
     MOARK0004559 - 4560
14 Exhibit 30              129
     MOARK0017717 - 17718
15 Exhibit 31              132
     MOARK0036344
16 Exhibit 32              136
     UE0309830 - 9845
17 Exhibit 33              138
     MOARK0034675 - 676
18 Exhibit 34              162
     MOARK005746
19 Exhibit 35              162
     MOARK-IPP-0029192 - 293
20 Exhibit 36              163
     MOARK0038005
21 Exhibit 37              169
     MOARK0025032
22 Exhibit 38              190
     MOARK-IPP-0036451 - 454
23            *****
24
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 6

1    THE VIDEOGRAPHER: My name is Barbara Rudolf
2  representing Veritext. The date today is June 6,
3  2014, and the time is approximately 9:37 a.m.
4    This deposition is being held at the offices
5  of Eimer Stahl, LLP, 224 South Michigan, in Chicago,
6  Illinois. In Re: Processed Egg Products Litigation
7  in the United States District Court, Eastern District
8  of Pennsylvania. The name of the witness is Craig A.
9  Willardson.
10    At this time the attorneys will identify
11 themselves and the parties they represent, after
12 which our court reporter, Beth Radtke of Veritext,
13 will swear in the witness and we can proceed.
14    MR. SCHIRMER: Mark Schirmer of Straus &
15 Boies on behalf of the indirect purchaser plaintiffs.
16    MS. JACOBSEN: Vanessa Jacobsen on behalf of
17 defendants Moark, LLC, and Norco Ranch, Inc., and the
18 witness.
19    MR. ARAGONA: Arin Aragona, also Eimer
20 Stahl, LLP, on behalf of the witness, Moark, LLC, and
21 Norco Ranch, Inc.
22    MS. JACOBSEN: On the phone?
23    MR. HEADLUND: Dan Headlund, Gustafson
24 Gluek, on behalf of the direct purchaser plaintiffs.

Page 7

1    MR. DAVIS: Evan Davis from Pepper Hamilton
2  on behalf of United Egg Producers and United States
3  Egg Marketers.
4    MR. SCHWINGLER: Peter Schwingler, Stinson
5  Leonard Street, on behalf of defendant Michael Foods.
6    MS. SANDIN: Jetta Sandin, Porter, Wright,
7  Morris & Arthur, on behalf of defendant Rose Acres
8  Farms.
9    (Witness sworn.)
10    CRAIG A. WILLARDSON
11 having been first duly sworn, was examined and
12 testified as follows:
13    EXAMINATION
14 BY MR. SCHIRMER:
15    Q. Would you please state your full name for
16 the record?
17    A. Yes. My name is Craig A. Willardson.
18    Q. What is your address?
19    A. 5220 Avenida De Despacio in Yorba Linda,
20 California.
21    Q. How long have you lived in Yorba Linda?
22    A. We've lived there twice. This time
23 15 years. We were there previous to that.
24    Q. So did you live there all the time you

Page 8

1  worked at Moark?
2    A. I did, yes.
3    Q. Have you ever had your testimony taken
4  before?
5    A. Yes, I have.
6    Q. How many times?
7    A. Once.
8    Q. What was the nature of that?
9    A. It was a case where the company was a
10 plaintiff in a fraud case.
11    Q. Do you remember the name of the case?
12    A. The defendant was Sonstegard Foods. Moark
13 versus Sonstegard.
14    Q. Do you remember where the case was?
15    A. It was Los Angeles.
16    Q. Was it federal or state court?
17    A. State.
18    Q. Did you have your testimony taken in court?
19    A. A deposition.
20    Q. How long ago was that?
21    A. That was eleven years ago.
22    Q. It's been a while.
23    A. It's been a while.
24    Q. You have some experience, but let's go over

Page 9

1  some rules for today. Okay?
2    A. Sure.
3    Q. Number one, we're going to -- I'm going to
4  be asking questions and you are going to be hopefully
5  giving me answers; maybe, maybe not, I don't mean any
6  disrespect by that. But during the course of the
7  day, one of these two nice people is definitely going
8  to say objection and they may say something else.
9  Please let them say that and then answer the
10 question. You can still answer the question if they
11 object. The only time when you should not answer is
12 if one of these two people tells you, Don't answer
13 the question. Okay? Otherwise, I'm going to assume
14 you're going to answer, and you should, and if they
15 tell you not to, may I assume, sir, that you will
16 follow your counsel's advice and be a good witness,
17 and do what they tell you? Because I don't want do
18 this every time.
19    A. I will indeed.
20    Q. Second, when we're talking today, I'll be
21 trying to ask coherent questions. If they're not
22 coherent or you don't understand something about it,
23 just say, I don't understand, or if something seems
24 -- a word seems off, I may -- say I don't understand

HIGHLY CONFIDENTIAL

Page 10

1 that word, I don't understand what you mean by this,
2 and I will either say -- well, I'll try and give you
3 some clarification or I'll ask you to answer it based
4 on your particular understanding of the word. So any
5 time you have a question, something's unclear, say so
6 and we'll see if we can fix it.
7      Third, this is not an endurance contest. If
8 you need to take a break -- I'll try and take a break
9 every hour for -- just for my own purposes, but we'll
10 take breaks about once an hour. If you need a break
11 at any other time for any reason just say, I'd like
12 to stop and we'll do so. Do you understand that?
13     A.  Yes.
14     Q.  Fourth, that brings this up. If you -- when
15 you're going to answer a question today, although
16 it's on -- you're being taped or video recorded and
17 it's on a little CD, I guess. Beth here is going to
18 be taking it down, and you got to say yes or no or
19 maybe. She's got to hear something. She may be able
20 to say "witness nods," but that isn't nearly as good,
21 because what comes out of this basically when we use
22 it in court prior to the trial is we generally
23 provide a piece of the transcript, so they have to be
24 able to put that down. Do you understand that?

Page 11

1     A.  Yes.
2     Q.  Okay. The next thing that I'm going to ask
3 of you is that you left me finish my questions. I'm
4 certain -- I'm certain you know more about this
5 subject matter than I do, and I'm certain you're
6 going to know what I am getting at sometimes. Let me
7 finish. There are two reasons for that. First, I
8 may not be asking what you think. Second, if you and
9 I talk over each other, she can't take it down and
10 she will eventually get angry at us and say, Don't do
11 that anymore, and we will both, you know, get
12 red-faced and not be very happy about it, but so in
13 addition to giving audible answers, let's try not to
14 talk over each other. I will make a promise to you
15 that I will do my level best not to talk over you.
16 If I do, I'll back off and I would ask you not to do
17 the same for me.
18     A.  Very good.
19     Q.  It's just courtesy, okay? Are you currently
20 employed?
21     A.  No.
22     Q.  What are you doing now?
23     A.  I retired effective April 1st of last year.
24     Q.  And what job did you retire from?

Page 12

1     A.  I retired from president and CEO of Moark,
2 LLC.
3     Q.  And do you remember how long you had been
4 president and CEO of Moark, LLC?
5     A.  Since January 1, 2006.
6     Q.  And how long had you been employed by Moark
7 prior to that before that?
8     A.  Six years.
9     Q.  When did you first come to work for Moark,
10 2000?
11    A.  Beginning of 2000.
12    Q.  How old you come to work for Moark?
13    A.  I was approached by the owners of Moark
14 production in 1999 about an opportunity in Southern
15 California.
16    Q.  Did you live in Southern California at the
17 time?
18    A.  I was in Northern California.
19    Q.  Who did you work for at the time?
20    A.  I worked for New Laid Foods, Inc.
21    Q.  What is New Laid Foods, or what was it?
22    A.  New Laid Foods is a value added egg co-op
23 member.
24    Q.  You'll have to excuse me. What is value

Page 13

1 added egg co-op member?
2     A.  Further processed. If you're familiar with
3 others in the industry that further process, break,
4 and process shell eggs into a liquid, frozen, aseptic
5 product.
6     Q.  At the time you came to Moark, did it also
7 have a breaking operation?
8     A.  It did.
9     Q.  And I take it there came a time when Moark
10 sold that operation?
11    A.  We did.
12    Q.  And when was that?
13    A.  We sold it in June of 2006.
14    Q.  After you became president?
15    A.  Yes.
16        MR. SCHIRMER: Do this as Exhibit 1.
17        (Exhibit No. 1 was marked as requested.)
18 BY MR. SCHIRMER:
19    Q.  It is a color printout. Do you know what
20 this is, sir?
21    A.  This looks like a page from our website.
22    Q.  Have you seen it before?
23    A.  Yes.
24    Q.  So it was taken from what used to be on

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL

Page 14

1 Moark's website?
2　A.　Yes.
3　Q.　It is not Bates stamped.  It is
4 www.moarkllc.com/about-us-mgmt.html, and it is a
5 three-page document; it says one of three, two of
6 three, three of three.  On the first one, it has what
7 looks like a picture of you right up there.
8　A.　That's me.
9　Q.　And it says that you had served as president
10 since January 1, 2006.  It says you were president of
11 two other companies in the shell egg and value added
12 egg business.  You said New Laid.  What was the other
13 one?
14　A.　Olson Farms, Inc.
15　Q.　Where is Olson Farms, Inc., located?
16　A.　Olson Farms, Inc., was located in Southern
17 California.
18　Q.　What happened to Olson Farms, Inc.?
19　A.　Olson Farms was -- it was sold off by the
20 family owners.
21　Q.　Do you know who bought it?
22　A.　New Cal Foods of Northern California bought
23 the bulk of the business in 1996.
24　Q.　Okay.  Does New Laid Foods still exist?

Page 15

1　A.　Yes.
2　Q.　Now you also -- it says you were also -- had
3 various financial management positions at Denny's and
4 worked in the audit department of Arthur Young &
5 Company.  Is that right?
6　A.　Yes.
7　Q.　How long did you work at Arthur Young?
8　A.　Almost five years.
9　Q.　What was the highest position you reached at
10 Arthur Young?
11　A.　Supervising senior accountant.
12　Q.　You have your CPA?
13　A.　I do.
14　Q.　Have you maintained it all these years?
15　A.　No, I haven't.
16　Q.　Continuing education requirement at least?
17　A.　No.
18　Q.　When did you cease keeping your CPA up?
19　A.　After I left Denny's.
20　Q.　And that was when?
21　A.　That was in 1988.
22　Q.　Where did you graduate from?
23　A.　Brigham Young University.
24　Q.　And when did you graduate?  What year?

Page 16

1　A.　1979.
2　Q.　What was your -- your degree was in
3 accounting?
4　A.　It was in accounting.
5　Q.　What was your position when you first came
6 to Moark?
7　A.　It was general manager of the Moark Western
8 Division, and president of Norco Ranch, Inc.
9　Q.　Now what does it mean -- what does it mean
10 when you say general manager of the Western Division?
11　A.　I had responsibility for the Moark business
12 located in the western part of the U.S.
13　Q.　How many divisions did Moark have at the
14 time?
15　A.　Two.
16　Q.　Western and Eastern?
17　A.　Western and Midwest.
18　Q.　Okay.  Did it ever obtain another set of
19 companies that allowed it to have an Eastern
20 Division?
21　A.　It did.
22　Q.　When was that?
23　A.　That was 2001.
24　Q.　Do you remember who the -- and you were the

Page 17

1 general manager of the Western Division, which would
2 be whatever companies and whatever subsidiaries or
3 entities were in the west.
4　A.　Yes, exactly.
5　Q.　From 2000 until the end of 2005?
6　A.　Yes.
7　Q.　Do you know who was the manager of the
8 Midwest Division during that period of time?
9　A.　The Midwest Division was Bill Bradley.
10　Q.　And after Moark obtained an eastern group of
11 companies, do you know who was the general manager in
12 the east?
13　A.　It was Joe Fortin.
14　Q.　Did -- excuse me.
15　　What were your responsibilities as general
16 manager of the Western Division?
17　A.　Overall responsibility for the production,
18 processing, marketing of eggs in that area.
19　Q.　Did you -- when you say overall
20 responsibility for the marketing, did that -- did
21 that include supervising the salespeople who were in
22 that area?
23　A.　Yes.
24　Q.　How did that work?  I know at the time Moark

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 18

1 had a vice president of sales, or at least during
2 some of that time. What is the division of
3 responsibilities between the vice president of sales
4 for Moark as a whole and the general manager for each
5 of the regions with regard to supervising sales in
6 each region?
7    A.   At that time it would have been a direct
8 report -- I'm sorry, would you repeat that?
9    Q.   Sure.  There is a vice president of sales
10 nationally of Moark during a large portion of that
11 time, as I understand it, maybe I'm wrong, and you
12 just said you had responsibility for marketing the
13 eggs in your division during that period of time.
14       I'm wondering did you work with the vice
15 president of sales, did he report to you with regard
16 to sales in your area, or was there some -- what was
17 the division of responsibility with regard to
18 marketing eggs to customers within your geographic
19 region?
20    A.   The local sales director would have had
21 dotted line reporting responsibility to the vice
22 president of sales and then direct line to me at the
23 time.
24    Q.   Do you remember who the national sales

Page 19

1 manager was when you first came to Moark?
2    A.   Bob Hodges was hired on shortly after I
3 arrived at Moark.
4    Q.   And he -- excuse me.  It's allergy season
5 and I don't do well at this time of year, so if I
6 cough that's all it is.
7       And Mr. Hodges served as national vice
8 president and director of sales nationally?
9    A.   His initial position was director of sales.
10    Q.   And there came a time in approximately 2006,
11 about when you became president, that he became vice
12 president of sales?
13    A.   Yes.
14    Q.   Okay.  What were your responsibilities as
15 president and CEO of Moark, LLC?
16    A.   The same responsibilities I had in the
17 western region, but just for the entire company.
18    Q.   Who owned -- from 2000 to -- until you
19 retired, who owned Moark, LLC?
20    A.   Moark, LLC, was a joint venture between the
21 Osborn family and Land O' Lakes, Inc., from the time
22 I joined through -- through approximately the
23 beginning of 2006.
24    Q.   At the beginning of 2006, did Land O' Lakes

Page 20

1 acquire the Osborn's ownership interest in Moark,
2 LLC?
3    A.   Yes.
4    Q.   So at that point, sometime in 2006, Moark
5 became effectively a wholly-owned property of
6 Land O' Lakes?
7    A.   Yes.
8    Q.   What is Land O' Lakes?
9    A.   Land O' Lakes is a large farmer-owned
10 cooperative that operates in -- in dairy and crop
11 production and serving its members throughout the
12 country.
13    Q.   Does Land O' Lakes have its own brand of
14 dairy products?
15    A.   Yes.
16    Q.   And, for example, if ut -- its dairy
17 members, dairy farmer members, they provide dairy
18 products to Land O' Lakes and their marketed under
19 the Land O' Lakes brand?  Is that your understanding?
20    A.   Yes.  Yes, it is.
21    Q.   Okay, thank you.  I just need the last part
22 of that to get in.
23       You said crop production.  What crops -- do
24 you know what crops?

Page 21

1    A.   Specifically they provided crop protection
2 and crop nutrients for farmers.  Land O' Lakes was
3 not in the crop business itself, but provided --
4    Q.   Supplies?
5    A.   -- supplies.
6    Q.   Sorry.
7    A.   For their members.
8    Q.   For their members.  So they purchased
9 supplies for all their members and provided it to
10 their members?
11    A.   And provided services related to -- to
12 crops.
13    Q.   What kind of services, do you know?
14    A.   The kind of things you would expect from
15 someone buying seed and other products from -- from
16 Land O' Lakes.
17    Q.   Okay.  During the time you were president of
18 Moark, did Moark -- other than United Egg Producers,
19 which I promise we will get to, did Moark belong to
20 any cooperative selling groups?
21    A.   Yes.
22    Q.   Which ones?
23    A.   I don't recall all of them, but it belonged
24 to in the west the California Egg Marketing

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL

Page 22

1 Association.
2     Q.  What kind of services did the California Egg
3 Marketing Association provide for its members?
4     A.  California Egg Marketing Association is a
5 farmer -- farmer cooperative of egg producers in the
6 state of California who would be able to -- to trade
7 amongst each other and -- and assess market -- assess
8 markets, inventory balances, and -- and industry
9 tones and information.
10    Q.  Do you recall any other organizations Moark
11 belonged to at the time?
12    A.  There were members that -- that were a part
13 of the American Egg Board from Moark at that time.
14    Q.  You were president of the American Egg Board
15 for a time, weren't you?
16    A.  Yes.
17    Q.  Do you recall whether Moark was a member of
18 Eggs America, Inc.?
19    A.  Yes, Moark was a member of Eggs America,
20 Inc.
21    Q.  Do you recall what Eggs America, Inc., did?
22    A.  It provided eggs to food service companies
23 across the company.
24    Q.  Do you remember who had primary

Page 23

1 responsibility at Moark for representing Moark with
2 responsibility -- with respect to its
3 responsibilities as to its membership in Eggs
4 America, Inc.?
5     A.  No, I don't.
6     Q.  Would it refresh your recollection if I told
7 you Mr. Campbell did?
8     A.  Are you talking about the entire Moark
9 organization, or just for --
10    Q.  The entire Moark organization.  Mr. Campbell
11 was one of the people who did?
12    A.  He represented the west, to my recollection,
13 for Eggs America.
14    Q.  And did Joe Fortin represent the east?
15    A.  Yes.
16    Q.  Do you remember if you had somebody from the
17 Midwest on the Eggs America board?
18    A.  I don't remember who that was.
19    Q.  During the time -- we just talked a little
20 bit about Eggs America.  Do you know what services
21 Eggs America provided to its members?
22    A.  They were responsible for the -- the billing
23 and ordering of the food service customers on behalf
24 of the egg producers.

Page 24

1     Q.  It was a single ordering system for all the
2 food service customers?
3     A.  It was, through Eggs America.
4     Q.  Now during the time you were at Moark, do
5 you recall whether Moark and/or various subsidiary
6 companies were members of the United Egg Producers?
7         Well, first of all, what is United Egg
8 Producers?
9     A.  United Egg Producers is a Capper-Volstead
10 co-op and trade association based in Georgia that
11 provided a variety of services for its egg producer
12 members.
13    Q.  And you understood it was a Capper-Volstead
14 because it told you so?
15    A.  Yes.
16    Q.  Do you have an understanding what a
17 Capper-Volstead cooperative is?
18    A.  I have a brief understanding.
19    Q.  What is that understanding?
20    A.  It's --
21    MR. DAVIS:  Excuse me, this is Evan Davis.
22 I object to the extent that the question calls for
23 the witness to divulge any UEP privileged
24 communications.

Page 25

1     MS. JACOBSEN:  You can answer to the extent
2 you have an understanding independent from the advice
3 that UEP's lawyers would have given you or your own
4 lawyers would have given you.
5     MR. SCHIRMER:  So even though Moark has
6 asserted a defense that you believe in good faith
7 this is a -- that this was legal, he can't -- if it's
8 based upon something someone from UEP or its lawyers
9 told him, he cannot answer?  Is that correct?
10    MS. JACOBSEN:  I think we first need to ask
11 him what the basis of his understanding is.  If it's
12 his own understanding, I think he can answer the
13 question.  I think that was -- can you read back the
14 question?
15    (Record read as requested.)
16 BY MR. SCHIRMER:
17    Q.  I think you said yes, then objection.  What
18 is the basis of that understanding?
19    A.  Knowledge from the UEP and knowledge
20 obtained on my own.
21    Q.  Okay.  Based upon -- to the extent you can
22 separate it out, what is the knowledge you have on
23 your own of what a Capper-Volstead cooperative is?
24    A.  It's a cooperative which allows members to

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL

Page 26

1 collectively produce, process, and market eggs as
2 qualified farmers.
3    Q.  Okay.  During the time you were at Moark, to
4 your understanding did UEP sell eggs to Moark's
5 customers?  Did UEP sell any of Moark's eggs to
6 Moark's customers?
7    A.  No.
8    Q.  To your understanding, during the period of
9 time you were at Moark, did UEP market any of Moark's
10 eggs to Moark's customers?
11       MR. DAVIS:  Objection.
12       MR. SCHIRMER:  On what basis?
13       MR. DAVIS:  Vague and misleading.
14       MR. SCHIRMER:  What's vague?
15       MR. DAVIS:  What's vague?  You're using the
16 term "marketing" which you know has a very specific
17 meaning, and I'm not sure that the witness is at all
18 clear on what you mean by that.
19 BY MR. SCHIRMER:
20    Q.  Do you have an understanding of the word
21 "marketing" as it's used in the English language?
22    A.  Yes.
23    Q.  Okay.  Using that understanding of the term
24 marketing as it's used in the English language, did

Page 27

1 UEP market Moark's eggs to any of Moark's customers?
2    A.  May I ask you --
3       MR. DAVIS:  Same objection.
4 BY MR. SCHIRMER:
5    Q.  Sure, go ahead.
6    A.  May I ask you a question?
7    Q.  Sure.
8    A.  What do you mean by marketing?
9    Q.  Did they go out to your customers and try
10 and sell your eggs to your customers?
11       MS. JACOBSEN:  You can answer if you
12 understand the question.
13 BY THE WITNESS:
14    A.  No.
15 BY MR. SCHIRMER:
16    Q.  During the period of time you were at UEP,
17 did members -- or did representatives of Moark or any
18 of its subsidiary companies serve on any UEP
19 committees?
20    A.  Yes.
21    Q.  Do you remember who served on UEP
22 committees?
23    A.  I don't remember all of them.
24    Q.  As best you can, what do you remember?

Page 28

1    A.  Joe Fortin.
2    Q.  Do you know what committees Mr. Fortin
3 served on?
4    A.  I don't recall.
5    Q.  Do you recall if Mr. Fortin ever served on
6 the UEP board of directors?
7    A.  Yes.
8    Q.  Do you know -- do you recall if he served on
9 UEP's board of directors from approximately 2006 to
10 2009?
11    A.  I don't remember the dates.
12    Q.  You do know that for a period of time he
13 served on UEP's board of directors?
14    A.  Yes.
15    Q.  Do you know if Mr. Fortin, for a period of
16 time, served as UEP secretary?
17    A.  I do not recall.
18    Q.  Do you recall whether he served as UEP
19 treasurer during that period of time?
20    A.  I don't recall.  Excuse me, what period of
21 time?
22    Q.  Well, let's say 2000 to 2009, any of that
23 period of time, because I understand that UEP has
24 officers elected year to year.  Am I incorrect on

Page 29

1 that understanding?
2    A.  That's correct.
3    Q.  Do you know whether during the period from
4 2000 to 2009 Mr. Fortin served on the UEP finance
5 committee?
6    A.  I don't recall.
7    Q.  During the time you were at Moark, did you
8 serve on the UEP board of directors?
9    A.  Yes.
10    Q.  Do you remember whether you served on the
11 board of directors from 2006 until sometime later?
12    A.  Yes.
13    Q.  Do you remember when you stopped serving on
14 the UEP board of directors?
15    A.  2010.
16    Q.  Do you remember whether you served on the
17 UEP finance committee?
18    A.  No.
19    Q.  Do you remember whether you were a member of
20 the UEP government relations committee?
21    A.  Yes.
22    Q.  Do you remember approximately when you were
23 on the UEP government relations committee?
24    A.  I don't remember when.

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL

Page 30

1   Q.  I understand that you served as UEP
2  secretary for a year, is that right?
3   A.  Yes.
4   Q.  And that was 2008, I believe?
5   A.  Yes.
6   Q.  And I understand that you served as UEP
7  treasurer one year?
8   A.  Yes.
9   Q.  And was that 2009?
10   A.  Yes.
11   Q.  The year after you served as secretary?
12   A.  Mm-hmm.
13   Q.  Did you ever -- did you ever have the title
14  of UEP senior vice chairman?
15   A.  No.
16   Q.  Were you ever a member of the UEP quality
17  assurance and food safety committee?
18   A.  Yes.
19   Q.  Do you remember when that was?
20   A.  There were many committees.  I don't
21  remember which period.
22   Q.  And do you remember if you served on the UEP
23  long range planning committee?
24   A.  Yes.

Page 31

1   Q.  Do you remember if that was about 2008 when
2  you did that?
3   A.  2007.
4   Q.  2007.  Is there something called an area
5  chairperson or chairman?
6   A.  Yes.
7   Q.  What is that?
8   A.  That's the person -- the UEP was divided
9  into five separate regions that reported up to the
10  national group and that would have been a chairman
11  for each different region or area.
12   Q.  Did you ever serve as an area chairman?
13   A.  No.
14   Q.  What are -- you said there were five regions
15  or areas.  Did Moark have facilities or properties in
16  all five areas?
17   A.  No.
18   Q.  Which ones did it have properties in?
19   A.  West Coast region, Midwest region and the --
20   Q.  And the --
21   A.  The northeast.  I think that's what they
22  called that region.
23   Q.  Whatever would have been covered by those
24  areas?

Page 32

1   A.  Yes, mm-hmm.
2   Q.  While you were at Moark as president and
3  CEO, did Bob Hodges report to you starting in 2007?
4   A.  Yes.
5   Q.  Who were the other people who reported
6  directly to you starting in 2006?
7   A.  Our chief financial officer, who at the time
8  was Don Dent.
9   Q.  How long was Mr. Dent the chief financial
10  officer?
11   A.  Until -- until 2010.
12   Q.  Who became chief financial officer when
13  Mr. Dent was no longer chief --
14   A.  Allan Dicks.
15   Q.  Did Mr. Dent retire?
16   A.  No.
17   Q.  What happened?
18   A.  We made a change.
19   Q.  Okay, I won't ask anymore.
20      Did anyone else report directly to you?
21   A.  Yes.
22   Q.  Who else?
23   A.  Jerry Kil, vice president of operations.
24   Q.  Do you remember when Mr. Kil became vice

Page 33

1  president of operations?
2   A.  Shortly after I became CEO in January of
3  2006.
4   Q.  Did you have any role in helping Mr. Kil
5  obtain the position of vice president of operations?
6   A.  Yes, I did.
7   Q.  Perhaps did you recommend him to the board
8  of directors for that position?
9   A.  I did.
10   Q.  How about Mr. Hodges?  Did you recommend
11  Mr. Hodges to be the vice president of sales at that
12  point?
13   A.  Yes, I did.
14   Q.  Was Mr. Dent the CFO prior to your becoming
15  chief executive officer?
16   A.  Yes.
17   Q.  Were there any other senior officers who
18  reported directly to you?
19   A.  The general managers reported to me at that
20  time.
21   Q.  So that would be the general manager of each
22  the three --
23   A.  Each of the -- exactly.
24   Q.  You said they reported to you at that time.

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

Page 34

1  Did that change at some point?
2  A.  Yes, it did.
3  Q.  How did it change?
4  A.  Promotions, moves, changes, resignations.
5  Typical turnover.
6  Q.  Did general managers continue to report
7  directly to you during the time you were president
8  and CEO of Moark?
9  A.  No, they didn't.
10  Q.  When did the general managers cease
11  reporting directly to you as president and CEO of
12  Moark?
13  A.  Approximately 2008.
14  Q.  And to whom did they begin reporting?
15  A.  To Jerry Kil.
16  Q.  Now you just talked about Mr. Kil.  Do you
17  remember if Mr. Kil was on the UEP board of directors
18  for any period of time?
19  A.  Yes, he was.
20  Q.  Do you remember approximately when?
21  A.  I don't.
22  Q.  Okay.  Do you know if he was ever on the
23  marketing committee for UEP?
24  A.  I don't recall.

Page 35

1  Q.  Do you remember -- are you familiar with a
2  company -- with an organization called United States
3  Egg Marketers?
4  A.  Yes.
5  Q.  What is it?
6  A.  It's a co-op of egg producer members that
7  primarily exports eggs.
8  Q.  What do you mean when you say "primarily
9  exports eggs"?
10  A.  That was its primary function.
11  Q.  Was -- during the time you were chairman and
12  CEO of Moark, was Moark a member of USEM?
13  A.  Yes.
14  Q.  Was it a member of USEM during the entire
15  time you were at Moark?
16  A.  I don't know.
17  Q.  But you do know that at least from 2006 on
18  it was?
19  A.  Yes.
20  Q.  You said USEM arranged for exports.  Do you
21  recall whether -- showing you what will be marked as
22  Exhibit 2.
23  (Exhibit No. 2 was marked as requested.)
24  MR. SCHIRMER:  This bears Bates No.

Page 36

1  MOARK-IPP-00228319 through 321.
2  BY MR. SCHIRMER:
3  Q.  Do you recognize this document,
4  Mr. Willardson?
5  A.  No.
6  Q.  Do you recall -- on the second page of it,
7  320, it -- it's an e-mail with an FYI from Jerry Kil
8  to Skip Hagy, Gary Foster, Jerry Welch, and you were
9  CC'd, is that right?
10  A.  That's correct.
11  Q.  And do you see he's forwarding an e-mail
12  from Phyllis Blizzard?
13  A.  Yes.
14  Q.  Who is Phyllis Blizzard, or who was Phyllis
15  Blizzard at that time?
16  A.  As I recall, Phyllis was an administrative
17  director at the UEP.
18  Q.  And she had sent out an e-mail to Mr. Kil,
19  among others, who forwarded it to you, which is right
20  below it, talking about -- saying that, "We received
21  a majority vote by our membership to approve the
22  export order."  Do you see that?
23  A.  Yes.
24  Q.  So to your understanding, did it take a

Page 37

1  majority vote of the membership to approve an export
2  order that was to be filled through USEM?
3  A.  Yes.
4  Q.  And do you know whether -- do you recall
5  whether Moark participated in this export order that
6  is discussed in the July 31st e-mail?  31st, 2008
7  e-mail?
8  A.  I don't recall this specific order.
9  Q.  During the time you were CEO at Moark, did
10  Moark participate by providing eggs for export orders
11  on a number of USEM exports?
12  A.  Yes, we did.
13  (Exhibit No. 3 was marked as requested.)
14  BY MR. SCHIRMER:
15  Q.  Showing you what has been marked as Exhibit
16  No. 3 to your deposition.  It is a document bearing
17  Bates No. MOARK-IPP-0026283.  Do you see this, sir?
18  A.  Yes.
19  Q.  What is it?
20  A.  It looks like an e-mail from me to the
21  senior managers at Moark forwarding information from
22  Gene Gregory.
23  Q.  And you say, "Jerry Kil, our USEM
24  representative, informed of us the latest export

HIGHLY CONFIDENTIAL

Page 38

1 information, which is noted below."
2     A.   Yes.
3     Q.   What did you mean when you said, Jerry Kil
4 our USEM representative?
5     A.   Jerry Kil attended USEM meetings and -- and
6 conference calls and represented Moark in that
7 regard.
8     Q.   Now did he represent Moark in all of the
9 Moark entities in those conference calls?
10     A.   Yes.
11     Q.   Do you recall this e-mail?
12     A.   This particular one?
13     Q.   Uh-huh.
14     A.   I probably send and receive a hundred
15 e-mails a day.  I can't say that I remember this
16 exact one.
17     Q.   Do you remember whether -- you do remember
18 that Moark participated in the export order that is
19 -- that is referred to here?
20     A.   Yes, I do.
21     Q.   And Moark did?  Did participate in that
22 export?
23     A.   Yes.
24     Q.   I'm going to show you what is about to be

Page 39

1 marked as -- isn't it the case that Moark
2 participated in all USEM exports?
3     A.   Yes, whether we -- whether we supported the
4 export or not, we participated in all of them.
5     Q.   Okay.  Mark that off, I was going to ask you
6 that question about three down the line.
7          I'll show you what has been marked as
8 Exhibit 4.
9          (Exhibit No. 4 was marked as requested.)
10 BY MR. SCHIRMER:
11     Q.   This is a document bearing Bates No.
12 MOARK0004377 and 4378.  What is this document and the
13 attachment, sir?
14     A.   This appears to be the membership agreement
15 and export commitment for the USEM.
16     Q.   And the cover memo is an e-mail from you to
17 Mr. Kil, is that right?
18     A.   Right, yes.
19     Q.   You say, "Same drill as previous e-mail."
20 Do you know what you are referring to there?
21     A.   I don't.
22     Q.   Could you -- let's see if I can refresh your
23 recollection.  Were you telling Mr. Kil to sign on
24 behalf of all Moark entities the membership

Page 40

1 agreement?
2          MS. JACOBSEN:  Objection to form.
3 BY THE WITNESS:
4     A.   I don't remember what I was telling Mr. Kil
5 at the time.
6 BY MR. SCHIRMER:
7     Q.   Would you please look at the second page,
8 which is the 2008 U.S. Egg Marketers membership
9 agreement and export commitment.  It says under
10 number two, do you see that?  That's Page 4378.
11     A.   Yes.
12     Q.   "Our company agrees to participate pro rata
13 in all shell egg export orders approved by the USEM
14 export committee and approved by the majority of USEM
15 members."  Did I read that right?
16     A.   Yes.
17     Q.   And -- you were a member of USEM in
18 2008?
19     A.   Yes.
20     Q.   And was this provision part of the standard
21 USEM membership agreement during the period of time
22 you were CEO at Moark?
23     A.   To my understanding, yes.
24     Q.   Okay.

Page 41

1          (Exhibit No. 5 was marked as requested.)
2 BY MR. SCHIRMER:
3     Q.   Showing you what is to be marked as
4 Exhibit 5 to your deposition, sir.  This bears Bates
5 Nos. MOARK0005475 and 5476.  What is this document,
6 Mr. Willardson?
7     A.   This is an e-mail whose header, I see, is
8 from our controller to Linda Reickard and below that
9 an e-mail from Linda to me.
10     Q.   It says WillardsonC@aol.com.  Is that one of
11 your e-mails?
12     A.   Yes, it.
13     Q.   Is that a work e-mail or a personal e-mail?
14     A.   It was the personal e-mails that we used
15 prior to having Moark LLC's e-mail system.
16     Q.   When did Moark, LLC -- strike that.
17          When did you obtain a Moark, LLC, e-mail
18 address?
19     A.   I don't remember which year.
20     Q.   Obviously it was not in 2007.  Or it might
21 have been.
22     A.   No.
23     Q.   Okay.  Well, you did have it in 2007?
24     A.   We had it in 2007.

11 (Pages 38 - 41)

Page 42

1    Q.  But she sent it to the other one?
2    A.  She --
3    Q.  Probably didn't have it?
4    A.  Yes.
5    Q.  Okay.  Would you take a look at that, the
6  e-mail from Linda Reickard to you at your aol.com.
7  It says Past Due Invoice it.  It says, "Would you
8  please check on our past due invoice #2742, which
9  covered your portion of the loss on the last export
10 and let me know the status."  What was she talking
11 about when she wrote you about your portion of the
12 loss on the last export?
13       MS. JACOBSEN:  Objection to form.
14 BY MR. SCHIRMER:
15   Q.  You can answer.
16   A.  If there were a loss on an export, we would
17 be allocated our proportionate share of that loss as
18 UEP members based on the number of birds that we
19 owned.
20   Q.  And you basically write a check to -- to
21 USEM?
22       MS. JACOBSEN:  Objection to form.
23 BY MR. SCHIRMER:
24   Q.  You said you would be allocated a portion of

Page 43

1  the loss.  What does that mean?
2    A.  Yes.  Back to your previous question.
3    Q.  Back to the previous question, you would
4  write a check for that portion of the loss?
5    A.  Yes.
6    Q.  Okay.  Do you recall whether you ever --
7  when you were about to enter into an export that had
8  been voted on by the UEP membership whether you
9  understood it was likely to result in a loss?
10   A.  No.
11   Q.  Okay.  Showing you what is being marked as
12 Exhibit 6.
13       (Exhibit No. 6 was marked as requested.)
14 BY MR. SCHIRMER:
15   Q.  This is a document bearing Bates No.
16 MOARK00017526.
17   A.  Mm-hmm.
18   Q.  It is a one-page document.
19   A.  Yes.
20   Q.  What is it?
21   A.  It's an e-mail from Patricia at the UEP to
22 me and then a follow-up from me to two members of
23 senior management.
24   Q.  And who were those two members of senior

Page 44

1  management, sir?
2    A.  Dan Hudgens was the Midwest general manager,
3  and Bob Hodges was the vice president of sales at the
4  time.
5    Q.  And in the follow-up from you to
6  Mr. Willardson it says, subject, Forward UEP Export
7  Order.  It says, "Guys, will FRE or another complex
8  be interested in filling this order?  If not, we will
9  approve it and accept the pro rata share of the
10 loss."  What is FRE?
11   A.  It's Fort Recovery Equity.  It's a
12 cooperative company that we -- we owned a 50 percent
13 share.  We purchased all their eggs.  It was part of
14 the overall Moark system.
15   Q.  And was that in Ohio?
16   A.  Yes.
17   Q.  Now you said, "If not, we will approve it
18 and accept the pro rata share of the loss."  Do you
19 recall what you were talking about or what you were
20 writing about when you wrote that to Mr. Hudgens and
21 Mr. Hodges?
22   A.  Yes, it sounds like an export was imminent
23 and we did anticipate there -- there could be or
24 would be a loss on that particular order.

Page 45

1    Q.  And by loss, what do you mean?
2    A.  As we discussed before, that's our pro rata
3  share of any -- any loss to the organization, to the
4  members on an export order.
5    Q.  How would there be a loss on an export
6  order?  That's what I don't understand.
7    A.  There were three options to fill any export
8  order as a member/producer of UEP, and the first was
9  to provide our own eggs from whatever source we had
10 them; for us to purchase eggs on the outside; and the
11 third was to have UEP buy eggs on our behalf to fill
12 the order, and there were costs associated with --
13 with those options, and there were market
14 fluctuations and variations.  There would be a time
15 differential between the agreement to do an export or
16 -- and the actual filling of the order, so to the
17 extent there was any market movement in that period
18 of time and there was a committed fixed price on the
19 export, there could be a loss incurred based on that
20 -- the selling price and the ultimate delivery price.
21   Q.  Now let me see if I understand what you just
22 said.  The loss would be -- there were three -- a
23 couple things that USEM could do.  It could -- it
24 could purchase eggs on the market to fulfill portions

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL

Page 46

1 of the export order. Is that one of the things it
2 could do?
3    A.  Yes.
4    Q.  And one the risks of loss was that USEM
5 would not be able to procure eggs at a price equal to
6 or lower than the cost at which it had made the
7 export commitment?
8    A.  It was a risk based on timing.
9    Q.  Whatever. I'm just trying to understand the
10 testimony.
11     So there was a risk that it could not cover
12 the export order based upon the timing or whatever,
13 that it might have to pay more for the eggs that it
14 would purchase to fill the export order than the
15 export order price, is that correct?
16    A.  Yes.
17    Q.  Was it your understanding that the purpose
18 of these exports was to help firm up the domestic
19 market for shell eggs?
20     MS. JACOBSEN: Objection to form.
21 BY THE WITNESS:
22    A.  The purpose of the export order was to
23 provide a market for -- for eggs, for surplus eggs
24 just like any other market and to -- you know, if it

Page 47

1 worked out that way, to remove them from the domestic
2 supply.
3    Q.  Okay. And if it removed them from the
4 domestic supply, would that have an impact on price?
5    A.  It could. It didn't always, but it could.
6    Q.  If it had an impact, what would be that
7 impact in general?
8    A.  Very difficult thing to measure and to
9 correlate.
10    Q.  Okay. Would you say that the -- you knew at
11 certain times it had to have an impact?
12     MS. JACOBSEN: Objection to form.
13 BY MR. SCHIRMER:
14    Q.  On the market?
15    A.  We hoped it had an impact. We don't know
16 that it did.
17    Q.  Would you agree that you knew at certain
18 times that when you did an export order you thought
19 it had to have an impact?
20     MS. JACOBSEN: Objection, form.
21 BY THE WITNESS:
22    A.  Yes.
23 BY MR. SCHIRMER:
24    Q.  Okay. Showing you what is to be marked as

Page 48

1 Exhibit 7 to your deposition.
2     (Exhibit No. 7 was marked as requested.)
3 BY MR. SCHIRMER:
4    Q.  What is Exhibit 7, Mr. Willardson?
5    A.  Exhibit 7 is a series of e-mails between
6 Gene Gregory, members of the UEP or USEM board, and
7 then myself and Jerry Kil and other members.
8    Q.  Oh, I'm sorry. Forgive me.
9    A.  It's okay.
10    Q.  And this is a -- the top e-mail is from you
11 to Mr. Kil, is that right?
12    A.  Yes.
13    Q.  And it's dated October 23, 2006. This is a
14 document bearing Bates number MOARK0036917 through
15 918. I take it because you -- given you received and
16 sent so many e-mails, you don't remember this
17 particular e-mail?
18    A.  I don't remember this particular one.
19    Q.  You were writing to him about an export
20 order, is that correct?
21    A.  Yes.
22    Q.  And it was your anticipation that it would
23 have an impact on the price of eggs?
24    A.  It -- it was.

Page 49

1    Q.  And you hoped that would be a positive
2 impact I take it?
3     MS. JACOBSEN: Objection to form.
4 BY MR. SCHIRMER:
5    Q.  You can answer.
6    A.  I hoped for a positive impact.
7    Q.  I would think. How about number eight.
8     (Exhibit No. 8 was marked as requested.)
9     MR. SCHIRMER: Off the record for a minute.
10     THE VIDEOGRAPHER: We are going off the
11 video record at 10:29 a.m.
12     (A brief discussion was had off the record.)
13     THE VIDEOGRAPHER: We are back on the video
14 record at 10:30 a.m.
15 BY MR. SCHIRMER:
16    Q.  Mr. Willardson, I am showing you what has
17 been marked as Exhibit 8 to your deposition bearing
18 Bates No. MOARK0036622 and 36623. What is it?
19    A.  It looks like an e-mail dated on the top
20 October 19, 2007, a message from me to Dan Knutson,
21 and I was forwarding an e-mail that I had originally
22 sent to -- to a couple members of the Moark
23 management team, and then below that an e-mail from
24 Jerry Kil to various members of the Moark management

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL

Page 50

1 team.
2    Q.  Now according to this e-mail, Moark -- this
3 was about a USEM export, is that correct?
4    A.  Yes.
5    Q.  And it was voted in by a majority vote of
6 USEM, is that correct, according to this e-mail?
7    A.  Yes.
8    Q.  And Moark voted against it?
9    A.  We did.
10    Q.  Do you remember why?
11    A.  I don't remember why.
12    Q.  When -- excuse me.
13        In your e-mail to Mr. Dent and Mr. Andrews
14 -- by the way, who is Mr. Andrews?  Herb Andrews?
15    A.  Herb Andrews, he was an analyst for the
16 company, for Moark, LLC.
17    Q.  What do you mean an analyst for Moark, LLC?
18 I don't understand.
19    A.  Let me back up on that.  In 2007, he
20 actually, at that point in time, he worked for
21 Land O' Lakes in the risk management department, and
22 prior to 2006, he was an employee of Moark, LLC.
23    Q.  Let me see if I get -- come back to this.  I
24 want to make sure I understand what you just said.

Page 51

1 Mr. Andrews, before 2006, was an employee of Moark,
2 LLC?
3    A.  Yes.
4    Q.  And then after 2006, he began to work for
5 Land O' Lakes?
6    A.  Yes.
7    Q.  And he was in the risk management department
8 of Land O' Lakes is your understanding?
9    A.  Yes.  He was an analyst in the risk
10 management group.
11    Q.  What does that mean, an analyst in the risk
12 management group?
13    A.  He's someone that would have evaluated the
14 metrics and trends and provided information.
15    Q.  Who did he provide information to?
16    A.  He -- for the divisions of Land O' Lakes.
17    Q.  And he would provide information to --
18    A.  To someone within the Moark organization.
19    Q.  That's what I wanted to find out, someone
20 within the Moark organization.  Do you know whether
21 he provided information about Moark's business to
22 Land O' Lakes?
23    A.  Don't know.
24    Q.  Okay.  And Mr. Dent was, at the time, the

Page 52

1 CFO of the company?
2    A.  Yes.
3    Q.  Who is Mr. Knutson?
4    A.  Mr. Knutson is the person that I reported to
5 at Land O' Lakes.
6    Q.  What was his title?
7    A.  Senior vice president and chief financial
8 officer of Land O' Lakes.  He was also chairman of
9 the board of Moark, LLC.
10    Q.  Was he -- was Mr. Knutson -- is it Knutson?
11    A.  Knutson.  Hard K.
12    Q.  Okay.  Was Mr. Knutson the chairman of the
13 board of Moark, LLC, during the entire time you were
14 CEO and president of Moark?
15    A.  Yes.
16    Q.  Did he hold the same position -- strike
17 that.
18        To your understanding, did he hold the same
19 position at Land O' Lakes during the entire time you
20 were president and CEO of Moark, LLC?
21    A.  Yes.
22    Q.  Was he based in Minneapolis, perchance?
23    A.  Yes.
24    Q.  Now you say in your e-mail to Mr. Knutson

Page 53

1 dated October 18, 2007, or to Mr. Dent and
2 Mr. Andrews CC'ing Mr. Knutson that the USEM proved a
3 "modest export" of 130 loads to Europe at, I guess,
4 $0.60 a dozen, is that right?
5    A.  Yes.
6    Q.  And he said, "As cooperative members we will
7 support it, of course."  That -- as a cooperative,
8 and that is pursuant to the agreement that you had
9 with USEM that you would support all the export
10 orders?
11    A.  Yes.
12    Q.  And we will see -- then you say, "And we
13 will see improving markets into the holidays."  What
14 were you referring to there?
15    A.  That was a bit presumptuous.
16    Q.  Okay.  What were you presuming?
17    A.  And with the benefit of seven years of
18 hindsight, it's interesting to go back and read
19 these.
20        We were assuming that an export would have
21 an indeterminate impact on the market.
22    Q.  And you assumed it was going to be a
23 positive impact on the market?
24    A.  Yes.

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL

Page 54

1    Q.  And when we say positive, I'm talking about
2  from Moark's point of view, increased prices?
3    A.  Yes.
4    Q.  Something that Mr. Knutson wrote to you in
5  his e-mail to you, he said, "I guess the export will
6  cause egg supply challenge into the holiday season."
7  Do you have an understanding as to what Mr. Knutson
8  meant when he wrote that?
9    A.  As a company, we -- we were tight on eggs
10  and might have voted no for that reason, but we knew
11  it would be a challenge going into the holiday
12  season.
13    Q.  So when you -- when he's talking about egg
14  supply challenge, you assume that he is talking about
15  an egg supply challenge to the company?
16        MS. JACOBSEN:  Objection to form.
17  BY THE WITNESS:
18    A.  I don't like to make assumptions.  I
19  don't --
20  BY MR. SCHIRMER:
21    Q.  You don't recall?
22    A.  Right.
23        MR. SCHIRMER:  Why don't we take a break.
24        THE VIDEOGRAPHER:  We are going off the

Page 55

1  video record at 10:36 a.m.
2        (A short break was taken.)
3        THE VIDEOGRAPHER:  We are back on the video
4  record at 10:49 a.m.
5  BY MR. SCHIRMER:
6    Q.  Before we took a break, I showed you an
7  e-mail where -- e-mails between you and Mr. Knutson.
8  Do you remember that?
9    A.  Yes.
10    Q.  And you said Mr. Knutson was the chairman of
11  the board of Moark, LLC, during the period of time
12  you were the president and CEO of Moark.  Am I -- did
13  I understand that correctly?
14    A.  Yes.
15    Q.  Did Moark -- from -- during the period of
16  time you were the president and CEO of Moark, did
17  Moark do long range growth plans for presentation to
18  the board of Land O' Lakes?
19        MS. JACOBSEN:  Objection to form.  Go ahead.
20  BY THE WITNESS:
21    A.  Yes, we did.
22  BY MR. SCHIRMER:
23    Q.  And when you did those long range growth
24  plans, who had primary responsibility for formulating

Page 56

1  those plans?
2    A.  Ultimately it was my responsibility working
3  with the management team.
4    Q.  Okay.  And you obviously tried to make those
5  plans as accurate as you could make them so that the
6  board of Land O' Lakes could make good decisions
7  about Moark's business?
8        MS. JACOBSEN:  Objection to form.
9  BY MR. SCHIRMER:
10    Q.  You didn't lie to your bosses at Moark -- at
11  Land O' Lakes, did you?
12        MS. JACOBSEN:  Objection to form.  Go ahead.
13  BY THE WITNESS:
14    A.  No.
15  BY MR. SCHIRMER:
16    Q.  Okay.  It's easier for me to say it that
17  way.  I promise I'll come back to that.
18        I want to show you what is being marked as
19  Exhibit 9 to your deposition.
20        (Exhibit No. 9 was marked as requested.)
21  BY MR. SCHIRMER:
22    Q.  This is a three-page document, I think.
23  Yeah.  Or is it four?  Four-page document.  Bearing
24  Bates Nos. MOARK0036602 through 36605.  What is this?

Page 57

1    A.  This is an e-mail dated October 16, 2007,
2  from me to our chief financial officer, Don Dent.
3    Q.  And then Mr. Dent also sent you an e-mail at
4  the top on October 16, 2007?
5    A.  Yes, that's correct.
6    Q.  What was the subject -- it says third
7  quarter review, and he talks about a one-page slide
8  in his e-mail to you, the top one.  Do you have an
9  understanding what he was discussing there?
10    A.  In terms of the missing slide?
11    Q.  Yeah, sure.  Let's start there.
12    A.  I know the document -- the overall document
13  is the quarterly review that we prepared for Land O'
14  Lakes each quarter for the owners.
15    Q.  And was that put on a PowerPoint?
16    A.  Yes.
17    Q.  Would you please look at the e-mail from you
18  to Mr. Dent, and that's dated Tuesday, October 16,
19  2007, and that's on page 0036602, the first page of
20  the document.  And it says, "Don, note for the
21  missing slide and add any others you may feel
22  appropriate.  It went well in the quarter,
23  opportunities achieved."  I take it you are writing
24  this to Mr. Dent to be put on a slide for the third

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL

Page 58

1 quarter review, is that right? This first page?
2    A.   Yes.
3    Q.   And it said, "A small export order
4 coordinated by the U.S. Egg Marketers in which Moark
5 participated, the impact of shipping surplus eggs
6 resulted in a tight egg market leading to the best
7 third quarter market in industry history." Do you
8 see that?
9    A.   Yes.
10    Q.   And that was accurate when you wrote it,
11 wasn't it?
12        MS. JACOBSEN: Objection to form.
13        THE WITNESS: What do you mean by accurate?
14 BY MR. SCHIRMER:
15    Q.   You didn't lie on the slide you were going
16 to present to your bosses?
17        MS. JACOBSEN: Objection to form.
18 BY THE WITNESS:
19    A.   As I said before, looking back on these
20 things, I was very presumptuous to say this is a
21 direct cause-and-effect action. There are so many
22 factors that lead to a good egg market. This is what
23 I said. These are my words.
24

Page 59

1 BY MR. SCHIRMER:
2    Q.   And at the time you meant what you wrote?
3    A.   At the time I meant what I wrote.
4        (Exhibit No. 10 was marked as requested.)
5 BY MR. SCHIRMER:
6    Q.   Showing you what has been marked as
7 Exhibit 10 to your deposition. It is a -- a document
8 and an attachment bearing Bates No. MOARK-IPP-028504
9 through 505. It's dated Thursday, July 10, 2008, to
10 the e-mail at the top of the page 28504. What is
11 this e-mail and the attachment, sir?
12    A.   This appears to be an e-mail from me to our
13 senior management team on that date of July 10th
14 forwarding information from UEP and Phyllis Blizzard
15 and an attached -- an attached memo that would have
16 been written to the USEM members from Gene Gregory.
17    Q.   And you were providing this to members of
18 your management team for their information and use?
19    A.   Yes, for their information.
20    Q.   And -- excuse me. In the attached --
21 attached to the e-mail is a -- letter from Gene
22 Gregory to United States Egg Marketer members, is
23 that right?
24    A.   Yes.

Page 60

1    Q.   And in that -- the first two paragraphs
2 read, "In May you approved the export sale of 100
3 containers of eggs. Those eggs were delivered over a
4 period of May 21st through June 24th. The
5 Urner-Barry Midwest large quote was $1.04 from the
6 day you approved the export sale. During the period
7 of delivery, the Urner-Barry quote rose by $0.30 per
8 dozen. We therefore conclude that this export was of
9 great economic value to your company and the industry
10 as a whole."
11        Was that consistent with your understanding
12 of the markets at that time, sir?
13    A.   Was what consistent? The dollar amount
14 that's there?
15    Q.   The statement that the -- the statement,
16 okay, let's do it one by one.
17        The Urner-Barry Midwest large quote was
18 $1.04 on the date you approved the export sale. I
19 take it you don't remember that exact number?
20    A.   I don't remember that exact number.
21    Q.   During the period of delivery, the
22 Urner-Barry quote rose by $0.30 per dozen. Do you
23 recall that -- do you recall the Urner-Barry quote in
24 2008, May through June of 2008, rising substantially,

Page 61

1 let's say $0.30 per dozen, during that period of
2 time?
3    A.   I don't recall between May 21st and
4 June 24th if it rose substantially.
5    Q.   Do you recall whether it rose substantially
6 during -- approximately during that period of time?
7    A.   That's usually a very weak time in the egg
8 business. I -- I don't recall that exact period.
9    Q.   When you say it's generally a weak time,
10 what does at that mean?
11    A.   We're seasonal in this business. It's post
12 Easter and it's during the summer months where we
13 traditionally struggle to balance supply and demand
14 in the egg industry.
15    Q.   So generally when you say weak, you would
16 generally expect the egg prices to be falling during
17 that period of time?
18    A.   Not necessarily falling, just not as strong
19 as they are during the Easter and holiday periods.
20 It's just -- it's a relative comparison.
21    Q.   Do you remember receiving this e-mail from
22 -- this letter from Mr. Gregory?
23    A.   I don't remember this exact e-mail.
24    Q.   Do you remember ever telling Mr. Gregory

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL

Page 62

1 that you disagreed with his view that the export was
2 of great economic value to your company and the
3 industry as a whole?
4        MS. JACOBSEN:  Objection to form.
5 BY THE WITNESS:
6    A.  No.
7 BY MR. SCHIRMER:
8    Q.  Do you remember whether you disagreed with
9 Mr. Gregory at the time?
10    A.  Gene Gregory was very proud of his
11 organization and loved to promote what he did and the
12 things that Gene said were Gene's opinions and
13 sometimes we agreed, sometimes we didn't.
14    Q.  If you had an opportunity to review what
15 Mr. Gregory said prior to him making a presentation,
16 would you have told him if you disagreed with some of
17 the things he was saying?
18        MS. JACOBSEN:  Objection to form.
19 BY THE WITNESS:
20    A.  No.
21 BY MR. SCHIRMER:
22    Q.  You would have just let him go ahead and say
23 stuff you thought was wrong?
24        MS. JACOBSEN:  Objection to form.

Page 63

1 BY THE WITNESS:
2    A.  It's his presentation.
3 BY MR. SCHIRMER:
4    Q.  Do you ever recall whether you were involved
5 in Mr. Gregory's -- in a panel where Mr. Gregory made
6 a presentation to the industry on behalf -- let's say
7 you were chairman of a panel in which Mr. Gregory
8 made a presentation to members of the industry.
9    A.  Yes, I do remember --
10        MS. JACOBSEN:  Objection to form.  Go ahead.
11 BY MR. SCHIRMER:
12    Q.  When was that, sir?
13    A.  It was sometime in 2008.
14    Q.  I promise we'll come back.  I think we'll go
15 away from exports for right now.  How about that?
16        You said Moark, at the time you were there,
17 did long range planning.  What is Urner-Barry, sir?
18    A.  Urner-Barry is an independent food market
19 reporter based in New Jersey.  Been around since the
20 1850s.
21    Q.  And with regard to eggs, what services does
22 Urner-Barry provide?
23    A.  They provided to us an ongoing daily
24 tracking of their market quote.  They would quote the

Page 64

1 market based on a number of inputs and resources, and
2 quote the market independently and provide some
3 information for us, understanding of trends and tones
4 from their perspective.
5    Q.  And that was provided to Moark on a daily
6 basis?
7    A.  It was.
8    Q.  Do you recall reviewing that on a daily
9 basis?
10    A.  I didn't on a daily basis.
11    Q.  You reviewed it on a periodic basis?
12    A.  Weekly.
13    Q.  And why did you review it on a weekly basis?
14    A.  Because the market was moving.
15    Q.  Did Moark, in selling eggs to its customers,
16 use the quotations provided by Urner-Barry as a basis
17 for pricing to its customers?
18    A.  For a majority of the customers, yes.
19    Q.  Let's talk about that majority of the
20 customers.  Was that -- let's take a step back.
21        Do you have an understanding of what the
22 term specialty egg means?
23    A.  Yes.
24    Q.  What are specialty eggs?

Page 65

1    A.  It's any egg that isn't a traditional white
2 commodity shell egg in a carton.  It has special
3 attributes, characteristics, methods of raising the
4 hen to lay the egg.
5    Q.  For example, would cage free production be a
6 specialty egg?
7    A.  Cage free would be a specialty egg, yes.
8    Q.  Natural feed would be a specialty egg?
9    A.  Yes.
10    Q.  Did Land O' Lakes have a -- during the
11 period of time you were CEO, did you have a set of
12 Land O' Lakes brands of specialty eggs?
13    A.  Yes.
14    Q.  And other than the Land O' Lakes brand of
15 specialty eggs, did you sell any other brands of
16 specialty eggs?
17    A.  Yes, we did.
18    Q.  And those specialty eggs, were they priced
19 on the basis -- in reference to the Urner-Barry
20 index?
21    A.  No.
22    Q.  You said something about commodity eggs,
23 white commodity eggs.
24    A.  Mm-hmm.

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Page 66

Page 66

1    Q.   So commodity eggs are, you said, just
2  general white --
3    A.   Generic eggs.
4    Q.   -- generic eggs.
5        And were those -- is it your understanding
6  that Moark priced those eggs for its customers with
7  reference to the Urner-Barry price indexes?
8        MS. JACOBSEN:  Objection, asked and
9  answered.  Go ahead.
10 BY THE WITNESS:
11   A.   Yes, for the majority of customers.
12 BY MR. SCHIRMER:
13   Q.   What other -- was there another basis you
14 would price commodity eggs?
15   A.   There were some customers who asked for
16 fixed or flat pricing.  Some would go for an entire
17 year for quarter by quarter on commodity eggs.
18   Q.   Who were those customers, do you recall?
19   A.   Like Trader Joe's, for example.
20   Q.   During what period of time do you recall
21 Moark selling to Trader Joe's on a fixed or other
22 pricing basis?
23   A.   From the time I began at Moark in 2000 until
24 the business went elsewhere in 2008.

Page 67

1    Q.   Do you recall whether Moark performed retail
2  pricing audits?
3    A.   Yes.
4    Q.   Did it?  I asked you if you recalled and you
5  said yes, now I have to ask you what you recall.
6        Do you recall that it performed -- you
7  recall that it performed retail pricing audits?
8    A.   I recall that.
9    Q.   And do you recall whether that was done on a
10 weekly basis?
11   A.   When we were doing it, it was weekly.
12   Q.   Okay.  Do you recall the period of time in
13 which you did those audits?
14   A.   I don't.
15   Q.   I'm going to show you what is to be marked
16 as, I guess, Exhibit 11 to your deposition.  This was
17 previously marked as Exhibit 13 to Mr. Hodges'
18 deposition.  It bears Bates Nos. Moark IPP-0002193
19 through 2194, and this -- the attachments were
20 produced as 2194.
21       MS. JACOBSEN:  This is 11?
22       MR. SCHIRMER:  It's 11 to Willardson, it was
23 13 to Bob Hodges.
24       (Exhibit No. 11 was marked as requested.)

Page 68

1        MR. SCHIRMER:  The first page is 2193, then
2  the next page was produced as 2194, and that's -- all
3  of them were produced under that number.
4  BY MR. SCHIRMER:
5    Q.   Do you recognize this document, sir?
6    A.   Yes, I do.
7    Q.   What is it?
8    A.   This is a result of a weekly retail egg
9  price audit by store.
10   Q.   And this was -- and Mr. Hodges forwarded
11 this to you and to Ms. Rinehart.  Who is
12 Ms. Rinehart?
13   A.   She was my administrative assistant at the
14 time.
15   Q.   Okay.  That's all on that.  Do you recall if
16 Moark -- go back to this for a minute, I'm sorry.
17 What is IRI market data?
18   A.   IRI is an information resource data company
19 that provides retail data that it gathers to members
20 who subscribe to its service.
21   Q.   Did Moark subscribe to the IRI service
22 during the period of time you were the chairman and
23 chief executive officer?
24   A.   I'm sorry, I wasn't chairman.

Page 69

1    Q.   I mean chief executive officer and
2  president, forgive me.  I was trying to promote you.
3    A.   Thank you.
4    Q.   Did you subscribe?  You said it provided
5  data to people who subscribe.
6    A.   During most of the time I was president of
7  the company.  It wasn't the entire time.
8    Q.   Do you remember what period of time you
9  subscribed?
10   A.   My final three or four years in the company.
11 It was something Land O' Lakes contracted for us to
12 use.
13   Q.   Well, Mr. Hodges here is talking about the
14 use of IRI market data in 2006.  Do you see that?  He
15 says, "Jennifer, this is something I do each week for
16 Kroger corporate that you can help me with.  I would
17 also like to know if you are interested in doing some
18 analytical work with IRI market data.  Call me
19 tomorrow if you get a chance."  So it's your
20 recollection that Moark did not have a subscription
21 at that time?
22   A.   This information was prepared directly by
23 Bob Hodges to his customers.  I didn't have a lot of
24 visibility into this particular piece, this report.

18 (Pages 66 - 69)

VERITEXT REPORTING COMPANY
212-279-9424              www.veritext.com              212-490-3430

HIGHLY CONFIDENTIAL

Page 70

1 I have seen it before because it came to me via copy,
2 and I didn't recall what the dates were on that.
3 Yes, that's correct, it would have been during that
4 time period.
5    Q.   What is AC Nielsen, sir?
6    A.   It's a competing market data firm with IRI.
7 Just another source.
8    Q.   During the period of time you were at Moark,
9 did Moark subscribe to AC Nielsen data?
10    A.   We did.
11    Q.   For what purpose did Moark use IRI and AC
12 Nielsen data?
13    A.   Because the customer requested it, such as
14 Kroger, or we used it to provide category management
15 services to our customers.
16    Q.   What are category management services?
17    A.   Market intelligence.
18    Q.   So you tell them what's going on in the
19 market?
20    A.   We tell them what's going on.  We advise
21 them on how to optimize their egg sets, where they're
22 selling, where they're not.
23    Q.   So you, on a periodic basis, would receive
24 information about the retail audits?

Page 71

1    A.   Very infrequently would I receive this.
2 This was the kind of detail that was handled by our
3 sales staff.
4    Q.   Showing you what's to be marked as
5 Exhibit 12.
6        (Exhibit No. 12 was marked as requested.)
7        MR. SCHIRMER:  This is a document bearing
8 Bates Nos. MOARK0030736 through 743.  It's dated
9 December 9, 2008.
10 BY MR. SCHIRMER:
11    Q.   What is this Mr. Willardson?
12    A.   This is an e-mail from me to David Cisneros.
13    Q.   Who is David Cisneros?
14    A.   He was a Moark employee who was based in
15 Minneapolis at the time.  He was our director of M&A,
16 mergers and acquisitions.
17    Q.   For Moark?
18    A.   For Moark.
19    Q.   Who was David Holdsworth?
20    A.   He was also a Moark employee based in
21 Minneapolis.
22    Q.   What was his job?
23    A.   He was on the marketing team.  He was one of
24 those market analysts.

Page 72

1    Q.   Do you recall authoring this e-mail?
2    A.   No, I don't.  But I did appreciate my sense
3 of humor, I have to add that, in the middle of the
4 sentence.
5    Q.   I have to agree to that too.
6        I don't remember if I asked you this.  Do
7 you remember -- we can go away from that now.  We
8 talked a little bit earlier about you being a member
9 of a number of UEP committees and the board.  Do you
10 remember when you first became a member of the UEP
11 executive committee?
12    A.   2008.  I don't recall the exact date.
13    Q.   Showing you what I'd like to be marked as
14 Exhibit 13.
15        (Exhibit No. 13 was marked as requested.)
16        MR. SCHIRMER:  Exhibit 13 a document bearing
17 Bates No. MOARK0005547 through 5548.
18 BY MR. SCHIRMER:
19    Q.   This is an e-mail, the top part is an e-mail
20 from Gene Gregory to, I take it, you?
21    A.   Yes.
22    Q.   Dated Wednesday, October 10, 2007.  Does
23 this refresh your recollection as to when you were
24 appointed to the executive committee of the UEP?

Page 73

1    A.   Yes.  I was off by a year.
2    Q.   It was 2007?
3    A.   2007, thank you.
4    Q.   What did the executive committee do?  Excuse
5 me.
6        What were the roles and responsibilities of
7 the UEP executive committee during the time you were
8 a member of the executive committee?
9    A.   We would myth meet and discuss high level
10 topics that were of interest and importance to the
11 UEP across a variety of different areas and would --
12 would report those back to the membership.
13    Q.   Did the executive committee have any
14 decision-making authority on behalf of UEP?
15    A.   For matters that needed to go before the
16 board, no.
17    Q.   I'm not certain I understand.
18    A.   It didn't have any independent
19 decision-making ability or responsibility.
20    Q.   Showing you what is to be marked as
21 Exhibit 14 to your deposition.
22        (Exhibit No. 14 was marked as requested.)
23 BY MR. SCHIRMER:
24    Q.   This is a document bearing Bates No.

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL

1 MOARK0007549 through 7563.
2     This was produced from your files or your
3 custodial files. Do you have an understanding of
4 what this document is?
5     A.   Looks like it's an overview of the UEP, UEP
6 organization, its function, different committees.
7     Q.   The services it provides?
8     A.   Services it provides, yes.
9     Q.   And if you look on the -- the back page or
10 page 13, page 62, not the back page but the second to
11 back page, you are listed as a board member.
12     A.   Yes.
13     Q.   For 2008? As the secretary of UEP?
14     A.   Correct.
15     Q.   Do you have a recollection as to whether
16 this was produced in -- in or around 2008?
17     A.   I don't have a recollection of when it was
18 produced.
19     Q.   Well, okay. It was produced at a time when
20 they knew you were going to be a board member for
21 2008?
22     MS. JACOBSEN: Objection to form.
23 BY MR. SCHIRMER:
24     Q.   The second to last page says 2008 board of

1 directors.
2     A.   I'm not sure I understand your question. I
3 was nominated in 2007, I was on the board in 2008.
4     Q.   So the point is it wasn't produced in 2006,
5 it could only have been produced after that period of
6 time when you were nominated and became secretary of
7 the board of directors?
8     A.   I'm sorry, I missed the reference to 2006.
9     Q.   This couldn't have been produced in 2006
10 because you weren't the treasurer and weren't going
11 to be the treasurer or the secretary of UEP in 2006.
12     MS. JACOBSEN: Objection to form.
13 BY MR. SCHIRMER:
14     Q.   No one knew you were going to be the
15 secretary of UEP in 2006, did they?
16     MS. JACOBSEN: Objection to form.
17 BY THE WITNESS:
18     A.   No, they didn't -- I'm sorry, I don't
19 understand where you're getting -- referring to 2006.
20 BY MR. SCHIRMER:
21     Q.   When is the earliest date this could have
22 been produced, and you said you were elected in 2007
23 which means the earliest date this probably could
24 have been produced in 2007. I don't see a date on

1 it. I'm trying to get an area for when it could have
2 been produced, that's all.
3     On the first page it says UEP filed. Do you
4 know whose handwriting that is?
5     A.   That's my handwriting.
6     Q.   Did you have a file that related to UEP and
7 -- UEP?
8     A.   I did.
9     Q.   Was it in a Redwell?
10     A.   It was similar to that, kept in a
11 traditional file drawer.
12     Q.   In your office?
13     A.   In my office.
14     Q.   And we said this is an overview of the
15 services provided by UEP?
16     A.   Yes.
17     Q.   And other things, and other activities UEP
18 engaged in?
19     A.   Yes.
20     Q.   And to your knowledge, is this an accurate
21 -- let's look, for example, at page one,
22 MOARK00007550. Is it -- is the description of the
23 services provided to the industry on that accurate as
24 to your understanding?

1     A.   I can't speak to the history going back to
2 1968.
3     Q.   But during the time you were president --
4 you were president and CEO of Moark, is this an
5 accurate description of the services United Egg
6 Producers provided to the industry?
7     A.   Yes.
8     Q.   Is it accurate -- is it your understanding
9 that this is an accurate description of the services
10 provided by UEP during the entire time you were at
11 Moark?
12     A.   To the best of my understanding, yes. I
13 can't speak to all these committees on here. I
14 wasn't involved with them.
15     Q.   Please turn -- it says page three on the
16 bottom, MOARK0007552. It talks about -- it says
17 Government Relations on the top. What is -- I'm not
18 certain -- what is EggPAC?
19     A.   EggPAC is the political action committee
20 that is part of the UEP services provided where
21 members would fund the PAC for political donations.
22     Q.   Is EggPAC an entity separate from UEP? Do
23 you have an understanding --
24     A.   I don't know.

HIGHLY CONFIDENTIAL

Page 78

1  Q.  Okay.  That's what I was trying to get at.
2      One of the things it says on the first page
3  is it talks about production and marketing
4  information, that UEP provided that to the industry.
5  What is -- do you have an understanding of what that
6  refers to?
7      A.  That would refer to industry-related
8  information that would either be generated -- sourced
9  from the USDA or from the Egg Industry Center or any
10  other organization that the UEP would gather,
11  compile, and distribute.  Egg production on the
12  inside, I can't tell you exactly what the marketable
13  kind of information.  Perhaps Urner-Barry market
14  trends.  I don't know for sure.
15      Q.  Do you have and understanding of what was
16  referred to when it said unified industry leadership?
17      A.  Is that in the document?
18      Q.  It's on the first page.  I was actually
19  reading from the first page.  It says on page one,
20  7550, one of the things it provided as services to
21  the industry was production and marketing
22  information.  That was my first question.  Now I
23  asked do you have an understanding of what the --
24  what they mean when they say they provide service of

Page 79

1  unified industry leadership?
2      A.  No, I don't know what the -- what the intent
3  was for that.
4      Q.  Did there come -- during the time period you
5  were CEO of -- president and CEO of Moark, did UEP
6  have what it called programs by which it recommended
7  that producers, as a group, engage in early molting
8  and early kills of their flocks?
9      A.  Yes.
10      Q.  Did Moark participate in any of those
11  programs?
12      A.  Everything we did at Moark was independent,
13  as it was before my tenure, of the UEP's
14  recommendations.  In some cases they correlated with,
15  but we were -- we did that independent.
16      Q.  Did you ever tell UEP that you were
17  following the UEP -- a UEP molting --
18      A.  I did.
19      Q.  -- recommendation?
20      A.  I did.  With good will.  I don't -- it might
21  not have been following it directly, but we did -- we
22  mentioned we were participating.
23      Q.  Showing you what is to be marked as
24  Exhibit 15.

Page 80

1      (Exhibit No. 15 was marked as requested.)
2      MR. SCHIRMER:  This was previously marked
3  Exhibit 31 to Bob Hodges' deposition.
4  BY MR. SCHIRMER:
5      Q.  What is Exhibit 15, Mr. Willardson?
6      A.  This is an e-mail from me to Gene Gregory
7  dated April 13, 2006.
8      Q.  And what were you -- what was the subject of
9  the e-mail?
10      A.  Flock reduction.
11      Q.  And what were you telling Mr. Gregory?
12      A.  I was telling him that we were -- we had
13  scheduled, we had planned to reduce our flocks via
14  disposal and molt by four weeks, which as I recall
15  from this time frame, was not what the UEP
16  recommended.
17      Q.  Well, didn't you say, "If you wish to let
18  the industry know that the major producers such as
19  Moark and others are participating, feel free"?
20      A.  Yes.
21      Q.  If that wasn't what they -- what UEP had
22  recommended, why would you say to Mr. Gregory if you
23  want to let everybody knows that we are
24  participating, feel free?

Page 81

1      A.  It was a gesture of good will.  It was a
2  unified...
3      Q.  Showing you what is to be marked as
4  Exhibit 16.
5      (Exhibit No. 16 was marked as requested.)
6  BY MR. SCHIRMER:
7      Q.  This is a dated a week before the previous
8  e-mail?
9      A.  Correct.
10      Q.  And this is -- what is this document?  It's
11  -- it was originally marked as Hodges Exhibit 30,
12  Bates label MOARK00037086.
13      A.  This is an e-mail from me to the Moark
14  senior management team and Dan Knutson talking about
15  our planned adjustment to our flock schedules by four
16  weeks.
17      Q.  By four weeks.  That's underlined here, four
18  weeks?
19      A.  Yes.
20      Q.  And it's your recollection that this is not
21  what UEP was recommending at the time?
22      A.  No, UEP was recommending -- as I recollect
23  at this point, UEP was recommending a six-week early
24  molt and kill.  We met, as we always did -- this was

Page 82

1  -- this was right around the Easter period, so Easter
2  had just passed, and typically after the Easter
3  period, we review our schedules. So we had met as a
4  company, as we did every year, every seasonal period,
5  and made our own decision as what we were going to do
6  with the flocks. Do reduce them? Do we go
7  three weeks, four weeks, six weeks? And we decided
8  not to follow the UEP recommendation, but still go
9  four weeks with that.
10  Q.  In the second paragraph you wrote, "As you
11  recall from the recent UEP report, the egg industry
12  produces a surprisingly large number of eggs from May
13  to September, the lowest demand time of the year, and
14  needs to take action cutting back post Easter." Do
15  you see that?
16  A.  Yes.
17  Q.  I take it that was correct at the time and
18  it's been correct every year?
19  A.  It was certainly correct at that time.
20  Q.  It says, "Cal Maine confirmed they have
21  begun a similar program for next week."
22  A.  Yes.
23  Q.  How do you know that?
24  A.  I knew that because Cal Maine because was a

Page 83

1  joint venture and partner of ours on a project called
2  Delta Eggs in the state of Utah and we sat on the
3  board with three Cal Main members, so we discussed
4  what Cal Maine was intending to do. They were the
5  operators of that joint venture in Utah. So we would
6  discuss what are you doing with the JV, what was your
7  recommendation, and would -- would consider that with
8  what we were doing.
9  Q.  Did -- so this relates only to Delta Egg
10  Farm?
11  A.  This relates only to Delta Egg Farm.
12  Q.  Did you ever discuss with Cal Maine what its
13  plans were with regard to its timing of its flock
14  molts?
15  A.  No.
16  Q.  Why not?
17  A.  They were a competitor of ours.
18  Q.  Well, you discuss -- you got information
19  from them with regard to the joint venture which they
20  controlled.
21  A.  That doesn't mean that Cal Maine wouldn't
22  have discussed it at a UEP meeting.
23  Q.  I'm sorry, I don't understand. Cal Maine
24  might have said what they were planning to do at a

Page 84

1  UEP meeting?
2  A.  I'm speculating. I don't know.
3  Q.  I'm just wondering why -- did you know
4  Mr. Baker, Dolph Baker?
5  A.  Yes.
6  Q.  So you never called him up and said, Dolph,
7  let's coordinate our flock molting and kill
8  schedules?
9  A.  No, Cal Maine was by far the largest
10  producer in the country with two and a half times as
11  many birds as we had. What they did would not
12  necessarily relate to what we did. They operated
13  independent markets from us, different markets. They
14  -- there was not that much correlation, but we knew
15  -- they were the operators of Delta Egg Farm, we were
16  the joint venture partners. To the extent that they
17  had -- had made a decision for Delta, we respected
18  that and we -- and we planned -- we planned on our
19  own. We might have followed the same thing, we might
20  not have.
21  Q.  You just said Cal Maine's markets were not
22  correlated with yours necessarily. Were they not one
23  of Moark's major competitors?
24  A.  They were a competitor. They were very

Page 85

1  strong in the Southeast and in certain parts of the
2  Midwest. Our greatest strength was in the West Coast
3  and the Northeast.
4  Q.  Who were your primary competitors in the
5  Northeast at that time?
6  A.  At that time, it would have been Decoster
7  Eggs, Radlo foods, Kreher Farms out in New York.
8  Q.  And who have been your primary competitors
9  in the West?
10  A.  In the West it would've been Hidden Villa
11  Ranch, Hickman Egg in the West, NuCal Foods.
12  Q.  Did you ever call the chief executive
13  officer of Hidden Villa Ranch, Hickman Eggs, or NuCal
14  Foods and suggest that you all have the same flock
15  molting schedules?
16  MS. JACOBSEN: Objection to form.
17  BY THE WITNESS:
18  A.  No.
19  BY MR. SCHIRMER:
20  Q.  Why not?
21  A.  Well, some of those players didn't even have
22  chickens, they were a competitors. Hidden Villa
23  Ranch, for example was a very large, prominent
24  competitor.

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL

Page 86

1  Q.  Didn't own any chickens?
2  A.  Didn't own any chickens.
3  Q.  How about Hickman? Did they own chickens?
4  A.  They own chickens.
5  Q.  Did you call them?
6  A.  I didn't.
7  Q.  Do you know if anybody at Moark did?
8  A.  I don't know if anyone at Moark did.
9  Q.  During the period of time you were chairman
10 and chief executive officer of Moark, did Moark have
11 a formal compliance program that addressed antitrust
12 issues?
13       MS. JACOBSEN:  Objection to form.
14 BY THE WITNESS:
15  A.  What do you mean by formal compliance
16 program?
17 BY MR. SCHIRMER:
18  Q.  Did you have training of Moark executives
19 that would address compliance with the antitrust
20 laws?
21  A.  Yes.
22  Q.  Did there come a time when Moark ceased to
23 be a member of UEP?
24  A.  Yes.

Page 87

1  Q.  When was that?
2  A.  2010.
3  Q.  Why?
4  A.  Advice of counsel.
5  Q.  Who made that decision?
6       MS. JACOBSEN:  Objection to form.
7 BY MR. SCHIRMER:
8  Q.  Who made the decision that Moark would no
9 longer be a member of UEP?
10  A.  It came from counsel.
11  Q.  Did you, acting upon counsel's
12 recommendation, make the decision for Moark that it
13 would no longer be a member of UEP?
14  A.  Yes.
15       MR. SCHIRMER:  This is 17.
16       (Exhibit No. 17 was marked as requested.)
17 BY MR. SCHIRMER:
18  Q.  Showing you what has been marked as
19 Exhibit 17 to your deposition Bates labeled
20 MOARK208957 through 58.
21       MR. DAVIS:  Excuse me, the streaming
22 stopped, and I missed the Bates number.
23       MR. SCHIRMER:  Okay.  It's MOARK0028957
24 through 958.

Page 88

1       MR. DAVIS:  Thank you.
2       MR. SCHIRMER:  Sure.
3 BY MR. SCHIRMER:
4  Q.  What is this document?
5  A.  On the top it is an e-mail from Arnie Sumner
6 to Joe Fortin dated November 29, 2004, regarding UEP
7 economic summit.
8  Q.  Now at the bottom of 2895 and on 28958,
9 that's 957 and 958, is that -- what is that?  It says
10 original message.
11  A.  Yes, okay, original message is a -- this is
12 an e-mail from me to Joe Fortin dated November 26,
13 2004.
14  Q.  It says Subject, UEP Economic Summit.  What
15 was the UEP Economic Summit.  Do you recall?
16  A.  I don't know.  I didn't attend the Economic
17 Summit.
18  Q.  Do you know whether Mr. Fortin did?
19  A.  I don't know.
20  Q.  Do you know whether anybody from Moark did?
21  A.  It's ten years ago.  I really don't know.
22  Q.  It says, "Joe, I received a form from Moark
23 that asks for a signature for intention to meet
24 market needs.  Did you already sign one on behalf of

Page 89

1 Moark?"  Do you see that?
2  A.  Yes.
3  Q.  You said, "We can talk Monday during the
4 conference call."  Do you remember whether he had
5 signed that form to -- at or around this time?
6  A.  No, I don't remember.
7  Q.  Among the services UEP provided, said it
8 provided the industry, was the Animal Care Certified
9 Program.  Do you remember what that program was, sir?
10  A.  Yes.
11  Q.  What was it?
12  A.  The Animal Care Certified Program was a
13 program developed by the UEP and other -- by an
14 independent panel in response to the customers'
15 interest, animal activist pressure.  It was a program
16 to -- to put in place greater animal welfare at the
17 time.
18  Q.  Do you remember what some of the basic
19 provisions of the animal welfare program were?
20  A.  Yes.
21  Q.  What were some of them?
22  A.  Some of them were -- the primary provision
23 was for cage space allowance, and that was -- that
24 was of most interest to the -- to the parties such as

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL

Page 90

1 the activists and the customers.
2 Q. Do you recall whether there were -- part of
3 the program involved annual audits?
4 A. Yes.
5 Q. What happened during those audits?
6 A. Yeah, either the USDA or another outside
7 service would come perform an audit based on a list
8 of criteria to ensure that we were meeting the
9 program and they established points and assessed each
10 producer, and assessed their compliance with the
11 Animal Care Certified Program.
12 Q. Now you said they established points, so for
13 various categories of issues or rules, points were
14 established?
15 A. Yes.
16 Q. A point value was established?
17 A. Yes.
18 Q. Do you recall whether, during the time you
19 were at Moark, a failure to meet the cage space
20 allowance guidelines was -- would cause a company to
21 fail an audit?
22 A. My recollection is that it would cause an
23 audit failure.
24 Q. Do you remember if there came a time when

Page 91

1 backfilling would cause a company to fail and audit
2 unless that backfilling was done in response to a
3 catastrophic situation?
4 A. I don't recall if backfilling was -- was --
5 merited failure.
6 Q. Do you know of any other auditing programs
7 in the industry, any other animal welfare programs,
8 that are audited in the industry?
9 A. There's -- the American Humane Society does
10 audits. There are other certifying groups that are
11 separate from the UEP that, at customer requests,
12 will do audits of producers.
13 Q. You just said something I'm not certain I
14 understand. You said at customer requests they will
15 do audits of producers. What do you mean by that?
16 A. Well, if a customer is carrying a specialty
17 egg, for example, and they want it to have the --
18 seal of a certain group, such as American Humane,
19 they could request that from their supplier. In some
20 cases, it was the UEP certified logo only, or it
21 could be one of these other -- other auditing
22 certifying groups.
23 Q. Have you ever heard of a group called the
24 American Humane Association?

Page 92

1 A. That's -- that's what I was referencing.
2 Q. There's the Humane Society and American
3 Humane Association?
4 A. Sorry, American Humane Association. Not to
5 be confused with the Humane Society of America.
6 Q. Fair enough.
7 MR. SCHIRMER: Let's take a break.
8 THE VIDEOGRAPHER: We are going off the
9 video record at 11:43 a.m.
10 (A short break was taken.)
11 THE VIDEOGRAPHER: We are back on the video
12 record at 11:59 a.m.
13 BY MR. SCHIRMER:
14 Q. Before we broke, I showed you a couple of
15 e-mails that you wrote to people at Moark and then to
16 Mr. Gregory regarding flock reduction, accelerated
17 flock kills. Do you remember whether Moark came to
18 the conclusion that that program, I guess in
19 conjunction with Cal Maine's similar program, had an
20 effect on egg prices?
21 MS. JACOBSEN: Objection to form.
22 BY THE WITNESS:
23 A. I have no idea if that had a direct impact
24 on egg prices.

Page 93

1 (Exhibit No. 18 was marked as requested.)
2 BY MR. SCHIRMER:
3 Q. Showing you what has been marked as
4 Exhibit 18. This is a document that was produced as
5 Moark -- and there's two pages here, but it's 0037125
6 and 37127, which was the -- this was, based upon the
7 way this was produced, the attachment to the e-mail
8 that's in the front from your file, sir.
9 The second page of the exhibit is simply
10 something for reference so that you'd know what -- so
11 everyone would know when they're looking at it where
12 it was produced from and what the Bates number was on
13 the first page. It was printed in native form, the
14 form in which -- in the native form in which it was
15 produced, okay?
16 Do you have an understanding as to what this
17 document is, sir?
18 A. Yes, I do.
19 Q. What is it?
20 A. This would be a -- one of the regular
21 performance reports given by each of our three
22 regions throughout the year.
23 Q. Can you turn to the -- I guess it's the
24 third page of this document, of this -- fourth page.

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL

Page 94

1 One, two, three, fourth. It says Moark Highlights on
2 the top. It's not that page, it would be this page,
3 which is right after the opening page of the report.
4    A.  Oh, yes.
5    Q.  The second page of the report. Once you
6 have a look at that, I'm going to ask you a couple
7 questions.
8        Do you know for whom this report was
9 prepared?
10    A.  This report would be prepared for the senior
11 management team of Moark and the chairman of Moark's
12 board.
13    Q.  Who prepared this document, do you know?
14    A.  This would have been from Jerry Kil and his
15 group.
16    Q.  And the first page is an e-mail?
17    A.  Yes.
18    Q.  There is an e-mail from Mr. Kil to Dan
19 Knutson, you, Mr. Hudgens, Mr. Fortin, Mr. Dent, and
20 Mr. Hodges?
21    A.  Correct.
22    Q.  And then you forwarded this to Mike Lamere
23 and Jennifer Reinhart. That's on the front page.
24        MS. JACOBSEN: I don't think we have that.

Page 95

1        THE WITNESS: I don't see that. We just
2 have one document. Is there another document?
3 BY MR. SCHIRMER:
4    Q.  You just have it from Jerry Kil?
5    A.  Yes.
6    Q.  Okay. The exhibit is actually MOARK0037126,
7 not 125, which is just the e-mail from Mr. Kil to
8 Mr. Knutson. I printed out the wrong page. I
9 actually have the page where you forwarded that
10 e-mail to Mr. Lamere, but that's okay.
11        If you'll turn to the second page of the
12 highlights, it said -- it says, "The early molt kill
13 has impacted efficiencies and the per-dozen cost
14 production amortization and processing when compared
15 with prior months or previous years." Do you have an
16 understanding of what Mr. Kil was -- meant when he
17 wrote that in this Highlights section of this report?
18    A.  Yes, I do.
19    Q.  What did he mean?
20    A.  He was referring to the fact that with fewer
21 hens in existing cage space, we're going to have
22 greater fixed costs per dozen eggs produced because
23 we have obviously less hens to produce those eggs.
24    Q.  Now Mr. Kil then writes, "The benefit of

Page 96

1 increased market levels has far exceeded the reduced
2 efficiency and impact on the bottom line." Is that
3 consistent with your understanding of what happened
4 at the time, sir?
5        MS. JACOBSEN: Objection to form.
6 BY THE WITNESS:
7    A.  That's Jerry Kil's observation at the time.
8 BY MR. SCHIRMER:
9    Q.  At the time was that consistent with your
10 understanding of the market?
11        MS. JACOBSEN: Objection to form.
12 BY THE WITNESS:
13    A.  At the time it was one potential factor
14 which could have impacted the market.
15 BY MR. SCHIRMER:
16    Q.  Then why did he say, "The benefit of the
17 increased market levels has far exceeded the reduced
18 efficiency and impact on the bottom line"?
19        MS. JACOBSEN: Objection to form.
20 BY THE WITNESS:
21    A.  It's what Jerry Kil believed.
22 BY MR. SCHIRMER:
23    Q.  Mr. Kil was --
24    A.  Vice president of operations.

Page 97

1    Q.  How long had he been in the egg business at
2 that point in time?
3    A.  At least 25 or 30 years by that point.
4    Q.  And you said it was what Mr. Kil believed at
5 the time?
6    A.  Yes.
7    Q.  And Mr. Kil was reporting this to you and
8 you were his boss?
9    A.  He was reporting it to me. I didn't alter
10 or suggest any of his presentation.
11    Q.  Okay.
12    A.  Didn't approve them.
13    Q.  Did you disapprove them?
14    A.  No.
15    Q.  Okay. Do you recall discussing this
16 presentation with Mr. Kil at the time?
17    A.  We discussed every presentation, so I don't
18 recall it, but I'm sure I did.
19    Q.  Do you recall telling Mr. Kil, discussing
20 the section on -- discussing the benefit of the
21 increased market levels has far exceed the reduced
22 efficiency and impact o the bottom line with Mr. Kil
23 at any meeting?
24    A.  I remember that topic coming up at various

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL

Page 98

1 times. We were all quick to try and explain market
2 changes. I'm sure we discussed it.
3    Q.  Do you remember telling Mr. Kil he was
4 wrong?
5    A.  No.
6    Q.  We were just -- I don't think I'll come back
7 to that topic today.
8         We were talking a little bit earlier about
9 the Animal Care Certified Program, and you talked
10 about the American Humane Association. I'd like to
11 show you a document, Exhibit 19 to your deposition.
12         (Exhibit No. 19 was marked as requested.)
13         MR. SCHIRMER: This bears Bates Nos.
14 MOARK-IPP-0028024 through 028.
15 BY MR. SCHIRMER:
16    Q.  Do you understand what this document and the
17 attachment is, sir?
18    A.  Yes, as I'm reading it through, I am
19 understanding it.
20    Q.  What is it? If you need more time, that's
21 fine.
22    A.  I do need a little bit more time.
23    Q.  Okay.
24    A.  Okay.

Page 99

1    Q.  What is this, sir?
2    A.  This is a press release from the UEP
3 announcing an animal welfare auditing relationship
4 with the American Humane Association, and on the
5 cover is -- is an e-mail referencing helping Stan;
6 Stan was our sales director in 2008 at Moark West.
7 Fresh and Easy was a new customer we had with, as I
8 recall, very strict requirements about -- about their
9 humane certifications and they would have required an
10 American Humane Association approval or logo.
11    Q.  And is this reflecting an agreement between
12 the UEP and AHA that an AHA audit would be sufficient
13 for UEP purposes?
14         MS. JACOBSEN: Objection to form.
15 BY THE WITNESS:
16    A.  That's what it says. I don't recall this
17 document from this time frame.
18 BY MR. SCHIRMER:
19    Q.  Well, do you recall that the -- while you
20 were on the board of the UEP, it entered into an
21 agreement with the American Humane Association
22 regarding auditing?
23    A.  Yes, I do.
24    Q.  And do you recall the -- in general, the

Page 100

1 terms of that agreement?
2    A.  I don't recall all the details, I just knew
3 that it was a benefit for those that were concerned
4 about cost.
5    Q.  Do you know whether the American Humane
6 Association has its own standards for space
7 allowances to be given to caged hens?
8    A.  No, I don't.
9    Q.  Would you surprised to find out that they
10 do?
11         MS. JACOBSEN: Objection to form.
12 BY THE WITNESS:
13    A.  No.
14 BY MR. SCHIRMER:
15    Q.  Would you -- are there -- in your experience
16 with the American Humane Association's standards more
17 stringent than those of the UEP?
18         MS. JACOBSEN: Objection to form.
19 BY THE WITNESS:
20    A.  I can't say.
21 BY MR. SCHIRMER:
22    Q.  Would you be surprised to find out that
23 their standards for cage space do not require an
24 automatic failure of its -- of an AHA audit if a

Page 101

1 member or company does not meet the cage space
2 requirements?
3         MS. JACOBSEN: Objection. Objection to
4 form.
5 BY THE WITNESS:
6    A.  I guess I would be surprised.
7 BY MR. SCHIRMER:
8    Q.  Have you ever seen American Humane -- humane
9 certified animal welfare standards?
10    A.  I haven't read through them. I'm familiar
11 with their documents. We used to receive
12 certifications from them as needed, but I haven't
13 read the standards. I wouldn't be familiar.
14    Q.  And you haven't read the audit standards?
15    A.  No.
16    Q.  Okay. Now we talked some today about the
17 UEP Animal Care Certified Program. We talked about
18 the -- what you called, I think, one of the main
19 issues that was involved, the cage space that was to
20 be given to each chicken. Is that right?
21    A.  Mm-hmm, yes.
22    Q.  Were there also standards with what you do
23 with spent hens?
24    A.  Yes, there were standards for spent hens.

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL

Page 102

1   Q. And was that called depopulation practices?

2   A. Depopulation practices?

3   Q. Yeah, depopulation.

4   A. That's another term that's used, yes.

5   Q. What does that mean?

6   A. It just means removing -- at the end of

7 their useful laying life, removing hens from

8 production and humanely euthanizing them.

9     (Exhibit No. 20 was marked as requested.)

10 BY MR. SCHIRMER:

11   Q. Showing you what has been marked as

12 Exhibit 20 to your deposition, sir.

13   A. Sorry, what was your question?

14   Q. About to ask a question. The Bates number

15 on this is MOARK0005651. I even got all the zeros

16 right.

17     What is this, Mr. Willardson?

18   A. This is an e-mail from me to Gene Gregory

19 dated August 21, 2006, regarding UEP practice for our

20 New Mexico facility.

21   Q. Now when you say -- you say in this e-mail,

22 "I agree we need to be in compliance with the latest

23 UEP guidelines. No mention was made in past audits.

24 Don Brown, our production manager, has informed me

Page 103

1 we've already ordered standard kill carts for

2 depopulation." What were kill carts?

3   A. Kill carts were the -- it was a mechanism to

4 remove birds from the cage once they had been -- had

5 been removed and then euthanized to take them out and

6 accumulate the carcasses.

7   Q. What is -- do you have an understanding of

8 what modified atmosphere killing is?

9   A. That's the use of the CO2 in the kill carts.

10   Q. Maybe I misunderstood what kill carts are.

11 I understood you to say it's what you take them away

12 from -- after you've killed them?

13   A. No, I'm sorry, it's when they go into the

14 kill cart.

15   Q. And what happens in the kill cart? I'm just

16 trying to understand. What is your understanding of

17 how -- of how the kill carts are used for

18 depopulation of henhouses?

19   A. That's where the modified atmosphere takes

20 place and the CO2 is fed. I did not get involved in

21 this end of the operation, but that's my

22 understanding.

23   Q. I can't ask you to tell me anything more

24 than you know.

Page 104

1   A. That's all I know.

2   Q. That's enough for me.

3     MR. SCHIRMER: Why don't we take a break

4 now? The next section is going to go for a while.

5     THE VIDEOGRAPHER: We are going off the

6 video record at 12:17 p.m.

7     (A short break was taken.)

8     THE VIDEOGRAPHER: We are back on video

9 record at 1:20 p.m.

10 BY MR. SCHIRMER:

11   Q. When we finished a little earlier, you were

12 talking a little bit about the UEP Certified Program,

13 and you talked about some -- one of the things was

14 the cage space was different. Have you ever been

15 inside of some of chicken houses at Moark?

16   A. Yes.

17   Q. Have you seen the cages?

18   A. I have seen the cages.

19     MR. SCHIRMER: Can we mark these two please?

20     (Exhibit Nos. 21 and 22 were marked as

21     requested.)

22 BY MR. SCHIRMER:

23   Q. Showing you what has been marked as

24 Exhibits 21 and 22 to your deposition; 21 bearing

Page 105

1 Bates Nos. MOARK0016849 through 50, and 22 bearing

2 MOARK0016851 through 52. Have you ever seen this

3 before?

4   A. I've seen something similar.

5   Q. Okay.

6   A. As this diagram.

7   Q. Let's go to Exhibit No. 21. It says at the

8 top Big Dutchman, Univent 568-A US Cage Profile.

9     Do you know whether Moark has any cages that

10 are configured as is the one in Exhibit 21?

11   A. Yes, we do.

12   Q. Is there a term of art for this type of cage

13 configuration?

14   A. This looks like a stacked deck manure drying

15 belt configuration.

16   Q. Now when you say stacked deck, what -- let's

17 deal with each part of that.

18   A. Okay.

19   Q. What do you mean when you say a stacked

20 deck?

21   A. Meaning the rows of cages are stacked evenly

22 on top of each other in the layhouse.

23   Q. And when you say manure drying. What does

24 that mean?

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL

Page 106

1    A.   So the manure that falls from the hens goes
2 down to a moving belt underneath each row of cages
3 and it is air dried and removed at the end of the
4 row, so it's a pretty sanitary procedure.
5    Q.   And do each of these cages have belts by
6 which the eggs that are laid are taken into the --
7    A.   Yes, a separate belt in front of the cage
8 itself.
9    Q.   And on the picture we are looking at, it
10 would be one of these two sides here (indicating)?
11 Where would that be?
12   A.   They're on both sides here (indicating).
13   Q.   Okay.  And there are -- what I'm trying to
14 understand is --and you said both sides.  So is this
15 -- this is two cages up top -- let's look at the one
16 on the left.  There are one, two, three, four
17 stacked, what looks like four stacked.  Is that eight
18 cages?
19   A.   That would be eight cages, yes.
20   Q.   Okay.  So it's two -- a tier of two cages of
21 whatever width you want to buy?
22   A.   Right, right.
23   Q.   Now look at No. 22.  You said you've seen
24 something like this before.  Is there a term of art

Page 107

1 for what this depicts?
2    A.   This looks like a -- a deep pit cage
3 configuration.
4    Q.   And what is a deep pit cage configuration?
5    A.   Where the manure drops directly from the
6 cages straight down into a pit where it's handled and
7 dried and organized, removed eventually.
8    Q.   Sorry.  I started to interrupt you, I'm
9 sorry.
10       Does Moark have any of these deep pit cage
11 configuration cages -- or let's put it maybe more
12 precise.  Did they during the time --
13   A.   Did they, because I've been out of it now
14 for a year.  Not only is my memory not what it used
15 to be, but...
16   Q.   Forgive me.
17   A.   I haven't seen the business for a while.
18   Q.   During the time you were at Moark, did they
19 have any cage configuration --
20   A.   Yes, we did.  We were in the process of
21 upgrading these and phasing them into the newer
22 cages.
23   Q.   So upgrading these?  Is that -- it looks
24 like an A to me.

Page 108

1    A.   This is an older style cage system.
2    Q.   And you were in the process of moving them
3 more towards --
4    A.   Towards the stacked deck.  The 67-square
5 inch animal care certified.
6    Q.   And it says on -- excuse me.  Excuse me.  On
7 Exhibit 21 that they are designed to satisfy UEP
8 requirements for up to eight birds at 67 inches,
9 right?
10   A.   Correct.
11   Q.   So this is what you were moving to as you
12 replaced old cages?
13   A.   Right.
14   Q.   Do you know about how long cages last?
15   A.   We used to depreciate them close to
16 20 years.  I figure that's a pretty good life.
17   Q.   That's a fair estimate of life?
18   A.   Yes.
19   Q.   Now in the animal care program, is it your
20 recollection -- do you have a recollection as to when
21 the animal certified care program began?
22   A.   The first phase was implemented in 2002.  It
23 was actually, the program began to be developed in
24 2000.  It didn't go into effect until '02.

Page 109

1    Q.   All right.  I'd like to show you what's
2 going to be marked as Exhibit 23 to the deposition.
3       (Exhibit No. 23 was marked as requested.)
4       MR. SCHIRMER:  This is a document that was
5 produced as MOARK00000101.  That's on the front page
6 of exhibit.  That's something I printed out.
7 BY MR. SCHIRMER:
8    Q.   Ever seen this document before?
9    A.   Yes, I have.
10   Q.   What is it?
11   A.   And I remember it well.
12   Q.   You remember it well?
13   A.   I do.
14   Q.   Okay.  Well, let's talk about it for a
15 couple minutes then.  What is the first page of the
16 document itself?
17   A.   The first page of the document is a copy of
18 -- it looks like this was in the pre-e-mail days,
19 looks like a memo form from Don Brown to me.  Don was
20 our director of egg production in the West.
21   Q.   And he -- and the subject is UEP Guidelines?
22   A.   Yes.
23   Q.   And he says, "Craig, the following
24 spreadsheet represents the impact of following UEP

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL

Page 110

1 guideline for space allowance."
2    A.   Mm-hmm.
3    Q.   Did you ask him to do this for you?
4    A.   It's not unlikely that I would have. I
5 can't remember if this came from a specific request.
6    Q.   If you turn to the next page, the next one,
7 two, three pages that start off with UEP Welfare
8 Guidelines, and the first, I guess, table would that
9 be?
10    A.   Yes.
11    Q.   It says E&M cage houses only. Now what was
12 E&M?
13    A.   E&M was our Fontana, California, production
14 facility.
15    Q.   And Mr. Brown created this chart for you, is
16 that correct?
17    A.   Yes.
18    Q.   And it says, Total Birds Current. That was
19 the number of birds you had in that -- in those
20 houses at E&M at the time this was created?
21    A.   That's correct.
22    Q.   And then it -- he then lists a number of
23 birds that would be in a house, in those houses,
24 those existing houses, at each of the UEP guidelines

Page 111

1 numbers for space --
2    A.   That's exactly right.
3    Q.   Okay. And then there's Romoland is next,
4 and it says something that I don't really understand.
5 It says, Houses 1 through 20, it says total birds
6 current 596,640, no change until 67 square inches.
7 Why would that be?
8    A.   Romoland, coincidentally, was already at --
9 if I remember, it was around 68 inches. It was
10 actually a little bit -- because it was an old house,
11 old series of houses, it was already at, I believe,
12 68 inches at the time, so we didn't make any
13 adjustments.
14    Q.   Okay. Then there's Norco Main, white hens,
15 cage houses only, and it says there will be no change
16 in that house. That's because -- is that because, as
17 it suggests here, they were currently already -- you
18 were already giving them 72 inches?
19    A.   These were old, large cages.
20    Q.   The -- there's one on brown hens, but this
21 was for -- the next one, Norco Main, brown hens, cage
22 houses only, there will be no change until 76 square
23 inches?
24    A.   Because the requirement for brown birds was

Page 112

1 different than for white.
2    Q.   Because the brown birds are bigger?
3    A.   They're bigger.
4    Q.   And he didn't -- what Mr. Brown did was he
5 explained what would be the change in the capacity of
6 that house from what you had to what it would be in
7 the future?
8    A.   Right.
9    Q.   And he -- and then you had McAnally Berino.
10 What was McAnally Berino?
11    A.   Berino was our New Mexico facility, and
12 McAnally was the name of the company that we acquired
13 in 2002, so we just identified it by its former name.
14    Q.   And you say -- here you have Houses 1
15 through 12. I see tat it says cage space for bird,
16 and I guess that's at the current time which was --
17    A.   Right.
18    Q.   -- that was 3-2002, which was -- was 53.3?
19 That's under -- right there (indicating).
20    A.   Yeah, there it is.
21    Q.   And then he provides you what the capacity
22 of those houses would be in total at that facility
23 under each of the guidelines, is that right?
24    A.   That's correct.

Page 113

1    Q.   Okay.
2    A.   Can I go back and correct something on
3 Romoland?
4    Q.   Sure.
5    A.   You were asking about why -- you pointed out
6 that column. They were at 64 square inches.
7    Q.   Yes.
8    A.   So that's why they didn't -- there wasn't a
9 change required until it reached 67.
10    Q.   And that would be the last year of the --
11    A.   Yeah.
12    Q.   Okay. And you were at some -- in the
13 ordinary course of business, Moark was replacing some
14 cages in any event?
15    A.   Yes.
16    Q.   Okay. Finally, McAnally Lakeview, is that
17 also in New Mexico?
18    A.   That's in California, city of Lakeview.
19    Q.   My knowledge of California geography is
20 sadly lacking these days.
21    A.   I'm sorry to hear that.
22    Q.   This is a set of houses in Lakeview,
23 California that were owned by Cal Maine -- I mean by
24 Moark at the time?

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL

Page 114

1    A.  Yes.
2    Q.  And once again, Mr. Brown gave you an
3  analysis of how fewer hens would be held at each of
4  the levels?
5    A.  Yes.
6    Q.  Mr. Brown -- and you expect Mr. Brown to do
7  his job and do it accurately, didn't you?
8       MS. JACOBSEN:  Objection to form.
9  BY THE WITNESS:
10   A.  Yes.
11 BY MR. SCHIRMER:
12   Q.  Good.  I'm going to show you another
13 document.
14      (Exhibit No. 24 was marked as requested.)
15 BY MR. SCHIRMER:
16   Q.  This is also marked as Hodges No. 21, so
17 this is a document bearing Bates number -- what was
18 produced as MOARK0000460.  If you want to see it, I
19 marked this at Mr. Hodges' deposition as Exhibit 20
20 or 21, I can't tell from my own handwriting, which...
21 BY MR. SCHIRMER:
22   Q.  Do you know what this document is, sir?  Is
23 it the same document that was attached to the
24 previous --

Page 115

1    A.  I was just comparing numbers.  It looks like
2  -- looks like it's a variation of the previous
3  report.
4    Q.  Do you know who prepared this document?
5    A.  I don't.  It likely would have been Don.
6    Q.  You -- do you have an idea of approximately
7  when this was prepared?
8    A.  No, I don't.
9    Q.  Okay.
10      (Exhibit No. 25 was marked as requested.)
11 BY MR. SCHIRMER:
12   Q.  Showing you what has been marked as
13 Willardson Exhibit 24 to your deposition, sir.
14      THE COURT REPORTER:  25.
15      MR. SCHIRMER:  25.
16 BY MR. SCHIRMER:
17   Q.  This is a document that was produced as
18 MOARK0016320.  Have you ever seen this document
19 before, Mr. Willardson?
20   A.  I don't remember it.  Is there a date --
21 well, you see some dates on top there.
22   Q.  Do you know who -- do you have an
23 understanding of who might have produced this
24 document?

Page 116

1    A.  No, I didn't have responsibility in the
2  Midwest in 2002, or depending on when this was -- I
3  don't know when this was prepared, so I didn't work
4  with these facilities at that point.
5    Q.  Is Anderson, Missouri, a Moark facility?
6    A.  Yes, it is.
7    Q.  And it has a number of cages there?
8    A.  Yes.
9    Q.  Is Boulder Valley a Moark facility?
10   A.  Yes.
11   Q.  Is Hathaway, Missouri, a Moark Midwest
12 facility?
13   A.  It is.
14   Q.  How about Timber View, Missouri?
15   A.  Yes, it is.
16   Q.  And Top --
17   A.  Top notch.
18   Q.  Top Notch, is that a Moark facility, sir?
19   A.  Yes, it is.
20   Q.  And Clearfield, Iowa, is that a Moark
21 facility?
22   A.  Yes.
23   Q.  If I were to want to find out who -- who
24 created this document, who should I talk to?

Page 117

1    A.  You could start with Jerry Kil.  It probably
2  came from Dan Hudgens, who was not with Moark after
3  2008.
4    Q.  Did Mr. Hudgens report to Mr. Kil?
5    A.  No, he reported to me after I became CEO.
6    Q.  Prior to that did he report to Mr. Kil?
7    A.  I believe it was to Mr. Fortin.
8    Q.  Showing you what is to be marked as
9  Exhibit 26 to your deposition.
10      (Exhibit No. 26 was marked as requested.)
11 BY MR. SCHIRMER:
12   Q.  This is a document bearing Bates No.
13 MOARK00036518 through 519 or 520, and there is an
14 attachment to it that was produced as MOARK0036521 on
15 the exhibit.  I think I even printed it in color.
16 It's -- I put a cover page in there for convenience
17 of counsel.  Once again, it's printed from the
18 native.
19      What are the first couple pages of this
20 document, Mr. Willardson?
21   A.  Well, it looks like a chain of e-mails the
22 last one being from Jerry Kil to me on September 24th
23 of '07.
24   Q.  It says it includes something called UEP

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL

Page 118

1 Space Effects 2007.

2    A.  Mm-hmm.

3      MR. SCHIRMER:  Excuse me, off the record for

4 just a second.

5      THE VIDEOGRAPHER:  We are going off the

6 video record at 1:41 p.m.

7      (A short break was taken.)

8      THE VIDEOGRAPHER:  We are back on video

9 record at 1:42 p.m.

10      MR. SCHIRMER:  After my rude interruption

11 from my phone, we're back on the record.

12 BY MR. SCHIRMER:

13    Q.  Do you have an understanding of what the

14 document that was produced as MOARK0036521 is?

15    A.  I haven't seen this document before, but it

16 looks like it's another analysis of the impact of the

17 phase-in of the UEP Certified Program on the total

18 flock.

19    Q.  Do you know who created this UEP space

20 effects document?

21    A.  It looks like it came from a gentleman named

22 David Newman, who is a cage salesman on the East

23 Coast.

24    Q.  What is neagri.com?

Page 119

1    A.  Northeast Agri-Builders, is what that stands

2 for.

3    Q.  So they sold cages?

4    A.  They sold cages.

5    Q.  You don't remember seeing this?

6    A.  I don't think I ever saw this document.

7    Q.  Well, it's at least to you.  Maybe you

8 didn't read it, but that's okay.

9    A.  Let me say I don't remember the document.

10    Q.  Fair enough.

11      Now these documents have shown some

12 reduction in the number of hens who could be at Moark

13 starting in 2002 in the existing facilities, is that

14 right?  Under the UEP cage space limitations?

15    A.  This one is actually the national flock

16 here.

17    Q.  Yeah, but the prior documents had shown at

18 Moark --

19    A.  Yes.

20    Q.  What the effect on Moark would be.

21      So starting in 2002 you had an idea of what

22 the effect on the existing capacity was?

23    A.  Mm-hmm.

24    Q.  And isn't it the case that Moark's flock,

Page 120

1 the flock Moark owned actually was reduced from 2000

2 to 2008?

3      MS. JACOBSEN:  Objection to form.

4 BY THE WITNESS:

5    A.  No.

6

7 BY MR. SCHIRMER:

8    Q.  Showing you what has been marked as

9 Exhibit 27 to your deposition.

10      (Exhibit No. 27 was marked as requested.)

11 BY MR. SCHIRMER:

12    Q.  This is a document labeled MOARK-IPP-027780

13 through 27781.  What is this document?

14    A.  Well, it looks like it's a comparison of

15 2002 starting flock and 2008 at some point in time

16 during the year.  Of hens in cage systems, cage free

17 aviary.

18    Q.  Now this would be -- page one at the top,

19 who is the e-mail from?

20    A.  That's from me.

21    Q.  And when did you send this out?

22    A.  December 2008.

23    Q.  Who did you send it to?

24    A.  Some of the company management.

Page 121

1    Q.  Who is -- and Andrew is --

2    A.  He was a consultant.  Andrew Hanson did some

3 work for us.

4    Q.  Who's Greg Foster?

5    A.  Gary Foster is the director of processing

6 for the West.

7    Q.  Don Brown?

8    A.  He was our production manager in the west.

9    Q.  Bob Kreider, who was that?

10    A.  He was -- worked for the hatch company.

11    Q.  And Jerry Kil was your director of

12 operations?

13    A.  Yes.

14    Q.  And you say -- you have the subject, FW:

15 Change Statistics, and then the document that is

16 apparently attached is UEP Change, 2000 to 2008, and

17 you write, "Information regarding Moark's production

18 in 2000 to 2008.  See attached."  Is that right?

19    A.  Yes.

20    Q.  On the next page, it shows the layers

21 represented in the various cage configurations Moark

22 has, is that right?  These are owned layers only, I

23 assume.

24      MS. JACOBSEN:  Objection, form.

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL

Page 122

1 BY MR. SCHIRMER:
2    Q.  Moark marketed for 26 million about this
3 time, didn't it?
4       MS. JACOBSEN:  Objection to form.
5 BY THE WITNESS:
6    A.  24 to 26.
7 BY MR. SCHIRMER:
8    Q.  And had around -- I promise -- well, okay.
9    A.  I don't remember that number.
10    Q.  This is the layers that Moark owned, isn't
11 it?  It says here, approximate total layers
12 represented above, 2002, 13,323,664; 2008,
13 11,146,592.  That represents Moark owned layers,
14 doesn't it?
15    A.  It should -- it should, but I'm not familiar
16 with these numbers.  We actually expanded in 2005 but
17 -- in one location alone, a million birds.
18    Q.  Who is Mr. -- who is Ken Pauze?
19    A.  Ken Pauze was a manager from the East
20 Region.
21    Q.  And at this time he worked -- he worked for
22 you, at least indirectly?
23    A.  He would have reported through Jerry Kil's
24 group.

Page 123

1    Q.  And Mr. Pauze sent this to Gene Gregory,
2 this same document?
3    A.  Yeah, it looks like something Gene
4 requested.
5    Q.  So you think Mr. Pauze was incorrect when he
6 did this?
7       MS. JACOBSEN:  Objection to form.
8 BY THE WITNESS:
9    A.  I can't say.
10 BY MR. SCHIRMER:
11    Q.  Now earlier today we talked a little bit
12 about there is an auditing process.
13    A.  Mm-hmm.
14    Q.  Did Moark ever fail an audit, a UEP audit?
15    A.  I recall that we had at least one correction
16 that we -- where we adjusted, modified it, corrected
17 it, and came back and got a pass on it in one
18 location.
19    Q.  Let me show you what has been marked as --
20 what's to be marked as Exhibit 28 to your deposition.
21       (Exhibit No. 28 was marked as requested.)
22 BY MR. SCHIRMER:
23    Q.  This is a document bearing Bates number
24 MOARK00027417 through 425.  What's the first page of

Page 124

1 this document, sir?
2    A.  The front page is a memo from Linda Reickard
3 of the UEP from me on February 26, 2004.
4    Q.  And what is Ms. Reickard writing you about?
5    A.  She says, Something we might want to address
6 before the next annual independent audit is
7 conducted, identified house number six.  To be at 59
8 square inches, you should have no more than 61,016
9 birds.  It looks like we were over by 224 layers in
10 one house, and I'm not sure which house she's
11 referring to.
12    Q.  It says house number six.
13    A.  We had hundreds and hundreds and hundreds of
14 houses across the...
15    Q.  Okay.  I don't -- this is the only document
16 that was included in that, so I don't know either.
17 You don't recall which house that was?
18    A.  No, I don't.
19    Q.  It says that you ae over the 61,016 birds by
20 224.  If that -- if you were over by 224 and did the
21 audit, you would have failed the audit, wouldn't you?
22       MS. JACOBSEN:  Objection to form.
23 BY THE WITNESS:
24    A.  But that was in a single house.  I believe

Page 125

1 at the time it was -- it was by complex.
2 BY MR. SCHIRMER:
3    Q.  Wasn't it if one house failed, every place
4 failed?
5    A.  I --
6       MS. JACOBSEN:  Objection to form.
7 BY THE WITNESS:
8    A.  I don't remember.  I thought at this point
9 in time it was for a complex, rather than an
10 individual house.
11 BY MR. SCHIRMER:
12    Q.  You don't remember --
13    A.  On average.  This is a single house, 224
14 layers.  I don't recall.
15    Q.  Okay.  Do you know if -- if it -- could you
16 fail if you were one bird over the amount that you
17 were supposed to have?
18       MS. JACOBSEN:  Objection to form.
19 BY THE WITNESS:
20    A.  I don't know.
21 BY MR. SCHIRMER:
22    Q.  224 is what, half of one percent?
23    A.  It's a small number.  Well, even out of one
24 house it's a small number.  Out of an entire -- it's

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL

Page 126

1 a small number.
2    Q.  It's less than half of one percent at this
3 house?
4    A.  At that house.
5    Q.  Do you remember whether you were aware as to
6 -- as to whether Moark's salespeople were telling
7 customers that one of the factors causing higher egg
8 prices was the UEP cage space guidelines?
9      MS. JACOBSEN:  Objection to form.
10 BY THE WITNESS:
11    A.  I am aware of that.
12 BY MR. SCHIRMER:
13    Q.  What are you aware of?  You said yes, you
14 were aware of that.  You were aware that they were
15 doing that?
16    A.  I am aware that that was one of the factors
17 that they were discussing with customers during --
18 during higher egg markets.
19     (Exhibit No. 29 was marked as requested.)
20 BY MR. SCHIRMER:
21    Q.  Showing you what has been marked as
22 Exhibit 29 to your deposition, which was also
23 Exhibit 29 to Mr. Hodges' deposition.  I swear I
24 didn't plan that.  Is this how you became aware that

Page 127

1 some of your salespeople were telling clients --
2    A.  Yes, mm-hmm.
3    Q.  And this is -- what is this, sir?  It bears
4 the Bates No. MOARK0004559 through 4560?
5    A.  This is an e-mail with attachment that Bob
6 Hodges sent to me on January 18, 2007, titled Eggs.
7 This is --
8    Q.  "Here is a response Mark used when Jay asked
9 the question."  That's what Bob wrote -- what
10 Mr. Hodges wrote to you?
11    A.  Yeah, here is the response Mark used.  So
12 Jay is one of our -- Jay Flecker, he was our Midwest
13 sales director, and in January of 2007, it was -- we
14 had a very, very sharp run-up in the market following
15 the two worst years in my 24 years in the egg
16 industry, so we had customers that wanted to know
17 what was going on, a legitimate question, and this
18 was something we didn't -- we didn't anticipate this
19 as late as December of 2006 that we would be seeing
20 the kind of market we did.  So this was an attempt,
21 as best as we could to be able to say, you know,
22 here's why your prices for eggs are higher and why we
23 didn't anticipate it.  Again, we had just come off a
24 terrible period in the egg industry where we were

Page 128

1 selling eggs below the cost of production, the
2 customers had become very accustomed to those prices,
3 and -- and simply asked why is this happening.
4    Q.  And this was provided to customers?
5    A.  Yes.
6    Q.  And you were trying to give customers an
7 honest answer?
8    A.  Trying to be as honest and open as we could
9 be.
10    Q.  Didn't lie to your customers?
11    A.  Never, never.
12    Q.  You said you faced a couple bad years prior
13 to that?
14    A.  Yes.
15    Q.  Do you recall whether you thought that the
16 way to -- ultimately to make sure you would not face
17 any more of those such years was supply-side
18 management of eggs in production?
19     MS. JACOBSEN:  Objection to form.
20 BY THE WITNESS:
21    A.  I wouldn't call it supply-side management,
22 unless I did.
23 BY MR. SCHIRMER:
24    Q.  Showing you what's been marked as

Page 129

1 Exhibit 30.
2     (Exhibit No. 30 was marked as requested.)
3 BY MR. SCHIRMER:
4    Q.  This is a document bearing Bates label
5 MOARK0017717 through 17718.
6     Do you know what this document is,
7 Mr. Willardson?
8    A.  Yes.  This is an e-mail from me to a former
9 Moark employee who was in the retail food and
10 business, Eric Ewing is his name.
11    Q.  When you say he was working in the retail
12 food business, what do you mean?
13    A.  I think he was working for a reporting
14 service like IRI.
15    Q.  And when did you send this e-mail?
16    A.  I sent it December 3, 2007.
17    Q.  And you were -- the first line is, "Prices
18 are sky high for a few reasons."  Is that right?
19    A.  That's correct.  Once again, an attempt to
20 explain to somebody, to the best of our
21 understanding, why these prices were high.
22    Q.  And one of the reasons why prices were high
23 is that there had been five export orders to Europe
24 and Asia during that year.  Is that one of

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL

Page 130

1 the factors --
2    A.   That's one of the reasons.
3    Q.   You said feed prices were higher, so that
4 was leading to higher prices?
5    A.   To the extent we pass those on, yes.
6    Q.   Then you say, "The drive to expand into new
7 cage complexes is limited, therefore, supply it is
8 down."  I'm not certain I understand that.
9    A.   The cost to fill in with new -- typical
10 expansion that occurs in the industry was down
11 because of -- because of just coming off two of the
12 worst years anyone had ever seen in the industry,
13 lack of capital in the industry, uncertainty about
14 where things are after being stung so badly the
15 previous period.
16    Q.   It says, "Animal activists are proposing
17 cage bans around the country, including California.
18 The drive to expand into new cage complexes is
19 limited, therefore supply is down."  Are those two
20 sentences necessarily linked?
21    A.   You're right, they are linked.  With the
22 uncertainty as to are we going to be pushing toward
23 -- towards something greater than the 67 square
24 inches, as the animal activists wanted, that caused

Page 131

1 people to say, let me slow down and see where this is
2 all going.  So that's what it refers to.
3    Q.   And it was also becoming more costly --
4       MS. JACOBSEN:  Let him finish his question.
5       MR. SCHIRMER:  That's fine.  He's fine.
6
7 BY MR. SCHIRMER:
8    Q.   And it was getting harder to permit,
9 environmental permits were getting harder to get?
10    A.   In California, yes.
11    Q.   So you say the industry lost a lot, so
12 everyone cut back -- and I'm just summarizing, the
13 industry lost a lot so everybody cut back.
14    A.   Record losses, yeah.
15    Q.   Then you say, "Supply side management is the
16 answer."  So what were you saying there?
17    A.   I'm saying responsible supply management and
18 that's -- when I say that, I am thinking as much
19 individually as I would be for the industry as a
20 whole.  Any commodity group, you'll have those that
21 want to expand without having markets, notorious for
22 doing that.  Just being responsible in how we grow
23 the business.
24       I also note in the second sentence -- can I

Page 132

1 go back to this one we were just looking at?
2 Marginal producers cut back.  That is a typical
3 result of a very hard years when the cost of -- when
4 your selling price is actually less than the cost of
5 feed.
6    Q.   What do you mean by marginal producers?
7    A.   Those that are not efficient, those that are
8 running old operations that tend to lose more money.
9 They go out of business.
10    Q.   Would -- would that generally be smaller
11 operations?
12    A.   That would be small to midsize operations.
13    Q.   Now you were watching on a regular basis the
14 inventory of layers, or at least you were given
15 information on a regular basis as to the nation's
16 inventory of layers, is that correct?
17    A.   Yes.
18    Q.   Showing you what is being marked as
19 Exhibit 31 to your deposition.
20       (Exhibit No. 31 was marked as requested.)
21 BY MR. SCHIRMER:
22    Q.   It's a single page document bearing Bates
23 number MOARK0036344.  It is an e-mail dated -- what
24 is it, sir?

Page 133

1    A.   The e-mail is dated Friday, June 22, 2007.
2 It's from Gene Gregory to --
3    Q.   A large list?
4    A.   A large list.
5    Q.   Including you?
6    A.   Including me.  Probably members of the UEP
7 board.
8    Q.   And he talks about the layer inventory
9 report?
10    A.   Yes.
11    Q.   Did Mr. Gregory circulate this type of
12 information on a periodic basis to members of the
13 board?
14    A.   Yes.
15    Q.   And during that time you were a member of
16 the board.
17    A.   Yes.
18       MR. SCHIRMER:  Why don't we take a
19 five-minute break.  I may be able to get through the
20 rest of this fairly quickly.
21       THE VIDEOGRAPHER:  We're going off the video
22 record at 2:05 p.m.
23       (A short break was taken.)
24       THE VIDEOGRAPHER:  We are back on video

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL

Page 134

1 record at 2:14 p.m.
2 BY MR. SCHIRMER:
3    Q.  Something that occurred to me while I was
4 thinking about it a little bit, walking out, you were
5 on a number of UEP committees over the years?
6    A.  Yes.
7    Q.  And the board of directors.  Did you attend
8 a number of UEP meetings?
9    A.  During that period, yes.
10   Q.  Do you recall if you attended most of the
11 board of directors meetings?
12   A.  Yes.
13   Q.  And when you were a member of the executive
14 committee, most of the executive committee meetings?
15   A.  Yes.
16   Q.  And when there was a vote, you would vote on
17 whatever was in front of the committee?
18   A.  Yes.
19   Q.  And when you were on the board, obviously,
20 you vote as a member of the board on whatever's
21 there?
22   A.  We did.
23   Q.  And was it your understanding that a simple
24 majority vote on the UEP board would lead to an

Page 135

1 adoption of whatever motion was before the UEP board?
2    A.  Not necessarily.
3    Q.  Under what circumstances would something
4 other than a simple majority be required?
5    A.  I'm referring to simple majority of the
6 executive committee.  Is that what you're --
7    Q.  No, I'm referring to the board right now.
8    A.  To the board, yes, a simple majority.
9    Q.  What about a simple majority of the
10 executive committee?
11   A.  I guess that would qualify, would pass.
12   Q.  And were there times when you would attend
13 meetings of UEP committee meetings that you were not
14 a member of?
15   A.  Occasionally.
16   Q.  Do you recall ever attending a UEP marketing
17 committee meeting?
18   A.  I probably did.
19   Q.  Do you recall whether you got materials at
20 that meeting?  Were you ever given materials at such
21 meetings?
22   A.  We were given materials at every meeting;
23 whether or not I put them in my UEP file and kept
24 them, I don't know.

Page 136

1    Q.  Who is -- in 2007, did Paul Osborn still
2 work for Moark?
3    A.  Actually, Paul Osborn, at that point, had
4 gone to work with a company called Golden Oval, to
5 whom we sold our egg products business.
6    Q.  And you sold that in 2006?
7    A.  2006.  So he was employed by that company.
8       (Exhibit No. 32 was marked as requested.)
9 BY MR. SCHIRMER:
10   Q.  Showing you what has been marked as
11 Exhibit 32, it's a -- what bears Bates labels
12 UE0309830 through 9845 plus an attachment.  I can't
13 tell, but I think it goes all the way to 948.  I may
14 have chopped them off when -- chopped off the last
15 three numbers when I was stapling them.
16       Do you recall ever seeing this before, sir?
17   A.  I don't recall, but apparently I was at the
18 meeting.
19   Q.  Do you recall attending a meeting in San
20 Antonio?
21   A.  Yes, I do.
22   Q.  I'd like to you look at the document that
23 bears Bates UE0309835 and then 9836.  That's on the
24 bottom, that's two and three.

Page 137

1    A.  Mm-hmm.
2    Q.  It says United States Egg Marketers Members
3 January 2007.
4       Does -- from what you can see here, is this
5 consistent with your recollection as to the
6 membership of United States Egg Marketers as of
7 January of 2007?
8    A.  I don't recognize all the names on here, but
9 that's not unusual.
10   Q.  Now it has three, Kofkoff Egg Farm, Moark
11 Productions, and Norco Ranch.  Were each of these
12 companies separately members of USEM?
13   A.  As carryover companies they were separate
14 members.  My recollection is we only had -- we only
15 had one vote as Moark is a consolidated organization.
16   Q.  Okay.  Look at page -- it has nine at the
17 bottom.  It says Benefit of USEM Export, January 2007
18 Report.  Do you recall reviewing this document?
19   A.  No.
20   Q.  Do you recall Mr. Gregory ever stating that
21 there was an estimated revenue gain of 660,000 per
22 million hens over a ten-week period based upon
23 exports?
24   A.  This was seven years ago.  I don't recall

35 (Pages 134 - 137)

HIGHLY CONFIDENTIAL

Page 138

1 the specifics.
2    Q.  Do you recall him ever estimating the
3 revenue gain?
4    A.  Yes.
5    Q.  Per million hens?
6    A.  Yes.
7    Q.  Did you ever talk to Mr. Gregory about those
8 estimates?
9    A.  No.  They were Gene's estimates and somebody
10 with an accounting background such as myself, I just
11 took them as estimates.
12    Q.  I won't ask.
13        I'm going to show you a document and two
14 attachments marked as Exhibit 33.
15        (Exhibit No. 33 was marked as requested.)
16 BY MR. SCHIRMER:
17    Q.  The first two documents are e-mails and then
18 there is an attachment.  There is an e-mail from
19 Austin Smith at AGIO, which I assume is Goldsmith
20 AGIO Helms, to you, Don Dent, Bob Hodges, and
21 Mr. Hudgens, Dan Hudgens, is that right?
22    A.  That's right.
23    Q.  And apparently attached is what's called the
24 final draft of the management presentation for the

Page 139

1 Lakers Group.  What was the Lakers Group?
2    A.  It was an investment group that was a
3 potential buyer for Moark in 2006, not to be confused
4 with the L.A. Lakers, as some people did in this
5 organization.
6    Q.  I thought it might be somebody from Land O'
7 Lakes.
8        And Goldsmith AGIO Helms, was that a -- who
9 were they?
10    A.  They were a mid-market investment advisor.
11 This group was based Minneapolis.
12    Q.  And Goldsmith AGIO Helms advised Moark on
13 the sale of its eggs products division to Golden
14 Oval, didn't they?
15    A.  They did.
16    Q.  Was this management presentation given to
17 that group of investors?
18    A.  Yes, it was.
19    Q.  Let's have a look at this.  This bears Bates
20 number MOARK0034675 through 676, and a larger
21 document produced as MOARK0034677, and the front page
22 of it is Overview Of The Shell Egg Business is that
23 right?
24    A.  Yes.

Page 140

1    Q.  And that's because as of June 2006 you had a
2 pending sale of your egg product business to Golden
3 Oval, is that right?
4    A.  We did, but this report is for the shell egg
5 business, not the egg products.
6    Q.  The Lakers were somebody who was thinking of
7 buying Moark and at that point, all you had to sell
8 was the shell egg business?
9    A.  Correct.
10    Q.  On page five of this document, this document
11 has got pages down here in the lower right-hand
12 corner, I think.  You can change it, you can unhinge
13 it.  I did that because it was easier me.
14        On page five, I guess it's in tan, I was
15 told by Mr. Hodges, it lists the management team, and
16 the first is Craig Willardson, president, chief
17 executive officer.  That's correct as of that -- as
18 of the summer of 2006?
19    A.  Yes.
20    Q.  And it says you had 22 years of relevant
21 experience.  Is that experience in the eggs business
22 at that point?
23    A.  Would have been a combination of the egg
24 business and the food business, including my

Page 141

1 experience at Denny's.
2    Q.  But not necessarily your time at Arthur
3 Young?
4    A.  Not the time at Arthur Young.
5    Q.  Did you go straight from Arthur Young to
6 Denny's?
7    A.  Yes, I did.
8    Q.  What was your job at Denny's?
9    A.  I had various positions.  I was the manager
10 of financial reporting, director of financial
11 planning, and then controller for one of the
12 divisions.
13    Q.  Now if you look at number five, it says
14 pending sale of the eggs products business.  That was
15 the sale of the eggs products business to Golden
16 Oval?
17    A.  Yes.
18    Q.  So the next page, it states that -- there's
19 a series of bullet points.  Overview, Moark presents
20 a unique coast-to-coast branding opportunity.  Do you
21 see that?
22    A.  Yes, I do.
23    Q.  And Moark was, through Goldsmith AGIO Helms,
24 presenting this presentation, either in conjunction

36 (Pages 138 - 141)

HIGHLY CONFIDENTIAL

Page 142

1 or through Goldsmith, to potential investors?
2　A.　Yes.
3　Q.　It says you had a national footprint.　What
4 did you mean by that?
5　A.　We extended from Southern California to the
6 Northeast with various points in between.
7　Q.　So you could sell essentially all over the
8 United States?
9　A.　We could sell a substantial portion of the
10 country.
11　Q.　Did you sell in Hawaii in those cases?
12　A.　We did sell in Hawaii, but not Washington,
13 Oregon, Alaska.　Other northern states.
14　Q.　Bummer.
15　A.　And yes, I did go to Hawaii a few times.
16　Q.　Okay, you beat me to that question.
17　　　On page seven, it says, "Goals and
18 priorities for Moark's management, transform Moark to
19 a national integrated operating company."　What does
20 that mean?
21　A.　That meant we had historically been a
22 collection that had grown through acquisition.　We
23 had ten acquisitions over a three-year period and
24 there were still a lot of independent operations.　It

Page 143

1 was my goal and our goal to make sure we were
2 consolidated, uniform, thinking alike across the
3 country.　Just more efficient.
4　Q.　Which reminds me, do you have an
5 understanding as to whether Moark has sold off any of
6 its businesses in the last month or so?
7　A.　I do.
8　Q.　What is your understanding?　There's an
9 announcement on May 23rd.
10　A.　Yes, it sold its Midwest Division to a group
11 of egg producers and a private equity investor and
12 sold its California operations to a co-op in
13 California.
14　Q.　In this presentation to the Lakers Group,
15 there's -- on page nine, would you please turn to
16 that?　Now the information given here on page nine is
17 -- includes market information, and that's -- is that
18 the best understanding of the market as Moark
19 understood it at the time?
20　　　MS. JACOBSEN:　Objection to form.
21 BY THE WITNESS:
22　A.　That would have been our best understanding
23 at that time.
24 BY MR. SCHIRMER:

Page 144

1　Q.　On the second major bullet point it says,
2 "Evolving industry dynamics will contribute to
3 consolidation."　There's -- the one, two, three,
4 four, five down the line it says, "Access to markets
5 and producer mentality."　Do you have an
6 understanding of what that means?　What that meant at
7 the time?
8　A.　Well, I understand access to markets
9 producer mentality.　I don't know what was intended
10 by that.　I can't recall what was intended by that
11 comment.
12　Q.　Now if you turn to the next page it lists
13 the top ten egg marketing companies.　Do you see
14 that?　And it lists Moark as second.　Now it says
15 number in the table here on page ten, it says company
16 and then there's number of layers marketed and number
17 of layers owned.　What's the difference between
18 layers marketed and layers owned?
19　A.　Layers marketed would have been an estimate
20 for the total sales of the company.
21　Q.　And layers owned is the actual number of
22 layers the company reported owning?
23　A.　Yes, and if you look down below you see Fort
24 Recover Equity.　That was our joint venture

Page 145

1 operation.
2　Q.　In Ohio?
3　A.　In Ohio, yep.
4　Q.　And it said you owned 50 percent of the
5 gains and losses from the birds there, and controlled
6 the marketing efforts through a joint venture.
7　A.　Yes.
8　Q.　Yeah.　So that was -- all this is accurate
9 to the best of Moark's ability at the time?
10　A.　At the time, yes.　Estimates in terms of
11 layers marketed, because that's a -- that's one of
12 those numbers.
13　Q.　But Moark would know how many layers it
14 marketed?
15　A.　Yes.
16　Q.　Okay.　Please turn to the next page.　The
17 first bullet point is Shell Egg Demand Factors,
18 Population Growth.　First sentence is, "As with most
19 commodities, sales are positively correlated with
20 population growth."　What does at that mean?
21　A.　That means that there's going to be a
22 continued, say, one percent consumption growth to
23 track the population.　Eggs have a 98 percent
24 household penetration, therefore, we all eat eggs, as

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL

Page 146

1 the population grows, we expect there to be a
2 correlation with consumption.
3    Q.   Was the egg -- per capita egg consumption
4 relatively stable over the period, say, 2002 to 2010?
5    A.   It was relatively stable.
6    Q.   You also list egg supply has surpassed
7 demand causing shell egg prices to fall.  Do you see
8 that on the left-hand side?
9    A.   Oh, yes.
10    Q.   It says there are certain shell egg supply
11 factors on major bullet point number two, I guess.
12 It says, once again, it's similar to what you talked
13 about earlier, feed cost, lower feed prices encourage
14 increased supply, low egg prices eventually force
15 inefficient producers with older facilities out of
16 the market.  We've already discussed that, right?
17    A.   Right.
18    Q.   You said new modern facilities are more
19 expensive, sophisticated and time-consuming to build.
20 Was that accurate as of June 2006?
21    A.   Yes, it was.
22    Q.   And it says the UEP Animal Care
23 Certification Program increases the amount of space
24 needed per bird per cage, is that correct?

Page 147

1    A.   That's correct, as well as diseases.
2    Q.   And diseases --
3    A.   Because we actually experienced that
4 firsthand.
5    Q.   And in 2010, you also had a recall, didn't
6 you?
7    A.   Yes.
8    Q.   And you were able to recall the eggs that
9 from -- was it Iowa?
10    A.   Iowa, yes.
11    Q.   Would you turn to the next page it?  Talks
12 about shell egg prices are often determined by the
13 Urner-Barry market.  This is what we were talking
14 about -- is this referring to what we discussed
15 earlier with respect to most commodity eggs are based
16 upon the Urner-Barry quotations?
17    A.   Yes.
18    Q.   The third bullet point says egg producers
19 from lower cost regions are moving into high cost,
20 high price regions.  What phenomenon are you
21 referring to there, sir?
22    A.   In other words, those that are located in
23 the Corn Belt such as Iowa, Midwest, would export
24 their eggs into the Northeast or California where --

Page 148

1 higher cost, higher priced regions where -- if they
2 thought they could get a better return for their --
3 for their product.
4    Q.   And customers were purchasing from people in
5 the Midwest if they were up in the Northeast because
6 they could provide lower costs?
7    A.   Lower cost, or at least a competing cost.
8 They would -- they wouldn't purchase directly from
9 the egg -- the suppliers in the Midwest.  For the
10 most part, they would go through one of us as
11 distributors.
12    Q.   Did you purchase eggs -- did Moark, during
13 the period of time you were at Moark, purchase eggs
14 from other egg producers?
15    A.   We did.
16    Q.   Who were some of the egg producers you
17 purchased from?
18    A.   Purchased from Wright County Eggs of Iowa,
19 Center Fresh Farms, Centrum Farms.  We had regular
20 supply and we had --
21    Q.   Did you ever -- did you have a business
22 arrangement with Cal Maine pursuant to which you
23 would purchase surplus eggs produced at the Delta Egg
24 Farm?

Page 149

1    A.   Yes.  Yes, we bought eggs from Delta Egg
2 Farm, but it was our own joint venture, so I don't
3 consider that an outside -- outside producer.
4    Q.   Okay.  Did you ever purchase any other eggs
5 from Cal Maine?
6    A.   I don't recall.
7    Q.   Did you ever attend a management meeting at
8 Cal Maine?
9    A.   Yes.
10    Q.   When did you do that, sir?
11    A.   I attended that in 2006.
12    Q.   What was the -- what occasioned you to
13 attend a Cal Maine management meeting?
14    A.   It was an invitation from them to say,
15 Welcome to our joint venture, partner, who was new in
16 his position as CEO, and we'd like to have you spend
17 some time with us.
18    Q.   How long were you there?
19    A.   I was there for a little over a day.
20    Q.   Do you remember what type of issues were
21 discussed while you were at that management meeting?
22    A.   They reported on the -- their individual
23 plants and how they performed.  It was mostly an
24 operational review.  I don't recall if there was --

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL

Page 150

1 other industry topics or anything else.
2    Q.  Do you recall whether you were given a big
3 book of materials?
4    A.  I was.
5    Q.  And do you recall the materials -- you said
6 it was basically an operational review.  Did that
7 include things like their cost of production?
8        MR. SCHIRMER:  Hello?  Did somebody just
9 join?  Somebody must have left.  Don't worry, it's
10 me.  I'm boring them.
11 BY MR. SCHIRMER:
12    Q.  Did that include -- did the information
13 include things like their cost of production?
14    A.  Yes, it did.
15    Q.  Would you have a look at product overview?
16 That's on -- it starts on page 15, but there is a
17 cover page that says product overview.  It shows
18 Ralph's Grocery Company category review.  What is
19 this?
20    A.  This is a typical store set we would call it
21 for Ralph's, which is a division of the Kroger
22 Companies in Southern California, so to the potential
23 buyers of the organization, we wanted to demonstrate
24 how many different brands we sold and give them a

Page 151

1 feel for -- for what our market make up was like.
2    Q.  And it shows generic eggs being 93 percent
3 of the total volume.  That's dozens?  What does that
4 mean?
5    A.  That means that commodity eggs made up
6 93 percent in 2005.
7    Q.  Of Moark's sales?
8    A.  Of Moark's total sales, right.
9    Q.  And branded eggs, that would be Land O'
10 Lakes, basically?
11    A.  Land O' Lakes, Eggland's Best were the two
12 big brands.
13    Q.  Specialty eggs would include all the
14 specialty eggs we discussed earlier today?
15    A.  Organic, cage free, omega-3.
16    Q.  Some of which were marketed under the Land
17 O' Lakes brand?  Or would Land O' Lakes be considered
18 branded --
19    A.  No, it would be considered branded.  So
20 those were considered in the branded category,
21 specialty were all other non-branded.
22    Q.  The next page talks about national branded
23 and specialty eggs.  The first point is the U.S. --
24 the second bullet point on that is the market is

Page 152

1 growing 14 percent annually.  Is that consistent with
2 your recollection of the market about that time?
3    A.  Yes.
4    Q.  This third point is the profit margins are 5
5 to 15 times higher than commodity shell eggs.  Was
6 that for Moark at the time?
7    A.  This contains some -- some marketing promo,
8 was put together by our investor/broker.  I can't say
9 if that was consistent, accurate.  That's kind of a
10 wide range, 5 to 15.
11    Q.  Okay.  But you had an opportunity to review
12 this before it went out?
13    A.  Yeah, we did, and during this year --
14 remember, this was during the poorest commodity
15 prices in history.
16    Q.  If you're making negative, I hope it's not
17 15 times worse than the negative losing.
18    A.  You had to be there.
19    Q.  All right.  It says prices are fixed, not
20 impacted by Urner-Barry.  Is that because they're
21 cost plus contracts?
22    A.  Yeah, they're cost plus or flat price.
23 Yeah.
24    Q.  Now would the -- it says they command a

Page 153

1 price premium at retail of 100 to 300 percent.  Do
2 you see that?
3    A.  Yes.
4    Q.  Was that accurate?
5    A.  For the retailers, yes, that was accurate.
6 That doesn't refer to the wholesale price.
7    Q.  I understand.
8    A.  But for the retailers, yes.
9    Q.  And -- and do you have an understanding as
10 to why specialty eggs could command a premium over
11 commodity eggs at the retail?
12    A.  It's a smaller niche.  It's a different kind
13 of a buyer that wants a specialty egg, that's willing
14 to pay up for it.  Obviously there's more cost in
15 producing a specialty egg, and just fewer of them,
16 therefore, higher prices.
17    Q.  You said something, a different kind of
18 buyer willing to pay more for them.  So people who
19 are looking for organic eggs are people who would in
20 the store and look for them?
21    A.  Yes, like a typical Whole Foods type shopper
22 that wants that kind of an egg.
23    Q.  Okay.  Would you please turn to page 23?  In
24 the corner it says top tier customer base.

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL

Page 154

1    A.  Mm-hmm.
2    Q.  I assume that that was an accurate marketing
3  description of what you thought your customer base
4  was?
5    A.  Yes.
6    Q.  And it has one, two, three, four categories.
7  The first is traditional retail.  That -- what does
8  that mean?
9    A.  That means large chain grocery stores that
10  you're familiar with.  Albertson's, Kroger.
11    Q.  And they represented 34 percent of Moark's
12  sales in terms of dozens of eggs?
13    A.  In terms of volume, yes.
14    Q.  And mass merchandisers, that's -- it looks
15  like it's just Walmart?
16    A.  Walmart.
17    Q.  Now who's Country Creek?
18    A.  Country Creek was the intermediary broker
19  that handled the Walmart business for much of the egg
20  community, not all of it.  So we would sell through
21  Country Creek to Walmart.
22    Q.  The next one down is Cal Maine and Walmart.
23  What does that refer to?
24    A.  That would have been the eggs that were sold

Page 155

1  from our Delta Utah joint venture to Cal Maine for
2  Walmart.  For Walmart located there in Utah that
3  belonged to the independent, standalone joint
4  venture.
5    Q.  All right.
6    A.  So we bought eggs from -- to supply
7  Albertson's, for example; they bought eggs to supply
8  their Walmart store that they served.
9    Q.  Then there is a set of club stores.  That's
10  Costco, BJ's, Sam's Club, that's just what it sounds
11  like?
12    A.  Just what it is.
13    Q.  Okay.  That was about 13 percent of your
14  business at that time?
15    A.  Yes.
16    Q.  And Eggs America, that's -- it says food
17  service Eggs America, Sysco U.S. Food Service?
18    A.  Strictly food service.
19    Q.  And that was -- those top ten were about 73
20  -- well, it says 73.9, about 74 percent of Moark's
21  sales in 2005?
22    A.  Yes, that's correct.
23    Q.  Now it says all other traditional retail and
24  other.  What would all other traditional retail and

Page 156

1  other include?
2    A.  Those would be smaller customers, for
3  example, a Trader Joe's, if you're familiar with them
4  at all, or any other independent restaurant chain
5  that didn't make the top ten.
6    Q.  You said you didn't supply Washington and
7  Oregon.  How come?
8    A.  It's not easy to transport eggs from where
9  we had -- if you look at Southern California, there
10  is a high cost of transportation for a finished
11  product to the retailer and for -- we still handled
12  direct store delivery in many cases, which is how we
13  distinguished ourselves from the rest of the
14  industry.  It just didn't make sense.  Too far.
15    Q.  Now would you turn to page 33 for a minute?
16  It says at the top Production and Processing Vertical
17  Integration.  What is your understanding of what it
18  meant here when it says Moark is a vertically
19  integrated producer, processor, and marketer of shell
20  eggs?
21    A.  Moark was a company that controlled and
22  oversaw and owned most of the processes to -- from
23  egg production through the -- the end retailer.  We
24  had that direct responsibility.

Page 157

1    Q.  Did you have a -- did you have trucks?
2    A.  We had trucks, yes.
3    Q.  You owned your own pullets?
4    A.  We owned the pullets.  We did not hatch in
5  the company, so we did not hatch the chicks.
6    Q.  And you did your own egg grading?
7    A.  Did our own egg grading, did our own feed
8  milling.
9    Q.  Do you recall what percentage of Moark's
10  construction in 2006 was inline processing?  First,
11  what is inline processing?
12    A.  I'll bet you know.  Inline is when the
13  production goes right from the henhouse through those
14  conveyer belts into the processing plant and they
15  like to say that they're washed, cleaned, packed
16  without even ever even touching human hands.
17    Q.  And how many people would it take to oversee
18  a chicken house on a day-to-day basis?
19    A.  If it's a very -- if it's an automated
20  state-of-the-art house, you could -- you would have,
21  in the house alone, one person per chicken house, not
22  counting the plant.
23    Q.  Mm-hmm.
24    A.  You asked about chicken house.

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL

1  Q.  Yeah, that's all I asked.
2  A.  Yeah.
3  Q.  One person per house?
4  A.  Older facilities we would have as many as
5 four or five if they weren't fully automated.
6  Q.  How many facilities did Moark have in --
7 between 2002 and 2008 that were not fully automated?
8  A.  I would estimate about five.
9  Q.  Out of how many?
10  A.  Out of 15 to 20.
11  Q.  What is a direct warehouse program?
12  A.  Where are you reading that?
13  Q.  I'm reading it on page 35, but I've seen it
14 in a number of places.  I just don't understand the
15 term.
16  A.  It's where we serve a large regional chain,
17 such as a Kroger or Albertson's, where we can take
18 all the product ready stage into a warehouse and drop
19 it there instead of going store by store.
20  Q.  Please turn to page 38.  It says, "Moark
21 purchases approximately 50 percent of the shell eggs
22 we market from third party suppliers."  Was that an
23 accurate statement at that time?
24  A.  It was an estimate.

1  Q.  Where it says usually -- it says supply
2 arrangements, predetermined purchase quantities.
3 What does that mean?
4  A.  That would probably -- that would refer to
5 where we have a committed contract with a producer
6 where we will take all their eggs and we understand
7 what their -- roughly what they're producing.
8  Q.  Now the next bullet point under shell eggs
9 is production contracts.  Moark owns layers housed at
10 suppliers' facilities, and supplier receives a
11 per-dozen fee to tend to the flock, but Moark retains
12 rights to all the eggs.  Was -- how did the
13 production contracts work beyond what I'm seeing
14 here?  Did Moark provide for the feed?
15  A.  Moark provided the feed, Moark would provide
16 the hens, would usually raise the pullets.  So these
17 were represented mostly by specialty egg producers,
18 cage free, organic, small family farmers.
19  Q.  Okay.  Turn to page 40 for just a minute.
20 It lists suppliers.  It lists Delta as a supplier of
21 shell eggs.  I thought earlier you didn't really --
22 you said you didn't really view them has a separate
23 supplier of shell eggs.  Maybe I'm mistaken.
24  A.  Well, we list -- we list all of our joint

1 ventures here, Sun Best, Moark Fort Recovery, Delta.
2 So in other words, these are the not-directly-owned
3 facilities.
4  Q.  Let's talk about that for just a minute.
5 Delta was a joint venture, we already talked about
6 that.  Moark Fort Recovery was a joint venture.  Sun
7 Best was a joint venture?
8  A.  See, this is 2006.  Sun Best was actually a
9 contract purchase.  We -- when we buy Sun Best Foods,
10 that included -- that included the Delta Egg joint
11 venture and then the right to purchase from a
12 third-party owned facility.
13  Q.  Did you buy -- what do you mean?  You said
14 when we buy Sun Best Foods.  Did Moark at some point
15 buy Sun Best Foods?
16  A.  Moark bought a company called Sun Best
17 Foods, I believe around 2002, that included a
18 facility in Clearfield -- Clearfield, Iowa.  The
19 facility -- the joint partnership in Delta, Utah, and
20 the right to purchase from another producer in -- who
21 retained his facility called Sun Best Farm, also in
22 Southwest Iowa.
23  Q.  What's Wright County Eggs?
24  A.  Wright County Eggs is a large producer in

1 the Midwest, in Iowa principally.
2  Q.  Rocky Mountain Eggs was -- where were they
3 located?
4  A.  They were located Colorado.  They're an
5 integrated producer/marketer.
6  Q.  Did you buy -- were these purchases of
7 commodity eggs from Rocky Mountain Foods?
8  A.  It would be a combination of both, commodity
9 and -- and that would have come into what we called
10 our Boulder Valley facility in Colorado.
11  Q.  Did you purchase nest run eggs from Rocky
12 Mountain Eggs?
13  A.  I don't know.  I don't recall.
14  Q.  Please take a look at page 47, Margin
15 Improvement Opportunities.  There is a bullet point
16 called flock size management molts and kills.  To
17 what does that refer, sir?
18  A.  That refers to what we described earlier
19 about -- about if we become more efficient at
20 managing how we molt our birds, how we dispose of
21 them, that there's a gain there.  I mean, that's for
22 any operator in the egg business.  That's something
23 you want to focus on.
24  Q.  I take it you didn't sell the business from

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL

Page 162

1 this?
2    A.  We didn't.
3    Q.  Okay.
4    A.  In spite of this great document.
5    Q.  At a certain point, you said that there --
6 that you were involved in a presentation, or at least
7 you knew a presentation was made at the Pacific Egg
8 Producers Association?
9    A.  Yes.
10       (Exhibit No. 34 was marked as requested.)
11       MR. SCHIRMER:  This is a document labeled
12 MOARK005746.
13 BY MR. SCHIRMER:
14    Q.  I'll ask about that in just a minute.  Do
15 you recall what this document is, sir?  It's
16 highlighted for you.
17    A.  Yeah, this is correspondence between Gene
18 Gregory and me about his presentation at the PEPA.
19    Q.  And showing you what is going to be marked
20 as 35.
21       (Exhibit No. 35 was marked as requested.)
22 BY MR. SCHIRMER:
23    Q.  No. 35 bears Bates Nos. MOARK-IPP-0029192
24 through 293 and Moark -- and a larger document

Page 163

1 produced as MOARK0029196.  What is this?
2    A.  The larger document here?
3    Q.  Yeah, the larger document.
4    A.  This is the presentation made by Gene
5 Gregory at the PEPA meeting in 2008.
6    Q.  And in the first page you were forwarding
7 that to -- you had forwarded that to Mr. Dent and
8 Mr. Gentry?
9    A.  Yes.
10    Q.  Why did you forward it to Mr. Dent and
11 Mr. Gentry?
12    A.  Just general industry information that might
13 have been helpful for our long-range plan.
14    Q.  Why don't we mark this right now.
15       (Exhibit No. 36 was marked as requested.)
16 BY MR. SCHIRMER:
17    Q.  Showing you what has been marked as
18 Exhibit 36, Bates No. MOARK0038005, and then a larger
19 document produced as MOARK0038006.
20       What is the first page of Exhibit 36, sir?
21    A.  Looks like it's an e-mail from Matt Gentry
22 to Don Dent, Kim Wirka, and me dated March 7, 2008,
23 referring to the Moark growth LRP plan.
24    Q.  And what was attached here, is that a copy

Page 164

1 -- that is a copy of your long range growth plan?
2    A.  Yes, it is.
3    Q.  And was this -- it -- the reason I ask that
4 now, I'll come back to this, but you said that this
5 information might have been used in the long range
6 growth plan, and that led me to think about this.
7       Back to Exhibit 35, the portion of it
8 labeled PEPA annual convention.  I'm sorry there
9 don't have page numbers on them.  Once again, this is
10 Mr. Gregory's view of what -- the second page says
11 Factors That Attributed to 2007 Egg Prices.
12    A.  Yes.
13    Q.  And this is Mr. Gregory's view of what
14 attributed -- some of the factors that led to the egg
15 prices of 2007, is that right?
16    A.  Mm-hmm.
17    Q.  First one, he says financial losses of 2005
18 and 2006, right?
19    A.  (Nonverbal response.)
20    Q.  Flock production, better supply management.
21 Do you have an understanding what Mr. Gregory was
22 talking about there?
23       MR. DAVIS:  Objection to form.
24 BY THE WITNESS:

Page 165

1    A.  He's was simply referring to the fact that
2 there were less birds in lay in 2007 than there were
3 in 2006 and 5.
4 BY MR. SCHIRMER:
5    Q.  He then lists the bullet point UEP certified
6 cage space requirements.  What is your understanding
7 of what that bullet point was -- and the presentation
8 --
9       MR. DAVIS:  Objection, calls for
10 speculation.
11       MR. SCHIRMER:  Are you telling me he
12 speculates as to what his understanding of something
13 is?  Really?
14 BY MR. SCHIRMER:
15    Q.  What is your understanding of what -- what
16 was your understanding of what Mr. Gregory was trying
17 to convey when he said UEP certified cage space
18 requirements?
19       MS. JACOBSEN:  Objection to form.
20 BY MR. SCHIRMER:
21    Q.  You can answer.
22       MR. DAVIS:  Objection, calls for
23 speculation.
24       MS. JACOBSEN:  You can answer.  Yeah, You

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL

Page 166

1 can go ahead.
2 BY THE WITNESS:
3    A.  Not knowing exactly what Gene was thinking,
4 he was probably referring to the -- the 2006 third
5 stage implementation of the EVP space requirements.
6 BY MR. SCHIRMER:
7    Q.  That would reduce the number of chickens
8 that could be held in each cage?
9    A.  Yes.
10      MS. JACOBSEN:  Objection to form.
11 BY MR. SCHIRMER:
12    Q.  The next one is prohibited backfilling of
13 cages.  Do you remember what that referred to -- what
14 the discussion was surrounding the prohibited
15 backfilling of cages at the time?
16    A.  That was a new -- a new requirement of the
17 -- I say new.  I do not know what year this went in,
18 backfilling of cages for the UEP cage requirements
19 animal care standards.
20    Q.  Let's turn to the seventh page where it says
21 backfilling cages.  Under backfilling cages it says
22 from -- the first bullet point is, "From the summer
23 of 2003 through the spring of 2004, the industry
24 enjoyed very profitable prices."  Is that consistent

Page 167

1 with your recollection of the market at -- egg market
2 at that time?
3      MS. JACOBSEN:  Objection to form.
4 BY THE WITNESS:
5    A.  My recollection is that it was a nine-month
6 period during that time.
7 BY MR. SCHIRMER:
8    Q.  The next says, "To take advantage of good
9 prices, producers elected to backfill empty cages."
10 What does that mean, sir?
11      MR. DAVIS:  Objection to form.
12 BY THE WITNESS:
13    A.  What that means is that through the normal
14 course of mortality which occurs during a hen's life,
15 just like in a human's life, if there were open spots
16 in the cages, the producers -- some producers would
17 go back and fill in up to their allotted -- allotted
18 cage space allowance to be able to generate
19 additional production.
20    Q.  And Mr. Gregory then writes, "This added
21 several million hens to the nation's flock inventory
22 and was a major reason we destroyed good prices."  Do
23 you see that, sir?
24    A.  I do.

Page 168

1    Q.  Do you recall whether -- Mr. Gregory giving
2 this as a presentation at the PEPA convention?
3    A.  I do.
4    Q.  Do you recall whether you disagreed with him
5 at that time?
6    A.  I didn't have any confidence in these
7 numbers because I didn't know or link them to
8 anything actual.
9    Q.  Well, when you had an opportunity to comment
10 on this beforehand, did you say -- did you tell
11 Mr. Gregory anything about this?
12      MS. JACOBSEN:  Objection to form.
13 BY THE WITNESS:
14    A.  No, it was his presentation.  I was just the
15 mediator.
16 BY MR. SCHIRMER:
17    Q.  Then you said the UEP Certified Program then
18 develops policy to prohibit backfilling cages.  Is
19 that your understanding, is that at UEP Certified
20 Program developed a policy to prohibit backfilling
21 cages?
22    A.  Yes.
23    Q.  And he said the market now reflects the
24 benefits of that policy.  Is that consistent with

Page 169

1 your understanding of the market at that time in
2 2008?
3      MS. JACOBSEN:  Objection to form.
4 BY THE WITNESS:
5    A.  That's consistent with Gene's opinion and he
6 was always promoting the UEP.
7      MR. SCHIRMER:  Why don't we take a break.
8      THE VIDEOGRAPHER:  We are going off the
9 video record at 3:06 p.m.
10      (A short break was taken.)
11      THE VIDEOGRAPHER:  We are back on video
12 record at 3:15 p.m.
13 BY MR. SCHIRMER:
14    Q.  Do you have an understanding of something
15 called Project Roll?
16    A.  Yes, I do.
17    Q.  What was Project Roll?
18    A.  Project Roll was the -- the code name for
19 our -- our efforts to execute an IPO, a public stock
20 offering in 2008 for Moark.
21    Q.  And I take it that didn't come off?
22    A.  Didn't come off.
23      MR. SCHIRMER:  37.
24      (Exhibit No. 37 was marked as requested.)

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL

Page 170

1 BY MR. SCHIRMER:

2    Q.  This is Exhibit 37.  This is a document --

3 Exhibit 37 is a document bearing Bates Nos.

4 MOARK0025032 and another document that was the

5 attachment to the previous document that was produced

6 as MOARK0025034 printed in native form.

7      Do you remember this document

8 Mr. Willardson?

9    A.  I do.

10   Q.  Who is Keith Short at KPMG?

11   A.  He was the partner on the project.

12   Q.  KP was -- was KPMG Moark's auditor at the

13 time?

14   A.  They had just become Moark's auditor that

15 year, 2008.  They were Land O' Lakes' auditor for

16 years prior.

17   Q.  Who had been Moark's auditor in previous

18 years?

19   A.  Morris Stevens & Press out of Arkansas.

20 They are an agricultural CPA firm.

21   Q.  Where was Mr. Short based?

22   A.  He was based in Southern California.

23   Q.  We should probably have a look at the

24 management presentation.  The first one is an e-mail

Page 171

1 from Craig Willardson to Mr. Short dated Monday

2 September 22, 2008, at 1:59 p.m. is that right?

3   A.  Yes, that's correct, Pacific time.

4   Q.  And it attaches the Project Roll analyst

5 presentation final PPP.  That's PowerPoint?

6   A.  Yes.

7   Q.  It says, "As discussed our business review

8 presentation is attached.  Thank you for your

9 feedback."  Had he had a look at this before?

10   A.  Had he looked at it before?

11   Q.  Uh-huh.

12   A.  I don't remember.

13   Q.  Why were you forwarding this to Mr. Short?

14 Was the IPO --

15   A.  It was still a go in September.

16   Q.  When did it cancel?

17   A.  Early 2009 after the market collapsed.

18   Q.  Let's go to the Moark business overview.

19 There's a -- on page three, once again, this has page

20 numbers in the lower left-hand corner in tan.  You

21 can take that off.

22      It says today's presenters.  Did you make a

23 presentation using this -- this document?

24   A.  We did not get to the point of making

Page 172

1 presentations on a traditional IPO road show.  This

2 was -- this was to be used.

3   Q.  And you were intending to have yourself,

4 Mr. Dent --

5   A.  Wait, excuse me.  Pardon me.  May I back up?

6   Q.  Yes.

7   A.  This is actually -- I needed to review that

8 subject again.  This a Moark analyst presentation,

9 so this was not for the -- the IPO directly, this was

10 for the -- the investment analyst, the New York

11 investment analyst that -- to participate in the IPO

12 process, so we did actually make this presentation.

13   Q.  Thank you for clarifying that.

14      And you, Mr. Dent, Mr. Hodges, and Mr. Kil

15 made presentations?

16   A.  Yes.

17   Q.  And obviously since you were making this

18 presentation presenting it to analysts as preparatory

19 for a road show, you tried to make the information as

20 accurate as you could at the time?

21   A.  Yes.

22   Q.  Now would you turn to page six, please?

23 There is a -- it says a unique scaleable platform.

24 The -- there are five bullet points, but I'm

Page 173

1 interested in two of them.  It says you are the

2 largest marketer of specialty eggs.  What did you

3 mean by that?

4   A.  That we sold by volume more specialty eggs

5 than anyone else in the country.  That was a focal

6 point for the company.

7   Q.  And you were the second largest marketer of

8 shell eggs in the United States at that time?

9   A.  Yes.

10   Q.  It says so right here.

11   A.  We were.

12   Q.  And you tried to tell them what was going

13 on?

14   A.  I think we lost that title later on, that's

15 why I hesitated.

16   Q.  Okay.  And when you say you are a leading

17 integrated marketer, distributor, and producer of

18 fresh shell eggs, are you referring to Moark as an

19 integrated company in the way you and I discussed

20 earlier?

21   A.  Yes.

22   Q.  Now the next page talks about an industry

23 leading product portfolio, and you have regular eggs

24 and specialty eggs, and the first bullet point under

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL

Page 174

1  regular shell eggs is that includes all white and
2  brown eggs in various grades and sizes other than
3  specialty sizes. So is it my understanding that
4  Moark did not consider brown eggs a specialty egg?
5      A.  A regular brown egg without any other
6  attribute, that's correct.
7      Q.  That would generally -- the prices for that,
8  those eggs sold by Moark would generally be based on
9  the Urner-Barry index?
10     A.  Yes.
11     Q.  I just wanted to make sure that applied.
12         Okay.  And that is accurate that the prices
13  are generally -- it says prices based upon the
14  Urner-Barry index of wholesale prices for shell eggs.
15  That means generally I take it, correct?
16     A.  Yes.
17     Q.  Would you have a look at page 19, lower
18  left-hand corner?  In the top in the box, I guess
19  it's -- I don't know what color it is, probably tan,
20  it says the strength of our relationships is
21  evidenced by the fact that many of our customers have
22  chosen us to be their regional category captains or
23  leaders.  What is a category captain?
24     A.  It's a nice marketing term to demonstrate

Page 175

1  that we advise them in our category, the egg
2  category, and that was the case with someone like
3  Kroger where we would come in and offer our services
4  to the -- to the organization, whether or not they
5  accepted it or adopted it, that's a different story,
6  but -- but it meant they looked to us for their egg
7  input.
8      Q.  And CFF Browns that's the broker that bought
9  for Walmart?
10     A.  Correct.
11     Q.  Do you recall whether Moark served as a
12  category captain for any of these other companies?
13  Obviously you didn't for Cal Maine Foods because
14  that's another producer.
15     A.  Super Value we had a -- the strong category
16  role with them and Associated Wholesale Grocers, we
17  handled the majority of their business so we would
18  have been a manager or captain in that group.
19     Q.  Now it's the eighth -- third from the bottom
20  of the top ten customers is Cal Maine Foods.  What
21  does this refer to?  Did you sell Cal Maine directly,
22  $18 million worth of sales, I guess?
23     A.  That should be the sales that go from our
24  joint venture partnership to Cal Maine for Walmart.

Page 176

1      Q.  And you sold a substantial number of eggs to
2  Safeway at that time?
3      A.  Yes.
4      Q.  They were the tenth largest customer.
5          On page 21, once again you talk about Moark
6  as a vertically integrated platform.  That's the same
7  type of vertical integration we discussed earlier
8  today?
9      A.  Yes.
10     Q.  The next page lists Moark's management team,
11  an experienced management team, it says at the top.
12  Jerry Kil was the vice president of operations when
13  this was done in 2008?
14     A.  Yes.
15     Q.  Do you know whether -- was Mr. Kil the vice
16  president of operations -- I've forgotten the answer
17  was Mr. Kil the vice president of operations during
18  the entire time you were the CEO of Moark?
19     A.  No, he cutback on his hours in 2011, and
20  Jeff Fowler became our vice president of operations.
21  Jerry still works for the company today.  But he
22  switched roles at his request.
23     Q.  Was -- what was his title starting in 2011?
24     A.  Director of egg trading.

Page 177

1      Q.  And what is the director of egg trading do?
2      A.  That's the one who -- it's a pretty critical
3  function to the organization.  It takes an
4  experienced guy like Jerry.  That's the -- the
5  acquisition of eggs from outside sources for us and
6  helping balance inventories.  Things that he was
7  really good at.
8      Q.  On page 23, the next page, is it your -- it
9  says on -- limited consolidation efforts are being
10  led by the larger shell egg producers.  What did
11  Moark mean when it said limited consolidation
12  efforts?
13     A.  What that meant was the -- the consolidation
14  or acquisition was not -- was not that heavy at this
15  point in time, but it was being led by companies like
16  Cal Maine and Moark and Rose Acres, so very few in
17  numbers in -- in what we know to be a very fragmented
18  industry.
19     Q.  So 65 producers on a million hens or more
20  representing 90 percent of total layers, that's
21  consistent with your understanding of the market at
22  that time?
23     A.  It is, absolutely.
24     Q.  Please turn to page 28.  Is it your

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL

Page 178

1 understanding that at this time that demand for --
2 the retail demand for eggs remained stable during
3 periods of relatively high prices?
4    A.   Yeah, eggs -- we've seen eggs be relatively
5 inelastic over time.
6    Q.   And then you list a number of factors that
7 have caused supply to decline.  Do you see that?
8    A.   Yes.
9    Q.   And that was accurate as of the date this
10 was -- you made your presentation?
11   A.   That's it.
12   Q.   And it says, "These factors should sustain
13 higher egg prices than the historical average through
14 Moark's long range planning period."  What was
15 Moark's long range planning period at that time?
16   A.   We did three-year long range plans.
17   Q.   What did you mean when you said eggs are
18 generally considered to be recession proof at the top
19 up there?
20   A.   It's a stable commodity.  Everybody eats
21 eggs and milk and butter and bread, and it will
22 continue to be, and it's a far more affordable
23 protein than other options during -- during high
24 commodity prices from beef and fish and different

Page 179

1 things.
2    Q.   Would you look at page 30 for just a minute?
3 Page 30 says, "Supply is expected to remain tight."
4 It says, "The U.S. supply of egg layers is the
5 expected to remain tight through 2009 as capacity
6 reductions are expected to exceed planned capacity
7 expansions," and then it gives a number where it
8 says, "Estimated capacity shortfall in 2009 is 1.2."
9 Is that 1.2 million layers?  It's at the bottom --
10   A.   Yeah, that's 1.2 million layers in the
11 national flock.
12   Q.   And right actual under egg layers, there is
13 a statement that says EST, I assume that's estimated?
14   A.   Estimated.
15   Q.   Capacity reduction from UEP cage issues.  Is
16 that the institution of the final phase of the UEP
17 cage space guidelines?
18   A.   That would be the final phase.
19   Q.   Where --
20   A.   And as you can see we were adding 12 million
21 anticipated.  We, members of the industry, Moark, and
22 others.
23   Q.   Was that done through acquisitions, at least
24 in part?

Page 180

1    A.   In part.  We actually -- by the time I left,
2 we had done quite a bit of extra building and
3 expanding.
4    Q.   By the time you left was 2013?
5    A.   Yeah.
6    Q.   Okay.  And then so this is your forecast in
7 what the shortfall in layers over what you would --
8 shortfall in layers is going to be?
9         MS. JACOBSEN:  Objection to form.
10 BY MR. SCHIRMER:
11   Q.   Well, it says estimated capacity shortfall
12 in 2009, right?
13   A.   Yes.
14   Q.   And that's your -- that's Moark's estimate?
15   A.   Moark's estimate.  Not a very significant
16 percentage.  I haven't seen this for a while, it's
17 just --
18   Q.   Expected to keep the supply tight.  I think
19 that's enough for this one.
20        Let's go back to No. 36, the Moark long
21 range growth plan.  Now do you recall that that is
22 MOARK38005 and 38006 and it's a longer document,
23 38006.  Earlier today I asked you about long range
24 growth plans.  Do you remember that?

Page 181

1    A.   Yes.
2    Q.   And you said these are created for Moark's
3 management and for presentations to the board of
4 Land O' Lakes?
5    A.   Yes.
6    Q.   And is that what this document was created
7 for?
8    A.   Yes, it is.
9    Q.   Do you recall whether this was ever
10 presented to the Land O' Lakes board?
11   A.   I can't say if this is a final version, but
12 we did present for 2008 to '12.
13   Q.   On the first page, 3000 -- 38005, Matt
14 Gentry writes he's made a few changes from what --
15 the one I sent earlier, and then the last sentence
16 is, "I think a call before the 1:00 p.m. CST
17 conference call would be good."  Do you know what he
18 was referring to when he talked about the 1:00 p.m.
19 CST conference call?
20   A.   It would have been an internal conference
21 call where we reviewed the plan prior to any
22 presentation.
23   Q.   The question is -- I'm confused by the
24 wording, maybe.  It says, "I think a call before the

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL

Page 182

1 1:00 p.m. CST conference call," so do you know what
2 he was referring to when he -- when he's talking
3 about the 1:00 p.m. CST conference call?
4    A.   No, I don't.
5    Q.   And this was prepared by Moark's staff and
6 you were ultimately responsible for its content, is
7 that right, sir?
8    A.   Yes.
9    Q.   Now would you go to, I think it's the fourth
10 page of the larger document on industry background
11 and supply, and there a list of Moark, LLC, State of
12 Missouri layers on 22 million -- number of layers
13 marketed and number of layers owned 11,300,000.
14 That's consistent with the other document earlier
15 that showed that Moark, at approximately this point
16 in 2008, had 11,300,000 layers, is that right?
17    MS. JACOBSEN:  Objection to form.
18 BY MR. SCHIRMER:
19    Q.   It went from 13 million some to 11,300,000
20 some?
21    A.   Was it for -- yes, it's consistent.
22    Q.   That last one, Fort Recover Equity, that's
23 the joint venture in Ohio?
24    A.   Yes.

Page 183

1    Q.   Go to the sixth page for a minute, please.
2 Page six of this document.  It talks about industry
3 background and supply issues.  The first point after
4 number one is United Egg Producers Animal Care
5 Certification Program.  What was that referring to,
6 sir?
7    A.   Would have been referring to the final phase
8 in of the animal care program, cage space allowance.
9    Q.   Sorry, I didn't mean to -- sorry, I
10 interrupted.
11    What is four, barriers to entry?
12    A.   Barriers to entry refers to the difficulty
13 and the capital required just to enter the egg
14 business.  Normal things that -- for any industry
15 that you're challenged with to be a new player.
16    Q.   Look at the next page.  It looks at the
17 Animal Care Certification Program.  It says it's a
18 voluntary program operated by the industry's largest
19 -- adopted by the industry's largest consumers.
20 That's consistent with your understanding at the
21 time, the first bullet point under number one?
22    A.   It really should say producers.
23    Q.   Okay.  It says an increase cage -- it should
24 say cage space per layer -- by 11.3 square inches to

Page 184

1 67.4 square inches per bird.  Is that consistent with
2 your understanding of what was going to happen in
3 2008 when the Animal Care Certification Program was
4 fully implemented?  It's the second bullet point.
5    A.   Right.  I assume that's referring to the
6 entire life of the program.  It says 11 inches.
7    Q.   It says -- the next thing it says is, "The
8 program removed approximately 57 million birds from
9 the industry."  Is that right, sir?
10    A.   I don't know where that number came from,
11 I'll be honest with you.
12    Q.   Who wrote this?
13    A.   Our CFO.
14    Q.   The next point is that capital expenditures
15 require for compliance impose new barriers.  What did
16 you mean by that?
17    A.   Again, the barriers to entry.  That's the
18 capital requirement, to have somebody willing to
19 spend 6 to $8 per chicken or build new for 20 to $30
20 to be able to grow and to expand.
21    Q.   Now the program removed approximately 57
22 million birds from the industry, but this is part of
23 the -- your long range growth plan that would be
24 information you would present to the board?

Page 185

1    A.   Apparently this is a draft, based on the
2 number of typos we've found so far.
3    Q.   Maybe.  Do you remember if that was removed
4 from any of the drafts?
5    A.   No, I don't.  I do not recognize that
6 number, I'll say that.
7    Q.   But this was drafted by your CFO.  Do you
8 know where he got the number?
9    A.   No.
10    Q.   Would you look at -- it's a couple pages
11 later it says, "Industry background supply issues,
12 equipment age."  Do you see that?  Equipment age.
13    A.   Yes.
14    Q.   It says, "A terrible market kept production
15 at a minimum."  That's what you were talking about
16 when you're not making any money, you don't invest
17 money?
18    A.   You don't spend.
19    Q.   Okay.  Second, the UEP guidelines, it says,
20 "A-frame high rise systems per bird, $5 per bird,
21 versus stacked deck or scraper board system at $12
22 per bird.  What -- I don't understand what that
23 means.
24    A.   It meant that as we were shifting towards a

47 (Pages 182 - 185)

HIGHLY CONFIDENTIAL

Page 186

1 better, more animal care friendly system, such as we
2 looked at earlier, 67 square inches of stacked deck
3 is just a lot more expensive than a classic high rise
4 system, high rise, deep-pit referred to earlier. So
5 that's difficult for some producers to front that
6 money.
7    Q.   $12 per bird, some of these chicken houses
8 might have, what, 200,000 birds in them?
9    A.   An individual house can have 200,000 birds.
10 A complex might be 1 million, 2 million, 3 million.
11    Q.   The next page talks about barriers to entry.
12 See that?  It says supply -- industry background
13 supply issues, barriers to entry.  What -- what does
14 it mean when it says ever-increasing environmental
15 laws and regulations?
16    A.   Pretty much what it -- what it says there.
17 For those that want to enter the industry, they are
18 going to be facing more regulation, more cost, more
19 government compliance, and for some of the smaller
20 producers, it's just not an efficient way to get into
21 the business.
22    Q.   And one of the other points is difficulty in
23 obtaining new permits for newer expanded facilities.
24 We've already talked about that.

Page 187

1    A.   We have.
2    Q.   I don't understand dramatically changing
3 economy of scale, 2,500,000 hen complexes compared to
4 500,000.  What is that referring to?
5    A.   It means if you want to be competitive, if
6 you want to be able to serve our growing customer
7 base, you have to be positioned to where you have
8 much larger complexes, more efficient complexes to
9 compete, and to serve the Albertson's and Krogers and
10 Costcos of the country.
11    Q.   Take a look at industry background, demand
12 issues for a minute.  The fifteenth page, it looks
13 like this.  The first point is population growth and
14 we have already talked about that.  As population
15 grows you tend -- as I understand your testimony, you
16 tend to see about a one percent growth per year.
17    A.   Mm-hmm.
18    Q.   The third point is shift from commodity to
19 specialty.  What do you mean by that, sir?
20    A.   What we meant by that was that the specialty
21 egg sector was growing faster than the one percent,
22 so for us to be able to keep up with that, we had to
23 understand the demand issue.  In fact, that was our
24 intent; that was part of our plan, to focus on

Page 188

1 specialty, because we had predictable profit margins
2 for specialty eggs and didn't have to suffer through
3 the ups and downs of the commodity market.
4    Q.   Who set the prices at which Moark would sell
5 its specialty eggs to its customers?
6    A.   That would be done by our sales group, and
7 if it was part of a bid for a large customer, we
8 would have a management team involved in the bid
9 review process, which would include the specialty
10 eggs, but for the most part would be Bob Hodges and
11 his group working with the finance department.
12    Q.   The finance department would be people who
13 worked for Mr. Dent or Mr. --
14    A.   Yeah, or Mr. Dicks later on.
15    Q.   Would you have a look at the -- where there
16 is -- I can't tell the color of this.  It says
17 industry background demand issues and U.S. population
18 egg consumption.
19    A.   Yeah.
20    Q.   It shows average -- or annual egg
21 consumption per person is on the left side, and then
22 the years on the bottom.  It's a chart, is that
23 right, sir?
24    A.   Yes.

Page 189

1    Q.   And this is a -- and to the best of Moark's
2 -- of your ability, you were trying to accurately
3 portray the annual number of shell eggs consumed over
4 time per capita.  The total eggs consumed and the
5 liquid egg equivalent consumed over a period 2000 to
6 -- at what you projected through 2012.
7    A.   Yes.
8    Q.   You just said something about the shift to
9 specialty eggs and I want to make sure I understand.
10 You said there are more predictable profit margins.
11 Is that because it's based upon the cost of
12 production plus a specified margin?
13    A.   Yes, it is, and it's not subject to the
14 Urner-Barry price fluctuations.
15    MR. SCHIRMER:  Let's take a three-minute
16 break.  I may be done.
17    THE VIDEOGRAPHER:  We are going off the
18 video record at 3:47 p.m.
19    (A short break was taken.)
20    THE VIDEOGRAPHER:  We are back on the video
21 record at 3:53 p.m.
22    MR. SCHIRMER:  Mr. Willardson, subject to
23 cross examination by your counsel and everybody else,
24 I only have a couple more questions, okay?

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL

Page 190

1 BY MR. SCHIRMER:
2    Q.   I'm showing you what has been marked as
3 Exhibit 38 to your deposition.  It bears Bates Nos.
4 MOARK-IPP-0036451 through 454.  What is it?
5    A.   It is an e-mail from me to Don Dent and Dan
6 Knutson dated June 29, 2008, regarding the Egg
7 Industry June edition.
8    Q.   And you said Don, in the e-mail right below
9 it -- excuse me, there is an e-mail from Don Dent to
10 you and Mr. Knutson on the same subject matter, is
11 that right?
12   A.   Right, it's Don asking...
13   Q.   What is IB analyst?
14   A.   Invest bankers/analyst, so the same group we
15 referred to before where we made a presentation.
16   Q.   Do you know whether there was ever sent to
17 the investment bankers and analyst, the article that
18 he is attaching to this?
19   A.   I don't.
20   Q.   Who could I -- is Mr. Dent the only one I
21 could ask to find that out?
22   A.   Most likely, or the investment bankers.
23   Q.   And that's -- that's the folks at AGIO
24 Helms?

Page 191

1    A.   Yeah.
2    Q.   Okay.  I don't think you want me really to
3 ask AGIO Helms about that, do you.
4         MR. SCHIRMER:  All right, subject to further
5 -- any cross examination that other counsel may have
6 I think I'm done.
7         MS. JACOBSEN:  Does anybody on the phone
8 have any questions?
9         MR. SCHWINGLER:  This is Pete Schwingler.  I
10 don't have any.
11        MR. HEADLUND:  Dan Headlund for direct
12 purchaser plaintiffs.  I don't have any questions.
13        MR. DAVIS:  Evan Davis, no questions.
14        MS. SANDIN:  Jetta Sandin, no questions.
15        MS. JACOBSEN:  I have just a very few
16 following up on what Mr. Schirmer has discussed with
17 you throughout the day and he may or may not have any
18 questions after that.
19        EXAMINATION
20 BY MS. JACOBSEN:
21   Q.   Mr. Schirmer asked you about the UEP
22 Certified Program.  Do you remember those
23 discussions?
24   A.   Yes.

Page 192

1    Q.   Was the UEP Certified Program developed in
2 any way to restrict the supply of eggs in the market?
3    A.   No.
4    Q.   What is your understanding of how the
5 requirements of the certified program were developed?
6    A.   They were developed by a group of -- an
7 independent group consisting of UEP members,
8 retailers, animal welfare representatives, and
9 industry scientists such as Don Bell and others.
10   Q.   And were the requirements of the UEP
11 Certified Program publicly available?
12   A.   Yes, they were.
13   Q.   Did the UEP Certified Program in any way
14 limit a producer's ability to expand its production
15 facilities?
16   A.   No.
17   Q.   To your knowledge, was there any agreement
18 among producers not to expand their production
19 facilities after the program was implemented?
20   A.   No.
21   Q.   And to your knowledge, did Moark expand its
22 production facilities after the program was
23 implemented?
24   A.   Yes.

Page 193

1    Q.   What is your understanding of why the UEP
2 Certified Program was phased in over several years?
3    A.   It was phased in over several years to
4 accommodate the -- the sustainability of the hen
5 production, not jolt the market or the producers.  It
6 was more animal friendly that way.  It was more
7 efficient.
8    Q.   Mr. Schirmer also asked you a few questions
9 about the certified program's prohibition of
10 backfilling.  Do you remember those questions?
11   A.   Yes, I do.
12   Q.   What is your understanding of why the UEP
13 Certified Program banned that practice?
14   A.   First, it's not good animal husbandry to
15 introduce birds from a different flock, subject to
16 disease and other factors, into an existing lay
17 house, and it's just -- I mean, it's good -- it's
18 good practice if we are going to maintain the
19 integrity of an animal welfare program to truly
20 follow it as it was intended to be done.
21   Q.   To your understanding was the ban on
22 backfilling in the UEP Certified Program put in place
23 in order to reduce the supply of eggs?
24   A.   No.

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL

Page 194

1    Q.  Did Moark backfill prior to the ban on
2  backfilling in the UEP Certified Program?
3    A.  No.
4    Q.  Did Moark ever alter its own egg production
5  decisions based on any UEP recommendation?
6    A.  No, we did that independent of the UEP
7  recommendations.
8    Q.  Did Moark ever refrain from increasing its
9  production of eggs because of some UEP
10  recommendation?
11    A.  No.
12    Q.  During the period of time that you were
13  employed by Moark, do you have a belief that UEP was
14  a Capper-Volstead cooperative?
15    A.  Yes.
16    Q.  Did you hold a similar belief that USEM was
17  a Capper-Volstead cooperative?
18    A.  Yes, I did.
19    Q.  During the period of time that you were
20  employed by Moark, did you, at any time, agree with
21  any competitor on the price to be charged for eggs?
22    A.  No.
23    Q.  And during the period of time that you were
24  employed by Moark, did you, at any time, agree with

Page 195

1  any competitor to limit the production of eggs?
2    A.  No.
3    Q.  And at any point during the period of time
4  that you were employed by Moark, did you agree with
5  any competitor not to increase your production of
6  eggs?
7    A.  No.
8      MS. JACOBSEN:  I have no further questions.
9        FURTHER EXAMINATION
10  BY MR. SCHIRMER:
11    Q.  Why wouldn't you agree with one of your
12  competitors not to reduce the supply of eggs?
13    A.  It's part of the training we had, not to
14  have those kinds of discussions with our competitors.
15    Q.  Which training?
16    A.  Our antitrust training.
17    Q.  It would be illegal, wouldn't it?
18      MS. JACOBSEN:  Objection to form.
19  BY THE WITNESS:
20    A.  Yeah.
21  BY MR. SCHIRMER:
22    Q.  And for the same reason, that's the reason
23  why you wouldn't agree directly with your competitors
24  not to increase production of eggs?

Page 196

1      MS. JACOBSEN:  Objection to form.
2  BY THE WITNESS:
3    A.  I don't know.
4  BY MR. SCHIRMER:
5    Q.  You might want to agree not to increase
6  production of eggs with your competitors?  Why
7  wouldn't you do that if it were legal?
8      MS. JACOBSEN:  Objection to form.
9  BY THE WITNESS:
10    A.  If it were legal -- that's hypothetical.  I
11  don't know.
12  BY MR. SCHIRMER:
13    Q.  Well, why didn't do you it?
14    A.  Just wasn't a practice.
15    Q.  Wouldn't that help reduce the pressure -- or
16  downward pressure on the price of eggs?
17      MS. JACOBSEN:  Objection to form.
18  BY THE WITNESS:
19    A.  It might or might not.
20  BY MR. SCHIRMER:
21    Q.  Assuming demand is relatively stable,
22  wouldn't that help reduce the downward pressure on
23  eggs, on the price of eggs?
24  BY THE WITNESS:

Page 197

1    A.  It could.
2      MS. JACOBSEN:  Objection to form.
3
4  BY MR. SCHIRMER:
5    Q.  You said you held the belief that USEM was a
6  Capper-Volstead cooperative.  On what was that based?
7    A.  Based on the fact that they had an attorney
8  present at their meetings and directing things and
9  that the members -- let me back up.  I was not
10  directly on the committee, I didn't serve, I wasn't a
11  representative there, but my understanding was that
12  all the members were properly certified and that it
13  was under the direction of a UEP attorney.  I didn't
14  have any reason to think otherwise.
15    Q.  You said that you never agreed on prices for
16  eggs, other than what -- pursuant to joint venture
17  agreements.
18    A.  Right.
19    Q.  And so during those, you obviously would
20  agree with whoever was your joint venture --
21    A.  It was business.  We had to.
22    Q.  Okay.  And obviously you agreed when you
23  were buying and selling -- buying eggs from another
24  -- another producer, you would agree on the price of

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL

Page 198

1 those eggs?
2    A.   Right, and the price of the eggs to transfer
3 from wholesale to warehouse to warehouse.
4    Q.   Now let's go back to the first couple
5 questions Ms. Jacobsen asked you.  You said -- you
6 said something about you understood that the UEP
7 program was developed -- not developed in any way to
8 -- with regard to reduce supply.  Is that -- that was
9 what you testified just a minute ago?
10    A.   Yes.
11    Q.   Were you a member of any of the UEP
12 committees that dealt with egg marketing prior to
13 2006?
14    A.   No.
15    Q.   Were you a member of the animal -- committee
16 on animal welfare prior to 2006?
17    A.   No.
18    Q.   Did you attend a number of UEP meetings
19 prior to the year 2000?
20    A.   Prior to --
21    Q.   2000.
22    A.   No.
23    Q.   Do you remember attending any UEP meetings
24 between say 1996 and 2002?

Page 199

1    A.   I remember a meeting in 1999 that I attended
2 as an observer.  Yes, I did attend a UEP meeting in
3 '99.
4    Q.   Did Don Bell make a presentation that
5 meeting in 1999?
6    A.   He might have.  That's 15 years ago.
7    Q.   You don't remember the substance of that
8 presentation?
9    A.   No.
10    Q.   And you were not privy to any of the
11 committee -- the thoughts of the committee members
12 prior to becoming a committee member in 2006?
13    A.   If I would have attended as an observer, I
14 would have heard their thoughts and what the
15 discussion was.
16    Q.   Then you heard Mr. Bell, if Mr. Bell made a
17 presentation, discussing the need for increased cage
18 space in order to manage supply?  You would have
19 heard that 1999 meeting, wouldn't you?
20    A.   Was it made to the entire --
21        MS. JACOBSEN:  Objection to form.  Go ahead.
22 BY THE WITNESS:
23    A.   Was it made to the entire body or was it
24 just one of the committees?  I attended the general

Page 200

1 meetings back then as a non-committee member, so I
2 don't remember.
3
4 BY MR. SCHIRMER:
5    Q.   Okay.  You then said something about your
6 understanding of the development of the Animal Care
7 Certification Program.
8    A.   Yes.
9    Q.   And you said you understood it had been
10 developed and there were retailers involved?
11    A.   There were retail representatives, I
12 believe, from FMI.
13    Q.   On what committee?
14    A.   On the group that developed the -- the
15 animal care certified standards.
16    Q.   Where did you gain that understanding?
17    A.   Speaking from memory.  I don't recall
18 exactly where that came from.
19    Q.   And did you say animal welfare groups were
20 recommended?
21    A.   There was a specialist on the committee.
22    Q.   Do you remember who that was?
23    A.   No.
24    Q.   Do you have an understanding of what the

Page 201

1 scientific -- what was called the independent
2 scientific committee was in -- UEP's independent
3 scientific advisory committee is, I think, the way
4 they described it?
5    A.   I have a general understanding.  I wasn't
6 involved in the development of the animal care
7 program, wasn't part of the UEP back in 2000 or 2006.
8    Q.   So it may well be that retailers were not
9 included on the producer committee for animal welfare
10 that wrote ACC guidelines, animal care certification
11 guidelines?
12    A.   For some reason it sticks out in my mind
13 that they had some input into the process for the --
14 for the development of the guidelines.
15    Q.   You were not a member of the animal welfare
16 committee at the time?
17    A.   No.
18        MS. JACOBSEN:  Objection, asked and
19 answered.
20 BY MR. SCHIRMER:
21    Q.   Do you know whether the guidelines, as
22 adopted, were the same or identical to the
23 recommendations made by the independent scientific
24 advisory committee?

51 (Pages 198 - 201)

HIGHLY CONFIDENTIAL

Page 202

1    A.  No, I don't.

2         MR. SCHIRMER:  I'm done.

3         MS. JACOBSEN:  I guess that's it.

4         THE VIDEOGRAPHER:  This concludes today's

5    deposition.  The time is now 4:06 p.m. and we are

6    going off the video record at the end of video media

7    three.

8         (Deposition concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 203

1         ACKNOWLEDGMENT OF DEPONENT

2         I, CRAIG WILLARDSON, do hereby certify

3    that I have read the foregoing transcript of my

4    testimony taken on 6/6/14, and further certify

5    that it is a true and accurate record of my

6    testimony (with the exception of the corrections

7    listed below):

8    Page  Line          Correction

9    ____|____|_____|

10   ____|____|_____|

11   ____|____|_____|

12   ____|____|_____|

13   ____|____|_____|

14   ____|____|_____|

15   ____|____|_____|

16   ____|____|_____|

17   ____|____|_____|

18   ____|____|_____|

19   ____|____|_____|

20   _____

21        CRAIG WILLARDSON

     SUBSCRIBED AND SWORN TO BEFORE ME

22   THIS _____ DAY OF _____, 20___.

23

     _____   _____

24   (NOTARY PUBLIC)     MY COMMISSION EXPIRES:

Page 204

1         CERTIFICATE OF

2         CERTIFIED SHORTHAND REPORTER

3         I, Beth C. Radtke, a Certified Shorthand

4    Reporter of the State of Illinois, CSR License No.

5    084-004561, do hereby certify:

6         That previous to the commencement of the

7    examination of the aforesaid witness, the witness

8    was duly sworn by me to testify the whole truth

9    concerning the matters herein;

10        That the foregoing deposition transcript was

11   stenographically reported by me and was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true and accurate record of the

14   testimony given and the proceedings had at the

15   aforesaid deposition;

16        That I am not a relative or employee or attorney

17   or counsel for any of the parties herein, nor am I

18   interested directly or indirectly in the outcome of

19   this action.

20        IN WITNESS WHEREOF, I do hereunto set my hand at

21   Chicago, Illinois, this 21st day of June, 2014.

22

23        _____

          Beth Radtke, C.S.R

24        License No. 084-004561

52 (Pages 202 - 204)

HIGHLY CONFIDENTIAL

**[& - 2009]**                                                              Page 1

---

**&**

**&**   2:3 3:8 6:14 7:7
  15:4 170:19

**0**

**0.30**   60:7,22 61:1
**0.60**   53:4
**0002193**   4:18 67:18
**00228319**   4:9 36:1
**0026283**   4:10 37:17
**0028024**   5:3 98:14
**0029192**   5:19
  162:23
**0036451**   5:22 190:4
**0036602**   57:19
**0037125**   93:5
**02**   108:24
**02002**   1:5
**027780**   5:11 120:12
**028**   5:3 98:14
**028504**   4:17 59:8
**07**   117:23
**08**   1:5
**084-004561**   204:5
  204:24

**1**

**1**   4:8 12:5 13:16,17
  14:10 111:5 112:14
  186:10
**1.04**   60:5,18
**1.2**   179:9,10
**1.2.**   179:8
**10**   4:16 59:4,7,9
  72:22
**100**   60:2 153:1
**102**   5:4
**104**   5:5
**109**   5:7
**10:29**   49:11
**10:30**   49:14
**10:36**   55:1
**10:49**   55:4
**10th**   59:13

**11**   4:17 67:16,21,22
  67:24 184:6
**11,146,592**   122:13
**11,300,000**   182:13
  182:16,19
**11.3**   183:24
**1100**   2:10
**1110**   3:9
**114**   5:8
**115**   5:9
**117**   5:10
**11:43**   92:9
**11:59**   92:12
**12**   4:18 71:5,6
  112:15 179:20
  181:12 185:21
  186:7
**120**   2:16 5:11
**123**   5:12
**125**   95:7
**126**   5:13
**129**   5:14
**12:17**   104:6
**13**   4:8,19 67:17,23
  72:14,15,16 74:10
  80:7 155:13 182:19
**13,323,664**   122:12
**130**   53:3
**132**   5:15
**136**   5:16
**138**   5:17
**14**   4:20 73:21,22
  152:1
**15**   4:21 7:23 79:24
  80:1,5 150:16 152:5
  152:10,17 158:10
  199:6
**16**   4:22 57:1,4,18
  81:4,5
**162**   5:18,19
**163**   5:20
**1661**   2:4
**169**   5:21
**17**   4:23 87:15,16,19

**17718**   5:14 129:5
**1775**   3:4
**18**   5:2 53:1 93:1,4
  127:6 175:22
**1850s**   63:20
**19**   5:3 49:20 98:11
  98:12 174:17
**190**   5:22
**1900**   3:9
**191**   4:5
**19103-2799**   2:22
**195**   4:5
**1968**   77:2
**1979**   16:1
**1988**   15:21
**1996**   14:23 198:24
**1999**   12:14 199:1,5
  199:19
**1:00**   181:16,18
  182:1,3
**1:20**   104:9
**1:41**   118:6
**1:42**   118:9
**1:59**   171:2
**1st**   11:23

**2**

**2**   4:8 35:22,23
  186:10
**2,500,000**   187:3
**20**   5:4 102:9,12
  108:16 111:5
  114:19 158:10
  184:19 203:22
**200,000**   186:8,9
**2000**   12:10,11 17:5
  19:18 28:22 29:4
  66:23 108:24 120:1
  121:16,18 189:5
  198:19,21 201:7
**20006**   3:5,10
**2001**   16:23
**2002**   1:4 108:22
  112:13 116:2
  119:13,21 120:15

**122:12** 146:4 158:7
  160:17 198:24
**2003**   166:23
**2004**   88:6,13 124:3
  166:23
**2005**   17:5 122:16
  151:6 155:21
  164:17
**2006**   12:5 13:13
  14:10 19:10,23,24
  20:4 28:9 29:11
  32:6 33:3 35:17
  48:13 50:22 51:1,4
  69:14 75:4,8,9,11
  75:15,19 80:7
  102:19 127:19
  136:6,7 139:3 140:1
  140:18 146:20
  149:11 157:10
  160:8 164:18 165:3
  166:4 198:13,16
  199:12 201:7
**2007**   31:3,4 32:3
  41:20,23,24 49:20
  50:19 53:1 57:1,4
  57:19 72:22 73:2,3
  75:3,22,24 118:1
  127:6,13 129:16
  133:1 136:1 137:3,7
  137:17 164:11,15
  165:2
**2008**   30:4 31:1
  34:13 37:6 40:8,18
  59:9 60:24,24 63:13
  66:24 71:9 72:12
  74:13,16,21,24 75:3
  99:6 117:3 120:2,15
  120:22 121:16,18
  122:12 158:7 163:5
  163:22 169:2,20
  170:15 171:2
  176:13 181:12
  182:16 184:3 190:6
**2009**   28:10,22 29:4
  30:9 171:17 179:5,8

---

HIGHLY CONFIDENTIAL

**[2009 - 901-818-3146]**                                                  Page 2

180:12

**2010**   29:15 32:11 87:2 146:4 147:5

**2011**   176:19,23

**2012**   189:6

**2013**   180:4

**2014**   1:19 6:3 204:21

**202-778-3020**   3:10

**202-785.9100**   3:5

**21**   5:5 102:19 104:20,24,24 105:7 105:10 108:7 114:16,20 176:5

**215-981-4245**   2:22

**2193**   68:1

**2194**   4:18 67:19,20 68:2

**21st**   60:4 61:3 204:21

**22**   5:6 104:20,24 105:1 106:23 133:1 140:20 171:2 182:12

**224**   1:17 2:10 6:5 124:9,20,20 125:13 125:22

**23**   5:7 48:13 109:2,3 153:23 177:8

**23rd**   143:9

**24**   5:8 114:14 115:13 122:6 127:15

**24th**   60:4 61:4 117:22

**25**   5:9 97:3 115:10 115:14,15

**26**   5:10 88:12 117:9 117:10 122:2,6 124:3

**2600**   2:16

**27**   5:11 120:9,10

**2742**   42:8

**27781**   5:11 120:13

**28**   5:12 123:20,21 177:24

**28504**   59:10

**2895**   88:8

**28958**   88:8

**29**   5:13 88:6 126:19 126:22,23 190:6

**293**   5:19 162:24

**2:05**   133:22

**2:14**   134:1

**3**

**3**   4:9 37:13,16 129:16 151:15 186:10

**3-2002**   112:18

**30**   5:14 81:11 97:3 129:1,2 179:2,3 184:19

**300**   153:1

**3000**   2:21 181:13

**31**   5:15 80:3 132:19 132:20

**312-660-7600**   2:11

**31st**   37:6,6

**32**   5:16 136:8,11

**320**   36:7

**321**   4:9 36:1

**33**   5:17 138:14,15 156:15

**34**   5:18 154:11 162:10

**35**   4:8 5:19 158:13 162:20,21,23 164:7

**36**   5:20 163:15,18 163:20 180:20

**36605**   4:16 56:24

**36623**   4:15 49:18

**37**   4:9 5:21 169:23 169:24 170:2,3

**37127**   93:6

**38**   5:22 158:20 190:3

**38005**   181:13

**38006**   180:22,23

**38120**   2:5

**39**   4:10

**3:06**   169:9

**3:15**   169:12

**3:47**   189:18

**3:53**   189:21

**4**

**4**   4:10 39:8,9

**40**   159:19

**400**   2:4

**41**   4:11

**425**   5:12 123:24

**43**   4:12

**4378**   4:11 39:12 40:10

**454**   5:22 190:4

**4560**   5:13 127:4

**47**   161:14

**48**   4:13

**49**   4:14

**4:06**   202:5

**5**

**5**   4:11 41:1,4 152:4 152:10 165:3 185:20

**50**   5:5 44:12 105:1 145:4 158:21

**500,000**   187:4

**505**   4:17 59:9

**519**   117:13

**52**   5:6 105:2

**520**   117:13

**5220**   7:19

**53.3**   112:18

**5476**   4:12 41:5

**55402**   2:17

**5548**   4:20 72:17

**56**   4:15

**568**   105:8

**57**   184:8,21

**58**   4:24 87:20

**59**   4:16 124:7

**596,640**   111:6

**6**

**6**   4:12 6:2 43:12,13 184:19

**6/6/14**   203:4

**60604-2516**   2:11

**61,016**   124:8,19

**612-333-8844**   2:17

**62**   74:10

**64**   113:6

**65**   177:19

**660,000**   137:21

**67**   4:17 108:4,8 111:6 113:9 130:23 186:2

**67.4**   184:1

**676**   5:17 139:20

**68**   111:9,12

**6th**   1:19 2:16

**7**

**7**   4:4,13 48:1,2,4,5 163:22

**71**   4:18

**72**   4:19 111:18

**73**   4:20 155:19

**73.9**   155:20

**74**   155:20

**743**   4:19 71:8

**7550**   78:20

**7563**   74:1

**76**   111:22

**8**

**8**   4:14 49:8,17 184:19

**80**   4:21

**800**   3:4

**81**   4:22

**87**   4:23

**9**

**9**   4:15 56:19,20 71:9

**90**   177:20

**901-818-3146**   2:5

HIGHLY CONFIDENTIAL

**[918 - answer]**

**918** 4:14 48:15
**93** 151:2,6
**94** 5:2
**948** 136:13
**957** 88:9
**958** 87:24 88:9
**98** 5:3 145:23
**9836** 136:23
**9845** 5:16 136:12
**99** 199:3
**9:37** 1:19 6:3

**a**

**a.m.** 1:19 6:3 49:11
  49:14 55:1,4 92:9
  92:12
**aaragona** 2:12
**ability** 73:19 145:9
  189:2 192:14
**able** 10:19,24 22:6
  46:5 127:21 133:19
  147:8 167:18
  184:20 187:6,22
**absolutely** 177:23
**ac** 70:5,9,11
**acc** 201:10
**accelerated** 92:16
**accept** 44:9,18
**accepted** 175:5
**access** 144:4,8
**accommodate** 193:4
**accountant** 15:11
**accounting** 16:3,4
  138:10
**accumulate** 103:6
**accurate** 56:5 58:10
  58:13 76:20,23 77:5
  77:8,9 145:8 146:20
  152:9 153:4,5 154:2
  158:23 172:20
  174:12 178:9 203:5
  204:13
**accurately** 114:7
  189:2

**accustomed** 128:2
**achieved** 57:23
**acknowledgment**
  203:1
**acquire** 20:1
**acquired** 112:12
**acquisition** 142:22
  177:5,14
**acquisitions** 71:16
  142:23 179:23
**acres** 3:11 7:7
  177:16
**acting** 87:11
**action** 58:21 77:19
  82:14 204:19
**actions** 1:7
**activist** 89:15
**activists** 90:1 130:16
  130:24
**activities** 76:17
**actual** 45:16 144:21
  168:8 179:12
**add** 57:21 72:3
**added** 12:22 13:1
  14:11 167:20
**adding** 179:20
**addition** 11:13
**additional** 167:19
**address** 7:18 41:18
  86:19 124:5
**addressed** 86:11
**adjusted** 123:16
**adjustment** 81:15
**adjustments** 111:13
**administrative**
  36:16 68:13
**adopted** 175:5
  183:19 201:22
**adoption** 135:1
**advantage** 167:8
**advice** 9:16 25:2
  87:4
**advise** 70:20 175:1
**advised** 139:12

**advisor** 139:10
**advisory** 201:3,24
**ae** 124:19
**affordable** 178:22
**aforesaid** 204:7,15
**age** 185:12,12
**agio** 138:19,20
  139:8,12 141:23
  190:23 191:3
**ago** 8:20,21 88:21
  137:24 198:9 199:6
**agree** 47:17 72:5
  102:22 194:20,24
  195:4,11,23 196:5
  197:20,24
**agreed** 62:13 197:15
  197:22
**agreement** 39:14
  40:1,9,21 45:15
  53:8 99:11,21 100:1
  192:17
**agreements** 197:17
**agrees** 40:12
**agri** 119:1
**agricultural** 170:20
**aha** 99:12,12 100:24
**ahead** 27:5 55:19
  56:12 62:22 63:10
  66:9 166:1 199:21
**air** 106:3
**alaska** 142:13
**albertson's** 154:10
  155:7 158:17 187:9
**alike** 143:2
**allan** 32:14
**allergy** 19:4
**allocated** 42:17,24
**allotted** 167:17,17
**allowance** 89:23
  90:20 110:1 167:18
  183:8
**allowances** 100:7
**allowed** 16:19
**allows** 25:24

**alter** 97:9 194:4
**america** 22:18,19,21
  23:4,13,17,20,21
  24:3 92:5 155:16,17
**american** 22:13,14
  91:9,18,24 92:2,4
  98:10 99:4,10,21
  100:5,16 101:8
**amortization** 95:14
**amount** 60:13
  125:16 146:23
**analysis** 114:3
  118:16
**analyst** 50:15,17
  51:9,11 171:4 172:8
  172:10,11 190:13
  190:14,17
**analysts** 71:24
  172:18
**analytical** 69:18
**anderson** 116:5
**andrew** 121:1,2
**andrews** 50:13,14
  50:14,15 51:1 53:2
**angeles** 8:15
**angry** 11:10
**animal** 89:8,12,15
  89:16,19 90:11 91:7
  98:9 99:3 101:9,17
  108:5,19,21 130:16
  130:24 146:22
  166:19 183:4,8,17
  184:3 186:1 192:8
  193:6,14,19 198:15
  198:16 200:6,15,19
  201:6,9,10,15
**announcement**
  143:9
**announcing** 99:3
**annual** 90:3 124:6
  164:8 188:20 189:3
**annually** 152:1
**answer** 9:9,10,11,12
  9:14 10:3,15 25:1,9
  25:12 27:11 42:15

HIGHLY CONFIDENTIAL

[answer - background]                                                                    Page 4

49:5 128:7 131:16
165:21,24 176:16
**answered** 66:9
201:19
**answers** 9:5 11:13
**anticipate** 44:23
127:18,23
**anticipated** 179:21
**anticipation** 48:22
**antitrust** 1:5 86:11
86:19 195:16
**antonio** 136:20
**anybody** 86:7 88:20
191:7
**anymore** 11:11
32:19
**aol.com.** 41:10 42:6
**apparently** 121:16
136:17 138:23
185:1
**appearances** 2:1 3:1
**appeared** 2:6,13,18
2:23 3:6,11
**appears** 39:14 59:12
**applied** 174:11
**appointed** 72:24
**appreciate** 72:2
**approached** 12:13
**appropriate** 57:22
**approval** 99:10
**approve** 36:21 37:1
44:9,17 97:12
**approved** 40:13,14
60:2,6,18
**approximate** 122:11
**approximately** 1:19
6:3 19:10,22 28:9
29:22 34:13,20 61:6
115:6 158:21
182:15 184:8,21
**april** 11:23 80:7
**aragona** 2:9 6:19,19
**area** 17:18,22 18:16
31:4,11,12 76:1

**areas** 31:15,16,24
73:11
**arin** 2:9 6:19
**arkansas** 170:19
**arnie** 88:5
**arranged** 35:20
**arrangement**
148:22
**arrangements** 159:2
**arrived** 19:3
**art** 105:12 106:24
157:20
**arthur** 3:8 7:7 15:4
15:7,10 141:2,4,5
**article** 190:17
**aseptic** 13:4
**asia** 129:24
**asked** 66:8,15 67:4
72:6 78:23 127:8
128:3 157:24 158:1
180:23 191:21
193:8 198:5 201:18
**asking** 9:4 11:8
113:5 190:12
**asks** 88:23
**asserted** 25:6
**assess** 22:7,7
**assessed** 90:9,10
**assistant** 68:13
**associated** 45:12
175:16
**association** 22:1,3,4
24:10 91:24 92:3,4
98:10 99:4,10,21
100:6 162:8
**association's** 100:16
**assume** 9:13,15
54:14 121:23
138:19 154:2
179:13 184:5
**assumed** 53:22
**assuming** 53:20
196:21
**assumptions** 54:18

**assurance** 30:17
**atmosphere** 103:8
103:19
**attached** 59:15,15
59:20,21 114:23
121:16,18 138:23
163:24 171:8
**attaches** 171:4
**attaching** 190:18
**attachment** 39:13
59:8,11 93:7 98:17
117:14 127:5
136:12 138:18
170:5
**attachments** 67:19
138:14
**attempt** 127:20
129:19
**attend** 88:16 134:7
135:12 149:7,13
198:18 199:2
**attended** 38:5
134:10 149:11
199:1,13,24
**attending** 135:16
136:19 198:23
**attorney** 197:7,13
204:16
**attorneys** 6:10
**attribute** 174:6
**attributed** 164:11
164:14
**attributes** 65:3
**audible** 11:13
**audit** 15:4 68:9 90:7
90:21,23 91:1 99:12
100:24 101:14
123:14,14 124:6,21
124:21
**audited** 91:8
**auditing** 91:6,21
99:3,22 123:12
**auditor** 170:12,14
170:15,17

**audits** 67:2,7,13
70:24 90:3,5 91:10
91:12,15 102:23
**august** 102:19
**austin** 136:19
**authoring** 72:1
**authority** 73:14
**automated** 157:19
158:5,7
**automatic** 100:24
**available** 192:11
**avenida** 7:19
**avenue** 1:17 2:10
3:4
**average** 125:13
178:13 188:20
**aviary** 120:17
**aware** 126:5,11,13
126:14,14,16,24

**b**

**back** 11:16 25:13
43:2,3 49:13 50:19
50:23 53:18 55:3
56:17 58:19 63:14
64:20 68:16 73:12
74:9,10,11 77:1
82:14 92:11 98:6
104:8 113:2 118:8
118:11 123:17
131:12,13 132:1,2
133:24 164:4,7
167:17 169:11
172:5 180:20
189:20 197:9 198:4
200:1 201:7
**backfill** 167:9 194:1
**backfilling** 91:1,2,4
166:12,15,18,21,21
168:18,20 193:10
193:22 194:2
**background** 138:10
182:10 183:3
185:11 186:12
187:11 188:17

HIGHLY CONFIDENTIAL

**[bad - break]**

Page 5

bad   128:12
badly   130:14
baker   84:4,4
balance   61:13 177:6
balances   22:8
ban   193:21 194:1
bankers   190:14,17
    190:22
banned   193:13
bans   130:17
barbara   6:1
barriers   183:11,12
    184:15,17 186:11
    186:13
barry   60:5,7,17,22
    60:23 63:17,18,22
    64:16 65:19 66:7
    78:13 147:13,16
    152:20 174:9,14
    189:14
base   153:24 154:3
    187:7
based   10:3 24:10
    25:8,21 42:18 45:19
    46:8,12 52:22 63:19
    64:1 71:14,20 90:7
    93:6 137:22 139:11
    147:15 170:21,22
    174:8,13 185:1
    189:11 194:5 197:6
    197:7
basic   89:18
basically   10:21
    42:20 150:6 151:10
basis   25:11,18 26:12
    64:6,9,10,11,13,16
    65:19 66:13,22
    67:10 70:23 132:13
    132:15 133:12
    157:18
bates   14:3 35:24
    37:17 39:11 41:4
    43:15 48:14 49:18
    56:24 59:8 67:18
    71:8 72:17 73:24

81:12 87:19,22
    93:12 98:13 102:14
    105:1 114:17
    117:12 123:23
    127:4 129:4 132:22
    136:11,23 139:19
    162:23 163:18
    170:3 190:3
bearing   37:16 39:11
    43:15 48:14 49:17
    56:23 59:8 71:7
    72:16 73:24 104:24
    105:1 114:17
    117:12 123:23
    129:4 132:22 170:3
bears   35:24 41:4
    67:18 98:13 127:3
    136:11,23 139:19
    162:23 190:3
beat   142:16
becoming   33:14
    131:3 199:12
beef   178:24
began   51:4 66:23
    108:21,23
beginning   12:11
    19:23,24
begun   82:21
behalf   2:6,13,18,23
    3:6,11 6:15,16,20
    6:24 7:2,5,7 23:23
    39:24 45:11 63:6
    73:14 88:24
belief   194:13,16
    197:5
believe   25:6 30:4
    111:11 117:7
    124:24 160:17
    200:12
believed   96:21 97:4
bell   192:9 199:4,16
    199:16
belong   21:19
belonged   21:23
    22:11 155:3

belt   105:15 106:2,7
    147:23
belts   106:5 157:14
benefit   53:17 95:24
    96:16 97:20 100:3
    137:17
benefits   168:24
berino   112:9,10,11
best   11:15 27:24
    58:6 77:12 127:21
    129:20 143:18,22
    145:9 151:11 160:1
    160:7,8,9,14,15,16
    160:21 189:1
bet   157:12
beth   1:13 6:12 10:17
    204:3,23
better   148:2 164:20
    186:1
beyond   159:13
bid   188:7,8
big   105:8 150:2
    151:12
bigger   112:2,3
bill   17:9
billing   23:22
bird   112:15 125:16
    146:24 184:1
    185:20,20,22 186:7
birds   42:18 84:11
    103:4 108:8 110:18
    110:19,23 111:5,24
    112:2 122:17 124:9
    124:19 145:5
    161:20 165:2 184:8
    184:22 186:8,9
    193:15
bit   23:20 53:15 72:8
    98:8,22 104:12
    111:10 123:11
    134:4 180:2
bj's   155:10
blizzard   36:12,14,15
    59:14

board   22:13,14
    23:17 28:6,9,13
    29:8,11,14 33:7
    34:17 48:6 52:9,13
    55:11,18 56:6 72:9
    73:16 74:11,20,24
    75:3,7 83:3 94:12
    99:20 133:7,13,16
    134:7,11,19,20,24
    135:1,7,8 181:3,10
    184:24 185:21
bob   19:2 32:3 44:3
    67:23 69:23 80:3
    121:9 127:5,9
    138:20 188:10
body   199:23
boies   2:3 6:15
boies.com   2:6
book   150:3
boring   150:10
boss   97:8
bosses   56:10 58:16
bottom   77:16 88:8
    96:2,18 97:22
    136:24 137:17
    175:19 179:9
    188:22
bought   14:21,22
    149:1 155:6,7
    160:16 175:8
boulder   116:9
    161:10
box   174:18
bradley   17:9
brand   20:13,19
    65:14 151:17
branded   151:9,18
    151:19,20,21,22
branding   141:20
brands   65:12,15
    150:24 151:12
bread   178:21
break   10:8,8,10
    13:3 54:23 55:2,6
    92:7,10 104:3,7

HIGHLY CONFIDENTIAL

**[break - certified]**

Page 6

118:7 133:19,23
169:7,10 189:16,19
**breaking** 13:7
**breaks** 10:10
**brief** 24:18 49:12
**brigham** 15:23
**brings** 10:14
**broke** 92:14
**broker** 152:8 154:18
175:8
**brown** 102:24
109:19 110:15
111:20,21,24 112:2
112:4 114:2,6,6
121:7 174:2,4,5
**browns** 175:8
**build** 146:19 184:19
**builders** 119:1
**building** 180:2
**bulk** 14:23
**bullet** 141:19 144:1
145:17 146:11
147:18 151:24
159:8 161:15 165:5
165:7 166:22
172:24 173:24
183:21 184:4
**bummer** 142:14
**business** 14:12,23
16:11 21:3 51:21
56:7 61:8,11 66:24
97:1 107:17 113:13
129:10,12 131:23
132:9 136:5 139:22
140:2,5,8,21,24,24
141:14,15 148:21
154:19 155:14
161:22,24 171:7,18
175:17 183:14
186:21 197:21
**businesses** 143:6
**butter** 178:21
**buy** 45:11 106:21
160:9,13,14,15
161:6

**buyer** 139:3 153:13
153:18
**buyers** 150:23
**buying** 21:15 140:7
197:23,23

**c**

**c** 1:13 204:3
**c.s.r** 204:23
**c.s.r.** 1:13
**cage** 65:5,7 89:23
90:19 95:21 100:23
101:1,19 103:4
104:14 105:8,12
106:7 107:2,4,10,19
108:1 110:11
111:15,21 112:15
118:22 119:14
120:16,16 121:21
126:8 130:7,17,18
146:24 151:15
159:18 165:6,17
166:8,18 167:18
179:15,17 183:8,23
183:24 199:17
**caged** 100:7
**cages** 104:17,18
105:9,21 106:2,5,15
106:18,19,20 107:6
107:11,22 108:12
108:14 111:19
113:14 116:7 119:3
119:4 166:13,15,18
166:21,21 167:9,16
168:18,21
**cal** 14:22 82:20,24
83:3,4,12,21,23
84:9,21 92:19
113:23 148:22
149:5,8,13 154:22
155:1 175:13,20,21
175:24 177:16
**california** 7:20
12:15,16,18 14:17
14:22 21:24 22:2,4

22:6 110:13 113:18
113:19,23 130:17
131:10 142:5
143:12,13 147:24
150:22 156:9
170:22
**call** 69:18 85:12
86:5 89:4 128:21
150:20 181:16,17
181:19,21,24 182:1
182:3
**called** 31:4,22 35:2
79:6 83:1 84:6
91:23 101:18 102:1
117:24 136:4
138:23 160:16,21
161:9,16 169:15
201:1
**calls** 24:22 38:6,9
165:9,22
**campbell** 23:7,10
**cancel** 171:16
**capacity** 112:5,21
119:22 179:5,6,8,15
180:11
**capita** 146:3 189:4
**capital** 130:13
183:13 184:14,18
**capper** 24:9,13,17
25:23 194:14,17
197:6
**captain** 174:23
175:12,18
**captains** 174:22
**carcasses** 103:6
**care** 89:8,12 90:11
98:9 101:17 108:5
108:19,21 146:22
166:19 183:4,8,17
184:3 186:1 200:6
200:15 201:6,10
**carrying** 91:16
**carryover** 137:13
**cart** 103:14,15

**carton** 65:2
**carts** 103:1,2,3,9,10
103:17
**case** 8:9,10,11,14
39:1 119:24 175:2
**cases** 79:14 91:20
142:11 156:12
**catastrophic** 91:3
**categories** 90:13
154:6
**category** 70:14,16
150:18 151:20
174:22,23 175:1,2
175:12,15
**cause** 54:6 58:21
90:20,22 91:1
**caused** 130:24 178:7
**causing** 126:7 146:7
**cc'd** 36:9
**cc'ing** 53:2
**cd** 10:17
**cease** 15:18 34:10
**ceased** 86:22
**center** 78:9 148:19
**centrum** 148:19
**ceo** 12:1,4 19:15
32:3 33:2 34:8,11
35:12 37:9 40:22
52:14,20 55:12,16
65:11 77:4 79:5,5
117:5 149:16
176:18
**certain** 11:4,4,5
47:11,17 73:17
77:18 85:1 91:13,18
130:8 146:10 162:5
**certainly** 82:19
**certificate** 204:1
**certification** 146:23
183:5,17 184:3
200:7 201:10
**certifications** 99:9
101:12
**certified** 89:8,12
90:11 91:20 98:9

HIGHLY CONFIDENTIAL

[certified - concludes]

101:9,17 104:12
108:5,21 118:17
165:5,17 168:17,19
191:22 192:1,5,11
192:13 193:2,9,13
193:22 194:2
197:12 200:15
204:2,3
certify 203:2,4
204:5
certifying 91:10,22
cff 175:8
cfo 33:14 52:1
184:13 185:7
chain 117:21 154:9
156:4 158:16
chairman 30:14
31:5,10,12 35:11
52:8,12 55:10 63:7
68:22,24 86:9 94:11
chairperson 31:5
challenge 54:6,11,14
54:15
challenged 183:15
chance 69:19
change 32:18 34:1,3
111:6,15,22 112:5
113:9 121:15,16
140:12
changes 34:4 98:2
181:14
changing 187:2
characteristics 65:3
charged 194:21
chart 110:15 188:22
check 42:8,20 43:4
chicago 1:18 2:11
6:5 204:21
chicken 101:20
104:15 157:18,21
157:24 184:19
186:7
chickens 85:22 86:1
86:2,3,4 166:7

chicks 157:5
chief 32:7,9,12,13
33:15 52:7 57:2
68:23 69:1 85:12
86:10 140:16
chopped 136:14,14
chosen 174:22
circulate 133:11
circumstances
135:3
cisneros 71:12,13
city 113:18
civil 1:15
clarification 10:3
clarifying 172:13
classic 186:3
cleaned 157:15
clear 26:18
clearfield 116:20
160:18,18
clients 127:1
close 108:15
club 155:9,10
co2 103:9,20
coast 31:19 85:2
118:23 141:20,20
code 169:18
coherent 9:21,22
coincidentally 111:8
collapsed 171:17
collection 142:22
collectively 26:1
color 13:19 117:15
174:19 188:16
colorado 161:4,10
column 113:6
combination 140:23
161:8
come 12:9,12 50:23
56:17 63:14 79:4
86:22 90:7 98:6
127:23 156:7 161:9
164:4 169:21,22
175:3

comes 10:21
coming 97:24
130:11
command 152:24
153:10
commencement
204:6
commencing 1:18
comment 144:11
168:9
commission 203:24
commitment 39:15
40:9 46:7
committed 45:18
159:5
committee 29:5,17
29:20,23 30:17,23
34:23 40:14 72:11
72:24 73:4,7,8,13
77:19 134:14,14,17
135:6,10,13,17
197:10 198:15
199:11,11,12 200:1
200:13,21 201:2,3,9
201:16,24
committees 27:19
27:22 28:2 30:20
72:9 74:6 77:13
134:5 198:12
199:24
commodities 145:19
commodity 65:2,22
65:23 66:1,14,17
131:20 147:15
151:5 152:5,14
153:11 161:7,8
178:20,24 187:18
188:3
communications
24:24
community 154:20
companies 14:11
16:19 17:2,11 22:22
24:6 27:18 137:12
137:13 144:13

150:22 175:12
177:15
company 8:9 15:5
19:17 22:23 35:2
40:12 44:12 50:16
52:1 54:9,15 60:9
62:2 68:18 69:7,10
82:4 90:20 91:1
101:1 112:12
120:24 121:10
136:4,7 142:19
144:15,20,22
150:18 156:21
157:5 160:16 173:6
173:19 176:21
compared 95:14
187:3
comparing 115:1
comparison 61:20
120:14
compete 187:9
competing 70:6
148:7
competitive 187:5
competitor 83:17
84:24 85:24 194:21
195:1,5
competitors 84:23
85:4,8,22 195:12,14
195:23 196:6
compile 78:11
complex 44:7 125:1
125:9 186:10
complexes 130:7,18
187:3,8,8
compliance 86:11
86:15,19 90:10
102:22 184:15
186:19
concerned 100:3
concerning 204:9
conclude 60:8
concluded 202:8
concludes 202:4

HIGHLY CONFIDENTIAL

[conclusion - cut]

Page 8

**conclusion** 92:18
**conducted** 124:7
**conference** 38:6,9
89:4 181:17,19,20
182:1,3
**confidence** 168:6
**confidential** 1:10
**configuration**
105:13,15 107:3,4
107:11,19
**configurations**
121:21
**configured** 105:10
**confirmed** 82:20
**confused** 92:5 139:3
181:23
**conjunction** 92:19
141:24
**consider** 83:7 149:3
174:4
**considered** 151:17
151:19,20 178:18
**consistent** 60:11,13
96:3,9 137:5 152:1
152:9 166:24
168:24 169:5
177:21 182:14,21
183:20 184:1
**consisting** 192:7
**consolidated** 137:15
143:2
**consolidation** 144:3
177:9,11,13
**constitutes** 204:13
**construction** 157:10
**consultant** 121:2
**consumed** 189:3,4,5
**consumers** 183:19
**consuming** 146:19
**consumption** 145:22
146:2,3 188:18,21
**containers** 60:3
**contains** 152:7
**content** 182:6

**contest** 10:7
**continue** 34:6
178:22
**continued** 145:22
**continuing** 15:16
**contract** 159:5
160:9
**contracted** 69:11
**contracts** 152:21
159:9,13
**contribute** 144:2
**controlled** 83:20
145:5 156:21
**controller** 41:8
141:11
**convenience** 117:16
**convention** 164:8
168:2
**convey** 165:17
**conveyer** 157:14
**cooperative** 20:10
21:20 22:5 24:17
25:23,24 44:12 53:6
53:7 194:14,17
197:6
**coordinate** 84:7
**coordinated** 58:4
**copy** 70:1 109:17
163:24 164:1
**corn** 147:23
**corner** 140:12
153:24 171:20
174:18
**corporate** 69:16
**correct** 25:9 29:2
36:10 46:15 48:20
50:3,6 57:5 70:3
74:14 81:9 82:17,18
82:19 94:21 108:10
110:16,21 112:24
113:2 129:19
132:16 140:9,17
146:24 147:1
155:22 171:3 174:6
174:15 175:10

**corrected** 123:16
**correction** 123:15
203:8
**corrections** 203:6
**correctly** 55:13
**correlate** 47:9
**correlated** 79:14
84:22 145:19
**correlation** 84:14
146:2
**correspondence**
162:17
**cost** 46:6 95:13
100:4 128:1 130:9
132:3,4 146:13
147:19,19 148:1,7,7
150:7,13 152:21,22
153:14 156:10
186:18 189:11
**costco** 155:10
**costcos** 187:10
**costly** 131:3
**costs** 45:12 95:22
148:6
**cough** 19:6
**counsel** 87:4,10
117:17 189:23
191:5 204:17
**counsel's** 9:16 87:11
**counting** 157:22
**country** 20:12 84:10
130:17 142:10
143:3 154:17,18,21
173:5 187:10
**county** 148:18
160:23,24
**couple** 45:23 49:22
92:14 94:6 109:15
117:19 128:12
185:10 189:24
198:4
**course** 9:6 53:7
113:13 167:14
**court** 1:1,16 6:7,12
8:16,18 10:22

115:14
**courtesy** 11:19
**cover** 39:16 46:11
99:5 117:16 150:17
**covered** 31:23 42:9
**cpa** 15:12,18 170:20
**craig** 1:12 2:13 4:4
6:8 7:10,17 109:23
140:16 171:1 203:2
203:20
**created** 110:15,20
116:24 118:19
181:2,6
**creek** 154:17,18,21
**criteria** 90:8
**critical** 177:2
**crop** 20:10,23 21:1,2
21:3
**crops** 20:23,24
21:12
**cross** 189:23 191:5
**csr** 204:4
**cst** 181:16,19 182:1
182:3
**current** 110:18
111:6 112:16
**currently** 11:19
111:17
**custodial** 74:3
**customer** 70:13
91:11,14,16 99:7
153:24 154:3 176:4
187:6 188:7
**customers** 18:18
23:23 24:2 26:5,6
26:10 27:1,9,10
64:15,17,18,20 66:6
66:11,15,18 69:23
70:15 89:14 90:1
126:7,17 127:16
128:2,4,6,10 148:4
156:2 174:21
175:20 188:5
**cut** 131:12,13 132:2

HIGHLY CONFIDENTIAL

cutback 176:19
cutting 82:14

**d**

d.c. 3:5,10
daily 63:23 64:5,8
　64:10
dairy 20:10,14,16
　20:17,17
dan 6:23 44:2 49:20
　81:14 94:18 117:2
　138:21 190:5
　191:11
daniel 2:15
data 68:17,18,19
　69:5,14,18 70:6,9
　70:12
date 6:2 59:13 60:18
　72:12 75:21,23,24
　115:20 178:9
dated 48:13 49:19
　53:1 57:1,18 59:9
　71:8 72:22 80:7
　81:7 88:6,12 102:19
　132:23 133:1
　163:22 171:1 190:6
dates 28:11 70:2
　115:21
david 71:12,13,19
　118:22
davis 2:21 7:1,1
　24:21,21 26:11,13
　26:15 27:3 87:21
　88:1 164:23 165:9
　165:22 167:11
　191:13,13
davisew 2:23
day 1:19 9:7 38:15
　60:6 149:19 157:18
　157:18 191:17
　203:22 204:21
days 109:18 113:20
de 7:19
deal 105:17

dealt 198:12
december 71:9
　120:22 127:19
　129:16
decided 82:7
decision 73:14,19
　82:5 84:17 87:5,8
　87:12
decisions 56:6 194:5
deck 105:14,16,20
　108:4 185:21 186:2
decline 178:7
decoster 85:6
deep 107:2,4,10
　186:4
defendant 7:5,7
　8:12
defendants 6:17
defense 25:6
definitely 9:7
degree 16:2
delivered 60:3
delivery 45:20 60:7
　60:21 156:12
delta 83:2,9,11
　84:15,17 148:23
　149:1 155:1 159:20
　160:1,5,10,19
demand 61:13 82:13
　145:17 146:7 178:1
　178:2 187:11,23
　188:17 196:21
demonstrate 150:23
　174:24
denny's 15:3,19
　141:1,6,8
dent 32:8,9,13,15
　33:14 50:13 51:24
　53:1 57:2,3,18,24
　94:19 138:20 163:7
　163:10,22 172:4,14
　188:13 190:5,9,20
department 15:4
　50:21 51:7 188:11
　188:12

depending 116:2
depicts 107:1
deponent 203:1
depopulation 102:1
　102:2,3 103:2,18
deposition 1:12 6:4
　8:19 37:16 41:4
　48:1 49:17 56:19
　59:7 67:16,18 73:21
　80:3 87:19 98:11
　102:12 104:24
　109:2 114:19
　115:13 117:9 120:9
　123:20 126:22,23
　132:19 190:3 202:5
　202:8 204:10,15
depositions 1:17
depreciate 108:15
described 161:18
　201:4
description 76:22
　77:5,9 154:3
designed 108:7
despacio 7:19
destroyed 167:22
detail 71:2
details 100:2
determined 147:12
developed 89:13
　108:23 168:20
　192:1,5,6 198:7,7
　200:10,14
development 200:6
　201:6,14
develops 168:18
dheadlund 2:18
diagram 105:6
dicks 32:14 188:14
difference 144:17
different 31:11
　73:11 74:6 84:13
　104:14 112:1
　150:24 153:12,17
　175:5 178:24
　193:15

differential 45:15
difficult 47:8 186:5
difficulty 183:12
　186:22
direct 2:18 6:24
　18:7,22 58:21 92:23
　156:12,24 158:11
　191:11
directing 197:8
direction 197:13
　204:12
directly 32:6,20
　33:18 34:7,11 69:22
　79:21 107:5 148:8
　160:2 172:9 175:21
　195:23 197:10
　204:18
director 18:20 19:8
　19:9 36:17 71:15
　99:6 109:20 121:5
　121:11 127:13
　141:10 176:24
　177:1
directors 28:6,9,13
　29:8,11,14 33:8
　34:17 75:1,7 134:7
　134:11
disagreed 62:1,8,16
　168:4
disapprove 97:13
discuss 73:9 83:6,12
　83:18
discussed 37:6 45:2
　83:3,22 97:17 98:2
　146:16 147:14
　149:21 151:14
　171:7 173:19 176:7
　191:16
discussing 57:9
　97:15,19,20 126:23
　199:17
discussion 49:12
　166:14 199:15
discussions 191:23
　195:14

HIGHLY CONFIDENTIAL

disease   193:16
diseases   147:1,2
disposal   80:14
dispose   161:20
disrespect   9:6
distinguished
  156:13
distribute   78:11
distributor   173:17
distributors   148:11
district   1:1,2,16 6:7
  6:7
divided   31:8
division   16:8,10,20
  17:1,8,9,16 18:2,13
  18:17 139:13
  143:10 150:21
divisions   16:13
  51:16 141:12
divulge   24:23
document   1:6 14:5
  36:3 37:16 39:11,12
  41:5 43:15,18 48:14
  56:22,23 57:12,12
  57:20 59:7 68:5
  71:7 72:16 73:24
  74:4 78:17 81:10
  88:4 93:4,17,24
  94:13 95:2,2 98:11
  98:16 99:17 109:4,8
  109:16,17 114:13
  114:17,22,23 115:4
  115:17,18,24
  116:24 117:12,20
  118:14,15,20 119:6
  119:9 120:12,13
  121:15 123:2,23
  124:1,15 129:4,6
  132:22 136:22
  137:18 138:13
  139:21 140:10,10
  162:4,11,15,24
  163:2,3,19 170:2,3
  170:4,5,7 171:23
  180:22 181:6

182:10,14 183:2
documents   101:11
  119:11,17 138:17
doing   11:22 67:11
  69:17 83:6,8 126:15
  131:22
dollar   60:13
dolph   84:4,6
domestic   46:18 47:1
  47:4
don   32:8 57:2,20
  102:24 109:19,19
  115:5 121:7 138:20
  163:22 190:5,8,9,12
  192:9 199:4
donations   77:21
dotted   18:21
downs   188:3
downward   196:16
  196:22
dozen   53:4 60:8,22
  61:1 95:13,22
  159:11
dozens   151:3 154:12
draft   138:24 185:1
drafted   185:7
drafts   185:4
dramatically   187:2
drawer   76:11
dried   106:3 107:7
drill   39:19
drive   2:4 130:6,18
drop   158:18
drops   107:5
drying   105:14,23
due   42:7,8
duly   7:11 204:8
dutchman   105:8
dynamics   144:2

**e**

e   36:7,11,18 37:6,7
  37:20 38:11,15
  39:16,19 41:7,9,11
  41:13,13,14,15,17

42:6 43:21 48:5,10
  48:16,17 49:19,21
  49:23 50:2,6,13
  52:24 54:5 55:7,7
  57:1,3,8,17 59:10
  59:11,12,21 61:21
  61:23 71:12 72:1,19
  72:19 80:6,9 81:8
  81:13 88:5,12 92:15
  93:7 94:16,18 95:7
  95:10 99:5 102:18
  102:21 109:18
  117:21 120:19
  127:5 129:8,15
  132:23 133:1
  138:17,18 163:21
  170:24 190:5,8,9
e&m   110:11,12,13
  110:20
earlier   72:8 98:8
  104:11 123:11
  146:13 147:15
  151:14 159:21
  161:18 173:20
  176:7 180:23
  181:15 182:14
  186:2,4
earliest   75:21,23
early   79:7,8 81:23
  95:12 171:17
easier   56:16 140:13
east   17:12 23:14
  118:22 122:19
easter   61:12,19 82:1
  82:1,2,14
eastern   1:2 6:7
  16:16,19 17:10
easy   99:7 156:8
eat   145:24
eats   178:20
economic   60:9 62:2
  88:7,14,15,16
economy   187:3
edition   190:7

education   15:16
effect   58:21 92:20
  108:24 119:20,22
effective   11:23
effectively   20:5
effects   118:1,20
efficiencies   95:13
efficiency   96:2,18
  97:22
efficient   132:7 143:3
  161:19 186:20
  187:8 193:7
efforts   145:6 169:19
  177:9,12
egg   1:4 2:23,24 6:6
  7:2,3 12:22 13:1
  14:11,12 21:18,24
  22:2,4,5,13,14
  23:24 24:6,7,9,11
  35:3,6 40:8,13 54:6
  54:13,15 58:4,6,22
  59:22 61:7,14,16
  64:22 65:1,2,4,6,7,8
  68:8 70:21 77:5
  78:9,11 82:11 83:9
  83:11 84:15 85:11
  91:17 92:20,24 97:1
  109:20 126:7,18
  127:15,24 136:5
  137:2,6,10 139:22
  140:2,4,5,8,23
  143:11 144:13
  145:17 146:3,3,6,7
  146:10,14 147:12
  147:18 148:9,14,16
  148:23 149:1
  153:13,15,22
  154:19 156:23
  157:6,7 159:17
  160:10 161:22
  162:7 164:11,14
  167:1 174:4,5 175:1
  175:6 176:24 177:1
  177:10 178:13
  179:4,12 183:4,13

HIGHLY CONFIDENTIAL

187:21 188:18,20
189:5 190:6 194:4
198:12
**eggland's** 151:11
**eggpac** 77:18,19,22
**eggs** 13:4 17:18
18:13,18 22:18,19
22:21,22 23:3,13,17
23:20,21 24:3 26:1
26:4,5,10 27:1,10
35:7,9 37:10 44:13
45:9,10,11,24 46:5
46:13,19,23,23
48:23 54:9 58:5
60:3,3 63:21 64:15
64:24 65:12,15,16
65:18,22,23 66:1,3
66:4,6,14,17 82:12
83:2 85:7,13 95:22
95:23 106:6 127:6
127:22 128:1,18
139:13 140:21
141:14,15 145:23
145:24 147:8,15,24
148:12,13,18,23
149:1,4 151:2,5,9
151:13,14,23 152:5
153:10,11,19
154:12,24 155:6,7
155:16,17 156:8,20
158:21 159:6,8,12
159:21,23 160:23
160:24 161:2,7,11
161:12 173:2,4,8,18
173:23,24 174:1,2,4
174:8,14 176:1
177:5 178:2,4,4,17
178:21 188:2,5,10
189:3,4,9 192:2
193:23 194:9,21
195:1,6,12,24 196:6
196:16,23,23
197:16,23 198:1,2
**eight** 49:7 106:17,19
108:8

**eighth** 175:19
**eimer** 2:8 6:5,19
**eimerstahl.com** 2:12
2:12
**either** 10:2 78:8
90:6 124:16 141:24
**elected** 28:24 75:22
167:9
**eleven** 8:21
**employed** 11:20
12:6 136:7 194:13
194:20,24 195:4
**employee** 50:22
51:1 71:14,20 129:9
204:16
**empty** 167:9
**encourage** 146:13
**endurance** 10:7
**engage** 79:7
**engaged** 76:18
**english** 26:21,24
**enjoyed** 166:24
**ensure** 90:8
**enter** 43:7 183:13
186:17
**entered** 99:20
**entire** 19:17 23:8,10
35:14 52:13,19
66:16 69:7 77:10
125:24 176:18
184:6 199:20,23
**entities** 17:3 38:9
39:24
**entity** 77:22
**entry** 183:11,12
184:17 186:11,13
**environmental**
131:9 186:14
**equal** 46:5
**equipment** 185:12
185:12
**equity** 44:11 143:11
144:24 182:22
**equivalent** 189:5

**eric** 129:10
**essentially** 142:7
**est** 179:13
**established** 90:9,12
90:14,16
**estimate** 108:17
144:19 158:8,24
180:14,15
**estimated** 137:21
179:8,13,14 180:11
**estimates** 138:8,9,11
145:10
**estimating** 138:2
**europe** 53:3 129:23
**euthanized** 103:5
**euthanizing** 102:8
**evaluated** 51:13
**evan** 2:21 7:1 24:21
191:13
**evenly** 105:21
**event** 113:14
**eventually** 11:10
107:7 146:14
**everybody** 80:23
131:13 178:20
189:23
**evidenced** 174:21
**evolving** 144:2
**evp** 166:5
**ewing** 129:10
**exact** 38:16 60:19,20
61:8,23 72:12
**exactly** 17:4 33:23
78:12 111:2 166:3
200:18
**examination** 4:4,5,5
7:13 189:23 191:5
191:19 195:9 204:7
**examined** 7:11
**example** 20:16 65:5
66:19 76:21 85:23
91:17 155:7 156:3
**exceed** 97:21 179:6
**exceeded** 96:1,17

**exception** 203:6
**excuse** 12:24 17:14
19:4 24:21 28:20
50:12 59:20 73:4
87:21 108:6,6 118:3
172:5 190:9
**execute** 169:19
**executive** 33:15
68:23 69:1 72:11,24
73:4,7,8,13 85:12
86:10 134:13,14
135:6,10 140:17
**executives** 86:18
**exhibit** 4:8,8,9,10,11
4:12,13,14,15,16,17
4:18,19,20,21,22,23
5:2,3,4,5,6,7,8,9,10
5:11,12,13,14,15,16
5:17,18,19,20,21,22
13:16,17 35:22,23
37:13,15 39:8,9
41:1,4 43:12,13
48:1,2,4,5 49:8,17
56:19,20 59:4,7
67:16,17,24 71:5,6
72:14,15,16 73:21
73:22 79:24 80:1,3
80:5 81:4,5,11
87:16,19 93:1,4,9
95:6 98:11,12 102:9
102:12 104:20
105:7,10 108:7
109:2,3,6 114:14,19
115:10,13 117:9,10
117:15 120:9,10
123:20,21 126:19
126:22,23 129:1,2
132:19,20 136:8,11
138:14,15 162:10
162:21 163:15,18
163:20 164:7
169:24 170:2,3
190:3
**exhibits** 4:7 104:24

HIGHLY CONFIDENTIAL

**[exist - flock]**                                                                 Page 12

exist 14:24
existing 95:21
  110:24 119:13,22
  193:16
expand 130:6,18
  131:21 184:20
  192:14,18,21
expanded 122:16
  186:23
expanding 180:3
expansion 130:10
expansions 179:7
expect 21:14 61:16
  114:6 146:1
expected 179:3,5,6
  180:18
expenditures 184:14
expensive 146:19
  186:3
experience 8:24
  100:15 140:21,21
  141:1
experienced 147:3
  176:11 177:4
expires 203:24
explain 98:1 129:20
explained 112:5
export 36:22 37:1,5
  37:10,24 38:18,22
  39:4,15 40:9,13,14
  42:9,12,16 43:7
  44:6,22 45:4,5,7,15
  45:19 46:1,7,12,14
  46:15,22 47:18
  48:19 50:3 53:3,9
  53:20 54:5 58:3
  60:2,6,8,18 62:1
  129:23 137:17
  147:23
exports 35:7,9,20
  37:11 39:2 46:18
  63:15 137:23
extended 142:5
extent 24:22 25:1,21
  45:17 84:16 130:5

extra 180:2

**f**

face 128:16
faced 11:12 128:12
facilities 31:15
  116:4 119:13
  146:15,18 158:4,6
  159:10 160:3
  186:23 192:15,19
  192:22
facility 102:20
  110:14 112:11,22
  116:5,9,12,18,21
  160:12,18,19,21
  161:10
facing 186:18
fact 95:20 165:1
  174:21 187:23
  197:7
factor 96:13
factors 58:22 126:7
  126:16 130:1
  145:17 146:11
  164:11,14 178:6,12
  193:16
fail 90:21 91:1
  123:14 125:16
failed 124:21 125:3
  125:4
failure 90:19,23
  91:5 100:24
fair 92:6 108:17
  119:10
fairly 133:20
faith 25:6
fall 146:7
falling 61:16,18
falls 106:1
familiar 13:2 35:1
  101:10,13 122:15
  154:10 156:3
family 14:20 19:21
  159:18

far 84:9 96:1,17
  97:21 156:14
  178:22 185:2
farm 83:10,11 84:15
  137:10 148:24
  149:2 160:21
farmer 20:9,17 22:5
  22:5
farmers 21:2 26:2
  159:18
farms 3:11 7:8
  14:14,15,16,18,19
  85:7 148:19,19
faster 187:21
february 124:3
fed 103:20
federal 1:15 8:16
fee 159:11
feed 65:8 130:3
  132:5 146:13,13
  157:7 159:14,15
feedback 171:9
feel 57:21 80:19,24
  151:1
fewer 95:20 114:3
  153:15
fifteen 187:12
figure 108:16
file 76:6,11 93:8
  135:23
filed 76:3
files 74:2,3
fill 45:7,11 46:14
  130:9 167:17
filled 37:2
filling 44:8 45:16
final 69:10 138:24
  171:5 179:16,18
  181:11 183:7
finally 113:16
finance 29:4,17
  188:11,12
financial 15:3 32:7
  32:9,12 52:7 57:2
  141:10,10 164:17

find 51:19 100:9,22
  116:23 190:21
fine 98:21 131:5,5
finish 11:3,7 131:4
finished 104:11
  156:10
firm 46:18 70:6
  170:20
first 7:11 11:7 12:9
  14:6 16:5 19:1 24:7
  25:10 45:8 57:19
  58:1 60:1 68:1
  72:10 76:3 78:2,18
  78:19,22 93:13
  94:16 108:22
  109:15,17 110:8
  117:19 123:24
  129:17 138:17
  140:16 145:17,18
  151:23 154:7
  157:10 163:6,20
  164:17 166:22
  170:24 173:24
  181:13 183:3,21
  187:13 193:14
  198:4
firsthand 147:4
fish 178:24
five 15:8 31:9,14,16
  129:23 133:19
  140:10,14 141:13
  144:4 158:5,8
  172:24
fix 10:6
fixed 45:18 66:16,21
  95:22 152:19
flat 66:16 152:22
flecker 127:12
flock 80:10 81:15
  83:13 84:7 85:14
  92:16,17 118:18
  119:15,24 120:1,15
  159:11 161:16
  164:20 167:21
  179:11 193:15

HIGHLY CONFIDENTIAL

**flocks** 79:8 80:13
82:6
**fluctuations** 45:14
189:14
**fmi** 200:12
**focal** 173:5
**focus** 161:23 187:24
**folks** 190:23
**follow** 9:16 43:22
44:5 82:8 193:20
**followed** 84:19
**following** 79:17,21
109:23,24 127:14
191:16
**follows** 7:12
**fontana** 110:13
**food** 22:22 23:23
24:2 30:17 63:18
129:9,12 140:24
155:16,17,18
**foods** 3:6 7:5 8:12
12:20,21,22 14:22
14:24 85:7,11,14
153:21 160:9,14,15
160:17 161:7
175:13,20
**footprint** 142:3
**force** 146:14
**forecast** 180:6
**foregoing** 203:3
204:10
**forgive** 48:8 69:2
107:16
**forgotten** 176:16
**form** 40:2 42:13,22
46:20 47:12,20 49:3
54:16 55:19 56:8,12
58:12,17 62:4,18,24
63:10 74:22 75:12
75:16 85:16 86:13
87:6 88:22 89:5
92:21 93:13,14,14
96:5,11,19 99:14
100:11,18 101:4
109:19 114:8 120:3

121:24 122:4 123:7
124:22 125:6,18
126:9 128:19
143:20 164:23
165:19 166:10
167:3,11 168:12
169:3 170:6 180:9
182:17 195:18
196:1,8,17 197:2
199:21
**formal** 86:11,15
**former** 112:13
129:8
**formulating** 55:24
**fort** 44:11 144:23
160:1,6 182:22
**fortin** 17:13 23:14
28:1,2,5,15 29:4
88:6,12,18 94:19
117:7
**forward** 44:6
163:10
**forwarded** 36:19
68:10 94:22 95:9
163:7
**forwarding** 36:11
37:21 49:21 59:14
163:6 171:13
**foster** 36:8 121:4,5
**found** 185:2
**four** 56:23,23 69:10
80:14 81:15,17,17
82:7,9 106:16,17
144:4 154:6 158:5
183:11
**fourth** 10:14 93:24
94:1 182:9
**fowler** 176:20
**fragmented** 177:17
**frame** 80:15 99:17
185:20
**fraud** 8:10
**fre** 44:7,10
**free** 65:5,7 80:19,24
120:16 151:15

159:18
**fresh** 99:7 148:19
173:18
**friday** 133:1
**friendly** 186:1 193:6
**front** 93:8 94:23
106:7 109:5 124:2
134:17 139:21
186:5
**frozen** 13:4
**fulfill** 45:24
**full** 7:15
**fully** 158:5,7 184:4
**function** 35:10 74:6
177:3
**fund** 77:21
**further** 4:5 13:2,3
191:4 195:8,9 203:4
**future** 112:7
**fw** 121:14
**fyi** 36:7

**g**

**gain** 137:21 138:3
161:21 200:16
**gains** 145:5
**gary** 36:8 121:5
**gather** 78:10
**gathers** 68:19
**gene** 37:22 48:6
59:16,21 62:10,12
72:20 80:6 102:18
123:1,3 133:2
162:17 163:4 166:3
**gene's** 62:12 138:9
169:5
**general** 16:7,10 17:1
17:11,15 18:4 33:19
33:21 34:6,10 44:2
47:7 66:2 99:24
163:12 199:24
201:5
**generally** 10:22 61:9
61:15,16 132:10
174:7,8,13,15

178:18
**generate** 167:18
**generated** 78:8
**generic** 66:3,4 151:2
**gentleman** 118:21
**gentry** 163:8,11,21
181:14
**geographic** 18:18
**geography** 113:19
**georgia** 24:10
**gesture** 81:1
**getting** 11:6 75:19
131:8,9
**give** 10:2 128:6
150:24
**given** 25:3,4 48:15
93:21 100:7 101:20
132:14 135:20,22
139:16 143:16
150:2 204:14
**gives** 179:7
**giving** 9:5 11:13
111:18 168:1
**gluek** 2:15 6:24
**go** 8:24 27:5,9 53:18
55:19 56:12 62:22
63:10,14 66:9,16
68:16 72:7 73:15
82:6,8 103:13 104:4
105:7 108:24 113:2
132:1,9 141:5
142:15 148:10
166:1 167:17
171:15,18 175:23
180:20 182:9 183:1
198:4 199:21
**goal** 143:1,1
**goals** 142:17
**goes** 106:1 136:13
157:13
**going** 9:3,3,4,7,13
9:14 10:15,17 11:2
11:6 38:24 39:5
49:10 53:22 54:11
54:24 58:15 67:15

HIGHLY CONFIDENTIAL

70:18,20 74:20
75:10,14 77:1 82:5
92:8 94:6 95:21
104:4,5 109:2
114:12 118:5
127:17 130:22
131:2 133:21
138:13 145:21
158:19 162:19
169:8 173:12 180:8
184:2 186:18
189:17 193:18
202:6
**golden** 136:4 139:13
140:2 141:15
**goldsmith** 138:19
139:8,12 141:23
142:1
**good** 9:16 10:20
11:18 25:6 56:6
58:22 79:20 81:1
108:16 114:12
167:8,22 177:7
181:17 193:14,17
193:18
**government** 29:20
29:23 77:17 186:19
**grades** 174:2
**grading** 157:6,7
**graduate** 15:22,24
**great** 60:9 62:2
162:4
**greater** 89:16 95:22
130:23
**greatest** 85:2
**greg** 121:4
**gregory** 37:22 48:6
59:16,22 61:22,24
62:9,10,15 63:5,7
72:20 80:6,11,22
92:16 102:18 123:1
133:2,11 137:20
138:7 162:18 163:5
164:21 165:16
167:20 168:1,11

**gregory's** 63:5
164:10,13
**grocers** 175:16
**grocery** 150:18
154:9
**group** 17:10 31:10
51:10,12 79:7 91:18
91:23 94:15 122:24
131:20 139:1,1,2,11
139:17 143:10,14
175:18 188:6,11
190:14 192:6,7
200:14
**groups** 21:20 91:10
91:22 200:19
**grow** 131:22 184:20
**growing** 152:1
187:6,21
**grown** 142:22
**grows** 146:1 187:15
**growth** 55:17,23
145:18,20,22
163:23 164:1,6
180:21,24 184:23
187:13,16
**guess** 10:17 53:3
54:5 67:16 92:18
93:23 101:6 110:8
112:16 135:11
140:14 146:11
174:18 175:22
202:3
**guideline** 110:1
**guidelines** 90:20
102:23 109:21
110:8,24 112:23
126:8 179:17
185:19 201:10,11
201:14,21
**gustafson** 2:15 6:23
**gustafsongluek.com**
2:18
**guy** 177:4
**guys** 44:7

**h**

**hagy** 36:8
**half** 84:10 125:22
126:2
**hamilton** 2:20 7:1
**hand** 140:11 146:8
171:20 174:18
204:20
**handled** 71:2 107:6
154:19 156:11
175:17
**hands** 157:16
**handwriting** 76:4,5
114:20
**hanson** 121:2
**happen** 184:2
**happened** 14:18
32:17 90:5 96:3
**happening** 128:3
**happens** 103:15
**happy** 11:12
**hard** 52:11 132:3
**harder** 131:8,9
**hatch** 121:10 157:4
157:5
**hathaway** 116:11
**hawaii** 142:11,12,15
**header** 41:7
**headlund** 2:15 6:23
6:23 191:11,11
**hear** 10:19 113:21
**heard** 91:23 199:14
199:16,19
**heavy** 177:14
**held** 6:4 114:3 166:8
197:5
**hello** 150:8
**helms** 138:20 139:8
139:12 141:23
190:24 191:3
**help** 46:18 69:16
196:15,22
**helpful** 163:13

**helping** 33:4 99:5
177:6
**hen** 65:4 187:3
193:4
**hen's** 167:14
**henhouse** 157:13
**henhouses** 103:18
**hens** 95:21,23 100:7
101:23,24 102:7
106:1 111:14,20,21
114:3 119:12
120:16 137:22
138:5 159:16
167:21 177:19
**herb** 50:14,15
**hereunto** 204:20
**hesitated** 173:15
**hickman** 85:11,13
86:3
**hidden** 85:10,13,22
**high** 73:9 129:18,21
129:22 147:19,20
156:10 178:3,23
185:20 186:3,4
**higher** 126:7,18
127:22 130:3,4
148:1,1 152:5
153:16 178:13
**highest** 15:9
**highlighted** 162:16
**highlights** 94:1
95:12,17
**highly** 1:10
**hindsight** 53:18
**hired** 19:2
**historical** 178:13
**historically** 142:21
**history** 58:7 77:1
152:15
**hmm** 30:12 32:1
43:17 65:24 101:21
110:2 118:2 119:23
123:13 127:2 137:1
154:1 157:23
164:16 187:17

HIGHLY CONFIDENTIAL

hodges   19:2,7 32:3
  33:10,11 44:3,21
  67:17,23 68:10
  69:13,23 80:3 81:11
  94:20 114:16,19
  126:23 127:6,10
  138:20 140:15
  172:14 188:10
hold   52:16,18
  194:16
holdsworth   71:19
holiday   54:6,11
  61:19
holidays   53:13
honest   128:7,8
  184:11
hope   152:16
hoped   47:15 49:1,6
hopefully   9:4
hour   1:18 10:9,10
hours   176:19
house   110:23 111:10
  111:16 112:6 124:7
  124:10,10,12,17,24
  125:3,10,13,24
  126:3,4 157:18,20
  157:21,21,24 158:3
  186:9 193:17
housed   159:9
household   145:24
houses   104:15
  110:11,20,23,24
  111:5,11,15,22
  112:14,22 113:22
  124:14 186:7
hudgens   44:2,20
  94:19 117:2,4
  138:21,21
huh   38:13 171:11
human   157:16
human's   167:15
humane   91:9,18,24
  92:2,3,4,5 98:10
  99:4,9,10,21 100:5
  100:16 101:8,8

humanely   102:8
humor   72:3
hundred   38:14
hundreds   124:13,13
  124:13
husbandry   193:14
hypothetical   196:10

**i**

ib   190:13
idea   92:23 115:6
  119:21
identical   201:22
identified   112:13
  124:7
identify   6:10
illegal   195:17
illinois   1:14,18 2:11
  6:6 204:4,21
imminent   44:22
impact   47:4,6,7,11
  47:15,19 48:23 49:2
  49:6 53:21,23 58:5
  92:23 96:2,18 97:22
  109:24 118:16
impacted   95:13
  96:14 152:20
implementation
  166:5
implemented
  108:22 184:4
  192:19,23
importance   73:10
impose   184:15
improvement
  161:15
improving   53:13
inch   108:5
inches   108:8 111:6,9
  111:12,18,23 113:6
  124:8 130:24
  183:24 184:1,6
  186:2
include   17:21 150:7
  150:12,13 151:13

156:1 188:9
included   124:16
  160:10,10,17 201:9
includes   117:24
  143:17 174:1
including   130:17
  133:5,6 140:24
incorrect   28:24
  123:5
increase   183:23
  195:5,24 196:5
increased   54:2 96:1
  96:17 97:21 146:14
  199:17
increases   146:23
increasing   186:14
  194:8
incurred   45:19
independent   25:2
  63:18 73:18 79:12
  79:15 84:13 89:14
  124:6 142:24 155:3
  156:4 192:7 194:6
  201:1,2,3
independently   64:2
indeterminate   53:21
index   4:1 5:1 65:20
  174:9,14
indexes   66:7
indicating   106:10
  106:12 112:19
indirect   2:6 6:15
indirectly   122:22
  204:18
individual   125:10
  149:22 186:9
individually   131:19
industry   13:3 22:8
  58:7 60:9 61:14
  62:3 63:6,8 76:23
  77:6 78:4,7,9,16,21
  79:1 80:18 82:11
  89:8 91:7,8 127:16
  127:24 130:10,12
  130:13 131:11,13

131:19 144:2 150:1
  156:14 163:12
  166:23 173:22
  177:18 179:21
  182:10 183:2,14
  184:9,22 185:11
  186:12,17 187:11
  188:17 190:7 192:9
industry's   183:18
  183:19
inefficient   146:15
inelastic   178:5
information   22:9
  37:21 38:1 51:14,15
  51:17,21 59:14,18
  59:19 64:3 68:18
  69:22 70:24 78:4,8
  78:13,22 83:18
  121:17 132:15
  133:12 143:16,17
  150:12 163:12
  164:5 172:19
  184:24
informed   37:24
  102:24
infrequently   71:1
initial   19:9
inline   157:10,11,12
input   175:7 201:13
inputs   64:1
inside   78:12 104:15
institution   179:16
integrated   142:19
  156:19 161:5
  173:17,19 176:6
integration   156:17
  176:7
integrity   193:19
intelligence   70:17
intended   144:9,10
  193:20
intending   83:4
  172:3
intent   79:2 187:24

HIGHLY CONFIDENTIAL

**intention** 88:23
**interest** 20:1 73:10
  89:15,24
**interested** 44:8
  69:17 173:1 204:18
**interesting** 53:18
**intermediary**
  154:18
**internal** 181:20
**international** 2:4
**interrupt** 107:8
**interrupted** 183:10
**interruption** 118:10
**introduce** 193:15
**inventories** 177:6
**inventory** 22:8
  132:14,16 133:8
  167:21
**invest** 185:16
  190:14
**investment** 139:2,10
  172:10,11 190:17
  190:22
**investor** 143:11
  152:8
**investors** 139:17
  142:1
**invitation** 149:14
**invoice** 42:7,8
**involved** 63:4 77:14
  90:3 101:19 103:20
  162:6 188:8 200:10
  201:6
**iowa** 116:20 147:9
  147:10,23 148:18
  160:18,22 161:1
**ipo** 169:19 171:14
  172:1,9,11
**ipp** 4:9,10,17,18 5:3
  5:11,19,22 36:1
  37:17 59:8 67:18
  98:14 120:12
  162:23 190:4
**iri** 68:17,18,21
  69:14,18 70:6,11

129:14
**issue** 187:23
**issues** 86:12 90:13
  101:19 149:20
  179:15 183:3
  185:11 186:13
  187:12 188:17

**j**

**j** 2:3
**jacobsen** 2:9 4:5
  6:16,22 25:1,10
  27:11 40:2 42:13,22
  46:20 47:12,20 49:3
  54:16 55:19 56:8,12
  58:12,17 62:4,18,24
  63:10 66:8 67:21
  74:22 75:12,16
  85:16 86:13 87:6
  92:21 94:24 96:5,11
  96:19 99:14 100:11
  100:18 101:3 114:8
  120:3 121:24 122:4
  123:7 124:22 125:6
  125:18 126:9
  128:19 131:4
  143:20 165:19,24
  166:10 167:3
  168:12 169:3 180:9
  182:17 191:7,15,20
  195:8,18 196:1,8,17
  197:2 198:5 199:21
  201:18 202:3
**january** 12:5 14:10
  33:2 127:6,13 137:3
  137:7,17
**jay** 127:8,12,12
**jeff** 176:20
**jennifer** 69:15 94:23
**jerry** 32:23 34:15
  36:7,8 37:23 38:3,5
  48:7 49:24 94:14
  95:4 96:7,21 117:1
  117:22 121:11
  122:23 176:12,21

177:4
**jersey** 63:19
**jetta** 3:8 7:6 191:14
**job** 11:24 71:22
  114:7 141:8
**joe** 17:13 23:14 28:1
  88:6,12,22
**joe's** 66:19,21 156:3
**join** 150:9
**joined** 19:22
**joint** 19:20 83:1,5
  83:19 84:16 144:24
  145:6 149:2,15
  155:1,3 159:24
  160:5,6,7,10,19
  175:24 182:23
  197:16,20
**jolt** 193:5
**jsandin** 3:11
**july** 37:6 59:9,13
**june** 1:19 6:2 13:13
  60:4,24 61:4 133:1
  140:1 146:20 190:6
  190:7 204:21
**jv** 83:6

**k**

**k** 3:9 52:11
**keep** 180:18 187:22
**keeping** 15:18
**keith** 170:10
**ken** 122:18,19
**kept** 76:10 135:23
  185:14
**kil** 32:23,24 33:4
  34:15,16,17 36:7,18
  37:23 38:3,5 39:17
  39:23 40:4 48:7,11
  49:24 94:14,18 95:4
  95:7,16,24 96:21,23
  97:4,7,16,19,22
  98:3 117:1,4,6,22
  121:11 172:14
  176:12,15,17

**kil's** 96:7 122:23
**kill** 81:24 84:7 95:12
  103:1,2,3,9,10,14,15
  103:17
**killed** 103:12
**killing** 103:8
**kills** 79:8 92:17
  161:16
**kim** 163:22
**kind** 21:13,14 22:2
  71:2 78:13 127:20
  152:9 153:12,17,22
**kinds** 195:14
**knew** 47:10,17
  54:10 74:20 75:14
  82:24 84:14 100:2
  162:7
**know** 11:4,6,11
  13:19 14:21 17:7,11
  17:24 20:24 21:13
  23:20 26:16 28:2,8
  28:12,15 29:3 34:22
  35:16,17 37:4 39:20
  42:10 46:24 47:15
  51:20,23 57:12
  69:17 76:4 77:24
  78:14 79:2 80:18
  82:23 84:2,3 86:7,8
  88:16,18,19,20,21
  91:6 93:10,11 94:8
  94:13 100:5 103:24
  104:1 105:9 108:14
  114:22 115:4,22
  116:3 118:19
  124:16 125:15,20
  127:16,21 129:6
  135:24 144:9
  145:13 157:12
  161:13 166:17
  168:7 174:19
  176:15 177:17
  181:17 182:1
  184:10 185:8
  190:16 196:3,11
  201:21

HIGHLY CONFIDENTIAL

**knowing** 166:3
**knowledge** 25:19,19
25:22 76:20 113:19
192:17,21
**knows** 80:23
**knutson** 49:20 52:3
52:4,10,10,11,12,24
53:2 54:4,7 55:7,10
81:14 94:19 95:8
190:6,10
**kofkoff** 137:10
**kp** 170:12
**kpmg** 170:10,12
**kreher** 85:7
**kreider** 121:9
**kroger** 69:16 70:14
150:21 154:10
158:17 175:3
**krogers** 187:9

**l**

**l.a.** 139:4
**label** 81:12 129:4
**labeled** 87:19
120:12 162:11
164:8
**labels** 136:11
**lack** 130:13
**lacking** 113:20
**laid** 12:20,21,22
14:12,24 106:6
**lakers** 139:1,1,4
140:6 143:14
**lakes** 19:21,24 20:6
20:8,9,13,18,19
21:2,16 50:21 51:5
51:8,16,22 52:5,8
52:19 55:18 56:6,11
57:14 65:10,12,14
69:11 139:7 151:10
151:11,17,17
170:15 181:4,10
**lakeview** 113:16,18
113:22

**lamere** 94:22 95:10
**land** 19:21,24 20:6,8
20:9,13,18,19 21:2
21:16 50:21 51:5,8
51:16,22 52:5,8,19
55:18 56:6,11 57:13
65:10,12,14 69:11
139:6 151:9,11,16
151:17 170:15
181:4,10
**language** 26:21,24
**large** 18:10 20:9
60:5,17 82:12 85:23
111:19 133:3,4
154:9 158:16
160:24 188:7
**larger** 139:20
162:24 163:2,3,18
177:10 182:10
187:8
**largest** 84:9 173:2,7
176:4 183:18,19
**late** 127:19
**latest** 37:24 102:22
**laws** 86:20 186:15
**lawyers** 25:3,4,8
**lay** 65:4 165:2
193:16
**layer** 133:8 183:24
**layers** 121:20,22
122:10,11,13 124:9
125:14 132:14,16
144:16,17,18,18,19
144:21,22 145:11
145:13 159:9
177:20 179:4,9,10
179:12 180:7,8
182:12,12,13,16
**layhouse** 105:22
**laying** 102:7
**lead** 58:22 134:24
**leaders** 174:23
**leadership** 78:16
79:1

**leading** 58:6 130:4
173:16,23
**led** 164:6,14 177:10
177:15
**left** 11:3 15:19
106:16 146:8 150:9
171:20 174:18
180:1,4 188:21
**legal** 25:7 196:7,10
**legitimate** 127:17
**leonard** 3:3 7:5
**letter** 59:21 61:22
**level** 11:15 73:9
**levels** 96:1,17 97:21
114:4
**license** 204:4,24
**lie** 56:10 58:15
128:10
**life** 102:7 108:16,17
167:14,15 184:6
**limit** 192:14 195:1
**limitations** 119:14
**limited** 130:7,19
177:9,11
**linda** 7:19,21 41:8,9
42:6 124:2
**line** 18:21,22 39:6
96:2,18 97:22
129:17 144:4 203:8
**link** 168:7
**linked** 130:20,21
**liquid** 13:4 189:5
**list** 90:7 133:3,4
146:6 159:24,24
178:6 182:11
**listed** 74:11 203:7
**lists** 110:22 140:15
144:12,14 159:20
159:20 165:5
176:10
**litigation** 1:5 6:6
**little** 10:17 23:19
72:8 98:8,22 104:11
104:12 111:10
123:11 134:4

149:19
**live** 7:24 12:16
**lived** 7:21,22
**llc** 2:13 6:17,20 12:2
12:4 19:15,19,20
20:2 41:16,17 50:16
50:17,22 51:2 52:9
52:13,20 55:11
182:11
**llc's** 41:15
**llp** 2:3,8,20 3:3,8 6:5
6:20
**loads** 53:3
**local** 18:20
**located** 14:15,16
16:12 147:22 155:2
161:3,4
**location** 122:17
123:18
**logan** 2:21
**logo** 91:20 99:10
**long** 7:21 8:20 12:3
12:6 15:7 30:23
32:9 55:17,23 63:17
97:1 108:14 149:18
163:13 164:1,5
178:14,15,16
180:20,23 184:23
**longer** 32:13 87:9,13
180:22
**look** 40:7 42:5 57:17
74:9 76:21 94:6
106:15,23 136:22
137:16 139:19
141:13 144:23
150:15 153:20
156:9 161:14
170:23 171:9
174:17 179:2
183:16 185:10
187:11 188:15
**looked** 171:10 175:6
186:2
**looking** 58:19 93:11
106:9 132:1 153:19

HIGHLY CONFIDENTIAL

**looks** 13:21 14:7
37:20 49:19 74:5
105:14 106:17
107:2,23 109:18,19
115:1,2 117:21
118:16,21 120:14
123:3 124:9 154:14
163:21 183:16
187:12

**los** 8:15

**lose** 132:8

**losing** 152:17

**loss** 42:9,12,16,17
43:1,4,9 44:10,18
44:24 45:1,3,5,19
45:22 46:4

**losses** 131:14 145:5
164:17

**lost** 131:11,13
173:14

**lot** 69:23 131:11,13
142:24 186:3

**loved** 62:11

**low** 146:14

**lower** 46:6 140:11
146:13 147:19
148:6,7 171:20
174:17

**lowest** 82:13

**lrp** 163:23

**m**

**m&a** 71:15

**mail** 36:7,11,18 37:6
37:7,20 38:11 39:16
39:19 41:7,9,13,13
41:15,17 42:6 43:21
48:10,17 49:19,21
49:23 50:2,6,13
52:24 54:5 55:7
57:1,3,8,17 59:10
59:11,12,21 61:21
61:23 71:12 72:1,19
72:19 80:6,9 81:8
81:13 88:5,12 93:7

**mails** 38:15 41:11
41:14 48:5,16 55:7
92:15 117:21
138:17

**main** 83:3 101:18
111:14,21

**maine** 82:20,24 83:4
83:12,21,23 84:9
113:23 148:22
149:5,8,13 154:22
155:1 175:13,20,21
175:24 177:16

**maine's** 84:21 92:19

**maintain** 193:18

**maintained** 15:14

**major** 80:18 84:23
144:1 146:11
167:22

**majority** 36:21 37:1
40:14 50:5 64:18,19
66:11 134:24 135:4
135:5,8,9 175:17

**making** 62:15 73:14
73:19 152:16
171:24 172:17
185:16

**manage** 199:18

**management** 15:3
43:23 44:1 49:23,24
50:21 51:7,10,12
56:3 59:13,18 70:14
70:16 81:14 94:11
120:24 128:18,21
131:15,17 138:24
139:16 140:15
142:18 149:7,13,21
161:16 164:20
170:24 176:10,11

**manager** 16:7,10
17:1,7,11,16 18:4
19:1 33:21 44:2
102:24 121:8
122:19 141:9
175:18

**managers** 33:19
34:6,10 37:21

**managing** 161:20

**manure** 105:14,23
106:1 107:5

**march** 163:22

**margin** 161:14
189:12

**marginal** 132:2,6

**margins** 152:4
188:1 189:10

**mark** 2:3 6:14 39:5
104:19 127:8,11
163:14

**marked** 13:17 35:21
35:23 37:13,15 39:1
39:7,9 41:1,3 43:11
43:13 47:24 48:2
49:8,17 56:18,20
59:4,6 67:15,17,24
71:4,6 72:13,15
73:20,22 79:23 80:1
80:2 81:3,5,11
87:16,18 93:1,3
98:12 102:9,11
104:20,23 109:2,3
114:14,16,19
115:10,12 117:8,10
120:8,10 123:19,20
123:21 126:19,21
128:24 129:2
132:18,20 136:8,10
138:14,15 162:10
162:19,21 163:15
163:17 169:24
190:2

**market** 22:7 26:1,9
27:1 45:13,17,24

**181:3 188:8**

**manager** ... (above)

46:19,23,24 47:14
53:21,23 58:6,7,22
63:18,24 64:1,2,14
68:17 69:14,18 70:6
70:17,19 71:24
78:13 88:24 96:1,10
96:14,17 97:21 98:1
127:14,20 139:10
143:17,18 146:16
147:13 151:1,24
152:2 158:22 167:1
167:1 168:23 169:1
171:17 177:21
185:14 188:3 192:2
193:5

**marketed** 20:18
122:2 144:16,18,19
145:11,14 151:16
182:13

**marketer** 59:22
156:19 161:5 173:2
173:7,17

**marketers** 2:24 7:3
35:3 40:8 58:4
137:2,6

**marketing** 17:18,20
18:12,18 21:24 22:3
22:4 26:16,21,24
27:8 34:23 71:23
78:3,12,21 135:16
144:13 145:6 152:7
154:2 174:24
198:12

**markets** 22:8 53:13
60:12 84:13,13,21
126:18 131:21
144:4,8

**mass** 154:14

**materials** 135:19,20
135:22 150:3,5

**matt** 163:21 181:13

**matter** 11:5 190:10

**matters** 73:15 204:9

**mcanally** 112:9,10
112:12 113:16

md   1:5
mdl   1:4
mean   9:5 10:1 16:9
  16:9 26:18 27:8
  35:8 38:3 43:1 45:1
  50:17 51:11 58:13
  61:10 69:1 78:24
  83:21 86:15 91:15
  95:19 102:5 105:19
  105:24 113:23
  129:12 132:6 142:4
  142:20 145:20
  151:4 154:8 159:3
  160:13 161:21
  167:10 173:3
  177:11 178:17
  183:9 184:16
  186:14 187:19
  193:17
meaning   26:17
  105:21
means   64:22 75:23
  102:6 144:6 145:21
  151:5 154:9 167:13
  174:15 185:23
  187:5
meant   54:8 59:2,3
  95:16 142:21 144:6
  156:18 175:6
  177:13 185:24
  187:20
measure   47:8
mechanism   103:3
media   202:6
mediator   168:15
meet   73:9 88:23
  90:19 101:1
meeting   83:22 84:1
  90:8 97:23 135:17
  135:20,22 136:18
  136:19 149:7,13,21
  163:5 199:1,2,5,19
meetings   38:5 134:8
  134:11,14 135:13
  135:13,21 197:8

198:18,23 200:1
member   12:23 13:1
  22:17,19 29:19
  30:16 35:12,14
  40:17 45:8 72:8,10
  73:8 74:11,20 86:23
  87:9,13 101:1
  133:15 134:13,20
  135:14 198:11,15
  199:12 200:1
  201:15
members   20:11,17
  20:17 21:7,8,9,10
  22:3,12 23:21 24:6
  24:12 25:24 27:17
  35:6 40:15 42:18
  43:22,24 45:4 48:6
  48:7 49:22,24 53:6
  59:16,17,22 63:8
  68:19 77:21 83:3
  133:6,12 137:2,12
  137:14 179:21
  192:7 197:9,12
  199:11
membership   23:3
  36:21 37:1 39:14,24
  40:8,21 43:8 73:12
  137:6
memo   39:16 59:15
  109:19 124:2
memory   107:14
  200:17
memphis   2:5
mentality   144:5,9
mention   102:23
mentioned   79:22
merchandisers
  154:14
mergers   71:16
merited   91:5
message   49:20
  88:10,11
met   81:24 82:3
methods   65:3

metrics   51:14
mexico   102:20
  112:11 113:17
mgmt.html   14:4
michael   3:6 7:5
michigan   1:17 2:10
  6:5
mid   139:10
middle   72:3
midsize   132:12
midwest   16:17 17:8
  17:9 23:17 31:19
  44:2 60:5,17 85:2
  116:2,11 127:12
  143:10 147:23
  148:5,9 161:1
mike   94:22
milk   178:21
milling   157:8
million   122:2,17
  137:22 138:5
  167:21 175:22
  177:19 179:9,10,20
  182:12,19 184:8,22
  186:10,10,10
mind   201:12
minimum   185:15
minneapolis   2:17
  52:22 71:15,21
  139:11
minnesota   2:17
minute   49:9 68:16
  133:19 156:15
  159:19 160:4
  162:14 179:2 183:1
  187:12 189:15
  198:9
minutes   109:15
misleading   26:13
missed   75:8 87:22
missing   57:10,21
missouri   116:5,11
  116:14 182:12
mistaken   159:23

misunderstood
  103:10
mm   30:12 32:1
  43:17 65:24 101:21
  110:2 118:2 119:23
  123:13 127:2 137:1
  154:1 157:23
  164:16 187:17
moark   2:13 4:9,10
  4:17,18 5:3,11,19
  5:22 6:17,20 8:1,12
  12:1,4,6,9,12,13
  13:6,9 16:6,7,11,13
  17:10,24 18:4,10
  19:1,3,15,19,20
  20:1,4 21:18,18,19
  22:10,13,17,19 23:1
  23:1,8,10 24:4,5
  25:5 26:3,9 27:17
  29:7 31:15 32:2
  34:8,12 35:12,12,15
  36:1 37:5,9,10,17
  37:21 38:6,8,9,18
  38:21 39:1,24 40:22
  41:15,16,17 44:14
  49:22,24 50:2,8,16
  50:17,22 51:1,18,20
  52:9,13,14,20 55:11
  55:12,15,16,17
  56:10 58:4 59:8
  63:16 64:5,15 66:6
  66:21,23 67:1,18
  68:16,21 69:20 70:8
  70:9,11 71:14,17,18
  71:20 77:4,11 79:5
  79:10,12 80:19
  81:13 86:7,8,10,10
  86:18,22 87:8,12
  88:20,22 89:1 90:19
  92:15,17 93:5 94:1
  94:11 98:14 99:6
  104:15 105:9
  107:10,18 113:13
  113:24 116:5,9,11
  116:18,20 117:2

**[moark - new]**

119:12,18,20 120:1
120:12 121:21
122:2,10,13 123:14
129:9 136:2 137:10
137:15 139:3,12
140:7 141:19,23
142:18 143:5,18
144:14 145:13
148:12,13 152:6
156:18,21 158:6,20
159:9,11,14,15,15
160:1,6,14,16
162:23,24 163:23
169:20 171:18
172:8 173:18 174:4
174:8 175:11 176:5
176:18 177:11,16
179:21 180:20
182:11,15 188:4
190:4 192:21 194:1
194:4,8,13,20,24
195:4
**moark's**  14:1 26:4,5
26:6,9,10 27:1,1
51:21 54:2 56:7
84:23 94:11 119:24
121:17 126:6
142:18 145:9 151:7
151:8 154:11
155:20 157:9
170:12,14,17
176:10 178:14,15
180:14,15 181:2
182:5 189:1
**moark00000101**  5:7
109:5
**moark0000460**  5:8
114:18
**moark00007550**
76:22
**moark00017526**
4:13 43:16
**moark00027417**
5:12 123:24

**moark00036518**
5:10 117:13
**moark00037086**
4:23 81:12
**moark0004377**  4:11
39:12
**moark0004559**  5:13
127:4
**moark0005475**  4:12
41:5
**moark0005547**  4:20
72:17
**moark0005651**
102:15
**moark0007549**  74:1
**moark0007549-75...**
4:21
**moark0007552**
77:16
**moark0016320**  5:9
115:18
**moark0016849**  5:5
105:1
**moark0016851**  5:6
105:2
**moark0017717**  5:14
129:5
**moark0025032**  5:21
170:4
**moark0025034**
170:6
**moark0028957**
87:23
**moark0029196**
163:1
**moark0030736**  4:19
71:8
**moark0034675**  5:17
139:20
**moark0034677**
139:21
**moark0036344**  5:15
132:23
**moark0036521**
117:14 118:14

**moark0036602**  4:16
56:24
**moark0036622**  4:15
49:18
**moark0036917**  4:14
48:14
**moark0037089**  4:22
**moark0037125-37...**
5:2
**moark0037126**  95:6
**moark0038005**  5:20
163:18
**moark0038006**
163:19
**moark005746**  5:18
162:12
**moark208957**  4:24
87:20
**moark38005**  180:22
**modern**  146:18
**modest**  53:3
**modified**  103:8,19
123:16
**molt**  80:14 81:24
95:12 161:20
**molting**  79:7,17
84:7 85:15
**molts**  83:14 161:16
**monday**  89:3 171:1
**money**  132:8 185:16
185:17 186:6
**month**  143:6 167:5
**months**  61:12 95:15
**morris**  3:8 7:7
170:19
**mortality**  167:14
**motion**  135:1
**mountain**  161:2,7
161:12
**movement**  45:17
**moves**  34:4
**moving**  64:14 106:2
108:2,11 147:19
**mschirmer**  2:6

**myth**  73:9

**n**

**name**  6:1,8 7:15,17
8:11 112:12,13
129:10 169:18
**named**  118:21
**names**  137:8
**nation's**  132:15
167:21
**national**  18:24 19:7
31:10 119:15 142:3
142:19 151:22
179:11
**nationally**  18:10
19:8
**native**  93:13,14
117:18 170:6
**natural**  65:8
**nature**  8:8
**neagri.com**  118:24
**nearly**  10:20
**necessarily**  61:18
84:12,22 130:20
135:2 141:2
**need**  10:8,10 20:21
25:10 98:20,22
102:22 199:17
**needed**  73:15
101:12 146:24
172:7
**needs**  82:14 88:24
**negative**  152:16,17
**nest**  161:11
**never**  84:6 128:11
128:11 197:15
**new**  12:20,21,22
14:12,22,24 63:19
85:7 99:7 102:20
112:11 113:17
130:6,9,18 146:18
149:15 166:16,16
166:17 172:10
183:15 184:15,19
186:23

newer   107:21
   186:23
newman   118:22
nice   9:7 174:24
niche   153:12
nielsen   70:5,9,12
nine   137:16 143:15
   143:16 167:5
nods   10:20
nominated   75:3,6
non   151:21 200:1
nonverbal   164:19
norco   2:13 6:17,21
   16:8 111:14,21
   137:11
normal   167:13
   183:14
northeast   31:21
   85:3,5 119:1 142:6
   147:24 148:5
northern   12:18
   14:22 142:13
nos   41:5 56:24
   67:18 71:8 98:13
   104:20 105:1
   162:23 170:3 190:3
notary   203:24
notch   116:17,18
note   57:20 131:24
noted   38:1
notorious   131:21
november   88:6,12
nucal   85:11,13
number   9:3 37:11
   40:10 42:18 48:14
   49:7 60:19,20 64:1
   68:3 72:9 82:12
   87:22 93:12 102:14
   110:19,22 114:17
   116:7 119:12 122:9
   123:23 124:7,12
   125:23,24 126:1
   132:23 134:5,8
   139:20 141:13
   144:15,16,16,21

146:11 158:14
   166:7 176:1 178:6
   179:7 182:12,13
   183:4,21 184:10
   185:2,6,8 189:3
   198:18
numbers   111:1
   115:1 122:16
   136:15 145:12
   164:9 168:7 171:20
   177:17
nutrients   21:2
nw   3:4,9

**o**

o   19:21,24 20:6,8,9
   20:13,18,19 21:2,16
   50:21 51:5,8,16,22
   52:5,8,19 55:18
   56:6,11 57:13 65:10
   65:12,14 69:11
   97:22 139:6 151:9
   151:11,17,17
   170:15 181:4,10
object   9:11 24:22
objection   9:8 25:17
   26:11 27:3 40:2
   42:13,22 46:20
   47:12,20 49:3 54:16
   55:19 56:8,12 58:12
   58:17 62:4,18,24
   63:10 66:8 74:22
   75:12,16 85:16
   86:13 87:6 92:21
   96:5,11,19 99:14
   100:11,18 101:3,3
   114:8 120:3 121:24
   122:4 123:7 124:22
   125:6,18 126:9
   128:19 143:20
   164:23 165:9,19,22
   166:10 167:3,11
   168:12 169:3 180:9
   182:17 195:18
   196:1,8,17 197:2

199:21 201:18
observation   96:7
observer   199:2,13
obtain   16:18 33:5
   41:17
obtained   17:10
   25:20
obtaining   186:23
obviously   41:20
   56:4 95:23 134:19
   153:14 172:17
   175:13 197:19,22
occasionally   135:15
occasioned   149:12
occurred   134:3
occurs   130:10
   167:14
october   48:13 49:20
   53:1 57:1,4,18
   72:22
offer   175:3
offering   169:20
office   76:12,13
officer   32:7,10,12
   33:15 52:8 57:2
   68:23 69:1 85:13
   86:10 140:17
officers   28:24 33:17
offices   6:4
oh   48:8 94:4 146:9
ohio   44:15 145:2,3
   182:23
okay   9:1,13 11:2,19
   14:24 16:18 19:14
   20:21 21:17 25:21
   26:3,23 32:19 34:22
   39:5 40:24 41:23
   42:5 43:6,11 47:3
   47:10,24 48:9 51:24
   52:12 53:16 56:4,16
   60:16 67:12 68:15
   74:19 78:1 87:23
   88:11 93:15 95:6,10
   97:11,15 98:23,24
   101:16 105:5,18

106:13,20 109:14
   111:3,14 113:1,12
   113:16 115:9 119:8
   122:8 124:15
   125:15 137:16
   142:16 145:16
   149:4 152:11
   153:23 155:13
   159:19 162:3
   173:16 174:12
   180:6 183:23
   185:19 189:24
   191:2 197:22 200:5
old   108:12 111:10
   111:11,19 132:8
older   108:1 146:15
   158:4
olson   14:14,15,16,18
   14:19
omega   151:15
once   8:7 10:10 94:5
   103:4 114:2 117:17
   129:19 146:12
   164:9 171:19 176:5
ones   21:22 31:18
ongoing   63:23
op   12:22 13:1 24:10
   35:6 143:12
open   128:8 167:15
opening   94:3
operated   84:12
   183:18
operates   20:10
operating   142:19
operation   13:7,10
   103:21 145:1
operational   149:24
   150:6
operations   32:23
   33:1,5 96:24 121:12
   132:8,11,12 142:24
   143:12 176:12,16
   176:17,20
operator   161:22

HIGHLY CONFIDENTIAL

operators 83:5
84:15
opinion 169:5
opinions 62:12
opportunities 57:23
161:15
opportunity 12:14
62:14 141:20
152:11 168:9
optimize 70:21
options 45:7,13
178:23
order 36:22 37:2,5,8
38:18 44:7,8,24
45:4,6,8,12,16 46:1
46:12,14,15,22
47:18 48:20 58:3
193:23 199:18
ordered 103:1
ordering 23:23 24:1
orders 37:10 40:13
53:10 129:23
ordinary 113:13
oregon 142:13 156:7
organic 151:15
153:19 159:18
organization 23:9
23:10 35:2 45:3
51:18,20 62:11 74:6
78:10 137:15 139:5
150:23 175:4 177:3
organizations 22:10
organized 107:7
original 88:10,11
originally 49:21
81:11
osborn 19:21 136:1
136:3
osborn's 20:1
outcome 204:18
outside 45:10 90:6
149:3,3 177:5
oval 136:4 139:14
140:3 141:16

overall 17:17,19
44:14 57:12
oversaw 156:22
oversee 157:17
overview 74:5 76:14
139:22 141:19
150:15,17 171:18
owned 19:18,19
20:5,9 42:19 44:12
113:23 120:1
121:22 122:10,13
144:17,18,21 145:4
156:22 157:3,4
160:2,12 182:13
owners 12:13 14:20
57:14
ownership 20:1
owning 144:22
owns 159:9

p

p.m. 104:6,9 118:6,9
133:22 134:1 169:9
169:12 171:2
181:16,18 182:1,3
189:18,21 202:5
pac 77:21
pacific 162:7 171:3
packed 157:15
page 4:3 13:21 14:5
36:6 40:7,10 43:18
56:22,23 57:7,19,19
58:1 59:10 68:1,2
74:9,10,10,10,11,24
76:3,21 77:15 78:2
78:18,19,19 93:9,13
93:24,24 94:2,2,3,5
94:16,23 95:8,9,11
109:5,15,17 110:6
117:16 120:18
121:20 123:24
124:2 132:22
137:16 139:21
140:10,14 141:18
142:17 143:15,16

144:12,15 145:16
147:11 150:16,17
151:22 153:23
156:15 158:13,20
159:19 161:14
163:6,20 164:9,10
166:20 171:19,19
172:22 173:22
174:17 176:5,10
177:8,8,24 179:2,3
181:13 182:10
183:1,2,16 186:11
187:12 203:8
pages 93:5 110:7
117:19 140:11
185:10
panel 63:5,7 89:14
paragraph 82:10
paragraphs 60:1
pardon 172:5
part 16:12 20:21
22:12 40:20 44:13
72:19 77:20 90:2
105:17 148:10
179:24 180:1
184:22 187:24
188:7,10 195:13
201:7
participate 37:10
38:21 40:12 79:10
172:11
participated 37:5
38:18 39:2,4 58:5
participating 79:22
80:19,24
particular 10:4
38:12 44:24 48:17
48:18 69:24
parties 6:11 89:24
204:17
partner 83:1 149:15
170:11
partners 84:16
partnership 160:19
175:24

parts 85:1
party 158:22 160:12
pass 123:17 130:5
135:11
passed 82:2
patricia 43:21
paul 136:1,3
pauze 122:18,19
123:1,5
pay 46:13 153:14,18
pending 140:2
141:14
penetration 145:24
pennsylvania 1:2
2:22 3:4 6:8
people 9:7,12 23:11
32:5 69:5 92:15
131:1 139:4 148:4
153:18,19 157:17
188:12
pepa 162:18 163:5
164:8 168:2
pepper 2:20 7:1
pepperlaw.com
2:23
percent 44:12
125:22 126:2 145:4
145:22,23 151:2,6
152:1 153:1 154:11
155:13,20 158:21
177:20 187:16,21
percentage 157:9
180:16
perchance 52:22
perform 90:7
performance 93:21
performed 67:1,6,7
149:23
period 17:8 18:13
26:8 27:16 28:12,15
28:19,20,23 29:3
30:21 34:18 40:21
45:17 55:11,15 60:4
60:6,21 61:1,6,8,17
65:11 66:20 67:12

HIGHLY CONFIDENTIAL

**[period - previous]**

68:22 69:8 70:4,8
75:5 79:4 82:1,3,4
86:9 127:24 130:15
134:9 137:22
142:23 146:4
148:13 167:6
178:14,15 189:5
194:12,19,23 195:3
**periodic** 64:11
70:23 133:12
**periods** 61:19 178:3
**permit** 131:8
**permits** 131:9
186:23
**person** 31:8 52:4
157:21 158:3
188:21
**personal** 41:13,14
204:12
**perspective** 64:4
**pertaining** 1:16
**pete** 191:9
**peter** 3:3 7:4
**peter.schwingler**
3:6
**phase** 108:22 118:17
179:16,18 183:7
**phased** 193:2,3
**phasing** 107:21
**phenomenon** 147:20
**philadelphia** 2:22
**phone** 6:22 118:11
191:7
**phyllis** 36:12,14,14
36:16 59:14
**picture** 14:7 106:9
**piece** 10:23 69:24
**pit** 107:2,4,6,10
186:4
**place** 2:4 89:16
103:20 125:3
193:22
**places** 158:14
**plaintiff** 8:10

**plaintiffs** 2:7,19
6:15,24 191:12
**plan** 126:24 163:13
163:23 164:1,6
180:21 181:21
184:23 187:24
**planned** 80:13 81:15
84:18,18 179:6
**planning** 30:23
63:17 83:24 141:11
178:14,15
**plans** 55:17,24 56:1
56:5 83:13 178:16
180:24
**plant** 157:14,22
**plants** 149:23
**platform** 172:23
176:6
**player** 183:15
**players** 85:21
**please** 7:15 9:9 40:7
42:8 57:17 77:15
104:19 143:15
145:16 153:23
158:20 161:14
172:22 177:24
183:1
**pllc** 2:15
**plus** 136:12 152:21
152:22 189:12
**point** 20:4 33:12
34:1 50:20 54:2
75:4 81:23 90:16
97:2,3 116:4 120:15
125:8 136:3 140:7
140:22 144:1
145:17 146:11
147:18 151:23,24
152:4 159:8 160:14
161:15 162:5 165:5
165:7 166:22
171:24 173:6,24
177:15 182:15
183:3,21 184:4,14
187:13,18 195:3

**pointed** 113:5
**points** 90:9,12,13
141:19 142:6
172:24 186:22
**policy** 168:18,20,24
**political** 77:19,21
**poorest** 152:14
**population** 145:18
145:20,23 146:1
187:13,14 188:17
**porter** 3:8 7:6
**porterwright.com**
3:11
**portfolio** 173:23
**portion** 18:10 42:9
42:11,24 43:4 142:9
164:7
**portions** 45:24
**portray** 189:3
**position** 15:9 16:5
19:9 33:5,8 52:16
52:19 149:16
**positioned** 187:7
**positions** 15:3 141:9
**positive** 49:1,6
53:23 54:1
**positively** 145:19
**post** 61:11 82:14
**potential** 96:13
139:3 142:1 150:22
**powerpoint** 57:15
171:5
**ppp** 171:5
**practice** 102:19
193:13,18 196:14
**practices** 102:1,2
**pre** 109:18
**precise** 107:12
**predetermined**
159:2
**predictable** 188:1
189:10
**premium** 153:1,10
**preparatory** 172:18

**prepared** 57:13
69:22 94:9,10,13
115:4,7 116:3 182:5
**present** 58:16
181:12 184:24
197:8
**presentation** 55:17
62:15 63:2,6,8
97:10,16,17 138:24
139:16 141:24
143:14 162:6,7,18
163:4 165:7 168:2
168:14 170:24
171:5,8,23 172:8,12
172:18 178:10
181:22 190:15
199:4,8,17
**presentations** 172:1
172:15 181:3
**presented** 181:10
**presenters** 171:22
**presenting** 141:24
172:18
**presents** 141:19
**president** 12:1,4
13:14 14:9,10 16:8
18:1,3,9,15,22 19:8
19:11,12,15 21:17
22:14 32:2,23 33:1
33:5,11 34:7,11
44:3 52:7,14,20
55:12,16 69:2,6
77:3,4 79:5 96:24
140:16 176:12,16
176:17,20
**press** 99:2 170:19
**pressure** 89:15
196:15,16,22
**presuming** 53:16
**presumptuous**
53:15 58:20
**pretty** 106:4 108:16
177:2 186:16
**previous** 7:23 39:19
43:2,3 81:7 95:15

HIGHLY CONFIDENTIAL

114:24 115:2
130:15 170:5,17
204:6
**previously** 67:17
80:2
**price** 45:18,20,20
46:5,15 47:4 48:23
66:7,14 68:9 132:4
147:20 152:22
153:1,6 189:14
194:21 196:16,23
197:24 198:2
**priced** 65:18 66:6
148:1
**prices** 54:2 61:16
92:20,24 126:8
127:22 128:2
129:17,21,22 130:3
130:4 146:7,13,14
147:12 152:15,19
153:16 164:11,15
166:24 167:9,22
174:7,12,13,14
178:3,13,24 188:4
197:15
**pricing** 64:17 66:16
66:22 67:2,7
**primarily** 35:7,8
**primary** 22:24
35:10 55:24 85:4,8
89:22
**principally** 161:1
**printed** 93:13 95:8
109:6 117:15,17
170:6
**printout** 13:19
**prior** 10:22 12:7
33:14 41:15 50:22
62:15 95:15 117:6
119:17 128:12
170:16 181:21
194:1 198:12,16,19
198:20 199:12
**priorities** 142:18

**private** 143:11
**privileged** 24:23
**privy** 199:10
**pro** 40:12 44:9,18
45:2
**probably** 38:14 42:3
75:23 117:1 133:6
135:18 159:4 166:4
170:23 174:19
**procedure** 1:15
106:4
**proceed** 6:13
**proceedings** 204:14
**process** 13:3,4 26:1
107:20 108:2
123:12 172:12
188:9 201:13
**processed** 1:4 6:6
13:2
**processes** 156:22
**processing** 17:18
95:14 121:5 156:16
157:10,11,14
**processor** 156:19
**procure** 46:5
**produce** 26:1 95:23
**produced** 67:20
68:2,3 74:2,16,18
74:19 75:4,5,9,22
75:24 76:2 93:4,7
93:12,15 95:22
109:5 114:18
115:17,23 117:14
118:14 139:21
148:23 163:1,19
170:5
**producer** 24:11 35:6
45:8 84:10 90:10
144:5,9 149:3
156:19 159:5
160:20,24 161:5
173:17 175:14
197:24 201:9
**producer's** 192:14

**producers** 2:23 7:2
21:18 22:5 23:24
24:6,8,9 77:6 79:7
80:18 91:12,15
132:2,6 143:11
146:15 147:18
148:14,16 159:17
162:8 167:9,16,16
177:10,19 183:4,22
186:5,20 192:18
193:5
**produces** 82:12
**producing** 153:15
159:7
**product** 13:5 140:2
148:3 150:15,17
156:11 158:18
173:23
**production** 12:14
17:17 20:11,23 65:5
78:3,11,21 95:14
102:8,24 109:20
110:13 121:8,17
128:1,18 150:7,13
156:16,23 157:13
159:9,13 164:20
167:19 185:14
189:12 192:14,18
192:22 193:5 194:4
194:9 195:1,5,24
196:6
**productions** 137:11
**products** 1:4 6:6
20:14,18 21:15
136:5 139:13 140:5
141:14,15
**profile** 105:8
**profit** 152:4 188:1
189:10
**profitable** 166:24
**program** 82:21
86:11,16 89:9,9,12
89:13,15,19 90:3,9
90:11 92:18,19 98:9
101:17 104:12

108:19,21,23
118:17 146:23
158:11 168:17,20
183:5,8,17,18 184:3
184:6,8,21 191:22
192:1,5,11,13,19,22
193:2,13,19,22
194:2 198:7 200:7
201:7
**program's** 193:9
**programs** 79:6,11
91:6,7
**prohibit** 168:18,20
**prohibited** 166:12
166:14
**prohibition** 193:9
**project** 83:1 169:15
169:17,18 170:11
171:4
**projected** 189:6
**prominent** 85:23
**promise** 11:14 21:19
56:17 63:14 122:8
**promo** 152:7
**promote** 62:11 69:2
**promoting** 169:6
**promotions** 34:4
**proof** 178:18
**properly** 197:12
**properties** 31:15,18
**property** 20:5
**proportionate** 42:17
**proposing** 130:16
**protection** 21:1
**protein** 178:23
**proud** 62:10
**proved** 53:2
**provide** 10:23 20:17
22:3 45:9 46:23
51:15,17 63:22 64:2
70:14 78:24 148:6
159:14,15
**provided** 21:1,3,9
21:11 22:22 23:21
24:11 51:14,21

HIGHLY CONFIDENTIAL

63:23 64:5,16 69:4
76:15,23 77:6,10,20
78:4,20 89:7,8
128:4 159:15
**provides** 68:19 74:7
74:8 112:21
**providing** 37:10
59:17
**provision** 40:20
89:22
**provisions** 1:14
89:19
**public** 169:19
203:24
**publicly** 192:11
**pullets** 157:3,4
159:16
**purchase** 45:10,24
46:14 148:8,12,13
148:23 149:4 159:2
160:9,11,20 161:11
**purchased** 21:8
44:13 148:17,18
**purchaser** 2:6,18
6:15,24 191:12
**purchases** 158:21
161:6
**purchasing** 148:4
**purpose** 46:17,22
70:11
**purposes** 10:9 99:13
**pursuant** 1:14 53:8
148:22 197:16
**pushing** 130:22
**put** 10:24 57:15,24
89:16 107:11
117:16 135:23
152:8 193:22

**q**

**qualified** 26:2
**qualify** 135:11
**quality** 30:16
**quantities** 159:2

**quarter** 57:7,14,22
58:1,7 66:17,17
**quarterly** 57:13
**question** 9:10,10,13
10:5,15 24:22 25:13
25:14 27:6,12 39:6
43:2,3 75:2 78:22
102:13,14 127:9,17
131:4 142:16
181:23
**questions** 9:4,21
11:3 94:7 189:24
191:8,12,13,14,18
193:8,10 195:8
198:5
**quick** 98:1
**quickly** 133:20
**quite** 180:2
**quotations** 64:16
147:16
**quote** 60:5,7,17,22
60:23 63:24,24 64:2

**r**

**radlo** 85:7
**radtke** 1:13 6:12
204:3,23
**raise** 159:16
**raising** 65:3
**ralph's** 150:18,21
**ranch** 2:13 6:17,21
16:8 85:11,13,23
137:11
**range** 30:23 55:17
55:23 63:17 152:10
163:13 164:1,5
178:14,15,16
180:21,23 184:23
**rata** 40:12 44:9,18
45:2
**reached** 15:9 113:9
**read** 25:13,15 40:15
53:18 60:2 101:10
101:13,14 119:8
203:3

**reading** 78:19 98:18
158:12,13
**ready** 158:18
**really** 88:21 111:4
159:21,22 165:13
177:7 183:22 191:2
**reason** 10:11 54:10
164:3 167:22
195:22,22 197:14
201:12
**reasons** 11:7 129:18
129:22 130:2
**recall** 21:23 22:10
22:17,21 24:5 28:4
28:5,8,17,18,20
29:6 34:24 35:21
36:6,16 37:4,8
38:11 43:6 44:19
54:21 60:23,23 61:3
61:5,8 63:4 64:8
66:18,20 67:1,5,6,7
67:8,9,12 68:15
70:2 72:1,12 80:14
82:11 88:15 90:2,18
91:4 97:15,18,19
99:8,16,19,24 100:2
123:15 124:17
125:14 128:15
134:10 135:16,19
136:16,17,19
137:18,20,24 138:2
144:10 147:5,8
149:6,24 150:2,5
157:9 161:13
162:15 168:1,4
175:11 180:21
181:9 200:17
**recalled** 67:4
**receive** 38:14 70:23
71:1 101:11
**received** 36:20
48:15 88:22
**receives** 159:10
**receiving** 61:21

**recession** 178:18
**recognize** 36:3 68:5
137:8 185:5
**recollect** 81:22
**recollection** 23:6,12
39:23 69:20 72:23
74:15,17 81:20
90:22 108:20,20
137:5,14 152:2
167:1,5
**recommend** 33:7,10
**recommendation**
79:19 82:8 83:7
87:12 194:5,10
**recommendations**
79:14 194:7 201:23
**recommended** 79:6
80:16,22 200:20
**recommending**
81:21,22,23
**record** 7:16 25:15
49:9,11,12,14 55:1
55:4 92:9,12 104:6
104:9 118:3,6,9,11
131:14 133:22
134:1 169:9,12
189:18,21 202:6
203:5 204:13
**recorded** 10:16
**recover** 144:24
182:22
**recovery** 44:11
160:1,6
**red** 11:12
**reduce** 80:13 82:6
166:7 193:23
195:12 196:15,22
198:8
**reduced** 96:1,17
97:21 120:1 204:12
**reduction** 80:10
92:16 119:12
179:15
**reductions** 179:6

redwell  76:9
refer  78:7 153:6
    154:23 159:4
    161:17 175:21
reference  65:19
    66:7 75:8 93:10
referencing  92:1
    99:5
referred  38:19
    78:16 166:13 186:4
    190:15
referring  39:20
    53:14 75:19 95:20
    124:11 135:5,7
    147:14,21 163:23
    165:1 166:4 173:18
    181:18 182:2 183:5
    183:7 184:5 187:4
refers  78:6 131:2
    161:18 183:12
reflecting  99:11
reflects  168:23
refrain  194:8
refresh  23:6 39:22
    72:23
regard  18:5,15,17
    38:7 63:21 83:13,19
    198:8
regarding  88:6
    92:16 99:22 102:19
    121:17 190:6
region  18:6,19 19:17
    31:11,19,19,22
    122:20
regional  158:16
    174:22
regions  18:5 31:9,14
    93:22 147:19,20
    148:1
regular  93:20
    132:13,15 148:19
    173:23 174:1,5
regulation  186:18
regulations  186:15

reickard  41:8 42:6
    124:2,4
reinhart  94:23
relate  84:12
related  21:11 76:6
    78:7
relates  1:6 83:9,11
relations  29:20,23
    77:17
relationship  99:3
relationships
    174:20
relative  61:20
    204:16
relatively  146:4,5
    178:3,4 196:21
release  99:2
relevant  140:20
remain  179:3,5
remained  178:2
remember  8:11,14
    12:3 16:24 18:24
    22:24 23:16,18
    27:21,23,24 28:11
    29:10,13,16,19,22
    29:24 30:19,21,22
    31:1 32:24 34:17,20
    35:1 38:15,17,17
    40:4 41:19 48:16,18
    50:10,11 55:8 60:19
    60:20 61:21,23,24
    62:8 63:9 69:8 72:6
    72:7,10 89:4,6,9,18
    90:24 92:17 97:24
    98:3 109:11,12
    110:5 111:9 115:20
    119:5,9 122:9 125:8
    125:12 126:5
    149:20 152:14
    166:13 170:7
    171:12 180:24
    185:3 191:22
    193:10 198:23
    199:1,7 200:2,22

reminds  143:4
remove  47:1 103:4
removed  47:3 103:5
    106:3 107:7 184:8
    184:21 185:3
removing  102:6,7
repeat  18:8
replaced  108:12
replacing  113:13
report  18:8,15 32:3
    32:20 34:6 69:24
    73:12 82:11 94:3,5
    94:8,10 95:17 115:3
    117:4,6 133:9
    137:18 140:4
reported  31:9 32:5
    33:18,19,24 52:4
    117:5 122:23
    144:22 149:22
    204:11
reporter  6:12 63:19
    115:14 204:2,4
reporting  18:21
    34:11,14 97:7,9
    129:13 141:10
reports  93:21
represent  6:11
    23:14 38:8
representative
    37:24 38:4 197:11
representatives
    27:17 192:8 200:11
represented  23:12
    38:6 121:21 122:12
    154:11 159:17
representing  6:2
    23:1 177:20
represents  109:24
    122:13
request  91:19 110:5
    176:22
requested  13:17
    25:15 35:23 37:13
    39:9 41:1 43:13
    48:2 49:8 56:20

59:4 67:24 70:13
    71:6 72:15 73:22
    80:1 81:5 87:16
    93:1 98:12 102:9
    104:21 109:3
    114:14 115:10
    117:10 120:10
    123:4,21 126:19
    129:2 132:20 136:8
    138:15 162:10,21
    163:15 169:24
requests  91:11,14
require  100:23
    184:15
required  99:9 113:9
    135:4 183:13
requirement  15:16
    111:24 166:16
    184:18
requirements  99:8
    101:2 108:8 165:6
    165:18 166:5,18
    192:5,10
resignations  34:4
resource  68:18
resources  64:1
respect  23:2 147:15
respected  84:17
response  89:14 91:2
    127:8,11 164:19
responsibilities
    17:15 18:3 19:14,16
    23:3 73:6
responsibility  16:11
    17:17,20 18:12,17
    18:21 23:1,2 55:24
    56:2 73:19 116:1
    156:24
responsible  23:22
    131:17,22 182:6
rest  133:20 156:13
restaurant  156:4
restrict  192:2
result  43:9 68:8
    132:3

HIGHLY CONFIDENTIAL

**resulted** 58:6
**retail** 67:1,7 68:8,19
  70:24 129:9,11
  153:1,11 154:7
  155:23,24 178:2
  200:11
**retailer** 156:11,23
**retailers** 153:5,8
  192:8 200:10 201:8
**retained** 160:21
**retains** 159:11
**retire** 11:24 32:15
**retired** 11:23 12:1
  19:19
**return** 148:2
**revenue** 137:21
  138:3
**review** 57:7,13 58:1
  62:14 64:13 82:3
  149:24 150:6,18
  152:11 171:7 172:7
  188:9
**reviewed** 64:11
  181:21
**reviewing** 64:8
  137:18
**right** 14:7 15:5 30:2
  36:9,19 39:17,18
  40:15 48:11 53:4
  54:22 58:1 59:23
  63:15 82:1 94:3
  101:20 102:16
  106:22,22 108:9,13
  109:1 111:2 112:8
  112:17,19,23
  119:14 121:18,22
  129:18 130:21
  135:7 138:21,22
  139:23 140:3,11
  146:16,17 151:8
  152:19 155:5
  157:13 160:11,20
  163:14 164:15,18
  171:2 173:10
  179:12 180:12

  182:7,16 184:5,9
  188:23 190:8,11,12
  191:4 197:18 198:2
**rights** 159:12
**rinehart** 68:11,12
**rise** 185:20 186:3,4
**rising** 60:24
**risk** 46:8,11 50:21
  51:7,9,11
**risks** 46:4
**road** 172:1,19
**rocky** 161:2,7,11
**role** 33:4 175:16
**roles** 73:6 176:22
**roll** 169:15,17,18
  171:4
**romoland** 111:3,8
  113:3
**rose** 3:11 7:7 60:7
  60:22 61:4,5 177:16
**roughly** 159:7
**row** 106:2,4
**rows** 105:21
**rude** 118:10
**rudolf** 6:1
**rules** 1:15 9:1 90:13
**run** 127:14 161:11
**running** 132:8

       **s**

**sadly** 113:20
**safety** 30:17
**safeway** 176:2
**sale** 60:2,6,18
  139:13 140:2
  141:14,15
**sales** 18:1,3,5,9,15
  18:16,20,22,24 19:8
  19:9,12 33:11 44:3
  71:3 99:6 127:13
  144:20 145:19
  151:7,8 154:12
  155:21 175:22,23
  188:6

**salesman** 118:22
**salespeople** 17:21
  126:6 127:1
**sam's** 155:10
**san** 136:19
**sandin** 3:8 7:6,6
  191:14,14
**sanitary** 106:4
**sat** 83:2
**satisfy** 108:7
**saw** 119:6
**saying** 36:20 62:17
  131:16,17
**says** 14:5,9,10 15:2
  40:9 41:10 42:7,7
  44:6,7 57:6,20
  69:15 74:24 76:3
  77:15,16 78:2,19
  82:20 88:9,14,22
  94:1 95:12 99:16
  105:7 108:6 109:23
  110:11,18 111:4,5,5
  111:15 112:15
  117:24 122:11
  124:5,12,19 130:16
  137:2,17 140:20
  141:13 142:3,17
  144:1,4,14,15
  146:10,12,22
  147:18 150:17
  152:19,24 153:24
  155:16,20,23
  156:16,18 158:20
  159:1,1 164:10,17
  166:20,21 167:8
  171:7,22 172:23
  173:1,10 174:13,20
  176:11 177:9
  178:12 179:3,4,8,13
  180:11 181:24
  183:17,23 184:6,7,7
  185:11,14,19
  186:12,14,16
  188:16

**scale** 187:3
**scaleable** 172:23
**scheduled** 80:13
**schedules** 81:15
  82:3 84:8 85:15
**schirmer** 2:3 4:4,5
  6:14,14 7:14 13:16
  13:18 25:5,16 26:12
  26:14,19 27:4,15
  35:24 36:2 37:14
  39:10 40:6 41:2
  42:14,23 43:14
  47:13,23 48:3 49:4
  49:9,15 54:20,23
  55:5,22 56:9,15,21
  58:14 59:1,5 62:7
  62:21 63:3,11 66:12
  67:22 68:1,4 71:7
  71:10 72:16,18
  73:23 74:23 75:13
  75:20 80:2,4 81:6
  85:19 86:17 87:7,15
  87:17,23 88:2,3
  92:7,13 93:2 95:3
  96:8,15,22 98:13,15
  99:18 100:14,21
  101:7 102:10 104:3
  104:10,19,22 109:4
  109:7 114:11,15,21
  115:11,15,16
  117:11 118:3,10,12
  120:7,11 122:1,7
  123:10,22 125:2,11
  125:21 126:12,20
  128:23 129:3 131:5
  131:7 132:21
  133:18 134:2 136:9
  138:16 143:24
  150:8,11 162:11,13
  162:22 163:16
  165:4,11,14,20
  166:6,11 167:7
  168:16 169:7,13,23
  170:1 180:10
  182:18 189:15,22

**[schirmer - sir]**

190:1 191:4,16,21 193:8 195:10,21 196:4,12,20 197:4 200:4 201:20 202:2

**schwingler** 3:3 7:4,4 191:9,9

**scientific** 201:1,2,3 201:23

**scientists** 192:9

**scraper** 185:21

**seal** 91:18

**season** 19:4 54:6,12

**seasonal** 61:11 82:4

**second** 9:20 11:8 36:6 40:7 74:10,24 82:10 93:9 94:5 95:11 118:4 131:24 144:1,14 151:24 164:10 173:7 184:4 185:19

**secretary** 28:16 30:2 30:11 74:13 75:6,11 75:15

**section** 95:17 97:20 104:4

**sector** 187:21

**see** 10:6 36:11,22 37:17 39:22 40:10 41:7 45:21 50:23 53:12,13 58:8 69:14 75:24 82:15 89:1 95:1 112:15 114:18 115:21 121:18 131:1 137:4 141:21 144:13,23 146:7 153:2 160:8 167:23 178:7 179:20 185:12 186:12 187:16

**seed** 21:15

**seeing** 119:5 127:19 136:16 159:13

**seen** 13:22 70:1 101:8 104:17,18 105:2,4 106:23

107:17 109:8 115:18 118:15 130:12 158:13 178:4 180:16

**sell** 26:4,5 27:10 65:15 140:7 142:7,9 142:11,12 154:20 161:24 175:21 188:4

**selling** 21:20 45:20 64:15 66:21 70:22 128:1 132:4 197:23

**send** 38:14 120:21 120:23 129:15

**senior** 15:11 30:14 33:17 37:21 43:23 43:24 52:7 59:13 81:14 94:10

**sense** 72:2 156:14

**sent** 36:18 42:1 48:16 49:22 57:3 123:1 127:6 129:16 181:15 190:16

**sentence** 72:4 131:24 145:18 181:15

**sentences** 130:20

**separate** 25:22 31:9 77:22 91:11 106:7 137:13 159:22

**separately** 137:12

**september** 82:13 117:22 171:2,15

**series** 48:5 111:11 141:19

**serve** 27:18 29:8 31:12 158:16 187:6 187:9 197:10

**served** 14:9 19:7 27:21 28:3,5,8,13 28:16,18 29:4,10,16 30:1,6,11,22 155:8 175:11

**service** 22:22 23:23 24:2 68:20,21 78:24

90:7 129:14 155:17 155:17,18

**services** 21:11,13 22:2 23:20 24:11 63:21 70:15,16 74:7 74:8 76:15,23 77:5 77:9,20 78:20 89:7 175:3

**serving** 20:11 29:13

**set** 16:18 65:11 113:22 150:20 155:9 188:4 204:20

**sets** 70:21

**seven** 53:17 137:24 142:17

**seventh** 166:20

**share** 42:17 44:9,13 44:18 45:3

**sharp** 127:14

**shell** 13:4 14:11 40:13 46:19 65:2 139:22 140:4,8 145:17 146:7,10 147:12 152:5 156:19 158:21 159:8,21,23 173:8 173:18 174:1,14 177:10 189:3

**shift** 187:18 189:8

**shifting** 185:24

**shipping** 58:5

**shopper** 153:21

**short** 55:2 92:10 104:7 118:7 133:23 169:10 170:10,21 171:1,13 189:19

**shortfall** 179:8 180:7,8,11

**shorthand** 204:2,3

**shortly** 19:2 33:2

**show** 38:24 39:7 56:18 67:15 98:11 109:1 114:12 123:19 138:13 172:1,19

**showed** 55:6 92:14 182:15

**showing** 35:21 37:15 41:3 43:11 47:24 49:16 59:6 71:4 72:13 73:20 79:23 81:3 87:18 93:3 102:11 104:23 115:12 117:8 120:8 126:21 128:24 132:18 136:10 162:19 163:17 190:2

**shown** 119:11,17

**shows** 121:20 150:17 151:2 188:20

**side** 128:17,21 131:15 146:8 188:21

**sides** 106:10,12,14

**sign** 39:23 88:24

**signature** 88:23

**signed** 89:5

**significant** 180:15

**similar** 76:10 82:21 92:19 105:4 146:12 194:16

**simple** 134:23 135:4 135:5,8,9

**simply** 93:9 128:3 165:1

**single** 24:1 124:24 125:13 132:22

**sir** 9:15 13:20 37:17 39:13 41:4 44:1 59:11 60:12 63:12 63:17 68:5 70:5 89:9 93:8,17 96:4 98:17 99:1 102:12 114:22 115:13 116:18 124:1 127:3 132:24 136:16 147:21 149:10 161:17 162:15

HIGHLY CONFIDENTIAL

163:20 167:10,23
182:7 183:6 184:9
187:19 188:23
**situation** 91:3
**six** 12:8 81:23 82:7
124:7,12 172:22
183:2
**sixth** 183:1
**size** 161:16
**sizes** 174:2,3
**skip** 36:8
**sky** 129:18
**slide** 57:7,10,21,24
58:15
**slow** 131:1
**small** 58:3 125:23
125:24 126:1
132:12 159:18
**smaller** 132:10
153:12 156:2
186:19
**smith** 138:19
**society** 91:9 92:2,5
**sold** 13:10,13 14:19
119:3,4 136:5,6
143:5,10,12 150:24
154:24 173:4 174:8
176:1
**somebody** 23:16
129:20 138:9 139:6
140:6 150:8,9
184:18
**something's** 10:5
**sonstegard** 8:12,13
**sophisticated**
146:19
**sorry** 18:8 21:6 48:8
68:16,24 75:8,18
83:23 92:4 102:13
103:13 107:8,9
113:21 164:8 183:9
183:9
**sounds** 44:22 155:10
**source** 45:9 70:7

**sourced** 78:8
**sources** 177:5
**south** 1:17 2:10,16
6:5
**southeast** 85:1
**southern** 12:14,16
14:16 142:5 150:22
156:9 170:22
**southwest** 160:22
**space** 89:23 90:19
95:21 100:6,23
101:1,19 104:14
110:1 111:1 112:15
118:1,19 119:14
126:8 146:23 165:6
165:17 166:5
167:18 179:17
183:8,24 199:18
**speak** 77:1,13
**speaking** 200:17
**special** 65:2
**specialist** 200:21
**specialty** 64:22,24
65:6,7,8,12,15,16,18
91:16 151:13,14,21
151:23 153:10,13
153:15 159:17
173:2,4,24 174:3,4
187:19,20 188:1,2,5
188:9 189:9
**specific** 26:16 37:8
110:5
**specifically** 21:1
**specifics** 138:1
**specified** 189:12
**speculates** 165:12
**speculating** 84:2
**speculation** 165:10
165:23
**spend** 149:16
184:19 185:18
**spent** 101:23,24
**spite** 162:4
**spots** 167:15

**spreadsheet** 109:24
**spring** 166:23
**square** 2:21 108:4
111:6,22 113:6
124:8 130:23
183:24 184:1 186:2
**stable** 146:4,5 178:2
178:20 196:21
**stacked** 105:14,16
105:19,21 106:17
106:17 108:4
185:21 186:2
**staff** 71:3 182:5
**stage** 158:18 166:5
**stahl** 2:8 6:5,20
**stamped** 14:3
**stan** 99:5,6
**standalone** 155:3
**standard** 40:20
103:1
**standards** 100:6,16
100:23 101:9,13,14
101:22,24 166:19
200:15
**stands** 119:1
**stapling** 136:15
**start** 57:11 110:7
117:1
**started** 107:8
**starting** 32:3,6
119:13,21 120:15
176:23
**starts** 150:16
**state** 1:14 7:15 8:16
8:17 22:6 83:2
157:20 182:11
204:4
**statement** 60:15,15
158:23 179:13
**states** 1:1,16 2:24
6:7 7:2 35:2 59:22
137:2,6 141:18
142:8,13 173:8
**stating** 137:20

**statistics** 121:15
**status** 42:10
**stenographically**
204:11
**step** 64:20
**stevens** 170:19
**sticks** 201:12
**stinson** 7:4
**stinsonleonard.com**
3:6
**stinston** 3:3
**stock** 169:19
**stop** 10:12
**stopped** 29:13 87:22
**store** 68:9 150:20
153:20 155:8
156:12 158:19,19
**stores** 154:9 155:9
**story** 175:5
**straight** 107:6 141:5
**straus** 2:3,6 6:14
**streaming** 87:21
**street** 2:16 3:3,9 7:5
**strength** 85:2
174:20
**strict** 99:8
**strictly** 155:18
**strike** 41:16 52:16
**stringent** 100:17
**strong** 61:18 85:1
175:15
**struggle** 61:13
**stuff** 62:23
**stung** 130:14
**style** 108:1
**subject** 11:5 44:6
57:6 80:8 88:14
109:21 121:14
172:8 189:13,22
190:10 191:4
193:15
**subscribe** 68:20,21
69:4,5 70:9
**subscribed** 69:9
203:21

HIGHLY CONFIDENTIAL

subscription  69:20
subsidiaries  17:2
subsidiary  24:5
    27:18
substance  199:7
substantial  142:9
    176:1
substantially  60:24
    61:4,5
suffer  188:2
sufficient  99:12
suggest  85:14 97:10
suggests  111:17
suite  2:4,10,16 3:4,9
summarizing
    131:12
summer  61:12
    140:18 166:22
summit  88:7,14,15
    88:17
sumner  88:5
sun  160:1,6,8,9,14
    160:15,16,21
super  175:15
supervising  15:11
    17:21 18:5
supplier  91:19
    159:10,20,23
suppliers  148:9
    158:22 159:10,20
supplies  21:4,5,9
supply  47:2,4 54:6
    54:14,15 61:13
    128:17,21 130:7,19
    131:15,17 146:6,10
    146:14 148:20
    155:6,7 156:6 159:1
    164:20 178:7 179:3
    179:4 180:18
    182:11 183:3
    185:11 186:12,13
    192:2 193:23
    195:12 198:8
    199:18

support  53:7,9
supported  39:3
supposed  125:17
sure  9:2 18:9 26:17
    27:5,7 50:24 57:11
    75:2 78:14 88:2
    97:18 98:2 113:4
    124:10 128:16
    143:1 174:11 189:9
surpassed  146:6
surplus  46:23 58:5
    148:23
surprised  100:9,22
    101:6
surprisingly  82:12
surrounding  166:14
sustain  178:12
sustainability  193:4
swear  6:13 126:23
switched  176:22
sworn  7:9,11 203:21
    204:8
sysco  155:17
system  24:1 41:15
    44:14 108:1 185:21
    186:1,4
systems  120:16
    185:20

t

table  110:8 144:15
take  10:8,8,10 11:9
    13:9 36:24 42:5
    48:15 49:2 54:23
    57:23 60:19 64:20
    72:20 82:14,17 92:7
    103:5,11 104:3
    133:18 157:17
    158:17 159:6
    161:14,24 167:8
    169:7,21 171:21
    174:15 187:11
    189:15
taken  1:13,17 8:3,18
    13:24 55:2 92:10

104:7 106:6 118:7
    133:23 169:10
    189:19 203:4
takes  103:19 177:3
talk  11:9,14,15
    64:19 89:3 109:14
    116:24 138:7 160:4
    176:5
talked  23:19 34:16
    72:8 98:9 101:16,17
    104:13 123:11
    146:12 160:5
    181:18 186:24
    187:14
talking  9:20 23:8
    36:20 42:10 44:19
    54:1,13,14 69:13
    81:14 98:8 104:12
    147:13 164:22
    182:2 185:15
talks  57:7 77:16
    78:3 133:8 147:11
    151:22 173:22
    183:2 186:11
tan  140:14 171:20
    174:19
taped  10:16
tat  112:15
team  49:23 50:1
    56:3 59:13,18 71:23
    81:14 94:11 140:15
    176:10,11 188:8
tell  9:15,17 70:18,20
    78:12 79:16 103:23
    114:20 136:13
    168:10 173:12
    188:16
telling  39:23 40:4
    61:24 80:11,12
    97:19 98:3 126:6
    127:1 165:11
tells  9:12
ten  88:21 137:22
    142:23 144:13,15
    155:19 156:5

175:20
tend  132:8 159:11
    187:15,16
tennessee  2:5
tenth  176:4
tenure  79:13
term  26:16,23 64:22
    102:4 105:12
    106:24 158:15
    174:24
terms  57:10 100:1
    145:10 154:12,13
terrible  127:24
    185:14
testified  7:12 198:9
testify  204:8
testimony  8:3,18
    46:10 187:15 203:4
    203:6 204:14
thank  20:21 69:3
    73:3 88:1 171:8
    172:13
thing  11:2 47:8
    84:19 184:7
things  21:14 45:23
    46:1 58:20 62:12,17
    76:17 78:2,20
    104:13 130:14
    150:7,13 177:6
    179:1 183:14 197:8
think  11:8 25:10,12
    25:13,17 31:21 49:7
    56:22 63:14 94:24
    98:6 101:18 117:15
    119:6 123:5 129:13
    136:13 140:12
    164:6 173:14
    180:18 181:16,24
    182:9 191:2,6
    197:14 201:3
thinking  131:18
    134:4 140:6 143:2
    166:3
third  10:7 45:11
    57:6,24 58:7 93:24

HIGHLY CONFIDENTIAL

**[third - ue0309835]**                                                                    Page 31

147:18 152:4
158:22 160:12
166:4 175:19
187:18
**thought**  47:18 62:23
125:8 128:15 139:6
148:2 154:3 159:21
**thoughts**  199:11,14
**three**  14:5,5,6,6,6
33:22 39:6 45:7,22
56:22 69:10 77:15
82:7 83:3 93:21
94:1 106:16 110:7
136:15,24 137:10
142:23 144:3 154:6
171:19 178:16
189:15 202:7
**thursday**  59:9
**tier**  106:20 153:24
**tight**  54:9 58:6
179:3,5 180:18
**timber**  116:14
**time**  6:3,10 7:22,24
9:11,18 10:5,11
12:17,19 13:6,9
16:14 17:8,24 18:2
18:7,11,13,23 19:5
19:10,21 21:17
22:11,13,15 23:19
24:4 26:3,9 27:16
28:12,16,19,21,23
29:7 32:7 33:20,24
34:7,18 35:11,15
36:15 37:9 40:5,21
44:4 45:14,18 50:20
51:24 52:13,19
55:11,16 59:2,3
60:12 61:2,6,7,9,17
62:9 63:16 65:11
66:20,23 67:12
68:14,22 69:6,7,8
69:21 70:4,8 71:15
73:7 74:19 75:6
77:3,10 79:4 80:15
81:21 82:13,17,19

85:5,6 86:9,22 89:5
89:17 90:18,24 96:4
96:7,9,13 97:2,5,16
98:20,22 99:17
107:12,18 110:20
111:12 112:16
113:24 120:15
122:3,21 125:1,9
133:15 141:2,4
143:19,23 144:7
145:9,10 146:19
148:13 149:17
152:2,6 155:14
158:23 166:15
167:2,6 168:5 169:1
170:13 171:3
172:20 173:8 176:2
176:18 177:15,22
178:1,5,15 180:1,4
183:21 189:4
194:12,19,20,23,24
195:3 201:16 202:5
**times**  8:6 47:11,18
84:10 98:1 135:12
142:15 152:5,17
**timing**  46:8,12
83:13
**title**  30:13 52:6
173:14 176:23
**titled**  127:6
**today**  6:2 9:1,20
10:15 98:7 101:16
123:11 151:14
176:8,21 180:23
**today's**  171:22
202:4
**told**  23:6 24:14 25:9
62:16 140:15
**tomorrow**  69:19
**tones**  22:9 64:3
**top**  48:10 49:19 57:4
57:8 59:10 72:19
77:17 88:5 94:2
105:8,22 106:15
115:21 116:16,17

116:18 120:18
144:13 153:24
155:19 156:5,16
174:18 175:20
176:11 178:18
**topic**  97:24 98:7
**topics**  73:10 150:1
**total**  110:18 111:5
112:22 118:17
122:11 144:20
151:3,8 177:20
189:4
**touching**  157:16
**track**  145:23
**tracking**  63:24
**trade**  22:6 24:10
**trader**  66:19,21
156:3
**trading**  176:24
177:1
**traditional**  65:1
76:11 154:7 155:23
155:24 172:1
**traditionally**  61:13
**training**  86:18
195:13,15,16
**transcript**  10:23
203:3 204:10
**transfer**  198:2
**transform**  142:18
**transport**  156:8
**transportation**
156:10
**treasurer**  28:19
30:7 75:10,11
**trends**  51:14 64:3
78:14
**trial**  10:22
**tried**  56:4 172:19
173:12
**trucks**  157:1,2
**true**  203:5 204:13
**truly**  193:19
**truth**  204:8

**try**  10:2,8 11:13
27:9 98:1
**trying**  9:21 46:9
69:2 76:1 78:1
103:16 106:13
128:6,8 165:16
189:2
**tuesday**  57:18
**turn**  77:15 93:23
95:11 110:6 143:15
144:12 145:16
147:11 153:23
156:15 158:20
159:19 166:20
172:22 177:24
**turnover**  34:5
**twice**  7:22
**two**  2:21 9:7,12 11:7
14:5,11 16:15 40:10
43:22,24 60:1 84:10
93:5 94:1 104:19
106:10,15,16,20,20
110:7 127:15
130:11,19 136:24
138:13,17 144:3
146:11 151:11
154:6 173:1
**type**  105:12 133:11
149:20 153:21
176:7
**typewriting**  204:12
**typical**  34:5 130:9
132:2 150:20
153:21
**typically**  82:2
**typos**  185:2

**u**

**u.s.**  16:12 40:8 58:4
151:23 155:17
179:4 188:17
**ue0309830**  5:16
136:12
**ue0309835**  136:23

**uep** 24:23 25:8,19
26:4,5,9 27:1,16,18
27:21 28:6,16,18,23
29:4,8,14,17,20,23
30:1,6,14,16,22
31:8 34:17,23 36:17
42:18 43:8,21 44:6
45:8,11 48:6 59:14
72:9,10,24 73:7,11
73:14 74:5,5,13
75:11,15 76:3,6,7
76:15,17 77:10,20
77:22 78:4,10 79:5
79:16,17,17 80:15
80:21 81:21,22,23
82:8,11 83:22 84:1
86:23 87:9,13 88:6
88:14,15 89:7,13
91:11,20 99:2,12,13
99:20 100:17
101:17 102:19,23
104:12 108:7
109:21,24 110:7,24
117:24 118:17,19
119:14 121:16
123:14 124:3 126:8
133:6 134:5,8,24
135:1,13,16,23
146:22 165:5,17
166:18 168:17,19
169:6 179:15,16
185:19 191:21
192:1,7,10,13 193:1
193:12,22 194:2,5,6
194:9,13 197:13
198:6,11,18,23
199:2 201:7
**uep's** 25:3 28:9,13
79:13 201:2
**uh** 38:13 171:11
**ultimate** 45:20
**ultimately** 56:2
128:16 182:6
**uncertainty** 130:13
130:22

**unclear** 10:5
**underlined** 81:17
**underneath** 106:2
**understand** 9:22,23
9:24 10:1,12,24
18:11 27:12 28:23
30:1,6 45:6,21 46:9
50:18,24 55:13
73:17 75:2,19 83:23
91:14 98:16 103:16
106:14 111:4 130:8
144:8 153:7 158:14
159:6 185:22 187:2
187:15,23 189:9
**understanding** 10:4
20:19 24:16,18,19
25:2,11,12,18 26:4
26:8,20,23 29:1
36:24 40:23 46:17
51:8 52:18 54:7
57:9 60:11 64:3,21
66:5 74:3 76:24
77:8,12,23 78:5,15
78:23 93:16 95:16
96:3,10 98:19 103:7
103:16,22 115:23
118:13 129:21
134:23 143:5,8,18
143:22 144:6 153:9
156:17 164:21
165:6,12,15,16
168:19 169:1,14
174:3 177:21 178:1
183:20 184:2 192:4
193:1,12,21 197:11
200:6,16,24 201:5
**understood** 24:13
43:9 103:11 143:19
198:6 200:9
**unhinge** 140:12
**unified** 78:16 79:1
81:2
**uniform** 143:2
**unique** 141:20
172:23

**united** 1:1,15 2:23
2:24 6:7 7:2,2 21:18
24:6,7,9 35:2 59:22
77:5 137:2,6 142:8
173:8 183:4
**univent** 105:8
**university** 15:23
**unusual** 137:9
**upgrading** 107:21
107:23
**ups** 188:3
**urner** 60:5,7,17,22
60:23 63:17,18,22
64:16 65:19 66:7
78:13 147:13,16
152:20 174:9,14
189:14
**usda** 78:9 90:6
**use** 10:21 59:18
64:16 69:12,14
70:11 103:9
**useful** 102:7
**usem** 35:12,14,20
37:2,11,23 38:4,5
39:2,15 40:13,14,17
40:21 42:21 45:23
46:4 48:6 50:3,6
53:2,9 59:16 137:12
137:17 194:16
197:5
**usually** 61:7 159:1
159:16
**ut** 20:16
**utah** 83:2,5 155:1,2
160:19

**v**

**vague** 26:13,14,15
**valley** 116:9 161:10
**value** 12:22,24
14:11 60:9 62:2
90:16 175:15
**vanessa** 2:9 6:16
**variation** 115:2

**variations** 45:14
**variety** 24:11 73:11
**various** 15:3 24:5
49:24 90:13 97:24
121:21 141:9 142:6
174:2
**venture** 19:20 83:1
83:5,19 84:16
144:24 145:6 149:2
149:15 155:1,4
160:5,6,7,11 175:24
182:23 197:16,20
**ventures** 160:1
**veritext** 6:2,12
**version** 181:11
**versus** 8:13 185:21
**vertical** 156:16
176:7
**vertically** 156:18
176:6
**vice** 18:1,3,9,14,21
19:7,11 30:14 32:23
32:24 33:5,11 44:3
52:7 96:24 176:12
176:15,17,20
**video** 10:16 49:11
49:13 55:1,3 92:9
92:11 104:6,8 118:6
118:8 133:21,24
169:9,11 189:18,20
202:6,6
**videographer** 6:1
49:10,13 54:24 55:3
92:8,11 104:5,8
118:5,8 133:21,24
169:8,11 189:17,20
202:4
**videotaped** 1:12
**view** 54:2 62:1
116:14 159:22
164:10,13
**villa** 85:10,13,22
**visibility** 69:24
**vjacobsen** 2:12

HIGHLY CONFIDENTIAL

**volstead** 24:9,13,17
  25:23 194:14,17
  197:6
**volume** 151:3
  154:13 173:4
**voluntary** 183:18
**vote** 36:21 37:1 50:5
  134:16,16,20,24
  137:15
**voted** 43:8 50:5,8
  54:10

**w**

**wait** 172:5
**walking** 134:4
**walmart** 154:15,16
  154:19,21,22 155:2
  155:2,8 175:9,24
**want** 9:17 50:24
  56:18 80:23 91:17
  106:21 114:18
  116:23 124:5
  131:21 161:23
  186:17 187:5,6
  189:9 191:2 196:5
**wanted** 51:19
  127:16 130:24
  150:23 174:11
**wants** 153:13,22
**warehouse** 158:11
  158:18 198:3,3
**washed** 157:15
**washington** 3:5,10
  142:12 156:6
**watching** 132:13
**way** 47:1 50:14
  56:17 93:7 128:16
  136:13 173:19
  186:20 192:2,13
  193:6 198:7 201:3
**we've** 7:22 103:1
  146:16 178:4 185:2
  186:24
**weak** 61:7,9,15

**website** 13:21 14:1
**wednesday** 72:22
**week** 69:15 81:7,23
  82:21 137:22
**weekly** 64:12,13
  67:10,11 68:8
**weeks** 80:14 81:16
  81:17,18 82:7,7,7,9
**welch** 36:8
**welcome** 149:15
**welfare** 89:16,19
  91:7 99:3 101:9
  110:7 192:8 193:19
  198:16 200:19
  201:9,15
**went** 57:22 66:24
  152:12 166:17
  182:19
**west** 17:3 21:24
  23:12 31:19 85:2,9
  85:10,11 99:6
  109:20 121:6,8
**western** 16:7,10,12
  16:16,17 17:1,16
  19:17
**whatever's** 134:20
**whereof** 204:20
**white** 65:1,23 66:2
  111:14 112:1 174:1
**wholesale** 153:6
  174:14 175:16
  198:3
**wholly** 20:5
**wide** 152:10
**width** 106:21
**willardson** 1:12
  2:13 4:4 6:9 7:10,17
  36:4 41:6 44:6 48:4
  49:16 67:22 71:11
  80:5 102:17 115:13
  115:19 117:20
  129:7 140:16 170:8
  171:1 189:22 203:2
  203:20

**willardsonc** 41:10
**willing** 153:13,18
  184:18
**wirka** 163:22
**wish** 80:17
**witness** 4:3 6:8,13
  6:18,20 7:9 9:16
  10:20 24:23 26:17
  27:13 40:3 46:21
  47:21 54:17 55:20
  56:13 58:13,18 62:5
  62:19 63:1 66:10
  75:17 85:17 86:14
  92:22 95:1 96:6,12
  96:20 99:15 100:12
  100:19 101:5 114:9
  120:4 122:5 123:8
  124:23 125:7,19
  126:10 128:20
  143:21 164:24
  166:2 167:4,12
  168:13 169:4
  195:19 196:2,9,18
  196:24 199:22
  204:7,7,20
**wondering** 18:14
  84:3
**word** 9:24 10:1,4
  26:20
**wording** 181:24
**words** 58:23 147:22
  160:2
**work** 12:9,12,19
  15:7 17:24 18:14
  41:13 51:4 69:18
  116:3 121:3 136:2,4
  159:13
**worked** 8:1 12:20
  15:4 47:1 50:20
  121:10 122:21,21
  188:13
**working** 56:2
  129:11,13 188:11
**works** 176:21

**worry** 150:9
**worse** 152:17
**worst** 127:15 130:12
**worth** 175:22
**would've** 85:10
**wright** 3:8 7:6
  148:18 160:23,24
**write** 42:20 43:4
  121:17
**writes** 95:24 167:20
  181:14
**writing** 44:20 48:19
  57:23 124:4
**written** 59:16
**wrong** 18:11 62:23
  95:8 98:4
**wrote** 42:11 44:20
  54:4,8 58:10 59:2,3
  82:10 92:15 95:17
  127:9,10 184:12
  201:10
**www.moarkllc.com**
  14:4

**y**

**yeah** 56:23 57:11
  90:6 102:3 112:20
  113:11 119:17
  123:3 127:11
  131:14 145:8
  152:13,22,23 158:1
  158:2 162:17 163:3
  165:24 178:4
  179:10 180:5
  188:14,19 191:1
  195:20
**year** 11:23 15:24
  19:5 28:24,24 30:2
  30:7,11 41:19 66:17
  73:1 82:4,13,18
  93:22 107:14
  113:10 120:16
  129:24 142:23
  152:13 166:17
  170:15 178:16

HIGHLY CONFIDENTIAL

**[year - zeros]**

187:16 198:19
**years**   7:23 8:21 12:8
15:8,14 53:17 69:10
88:21 95:15 97:3
108:16 127:15,15
128:12,17 130:12
132:3 134:5 137:24
140:20 170:16,18
188:22 193:2,3
199:6
**yep**   145:3
**yorba**   7:19,21
**york**   85:7 172:10
**young**   15:4,7,10,23
141:3,4,5

**z**

**zeros**   102:15