# ATTACHMENT 77

HIGHLY CONFIDENTIAL

Wilson, James                                           April 17, 2014

1

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    _____

    IN RE:  PROCESSED EGG PRODUCTS  |MDL No. 2002

    ANTITRUST LITIGATION            |08-md-02002

    _____

    THIS DOCUMENT RELATES TO        |

    Publix Super Markets, Inc. v.   |

    United Egg Producers,           |HIGHLY CONFIDENTIAL

    et al., No. 2:10-cv-06737 GP    |

    _____


                              Thursday, April 17, 2014
                              1:00 p.m.


        Videotaped deposition of JAMES WILSON, convened

    at Wasilewski Court Reporting, LLC, 1525 South Florida

    Avenue, Suite 4, Lakeland, Florida 33803, pursuant to

    notice, the proceedings being recorded

    stenographically by Susan D. Wasilewski, Registered

    Professional Reporter, Certified Realtime Reporter,

    Certified CART Provider, Certified Manager of

    Reporting Services, and Florida Professional Reporter,

    and transcribed under her direction.

HIGHLY CONFIDENTIAL

Wilson, James                                                    April 17, 2014

2 (Pages 2 to 5)

---

**2**

A P P E A R A N C E S   O F   C O U N S E L

On behalf of Plaintiff Publix Super Markets,
Inc., and the witness:
    DAVID P. GERMAINE, ESQUIRE
    JOHN BJORK, ESQUIRE
    Vanek, Vickers & Masini, P.C.
    55 West Monroe Street, Suite 1500
    Chicago, Illinois 60603
    (312) 224-1505
    dgermaine@vaneklaw.com
    jbjork@vaneklaw.com

On behalf of Indirect Plaintiffs:
    MERRICK SCOTT RAYLE, ESQUIRE
    Lovell Stewart Halebian Jacobson, LLP
    61 Broadway, Suite 501
    New York, New York 10006
    (415) 533-5316
    msrayle@sbcglobel.net

---

**3**

A P P E A R A N C E S   (Cont'd)

On behalf of Defendant/Counterclaim Plaintiff
Cal-Maine Foods, Inc.:
    OLIVIA A. ADENDORFF, ESQUIRE
    Gibson, Dunn & Crutcher, LLP
    2100 McKinney Avenue
    Dallas, Texas 75201-6912
    (214) 698-3100
    oadendorff@gibsondunn.com

On behalf of Defendant Rose Acre Farms, Inc.:
    MOLLY CRABTREE, ESQUIRE (Via telephone)
    Porter, Wright, Morris & Arthur, LLP
    1919 Pennsylvania Northwest, Suite 500
    Washington, DC 20006-3434
    (202) 778-3050
    mcrabtree@porterwright.com

---

**4**

A P P E A R A N C E S   (Cont'd)

On behalf of Defendant Michael Foods, Inc.:
    PETER SCHWINGLER, ESQUIRE (Via telephone)
    Stinson Leonard Street
    150 South Fifth Street, Suite 2300
    Minneapolis, Minnesota 55402
    (612) 335-7023
    peter.schwingler@stinsonleonard.com

Also Present:
    GARY MARKMAN, Videographer

---

**5**

C O N T E N T S

WITNESS NAME                  PAGE
JAMES WILSON
   DIRECT EXAMINATION BY MS. ADENDORFF............ 9
   CROSS-EXAMINATION BY MR. GERMAIN................ 106
   REDIRECT EXAMINATION BY MS. ADENDORFF.......... 108

E X H I B I T S

WILSON EXHIBITS             PAGE
Exhibit 1  Acknowledgement and Consent
      Dated 4-17-14           11

Exhibit 2  Defendants' Notice of Deposition to
      James Wilson           15
Exhibit 3  E-mails - Subject:  Wilson topics    16
Exhibit 4  Press Release - FMI:  House Bill
      Offers Flexibility for Food Retail
      Industry Health Care Coverage -
      April 3, 2014           21

Exhibit 5  January 30, 2002 Memo
      Re:  Background for UEP Discussion
      FMI-000805 and 806       27

Exhibit 6  FMI Board of Directors       29

Exhibit 7  Publix Animal Welfare Statement
      PUB_EGGS_020727       35
Exhibit 8  For Immediate Release
      FMI Establishes Policy and Program to
      Address Animal Welfare
      MFI0274907 and 274908       39

---

HIGHLY CONFIDENTIAL

Wilson, James                                         April 17, 2014

3 (Pages 6 to 9)

---

**6**

EXHIBITS

WILSON EXHIBITS                                    PAGE

Exhibit 9  June 2002 Report, FMI-NCCR Animal
           Welfare Program
           FMI-000015 through 22               44

Exhibit 10  September 6, 2005 E-mail
           Subject: Price increase
           PUB_EGGS_012286                     49

Exhibit 11  August 2, 2002 Letter to Mr. Albert
           B. Pope from Tim Hammonds
           PUB_EGGS_010723                     51

Exhibit 12  March 25, 2002 Letter to Mark
           Dobersch from Greg Hinton
           PUB_EGGS_006504                     54

Exhibit 13  What Happens If 100% Committed Is
           Changed?
           PUB_EGGS_020571 through 20575       57

Exhibit 14  E-mails - Subject:  PR Conference in
           Denver
           UE0484841 and 484842                58

Exhibit 15  PETA Ads - Murder King
           PETA 81 and 82                      62

Exhibit 16  PETA Ads - Wretch's / Wicked Wendys
           PETA 93 and 94                      63

Exhibit 17  USATODAY.com Article: Wendy's steps
           up animal welfare standards         65

Exhibit 18  July 9, 2002 Letter to M. Clayton
           Hollis, Jr., and June 7, 2002 Letter
           to Bruce G. Friedrich
           PETA 17 through 19                  68

Exhibit 19  June 4, 2002 E-mail - Subject:
           Animal welfare:  Update
           PUB_EGGS_011763                     72

---

**7**

EXHIBITS

WILSON EXHIBITS                                    PAGE

Exhibit 20  August 10, 2001 Letter to Charles
           Jenkins, Jr., CEO, from Brett Wyker
           PUB_EGGS_011786 through 11788       73

Exhibit 21  October 23, 2006 Letter to Charlie
           Jenkins, Jr., CEO, from Nanci
           Alexander
           PUB_EGGS_011856 and 11857           78

Exhibit 22  E-mails - Subject:  Kroger to follow
           FMI standards on humane treatment
           CM00323913 and 239914               81

Exhibit 23  E-mail - Subject:  Proxy
           PUB_EGGS_011875 and 11876           84

Exhibit 24  March 4, 2002, Volume 74, Number 9,
           $4, www.Feedstuffs.com - FMI, NCCR
           issue report aimed at uniform
           husbandry
           5017398 and 5017399                 90

Exhibit 25  Article:  The Food Marketing
           Institute and the National Council of
           Chain Restaurants:  Animal welfare
           and the retail food industry in the
           United States of America, by K.H.
           Brown & J. Hollingsworth
           CM00731181 through 731190           92

Exhibit 26  DRAFT REVISION - Publix Animal
           Welfare Statement - JULY 18, 2008
           PUB_EGGS_021031                     96

Exhibit 27  Position Statements - Publix FAQ -
           About Publix - Publix Super Markets
           Corporate.publix.com                99

Exhibit 28  Direct Plaintiffs' Statement of Law
           Addressing the Capper-Volstead
           Affirmative Defense and Standard-
           Setting Issues Under Federal Law    102

---

**8**

PROCEEDINGS

(1:03 p.m.)

THE VIDEOGRAPHER:  We're now on the record.
Today's date is Thursday, April 17th, 2014.  The
time is 1:03 p.m.

This deposition is being taken at 1525 South
Florida Avenue, Lakeland, Florida.  This is the
matter of Processed Egg Products Litigation, Case
Number 08-md-02002 in the US District Court for
the Eastern District of Pennsylvania.  The
deponent is James Wilson.

Will all attorneys please voice identify
themselves.

MS. ADENDORFF:  Olivia Adendorff of Gibson
Dunn & Crutcher for Defendant/Counterclaim
Plaintiff Cal-Maine Foods.

MR. GERMAINE:  David Germaine from Vanek
Vickers & Masini on behalf of the witness and
Publix Super Markets.

MR. BJORK:  John Bjork also of Vanek Vickers
& Masini on behalf of the witness and Publix
Super Markets.

MR. RAYLE:  Merrick Scott Rayle, Lovell
Stewart Halebian & Jacobson, on behalf of the
Indirect Purchaser Plaintiffs.

---

**9**

MR. BJORK:  Will people on the phone please
note their appearances.

MS. CRABTREE:  Sorry, we couldn't hear you.
It's Molly Crabtree for Rose Acre Farms.

MR. SCHWINGLER:  Peter Schwingler for Michael
Foods.

THE VIDEOGRAPHER:  Will the court reporter
please swear in the witness.

THE COURT REPORTER:  Would you raise your
right hand?  Do you solemnly swear or affirm the
testimony you're about to give will be truth, the
whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE COURT REPORTER:  Thank you.

JAMES WILSON, called as a witness by the
Defendants, having been first duly sworn, testified
as follows:

DIRECT EXAMINATION

BY MS. ADENDORFF:

Q.  Can you please state your full name for the
record?

A.  James Erwin Wilson, II.

Q.  And you have already been deposed in this
litigation, correct?

A.  Yes, I have.

---

HIGHLY CONFIDENTIAL

Wilson, James                                                    April 17, 2014

4 (Pages 10 to 13)

10

1   Q.  So you're familiar with how a deposition
2 works?
3   A.  Yes, I am.
4   Q.  But I'd like to go through just a couple of
5 the ground rules again just as a refresher.  First of
6 all, because we have a court reporter today, it's
7 important that you give verbal answers to all
8 questions instead of nodding or shaking your head.
9 Does that make sense?
10   A.  Yes.
11   Q.  And I will also try to be very careful not to
12 talk over you and I ask you do the same for me so
13 that I would completely finish a question before you
14 give your answer and I wait until you have finished
15 your answer before I ask my next question.  Does that
16 make sense?
17   A.  Yes.
18   Q.  And during the deposition we can take
19 periodic breaks today, so let me know if you feel
20 like you need a break.  All I ask is that you answer
21 any outstanding question before we take a break.  Do
22 you understand?
23   A.  Yes.
24   Q.  Also, do you understand that whenever we're
25 on the record today, you are testifying under oath?

11

1   A.  Yes.
2   Q.  The same as if you were in court before a
3 judge and a jury?
4   A.  Under oath.
5   Q.  Yes.  Are you taking any medication today
6 that may interfere with your ability to testify?
7   A.  No, ma'am.
8   Q.  Do you know of any other reason that you
9 cannot testify fully or truthfully today?
10   A.  No, ma'am.
11     (Wilson Exhibit 1 was marked for
12 identification.)
13   Q.  You have in front of you what's been marked
14 Exhibit 1.  Do you recognize this document?
15   A.  Yes, ma'am.
16   Q.  What is this document?
17   A.  An acknowledgment of consent.
18   Q.  And did you sign this document today?
19   A.  Yes, ma'am.
20   Q.  Do you recognize your signature on that
21 document?
22   A.  Yes, ma'am.
23   Q.  And do you understand that by signing that
24 document, any confidential or highly confidential
25 material you see that has been produced in this

12

1 litigation from a party other than Publix needs to be
2 kept confidential and kept in this deposition so that
3 you don't talk to anyone outside of this deposition
4 about that material?
5   A.  Yes.
6   Q.  Did you take any steps to prepare for the
7 deposition this afternoon?
8   A.  I talked to our counsel.
9   Q.  When did you talk to your counsel?
10   A.  Today and the last deposition.
11   Q.  How long today did you talk to your counsel?
12   A.  This morning.
13   Q.  For how many hours?
14   A.  Approximately two.
15   Q.  Did you review any documents during that
16 session with your counsel this morning?
17   A.  Yes, ma'am.
18   Q.  How many documents?
19   A.  Five.
20   Q.  Were they documents produced in this
21 litigation?
22   A.  I -- I don't know.
23   Q.  Do the documents have Bates stamps on the
24 bottom of them?
25   A.  No, ma'am.

13

1   Q.  Do you recall what documents you saw this
2 morning?
3   A.  Yes, ma'am.
4   Q.  What documents were those?
5   A.  The letter from Mike Bynum to Publix Super
6 Markets, the proclamation or proxy that was presented
7 to Publix by a stockholder.  Those are the two main
8 documents.
9   Q.  There were others, though?
10   A.  I'm sure there were.  Those were the two main
11 ones.
12   Q.  You don't recall what the others were?
13   A.  I can't name them, no, ma'am.
14     MR. GERMAINE:  I can represent for the
15 record, too, that anything Mr. Wilson looked at
16 this morning was produced in the litigation.
17   Q.  And for your deposition back in August, how
18 did you prepare for that deposition?
19   A.  I talked to our counsel.
20   Q.  Did you do anything other than talk to
21 counsel?
22   A.  As far as --
23   Q.  Preparation for the deposition in August.
24   A.  Do you have an example?
25   Q.  Did you talk to anyone at Publix outside of

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

5 (Pages 14 to 17)

---

**14**

1 legal counsel?
2    **A. Yes, ma'am, I talked to other people at**
3 **Publix.**
4    Q. Who did you talk to?
5    **A. Greg Bates, James Lucas, and that was the**
6 **main people. I talked to a few other people, Maria,**
7 **Michael Roberson.**
8    Q. Maria, what was Maria's last name?
9    **A. I'm going to mispronounce, Sastre, I think.**
10    Q. Was it Bruce?
11    **A. Brous.**
12    Q. Brous?
13    **A. Yes, ma'am.**
14    Q. And what was the last person's name?
15    **A. Michael Roberson.**
16    Q. And what's Michael's role at Publix?
17    **A. He's the Director of CQA.**
18    Q. And in talking to those individuals did it
19 refresh your recollection about events that occurred
20 relevant to this lawsuit?
21    **A. Yes, ma'am.**
22    Q. How did it refresh your recollection?
23    MR. GERMAINE: I'm going to object that this
24 -- these line of questions are really outside the
25 scope of the notice of this deposition agreed

---

**15**

1 upon, Counsel. You can ask a few more questions
2 but let's move on, please.
3    **A. Will you repeat it?**
4    Q. How did it refresh your recollection?
5    **A. Just their knowledge.**
6    Q. Their knowledge related to what?
7    **A. CQA. Maria is in media, so media. James**
8 **Lucas was my boss at the time and -- was question --**
9 **Greg Bates was category manager of eggs. You already**
10 **know that.**
11    THE COURT REPORTER: Keep your voice up.
12 Okay?
13    THE WITNESS: Yes, ma'am.
14    THE COURT REPORTER: Thank you.
15    (Wilson Exhibit 2 was marked for
16 identification.)
17    Q. Have you seen this document before? This is
18 Exhibit 2 entitled Defendant's Notice of Deposition
19 to James Wilson.
20    **A. I'm not sure.**
21    Q. Do you understand that you're testifying here
22 today in connection with In Re: Processed Egg
23 Products Antitrust Litigation?
24    **A. Yes, ma'am.**
25    Q. And what do you understand that litigation

---

**16**

1 involves?
2    **A. The egg industry, setting prices on eggs.**
3    Q. Do you know if Publix is involved in that
4 suit?
5    **A. Yes, ma'am.**
6    MR. GERMAINE: Again, Mr. Wilson has answered
7 these questions already under oath at a previous
8 deposition.
9    MS. ADENDORFF: He's testifying in a
10 different capacity now, so I'm just confirming.
11    MR. GERMAINE: But it's outside the scope of
12 the agreed upon notice of deposition.
13    Q. You said egg industry setting prices, right?
14    **A. Yes, ma'am.**
15    Q. Do you understand that Publix is a party to
16 this lawsuit?
17    **A. Yes, ma'am.**
18    Q. And Publix is your employer?
19    **A. Yes.**
20    **(Wilson Exhibit 3 was marked for**
21 **identification.)**
22    Q. You have in front of you Exhibit 3. Do you
23 recognize this document?
24    **A. It doesn't look like I'm copied on this**
25 **e-mail at all.**

---

**17**

1    Q. Have you ever seen this e-mail, though?
2    **A. Not that I'm aware of, no, ma'am.**
3    Q. If you look at the bottom of the page, there
4 is a bullet point that says: "Publix's involvement
5 with FPM animal welfare efforts during the relevant
6 time period."
7    Do you know that you're here to testify today
8 about certain defined topics?
9    **A. Yes, ma'am.**
10    Q. And is that one of the topics that you
11 understand that you're here to testify about?
12    **A. Yes, ma'am.**
13    Q. Turning to the second page, at the top do you
14 see the bullet point: "Pressure Publix received from
15 animal rights group during the relevant time period"?
16    **A. Yes, ma'am.**
17    Q. Do you understand that you're here to testify
18 about that?
19    **A. Yes, ma'am.**
20    Q. Third bullet point: "The general nature of
21 correspondence to and from PETA and any other animal
22 rights groups during the relevant time period."
23    Do you understand that you're here to testify
24 about that topic today?
25    **A. Yes, ma'am.**

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

6 (Pages 18 to 21)

---

**18**

1   Q.  And the fourth bullet point:  "The 2009
2   Publix shareholder proposal on animal welfare and
3   Publix response thereto."
4       Do you understand that you're here to testify
5   about that this morning -- this afternoon?
6   A.  Yes.
7   Q.  Do you have any knowledge of Publix's
8   involvement with FMI animal welfare efforts during
9   the relevant time period?
10  A.  No.
11  Q.  Do you have any knowledge about pressure
12  Publix received from animal rights groups between
13  1999 and 2008?
14  A.  Yes.
15  Q.  What is the basis of that knowledge?
16  A.  We received pressure from animal rights
17  groups.
18  Q.  What is your grounds for knowing that?
19  A.  E-mails.
20  Q.  E-mails related to your job function as a
21  buyer for Publix?
22  A.  E-mails in relation to Publix selling
23  products.
24  Q.  Do you know about the general nature of
25  correspondence to and from PETA and any other animal

---

**19**

1   rights groups with Publix between 1999 and 2008?
2   A.  Can you repeat that?
3   Q.  Do you know about the general nature of
4   correspondence between Publix and PETA or any other
5   animal rights groups between 1999 and 2008?
6   A.  Yes.
7   Q.  And how do you know about that?
8   A.  The correspondence, e-mails.
9   Q.  Yes.  Were you involved directly in that
10  correspondence?
11  A.  No.
12  Q.  Were the e-mails you're referring to e-mails
13  you received in your job function as a buyer for
14  Publix?
15  A.  No.
16  Q.  How did you see these e-mails?
17  A.  They would go to our department that answers
18  the e-mails.  We would get asked -- we would get
19  questions -- I mean, we have standardized answers for
20  those, those questions in those e-mails.
21  Q.  But you were made aware of those e-mails in
22  your job function?
23  A.  Yes.
24  Q.  Do you know about any shareholder proposal
25  Publix received related to animal welfare in 2009?

---

**20**

1   A.  Yes.
2   Q.  How do you know about that?
3   A.  I looked at the document.
4   Q.  But you have no personal knowledge of that
5   proposal or Publix's reaction to that proposal?
6   A.  Yes.
7   Q.  What personal knowledge?
8   A.  I was -- I was at the -- on the desk whenever
9   that proposal came through.
10  Q.  Related to the first topic I asked you about,
11  Publix's involvement with FMI animal welfare efforts
12  during the relevant time period, who at Publix would
13  be familiar with that topic other than yourself?
14  Well, you testified that you're not familiar, so who
15  at Publix would be familiar?
16      MR. GERMAINE:  Well, I'm sorry, that
17  misstates prior testimony.
18  Q.  Did you testify that you're not familiar with
19  Publix's involvement with FMI animal welfare efforts
20  during the relevant time period?
21      MR. GERMAINE:  Objection.
22  Q.  Are you familiar with Publix's involvement
23  with FMI animal welfare efforts from 1999 to 2008?
24  A.  Am I familiar with Publix's involvement with
25  FMI?

---

**21**

1   Q.  Animal welfare efforts from 1999 to 2008.
2   A.  Yes.
3   Q.  Who else at Publix would be familiar with
4   that topic?
5   A.  I don't know.
6   Q.  You're familiar with the Food Marketing
7   Institute, correct?
8   A.  Yes.
9   Q.  What do you understand the Food Marketing
10  Institute to be?
11  A.  It's an organization for Food Marketing
12  Institute.
13      (Wilson Exhibit 4 was marked for
14  identification.)
15      MS. ADENDORFF:  I may only have three copies.
16  Sorry about that.  I don't know why.  Did I give
17  someone two?
18      MR. GERMAINE:  No.
19      MS. ADENDORFF:  Oh, no, I do.  Sorry.
20  BY MS. ADENDORFF:
21  Q.  This is a press release from FMI in April
22  2014 that I printed off the web today and this has
23  been marked as Exhibit 3 -- 4.  If you flip to the
24  second page, can you take a look at the paragraph
25  under the three hash tags and just read that

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

22

1  paragraph?
2  **A.  Yes, ma'am.**
3  Q.   And are you -- this -- the first sentence of
4  this paragraph states that:  "The Food Marketing
5  Institute proudly advocates on behalf of the food
6  retail industry."
7  Publix is a member of the food retail
8  industry, correct?
9  **A.  Yes.**
10  Q.   Do you understand that Food Marketing
11  Institute advocates on Publix's behalf?
12  **A.  In some things.**
13  Q.   With respect to what things?
14  **A.  Any number of different issues.**
15  Q.   With respect to animal welfare?
16  **A.  I -- I don't know.**
17  Q.   You don't know if FMI deals with animal
18  welfare or advocates --
19  **A.  I don't -- I don't know if it -- it would**
20  **advocate on our behalf on all issues with animal**
21  **welfare.**
22  Q.   You testified in your previous deposition,
23  though, that Publix adopted FMI's animal welfare
24  guidelines, correct?
25  **A.  Yes.**

23

1  Q.   So if it adopted the animal welfare
2  guidelines, were FMI guidelines drafted in part on
3  Publix's behalf?
4  MR. GERMAINE:  Objection to form.
5  MR. RAYLE:  Join.
6  **A.  No.**
7  Q.   If -- Publix endorsed those guidelines,
8  though, correct?
9  **A.  Yes.**
10  Q.   So it viewed those guidelines as beneficial
11  for Publix, right?
12  MR. GERMAINE:  Objection to form.
13  **A.  Viewed them as the industry standard.**
14  Q.   And it endorsed them?
15  **A.  As the industry standard.**
16  Q.   And it saw that industry standard as
17  beneficial for Publix?
18  **A.  We saw it as the industry standard.**
19  Q.   Why would Publix endorse an industry
20  standard?
21  **A.  The rest of the industry is endorsing it.**
22  Q.   So Publix did it because it observed other
23  members of the retail grocery industry also endorsing
24  the standard?
25  **A.  Publix did it because it was the industry**

24

1  standard.
2  Q.   And by industry standard, you mean others in
3  the industry adopted the same standard, correct?
4  **A.  According to the document, 1225.**
5  Q.   Were you aware that the Food Marketing
6  Institute is that large?
7  **A.  I knew it had a lot of members.**
8  Q.   Do you know who -- do you know if Publix is a
9  member of FMI?
10  **A.  Yes.**
11  Q.   Do you know who at Publix is involved in FMI
12  efforts?
13  **A.  No.**
14  Q.   Do you know any individuals that participate
15  in FMI in any way that work for Publix?
16  **A.  Currently?**
17  Q.   Yes.
18  **A.  Yes.**
19  Q.   Who?
20  **A.  Mike Roberson, Maria Brous.**
21  Q.   And you testified that Mike Roberson is
22  Director of CQA, correct?
23  **A.  Yes.**
24  Q.   Do you know what his involvement with FMI
25  relates to?

25

1  **A.  CQA issues, I would --**
2  Q.   And what are CQA issues?
3  **A.  Corporate quality assurance.**
4  Q.   What types of issues are those?
5  **A.  Quality assurance issues.**
6  Q.   Is that related to food safety?
7  **A.  It could be.**
8  Q.   Could it be related to animal welfare?
9  **A.  It could be.**
10  Q.   And you understand that he is involved with
11  FMI on CQA issues?
12  **A.  Yes.**
13  Q.   Do you know if he serves on any committees of
14  FMI?
15  **A.  No.**
16  Q.   Maria Brous or Brous, what do you understand
17  her involvement to be with FMI?
18  **A.  The media side of FMI.**
19  Q.   What is the media side of FMI?
20  **A.  Deals with media.**
21  Q.   Does she draft press releases for FMI?
22  **A.  No.**
23  Q.   What do you mean by media?  Do you mean press
24  relations?
25  **A.  I mean anything that has to do with outside**

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

8 (Pages 26 to 29)

---

**26**

press.

Q. Outside Publix?

A. Yes.

Q. Does she handle inquiries from outside of Publix to Publix asking questions regarding Publix?

A. Yes.

Q. And how does that overlap with FMI at all?

A. How does --

Q. You said that she has some relationship to FMI. What is her relationship to FMI?

A. I'm sure she deals with other people that deal with their companies on media aspects.

Q. And she coordinates with those people or meets with those people through FMI?

A. I don't know if she meets with them or not.

Q. Do you know if she participates in FMI meetings?

A. I don't know that, no, ma'am.

Q. So on what basis did you say that she has some relationship with FMI?

A. She corresponds with other media relations, leaders in other companies, through FMI.

Q. Do you know of any other Publix employees who are involved with FMI?

A. No, ma'am.

---

**27**

Q. Do you know when Mike Roberson became involved with FMI?

A. No, ma'am.

Q. Do you know when Maria Brous became involved with FMI?

A. No, ma'am.

(Wilson Exhibit 5 was marked for identification.)

Q. You have in front of you what's been marked Exhibit 5. This is a confidential document produced by FMI Bates stamped FMI 000805. Do you recognize this document?

A. No, ma'am.

Q. This appears to be an FMI memo or letter dated January 2002, and if you flip to the second page, do you see that there is a list of the Food Marketing Institute officers and directors?

A. Yes.

Q. If you go to the second column and go to the bottom, do you see the name Howard M. Jenkins?

A. Yes.

Q. And underneath that name it says Publix Super Markets, correct?

A. Yes.

Q. Do you know who Howard M. Jenkins is?

---

**28**

A. Yes.

Q. Who is Howard Jenkins?

A. He's Howard Jenkins, one of our founders -- not one of the founders. He's one of the -- one of the siblings of one of the founders.

Q. So he's in the founding family of Publix?

A. Yes.

Q. Did he ever serve as the CEO or president of Publix?

A. Yes.

Q. Do you know if he was CEO in 2002?

A. I'm not sure.

Q. Did you know that Howard Jenkins was involved with FMI?

A. Now I do.

Q. But you don't independently recall that?

A. No, ma'am.

Q. And do you know when FMI adopted its animal welfare guidelines?

A. Wasn't it 2002?

Q. I ask questions, not answer them. Do you know if it was 2002?

A. No, ma'am.

Q. Do you know if it was in or around 2002?

A. Yes.

---

**29**

Q. So Howard Jenkins was on the board of FMI at the time that FMI adopted its animal welfare guidelines?

MR. GERMAINE: Objection to form.

A. This was in January? I think they adopted them late 2002.

Q. Correct. So this e-mail -- during this memo on the front page, he was on the board of directors we've just seen, right?

A. In January.

MR. GERMAINE: Objection.

(Wilson Exhibit 6 was marked for identification.)

Q. You have in front of you Exhibit 6, and I represent that this is a printout from the current FMI website. I printed this myself last week. Do you recognize the logo at the top of the page?

A. Yes, ma'am.

Q. You recognize that as the FMI logo, right?

A. Yes.

Q. And this says Board of Directors, correct?

A. Yes.

Q. There's no page numbers on this but there is a page that starts with Ms. Carla Cooper. Do you see that?

---

HIGHLY CONFIDENTIAL

Wilson, James                                      April 17, 2014

9 (Pages 30 to 33)

---

**30**

1  A. Yes.
2  Q. Do you see the second name there is
3  Mr. William E. Crenshaw, Publix Super Markets, Inc.?
4  A. Yes.
5  Q. Who is William Crenshaw?
6  A. He's our CEO.
7  Q. He's your current CEO?
8  A. Yes.
9  Q. Did you know that William Crenshaw was on the
10  2014 board of directors for FMI?
11  A. I do now.
12  Q. Do you know if the CEOs of Publix from 2002
13  to 2014 have continually served on the board of
14  directors of FMI?
15  A. I don't know.
16  Q. Do you have any reason to doubt they were on
17  the board of directors in that time frame?
18  A. I wouldn't speculate.
19  Q. Is FMI considered a reliable source of
20  information in the industry?
21  A. FMI?
22  Q. Uh-huh.
23  A. That's speculation. I mean, I wouldn't
24  speculate.
25  Q. Have you ever relied on information from FMI?

---

**31**

1  A. Me personally?
2  Q. Yes.
3  A. No, ma'am.
4  Q. Do you know if Publix has?
5  A. No, ma'am, not that I know of.
6  Q. Publix endorsed the FMI 2002 animal welfare
7  guidelines, correct?
8  A. Yes.
9  Q. And in doing so, were they relying on FMI's
10  judgment regarding the animal welfare benefits in
11  those guidelines?
12  A. We were relying on the industry standard.
13  Q. And the FMI -- FMI drafted that industry
14  standard, correct?
15  MR. GERMAINE: Objection to form.
16  A. Not to my knowledge. UEP drafted those
17  guidelines.
18  Q. With respect to egg-laying hens, correct?
19  A. Yes.
20  Q. But FMI drafted guidelines explicitly
21  adopting the UEP guidelines, correct?
22  A. Yes.
23  Q. And did Publix do any independent
24  investigation as to whether or not it should adopt
25  the FMI guidelines or the UEP Certified Program?

---

**32**

1  A. No.
2  Q. Did it consult any experts in the field of
3  animal welfare?
4  A. Just our suppliers.
5  Q. You consulted your suppliers and then you
6  reviewed FMI's guidelines. Is that all?
7  A. Yes.
8  Q. FMI intended its guidelines to be relied on,
9  right?
10  MR. GERMAINE: Objection to form.
11  MR. RAYLE: Join.
12  A. Will you repeat that question again?
13  Q. FMI issued animal welfare guidelines so that
14  the industry could rely on those guidelines, correct?
15  MR. GERMAINE: Objection to form.
16  A. I'm sure that was their intent.
17  Q. And FMI works on behalf of the retail food
18  industry, correct?
19  A. According to their documents.
20  Q. For what purpose do you understand Publix
21  participates in FMI, generally?
22  A. For what purpose?
23  Q. Uh-huh. Yes.
24  A. I guess for industry news, industry
25  information.

---

**33**

1  Q. So FMI sends Publix or Publix receives from
2  FMI in some way industry news and information,
3  correct?
4  A. Yes.
5  Q. And is FMI a trustworthy source of such
6  information?
7  A. You're asking for assumption again.
8  Q. Does Publix trust the information that it
9  gets from FMI?
10  A. Generally speaking?
11  Q. Yes.
12  A. Yes.
13  Q. Do you know if any Publix employees were
14  involved with FMI's consideration of animal welfare
15  guidelines?
16  A. No.
17  Q. At any point in time?
18  A. No.
19  Q. Do you know who are FM -- who are Publix's
20  competitors?
21  A. Other retailers.
22  Q. Can you name a couple of your large
23  competitors?
24  A. Kroger, Wal-Mart, Winn Dixie, CVS, Walgreens,
25  Trader Joe's, Whole Foods. Do you want me to

---

HIGHLY CONFIDENTIAL

Wilson, James                                          April 17, 2014

10 (Pages 34 to 37)

---

**34**

1  continue?
2      Q.  That's good, a good list.  Do you know if any
3  of those competitors are also members of FMI?
4      A.  You're asking for assumption.
5      Q.  Do you personally know that any of them are
6  members of FMI?
7      A.  No.
8      Q.  What do you understand the term animal
9  welfare to mean?
10     A.  The welfare of animals.
11     Q.  What do you understand welfare to mean in
12 that context?
13     A.  Taking care of.
14     Q.  When I use the term today, I mean the
15 accepted notion that something increases the
16 productivity, health, or happiness of an animal,
17 particularly an animal used in the food industry.
18 Does that make sense?
19     A.  Repeat that.
20     Q.  I will use the term to mean something that
21 increases the productivity, health, or happiness of
22 an animal, particularly an animal used in the food
23 industry.
24     A.  So you mean animal welfare --
25     Q.  Yes.

---

**35**

1      A.  -- you're saying is all of those things that
2  you just --
3      Q.  Yes.  Does that make sense?
4      A.  In certain regards.
5      Q.  Is there any regards to which you object to
6  that definition?
7      A.  I don't know that it produces or it increases
8  production.
9      Q.  You don't know if part of an animal being
10 healthy is it being productive, for example, in the
11 case of hens?
12         MR. GERMAINE:  Objection to form.
13     A.  Yeah, that --
14     Q.  Do you know if a hen is healthy, if it's more
15 productive than it is when it is unhealthy?
16         MR. GERMAINE:  Objection to form.
17     A.  Yes.
18     Q.  Does Publix have established animal welfare
19 guidelines?
20     A.  No.
21     Q.  Publix does not have an animal welfare
22 policy?
23     A.  No, ma'am.
24     (Wilson Exhibit 7 was marked for
25 identification.)

---

**36**

1      Q.  You have in front of you what's been marked
2  as Exhibit 7, a highly confidential document Bates
3  stamped PUB_EGGS_020727.  Do you recognize this
4  document?
5      A.  Yes.
6      Q.  How do you recognize it?
7      A.  It's on our website.
8      Q.  And this document is entitled "Publix Animal
9  Welfare Statement," correct?
10     A.  Yes.
11     Q.  And do you understand this to be a statement
12 of Publix's values with respect to animal welfare?
13     A.  Yes.
14     Q.  Is this Publix's animal welfare policy?
15     A.  It's a statement.
16     Q.  And does the statement reflect Publix's
17 policy or approach towards animal welfare?
18     A.  Yes.
19     Q.  Looking at the last sentence of the first
20 paragraph, it says:  "We endorse the Animal Welfare
21 Guidelines developed by the Food Marketing Institute,
22 FMI, and the National Council of Chain Restaurants,
23 NCCR, and we have adopted these guidelines as a
24 standard requirement for our suppliers."
25         Does that reflect your understanding that

---

**37**

1  Publix has adopted the FMI-NCRR Animal Welfare
2  Guidelines?
3      A.  Yes.
4      Q.  And in the next paragraph it says:  "To
5  strengthen food quality and safety and ensure animal
6  well-being at every step of the production process,
7  we support the cooperative work of FMI and its
8  counterparts in the food industry to promote
9  production best practices for each species."
10         Does that accurately reflect Publix's
11 position towards animal welfare?
12     A.  Yes.
13     Q.  Notice the part of the sentence that says,
14 "We support the cooperative work of FMI."  What is
15 the cooperative work of FMI?
16     A.  I don't know.
17     Q.  Is that the work of people in the retail
18 grocery industry working together through FMI?
19     A.  Yes.
20     Q.  Is that also FMI's work with counterparts in
21 the food industry?
22     A.  The food industry?
23     Q.  I'm just asking what you understand that to
24 mean.
25     A.  What do you mean by the food industry?  Are

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

11 (Pages 38 to 41)

---

38

you talking about retailers?

Q.  I'm asking what you understand food industry to mean in that sentence?

A.  Oh, I don't know.

Q.  Could it be the producers, the animal products producers?

A.  Yes.

Q.  In the next paragraph it says:  "We also support FMI's efforts to consult regularly with experts in animal husbandry, veterinary medicine and agricultural production in order to obtain measurable indices of desirable practices in the growth, handling and processing of animals for food production."

Does this reflect that Publix was aware that FMI was consulting with experts in these areas?

A.  Was Publix aware?  Yes.

Q.  And did Publix rely on FMI's animal welfare guidelines in part because of FMI's reliance on these experts?

A.  Yes.

Q.  Do you know who at Publix adopted or drafted this statement?

A.  No.

Q.  Do you have any idea what group at Publix

---

39

would be involved in formulating its animal welfare policy?

A.  Any idea what group at Publix would be involved -- be involved?  There's only a certain amount of people that work at Publix, so I would be speculating as to who it would be.

Q.  Do you know who at Publix reviewed the FMI guidelines in order to decide to endorse them?

MR. GERMAINE:  Objection; it lacks foundation.

A.  No.

Q.  One more question about this document:  Do you see at the bottom it says July 2002?

A.  Yes.

Q.  Does this reflect your understanding that this was Publix's policy as of July 2002?

A.  Yes.

(Wilson Exhibit 8 was marked for identification.)

Q.  You have in front of you what's been marked as Exhibit 8.  It's Bates stamped MFI0274907, and it's a confidential document.  At the top it says:  "For Immediate release.  FMI establishes policy and program to address animal welfare."  And then it appears this press release is dated April 18th, 2001.

---

40

Do you see that?

A.  Yes.

Q.  Do you recognize this document?

A.  No.

Q.  Let's take a look at the end of the first sentence -- the first paragraph:  "This policy was established to support industry programs that strengthen animal welfare, food quality and food safety."

Is that what Publix understood FMI's animal welfare policy to do?

A.  Yes.

Q.  Is that what Publix intended to do when it adopted the FMI guidelines?

A.  Yes.

Q.  Is animal welfare important to Publix?

A.  Yes.

Q.  Why?

A.  It's important to our customers.

Q.  Is Publix aware of what its industry competitors' positions are with respect to the FMI guidelines?

A.  No.

Q.  Does Publix monitor in any way its competition's animal welfare policy -- policies?

---

41

A.  No.

Q.  Sorry.  Going back to this document, under "Program Components," if you flip to the next page, bullet point 4 says:  "Distribute the set of expectations as voluntary recommendations for retail companies to adopt and use in their discussions with current and future suppliers."

And in fact, Publix, a retail company, did adopt these recommendations, correct?

MR. GERMAINE:  Objection to form.

A.  I haven't read all the --

Q.  Go ahead.  You can read it.

A.  Yes.

Q.  Did Publix, in fact, use those guidelines in their discussions with suppliers?

MR. BJORK:  Objection to form.

A.  I don't know.

Q.  You worked as an egg buyer for Publix, correct?

A.  Yes.

Q.  In the retail grocery department?

A.  Yes.

Q.  And in the retail grocery department when you were an egg buyer, did you ever discuss FMI's guidelines with suppliers?

---

HIGHLY CONFIDENTIAL

Wilson, James                                      April 17, 2014

12 (Pages 42 to 45)

---

42

1      A.  No.
2      Q.  Do you know if any of your predecessors
3  discussed animal welfare guidelines with suppliers?
4      A.  I don't know.
5      Q.  Do you know if Publix in any way communicated
6  to its egg suppliers at any point in time that it had
7  adopted the FMI Animal Welfare Guidelines?
8      A.  There's an e-mail -- or it's on our website
9  right here.
10      Q.  When Publix --
11      MR. GERMAINE:  Can we take a break?  I'm
12  sorry, Olivia.  Can we take a break for a minute?
13      MS. ADENDORFF:  Sure.
14      THE VIDEOGRAPHER:  We're now off the record.
15  The time is 1:42 p.m.
16      (Recess from 1:42 p.m. until 1:51 p.m.)
17      THE VIDEOGRAPHER:  We're now on the record.
18  The time is 1:51 p.m.
19  BY MS. ADENDORFF:
20      Q.  You referred earlier to FMI's guidelines as
21  industry standard animal welfare guidelines, correct?
22      A.  Yes.
23      Q.  So when Publix adopted FMI's guidelines, it
24  knew that others in the industry would also be
25  adopting those guidelines, right?

---

43

1      A.  Yes.
2      Q.  In fact, that was the goal of Publix using
3  FMI's guidelines instead of developing its own,
4  right?
5      A.  Goal?  We were told that those were the
6  guidelines.
7      Q.  Who told Publix that those were the
8  guidelines?
9      A.  FMI and our suppliers.
10      Q.  And Publix sought to adopt industry standard
11  guidelines because it wanted to adopt standards that
12  others in the industry were adopting, correct?
13      MR. GERMAINE:  Objection to form.
14      A.  We wanted to do what was right.
15      Q.  And how did Publix assess that the
16  industrywide guidelines were what was right?
17      A.  Because we were told they were by the FMI and
18  by our suppliers.
19      Q.  And FMI represented the retail industry,
20  correct?
21      A.  Yes.
22      Q.  And did Publix take any efforts to develop
23  its own animal welfare guidelines outside of the FMI
24  guidelines?
25      A.  No.

---

44

1      (Wilson Exhibit 9 was marked for
2  identification.)
3      Q.  You have in front of you what's been marked
4  as Exhibit 9.  It's Bates stamped FMI000015, and this
5  is a copy of the FMI June 2002 Animal Welfare Program
6  Report, correct?
7      A.  FMI-NCCR Animal Welfare Program.
8      Q.  And are you familiar with this document?
9      A.  No.
10      Q.  You've never seen it before?
11      A.  No.
12      Q.  This is a copy of the guidelines that you've
13  testified that Publix adopted.  In turning to the
14  third page of the document you will see at the bottom
15  where it says "Laying Hens."  You understand that the
16  guidelines related to egg-laying hens, correct?
17      A.  Yes.
18      Q.  And you also testified you understand that
19  the FMI guidelines adopted UEP's certified program,
20  correct?
21      A.  Yes.
22      Q.  And you see in the first sentence there under
23  Laying Hens:  "FMI and NCCR recommend to their
24  members the 2002 guidelines of the United Egg
25  Producers for use with their suppliers of eggs and

---

45

1  egg products."
2      Did you use the UEP guidelines with your
3  suppliers of eggs and egg products?
4      A.  Did we use the UEP guidelines?
5      Q.  Yes.
6      A.  What do you mean in that respect?
7      Q.  Did you use in any way the UEP guidelines
8  with your suppliers of eggs and egg products?
9      A.  Did we use the UEP -- they were already
10  members of the UEP.
11      Q.  Did you in any way use those guidelines or
12  rely on those guidelines in your relationship with
13  your egg suppliers?
14      A.  It was a nonissue.
15      Q.  But did you ever communicate to your
16  suppliers that you required compliance with the UEP
17  guidelines?
18      A.  Publix?
19      Q.  Correct.
20      A.  Yes.
21      Q.  In the next sentence it says:  "UEP developed
22  a process specifically to address animal welfare
23  concerns in 1999 and formulated their guidelines with
24  the input of a Scientific Advisory Committee."
25      Was Publix aware that the UEP Certified

---

HIGHLY CONFIDENTIAL

Wilson, James                                                    April 17, 2014

13 (Pages 46 to 49)

46

1    Guidelines had been drafted with the input of a
2    Scientific Advisory Committee?
3        **A. Yes.**
4        Q. And did Publix rely on these guidelines
5    because of the input of a Scientific Advisory
6    Committee?
7        **A. We relied on the guidelines because FMI and**
8    **our suppliers told us that these were the guidelines.**
9        Q. And we've already established that FMI also
10   relied on outside scientific experts, correct?
11       **A. It says so right here.**
12       Q. In the next sentence it lists several of the,
13   quote, "most challenging issues affecting laying
14   hens," and it lists: "Beak trimming, induced
15   molting, space allocation, handling transportation,
16   handling and processing of spent hens, and
17   euthanasia." Are you familiar with any of those
18   issues?
19       **A. Do you mean do I have knowledge of the**
20   **issues --**
21       Q. Yes.
22       **A. -- as it pertains to our suppliers?**
23       Q. Egg-laying hens, yes.
24       **A. Yes.**
25       Q. Which issues?

47

1        **A. All of them.**
2        Q. And you understood that the certified program
3    governs those issues?
4        MR. GERMAINE: Objection to form.
5        **A. According -- according to the document, yes.**
6        Q. Did Publix believe that the FMI guidelines
7    improved animal welfare?
8        **A. It was the industry standard.**
9        Q. Did it believe that the industry standard
10   improved animal welfare?
11       **A. We followed them because we were told to by**
12   **our suppliers and by FMI.**
13       Q. And you followed them because you believed
14   that they improved animal welfare, right?
15       **A. Because we were told that they did.**
16       Q. And that was the purpose of the guidelines?
17       **A. According to our suppliers.**
18       Q. And did you believe that the UEP Certified
19   Guidelines -- Certified Program improved animal
20   welfare?
21       **A. Do I believe?**
22       Q. Did Publix believe?
23       **A. That the UEP Certified Program --**
24       Q. Improved animal welfare for egg-laying hens?
25       **A. We were told it did.**

48

1        Q. And you understood that it did?
2        **A. We were told it did.**
3        Q. Sorry. Grabbing this document again,
4    Exhibit 9, looking at the second paragraph, it says:
5    "The issues covered in this report are important and
6    complicated. Some recommendations contained within
7    this report have economic implications."
8        When Publix adopted the FMI Animal Welfare
9    Guidelines did it understand that FMI was telling its
10   members that that program, those guidelines, could
11   have economic implications?
12       **A. We were told they could.**
13       Q. So you were aware that there could be
14   economic implications of adopting FMI's animal
15   welfare program?
16       **A. That's what we were told.**
17       Q. And that included the certified program,
18   right?
19       **A. That's what we were told.**
20       Q. The economic implication with respect to the
21   UEP Certified Program would be higher costs for egg
22   producers, right?
23       **A. That's what we were told.**
24       Q. And that would increase the cost of eggs that
25   Publix purchased, right?

49

1        **A. According to our suppliers.**
2        Q. In fact, you testified in your previous
3    deposition that for a time Publix paid a two cent
4    surcharge for animal welfare eggs, right?
5        MR. GERMAINE: Objection; we're way outside
6    the scope of the agreed upon topics.
7        MS. ADENDORFF: This relates to the FMI
8    guidelines and the cost of those guidelines.
9        MR. GERMAINE: I don't think that that's
10   true, and I also don't think that that's what the
11   agreed upon topic was.
12       You can answer the question, Mr. Wilson.
13       Q. You testified in your previous deposition
14   that for a time Publix paid a two cent surcharge for
15   animal welfare eggs, right?
16       **A. Yes.**
17       **(Wilson Exhibit 10 was marked for**
18   **identification.)**
19       Q. And I marked this as Exhibit 10. This
20   document is Bates stamped PUB_EGGS_012286.
21       Do you know who Greg Bates is?
22       **A. Yes.**
23       Q. Who is Greg Bates?
24       **A. He's BDD of Dairy Frozen.**
25       Q. And what was his position in 2005, do you

HIGHLY CONFIDENTIAL

Wilson, James                                        April 17, 2014

14 (Pages 50 to 53)

---

**50**

1  know?
2      A.  Category manager.
3      Q.  Of what department?
4      A.  Dairy.
5      Q.  Retail dairy?
6      A.  Yes.
7      Q.  And that included purchasing eggs?
8      A.  Yes.
9      Q.  And in this e-mail, which appears to be from
10  Greg Bates -- do you know who Ken Paramore is?
11      A.  He worked for Tampa Farms.
12      Q.  Do you know if he also worked for Cal-Maine
13  Foods?
14      A.  He may have worked for Cal-Maine Foods.
15      Q.  In this e-mail he says:  "We appreciate the
16  excellent service that you consistently provide to
17  our stores.  We will accept your price increase of
18  two cents per dozen to be effective on September
19  19th."
20          Do you understand that two cents per dozen
21  increase to be related to animal welfare?
22          MR. GERMAINE:  Objection to form.
23      A.  That's speculation on my part.
24      Q.  You testified that there was a two cent
25  increase for the price of eggs for animal welfare,

---

**51**

1  right?
2      A.  Yes.
3      Q.  Do you know if this is that increase?
4      A.  I don't know.
5      Q.  Do you agree with Greg Bates that Cal-Maine
6  provided excellent service to your stores?
7          MR. GERMAINE:  Objection to form.  It doesn't
8  say anything about Cal-Maine.
9      Q.  Do you remember that Ken Paramore provided
10  excellent service to your stores?
11      A.  I don't know.
12      Q.  Are you familiar with Ken Paramore's service
13  to Publix?
14      A.  No.
15          (Wilson Exhibit 11 was marked for
16  identification.)
17      Q.  You have in front of you what's been marked
18  as Exhibit 11.  This document is Bates stamped
19  PUB_EGGS_010723 and is highly confidential.  So
20  because of that Bates stamp, it appears that this
21  document was produced by Publix in this litigation.
22  Do you understand that?
23      A.  Say that again.
24      Q.  Do you understand that because of that Bates
25  stamp, that indicates that Publix produced this

---

**52**

1  document, that it was in Publix's files in this
2  litigation?
3      A.  Yes, ma'am.
4      Q.  Do you recognize this document?
5      A.  No.
6      Q.  This document -- well, take a minute to look
7  at the document first.
8      A.  Yes, ma'am.  Yes, ma'am.
9      Q.  In the middle of the second paragraph do you
10  see where it says:  "Our FMI members have taken the
11  position, as we state in our FMI-NCCR press release,
12  that the animal welfare guidelines will apply both to
13  shell eggs and those produced for use as ingredients
14  in food products."
15          Was that Publix's position?
16      A.  No.
17      Q.  How -- why not?
18      A.  There is no one on Publix on this e-mail.
19      Q.  I -- yeah, I agree with that.  I'm just
20  asking if that statement, which FMI is purporting to
21  make on behalf of FMI members, reflect Publix's
22  position as a member of FMI?
23          MR. GERMAINE:  Objection to form.
24  Mr. Wilson, are you ready?
25          THE WITNESS:  Yeah.

---

**53**

1      Q.  Oh, sorry.  Does that reflect Publix's
2  position?
3      A.  It reflects FMI's position.
4      Q.  Did Publix share that position?
5      A.  As a member of FMI?
6      Q.  Or just independently, either way.
7      A.  That's FMI's position on it.  It says so
8  right here in this letter.
9      Q.  Did Publix adopt the position that FMI's
10  animal welfare guidelines should apply to both shell
11  eggs and eggs produced for use -- eggs produced for
12  use as ingredients in food products?
13      A.  As a member of FMI.
14      Q.  It did?
15      A.  As a member of FMI.
16      Q.  Meaning yes, it did, as a member of FMI?
17      A.  We were told as a member of FMI, yes, ma'am.
18      Q.  Did Publix feel that supporting animal
19  welfare was worth the increased cost?
20          MR. GERMAINE:  Objection.  We're again
21  outside the scope.  The FMI topic is clearly
22  Publix's involvement with FMI animal welfare
23  efforts during the relevant time period.
24          MS. ADENDORFF:  And its adoption and support
25  of that program and the extent to which it would

---

HIGHLY CONFIDENTIAL

Wilson, James                                    April 17, 2014

15 (Pages 54 to 57)

---

**54**

1   adopt that program is relevant to that question.
2       MR. GERMAINE:  No, it's not.  Publix's
3   involvement.
4       Q.  You can answer the question.  Would you like
5   me to repeat it?
6       A.  Yes.
7       Q.  Did Publix feel that supporting FMI's animal
8   welfare guidelines was worth the increased cost?
9       A.  We took the cost.
10      Q.  And it continued to support the guidelines
11  despite the cost?
12      A.  Yes.
13      Q.  How closely did Publix follow the development
14  of the FMI guidelines?
15      A.  We didn't.
16      (Wilson Exhibit 12 was marked for
17  identification.)
18      Q.  You have in front of you what's been marked
19  as Exhibit 12, Bates stamped PUB_EGGS_006504.  Have
20  you ever seen this document before?
21      A.  No, ma'am.
22      Q.  At the top, this appears to be a letter from
23  Rose Acre Farms to Mark Dobersch of Publix Super
24  Markets.  Do you know Mark Dobersch?
25      A.  I know the name.

---

**55**

1       Q.  Do you know if he works at MSP?
2       A.  I don't know --
3       Q.  You don't know his position?
4       A.  -- exactly where he works, no, ma'am.
5       Q.  Do you know if he has a role at all related
6   to procuring eggs for Publix?
7       A.  As of March 25th, 2002, if I read this --
8       Q.  Yeah, go ahead and read it.
9       A.  Enclosed is packet -- (inaudible.)
10      Yes.
11      Q.  And in this letter it reflects that the FMI
12  and NCR will not come out with their recommendations
13  until June, correct?
14      A.  Yes.
15      Q.  And we just saw that, in fact, FMI's
16  guidelines came out in June 2002, correct?
17      A.  Yes.
18      Q.  So this is -- this letter dated March 2002
19  would be before those guidelines came out, right?
20      A.  Yes.
21      Q.  And in this letter it appears that Rose Acre
22  Farms is updating someone at Publix about the
23  development of the FMI guidelines and their adoption
24  of the UEP Certified Program, right?
25      A.  Yes.

---

**56**

1       Q.  Were you aware that individuals at Publix
2   were receiving updates about the FMI guidelines
3   before those guidelines came out?
4       A.  Yes.
5       Q.  Do you know of any other ways in which Publix
6   followed the development of the FMI Animal Welfare
7   Guidelines?
8       A.  Any other ways?
9       Q.  Other than being updated, for example, on
10  this letter.
11      A.  Like another letter?
12      Q.  Other letters or any other ways of getting
13  information about those guidelines before they came
14  out.
15      A.  I just told you that there was another
16  letter.
17      Q.  There was another letter?
18      A.  Yeah.  We went over it earlier.
19      Q.  Correct.  Anything else?
20      A.  Such as?
21      Q.  Such as updates from FMI itself as the
22  guidelines were being developed.
23      A.  No.
24      Q.  No, not to your knowledge?
25      A.  No.

---

**57**

1       (Wilson Exhibit 13 was marked for
2   identification.)
3       Q.  We've marked this Exhibit 13 or you have in
4   front of you Exhibit 13 and this is a highly
5   confidential document Bates stamped PUB_EGGS_020571.
6   At the top it says:  "What Happens If 100% Committed
7   Is Changed?"
8       Have you ever heard of the 100 percent rule?
9       A.  100 percent?
10      Q.  Rule.
11      A.  And pertaining to --
12      Q.  The UEP Certified Program.
13      A.  Yes.
14      Q.  Do you know if -- sorry.  What was your
15  understanding of the 100 percent rule?
16      A.  They had to be 100 percent compliant.
17      Q.  In order to be certified?
18      A.  Yes.
19      Q.  When did you understand that?
20      A.  When I read it in the document.
21      Q.  And when -- was Publix aware that that was a
22  feature of the FMI guidelines?
23      A.  According to the document from our supplier,
24  yes.
25      Q.  Have you ever attended a UEP conference?

---

HIGHLY CONFIDENTIAL

Wilson, James                                    April 17, 2014

16 (Pages 58 to 61)

---

**58**

1     A. Yes.
2     Q. When?
3     A. 2008, I believe, or 2009 or 2010, one -- it
4  was during that time period.
5     Q. Why don't we look at an exhibit. That might
6  refresh your recollection.
7     A. You probably know better than I do.
8        (Wilson Exhibit 14 was marked for
9  identification.)
10    Q. You have in front of you Exhibit 14, a
11 confidential document marked UE0484841. Do you see
12 that this is an e-mail exchange between James Wilson
13 and Linda Reickard in October 2007?
14    A. Yes.
15    Q. Flipping to the next page, you can see that
16 Linda Reickard is Vice President of the United Egg
17 Producers, right?
18    A. Yes.
19    Q. And she's asking, she says -- the subject
20 line is "PR Conference in Denver." Is that the
21 animal welfare conference that you recall?
22    A. Yes.
23    Q. So is -- was the animal welfare conference in
24 November -- excuse me -- yeah, November 2007?
25       MR. GERMAINE: Objection to form.

---

**59**

1     Q. Or in 2007?
2        MR. GERMAINE: Objection to form.
3     Q. Does this refresh your recollection?
4     A. Yes.
5        MR. GERMAINE: I think you called them animal
6  welfare conference.
7     Q. PR conference for UEP?
8     A. Yes.
9     Q. Can you tell me what occurred at that -- what
10 you recall about that conference?
11    A. They -- or the UEP President spoke, several
12 animal welfare experts spoke.
13    Q. Was the UEP President Gene Gregory?
14    A. Yes.
15    Q. And were the experts that spoke at that
16 conference experts who had helped develop the
17 certified program?
18    A. I believe so.
19    Q. And did that -- at that conference did they
20 discuss the details of the certified program?
21    A. Yes.
22    Q. Did they discuss the development of the
23 certified program? That's the end of the question.
24 Did they discuss the development of the certified
25 program?

---

**60**

1     A. Yes.
2     Q. And how it was developed?
3     A. Yes.
4     Q. Did they discuss that FMI adopted the
5  certified program?
6     A. I don't know.
7     Q. Did they discuss FMI having any input into
8  the final certified program?
9     A. No.
10    Q. Were there any --
11    A. Not that I'm aware of.
12    Q. Were there any representatives from FMI at
13 the UEP conference?
14    A. I don't think so.
15    Q. Why did Publix send you to that conference?
16 I'm sorry. Did Publix send you to that conference?
17    A. Yes.
18    Q. Did Publix pay for you to go to that
19 conference?
20    A. Yes.
21    Q. Why did Publix send you to that conference?
22    A. To learn.
23    Q. About what?
24    A. About eggs.
25    Q. About animal welfare related to eggs?

---

**61**

1     A. Eggs in general.
2     Q. Did anyone else from Publix go with you to
3  the conference?
4     A. James Lucas.
5     Q. Who was James Lucas?
6     A. He was my category manager at the time.
7     Q. How many days was the conference, do you
8  recall?
9     A. I think we were two days.
10    Q. While you were there, did you meet any of
11 your counterparts from other grocery stores?
12    A. Yes.
13    Q. Do you remember who?
14    A. No, not by name, no, ma'am.
15    Q. Do you remember which grocery stores?
16    A. I remember Costco.
17    Q. Any others?
18    A. No, ma'am.
19    Q. Did you discuss the certified program with
20 the individual from Costco?
21    A. No, ma'am, we didn't discuss anything.
22    Q. Have you ever heard of PETA?
23    A. Yes.
24    Q. What is PETA?
25    A. An animal rights organization.

---

HIGHLY CONFIDENTIAL

Wilson, James
April 17, 2014

17 (Pages 62 to 65)

---

62

1  Q.  What about the Humane Society?
2  **A.  Yes.**
3  Q.  What is the Humane Society?
4  **A.  Animal rights organization.**
5  Q.  Do you recall in the late 1990s or early
6  2000s being aware that PETA was putting pressure on
7  certain fast food restaurants regarding the treatment
8  of caged egg-laying hens?
9  **A.  Yes.**
10  Q.  What is your recollection of that?
11  **A.  They were putting pressure on fast food**
12  **restaurants about the treatment of egg-laying hens.**
13  **(Wilson Exhibit 15 was marked for**
14  **identification.)**
15  Q.  You have in front of you Exhibit 15, which is
16  a confidential PETA document marked PETA 81, and you
17  will see on the front it appears to be an
18  advertisement saying "How Much Cruelty Can You
19  Stomach?"  www.murderking.com.  Does this appear to
20  be a parody on the Burger King logo?
21  **A.  Yes.**
22  Q.  Flipping to the second page, do you see a
23  picture of a chick?
24  **A.  Yes.**
25  Q.  And then -- you can take a second to read it

---

63

1  but underneath -- read the -- you might want to read
2  the paragraph under "Other Animals Continue to Suffer
3  For Burger King."
4  **A.  Where is that at?**
5  Q.  It's right in the middle, "Other Animals --
6  **A.  Okay.  I'm sorry.  Yes, ma'am.  Yes, ma'am.**
7  Q.  And do you understand that part of PETA's
8  campaign against Burger King related to chickens
9  being -- and this is a quote from the document --
10  that "they go insane from being crowded into cages so
11  small that they can't even spread one wing."
12  **A.  Yes.**
13  Q.  Do you understand that the Burger King
14  campaign by PETA had to do with cage space?
15  **A.  Yes, and broilers.**
16  Q.  And broilers.
17  **A.  And pigs and vegetarianism.**
18  **(Wilson Exhibit 16 was marked for**
19  **identification.)**
20  Q.  You have in front of you what you've been marked
21  Exhibit 16.  This is a PETA document marked
22  confidential PETA 93.
23  MR. GERMAINE:  I think it's Exhibit 15.
24  **A.  It's 16.**
25  MR. GERMAINE:  I apologize.  I'm sorry.

---

64

1  Q.  Do you recall whether PETA ever targeted
2  Wendy's as part of its campaign against fast food
3  retailers?
4  **A.  This is a PETA document.**
5  Q.  Yes.  So this refreshes your recollection
6  that PETA targeted Wendy's?
7  **A.  Well, you just told me they did.**
8  Q.  Well, I'm asking if you know independently.
9  **A.  You mean outside of --**
10  Q.  Yes.
11  **A.  I've never seen this document before today.**
12  Q.  Are you familiar -- you're familiar generally
13  with PETA putting pressure on fast food restaurants,
14  though, right?
15  **A.  Yes.**
16  Q.  And this would appear to be part of that
17  pressure?
18  **A.  Yes.**
19  Q.  And how does PETA put pressure on companies
20  to change their animal welfare practices?
21  **A.  Documents like this.**
22  Q.  And those are what --
23  **A.  Sorry.**
24  Q.  It's all right.
25  MR. GERMAINE:  You break it, you buy it.

---

65

1  Q.  Those are what kind of documents?
2  **A.  It's a PETA document.**
3  Q.  But what kind of document itself is it other
4  than that PETA made it?
5  **A.  A satire.**
6  **(Wilson Exhibit 17 was marked for**
7  **identification.)**
8  Q.  You have in front of what you what's been
9  marked Exhibit 17 and this is a printout from the USA
10  Today website, an article that appeared in USA Today
11  in September 2001, and I'll give you just a second to
12  look through the article.
13  **A.  Yes, ma'am.**
14  Q.  You see in the first sentence it says:
15  "McDonald's buckled first.  Then Burger King.  Now,
16  Wendy's has plans to bolster its animal welfare
17  standards following intense pressure from an animal
18  rights group."
19  Are you aware that McDonald's, Burger King,
20  and Wendy's gave in to pressure from an animal rights
21  group related to animal welfare standards?
22  **A.  Yes.**
23  Q.  And would that intense pressure involve the
24  two documents we just saw?
25  MR. GERMAINE:  Objection.

---

HIGHLY CONFIDENTIAL

Wilson, James                                             April 17, 2014

18 (Pages 66 to 69)

---

66

1    A.  Yes.
2    Q.  And the animal rights group it refers to
3  there is PETA, right?
4        MR. GERMAINE:  Objection.
5    A.  Yes.
6    Q.  In the next sentence it says People for the
7  Ethical Treatment of Animals, correct?
8    A.  Yes.  It also says in this document to give
9  them credit is a gross exaggeration.
10    Q.  What -- say that again.
11    A.  It says, "To give them credit is a gross
12  exaggeration," Denny Lynch, a Wendy's spokesman.
13    Q.  Uh-huh, true.
14    A.  He's saying that it's not because of their
15  pressure.
16    Q.  This article is saying that it is, though,
17  right?
18    A.  The article is talking about the pressure.
19  Denny Lynch is a spokesman for Wendy's.  He's quoted
20  as saying it's a gross exaggeration, that they were
21  improving their animal welfare program all along.
22    Q.  Do you see at the bottom of the page it says,
23  "Some actions Wendy's will take"?
24    A.  Yes.
25    Q.  The first one is require suppliers to give

---

67

1  egg-laying hens a minimum of 72 square inches of cage
2  space?
3    A.  Yes.
4    Q.  So do you understand that when these three
5  companies or at least when Wendy's gave in to PETA's
6  pressure about animal welfare standards, it increased
7  the minimum cage space for its egg-laying hen
8  suppliers?
9        MR. GERMAINE:  Objection to form.
10    A.  Again, he says he didn't give in to PETA's
11  pressure, that they were improving their standards
12  already.
13    Q.  And by improving their standards, Wendy's
14  took steps to increase the cage space allotted to the
15  egg-laying hens that supplied Wendy's, right?
16    A.  Yes.
17    Q.  Do you recall in the late 1990s or early
18  2000s whether PETA or other similar organizations put
19  pressure or -- put pressure on Publix?
20    A.  Yes.
21    Q.  What do you recall?
22    A.  E-mails.
23    Q.  What kinds of e-mails?
24    A.  E-mails about our animal welfare practices.
25    Q.  E-mails from PETA?

---

68

1    A.  From members of PETA, yes.
2    Q.  And would those animal welfare practices have
3  involved the practices of egg farmers or egg
4  suppliers?
5    A.  Yes.
6    Q.  Do you know whether PETA also put pressure on
7  any of your competitors?
8    A.  According to articles that -- the articles
9  said that they did.
10    Q.  Was Publix aware of that at the time?
11    A.  I didn't talk to competitors; according to
12  articles that were released.
13        (Wilson Exhibit 18 was marked for
14  identification.)
15    Q.  Do you recognize this document?
16    A.  I don't think I've seen it before.
17    Q.  Flip to the third page.  Have you seen that
18  document?  I don't know if I said on the phone but
19  this is PETA 17, a highly confidential document.
20    A.  No, ma'am.
21    Q.  You have not seen this third page before?
22    A.  No, ma'am.
23    Q.  Who is Clayton Hollis?
24    A.  He was -- he used to work for Publix.
25    Q.  Do you know what his position was at Publix?

---

69

1    A.  It says here Vide President of Public
2  Affairs, but I'm assuming that's Vice President.
3    Q.  In the first sentence it says:  "On behalf of
4  Publix CEO Charlie Jenkins, Jr., I'd like to respond
5  to your letter of May 24th, 2002."  And he is sending
6  this letter, Clayton Hollis is sending this letter to
7  PETA, right?
8    A.  Dear Mr. Friedrich.
9    Q.  Correct.  And above that it says that Bruce
10  Friedrich is Director of Vegan Outreach for PETA,
11  right?
12    A.  Yes.
13    Q.  So Clayton Hollis is saying that this letter
14  to PETA is in response to another letter that Publix'
15  CEO received from PETA, right?
16    A.  Yes.
17    Q.  And would this be an example of PETA
18  contacting Publix, like you testified about earlier?
19    A.  Yes.
20    Q.  In the second paragraph it says:  "Last year
21  after Food Marketing Institute announced their
22  efforts to develop a collaborative animal welfare
23  program, we've committed our company's support and
24  endorsement of their endeavor."
25        So in responding to PETA, Clayton Hollis

---

HIGHLY CONFIDENTIAL

Wilson, James                                                    April 17, 2014

19 (Pages 70 to 73)

---

70

1  cites to the FMI program, animal welfare program,
2  right?
3      A.  Yes.
4      Q.  And he says that the company is committed to
5  support and endorse that endeavor, right?
6      A.  Yes.
7      Q.  And in fact, Publix did endorse the FMI
8  guidelines once they were released, right?
9          MR. GERMAINE:  Objection; asked and answered.
10     A.  Yes.
11     Q.  Then he says in the last sentence, last
12 paragraph:  "Let me further say that Publix believes
13 animals should be raised, transported and processed
14 using procedures that are clean, safe, and free from
15 cruelty, abuse or neglect.  We expect our suppliers
16 to uphold humane practices and we conduct audits of
17 their facilities."
18         Does that reflect Publix's position?
19     A.  Yes.
20     Q.  And does Publix, in fact, conduct audits of
21 suppliers' facilities related to animal welfare?
22     A.  No.
23     Q.  Why do you say no?
24     A.  Third party.
25     Q.  Does Publix arrange for third-party audits or

---

71

1  review the results of third-party audits related to
2  animal welfare?
3      A.  Yes.
4      Q.  Do you know if it does so with respect to its
5  egg suppliers?
6      A.  Yes.
7      Q.  Have you ever seen the results of those
8  audits?
9      A.  No.
10     Q.  Who would receive the results of the animal
11 welfare audits at Publix?
12     A.  CQA.
13     Q.  In the next sentence it says:  "We endorse
14 the efforts of our industry organization, FMI, as
15 they develop a collaborative animal welfare program
16 with the assistance of animal welfare experts."
17         So, again, Publix is relying on the animal
18 welfare experts consulted by FMI in endorsing those
19 guidelines, right?
20     A.  Yes.
21     Q.  Looking back at the first page, this appears
22 to be PETA's response to Clayton Hollis on July 9th,
23 2002, and if you want to just look at the last bullet
24 point on that first page, it says:  "The guidelines,
25 assuming that there is a guarantee of usable space,"

---

72

1  I'll skip over the parenthesis, "are acceptable since
2  these guidelines are based on the science of Dr. Joy
3  Mench's paper that discusses the issue and are in
4  line with the fast-food standards."
5          By the "fast-food standards," do you
6  understand PETA to be referring to the standards
7  adopted by McDonald's, Burger King, and Wendy's?
8      A.  Yes.
9      Q.  So PETA here is telling Publix that as long
10 as Publix accepts the FMI Animal Welfare Guidelines
11 with respect to hen space, that those guidelines are,
12 quote, acceptable to PETA, right?
13     A.  That's what they're saying.
14     Q.  Do you know if anyone at Publix discussed
15 these letters when they came in with the egg buyers
16 or egg procurement team at Publix?
17     A.  No.
18     Q.  Were you on the egg procurement team in 2002?
19     A.  No.
20     (Wilson Exhibit 19 was marked for
21 identification.)
22     Q.  You have in front of you what's been marked
23 as Exhibit 19, and it's Bates stamped
24 PUB_EGGS_011763, and it appears to be an e-mail from
25 Mike Bynum to Greg Bates, Dave Cerra and Bessie

---

73

1  Foster.  Do you know who Mike Bynum is?
2      A.  Yes.
3      Q.  Who is Mike Bynum?
4      A.  He owned Tampa Farms.
5      Q.  And who are Greg Bates, Dave Cerra and Bessie
6  Foster?
7      A.  Greg Bates is Category Manager, Dave Cerra
8  was BDD and Bessie Foster was the egg buyer.
9      Q.  And all three of those individuals work for
10 Publix and had responsibility for procuring eggs,
11 right?
12     A.  Yes.
13     Q.  So in this e-mail, which is dated June 2002,
14 it says:  "Following up on the animal welfare issue,
15 I'm advised that Kroger's CEO received a letter like
16 the one received by Charlie Jenkins, Jr., as well as
17 A & P.  Safeway received their letter earlier.
18 Kroger has indicated it will follow FMI's guidelines
19 on humane treatment when they are released."
20         Were you aware that Tampa Farms was updating
21 the Publix egg department about other companies'
22 letters it was receiving similar to letters received
23 by Publix' CEO?
24     A.  No.
25     (Wilson Exhibit 20 was marked for

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

20 (Pages 74 to 77)

---

74

identification.)

Q.  You have in front of you Exhibit 20.  Have you seen this document before?

A.  Yes.

Q.  What is this document?

A.  Animal Rights Foundation of Florida, Incorporated.

Q.  And it's a letter from that group to Charlie Jenkins, Jr., CEO of Publix, correct?

A.  Yes.

Q.  In August of 2001?

A.  Yes.

Q.  How have you seen this document?

A.  How have I seen it?  I've read it.

Q.  In what capacity?  How did you first see this document?

A.  I don't understand what you mean.

Q.  When did you first see this document?

A.  I don't remember an exact date.

Q.  Was it in connection with this litigation or was it outside of this litigation?

A.  Yes.

Q.  In connection?

A.  Yes.

Q.  Number 5 on the first page says:  "Stop

---

75

buying eggs from suppliers that give hens less than 85 square inches of space per bird and phase out purchases from suppliers that raise hens in battery cages."

So do you understand that to mean that Animal Rights Foundation of Florida is writing to Publix' CEO regarding its policies of buying eggs from suppliers who keep their hens in certain size cages?

A.  Yes.

Q.  And did you understand that this was generally an issue for the animal welfare activists contacting Publix around 2001?

A.  Yes.

Q.  And what was Publix's response to these animal welfare letters?

A.  We didn't respond.

Q.  We just saw in the last set of documents -- or I'll get the exact number.  Hold on.

A.  To PETA?

Q.  Yeah.  Exhibit 18 demonstrated that Publix did respond to PETA, right?

A.  On that one, yes, ma'am.

Q.  Do you know of any other time that Publix responded to an animal rights organization complaining about animal welfare?

---

76

A.  No, ma'am.

Q.  Did Publix take these concerns seriously?

A.  Yes, ma'am.

Q.  Why did Publix not respond to the other letters, do you know?

A.  We choose not to respond.

Q.  But Publix saw this as a serious issue, right?

A.  Yes.

Q.  And it addressed this issue, in part, by adopting FMI's guidelines, right?

MR. GERMAINE:  Objection to form.

A.  We were told that we should adopt the guidelines by our suppliers and by FMI.

Q.  And it did in fact adopt the guidelines, right?

A.  Yes.

MR. GERMAINE:  Objection; asked and answered.

Q.  And did that address the concerns that these animal welfare groups were presenting to Publix's CEO at the time?

MR. GERMAINE:  Objection.

A.  Not all of them, no, ma'am.

Q.  Did it address concerns related to cage space?

---

77

A.  No, ma'am.

Q.  How did it not address that concern?

A.  I don't think the UEP standards allow 85 square inches, and they want us to phase out all purchases from suppliers that are in cages.

Q.  And Publix has not done that, right?

A.  No.

Q.  Why has Publix not done that?

A.  It's not sustainable, in my opinion.

Q.  Why is that?

A.  It's too expensive.

Q.  So Publix was willing to pay more for eggs raised in a humane way but not necessarily so much so that it wants to pay for cage-free eggs for all of its eggs, right?

MR. GERMAINE:  Objection.

A.  We are in the position that we want to give our customers a choice.

Q.  So you want to have a cage-free option but not necessarily all of the eggs be cage free?

A.  Yes.

MS. CRABTREE:  Could I get the Bates for Exhibit 20, please?

MS. ADENDORFF:  It's PUB_EGGS_011786.

MS. CRABTREE:  Thank you.

---

HIGHLY CONFIDENTIAL

Wilson, James                                April 17, 2014

---

**78**

1  (Wilson Exhibit 21 was marked for
2  identification.)
3      Q.  Do you have in front of you what has been
4  marked Exhibit 21?
5      **A.  It hasn't been marked yet.**
6      Q.  Got it.  Do you recognize this document?
7      **A.  Yes, ma'am.**
8      Q.  How do you recognize it?
9      **A.  Animal Rights Foundation of Florida letter**
10 **2006.**
11     Q.  And this is a letter -- another letter to
12 Publix CEO Charlie Jenkins, Jr., right?
13     **A.  Yes.**
14     Q.  Looking at the second to last paragraph, it
15 says: "Egg-laying hens in bare wire coops called
16 battery change cages are the most intensively
17 confined animal in the United States.  The cages are
18 so restrictive that the birds cannot even stretch
19 their wings let alone engage in other natural
20 behaviors, such as nesting, perching and dust
21 bathing.  Birds in battery cages suffer immensely."
22         Do you see that?
23     **A.  Yes.**
24     Q.  So in 2006 the animal rights activists were
25 still making an issue of egg-laying hen cages, right?

---

**79**

1      MR. BJORK:  Did you have a chance to read the
2  document, the whole document?
3      **A.  Yes.**
4      Q.  Do you want to review the document?
5      **A.  No.**
6      Q.  Okay.  So it's still an issue in 2006?
7      MR. GERMAINE:  Objection.
8      **A.  Yes.**
9      Q.  What did -- what did Publix understand in
10 2006 was -- what did these animal rights groups want
11 Publix to do in 2006?
12     **A.  Stop using battery cages.**
13     Q.  So it wanted the -- wanted Publix to go to
14 cage-free eggs only?
15     **A.  That's what they say.**
16     Q.  And as you said, Publix is not going to do
17 that, right?
18     MR. GERMAINE:  Objection.
19     **A.  Today, no, ma'am.**
20     Q.  And at the top of this letter it says in
21 handwriting, "Greg, please give me a call to discuss.
22 Paul K."
23         Now, you testified Greg Bates is category
24 manager for eggs, right?
25     **A.  He was.**

---

**80**

1      Q.  Do you know -- he was in 2006, right?
2      **A.  Yes.**
3      Q.  Do you know if this document was sent over to
4  Greg?
5      **A.  I don't know.  I would -- no, ma'am, I don't**
6  **know.**
7      Q.  Can you describe for me when Publix receives
8  complaints relating to its egg purchases and animal
9  welfare, what does it do with those complaints?
10     **A.  They respond.  We receive them and thank you**
11 **for the concern and then they -- they basically give**
12 **them an answer just like that, they respond.**
13     Q.  And who at Publix is in charge of responding
14 to those letters?
15     **A.  Media relations.**
16     Q.  And would anyone at media relations contact
17 the egg buyers to let them know that they've received
18 these complaints?
19     **A.  Not always, no, ma'am.**
20     Q.  Would they ever?
21     **A.  I'm not going to say they never would.**
22     Q.  Do you know of any occasion on which the egg
23 department was notified of complaints it was
24 receiving related to the animal welfare of eggs -- of
25 hens laying eggs?

---

**81**

1      **A.  Yes.**
2      Q.  When?
3      **A.  The 2009 proxy.**
4      Q.  And we'll get there in just a second.  Do you
5  know if PETA responded to this letter in 2006?
6      **A.  Do I know if PETA responded to the letter?**
7      Q.  I'm sorry.  Publix responded to this letter
8  in 2006?
9      **A.  I don't know.**
10         (Wilson Exhibit 22 was marked for
11 identification.)
12     Q.  You have in front of you what's been marked
13 as Exhibit 22.  This is a confidential document Bates
14 stamped CM00239913.  Have you ever seen this document
15 before?
16     **A.  No.**
17     Q.  This is -- you mentioned earlier that Gene
18 Gregory was the President of UEP, correct?
19     **A.  Yes.**
20     Q.  Reading this e-mail, it appears to be from
21 Gene Gregory to a variety of individuals and it says:
22 "A friend sent me this e-mail of a story in the
23 Cincinnati Post.  Additionally, producers have called
24 me telling me that Publix and A&P have already
25 contacted their egg supplier about meeting the

---

HIGHLY CONFIDENTIAL

Wilson, James                                            April 17, 2014

22 (Pages 82 to 85)

---

82

1   guidelines.  Either they are afraid of PETA or FMI
2   has already alerted their members to be expecting the
3   guidelines very soon."
4           Do you know if Publix was afraid of PETA in
5   2002?
6   **A.  No.**
7   Q.  You don't know or Publix was not?
8   **A.  No.**
9   Q.  Which no?
10  **A.  Publix was not.**
11  Q.  Why was Publix not afraid of PETA?
12  **A.  It's not good to be afraid.**
13  Q.  Good answer.  Was PETA cause -- was PETA --
14  you testified earlier that PETA was causing -- was
15  campaigning against certain -- certain fast-food
16  chains, correct?
17  **A.  Yes.**
18  Q.  And we saw some examples of those campaigns
19  and those parodies.  You called them satires, right?
20  **A.  Yes, ma'am.**
21  Q.  And those were some kind of nasty documents,
22  right?
23      MR. GERMAINE:  Objection.
24  **A.  Yes.**
25  Q.  Was Publix concerned about getting those

---

83

1   kinds of attacks against Publix?
2   **A.  No.**
3   Q.  Was Publix concerned about bad press for its
4   stores?
5   **A.  No.**
6   Q.  Why not?
7   **A.  Because we don't do things to get bad press.**
8       MR. GERMAINE:  Also a good answer.
9       MS. ADENDORFF:  I'll take a break now.
10      THE WITNESS:  Okay.
11      THE VIDEOGRAPHER:  We're now off the record.
12  The time is 2:39 p.m.
13      (Recess from 2:39 p.m. until 2:48 p.m.)
14      THE VIDEOGRAPHER:  We're now on the record.
15  The time is 2:48 p.m.
16  BY MS. ADENDORFF:
17  Q.  Is Publix a publicly traded company?
18  **A.  No.**
19  Q.  Is it a privately held company?
20  **A.  Yes.**
21  Q.  Who do you understand owns Publix?
22  **A.  Employees.**
23  Q.  It's an employee-owned company, right?
24  **A.  Yes, ma'am.**
25  Q.  And the employees own stock in that company?

---

84

1   **A.  Yes, ma'am.**
2   Q.  Do you own stock in Publix?
3   **A.  Yes, ma'am.**
4   Q.  Is stock doing well?
5       MR. GERMAINE:  Objection; outside the scope.
6       MR. BJORK:  He's smiling.
7       MR. GERMAINE:  You don't have to answer.
8       (Wilson Exhibit 23 was marked for
9   identification.)
10  Q.  Looking at Exhibit 23, are you familiar with
11  this document?
12      MS. ADENDORFF:  For those on the phone, it's
13  a highly confidential document Bates stamped
14  PUB_EGGS_011875.
15  **A.  Yes, ma'am.**
16  Q.  How are you familiar with this document?
17  **A.  I've seen it before.**
18  Q.  Have you seen it in connection with this
19  litigation?
20  **A.  Yes, ma'am.**
21  Q.  Have you seen it outside of this litigation?
22  **A.  Yes.**
23  Q.  When did you first become -- well, what does
24  this e-mail relate to?
25  **A.  Stockholder -- I'm sorry.  I can't talk all**

---

85

1   **the sudden.  Stockholder proposal.**
2   Q.  In February 2009, that's the date of this
3   e-mail, right?
4   **A.  Yes, 4:32.**
5   Q.  What do you know about -- well, let me go a
6   little further.  Going down below where it says,
7   "Shareholder Resolution Regarding Animal Welfare
8   Progress Report," do you see that?
9   **A.  Yes.**
10  Q.  Underneath that it says:  "Resolved, that
11  shareholders request that the board of directors
12  issue a report detailing any progress made toward
13  adopting animal welfare policies pertaining to the
14  purchase of pork, eggs and poultry.  The report
15  should be prepared by October 2009 and should exclude
16  proprietary information."
17      So this is a apparent shareholder resolution
18  related to animal welfare, right?
19  **A.  Yes.**
20  Q.  When did you first learn about the
21  shareholder proposal?
22  **A.  Probably 2009.**
23  Q.  How did you learn about it?
24  **A.  I was on the egg desk.**
25  Q.  Did someone contact you to notify you about

---

HIGHLY CONFIDENTIAL

Wilson, James                                    April 17, 2014

23 (Pages 86 to 89)

---

86

1  this proposal?
2      A.  I was part of -- I'm a stockholder, so --
3      Q.  Did you learn through being a stockholder?
4      A.  This comes in our report.
5      Q.  And did you -- were you contacted in any way
6  as -- your capacity as egg buyer at the time related
7  to this shareholder proposal?
8      A.  Yes.
9      Q.  By who?
10     A.  James Lucas, who was my boss.
11     Q.  And what did he tell you?
12     A.  That we needed to -- that we should -- we had
13  to help prepare the information.
14     Q.  Help prepare the information in response to
15  this proposal?
16     A.  Yes, ma'am.
17     Q.  Do you see at the bottom -- well, let me back
18  up.  As part of this proposal in this e-mail do you
19  see that it says:  "Egg-laying hens are typically
20  confined to tiny wire cages so small that the birds
21  cannot even spread a single wing."  Do you see that?
22     A.  Yes.
23     Q.  And that's a similar complaint that we've
24  seen reflected in the animal activists letters,
25  right?

---

87

1      A.  Yes.
2      Q.  And it says:  "While Publix's own brand of
3  eggs is cage free, most eggs it sells are not."
4      That's correct, right?
5      MR. GERMAINE:  Objection.
6      A.  Yes.
7      Q.  And it says in the next paragraph:  "As these
8  abuses have become a matter of public concern, many
9  of Publix's competitors have enacted policies to
10  reduce the sale of animal products produced under the
11  cruelest conditions."
12     Then it goes on to discuss the policies
13  adopted by Safeway, Harris Teeter and Winn Dixie,
14  right?
15     A.  I don't -- oh, yes, ma'am.  I see Winn Dixie
16  at the bottom.
17     Q.  So at this time, Publix was aware of Safeway,
18  Harris Teeter and Winn Dixie having certain different
19  animal welfare policies, right?
20     A.  According to this letter.
21     Q.  In the next paragraph it says the policies of
22  these companies and others, including Burger King,
23  Carl's Jr., and Hardee's, are in line with a growing
24  public concern about the abuse of farmed animals."
25     Was Publix aware of a growing public concern

---

88

1  about the abuse of farmed animals?
2      MR. GERMAINE:  Object to the form.
3      A.  Yes.
4      Q.  What is your understanding of what this
5  shareholder proposal was intended to do?
6      A.  To increase the number of cage-free eggs we
7  sell.
8      Q.  Was it also intended to request Publix to
9  prepare a report on its animal welfare policies?
10     A.  Yes.
11     Q.  As those policies pertain, among other
12  things, to eggs, right?
13     A.  Yes.
14     Q.  So you were involved in drafting Publix's
15  response to this proposal, right?
16     A.  Was involved in drafting?  I wouldn't say I
17  was involved in drafting it.
18     Q.  How did you help in Publix's response to this
19  proposal?
20     A.  Information.
21     Q.  What information did you provide?
22     A.  Our suppliers.
23     Q.  You -- explain that.  Information about your
24  suppliers?
25     A.  Yes, ma'am.

---

89

1      Q.  So the identities of your suppliers?
2      A.  Yes, ma'am.
3      Q.  Anything else about your suppliers?
4      A.  The standards.
5      Q.  And who did you provide this information to?
6      A.  James Lucas.
7      Q.  And what standards are you referring to?
8      A.  The fact that they were all members of the
9  UEP.
10     Q.  UEP Certified Program?
11     A.  Yes, ma'am.
12     Q.  And all your suppliers in 2009 were members
13  of the UEP Certified Program?
14     A.  Yes, ma'am.
15     Q.  So you provided James Lucas with information
16  about your suppliers and their conformance with the
17  UEP Certified Program.  Is there anything else you
18  provided James Lucas in response to this shareholder
19  proposal?
20     A.  No.
21     Q.  What did James Lucas tell you about the
22  shareholder proposal?
23     A.  Just this.
24     Q.  Just provided you the proposal?
25     A.  Yes, ma'am.

---

HIGHLY CONFIDENTIAL

Wilson, James                                            April 17, 2014

24 (Pages 90 to 93)

---

90

Q.  Did he tell you that Publix intended to oppose the proposal?
A.  That was our stance on it, yes, ma'am.
Q.  Do you know why Publix intended to oppose the proposal?
A.  Because we were following the best standards -- the industry standards that we had at the time.
Q.  Are there any other standards that you now feel are better than the UEP certified standards?
A.  No, ma'am.
Q.  Do you know if this proposal was, in fact, submitted to the shareholders in 2009 of Publix?
A.  Yes.
Q.  And do you know whether it was voted down?
A.  Yes.
Q.  It was voted down?
A.  Yes.
(Wilson Exhibit 24 was marked for identification.)
Q.  You have in front of you what's been marked as Exhibit 24, and this is an article, a reprint of an article from Feedstuffs in March 4th -- on March 4th, 2002.  Have you ever heard of Feedstuffs?
A.  No, ma'am.

---

91

Q.  In this article the title is:  "FMI, NCCR issue report aimed at uniform husbandry," correct?
A.  Yes.
Q.  I'll just give you a second to look at it, at the article.
MR. GERMAINE:  You can take as much time as you need to read the article, Mr. Wilson.
A.  Yeah.
A.  Yes, ma'am.
Q.  Do you see in the first page, in the first sentence it says:  "The Food Marketing Institute and the National Council of Chain Restaurants issued an anxiously awaited interim report last week that's intended to lead to consistent guidelines for husbandry for use by meat and poultry suppliers."
And that confirms your under -- Publix's understanding and your understanding that the FMI's goal was to get consistent guidelines for animal husbandry, right?
A.  Yes.
Q.  For use across the industry?
A.  Yes.
Q.  Skipping down to the third paragraph, it says:  "The concept, as explained last year by FMI Chief Executive Officer Tim Hammond, Feedstuffs,

---

92

December 3rd, 2001, is to prevent individual grocery and restaurant companies from getting picked off one by one by animal rights welfare activists groups, especially People for the Ethical Treatment of Animals, that are threatening confrontations and other negative attention if those companies don't hand out rigorous animal husbandry rules for suppliers."
Was Publix's goal in participating in the program avoiding being picked off by PETA?
A.  No.
Q.  If Publix did not participate in FMI's industrywide standards, animal welfare standards, was it concerned that it would be singled out and attacked by PETA?
A.  No.
Q.  Do you know if other industry competitors were concerned about being picked off by PETA?
A.  I don't know.
Q.  But it appears that FMI was concerned about individual grocery companies being picked off by PETA, right?
A.  Yes.
(Wilson Exhibit 25 was marked for identification.)

---

93

Q.  You have in front of you what's been marked as Exhibit 25.  This is an article written by Karen Brown and Jill Hollingsworth of the Food Marketing Institute and the title of the article is:  "The Food Marketing Institute and the National Council of Chain Restaurants:  Animal welfare in the retail food industry in the United States of America."
And this is a rather long article so I'm going to direct you to a certain part of it.  On the first page, do you see the end of the second paragraph it says:  "However, because of the visibility, easy access and name recognition of food retailers, supermarkets and restaurants are often used as the catalyst to bring about awareness and change throughout the food chain."
Do you agree that supermarkets are particularly visible to consumers in the food chain?
A.  Supermarkets are visibly --
Q.  Are visible to consumers?
A.  Yes.
Q.  Because they interact directly with consumers, right?
A.  Because they're in our stores all the time.
Q.  Right.  And they have name recognition with consumers, right?

---

HIGHLY CONFIDENTIAL

Wilson, James                                                          April 17, 2014

25 (Pages 94 to 97)

---

94

1  **A. Yes.**
2  Q. So are they particularly vulnerable to bad
3  press and campaigns from organizations like PETA?
4  **A. No.**
5  Q. Are they more vulnerable than egg producers
6  that consumers are not familiar with?
7  MR. GERMAINE: Objection to form; no
8  foundation, calls for speculation.
9  **A. And that's speculative.**
10 Q. Are most consumers familiar with egg
11 producers, certain egg producers' names, for example?
12 MR. GERMAINE: Objection to form.
13 **A. Like Eggland's Best.**
14 Q. That's a brand name, but, say, Cal-Maine
15 foods?
16 MR. GERMAINE: Objection.
17 **A. Are most --**
18 Q. In your understanding, are most consumers
19 aware of the manufacturers of eggs and their names?
20 **A. Yes, ma'am.**
21 Q. When eggs -- when consumers buy eggs in
22 Publix's stores, all they see is that it's Publix
23 brand eggs, right?
24 MR. GERMAINE: Objection to form.
25 **A. Commodity eggs?**

---

95

1  Q. Correct.
2  **A. Yes.**
3  Q. Shell eggs, white shell eggs that are not
4  specialty eggs?
5  MR. GERMAINE: Objection.
6  **A. Yes.**
7  Q. So they are not familiar with, for example,
8  Cal-Maine's name even if Cal-Maine provided the eggs
9  in the Publix carton?
10 **A. It says produced by Cal-Maine on the package.**
11 Q. But not in particularly big lettering, right?
12 MR. GERMAINE: Objection to form.
13 **A. It says it on the package.**
14 Q. Where on the package?
15 **A. On the package.**
16 Q. Is it the main name on the carton or is that
17 Publix's name?
18 **A. It says Publix, produced by Cal-Maine.**
19 Q. Does Publix consider itself a leader in the
20 food industry?
21 **A. In the food -- supermarket industry?**
22 Q. In the supermarket industry.
23 **A. Yes, ma'am.**
24 Q. And can it act as catalyst to bring about
25 awareness and change throughout the food chain?

---

96

1  MR. GERMAINE: Objection to form.
2  **A. I don't know.**
3  Q. Do you agree with the statement here in this
4  article that supermarkets can act as a catalyst to
5  bring about awareness and change throughout the food
6  chain?
7  **A. I don't know.**
8  Q. Has Publix been a leader to bring about
9  awareness and change on any particular social issues
10 that you're aware of?
11 **A. Social issues? No, ma'am, not that I'm aware**
12 **of.**
13 Q. Has Publix led on animal welfare by adopting
14 the animal welfare guidelines of FMI?
15 **A. At the same time everyone else adopted it?**
16 Q. Yes.
17 **A. So we adopted it at the same time everyone**
18 **else adopted it.**
19 Q. Correct. Is that right?
20 **A. We adopted it at the same time. I mean,**
21 **that's -- you said were we a leader in that. We did**
22 **it at the same time that everyone else did it.**
23 **(Wilson Exhibit 26 was marked for**
24 **identification.)**
25 Q. In front of you is Exhibit 26, Bates stamped

---

97

1  PUB_EGGS_021031. Do you recognize this document?
2  **A. No.**
3  Q. This document says it's a draft revision of
4  Publix's animal welfare statement in July 18, 2008,
5  right?
6  **A. Yes.**
7  Q. Do you know of any revision to Publix's
8  animal welfare policy in 2008?
9  **A. No, ma'am.**
10 Q. At the very end of the first sentence here it
11 says: "At all times these procedures shall be
12 consistent with the industry best practices and
13 comply with all animal handling, animal welfare
14 guidelines established by each respective species
15 industry organization."
16 When it refers there to each respective
17 species industry organization, for egg-laying hens
18 specifically, would that be the UEP Certified
19 Program?
20 **A. The producers?**
21 Q. Yes.
22 **A. Yes.**
23 Q. And so in 2008, this document at least
24 reflects that Publix was still supporting the UEP
25 Certified Guidelines, right?

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

26 (Pages 98 to 101)

---

98

1  MR. GERMAINE:  Objection to form.
2  **A.  We were supporting the -- we were still**
3  **supporting the supplier, our suppliers.**
4  Q.  And the UEP Certified Program particularly,
5  right?
6  **A.  It doesn't say that in this.  This -- it**
7  **talks about all of the industry organizations and our**
8  **suppliers.**
9  Q.  Was one of those industry organizations UEP
10  and its certified program, in your experience as the
11  egg buyer?
12  **A.  Our egg suppliers.**
13  Q.  That reminds me.  Sorry.
14  **A.  That's all right.**
15  Q.  Flip back to Exhibit 23.  This was the
16  shareholder proposal we looked at earlier, right?
17  **A.  Yes.**
18  Q.  And you mentioned that you provided
19  information to James Lucas, your boss, for Publix's
20  response to that proposal, right?
21  **A.  Yes.**
22  Q.  And that you specifically told him that your
23  company buys UEP certified eggs, right?
24  **A.  Yes.**
25  Q.  Looking at the second page, at the draft

---

99

1  response here that Publix put together, it says:
2  "Eggs.  The company purchases fresh eggs from
3  suppliers that have implemented programs in the
4  interest of animal welfare.  100 percent of the eggs
5  purchased by the company are either cage free or
6  certified by the United Egg Producers."
7  Does that sentence reflect the information
8  that you provided to James Lucas?
9  **A.  Yes.**
10  Q.  So that information made its way into
11  the actual response used for the shareholder
12  proposal, right?
13  **A.  Yes.**
14  Q.  And it says that the company has implemented
15  programs in the interest of animal welfare, right?
16  **A.  Yes.**
17  Q.  And then it cites the UEP Certified Program?
18  **A.  Yes.**
19  Q.  So is it saying there that the UEP Certified
20  Program has been implemented in the interest of animal
21  welfare?
22  **A.  Yes.**
23  Q.  And this was in 2009, right?
24  **A.  Yes.**
25  **(Wilson Exhibit 27 was marked for**

---

100

1  **identification.)**
2  Q.  You have in front of you Exhibit 27, and I
3  represent that this is a printout from Publix's
4  public website on April 13th of this year in their
5  "Position Statement" section of the website, and you
6  will see there's one question there that says:  "What
7  is Publix's position on animal welfare?"  Right?
8  **A.  Yes.**
9  Q.  Why would Publix have this on its website?
10  **A.  Information.**
11  Q.  Information for consumers concerned about
12  animal welfare?
13  **A.  Yes.**
14  MR. GERMAINE:  Objection to the question as
15  outside the scope of the agreed upon topics.  You
16  can answer the question.
17  Q.  At the end of the first paragraph there,
18  underneath that question, it says:  "At all times
19  these procedures shall be consistent with industry
20  best practices and comply with all animal
21  handling/animal welfare guidelines established by
22  each respective species industry organization."
23  Now, that's the same statement we just saw in
24  the 2008.
25  **A.  2009.**

---

101

1  Q.  2009 and 2008, right?
2  **A.  Yes.**
3  Q.  So this statement today that's on Publix's
4  website has not changed since 2008 or 2009?
5  **A.  Yes.**
6  Q.  Okay.  And is that because Publix still
7  believes that the FMI Animal Welfare Guidelines
8  improve animal welfare?
9  **A.  That's still the industry standard.**
10  Q.  And FM -- and Publix still supports those
11  guidelines, right?
12  **A.  As the industry standard.**
13  Q.  Because it believes that those industry
14  standards improve animal welfare?
15  **A.  That's the industry standard, so we follow**
16  **it.**
17  Q.  Do they follow the standard in an effort to
18  assure that their products are produced in a way that
19  improves animal welfare?
20  MR. GERMAINE:  Objection to form.
21  **A.  That's what we're told.**
22  Q.  And that's what Publix believes, right?
23  **A.  That's what we're told.**
24  Q.  Publix has not stopped believing that, right?
25  **A.  We've been told that by our suppliers and by**

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

27 (Pages 102 to 105)

---

102

1 the FMI industry.
2 Q. And do you have any reason to doubt what the
3 FMI industry has told you, FMI organization has told
4 you?
5 A. Do I have any reason to doubt what the -- no,
6 ma'am.
7 Q. You're aware that you're testifying today in
8 connection with litigation about egg suppliers to
9 Publix, right?
10 A. Yes.
11 Q. And do you know that the certified program is
12 at issue in this litigation?
13 A. Yes.
14 (Wilson Exhibit 28 was marked for
15 identification.)
16 Q. I hand you what's been marked Exhibit 28 and
17 I represent that this is a filing that your lawyers
18 and other lawyers have filed, in part, on Publix's
19 behalf in this litigation. Do you understand?
20 A. Yes.
21 Q. Now, this is a very long document and you
22 don't want to read the whole thing probably.
23 MR. GERMAINE: Are you directing him not to
24 read the whole thing?
25 MS. ADENDORFF: No.

---

103

1 Q. You may read the whole thing if you want but
2 it might take you a very long time, if you so chose.
3 I will direct you to page 54, where I'm going
4 to ask my questions.
5 MR. GERMAINE: And again, this is clearly
6 outside the scope of what we're doing here,
7 Olivia.
8 MS. ADENDORFF: It relates to Publix's
9 continued support of the FMI program.
10 MR. GERMAINE: That's not a topic for today's
11 depositions at all.
12 MS. ADENDORFF: Their involvement with the
13 FMI program is the topic of the deposition.
14 MR. GERMAINE: Publix's involvement with the
15 program has nothing to do with a Capper-Volstead
16 filing filed in this litigation. You can ask
17 your questions.
18 Q. If you look on page 54 --
19 MR. GERMAINE: I also object that this is
20 clearly within the scope of the 30(b)(6) notice,
21 which you chose not to participate in.
22 Q. In the first sentence of the paragraph there
23 it says: The per se -- hold on a second.
24 Sorry. Okay. "The per se rule applies to
25 agreements, like the agreement to limit output here,

---

104

1 that are plainly anticompetitive."
2 And then it has a case citation. It says:
3 "That is those certain agreements or practices which
4 because of their pernicious effect on competition and
5 lack of any redeeming virtue are conclusively
6 presumed to be unreasonable."
7 Does Publix believe that the FMI animal
8 welfare standards that its adopted has no redeeming
9 virtue?
10 MR. GERMAINE: I'm going to object to that
11 question to the extent it calls for a legal
12 conclusion. Moreover, I object to the question
13 to the extent it calls for privileged
14 information. If the witness can answer that
15 question without revealing the substance of
16 privileged information, you may answer the
17 question; otherwise, I direct you not to answer.
18 A. I don't think I can answer that question.
19 Q. As a Publix egg buyer buying UEP certified
20 eggs, did you believe that eggs produced in
21 compliance with that program had no redeeming virtue?
22 MR. GERMAINE: Objection to form.
23 A. I'm not going to answer that.
24 Q. Are you answering -- are you not answering on
25 the basis of attorney-client privilege?

---

105

1 A. Yes.
2 Q. Do you know if at any time you have discussed
3 whether there is any virtue to the UEP Certified
4 Program with your egg suppliers?
5 A. Repeat that, please.
6 Q. Since this litigation began, have you ever
7 discussed with your egg suppliers whether there is
8 any redeeming virtue to the UEP Certified Program?
9 A. No.
10 Q. Have you ever been in a business meeting
11 with others at Publix who have discussed whether
12 there is any redeeming virtue to the UEP Certified
13 Program?
14 A. No.
15 Q. And we also saw earlier that Publix cited the
16 UEP Certified Program in response to a shareholder
17 proposal challenging its animal welfare practices,
18 right?
19 A. Yes.
20 Q. So Publix publicly relied on the UEP
21 Certified Program in defending its animal welfare
22 policies and practices, right?
23 MR. GERMAINE: Objection to form; misstates
24 prior testimony on the document.
25 A. We talked about that earlier. I mean, we --

---

HIGHLY CONFIDENTIAL

Wilson, James                                          April 17, 2014

28 (Pages 106 to 109)

---

**106**

1  that was in the -- or in the response.
2      MS. ADENDORFF:  That's all the questions I
3  have.
4      Molly, do you have any on the phone?
5      MS. CRABTREE:  I do not.  Thank you.
6      MS. ADENDORFF:  And Peter?
7      MR. SCHWINGLER:  No questions.
8      MS. ADENDORFF:  Do y'all have any questions?
9      MR. GERMAINE:  We might have a couple.
10              CROSS-EXAMINATION
11  BY MR. GERMAIN:
12      Q.  Mr. Wilson, was anybody from Publix involved
13  in the development of FMI's animal welfare
14  guidelines?
15      **A.  No.**
16      Q.  How do you know that?
17      **A.  From the years of -- the years of being a**
18  **merchandiser and being in the office.  We were never**
19  **involved with FMI's development of the program.**
20      Q.  And so you testified earlier that Publix
21  adopted the FMI Animal Welfare Guidelines at the
22  advice of FMI as well as your suppliers.  Are there
23  particular suppliers you were referring to in that
24  testimony?
25      **A.  Tampa Farms, Mike Bynum.**

---

**107**

1      Q.  And is there anything about information
2  received by you or others at Publix from Mr. Bynum or
3  Tampa Farms related to why Publix should adopt the
4  FMI Animal Welfare Guidelines?
5      **A.  Was there information received by -- state**
6  **that again, please.**
7      Q.  Sure.  Was there information that you
8  received from -- you or others at Publix received
9  from Mr. Bynum or Tampa Farms about why it should
10  adopt the FMI Animal Welfare Guidelines with regard
11  to egg-laying hens?
12      **A.  He told us that's what we needed to do.  He**
13  **told us it would be the -- it was the right thing to**
14  **do.  He was a trusted supplier.**
15      Q.  Did Mr. Bynum tell Publix that he had already
16  implemented the UEP guidelines prior to the FMI
17  endorsing the UEP program?
18      **A.  Yes.**
19      Q.  Was Tampa Farms Publix's largest egg supplier
20  at the time the UEP guidelines were adopted by FMI?
21      **A.  Yes.**
22      MR. GERMAINE:  I don't have any further
23  questions.
24      MS. ADENDORFF:  I'm going to redirect on some
25  of those questions.

---

**108**

1              REDIRECT EXAMINATION
2  BY MS. ADENDORFF:
3      Q.  Were you in the egg buying department in
4  2002?
5      **A.  No.**
6      Q.  Were you in the egg buying department in
7  2001?
8      **A.  No.**
9      Q.  Were you in the egg buying department in
10  2003?
11      **A.  No.**
12      Q.  Do you understand that Publix adopted the FMI
13  guidelines in 2002?
14      **A.  Same time after my implementing them, yes,**
15  **ma'am.**
16      Q.  When did you join the Publix egg department?
17      **A.  I became a buyer in 2007.  I was a**
18  **merchandiser in 2002.**
19      Q.  Did Tampa Farms exist in 2007?
20      **A.  Yes, ma'am.**
21      Q.  And did you ever discuss with Tampa Farms the
22  adoption of the UEP Certified Program?
23      **A.  No, ma'am.**
24      MS. ADENDORFF:  That's all the questions I
25  have.

---

**109**

1      THE VIDEOGRAPHER:  Okay.  This concludes the
2  deposition.  We're now off the record.  The time
3  is 3:17 p.m.
4      THEREUPON, the Deposition of JAMES WILSON,
5  taken at the instance of the Defendants, was
6  concluded at 3:17 p.m.

---

HIGHLY CONFIDENTIAL

Wilson, James

April 17, 2014

29 (Pages 110 to 112)

110

ACKNOWLEDGMENT OF DEPONENT

1
2
3       I, _____, do hereby
4   acknowledge that I have read and examined the
5   foregoing testimony, and the same is a true, correct
6   and complete transcription of the testimony given by
7   me, and any corrections appear on the attached Errata
8   Sheet signed by me.
9
10
11   _____   _____
12   (DATE)          (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25

111

CERTIFICATE OF REPORTER OATH

1
2
3   STATE OF FLORIDA
4   COUNTY OF POLK
5       I, Susan D. Wasilewski, Registered
6   Professional Reporter, Certified Realtime Reporter,
7   Certified CART Provider, Certified Manager of
8   Reporting Services, Florida Professional Reporter,
9   and Notary Public in and for the State of Florida at
10   large, hereby certify that the witness named herein
11   appeared before me on 4/17/2014, and was duly sworn.
12       WITNESS my hand and official seal this
13   4/29/2014.
14
15
16
17   _____
     SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
18   NOTARY PUBLIC - STATE OF FLORIDA
19   MY COMMISSION NO. EE123944
20   EXPIRES: 10-23-15
21
22
23
24
25

112

CERTIFICATE OF REPORTER

1
2   STATE OF FLORIDA
3   COUNTY OF POLK
4       I, Susan D. Wasilewski, Registered
5   Professional Reporter, Certified Realtime Reporter,
6   Certified CART Provider, Certified Manager of
7   Reporting Services, and Florida Professional
8   Reporter, do hereby certify that I was authorized to
9   and did stenographically report the examination of
10   the witness named herein; that a review of the
11   transcript was requested; and that the foregoing
12   transcript is a true record of my stenographic notes.
13       I FURTHER CERTIFY that I am not a relative,
14   employee, or attorney, or counsel for any of the
15   parties, nor am I a relative or employee of any of
16   the parties' attorney or counsel connected with the
17   action, nor am I financially interested in the
18   outcome of this action.
19       DATED THIS 4/29/2014 at Lakeland, Polk
20   County, Florida.
21
22   _____
     SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
23
24
25