# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., é | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF STEVEN FEYMAN

I, Steven Feyman, state that I am over the age of 18, have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could competently testify thereto.

1. I was employed by Nestlé from 2008 to 2015 as group manager of raw ingredients. In that role, I managed raw ingredient purchases for a variety of Nestlé business units, including egg product purchases. I retired from Nestlé in 2015 and I am currently 72 years old. I reside in Estero, Florida.

2. I was deposed in this case on April 25, 2014.

3. I was planning to travel to Chicago to testify live in this matter until I recently learned that my son in law will be unexpectedly traveling for his employment with the federal government. As a result, my wife will be traveling to Virginia to assist my daughter while my son in law is away.

4. My wife and I own a senior pet who cannot be boarded. The pet is a rescue and suffers from severe health consequences if not with me or my wife. The last time we boarded this pet, its health dramatically suffered as a result.

5. Given these circumstances, and given the time it will take to travel to Chicago, testify, and return to Florida, it will be incredibly difficult on my family and household to travel to Chicago. In addition, I am concerned about leaving my residence with no one present for an extended time during hurricane season. In sum, I am unwilling to travel to Chicago to testify live and requested Nestlé's counsel seek permission for my remote testimony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2023

*[signature]*
Steven G Ferguson