# EXHIBIT C

# Pietsch, Christina W.

| | |
|---|---|
| **From:** | Besman,Douglas,US-Solon <douglas.besman@us.nestle.com> |
| **Sent:** | Friday, October 13, 2023 10:53 AM |
| **To:** | sfeyman@comcast.net; Keaton,Douglas,US-Solon |
| **Cc:** | Allen, Angela M.; Pelz, Joel T.; Plummer, Christian L.; Fox, Brandon |
| **Subject:** | RE: Egg litigation |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Steve,

Sorry to hear that. Hope everything is ok. I tried calling you. My cell is 440-773-3520.

Trial starts next week so I am not sure whether it's possible to have you by zoom now.

Copying the Jenner lawyers.

Doug

---

**From:** sfeyman@comcast.net <sfeyman@comcast.net>
**Sent:** Friday, October 13, 2023 11:36 AM
**To:** Besman,Douglas,US-Solon <douglas.besman@us.nestle.com>
**Subject:** Egg litigation

This message is from an EXTERNAL SENDER. BE CAUTIOUS, particularly with links and attachments.

Doug, I need the attorneys in Chicago to arrange for my testimony via Zoom. I will not be able to travel to Chicago due to personal reasons. Please advise.

1