UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11-cv-8808 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## RULINGS ON DEPOSITION DESIGNATIONS – LINDA REICKARD

### April 3, 2014 Deposition

| Testimony | Objection | Ruling |
|---|---|---|
| 142:3-143:4 | 802 (hearsay) | Overruled |
| Reickard-21 (Plf. Tr. Ex. 80) | 802 (hearsay) | Overruled |

Dated: October 25, 2023

Steven C. Seeger
U.S. District Judge