# EXHIBIT B

```
1                    IN THE UNITED STATES DISTRICT COURT

2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

4    IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
5

6
                            - - - - -
7
                        PHILADELPHIA, PA
8
                            - - - - -
9
                        DECEMBER 2, 2019
10
                            - - - - -
11

12
     BEFORE:        THE HONORABLE GENE E.K. PRATTER, J.
13

14                          - - - - -

15                  TRANSCRIPT OF TRIAL PROCEEDINGS

16                            DAY 18

17                          - - - - -

18

19

20

21              KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                Official Court Reporter
22              Room 1234 - U.S. Courthouse
                601 Market Street
23              Philadelphia, PA  19106
                (215) 779-5578
24

25
           (Transcript produced by mechanical shorthand via C.A.T.)
```

```
 1    APPEARANCES:

 2
                      KENNY NACHWALTER, P.A.
 3                    BY:  RICHARD ALAN ARNOLD, ESQUIRE
                      WILLIAM J. BLECHMAN, ESQUIRE
 4                    DOUGLAS H. PATTON, ESQUIRE
                      MICHAEL A. PONZOLI, ESQUIRE
 5                    BRANDON S. FLOCH, ESQUIRE
                      201 South Biscayne Boulevard, Suite 1100
 6                    Miami, Florida  33131
                      For Plaintiffs The Kroger Co., Safeway Inc.,
 7                    Roundy's Supermarkets, Inc., Walgreen Co.,
                      Hy-Vee, Inc., Albertsons LLC, The Great
 8                    Atlantic & Pacific Tea Company, Inc., H.E Butt
                      Grocery Company, and Conopco, Inc.
 9
10                    SPERLING & SLATER
                      BY:  PAUL E. SLATER, ESQUIRE
11                    JOSEPH M. VANEK, ESQUIRE
                      DAVID P. GERMAINE, ESQUIRE
12                    JOHN P. BJORK, ESQUIRE
                      55 West Monroe Street, Suite 3200
13                    Chicago, Illinois  60603
                      For Plaintiffs Publix Super Markets, Inc.
14                    and SuperValu Inc.

15
                      MARCUS & SHAPIRA, LLP
16                    BY:  MOIRA CAIN-MANNIX, ESQUIRE
                      BRIAN C. HILL, ESQUIRE
17                    One Oxford Centre 35th Floor
                      301 Grant Street
18                    Pittsburgh, PA  15219
                      For Plaintiff Giant Eagle, Inc.
19
20                    AHERN & ASSOCIATES, P.C.
                      BY:  PATRICK J. AHERN, ESQUIRE
21                    THEODORE BELL, ESQUIRE
                      8 South Michigan Avenue, Suite 3600
22                    Chicago, Illinois  60603
                      For Plaintiff Winn-Dixie Stores, Inc.,
23                    H.J. Heinz Company, L.P., C&S Wholesale
                      Grocers, Inc.
24

25                    (CONT.)
```

```
 1   APPEARANCES:  (CONT.)

 2
                     PEPPER HAMILTON LLP
 3                   BY:  JAN P. LEVINE, ESQUIRE
                     ROBIN P. SUMNER, ESQUIRE
 4                   ALEXANDER L. HARRIS, ESQUIRE
                     WHITNEY R. REDDING, ESQUIRE
 5                   KAITLIN MEOLA, ESQUIRE
                     LACEY D. REEDER, ESQUIRE
 6                   3000 Two Logan Square
                     18th & Arch Streets
 7                   Philadelphia, PA  19103
                     For Defendants United Egg Producers, Inc.
 8                   and United States Egg Marketers, Inc.

 9
                     PORTER WRIGHT MORRIS & ARTHUR LLP
10                   BY:  JAY L. LEVINE, ESQUIRE
                     DONALD M. BARNES, ESQUIRE
11                   ALLEN T. CARTER, ESQUIRE
                     2020 K Street, NW
12                   Suite 600
                     Washington, DC  20006
13                        And
                     PORTER WRIGHT MORRIS & ARTHUR LLP
14                   BY:  JAMES A. KING, ESQUIRE
                     ARLENE BORUCHOWITZ, ESQUIRE
15                   41 South High Street
                     Suite 2900
16                   Columbus, OH  43215
                     For Defendant Rose Acre Farms, Inc.
17

18

19

20

21

22

23

24

25
```

```
 1                    (Deputy Clerk opened court)

 2            THE COURT:  Hello, everyone.

 3            MR. BLECHMAN:  Good morning, Your Honor.

 4            THE COURT:  So nice to see you again.  I'm sure --

 5    have a seat, have a seat.  I'm sure you all missed each other.

 6    Anything we need to talk about?  I think somebody sent a

 7    message about the evenings this week or late afternoons.  I'd

 8    rather do it in bits as opposed to a marathon session, if

 9    that's okay with you all.  Not tonight and not Thursday.  So

10    that means Tuesday and Wednesday.  Okay?  From like 5 to

11    6:30-ish, and then we'll see what more we need.  Okay.

12    Anybody lose any family members to a fight or anything?

13            MR. BLECHMAN:  An original Thanksgiving.

14            THE COURT:  You know, it's a shtick.  Right?  Okay,

15    we can bring the jury back.  What's next -- where are we?

16            MR. BLECHMAN:  Professor Michael Baye will testify

17    next, Your Honor.

18            THE DEPUTY CLERK:  All rise.

19            (Jury in.)

20            THE COURT:  Okay, everyone, please take your seats.

21    Good morning, ladies and gentlemen.  Happy December.  I hope

22    you all had a lovely Christmas -- Christmas -- I'm

23    fast-forwarding.  Don't think I'm not concentrating.  I hope

24    you had a lovely Thanksgiving and that nobody had any really

25    horrendous drive here today.  The weather report seems to be
```

1    that it's going to be rather one of these -- you know, have

2    the newspeople tell you it's scary, but it really is just one

3    of those nothing kind of deals, but if it becomes quite

4    inclement, we will take that into account in terms of closing

5    up for today.  So thank you very much for being back.  My

6    great focus is going to be now on opening day for the Phillies

7    to practice.  All right, we're going to focus on that, aren't

8    we?

9              Mr. Blechman, I think you're back up.

10             MR. BLECHMAN:  Thank you, Your Honor.  Plaintiffs

11   call as their witness Professor Michael Baye, an economist.

12             THE COURT:  As I explained, ladies and gentlemen,

13   the Plaintiff had rested, but because of scheduling of various

14   witnesses for lots of reasons, we're doing this a tiny bit out

15   of order.  It's nothing unusual about that.  It happens all

16   the time.

17             Come on up.

18             THE DEPUTY CLERK:  Please remain standing and raise

19   your right hand.

20             (Witness sworn.)

21             THE WITNESS:  I do.

22             THE DEPUTY CLERK:  Would you please have a seat.

23   Please state your full name and spell your last name for the

24   record.

25             THE WITNESS:  My name is Michael Baye, B-A-Y-E.

1          THE COURT:  Good morning, Dr. Baye.  How are you

2     today?

3          THE WITNESS:  I'm great.  Thank you.

4          THE COURT:  Did you have a nice Thanksgiving

5     holiday?

6          THE WITNESS:  It was good.  Thank you for asking.

7          THE COURT:  Okay, well, my pleasure.  Just make sure

8     you're comfortable and that you keep your voice up, okay?

9          Mr. Blechman, you may proceed.

10          MR. BLECHMAN:  Thank you, Your Honor.

11                    MICHAEL BAYE,

12     called as a witness herein by the Plaintiffs, having been

13     first duly sworn, was examined and testified as follows:

14                    DIRECT EXAMINATION

15     BY MR. BLECHMAN:

16     Q.   Professor Baye, good morning.  Would you please briefly

17     introduce yourself to the jury and tell them what you do for a

18     living.

19     A.   Yeah.  My name is -- Mike Baye is who I call myself, but

20     I'm a professor at Indiana University.  I've been a professor

21     at Indiana University since 1997.  I went to Indiana

22     University from Penn State University.  I was a professor in

23     the economics department at Penn State for a little less than

24     ten years, and before that, I was a professor at Texas A&M

25     University.  I've been on the faculty as professor at the

```
 1   University of Kentucky.  And so that's what I do for a living.
 2   Q.   Okay.  Let me just move this a little bit and make it a
 3   little bit easier for me, if I might.  All right.
 4              Professor Baye, what do you teach?
 5   A.   I'm an economist.  I teach economics.
 6   Q.   And for whom are you currently employed as a professor of
 7   economics?
 8   A.   Indiana University.  I'm in the Kelley School Of
 9   Business.
10   Q.   Please describe for the ladies and gentlemen of the jury
11   your educational background.
12   A.   Yes, sure.  I received my undergraduate degree from Texas
13   A&M University in 1980.  I got a master's degree in economics
14   from Purdue University in 1981 and a PhD in economics from
15   Purdue University in 1983.
16   Q.   Besides your teaching at Indiana University now, have you
17   taught -- well, let me back up.
18              What is the subject matters that you teach at
19   Indiana?
20   A.   I'm a microeconomist, which means that I do industrial
21   organization, I do antitrust, I do microeconomic theory, I do
22   applied econometrics, those types of things.
23   Q.   Professor Baye, have you taught at any other universities
24   besides Indiana University?
25   A.   Yes.  I taught industrial organization at Penn State
```

1    University for the entire time I was there.  I taught

2    industrial organization at -- and microeconomic theory at

3    Texas A&M University.  I taught microeconomics theory at the

4    University of Kentucky.  And I actually taught a course at the

5    New Economic School in Moscow shortly after the Berlin Wall

6    came down, about five years after the wall came down.

7    Q.   Do you do economic research as an economist?

8    A.   Absolutely.

9    Q.   Please describe briefly the economic -- or the types of

10   economic research that you do as an economist.

11   A.   Sure.  So I do both theoretical and empirical work which

12   means that I look at the behavior of firms and how the

13   behavior of firms impacts the efficiency of markets, the

14   prices that firms charge, the welfare of consumers, things

15   like that.

16   Q.   Okay.  Do you do any economic consulting?

17   A.   I do.  I'm a special consultant, academic affiliate for

18   NERA.

19   Q.   What is NERA, spelled N-E-R-A?

20   A.   National Economic Research Associates.  It's an economic

21   consulting firm that has a host of, you know, PhDs and people

22   with undergraduate degrees in economics and computer science

23   and statistics that assist in allowing someone to do the kind

24   of econometrics that's required in a case like this.

25   Q.   For how long have you worked with NERA?

1    A.    I affiliated with NERA about just a few months after I

2    left the Federal Trade Commission, and that was in

3    approximately 2010-ish.

4    Q.    Okay.  I'm going to turn to your work for the Federal

5    Trade Commission and other federal agencies in a moment.

6    First, let me -- let me hand you something.  Just a moment.

7              MR. BLECHMAN:  May I approach, Your Honor?

8              THE COURT:  Yes.

9              MR. BLECHMAN:  Thank you.

10   BY MR. BLECHMAN:

11   Q.    Professor Baye, would you please tell us what -- what

12   I've handed you.

13   A.    You've handed my -- handed me my curriculum vitae.

14   Q.    Is it a current copy of your CV, or reasonably current?

15   A.    It's reasonably current.  I've had another paper accepted

16   that's not listed on here, but it's pretty current.

17   Q.    Okay.

18             MR. BLECHMAN:  Your Honor, Plaintiffs offer --

19   withdrawn.

20   BY MR. BLECHMAN:

21   Q.    Dr. -- Professor Baye -- excuse me -- did you prepare

22   this CV of yours?

23   A.    Well, my assistant did, with my edits and stuff.  I'm not

24   a good formatter, but it's my CV, yeah.

25   Q.    Have you confirmed the accuracy of your CV?

1   A.   Yes.

2            MR. BLECHMAN:  All right, Plaintiffs offer

3   Exhibit 771 in evidence.

4            MR. LEVINE:  Objection.  It's hearsay.

5            THE COURT:  Typically we don't offer the CV as an

6   exhibit.

7            MR. BLECHMAN:  That's fine.  I'm happy.

8            THE COURT:  The material is there --

9            MR. BLECHMAN:  And we can use it as a reference tool

10  and that's perfectly fine.

11           THE COURT:  Okay.

12  BY MR. BLECHMAN:

13  Q.   Professor Baye, if you don't remember something and you

14  need -- your CV would help to refresh your memory, you let me

15  know, but otherwise, let's just keep moving.

16  A.   Okay.

17  Q.   Have you -- we've heard about peer-reviewed articles in

18  the course of this trial.  Let's start by would you explain to

19  the jury what is a peer-reviewed article?

20  A.   Yeah, you hear the term "publish or perish" in academics

21  and in economics, that's what peer-reviewed research is all

22  about.  It's about conducting scientific research on a number

23  of -- any number of topics related to economics, the impact of

24  business strategies, impact of different market forms, impact

25  of collusion on markets, those types of things, and conducting

1    that research and then submitting it to an academic journal.

2          And once you send it to an academic journal, the

3    editor sends the paper to experts in the field to evaluate the

4    underlying quality and scientific methods used in the paper to

5    make a decision on whether that paper should be accepted for

6    publication in a specific journal or not, and then based on

7    those recommendations, the editor provides his or her own

8    assessment of the paper and then ultimately either rejects the

9    paper, which is the normal case, or invites you to revise the

10   paper to account for criticisms of the referees.

11   Q.    Professor Baye, have you written any peer-reviewed

12   articles?

13   A.    Yes.

14   Q.    Do you have some idea of about how many you've written?

15   A.    Somewhere between 50 and 100, maybe, something like that.

16   Q.    Over what time period, sir?

17   A.    Over my career, since I received my PhD.

18   Q.    Give us some idea of the subject matters covered by the

19   peer-reviewed articles that you have written and had

20   published?

21   A.    Yeah, sure.  So my early research focused on price index

22   numbers, how to measure -- how to measure the impact of

23   changes in prices on consumer welfare, published a couple of

24   papers in a journal called Econometrica on that topic, also

25   did work on the welfare effects of advertising, I've done work

1   on -- empirical work on the impact of the Internet, on the

2   prices the consumers pay for products, documenting the decline

3   in prices as a result of the information that consumers can

4   get on price comparison sites, conducted theoretical work on

5   cartels, collusion, a lot of issues, but the central theme is

6   it focuses on the behavior of individual firms, the impact of

7   their behavior on market efficiency and the prices consumers

8   pay in markets.

9   Q.   Have you written any books?

10  A.   I have.

11  Q.   All right.  Now is not the time to be bashful,

12  Professor Baye.  Tell us, please, if you would, about what

13  books or textbooks you've written and how they've been

14  received in your field.

15  A.   Yeah.  So I've written, I guess, three books and then

16  I've edited a number of volumes.  The first book I wrote was

17  with Dan Black, who is a professor at University of Chicago,

18  that looked at the impact of income taxation on labor supply.

19       The second book I wrote is a managerial economics

20  textbook, which -- happily is paying college tuition for my

21  kids -- is the best selling managerial economics textbook in

22  the world.  And then I've also authored/co-authored a money in

23  banking textbook.

24  Q.   Besides the peer-reviewed articles and the published

25  books that you've written, have you served in an editorial

1   position with any journals?

2   A.   Yes.  I've served --

3   Q.   Tell us.

4   A.   I've served as a co-editor of Journal of Economics --

5   Journal of Public Policy & Marketing, and I stepped down from

6   that position when I went to Washington to serve as the chief

7   economist of the FTC.

8          Since returning from the FTC, I'm now co-editor at

9   the Journal of Economics & Management Strategy.

10  Q.   Would you please give the jury some idea of what your

11  responsibilities are as an editor of an economic journal, as

12  you've described.

13  A.   Yeah.  It's on the other side of that publish or perish

14  process that I was talking about.  When someone sends an

15  article to the Journal of Economics & Management Strategy, Dan

16  Spulber, the primary editor, he farms that out to different

17  co-editors, and then it would be my responsibility to read the

18  paper, make an assessment of its potential contributions to

19  identify experts in the field that would be qualified to

20  assess the underlying economic methodologies utilized, send

21  the paper to those experts to solicit peer reviews of that

22  underlying analysis, kind of mediate potential disputes.

23  Referees aren't always right.  People make assertions that are

24  wrong.  Do that, communicate the results back to the author,

25  and make a recommendation with respect to whether that author

1   should submit the paper to another journal or perhaps revise

2   and resubmit it for submission to the Journal of Economics &

3   Management Strategy.

4   Q.   Would it be fair to say that in your capacity --

5   withdrawn.

6         Would it be fair to say within your role as an

7   editor of an economic journal, that you evaluate the work of

8   other economists?

9   A.   Yes, that's correct.

10   Q.   You mentioned your work for the United States.  Let's

11   take a moment and I'd like you to explain to the jury what

12   work you've done for the Federal Government starting -- you

13   mentioned with the United States Federal Trade Commission.

14         First question, what is the United States Federal

15   Trade Commission, or FTC?

16   A.   The Federal Trade Commission is a commission of the

17   United States that, along with the U.S. Department of Justice,

18   enforces antitrust laws.  We -- we did during my -- during my

19   tenure there, we were averaging over 2,000 mergers a year that

20   had to be reviewed by the FTC staff and ultimately me.

21         Happily, most of those didn't raise competitive

22   concerns and didn't require further scrutiny, but a large

23   number of them did, in which case my job was to assess the

24   analysis put forth by staff and make an economic

25   recommendation to the commission on whether, for example, they

1   should block the merger or not, whether they should intervene

2   to stop an anticompetitive process or not.  And separate from

3   me, there was an individual in the Bureau of Competition,

4   which is where all the lawyers were at the FTC, and that

5   individual would write a separate recommendation so that the

6   commission, who were ultimately the decision-makers at the

7   FTC, they would look at the economic arguments and they'd look

8   at the legal arguments and then they'd make a decision based

9   on those.

10  Q.   Were there PhD economists who reported to you in your

11  role as chief economist?

12  A.   Absolutely.  There were about 70 PhD economists and on

13  the order of 30, you know, researchers that had undergraduate

14  degrees in statistics, economics, some of them math.

15  Q.   Besides the Federal Trade Commission, have you -- have

16  you or do you work for any other federal agencies?

17  A.   I was recently appointed as the Chairman of the Academic

18  Research Council of the Consumer Financial Protection Bureau.

19  Q.   What is the Consumer Financial Protection Bureau?

20  A.   It's a Bureau of the Federal Government that was created

21  when Congress passed and President Obama signed the Dodd-Frank

22  Wall Street Reform Act.  And effectively what the CFPB does is

23  deals with a lot of the consumer protection issues related to

24  financial markets that I also oversaw while I was at the FTC.

25  So effectively, Dodd-Frank created another agency to provide

1    oversight for financial markets to protect consumers from, you

2    know, misleading financial products and a whole host of things

3    like that.

4    Q.    And tell me again, please, what is your title and

5    position.

6    A.    I'm the chairman of the Academic Research Council.

7    Q.    What are your responsibilities as the chairman of the

8    Academic Research Council at the Consumer Financial Protection

9    Bureau?

10   A.    It's purely an advisory position.  The Bureau has seven

11   academics that serve on this council, and our job really is

12   just to be resources for the economists at the CFPB to help

13   them ensure that they're using state-of-the-art economic

14   techniques to analyze the markets they analyze.  We're there

15   as resources, basically.  We have no decision-making authority

16   and we make no formal recommendations.

17   Q.    Professor Baye, have you served as an expert in economics

18   in any other antitrust cases before this one?

19   A.    Yes, I have.

20   Q.    About how many?

21   A.    Maybe a dozen, something like that.

22   Q.    All right.  Give us some idea, if you can, about how many

23   of those were on the Plaintiffs' side and how many were on the

24   Defendants' side?

25   A.    It's pretty evenly split.  I guess 50/50, something like

1   that.

2   Q.   Have you previously worked in an economic capacity for

3   Plaintiffs' law firms?

4   A.   I'm sorry?

5   Q.   Have you previously worked as an economic expert in --

6   with law firms who represent Plaintiffs in this case?

7   A.   Like you?

8   Q.   Like me.

9   A.   I've worked on one other case with you.

10  Q.   Okay.  Were you asked to serve as an economic expert in

11  this case, sir?

12  A.   I was approached, yes.

13  Q.   Upon being approached and asked whether you wanted to

14  serve -- withdrawn.

15          Upon being approached and asked whether you would

16  serve as an economic expert in this case, how did you react

17  and why?

18  A.   Well, I -- you know, to be perfectly honest, my initial

19  reaction was kind of suspicious, my prior beliefs were the

20  agricultural markets are very unconcentrated.  Not a lot of

21  market power, and when -- when the case was represented to me,

22  I was kind of skeptical that a bunch of small egg producers

23  could pull off the kind of scheme that was being alleged, at

24  least in my conversation, and -- but I said I'd be happy to

25  keep an open mind and begin to look at it.  And as I began to

1    understand that it was actually trade association that was the

2    linchpin, then the whole thing wasn't as crazy as I initially

3    thought, and I -- it was a while after having originally been

4    approached, I said I'd be happy to look at it, but -- but if

5    you want someone that's going to say what you want to say, I'm

6    probably not the guy to hire you -- I'll evaluate it and make

7    a decision about whether you want to use my report or not.

8    Q.    Eventually, did you, in fact, agree to serve as an

9    economic expert in this case for the Plaintiffs?

10   A.    Under that understanding, yes.

11   Q.    Okay.  Professor Baye, has any court or agency ever

12   rejected your qualifications as an economic expert?

13   A.    Not that I'm aware of.

14   Q.    By the way, what is the relationship between economics

15   and econometrics?  Actually let me ask you a better question

16   first.

17            Are you familiar with the term "econometrics"?

18   A.    I'm familiar with the term "econometrics."

19   Q.    Would you please explain to the jury what does the term

20   "econometrics" mean.

21   A.    Econometrics is just statistics applied to economic data.

22   Q.    What is the relationship, Professor Baye, between

23   economics and econometrics?

24   A.    I would say econometrics is kind of a subset of

25   economics, like finance is a subset of economics.

1    Econometrics is -- there's two kinds of econometrics, one is

2    theoretical econometrics and one is applied econometrics.

3    Applied econometrics is designed actually to test theories,

4    test hypotheses, to discriminate between alternative

5    explanations for different fact patterns.  And basically over

6    the last 20 years -- when I got my PhD -- I have an area in

7    econometrics, but when I got my PhD in 1983, economics was a

8    very theoretical discipline in terms of industrial

9    organization.  Almost all the work was theoretical and it's

10   because there wasn't -- there wasn't good data.  And really

11   over the past 20 years there's been a revolution in industrial

12   organization towards more empirical work, and that's led

13   researchers in industrial organization to more heavily rely on

14   econometrics rather than pure theory to answer their

15   questions.  And that's obviously impacted my research over the

16   past 20 years as well.

17   Q.   You've used the term -- withdrawn.

18        You used the term "industrial organization" in the

19   answer you just gave.  Would you please explain to the jury

20   what does industrial organization mean.

21   A.   Industrial organization looks at how industries are

22   organized, why they're organized the way they are, how that

23   organization impacts the incentives of firms, the functioning

24   of markets, and ultimately the prices and welfare of

25   consumers.

1  Q.   Have you published any papers, Professor Baye, in any

2  peer-reviewed journals regarding industrial organization?

3  A.   Yes, most of my publications are industrial organization.

4  Q.   Have you published any papers in peer-review journals

5  regarding economics?

6  A.   Yes.

7  Q.   Econometrics?

8  A.   Yes.

9  Q.   How about economic theory?

10  A.   Yes.

11         MR. BLECHMAN:  Your Honor, Plaintiffs offer

12  Professor Michael Baye as an expert in economics to testify on

13  Plaintiffs' behalf in this case.

14         THE COURT:  Is there any interest in any voir dire

15  examination?

16         MR. LEVINE:  No, Your Honor, we don't object.

17         MS. SUMNER:  No objection.

18         MR. HARRIS:  No objection.

19         THE COURT:  Very well.  Then Professor Baye is so

20  designated.

21         MR. BLECHMAN:  Thank you, Your Honor.

22  BY MR. BLECHMAN:

23  Q.   I want to clear up one or two things before we get into

24  your opinions.  Do you regard yourself as an expert in the

25  poultry industry?

1    A.    No, sir, I do not.

2    Q.    Do you regard yourself as an expert in animal welfare?

3    A.    Consumer welfare maybe but not animal welfare.

4    Q.    All right, so let's turn to your assignment, Professor

5    Baye, in this case after we asked you to serve as an economic

6    expert.  When did you start work in this case, approximately?

7    A.    Approximately 2010.

8    Q.    And did you work with -- withdrawn.

9          You've identified the consulting firm NERA as a firm

10   with whom you've worked.  Did you work with NERA in connection

11   with discharging your work in this case?

12   A.    I did.

13   Q.    What is the hourly rate that you have charged and are

14   charging Plaintiffs in connection with your work in this case?

15   A.    Well, actually, I don't charge the Plaintiffs, I bill

16   NERA, and I bill NERA at a rate of $750 an hour.

17   Q.    Do you supervise professionals at NERA who -- with whom

18   you ask to do work in this case?

19   A.    That's correct.  I direct them to do work for me.

20   Q.    Do you -- do you check their work?

21   A.    I spot check their work.  I can't check every single line

22   of code that a programmer would write.  I check -- I do spot

23   checks, I do sanity checks, and then one of the things I like

24   about NERA is they always have a second person that kind of

25   shadows the person to kind of double-check all the work.  It

1   doesn't mean that mistakes don't happen, but it's a very, you

2   know, it's way better than me doing it alone, I can tell you

3   that.

4   Q.   In fact, there's someone from NERA in the courtroom

5   today; is there not?

6   A.   That's correct.

7   Q.   All right.  Do you have an understanding, Professor Baye,

8   of the substance of Plaintiffs' allegations regarding

9   Defendants' conduct in this case?

10  A.   Yes, sir, I do.

11  Q.   Please describe to the jury your understanding of

12  Plaintiffs' allegations regarding Defendants' conduct in this

13  case?

14  A.   Well, there's kind of three elements.  One is, what I

15  would term as kind of short-term supply measures, things like,

16  you know, emergency flock reductions, things like that, to

17  reduce output and raise prices.  That's one of the

18  allegations.

19       The second concerns the UEP Guidelines, UEP

20  Certification, the impact of that on output.  And the fact

21  that that, in terms of the Plaintiffs, was a mechanism that

22  through the UEP and the Plaintiffs were able to elevate prices

23  through output reductions.

24       And then third is, you know, short-term export

25  programs administered through the USEM.

```
 1   Q.   Were you asked to use your economic training and
 2   experience and review the record in this case to determine to
 3   what extent, if any, did Defendants' challenge conduct reduce
 4   the output of eggs in the United States?
 5   A.   I did.
 6   Q.   Did you do that work?
 7   A.   I did.
 8   Q.   Did you form opinions?
 9   A.   I did.
10   Q.   Are you prepared to testify today with respect to those
11   opinions?
12   A.   Yes, sir.
13   Q.   Were you asked to use your economic training and
14   experience and review the record in this case to determine to
15   what extent, if any, did the egg prices increase as a result
16   of Defendants' alleged unlawful conduct?
17   A.   Yes.
18   Q.   Did you do the work?
19   A.   I did the work.
20   Q.   Did you form opinions?
21   A.   I formed opinions.
22   Q.   Are you prepared today to explain to the jury your
23   opinions?
24   A.   I'll do my best to explain it.
25   Q.   Sir, were you asked to use your economic training and
```

1    experience and review the record in this case to determine to

2    what extent, if any, did Plaintiffs -- did each Plaintiff pay

3    more for eggs because of Defendants' alleged unlawful conduct?

4    A.   Yes, sir.

5    Q.   And did you do that work?

6    A.   I did.

7    Q.   Did you form opinions?

8    A.   I did.

9    Q.   Are you prepared to explain to the jury today your

10   opinions?

11   A.   Yes.

12   Q.   What materials did you consider in forming -- withdrawn.

13            What materials did you consider in doing your work

14   and forming your opinions?

15   A.   Well, I, you know, first of all, I just used my general

16   economic knowledge, the training that I've had over my career

17   and the stuff I learned at the FTC and so forth.  In terms of

18   the specifics of this case, I relied on Government data from

19   the USDA.  I relied on data on egg prices from Urner Barry,

20   who reports wholesale prices for many dozens of different

21   types of eggs and egg products.  I looked at the discovery

22   database, had access to the discovery database.  I had access

23   to a variety of depositions.  I had -- I mean, I just looked

24   at all of the information that was available.  I couldn't look

25   at every piece of it, but I did searches for key terms and so

1    forth.  That's the way I typically try to comb through large

2    documents.  So I looked at large volumes of documents, but,

3    you know, I didn't read like every single word of every

4    document.  Some of the documents my staff reviewed and then

5    pointed me to.  But that's basically the way I do economic

6    research.

7    Q.   Okay.  I want to review with you then, at least some of

8    the opinions that you have -- you have reached in connection

9    with the work that you did.

10        MR. BLECHMAN:  We have some demonstratives, Your

11   Honor, if I may, just for a moment, hand them to counsel, and

12   may I hand them to the witness as well?

13        THE COURT:  Yes.

14        MR. BLECHMAN:  Thank you.

15   BY MR. BLECHMAN:

16   Q.   Professor Baye, you explained earlier that included in

17   your assignment was -- you were asked to determine, To what

18   extent, if any, did Defendants' challenge conduct reduce the

19   output of eggs in the United States?

20        And you explained that you have done that work and

21   reached an opinion, correct?

22   A.   That's correct.

23   Q.   Would you please explain to the jury in summary form what

24   is your opinion, sir.

25   A.   Well, it's the first bullet here.  Do you want me to read

1    it or --

2    Q.   Well, you can, sure.

3    A.   The alleged unlawful conduct caused the market output of

4    eggs to be 2.1 to 5.5 percent lower than it otherwise would

5    have been.

6    Q.   Than it otherwise would have been.  That phrase, what

7    does that mean:  Than it otherwise would have been?

8    A.   That's supposed to make it easy because the term we used

9    at FTC was the but-for world.  So in an antitrust matter, the

10   question isn't whether egg production went down or whether egg

11   production went up.  Because, you know, the egg production

12   could be rising for lots of different reasons that are

13   unrelated to the conspiracy, and it may well be that the

14   conspiracy just slowed the rate of increase in that output,

15   okay.  So the but-for world is the world that would have

16   existed but for the alleged conduct.

17   Q.   All right.  Now, in connection with doing your analysis,

18   did you also look at -- I'm going to use some economic terms

19   here -- elasticities and relevant market?

20   A.   Absolutely, that's very, very important in a case like

21   this.

22   Q.   So first let's set some definitions and then we'll move

23   to what you found.  What does elasticity or inelasticity mean

24   as an economist, Professor Baye?

25   A.   As an economist, it's just a measure of how sensitive

1    consumers are to price changes.  If demand is elastic, it

2    means if a firm raises price just a little bit, a whole bunch

3    of people quit buying the product, okay.  If demand is

4    inelastic, if the price rises a lot, people don't cut their

5    consumption very much.  So typically, you know, products that

6    are relatively small components of your budget tend to be very

7    inelastic, like bubble gum used to be the classic example back

8    when it was a penny -- anyone on the jury -- anyway, I forget

9    that I'm not teaching, but you used to put a penny in a bubble

10   gum machine and get a ball of gum.  If you doubled the price

11   of bubble gum from a penny to two pennies, that's 100 percent

12   increase in the price of bubble gum, but it's not going to

13   lead to the huge reduction in the number of balls of gum that

14   you sell.  That's the intuitive notion of inelasticity.

15   Q.   Relative market, that's another term we're going to turn

16   to next, but in summary form, would you please explain to the

17   jury what does relevant market mean?

18   A.   Relevant market is simply that the product and the

19   geographic area where one would find anticompetitive effects,

20   if they existed.

21   Q.   Okay.  And in connection with the economic work you did

22   in this case, did you form any opinions about whether eggs are

23   inelastic or elastic in terms of demand and what the relevant

24   market is?

25   A.   I determined that the -- using documents and econometric

1    analysis, I determined that demand for eggs is very inelastic,

2    not surprisingly, and I determined that the U.S. and eggs are

3    the relevant geographic and product market.

4    Q.   Okay.  In connection with your work, you also explained

5    that you were asked to determine to what extent, if any, did

6    egg prices increase as a result of the Defendants' alleged

7    unlawful conduct, and you did that work, did you not?

8    A.   I did.

9    Q.   And what did you find?

10   A.   I found that because the demand for eggs is highly

11   inelastic, even a small reduction in output would lead to a

12   large increase in price.

13   Q.   You also explained that you were asked to determine to

14   what extent, if any, did Plaintiffs pay more, did each

15   Plaintiff pay more for eggs because of the Defendants' alleged

16   unlawful conduct, and you formed opinions on that subject,

17   correct?

18   A.   That's correct.

19   Q.   And what, in summary form, did you find?

20   A.   I found that the Plaintiffs paid higher prices to

21   co-conspirators, including Rose Acre, as a result of the

22   alleged unlawful conduct.

23   Q.   Speaking of Rose Acre, the jury has heard testimony

24   during this trial of Rose Acre's contention that it increased

25   its production of eggs.  And my question to you, which we'll

1    cover in more detail, is:  Would evidence that Rose Acre or

2    any other producer increased its own production contradict

3    your conclusions?

4    A.   No, it would not.

5    Q.   Would you please explain to the jury why it would not.

6    A.   Yeah, the question in a conspiracy is whether the

7    conspiracy, which, in this matter, based on my economic

8    training, is really hinged around the UEP, okay, the United

9    Egg Producers.  And through -- if through the UEP the overall

10   production of eggs fell and Rose Acre increased its output a

11   little bit, if it's just a drop in the bucket relative to the

12   whole market, it's not going to offset the reduction in output

13   that was caused by the conspiracy.

14        So there's lots of reasons that Rose Acre's output

15   could increase.  It could acquire smaller firms that might not

16   be able to adhere to the guidelines.  It's cost -- as cost

17   effectively as a larger firm.  That would lead to an increase

18   in output through acquisition.  That wouldn't be an increase

19   in output even if one ignores the fact that you have to look

20   at total output.

21   Q.   Did you write a report and -- and supplemental reports in

22   connection with your work in this case?

23   A.   Yes, I did.

24   Q.   All right.  And when did you write your initial report?

25   A.   Well, I mean, I started writing it in about 2010.  I

1    mean, everything is, like, ongoing.  As I'm learning new

2    facts, they go in there before I forget them.  My random

3    access memory is not particularly good.  So I like to put them

4    in my report.  So I started then and I think started getting

5    close to a final version of my report around 2000 -- I'm going

6    to guess.  I don't remember.

7    Q.    Just approximate.

8    A.    Around 2014, and I think I filed my report in 2015 in

9    this case.

10   Q.    And did you do some subsequent supplements to that

11   report?

12   A.    I did, as a result of some -- some legal opinions of the

13   Court on matters that are above my understanding.

14   Q.    All right.  I want to just -- as a demonstrative, just

15   give you your reports and if you need them as aids in

16   testifying, you'll tell me, and hopefully that will speed

17   things up.

18            MR. BLECHMAN:  Your Honor, may I approach?

19            THE COURT:  Yes.

20   BY MR. BLECHMAN:

21   Q.    Professor Baye, in preparing your reports, did you do

22   your own analysis?

23   A.    Yes, I did.

24   Q.    Does that include data analysis?

25   A.    It includes data analysis.

1   Q.   Did you do your own writing?

2   A.   I write my own reports.  That doesn't mean that I don't

3   have staff to correct my errors and typos and stuff like that,

4   but, yes, I write my reports.

5   Q.   So all that stuff there, yea thick, that's yours?

6   A.   That's mine.

7   Q.   All right.  Have you been reading that -- the court

8   reporter in this case, who is seated in front of you, has been

9   transcribing the proceedings in this trial every day, and

10  fortunately, because of her efforts, the lawyers in this case

11  get a copy of that transcript at the end of every day.

12          My question to you, Professor Baye, is have you been

13  reading the daily transcripts of this trial up until today?

14  A.   I have.

15  Q.   Okay.  Let's turn to the first of several of your

16  opinions regarding whether Defendants' alleged anticompetitive

17  conduct reduced output of eggs in the United States.

18          Did you consider flock size, sir, in determining

19  whether, if at all, the Defendants' alleged anticompetitive

20  conduct caused a reduction in the market output of eggs?

21  A.   Yes.  That's the first thing I looked at.

22  Q.   Why flocks -- well, first of all, flock size, just give

23  us a primer.  What is it?

24  A.   Flock size is -- in terms of what I'm doing is looking at

25  USDA data on the number of -- the size of flocks that are

1    producing eggs for human consumption.  So that includes caged

2    eggs and also cage-free eggs, specialty eggs.

3    Q.    Why look at flock size?

4    A.    Well, because in an industrial organization in antitrust,

5    you want to link the alleged allegations to the institutional

6    features of the case.  So in this case, if the allegations are

7    correct, it would have -- it would have impacted prices, at

8    least in terms of the UEP certification and the

9    UEP Guidelines, through flock sizes, because if you impose

10   cage space restrictions, backfilling ban, those types of

11   things, it's going to reduce the number of hens per cage and

12   then the question is did it have an effect or did it --

13   expansions by other inference or existing firms offset the

14   reduction, or were there productivity enhancements because

15   you're putting fewer hens.  All of those things are empirical

16   questions that you want to look at empirically, and the

17   starting point as a matter of economics is to look at layer

18   hens because they are the key input in producing eggs.

19   Q.    How did you use flock size in determining whether, if at

20   all, the Defendants' unlawful conduct caused a reduction in

21   market output of eggs?  What did you do?

22   A.    Well, the first thing I always do in a case like this is

23   just plot the raw data and see what it looks like.

24   Q.    Did you prepare a graph to see what it looks like?

25   A.    I did.

1          MR. BLECHMAN:  If we can please put up Slide 2.

2    This is in the demonstrative packet that all counsel have at

3    this point.

4    BY MR. BLECHMAN:

5    Q.   Professor Baye, do you see on the screen in front of you,

6    or on the hard copy, whichever is easier, sir, for you to look

7    at and use, do you see slide Number 2?

8    A.   I do.

9    Q.   And this is titled Total Flock Size With Linear --

10          MR. BLECHMAN:  Has this been published to the jury?

11    I just want to make sure it's on the screen, Your Honor.

12          THE COURT:  Yes.

13          MR. BLECHMAN:  Okay.  Thank you very much.

14    BY MR. BLECHMAN:

15    Q.   Professor Baye, Slide 2 is titled Total Flock Size With

16    Linear Trends 1990 Through 2012.

17          Do you see that?

18    A.   I do.

19    Q.   Would you please explain to the ladies and gentlemen of

20    the jury what is showed on this demonstrative.

21    A.   Yes, so on the horizontal axis, those are the years

22    starting from 1990, going all the way up to 2012, and on the

23    vertical axis -- that's the one that goes up and down -- I've

24    got the total flock size, the number of layers in millions;

25    but what this graph does it just plots USDA data on the number

1    of linear hens.  And what you see, if you just look at that

2    blue line -- let's see if I can make this work.  If you look

3    at this part of the curve right here -- is that working?

4    Q.    It's working.

5    A.    Okay.  Miracles do happen sometimes.  So if you look at

6    that part of the curve, I mean, it's pretty clear that there's

7    this constant upward trend in egg -- in the number of layer

8    hens, right?  And that's kind of what you would expect given

9    the nature of the industry.

10          But what's curious here -- see if I can get rid of

11   that -- if you look at this period right here, notice that the

12   total number of eggs here in 2012 is certainly higher than the

13   number of eggs in 2002, 2003.  There's clearly a different

14   trend there.  So the first thing I see when I look at this is,

15   gee, they're -- based on just looking at the data, there's a

16   change in the pattern of the data.

17          So what you can do, in fact, is you can show that

18   those trends are statistically different.  So what I have here

19   is two trend lines.  This is one trend line, and this is

20   another trend line right here.  And so what I did is just a

21   simple statistical test just to get things started to see if

22   those trends and the number of layers are statistically

23   different, and I concluded, based on standard econometric

24   procedures, that those -- those two lines are statistically

25   different in terms of their slope.  Something changed.

1   Q.   I wrote this down, because I heard in your answer that in

2   explaining the diagonal line, the blue line, that you

3   explained that that's what you would expect given the nature

4   of the industry.

5            Do you recall, generally?

6   A.   I do.

7   Q.   I'd like the jury to understand what you mean when you

8   say that that's what you would expect given the nature of the

9   industry.

10  A.   Well, again, I just want to be very clear, I'm just

11  talking at a very high level here.

12  Q.   I understand.

13  A.   We're talking about how I started out.  So I'm thinking

14  eggs are relatively inexpensive.  My wife's a thrifty shopper

15  and if the price of eggs go up, she might quit buying them,

16  but a lot of people will continue to buy eggs because they're

17  relatively inexpensive if the price of an egg goes from a dime

18  an egg to $0.11 an egg, right?

19           So what you might expect is that a big driver of the

20  total number of layer hens in the country is going to be

21  what's happening to the population, what's happening to

22  income.  If you have kind of steady population growth or

23  steady income growth over time, you would expect to kind of

24  have a growing layer flock.

25           But again, that's not scientific, but I always

1    approach data from the real-world perspective and then kind of

2    drill down on the institutional details that allow me to

3    scientifically form a judgment.

4    Q.    By "population," are you referring to the U.S.

5    population?

6    A.    Yes, U.S. population.

7    Q.    And just another in a long line of acronyms here, make

8    sure we all understand, USDA?

9    A.    U.S. Department of Agriculture.

10   Q.    Okay.  What, if anything, do you take away from Slide

11   Number 2 here, Total Flock Size With Linear Trends 1990 to

12   2012?

13   A.    That there's a change.  And in terms of what I'm

14   interested in as an economist is, you know, what caused the

15   change.  Lots of things could lead to that difference, right?

16   It could be that feed costs went up, it could be that we had

17   the Great Recession.  It could be -- you know, it could be a

18   whole host of things or it could be a conspiracy.

19          I'm agnostic as an economist on whether the

20   conspiracy caused or did not cause this, but I'm just looking

21   for all the economic factors that could have contributed to

22   these declines because ultimately you can't prove anything by

23   just looking at a simple graph.  You've got to do statistical

24   analysis to examine that but-for world, that otherwise point

25   that we talked about earlier.

1    Q.    Okay.  Then in addition to this linear trend analysis --
2    would this be called a linear trend analysis, by the way?
3    A.    The two lines would be simple linear trend analysis, yes.
4    Q.    All right.  In addition to the linear trend analysis, you
5    explained you didn't stop there.  So tell us, what then did
6    you do next?
7    A.    Well, I began reading the documents to understand what
8    was going on in the industry around this time so that I could
9    better understand, you know, what was causing the change in
10   the number of layer hens, and that ultimately led to the
11   development of an econometric model that allowed me to examine
12   the impact of certain -- certain elements of the record while
13   controlling for other factors that might have contributed to
14   the decline.
15   Q.    What is an economic model --
16   A.    Okay, well --
17   Q.    -- in lay terms?
18   A.    In lay terms, it's a mathematical relationship between
19   one set of variables like population and another set of
20   variables like the number of layer hens.  A more sophisticated
21   model would include other variables like the price of feed and
22   a whole host of other variables, but that's the idea of an
23   economic model.
24   Q.    Did you create a model for testing the record in this
25   case?

1    A.    I used many models to test the record in this case.

2    Q.    All right.  Well, did you -- did you create a model --

3    how do you estimate the conspiracy effect from a model?

4    A.    Well, what you do is you look at events and you would

5    examine whether those events led to a change in behavior.  So,

6    for example, just as a hypothetical -- can I give a

7    hypothetical to explain?

8    Q.    Please give a hypothetical.

9    A.    In this case, imagine the record was that starting in

10   about 2003, 2004, a bunch of egg producers got in a

11   smoke-filled room and decided to jack up prices, unilaterally

12   raise all their prices in a coordinated fashion, and the

13   record demonstrates that's exactly what they did.

14          Then what one would do is -- just taking that as a

15   given, I can't prove they met in a smoke-filled room and did

16   anything, but I can say if that's your hypothesis, I can test

17   whether that event led to a change.  Of course that fact

18   pattern doesn't fit this case, but that's the idea of how you

19   build a model.

20          So in this case, the evidence doesn't suggest it was

21   done by -- in a smoke-filled room and that makes perfect

22   sense.  There are many, many egg producers, right?  So if

23   there were only two or three egg producers, you know, like a

24   handful of airlines, for example, then you might worry a

25   little bit about whether they met in a smoke-filled room.

1    Airlines set prices.  These guys are effectively

2  producing output, and the market is determining what the price

3  is based on the output.  So using my economic training, I

4  wouldn't use that first method.  What I would do is I would

5  look at a model that accounts for the way prices are formed in

6  this market.

7  Q.   Did you -- I'm sorry.

8    Did you, in fact, prepare such a model?

9  A.   I did.

10 Q.   What are the components of that model?

11 A.   The components of the model include the dates at which

12 each of the restrictions imposed by the UEP Guidelines went

13 into place.

14 Q.   Let me stop you there for a second.  Have you prepared a

15 slide to explain this?

16 A.   Oh, yes, absolutely.

17    MR. BLECHMAN:  All right, if we can move to Slide 3,

18 please.

19 BY MR. BLECHMAN:

20 Q.   Please tell us, first, what is Slide 3, and then continue

21 with your answer about how this model applied to your work.

22 A.   Right.  So these restrictions here, think about those as

23 being analogous to the smoke-filled room example that I gave

24 you.  These are the dates on which the cage space restrictions

25 by the UEP would have impacted the number of layer hens.

1    Okay.  So Restriction 1 is August 2002, which is four months

2    after that first cage space restriction went into place.  That

3    was applied to pullets that were born basically four months

4    before that.  And you have the cage space size and so forth.

5    During Restriction Period 1, towards the tail end of that

6    there's a little asterisk that indicates that the hundred and

7    first -- the hundred and first -- the 100% rule was first

8    applied at the tail end of this period.  So that first

9    restriction is capturing the effect of the cage space

10   restrictions coupled with a little bit of that data, including

11   the 100% rule.

12        Restriction 2 then is an indicator that's going to

13   see what impact -- what happened to flock size during that

14   period and so on down to Restriction 5.

15   Q.   Okay.  And let's just cover the fields here.  Date

16   applied, what is that?

17   A.   The date applied is when the indicator is turned on, when

18   that variable is one instead of zero.

19   Q.   All right, and the minimum average space per hen, is that

20   from the UEP Guidelines?

21   A.   That's from the guidelines, yes.

22   Q.   And then the next column reads:  100% rule in effect.

23   What do we take from that column?

24   A.   Well, again, this is whether the 100% rule was in effect

25   during each one of these restrictions.  And what you see is it

1    was fully in effect in Restriction 2 through Restriction 5.

2    Q.    And the last column reads:  Backfilling ban.  Does it

3    not?

4    A.    It does.

5    Q.    What does that reference refer to?

6    A.    It references whether the backfilling ban was in place

7    during that restriction period.  So the backfilling ban was

8    imposed by the UEP sometime during this Restriction 3 period,

9    and then was in place during Period 4 and Period 5.

10   Q.    If you've explained this, then I apologize.  I didn't

11   catch it.  You've got in the first field, it says:  Indicator?

12   A.    That's correct.

13   Q.    All right.  What does indicator mean?

14   A.    It indicates whether a restriction was in place or not.

15   Q.    All right.  And do the -- do you link the indicators to

16   the facts in the case in the industry and the conduct here?

17   A.    Absolutely.

18   Q.    How do you do that?

19   A.    In terms of data analysis, the indicators in statistical

20   terms are going to be zeros and ones.  I can't do mathematics

21   using words, right?  So the standard practice is to use

22   indicators.  So what these indicators are, are zeros and ones

23   depending upon whether these different restrictions are in

24   place.  But the zeros and ones just didn't come out of thin

25   air.  They're linked to the documentary record on when these

1    cage space restrictions went in place.

2    Q.   I note in Restriction 1 the date applied is August 2002;

3    do you see that?

4    A.   I do.

5    Q.   Why did you start with August 2002 and not an earlier

6    time period?

7    A.   Because this is the first month when a day-old hitch

8    would have entered production under the stated guidelines.

9    Q.   Did you run a regression with these indicators

10   controlling for any other potential effects?

11   A.   I ran lots of regressions with these indicators

12   controlling for lots of other possible factors that would

13   influence it.

14   Q.   Have you prepared a slide that identifies other potential

15   effects that you control for in your regression model?

16   A.   Yes.

17           MR. BLECHMAN:  If we could turn to Slide 4, please.

18   There we go.

19   BY MR. BLECHMAN:

20   Q.   Tell us what we're looking at in Slide 4, Professor Baye.

21   A.   Okay, the thing that is in the background there is all

22   the different specifications that I considered.  I considered

23   a whole different set of controls that might possibly explain

24   that pattern in flock size that I observed in the raw data,

25   okay.  And what I have here is highlighted all the different

1   variables that I've accounted for in these various regressions

2   on flock size.  So the first one -- do you want me to explain

3   each one?

4   Q.   Well, I do, but let me ask you a question first.  You've

5   used the word "control" --

6   A.   Um-hum.

7   Q.   -- in referring to these items that are listed in Slide

8   4.  What do you mean by "control"?

9   A.   Okay.  A control is going to control for other factors

10  that influence flock size.  So clearly, feed costs you'd

11  expect to influence flock size, right?  So maybe flock size

12  fell because feed costs increased substantially starting in

13  2003.  If I -- if I control -- if I include feed costs as an

14  explanatory variable, if it explains the reduction in flock

15  size and the indicators don't, then that means that it's

16  explained by that variable, right?  So the control means, it

17  allows me to rule out the possibility that it was feed costs

18  that caused that reduction instead of something else.

19  Q.   All right, so now let's, if we could, go through the

20  items that you've listed here in Slide 4 that you have control

21  for to eliminate the possibility that any one or more of them

22  explains the results that you see in your model, starting with

23  real feed cost.  You've already covered that, have you not?

24  A.   That's correct.

25  Q.   All right, the next I see here is electricity.  Tell us

1    what you mean -- I mean, we all have an understanding of what
2    electricity is, but in the context of this control, tell us
3    what you're doing here, please.
4    A.    Fans in henhouses, just the cost of operating a henhouse,
5    you might imagine that that matters a little bit, and so you
6    include that as a control to control for the possibility that
7    the reason we observed this decline in layer flocks is because
8    there was a huge increase in the price of electricity that
9    induced farms to have fewer layers.
10   Q.    Okay.  The next item that you control for is GDP.  What
11   does that mean and why did you control for it?
12   A.    Real GDP is kind of a standard control that you would use
13   in a model like this because it's a parsimonious -- simple
14   way, convenient way of controlling for two things in one.  It
15   controls for changes in population and it controls for changes
16   in income.  So GDP is just a measure of the total value of
17   goods and services that are produced in the U.S.  So as
18   incomes go up, real DGP goes up.  As population goes up, GDP
19   goes up.  So real GDP is a way of controlling both for
20   population and possible events like recessions when GDP falls.
21   Q.    The next item you have here that you control for is time.
22   Once again, I think we all have an idea what time means, but
23   explain what you mean in the context of your model.
24   A.    Yeah.  So time -- you know, it's impossible to build an
25   economic model that controls for every possible possibility

1  you could concoct to explain away a change in flock size or

2  any other variable that you're interested in examining.  And

3  so a standard practice in economics is to use time as a

4  control for allowing, you know, unobserved variables that you

5  haven't explicitly controlled for to change over time.  So you

6  can include time, you can include time squared that allows for

7  various patterns in movements of variables that you haven't

8  explicitly controlled for.

9          And in this case, the time and time squared

10 variables control for the possibility -- among other things

11 that I do, control for the possibility that, you know, changes

12 in animal welfare concerns impacted the demand for eggs and,

13 therefore, the number of layers.

14 Q.  So on that note, just as long as you bring it up, the

15 Defendants contend that if hens have a little bit more space,

16 they produce more eggs.  To what extent, if at all, do you

17 control and account for that contention in your model?

18 A.   Well, I'll first state that that contention is

19 inconsistent with the documentary record that I reviewed.

20 Just ballparking it.  The work by Don Bell suggested that if

21 you go from four hens to three hens in a standard-sized cage,

22 that each hen will produce ten more eggs.  That's the

23 productivity increase.  So you put fewer hens in a cage, you

24 get ten more eggs.  Typical hen lays on the order of 230

25 hens -- 230 eggs a year.  So if you take one hen out, you're

1   losing 230 eggs from that hen, you're gaining 30 eggs from the

2   increased productivity.  According to Don Bell, the overall

3   effect is to reduce the number of eggs.  But in this case,

4   econometrically I'm just going to be agnostic about whether

5   these reductions lead to more eggs or not, but the flock size

6   model is not going to answer that question.

7   Q.   Okay.

8   A.   That's why I'm going to ultimately look at egg production

9   to see what happens.

10  Q.   All right, then we'll get to that subject there.

11       On the subject of time, when we're looking at these

12  controls, you also mentioned time squared.  And we don't need

13  to go through all time again, but what does time squared mean?

14  A.   It's just -- you take the date and you square it.

15  Q.   All right.  You've covered feed costs but you have a

16  reference to lag five feed costs.  What does that mean and

17  what is the difference between it and lag four feed costs or

18  just feed costs?

19  A.   Right.  So a critical question in any economic matter

20  like this, is, you know, what information do producers have

21  when they're making relevant decisions, right?  So if the

22  price of eggs jumps today, there's not a whole lot an egg

23  producer can do to take advantage on that, right?  Those are

24  more long-term decisions.

25       So what I have here is, just as a robustness check,

1    I use a variety of different lags of these key variables, you

2    know, a four-month lag, that assumes that producers' decisions

3    are made four months before actual prices are made.  I

4    consider five-month lags and I also consider, you know,

5    contemporaneous levels.  That is assuming that they can

6    instantaneously react to the current price.  So I want to

7    ensure that whatever conclusions that I arrive at are robust

8    to using different measures of the information that egg

9    producers would have had at the time they made their

10   decisions.

11   Q.   All right.  That answer helps us understand what lag four

12   and lag five means, so I can -- I don't have to cover the same

13   subjects with lags.

14        And I think the next one that I see here then would

15   be population.

16   A.   Yeah.

17   Q.   Tell us -- tell us -- we know what population -- human

18   population means in the U.S., but tell us what it means in the

19   context of the model and as a control, please.

20   A.   Yeah, so in this case, I told you that a parsimonious way

21   for controlling for population is to use real GDP.  Well, just

22   to make sure that that parsimonious way of doing that work and

23   it wasn't leading to implications of a model where an artifact

24   of that modeling assumption, I also ran specifications where I

25   included population as a separate control.

1  Q.   Why does that matter?

2  A.   Just to verify that my findings aren't predicated on the

3  model being misspecified.

4  Q.   You also have a reference as a control here to soybean

5  price.  Tell us what that is.

6  A.   Yeah, so in my parsimonious specification, I used one

7  variable to represent the real feed cost.  That's a fixed -- a

8  fixed menu of corn and soybean based on the documentary

9  record, the mix of corn and soybeans that are used.  It allows

10  me to use a single variable as a control.  But to ensure that

11  that approach and the information of the documentary record

12  weren't leading to misleading results, I also separately ran

13  models where I separately included real soybean prices and

14  real corn prices, effectively allowing for the possibility

15  that maybe egg producers substituted between corn and soybean

16  depending upon the prices that they had to pay for those

17  products.

18  Q.   Did you also control for diesel price?

19  A.   I did.

20  Q.   Did you control for fed fund rate?

21  A.   I did.

22  Q.   Tell us what that means.

23  A.   Yeah, so the two that are probably mysterious here would

24  be the TED and the federal funds rate, those are really

25  measures -- the federal funds rate is kind of -- kind of an

1    accepted measure of macroeconomic activity.  Accepted thought

2    that ups and downs in the macroeconomy, the economy as a whole

3    is impacting the number of layers that are in production, then

4    that is going to be a way to control for that possibility.

5          The TED spread is a measure of credit availability.

6    So, you know -- and the reason I included that is, you know,

7    you do have the great recession, that is during this period,

8    and I wanted to be -- I'm controlling for it through real GDP,

9    but I wanted to use other controls to ensure that my results

10   weren't being driven by the great recession.  So by including

11   the TED spread, I'm controlling for the fact that basically

12   credit markets completely dried up during 2000 -- about the

13   time I left the FTC.

14   Q.   Do you also have references here to controlling for

15   intercept and monthly dummies?  Which I don't know what that

16   is, so help us understand.

17   A.   The intercept is just the constant in the regression.  I

18   mean, it's just like many people -- maybe the number of flocks

19   would be constant and then change over time as a function of

20   changes in other variables.  That's what the intercept is.

21         The monthly dummies recognize that egg production,

22   egg consumption is seasonal.  You don't consume the same

23   number of eggs around Easter time that you do at some other

24   time, for example.

25   Q.   So regarding population, just if we go back to that for a

1    second, you control for changes in the population in your

2    model; is that right?

3    A.    That's correct.

4    Q.    And what effect would that have on egg output?

5    A.    Again, you might expect that if -- if producers expected

6    the population to grow, that they'd want to have more layers

7    to accommodate more people needing eggs.

8    Q.    What effect would you expect there to be, or difference,

9    if any, would you expect there to be were there a conspiracy

10   or were there not in terms of population and the output of

11   eggs?

12   A.    I'm not sure I understand the question.

13   Q.    Well, let me try there.  Can you think of any examples

14   about changes in -- other than changes in population that --

15   by way of an analogy, to explain the fact that there's more

16   people may or may not indicate whether there's a conspiracy?

17   A.    Well, whether there's a conspiracy or not is going to be

18   all be driven by --

19   Q.    Whether it has an effect.  Excuse me.

20   A.    Right.  So whether a conspiracy has effect aren't going

21   to be measured by these variables here.  These are controls to

22   ensure that the variables that I do examine, in fact, are

23   capturing what I'm trying to capture, and that is the impact

24   of the cage space restrictions and ultimately the backfilling

25   ban.

1   Q.   So the question I'm inartfully trying to get to is:  How

2   can there be an anticompetitive effect from the Defendants'

3   alleged unlawful conduct if the flock size increased during

4   the conspiracy with population growth?

5   A.   Again, it's that but-for question that I raised earlier.

6   Just because the flock size in 2012 is greater than the flock

7   size is in 2002 doesn't mean the conspiracy didn't have an

8   effect.  So by way of an example, imagine that -- imagine that

9   a bunch of employers in the Philadelphia area all got together

10  and conspired to reduce annual salary increases, cost of

11  living increases from, say, 3 percent to 1 percent.  Right?

12  Well, in the but-for world, without the conspiracy, everyone

13  would get a 3 percent raise.  With the conspiracy, they only

14  get a 1 percent raise.  It wouldn't be a valid economic

15  defense to say, gee, everyone's getting paid 1 percent more

16  this year than last year; therefore, there can't be a

17  conspiracy.

18        That's the reason you want to control for these

19  things and ultimately see what the world would have looked

20  like in the but-for world.  So these -- these are going to

21  allow me to predict what prices would look like in the but-for

22  world.

23  Q.   Professor Baye, did you run regressions with all of the

24  controls that you've covered with the jury here?

25  A.   I ran a variety of different regressions with different

1    combinations of these controls.

2    Q.   Have you prepared a demonstrative slide to show your

3    results?

4    A.   I have.

5    Q.   If we could please turn to Slide 5.  Slide 5 is titled

6    Percent Reduction of Flock Size; is that correct?

7    A.   That's correct.

8    Q.   Would you please tell the jury what -- well, let's go

9    through this, if we could.

10             The first field is Restriction, correct?

11   A.   That's correct.

12   Q.   That has the same meaning as the restriction we saw

13   earlier?

14   A.   That's right.

15   Q.   And then we have Effective Date, same meaning?

16   A.   That's right.

17   Q.   And Minimum Cage Space Per Hen, same meaning?

18   A.   Absolutely.

19   Q.   And here now we have:  Percentage reduction of flock size

20   and statistically significant at 99 percent level.

21             So I'll try to focus my questions on what is now

22   shown in this slide.  Please explain to the jury using Slide 5

23   the results of the regression models you ran controlling for

24   those variables that you mentioned earlier.

25   A.   Okay.  After we control for all this -- this is for my

1    parsimonious specification, just to be clear.  I've got other

2    specifications that actually show larger effects, but my

3    parsimonious specification leads to really the smallest

4    effects that we have in the data.  So what I'd like you to

5    think about is this, these numbers right here.  So let's just

6    interpret those.

7              What that 0.2 percent means, that after we control

8    for other factors, flock size was .2 percent lower during the

9    period when the UEP imposed the first set of cage

10   restrictions, when the minimum cage space went to 56 inches

11   for whites and 63 inches for the other hens.  Restriction 2

12   shows a reduction in flock size of 1.3 percent.

13   Q.   And this is February 2004 through July 2005, correct?

14   A.   That's right.  That's the first tightening of the -- you

15   know, these cage space restrictions didn't just start at one

16   period and stay the same for all time.  They started out low

17   and they ramped up over time.  So what this indicates is

18   during Restriction Period 2, the output -- I'm sorry -- the

19   flock size declined by 1.3 percent.

20   Q.   Just for purposes of completeness in the record, for the

21   period in Restriction 1, August 2002 through January 2004,

22   what percent reduction of flock size did your model report?

23   A.   Restriction 1.

24   Q.   In Restriction 1, yes?

25   A.   Reduction of flock size of .2 percent.

1    Q.   All right.  And then Restriction 2 you've now covered.

2    So take us through Restriction 3, which is the period

3    August 2005 through January 2007.

4    A.   Yeah, so, again, I think -- hopefully you get it.  So as

5    you look at these numbers, as the successively tighter cage

6    space restrictions are applied, we start observing increases

7    in the reduction of flock size.

8    Q.   Excuse me.  Were you finished?

9    A.   I can give you the numbers.

10   Q.   Sure.

11   A.   So Restriction 3, during Restriction Period 3, the flock

12   size was 3.3 percent lower than it would have been but for the

13   restrictions.  During Restriction Period 4, production -- I'm

14   sorry -- the layer flocks were 6.5 percent lower than they

15   would have been but for the restrictions.

16   Q.   And Restriction 4 covers the period February 2007 through

17   July 2008; is that correct?

18   A.   That's correct.

19   Q.   All right.  And Restriction 5, which covers the period

20   August 2008 through December 2012, what were your results

21   there?

22   A.   That flock size was 6.7 percent lower as a result of

23   restrictions imposed during that period.

24   Q.   Now, the last field -- excuse me -- the last column in

25   Slide 5 reads:  Statistically significant at 99 percent level.

1          Do you see that?

2   A.   I do.

3   Q.   Please tell us what is meant by the reference to

4   statically significance at 99 percent level?

5   A.   Yeah, so in terms of the numbers that I just explained,

6   those are what economists and econometricians call point

7   estimates.  That's my best guess, right?  And an important

8   question to ask when you do statistical analysis is how

9   confident are you in that guess.  So statistical significance

10  really relates to P values, which is the probability that I

11  would find an effect if there was no effect.  So what's the

12  probability that I find that the conspiracy reduced output

13  when, in fact, it did.

14          The answer to that question is less than 1 percent,

15  if I'm interested in kind of a 99 percent confidence level.

16  So that's the technical way to do it.  But the way I tell it

17  to my students, just so they don't get confused, is it roughly

18  means that I'm 99 percent confident that the results that I

19  have here aren't based on chance or some mistake that I've

20  made in the modeling, but are an artifact of the underlying

21  statistical copies of this.

22          So I can't say there's not some chance that

23  something else caused the decline and it wasn't the cage space

24  restrictions, but I can be highly confident that my model, in

25  fact, is predicting -- predicting these effects.

1  Q.    Does this model scientifically test for whether expansion

2  or entry offset the impact of the Certified Program?

3  A.    It allows for entry.

4  Q.    What does that mean, that "it allows for entry"?

5  A.    Okay.  So, you know, as an economist, you know, you might

6  be interested in quantifying the question exactly how much did

7  output expand as a result of entry.

8  Q.    And what output are you talking about?

9  A.    Output of layer flocks, the number of layer flocks,

10  right?  So, you know, that's asking a different question.

11  This antitrust proceeding, as a matter of economics, is about

12  did the number of eggs ultimately decline as a result of the

13  actions of the Defendants and co-conspirators, right?  It's

14  not about how much of that didn't occur because there was

15  entry.

16          So all I've got to do as a matter of econometrics is

17  allow to recognize that entry is going to occur.  The

18  documentary record clearly indicates that entry is likely to

19  occur.  Why do I say that?  Don Bell predicted that these cage

20  space restrictions would reduce layer flocks by 26.4 percent.

21  So if the UEP Guidelines had been imposed perfectly and there

22  had been no entry or no expansions or no cheating on the

23  underlying mechanism that's being implemented here, these

24  numbers would be way bigger than they are.

25          And so you ask the question:  Why is it that these

1    numbers are way smaller than Don Bell predicted would happen?

2    It's because his predictions are based on the assumption that

3    there are no other changes in the market.  These predictions

4    take into account the possibility that individual players,

5    perhaps Rose Acre, expanded their operations, and what this

6    means is even if Rose Acre happened to increase its own number

7    of hens, overall number of hens fell.  Their increase wasn't

8    enough to offset the anticompetitive effect.

9    Q.    Did you stop there, Professor Baye, in assessing whether

10   there was a change in U.S. flock size due to the Defendants'

11   alleged unlawful conduct?

12   A.    No.  I also, you know, prepared a graph to kind of do a

13   smell test of whether the predictions of this model made

14   economic sense.

15   Q.    If we could turn -- if we could turn to Slide 6 now.  Is

16   this the graph to which you were referring?

17   A.    That's the one.

18   Q.    All right.  This is titled Actual Flock Size Versus

19   But-For Flock Size, Main Specification, 1990 to 2012; is that

20   correct?

21   A.    That's correct.

22   Q.    All right.  And just again, once again, just orient us.

23   There's this term "but-for flock size."  What does that mean?

24   A.    That's the -- the flock size that would exist but for the

25   alleged conspiracy.

1  Q.   Okay.  And there's a reference to main specification.

2  What does that mean?

3  A.   That's the one I just described, the one that uses the

4  parsimonious specification.

5  Q.   Please, tell us, what does Slide 6 show?

6  A.   Okay, so let me -- I've got - I've got friends that are

7  color-blind.  So I'm not going to call out colors.  So I want

8  to just highlight this -- this curve right there.  That's the

9  actual raw data from the USDA.  That's what actually happened

10  to flock size, right?  And I told you before that you've got

11  to be real careful looking at trend lines or just looking at

12  raw graphs.  Because in this case, if you had attributed all

13  of that decline to the conspiracy, you would have grossly

14  overstated the impact of the conspiracy.

15        What the but-for price does is it traces out -- I'm

16  sorry -- the but-for flock size does is it traces out the

17  flock size that would have existed had the cage space

18  restrictions and the other restrictions imposed by the UEP not

19  been put in place.  So as you can see, this gap between these

20  lines represents the decline in the number of hens stemming

21  from the alleged conspiracy.  And so -- I'm just lecturing, I

22  guess, but if you have a question, maybe I should go back to

23  that, I apologize.

24  Q.   No, that's fine.  Did you also take a look -- you've

25  testified at some length now about flock size?

1   A.   Yes.

2   Q.   But you've also testified some about egg production.  So

3   let me turn to that subject of egg production.

4   A.   Yes.

5   Q.   And did you analyze egg production in connection with the

6   economic work you did in this case?

7   A.   I did.

8   Q.   Why?

9   A.   Because ultimately, that's the question, the number of

10  eggs declined.  If the number of eggs declined, what impact

11  would that have had on prices.  So flocks were the input to

12  produce eggs.

13  Q.   How did you analyze -- withdrawn.

14       How did you account for egg production in connection

15  with your analysis?

16  A.   I used exactly the same methodology I did before, and one

17  reason to do this is to ensure that having fewer hens in cages

18  didn't result in more eggs because the hens were happier, for

19  example.

20  Q.   Did you prepare a slide to reflect your findings with

21  regard to egg production?

22  A.   Yes.

23  Q.   If we might look at Slide 7, please.  Professor Baye, is

24  Slide 7 the slide to which you refer?

25  A.   It is.

1  Q.   All right.  This is titled Total Production With Linear

2  Trends, 1990 to 2012; is that correct?

3  A.   That's correct.

4  Q.   Now, there are a number of -- there's a dotted line,

5  there's dash lines, there's a blue line that converts to a red

6  line.

7        Tell us, please -- tell the jury what they're

8  looking at.

9  A.   Yeah, this is exactly the graph I showed you at the very

10 beginning with respect to flock size, only here I'm looking at

11 eggs, total production of eggs, and so what you see here,

12 again -- what I just observed, again, this doesn't prove

13 anything because this is just a graph.  You don't prove

14 anything scientifically by looking at a graph, okay?

15        This line right here, if you just look at what's

16 happening to the production of eggs, up until about 2002,

17 2003, it's just following that pretty straight linear trend.

18 And then when you get here to this period right here, notice

19 that it starts following a different trend.  Again, egg

20 production is higher right here than it is right here.

21 Q.   By "here," where do you mean?

22 A.   I mean in 2012, egg production is higher than egg

23 production was in 2003.

24 Q.   Okay.

25 A.   But you notice that the trend is different, right?  And

1    so as an economist, again, the first thing I do is look at raw

2    data.  The raw data, again, is telling me

3    something's happening around 2002, and again, just like I

4    explained with flock size, my job as an economist is to rule

5    out possibilities that reasonably could have led to this

6    pattern that weren't related to the conspiracy.

7    Q.   Okay.  Now, I note that in this slide, there is -- there

8    are two lines as well, one is dash line and the other is -- at

9    least in my copy, it's dotted, but it looks more solid on the

10   screen.

11        Would you tell us what those two lines reflect?

12   A.   Yeah, those are what are just referred to as trend lines

13   and that allowed me to perform a simple econometric test to

14   determine whether the slopes of those two trend lines are

15   different, and I concluded based on standard trend line tests

16   that they're statistically different, again, at the 99 percent

17   level.

18   Q.   All right.  Now, you spoke to -- you talked about linear

19   trend analysis with flock size and then a regression model

20   you've explained.  We've looked at a linear trend line, linear

21   trend analysis with regard to egg production.

22        Did you also do a regression model with respect to

23   egg production?

24   A.   Absolutely.  I did essentially the same thing I did with

25   flock size, only I tried to explain the number of eggs

1   produced.  So it's -- it's the same idea, just looking at a

2   different variable.  The number of eggs instead of the number

3   of hens to account for productivity effects.

4   Q.   Did you prepare a slide or slides to reflect the results

5   of that regression model?

6   A.   Yes, I did.

7           MR. BLECHMAN:  If we could please turn to Slide 8.

8   BY MR. BLECHMAN:

9   Q.   Tell us what is -- Slide 8 is titled -- well, disregard

10  the title.

11          What is reflected in this slide, which in smaller

12  print reads:  Production analysis, 1990 to 2012?  Do you see

13  that?

14  A.   I do.

15  Q.   All right.  And this is -- this is -- there's two boxes

16  in yellow.

17          MR. BLECHMAN:  I'm thinking let's blow those up in

18  Slide 9.

19  BY MR. BLECHMAN:

20  Q.   And then you can walk us through what we're looking at.

21  A.   Yeah.  So, again, I'm just focusing -- I ran nine

22  different models to ensure that what I'm going to talk about

23  right now is robust and doesn't change if you mix around

24  different controls and so forth.  So in this specification

25  that I call my main specification in my report, I'm looking at

1    the impact of those restrictions again, just like I was

2    looking at those restrictions in the flock-size model.  And

3    what -- I don't know how much more detail you want me to go

4    into at this point.

5    Q.   All right.  Well, we have here in the yellow box that's

6    blown up, you've covered the restrictions, the main

7    specifications, it says:  Log production.  In lay terms, what

8    does that mean?  And then I'm wondering if we have another box

9    that shows us -- there we go.

10        All right.  So we've just added on the screen:

11   Percent reduction of egg production.  And with these boxes

12   blown up out of your results, would you just walk us through,

13   at a high level, what the results are from this regression

14   model with respect to egg production.

15   A.   Yeah.  So the first thing I'll point out, let's focus

16   on -- let's focus first on these numbers right here.  And I'll

17   start with this number right here, the adjusted R-square.

18   That's a measure of how much of the variation in egg

19   production my model is explaining, right?  It's just a

20   diagnostic that econometricians and economists use to examine,

21   you know, how well a model is doing.  And what this R-squared

22   indicates is that my model is explaining over 99 percent of

23   the variation that we observe in the independent variable,

24   okay?

25   Q.   All right.  Wait.  Wait.  That's a lot of economics in

1    one sentence.  R-square and economic variables.  So in the

2    context of this case, if you would, Professor Baye, just take

3    two or three sentences, tell us what you mean by that

4    statement.

5    A.    What I mean by that is if you look at my number of

6    controls in this regression --

7    Q.    And the controls are all those things that you showed

8    them before?

9    A.    That's right.

10   Q.    All right, keep going.

11   A.    In this particular regression, I only have -- I only have

12   four controls.  I've got a control for feed costs, that's this

13   one right here; I've got a control for the price of

14   electricity; and I've got real GDP that's kind of doing two

15   things, controlling for population, recessions, income, that

16   kind of thing; and I've got time, to control for things that I

17   haven't explained with the other variables, like perhaps

18   changes in animal welfare, other factors; I also have monthly

19   dummy variables to account for seasonality in the production

20   of eggs.

21          So you can't possibly put every conceivable variable

22   into a regression and have the regression work.  There's

23   something called the degree of freedom problem.  So what the

24   R-squared is telling us is, okay, with this model, how much of

25   the variation in egg production am I explaining?  I'm

1    explaining 99.1 percent.  So you say, okay, well, is it

2    possible that there's some other variable that I've excluded

3    that might be important?  Anything's possible.  But based on

4    that diagnostic, and other diagnostics that I've performed,

5    those possibilities are unlikely to materially impact the

6    conclusions that I have, and that's reinforced by the fact

7    that I do this across nine different specifications.  I do it

8    for flock size, as we just discussed, I now do it for egg

9    production and I use a host of other methods as well.  But

10   that's the first number there.

11   Q.   All right.  And just going through Slide 9, in summary

12   fashion, for Restriction 1, that's August 2002 to

13   January 2004; is that correct?

14   A.   That's correct.

15   Q.   And this is -- this is reporting on the results of your

16   model with respect to changes, if any, in the egg production,

17   the egg supply in the United States, correct?

18   A.   That's correct.

19   Q.   All right.  And for that time period, what percent

20   reduction of egg production does the model report?

21   A.   The point estimate is .2, which is a tiny reduction in

22   the production of eggs.

23   Q.   For Restriction 2, February 2004 through July 2005, what

24   is the percent reduction of egg production reported by the

25   model?

1   A.   .6 percent reduction.

2   Q.   Restriction 3, for the period August 2005 through

3   January 2007, what is the model report for the percent

4   reduction of egg production in that time period?

5   A.   2.4 percent.

6   Q.   For Restriction 4, which is February 2007 through

7   July 2008, what is the percent reduction of egg production

8   reported by your model?

9   A.   5.5 percent.

10  Q.   Restriction 5, which is the time period August 2008

11  through December 2012, what is the model report as the percent

12  reduction of egg production for that time period?

13  A.   5.2 percent.

14  Q.   All right.  A few questions, if I might, Professor Baye.

15  I note on the left side of -- are you there?

16  A.   Yeah.

17  Q.   I note on the left side where it says:  Main

18  specification log production for Restriction 4 -- this is

19  technical stuff, I apologize, but I want to just explain this

20  -- or understand this.

21       The number there is negative 0.056 and in

22  Restriction 4 the number there is 5.5 percent.  Why the

23  difference, sir?

24  A.   It's just a technical -- I mean, the numbers -- the

25  coefficients would exactly match the percent changes if the

1    percent changes were very small.  When percent changes get

2    larger, there's a slight difference in the coefficient and the

3    actual percentage effect, and I've accounted for that in the

4    right-hand side.

5    Q.   And is your answer the same for Restriction 5?

6    A.   That's correct.

7    Q.   In the last column on the right-hand box, there's a

8    reference to:  Statistically significant at the 99 percent

9    level.

10        Do you see that?

11   A.   You're talking about this right here?

12   Q.   I am, yes, sir.

13   A.   Yes.

14   Q.   All right.  And you've already explained to the jury what

15   that means.  Is this definition of this column with

16   statistical significance at the 99 percent level have the same

17   definition you explained to the jury already?

18   A.   Yes.

19        THE COURT:  Mr. Blechman, would this be an okay time

20   for me to interrupt you and let the jury have a 10, 12-minute

21   break?

22        MR. BLECHMAN:  Yes, Your Honor.

23        THE COURT:  Okay, so we'll do that, folks.  Please

24   enjoy the break.  Come back in 12, 15 minutes.  Again, please

25   do not discuss the case, but we'll resume at the end of the

1    break.

2                THE DEPUTY CLERK:  All rise.

3                (Jury out.)

4                THE COURT:  And you all can enjoy the break as well.

5                MR. BLECHMAN:  Thank you, Your Honor.

6                Your Honor, while we're on the record, the

7    witness --

8                You can go out.

9                THE WITNESS:  I can leave?

10               MR. BLECHMAN:  Yeah.

11               I just wanted to put on the record something Defense

12   Counsel and I spoke about.  We agreed that the rules invoke,

13   and counsel will not be speaking to the witness, but that the

14   witness -- counsel on both sides have agreed can talk to the

15   nontestifying economic consultant who is working with the

16   witness.  In this case, there's someone in the courtroom

17   identified.  I suspect they'll have --

18               THE COURT:  You mentioned, you didn't identify him.

19               MR. BLECHMAN:  Thank you.  That I mentioned.  And so

20   we've agreed on that.

21               THE COURT:  Okay.

22               MR. BLECHMAN:  And I just wanted to put that on the

23   record.

24               THE COURT:  Fair enough.

25               MR. BLECHMAN:  Thank you.

1              (After recess:)

2              (Witness resumes the stand.)

3              THE DEPUTY CLERK:  All rise.

4              (Jury in.)

5              THE COURT:  Okay, you can all sit down.  Welcome

6    back.

7              Okay, Mr. Blechman, you may resume.

8              MR. BLECHMAN:  Thank you.

9    BY MR. BLECHMAN:

10   Q.   Professor Baye, we've rearranged the furniture ever so

11   slightly.  We've moved that screen in front of you down and

12   we're hoping that everybody can see each other now.  Let me

13   pick up where we left off.  And I want to first ask you,

14   looking at Slide 9, which is still up on the screen there,

15   there's a reference on the left-hand side in that box to the

16   backfilling ban specification log, paren, production, close

17   paren.

18              Do you see that?

19   A.   I do.

20   Q.   Let's begin, if you would, please, by explaining to the

21   jury what is that specification?

22   A.   The backfilling ban specification 3, Column 3?

23   Q.   Yes.  Yes.

24   A.   It's just a specification.  Another element of the

25   alleged conspiracy is the backfilling ban.  And again, I'm not

1    an animal welfare expert, but the question is:  Did the

2    backfilling ban have a material impact on the number of eggs

3    that are being produced?  And the documentary record that I

4    reviewed indicates that somewhere between 3 and 20 percent of

5    hens die in a given year.  So the matter of economics, you

6    might expect the backfilling ban to have an impact on egg

7    production.  That's the rationale as an economist for looking

8    at this, to test that.  And so what I did hear is:  I

9    completely ignored other aspects of the conspiracy,

10   effectively assuming they had no effect on output, and

11   examined whether the implementation of the backfilling ban

12   impacted output.  And when I do the regression, using the same

13   controls and -- that I've discussed ad nauseam, I find that

14   the backfilling ban reduced output by 2.1 percent.

15   Q.   You mentioned in the answer you just gave that you

16   ignored other aspects -- I don't remember if you said

17   conspiracy, other aspects of something, whatever you said.

18   A.   Um-hum.

19   Q.   Would you -- would you explain to the jury, what do you

20   mean when you're doing an economic model, when you -- in the

21   context, let's say, of the backfilling ban, what it means to

22   say you ignore other aspects of -- whether it's the conduct or

23   whatever it is that you ignored, explain that and explain just

24   how that worked, in lay terms, please.

25   A.   Yeah, so, you know, as I look at the record and I look at

1    the evolution of behavior in the industry, there's an

2    evolution which starts with communication by Don Bell in the

3    1990s, it starts with communication by the United Egg

4    Producers in the early 2000s, it ultimately evolves into what

5    this regression is all about, the cage space restrictions, and

6    the other restrictions imposed by the UEP.

7             What's important to recognize is that other things

8    are going on over time.  In addition to the cage space

9    restrictions being tightened, the backfilling ban is being

10   implemented, the 100% rule is being enforced in differential

11   ways, so there's other things going on.  So when I say we're

12   going to focus purely on the backfilling ban, it's important

13   to keep in mind that there are other things going on during

14   this backfilling ban period, the 100% rule is in place, the

15   backfilling ban is in place, and we've got a cage space

16   restriction.  So what I'm just asking is, okay, if we just

17   take that date as the date in which the alleged conspiracy

18   might have impacted output, what happens?  Does it change the

19   results?  It's a way of addressing the backfilling ban

20   specifically but also providing an additional robustness check

21   on the other analyses that I've provided.

22   Q.   And with that in mind then let's look over, if you would,

23   please, in the yellow box on the right-hand side where you

24   have backfilling ban, in the last line there, excuse me, where

25   it reads:  Backfilling ban effective date February 2005, and

1   then percent reduction of egg production, what's the number

2   that you get there?

3   A.   2.1 percent reduction in egg production.

4   Q.   And what does that 2.1 percent mean?

5   A.   That means relative to the number of eggs that would have

6   been produced in the absence of the UEP restrictions,

7   production would have been 2.1 percent higher.

8   Q.   All right.

9   A.   Possibly.

10   Q.   And then in the far right-hand column on the box in the

11   right under Statistical Significance At 99 Percent Level, you

12   say:  Yes.

13   A.   That's correct.  With the same interpretation that I gave

14   earlier.  It's really a 1 percent chance that I'm finding

15   effect that's not there but this is the way we think about it

16   often.

17   Q.   Okay.  Two clarifying questions before we move on.  You

18   have used the word "parsimonious" a few times.  And help me

19   help the jury understand what do you mean when you're using

20   that term in the context of the economic work you've done?

21   A.   Yeah, so one thing as a journal editor I'm very skeptical

22   of is individuals who write papers that have a gazillion

23   explanatory variables to prove a result, okay?  Because if you

24   search long and hard enough you can probably find a set of

25   variables that's going to make an effect go away, right?  And

1 so the first thing I look for is a parsimonious model, a model

2 that uses as few explanatory variables as possible to identify

3 an effect.  And once I do that, I say, okay, now can I

4 overturn that result by considering alternative controls and

5 so forth.  And that's what I've done here.

6 Q.   Okay.  And if I've asked you this, I apologize, but one

7 of my colleagues sitting behind me, one of the lawyers has

8 said he's not sure I have.  So we've used the term

9 "regression" -- you've used the term "regression" a number of

10 times in your testimony.

11 A.   Yeah.

12 Q.   What is a regression?

13 A.   A regression is a statistical technique that's used in

14 economics to examine the relationship between explanatory

15 variables, in this case, all of the controls that I've been

16 talking about, those are called explanatory variables, and the

17 independent variable, the variable of interest.  So, so far

18 we've talked about flock size as being an independent variable

19 and we've talked about the number of eggs produced as

20 independent variable.  So a regression model is a mathematical

21 scientific statistical way of formally examining relationships

22 in data to help disentangle economic causation, if you will.

23 Q.   Are the regression models that you have used in this

24 case, in connection with forming your opinions, models that,

25 in your opinion, based on your experience, are conformed with

1    generally accepted economic techniques?

2    A.    Absolutely, and they're the same type of models that I

3    see in papers that I handle as a journal editor and they're

4    models similar to the models that the Bureau of Economics at

5    the Federal Trade Commission use to examine competitive

6    effects in a variety of contexts.

7    Q.    In a little bit we're going to look at another model or

8    models that you've run.  Does your answer just now to my

9    question apply with equal vigor to those models that you'll

10   discuss later in your testimony?

11   A.    Yes.

12   Q.    Finally --

13   A.    With the exception of the VAR model.  I think the VAR

14   model is not that commonly used.

15   Q.    Okay.

16   A.    But I find it to be a useful robustness check in a case

17   like this.

18   Q.    All right.  I'm going to resist the temptation to ask you

19   the acronym right now because we'll get to that.  And when we

20   do, I'll ask you then.

21          Finally -- I'm not sure it's finally, but with

22   regard to Slide 9, do you consider the results of this

23   regression model to be conservative?

24   A.    I do.

25   Q.    Why?

1   A.   Because the table that's behind us, before we blow it up,

2   includes nine different specifications.  The specification on

3   the far right, Specification 9, basically includes the kitchen

4   sink as controls, throwing in lots and lots of things that

5   might impact egg production.  The numbers that I'm discussing

6   here and the numbers that I rely upon in making my -- in

7   forming my conclusions are really the smallest impact that I

8   find across.  There's maybe a period or two where the numbers

9   might vary, but generally, the effects that I'm identifying

10  here are among the smallest that I identify across all of the

11  approaches that I've used.

12  Q.   Looking -- remaining on Slide 9 and looking at

13  Restriction Periods 1 and 2, that's the periods August 2002 to

14  January 2004, and February 2004 to July 2005, do you see that?

15  A.   I do.

16  Q.   The 100% rule, was it in place at that time?

17  A.   Yes.

18  Q.   And I note, nevertheless, that you find no statistical

19  significance at the 99 percent level to the results that you

20  report there of 0.2 percent and 0.6 percent, do you see that?

21  A.   That's correct.

22  Q.   Does that mean, Professor Baye, that the 100% rule is not

23  anticompetitive?

24  A.   What it means -- I can't answer that yes or no.

25  Q.   Well, tell us what it means then, please.

1    A.    What it means is that we can't identify the effect of the

2    backfilling ban -- I'm sorry, the 100% rule separately,

3    because essentially it's in place during all these periods,

4    right.  So you could ask the question, okay, in the first

5    period that it's introduced, did the backfilling ban have an

6    effect?  And the answer to that is no.  But that's the wrong

7    economic question if you were interested in the

8    anticompetitive question.

9    Q.    What's the right question to ask?

10   A.    Well, again, you've got to think as an economist.

11   Q.    As an economist what's the right question to ask?

12   A.    The question is:  Did the 100% rule change the nature in

13   the market, the nature of the market in a manner that would

14   have ultimately led to reductions in output?

15   Q.    You've studied the records in this case, have you not?

16   A.    I have.

17   Q.    If purchasers wanted to buy eggs produced pursuant to

18   Animal Welfare Guidelines, how should it work in a competitive

19   market?

20   A.    Well, a competitive market, you would -- I mean, firms

21   would have the opportunity to buy Animal Care Certified eggs

22   for customers that cared about them, and they could purchase

23   other eggs from other producers or maybe even the same

24   producer if they didn't care about animal welfare.  So much of

25   my research is on heterogeneity of consumers.  I mean, you

1    look at the world and the politics, we're all over the map in

2    terms of how we view the world.  People are the same with

3    respect to other choices they make in markets, and in

4    competitive markets, ultimately you can have competing

5    opportunities for consumers to either care or not care about

6    animal welfare.  And I don't mean to imply that people that

7    don't buy certified eggs don't care about animal welfare.

8    They might prefer a different animal welfare standard, like

9    cage-free eggs, which actually do exist.

10   Q.   As an economist and based on your review of the record in

11   this case, should people who want to purchase non-certified

12   eggs be able to do so?  And if so, why?

13   A.   Well, certainly as a matter of choice -- you're limiting

14   choice if you don't allow people to buy the type of eggs that

15   they want, especially if it results in higher prices.  But I

16   think the bigger issue from an anticompetitive standpoint is

17   the impact of the 100% rule on the adoption of UEP Guidelines

18   in the first place.

19   Q.   What impact -- withdrawn.

20            As an economist, what impact have you found the 100%

21   rule, then, to have had?

22   A.   Well, as I indicated in my report, the 100% rule

23   effectively puts retailers in a position -- and I'm going back

24   to the period in time when the UEP Guidelines were called

25   Animal Care Certified.  That's a pretty big statement to put

1    on a product, Animal Care Certified, okay?

2           So during this early phase of the UEP, they were

3    marketing their eggs as Animal Care Certified.  What retailer

4    in their right mind would say, No, no, we don't care about

5    animal welfare, let's get those other eggs?  So the whole

6    framing of the Animal Care Certified puts buyers in a

7    position, where as an economist, you'd expect people to

8    perhaps buy those eggs even if they didn't want to, which is

9    just the way marketing works, and that's the way, you know, if

10   the FTC, we worry about all kinds of issues related to

11   advertising.  But the anticompetitive effect here is that by

12   putting that individual buyer in that position, it actually

13   can tip the market towards UEP Certified eggs.

14   Q.   What do you mean by "tip the market"?

15   A.   Well, once you get a critical mass of buyers buying

16   certified eggs, it makes it very difficult for a supplier

17   that's not providing certified eggs to exist.  And in

18   particular, with the 100% rule, if a supplier signs a contract

19   with, say, Kroger for certified eggs, then that supplier with

20   the 100% rule is precluding itself from selling other markets.

21   So you effectively gobble up not only the business from Kroger

22   with certified eggs, you're shutting off a channel through

23   which other types of eggs could be produced that don't have

24   the certification label.  And that's, as a matter of

25   economics, a restraint of trade.

1   Q.   As a matter of economics, is the backfilling ban a

2   restraint of trade?

3   A.   Again, I'm not an animal welfare --

4   Q.   I understand.

5   A.   I'm not an animal welfare expert, but I have reviewed,

6   you know, the documentary record and I've reviewed

7   Dr. Walker's analysis of the backfilling ban, and in my

8   opinion --

9   Q.   Dr. Walker is the Defendants' expert, the economist,

10  correct?

11  A.   That's correct.

12  Q.   Please continue.

13  A.   My opinion is that, at least -- I mean, maybe there's

14  some welfare benefits of the backfilling ban, but as a matter

15  of economics, the stories that I'm hearing have nothing to do

16  with an efficiency rationale for an industrywide policy of

17  backfilling.

18  Q.   What do you mean -- I'm sorry, were you finished?

19  A.   I think so.

20  Q.   What do you mean by "efficiency rationale"?

21  A.   So just to give you a couple of examples, okay, so one

22  story here is that, well, disease, we've got to have the

23  backfilling ban, otherwise birds are going to die, right?  You

24  don't need an industry standard to do that.  These guys have

25  tons of money invested in their birds.  If backfilling

1  increases the risk of birds dying, they're going to lose

2  money.  So maybe the UEP can say, well, you might want to

3  think about backfilling but it doesn't have to impose a

4  standard for that.  So whether there's animal welfare reasons

5  for backfilling or not, that's a -- that story is not an

6  economically sound one.

7           Another example would be the, you know, the pecking

8  order story, right?  It's important to recognize that during

9  this period, the house averaging method is in place.  The

10 house averaging means that if you have a bunch of hens that

11 die in one cage, you could replenish that cage without

12 worrying about a pecking order, right?  And the backfilling

13 ban precludes that.

14          Even more telling -- there's a third one that I

15 think is even more telling, and that is the conditions under

16 which a producer can violate the backfilling ban.  A

17 catastrophic event like disease, that's when you want to start

18 putting additional chickens in cages is when you're worried

19 about a pandemic?  And if so, why would you limit the number

20 of hens to 90 percent of where you started?  That restriction

21 in and of itself is just an example of the restrictive nature

22 of the backfilling ban, in my opinion as an economist.

23          Again, you know, maybe -- maybe it's good for hens,

24 I have no opinion on that, but looking at the stories that

25 I've read about and the transcripts and depositions and so

1    forth, that's my economic opinion.

2    Q.    All right.  Let's move then from the regression models on

3    flock size and on eggs, and let me ask you this:  Besides the

4    linear trend analysis that you explained before, with those

5    graphs with the lines, and besides the regression analysis on

6    flock size and on eggs, did you conduct any other statistical

7    analysis to measure the effect, if any, of the Defendants'

8    alleged conduct on flock size or the egg supply?

9    A.    Yes, I did that VAR thing I was talking about earlier.

10   Q.    All right, and I promised that -- so now tell us, what

11   does this acronym VAR stand for?

12   A.    Vector autoregressive model.

13   Q.    Vector autoregressive model, what in the world is that?

14   A.    Well, it's a good question.  So a vector autoregressive

15   model is a model -- let me just back up and remind the jury

16   that all the models we've talked about here, I've linked the

17   underlying allegations in the conspiracy to the data and

18   attempted to estimate effects, okay?  I'm putting restrictions

19   on when the conspiracy started implicitly and when it ended

20   implicitly by doing this analysis, right?

21          One might worry that somehow, there's something else

22   going on during this period.  There's some changes going on in

23   the marketplace that's somehow leading to results that aren't

24   really in the data, and the VAR model is a way of eliminating

25   that possibility because it doesn't use any data after -- in

1    my case, after 2002 to predict what prices would look like

2    before the conspiracy.

3              So it's a robustness check to ensure that the time

4    period that I examined and a whole host of other things aren't

5    contaminating the results.

6    Q.   Did you, in fact, conduct a VAR analysis?

7    A.   I did.

8    Q.   Did you prepare a slide to show us the results of that

9    analysis?

10   A.   I have a slide.

11   Q.   Let's go to Slide 10, if you would, please.

12   A.   Okay.  So this -- I'm not lecturing.

13   Q.   No, no, that's all right.  Let's just -- for the record,

14   this is a slide, the title of which is Actual Flock Size

15   Versus But-For Flock Size VAR -- all in caps -- Model 1990

16   through 2012.  Is that correct?

17   A.   That's right.

18   Q.   All right.  Would you please tell us -- tell the jury

19   what they're looking at in this Slide 10?

20   A.   Right.  So I showed you earlier the but-for production --

21   I'm sorry -- the but-for flock size and the actual flock size.

22   This is the same graph.  So this -- this line here, this raw

23   data plotted here is an actual graph of the USDA flock size

24   data.  The -- this portion of the graph is --

25   Q.   Doctor, which portion?

1    A.    The -- I would say red portion, the portion that begins

2    in 2002, that lies above the -- again, if you're color-blind,

3    blue may not help you, the line below there.

4    Q.    Okay.  So it's the top line, roughly, that --

5    A.    The top line --

6    Q.    -- roughly that runs from 2002 through 2012, correct?

7    A.    That's correct.

8    Q.    All right.  Please continue.

9    A.    Yeah, so that's the prediction of the model, and the

10   beautiful thing about a VAR model -- it's got limitations, of

11   course, but the nice thing about the VAR model is in terms of

12   estimating the underlying parameters of the model, I'm

13   actually only using data to the left of that line right there.

14   I'm using data before 2002 to estimate the model.

15         So the underlying estimation cannot be contaminated

16   by what's happening after 2002, okay?  So what I do is you

17   estimate that model.  This particular model is just a standard

18   simple VAR I've got, and so what you do here is you just let

19   the data do the talking.  That's what VARs do.  The data do

20   the talking.  You don't put an economic hat on other than

21   determine what are some variables that might be relevant.

22         So most of the work in a VAR model is done by this

23   flock size you're able here -- so you're lagging flock size.

24   So what you're assuming is flock size today depends upon flock

25   size yesterday, the flock size the day before and so forth.

1    And the value of that in the VAR model is it allows you to, in

2    an indirect way, to control for a whole host of things that

3    you may not have data on.

4            In addition to that, I control for corn prices with

5    lags, soybean prices with lags, real GDP with lags,

6    electricity, and again, I have my monthly dummies to account

7    for seasonality.  So when you're all said and done, you

8    estimate the model using only data through 2002, and then you

9    project, given what you've learned about the past data, what

10   would -- what would the actual flock size look like given the

11   evolution of those variables that you've observed and that's

12   this top line right here.

13   Q.   Would another way of explaining the results that

14   illustrate -- shown in Slide 10 be that the flock size between

15   1990 and 2002 is used as an indicator to suggest what flock

16   size, what you would expect for the period after 2002,

17   control -- subject to the control from these variables you

18   mentioned, corn and soy and so forth?  You can correct me.

19   A.   I didn't like you using the word "indicator."

20   Q.   All right.  Then --

21   A.   Because I confuse the jury, it's not an indicator like we

22   had before.  There are no indicators in this model.  I'm not

23   forcing any structure, I'm not forcing any of the actions of

24   the alleged conspiracy to materialize it at any point in time

25   other than I'm going to -- I'm going to look for an effect

1    after 2002, which as a matter of economics, is when I observe

2    the UEP Guidelines, you know, first being implemented.  So

3    that's the economic rationale for using that data.

4           But I'm not -- this does -- this does provide an

5    estimate of what the flock size would have looked like but for

6    the actions that are alleged in this case as being

7    anticompetitive.

8    Q.   What is this VAR model telling you then?  What is the

9    data telling you in terms of the results after 2002?

10   A.   It's telling you that but for the alleged conspiracy,

11   flock size would be larger than it actually was, which is

12   consistent with what the structural estimation approach that I

13   used in the case.

14   Q.   And by "larger," do you mean the space above the blue

15   line and below the red line after 2002?

16   A.   Yeah, the gap here.

17   Q.   And by "here," you're referring to the -- between the red

18   and the blue lines after 2002, correct?

19   A.   That's correct.

20   Q.   Please continue.

21   A.   Yeah, the gap between the red line and the blue line

22   after 2002 widens and then shrinks a little bit, but the key

23   observation there is the gap is positive.  The gap also lies

24   outside of the confidence interval.  So the little dark bands

25   around that -- around that red line is a confidence interval

1    for the projection.

2    Q.   Confidence interval, that's another economic term you're

3    going to have to help us understand.

4    A.   It's like the 95 percent confidence that we're talking

5    about -- 99 percent confidence that we had before.  This

6    confidence interval just indicates where you would expect the

7    range to be based on the estimated model that you've generated

8    and the fact that these only -- these overlap right down here

9    at the beginning, 2002 to 2004.

10   Q.   These being the red and blue lines?

11   A.   The red and blue lines don't really overlap, but that

12   shaded area kind of overlaps.

13   Q.   Okay.

14   A.   What that means is, yeah, there's evidence of an effect

15   during 2002 and 2003 and so on, but it's not -- it may not be

16   statistically significant.

17   Q.   You explained, Professor Baye, that you're using in this

18   VAR model a data prior -- is it prior to 2002?

19   A.   That's correct.

20   Q.   All right.  Why prior to 2002?  Why did you select that

21   as the point in time at which to stop using data going

22   forward?

23   A.   I used it because that's the data which the

24   UEP Guidelines were implemented.  So I'm using that.  I'm just

25   not -- I'm being completely agnostic.  I'm throwing away my

1    economic hat and I'm not -- I'm being agnostic on whether

2    flock size is going to change at every restriction period that

3    I examined before to see if that changes the picture that I

4    get.

5    Q.   All right.  Now, this VAR model in Slide 10 measures

6    changes in actual versus but-for flock size, correct?

7    A.   That's correct.

8    Q.   All right.  Did you -- did you also measure -- excuse me.

9    Withdrawn.

10          Did you also use the VAR model to measure changes in

11   egg supply?

12   A.   That's correct, to make sure that there's not

13   productivity effects that I'm ignoring here.

14   Q.   And did you prepare a slide to show us the results of

15   that model?

16   A.   I did.

17   Q.   Please turn to Slide 11.

18          Professor Baye, is this the slide to which you

19   referred?

20   A.   It is.

21   Q.   Would you please explain to the jury what is reflected in

22   this slide, starting with the title and then explain what it

23   shows.

24   A.   Yes.  So this is exactly the same econometric technique

25   that I explained earlier, only we're explaining egg production

1    instead of flock size, okay?  So same idea, we use egg

2    production up to 2002.  And then based on the estimated model

3    that's specified here, we won't go into the details of that at

4    this point, but based on those parameters, we then forecast

5    what the underlying egg production would be beyond 2002.

6              And as you can see here, again, in this region here,

7    we're not seeing much of an effect, but we're seeing -- in the

8    region around 2002, 2004, we're not seeing much of an effect,

9    but starting around 2005, 2006, we're seeing a gap in the red

10   and the blue, and that gap is statistically significant based

11   on the VAR.

12   Q.   All right.  Again, I don't think I've asked you this, but

13   I just -- whether it's idle curiosity or not, you've got here

14   on the bottom of this Slide 11 and other places "monthly

15   dummy" and we've seen that as a word that's been used in a

16   couple other documents that have shown parts of your model.

17             Would you please explain to the jury what that

18   means?

19   A.   Yeah, so if you just look at this raw data right here

20   before 2002, that's the actual USDA data.  Do you see those

21   spikes up and down, those jagged edges?  That's seasonality,

22   right?  They're seasonal patterns that are occurring in that

23   data.  If we want to explain egg production, we have to

24   control for that seasonality.  Otherwise, there's going to be

25   a lot of variation of what we're trying to observe.  So the

1   monthly dummies are designed to capture the effects of that

2   seasonality.

3   Q.   And what is a monthly dummy?

4   A.   It's an indicator --

5   Q.   Thank you.

6   A.   -- that is turned on during a given month.  So we're

7   going to allow production of eggs to differ depending upon

8   whether it's January, February, March, April, May, June, July,

9   onto --

10  Q.   And so forth?

11  A.   And so forth.

12  Q.   All right.  So in summary, based on your economic

13  analysis, did Defendants' anticompetitive conduct cause a

14  reduction of U.S. egg supply between 2.1 and 5.5 percent?

15  A.   There's robust evidence of that, yes.

16  Q.   All right.  Let's turn to the next subject matter that

17  you took up.  In conducting your economic analysis, did you

18  consider egg demand and egg elasticity?

19  A.   I did.

20  Q.   All right.  And you briefly described what those terms

21  meant before, but let's -- let's dig a little deeper, if we

22  might, and move to Slide 13.

23           Did you prepare this slide to explain what price

24  elasticity means in terms of eggs?

25  A.   Yes.

1   Q.   Would you please explain to the jury what is price

2   elasticity with respect to eggs using Slide 13 as an aid?

3   A.   Yeah, maybe we just populate the whole slide here, if we

4   can.

5   Q.   Sure.

6   A.   I know I put a lot up here, but it will make it easier

7   for me to talk.

8   Q.   All right.  Let's populate the whole thing.

9   A.   So the idea of elasticity of demand is to measure how

10  sensitive consumers are to changes in prices or alternatively

11  how a change in output will impact the price consumers have to

12  pay in a competitive market.  So in this example right here,

13  if you start out at Point A where there's 100 eggs, this point

14  right here is what the market equilibrium price for eggs will

15  be.  And reading over here, the price of eggs is $0.10, $0.10

16  in eggs, about $0.20 a dozen, if you will.  So you can ask the

17  question if the quantity of eggs is reduced by only one egg,

18  and I've constructed this in a way that's exactly a 1 percent

19  reduction.

20  Q.   So the 99 and the 100 on the bottom axis, that's the

21  number of eggs?

22  A.   That's correct.

23  Q.   Okay.

24  A.   So suppose we reduce the number of eggs from 100 to 99,

25  so the supply curve shifts.  It could be due to a change in

1    feed costs, it could be due to a conspiracy.  The question is,

2    what happens to the price?  If, in this case right here, that

3    1 percent reduction in price leads the price of an egg to go

4    from $0.10 to $0.11, that rise in price from $0.10 to $0.11 is

5    a 10 percent increase in price, okay?

6              So a 1 percent reduction in quantity leads to a

7    10 percent increase in price.  So the elasticity of demand is

8    a way of quantifying that, and in particular, what I'll just

9    call the inverse elasticity of demand measures how much price

10   rises in response to a change in output.

11   Q.   All right.  There's a lot of eco stuff in there.

12   A.   I know.

13   Q.   Let's break this down.  You mentioned supply curve?

14   A.   Um-hum.

15   Q.   Tell us what it is, and show us, please, or direct the

16   jury to where the supply curve is reflected in Slide 13.

17   A.   The initial supply curve here is on this curve right

18   here.

19   Q.   So you're referring to the bottom curve that runs from

20   the bottom left to the right?

21   A.   That's correct.

22   Q.   All right.  And that's the supply curve?

23   A.   That's correct.

24   Q.   And there is a curve that appears immediately to the left

25   of the supply curve.  What is it?

1    A.    The blue curve is the demand curve.  That's telling us

2    how much consumers will buy at each price.  So, for example,

3    if the price is $10, consumers will buy 100 units.  If the

4    price rises to $11, they'll only buy 99 units.  And that's

5    what it means for demand to be inelastic.  If the price rises

6    by 10 percent, the quantity demanded doesn't fall very much.

7    Again, as I talked about earlier, that's typically the case

8    for products that don't comprise a large percentage of a

9    consumer's budget.

10   Q.    The example you gave earlier about the bubble gum and the

11   bubble gum machine, is that functionally a way to understand

12   changes in elasticity?

13   A.    Yes.

14   Q.    Okay.  The jury -- we won't go into that again.

15   A.    Yes.

16   Q.    Okay.  Did you conduct an analysis to estimate the

17   elasticity demand of eggs?

18   A.    I conducted a number of analyses to do that.

19   Q.    What did you do, sir?

20   A.    Well, I did an econometric analysis to formally estimate

21   the inverse elasticity of demand for each of the products that

22   I had Urner Barry data on, and I also looked at the

23   documentary record to see what firms in the industry thought

24   their elasticities of demand were.

25   Q.    When you said you did econometric analysis, tell us with

1   a little more granularity what you're referring to.

2   A.    Yeah, I'm referring again to regression analysis where I

3   used a procedure called two-stage least squares that allows me

4   to formally estimate the elasticity of demand based on data

5   available in this case.

6   Q.    Did you prepare a chart to show us the results of the

7   model that you ran with regard to elasticity that you just

8   referenced?

9   A.    I did.

10          MR. BLECHMAN:  May we go to Slide 14, please.

11  BY MR. BLECHMAN:

12  Q.    Professor Baye, Slide 14 has a title, Estimated Demand

13  Elasticities and Price Increases Attributable to the Alleged

14  Conspiracy 1990 through 2012.

15          Do you see that title?

16  A.    I do.

17  Q.    All right.  Sir, would you please tell the jury what is

18  reflected in Slide 14?

19  A.    Well, this is just one set of the 68 elasticities of

20  demand I estimated based on the available data.

21  Q.    Okay, stop there for a second.  68 elast- -- say that

22  again, please.

23  A.    68 elasticities of demand --

24  Q.    All right.

25  A.    -- for 68 different products.  So the first --

1   Q.   What does that mean?  Right.

2   A.   So the first product, U.S. Shell Eggs, Brown Extra Large

3   Midwest, that's the very first entry there.

4   Q.   All right, I know it's hard for me to read.  I can't

5   imagine on the screen.  But you're referencing under Shell

6   Eggs, the first line that reads:  UB Shell Eggs, Brown Extra

7   Large Midwest.  Is that right?

8   A.   That's correct.

9   Q.   All right, please continue.

10  A.   So I estimated an elasticity of demand for that product.

11  Looking at the bottom one here, I estimated an elasticity of

12  demand for shell eggs, white jumbo southern -- does that say

13  southern?

14  Q.   Southeast.

15  A.   Southeast.  I need glasses.

16  Q.   We both need glasses.

17  A.   So the big picture is I specifically estimated these

18  elasticities, in particular the inverse elasticity for each of

19  these egg products, and then also -- I mean, and they're all

20  very close to that .1 that I used in the little hypothetical.

21  They're all around .1.

22  Q.   Why 68?

23  A.   Because that was the Urner Barry data that were available

24  going back to 1990.  If you go back before then you lose a

25  bunch of data, so I used the data that's available.  And it's

1    also tied to purchases of the Plaintiffs in this particular

2    matter.

3    Q.    And the jury has heard about Urner Barry.  But in a

4    sentence or two for context, what is it?

5    A.    Yeah, it's a wholesale reporting.  It reports wholesale

6    prices for eggs, not the prices you and I would pay, but the

7    prices that an entity like Kroger or Albertsons would pay for

8    eggs.  And the documentary record that I reviewed indicated

9    that during this period, about 90 percent of all wholesale egg

10   transactions were linked in some way to the Urner Barry index.

11   It's a measure of the market price of eggs at the wholesale

12   level.

13   Q.    And if we go through Slides 14, 15, 16, and 17, are these

14   just continued line items listing the regressions that you ran

15   among the 68 products?

16   A.    That's correct.

17   Q.    And is this for all the Plaintiffs?

18   A.    Well, this is the demand -- the overall market demand.

19   Q.    Excuse me, let me withdraw the question.

20         This is the -- the 68 you've explained, and for what

21   is the 68?  For whom?

22   A.    For these different egg products.

23   Q.    Got it.  All right.  And did you -- does this model

24   reflect a result?

25   A.    Yeah.  So --

1  Q.   Where should we turn for the result?

2  A.   Well, I think I've got it highlighted on the next slide,

3  if I'm not mistaken.

4  Q.   By "next slide," you're referring to Slide 17?

5  A.   Yeah.  So all I wanted to communicate here is, you know,

6  the estimates of the inverse elasticities allow me to very

7  precisely estimate the impact of the alleged conspiracy on the

8  prices paid by the Plaintiffs for different types of eggs and

9  egg products.  I'm not assuming that the elasticity of demand

10  for every type of shell egg or egg product, be it a jumbo or a

11  large or be it dried eggs or liquid whites, I'm not assuming

12  that they're the same.  I'm using the data to infer what the

13  elasticity is.

14  Q.   All right.  I want to break that down, if we could.

15  A.   Okay.

16  Q.   Starting with inverse elasticities, this is a term that

17  you've used a few times.  And assume that I'm an economics

18  student or a layperson and -- would you explain the inverse

19  elasticities and how it worked in your model in lay terms?

20  A.   Right.  Conceptually the inverse elasticity is the

21  inverse of the elasticity.  The elasticity of demand is going

22  to tell us if price goes up by 1 percent, how much does

23  quantity change.

24        The inverse elasticity says, if output falls by 1

25  percent, what happens to the price?  Okay.  And if you look at

1    the estimated -- let's just look at that overall average, if

2    we can.

3    Q.    Of course.

4    A.    The overall average elasticity is .11.

5    Q.    And you're on Slide 17, correct?

6    A.    I'm on Slide 17 and I'm looking --

7    Q.    You're looking in the middle column that reads

8    "Elasticity" --

9    A.    Right, and that's this number right here that I've

10   circled.

11   Q.    Please continue.

12   A.    So what that means, the elasticity of demand is minus

13   .11.  That's highly inelastic.  That means the consumers are

14   not very sensitive to changes in the price of eggs.  It makes

15   economic sense to me.

16            This number right here, the inverse elasticity tells

17   me if output falls by 1 percent, how much does price go up?

18   This overall average means that if the price -- I'm sorry.  If

19   the quantity of eggs shrinks by 1 percent, price is going to

20   go up by a factor of 9.53 percent.  So a 1 percent reduction

21   in the price of eggs -- I'm sorry, in the quantity of eggs

22   increases price by 9.53 percent.  So in terms of understanding

23   the impact of the conspiracy -- the alleged conspiracy on the

24   Plaintiffs, it's really the inverse elasticity that's going to

25   be helpful in doing that.  But I just wanted to point that the

1   overall elasticity of demand for all these products is

2   consistent with what one would expect based on the underlying

3   economics and it's consistent with statements that I cite in

4   my report from other textbooks that indicate that the demand

5   for eggs is inelastic.

6   Q.   All right.  And there's also a reference to price

7   increases from backfilling ban specifications on the

8   right-hand side.  Do you see that, Slide 17?

9   A.   That's correct.

10  Q.   And what is that about?

11  A.   That would be based on the 2.1 percent reduction in

12  output that we estimated for the -- that we discussed for the

13  backfilling ban specification.  This tells us how much the

14  price of each and every one of these shell eggs and egg

15  products would have increased as a result of that 2.1

16  reduction in output from the backfilling ban alone.  And the

17  overall -- the overall average of that is consistent.

18  Q.   And then there's -- to the left of that column are

19  several columns about price increases from the alleged

20  conspiracy main specifications.  Do you see that?

21  A.   I do.

22  Q.   Would you please tell the jury what that refers to.

23  A.   Yeah.  So basically all this does is it takes those

24  estimated reductions in output that I discussed earlier and it

25  translates those into how much do prices go up.  So when I

1    showed you that graph that maybe made you break out in hives,

2    we said a 1 percent reduction in output leads to a 10 percent

3    increase in price.  I'm just quantifying that for each and

4    every one of these shell eggs and egg products.  So the

5    2.1 percent reduction in output led to these increases in the

6    prices of each and every one of these products.

7    Q.    All right.  And in summary then, in lay terms, would you

8    please explain to the jury what is the meaning of the overall

9    average numbers and findings as reflected in Slide 17?  Tell

10   us what this means in lay terms, please.

11   A.    In lay terms, it says -- I mean, your mileage is going to

12   vary across different products in terms of the specific

13   elasticity.  But if you just pick an average shell egg or egg

14   product, the elasticity of demand is about .1, minus .1.

15   Q.    Did you look at the record in this case to evaluate

16   whether your economically determined elasticity is supported

17   by the record or not?

18   A.    I did, yes.

19   Q.    All right.  And let me -- let me show you a few documents

20   and find out if these are examples of documents you've looked

21   at in the record to support your finding.

22           MR. BLECHMAN:  If we can please bring up Slide 18.

23           Your Honor, this is Plaintiffs' Exhibit 151, which

24   is in evidence, I understand.

25           Your Honor, I apologize.  I'm not sure that that's

1   in evidence.  If I may have just a moment.

2              THE COURT:  151, did you say?

3              MR. BLECHMAN:  I did, Your Honor, Plaintiffs' 151.

4   I'll just use it as a demonstrative.  I don't want to slow the

5   process down, Your Honor.

6              THE COURT:  Okay.

7              MR. BLECHMAN:  Thank you.

8   BY MR. BLECHMAN:

9   Q.   Professor Baye --

10  A.   Is anyone seeing it?

11  Q.   I think it's up, yes.

12             Professor Baye, Slide 18 is titled An Economic

13  Perspective on the United Egg Producers Animal Husbandry

14  Guidelines of U.S. Egg-Laying Flocks, November 25, 2002.

15             In the context of looking at the record and

16  assessing whether your economically determined elasticities

17  are supported by the record, please explain to us what is

18  shown in Slide 18.

19  A.   Yeah, this is a paper that was in the files.  I don't

20  remember precisely which -- which Defendant or

21  co-conspirator's file it was in, but when I'm searching that

22  large database that I described, one of the search terms I'm

23  using is elasticity.  This is something that popped up.  And

24  that elasticity shows -- this study shows that the elasticity

25  of demand is between minus .12 and minus .08.

1  Q.   And this is a paper authored by Allan Rahn, R-A-H-N, from

2  Michigan State University, entitled An Economic Perspective on

3  the United Egg Producers Animal Husbandry Guidelines for U.S.

4  Egg-Laying Flocks.  Is that correct?

5  A.   That's correct.

6  Q.   All right.  And in this article you were referencing the

7  passage in the article about estimates of the price elasticity

8  of demand for eggs typically fall in the negative .12 to

9  negative .08 range?

10 A.   That's correct.

11 Q.   What does that tell you in terms of the economically

12 derived elasticity that you testified to earlier?

13 A.   That it's consistent with other researchers who have

14 found the demand for shell eggs and egg products is highly

15 inelastic.

16         MR. BLECHMAN:  Slide 19, please.

17 BY MR. BLECHMAN:

18 Q.   Professor Baye, this is a United Voices newsletter.  The

19 jury is familiar with United Voices.  This one is dated

20 July 29, 2002.

21         For clarity, I'm not sure if it's in evidence, but

22 I'm simply going to use this as a demonstrative.

23         Is this a document that you read in connection with

24 your work?

25 A.   Yes, it is.

1    Q.   And what, if anything, did this document tell you about

2    the support or lack of support for the elasticity number in

3    your model?

4    A.   Well, it's just a quote from the article.  It's exactly

5    the same information, but what's interesting, as a matter of

6    economics, is that this information is being communicated to

7    members of the UEP to communicate to them that reduction in

8    output is going to result in higher prices.  And in any event,

9    it's the same number that was described in the previous study.

10   Q.   And by this information, are you referring to the passage

11   in this United Voices newsletter that reads:  Estimates of the

12   price elasticity of demand for eggs typically fall in the

13   negative .12 to .08 range.  This indicates that in the short

14   run, i.e. before additional cage space could be constructed

15   and a supply response realized, egg prices could increase 8 to

16   12 percent for every 1 percent of egg supplies are reduced?

17   A.   That's correct.

18          MR. BLECHMAN:   Slide 20, please.

19   BY MR. BLECHMAN:

20   Q.   Professor Baye, Slide 20 is an Investors Business Daily

21   article dated July 10, 2007.  It's identified as Plaintiffs'

22   Exhibit 408.  I'm not sure if it's in evidence.  I'm simply

23   going to use it as a demonstrative, sir.

24          Did you look at this document in connection with

25   assessing whether your elasticity derived from your model is

1   correct?

2   A.   I did.

3   Q.   And what did it tell you?

4   A.   It tells me that demand for shell eggs and egg products

5   is highly inelastic.

6   Q.   In that regard, were you referring, among other things,

7   to the statement in the article:  1 or 2 percent on the supply

8   side after effects prices 20 or 30 percent?

9   A.   Yep.

10          MR. LEVINE:  Your Honor, objection.

11          THE COURT:  The reading of the hearsay.

12          MR. BLECHMAN:  I'm going to move on, Your Honor.

13          THE COURT:  Okay.

14          MR. BLECHMAN:  Thank you.

15   BY MR. BLECHMAN:

16   Q.   During your analysis, Professor Baye, did you consider

17   whether there is a relevant market?  And if so, what is it?

18   A.   I did.

19   Q.   All right, well, then, let's talk about that.  First, so

20   that we can tie some concepts together that you've already

21   covered, what is the relationship, if any, between elasticity

22   and relevant market?

23   A.   Well, elasticity is important for two reasons.  It, first

24   of all, is indicative of the number of substitutes for a

25   product.  And secondly, it's important because it allows one

1    to directly perform the hypothetical monopolist test that the

2    Federal Trade Commission and the U.S. Department of Justice

3    require for establishing the existence of a relevant antitrust

4    market.

5    Q.    All right.  And for context, since you're going to

6    testify a little bit about this, remind us what is the

7    definition of inelastic demand.

8    A.    Inelastic demand means that if prices go up a little bit,

9    consumers don't change their behavior very much.  If prices go

10   up a lot, quantity and demand falls only a little bit.  And

11   that permits a profit maximizing firm, if demand is inelastic,

12   to profitably increase price.  Because the volume you lose is

13   more than offset by the higher price you're going to get.

14   Q.    Let's now move to the -- to relevant market.  What is a

15   relevant market in economic terms?

16   A.    In formal economic terms or simple economics terms?

17   Q.    In simple economic terms.

18   A.    Simple economic terms is what I said earlier, and that

19   is, that's the market we want to analyze to look for

20   competitive effects.

21   Q.    Does a relevant market consist of components?

22   A.    It's consists of the product that we're examining.

23   That's called the relevant product.  And it consists of the

24   geographic area in which you're examining potential impact,

25   and that is the relevant geographic market.

1  Q.   Do you have an opinion about what is the relevant product

2  market in this case?

3  A.   It's my opinion -- yes.

4  Q.   What is your opinion?

5  A.   It's my opinion that the relevant product market is eggs,

6  shell eggs for human consumption.

7  Q.   All right.  Are egg products included in the relevant

8  market?

9  A.   Yes.

10  Q.   All right.  Do you have an opinion about what is the

11  relevant geographic market?

12  A.   Yes.

13  Q.   What is your opinion?

14  A.   The United States.

15  Q.   Let's look -- did you prepare a slide to explain that --

16  A.   Yes.

17  Q.   -- your opinion?

18          Let's look at Slide 22, if we would, please.  Slide

19  22 is titled Analysis of Relevant Geographic Market.

20          Professor Baye, tell us what's shown on Slide 22,

21  please.

22  A.   Slide 22 shows us during the relevant period how many

23  eggs were shipped into the U.S. from abroad that were consumed

24  in the U.S.  So this --

25  Q.   Go ahead.

1    A.    This demonstrates that we're reliant as consumers in the

2    U.S. on U.S. egg producers to get our eggs.  Over 99 percent

3    of the eggs we consume are domestically produced.

4    Q.    Why don't you include imports of eggs in the relevant

5    geographic market?

6    A.    Because you're looking for the impact of the market and

7    the question here, I need to talk about the hypothetical

8    monopolist test, if I may.

9    Q.    You may.

10   A.    So the formal way -- and the reason you use a formal way

11   is it helps you understand what's going on when you do

12   relevant market analysis.  The formal definition of a relevant

13   market is the set of products and the geographic area in which

14   a hypothetical monopolist, hypothetical monopolist that was

15   the present and future producer of the product could

16   profitably increase price by a small but significant

17   nontransitory amount.

18         So, in other words, take a set of products and a

19   geographic area.  So if that market became monopolized

20   hypothetically, that new entity, the monopolist could

21   profitably jack up prices.  That's the -- that's the

22   definition.  And I conducted a SSNIP analysis and concluded

23   that the relevant geographic market was the United States and

24   the relevant product market is shell eggs and egg products, or

25   all eggs for human consumption, if you prefer.

1    Q.    SSNIP analysis, we've got a new acronym.  Please explain.

2    A.    And it's spelled S-S-N-I-P, which is often misspelled in

3    transcripts.  It's an analysis that typically, it's a

4    hypothetical question, okay?  You're just really trying to

5    focus the economic question on the product of interest here.

6    We're talking about the conspiracy impacting the price of

7    eggs, we're talking about the conspiracy impacting the price

8    of automobiles.  We've got to focus on where we're going to

9    start looking for competitive effects.

10            So you can define a relevant market.  Even if there

11   are no anticompetitive effects, you can still define a

12   relevant market.  So market definition is different than

13   competitive effects analysis, and in this particular case, a

14   number of factors indicate that the market, relevant market is

15   in fact eggs for human consumption.

16            Do you want me to explain those or do you want to

17   ask questions?

18   Q.    Explain.  Please explain.

19   A.    Yeah, I apologize.

20   Q.    That's all right.

21   A.    First of all, when I looked at the documentary record,

22   there's lots of quotes I have in my report, statements by

23   executives of the companies, people in the industry saying an

24   egg is an egg is an egg.  So it doesn't matter if it's a

25   jumbo, it's a large, it's a medium.  An egg is an egg is an

1   egg.

2             Other documents indicate that the egg market is just

3   one big pie divided up into different types of shell eggs and

4   egg products.  Another document indicates that there are no

5   close -- essentially argues that there's no close substitutes

6   for eggs in terms of the amount of protein you get per dollar

7   spent, okay?

8             So as a matter of economics, if there are no close

9   substitutes for shell eggs for human consumption and the

10  elasticity of demand for eggs is minus .1 as the documents

11  indicate, then a hypothetical monopolist could profitably

12  increase the price for shell eggs used for human consumption.

13  That doesn't mean that the producers successfully did that in

14  this case, but what it means is shell eggs and egg products

15  for human consumption is a relevant product market.

16  Q.   In summary then, Professor Baye, did you find that eggs

17  are highly inelastic?

18  A.   I did.

19  Q.   And in summary, did you find the relevant market are eggs

20  in the United States?

21  A.   I did.

22  Q.   In connection with your analysis, did you -- did you

23  examine whether the price of eggs paid by each Plaintiff

24  increased as a result of the reduced output of eggs in the

25  United States?

1  A.   I did.  And I've already shown them where that comes from

2  in the previous Exhibit 20, or whatever it was.

3  Q.   Okay.  In summary, how did you arrive at that conclusion?

4  A.   I used the econometric model to estimate the conspiracy

5  on output.  That's the reductions in output that came out of

6  the indicators that we described.  I then used that in

7  conjunction with the elasticities of demand that I estimated

8  to precisely estimate how much the price of each and every

9  shell egg and egg product purchased by the Defendants would

10  increase as a result of that reduction in output.

11  Q.   Did you conclude that each Plaintiff paid higher prices

12  to either Rose Acre or co-conspirators as a result of the

13  alleged unlawful conduct by Defendants in this case?

14  A.   I did.

15  Q.   Did you prepare a slide that helps to explain your

16  findings?

17  A.   I did.

18  Q.   All right.  If we could go to -- I'm going to go first to

19  Slide 24.  And, Professor Baye, you tell me if that's the

20  right slide.

21  A.   Well, this shows the -- this doesn't formally show that

22  each and every Defendant paid higher prices for each and every

23  product.

24  Q.   Right.

25  A.   I'm sorry.  Plaintiff for each and every product.

1    Q.    All right.  Let's start with Slide 25, if we might.

2    A.    Okay.

3    Q.    And I'm thinking that -- oops, got the wrong one here.

4    So let's start with Slide 24, which is in front of you.

5    A.    Right.

6    Q.    Let's do it that way and just keep this moving.

7    A.    Yes.

8    Q.    So what is reflected in Slide 24, please?

9    A.    All I've done here is all those price increases that you

10   saw in that Table 20 that we talked about earlier, that are

11   based on that elasticity estimates and the output reductions,

12   I've just summarized what all those 68 different elasticities

13   are and the implied price increases for each one of those

14   during these periods.  So, for example, let's just focus on

15   the backfilling ban, if that's okay, for purposes of

16   discussion.

17   Q.    Sure.

18   A.    So for shell eggs, across all different types of shell

19   eggs, whether they're brown, jumbos, medium, or whatever, the

20   price effects that I identified are between 13 percent as a

21   low and 26 percent as a high, higher as a result of the

22   backfilling ban.  In terms of liquid eggs --

23   Q.    Please.

24   A.    -- the price increases are between rounding 18 percent

25   and 52 percent.  For frozen eggs -- I guess if you want to see

1    where I'm looking, for frozen eggs, prices -- the prices --

2    price increases ranged from 17 percent to 34 percent, and for

3    dried eggs they ranged from 16 percent to 31 percent.  That's

4    just a way of summarizing all those many numbers that I've

5    calculated based on my econometric methodology.

6    Q.   All right.  And the convention being used in this case is

7    that liquid, frozen and dried eggs are referred to as egg

8    products.

9         Is that consistent with your understanding?

10   A.   That's correct.

11   Q.   All right.  And then you have shell eggs up above,

12   correct?

13   A.   That's correct.

14   Q.   All right.  Now, in measuring to determine whether each

15   Plaintiff paid higher prices for eggs that they bought from

16   one or more co-conspirators, including Rose Acre, did you

17   account for -- did you account for grain-based contracts?

18   A.   Yes.

19   Q.   All right.  What does that mean and how did you account

20   for it, if at all?

21   A.   Yeah, so when you look at the data, all of these price

22   effects that I've estimated here are changes in the

23   Urner Barry prices, okay?  And I indicated that 90 percent of

24   transactions are tied in some way to the Urner Barry price.

25   But --

1    Q.   If I could stop you for a second and we go to Slide 26,

2    because this may be an aid, as you've described at this point

3    to the jury.  I'm thinking it might help.

4              Kroger purchases of shell white from Rose Acre

5    Farms?

6    A.   Yes.  Let me get rid of this thing.  That's a great --

7    that's a great slide.  So what this slide shows you, the

8    red -- the red part there, I can't say high or low because

9    it's pretty much on top, but the red --

10             MR. LEVINE:  Your Honor.

11             THE WITNESS:  -- price series.

12             THE COURT:  Excuse me.

13             MR. LEVINE:  Dr. Baye can give his opinion, but he

14   cannot vouch for any of the underlying facts, and, therefore,

15   we would ask --

16             THE COURT:  You're asking for the question to be

17   rephrased.

18             MR. LEVINE:  To be rephrased and for -- Dr. Baye

19   cannot factually -- he cannot testify factually that --

20             THE COURT:  Well, we don't know whether he can or he

21   can't.  I don't know whether he's looked at all the invoices.

22             MR. LEVINE:  Well, the demonstrative seems to

23   indicate --

24             THE COURT:  Okay, so you've got a sort of an

25   objection.

1          MR. BLECHMAN:  Let me rephrase, if I may,

2     Your Honor --

3          THE COURT:  Go ahead.

4          MR. BLECHMAN:  -- to keep this moving.

5     BY MR. BLECHMAN:

6     Q.   Professor Baye, to what extent, if any, did you analyze

7     whether each Plaintiff paid more for eggs from one or more

8     co-conspirators, including Rose Acre, because of Defendants'

9     alleged conduct?

10    A.   I examined the relationship between Urner Barry prices

11    and the relationship between those and the actual transactions

12    prices paid based on the data that was turned over, and I

13    produced a number of charts like this one that are in the

14    appendix to my report.

15    Q.   By "actual transaction prices," I think you -- is the

16    language you used, whose actual transaction prices are you

17    talking about?

18    A.   I'm talking about transactions prices based on Defendant

19    data and transactions prices based on Plaintiff data.

20    Q.   All right.  And what was done with that data, sir?

21         MR. LEVINE:  Again, I would object to the extent

22    that he's acting as a fact witness.  He can express his

23    opinion based on what he saw, but he cannot serve as a fact

24    witness.

25         THE COURT:  Well, Professor Baye is here as an

1    expert witness to give opinions.  That's why he's here.

2            Go ahead.

3    BY MR. BLECHMAN:

4    Q.   Do you remember the question?

5    A.   No, sir.  No, sir.

6    Q.   The truth is I don't either.

7            MR. BLECHMAN:  So if we might have it read back.

8            (Record read as requested.)

9            THE WITNESS:  So again, as I -- as I always do, I

10   start with just the raw data, what does the raw data look

11   like, just like I did with flock size and egg production.

12   This raw data here tracks the Urner Barry price of shell white

13   eggs -- shell white eggs and it compares it against -- and the

14   white eggs is the white, large, Midwest index, and it compares

15   that against the transactions data.  And in this case, this is

16   the dark purple line, which means this is -- transactions

17   prices based on the Defendants' data, the data they turned

18   over in terms of discovery.  And -- so that's the first thing

19   I did.

20   BY MR. BLECHMAN:

21   Q.   All right.  What did you do next?

22   A.   So then I look at this data and I see that as the

23   documentary record suggested, the actual transactions prices

24   here tracked the Urner Barry index and, in fact, are pretty

25   much spot on for, you know, the period, you know, 2000, 2002,

1    2003 to 2012.

2    Q.    What, if anything, did you do next in terms of the data?

3    A.    Well, the next thing I did is I conducted regression

4    analysis to examine a separate regression analysis to examine

5    the relationship between transactions prices for 360

6    Plaintiff/Defendant co-conspirator combinations to determine

7    the extent to which individual Plaintiffs were paying

8    Urner Barry, or Urner Barry minus a discount, or possibly some

9    price that was completely unrelated to the Urner Barry index,

10   as would be the case with the grain-based contract that you

11   led with.

12   Q.    So you're referring to Urner Barry index now.  So let me

13   ask you this:  What significance or relationship, if any, is

14   there between the Urner Barry price you're seeing and the

15   measurement of impact, if any, of alleged unlawful conduct on

16   the prices each Plaintiff paid for eggs bought from one or

17   more of the co-conspirators, including Rose Acre?

18   A.    Well, that's what this analysis is designed to do, is to

19   ensure that there's a link between what I've observed in Urner

20   Barry prices and what actual amounts were paid by the

21   Defendants.

22   Q.    What is the significance of that link?  Withdrawn.

23          What is the significance, if any, of that link?

24   A.    Well, if I look at the data and a particular Plaintiff

25   purchased eggs on a fixed price contract that was unrelated to

1  the Urner Barry index, the price would just be a horizontal

2  line here, and there would be no correlation between Urner

3  Barry price and the transactions price.  And I would conclude,

4  based on that, that even though the Urner Barry price went up

5  significantly, for that transaction, the Plaintiff was not

6  injured, or if the Plaintiff was on a grain-based contract,

7  such that changes in the Urner Barry prices did not impact the

8  amount paid for eggs, then even though the Urner Barry prices

9  increased, I would say there's no relationship and there's

10  actually no harm to the Plaintiffs.

11  Q.   Did you account for discounts, if any, that a given

12  Plaintiff received from a given co-conspirator, including Rose

13  Acre, in doing this analysis?

14  A.   Exactly.  That's exactly what the methodology is designed

15  to do, is to take into account the possibility that they may

16  not be on top of each other like this.  It might be discounts

17  on occasion or for different products or for different

18  Plaintiff/Defendant co-conspirator combinations.

19  Q.   All right.

20       MR. BLECHMAN:  Your Honor, I see the time.  I've got

21  a bit more, but not hours more.  Do you want me to just keep

22  moving?

23       THE COURT:  For -- if you have a bit -- a bit more.

24       MR. BLECHMAN:  Well, I would say I probably have

25  another 20 minutes.  It may be less than that.

1          THE COURT:  Well, let's go for less.

2          MR. BLECHMAN:  Okay.  I don't want to keep going if

3    the Court wanted to stop.  That's all.

4          THE COURT:  No.  Trust me, if I wanted to stop, I'd

5    tell you.

6          MR. BLECHMAN:  I do trust Your Honor.  Thank you.

7          THE COURT:  Is everybody okay here?

8          MR. BLECHMAN:  Okay.  Thank you, Your Honor.

9    BY MR. BLECHMAN:

10   Q.   So the analysis that you've just described with Urner

11   Barry and measuring impact, the amount of overpayment, if any,

12   for a given Plaintiff from a given co-conspirator, did you do

13   that analysis with respect to every Plaintiff?

14   A.   That's correct.

15   Q.   Did you do that analysis with respect to every

16   Plaintiffs' purchases of eggs from each co-conspirator?  And

17   I'm including Rose Acre in that definition.

18   A.   I did.

19   Q.   All right, and what did you find, sir?

20   A.   Well, I've concluded that everyone together spent about

21   $3.5 billion on eggs.  The amount purchased by different

22   Plaintiff -- Plaintiffs differ across different

23   co-conspirators.  So what I did is I just put together a table

24   for purposes of my testimony today on whether or not

25   individual Plaintiffs purchased individual -- purchased

1    quantities of eggs that would have been impacted by the -- by

2    the market price increases that I've observed and I put those

3    in a table.

4            MR. BLECHMAN:  All right.  If we could go to Slide

5    28, please.

6    BY MR. BLECHMAN:

7    Q.   Professor Baye, is this the table to which you were

8    referring just now?

9    A.   It is.

10   Q.   This is titled Summary of Plaintiffs' Purchases From

11   co-conspirator (including Rose Acre).  Tell the jury, please,

12   what is reflected in Slide 28, sir.

13   A.   Well, across the top is Plaintiffs A&P, Albertsons,

14   Giant, and so forth.  I won't read all those.  And those were

15   given to me by counsel.  They wanted me to put this table

16   together for purposes of today's conversation.  And then below

17   them, what you have is individual co-conspirators or

18   Defendants that actually purchased -- I'm sorry, that actually

19   sold each of these individual retailers' products.  So, for

20   example, for A&P, A&P bought product from Cal-Maine Foods,

21   Hillandale, ISE America, Sparboe Farms, and this is all during

22   the period in which my econometric analysis is finding

23   statistically significant output reductions and price

24   increases.  So I can say that A&P suffered injury from

25   Cal-Maine, Hillandale, ISE America and Sparboe Farms as a

1    result of the decline in output stemming from the alleged

2    conspiracy.

3    Q.   Is it your opinion, Professor Lay -- listen to me, excuse

4    me.

5            Is it your opinion, Professor Baye, that Albertsons

6    overpaid for eggs -- withdrawn.

7            Is it your opinion, sir, that as a result of the

8    Defendants' alleged unlawful conduct, that Albertsons was

9    overcharged for eggs that it purchased from each of the four

10   companies that are identified in each column?

11   A.   Yes.

12   Q.   Is it your opinion, sir, that Giant Eagle was overcharged

13   by each of the companies identified in its column as a result

14   of the unlawful conduct alleged by Defendant -- alleged by

15   Plaintiffs in this case?

16   A.   Yes.

17   Q.   And then there's a reference to H.E. Butt and Hy-Vee, and

18   Kroger, and Publix, and Roundy's, and Safeway, SuperValu,

19   Walgreens, and Winn-Dixie, correct?

20   A.   That's correct.

21   Q.   Each of those are Plaintiffs here?

22   A.   That's correct.

23   Q.   And under each of these named Plaintiffs are listed

24   companies, correct?

25   A.   That's correct.

1    Q.   So with regard to Hy-Vee, is it your finding, sir, that

2    Hy-Vee was overcharged for eggs that it purchased from

3    Hillandale, Michael Foods, Rose Acre, and Sparboe as a result

4    of the Defendants' alleged unlawful conduct?

5    A.   Yes.

6    Q.   Is it your opinion, sir, that Kroger was overcharged for

7    eggs that it bought from Cal-Maine, Michael Foods, Midwest

8    Poultry, Moark, National Food, Rose Acre, and R.W. Sauder as a

9    result of the Defendants' unlawful conduct alleged in this

10   case?

11   A.   Yes.

12   Q.   Is it your opinion, sir, that Publix was overcharged as a

13   result of the Defendants' unlawful conduct in this case by

14   Cal-Maine, Country Charm, and Michael Foods?

15   A.   Yes.

16   Q.   Is it your opinion, sir, that Roundy's was overcharged

17   during the alleged conspiracy by Michael Foods as a result of

18   the Defendants' unlawful conduct alleged in this case?

19   A.   Yes.

20   Q.   Professor Baye, with regard to Safeway, is it your

21   opinion that as a result of the Defendants' unlawful conduct

22   in this case, Safeway was overcharged for eggs that it bought

23   from Cal-Maine, Hickman's Egg Ranch, Michael Foods, Moark, and

24   National Food Corporation?

25   A.   Yes.

1    Q.    With regard to SuperValu -- and I'm just looking to make

2    a record here, sir -- is it your opinion, that SuperValu was

3    overcharged as a result of the Defendants' unlawful conduct in

4    this case based on eggs that it purchased from Cal-Maine,

5    Hickman's Egg, Hillandale, ISE America, Michael Foods, Moark,

6    National Food, Norco, Oakdell Egg, Rose Acre, R.W. Sauder,

7    Sparboe, Weaver, Wilcox, and Zephyr Egg?

8    A.    Yes.

9    Q.    And two more.  With regard to Walgreens, is it your

10   opinion, sir, that Walgreens was overcharged by the Defendants

11   and others as a result of the unlawful conduct alleged in this

12   case, for eggs that it bought from Cal-Maine, Hickman's Egg,

13   Hillandale, and R.W. Sauder?

14   A.    Yes.

15   Q.    And finally, with regard to Winn-Dixie, is it your

16   opinion, sir, that Winn-Dixie was overcharged for eggs that it

17   bought from Cal-Maine and Weaver Bros. as a result of the

18   alleged unlawful conduct by the Defendants and co-conspirators

19   in this case?

20   A.    Yes.

21   Q.    All right.  And I'm told I missed H-E-B.  So let's go

22   back to H-E-B.  Apologies.

23         With regard to H-E-B, is it your opinion, sir, that

24   as a result of the Defendants' unlawful conduct alleged in

25   this case, H-E-B was overcharged for eggs that it bought from

1    Cal-Maine Foods?

2    A.   Yes.

3    Q.   With regard to the names that appear in this chart --

4    let's find out the source of those names.

5             MR. BLECHMAN:  And to do that, I want to go, if we

6    could, to Slide 29, please.

7    BY MR. BLECHMAN:

8    Q.   Can you -- do you have that in front of you?  Here we go.

9             Professor Baye, do you have that?

10   A.   I have it.

11   Q.   Good.  All right.  This is a chart that reads:

12   Co-conspirators are assumed to include the following

13   producers.

14            Do you see that?

15   A.   I do.

16   Q.   And it identifies there a number of companies who are

17   identified in that chart that we just saw, I'm just going to

18   read them for the benefit of the record, I apologize if we

19   take a moment.  Cal-Maine, Country Charm, Hickman Egg,

20   Hillandale, ISE America, Michael Foods, Midwest Poultry,

21   Moark, National Food, Norco -- halfway there, Quality Egg,

22   Oakdell, Ohio Fresh, Rose Acre, R.W. Sauder, Sparboe, Tampa

23   Farms, Weaver Bros., Wilcox, and Zephyr Egg.  Do you see that?

24   A.   I see it.

25   Q.   All right.  Where did you get those names, Professor

1    Baye?

2    A.   You told me to put this together based -- as a subset of

3    the information that was in my expert report and Exhibit 7.

4    Q.   And by "you," do you mean counsel for Plaintiffs?

5    A.   That's what I mean.

6    Q.   Did you populate this chart with these names upon

7    instruction from counsel?

8    A.   That's correct.

9    Q.   All right.

10             MR. BLECHMAN:   If we could go to Slide 27, please.

11   BY MR. BLECHMAN:

12   Q.   Slide 27 is titled SuperValu Purchases of Shell Egg

13   Medium White from Rose Acre Farms.

14             Do you have that?

15   A.   I do.

16   Q.   All right, tell us what this slide shows, please.

17   A.   This is just another example of the relationship between

18   the Urner Barry index and the transaction prices of -- between

19   different Plaintiff and Defendant combinations that I

20   previously showed with respect to Rose Acre.   They all look a

21   little bit different.   And this one indicates -- demonstrates

22   that, you know, unlike Kroger, SuperValu is actually paying

23   Urner Barry less a discount.

24   Q.   Okay.   Now, if we could move forward to Slide 29, again,

25   and then I'm going to take us to an explanatory slide

1    thereafter.

2            THE COURT:  Sorry.  Trying to bite me.

3    BY MR. BLECHMAN:

4    Q.   All right.  These are the co-conspirators in Slide 29,

5    correct?

6    A.   That's correct.

7    Q.   Okay.  Now, did you do an analysis to assess the share of

8    flock size by a vendor?

9    A.   I did.  In my Exhibit 7 of my report, I believe it was.

10   Q.   Okay.  And let's take a look, then, at Slide 30, if we

11   could.  And tell us what is reflected in Slide 30, please.

12   A.   This is the cumulative flock size controlled by UEP

13   members and UEP Certified members, and I don't recall the date

14   explicitly.  It should be indicated on the table.  Is there a

15   date on the table?

16   Q.   I can't read it, but we'll figure that out.

17   A.   At some point in time -- and it shows that at this point

18   in time, 83 percent of flocks were controlled by UEP Certified

19   companies.

20   Q.   What is the significance, if any, to you, sir, in

21   connection with your economic work, to these numbers?

22   A.   Well, the -- what's amazing to me as an economist is how

23   quickly the market tipped towards the UEP Certified Program.

24   And what this indicates is by this point in time -- oh, this

25   is 2004.  I guess if I could read it I'd know what date it is.

1    2004.

2              It shows that by 2004 83.6 percent of flocks were

3    controlled by UEP Certified companies.  And what that means is

4    that, very quickly, in my opinion, as a result of the 100%

5    rule and monitoring and other actions that the UEP implemented

6    along the way, it effectively hit a critical mass such that

7    after this date virtually everyone had little choice but to

8    join the UEP Certified Program.

9    Q.  Did you take a look at the record in this case, to

10   evaluate whether the 83.6 percent, percentage, for example, is

11   consistent and supported by the facts?

12   A.  Yes.

13   Q.  All right.  Let me show you Slide Number -- the next

14   slide, 31, I think.  And tell us, what is Slide 31?  Does that

15   help you explain this?

16   A.  Yeah, it's just a report, a farm animal welfare report,

17   that -- the table that was put together that I showed you

18   earlier was put together by my staff at my direction based on

19   data in the record.  This is an independent verification of

20   that number, which is -- which is pegging 85 percent of the

21   flocks is implementing the ACC Guidelines.

22   Q.  All right.  And is a document like this and other

23   documents that you reviewed, Professor Baye, consistent or

24   inconsistent with your economic findings?

25   A.  It's consistent.

1  Q.   Okay.  As an economist, sir, what role, if any, does

2  enforcement play in the effectiveness of a conspiracy?

3  A.   It's easy for a cartel to get together and jump up and

4  down and say, Hey, let's restrict output, raise price and get

5  rich; but once prices rise, each individual producer has an

6  incentive to cheat on that collusive agreement.  So absent

7  some type of mechanism to enforce the collusive agreement, the

8  cartel is unlikely to be successful.

9          So in the case of a trade association, rules are

10  important, and then a mechanism to monitor and ensure that

11  members are complying with the program.

12  Q.   In connection with the analysis, the economic analysis

13  you did in this case, did you find any mechanism or mechanisms

14  to enforce the alleged conspiracy?

15  A.   Yes.

16  Q.   What did you find?

17  A.   There were audits -- there were audits, and monthly

18  compliance reports indicated, and the guidelines themselves.

19          MR. BLECHMAN:  If we could turn to Slide 32, please.

20  BY MR. BLECHMAN:

21  Q.   Tell us what is shown in Slide 32, sir.

22  A.   Well, this is just indication as early as 2003 the UEP

23  had imposed annual audits as part of their compliance

24  guidelines, and they also had to file monthly compliance

25  reports with the UEP.  And as a matter of economics, this is

1    just a way of monitoring who's doing what in the industry, if

2    some people aren't complying, some people are complying, you

3    can point out those that are and aren't.

4    Q.    As an enforcement mechanism and as an economist, what is

5    the significance of the audit or enforcement mechanism like

6    that to effectiveness of the conspiracy?

7    A.    It makes the conspiracy more likely to be sustained or

8    maintained.

9    Q.    All right.  Let's turn to the subject of exports, if we

10   might cover that.  Did you examine Plaintiffs' allegations

11   regarding coordinated export -- alleged coordinated exports in

12   this case?

13   A.    Yes.

14   Q.    What did you do in connection with that analysis, sir?

15   A.    Well, I initially looked at the record with the intent of

16   attempting to incorporate that into an econometric model.  But

17   my review of the evidence similar to my analysis of the -- of

18   the short-term measures indicated that these observations were

19   kind of one off short-term things randomly occurring over

20   time.  And as a consequence I couldn't -- I couldn't formally

21   estimate those in an econometric framework because they're

22   more or less occurring at random points in time.  But I was

23   able, in the case of exports, to actually quantify the impact

24   on price of the coordinated exports in a few instances.

25   Q.    How did you measure the impact on price from exports?

1    A.    I used the results from the elasticity of demand and made

2    a conservative assumption about what the elasticity of demand

3    was for the eggs that were exported.

4    Q.    Did you prepare a slide to reflect the results of your

5    analysis?

6    A.    I did.

7          MR. BLECHMAN:  If we might turn to Slide 33, please.

8    BY MR. BLECHMAN:

9    Q.    Professor Baye, in front of you is Slide 33, which is

10   titled Price Effects of the USEM Coordinated Exports, 2006

11   through 2008.

12          Do you see that?

13   A.    I do.

14   Q.    Would you please explain to the jury what is shown in

15   this slide?

16   A.    Yeah.  So these are documented cases of exports by the

17   USEM, and for each of these months and years, my staff

18   collected information on the size of the export, compared that

19   to the total U.S. egg consumption in that period to compute

20   how much the export of the products associated with the

21   coordinated exports impacted U.S. quantities.

22          So in this first instance, that October 6 reduced

23   output by minus .41 percent, and we know since the demand for

24   eggs is inelastic, a small reduction in output leads to a

25   larger increase in price, and in this case, the estimated

1   price increase is 2.57 based on the conservative methodology

2   of taking all of those estimated inverse elasticities that

3   I've estimated and using the one that gives the smallest price

4   response to the output reduction.  And that gives us the

5   2.57 percent and you can see that each of these are

6   quantified.

7           So again, this illustrates that the coordinated

8   exports, the industry acting in concert had the effect of

9   eliminating eggs that would have otherwise been sold in the

10  U.S., and because the demand for eggs is highly inelastic, it

11  resulted in elevated prices for these months.

12  Q.   All right.  And you were referring, when you were

13  referring to the results, to the two right columns on the far

14  side of Slide 33?

15  A.   The penultimate column, this one right here.

16  Q.   So you're referring to the column Percent Decrease in

17  Domestic Sales Due to Coordinated Export.  Correct?

18  A.   Yeah.  That's how many eggs the export took off the

19  market in percentage terms, and the final column tells us how

20  much prices went up as a result of that, using, again, a

21  conservative measure of the elasticity of demand.

22  Q.   All right.  And so for the month October 2006, you find

23  the percent decrease in domestic sales due to coordinated

24  exports at negative .41, percent, correct?

25  A.   That's correct.

1  Q.   And the percent increase, is that the percent increase in

2  price?

3  A.   That's correct.

4  Q.   Egg price?

5  A.   In -- yeah, in egg prices as a result of that coordinated

6  import and I'm assuming that all of those eggs --

7  Q.   You mean export?

8  A.   Export.

9  Q.   Okay.

10 A.   And I'm assuming that all of those eggs had an elasticity

11 of minus 6.1, which is the elasticity -- it's the smallest

12 price effect you could estimate off of the results that I

13 have.

14 Q.   And for 2006, that effect was 2.57 percent, correct?

15 A.   That's correct.

16 Q.   January 2007, the decrease was 1.35 percent with a price

17 increase effect of 8.69 percent, correct?

18 A.   That's correct.

19 Q.   For February 2007, the decrease was 1.48 percent with a

20 price increase effect of 9.53 percent, correct?

21 A.   That's correct.

22 Q.   April 2007, the decrease in the supply was .91 percent

23 with an increase in price of 5.72 percent, correct?

24 A.   That's correct.

25 Q.   October 2007, the decrease was .58 percent and an

1    increase in price of 3.61 percent, right?

2    A.   That's correct.

3    Q.   And again, just so we have a record here, June 2008, the

4    decrease in supply was .47 percent and the increase in egg

5    price was 2.91 percent; is that right?

6    A.   That's correct.

7    Q.   All right.  I notice, Professor Baye, that in this Slide

8    33, the first month that you report is October of 2006.

9         Do you see that?

10   A.   I do.

11   Q.   All right.  Why are you starting the reporting in October

12   of 2006 and not earlier?

13   A.   I sent my staff out to try to collect data that allowed

14   me to actually compute these effects.  So while I can observe

15   in the United Voices and other contemporaneous documents that

16   there were exports and they were coordinated and they were

17   often sold at a loss, I was unable to gather the information

18   needed to actually compute the effects.

19   Q.   Okay.  Let's talk about short-term measures for a moment

20   or two, or a minute or two, if we might.  You testified

21   earlier about short-term measures as one of the three

22   anticompetitive actions that are part of Plaintiffs'

23   alleged -- allegations in this case, correct?

24   A.   That's correct.

25   Q.   All right.  And are short-term measures included in the

1   measurement of impact of the Defendants' alleged

2   anticompetitive activity someplace in your model?

3   A.   No, they're not.

4   Q.   All right.  Why is that?

5   A.   Because my review of the record indicates that -- at

6   least in my opinion as an economist, that while the UEP was

7   certainly attempting to coordinate, coordinated flock

8   reductions and so forth, it -- in my view, those short-term

9   measures were unsuccessful and it's consistent with my view

10  that the conspiracy, you didn't just wake up one day and you

11  have a conspiracy to reduce output.

12         The documentary record in my report -- that's

13  summarized in my report, indicates that, you know, as far back

14  as the 1990s, there were communications in the industry

15  indicating that to raise prices, we've got to reduce output.

16  This is commodity market.  The firms' profits are -- they're

17  scrambling to make money and they're scrambling to find

18  mechanisms to jack up the price.

19         It's not unusual in highly competitive markets for

20  firms to suffer problems like that, and in the airline

21  industry is a classic example of an industry that has had, you

22  know, tough times over the years.  Hopefully they don't get

23  together and try to act in concert to jack up prices, but the

24  temptation is always there when you're facing tough economic

25  times.

1    Q.   Are you saying, in other words, that there's no sustained

2    measurable effect of the short-term measures on output or on

3    price?

4    A.   That's correct.

5    Q.   In short-term periods, are you saying that there's no

6    effect on either output or price because of short-term

7    measures?

8    A.   What I'm saying is there's no measurable effect.  I'm

9    trying to come up with scientific methodology to quantify

10   effects.

11   Q.   I'm sorry.  Please continue.

12   A.   No.

13   Q.   By saying "no measurable effects," are you saying that

14   there were, in fact, no effects?

15   A.   No, I'm not saying that.

16   Q.   Then please help us understand the difference between

17   saying there -- there are measurable effects but you're not

18   reporting any in your model?

19   A.   Well, I wouldn't say that there are measurable effects

20   that I'm not reporting.  I would just say I'm unable to

21   reliably measure effects to determine if there are measurable

22   effects or not.  The documents suggest that there are effects.

23   But you can read documents as well as I can.  I'm not in a

24   position to use my scientific knowledge to help you understand

25   that -- that information.

1   Q.   All right.  By the way, before you testified today, did

2   you meet with Plaintiffs' counsel?

3   A.   I met with you yesterday, when my flight arrived around

4   noon.

5   Q.   Okay.  Last area I think I have for you has to do with

6   addressing some comments that have been offered by the

7   Defendants' economist, Dr. Walker, whom you referred to

8   earlier.  Let me begin first, if I might, with covering the

9   subject of the estimated conspiracy effect based on a single

10  indicator for the entire period.  That's a lot of eco speak.

11          So I want to ask you first to please explain your

12  understanding of what is Dr. Walker's comment on this point

13  and tell us what is your response, please.

14  A.   Yeah.  So part of Dr. Walker's reply is to take an

15  econometric model that is essentially my model with my

16  controls and stick in one indicator, one conspiracy indicator

17  that is -- in one instance tied to language in the complaint

18  to the data, in another instance including one conspiracy

19  dummy starting in 2002, and to assume the conspiracy had the

20  same effect over all time.  And based on that model, he

21  concludes that the alleged conspiracy resulted in more eggs.

22  That's his --

23  Q.   What is your response to your understanding of his

24  comments?

25  A.   In terms of the latter example that I gave you, one can

1    actually do an F-test to test his hypothesis that only one

2    indicator variable is appropriate, or you can include five to

3    adjust for each stage of the conspiracy, and I reject at the

4    99 percent level his model in favor of a model that has the

5    five conspiracy indicators.

6    Q.   Would you explain in lay terms -- and not include a

7    reference to an F-test -- why you disagree with

8    Dr. Walker's comment on this point?

9    A.   Because it's not based on -- it's not based on science,

10   and the prediction of his model is not tied to the academic --

11   I'm sorry -- to the record in the case.  And it makes

12   nonsensical predictions.

13   Q.   Why do you say it makes nonsensical predictions?

14   A.   Don Bell predicted that a reduction in egg production is

15   going to result in ultimately a 26.4 reduction in flock size,

16   okay?  His prediction is flock size goes up if you put birds

17   in smaller cages.

18   Q.   Another comment that Dr. Walker --

19   A.   Bigger cages --

20   Q.   Excuse me.

21   A.   -- or fewer birds in a -- you know.

22   Q.   Well, please finish.

23   A.   Or fewer birds in a given-sized cage.

24   Q.   Okay.

25   A.   Sorry.

1    Q.   A second of four points I'm going to be covering here,

2    Dr. Walker has had comments about running a regression based

3    only on the Urner Barry pricing, and you've addressed Urner

4    Barry pricing before.

5         Would you please explain to the jury your

6    understanding of Dr. Walker's comment and whether you agree or

7    disagree and why.

8    A.   Yeah, I think the record clearly shows that the prices

9    that the customers pay are tied to Urner Barry indices, and

10   Urner Barry indices are indicative of the types of prices that

11   one would want to look at if one's examining the impact of

12   conspiracy.

13   Q.   Did you find any price effects from Dr. Walker's

14   analysis?

15   A.   I actually looked at my analysis and came up with some

16   price analyses.

17   Q.   What did you find?

18   A.   I found that the actual prices that I predict based on my

19   econometric models are consistent with the underlying trends

20   that have existed in the data over a long period of times and,

21   in fact, the prices are, in fact, elevated relative to what

22   they would have been but for the conspiracy.

23   Q.   A third comment by Dr. Walker is the -- channeling the

24   Defendants' claim, that egg prices in the market were already

25   elevated at historically low levels in connection with that

1    historic and during the conspiracy period.

2              Are you familiar with that comment by Dr. Walker?

3    A.   I am.

4    Q.   All right.  And let me show you Slide 34, which is a

5    slide from -- actually from Dr. Walker.

6              Are you familiar with it?

7    A.   I am.

8    Q.   All right.  And the jury, I think, has actually seen --

9    may have seen this slide earlier in opening.  First, tell us

10   what your understanding is of Slide 34, and if you would,

11   please comment on whether you agree or disagree with

12   Dr. Walker's comment and why.

13   A.   Yeah.  So, again, this is just a graph of his measure of

14   the wholesale shell eggs price, and what he's done is he's

15   divided that by the cost of living index, a price index.  And

16   when you look at the underlying data that he used to do that,

17   it actually distorts the pattern and prices.  This pattern

18   right here, as an initial matter, is not helpful for

19   understanding whether the conspiracy impacted the prices paid

20   by actual Plaintiffs in this matter.

21             Secondly, and perhaps more importantly, as I tried

22   to illustrate throughout the analysis, you can't prove

23   something just by looking at a graph, okay?  You have to

24   formally control for factors that might lead to these changes.

25   Dr. Walker's graph here provides no control, except this

1   control of dividing by a price index.  That's not the

2   scientific way for examining whether the conspiracy impacted

3   the price of shell eggs.

4   Q.   Did you prepare a slide to explain this point?

5   A.   Yeah.  I've got two slides, actually.

6   Q.   All right.  Slide 35, please.  Tell us what is in Slide

7   35.

8   A.   Yeah, so what Slide 35 is, and Slide 36, I'm going to

9   show you --

10  Q.   Do you want them up together or one at a time?

11  A.   No.  One at a time is fine.

12  Q.   Very well.

13  A.   But I just want to point out that the products that I'm

14  showing you here are actual Urner Barry shell egg prices for

15  white large eggs in the Midwest, 1990 to 2012.  If you can go

16  to the next one also.

17  Q.   Slide 36, please.

18  A.   Yes.  And Urner Barry shell white extra large Midwest.

19  What was the other one?  I kind of --

20  Q.   We have two of the same slide?

21  A.   No, we haven't gone to 36 yet.

22  Q.   Oh.

23  A.   There we go.  White extra large Midwest.

24  Q.   There you go.

25  A.   These two products -- and this is in my expert report.

1    These two products comprise about 63 percent of Rose

2    Acre's sales.  These are important products, okay?  And this

3    is just a very simple way to see what my model predicts about

4    the but-for world and the actual world relative to actual

5    transactions data.  So if you go back to 35 now, if you don't

6    mind, what -- as I say these, and then you want to read it in

7    the record, but I'm just going to say this trend right here is

8    the trend that I predict based on my but-for analysis.  I

9    predict, but for the conspiracy, prices would have followed

10   this pattern.  Okay.  So I've got you zeroed in on that.  The

11   blue lines up to right here are actually the actual -- actual

12   prices, the actual price before the alleged conspiracy for

13   this particular type of shell egg.  The red lines are my

14   but-for prices.  So notice between 2003 and 2005, prices

15   spiked way up.  I hope you can see that.  Prices spiked way

16   up.  But my model indicates that those spikes have nothing to

17   do with the alleged conspiracy.  They're due to other changes

18   that I've controlled for, okay?  And, in fact, that's true

19   until we get to about right here where we begin seeing a

20   departure from the actual prices, that's the blue ones on the

21   top, and my but-for prices.

22         So contrary to Dr. Walker's approach, the prices

23   that I predict based on my econometric analysis closely follow

24   the trends that you observe in the industry.  And the actual

25   prices are actually elevated relative to those but-for prices.

1    This is the scientific way for examining whether or not a

2    conspiracy impacted prices, not just plotting raw data

3    adjusted by an arbitrary price index.

4    Q.    Did you do the kind of analysis reflected in, let's say,

5    Slide 35, with respect to each Plaintiff and each egg type

6    that it bought from Rose Acre and the other alleged

7    co-conspirators that were identified in an earlier chart?

8    A.    I've got but-for prices similar to the ones I showed

9    before with the but-for, absolutely.

10   Q.    All right.

11   A.    And I just picked these because these are -- these are,

12   you know, big, big groups of products, from Rose

13   Acre's standpoint.

14   Q.    Is your analysis with respect to Slide 36 the same --

15   withdrawn.

16           Is your explanation with regard to Slide 36 the same

17   as Slide 35?

18   A.    It is.

19   Q.    All right.  Finally, Professor Baye, are you confident in

20   the results you reached and the opinions that you have

21   expressed to this jury today?

22   A.    I am.

23   Q.    Very well.

24           MR. BLECHMAN:  Your Honor, we pass the witness and

25   on a break we'd like to just put in the record the

1   demonstratives the witness has used.  We're not offering them

2   into evidence.

3            THE COURT:  Very well.  We will -- thank you very

4   much.

5            We will take the lunch break now for, let's see,

6   it's 1 o'clock.  How about if we resume at 2:15, folks, okay?

7   That will take into account for having you don and doff any

8   raincoats or boots or whatever.  We'll get back here at 2:15

9   ready to resume for the rest of the afternoon.  Again, same

10  rules apply that you know so well.  See you in a bit.  Enjoy

11  the lunchtime.

12           THE DEPUTY CLERK:  All rise.

13           (Jury out.)

14           THE COURT:  Okay.  You enjoy lunch too.

15           MR. BLECHMAN:  Thank you, Your Honor.

16                   (Luncheon recess taken.)

17                   (After the luncheon recess:)

18           (Witness resumes the stand.)

19           THE DEPUTY CLERK:  All rise.

20           THE COURT:  Okay, everybody, please take your seats.

21  Are we ready to see if the folks are ready to rejoin us?

22           MR. BLECHMAN:  Yes, just two points.  One is I just

23  wanted to put into the record a copy of the demonstrative

24  slides.

25           THE COURT:  I just got a copy of them here.

1          MR. BLECHMAN:  Yes, Your Honor.

2          And the second one is that I realized after, over

3   the lunch break, there's like one or two questions that I

4   forgot to ask.

5          THE COURT:  Which?

6          MR. BLECHMAN:  I'm going to say two, I mean,

7   genuinely, and if I might, with the Court's indulgence, I've

8   advised counsel, just ask those one or two questions.

9          THE COURT:  I assume there's no problem with that.

10         MR. LEVINE:  No, although we're a little bit -- we

11  don't understand what it means to give a demonstrative on the

12  record.  I mean, given to the Court, obviously no problem, but

13  any -- demonstratives are not part of the, quote/unquote,

14  record.  They're just an aid to the witness.

15         MR. BLECHMAN:  It's not -- there's no suggestion

16  here.

17         THE COURT:  They're not offering it to be admitted.

18         MR. BLECHMAN:  Correct.  Correct.

19         MR. LEVINE:  Right.

20         THE COURT:  Okay.  No problem, yes, bring them back.

21         MR. BLECHMAN:  Thank you, Your Honor.

22         THE COURT:  You guys are very optimistic.  You're

23  standing and you have no idea whether the troops are going to

24  be ready to rejoin us.

25         I just told an entire class of third-year students

1    that they can come in and watch this when they were done with

2    their discussion with Judge Baylson.  So if you see some eager

3    faces troop in the back, that's who they are.  Either that or

4    they're just saying, yeah, not interested.

5              THE WITNESS:  Didn't advertise me, I hope.

6              THE COURT:  No, no.  I was very careful not to do

7    that.  You never know when somebody's an econ major.

8              THE DEPUTY CLERK:  All rise.

9              (Jury in.)

10              THE COURT:  All right, everybody can take their

11    seats.  We are ready to resume.

12              And, Mr. Blechman, I understand you had a couple of

13    questions more.

14              MR. BLECHMAN:  Thank you, Your Honor.

15    BY MR. BLECHMAN:

16    Q.   I realized there were one or two things I forgot to ask.

17    Professor Baye, if we could please pull up Slide 28.

18              MR. BLECHMAN:  Is that up?

19              THE JURY:  Yes.

20    BY MR. BLECHMAN:

21    Q.   Under Giant Eagle -- this is -- just to set the stage,

22    this is a summary of Plaintiffs' purchases from

23    co-conspirators, including Rose Acre.

24              Do you have that, Professor Baye?  Slide 28?

25    A.   Yes.

1   Q.   Okay.  Under the column for Giant Eagle, first -- the

2   first line there's a reference to ConAgra.

3            Do you see that?

4   A.   Yeah, I do.

5   Q.   Do you have an understanding of why ConAgra is listed

6   there?

7   A.   Not really, other than it could be an assignment issue is

8   what I would -- what I would guess.  ConAgra is not a

9   co-conspirator in this matter, but, as I recall, there's some

10  assignments.

11  Q.   Very well.

12            MR. BLECHMAN:  Thank you, sir.

13            Thank you, Your Honor.

14            THE COURT:  Okay, now your direct is completed,

15  Mr. Blechman?

16            MR. BLECHMAN:  Yes, Your Honor.

17            THE COURT:  Does anybody wish to cross-examine?

18            MR. LEVINE:  Yes, Your Honor.

19            THE COURT:  Go ahead.

20                         CROSS-EXAMINATION

21  BY MR. LEVINE:

22  Q.   Good afternoon, Dr. Baye.

23  A.   Hi.  How are you?

24  Q.   I'm fine.  My name is Jay Levine.  I represent Rose Acre

25  Farms.  I'm going to ask you a few questions in this matter.

1   I believe you testified earlier in response to your

2   counsel's questions that you were first engaged in this -- on

3   this project in around 2010?

4   A.   Approximately.

5   Q.   And from that time until now, how many hours have you

6   spent working on this project?

7   A.   Many hours.  Hundreds of hours.

8   Q.   Okay.  I believe at the time of your deposition, you had

9   testified you had spent about 600 hours at that time on doing

10  your report.

11          Do you remember that?

12  A.   That wouldn't surprise me.

13  Q.   And how many more hours have you spent since your

14  deposition on this project?

15  A.   Okay, let me think.  So my -- my report would have been

16  prepared probably in 2014-ish, because it was filed in 2015.

17  The deposition would have covered all that.  And my

18  recollection is there were two supplemental reports that I

19  filed in response to some legal matters that I was asked to

20  address.  Those didn't take a whole lot of time.  I can't

21  remember exactly how much time I spent on them, but it

22  wasn't -- it wasn't a lot of time on those.

23  Q.   Okay, so in total, do you think you spent about 1,000

24  hours?

25  A.   I think that would be high.  It's probably closer --

1  probably closer to 6-, maybe 650, 7-, but it's a guess.

2  Q.   Okay.  And has your rate stayed the same, $750 an hour

3  throughout this time period?

4  A.   No, it hasn't.

5  Q.   And what is your rate today?

6  A.   $1,200 an hour.

7  Q.   Okay.  And is that what you're billing NERA for your

8  time?

9  A.   Not on this matter.

10 Q.   Okay.  And what are you billing on this matter?

11 A.   $750 an hour.

12 Q.   So that has stayed the same?

13 A.   That's right.

14 Q.   And you have people at NERA working for you on this

15 project?

16 A.   That's correct.

17 Q.   And do you have an estimate of how much time they've

18 spent on this project?

19 A.   I do not.

20 Q.   Okay.  And NERA bills the Plaintiffs directly, correct?

21 A.   That's correct.

22 Q.   And do you get any percentage of what NERA bills to the

23 Plaintiffs?

24 A.   I get 10 percent of the billings from staff.

25 Q.   Okay.  And do you know what the average hourly rate for

1  the staff was?

2  A.  I do not.

3  Q.  Okay.  Do you know how much money you've made on this

4  project?

5  A.  I do not.

6  Q.  Because you haven't looked?

7  A.  Because I haven't -- I mean, it's been over ten years.

8  Over ten years I've probably made -- if you divide, you know,

9  say 500 hours divided by ten years, that's -- yeah, I'm not

10  real good at doing arithmetic in front of --

11  Q.  No problem.  Well, I'll move on.

12       Now, I just want to be clear what you are and were

13  not giving an opinion on.  You were not giving an opinion that

14  Rose Acre is actually liable in this matter, correct?

15  A.  Yeah, I've made no determination that anyone violated the

16  law in any manner.

17  Q.  And you've also made no determination that, in fact, a

18  conspiracy, a violation of the antitrust laws actually took

19  place, correct?

20  A.  I have not offered an opinion on that, no.

21  Q.  Now -- and you've -- and you've concluded that no --

22  no -- you have not concluded that any given producer is an

23  alleged co-conspirator in this case, correct?

24  A.  Was there a double-negative in that?

25  Q.  I didn't mean there to be.

1   A.   If I heard it --

2   Q.   Let me ask it again.  You have not concluded, you have

3   not concluded or you're not offering an opinion that any given

4   producer is actually an alleged co-conspirator in this case,

5   correct?

6   A.   Yeah, I'm not -- I'm not a fact witness.  I'm not privy

7   to who might have signed what documents, who might have been

8   present in what meetings.  I, you know, evaluated the record,

9   and saw, you know, saw records -- saw documentary -- I'll use

10  the term "evidence" with a small E, as an economist --

11  Q.   Um-hum.

12  A.   -- of individuals being at meetings and so forth, but I'm

13  not here to testify on people's presence at meetings or

14  anything like that.  And therefore, I've got no idea, you

15  know, who is -- is responsible other than, you know, the

16  allegations in this case and the role that the UEP played as a

17  trade association.

18  Q.   And you testified towards the end of your examination

19  about USEM exports, and I just want to sort of be clear.  That

20  you've also called USEM exports short-term measures, correct?

21  A.   That's correct.

22  Q.   And that -- I think you've testified before that any

23  effect it would have had would have been very short-lived

24  about a month between, maybe, when they were announced and

25  when they were -- actually took place, correct?

1   A.   Yeah, that's -- I mean, that's exactly what I've

2   estimated there is, that month, the price impact during that

3   month.

4   Q.   Right.

5   A.   And I think there was only a handful of those, yeah,

6   that's correct.

7   Q.   Right.  And that, in other words, the price would not

8   have been sustained any longer than that month was your

9   testimony, I believe?

10  A.   Based on the ones that I was able to collect data and

11  actually examine the effect, that's correct.

12  Q.   Okay.  Now, you've testified that there were

13  communications and the like going back into the 1990s,

14  correct?

15  A.   That's correct.

16  Q.   Okay.  Now, so -- and you are aware that there's an

17  allegation that the conspiracy started by at least May 15,

18  2000, correct?

19  A.   I've seen a number of allegations and I've seen a number

20  of documents related to when communications began and so

21  forth.

22  Q.   Okay.  Well, are you aware that your counsel has

23  represented to the Court that the alleged conspiracy happened

24  by at least May 15, 2000?

25  A.   Again, I haven't -- that's not implausible to me, but

1    again, it's a question of what, you know, of what you observe

2    in terms of communications.  And I mean, I'm not a lawyer, I

3    don't know what's -- you know, from my perspective as an

4    economist at the FTC, when people in a trade association are

5    communicating about prices and output reductions and so forth,

6    regardless of whether they reach any kind of agreement in

7    violation of an antitrust law, as an economist, that raises

8    concerns.  And therefore, I look at this from a standpoint of

9    an economist, not a question of when legal violation of the

10   law might have taken place.  All I'm doing is examining the

11   record to see if it's consistent with coordinated activity,

12   and then to examine the impact of that.  And that's all I've

13   done.

14   Q.   Okay.  And your analysis is data-driven, correct?

15   A.   It's -- well, it's data-driven but it's also

16   record-driven as well in terms of, you know, tying the data

17   analysis to events in the record with respect to when certain

18   restrictions were imposed, the communications regarding what

19   the intent of those restrictions were, the -- the evidence

20   that the events are driven by, you know, certain motives on

21   the part of the trade association.  Those types of things.

22   Q.   Okay, well, let me ask it a little bit more specifically.

23   You testified at length about a flock model, correct?

24   A.   I testified about a flock model, right.

25   Q.   And you also testified at length about an egg production

1    model, correct?

2    A.   I did.

3    Q.   Now, you designed that analysis to test the effects of

4    the Certified Program, correct?

5    A.   Not entirely.

6    Q.   Well, you designed that analysis to test the effects of

7    whether there was a reduction in flock size or egg production

8    post August 2002, correct?

9    A.   That's correct.

10   Q.   Okay.  And that's because the first stage of the -- of

11   the phase-in of the Certified Program would have taken effect

12   at August of 2002, correct?

13   A.   Based on my recollection and my review of the data,

14   that's the first thing I saw in the record that, you know,

15   short of communications and what I call -- what I think of as

16   cheerleading, where the industry is attempting to figure out a

17   way to raise prices.

18   Q.   You didn't start your analysis in the 1990s to determine

19   what effect any of the conduct in the 1990s had?

20   A.   That's not correct.

21   Q.   Okay.  When -- when did you start your analysis in your

22   flock model?  When did you design the model to test whether

23   there was an effect with respect to any conduct?  What date?

24   What was the start of your --

25   A.   So you're talking about the econometric analysis?

1   Q.   Yes.

2   A.   Based on my review of the record, the first date at which

3   the alleged conspiracy would have had a sustainable impact on

4   output began with the 2002 period that I discussed at length

5   this morning.  That does not mean --

6   Q.   I'm sorry, go ahead.

7   A.   That does not mean that I did not observe in the record

8   short-term measures that, based on my experience as an

9   economist, would have likely impacted price.  As I indicated

10  this morning, I wasn't -- I'm not in a position to utilize the

11  econometric methods --

12  Q.   Okay.

13  A.   -- to quantify those effects.  And rather than speculate

14  about what those effects are, I chose to ignore those

15  potential effects and subsume them as part of the error

16  structure in my econometric model.  And in so doing, I

17  ultimately -- and ignoring, for purposes of impact, the impact

18  of those short-term measures that preceded the 2002

19  implementation in my analysis.

20  Q.   Okay.  And just for edification, the Restriction 1 in

21  your model starts to determine effect as of what date, August

22  2002, correct?

23  A.   That sounds right.  I'd have to -- it's when the first

24  cage space restrictions would have been in effect.

25  Q.   And that cage space was part of the UEP Certified

1    Program, correct?

2    A.   Well, the Animal Care Certified Program as it was being

3    advertised at that time.  Of course it changed in 2005 --

4    Q.   Dr. Baye, just answer my question, we'll get out of here

5    a lot --

6              MR. BLECHMAN:  Excuse me.  If the witness would be

7    allowed to answer the question --

8              THE COURT:  Well, are you done with your answer,

9    Professor Baye?

10             THE WITNESS:  I was not quite, but I --

11             THE COURT:  You said, That sounds right.  It's when

12   the first cage space restrictions would have been in effect.

13   And the next part was, The Animal Care Program, as it was

14   being advertised in 2005.

15             THE WITNESS:  Yes, Your Honor.  He was referring to

16   it as the UEP Certified Program, and I was just pointing out

17   that at that point in time it was actually called the Animal

18   Care Certified Program, which, in my mind as an economist, is

19   materially different.

20   BY MR. LEVINE:

21   Q.   Whatever it was called, that was the date in which you

22   started to test whether there was an effect on flock size or

23   egg production, correct?

24   A.   With an econometric model, that's correct.

25   Q.   Okay.  Thank you.

```
 1              Now, you've not seen any evidence that a customer
 2   who wanted non-certified eggs was not able to get them; is
 3   that correct?
 4   A.   I have not seen -- there's a double negative in there.
 5   Q.   Was there a double negative in there.
 6   A.   I'm just --
 7   Q.   You have not seen any evidence that a customer who
 8   desired non-certified eggs was unable to get them; isn't that
 9   correct?
10   A.   Well, after the market --
11   Q.   Is that correct?
12              MR. BLECHMAN:  Whoa, whoa, whoa.
13   BY MR. LEVINE:
14   Q.   Yes or no?
15              MR. BLECHMAN:  Your Honor, if the witness could be
16   allowed to finish.
17              THE COURT:  Well, try the question again.
18              MR. LEVINE:  Okay.
19              THE COURT:  I think there was a focus on the double
20   negative issue.
21              MR. LEVINE:  Okay.
22              THE COURT:  So start again.
23   BY MR. LEVINE:
24   Q.   It's simply a yes-or-no question.  Have you seen any
25   evidence that there was a customer who wanted non-certified
```

1    eggs but was not able to get them?

2    A.   I can't recall any.

3    Q.   Thank you.

4         MR. LEVINE:  We have a demonstrative.

5         Can I publish to the jury, Your Honor?

6         THE COURT:  You can -- you can show it.

7    BY MR. LEVINE:

8    Q.   Let me see if I can turn this.

9         Okay, Dr. Baye, you also talked about your various

10   results in your main specifications, correct?

11   A.   That's correct.

12   Q.   Okay.  And all we've done here is charted your

13   Restrictions 1, 2, 3, 4 and 5, that relate to the periods in

14   which you had various variables that related to the cage space

15   restrictions and the phase-in in the Certified Program,

16   correct?

17   A.   That's correct.  I mean, it looks correct.

18   Q.   And I think you've already testified that from your egg

19   production model, in Periods 1 and 2, you did not find any

20   statistically significant effect, correct?

21   A.   Not at the 99 percent level, that's correct.

22   Q.   But you did in Periods 3, 4 and 5, correct?

23   A.   That's correct.  And also in other models.

24   Q.   Okay.  I'm sticking now with your main specification.

25   Now, you did no analysis of what cage space any individual

1  producer actually provided, correct?

2  A.    That's correct.  I looked at the aggregate effect on the

3  market.

4  Q.    Right.  But you didn't look at what any individual

5  producer, what cage density standards they were using either

6  prior to the Certified Program or post the Certified Program,

7  correct?

8  A.    That's correct, because it wouldn't have been relevant.

9  Q.    It didn't matter to you?

10  A.    It wouldn't matter for answering the antitrust question

11  in this case.

12  Q.    Right.  It was -- according to you, all you cared about

13  is the aggregate, not about what any given producer did?

14  A.    Correct.  Because this is an allegation about a trade

15  association conspiring with members of the trade association

16  to restrict output.  So the question is not whether any

17  individual might have expanded output or cheated or whatever

18  on that -- that's not evidence that's relevant for determining

19  the marketwide impact.

20  Q.    And you have no idea whether the but-for flock size of

21  any given producer would have been higher or lower because you

22  did no such analysis, correct?

23  A.    All I know is the total -- you're correct.  All I know is

24  the total flock size is lower.

25  Q.    And you don't know whether, and you certainly don't

1    report whether anyone who is part of the alleged conspiracy

2    was required by any other customers to conduct audits in terms

3    of what cage space standards they were employing, correct?

4    A.   Just no -- no.

5    Q.   Okay.  And based on your econometric analysis, the cage

6    space restrictions by themselves did not have an effect on egg

7    production, correct?

8    A.   Yeah, I don't know that I would agree with that.

9    Q.   Okay.

10              MR. LEVINE:  Your Honor, may I approach?

11              THE COURT:  Yes, you may.

12   BY MR. LEVINE:

13   Q.   Dr. Baye, do you remember having your deposition taken?

14   A.   I remember you deposing me, yes, sir.

15   Q.   I'm going to take that as a yes.

16   A.   Yes.  Yes.

17   Q.   And do you remember that -- I believe it was sometime in

18   May of 2015?

19   A.   I'll take your word for that one.

20   Q.   It was just a couple of weeks before my son's wedding, so

21   it was memorable.

22              And if you turn to -- and did you give truthful

23   testimony on that day?

24   A.   To the best of my knowledge, I attempted to.

25   Q.   Okay.  Now, if you turn to page 289, I believe it's in

1    Volume 1 of your deposition.  Let me know when you're there.

2    A.   Okay.

3    Q.   And I asked you at that time:  And is it your opinion

4    that cage space restrictions by themselves have no effect

5    because of the statistically -- I think it should be

6    insignificant coefficients in Restrictions 1 and 2?

7              Do you see that?

8    A.   I do see that.

9    Q.   And you answered:  It's consistent with them having no

10   effect.  Correct?

11   A.   That's correct.

12   Q.   And you went and I asked you -- you were very careful

13   there.  I asked:  Is it your opinion?

14             And you said:  It's consistent with.

15             Are you venturing an opinion as to whether cage

16   space restrictions by themselves with no other restrictions

17   included?

18             And you said it is.

19             And I asked you to let me finish the question,

20   sorry, and then have an effect on flock size or egg

21   production.

22             And you answered:  Are you asking in the guidelines

23   or are you just asking generally?  If you foresaw -- if you

24   take all the existing chickens and reduce the number by

25   creating bigger and bigger cages, if you do that, clearly

1   you're going to have fewer -- fewer hens, you're going to have

2   fewer eggs.  That's not what I'm -- that's not what I'm

3   referring to when I make the statement.  When I'm making the

4   statement, I'm saying if the UEP then imposed cage size

5   restrictions by themselves without any of the other measures

6   that they adopted, um-hum, it's my opinion, that it would have

7   no effect on output.

8           Did I read that correctly?

9   A.   That's correct.

10  Q.   Okay.  Thank you.  Now --

11  A.   Is that the --

12  Q.   You mentioned -- you mentioned that you had -- you

13  mentioned Don Bell a couple of times, and the like.

14          Are you aware of what the industry average was in

15  terms of cage density prior to the Certified Program?

16  A.   I don't remember sitting here, no.

17  Q.   Do you remember hearing the standards like 48 inches?

18  A.   I remember reading a lot of numbers about a lot of

19  different specifications.  I don't remember.

20  Q.   You read all the trial transcripts, right?

21  A.   I reviewed the trial transcripts, that's correct.

22  Q.   Okay.  And do you remember testimony about 48 inches

23  being the prevailing standard prior to the Certified Program?

24  A.   I don't recall that.

25  Q.   Do you recall the United Voices where Don Bell said that

1   the industry was even lower than 48 inches?

2   A.   I don't recall that right now.  I don't remember it

3   anyway.

4   Q.   Now -- and the largest jump in terms of cage space would

5   have been both percentage-wise in terms of inches, from 48, if

6   that was the prevailing standard, to the first standard which

7   is 56, correct?  Every subsequent jump is much smaller,

8   correct?

9   A.   That -- yeah, I don't know -- I don't know.  I know that

10  the actual restrictions get progressively more stringent.

11  Q.   Well --

12  A.   The first restriction is -- yeah, I don't know that I

13  agree with that.

14  Q.   Well, if, in fact, the prevailing standard was 48 inches,

15  then, in fact, the 8-inch jump from before the Certified

16  Program to the first phase would have been the biggest jump in

17  all of the phases, correct?

18  A.   You mean starting from an initial status quo that wasn't

19  imposed by the UEP to that one?

20  Q.   Yes.  Yes.

21  A.   If your hypothetical is correct, then that would be

22  correct.

23  Q.   Okay.  Well, the jury has heard what the jury has heard.

24  Okay.  So -- and you understand that the cage space

25  restrictions started in August of 2002, correct?  That was the

1    first implementation of the cage space restriction?

2    A.    Restriction.  Restriction.  What is?

3    Q.    That was the first phase, in which there was a mandated

4    space per hen pursuant to this guideline.

5    A.    And what I heard -- you're getting a little bit confused

6    here because I think you're talking about a phase before

7    Restriction Period 1, and if I heard you correctly, you're

8    asserting that going from no UEP Program to Restriction 1 had

9    the biggest impact on cage size.

10   Q.    Dr. Baye, I'm asking a different question.

11   A.    Then I don't -- I'm confused.

12          THE COURT:  Start again then.

13   BY MR. LEVINE:

14   Q.    In August of 2002, that was the first time that there was

15   a cage space mandate under the guidelines, correct?

16   A.    Okay.  Yes.

17   Q.    Okay.  So in 2002, the UEP Guidelines start mandating

18   what cage density producers who were on the Certified Program

19   must use, correct?

20   A.    That's correct, on the Animal Care Certified Program.

21   Q.    Thank you.

22          Now, isn't it true you've also testified that the

23   100% rule by itself would also, in conjunction with the cage

24   space restrictions, not have an effect on egg production?

25   A.    Yeah, I think that's a mischaracterization of my opinion

1  on that.

2  Q.   Okay, Dr. Baye, can you turn to page 114 of your

3  deposition?  And if you can go to the very top, do you see I

4  asked you:  So only Restriction 1 analyzes the effect of the

5  100% rule in cage space restrictions apart from any other

6  restrictions alleged in this case?

7          And you answered:  That is the restriction that

8  allows you to identify the effect of the 100% rule.

9          Did I read that correctly?

10 A.   Well, I think -- I think if you go back --

11 Q.   Did I read that correctly, Dr. Baye?

12 A.   You read that correctly.

13 Q.   Thank you.

14          MR. BLECHMAN:  Your Honor, if the witness could be

15 allowed to answer the questions.

16          THE COURT:  Well, the question was:  Was it read

17 correctly?

18          MR. BLECHMAN:  Immediately before that, he

19 started --

20          THE COURT:  I know, I understand, but then you get

21 to go back and redirect if you want to clarify.

22          MR. BLECHMAN:  That's fine.

23 BY MR. LEVINE:

24 Q.   And, in fact, it was your testimony that the 100% rule

25 would be unlikely to have reduced production, correct?

1  A.   Yes or no?

2  Q.   It's a yes or no.

3  A.   Repeat the question, please.

4  Q.   Right.  It is your testimony or your prior testimony that

5  the 100% rule by itself would be unlikely to have reduced

6  production?

7  A.   I can't answer that question yes or no.

8  Q.   Can I ask you to turn to page 293 of your deposition?

9  A.   I'm sorry, 293?

10  Q.   Yes, please.

11       And I'll direct you to line 4 of your deposition.

12  And I asked you:  And you don't separately analyze any of them

13  putting aside your backfilling ban specification?

14       And you answered:  Well, except that, you know, like

15  I said, the 100% rule is already in effect for Restrictions 1

16  and 2.  So I've identified that the 100% rule by itself would

17  be unlikely to have reduced the production.  So that means

18  that it's -- it's the other stuff that would have led to

19  reduce production.

20       Did I read that correctly?

21  A.   You read that correctly.

22  Q.   Thank you.

23       Now, you talked about monthly reporting and

24  compliance with your counsel, correct?  You mentioned that the

25  UEP required monthly compliance reports to be submitted by the

1   various producers who were on the Certified Program, correct?

2   A.   That's correct.

3   Q.   And do you remember when those -- when that requirement

4   went into effect?

5   A.   I don't remember right at this point.  I know that there

6   were a lot of -- there were a lot of meetings and so forth,

7   and so I don't know exactly, sitting here.

8   Q.   Okay.

9   A.   I don't remember.

10  Q.   Are you aware that in the 2003 UEP Guidelines -- excuse

11  me -- they required producers who were certified to submit

12  monthly compliance reports?

13  A.   I remember those -- I remember the compliance reports

14  evolving.  I don't remember -- it's been a while since I

15  reviewed all the underlying records, but I know that it

16  evolved throughout that period.

17  Q.   Okay.  If -- and here I'll just ask you to turn to

18  page -- paragraph 124 of your report.  And I'm just going to

19  focus you on what I believe is the third sentence of that

20  paragraph.  The sentence starts towards the end on the right

21  side, this section, referring to the 2003 edition of the

22  guidelines.  Made explicit that the rule that every certified

23  company must implement the guidelines on 100 percent of the

24  company's production facility, the 100% rule, and submit a

25  monthly compliance report to the UEP.

1          Do you see that?

2    A.   I see that.

3    Q.   Does that refresh your recollection that in 2003, UEP was

4    requiring producers to submit a monthly compliance report?

5    A.   I do see that.

6    Q.   Thank you.

7          So -- now, I believe you've already acknowledged

8    that there's nothing in the guidelines themselves.  Just

9    talking about the guidelines, that prohibits expansion,

10   correct?

11   A.   That's correct.

12   Q.   So in 2002, we have the cage space requirements.  In

13   2003, we have the 100% rule, we have the monthly compliance

14   reports, and you also talked, I believe, about audits with

15   Mr. Blechman; is that correct?

16   A.   That's correct.

17   Q.   And the UEP Certified Program, in fact, required a

18   producer to be audited, correct, yearly?

19   A.   Annual audit, that's correct.

20   Q.   Annual audit.  And do you know that, in fact, those

21   audits, that requirement was introduced in the 2003

22   guidelines?

23   A.   I -- again, I don't remember the timing of all these

24   details, but, if you say it is.

25   Q.   Well, if -- I believe these are already in evidence.

1          MR. LEVINE:  If -- if you can bring up D-175.

2    BY MR. LEVINE:

3    Q.   You can look on your -- on your screen, and if you could

4    turn to page 14, 175-14.  And I believe these are actually the

5    2002 guidelines.

6          MR. LEVINE:  And if you can blow up the audit

7    section.

8    BY MR. LEVINE:

9    Q.   And do you see there that there is an audit requirement

10   in the 2002 guidelines?

11   A.   I see that.

12   Q.   Okay.  Thank you.

13          So if we can go back to the demonstrative.  So,

14   again, so now in 2002, the Certified Program starts -- has the

15   cage space requirements, has the audits, and in 2003, we have

16   the 100% rule and we have the monthly reporting requirement.

17   And you talked about backfilling a little bit, correct?

18   A.   That's correct.

19   Q.   And backfilling started, do you remember when?

20   A.   2005-ish, something like that.

21   Q.   Would you take my representation it was February 1st,

22   2005?

23   A.   I'll take your representation.

24   Q.   And I believe that's -- that is, in fact, when you did

25   your analysis for the backfilling ban specifications as well?

1   A.   Sounds right.

2   Q.   Okay.  Thank you.

3        Now, the backfilling ban forbade producers from

4   replacing hens that were subject to mortality, correct?

5   A.   That's my understanding.

6   Q.   Okay.  Now, I believe you've previously testified, you

7   don't know whether there are any extra costs associated with

8   backfilling, correct?

9   A.   I don't specifically, no.

10  Q.   And you've never identified whether any alleged

11  co-conspirator actually engaged in backfilling prior to

12  February 2005?  In your report, you don't report any producer

13  actually engaged in backfilling prior to February 2005,

14  correct?

15  A.   I -- I do report that the United Voices is talking about

16  that being a problem, but it doesn't identify the specific

17  individuals that might have done that.

18  Q.   And you yourself don't know -- did no analysis to

19  identify whether any given producer was actually backfilling

20  prior to February 2005, correct?

21  A.   That's correct.

22  Q.   And you don't know whether non-certified producers

23  backfilled as well, correct?

24  A.   I -- basically -- I mean, did or didn't?

25  Q.   Yes.  You don't know whether any non-certified producer

1  backfilled, correct?

2  A.   Any specific one?

3  Q.   Yes.

4  A.   Yes, that's correct.

5  Q.   And you don't know whether any specific -- any specific

6  certified producer backfilled prior to February 2005, correct?

7  A.   That's correct.

8  Q.   And -- and for those egg producers who might have

9  backfilled prior to February 2005, you don't know how many

10  hens they may have backfilled, correct?

11  A.   Don't know.  All I observed is the effect on the entire

12  market.

13  Q.   I understand.  But you don't know how many hens a given

14  producer may have backfilled prior to February of 2005?

15  A.   That's correct.  An implication of what I've already

16  answered.

17  Q.   And for -- and for those egg producers that did backfill

18  prior to February 2005, if there were, you don't know how

19  many -- how many hens they backfilled or how many eggs were

20  produced by those backfilled hens in any year, correct?

21  A.   At the individual level or the --

22  Q.   Yes, at the individual level.

23  A.   At the individual level, the answer to that question is

24  no.

25  Q.   And you've seen testimony that some -- at least some

1   producers never backfilled, correct?

2   A.   It wouldn't surprise me that that might be the case.   I

3   don't have any specific information one way or the other that

4   I recall.

5   Q.   And you don't know the reasons why producers may have --

6   may or may not have chosen to backfill prior to February 2005,

7   correct?

8   A.   As an economist, I have a good understanding of why they

9   might have backfilled.

10   Q.   Okay.   Professor Baye, may I direct your attention to

11   page 101 of your deposition.

12   A.   Okay.

13   Q.   Line 5.   You were asked:   Prior to February 2005, do you

14   know why producers might have chosen to backfill?

15          And you answer:   I don't know that they did or did

16   not backfill.   It's not part of my assumption.   So again, I

17   don't have any reason to know why -- or why they may have or

18   have not.

19          Is that correct, did I read that correctly?

20   A.   That's exactly what I said and that's why I --

21   Q.   Thank you.

22          MR. BLECHMAN:   Wait.   Wait.   Your Honor.

23          THE COURT:   Finish your answer.

24          MR. BLECHMAN:   Thank you.

25          THE WITNESS:   I'm finished.

1    BY MR. LEVINE:

2    Q.   Are you familiar with --

3              THE COURT:  Yes, you can finish your answer.

4              THE WITNESS:  Yes.  The record -- the United Voices

5    indicates people are doing that because prices are high,

6    because the guidelines are working, and people are eroding the

7    -- eroding the price gains by backfilling.  That's what the

8    record says.

9              As an economist, that's exactly what economic theory

10   predicts is a problem with the cartel.  Prices rise, people

11   cheat, people expand, people engage in activities that are

12   designed to capitalize unilaterally on those higher prices and

13   that's when we observe additional restrictions being imposed

14   by the UEP, as I see it as an economist, to restrict that

15   practice.

16   BY MR. LEVINE:

17   Q.   Dr. Baye, you did a lot of econometric work and the like,

18   and a lot of investigation, but you did not investigate how

19   prevalent the practice of backfilling was or actually how many

20   eggs were produced by any backfilled hens prior to

21   February 2005; is that correct?

22   A.   Yes.  That's absolutely correct.

23   Q.   And are you aware of a person by the name of Joy Mench?

24   A.   It doesn't ring a bell.

25   Q.   Have you been reading the daily transcripts?

1   A.   I have -- I'm not good with names and dates.

2   Q.   Have you -- did you read the trial transcript of

3   Dr. Armstrong?

4   A.   Yes.

5   Q.   And did you -- did you read who he identified as being

6   part of the Scientific Advisory Committee?

7   A.   I -- I read his -- I read his transcript.

8   Q.   Okay, and are you aware that Dr. Mench was on both the

9   UEP Scientific Advisory Committee and on the FMI Advisory

10  Council?

11  A.   Again, I don't pay attention to names and -- and --

12  Q.   And, Dr. Baye, do you also recall that Dr. Mench was

13  against the practice of backfilling?

14  A.   Not him specifically, no.

15  Q.   Now, you talked about sort of the data you used in order

16  to conduct your econometric analysis, correct?  I believe you

17  said it came from the USDA?

18  A.   Well, the flock size data --

19  Q.   Yes.

20  A.   -- and the egg production data came from the USDA, that's

21  correct.

22  Q.   Right.  I'm not talking about the elasticity.

23  A.   Or the Urner Barry prices, for example, or the

24  transactions data that I utilized.

25  Q.   So -- and the USDA production data -- I'm going to stick

1   with your production model -- that includes pretty much all of

2   the producers in the country, correct?

3   A.   It includes the -- well -- it includes the production of

4   all eggs for human consumption.  So it wouldn't include, for

5   example, vaccines that are made from fertilized eggs, that

6   type of thing, but it would be all eggs for human consumption.

7   Q.   Okay.  So that would include commodity shell eggs, which

8   is what we're talking about predominantly here.  It would also

9   include cage-free eggs?

10  A.   That's correct, specialty eggs.

11  Q.   And organic eggs?

12  A.   That's correct.

13  Q.   And Omega-3 eggs?

14  A.   That's correct.

15  Q.   And eggs that were destined for export, whether USEM or

16  otherwise, eggs that were destined for export, they would be

17  in your production model, correct?

18  A.   That's correct.

19  Q.   Okay.  As well as eggs that go into egg products,

20  correct?

21  A.   That's correct.

22  Q.   And, again, in terms of your econometric but-for analysis

23  on egg production, I just -- you did it on the USDA data.  You

24  did not confine -- you never conducted analysis just for the

25  20 alleged co-conspirators in this case, as to whether their

1   egg production changed as a result of these -- of the

2   Certified Program?

3   A.   Because -- no, because it's not relevant for answering

4   the antitrust question at issue here.

5   Q.   Okay.  Now -- now, you understand that there are only 20

6   alleged co-conspirators in this case, correct?

7   A.   I don't -- I don't understand that.  I don't

8   understand -- I -- I think I told you this in the deposition,

9   I don't know the difference between a Defendant, a

10  co-conspirator.  That's just all legal stuff.

11          From my perspective, members of the UEP participated

12  in -- so --

13  Q.   I understand.  And your counsel told you to consider and

14  to call these co-conspirators, these companies?

15  A.   That's correct.

16  Q.   And you don't have an understanding as to why your

17  counsel chose these 20?

18  A.   I was not told.

19  Q.   But do these look like the 20 that you were told?

20  A.   I mean, I recognize some of the characters here.

21  Q.   Well, if you think I'm wrong, let me know.

22  A.   No, no, I just, you know, I'm not good with names.

23  Q.   Understood.  Now, in your report, originally, you had

24  testified that the alleged conspiracy group had about

25  54.1 percent of the -- of the flocks in the U.S., but earlier,

1    you testified just for a more narrow group, these 20, and you

2    testified, I believe, that they had about 42.8 percent?

3    A.   My recollection is I described the total certified

4    production that was controlled by the UEP Certified Program

5    and that was on the order of 85 percent, and then I put

6    together an exhibit that showed that these particular members

7    of the UEP together comprised on the order of 40, 42 percent,

8    whatever it was.

9    Q.   For reasons that I'm not sure, we got a different number

10   than you, not materially, I think our number came to

11   40.3 percent, but whether it's 40 or 42 percent, that's the --

12   that's the market share, if you will, of these 20 companies,

13   at least in 2004, pursuant to Exhibit 7 of your report,

14   correct?

15   A.   It's the share of -- I believe this is flock size; is

16   that correct --

17   Q.   Flock size.

18   A.   -- that you're looking at?

19   Q.   Yes.  Okay.  Now -- and you -- I think you had just said

20   that you think that the UEP Certified producers represented

21   about 85 or so percent of the nation's flock size in 2004,

22   correct?

23   A.   2004, 2005.  I know by 2008, it was like the entire

24   cage-free industry was -- was UEP Certified.  About 95 percent

25   at that point.

1   Q.   And just --

2   A.   Times -- I'm bad with dates, but time does matter in

3   terms of when you're doing the shares.

4   Q.   I understand.  But let's just stick with what your

5   exhibit had and we had.

6   A.   Okay.

7   Q.   So if there was -- if -- let me get this out correct.

8          If UEP Certified producers had about 85 percent of

9   the nation's flock and the alleged co-conspirators had about

10  40 to 42 percent of the nation's flock, that means there are

11  about 40 or so percent of the nation's flock are held by

12  people who are certified but are not part of the alleged

13  co-conspiracy, correct?  85 minus 40 equals 45.  Or 85 minus

14  42 -- using your numbers -- is about 43.

15  A.   I wouldn't agree you're not part of the conspiracy.

16  Again, from my perspective, the conspiracy includes the Trade

17  Association and anyone that was a party to it.  I don't know

18  from a legal -- from a legal perspective how you go about

19  characterizing which of those people are relevant for which

20  particular antitrust matter you go, and I'm -- I've been

21  around long enough to know that that's not something that an

22  economist has -- is helpful in understanding.

23  Q.   Okay.  Thank you.  I actually just -- this was even a

24  more simple question.  I just want to know if my math was

25  correct.  If 85 percent of the nation's flock was held by

1    certified producers and this group of 20 represented about 40

2    to 42 percent of the nation's flock, that means there's about

3    40-plus percent of the nation's flock held by certified

4    producers who are not a member of this 20 co-conspirator group

5    that your counsel told you to make a chart about.  Simple

6    math, right?

7    A.    It's simple math.  It's the characterization of -- you

8    seem to be implying that they somehow weren't involved in the

9    UEP and its certification program and all that kind of stuff.

10   Q.    It's simple math.  My question really was just simple

11   math.

12   A.    Yeah, well, the math -- I mean, I can do math sometimes.

13   Q.    I hope so.  Okay.  Now -- now, if you turn to

14   paragraph 68 of your report.  And this is where you talk about

15   your Exhibit 7, correct?

16   A.    Paragraph 68?

17   Q.    Yes.  On page 25 of your report.  Your initial report.

18   A.    Yes, yes, sir.  And what was the question?  I apologize.

19   Q.    So -- well, here you're talking about your Exhibit 7,

20   correct?

21   A.    Oh, Exhibit 7, yes.

22   Q.    And you list, I believe, in Exhibit 7 something like

23   there are 186 producers in the country, correct?

24   A.    Well, this is for the ones that my staff could identify.

25   Q.    Right.

1   A.   Yeah.

2   Q.   At least 186 --

3   A.   Yes.

4   Q.   -- producers in the country?

5        And, in fact, their flock total represented about

6   98 percent, as far as you could tell, of the nation's flock

7   size, correct?

8   A.   That's correct.

9   Q.   Okay.  So, again, this is sort of fairly -- fairly

10  simple.  And I believe, again, if you can -- you represent

11  that about 177 producers at this time were UEP Certified,

12  correct?

13  A.   That's what it says, yes.

14  Q.   Do you have any reason to doubt your report?

15  A.   You know, I wrote it a long time ago, so I believe what I

16  write, but it's a long time ago.

17  Q.   Okay.  And again, so 177 producers were certified, and

18  yet there are only 20 companies that are being alleged by the

19  Plaintiffs to be co-conspirators.  Again, if my math is

20  correct, that leaves 157 certified companies were not part of

21  the alleged co-conspiracy group.  Is my math correct?

22  A.   Just give me one second, if you don't mind, to refer to

23  my exhibit.

24  Q.   My question is really just a math question.  I'm not

25  asking anything about the exhibit itself.  Is 177 minus 20,

```
1    157?  Dr. Baye?

2    A.   I'm sorry?

3    Q.   Is 177 minus 20, 157?

4    A.   Sounds pretty close.

5    Q.   Okay.  Thank you.  Now, do you understand -- do you

6    know -- do you understand the term "owned price elasticity"?

7    A.   I'm sorry, repeat that.

8    Q.   Do you understand what the term "owned price elasticity"

9    or "own price elasticity"?

10   A.   I do.

11   Q.   Okay, can you explain to the jury what that concept is?

12   A.   Yeah, the owned price elasticity of demand is a measure

13   of how much the quantity demanded for a specific firm's

14   product changes with respect to a change in that firm's price.

15   That would be like if you want to know the price elasticity of

16   demand for a Honda, the owned price elasticity would be that.

17   You could also go market elasticity, which could be like for

18   cars, and it would be the same thing for cars.

19   Q.   Right.  But an owned price elasticity would be what is

20   the change in the quantity demanded if the price -- what is

21   the change in the quantity demanded of a Honda if you raise

22   the price of a Honda?

23   A.   That's correct.

24   Q.   That would be an owned price elasticity?

25   A.   That's correct.
```

1   Q.   Or even more specifically, what is the change in the

2   price of a Honda Accord as a result of a change in production

3   of a Honda Accord, that would be an owned price elasticity?

4   A.   No, I don't agree with that.  I think you said

5   production, change in production.

6   Q.   That would be an inverse.

7   A.   It would be an inverse.

8   Q.   Let me ask you this.

9   A.   Okay.

10   Q.   You used bubble gum before, right?

11   A.   I did.

12   Q.   Okay.  So an owned price elasticity would be, what would

13   be the change in the quantity demanded if you raised that

14   bubble gum by 1 percent?

15   A.   It would be the percentage change, not quite right.

16   Q.   Wouldn't that be the owned price elasticity?

17   A.   If you said percentage change instead of change, that

18   would be correct.

19   Q.   Thank you for the correction.  It wasn't a trick

20   question.

21   A.   I never know.  I mean, you'll impeach me on that later,

22   probably, so --

23   Q.   And when you were doing the -- with Mr. Blechman, as to

24   whether the Plaintiffs paid more than they otherwise would

25   have --

1    A.    Um-hum.

2    Q.    -- what you had done is, you had taken your -- the change

3    that your production model had estimated, the change in

4    production, and you applied the elasticities you had

5    determined from the Urner Barry and that gave you the price

6    change, if you will, of how much price increased for that

7    product, correct?

8    A.    As a result of the conspiracy, alleged conspiracy,

9    correct.

10   Q.    As a result of -- as what was determined by your

11   econometric model?

12   A.    Yeah, that's correct.  If you don't want to use

13   econometrics, you look at the record and you say what the

14   known price elasticity --

15   Q.    Right.  And your --

16   A.    -- minus one and you're done.

17   Q.    And your econometric model, your main specification was

18   geared towards five restrictions that matched the cage space

19   phase-in of the Certified Program, correct?

20   A.    No, that's not correct.  I also did the backfilling ban

21   specification as well.

22   Q.    Okay.

23   A.    And then I have nine other specifications that you seem

24   not to want to talk about.

25   Q.    I'm asking on your --

1   A.   No, I understand.

2   Q.   All we talked about --

3        THE COURT:  Okay, we're not having, like, a

4   conversation, gentlemen, okay?

5   BY MR. LEVINE:

6   Q.   Let's stick with your main specification.

7   A.   Yes.

8        MR. BLECHMAN:  If Professor Baye could be allowed

9   just to answer the question.

10  BY MR. LEVINE:

11  Q.   Dr. Baye, your main specification, again, your main

12  specification was designed to determine the effect phase by

13  phase matching the Certified Program phase-in of cage

14  restrictions, correct?

15  A.   That's one of my -- what Specification 1 did, yes.

16  Q.   And your backfilling ban specification was a before and

17  after look before the backfilling ban went into effect and

18  after the backfilling ban went into effect without chopping

19  the periods into -- into smaller periods, correct?

20  A.   That's correct.

21       MR. LEVINE:  At this time, I have nothing further.

22       THE COURT:  Any other cross-examination?

23       MR. HARRIS:  Nothing on behalf of USEM.

24       MS. SUMNER:  Nothing for UEP.

25       THE COURT:  Any redirect?

```
 1              MR. BLECHMAN:  Yes, Your Honor, thank you.
 2                     REDIRECT EXAMINATION
 3   BY MR. BLECHMAN:
 4   Q.   Dr. Baye, good afternoon.  Professor Baye -- sorry --
 5   good afternoon.
 6   A.   Mike is easier for everybody.
 7   Q.   I'm going to stick with Professor Baye here.  Thank you.
 8   I'm going to ask you questions to follow-up on some of the
 9   questions you were asked by Defense Counsel.  I'm going to
10   move around to try to stick with the questions that you were
11   asked and at the same time try to balance these books here.
12              You were asked some questions, Professor Baye, about
13   whether the short-term measures had an effect prior to 2002.
14   Do you recall --
15   A.   Yes.
16   Q.   -- that question and answer?
17              If the short-term measures had an effect before
18   2002, would those be -- would those have been a sustained
19   impact?
20   A.   No, they would not.  That's why I didn't worry about
21   them.
22   Q.   Help us better understand, if you would, sir.  When you
23   say that's why you didn't worry about them, what is that --
24   what do you mean in the context of the model you prepared and
25   the results of that?
```

1   A.    Right.  So I'm trying to use academic methods to

2   scientifically examine whether the alleged conspiracy impacted

3   output.  It's a tough job.  It's a hard job.  I would have --

4   in a perfect world, I would have been able to identify every

5   single element of the alleged conspiracy and identify

6   specifically what that is.  But the world is more complicated

7   than that and as a -- as an economist doing research, you have

8   to make judgments.  And in my judgment, attempting to account

9   for the higher prices that might have existed prior to 2002,

10  given the lack of data that I had and so forth, would have

11  required incredibly heroic assumptions on my part to make that

12  work.

13          So what I chose to do is use an econometric

14  methodology that allowed me to ignore any potential effects

15  while controlling for those with an error structure because

16  essentially anything I don't control for is being included in

17  the error term of my regression.  It's another term.

18          And I want to therefore specify an econometric model

19  that's robust enough to capture those effects in a way that is

20  done in the literature, and that's what I did by allowing for

21  a trend variable that captures changes that I'm not accounting

22  for.  Some of those changes could be animal welfare.  I have

23  time-squared, that allows nonlinear effects, but it also

24  captures anything else that I'm not including in the model and

25  therefore absorbs it.

1          And as a matter of economics, there's two ways to

2    think about it.  If you think those short-term measures were

3    continuous throughout the entire period, then they'll be

4    absorbed in my time chart.  If you think those short-term

5    measures that were being referred to here only occurred before

6    2002, to the extent that they impact my results, they elevate

7    prices before the conspiracy, and therefore, reduce the

8    estimates that I'll have of impact, ultimately.

9          And there's a nice paper that came out on cartel

10   dating just a couple of years ago, after I was deposed, I

11   might add, that demonstrates formally that if you misspecify

12   the date in the model that I estimated, a model like the one I

13   estimated, you actually get conservative estimates of impact.

14         So I didn't know that at the time, I knew that if --

15   if prices were elevated before 2002, it's going to tend to

16   dampen the effect, but I didn't realize that was a more

17   general result than was understood in the literature.  So is

18   that --

19   Q.   In the context of the models that you prepared and then

20   ran and the results of those models, would you please explain

21   to the jury what you mean in the answer you just gave by the

22   phrase "conservative estimates of impact"?

23   A.   Conservative estimates of impact means I'm understating

24   the impact of the alleged activity on output and therefore on

25   prices.

1    Q.   You also used the phrase "absorbed in the time trend" in

2    explaining how your model picks up other activity in the

3    marketplace.  With a focus on absorbed in time trend, would

4    you please explain to the jury both what that means and how

5    that works in the context of your model, sir?

6    A.   Okay.  Very good.  So Mr. Levine alluded to a couple of

7    things that he was implicitly arguing I wasn't considering in

8    my model.  He mentioned exports, for example.  He mentioned

9    the early -- the early flock reduction strategies and all

10   those types of things.  As I mentioned this morning, any

11   econometric model you build is necessarily going to be a

12   simplification of reality.  There's no way you can include

13   every possible thing that could possibly impact egg

14   production, okay?

15       And what that means then is you want to use an

16   approach that is robust enough to account for all those other

17   things that, in principle, could or might or possibly impact

18   production, and a time trend does that and a time trend

19   squared does that, and what that allows for is variables other

20   than the explicit controls that I'm using to have differential

21   effects over time in egg production in a manner that captures

22   those effects.

23       And the fact that my -- my R square is -- I'm

24   explaining 99 percent of the variation means all these

25   possibilities are not even really worth talking about in the

1    first instance, but nonetheless, I control for them in that

2    manner.  Is that understandable?

3    Q.   It's not for me to say, but I'm hoping it is.

4         You also used the phrase "error structure" in

5    answering my question to you earlier about whether -- if the

6    short-term measures had an effect before 2002, would those

7    have been sustained and whether it was picked up by your

8    model.

9    A.   Right.

10   Q.   With the focus on the phrase "error structure," we'll add

11   that to the list of econo speak that we've heard today, and

12   would you please explain to the jury what that means?

13   A.   Okay, if you've grown up in my vintage, the classic

14   models of econometrics would assume that anything you're not

15   measuring is purely random and uncorrelated over time.  More

16   modern econometrics allows us to consider environments where

17   errors are correlated over time so that we're systematically

18   underpredicting flock size at some point in time, we're

19   systematically overpredicting flock size at some point in time

20   in a manner in which those things are correlated.  So my error

21   structure, by using, technically, what's called Newey-West

22   standard errors, I'm allowing for that auto-correlated

23   structure, that in conjunction with the time trend.

24   Q.   I guess I'm just reacting to the Dewey-West -- whatever

25   you said.

1    A.    Newey-West.

2    Q.    Newey-West.

3          Just give us one sentence in lay terms.  What does

4    that mean?  And I'm going to then move on.

5    A.    It's not -- it's smoke.  The concerns that have been

6    raised --

7    Q.    Okay.

8    A.    -- are not -- in my opinion, are not material.  If I were

9    an editor of a journal and a referee were casting stones at

10   someone's model, for those reasons I would -- I would discard

11   the criticism.

12   Q.    Let me shift now to another subject.  You were asked a

13   series of questions about whether you included in your

14   analysis whether an individual producer, what it did or didn't

15   do with respect to cage density --

16   A.    Um-hum.

17   Q.    -- what it did or didn't do with respect to backfilling.

18          Do you recall those questions earlier?

19   A.    I do.

20   Q.    All right.  Does that matter?

21   A.    The -- if an individual -- what matters is if individual

22   expansions and/or cheating, not complying because of the

23   audits and so forth, led to such dramatic increases in

24   production by a large number of producers that overall output

25   didn't shrink.  If overall output is lower, then consumers are

1    going to pay higher prices because demand is inelastic.

2              So just a classic example that I use in my class, I

3    play the prisoner's dilemma all the time, and you can imagine

4    some students, we have an event in Bloomington, Indiana called

5    The Little 500.  It's mirrored after the Indy 500, which is

6    like an hour north of us, but this is where the stories and

7    fraternities have a big bicycle race.  And it is the party

8    event of the century in Bloomington, Indiana, and what it

9    means as a professor, likely no students show up to your

10   class.

11             So here's an example I give to my students.  Imagine

12   that all the students get together and agree to, Hey, let's

13   not study for Baye's test, he can't possibly flunk all of us,

14   right?  And so they leave the room.  You know, 99 of the

15   students go to the Little Five and do the thing that they do

16   that their parents don't want to read in the newspaper the

17   next morning, and the one goes home and studies.

18             What happens to the one that studies?  He has the

19   best grade in the class, and he benefits from the fact that

20   everyone else colluded, right?  So the question that I always

21   ask them is:  Is he part of the cartel?  I mean, if he's there

22   when you're agreeing to restrict output, it's immaterial

23   whether he actually abides by that or not.

24             Now, as Mr. Levine said, the guidelines didn't

25   prohibit expansion.  So I'm not likening expansions to

1    cheating on the cartel.  But it emphasizes the fact that if --
2    just because -- just because a handful or many of the
3    individuals engaged in expansions, the question is:  Are those
4    expansions sufficient to offset what everyone else in the
5    cartel did?  That's the economic question, and that's why I
6    didn't spend resources attempting to find data that is
7    incredibly difficult to collect in a systematic manner that is
8    ultimately irrelevant for answering the antitrust question,
9    which is, in my mind, did the alleged conspiracy result in
10   higher prices paid for eggs and egg products by the
11   Plaintiffs.  And that's a simple question of what happened to
12   total output.
13   Q.   What happened to total output?  Let me use that as a
14   segment then to just double back on this question or two from
15   Defense Counsel for a moment.  Their questions to you, in
16   substance, were:  What about what Rose Acre may have done in
17   terms of increasing capacity -- or production?  Excuse me.  Or
18   what about what ABC producer may have done in backfilling or
19   not backfilling?
20         Why, Professor Baye, does -- is that not the proper
21   measure of -- is that not the proper analysis if -- if the
22   question is what happens to the total market output is
23   framed -- as framed in this case?
24   A.   From an economic viewpoint, anyone that participates in
25   the coordination is a party to the coordination, right?  And

1    so the question is when you have co-conspirators, whatever you

2    lawyers want to call these people in this particular matter,

3    when you've got individual companies that control that much of

4    the flocks in the U.S., right, and you ask the question, if

5    these guys get together and restrict output, that's a large

6    enough fraction of flock size that even if Rose Acre were to

7    expand, it's probably not physically possible for it to expand

8    enough to offset what happens if everyone else did.

9            And then the question you ask is:  Gee, if nobody

10   had been party to the Trade Association's attempt to restrict

11   output and raise price, if nobody was participating, if Rose

12   Acre wasn't participating, would anyone else have

13   participated, right?

14           Everyone's -- in my mind, everyone is part of that,

15   and that's why I don't understand the legal part about why

16   these are co-conspirators.  In my mind, it's part of who's

17   part of the UEP, who's involved in engaging in an industry

18   practice based on the record that I've reviewed in any event

19   is designed to restrict output.

20   Q.   Please turn to page 289 of your deposition for a moment.

21   Tell me when you have that there.

22           Professor Baye, do you have page 289?

23   A.   I do.

24   Q.   Okay.  And directing your attention to page 289, starting

25   on line 8, you were asked some questions, some of which were

1    then later asked to you by Defense Counsel about cage space

2    restrictions and whether they, in and of themselves, had an

3    effect in your model.

4            Do you see that?

5    A.   I do.

6    Q.   Would you please explain to the jury the extent to which,

7    if at all, cage space restrictions were -- were included as

8    part of your model and how that all played out, please?

9    A.   Yeah.  They're included as part of my model and what --

10   what Mr. Levine did here, and what I distinctly recall him

11   doing at my deposition is any time I wanted to talk about the

12   other models that I ran, he always wanted to talk about that

13   one specification.  Which, as I mentioned this morning, is the

14   most conservative.  If you go to my Specification 9, what you

15   observe is, in Period 1 and 2, there are some conspiracy

16   effects.  There are some reductions in output occurring in

17   Specification 9, which is, in fact, more general than my main

18   specification.  So if you run the kitchen sink model, you

19   actually can't reject the hypothesis that the conspiracy

20   reduced output under Restriction 1 and 2 if you lower your

21   scientific standard from 99 percent to 95 percent.  Okay.

22           So -- so my view is, you know, I think to kind of

23   point to one single event, it's clear that when you restrict

24   cage size, something's going to happen.  The point that I made

25   in my report is that over time, the guidelines evolved until

1    eventually you have the backfilling ban, you've got the 100%

2    rule, which was, based on my understanding, discussed in

3    meetings prior to the time it was actually implemented at a

4    point in time when it would have induced producers and

5    potentially retailers to sign up for the program, Animal Care

6    Certified sounds like a good deal, and once you get everyone

7    hooked, once you get 100% of a compliance, then you can -- you

8    don't even have to call it Animal Care Certified anymore, you

9    can just call it UEP Certified.  Which, in my mind, means

10   nothing and everyone's stuck.  Because if I've got a contract

11   with Kroger for UEP eggs, that means I can't write a contract

12   with anyone else without being in breach of my contract.  And

13   that's why, in my opinion, the 100% rule is a restraint of

14   trade.  It's not because the coefficient on this thing and the

15   econometric model is statistically significant or something.

16   That's absolutely asking the wrong question, and I do mention

17   that in my report.

18   Q.   You've mentioned in your answer just now, I thought I

19   heard you use the phrase "100% compliance by UEP producers."

20   I'm just looking to understand that reference in the context

21   of the tipping point analysis and other percentages that

22   you've given.  Would you explain, please, or clarify, either

23   one?

24   A.   Yeah, it's just that it's a process to grab additional

25   producers into a program.  Right?  And you can create a

1   virtuous circle by, you know, signing somebody up on the

2   program.  That's why if you look at the United Voices, very

3   early on it's communicating, based on my recollection of the

4   review of the documents I did, it's very quick to point out

5   who's signing up, who's signing up, who's agreeing to do this.

6   From an economic viewpoint that's just signaling to other

7   market participants, hey, this thing's getting traction, you

8   can sign up too.  And then once people sign up, the 100% rule

9   becomes a mechanism whereby you're foreclosing the ability of

10  other producers that aren't part of the UEP Certified to get

11  business.

12  Q.   You're not -- I'm sorry, finish.

13  A.   And as I look at the evolution, the snapshot that

14  Mr. Levine was showing us was from 2004, but my recollection

15  is, if you look at the entire evolution, the initial -- the

16  initial signup got pretty good traction early on and then hit

17  that 85 percent point and then after that, it is -- it is --

18  you start seeing other players like Michael Foods come in, you

19  start seeing other people because they need eggs and people

20  can't have facilities dedicated for non-UEP Certified eggs.

21  Because if someone buys one of their eggs, then they can't

22  sell a UEP Certified egg.

23  Q.   Are you suggesting that 100 percent of the producers in

24  the UEP had to participate for this alleged conspiracy to be

25  effective?

1   A.   Oh, absolutely not.

2   Q.   All right.  Explain, please.

3   A.   Because once you get a critical mass you're going to

4   force the industry to the point.  That's what the 100% rule

5   does, is it doesn't require everyone to voluntarily sign on,

6   it creates -- as a matter of economics, an incentive for the

7   market to tip in a manner that individuals are put in a

8   position where, golly, I've got to do it.  If I want to sell

9   to Kroger or whoever, I've got to have this, and boom, then

10  you're already there.

11  Q.   Please turn to page 114 in your deposition.  Tell me when

12  you're there, please.  Are you there?

13  A.   I am here.

14  Q.   All right.  At the top of the page going down, you were

15  asked some questions and it was read from the transcript about

16  the 100% rule alone in conjunction with -- or in conjunction

17  with cage space restrictions having an effect on egg

18  production, and I thought I heard you, in answering Defense

19  Counsel's question, to say, Go back, and then you were

20  stopped.  And if I misheard you, then I apologize.  But I had

21  the sensation that you had something more you were going to

22  say.  And so before I ask you the next question, I want to

23  find out if you have something further you wanted to add with

24  respect to this portion of the transcript.

25  A.   It's basically what I just told you.  I've given you the

1    Cliff Notes version of what my testimony is.  It's the focus

2    on Specification 1 that occurs way earlier in my deposition.

3    The whole deposition begins to focus solely on that one piece

4    of evidence.  When I've got -- I've got six different

5    regression models that I utilize and for the two regression

6    models that focused on cage space restrictions I've got nine

7    different specifications for those things.  So in my opinion,

8    focusing on a single specification doesn't make -- doesn't

9    make sense.

10   Q.   What did you mean when we heard testimony earlier about

11   the cage space restrictions alone having an effect or not

12   having an effect?  Would you please clarify.

13   A.   Yeah, the effect is exactly the tipping point that I

14   mean.  Just because you observe the 100% rule being imposed in

15   Restriction Period 1, that doesn't mean the market immediately

16   tips to UEP Certified eggs.  It's going to take a couple of

17   years maybe for that to happen.  And when that happens, we

18   might be in Restriction Period 4, Restriction Period 5, right.

19   So as I indicated in my report, a part of what we're picking

20   up there in the latter part of the evolution of the UEP

21   Guidelines is the kicking in effect or the tipping effect from

22   the guidelines.  So -- and again, that's -- that's what I have

23   in my report.

24   Q.   Is this related to whether there were guidelines without

25   restraints of trade?

1    A.    I'm sorry?

2    Q.    Was this -- is this related to whether there were

3    guidelines that were in effect without restraints of trade?  I

4    may be asking a bad question.  Let met try this again.

5          Would you explain what you meant -- or withdrawn.

6          Would you explain what it would mean for the 100%

7    rule having no effect on its own?

8    A.    It would mean that it didn't put buyers, potential

9    customers in a precarious situation of being effectively

10   forced to buy UEP eggs because there are no other types of

11   eggs available because no one else will sell the other eggs

12   because if they do so, it ruins their ability to sell UEP

13   eggs.

14   Q.    Turn, please, to page --

15   A.    UEP, ACC Certified eggs.

16   Q.    Please turn to page 293 of your deposition, sir.  Tell me

17   when you're there.

18   A.    Okay.

19   Q.    You were asked questions by Defense Counsel about some

20   passages on this page of -- I have starting on line 4, do you

21   see that, with the reference to, The 100% rule is already in

22   effect for Restrictions 1 and 2?  Beginning on line -- line 6.

23   A.    Yeah.

24   Q.    All right.  Would you please explain your testimony there

25   in terms of the 100% rule and its effect.

1    A.    Yeah, it's exactly what I was -- what I was saying there,

2    the 100% rule is already in effect and I've identified that

3    effect.  And whether you find it in that one coefficient or

4    not is immaterial for answering the economic question about

5    whether it potentially tipped.

6    Q.    You were asked questions by Defense Counsel about whether

7    you measured, if an individual producer backfilled before

8    2005, do you recall?

9    A.    I recall the question.

10   Q.    And do you recall being asked questions by Defense

11   Counsel about whether you measured if an individual certified

12   or non-certified producer backfilled before 2005?

13   A.    Yes.

14   Q.    What relevance, if any, does this have to the economic

15   analysis that you performed, sir?

16   A.    That's all in the before period, and so what we're going

17   to compare is once the rules are in place, what does the after

18   period look like?  I don't have the data to, you know, to walk

19   into Rose Acre's henhouses and check whether they're

20   backfilling or not.  I don't have access to a lot of

21   information that would allow you to do that.  It would be

22   costly to do that.  And at the end of the day, if I discovered

23   that Rose Acre was or was not backfilling, it would say

24   nothing about whether, from the standpoint of the entire

25   market, it's the market that's being monopolized here, under

1    the alleged conspiracy theory.  It's the market and not Rose

2    Acre attempting to monopolize its own situation.  So looking

3    at Rose Acre's backfilling practices is uninformative.

4    Q.    In your analysis, Professor Baye, when you analyze the

5    effect, if any, of flock size output and egg -- and egg

6    production output for the total market, did that or did that

7    not include whatever Rose Acre may or may have not done with

8    respect to expansion or backfilling or anything else?

9    A.    It excluded -- it included -- it included Rose Acre and

10   everyone else.  It included anyone whose flocks are included

11   in the USDA data.  Anyone whose production of eggs is included

12   in the USDA data.

13   Q.    You were asked some questions by Defense Counsel about

14   the inclusion of certain producers identified as

15   co-conspirators in one or two of the slides that you showed to

16   and explained to the jury, do you recall?

17   A.    I don't know that I explained the slides to the jury

18   about what that meant, but, yes, I remember the conversation.

19   Q.    All right.  Were the producers who were identified in

20   that chart, do you understand them to be egg producers --

21   ConAgra aside, which you've explained -- who sold eggs to one

22   or more Plaintiffs during the alleged conspiracy period?

23   A.    Yeah.  I showed that table that each and every one of

24   those combinations had transactions.

25   Q.    And did those two tables include other producers who may

1    or may not have been co-conspirators in this case, but who did

2    not sell eggs to one or more Plaintiffs during the alleged

3    conspiracy period?

4    A.    I'm sorry, say that again.

5    Q.    Yes.

6              MR. BLECHMAN:  Let's -- let's bring up a slide, I

7    want to say 27, just so we orient ourselves.  I may not have

8    the number right.  No, that was close.  28.  Do you have that

9    there?  28 and 29.  Let's stick with 29.  If we may have that

10   brought up, please.  These are -- is that up?  Not quite.

11             THE WITNESS:  Did you say 28?

12   BY MR. BLECHMAN:

13   Q.    I said 29.  These are companies that -- withdrawn.

14             These are producers who sold eggs to each of -- to

15   one or more of the Plaintiffs during the alleged conspiracy

16   period, correct?

17   A.    If they're identical to the one on the other table,

18   that's correct.

19   Q.    I believe you'll find them identical, other than the

20   reference to ConAgra, which you've explained.

21   A.    That's correct.

22   Q.    All right.  Are you suggesting by Table 28 and -- or

23   Slide 28 and Slide 29 that the producers who are identified in

24   these two tables are the only co-conspirators who participated

25   in the alleged conspiracy?

1    A.    Again, I don't know as a matter of law what the answer

2    is.

3    Q.    As a matter of economics.

4    A.    As a matter of economics, anyone that was a member of the

5    UEP and agreed to restrict output, to raise prices, is -- is

6    part of the conspiracy, in my mind, as an economist.  Whether

7    they're listed here or not -- and, you know, that's -- that's

8    my view of the world, and I don't know why those other guys

9    aren't included here.

10   Q.    Very well.  Finally, Professor Baye, have any of the

11   questions you've been asked by Defense Counsel caused you to

12   reconsider in any way any of the opinions that you have

13   expressed to this jury today in connection with your

14   testimony?

15   A.    Not at all, no.

16             MR. BLECHMAN:  Your Honor, I have no other

17   questions.

18             THE COURT:  Any recross?

19             MR. LEVINE:  Two quick questions.

20             THE COURT:  Go ahead.

21                            RECROSS-EXAMINATION

22   BY MR. LEVINE:

23   Q.    Dr. Baye, and if you turn to 31 -- I think it's Slide --

24   I think it's Slide 31 of your presentation today.

25   A.    Okay.

1   Q.   I just want to fix -- and I believe it's also represented

2   in Exhibit 7 of your report. As of 2004, about 85 percent of

3   the nation's flock was on the UEP Certified Program, correct?

4   A.   And 90 percent of eggs, that's correct.

5   Q.   Okay. And I just want to be clear. Is it your position

6   that every certified producer is a member of the alleged

7   conspiracy?

8   A.   I'm just -- I have no opinion on who did what. I don't

9   know who actually signed it. If these numbers are correct, I

10   would say anyone who participated in a scheme to reduce output

11   and raise prices participated in the conspiracy.

12   Q.   Right. My question was more specific. Is it your

13   position that anybody who was a certified producer is a member

14   of the alleged conspiracy?

15   A.   I can't -- I can't answer that question.

16   Q.   That you have no position on that?

17   A.   I think I need more information about that.

18           MR. LEVINE: Okay, that's all. Thank you.

19           THE COURT: Anything more from anybody?

20           MR. HARRIS: No, Your Honor.

21           MS. SUMNER: No, Your Honor.

22           MR. BLECHMAN: No, Your Honor.

23           THE COURT: Travel safely.

24           THE WITNESS: Thank you, Your Honor. Sorry about

25   your football team. I'm a Cowboy fan.

```
 1              THE COURT:  I was watching the Notre Dame game, too.

 2    That was doubly bad.

 3              MR. BLECHMAN:  Your Honor, on behalf of the

 4    Plaintiffs, may we have a minute to reconsider Professor Baye?

 5              THE WITNESS:  I'm a Cowboy fan.  I feel your pain.

 6              MR. BLECHMAN:  Your Honor, may we have two minutes

 7    to reconsider --

 8              THE COURT:  Travel safely, Professor.

 9              Where are we?  We can take a five-minute break.  I

10    would like to use as much time as we can, since it's not nasty

11    out.  It seems to be okay.  So do we have something we can do?

12              MR. LEVINE:  Yes, Your Honor.

13              THE COURT:  Okay, let's do take a very short break,

14    like five, six minutes, if anybody needs it, and come straight

15    on back, please.

16              THE DEPUTY CLERK:  All rise.

17              (Jury out.)

18              THE COURT:  Okay, if you need a break, just don't go

19    far.

20              MR. BLECHMAN:  Thank you.

21              THE COURT:  What is next, by the way?

22              MR. LEVINE:  We're going to call Mr. Hurd.

23              (After recess:)

24              THE DEPUTY CLERK:  All rise.

25              (Jury in.)
```

```
 1              THE COURT:  Okay, you all may take your seats.  I'm
 2    watching Mr. Coyle and each time he comes back with you guys,
 3    he's working very hard not to be laughing or smiling.  I can
 4    tell, he's really holding it in.
 5              Okay, the Defense may proceed.
 6              MR. LEVINE:  One housekeeping matter.
 7              THE COURT:  Yes.
 8              MR. LEVINE:  Apologies for not bringing it up.  I
 9    believe the Plaintiffs have rested in total.
10              MR. BLECHMAN:  Yes, Your Honor.
11              THE COURT:  Yes.
12              MR. LEVINE:  So we will later make a --
13              THE COURT:  Fair enough.
14              MR. LEVINE:  Rose Acre calls David Hurd.
15              THE COURT:  Okay, come on up.
16              THE DEPUTY CLERK:  Please remain standing and raise
17    your right hand.
18              (Witness sworn.)
19              THE WITNESS:  I do.
20              THE DEPUTY CLERK:  Could you please have a seat.
21    Please state your full name and spell your last name for the
22    record.
23              THE WITNESS:  David Stoddard Hurd, H-U-R-D.
24              THE COURT:  Okay, Mr. Hurd, how does it look from
25    here --
```

```
 1              THE WITNESS:  It looks --
 2              THE COURT:  -- as opposed to from there?  Just make
 3    sure you're equally comfortable.
 4              And you may proceed, Mr. Levine.
 5                     DAVID S. HURD,
 6    called as a witness herein by the Defendants, having been
 7    first duly sworn, was examined and testified as follows:
 8                     DIRECT EXAMINATION
 9    BY MR. LEVINE:
10    Q.   Good afternoon, Mr. Hurd.
11    A.   Good afternoon.
12    Q.   Can you tell the jury by whom you are employed?
13    A.   Rose Acre Farms.
14    Q.   And what is your current title?
15    A.   I am the vice president in charge of live production.
16    Q.   We'll get into that a little bit more, but just "live
17    production" is not a term you hear often.  Can you just
18    explain to the jury what that means?
19    A.   All of the areas of our company that have live birds,
20    from our breeder farm, hatchery, pullet grow-out to layer
21    farms.
22    Q.   And all of that is under your purview?
23    A.   Yes.
24    Q.   And could you briefly describe your educational
25    experience for the jury?
```

```
1   A.   I graduated in 1986 from Purdue University in Indiana
2   with a degree of animal -- bachelor's degree in animal
3   science.
4   Q.   And after you graduated from Purdue, what did you do?
5   A.   In May of '86, I started with Rose Acre Farms.
6   Q.   And have you been there continuously since?
7   A.   Yes.
8   Q.   And what did you start out as?  What was your first
9   position at Rose Acre?
10  A.   My first position was as a production manager trainee, so
11  I spent time in the various live production departments from
12  breeder farm, hatchery, pullet farms, where we -- handfeeding
13  crew, replaced baby chicks, vaccinated the birds, beak
14  trimmed, layer farms on the moving crews, and running layer
15  houses.
16  Q.   And where were you doing this, this training program?
17  A.   It started off in Seymour, Indiana.  It's about an hour
18  south of Indianapolis.  And then within less than a year I
19  moved up to northern Indiana.  We had some farms up in that
20  location.
21  Q.   And did you continue in your position as a manager
22  trainee?
23  A.   Yes.
24  Q.   And how long were you in that training program for?
25  A.   Um, when I moved up to northern Indiana, I was made a
```

1  layer house farm manager, so I had two houses I was

2  responsible for.  And I was in that position for about a year,

3  and then became an administrative assistant working with

4  Sylvia Dropchek and reporting to her through David Rust, the

5  owner and founder.

6  Q.    Okay.  And just -- what were you doing as a layer house

7  manager?  I mean --

8  A.    So the birds are housed in cages.  Every day we'd come

9  in, we'd check the feed, water, and air, make sure everything

10 went well the night before, and we'd do the daily routine

11 making sure the birds were being fed properly, that the eggs

12 are being collected correctly and getting them ready for the

13 night cycle.

14 Q.    And were there more than two houses on that farm?

15 A.    On that farm, there were 12 houses at Newton County Egg

16 Farm in Burke, Indiana.

17 Q.    And you were only responsible for two?

18 A.    Yes.

19 Q.    Does that mean there were other layer house managers?

20 A.    Yes, yes.

21 Q.    And when you moved to being an administrative assistant

22 what kind of duties were you doing at that point?

23 A.    Then I was -- it was before we had complex managers, we

24 had one main responsible person on a farm site, so we had

25 department heads.  So I was acting as the liaison, so to

1    speak, for the northern farms coming down to Seymour, Indiana

2    once a week to report on what was going on, hearing about any

3    concerns or issues that corporate had to go back up to the

4    farms the following week to work on.

5    Q.    And at what point did you become an administrative

6    assistant?

7    A.    That would have been probably 1988, so about two years

8    into my training.

9    Q.    Okay.  And how long did you stay in that position?

10   A.    Until about 1989, and then I was promoted to be vice

11   president of our breeder hatchery and pullet farm, part of our

12   live production department.

13   Q.    Okay.  And where were those facilities, the breeder

14   hatchery?

15   A.    In Indiana, in Seymour.

16   Q.    That was all in southern Indiana?

17   A.    The hatcheries and the breeder farms were.  We had pullet

18   farms located wherever our layer farm capacity is.  So spread

19   out in the different locations.

20   Q.    Okay, and at that point, how long did you stay in the

21   position of VP of pullets, hatchery, and breeder farms?

22   A.    Until about 2013 where I took on my -- my current role.

23   Q.    Okay.  And what is your main goal or what do you see as

24   your mission as a VP of live production?

25   A.    It's ever changing, but the biggest part of what I try to

1    do every day is work with our different farms on the

2    production side.  A big component of what we do is -- is

3    producing eggs and doing it as efficiently as we can.  So

4    there's a long logistical process that happens with not just

5    myself but with a crew of people to make sure that we have

6    fertilized eggs on time, that hatch into day-old baby chicks

7    on time, that fill up pullet growing cages that then can be

8    moving to laying flock farms so that eggs will be produced in

9    a continuous year-round manner.

10   Q.    Okay, we'll get into the production --

11   A.    Yes.

12   Q.    -- sort of stages in a bit.

13          And did you have any other responsibilities at Rose

14   Acre Farms in terms of management, executive committees or

15   Board of Directors?

16   A.    I was on the Rose Acre Farms' Board of Directors from

17   1996 to about 2004, and then again from 2012 to 2015.

18   Q.    And about how many employees report to you?

19   A.    Um, about half of our employees work in the live

20   production department, so it's around 1,000 employees that are

21   in the live production department.

22   Q.    And how many direct reports do you have?

23   A.    Maybe eight or nine.

24   Q.    And what level are they?

25   A.    They would be director of production that works with the

1    laying flocks, feed mill quality personnel, kind of a midlevel

2    management-type positions.

3    Q.    Okay.  Now, whether in this trial or otherwise, have you

4    ever heard the term "vertically integrated" as it applied to

5    an egg producer?

6    A.    Yes.

7    Q.    Okay, do you have an understanding whether Rose Acre

8    itself -- considers itself a vertically integrated producer?

9    A.    Yes, we do.

10   Q.    And can you explain to the jury what that means.

11   A.    If you're a smaller producer and just have some laying

12   chickens, you may not have the ability to grow your own

13   replacement pullets.  So you could go out and buy them on

14   contract from somebody.  If you had your pullet farms, you

15   could go out and buy day-old baby chicks to hatch to grow in

16   your pullet farms.  You would buy feed if you didn't have your

17   own feed mills.  So being vertically integrated means we are

18   trying to do all of the steps of the production as much as we

19   can to have ultimate control over our quality and

20   efficiencies.

21   Q.    And why is it important to Rose Acre to have that control

22   over all of the stages of production?

23   A.    Well, as I was mentioning before, the logistic part of

24   the job is very -- um, we're looking out, you know, a year and

25   a half, two years, to what we have, when we know they need to

1    be replaced and we want to make sure that we have some control

2    over that, that we're not being kicked out of a schedule

3    because somebody else had a chick delivery ahead of ours or

4    pullet growing opportunity, things of that nature.  Plus it

5    helps us control our costs, so...

6    Q.   Okay.  Do you remember seeing during the opening a

7    demonstrative on egg production?

8    A.   Yes.

9              MR. LEVINE:  Could we bring up the demonstrative on

10   egg production?

11   BY MR. LEVINE:

12   Q.   And do you see in the upper left-hand corner it says --

13   I'll tell you in a sec what it says.

14              Raising breeder flocks.

15   A.   Yes, I do.

16   Q.   Okay, can you explain to the jury what that means.

17   A.   So we do not do genetic research for the type of leghorn

18   laying chicken that we use.  We buy that as a day-old baby

19   chick.  So we're buying females and then males.  And then as

20   they grow in our pullet growing opportunity for -- or farms,

21   for the breeder farm, they get to become sexually mature and

22   then we move them to our breeder farm where they stay until

23   about 70 weeks of age where males and females can interact and

24   we get fertile eggs.

25   Q.   Okay, and the breeder farms are separate from your laying

1    farms?

2    A.    Yes.

3    Q.    Okay, so this is simply just to produce --

4    A.    Fertilized eggs.

5    Q.    -- fertilized eggs, okay.  And then you want those

6    fertilized eggs in order to do what?

7    A.    Well, then based on the size of the housing needs we have

8    on each week, we have a schedule for how many egg -- hatching

9    eggs that we're going to collect and put into incubators,

10   which it takes 21 eggs to -- 21 days to take an egg from set

11   to hatch.  And then we time how many eggs -- I mean, how many

12   chicks are going to be hatching and then delivery and that

13   part of the pipeline.

14   Q.    And is the hatching facility connected to the breeder

15   farm?

16   A.    No, it's offsite.  So the eggs are collected every three

17   or four days -- daily they're collected down into the cooler

18   onsite, and then every three to four days they're brought over

19   to the hatchery for that cooler for staging.

20   Q.    Okay, how long can it stay at the hatchery before it

21   needs to hatch?

22   A.    We really like to try to have the eggs no older than ten

23   days.  We have done some things where we can hold them until

24   about two weeks, but the quality doesn't quite last the longer

25   you hold that egg.  But basically you're holding it at a

1    temperature where you stabilize the fertilization where it

2    doesn't go any further until you put it into the warm

3    incubators and start that process.

4    Q.   Okay.  And then once you start the warming process, what

5    happens then?

6    A.   It's about 18 days that it's in an incubator tray where

7    we're supplying heat and humidity, and it's rotating, and then

8    that last three days they begin the hatching process.  So

9    they're moved from the center to a hatcher, into a hatch tray,

10   where they're allowed to hatch out.

11   Q.   Okay.  How many breeder farms does Rose Acre have right

12   now?

13   A.   Um, four.

14   Q.   And how many did they have when you started with them?

15   A.   Two.

16   Q.   Okay, and how many hatching facilities do they have?

17   A.   One.

18   Q.   Okay, and where is that?

19   A.   They're all located in Seymour, Indiana.

20   Q.   Okay, so all of the -- all of the eggs from the breeder

21   farms are collected and sent to this one hatchery?

22   A.   Yes.

23   Q.   Okay.  And once the -- once the eggs are hatched, what

24   happens then?

25   A.   The day-of-age chicks are processed.  We use the females,

1    we do not use the males.  They are beak trimmed at our

2    hatchery, given a vaccination shot.  They're boxed and put on

3    environmentally controlled trailers where they're taken to

4    whatever state we have in the pipeline as next to fill.

5    Q.    How far can they travel?

6    A.    We have two drivers on it.  So we're taking from Indiana

7    to the coast of North Carolina, that's about our comfort

8    level.  So, you know, 16, 17-hour trip.

9    Q.    And what about your farm in Arizona and the like?

10   A.    That one's a little bit outside of our comfort level of

11   taking day-old baby chicks.  We're actually, for that

12   particular farm, buying in from an outside hatchery that's

13   closer.

14   Q.    And then once the -- once the young chicks are delivered

15   to whichever facility you need them, what happens then?

16   A.    Um, they're -- they're placed in cages.  We show them

17   feed and water, we supervise that process for the first

18   several days, very intently, because we want to make sure they

19   find feed and water, and then they're grown out to 16 weeks of

20   age.  During that pullet grow-out cycle, we're giving them

21   other vaccinations, poultry vaccinations that we feel are

22   important for their -- for their long-term health.

23   Q.    And just to be clear -- by the way, these pictures that

24   are being shown on the demonstrative, are these pictures of

25   actual Rose Acre facilities?

1    A.    Yes.

2    Q.    And what facility is this picture from?

3    A.    That one, I think, is from our Lone Cactus, Arizona

4    facility.  It's a standard pullet cage that we have for

5    starting chicks.

6    Q.    And can you tell from 1 and 2 where they're taken from?

7    A.    1 is our Storm Creek facility and 2 is our hatchery.

8    Q.    And again, your hatchery's in Seymour?

9    A.    Seymour, Indiana, yes.

10   Q.    Now, how often do you purchase breeding stock in order to

11   start this entire process?

12   A.    We get about two times a year that we purchase day-of-age

13   parent stock.

14   Q.    And you said you have four breeder farms now?

15   A.    Yes.

16   Q.    And they're all in northern Indiana?

17   A.    No.

18   Q.    I'm sorry.

19   A.    Around the hatchery in Seymour.

20   Q.    In Seymour, okay.

21         Okay, so we're now at the pullet and they're grown

22   out to about 17 weeks?

23   A.    Yes.

24   Q.    What's at 17 weeks?

25   A.    That's when a young chicken starts becoming sexually

1    mature, and you -- she's ready for the laying process.  Prior

2    to that, you can't get her to lay eggs.

3    Q.   So pullets don't really lay eggs?

4    A.   No, they don't lay eggs.

5    Q.   So at 17 weeks that's when they start to have production?

6    A.   Yes.

7    Q.   And how long does a hen lay eggs for?  We've heard a lot

8    of different metrics.

9    A.   Yeah, depending on the genetics of the bird and whether

10   we're going to molt that flock to extend its life cycle.

11   Typically we're right around 80 weeks of age on a single-cycle

12   flock and about 115 weeks if we molt and extend the life.

13   Q.   And single cycle meaning?

14   A.   Not molted.

15   Q.   Okay.  And the molt we'll get to, but if you do a molt it

16   will extend the hen's life until what?

17   A.   About 115, usually, you know, whatever age we molt, it's

18   in that 40 weeks more of production that you can add on to her

19   lifespan.

20   Q.   Now, in terms of -- you talked about this being sort of

21   a -- or you intimated this is a scheduled -- there's a lot of

22   scheduling that goes on in this production process.  How long

23   is the planning process for Rose Acre Farms?

24   A.   Well, I mean, it's like I was saying earlier, about a

25   year and a half, two years.  We're looking at what's currently

1    in our housing today, when they're going to become of age and

2    stepping back to make sure that we have all of those other

3    steps lined up, from the size of the houses to know what size

4    pullet flock you need to grow, to know how many chicks you

5    want to hatch on a certain day to how many eggs you need to be

6    collecting and batching together at the breeder farm site.

7    Q.   How do you know how many eggs you're going to want in a

8    year and a half or two years?

9    A.   For hatching eggs?  Well, we have trends of knowing how

10   many chicks hatch over time.  We know our liveability rates of

11   what we should expect during a pullet grow-out cycle.  And

12   those are our targets that we shoot for.

13   Q.   And how do you know how many -- ultimately how many hens

14   you need in a year and a half, you know, to supply your

15   customers in a year and a half?

16   A.   I -- I work on filling the layer houses up to capacity.

17   I'm not sure what our customers need in a year and a half.

18   So...

19   Q.   Does -- well, let me ask you:  Does sales at all factor

20   into -- you know, do you discuss the matter with sales to

21   determine what the demand might be in a year and a half or two

22   years?

23   A.   Well, yes, and specifically, especially on the specialty

24   egg side of it, because some of those are dedicated feed that

25   we feed the chickens or the style of housing that we put them

1    in, and we need to know upfront what sales projections are to

2    make sure that as we're filling the hatchers and pullet farms,

3    that we've got the right amount of birds destined for the

4    right area.

5    Q.    Okay.  And what would happen if there's a disruption in

6    that schedule?

7    A.    It's -- it's -- it's hard to deal with at times.  We

8    figure out a way.  When you look at a laying flock, if you

9    wanted to lay when it moves out, well, we already have a

10   pullet flock growing to be its replacement, and we might be

11   able to handle a week's delay, but those pullets are going to

12   lay eggs at 18 weeks and the pullet farms are not set up to

13   handle eggs.  So we would lose egg capacity at the pullet farm

14   site.

15          Pullets don't move on time.  We have chicks 21 days

16   before that we've already put in the hatcheries -- into the

17   hatchers and they're going to be hatching and they have to

18   have a place to have feed and water, day one.  We can't just

19   hold them for a week waiting on an opening in our schedule.

20          And then also, back to the breeder farm schedule, if

21   we're not ordering the right amount of breeders that would lay

22   the right amount of fertile eggs and we come up short, then

23   we're going to have to buy day-of-age baby chicks on the

24   outside market and try to see if we can source those.

25   Q.    And do you ever like to have empty facilities?

1    A.    No.

2    Q.    Why not?

3    A.    It's -- it's kind of a visual representation that we're

4    not doing our job quite right with the logistic part, and the

5    amount of dozens that we can produce in production and give to

6    processing just helps lower all of our overall production

7    costs or costs of production.

8    Q.    So if a facility is empty, does that add to Rose

9    Acre's cost?

10   A.    Yes.  There are fixed costs that happen in an empty house

11   not producing any eggs.

12   Q.    And I bet management's not happy if that happens?

13   A.    No.  No.

14   Q.    Okay.  And you're responsible for that, correct?

15   A.    Yes.

16   Q.    Okay.  You look happy.  Let me turn to a little bit

17   different of a subject.

18          What are the different ways in which hens are kept

19   at Rose Acre Farms?  And here I'm really referring to the

20   laying hens.

21   A.    The majority of our hens are in commercial cages.  We

22   have some that are in aviary cage-free setup, and we have some

23   small amount of free-range.

24   Q.    What is the difference between cage-free and free-range?

25   A.    Cage-free would be where a bird has an opportunity inside

1    a structure to pick and choose wherever it wants to go.  We

2    kind of restrict that area so that it's not, you know,

3    600 feet that they're looking at, more in 50-foot sections.

4    Free-range would be the same indoor setup but then are also

5    allowed to go outside for periods of the day.

6    Q.   And why do you offer free-range products?

7    A.   We had some customers that would like to have a

8    free-range product.

9    Q.   And why do you offer cage-free products?

10   A.   We have customers that also want cage-free products.

11   Q.   And how much of Rose Acre's production is represented by

12   hens in cages?

13   A.   We're approximately, capacity-wise, around 25 million,

14   26 million laying hens total.  About a little over 4 million

15   of that is in cage-free production.

16   Q.   And how much is in free-range?

17   A.   About 100,000.

18   Q.   Oh, okay.  Not a great demand?

19   A.   No.

20   Q.   Okay.  So the rest, 20, 21 million are in cages?

21   A.   Yes.

22   Q.   Okay.  And when did Rose Acre start cage-free production?

23   A.   Well, Rose Acre started off as a cage-free producer and

24   then went to cages.  But our current growth in cage-free

25   probably started back around 2012.  We've always had some

1  smaller cage-free flocks even before that.

2  Q.   Let me ask you, you said you started as a cage-free

3  producer.   When -- when were they a cage-free producer the

4  first time?

5  A.   Well, Lois and David started the farm back in the late

6  '50s.  I think they became a company in '64.  They started off

7  with cage-free flocks and then developed -- they were there

8  through the wave of the commercial cage implementation that

9  the industry went through and grew from there.

10 Q.   And when did that wave start about cage production?

11 A.   Mid-'70s, before my time.

12 Q.   Okay.  And you said that around 2012 -- you've always had

13 some cage-free production; is that correct?

14 A.   Yes.  Yes.

15 Q.   But it started to take off?

16 A.   Yeah.  We had smaller, 10-, 13,000 bird flocks, and then

17 in around 2012, we had some opportunities to do some larger

18 aviary housing and flock sizes were, you know, about 180,000

19 birds to a cage-free flock.

20 Q.   And do you have an understanding why Rose Acre started

21 engaging in cage-free production at that point?

22 A.   Customers were asking more.  It's more of the talk out

23 and about what -- what customers were wanting.

24 Q.   Okay.  Were there any other factors impacting your desire

25 to grow in cage-free production?

1  A.   Customer demands was the biggest -- the biggest part of

2  it.  We wanted to be able to address cage-free without going

3  back to the problems that the Rust family's experienced when

4  they first started off the business.  And so a lot of what

5  we've done lately is tried to design aviary housing that

6  better addresses not only bird behavior, but makes it a little

7  bit easier for the people that have to manage and care for the

8  birds.

9  Q.   What were some of the problems that they experienced the

10 first time they had cage-free production?

11 A.   Um, on the floor, there's wood shavings put down.  It's

12 called litter.  It mixes with manure; it gets caked up.  You

13 have to manage it.  You have to watch for things that scare

14 birds that cause them to pile.  There's pecking issues.

15 There's, you know, a larger group of birds that interact with

16 each other.  So you have more negative and positive and social

17 interactions that can happen.

18 Q.   You said a term that's probably not relevant to this case

19 but what does it mean, "pile"?

20 A.   When birds get scared, they run to the nearest corner

21 wall and pile up on top of each other and they can suffocate.

22 Q.   I gather that's not good for them?

23 A.   No.

24 Q.   Okay.  Okay.  Now, so you've been around since 1986 in

25 terms of egg production, correct?

1    A.    Correct.

2    Q.    Can you give us just some idea of some of the differences

3    you see between the 1990s and maybe the 2000s in terms of egg

4    production?

5    A.    Um, the genetics have certainly changed over time.  When

6    I started in '86, the birds had a little bit of a higher

7    mortality rate.  So when we buy birds of a different strain,

8    we were given manuals from the breed companies.  They compile

9    a lot of data to look at, what's a normal mortality rate per

10   day, per week, per the life cycle you choose.

11         So we're always looking to see that we're trying to

12   maintain those levels or improve upon them.  I think back in

13   the late '80s, early '90s, we had a little bit of a higher

14   mortality rate with the breed of bird that we had at the time

15   and a little bit less feed efficient.  So we had to put a lot

16   more feed in front of the chickens to get a certain number of

17   eggs and today -- today those efficiencies have definitely

18   increased.  We've got a different breed selection choices that

19   we can do now that lay at a higher rate of lay.

20   Q.    And what about in the regulatory scheme, has that changed

21   between the '90s and the 2000s?

22   A.    Yes.  In the 1990s, you know, obviously we had certain

23   state and issues to build houses and to house chickens.  Later

24   on, different regulatory, especially at the federal level.  We

25   now have an egg safety rule we need to follow where we're

1   monitoring volumes for Salmonella.  We have different customer

2   programs that are coming along that are asking for different

3   questions, coming for onsite audits, things of that nature.

4   So I would say the documentation and paperwork definitely has

5   increased over the past 30 years.

6   Q.   Have there been environmental regulations as well?

7   A.   Yes.  Yes.  So different states, but basically, if you're

8   going to keep a lot of animals in one area in agriculture,

9   obviously they want to make sure that the waste, the manure

10  that's produced is handled in a -- in an efficient manner and

11  that you have storage on-site that can handle large volumes

12  and that you're selling it or applying it to land under

13  certain agronomic rates that are approved.

14  Q.   And what about permitting, has that changed between the

15  '90s and the 2000s?

16  A.   Yes.  Permitting used to be a little bit more standard,

17  especially if you're going to add a house to an existing farm

18  site.  And notification process, to neighboring affected

19  landowners, they already knew what was going on there, to our

20  new farm site that we did in North Carolina at Hyde County.

21  It took a couple of years just to get through all of the

22  proper hoops to get the right permits to be able to start

23  there.

24  Q.   And you didn't experience such obstacles in the '90s?

25  A.   Not to that extent, no.

1   Q.   Okay.  And what about the customer involvement in

2   production, has that changed again between the '90s and the

3   2000s?

4   A.   Yes.

5   Q.   In what way?

6   A.   We would occasionally get inquiries from sales on

7   different practices we were doing, or if they could have a

8   customer stop by and look at the processing area where the

9   eggs were packed and washed -- washed and packed, pardon me,

10  and up into the layer houses to look at the -- where the birds

11  were housed to depending on the size of the customer and what

12  their -- what their programs are, we have several that we keep

13  track of.

14          MR. LEVINE:  Your Honor, I'm moving on to a

15  different topic.

16          THE COURT:  Then why don't we take that as a signal

17  that it's time to take a bit of a break overnight, just so

18  that everybody can get on their way safely to their homes

19  where we hope that, once again, that you have a very pleasant

20  evening with friends and family.  Don't talk about the case,

21  do any research.  We continue to be a bit ahead of schedule,

22  and that means to stay on that trajectory, see you tomorrow at

23  9:30.

24          THE DEPUTY CLERK:  All rise.

25          (Jury out.)

1          THE COURT:  Okay, there's a couple of -- Mr. Hurd,

2     you may step down.

3          THE WITNESS:  Thank you.

4          THE COURT:  A couple of just housekeeping things.

5     There is going to be some third-year students doing a little

6     trial advocacy, faux trial here tonight.  So they'll only use

7     those tables, if you just want to clean up a tad.  They won't

8     take anything, I promise.

9          Tomorrow we'll stay from about, I don't know,

10    4:30-ish -- well, 4:45 to maybe 6:15.  I would like you all to

11    focus your time and brain power on things that really need to

12    be different from the last time I went through this activity.

13    There's no point in -- unless there has been some development

14    in the law that I've not paid attention to, there's no point

15    in really trying to start from the beginning or -- you should

16    assume that I rather like what I did the last time.  At least

17    it's a very good template, I would think.  So if you've got a

18    reason to attack it, have a good one and have an alternate

19    language --

20         MR. BLECHMAN:  Very well.

21         THE COURT:  -- to present.  Okay?  Not that I'm not

22    open-minded, but I just think it's fair to give you that frame

23    of reference.  How are we, by the way, on the schedule?

24         MR. KING:  Your Honor, I think what you described is

25    pretty accurate.

1          THE COURT:  Yay.

2          MR. KING:  Depending upon how tomorrow goes, I think

3     we can get our expert on -- experts on and off before the end

4     of this week.

5          THE COURT:  Okay.  And so other than Mr. Hurd, who

6     else of a nonexpert type?

7          MR. KING:  We have -- we need to finish up

8     Mr. Marshall, who we had on the stand right before the

9     holiday.  We have Greg Hinton, who's the vice president of

10    sales, and then Rose Acre has a couple other experts that

11    we'll be calling.  And then UEP will have to decide whether it

12    intends to call somebody, but --

13         THE COURT:  Okay.  No decision on that yet?

14         MS. LEVINE:  We're just deciding based on the

15    testimony if we can just cut down and get this trial done,

16    because a lot was done in the Plaintiffs case that we didn't

17    expect, so we think we might be able to do that.

18         THE COURT:  Okay.  So how many weeks is USEM going

19    to take?

20         MR. HARRIS:  Just a few.

21         THE COURT:  Okay.  I have another question that it

22    occurs to me, showing how pathetic my weekend was.  It was a

23    great weekend.  But I then was concentrating on this trial,

24    and it occurs to me that when we seated the jury, there was

25    the subject of how many jurors might be turned into alternates

1    or whether we'd keep all 12.  I mean, I said that we would

2    keep going as long as we had ten, I believe.  I don't know

3    whether that was taken by anybody as meaning that, if these

4    folks are all still here, that they all deliberate or that we

5    were going to excuse or treat any as alternates.  Please don't

6    say anything yet.  I just want to revisit that to make sure

7    everybody is on a like page.  You might want to go back even

8    and check the transcript to make sure that everybody was able

9    to articulate their views and that we reached some sort of, if

10   not agreement, at least understanding.

11           MR. BLECHMAN:  Very well.

12           THE COURT:  Okay.  I -- I know what I think, but I

13   really want you all to have a moment or some time to confer

14   with each other and double-check the transcripts.

15           It's pretty clear everybody's engaged, I mean -- not

16   that you aren't terrific, but, you know -- and tremendously

17   engaging, but wow.  So, anyway, that's something I just wanted

18   to put out there for you all.  Okay.  Have a nice evening.

19           MR. BLECHMAN:  Thank you, Your Honor.

20           MR. LEVINE:  Just one --

21           THE COURT:  Oh, yes.

22           MR. LEVINE:  I guess Rose Acre formally moves under

23   Rule 50 for judgment.

24           THE COURT:  Does it?  Yes.

25           MR. LEVINE:  We'll be filing a brief shortly.

```
 1              THE COURT:  Okay.  I think it would be most sensible
 2     to assume that I'm just going to keep it all --
 3              MR. LEVINE:  Understood.
 4              THE COURT:  And after you get the briefs, if you
 5     want to file a brief on it, that's great, but I think we'll
 6     just keep trucking.
 7              MR. BLECHMAN:  Very well, Your Honor.
 8              MS. LEVINE:  Just for completion, UEP and USEM will
 9     as well.
10              THE COURT:  Okay, good.  Great.  Glad to hear it.
11     Okay.  Have a nice evening.
12              MR. BLECHMAN:  Thank you, Your Honor.
13                      (Court adjourned.)
14
15                   C E R T I F I C A T E
16         I certify that the foregoing is a correct transcript
17     from the record of the proceedings in the above-entitled
18     matter.
19
20                           _____
21                           Kathleen Feldman, CSR, CRR, RPR, CM
                             Official Court Reporter
22
23     Date: _____
24
25
```

**$**

**$0.10** [4] - 90:15, 91:4
**$0.11** [3] - 35:18, 91:4
**$0.20** [1] - 90:16
**$1,200** [1] - 146:6
**$10** [1] - 92:3
**$11** [1] - 92:4
**$750** [3] - 21:16, 146:2, 146:11

**'**

**'50s** [1] - 220:6
**'64** [1] - 220:6
**'80s** [1] - 222:13
**'86** [2] - 205:5, 222:6
**'90s** [5] - 222:13, 222:21, 223:15, 223:24, 224:2

**0**

**0.056** [1] - 66:21
**0.2** [2] - 53:7, 75:20
**0.6** [1] - 75:20
**08** [3] - 100:25, 101:9, 102:13
**08-MDL-02002** [1] - 1:4

**1**

**1** [48] - 40:1, 40:5, 42:2, 51:11, 51:14, 51:15, 53:21, 53:23, 53:24, 55:14, 65:12, 72:14, 75:13, 90:18, 91:3, 91:6, 94:20, 94:21, 96:22, 96:24, 97:17, 97:19, 97:20, 99:2, 99:14, 102:16, 103:7, 108:10, 141:6, 152:20, 155:13, 155:19, 158:1, 158:6, 161:7, 161:8, 162:4, 163:15, 179:14, 181:15, 191:15, 191:20, 195:2, 195:15, 196:22, 214:6, 214:7
**1,000** [1] - 145:23, 208:20
**1.3** [2] - 53:12, 53:19
**1.35** [1] - 130:16

**1.48** [1] - 130:19
**10** [12] - 67:20, 82:11, 82:19, 84:14, 87:5, 91:5, 91:7, 92:6, 99:2, 102:21, 146:24, 220:16
**100** [8] - 11:15, 27:11, 90:13, 90:20, 90:24, 92:3, 164:23, 193:23
**100%** [38] - 40:7, 40:11, 40:22, 40:24, 71:10, 71:14, 75:16, 75:22, 76:2, 76:12, 77:17, 77:20, 77:22, 78:18, 78:20, 125:4, 161:23, 162:5, 162:8, 162:24, 163:5, 163:15, 163:16, 164:24, 165:13, 166:16, 192:1, 192:7, 192:13, 192:19, 193:8, 194:4, 194:16, 195:14, 196:6, 196:21, 196:25, 197:2
**100,000** [1] - 219:17
**101** [1] - 169:11
**11** [4] - 87:17, 88:14, 97:4, 97:13
**1100** [1] - 2:5
**114** [2] - 162:2, 194:11
**115** [2] - 215:12, 215:17
**12** [7] - 67:24, 100:25, 101:8, 102:13, 102:16, 206:15, 227:1
**12-minute** [1] - 67:20
**1234** [1] - 1:22
**124** [1] - 164:18
**13** [4] - 89:22, 90:2, 91:16, 110:20
**13,000** [1] - 220:16
**14** [5] - 93:10, 93:12, 93:18, 95:13, 166:4
**15** [4] - 67:24, 95:13, 112:4, 149:24
**151** [3] - 99:23, 100:2, 100:3
**15219** [1] - 2:18
**157** [3] - 177:20, 178:1, 178:3
**16** [4] - 95:13, 111:3, 213:8, 213:19
**17** [10] - 95:13, 96:4, 97:5, 97:6, 98:8, 99:9, 102:1, 214:22, 214:24, 215:5
**17-hour** [1] - 213:8

**175-14** [1] - 166:4
**177** [4] - 177:11, 177:17, 177:25, 178:3
**18** [7] - 1:16, 99:22, 100:12, 100:18, 110:24, 212:6, 217:12
**180,000** [1] - 220:18
**186** [2] - 176:23, 177:2
**18th** [1] - 3:6
**19** [1] - 101:16
**19103** [1] - 3:7
**19106** [1] - 1:23
**1980** [1] - 7:13
**1981** [1] - 7:14
**1983** [2] - 7:15, 19:7
**1986** [2] - 205:1, 221:24
**1988** [1] - 207:7
**1989** [1] - 207:10
**1990** [11] - 33:16, 33:22, 36:11, 57:19, 60:2, 62:12, 82:15, 84:15, 93:14, 94:24, 138:15
**1990s** [7] - 71:3, 132:14, 149:13, 151:18, 151:19, 222:3, 222:22
**1996** [1] - 208:17
**1997** [1] - 6:21
**1st** [1] - 166:21

**2**

**2** [25] - 1:9, 33:1, 33:7, 33:15, 36:11, 40:12, 41:1, 53:8, 53:11, 53:18, 53:25, 54:1, 65:21, 65:23, 75:13, 103:7, 155:13, 155:19, 158:6, 163:16, 191:15, 191:20, 196:22, 214:6, 214:7
**2,000** [1] - 14:19
**2.1** [9] - 26:4, 70:14, 72:3, 72:4, 72:7, 89:14, 98:11, 98:15, 99:5
**2.4** [1] - 66:5
**2.57** [3] - 129:1, 129:5, 130:14
**2.91** [1] - 131:5
**20** [22] - 19:6, 19:11, 19:16, 70:4, 102:18, 102:20, 103:8, 109:2, 110:10, 116:25, 172:25, 173:5,

**173:17, 173:19,**
174:1, 174:12, 176:1, 176:4, 177:18, 177:25, 178:3, 219:20
**2000** [5] - 30:5, 49:12, 114:25, 149:18, 149:24
**20006** [1] - 3:12
**2000s** [5] - 71:4, 222:3, 222:21, 223:15, 224:3
**2002** [54] - 1:4, 34:13, 40:1, 42:2, 42:5, 51:7, 53:21, 60:16, 61:3, 65:12, 75:13, 82:1, 83:2, 83:6, 83:14, 83:16, 84:8, 84:15, 84:16, 85:1, 85:9, 85:15, 85:18, 85:22, 86:9, 86:15, 86:18, 86:20, 88:2, 88:5, 88:8, 88:20, 100:14, 101:20, 114:25, 134:19, 151:8, 151:12, 152:4, 152:18, 152:22, 160:25, 161:14, 161:17, 165:12, 166:5, 166:10, 166:14, 182:13, 182:18, 183:9, 184:6, 184:15, 186:6
**2003** [15] - 34:13, 38:10, 43:13, 60:17, 60:23, 86:15, 115:1, 126:22, 139:14, 164:10, 164:21, 165:3, 165:13, 165:21, 166:15
**2004** [18] - 38:10, 53:13, 53:21, 65:13, 65:23, 75:14, 86:9, 88:8, 124:25, 125:1, 125:2, 174:13, 174:21, 174:23, 193:14, 201:2, 208:17
**2005** [24] - 53:13, 54:3, 65:23, 66:2, 71:25, 75:14, 88:9, 139:14, 153:3, 153:14, 166:22, 167:12, 167:13, 167:20, 168:6, 168:9, 168:14, 168:18, 169:6, 169:13, 170:21, 174:23, 197:8, 197:12
**2005-ish** [1] - 166:20
**2006** [6] - 88:9,

**128:10, 129:22,**
130:14, 131:8, 131:12
**2007** [9] - 54:3, 54:16, 66:3, 66:6, 102:21, 130:16, 130:19, 130:22, 130:25
**2008** [7] - 54:17, 54:20, 66:7, 66:10, 128:11, 131:3, 174:23
**201** [1] - 2:5
**2010** [3] - 21:7, 29:25, 145:3
**2010-ish** [1] - 9:3
**2012** [20] - 33:16, 33:22, 34:12, 36:12, 51:6, 54:20, 57:19, 60:2, 60:22, 62:12, 66:11, 82:16, 83:6, 93:14, 115:1, 138:15, 208:17, 219:25, 220:12, 220:17
**2013** [1] - 207:22
**2014** [1] - 30:8
**2014-ish** [1] - 145:16
**2015** [4] - 30:8, 145:16, 157:18, 208:17
**2019** [1] - 1:9
**2020** [1] - 3:11
**21** [4] - 211:10, 217:15, 219:20
**215** [1] - 1:23
**22** [4] - 105:18, 105:19, 105:20, 105:22
**230** [3] - 45:24, 45:25, 46:1
**24** [3] - 109:19, 110:4, 110:8
**25** [4] - 100:14, 110:1, 176:17, 219:13
**26** [3] - 110:21, 112:1, 219:14
**26.4** [2] - 56:20, 135:15
**27** [3] - 123:10, 123:12, 199:7
**28** [9] - 118:5, 118:12, 143:17, 143:24, 199:8, 199:9, 199:11, 199:22, 199:23
**289** [4] - 157:25, 190:20, 190:22, 190:24
**29** [8] - 101:20, 122:6, 123:24, 124:4, 199:9, 199:13, 199:23
**2900** [1] - 3:15

**293** [3] - 163:8, 163:9, 196:16
**2:15** [2] - 141:6, 141:8

## 3

**3** [14] - 39:17, 39:20, 41:8, 51:11, 51:13, 54:2, 54:11, 66:2, 69:22, 70:4, 155:13, 155:22
**3.3** [1] - 54:12
**3.5** [1] - 117:21
**3.61** [1] - 131:1
**30** [6] - 15:13, 46:1, 103:8, 124:10, 124:11, 223:5
**3000** [1] - 3:6
**301** [1] - 2:17
**31** [5] - 111:3, 125:14, 200:23, 200:24
**32** [2] - 126:19, 126:21
**3200** [1] - 2:12
**33** [4] - 128:7, 128:9, 129:14, 131:8
**33131** [1] - 2:6
**34** [3] - 111:2, 137:4, 137:10
**35** [6] - 138:6, 138:7, 138:8, 139:5, 140:5, 140:17
**35th** [1] - 2:17
**36** [5] - 138:8, 138:17, 138:21, 140:14, 140:16
**360** [1] - 115:5
**3600** [1] - 2:21

## 4

**4** [16] - 41:9, 42:17, 42:20, 43:8, 43:20, 54:13, 54:16, 66:6, 66:18, 66:22, 155:13, 155:22, 163:11, 195:18, 196:20, 219:14
**40** [7] - 174:7, 174:11, 175:10, 175:11, 175:13, 176:1, 215:18
**40-plus** [1] - 176:3
**40.3** [1] - 174:11
**408** [1] - 102:22
**41** [3] - 3:15, 128:23, 129:24

**42** [5] - 174:7, 174:11, 175:10, 175:14, 176:2
**42.8** [1] - 174:2
**43** [1] - 175:14
**43215** [1] - 3:16
**45** [1] - 175:13
**47** [1] - 131:4
**48** [5] - 159:17, 159:22, 160:1, 160:5, 160:14
**4:30-ish** [1] - 225:10
**4:45** [1] - 225:10

## 5

**5** [15] - 4:10, 40:14, 41:1, 41:9, 52:5, 52:22, 54:19, 54:25, 66:10, 67:5, 155:13, 155:22, 169:13, 195:18
**5.2** [1] - 66:13
**5.5** [4] - 26:4, 66:9, 66:22, 89:14
**5.72** [1] - 130:23
**50** [2] - 11:15, 227:23
**50-foot** [1] - 219:3
**50/50** [1] - 16:25
**500** [3] - 147:9, 188:5
**52** [1] - 110:25
**54.1** [1] - 173:25
**55** [1] - 2:12
**56** [2] - 53:10, 160:7
**58** [1] - 130:25

## 6

**6** [6] - 57:15, 58:5, 66:1, 128:22, 146:1, 196:22
**6.1** [1] - 130:11
**6.5** [1] - 54:14
**6.7** [1] - 54:22
**600** [3] - 3:12, 145:9, 219:3
**601** [1] - 1:22
**60603** [2] - 2:13, 2:22
**63** [2] - 53:11, 139:1
**650** [1] - 146:1
**68** [11] - 93:19, 93:21, 93:23, 93:25, 94:22, 95:15, 95:20, 95:21, 110:12, 176:14, 176:16
**6:15** [1] - 225:10
**6:30-ish** [1] - 4:11

## 7

**7** [11] - 59:23, 59:24, 123:3, 124:9, 146:1, 174:13, 176:15, 176:19, 176:21, 176:22, 201:2
**70** [2] - 15:12, 210:23
**771** [1] - 10:3
**779-5578** [1] - 1:23

## 8

**8** [5] - 2:21, 62:7, 62:9, 102:15, 190:25
**8-inch** [1] - 160:15
**8.69** [1] - 130:17
**80** [1] - 215:11
**83** [1] - 124:18
**83.6** [2] - 125:2, 125:10
**85** [9] - 125:20, 174:5, 174:21, 175:8, 175:13, 175:25, 193:17, 201:2

## 9

**9** [8] - 62:18, 65:11, 69:14, 74:22, 75:3, 75:12, 191:14, 191:17
**9.53** [3] - 97:20, 97:22, 130:20
**90** [4] - 80:20, 95:9, 111:23, 201:4
**91** [1] - 130:22
**95** [3] - 86:4, 174:24, 191:21
**98** [1] - 177:6
**99** [2] - 52:20, 54:25, 55:4, 55:15, 55:18, 61:16, 63:22, 67:8, 67:16, 72:11, 75:19, 86:5, 90:20, 90:24, 92:4, 106:2, 135:4, 155:21, 185:24, 188:14, 191:21
**99.1** [1] - 65:1
**9:30** [1] - 224:23

## A

**A&M** [3] - 6:24, 7:13, 8:3
**A&P** [4] - 118:13, 118:20, 118:24

**ABC** [1] - 189:18
**abides** [1] - 188:23
**ability** [3] - 193:9, 196:12, 209:12
**able** [14] - 22:22, 29:16, 77:12, 83:23, 127:23, 149:10, 154:2, 155:1, 183:4, 217:11, 221:2, 223:22, 226:17, 227:8
**above-entitled** [1] - 228:17
**abroad** [1] - 105:23
**absence** [1] - 72:6
**absent** [1] - 126:6
**absolutely** [12] - 8:8, 15:12, 26:20, 39:16, 41:17, 52:18, 61:24, 74:2, 140:9, 170:22, 192:16, 194:1
**absorbed** [2] - 184:4, 185:1, 185:3
**absorbs** [1] - 183:25
**academic** [5] - 8:17, 11:1, 11:2, 135:10, 183:1
**Academic** [3] - 15:17, 16:6, 16:8
**academics** [2] - 10:20, 16:11
**ACC** [2] - 125:21, 196:15
**accepted** [4] - 9:15, 11:5, 49:1, 74:1
**Accepted** [1] - 49:1
**access** [4] - 24:22, 30:3, 197:20
**accommodate** [1] - 50:7
**Accord** [2] - 179:2, 179:3
**according** [2] - 46:2, 156:12
**account** [16] - 5:4, 11:10, 45:17, 57:4, 59:14, 62:3, 64:19, 84:6, 111:17, 111:19, 116:11, 116:15, 141:7, 183:8, 185:16
**accounted** [2] - 43:1, 67:3
**accounting** [1] - 183:21
**accounts** [1] - 39:5
**accuracy** [1] - 9:25
**accurate** [1] - 225:25
**acknowledged** [1] - 165:7
**acquire** - 29:15
**acquisition** [1] -

29:18
**Acre** [48] - 3:16, 28:21, 28:23, 29:1, 29:10, 57:5, 57:6, 109:12, 111:16, 112:4, 113:8, 115:17, 116:13, 117:17, 120:3, 120:8, 121:6, 122:22, 123:13, 123:20, 140:6, 143:23, 144:24, 147:14, 189:16, 190:6, 190:12, 197:23, 198:2, 198:7, 198:9, 203:14, 204:13, 205:5, 205:9, 208:14, 208:16, 209:7, 209:21, 212:11, 213:25, 215:23, 218:19, 219:22, 219:23, 220:20, 226:10, 227:22
**Acre's** [8] - 28:24, 29:14, 139:2, 140:13, 197:19, 198:3, 218:9, 219:11
**Acre)** [1] - 118:11
**acronym** [3] - 74:19, 81:11, 107:1
**acronyms** [2] - 36:7
**Act** [1] - 15:22
**act** [1] - 132:23
**acting** [1] - 113:22, 129:8, 206:25
**actions** [5] - 56:13, 84:23, 85:6, 125:5, 131:22
**activities** [1] - 170:11
**activity** [6] - 49:1, 132:2, 150:11, 184:24, 185:2, 225:12
**actual** [25] - 47:3, 58:9, 67:3, 82:21, 82:23, 84:10, 87:6, 88:20, 113:11, 113:15, 113:16, 114:23, 115:20, 136:18, 137:20, 138:14, 139:4, 139:11, 139:12, 139:20, 139:24, 160:10, 213:25
**Actual** [2] - 57:18, 82:14
**ad** [1] - 70:13
**add** [6] - 184:11, 186:10, 194:23, 215:18, 218:8, 223:17

**added** [1] - 63:10
**addition** [4] - 37:1, 37:4, 71:8, 84:4
**additional** [5] - 71:20, 80:18, 102:14, 170:13, 192:24
**address** [2] - 145:20, 221:2
**addressed** [1] - 136:3
**addresses** [1] - 221:6
**addressing** [2] - 71:19, 134:6
**adhere** [1] - 29:16
**adjourned** [1] - 228:13
**adjust** [1] - 135:3
**adjusted** [2] - 63:17, 140:3
**administered** [1] - 22:25
**administrative** [3] - 206:3, 206:21, 207:5
**admitted** [1] - 142:17
**adopted** [1] - 159:6
**adoption** [1] - 77:17
**advantage** [1] - 46:23
**advertise** [1] - 143:5
**advertised** [2] - 153:3, 153:14
**advertising** [2] - 11:25, 78:11
**advised** [1] - 142:8
**Advisory** [3] - 171:6, 171:9
**advisory** [1] - 16:10
**advocacy** [1] - 225:6
**affected** [1] - 223:18
**affiliate** [1] - 8:17
**affiliated** [1] - 9:1
**afternoon** [6] - 141:9, 144:22, 182:4, 182:5, 204:10, 204:11
**afternoons** [1] - 4:7
**age** [8] - 210:23, 212:25, 213:20, 214:12, 215:11, 215:17, 216:1, 217:23
**agencies** [2] - 9:5, 15:16
**agency** [2] - 15:25, 18:11
**aggregate** [2] - 156:2, 156:13
**agnostic** [4] - 36:19, 46:4, 86:25, 87:1
**ago** [3] - 177:15, 177:16, 184:10

**agree** [8] - 18:8, 136:6, 137:11, 157:8, 160:13, 175:15, 179:4, 188:12
**agreed** [4] - 68:12, 68:14, 68:20, 200:5
**agreeing** [2] - 188:22, 193:5
**agreement** [4] - 126:6, 126:7, 150:6, 227:10
**agricultural** [1] - 17:20
**agriculture** [1] - 223:8
**Agriculture** [1] - 36:9
**agronomic** [1] - 223:13
**ahead** [8] - 105:25, 113:3, 114:2, 144:19, 152:6, 200:20, 210:3, 224:21
**AHERN** [2] - 2:20, 2:20
**aid** [3] - 90:2, 112:2, 142:14
**aids** [1] - 30:15
**air** [2] - 41:25, 206:9
**airline** [1] - 132:20
**airlines** [2] - 38:24, 39:1
**ALAN** [1] - 2:3
**Albertsons** [5] - 2:7, 95:7, 118:13, 119:5, 119:8
**aLEXANDER** [1] - 3:4
**Allan** [1] - 101:1
**allegation** [2] - 149:17, 156:14
**allegations** [10] - 22:8, 22:12, 22:18, 32:5, 32:6, 81:17, 127:10, 131:23, 148:16, 149:19
**alleged** [73] - 17:23, 23:16, 24:3, 26:3, 26:16, 28:6, 28:15, 28:22, 31:16, 31:19, 32:5, 51:3, 57:11, 57:25, 58:21, 69:25, 71:17, 81:8, 84:24, 85:6, 85:10, 96:7, 97:23, 98:19, 109:13, 113:9, 115:15, 119:1, 119:8, 119:14, 120:4, 120:9, 120:17, 120:18, 121:11, 121:18, 121:24, 126:14, 127:11,

131:23, 132:1, 134:21, 139:12, 139:17, 140:6, 147:23, 148:4, 149:23, 152:3, 157:1, 162:6, 167:10, 172:25, 173:6, 173:24, 175:9, 175:12, 177:18, 177:21, 180:8, 183:2, 183:5, 184:24, 189:9, 193:24, 198:1, 198:22, 199:2, 199:15, 199:25, 201:6, 201:14
**Alleged** [1] - 93:13
**aLLEN** [1] - 3:11
**allow** [7] - 36:2, 51:21, 56:17, 77:14, 89:7, 96:6, 197:21
**allowed** [10] - 37:11, 61:13, 131:13, 153:7, 154:16, 162:15, 181:8, 183:14, 212:10, 219:5
**allowing** [5] - 8:23, 45:4, 48:14, 183:20, 186:22
**allows** [12] - 43:17, 45:6, 48:9, 56:3, 56:4, 84:1, 93:3, 103:25, 162:8, 183:23, 185:19, 186:16
**alluded** [1] - 185:6
**almost** [1] - 19:9
**alone** [4] - 22:2, 98:16, 194:16, 195:11
**alternate** [1] - 225:18
**alternates** [2] - 226:25, 227:5
**alternative** [2] - 19:4, 73:4
**alternatively** [1] - 90:10
**amazing** [1] - 124:22
**America** [4] - 118:21, 118:25, 121:5, 122:20
**amount** [10] - 106:17, 108:6, 116:8, 117:11, 117:21, 217:3, 217:21, 217:22, 218:5, 218:23
**amounts** [1] - 115:20
**analogous** [1] - 39:23
**analogy** [1] - 50:15
**analyses** [3] - 71:21, 92:18, 136:16
**analysis** [80] - 13:22, 14:24, 26:17, 28:1,

30:22, 30:24, 30:25, 36:24, 37:1, 37:2, 37:3, 37:4, 41:19, 55:8, 59:15, 61:19, 61:21, 62:12, 79:7, 81:4, 81:5, 81:7, 81:20, 82:6, 82:9, 89:13, 89:17, 92:16, 92:20, 92:25, 93:2, 103:16, 106:12, 106:22, 107:1, 107:3, 107:13, 108:22, 115:4, 115:18, 116:13, 117:10, 117:13, 117:15, 118:22, 124:7, 126:12, 127:14, 127:17, 128:5, 136:14, 136:15, 137:22, 139:8, 139:23, 140:4, 140:14, 150:14, 150:17, 151:3, 151:6, 151:18, 151:21, 151:25, 152:19, 155:25, 156:22, 157:5, 166:25, 167:18, 171:16, 172:22, 172:24, 187:14, 189:21, 192:21, 197:15, 198:4
**Analysis** [1] - 105:19
**analyze** [8] - 16:14, 59:5, 59:13, 104:19, 113:6, 163:12, 198:4
**analyzes** [1] - 162:4
**animal** [17] - 21:2, 21:3, 45:12, 64:18, 70:1, 76:24, 77:6, 77:7, 77:8, 78:5, 79:3, 79:5, 80:4, 125:16, 183:22, 205:2
**Animal** [14] - 76:18, 76:21, 77:25, 78:1, 78:3, 78:6, 100:13, 101:3, 153:2, 153:13, 153:17, 161:20, 192:5, 192:8
**animals** [1] - 223:8
**announced** [1] - 148:24
**annual** [4] - 51:10, 126:23, 165:19, 165:20
**answer** [27] - 19:14, 19:19, 35:1, 39:21, 46:6, 47:11, 55:14, 67:5, 70:15, 74:8, 75:24, 76:6, 153:4, 153:7, 153:8, 162:15,

163:7, 168:23, 169:15, 169:23, 170:3, 181:9, 182:16, 184:21, 192:18, 200:1, 201:15
**answered** [5] - 158:9, 158:22, 162:7, 163:14, 168:16
**answering** [6] - 156:10, 173:3, 186:5, 189:8, 194:18, 197:4
**anticompetitive** [15] - 15:2, 27:19, 31:16, 31:19, 51:2, 57:8, 75:23, 76:8, 77:16, 78:11, 85:7, 89:13, 107:11, 131:22, 132:2
**ANTITRUST** [1] - 1:4
**antitrust** [13] - 7:21, 14:18, 16:18, 26:9, 32:4, 56:11, 104:3, 147:18, 150:7, 156:10, 173:4, 175:20, 189:8
**anyway** [3] - 27:8, 160:3, 227:17
**apart** [1] - 162:5
**apologies** [2] - 121:22, 203:8
**apologize** [9] - 41:10, 58:23, 66:19, 73:6, 99:25, 107:19, 122:18, 176:18, 194:20
**appear** [1] - 122:3
**aPPEARANCES** [1] - 3:1
**APPEARANCES** [1] - 2:1
**appendix** [1] - 113:14
**applied** [13] - 7:22, 18:21, 19:2, 19:3, 39:21, 40:3, 40:8, 40:16, 40:17, 42:2, 54:6, 180:4, 209:4
**apply** [2] - 74:9, 141:10
**applying** [1] - 223:12
**appointed** [1] - 15:17
**approach** [8] - 9:7, 30:18, 36:1, 48:11, 85:12, 139:22, 157:10, 185:16
**approached** [4] - 17:12, 17:13, 17:15, 18:4
**approaches** [1] - 75:11
**appropriate** [1] -

135:2
**approved** [1] -
223:13
**approximate** [1] -
30:7
**April** [2] - 89:8,
130:22
**arbitrary** [1] - 140:3
**Arch** [1] - 3:6
**area** [12] - 19:6,
27:19, 51:9, 86:12,
104:24, 106:13,
106:19, 134:5, 217:4,
219:2, 223:8, 224:8
**areas** [1] - 204:19
**argues** [1] - 108:5
**arguing** [1] - 185:7
**arguments** [2] -
15:7, 15:8
**arithmetic** [1] -
147:10
**Arizona** [2] - 213:9,
214:3
**ARLENE** [1] - 3:14
**Armstrong** [1] -
171:3
**ARNOLD** [1] - 2:3
**arrive** [2] - 47:7,
109:3
**arrived** [1] - 134:3
**art** [1] - 16:13
**ARTHUR** [2] - 3:9,
3:13
**article** [7] - 10:19,
13:15, 101:6, 101:7,
102:4, 102:21, 103:7
**articles** [4] - 10:17,
11:12, 11:19, 12:24
**articulate** [1] - 227:9
**artifact** [2] - 47:23,
55:20
**aside** [2] - 163:13,
198:21
**aspects** [4] - 70:9,
70:16, 70:17, 70:22
**asserting** [1] - 161:8
**assertions** [1] -
13:23
**assess** [3] - 13:20,
14:23, 124:7
**assessing** [3] - 57:9,
100:16, 102:25
**assessment** [2] -
11:8, 13:18
**assignment** [3] -
21:4, 25:17, 144:7
**assignments** [1] -
144:10
**assist** [1] - 8:23
**assistant** [4] - 9:23,

206:3, 206:21, 207:6
**associated** [2] -
128:20, 167:7
**ASSOCIATES** [1] -
2:20
**Associates** [1] - 8:20
**association** [7] -
18:1, 126:9, 148:17,
150:4, 150:21, 156:15
**Association** [1] -
175:17
**Association's** [1] -
190:10
**assume** [6] - 96:17,
134:19, 142:9,
186:14, 225:16, 228:2
**assumed** [1] -
122:12
**assumes** [1] - 47:2
**assuming** [7] - 47:5,
70:10, 83:24, 96:9,
96:11, 130:6, 130:10
**assumption** [4] -
47:24, 57:2, 128:2,
169:16
**assumptions** [1] -
183:11
**asterisk** [1] - 40:6
**Atlantic** [1] - 2:8
**attack** [1] - 225:18
**attempt** [1] - 190:10
**attempted** [2] -
81:18, 157:24
**attempting** [6] -
127:16, 132:7,
151:16, 183:8, 189:6,
198:2
**attention** [4] -
169:10, 171:11,
190:24, 225:14
**Attributable** [1] -
93:13
**attributed** [1] - 58:12
**audit** [5] - 127:5,
165:19, 165:20,
166:6, 166:9
**audited** [1] - 165:18
**audits** [9] - 126:17,
126:23, 157:2,
165:14, 165:21,
166:15, 187:23, 223:3
**August** [15] - 40:1,
42:2, 42:5, 53:21,
54:3, 54:20, 65:12,
66:2, 66:10, 75:13,
151:8, 151:12,
152:21, 160:25,
161:14
**author** [2] - 13:24,
13:25

**authored** [2] - 12:22,
101:1
**authored/co** [1] -
12:22
**authored/co-
authored** [1] - 12:22
**authority** [1] - 16:15
**auto** [1] - 186:22
**auto-correlated** [1] -
186:22
**automobiles** [1] -
107:8
**autoregressive** [3] -
81:12, 81:13, 81:14
**availability** [1] - 49:5
**available** [6] - 24:24,
93:5, 93:20, 94:23,
94:25, 196:11
**Avenue** [1] - 2:21
**average** [9] - 40:19,
97:1, 97:4, 97:18,
98:17, 99:9, 99:13,
146:25, 159:14
**averaging** [3] -
14:19, 80:9, 80:10
**aviary** [3] - 218:22,
220:18, 221:5
**aware** [8] - 18:13,
149:16, 149:22,
159:14, 164:10,
170:23, 171:8
**axis** [3] - 33:21,
33:23, 90:20

## B

**B-A-Y-E** [1] - 5:25
**baby** [6] - 205:13,
208:6, 209:15,
210:18, 213:11,
217:23
**bachelor's** [1] -
205:2
**backfill** [4] - 168:17,
169:6, 169:14, 169:16
**backfilled** [13] -
167:23, 168:1, 168:6,
168:9, 168:10,
168:14, 168:19,
168:20, 169:1, 169:9,
170:20, 197:7, 197:12
**backfilling** [61] -
32:10, 41:6, 41:7,
50:24, 69:16, 69:22,
69:25, 70:2, 70:6,
70:11, 70:14, 70:21,
71:9, 71:12, 71:14,
71:15, 71:19, 71:24,
71:25, 76:2, 76:5,

79:1, 79:7, 79:14,
79:17, 79:23, 79:25,
80:3, 80:5, 80:12,
80:16, 80:22, 98:7,
98:13, 98:16, 110:15,
110:22, 163:13,
166:17, 166:19,
166:25, 167:3, 167:8,
167:11, 167:13,
167:19, 170:7,
170:19, 171:13,
180:20, 181:16,
181:17, 181:18,
187:17, 189:18,
189:19, 192:1,
197:20, 197:23,
198:3, 198:8
**Backfilling** [1] - 41:2
**background** [2] -
7:11, 42:21
**bad** [3] - 175:2,
196:4, 202:2
**balance** [1] - 182:11
**ball** [1] - 27:10
**ballparking** [1] -
45:20
**balls** [1] - 27:13
**ban** [42] - 32:10,
41:2, 41:6, 41:7,
50:25, 69:16, 69:22,
69:25, 70:2, 70:6,
70:11, 70:14, 70:21,
71:9, 71:12, 71:14,
71:15, 71:19, 71:24,
71:25, 76:2, 76:5,
79:1, 79:7, 79:14,
79:23, 80:13, 80:16,
80:22, 98:7, 98:13,
98:16, 110:15,
110:22, 163:13,
166:25, 167:3,
180:20, 181:16,
181:17, 181:18, 192:1
**bands** [1] - 85:24
**banking** [1] - 12:23
**BARNES** [1] - 3:10
**Barry** [32] - 24:19,
92:22, 94:23, 95:3,
95:10, 111:23,
111:24, 113:10,
114:12, 114:24,
115:8, 115:9, 115:12,
115:14, 115:20,
116:1, 116:3, 116:4,
116:7, 116:8, 117:11,
123:18, 123:23,
136:3, 136:4, 136:9,
136:10, 138:14,
138:18, 171:23, 180:5
**based** [55] - 11:6,

15:8, 29:7, 34:15,
34:23, 39:3, 48:8,
55:19, 57:2, 61:15,
65:3, 73:25, 77:10,
86:7, 88:2, 88:4,
88:10, 89:12, 93:4,
93:20, 98:2, 98:11,
110:11, 111:5,
111:17, 113:12,
113:18, 113:19,
113:23, 114:17,
115:10, 116:4, 116:6,
121:4, 123:2, 125:18,
129:1, 134:9, 134:20,
135:9, 136:2, 136:18,
139:8, 139:23,
149:10, 151:13,
152:2, 152:8, 157:5,
190:18, 192:2, 193:3,
211:7, 226:14
**bashful** [1] - 12:11
**batching** [1] - 216:6
**Baye** [85] - 4:16,
5:11, 5:25, 6:1, 6:16,
6:19, 7:4, 7:23, 9:11,
9:21, 10:13, 11:11,
12:12, 16:17, 18:11,
18:22, 20:1, 20:12,
20:19, 21:5, 22:7,
25:16, 26:24, 30:21,
31:12, 33:5, 33:15,
42:20, 51:23, 57:9,
59:23, 64:2, 66:14,
69:10, 75:22, 86:17,
87:18, 93:12, 100:9,
100:12, 101:18,
102:20, 103:16,
105:20, 108:16,
109:19, 112:13,
112:18, 113:6,
113:25, 118:7, 119:5,
120:20, 122:9, 123:1,
125:23, 128:9, 131:7,
140:19, 143:17,
143:24, 144:22,
153:4, 153:9, 155:9,
157:13, 161:10,
162:2, 162:11,
169:10, 170:17,
171:12, 178:1, 181:8,
181:11, 182:4, 182:7,
182:12, 189:20,
190:22, 198:4,
200:10, 200:23, 202:4
**BAYE** [1] - 6:11
**Baye's** [1] - 188:13
**Baylson** [1] - 143:2
**beak** [2] - 205:13,
213:1
**beautiful** [1] - 83:10

became [3] - 106:19, 206:3, 220:6
become [3] - 207:5, 210:21, 216:1
becomes [2] - 5:3, 193:9
becoming [1] - 214:25
BEFORE [1] - 1:12
began [4] - 17:25, 37:7, 149:20, 152:4
begin [5] - 17:25, 69:20, 134:8, 139:19, 212:8
beginning [4] - 60:10, 86:9, 196:22, 225:15
begins [2] - 83:1, 195:3
behalf [3] - 20:13, 181:23, 202:3
behavior [8] - 8:12, 8:13, 12:6, 12:7, 38:5, 71:1, 104:9, 221:6
behind [2] - 73:7, 75:1
beliefs [1] - 17:19
BELL [1] - 2:21
Bell [8] - 45:20, 46:2, 56:19, 57:1, 71:2, 135:14, 159:13, 159:25
bell [1] - 170:24
below [3] - 83:3, 85:15, 118:16
benefit [1] - 122:18
benefits [2] - 79:14, 188:19
Berlin [1] - 8:5
best [5] - 12:21, 23:24, 55:7, 157:24, 188:19
bet [1] - 218:12
better [5] - 18:15, 22:2, 37:9, 182:22, 221:6
between [35] - 11:15, 18:14, 18:22, 19:4, 37:18, 46:17, 48:15, 58:19, 70:4, 73:14, 84:14, 85:17, 85:21, 89:14, 100:25, 103:21, 110:20, 110:24, 113:10, 113:11, 115:5, 115:14, 115:19, 116:2, 123:17, 123:18, 133:16, 139:14, 148:24, 173:9, 218:24, 222:3,

222:21, 223:14, 224:2
beyond [1] - 88:5
bicycle [1] - 188:7
big [8] - 35:19, 77:25, 94:17, 108:3, 140:12, 188:7, 208:2
bigger [5] - 56:24, 77:16, 135:19, 158:25
biggest [5] - 160:16, 161:9, 207:25, 221:1
bill [2] - 21:15, 21:16
billing [2] - 146:7, 146:10
billings [1] - 146:24
billion [1] - 117:21
bills [2] - 146:20, 146:22
bird [5] - 215:9, 218:25, 220:16, 221:6, 222:14
birds [19] - 79:23, 79:25, 80:1, 135:16, 135:21, 135:23, 204:19, 205:13, 206:8, 206:11, 217:3, 220:19, 221:8, 221:14, 221:15, 221:20, 222:6, 222:7, 224:10
Biscayne [1] - 2:5
bit [34] - 5:14, 7:2, 7:3, 27:2, 29:11, 38:25, 40:10, 44:5, 45:15, 74:7, 85:22, 104:6, 104:8, 104:10, 116:21, 116:23, 123:21, 141:10, 142:10, 150:22, 161:5, 166:17, 204:16, 208:12, 213:10, 218:16, 221:7, 222:6, 222:13, 222:15, 223:16, 224:17, 224:21
bite [1] - 124:2
bits [1] - 4:8
BJORK [1] - 2:12
Black [1] - 12:17
Blechman [8] - 5:9, 6:9, 67:19, 69:7, 143:12, 144:15, 165:15, 179:23
BLECHMAN [119] - 2:3, 4:3, 4:13, 4:16, 5:10, 6:10, 6:15, 9:7, 9:9, 9:10, 9:18, 9:20, 10:2, 10:7, 10:9, 10:12, 20:11, 20:21, 20:22, 25:10, 25:14, 25:15, 30:18, 30:20,

33:1, 33:4, 33:10, 33:13, 33:14, 39:17, 39:19, 42:17, 42:19, 62:7, 62:8, 62:17, 62:19, 67:22, 68:5, 68:10, 68:19, 68:22, 68:25, 69:8, 69:9, 93:10, 93:11, 99:22, 100:3, 100:7, 100:8, 101:16, 101:17, 102:18, 102:19, 103:12, 103:14, 103:15, 113:1, 113:4, 113:5, 114:3, 114:7, 114:20, 116:20, 116:24, 117:2, 117:6, 117:8, 117:9, 118:4, 118:6, 122:5, 122:7, 123:10, 123:11, 124:3, 126:19, 126:20, 128:7, 128:8, 140:24, 141:15, 141:22, 142:1, 142:6, 142:15, 142:18, 142:21, 143:14, 143:15, 143:18, 143:20, 144:12, 144:16, 153:6, 154:12, 154:15, 162:14, 162:18, 162:22, 169:22, 169:24, 181:8, 182:1, 182:3, 199:6, 199:12, 200:16, 201:22, 202:3, 202:6, 202:20, 203:10, 225:20, 227:11, 227:19, 228:7, 228:12
blind [2] - 58:7, 83:2
block [1] - 15:1
Bloomington [2] - 188:4, 188:8
blow [3] - 62:17, 75:1, 166:6
blown [2] - 63:6, 63:12
blue [13] - 34:2, 35:2, 60:5, 83:3, 85:14, 85:18, 85:21, 86:10, 86:11, 88:10, 92:1, 139:11, 139:20
Board [2] - 208:15, 208:16
book [2] - 12:16, 12:19
books [5] - 12:9, 12:13, 12:15, 12:25, 182:11
boom [1] - 194:9
boots [1] - 141:8

born [1] - 40:3
BORUCHOWITZ [1] - 3:14
bottom [5] - 88:14, 90:20, 91:19, 91:20, 94:11
bought [9] - 111:15, 115:16, 118:20, 120:7, 120:22, 121:12, 121:17, 121:25, 140:6
Boulevard [1] - 2:5
box [6] - 63:5, 63:8, 67:7, 69:15, 71:23, 72:10
boxed [1] - 213:2
boxes [2] - 62:15, 63:11
brain [1] - 225:11
BRANDON [1] - 2:5
breach [1] - 192:12
break [14] - 67:21, 67:24, 68:1, 68:4, 91:13, 96:14, 99:1, 140:25, 141:5, 142:3, 202:9, 202:13, 202:18, 224:17
breed [3] - 222:8, 222:14, 222:18
breeder [16] - 204:20, 205:12, 207:11, 207:13, 207:17, 207:21, 210:14, 210:21, 210:22, 210:25, 211:14, 212:11, 212:20, 214:14, 216:6, 217:20
breeders [1] - 217:21
breeding [1] - 214:10
BRIAN [1] - 2:16
brief [2] - 227:25, 228:5
briefly [4] - 6:16, 8:9, 89:20, 204:24
briefs [1] - 228:4
bring [7] - 4:15, 45:14, 99:22, 142:20, 166:1, 199:6, 210:9
bringing [1] - 203:8
Bros [2] - 121:17, 122:23
brought [2] - 199:10, 211:18
Brown [2] - 94:2, 94:6
brown [1] - 110:19
bubble [8] - 27:7, 27:9, 27:11, 27:12, 92:10, 92:11, 179:10,

179:14
bucket [1] - 29:11
budget [2] - 27:6, 92:9
build [4] - 38:19, 44:24, 185:11, 222:23
bullet [1] - 25:25
bunch [6] - 17:22, 27:2, 38:10, 51:9, 80:10, 94:25
Bureau [2] - 15:3, 15:18, 15:19, 15:20, 16:9, 16:10, 74:4
Burke - 206:16
business [4] - 10:24, 78:21, 193:11, 221:4
Business [2] - 7:9, 102:20
but-for [22] - 26:9, 26:15, 36:24, 51:5, 51:12, 51:20, 51:21, 57:23, 58:15, 58:16, 82:20, 82:21, 87:6, 139:4, 139:8, 139:14, 139:21, 139:25, 140:8, 140:9, 156:20, 172:22
But-For [2] - 57:19, 82:15
Butt [2] - 2:8, 119:17
buy [16] - 35:16, 76:17, 76:21, 77:7, 77:14, 78:8, 92:2, 92:3, 92:4, 196:10, 209:13, 209:15, 209:16, 210:18, 217:23, 222:7
buyer [1] - 78:12
buyers [3] - 78:6, 78:15, 196:8
buying [5] - 27:3, 35:15, 78:15, 210:19, 213:12
buys [1] - 193:21
BY [56] - 2:10, 2:16, 2:20, 3:3, 3:10, 3:14, 6:15, 9:10, 9:20, 10:12, 20:22, 25:15, 30:20, 33:4, 33:14, 39:19, 42:19, 62:8, 62:19, 69:9, 93:11, 100:8, 101:17, 102:19, 103:15, 113:5, 114:3, 114:20, 117:9, 118:6, 122:7, 123:11, 124:3, 126:20, 128:8, 143:15, 143:20, 144:21, 153:20, 154:13, 154:23,

155:7, 157:12,
161:13, 162:23,
166:2, 166:8, 170:1,
170:16, 181:5,
181:10, 182:3,
199:12, 200:22,
204:9, 210:11

# C

**C&S** [1] - 2:23
**C.A.T** [1] - 1:25
**Cactus** [1] - 214:3
**cage** [81] - 32:2,
32:10, 32:11, 39:24,
40:2, 40:4, 40:9, 42:1,
45:21, 45:23, 50:24,
53:9, 53:10, 53:15,
54:5, 55:23, 56:19,
58:17, 71:5, 71:8,
71:15, 77:9, 80:11,
102:14, 135:23,
152:24, 152:25,
153:12, 155:14,
155:25, 156:5, 157:3,
157:5, 158:4, 158:15,
159:4, 159:15, 160:4,
160:24, 161:1, 161:9,
161:15, 161:18,
161:23, 162:5,
165:12, 166:15,
172:9, 174:24,
180:18, 181:13,
187:15, 191:1, 191:7,
191:24, 194:17,
195:6, 195:11, 214:4,
218:22, 218:24,
218:25, 219:9,
219:10, 219:15,
219:22, 219:23,
219:24, 220:1, 220:2,
220:3, 220:7, 220:8,
220:10, 220:13,
220:19, 220:21,
220:25, 221:2, 221:10
**Cage** [1] - 52:17
**cage-free** [23] - 32:2,
77:9, 172:9, 174:24,
218:22, 218:24,
218:25, 219:9,
219:10, 219:15,
219:22, 219:23,
219:24, 220:1, 220:2,
220:3, 220:7, 220:13,
220:19, 220:21,
220:25, 221:2, 221:10
**caged** [1] - 32:1
**cages** [12] - 59:17,
80:18, 135:17,
135:19, 158:25,

206:8, 208:7, 213:16,
218:21, 219:12,
219:20, 219:24
**CAIN** [1] - 2:16
**CAIN-MANNIX** [1] -
2:16
**caked** [1] - 221:12
**Cal** [10] - 118:20,
118:25, 120:7,
120:14, 120:23,
121:4, 121:12,
121:17, 122:1, 122:19
**Cal-Maine** [10] -
118:20, 118:25,
120:7, 120:14,
120:23, 121:4,
121:12, 121:17,
122:1, 122:19
**calculated** [1] -
111:5
**cannot** [5] - 83:15,
112:14, 112:19,
113:23
**capacity** [7] - 14:4,
17:2, 189:17, 207:18,
216:16, 217:13,
219:13
**capacity-wise** [1] -
219:13
**capitalize** [1] -
170:12
**caps** [1] - 82:15
**capture** [3] - 50:23,
89:1, 183:19
**captures** [3] -
183:21, 183:24,
185:21
**capturing** [2] - 40:9,
50:23
**Care** [11] - 76:21,
77:25, 78:1, 78:3,
78:6, 153:2, 153:13,
153:18, 161:20,
192:5, 192:8
**care** [6] - 76:24,
77:5, 77:7, 78:4,
221:7
**cared** [2] - 76:22,
156:12
**career** [2] - 11:17,
24:16
**careful** [3] - 58:11,
143:6, 158:12
**Carolina** [2] - 213:7,
223:20
**cars** [2] - 178:18
**cartel** [7] - 126:3,
126:8, 170:10, 184:9,
188:21, 189:1, 189:5
**cartels** [1] - 12:5

**CARTER** [1] - 3:11
**case** [93] - 8:24,
11:9, 14:23, 17:6,
17:9, 17:11, 17:16,
17:21, 18:9, 20:13,
21:5, 21:6, 21:11,
21:14, 21:18, 22:9,
22:13, 23:2, 23:14,
24:1, 24:18, 26:20,
27:22, 29:22, 30:9,
31:8, 31:10, 32:6,
32:22, 37:25, 38:1,
38:9, 38:18, 38:20,
41:16, 45:9, 46:3,
47:20, 58:12, 59:6,
64:2, 67:25, 68:16,
73:15, 73:24, 74:16,
76:15, 77:11, 82:1,
85:6, 85:13, 91:2,
92:7, 93:5, 99:15,
105:2, 107:13,
108:14, 109:13,
111:6, 114:15,
115:10, 119:15,
120:10, 120:13,
120:18, 120:22,
121:4, 121:12,
121:19, 121:25,
125:9, 126:9, 126:13,
127:12, 127:23,
128:25, 131:23,
135:11, 147:23,
148:4, 148:16,
156:11, 162:6, 169:2,
172:25, 173:6,
189:23, 199:1,
221:18, 224:20,
226:16
**cases** [2] - 16:18,
128:16
**casting** [1] - 187:9
**catastrophic** [1] -
80:17
**catch** [1] - 41:11
**causation** [1] - 73:22
**caused** [9] - 26:3,
29:13, 31:20, 32:20,
36:14, 36:20, 43:18,
55:23, 200:11
**causing** [1] - 37:9
**center** [1] - 212:9
**central** [1] - 12:5
**Centre** [1] - 2:17
**century** [1] - 188:8
**certain** [9] - 37:12,
150:17, 150:20,
198:14, 216:5,
222:16, 222:22,
223:13
**certainly** [5] - 34:12,

77:13, 132:7, 156:25,
222:5
**Certification** [1] -
22:20
**certification** [3] -
32:8, 78:24, 176:9
**Certified** [46] - 56:2,
76:21, 77:25, 78:1,
78:3, 78:6, 78:13,
124:13, 124:18,
124:23, 125:3, 125:8,
151:4, 151:11,
152:25, 153:2,
153:16, 153:18,
155:15, 156:6,
159:15, 159:23,
160:15, 161:18,
161:20, 164:1,
165:17, 166:14,
173:2, 174:4, 174:20,
174:24, 175:8,
177:11, 180:19,
181:13, 192:6, 192:8,
192:9, 193:10,
193:20, 193:22,
195:16, 196:15, 201:3
**certified** [24] - 77:7,
77:11, 78:16, 78:17,
78:19, 78:22, 154:2,
154:8, 154:25,
164:11, 164:22,
167:22, 167:25,
168:6, 174:3, 175:12,
176:1, 176:3, 177:17,
177:20, 197:11,
197:12, 201:6, 201:13
**certify** [1] - 228:16
**CFPB** [2] - 15:22,
16:12
**chairman** [2] - 16:6,
16:7
**Chairman** [1] - 15:17
**challenge** [2] - 23:3,
25:18
**chance** [3] - 55:19,
55:22, 72:14
**change** [32] - 34:16,
36:13, 36:15, 37:9,
38:5, 38:17, 45:1,
45:5, 49:19, 57:10,
62:23, 71:18, 76:12,
87:2, 90:11, 90:25,
91:10, 96:23, 104:9,
178:14, 178:20,
178:21, 179:1, 179:2,
179:5, 179:13,
179:15, 179:17,
180:2, 180:3, 180:6
**changed** [7] - 34:25,
153:3, 173:1, 222:5,

222:20, 223:14, 224:2
**changes** [29] - 11:23,
27:1, 44:15, 45:11,
49:20, 50:1, 50:14,
57:3, 64:18, 65:16,
66:25, 67:1, 81:22,
87:3, 87:6, 87:10,
90:10, 92:12, 97:14,
111:22, 116:7,
137:24, 139:17,
178:14, 183:21,
183:22
**changing** [1] -
207:25
**channel** [1] - 78:22
**channeling** [1] -
136:23
**characterization** [1]
- 176:7
**characterizing** [1] -
175:19
**characters** [1] -
173:20
**charge** [3] - 8:14,
21:15, 204:15
**charged** [1] - 21:13
**charging** [1] - 21:14
**Charm** [2] - 120:14,
122:19
**chart** [9] - 93:6,
122:3, 122:11,
122:17, 123:6, 140:7,
176:5, 184:4, 198:20
**charted** [1] - 155:12
**charts** [1] - 113:13
**cheat** [2] - 126:6,
170:11
**cheated** [1] - 156:17
**cheating** [3] - 56:22,
187:22, 189:1
**check** [13] - 21:20,
21:21, 21:22, 21:25,
46:25, 71:20, 74:16,
82:3, 197:19, 206:9,
227:8, 227:14
**checks** [2] - 21:23
**cheerleading** [1] -
151:16
**Chicago** [3] - 2:13,
2:22, 12:17
**chick** [2] - 210:3,
210:19
**chicken** [2] - 210:18,
214:25
**chickens** [6] - 80:18,
158:24, 209:12,
216:25, 222:16,
222:23
**chicks** [12] - 205:13,
208:6, 209:15,

211:12, 212:25, 213:11, 213:14, 214:5, 216:4, 216:10, 217:15, 217:23
**chief** [2] - 13:6, 15:11
**choice** [3] - 77:13, 77:14, 125:7
**choices** [2] - 77:3, 222:18
**choose** [2] - 219:1, 222:10
**chopping** [1] - 181:18
**chose** [3] - 152:14, 173:17, 183:13
**chosen** [2] - 169:6, 169:14
**Christmas** [2] - 4:22
**circle** [1] - 193:1
**circled** [1] - 97:10
**cite** [1] - 98:3
**claim** [1] - 136:24
**clarify** [3] - 162:21, 192:22, 195:12
**clarifying** [1] - 72:17
**clarity** [1] - 101:21
**class** [4] - 142:25, 188:2, 188:10, 188:19
**classic** [4] - 27:7, 132:21, 186:13, 188:2
**clean** [1] - 225:7
**clear** [10] - 20:23, 34:6, 35:10, 53:1, 147:12, 148:19, 191:23, 201:5, 213:23, 227:15
**clearly** [5] - 34:13, 43:10, 56:18, 136:8, 158:25
**Clerk** [1] - 4:1
**CLERK** [13] - 4:18, 5:18, 5:22, 68:2, 69:3, 141:12, 141:19, 143:8, 202:16, 202:24, 203:16, 203:20, 224:24
**Cliff** [1] - 195:1
**close** [8] - 30:5, 69:16, 94:20, 108:5, 108:8, 178:4, 199:8
**closely** [1] - 139:23
**closer** [3] - 145:25, 146:1, 213:13
**closing** [1] - 5:4
**CM** [2] - 1:21, 228:21
**co** [41] - 13:4, 13:8, 13:17, 28:21, 56:13, 100:21, 109:12, 111:16, 113:8, 115:6,

115:17, 116:12, 116:18, 117:12, 117:16, 117:23, 118:11, 118:17, 121:18, 122:12, 124:4, 140:7, 143:23, 144:9, 147:23, 148:4, 167:11, 172:25, 173:6, 173:10, 173:14, 175:9, 175:13, 176:4, 177:19, 177:21, 190:1, 190:16, 198:15, 199:1, 199:24
**Co** [2] - 2:6, 2:7
**co-conspiracy** [2] - 175:13, 177:21
**co-conspirator** [12] - 115:6, 116:12, 116:18, 117:12, 117:16, 118:11, 144:9, 147:23, 148:4, 167:11, 173:10, 176:4
**co-conspirator's** [1] - 100:21
**co-conspirators** [23] - 28:21, 56:13, 109:12, 111:16, 113:8, 115:17, 117:23, 118:17, 121:18, 122:12, 124:4, 140:7, 143:23, 172:25, 173:6, 173:14, 175:9, 177:19, 190:1, 190:16, 198:15, 199:1, 199:24
**co-editor** [2] - 13:4, 13:8
**co-editors** [1] - 13:17
**coast** [1] - 213:7
**code** [1] - 21:22
**coefficient** [3] - 67:2, 192:14, 197:3
**coefficients** [2] - 66:25, 158:6
**colleagues** [1] - 73:7
**collect** [4] - 131:13, 149:10, 189:7, 211:9
**collected** [5] - 128:18, 206:12, 211:16, 211:17, 212:21
**collecting** [1] - 216:6
**college** [1] - 12:20
**colluded** [1] - 188:20
**collusion** [2] - 10:25, 12:5
**collusive** [2] - 126:6,

126:7
**color** [2] - 58:7, 83:2
**color-blind** [2] - 58:7, 83:2
**colors** [1] - 58:7
**Columbus** [1] - 3:16
**Column** [1] - 69:22
**column** [15] - 40:22, 40:23, 41:2, 54:24, 67:7, 67:15, 72:10, 97:7, 98:18, 119:10, 119:13, 129:15, 129:16, 129:19, 144:1
**columns** [2] - 98:19, 129:13
**comb** [1] - 25:1
**combinations** [5] - 52:1, 115:6, 116:18, 123:19, 198:24
**comfort** [2] - 213:7, 213:10
**comfortable** [2] - 6:8, 204:3
**coming** [3] - 207:1, 223:2, 223:3
**comment** [8] - 134:12, 135:8, 135:18, 136:6, 136:23, 137:2, 137:11, 137:12
**comments** [3] - 134:6, 134:24, 136:2
**commercial** [2] - 218:21, 220:8
**Commission** [8] - 9:2, 9:5, 14:13, 14:15, 14:16, 15:15, 74:5, 104:2
**commission** [3] - 14:16, 14:25, 15:6
**Committee** [2] - 171:6, 171:9
**committees** [1] - 208:14
**commodity** [2] - 132:16, 172:7
**commonly** [1] - 74:14
**communicate** [3] - 13:24, 96:5, 102:7
**communicated** [1] - 102:6
**communicating** [2] - 150:5, 193:3
**communication** [2] - 71:2, 71:3
**communications** [6] - 132:14, 149:13, 149:20, 150:2, 150:18, 151:15

**companies** [14] - 107:23, 119:10, 119:13, 119:24, 122:16, 124:19, 125:3, 173:14, 174:12, 177:18, 177:20, 190:3, 199:13, 222:8
**company** [3] - 164:23, 204:19, 220:6
**Company** [3] - 2:8, 2:8, 2:23
**company's** [1] - 164:24
**compare** [1] - 197:17
**compared** [1] - 128:18
**compares** [2] - 114:13, 114:14
**comparison** [1] - 12:4
**competing** [1] - 77:4
**Competition** [1] - 15:3
**competitive** [10] - 14:21, 74:5, 76:18, 76:20, 77:4, 90:12, 104:20, 107:9, 107:13, 132:19
**compile** [1] - 222:8
**complaint** [1] - 134:17
**completed** [1] - 144:14
**completely** [4] - 49:12, 70:9, 86:25, 115:9
**completeness** [1] - 53:20
**completion** [1] - 228:8
**complex** [1] - 206:23
**compliance** [12] - 126:18, 126:23, 126:24, 163:24, 163:25, 164:12, 164:13, 164:25, 165:4, 165:13, 192:7, 192:19
**complicated** [1] - 183:6
**complying** [4] - 126:11, 127:2, 187:22
**component** [1] - 208:2
**components** [4] - 27:6, 39:10, 39:11, 104:21
**comprise** [2] - 92:8, 139:1

**comprised** [1] - 174:7
**compute** [3] - 128:19, 131:14, 131:18
**computer** [1] - 8:22
**ConAgra** [5] - 144:2, 144:5, 144:8, 198:21, 199:20
**conceivable** [1] - 64:21
**concentrating** [2] - 4:23, 226:23
**concept** [1] - 178:11
**concepts** [1] - 103:20
**conceptually** [1] - 96:20
**concerns** [6] - 14:22, 22:19, 45:12, 150:8, 167:5, 207:3
**concert** [2] - 129:8, 132:23
**conclude** [2] - 109:11, 116:3
**concluded** [8] - 34:23, 61:15, 106:22, 117:20, 147:21, 147:22, 148:2, 148:3
**concludes** [1] - 134:21
**conclusion** [1] - 109:3
**conclusions** [4] - 29:3, 47:7, 65:6, 75:7
**concoct** [1] - 45:1
**conditions** [1] - 80:15
**conduct** [41] - 22:9, 22:12, 23:3, 23:16, 24:3, 25:18, 26:3, 26:16, 28:7, 28:16, 28:22, 31:17, 31:20, 32:20, 41:16, 51:3, 57:11, 70:22, 81:6, 81:8, 82:6, 89:13, 92:16, 109:13, 113:9, 115:15, 119:8, 119:14, 120:4, 120:9, 120:13, 120:18, 120:21, 121:3, 121:11, 121:18, 121:24, 151:19, 151:23, 157:2, 171:16, 172:24
**conducted** [5] - 12:4, 92:18, 106:22, 115:3, 172:24
**conducting** [3] - 10:22, 10:25, 89:17
**confer** [1] - 227:13

**confidence** [7] - 55:15, 85:24, 85:25, 86:2, 86:4, 86:5, 86:6
**confident** [4] - 55:9, 55:18, 55:24, 140:19
**confine** [1] - 172:24
**confirmed** [1] - 9:25
**conformed** [1] - 73:25
**confuse** [1] - 84:21
**confused** [1] - 55:17, 161:5, 161:11
**Congress** [1] - 15:21
**conjunction** [5] - 109:7, 161:23, 186:23, 194:16
**connected** [1] - 211:14
**connection** [18] - 21:10, 21:14, 25:8, 26:17, 27:21, 28:4, 29:22, 59:5, 59:14, 73:24, 101:23, 102:24, 108:22, 124:21, 126:12, 127:14, 136:25, 200:13
**Conopco** [1] - 2:8
**consequence** [1] - 127:20
**conservative** [8] - 74:23, 128:2, 129:1, 129:21, 184:13, 184:22, 184:23, 191:14
**consider** [10] - 24:12, 24:13, 31:18, 47:4, 74:22, 89:18, 103:16, 173:13, 186:16
**considered** [2] - 42:22
**considering** [2] - 73:4, 185:7
**considers** [1] - 209:8
**consist** [1] - 104:21
**consistent** [14] - 85:12, 98:2, 98:3, 98:17, 101:13, 111:9, 125:11, 125:23, 125:25, 132:9, 136:19, 150:11, 158:9, 158:14
**consists** [2] - 104:22, 104:23
**Conspiracy** [1] - 93:14
**conspiracy** [92] - 26:13, 26:14, 29:6, 29:7, 29:13, 36:18,

36:20, 38:3, 50:9, 50:16, 50:17, 50:20, 51:4, 51:7, 51:12, 51:13, 51:17, 55:12, 57:25, 58:13, 58:14, 58:21, 61:6, 69:25, 70:9, 70:17, 71:17, 81:17, 81:19, 82:2, 84:24, 85:10, 91:1, 96:7, 97:23, 98:20, 107:6, 107:7, 109:4, 119:2, 120:17, 126:2, 126:14, 127:6, 127:7, 132:10, 132:11, 134:9, 134:16, 134:18, 134:19, 134:21, 135:3, 135:5, 136:12, 136:22, 137:1, 137:19, 138:2, 139:9, 139:12, 139:17, 140:2, 147:18, 149:17, 149:23, 152:3, 157:1, 173:24, 175:13, 175:15, 175:16, 177:21, 180:8, 183:2, 183:5, 184:7, 189:9, 191:15, 191:19, 193:24, 198:1, 198:22, 199:3, 199:15, 199:25, 200:6, 201:7, 201:11, 201:14
**conspirator** [12] - 115:6, 116:12, 116:18, 117:12, 117:16, 118:11, 144:9, 147:23, 148:4, 167:11, 173:10, 176:4
**conspirator's** [1] - 100:21
**conspirators** [23] - 28:21, 56:13, 109:12, 111:16, 113:8, 115:17, 117:23, 118:17, 121:18, 122:12, 124:4, 140:7, 143:23, 172:25, 173:6, 173:14, 175:9, 177:19, 190:1, 190:16, 198:15, 199:1, 199:24
**conspired** [1] - 51:10
**conspiring** [1] - 156:15
**constant** [3] - 34:7, 49:17, 49:19
**constructed** [2] - 90:18, 102:14
**consultant** [2] - 8:17,

68:15
**consulting** [3] - 8:16, 8:21, 21:9
**consume** [2] - 49:22, 106:3
**consumed** [1] - 105:23
**Consumer** [3] - 15:18, 15:19, 16:8
**consumer** [3] - 11:23, 15:23, 21:3
**consumer's** [1] - 92:9
**consumers** [17] - 8:14, 12:2, 12:3, 12:7, 16:1, 19:25, 27:1, 76:25, 77:5, 90:10, 90:11, 92:2, 92:3, 97:13, 104:9, 106:1, 187:25
**consumption** [12] - 27:5, 32:1, 49:22, 105:6, 106:25, 107:15, 108:9, 108:12, 108:15, 128:19, 172:4, 172:6
**CONT** [1] - 2:25
**cONT** [1] - 3:1
**contaminated** [1] - 83:15
**contaminating** [1] - 82:5
**contemporaneous** [2] - 47:5, 131:15
**contend** [1] - 45:15
**contention** [3] - 28:24, 45:17, 45:18
**context** [13] - 44:2, 44:23, 47:19, 64:2, 70:21, 72:20, 95:4, 100:15, 104:5, 182:24, 184:19, 185:5, 192:20
**contexts** [1] - 74:6
**continue** [10] - 35:16, 39:20, 79:12, 83:8, 85:20, 94:9, 97:11, 133:11, 205:21, 224:21
**continued** [1] - 95:14
**continuous** [2] - 184:3, 208:9
**continuously** [1] - 205:6
**contract** [8] - 78:18, 115:10, 115:25, 116:6, 192:10, 192:11, 192:12, 209:14
**contracts** [1] -

111:17
**contradict** [1] - 29:2
**contrary** [1] - 139:22
**contributed** [2] - 36:21, 37:13
**contributions** [1] - 13:18
**control** [48] - 42:15, 43:5, 43:8, 43:9, 43:13, 43:16, 43:20, 44:2, 44:6, 44:10, 44:11, 44:12, 44:21, 45:4, 45:10, 45:11, 45:17, 47:19, 47:25, 48:4, 48:10, 48:18, 48:20, 49:4, 50:1, 51:18, 52:25, 53:7, 64:12, 64:13, 64:16, 84:2, 84:4, 84:17, 88:24, 137:24, 137:25, 138:1, 183:16, 186:1, 190:3, 209:19, 209:21, 210:1, 210:5
**controlled** [8] - 45:5, 45:8, 124:12, 124:18, 125:3, 139:18, 174:4, 213:3
**controlling** [12] - 37:13, 42:10, 42:12, 44:14, 44:19, 47:21, 49:8, 49:11, 49:14, 52:23, 64:15, 183:15
**controls** [19] - 42:23, 44:15, 44:25, 46:12, 49:9, 50:21, 51:24, 52:1, 62:24, 64:6, 64:7, 64:12, 70:13, 73:4, 73:15, 75:4, 134:16, 185:20
**convenient** [1] - 44:14
**convention** [1] - 111:6
**conversation** [4] - 17:24, 118:16, 181:4, 198:18
**converts** [1] - 60:5
**cooler** [2] - 211:17, 211:19
**coordinate** [1] - 132:7
**Coordinated** [2] - 128:10, 129:17
**coordinated** [11] - 38:12, 127:11, 127:24, 128:21, 129:7, 129:23, 130:5, 131:16, 132:7, 150:11
**coordination** [2] -

189:25
**copies** [1] - 55:21
**copy** [6] - 9:14, 31:11, 33:6, 61:9, 141:23, 141:25
**corn** [6] - 48:8, 48:9, 48:14, 48:15, 84:4, 84:18
**corner** [2] - 210:12, 221:20
**corporate** [1] - 207:3
**Corporation** [1] - 120:24
**correct** [223] - 14:9, 21:19, 22:6, 25:21, 25:22, 28:17, 28:18, 31:3, 32:7, 41:12, 43:24, 50:3, 52:6, 52:7, 52:10, 52:11, 53:13, 54:17, 54:18, 57:20, 57:21, 60:2, 60:3, 65:13, 65:14, 65:17, 65:18, 67:6, 72:13, 75:21, 79:10, 79:11, 82:16, 83:6, 83:7, 84:18, 85:18, 85:19, 86:19, 87:6, 87:7, 87:12, 90:22, 91:21, 91:23, 94:8, 95:16, 97:5, 98:9, 101:4, 101:5, 101:10, 102:17, 103:1, 111:10, 111:12, 111:13, 117:14, 119:19, 119:20, 119:22, 119:24, 119:25, 123:8, 124:5, 124:6, 129:17, 129:24, 129:25, 130:3, 130:14, 130:15, 130:17, 130:18, 130:20, 130:21, 130:23, 130:24, 131:2, 131:6, 131:23, 131:24, 133:4, 142:18, 146:16, 146:20, 146:21, 147:14, 147:19, 147:23, 148:5, 148:20, 148:21, 148:25, 149:6, 149:11, 149:14, 149:15, 149:18, 150:14, 150:23, 151:1, 151:4, 151:8, 151:9, 151:12, 151:20, 152:22, 153:1, 153:23, 153:24, 154:3, 154:9, 154:11, 155:10,

155:11, 155:16,
155:17, 155:20,
155:21, 155:22,
155:23, 156:1, 156:2,
156:7, 156:8, 156:14,
156:22, 156:23,
157:3, 157:7, 158:11,
159:9, 159:21, 160:7,
160:8, 160:17,
160:21, 160:22,
160:25, 161:15,
161:19, 161:20,
162:25, 163:24,
164:1, 164:2, 165:10,
165:11, 165:15,
165:16, 165:18,
165:19, 166:17,
166:18, 167:4, 167:8,
167:14, 167:20,
167:21, 167:23,
168:1, 168:4, 168:6,
168:7, 168:10,
168:15, 168:20,
169:1, 169:7, 169:19,
170:21, 170:22,
171:16, 171:21,
172:2, 172:10,
172:12, 172:14,
172:17, 172:18,
172:20, 172:21,
173:6, 173:15,
174:14, 174:16,
174:22, 175:7,
175:13, 175:25,
176:15, 176:20,
176:23, 177:7, 177:8,
177:12, 177:20,
177:21, 178:23,
178:25, 179:18,
180:7, 180:9, 180:12,
180:19, 180:20,
181:14, 181:19,
181:20, 199:16,
199:18, 199:21,
201:3, 201:4, 201:9,
218:14, 220:13,
221:25, 222:1, 228:16
   **Correct** [1] - 158:10
   **correction** [1] -
179:19
   **correctly** [10] -
159:8, 161:7, 162:9,
162:11, 162:12,
162:17, 163:20,
163:21, 169:19,
206:12
   **correlated** [3] -
186:17, 186:20,
186:22
   **correlation** [1] -

116:2
   **cost** [8] - 29:16,
43:23, 44:4, 48:7,
51:10, 137:15, 218:9
   **costly** [1] - 197:22
   **costs** [16] - 36:16,
43:10, 43:12, 43:13,
43:17, 46:15, 46:16,
46:17, 46:18, 64:12,
91:1, 167:7, 210:5,
218:7, 218:10
   **Council** [4] - 15:18,
16:6, 16:8, 171:10
   **council** [1] - 16:11
   **counsel** [14] - 25:11,
33:2, 68:13, 68:14,
118:15, 123:4, 123:7,
134:2, 142:8, 149:22,
163:24, 173:13,
173:17, 176:5
   **Counsel** [9] - 68:12,
182:9, 189:15, 191:1,
196:19, 197:6,
197:11, 198:13,
200:11
   **Counsel's** [1] -
194:19
   **counsel's** [1] - 145:2
   **Country** [2] - 120:14,
122:19
   **country** [4] - 35:20,
172:2, 176:23, 177:4
   **County** [2] - 206:15,
223:20
   **couple** [13] - 11:23,
79:21, 88:16, 143:12,
157:20, 159:13,
184:10, 185:6,
195:16, 223:21,
225:1, 225:4, 226:10
   **coupled** [1] - 40:10
   **course** [6] - 8:4,
10:18, 38:17, 83:11,
97:3, 153:3
   **COURT** [100] - 1:1,
4:2, 4:4, 4:14, 4:20,
5:12, 6:1, 6:4, 6:7,
9:8, 10:5, 10:8, 10:11,
20:14, 20:19, 25:13,
30:19, 33:12, 67:19,
67:23, 68:4, 68:18,
68:21, 68:24, 69:5,
100:2, 100:6, 103:11,
103:13, 112:12,
112:16, 112:20,
112:24, 113:3,
113:25, 116:23,
117:1, 117:4, 117:7,
124:2, 141:3, 141:14,
141:20, 141:25,

142:5, 142:9, 142:17,
142:20, 142:22,
143:6, 143:10,
144:14, 144:17,
144:19, 153:8,
153:11, 154:17,
154:19, 154:22,
155:6, 157:11,
161:12, 162:16,
162:20, 169:23,
170:3, 181:3, 181:22,
181:25, 200:18,
200:20, 201:19,
201:23, 202:1, 202:8,
202:13, 202:18,
202:21, 203:1, 203:7,
203:11, 203:13,
203:15, 203:24,
204:2, 224:16, 225:1,
225:4, 225:21, 226:1,
226:5, 226:13,
226:18, 226:21,
227:12, 227:21,
227:24, 228:1, 228:4,
228:10
   **court** [3] - 4:1, 18:11,
31:7
   **Court** [7] - 1:21,
30:13, 117:3, 142:12,
149:23, 228:13,
228:21
   **Court's** [1] - 142:7
   **Courthouse** [1] -
1:22
   **courtroom** [2] - 22:4,
68:16
   **cover** [4] - 29:1,
40:15, 47:12, 127:10
   **covered** [8] - 11:18,
43:23, 46:15, 51:24,
54:1, 63:6, 103:21,
145:17
   **covering** [2] - 134:8,
136:1
   **covers** [2] - 54:16,
54:19
   **Cowboy** [2] - 201:25,
202:5
   **Coyle** [1] - 203:2
   **crazy** [1] - 18:2
   **create** [3] - 37:24,
38:2, 192:25
   **created** [2] - 15:20,
15:25
   **creates** [1] - 194:6
   **creating** [1] - 158:25
   **credit** [2] - 49:5,
49:12
   **Creek** [1] - 214:7
   **crew** [2] - 205:13,

208:5
   **crews** [1] - 205:14
   **critical** [4] - 46:19,
78:15, 125:6, 194:3
   **criticism** [1] - 187:11
   **criticisms** [1] - 11:10
   **cross** [2] - 144:17,
181:22
   **CROSS** [1] - 144:20
   **cross-examination**
[1] - 181:22
   **CROSS-
EXAMINATION** [1] -
144:20
   **cross-examine** [1] -
144:17
   **CRR** [2] - 1:21,
228:21
   **CSR** [2] - 1:21,
228:21
   **cumulative** [1] -
124:12
   **curiosity** [1] - 88:13
   **curious** [1] - 34:10
   **current** [8] - 9:14,
9:15, 9:16, 47:6,
204:14, 207:22,
219:24
   **curriculum** [1] - 9:13
   **curve** [14] - 34:3,
34:6, 58:8, 90:25,
91:13, 91:16, 91:17,
91:19, 91:22, 91:24,
91:25, 92:1
   **customer** [8] - 154:1,
154:7, 154:25, 221:1,
223:1, 224:1, 224:8,
224:11
   **customers** [10] -
76:22, 136:9, 157:2,
196:9, 216:15,
216:17, 219:7,
219:10, 220:22,
220:23
   **cut** [2] - 27:4, 226:15
   **CV** [6] - 9:14, 9:22,
9:24, 9:25, 10:5,
10:14
   **cycle** [7] - 206:13,
213:20, 215:10,
215:11, 215:13,
216:11, 222:10

## D

   **D-175** [1] - 166:1
   **daily** [4] - 31:13,
170:25, 206:10,
211:17

   **Daily** [1] - 102:20
   **Dame** [1] - 202:1
   **dampen** [1] - 184:16
   **Dan** [2] - 12:17,
13:15
   **dark** [2] - 85:24,
114:16
   **dash** [2] - 60:5, 61:8
   **data** [85] - 18:21,
19:10, 24:18, 24:19,
30:24, 30:25, 31:25,
32:23, 33:25, 34:15,
34:16, 36:1, 40:10,
41:19, 42:24, 53:4,
58:9, 61:2, 73:22,
81:17, 81:24, 81:25,
82:23, 82:24, 83:13,
83:14, 83:19, 84:3,
84:8, 84:9, 85:3, 85:9,
86:18, 86:21, 86:23,
88:19, 88:20, 88:23,
92:22, 93:4, 93:20,
94:23, 94:25, 96:12,
111:21, 113:12,
113:19, 113:20,
114:10, 114:12,
114:15, 114:17,
114:22, 115:2,
115:24, 125:19,
131:13, 134:18,
136:20, 137:16,
139:5, 140:2, 149:10,
150:14, 150:15,
150:16, 151:13,
171:15, 171:18,
171:20, 171:24,
171:25, 172:23,
183:10, 189:6,
197:18, 198:11,
198:12, 222:9
   **data-driven** [2] -
150:14, 150:15
   **database** [3] - 24:22,
100:22
   **date** [16] - 40:15,
40:17, 42:2, 46:14,
71:17, 71:25, 124:13,
124:15, 124:25,
125:7, 151:23, 152:2,
152:21, 153:21,
184:12
   **Date** [2] - 52:15,
228:23
   **dated** [2] - 101:19,
102:21
   **dates** [4] - 39:11,
39:24, 171:1, 175:2
   **dating** [1] - 184:10
   **David** [4] - 203:14,
203:23, 206:4, 220:5

**DAVID** [2] - 2:11, 204:5

**DAY** [1] - 1:16

**day-of-age** [3] - 212:25, 214:12, 217:23

**day-old** [5] - 42:7, 208:6, 209:15, 210:18, 213:11

**days** [8] - 211:10, 211:17, 211:18, 211:23, 212:6, 212:8, 213:18, 217:15

**DC** [1] - 3:12

**deal** [2] - 192:6, 217:7

**deals** [2] - 5:3, 15:23

**DECEMBER** [1] - 1:9

**December** [3] - 4:21, 54:20, 66:11

**decide** [1] - 226:11

**decided** [1] - 38:11

**deciding** [1] - 226:14

**decision** [6] - 11:5, 15:6, 15:8, 16:15, 18:7, 226:13

**decision-makers** [1] - 15:6

**decision-making** [1] - 16:15

**decisions** [4] - 46:21, 46:24, 47:2, 47:10

**decline** [8] - 12:2, 37:14, 44:7, 55:23, 56:12, 58:13, 58:20, 119:1

**declined** [3] - 53:19, 59:10

**declines** [1] - 36:22

**Decrease** [1] - 129:16

**decrease** [6] - 129:23, 130:16, 130:19, 130:22, 130:25, 131:4

**dedicated** [2] - 193:20, 216:24

**deeper** [1] - 89:21

**Defendant** [7] - 3:16, 100:20, 109:22, 113:18, 119:14, 123:19, 173:9

**Defendants** [10] - 3:7, 45:15, 56:13, 109:9, 109:13, 115:21, 118:18, 121:10, 121:18, 204:6

**Defendants'** [30] - 16:24, 22:9, 22:12,

23:3, 23:16, 24:3, 25:18, 28:6, 28:15, 31:16, 31:19, 32:20, 51:2, 57:10, 79:9, 81:7, 89:13, 113:8, 114:17, 119:8, 120:4, 120:9, 120:13, 120:18, 120:21, 121:3, 121:24, 132:1, 134:7, 136:24

**defense** [1] - 51:15

**Defense** [11] - 68:11, 182:9, 189:15, 191:1, 194:18, 196:19, 197:6, 197:10, 198:13, 200:11, 203:5

**define** [2] - 107:10, 107:11

**definitely** [2] - 222:17, 223:4

**definition** [7] - 67:15, 67:17, 104:7, 106:12, 106:22, 107:12, 117:17

**definitions** [1] - 26:22

**degree** [5] - 7:12, 7:13, 64:23, 205:2

**degrees** [2] - 8:22, 15:14

**delay** [1] - 217:11

**deliberate** [1] - 227:4

**delivered** [1] - 213:14

**delivery** [2] - 210:3, 211:12

**demand** [49] - 27:1, 27:3, 27:23, 28:1, 28:10, 45:12, 89:18, 90:9, 91:7, 91:9, 92:1, 92:5, 92:17, 92:21, 92:24, 93:4, 93:20, 93:23, 94:10, 94:12, 95:18, 96:9, 96:21, 97:12, 98:1, 98:4, 99:14, 100:25, 101:8, 101:14, 102:12, 103:4, 104:7, 104:8, 104:10, 104:11, 108:10, 109:7, 128:1, 128:2, 128:23, 129:10, 129:21, 178:12, 178:16, 188:1, 216:21, 219:18

**Demand** [1] - 93:12

**demanded** [5] - 92:6, 178:13, 178:20, 178:21, 179:13

**demands** [1] - 221:1

**demonstrates** [4] -

38:13, 106:1, 123:21, 184:11

**demonstrative** [15] - 30:14, 33:2, 33:20, 52:2, 100:4, 101:22, 102:23, 112:22, 141:23, 142:11, 155:4, 166:13, 210:7, 210:9, 213:24

**demonstratives** [3] - 25:10, 141:1, 142:13

**density** [4] - 156:5, 159:15, 161:18, 187:15

**Department** [3] - 14:17, 36:9, 104:2

**department** [5] - 6:23, 206:25, 207:12, 208:20, 208:21

**departments** [1] - 205:11

**departure** [1] - 139:20

**deposed** [1] - 184:10

**deposing** [1] - 157:14

**deposition** [16] - 145:8, 145:14, 145:17, 157:13, 158:1, 162:3, 163:8, 163:11, 169:11, 173:8, 190:20, 191:11, 194:11, 195:2, 195:3, 196:16

**depositions** [2] - 24:23, 80:25

**DEPUTY** [13] - 4:18, 5:18, 5:22, 68:2, 69:3, 141:12, 141:19, 143:8, 202:16, 202:24, 203:16, 203:20, 224:24

**deputy** [1] - 4:1

**derived** [2] - 101:12, 102:25

**describe** [4] - 7:10, 8:9, 22:11, 204:24

**described** [10] - 13:12, 58:3, 89:20, 100:22, 102:9, 109:6, 112:2, 117:10, 174:3, 225:24

**design** [2] - 151:22, 221:5

**designated** [1] - 20:20

**designed** [9] - 19:3, 89:1, 115:18, 116:14, 151:3, 151:6, 170:12, 181:12, 190:19

**desire** [1] - 220:24

**desired** [1] - 154:8

**destined** [3] - 172:15, 172:16, 217:3

**detail** [2] - 29:1, 63:3

**details** [3] - 36:2, 88:3, 165:24

**determination** [2] - 147:15, 147:17

**determine** [15] - 23:2, 23:14, 24:1, 25:17, 28:5, 28:13, 61:14, 83:21, 111:14, 115:6, 133:21, 151:18, 152:21, 181:12, 216:21

**determined** [7] - 27:25, 28:1, 28:2, 99:16, 100:16, 180:5, 180:10

**determining** [4] - 31:18, 32:19, 39:2, 156:18

**developed** [1] - 220:7

**development** [2] - 37:11, 225:13

**Dewey** [1] - 186:24

**Dewey-West** [1] - 186:24

**DGP** [1] - 44:18

**diagnostic** [2] - 63:20, 65:4

**diagnostics** [1] - 65:4

**diagonal** [1] - 35:2

**die** [3] - 70:5, 79:23, 80:11

**diesel** [1] - 48:18

**differ** [2] - 89:7, 117:22

**difference** [8] - 36:15, 46:17, 50:8, 66:23, 67:2, 133:16, 173:9, 218:24

**differences** [1] - 222:2

**different** [62] - 10:24, 13:16, 19:5, 24:20, 26:12, 34:13, 34:18, 34:23, 34:25, 41:23, 42:22, 42:23, 42:25, 47:1, 47:8, 51:25, 56:10, 60:19, 60:25, 61:15, 61:16, 62:2, 62:22, 62:24, 65:7, 75:2, 77:8, 93:25, 95:22, 96:8, 99:12, 107:12, 108:3, 110:12, 110:18,

116:17, 117:21, 117:22, 123:19, 123:21, 153:19, 159:19, 161:10, 174:9, 195:4, 195:7, 207:19, 208:1, 215:8, 218:17, 218:18, 222:7, 222:18, 222:24, 223:1, 223:2, 223:7, 224:7, 224:15, 225:12

**differential** [2] - 71:10, 185:20

**difficult** [2] - 78:16, 189:7

**dig** [1] - 89:21

**dilemma** [1] - 188:3

**dime** [1] - 35:17

**dire** [1] - 20:14

**DIRECT** [2] - 6:14, 204:8

**direct** [6] - 21:19, 91:15, 144:14, 163:11, 169:10, 208:22

**directing** [1] - 190:24

**direction** [1] - 125:18

**directly** [2] - 104:1, 146:20

**director** [1] - 208:25

**Directors** [2] - 208:15, 208:16

**disagree** [2] - 135:7, 136:7, 137:11

**discard** [1] - 187:10

**discharging** [1] - 21:11

**discipline** [1] - 19:8

**discount** [2] - 115:8, 123:23

**discounts** [2] - 116:11, 116:16

**discovered** [1] - 197:22

**discovery** [3] - 24:21, 24:22, 114:18

**discriminate** [1] - 19:4

**discuss** [3] - 67:25, 74:10, 216:20

**discussed** [6] - 65:8, 70:13, 98:12, 98:24, 152:4, 192:2

**discussing** [1] - 75:5

**discussion** [2] - 110:16, 143:2

**disease** [2] - 79:22, 80:17

**disentangle** [1] - 73:22

**disputes** [1] - 13:22

**disregard** [1] - 62:9

**disruption** [1] - 217:5

**distinctly** [1] - 191:10

**distorts** [1] - 137:17

**DISTRICT** [2] - 1:1, 1:2

**divide** [1] - 147:8

**divided** [3] - 108:3, 137:15, 147:9

**dividing** [1] - 138:1

**Dixie** [4] - 2:22, 119:19, 121:15, 121:16

**Doctor** [1] - 82:25

**document** [6] - 25:4, 101:23, 102:1, 102:24, 108:4, 125:22

**documentary** [13] - 41:25, 45:19, 48:8, 48:11, 56:18, 70:3, 79:6, 92:23, 95:8, 107:21, 114:23, 132:12, 148:9

**documentation** [1] - 223:4

**documented** [1] - 128:16

**documenting** [1] - 12:2

**documents** [17] - 25:2, 25:4, 27:25, 37:7, 88:16, 99:19, 99:20, 108:2, 108:10, 125:23, 131:15, 133:22, 133:23, 148:7, 149:20, 193:4

**Dodd** [2] - 15:21, 15:25

**Dodd-Frank** [2] - 15:21, 15:25

**doff** [1] - 141:7

**dollar** [1] - 108:6

**Domestic** [1] - 129:17

**domestic** [1] - 129:23

**domestically** [1] - 106:3

**Don** [8] - 45:20, 46:2, 56:19, 57:1, 71:2, 135:14, 159:13, 159:25

**don** [1] - 141:7

**dONALD** [1] - 3:10

**done** [26] - 11:25, 14:12, 25:20, 38:21, 72:20, 73:5, 83:22,

84:7, 110:9, 113:20, 137:14, 143:1, 150:13, 153:8, 155:12, 167:17, 180:2, 180:16, 183:20, 189:16, 189:18, 198:7, 211:23, 221:5, 226:15, 226:16

**dotted** [2] - 60:4, 61:9

**double** [7] - 21:25, 147:24, 154:4, 154:5, 154:19, 189:14, 227:14

**double-check** [2] - 21:25, 227:14

**double-negative** [1] - 147:24

**doubled** [1] - 27:10

**doubly** [1] - 202:2

**doubt** [1] - 177:14

**DOUGLAS** [1] - 2:4

**down** [22] - 8:6, 13:5, 26:10, 33:23, 35:1, 36:2, 40:14, 69:5, 69:11, 86:8, 88:21, 91:13, 96:14, 100:5, 126:4, 194:14, 207:1, 211:17, 221:11, 225:2, 226:15

**downs** [1] - 49:2

**dozen** [2] - 16:21, 90:16

**dozens** [2] - 24:20, 218:5

**Dr** [36] - 6:1, 9:21, 79:7, 79:9, 112:13, 112:18, 134:7, 134:12, 134:14, 135:8, 135:18, 136:2, 136:6, 136:13, 136:23, 137:2, 137:5, 137:12, 137:25, 139:22, 144:22, 153:4, 155:9, 157:13, 161:10, 162:2, 162:11, 170:17, 171:3, 171:8, 171:12, 178:1, 181:11, 182:4, 200:23

**dramatic** [1] - 187:23

**dried** [4] - 49:12, 96:11, 111:3, 111:7

**drill** [1] - 36:2

**drive** [1] - 4:25

**driven** [6] - 49:10, 50:18, 150:14, 150:15, 150:16, 150:20

**driver** [1] - 35:19

**drivers** [1] - 213:6

**drop** [1] - 29:11

**Dropchek** [1] - 206:4

**Due** [1] - 129:17

**due** [5] - 57:10, 90:25, 91:1, 129:23, 139:17

**duly** [2] - 6:13, 204:7

**dummies** [4] - 49:15, 49:21, 84:6, 89:1

**dummy** [4] - 64:19, 88:15, 89:3, 134:19

**during** [38] - 14:18, 28:24, 40:5, 40:13, 40:25, 41:7, 41:8, 41:9, 49:7, 49:12, 51:3, 53:8, 53:18, 54:11, 54:13, 54:23, 71:13, 76:3, 78:2, 80:8, 81:22, 86:15, 89:6, 95:9, 103:16, 105:22, 110:14, 118:21, 120:17, 137:1, 149:2, 198:22, 199:2, 199:15, 210:6, 213:20, 216:11

**duties** [1] - 206:22

**dying** [1] - 80:1

## E

**E.K** [1] - 1:12

**eager** [1] - 143:2

**Eagle** [4] - 2:18, 119:12, 143:21, 144:1

**early** [9] - 11:21, 71:4, 78:2, 126:22, 185:9, 193:3, 193:16, 222:13

**easier** [5] - 7:3, 33:6, 90:6, 182:6, 221:7

**Easter** [1] - 49:23

**EASTERN** [1] - 1:2

**easy** [2] - 26:8, 126:3

**eco** [2] - 91:11, 134:10

**econ** [1] - 143:7

**econo** [1] - 186:11

**econometric** [29] - 27:25, 34:23, 37:11, 61:13, 87:24, 92:20, 92:25, 109:4, 111:5, 118:22, 127:16, 127:21, 134:15, 136:19, 139:23, 151:25, 152:11, 152:16, 153:24, 157:5, 170:17,

171:16, 172:22, 180:11, 180:17, 183:13, 183:18, 185:11, 192:15

**Econometrica** [1] - 11:24

**econometrically** [1] - 46:4

**econometricians** [2] - 55:6, 63:20

**econometrics** [21] - 7:22, 8:24, 18:15, 18:17, 18:18, 18:20, 18:21, 18:23, 18:24, 19:1, 19:2, 19:3, 19:7, 19:14, 20:7, 56:16, 180:13, 186:14, 186:16

**Economic** [4] - 8:5, 8:20, 100:12, 101:2

**economic** [67] - 8:7, 8:9, 8:10, 8:16, 8:20, 13:11, 13:20, 14:7, 14:24, 15:7, 16:13, 17:2, 17:5, 17:10, 17:16, 18:9, 18:12, 18:21, 20:9, 21:5, 23:1, 23:13, 23:25, 24:16, 25:5, 26:18, 27:21, 29:7, 36:21, 37:15, 37:23, 39:3, 44:25, 46:19, 51:14, 57:14, 59:6, 64:1, 68:15, 70:20, 72:20, 73:22, 74:1, 76:7, 81:1, 83:20, 85:3, 86:2, 87:1, 89:12, 89:17, 97:15, 104:15, 104:16, 104:17, 104:18, 107:5, 124:21, 125:24, 126:12, 132:24, 170:9, 189:5, 189:24, 193:6, 197:4, 197:14

**economically** [4] - 80:6, 99:16, 100:16, 101:11

**economics** [39] - 6:23, 7:5, 7:7, 7:13, 7:14, 8:22, 10:21, 10:23, 12:19, 12:21, 15:14, 16:17, 18:14, 18:23, 18:25, 19:7, 20:5, 20:12, 32:17, 45:3, 56:11, 63:25, 70:5, 73:14, 78:25, 79:1, 79:15, 85:1, 96:17, 98:3, 102:6, 104:16, 108:8, 126:25, 184:1, 194:6,

200:3, 200:4

**Economics** [5] - 13:4, 13:9, 13:15, 14:2, 74:4

**economist** [38] - 5:11, 7:5, 8:7, 8:10, 13:7, 15:11, 26:24, 26:25, 36:14, 36:19, 56:5, 61:1, 61:4, 70:7, 76:10, 76:11, 77:10, 77:20, 78:7, 79:9, 80:22, 124:22, 126:1, 127:4, 132:6, 134:7, 148:10, 150:4, 150:7, 150:9, 152:9, 153:18, 169:8, 170:9, 170:14, 175:22, 183:7, 200:6

**economists** [6] - 14:8, 15:10, 15:12, 16:12, 55:6, 63:20

**economy** [1] - 49:2

**edges** [1] - 88:21

**edification** [1] - 152:20

**edited** [1] - 12:16

**edition** [1] - 164:21

**editor** [10] - 11:3, 11:7, 13:4, 13:8, 13:11, 13:16, 14:7, 72:21, 74:3, 187:9

**editorial** [1] - 12:25

**editors** [1] - 13:17

**edits** [1] - 9:23

**educational** [2] - 7:11, 204:24

**effect** [82] - 32:12, 38:3, 40:9, 40:22, 40:24, 41:1, 46:3, 50:4, 50:8, 50:19, 50:20, 51:2, 51:8, 55:11, 57:8, 67:3, 70:10, 72:15, 72:25, 73:3, 76:1, 76:6, 78:11, 81:7, 84:25, 86:14, 88:7, 88:8, 129:8, 130:12, 130:14, 130:17, 130:20, 133:2, 133:6, 133:8, 134:9, 134:20, 148:23, 149:11, 151:11, 151:19, 151:23, 152:21, 152:24, 153:12, 153:22, 155:20, 156:2, 157:6, 158:4, 158:10, 158:20, 159:7, 161:24, 162:4, 162:8, 163:15, 164:4, 168:11, 181:12, 181:17, 181:18,

182:13, 182:17,
184:16, 186:6, 191:3,
194:17, 195:11,
195:12, 195:13,
195:21, 196:3, 196:7,
196:22, 196:25,
197:2, 197:3, 198:5
**Effective** [1] - 52:15
**effective** [2] - 71:25,
193:25
**effectively** [10] -
15:22, 15:25, 29:17,
39:1, 48:14, 70:10,
77:23, 78:21, 125:6,
196:9
**effectiveness** [2] -
126:2, 127:6
**effects** [42] - 11:25,
27:19, 42:10, 42:15,
53:2, 53:4, 55:25,
62:3, 74:6, 75:9,
81:18, 87:13, 89:1,
103:8, 104:20, 107:9,
107:11, 107:13,
110:20, 111:22,
131:14, 131:18,
133:10, 133:13,
133:14, 133:17,
133:19, 133:21,
133:22, 136:13,
151:3, 151:6, 152:13,
152:14, 152:15,
183:14, 183:19,
183:23, 185:21,
185:22, 191:16
**Effects** [1] - 128:10
**efficiencies** [2] -
209:20, 222:17
**efficiency** [4] - 8:13,
12:7, 79:16, 79:20
**efficient** [2] - 222:15,
223:10
**efficiently** [1] - 208:3
**efforts** [1] - 31:10
**egg** [130] - 17:22,
23:15, 24:19, 24:21,
26:10, 26:11, 28:6,
34:7, 35:17, 35:18,
38:10, 38:22, 38:23,
46:8, 46:22, 47:8,
48:15, 49:21, 49:22,
50:4, 59:2, 59:3, 59:5,
59:14, 59:21, 60:19,
60:22, 61:21, 61:23,
63:11, 63:14, 63:18,
64:25, 65:8, 65:16,
65:17, 65:20, 65:24,
66:4, 66:7, 66:12,
70:6, 72:1, 72:3, 75:5,
81:8, 87:11, 87:25,

88:1, 88:5, 88:23,
89:14, 89:18, 90:17,
91:3, 94:19, 95:9,
95:22, 96:9, 96:10,
98:14, 99:4, 99:13,
101:14, 102:15,
102:16, 103:4, 105:7,
106:2, 106:24,
107:24, 107:25,
108:1, 108:2, 108:4,
108:14, 109:9, 111:7,
114:11, 128:19,
130:4, 130:5, 131:4,
135:14, 136:24,
138:14, 139:13,
140:5, 150:25, 151:7,
153:23, 155:18,
157:6, 158:20,
161:24, 168:8,
168:17, 171:20,
172:19, 172:23,
173:1, 185:13,
185:21, 189:10,
193:22, 194:17,
198:5, 198:20, 209:5,
210:7, 210:10, 211:8,
211:10, 211:25,
216:24, 217:13,
221:25, 222:3, 222:25
**Egg** [18] - 3:7, 3:8,
29:9, 71:3, 100:13,
100:14, 101:3, 101:4,
120:23, 121:5, 121:6,
121:7, 121:12,
122:19, 122:21,
122:23, 123:12,
206:15
**EGG** [1] - 1:4
**Egg-Laying** [2] -
100:14, 101:4
**Eggs** [3] - 94:2, 94:6
**eggs** [219] - 23:4,
24:3, 24:21, 25:19,
26:4, 27:22, 28:1,
28:2, 28:10, 28:15,
28:25, 29:10, 31:17,
31:20, 32:1, 32:2,
32:18, 32:21, 34:12,
34:13, 35:14, 35:15,
35:16, 45:12, 45:16,
45:22, 45:24, 45:25,
46:1, 46:3, 46:5,
46:22, 49:23, 50:7,
50:11, 56:12, 59:10,
59:12, 59:18, 60:11,
60:16, 61:25, 62:2,
64:20, 65:22, 70:2,
72:5, 73:19, 76:17,
76:21, 76:23, 77:7,
77:9, 77:12, 77:14,

78:3, 78:5, 78:8,
78:13, 78:16, 78:17,
78:19, 78:22, 78:23,
81:3, 81:6, 89:7,
89:24, 90:2, 90:13,
90:14, 90:15, 90:16,
90:17, 90:21, 90:24,
92:17, 94:12, 95:6,
95:8, 95:11, 96:8,
96:11, 97:14, 97:19,
97:21, 98:5, 98:14,
99:4, 101:8, 101:14,
102:12, 103:4, 105:5,
105:6, 105:23, 106:2,
106:3, 106:4, 106:24,
106:25, 107:7,
107:15, 108:3, 108:6,
108:9, 108:10,
108:12, 108:14,
108:16, 108:19,
108:23, 108:24,
110:18, 110:19,
110:22, 110:25,
111:1, 111:3, 111:7,
111:11, 111:15,
113:7, 114:13,
114:14, 115:16,
115:25, 116:8,
117:16, 117:21,
118:1, 119:6, 119:9,
120:2, 120:7, 120:22,
121:4, 121:12,
121:16, 121:25,
128:3, 128:24, 129:9,
129:10, 129:18,
130:6, 130:10,
134:21, 137:14,
138:3, 138:15, 154:2,
154:8, 155:1, 159:2,
168:19, 170:20,
172:4, 172:5, 172:6,
172:7, 172:9, 172:10,
172:11, 172:13,
172:15, 172:16,
172:19, 189:10,
192:11, 193:19,
193:20, 193:21,
195:16, 196:10,
196:11, 196:13,
196:15, 198:11,
198:21, 199:2,
199:14, 201:4,
206:11, 208:3, 208:6,
208:8, 210:24, 211:4,
211:5, 211:6, 211:9,
211:10, 211:11,
211:16, 211:22,
212:20, 212:23,
215:2, 215:3, 215:4,
215:7, 216:5, 216:7,
216:9, 217:12,

217:13, 217:22,
218:11, 222:17, 224:9
**eight** [1] - 208:23
**either** [8] - 11:8,
77:5, 109:12, 114:6,
133:6, 143:3, 156:5,
192:22
**elast** [1] - 93:21
**elastic** [2] - 27:1,
27:23
**Elasticities** [1] -
93:13
**elasticities** [13] -
26:19, 92:24, 93:19,
93:23, 94:18, 96:6,
96:16, 96:19, 100:16,
109:7, 110:12, 129:2,
180:4
**Elasticity** [1] - 97:8
**elasticity** [60] -
26:23, 89:18, 89:24,
90:2, 90:9, 91:7, 91:9,
92:12, 92:17, 92:21,
93:4, 93:7, 94:10,
94:11, 94:18, 96:9,
96:13, 96:20, 96:21,
96:24, 97:4, 97:12,
97:16, 97:24, 98:1,
99:13, 99:14, 99:16,
100:23, 100:24,
101:7, 101:12, 102:2,
102:12, 102:25,
103:21, 103:23,
108:10, 110:11,
128:1, 128:2, 129:21,
130:10, 130:11,
171:22, 178:6, 178:8,
178:9, 178:12,
178:15, 178:16,
178:17, 178:19,
178:24, 179:3,
179:12, 179:16,
180:14
**electricity** [5] -
43:25, 44:2, 44:8,
64:14, 84:6
**element** [2] - 69:24,
183:5
**elements** [2] - 22:14,
37:12
**elevate** [2] - 22:22,
184:6
**elevated** [5] -
129:11, 136:21,
136:25, 139:25,
184:15
**eliminate** [1] - 43:21
**eliminating** [2] -
81:24, 129:9
**emergency** [1] -

22:16
**emphasizes** [1] -
189:1
**empirical** [4] - 8:11,
12:1, 19:12, 32:15
**empirically** [1] -
32:16
**employed** [2] - 7:6,
204:12
**employees** [3] -
208:18, 208:19,
208:20
**employers** [1] - 51:9
**employing** [1] -
157:3
**empty** [3] - 217:25,
218:8, 218:10
**end** [8] - 31:11, 40:5,
40:8, 67:25, 148:18,
164:20, 197:22, 226:3
**ended** [1] - 81:19
**enforce** [2] - 126:7,
126:14
**enforced** [1] - 71:10
**enforcement** [3] -
126:2, 127:4, 127:5
**enforces** [1] - 14:18
**engage** [1] - 170:11
**engaged** [5] - 145:2,
167:11, 167:13,
189:3, 227:15
**engaging** [3] -
190:17, 220:21,
227:17
**enhancements** [1] -
32:14
**enjoy** [4] - 67:24,
68:4, 141:10, 141:14
**ensure** [10] - 16:13,
47:7, 48:10, 49:9,
50:22, 59:17, 62:22,
82:3, 115:19, 126:10
**entered** [1] - 42:8
**entire** [9] - 8:1,
134:10, 142:25,
168:11, 174:23,
184:3, 193:15,
197:24, 214:11
**entirely** [1] - 151:5
**entitled** [2] - 101:2,
228:17
**entity** [2] - 95:7,
106:20
**entry** [9] - 56:2, 56:3,
56:4, 56:7, 56:15,
56:17, 56:18, 56:22,
94:3
**environmental** [1] -
223:6
**environmentally** [1]

- 213:3
**environments** [1] - 186:16
**equal** [1] - 74:9
**equally** [1] - 204:3
**equals** [1] - 175:13
**equilibrium** [1] - 90:14
**eroding** [2] - 170:6, 170:7
**error** [6] - 152:15, 183:15, 183:17, 186:4, 186:10, 186:20
**errors** [3] - 31:3, 186:17, 186:22
**especially** [4] - 77:15, 216:23, 222:24, 223:17
**ESQUIRE** [24] - 2:3, 2:3, 2:4, 2:4, 2:5, 2:10, 2:11, 2:11, 2:12, 2:16, 2:16, 2:20, 2:21, 3:3, 3:3, 3:4, 3:4, 3:5, 3:5, 3:10, 3:10, 3:11, 3:14, 3:14
**essentially** [5] - 61:24, 76:3, 108:5, 134:15, 183:16
**establishing** [1] - 104:3
**estimate** [16] - 38:3, 65:21, 81:18, 83:14, 83:17, 84:8, 85:5, 92:16, 92:20, 93:4, 96:7, 109:4, 109:8, 127:21, 130:12, 146:17
**estimated** [19] - 86:7, 88:2, 93:20, 94:10, 94:11, 94:17, 97:1, 98:12, 98:24, 109:7, 111:22, 128:25, 129:2, 129:3, 134:9, 149:2, 180:3, 184:12, 184:13
**Estimated** [1] - 93:12
**estimates** [9] - 55:7, 96:6, 101:7, 102:11, 110:11, 184:8, 184:13, 184:22, 184:23
**estimating** [1] - 83:12
**estimation** [2] - 83:15, 85:12
**evaluate** [5] - 11:3, 14:7, 18:6, 99:15, 125:10
**evaluated** [1] - 148:8
**evening** [3] - 224:20,

227:18, 228:11
**evenings** [1] - 4:7
**evenly** [1] - 16:25
**event** [7] - 38:17, 80:17, 102:8, 188:4, 188:8, 190:18, 191:23
**events** [5] - 38:4, 38:5, 44:20, 150:17, 150:20
**eventually** [2] - 18:8, 192:1
**evidence** [19] - 10:3, 29:1, 38:20, 86:14, 89:15, 99:24, 100:1, 101:21, 102:22, 127:17, 141:2, 148:10, 150:19, 154:1, 154:7, 154:25, 156:18, 165:25, 195:4
**evolution** [6] - 71:1, 71:2, 84:11, 193:13, 193:15, 195:20
**evolved** [2] - 164:16, 191:25
**evolves** [1] - 71:4
**evolving** [1] - 164:14
**exactly** [17] - 38:13, 56:6, 59:16, 60:9, 66:25, 87:24, 90:18, 102:4, 116:14, 145:21, 149:1, 164:7, 169:20, 170:9, 195:13, 197:1
**examination** [3] - 20:15, 148:18, 181:22
**EXAMINATION** [5] - 6:14, 144:20, 182:2, 200:21, 204:8
**examine** [15] - 36:24, 37:11, 38:5, 50:22, 63:20, 73:14, 74:5, 108:23, 115:4, 127:10, 144:17, 149:11, 150:12, 183:2
**examined** [6] - 6:13, 70:11, 82:4, 87:3, 113:10, 204:7
**examining** [8] - 45:2, 73:21, 104:22, 104:24, 136:11, 138:2, 140:1, 150:10
**example** [24] - 14:25, 27:7, 38:6, 38:24, 39:23, 49:24, 51:8, 59:19, 80:7, 80:21, 90:12, 92:2, 92:10, 110:14, 118:20, 123:17, 125:10, 132:21, 134:25, 171:23, 172:5, 185:8,

188:2, 188:11
**examples** [3] - 50:13, 79:21, 99:20
**except** [2] - 137:25, 163:14
**exception** [1] - 74:13
**excluded** [2] - 65:2, 198:9
**excuse** [14] - 9:21, 50:19, 54:8, 54:24, 71:24, 87:8, 95:19, 112:12, 119:3, 135:20, 153:6, 164:10, 189:17, 227:5
**executive** [1] - 208:14
**executives** [1] - 107:23
**Exhibit** [12] - 10:3, 99:23, 102:22, 109:2, 123:3, 124:9, 174:13, 176:15, 176:19, 176:21, 176:22, 201:2
**exhibit** [5] - 10:6, 174:6, 175:5, 177:23, 177:25
**exist** [3] - 57:24, 77:9, 78:17
**existed** [5] - 26:16, 27:20, 58:17, 136:20, 183:9
**existence** [1] - 104:3
**existing** [3] - 32:13, 158:24, 223:17
**expand** [4] - 56:7, 170:11, 190:7
**expanded** [2] - 57:5, 156:17
**expansion** [4] - 56:1, 165:9, 188:25, 198:8
**expansions** [6] - 32:13, 56:22, 187:22, 188:25, 189:3, 189:4
**expect** [16] - 34:8, 35:3, 35:8, 35:19, 35:23, 43:11, 50:5, 50:8, 50:9, 70:6, 78:7, 84:16, 86:6, 98:2, 216:11, 226:17
**expected** [1] - 50:5
**experience** [7] - 23:2, 23:14, 24:1, 73:25, 152:8, 204:25, 223:24
**experienced** [2] - 221:3, 221:9
**expert** [17] - 16:17, 17:5, 17:10, 17:16, 18:9, 18:12, 20:12, 20:24, 21:2, 21:6,

70:1, 79:5, 79:9, 114:1, 123:3, 138:25, 226:3
**experts** [5] - 11:3, 13:19, 13:21, 226:3, 226:10
**explain** [58] - 10:18, 14:11, 18:19, 19:19, 23:22, 23:24, 24:9, 25:23, 27:16, 29:5, 33:19, 38:7, 39:15, 42:23, 43:2, 44:23, 45:1, 50:15, 52:22, 61:25, 66:19, 70:19, 70:23, 87:21, 87:22, 88:17, 88:23, 89:23, 90:1, 96:18, 99:8, 100:17, 105:15, 107:1, 107:16, 107:18, 109:15, 125:15, 128:14, 134:11, 135:6, 136:5, 138:4, 178:11, 184:20, 185:4, 186:12, 191:6, 192:22, 194:2, 196:5, 196:6, 196:24, 204:18, 209:10, 210:16
**explained** [23] - 5:12, 25:16, 25:20, 28:4, 28:13, 35:3, 37:5, 41:10, 43:16, 55:5, 61:4, 61:20, 64:17, 67:14, 67:17, 81:4, 86:17, 87:25, 95:20, 198:16, 198:17, 198:21, 199:20
**explaining** [10] - 35:2, 63:19, 63:22, 64:25, 65:1, 69:20, 84:13, 87:25, 185:2, 185:24
**explains** [2] - 43:14, 43:22
**explanation** [1] - 140:16
**explanations** [1] - 19:5
**explanatory** [6] - 43:14, 72:23, 73:2, 73:14, 73:16, 123:25
**explicit** [2] - 164:22, 185:20
**explicitly** [3] - 45:5, 45:8, 124:14
**Export** [1] - 129:17
**export** [9] - 22:24, 127:11, 128:18, 128:20, 129:18,

130:7, 130:8, 172:15, 172:16
**exported** [1] - 128:3
**exports** [13] - 127:9, 127:11, 127:23, 127:24, 127:25, 128:16, 128:21, 129:8, 129:24, 131:16, 148:19, 148:20, 185:8
**Exports** [1] - 128:10
**express** [1] - 113:22
**expressed** [2] - 140:21, 200:13
**extend** [3] - 215:10, 215:12, 215:16
**extent** [13] - 23:3, 23:15, 24:2, 25:18, 28:5, 28:14, 45:16, 113:6, 113:21, 115:7, 184:6, 191:6, 223:25
**Extra** [2] - 94:2, 94:6
**extra** [3] - 138:18, 138:23, 167:7

---

**F**

**F-test** [2] - 135:1, 135:7
**faces** [1] - 143:3
**facilities** [5] - 193:20, 207:13, 212:16, 213:25, 217:25
**facility** [7] - 164:24, 211:14, 213:15, 214:2, 214:4, 214:7, 218:8
**facing** [1] - 132:24
**fact** [37] - 18:8, 19:5, 22:4, 22:20, 29:19, 34:17, 38:17, 39:8, 49:11, 50:15, 50:22, 55:13, 55:25, 65:6, 82:6, 86:8, 107:15, 113:22, 113:23, 114:24, 133:14, 136:21, 139:18, 147:17, 148:6, 160:14, 160:15, 162:24, 165:17, 165:20, 166:24, 177:5, 185:23, 188:19, 189:1, 191:17
**factor** [2] - 97:20, 216:19
**factors** [9] - 36:21, 37:13, 42:12, 43:9, 53:8, 64:18, 107:14,

137:24, 220:24
**facts** [4] - 30:2,
41:16, 112:14, 125:11
**factually** [2] - 112:19
**faculty** [1] - 6:25
**fair** [5] - 14:4, 14:6,
68:24, 203:13, 225:22
**fairly** [2] - 177:9
**fall** [3] - 92:6, 101:8,
102:12
**falls** [4] - 44:20,
96:24, 97:17, 104:10
**familiar** [6] - 18:17,
18:18, 101:19, 137:2,
137:6, 170:2
**family** [2] - 4:12,
224:20
**family's** [1] - 221:3
**fan** [2] - 201:25,
202:5
**fans** [1] - 44:4
**far** [8] - 72:10, 73:17,
75:3, 129:13, 132:13,
177:6, 202:19, 213:5
**farm** [20] - 125:16,
204:20, 205:12,
206:1, 206:14,
206:15, 206:24,
207:11, 207:18,
210:21, 210:22,
211:15, 213:9,
213:12, 216:6,
217:13, 217:20,
220:5, 223:17, 223:20
**Farm** [1] - 206:16
**Farms** [12] - 3:16,
112:5, 118:21,
118:25, 122:23,
123:13, 144:25,
204:13, 205:5,
208:14, 215:23,
218:19
**farms** [23] - 13:16,
44:9, 204:21, 205:12,
205:14, 205:19,
207:1, 207:4, 207:17,
207:18, 207:21,
208:1, 208:8, 209:14,
209:16, 210:20,
210:25, 211:1,
212:11, 212:21,
214:14, 217:2, 217:12
**Farms'** [1] - 208:16
**fashion** [2] - 38:12,
65:12
**fast** [1] - 4:23
**fast-forwarding** [1] -
4:23
**faux** [1] - 225:6
**favor** [1] - 135:4

**features** [1] - 32:6
**February** [19] -
53:13, 54:16, 65:23,
66:6, 71:25, 75:14,
89:8, 130:19, 166:21,
167:12, 167:13,
167:20, 168:6, 168:9,
168:14, 168:18,
169:6, 169:13, 170:21
**fed** [2] - 48:20,
206:11
**Federal** [10] - 9:2,
9:4, 14:12, 14:13,
14:14, 14:16, 15:15,
15:20, 74:5, 104:2
**federal** [5] - 9:5,
15:16, 48:24, 48:25,
222:24
**feed** [25] - 36:16,
37:21, 43:10, 43:12,
43:13, 43:17, 43:23,
46:15, 46:16, 46:17,
46:18, 48:7, 64:12,
91:1, 206:9, 209:1,
209:16, 209:17,
213:17, 213:19,
216:24, 216:25,
217:18, 222:15,
222:16
**feet** [1] - 219:3
**Feldman** [1] - 228:21
**FELDMAN** [1] - 1:21
**fell** [3] - 29:10, 43:12,
57:7
**females** [3] - 210:19,
210:23, 212:25
**fertile** [2] - 210:24,
217:22
**fertilization** [1] -
212:1
**fertilized** [5] - 172:5,
208:6, 211:4, 211:5,
211:6
**few** [9] - 9:1, 66:14,
72:18, 73:2, 96:17,
99:19, 127:24,
144:25, 226:20
**fewer** [9] - 32:15,
44:9, 45:23, 59:17,
135:21, 135:23,
159:1, 159:2
**field** [6] - 11:3,
12:14, 13:19, 41:11,
52:10, 54:24
**fields** [1] - 40:15
**fight** [1] - 4:12
**figure** [3] - 124:16,
151:16, 217:8
**file** [1] - 100:21,
126:24, 228:5

**filed** [3] - 30:8,
145:16, 145:19
**files** [1] - 100:19
**filing** [1] - 227:25
**fill** [2] - 208:7, 213:4
**filled** [5] - 38:11,
38:15, 38:21, 38:25,
39:23
**filling** [2] - 216:16,
217:2
**final** [2] - 30:5,
129:19
**finally** [6] - 74:12,
74:21, 121:15,
140:19, 200:10
**finance** [1] - 18:25
**Financial** [3] - 15:18,
15:19, 16:8
**financial** [3] - 15:24,
16:1, 16:2
**findings** [5] - 48:2,
59:20, 99:9, 109:16,
125:24
**fine** [6] - 10:7, 10:10,
58:24, 138:11,
144:24, 162:22
**finish** [7] - 135:22,
154:16, 158:19,
169:23, 170:3,
193:12, 226:7
**finished** [3] - 54:8,
79:18, 169:25
**firm** [6] - 8:21, 21:9,
27:2, 29:17, 104:11
**firm's** [2] - 178:13,
178:14
**firms** [12] - 8:12,
8:13, 8:14, 12:6, 17:3,
17:6, 19:23, 29:15,
32:13, 76:20, 92:23,
132:20
**firms'** [1] - 132:16
**first** [73] - 6:13, 9:6,
12:16, 14:14, 18:16,
24:15, 25:25, 26:22,
31:15, 31:21, 31:22,
32:22, 34:14, 39:4,
39:20, 40:2, 40:7,
40:8, 41:11, 42:7,
43:2, 43:4, 45:18,
52:10, 53:9, 53:14,
61:1, 63:15, 63:16,
65:10, 69:13, 73:1,
76:4, 77:18, 85:2,
93:25, 94:2, 94:3,
94:6, 103:19, 103:23,
107:21, 109:18,
114:18, 128:22,
131:8, 134:8, 134:11,
137:9, 144:1, 144:2,

145:2, 151:10,
151:14, 152:2,
152:23, 153:12,
160:6, 160:12,
160:16, 161:1, 161:3,
161:14, 186:1, 204:7,
205:8, 205:10,
213:17, 220:4, 221:4,
221:10
**fit** [1] - 38:18
**five** [9] - 8:6, 46:16,
47:4, 47:12, 135:2,
135:5, 180:18, 202:9,
202:14
**Five** [1] - 188:15
**five-minute** [1] -
202:9
**five-month** [1] - 47:4
**fix** [1] - 201:1
**fixed** [4] - 48:7, 48:8,
115:25, 218:10
**flight** [1] - 134:3
**FLOCH** [1] - 2:5
**Flock** [8] - 33:9,
33:15, 36:11, 52:6,
57:18, 57:19, 82:14,
82:15
**flock** [103] - 22:16,
31:18, 31:22, 31:24,
32:3, 32:9, 32:19,
33:24, 35:24, 40:13,
42:24, 43:2, 43:10,
43:11, 43:14, 45:1,
46:5, 51:3, 51:6,
52:19, 53:8, 53:12,
53:19, 53:22, 53:25,
54:7, 54:11, 54:22,
57:10, 57:23, 57:24,
58:10, 58:16, 58:17,
58:25, 60:10, 61:4,
61:19, 61:25, 63:2,
65:8, 73:18, 81:3,
81:6, 81:8, 82:21,
82:23, 83:23, 83:24,
83:25, 84:10, 84:14,
84:15, 85:5, 85:11,
87:2, 87:6, 88:1,
114:11, 124:8,
124:12, 132:7,
135:15, 135:16,
150:23, 150:24,
151:7, 151:22,
153:22, 156:20,
156:24, 158:20,
171:18, 174:15,
174:17, 174:21,
175:9, 175:10,
175:11, 175:25,
176:2, 176:3, 177:5,
177:6, 185:9, 186:18,

186:19, 190:6, 198:5,
201:3, 208:8, 215:10,
215:12, 216:4, 217:8,
217:10, 220:18,
220:19
**flock-size** [1] - 63:2
**flocks** [20] - 31:22,
31:25, 44:7, 49:18,
54:14, 56:9, 56:20,
59:11, 124:18, 125:2,
125:21, 173:25,
190:4, 198:10, 209:1,
210:14, 220:1, 220:7,
220:16
**Flocks** [2] - 100:14,
101:4
**Floor** [1] - 2:17
**floor** [1] - 221:11
**Florida** [1] - 2:6
**flunk** [1] - 188:13
**FMI** [1] - 171:9
**focus** [16] - 5:6, 5:7,
52:21, 63:15, 63:16,
71:12, 107:5, 107:8,
110:14, 154:19,
164:19, 185:3,
186:10, 195:1, 195:3,
225:11
**focused** [2] - 11:21,
195:6
**focuses** [1] - 12:6
**focusing** [2] - 62:21,
195:8
**folks** [4] - 67:23,
141:6, 141:21, 227:4
**follow** [3] - 139:23,
182:8, 222:25
**follow-up** [1] - 182:8
**followed** [1] - 139:9
**following** [4] - 60:17,
60:19, 122:12, 207:4
**follows** [2] - 6:13,
204:7
**Food** [4] - 120:8,
120:24, 121:6, 122:21
**Foods** [10] - 118:20,
120:3, 120:7, 120:14,
120:17, 120:23,
121:5, 122:1, 122:20,
193:18
**football** [1] - 201:25
**FOR** [1] - 1:2
**forbade** [1] - 167:3
**force** [1] - 194:4
**forced** [1] - 196:10
**forcing** [2] - 84:23
**forecast** [1] - 88:4
**foreclosing** [1] -
193:9
**foregoing** [1] -

228:16
**foresaw** [1] - 158:23
**forget** [2] - 27:8, 30:2
**forgot** [2] - 142:4, 143:16
**form** [8] - 23:8, 23:20, 24:7, 25:23, 27:16, 27:22, 28:19, 36:3
**formal** [5] - 16:16, 104:16, 106:10, 106:12
**formally** [8] - 73:21, 92:20, 93:4, 109:21, 127:20, 137:24, 184:11, 227:22
**formatter** [1] - 9:24
**formed** [3] - 23:21, 28:16, 39:5
**forming** [4] - 24:12, 24:14, 73:24, 75:7
**forms** [1] - 10:24
**forth** [19] - 14:24, 24:17, 25:1, 40:4, 62:24, 73:5, 81:1, 83:25, 84:18, 89:10, 89:11, 118:14, 132:8, 148:12, 149:21, 150:5, 164:6, 183:10, 187:23
**fortunately** [1] - 31:10
**forward** [2] - 86:22, 123:24
**forwarding** [1] - 4:23
**founder** [1] - 206:5
**four** [14] - 40:1, 40:3, 45:21, 46:17, 47:2, 47:3, 47:11, 64:12, 119:9, 136:1, 211:17, 211:18, 212:13, 214:14
**four-month** [1] - 47:2
**fraction** [1] - 190:6
**frame** [1] - 225:22
**framed** [2] - 189:23
**framework** [1] - 127:21
**framing** [1] - 78:6
**Frank** [2] - 15:21, 15:25
**fraternities** [1] - 188:7
**free** [29] - 32:2, 77:9, 172:9, 174:24, 218:22, 218:23, 218:24, 218:25, 219:4, 219:6, 219:8, 219:9, 219:10, 219:15, 219:16,

219:22, 219:23, 219:24, 220:1, 220:2, 220:3, 220:7, 220:13, 220:19, 220:21, 220:25, 221:2, 221:10
**free-range** [6] - 218:23, 218:24, 219:4, 219:6, 219:8, 219:16
**freedom** [1] - 64:23
**Fresh** [1] - 122:22
**friends** [2] - 58:6, 224:20
**front** [8] - 31:8, 33:5, 69:11, 110:4, 122:8, 128:9, 147:10, 222:16
**frozen** [2] - 110:25, 111:1, 111:7
**FTC** [12] - 13:7, 13:8, 14:15, 14:20, 15:4, 15:7, 15:24, 24:17, 26:9, 49:13, 78:10, 150:4
**full** [2] - 5:23, 203:21
**fully** [1] - 41:1
**function** [1] - 49:19
**functionally** [1] - 92:11
**functioning** [1] - 19:23
**fund** [1] - 48:20
**funds** [2] - 48:24, 48:25
**furniture** [1] - 69:10
**future** [1] - 106:15

**G**

**gaining** [1] - 46:1
**gains** [1] - 170:7
**game** [1] - 202:1
**gap** [7] - 58:19, 85:16, 85:21, 85:23, 88:9, 88:10
**gather** [2] - 131:17, 221:22
**gazillion** [1] - 72:22
**GDP** [10] - 44:10, 44:12, 44:16, 44:18, 44:19, 44:20, 47:21, 49:8, 64:14, 84:5
**geared** [1] - 180:18
**gee** [3] - 34:15, 51:15, 190:9
**GENE** [1] - 1:12
**general** [3] - 24:15, 184:17, 191:17
**generally** [4] - 35:5, 74:1, 75:9, 158:23

**generated** [1] - 86:7
**genetic** [1] - 210:17
**genetics** [2] - 215:9, 222:5
**gentlemen** [5] - 4:21, 5:12, 7:10, 33:19, 181:4
**genuinely** [1] - 142:7
**geographic** [9] - 27:19, 28:3, 104:24, 104:25, 105:11, 106:5, 106:13, 106:19, 106:23
**Geographic** [1] - 105:19
**GERMAINE** [1] - 2:11
**Giant** [5] - 2:18, 118:14, 119:12, 143:21, 144:1
**given** [26] - 34:8, 35:3, 35:8, 38:15, 70:5, 84:9, 84:10, 89:6, 116:11, 116:12, 117:12, 118:15, 135:23, 142:12, 147:22, 148:3, 156:13, 156:21, 167:19, 168:13, 183:10, 192:22, 194:25, 213:2, 228:8
**given-sized** [1] - 135:23
**glad** [1] - 228:10
**glasses** [2] - 94:15, 94:16
**goal** [1] - 207:23
**gobble** [1] - 78:21
**golly** [1] - 194:8
**goods** [1] - 44:17
**Government** [3] - 14:12, 15:20, 24:18
**grab** [1] - 192:24
**grade** [1] - 188:19
**graduated** [2] - 205:1, 205:4
**grain** [3] - 111:17, 115:10, 116:6
**grain-based** [3] - 111:17, 115:10, 116:6
**Grant** [1] - 2:17
**granularity** [1] - 93:1
**graph** [15] - 32:24, 33:25, 36:23, 57:12, 57:16, 60:9, 60:13, 60:14, 82:22, 82:23, 82:24, 99:1, 137:13, 137:23, 137:25
**graphs** [2] - 58:12, 81:5
**great** [10] - 5:6, 6:3,

49:7, 49:10, 112:6, 112:7, 219:18, 226:23, 228:5, 228:10
**Great** [2] - 2:7, 36:17
**greater** [1] - 51:6
**Greg** [1] - 226:9
**grew** [1] - 220:9
**Grocers** [1] - 2:23
**Grocery** [1] - 2:8
**grossly** [1] - 58:13
**group** [6] - 173:24, 174:1, 176:1, 176:4, 177:21, 221:15
**groups** [1] - 140:12
**grow** [9] - 50:6, 204:20, 209:12, 209:15, 210:20, 213:20, 216:4, 216:11, 220:25
**grow-out** [3] - 204:20, 213:20, 216:11
**growing** [5] - 35:24, 208:7, 210:4, 210:20, 217:10
**grown** [3] - 186:13, 213:19, 214:21
**growth** [4] - 35:22, 35:23, 51:4, 219:24
**guess** [12] - 12:15, 16:25, 30:6, 55:7, 55:9, 58:22, 110:25, 124:25, 144:8, 146:1, 186:24, 227:22
**guideline** [1] - 161:4
**guidelines** [20] - 29:16, 40:21, 42:8, 126:18, 126:24, 158:22, 161:15, 164:22, 164:23, 165:8, 165:9, 165:22, 166:5, 166:10, 170:6, 188:24, 191:25, 195:22, 195:24, 196:3
**Guidelines** [16] - 22:19, 32:9, 39:12, 40:20, 56:21, 76:18, 77:17, 77:24, 85:2, 86:24, 100:14, 101:3, 125:21, 161:17, 164:10, 195:21
**gum** [10] - 27:7, 27:10, 27:11, 27:12, 27:13, 92:10, 92:11, 179:10, 179:14
**guy** [1] - 18:6
**guys** [6] - 39:1, 79:24, 142:22, 190:5, 200:8, 203:2

**H**

**H-E-B** [2] - 121:21, 121:22
**H-U-R-D** [1] - 203:23
**H.E** [2] - 2:8, 119:17
**H.J** [1] - 2:23
**half** [8] - 208:19, 209:25, 215:25, 216:8, 216:14, 216:15, 216:17, 216:21
**halfway** [1] - 122:21
**HAMILTON** [1] - 3:2
**hand** [12] - 5:19, 9:6, 25:11, 25:12, 67:4, 67:7, 69:15, 71:23, 72:10, 98:8, 203:17, 210:12
**handed** [3] - 9:12, 9:13
**handfeeding** [1] - 205:12
**handful** [3] - 38:24, 149:5, 189:2
**handle** [4] - 74:3, 217:11, 217:13, 223:11
**handled** [1] - 223:10
**happier** [1] - 59:18
**happily** [2] - 12:20, 14:21
**happy** [6] - 4:21, 10:7, 17:24, 18:4, 218:12, 218:16
**hard** [6] - 33:6, 72:24, 94:4, 183:3, 203:3, 217:7
**harm** [1] - 116:10
**HARRIS** [5] - 3:4, 20:18, 181:23, 201:20, 226:20
**hat** [2] - 83:20, 87:1
**hatch** [8] - 208:6, 209:15, 211:11, 211:21, 212:9, 212:10, 216:5, 216:10
**hatched** [1] - 212:23
**hatcher** [1] - 212:9
**hatcheries** [2] - 207:17, 217:16
**hatchers** [2] - 217:2, 217:17
**hatchery** [12] - 204:20, 205:12, 207:11, 207:14, 207:21, 211:19, 211:20, 212:21, 213:2, 213:12, 214:7,

214:19
**hatchery's** [1] - 214:8
**hatching** [7] - 211:8, 211:12, 211:14, 212:8, 212:16, 216:9, 217:17
**heads** [1] - 206:25
**health** [1] - 213:22
**hear** [4] - 10:20, 70:8, 204:17, 228:10
**heard** [15] - 10:17, 28:23, 35:1, 95:3, 148:1, 160:23, 161:5, 161:7, 186:11, 192:19, 194:18, 195:10, 209:4, 215:7
**hearing** [3] - 79:15, 159:17, 207:2
**hearsay** [2] - 10:4, 103:11
**heat** [1] - 212:7
**heavily** [1] - 19:13
**HEB** [2] - 121:23, 121:25
**Heinz** [1] - 2:23
**held** [3] - 175:11, 175:25, 176:3
**hello** [1] - 4:2
**help** [13] - 10:14, 16:12, 49:16, 72:18, 72:19, 73:22, 83:3, 86:3, 112:3, 125:15, 133:16, 133:24, 182:22
**helpful** [3] - 97:25, 137:18, 175:22
**helps** [2] - 47:11, 106:11, 109:15, 210:5, 218:6
**hen** [7] - 40:19, 45:22, 45:24, 45:25, 46:1, 161:4, 215:7
**Hen** [1] - 52:17
**hen's** [1] - 215:16
**henhouse** [1] - 44:4
**henhouses** [2] - 44:4, 197:19
**hens** [38] - 32:11, 32:15, 32:18, 34:1, 34:8, 35:20, 37:10, 37:20, 39:25, 45:15, 45:21, 45:23, 45:25, 53:11, 57:7, 58:20, 59:17, 59:18, 62:3, 70:5, 80:10, 80:20, 80:23, 159:1, 167:4, 168:10, 168:13, 168:19, 168:20, 170:20, 216:13,

218:18, 218:20, 218:21, 219:12, 219:14
**herein** [2] - 6:12, 204:6
**heroic** [1] - 183:11
**heterogeneity** [1] - 76:25
**hi** [1] - 144:23
**Hickman** [1] - 122:19
**Hickman's** [3] - 120:23, 121:5, 121:12
**high** [6] - 35:11, 63:13, 110:21, 112:8, 145:25, 170:5
**High** [1] - 3:15
**higher** [20] - 28:20, 34:12, 60:20, 60:22, 72:7, 77:15, 102:8, 104:13, 109:11, 109:22, 110:21, 111:15, 156:21, 170:12, 183:9, 188:1, 189:10, 222:6, 222:13, 222:19
**highlight** [1] - 58:8
**highlighted** [2] - 42:25, 96:2
**highly** [8] - 28:10, 55:24, 97:13, 101:14, 103:5, 108:17, 129:10, 132:19
**HILL** [1] - 2:16
**Hillandale** [6] - 118:21, 118:25, 120:3, 121:5, 121:13, 122:20
**hinged** [1] - 29:8
**Hinton** [1] - 226:9
**hire** [1] - 18:6
**historic** [1] - 137:1
**historically** [1] - 136:25
**hit** [2] - 125:6, 193:16
**hitch** [1] - 42:7
**hives** [1] - 99:1
**hold** [3] - 211:23, 211:25, 217:19
**holding** [2] - 203:4, 211:25
**holiday** [2] - 6:5, 226:9
**home** [1] - 188:17
**homes** [1] - 224:18
**Honda** [5] - 178:16, 178:21, 178:22, 179:2, 179:3
**honest** [1] - 17:18
**Honor** [55] - 4:3,

4:17, 5:10, 6:10, 9:7, 9:18, 20:11, 20:16, 20:21, 25:11, 30:18, 33:11, 67:22, 68:5, 68:6, 99:23, 99:25, 100:3, 100:5, 103:10, 103:12, 112:10, 113:2, 116:20, 117:6, 117:8, 140:24, 141:15, 142:1, 142:21, 143:14, 144:13, 144:16, 144:18, 153:15, 154:15, 155:5, 157:10, 162:14, 169:22, 182:1, 200:16, 201:20, 201:21, 201:22, 201:24, 202:3, 202:6, 202:12, 203:10, 224:14, 225:24, 227:19, 228:7, 228:12
**HONORABLE** [1] - 1:12
**hooked** [1] - 192:7
**hoops** [1] - 223:22
**hope** [6] - 4:21, 4:23, 139:15, 143:5, 176:13, 224:19
**hopefully** [3] - 30:16, 54:4, 132:22
**hoping** [2] - 69:12, 186:3
**horizontal** [2] - 33:21, 116:1
**horrendous** [1] - 4:25
**host** [7] - 8:21, 16:2, 36:18, 37:22, 65:9, 82:4, 84:2
**hour** [6] - 21:16, 146:2, 146:6, 146:11, 188:6, 205:17
**hourly** [2] - 21:13, 146:25
**hours** [8] - 116:21, 145:5, 145:7, 145:9, 145:13, 145:24, 147:9
**house** [8] - 80:9, 80:10, 206:1, 206:6, 206:19, 218:10, 222:23, 223:17
**housed** [2] - 206:8, 224:11
**housekeeping** [2] - 203:6, 225:4
**houses** [8] - 205:15, 206:1, 206:14, 206:15, 216:3, 216:16, 222:23,

224:10
**housing** [5] - 211:7, 216:1, 216:25, 220:18, 221:5
**huge** [2] - 27:13, 44:8
**hum** [7] - 43:6, 70:18, 91:14, 148:11, 159:6, 180:1, 187:16
**human** [10] - 32:1, 47:17, 105:6, 106:25, 107:15, 108:9, 108:12, 108:15, 172:4, 172:6
**humidity** [1] - 212:7
**hundred** [2] - 40:6, 40:7
**hundreds** [1] - 145:7
**Hurd** [7] - 202:22, 203:14, 203:23, 203:24, 204:10, 225:1, 226:5
**HURD** [1] - 204:5
**Husbandry** [2] - 100:13, 101:3
**Hy** [4] - 2:7, 119:17, 120:1, 120:2
**Hy-Vee** [1] - 2:7, 119:17, 120:1, 120:2
**Hyde** [1] - 223:20
**hypotheses** [1] - 19:4
**hypothesis** [3] - 38:16, 135:1, 191:19
**hypothetical** [11] - 38:6, 38:7, 38:8, 94:20, 104:1, 106:7, 106:14, 107:4, 108:11, 160:21
**hypothetically** [1] - 106:20

---

**I**

**i.e** [1] - 102:14
**idea** [14] - 11:14, 11:18, 13:10, 16:22, 37:22, 38:18, 44:22, 62:1, 88:1, 90:9, 142:23, 148:14, 156:20, 222:2
**identical** [2] - 199:17, 199:19
**identified** [15] - 21:9, 68:17, 102:21, 110:20, 119:10, 119:13, 122:17, 140:7, 163:16, 167:10, 171:5, 197:2,

198:14, 198:19, 199:23
**identifies** [2] - 42:14, 122:16
**identify** [11] - 13:19, 68:18, 73:2, 75:10, 76:1, 162:8, 167:16, 167:19, 176:24, 183:4, 183:5
**identifying** [1] - 75:9
**idle** [1] - 88:13
**ignore** [3] - 70:22, 152:14, 183:14
**ignored** [3] - 70:9, 70:16, 70:23
**ignores** [1] - 29:19
**ignoring** [2] - 87:13, 152:17
**Illinois** [2] - 2:13, 2:22
**illustrate** [2] - 84:14, 137:22
**illustrates** [1] - 129:7
**imagine** [7] - 38:9, 44:5, 51:8, 94:5, 188:3, 188:11
**immaterial** [2] - 188:22, 197:4
**immediately** [3] - 91:24, 162:18, 195:15
**impact** [51] - 10:23, 10:24, 11:22, 12:1, 12:6, 12:18, 22:20, 37:12, 40:13, 50:23, 56:2, 58:14, 59:10, 63:1, 65:5, 70:2, 70:6, 75:5, 75:7, 77:17, 77:19, 77:20, 90:11, 96:7, 97:23, 104:24, 106:6, 115:15, 116:7, 117:11, 127:23, 127:25, 132:1, 136:11, 149:2, 150:12, 152:3, 152:17, 156:19, 161:9, 182:19, 184:6, 184:8, 184:13, 184:22, 184:23, 184:24, 185:13, 185:17
**impacted** [13] - 19:15, 32:7, 39:25, 45:12, 70:12, 71:18, 118:1, 128:21, 137:19, 138:2, 140:2, 152:9, 183:2
**impacting** [4] - 49:3, 107:6, 107:7, 220:24
**impacts** [2] - 8:13, 19:23

impeach [1] - 179:21
implausible [1] -
149:25
implement [1] -
164:23
implementation [4] -
70:11, 152:19, 161:1,
220:8
implemented [6] -
56:23, 71:10, 85:2,
86:24, 125:5, 192:3
implementing [1] -
125:21
implication [1] -
168:15
implications [1] -
47:23
implicitly [3] - 81:19,
81:20, 185:7
implied [1] - 110:13
imply [1] - 77:6
implying [1] - 176:8
import [1] - 130:6
important [12] -
26:20, 55:7, 65:3,
71:7, 71:12, 80:8,
103:23, 103:25,
126:10, 139:2,
209:21, 213:22
importantly [1] -
137:21
imports [1] - 106:4
impose [2] - 32:9,
80:3
imposed [13] -
39:12, 41:8, 53:9,
54:23, 56:21, 58:18,
71:6, 126:23, 150:18,
159:4, 160:19,
170:13, 195:14
impossible [1] -
44:24
improve [1] - 222:12
IN [2] - 1:1, 1:4
inartfully [1] - 51:1
Inc [13] - 2:6, 2:7,
2:7, 2:8, 2:8, 2:13,
2:14, 2:18, 2:22, 2:23,
3:7, 3:8, 3:16
incentive [2] - 126:6,
194:6
incentives [1] -
19:23
inches [7] - 53:10,
53:11, 159:17,
159:22, 160:1, 160:5,
160:14
inclement [1] - 5:4
include [17] - 30:24,
37:21, 39:11, 43:13,

44:6, 45:6, 106:4,
122:12, 135:2, 135:6,
172:4, 172:7, 172:9,
185:12, 198:7, 198:25
included [17] -
25:16, 47:25, 48:13,
49:6, 105:7, 131:25,
158:17, 183:16,
187:13, 191:7, 191:9,
198:9, 198:10,
198:11, 200:9
includes [8] - 30:25,
32:1, 75:2, 75:3,
172:1, 172:3, 175:16
including [12] -
28:21, 40:10, 49:10,
111:16, 113:8,
115:17, 116:12,
117:17, 118:11,
134:18, 143:23,
183:24
inclusion [1] -
198:14
income [5] - 12:18,
35:22, 35:23, 44:16,
64:15
incomes [1] - 44:18
inconsistent [2] -
45:19, 125:24
incorporate [1] -
127:16
increase [29] - 23:15,
26:14, 27:12, 28:6,
28:12, 29:15, 29:17,
29:18, 44:8, 45:23,
57:6, 57:7, 91:5, 91:7,
99:3, 102:15, 104:12,
106:16, 108:12,
109:10, 128:25,
129:1, 130:1, 130:17,
130:20, 130:23,
131:1, 131:4
increased [12] -
28:24, 29:2, 29:10,
43:12, 46:2, 51:3,
98:15, 108:24, 116:9,
180:6, 222:18, 223:5
increases [15] -
51:10, 51:11, 54:6,
80:1, 97:22, 98:7,
98:19, 99:5, 110:9,
110:13, 110:24,
111:2, 118:2, 118:24,
187:23
Increases [1] - 93:13
increasing [1] -
189:17
incredibly [2] -
183:11, 189:7
incubator [1] - 212:6

incubators [2] -
211:9, 212:3
independent [5] -
63:23, 73:17, 73:18,
73:20, 125:19
index [12] - 11:21,
95:10, 114:14,
114:24, 115:9,
115:12, 116:1,
123:18, 137:15,
138:1, 140:3
Indiana [21] - 6:20,
6:21, 7:8, 7:16, 7:19,
7:24, 188:4, 188:8,
205:1, 205:17,
205:19, 205:25,
206:16, 207:1,
207:15, 207:16,
212:19, 213:6, 214:9,
214:16
Indianapolis [1] -
205:18
indicate [6] - 50:16,
98:4, 107:14, 108:2,
108:11, 112:23
indicated [8] - 77:22,
95:8, 111:23, 124:14,
126:18, 127:18,
152:9, 195:19
indicates [15] - 40:6,
41:14, 53:17, 56:18,
63:22, 70:4, 86:6,
102:13, 108:4,
123:21, 124:24,
132:5, 132:13,
139:16, 170:5
indicating [1] -
132:15
indication [1] -
126:22
indicative [2] -
103:24, 136:10
Indicator [1] - 41:11
indicator [11] -
40:12, 40:17, 41:13,
84:15, 84:19, 84:21,
89:4, 134:10, 134:16,
135:2
indicators [10] -
41:15, 41:19, 41:22,
42:9, 42:11, 43:15,
84:22, 109:6, 135:5
indices [2] - 136:9,
136:10
indirect [1] - 84:2
individual [23] -
12:6, 15:3, 15:5, 57:4,
78:12, 115:7, 117:25,
118:17, 118:19,
126:5, 155:25, 156:4,

156:17, 168:21,
168:22, 168:23,
187:14, 187:21,
190:3, 197:7, 197:11
individuals [5] -
72:22, 148:12,
167:17, 189:3, 194:7
indoor [1] - 219:4
induced [2] - 44:9,
192:4
indulgence [1] -
142:7
industrial [12] - 7:20,
7:25, 8:2, 19:8, 19:11,
19:13, 19:18, 19:20,
19:21, 20:2, 20:3,
32:4
industries [1] - 19:21
industry [23] - 20:25,
34:9, 35:4, 35:9, 37:8,
41:16, 71:1, 79:24,
92:23, 107:23, 127:1,
129:8, 132:14,
132:21, 139:24,
151:16, 159:14,
160:1, 174:24,
190:17, 194:4, 220:9
industrywide [1] -
79:16
Indy [1] - 188:5
inelastic [17] - 27:4,
27:7, 27:23, 28:1,
28:11, 92:5, 97:13,
98:5, 101:15, 103:5,
104:7, 104:8, 104:11,
108:17, 128:24,
129:10, 188:1
inelasticity [2] -
26:23, 27:14
inexpensive [2] -
35:14, 35:17
infer [1] - 96:12
inference [1] - 32:13
influence [3] - 42:13,
43:10, 43:11
information [15] -
12:3, 24:24, 46:20,
47:8, 48:11, 102:5,
102:6, 102:10, 123:3,
128:18, 131:17,
133:25, 169:3,
197:21, 201:17
initial [8] - 17:18,
29:24, 91:17, 137:18,
160:18, 176:17,
193:15, 193:16
injured [1] - 116:6
injury [1] - 118:24
input [2] - 32:18,
59:11

inquiries [1] - 224:6
inside [1] - 218:25
insignificant [1] -
158:6
instance [4] -
128:22, 134:17,
134:18, 186:1
instances [1] -
127:24
instantaneously [1]
- 47:6
instead [5] - 40:18,
43:18, 62:2, 88:1,
179:17
institutional [2] -
32:5, 36:2
instruction [1] -
123:7
integrated [3] -
209:4, 209:8, 209:17
intends [1] - 226:12
intent [2] - 127:15,
150:19
intently [1] - 213:18
interact [2] - 210:23,
221:15
interactions [1] -
221:17
intercept [3] - 49:15,
49:17, 49:20
interest [3] - 20:14,
73:17, 107:5
interested [6] -
36:14, 45:2, 55:15,
56:6, 76:7, 143:4
interesting [1] -
102:5
Internet [1] - 12:1
interpret [1] - 53:6
interpretation [1] -
72:13
interrupt [1] - 67:20
interval [4] - 85:24,
85:25, 86:2, 86:6
intervene [1] - 15:1
intimated [1] -
215:21
introduce [1] - 6:17
introduced [2] -
76:5, 165:21
intuitive [1] - 27:14
inverse [14] - 91:9,
92:21, 94:18, 96:6,
96:16, 96:18, 96:20,
96:21, 96:24, 97:16,
97:24, 129:2, 179:6,
179:7
invested [1] - 79:25
investigate [1] -
170:18

investigation [1] - 170:18
Investors [1] - 102:20
invites [1] - 11:9
invoices [1] - 112:21
invoke [1] - 68:12
involved [2] - 176:8, 190:17
involvement [1] - 224:1
irrelevant [1] - 189:8
ISE [4] - 118:21, 118:25, 121:5, 122:20
issue [4] - 77:16, 144:7, 154:20, 173:4
issues [6] - 12:5, 15:23, 78:10, 207:3, 221:14, 222:23
item [2] - 44:10, 44:21
items [3] - 43:7, 43:20, 95:14
itself [8] - 78:20, 80:21, 161:23, 163:5, 163:16, 177:25, 209:8

**J**

jack [4] - 38:11, 106:21, 132:18, 132:23
jagged [1] - 88:21
JAMES [1] - 3:14
JAN [1] - 3:3
January [7] - 53:21, 54:3, 65:13, 66:3, 75:14, 89:8, 130:16
JAY [1] - 3:10
Jay [1] - 144:24
job [7] - 14:23, 16:11, 61:4, 183:3, 209:24, 218:4
jOHN [2] - 2:12
join [1] - 125:8
JOSEPH [1] - 2:11
Journal [5] - 13:4, 13:5, 13:9, 13:15, 14:2
journal [10] - 11:1, 11:2, 11:6, 11:24, 13:11, 14:1, 14:7, 72:21, 74:3, 187:9
journals [3] - 13:1, 20:2, 20:4
Joy [1] - 170:23
Judge [1] - 143:2
judgment [3] - 36:3, 183:8, 227:23

judgments [1] - 183:8
July [8] - 53:13, 54:17, 65:23, 66:7, 75:14, 89:8, 101:20, 102:21
jumbo [3] - 94:12, 96:10, 107:25
jumbos [1] - 110:19
jump [5] - 126:3, 160:4, 160:7, 160:15, 160:16
jumps [1] - 46:22
June [2] - 89:8, 131:3
jurors [1] - 226:25
jury [65] - 4:15, 6:17, 7:10, 10:19, 13:10, 14:11, 18:19, 19:19, 22:11, 23:22, 24:9, 25:23, 27:8, 27:17, 28:23, 29:5, 33:10, 33:20, 35:7, 51:24, 52:8, 52:22, 60:7, 67:14, 67:17, 67:20, 69:21, 70:19, 72:19, 81:15, 82:18, 84:21, 87:21, 88:17, 90:1, 91:16, 92:14, 93:17, 95:3, 98:22, 99:8, 101:19, 112:3, 118:11, 128:14, 136:5, 137:8, 140:21, 155:5, 160:23, 178:11, 184:21, 185:4, 186:12, 191:6, 198:16, 198:17, 200:13, 204:12, 204:18, 204:25, 209:10, 210:16, 226:24
JURY [1] - 143:19
Jury [8] - 4:19, 68:3, 69:4, 141:13, 143:9, 202:17, 202:25, 224:25
Justice [2] - 14:17, 104:2

**K**

kAITLIN [1] - 3:5
Kathleen [1] - 228:21
kATHLEEN [1] - 1:21
keep [15] - 6:8, 10:15, 17:25, 64:10, 71:13, 110:6, 113:4, 116:21, 117:2, 223:8, 224:12, 227:1, 227:2, 228:2, 228:6

Kelley [1] - 7:8
KENNY [1] - 2:2
Kentucky [2] - 7:1, 8:4
kept [1] - 218:18
key [4] - 24:25, 32:18, 47:1, 85:22
kicked [1] - 210:2
kicking [1] - 195:21
kids [1] - 12:21
kind [33] - 5:3, 8:23, 13:22, 17:19, 17:22, 17:23, 18:24, 21:24, 21:25, 22:14, 22:15, 34:8, 35:22, 35:23, 36:1, 44:12, 48:25, 55:15, 57:12, 64:14, 64:16, 86:12, 127:19, 138:19, 140:4, 150:6, 176:9, 191:22, 206:22, 209:1, 218:3, 219:2
kinds [2] - 19:1, 78:10
KING [4] - 3:14, 225:24, 226:2, 226:7
kitchen [2] - 75:3, 191:18
knowing [1] - 216:9
knowledge [3] - 24:16, 133:24, 157:24
known [1] - 180:14
Kroger [10] - 2:6, 78:19, 78:21, 95:7, 112:4, 119:18, 120:6, 123:22, 192:11, 194:9

**L**

L.P [1] - 2:23
label [1] - 78:24
labor [1] - 12:18
LACEY [1] - 3:5
lack [2] - 102:2, 183:10
ladies [4] - 4:21, 5:12, 7:10, 33:19
lag [5] - 46:16, 46:17, 47:2, 47:11, 47:12
lagging [1] - 83:23
lags [6] - 47:1, 47:4, 47:13, 84:5
land [1] - 223:12
landowners [1] - 223:19
language [3] - 113:16, 134:17, 225:19
Large [2] - 94:2, 94:7

large [15] - 14:22, 25:1, 25:2, 28:12, 92:8, 96:11, 100:22, 107:25, 114:14, 138:15, 138:18, 138:23, 187:24, 190:5, 223:11
larger [8] - 29:17, 53:2, 67:2, 85:11, 85:14, 128:25, 220:17, 221:15
largest [1] - 160:4
last [14] - 5:23, 19:6, 41:2, 51:16, 54:24, 67:7, 71:24, 134:5, 203:21, 211:24, 212:8, 225:12, 225:16
late [3] - 4:7, 220:5, 222:13
lately [1] - 221:5
latter [2] - 134:25, 195:20
laughing [1] - 203:3
law [7] - 17:3, 17:6, 147:16, 150:7, 150:10, 200:1, 225:14
laws [2] - 14:18, 147:18
lawyer [1] - 150:2
lawyers [4] - 15:4, 31:10, 73:7, 190:2
Lay [1] - 119:3
lay [19] - 37:17, 37:18, 63:7, 70:24, 96:19, 99:7, 99:10, 99:11, 135:6, 187:3, 215:2, 215:3, 215:4, 215:7, 217:9, 217:12, 217:21, 222:19
layer [21] - 32:17, 34:7, 35:20, 35:24, 37:10, 37:20, 39:25, 44:7, 54:14, 56:9, 56:20, 204:20, 205:14, 206:1, 206:6, 206:19, 207:18, 216:16, 224:10
layers [5] - 33:24, 34:22, 44:9, 45:13, 49:3, 50:6
Laying [2] - 100:14, 101:4
laying [9] - 208:8, 209:1, 209:11, 210:18, 210:25, 215:1, 217:8, 218:20, 219:14
layperson [1] - 96:18
lays [1] - 45:24
lead [6] - 27:13,

28:11, 29:17, 36:15, 46:5, 137:24
leading [3] - 47:23, 48:12, 81:23
leads [5] - 53:3, 91:3, 91:6, 99:2, 128:24
learned [2] - 24:17, 84:9
learning [1] - 30:1
least [14] - 17:24, 25:7, 32:8, 61:9, 79:13, 93:3, 132:6, 149:17, 149:24, 168:25, 174:13, 177:2, 225:16, 227:10
leave [2] - 68:9, 188:14
leaves [1] - 177:20
lecturing [2] - 58:21, 82:12
led [10] - 19:12, 37:10, 38:5, 38:17, 61:5, 76:14, 99:5, 115:11, 163:18, 187:23
left [11] - 9:2, 49:13, 66:15, 66:17, 69:13, 69:15, 83:13, 91:20, 91:24, 98:18, 210:12
left-hand [2] - 69:15, 210:12
legal [8] - 15:8, 30:12, 145:19, 150:9, 173:10, 175:18, 190:15
leghorn [1] - 210:17
length [4] - 58:25, 150:23, 150:25, 152:4
less [8] - 6:23, 55:14, 116:25, 117:1, 123:23, 127:22, 205:18, 222:15
level [20] - 35:11, 52:20, 54:25, 55:4, 55:15, 61:17, 63:13, 67:9, 67:16, 75:19, 95:12, 135:4, 155:21, 168:21, 168:22, 168:23, 208:24, 213:8, 213:10, 222:24
Level [1] - 72:11
levels [3] - 47:5, 136:25, 222:12
LEVINE [53] - 3:3, 3:10, 10:4, 20:16, 103:10, 112:10, 112:13, 112:18, 112:22, 113:21, 142:10, 142:19, 144:18, 144:21,

153:20, 154:13,
154:18, 154:21,
154:23, 155:4, 155:7,
157:10, 157:12,
161:13, 162:23,
166:1, 166:2, 166:6,
166:8, 170:1, 170:16,
181:5, 181:10,
181:21, 200:19,
200:22, 201:18,
202:12, 202:22,
203:6, 203:8, 203:12,
203:14, 204:9, 210:9,
210:11, 224:14,
226:14, 227:20,
227:22, 227:25,
228:3, 228:8

**Levine** [6] - 144:24,
185:6, 188:24,
191:10, 193:14, 204:4
**liable** [1] - 147:14
**liaison** [1] - 206:25
**lies** [2] - 83:2, 85:23
**life** [4] - 215:10,
215:12, 215:16,
222:10
**lifespan** [1] - 215:19
**likely** [4] - 56:18,
127:7, 152:9, 188:9
**likening** [1] - 188:25
**limit** [1] - 80:19
**limitations** [1] -
83:10
**limiting** [1] - 77:13
**linchpin** [1] - 18:2
**line** [37] - 21:21,
34:2, 34:19, 34:20,
35:2, 36:7, 60:4, 60:5,
60:6, 60:15, 61:8,
61:15, 61:20, 71:24,
82:22, 83:3, 83:4,
83:5, 83:13, 84:12,
85:15, 85:21, 85:25,
94:6, 95:14, 114:16,
116:2, 144:2, 163:11,
169:13, 190:25,
196:20, 196:22
**Linear** [4] - 33:9,
33:16, 36:11, 60:1
**linear** [10] - 34:1,
37:1, 37:2, 37:3, 37:4,
60:17, 61:18, 61:20,
81:4
**lined** [1] - 216:3
**lines** [16] - 34:19,
34:24, 37:3, 58:11,
58:20, 60:5, 61:8,
61:11, 61:12, 61:14,
81:5, 85:18, 86:10,
86:11, 139:11, 139:13

**link** [5] - 32:5, 41:15,
115:19, 115:22,
115:23
**linked** [3] - 41:25,
81:16, 95:10
**liquid** [3] - 96:11,
110:22, 111:7
**list** [2] - 176:22,
186:11
**listed** [6] - 9:16,
43:7, 43:20, 119:23,
144:5, 200:7
**listen** [1] - 119:3
**listing** [1] - 95:14
**literature** [2] -
183:20, 184:17
**LITIGATION** [1] - 1:4
**litter** [1] - 221:12
**live** [8] - 204:15,
204:16, 204:19,
205:11, 207:12,
207:24, 208:19,
208:21
**liveability** [1] -
216:10
**lived** [1] - 148:23
**living** [4] - 6:18, 7:1,
51:11, 137:15
**LLC** [1] - 2:7
**LLP** [4] - 2:15, 3:2,
3:9, 3:13
**located** [2] - 207:18,
212:19
**location** [1] - 205:20
**locations** [1] -
207:19
**Log** [1] - 63:7
**log** [2] - 66:18, 69:16
**Logan** [1] - 3:6
**logistic** [2] - 209:23,
218:4
**logistical** [1] - 208:4
**Lois** [1] - 220:5
**Lone** [1] - 214:3
**long-term** [2] -
46:24, 213:22
**look** [69] - 8:12, 15:7,
17:25, 18:4, 24:24,
26:18, 29:19, 32:3,
32:16, 32:17, 33:6,
34:1, 34:2, 34:5,
34:11, 34:14, 38:4,
39:5, 46:8, 51:21,
54:5, 58:24, 59:23,
60:15, 61:1, 64:5,
70:25, 71:22, 73:1,
74:7, 77:1, 82:1,
84:10, 84:25, 88:19,
96:25, 97:1, 99:15,
102:24, 104:19,

105:15, 105:18,
111:21, 114:10,
114:22, 115:24,
123:20, 124:10,
125:9, 136:11,
137:16, 150:8, 156:4,
166:3, 173:19,
180:13, 181:17,
193:2, 193:13,
193:15, 197:18,
203:24, 217:8,
218:16, 222:9, 224:8,
224:10
**looked** [16] - 12:18,
24:21, 24:23, 25:2,
31:21, 51:19, 61:20,
85:5, 92:22, 99:20,
107:21, 112:21,
127:15, 136:15,
147:6, 156:2
**looking** [37] - 31:24,
34:15, 36:20, 36:23,
42:20, 46:11, 58:11,
60:8, 60:10, 60:14,
62:1, 62:20, 62:25,
63:2, 69:14, 70:7,
75:12, 80:24, 82:19,
94:11, 97:6, 97:7,
100:15, 106:6, 107:9,
111:1, 121:1, 137:23,
174:18, 192:20,
198:2, 209:24,
215:25, 219:3, 222:11
**looks** [6] - 19:21,
32:23, 32:24, 61:9,
155:17, 204:1
**lose** [5] - 4:12, 80:1,
94:24, 104:12, 217:13
**losing** [1] - 46:1
**loss** [1] - 131:17
**lovely** [2] - 4:22, 4:24
**low** [4] - 53:16,
110:21, 112:8, 136:25
**lower** [11] - 26:4,
53:8, 54:12, 54:14,
54:22, 156:21,
156:24, 160:1,
187:25, 191:20, 218:6
**lunch** [3] - 141:5,
141:14, 142:3
**Luncheon** [1] -
141:16
**luncheon** [1] -
141:17
**lunchtime** [1] -
141:11

___

# M

**machine** [2] - 27:10,

92:11
**macroeconomic** [1]
- 49:1
**macroeconomy** [1] -
49:2
**Main** [1] - 57:19
**main** [14] - 58:1,
62:25, 63:6, 66:17,
98:20, 155:10,
155:24, 180:17,
181:6, 181:11,
191:17, 206:24,
207:23
**Maine** [10] - 118:20,
118:25, 120:7,
120:14, 120:23,
121:4, 121:12,
121:17, 122:1, 122:19
**maintain** [1] - 222:12
**maintained** [1] -
127:8
**major** [1] - 143:7
**majority** [1] - 218:21
**makers** [1] - 15:6
**males** [3] - 210:19,
210:23, 213:1
**manage** [2] - 221:7,
221:13
**Management** [3] -
13:9, 13:15, 14:3
**management** [2] -
208:14, 209:2
**management's** [1] -
218:12
**management-type**
[1] - 209:2
**manager** [4] -
205:10, 205:21,
206:1, 206:7
**managerial** [2] -
12:19, 12:21
**managers** [2] -
206:19, 206:23
**mandate** [1] - 161:15
**mandated** [1] - 161:3
**mandating** [1] -
161:17
**manner** [9] - 76:13,
147:16, 185:21,
186:2, 186:20, 189:7,
194:7, 208:9, 223:10
**MANNIX** [1] - 2:16
**manuals** [1] - 222:8
**manure** [2] - 221:12,
223:9
**map** [1] - 77:1
**marathon** [1] - 4:8
**March** [1] - 89:8
**MARCUS** [1] - 2:15
**market** [72] - 10:24,

12:7, 17:21, 26:3,
26:19, 27:15, 27:17,
27:18, 27:24, 28:3,
29:12, 31:20, 32:21,
39:2, 39:6, 57:3,
76:13, 76:19, 76:20,
78:13, 78:14, 90:12,
90:14, 95:11, 95:18,
103:17, 103:22,
104:4, 104:14,
104:15, 104:19,
104:21, 104:25,
105:2, 105:5, 105:8,
105:11, 106:5, 106:6,
106:12, 106:13,
106:19, 106:23,
106:24, 107:10,
107:12, 107:14,
108:2, 108:15,
108:19, 118:2,
124:23, 129:19,
132:16, 136:24,
154:10, 156:3,
168:12, 174:12,
178:17, 189:22,
193:7, 194:7, 195:15,
197:25, 198:1, 198:6,
217:24
**Market** [2] - 1:22,
105:19
**Marketers** [1] - 3:8
**Marketing** [1] - 13:5
**marketing** [2] - 78:3,
78:9
**marketplace** [2] -
81:23, 185:3
**markets** [13] - 8:13,
10:25, 12:8, 15:24,
16:1, 16:14, 17:20,
19:24, 49:12, 77:3,
77:4, 78:20, 132:19
**Markets** [1] - 2:13
**marketwide** [1] -
156:19
**Marshall** [1] - 226:8
**mass** [3] - 78:15,
125:6, 194:3
**master's** [1] - 7:13
**match** [1] - 66:25
**matched** [1] - 180:18
**matching** [1] -
181:13
**material** [3] - 10:8,
70:2, 187:8
**materialize** [1] -
84:24
**materially** [3] - 65:5,
153:19, 174:10
**materials** [2] - 24:12,
24:13

math [11] - 15:14, 175:24, 176:6, 176:7, 176:10, 176:11, 176:12, 177:19, 177:21, 177:24
mathematical [2] - 37:18, 73:20
mathematics [1] - 41:20
matter [40] - 26:9, 29:7, 32:17, 46:19, 48:1, 56:11, 56:16, 70:5, 77:13, 78:24, 79:1, 79:14, 85:1, 89:16, 95:2, 102:5, 107:24, 108:8, 126:25, 137:18, 137:20, 144:9, 144:25, 146:9, 146:10, 147:14, 156:9, 156:10, 175:2, 175:20, 184:1, 187:20, 190:2, 194:6, 200:1, 200:3, 200:4, 203:6, 216:20, 228:18
matters [6] - 7:18, 11:18, 30:13, 44:5, 145:19, 187:21
mature [2] - 210:21, 215:1
maximizing [1] - 104:11
MDL [1] - 1:4
mean [81] - 18:20, 19:20, 22:1, 24:23, 26:7, 26:23, 27:17, 29:25, 30:1, 31:2, 34:6, 35:7, 41:13, 43:8, 44:1, 44:11, 44:23, 46:13, 46:16, 49:18, 51:7, 56:4, 57:23, 58:2, 60:21, 60:22, 63:8, 64:3, 64:5, 66:24, 70:20, 72:4, 72:19, 75:22, 76:20, 76:25, 77:6, 78:14, 79:13, 79:18, 79:20, 85:14, 94:1, 94:19, 99:11, 108:13, 111:19, 123:4, 123:5, 130:7, 142:6, 142:12, 147:7, 147:25, 149:1, 150:2, 152:5, 152:7, 155:17, 160:18, 167:24, 173:20, 176:12, 179:21, 182:24, 184:21, 187:4, 188:21, 195:10, 195:14, 195:15, 196:6, 196:8,

206:7, 206:19, 211:11, 215:24, 221:19, 227:1, 227:15
meaning [6] - 52:12, 52:15, 52:17, 99:8, 215:13, 227:3
means [50] - 4:10, 7:20, 8:12, 27:2, 43:15, 43:16, 44:22, 47:12, 47:18, 48:22, 53:7, 55:18, 57:6, 67:15, 70:21, 72:5, 75:24, 75:25, 76:1, 80:10, 86:14, 88:18, 89:24, 92:5, 97:12, 97:13, 97:18, 99:10, 104:8, 108:14, 114:16, 125:3, 142:11, 163:17, 175:10, 176:2, 184:23, 185:4, 185:15, 185:24, 186:12, 188:9, 192:9, 192:11, 204:18, 209:10, 209:17, 210:16, 224:22
meant [4] - 55:3, 89:21, 196:5, 198:18
measurable [6] - 133:2, 133:8, 133:13, 133:17, 133:19, 133:21
measure [18] - 11:22, 26:25, 44:16, 49:1, 49:5, 63:18, 81:7, 87:8, 87:10, 90:9, 95:11, 127:25, 129:21, 133:21, 137:13, 178:12, 189:21
measured [3] - 50:21, 197:7, 197:11
measurement [2] - 115:15, 132:1
measures [21] - 22:15, 47:8, 48:25, 87:5, 91:9, 127:18, 131:19, 131:21, 131:25, 132:9, 133:2, 133:7, 148:20, 152:8, 152:18, 159:5, 182:13, 182:17, 184:2, 184:5, 186:6
measuring [3] - 111:14, 117:11, 186:15
mechanical [1] - 1:25
mechanism [8] - 22:21, 56:23, 126:7,

126:10, 126:13, 127:4, 127:5, 193:9
mechanisms [2] - 126:13, 132:18
mediate [1] - 13:22
Medium [1] - 123:13
medium [2] - 107:25, 110:19
meet [1] - 134:2
meetings [5] - 148:8, 148:12, 148:13, 164:6, 192:3
member [4] - 176:4, 200:4, 201:6, 201:13
members [8] - 4:12, 102:7, 124:13, 126:11, 156:15, 173:11, 174:6
memorable [1] - 157:21
memory [2] - 10:14, 30:3
Mench [3] - 170:23, 171:8, 171:12
mention [1] - 192:16
mentioned [18] - 14:10, 14:13, 46:12, 52:24, 68:18, 68:19, 70:15, 84:18, 91:13, 159:12, 159:13, 163:24, 185:8, 185:10, 191:13, 192:18
mentioning [1] - 209:23
menu [1] - 48:8
MEOLA [1] - 3:5
merger [1] - 15:1
mergers [1] - 14:19
message [1] - 4:7
met [4] - 38:15, 38:25, 134:3, 196:4
method [2] - 39:4, 80:9
methodologies [1] - 13:20
methodology [6] - 59:16, 111:5, 116:14, 129:1, 133:9, 183:14
methods [4] - 11:4, 65:9, 152:11, 183:1
metrics [1] - 215:8
Miami [1] - 2:6
Michael [12] - 4:16, 5:11, 5:25, 20:12, 120:3, 120:7, 120:14, 120:17, 120:23, 121:5, 122:20, 193:18
MICHAEL [2] - 2:4, 6:11

Michigan [2] - 2:21, 101:2
microeconomic [2] - 7:21, 8:2
microeconomics [1] - 8:3
microeconomist [1] - 7:20
mid-'70s [1] - 220:11
middle [1] - 97:7
midlevel [1] - 209:1
Midwest [8] - 94:3, 94:7, 114:14, 120:7, 122:20, 138:15, 138:18, 138:23
might [50] - 7:3, 29:15, 35:15, 35:19, 37:13, 38:24, 42:23, 44:5, 50:5, 56:5, 59:23, 65:3, 66:14, 70:6, 71:18, 75:5, 75:9, 77:8, 80:2, 81:21, 83:21, 89:22, 110:1, 112:3, 114:7, 116:16, 127:10, 128:7, 131:20, 134:8, 137:24, 142:7, 148:7, 150:10, 156:17, 167:17, 168:8, 169:2, 169:9, 169:14, 183:9, 184:11, 185:17, 195:18, 216:21, 217:10, 226:17, 226:25, 227:7
Mike [2] - 6:19, 182:6
mileage [1] - 99:11
mill [1] - 209:1
million [4] - 219:13, 219:14, 219:20
millions [1] - 33:24
mills [1] - 209:17
mind [12] - 17:25, 71:13, 71:22, 78:4, 139:6, 153:18, 177:22, 189:9, 190:14, 190:16, 192:9, 200:6
minded [1] - 225:22
mine [1] - 31:6
Minimum [1] - 52:17
minimum [2] - 40:19, 53:10
minus [13] - 97:12, 99:14, 100:25, 108:10, 115:8, 128:23, 130:11, 175:13, 177:25, 178:3, 180:16
minute [3] - 131:20, 202:4, 202:9

minutes [4] - 67:24, 116:25, 202:6, 202:14
miracles [1] - 34:5
mirrored [1] - 188:5
mischaracterizatio n [1] - 161:25
misheard [1] - 194:20
misleading [2] - 16:2, 48:12
missed [2] - 4:5, 121:21
mission [1] - 207:24
misspecified [1] - 48:3
misspecify [1] - 184:11
misspelled [1] - 107:2
mistake [1] - 55:19
mistaken [1] - 96:3
mistakes [1] - 22:1
mix [2] - 48:9, 62:23
mixes [1] - 221:12
Moark [4] - 120:8, 120:23, 121:5, 122:21
Model [1] - 82:15
model [122] - 37:11, 37:15, 37:21, 37:23, 37:24, 38:2, 38:3, 38:19, 39:5, 39:8, 39:10, 39:11, 39:21, 42:15, 43:22, 44:13, 44:23, 44:25, 45:17, 46:6, 47:19, 47:23, 48:3, 50:2, 53:22, 55:24, 56:1, 57:13, 61:19, 61:22, 62:5, 63:2, 63:14, 63:19, 63:21, 63:22, 64:24, 65:16, 65:20, 65:25, 66:3, 66:8, 66:11, 70:20, 73:1, 73:20, 74:7, 74:13, 74:14, 74:23, 81:12, 81:13, 81:15, 81:24, 83:9, 83:10, 83:11, 83:12, 83:14, 83:17, 83:22, 84:1, 84:8, 84:22, 85:8, 86:7, 86:18, 87:5, 87:10, 87:15, 88:2, 88:16, 93:7, 95:23, 96:19, 102:3, 102:25, 109:4, 127:16, 132:2, 133:18, 134:15, 134:20, 135:4, 135:10, 139:3, 139:16, 150:23, 150:24, 151:1,

151:22, 152:16,
152:21, 153:24,
155:19, 172:1,
172:17, 180:3,
180:11, 180:17,
182:24, 183:18,
183:24, 184:12,
185:2, 185:5, 185:8,
185:11, 186:8,
187:10, 191:3, 191:8,
191:9, 191:18, 192:15
**modeling** [2] - 47:24,
55:20

**models** [21] - 38:1,
48:13, 52:23, 62:22,
73:23, 73:24, 74:2,
74:4, 74:8, 74:9, 81:2,
81:16, 136:19,
155:23, 184:19,
184:20, 186:14,
191:12, 195:5, 195:6
**modern** [1] - 186:16
**mOIRA** [1] - 2:16
**molt** [5] - 215:10,
215:12, 215:15,
215:17
**molted** [1] - 215:14
**moment** [10] - 9:5,
9:6, 14:11, 25:11,
100:1, 122:19,
131:19, 189:15,
190:20, 227:13
**money** [5] - 12:22,
79:25, 80:2, 132:17,
147:3
**monitor** [1] - 126:10
**monitoring** [3] -
125:5, 127:1, 223:1
**monopolist** [6] -
104:1, 106:8, 106:14,
106:20, 108:11
**monopolize** [1] -
198:2
**monopolized** [2] -
106:19, 197:25
**Monroe** [1] - 2:12
**month** [10] - 42:7,
47:2, 47:4, 89:6,
129:22, 131:8,
148:24, 149:2, 149:3,
149:8
**monthly** [16] - 49:15,
49:21, 64:18, 84:6,
88:14, 89:1, 89:3,
126:17, 126:24,
163:23, 163:25,
164:12, 164:25,
165:4, 165:13, 166:16
**months** [6] - 9:1,
40:1, 40:3, 47:3,

128:17, 129:11
**morning** [9] - 4:3,
4:21, 6:1, 6:16, 152:5,
152:10, 185:10,
188:17, 191:13
**MORRIS** [2] - 3:9,
3:13
**mortality** [4] - 167:4,
222:7, 222:9, 222:14
**Moscow** [1] - 8:5
**most** [5] - 14:21,
20:3, 83:22, 191:14,
228:1
**motives** [1] - 150:20
**move** [14] - 7:2,
26:22, 39:17, 72:17,
81:2, 89:22, 103:12,
104:14, 123:24,
147:11, 182:10,
187:4, 210:22, 217:15
**moved** [5] - 69:11,
205:19, 205:25,
206:21, 212:9
**movements** [1] -
45:7
**moves** [2] - 217:9,
227:22
**moving** [7] - 10:15,
110:6, 113:4, 116:22,
205:14, 208:8, 224:14
**MR** [174] - 4:3, 4:13,
4:16, 5:10, 6:10, 6:15,
9:7, 9:9, 9:10, 9:18,
9:20, 10:2, 10:4, 10:7,
10:9, 10:12, 20:11,
20:16, 20:18, 20:21,
20:22, 25:10, 25:14,
25:15, 30:18, 30:20,
33:1, 33:4, 33:10,
33:13, 33:14, 39:17,
39:19, 42:17, 42:19,
62:7, 62:8, 62:17,
62:19, 67:22, 68:5,
68:10, 68:19, 68:22,
68:25, 69:8, 69:9,
93:10, 93:11, 99:22,
100:3, 100:7, 100:8,
101:16, 101:17,
102:18, 102:19,
103:10, 103:12,
103:14, 103:15,
112:10, 112:13,
112:18, 112:22,
113:1, 113:4, 113:5,
113:21, 114:3, 114:7,
114:20, 116:20,
116:24, 117:2, 117:6,
117:8, 117:9, 118:4,
118:6, 122:5, 122:7,
123:10, 123:11,

124:3, 126:19,
126:20, 128:7, 128:8,
140:24, 141:15,
141:22, 142:1, 142:6,
142:10, 142:15,
142:18, 142:19,
142:21, 143:14,
143:15, 143:18,
143:20, 144:12,
144:16, 144:18,
144:21, 153:6,
153:20, 154:12,
154:13, 154:15,
154:18, 154:21,
154:23, 155:4, 155:7,
157:10, 157:12,
161:13, 162:14,
162:18, 162:22,
162:23, 166:1, 166:2,
166:6, 166:8, 169:22,
169:24, 170:1,
170:16, 181:6, 181:8,
181:10, 181:21,
181:23, 182:1, 182:3,
199:6, 199:12,
200:16, 200:19,
200:22, 201:18,
201:20, 201:22,
202:3, 202:6, 202:12,
202:20, 202:22,
203:6, 203:8, 203:10,
203:12, 203:14,
204:9, 210:9, 210:11,
224:14, 225:20,
225:24, 226:2, 226:7,
226:20, 227:11,
227:19, 227:20,
227:22, 227:25,
228:3, 228:7, 228:12
**MS** [5] - 20:17,
181:24, 201:21,
226:14, 228:8
**must** [2] - 161:19,
164:23
**mysterious** [1] -
48:23

## N

**NACHWALTER** [1] -
2:2
**name** [8] - 5:23,
5:25, 6:19, 144:24,
170:23, 203:21
**named** [1] - 119:23
**names** [7] - 122:3,
122:4, 122:25, 123:6,
171:1, 171:11, 173:22
**narrow** [1] - 174:1
**nasty** [1] - 202:10

**nation's** [9] - 174:21,
175:9, 175:10,
175:11, 175:25,
176:2, 176:3, 177:6,
201:3
**National** [5] - 8:20,
120:8, 120:24, 121:6,
122:21
**nature** [8] - 34:9,
35:3, 35:8, 76:12,
76:13, 80:21, 210:4,
223:3
**nauseam** [1] - 70:13
**nearest** [1] - 221:20
**necessarily** [1] -
185:11
**need** [22] - 4:6, 4:11,
10:14, 30:15, 46:12,
79:24, 94:15, 94:16,
106:7, 193:19,
201:17, 202:18,
209:25, 213:15,
216:4, 216:5, 216:14,
216:17, 217:1,
222:25, 225:11, 226:7
**needed** [1] - 131:18
**needing** [1] - 50:7
**needs** [3] - 202:14,
211:7, 211:21
**negative** [10] - 66:21,
101:8, 101:9, 102:13,
129:24, 147:24,
154:4, 154:5, 154:20,
221:16
**neighboring** [1] -
223:18
**NERA** [16] - 8:18,
8:19, 8:25, 9:1, 21:9,
21:10, 21:16, 21:17,
21:24, 22:4, 146:7,
146:14, 146:20,
146:22
**never** [5] - 143:7,
167:10, 169:1,
172:24, 179:21
**nevertheless** [1] -
75:18
**new** [4] - 30:1,
106:20, 107:1, 223:20
**New** [1] - 8:5
**Newey–West** [3] -
186:21, 187:1, 187:2
**newsletter** [2] -
101:18, 102:11
**newspaper** [1] -
188:16
**newspeople** [1] - 5:2
**Newton** [1] - 206:15
**next** [22] - 4:15, 4:17,
27:16, 37:6, 40:22,

43:25, 44:10, 44:21,
47:14, 89:16, 96:2,
96:4, 114:21, 115:2,
115:3, 125:13,
138:16, 153:13,
188:17, 194:22,
202:21, 213:4
**nice** [6] - 4:4, 6:4,
83:11, 184:9, 227:18,
228:11
**night** [2] - 206:10,
206:13
**nine** [6] - 62:21,
65:7, 75:2, 180:23,
195:6, 208:23
**NO** [1] - 1:4
**nobody** [3] - 4:24,
190:9, 190:11
**non** [8] - 77:11,
154:2, 154:8, 154:25,
167:22, 167:25,
193:20, 197:12
**non-certified** [7] -
77:11, 154:2, 154:8,
154:25, 167:22,
167:25, 197:12
**non-UEP** [1] - 193:20
**nonetheless** [1] -
186:1
**nonexpert** [1] -
226:6
**nonlinear** [1] -
183:23
**nonsensical** [2] -
135:12, 135:13
**nontestifying** [1] -
68:15
**nontransitory** [1] -
106:17
**noon** [1] - 134:4
**Norco** [2] - 121:6,
122:21
**normal** [2] - 11:9,
222:9
**North** [2] - 213:7,
223:20
**north** [1] - 188:6
**northern** [4] -
205:19, 205:25,
207:1, 214:16
**note** [6] - 42:2,
45:14, 61:7, 66:15,
66:17, 75:18
**Notes** [1] - 195:1
**nothing** [10] - 5:3,
5:15, 79:15, 139:16,
165:8, 181:21,
181:23, 181:24,
192:10, 197:24
**notice** [5] - 34:11,

60:18, 60:25, 131:7, 139:14

**notification** [1] - 223:18

**notion** [1] - 27:14

**Notre** [1] - 202:1

**November** [1] - 100:14

**Number** [3] - 33:7, 36:11, 125:13

**number** [64] - 10:22, 10:23, 12:16, 14:23, 27:13, 31:25, 32:11, 33:24, 33:25, 34:7, 34:12, 34:13, 34:22, 35:20, 37:10, 37:20, 39:25, 45:13, 46:3, 49:3, 49:18, 49:23, 56:9, 56:12, 57:6, 57:7, 58:20, 59:9, 59:10, 60:4, 61:25, 62:2, 63:17, 64:5, 65:10, 66:21, 66:22, 70:2, 72:1, 72:5, 73:9, 73:19, 80:19, 90:21, 90:24, 92:18, 97:9, 97:16, 102:2, 102:9, 103:24, 107:14, 113:13, 122:16, 125:20, 149:19, 158:24, 174:9, 174:10, 187:24, 199:8, 222:16

**numbers** [18] - 11:22, 53:5, 54:5, 54:9, 55:5, 56:24, 57:1, 63:16, 66:24, 75:5, 75:6, 75:8, 99:9, 111:4, 124:21, 159:18, 175:14, 201:9

**NW** [1] - 3:11

**O**

**o'clock** [1] - 141:6

**Oakdell** [2] - 121:6, 122:22

**Obama** [1] - 15:21

**object** [2] - 20:16, 113:21

**objection** [5] - 10:4, 20:17, 20:18, 103:10, 112:25

**observation** [1] - 85:23

**observations** [1] - 127:18

**observe** [10] - 63:23, 85:1, 88:25, 131:14, 139:24, 150:1, 152:7,

170:13, 191:15, 195:14

**observed** [7] - 42:24, 44:7, 60:12, 84:11, 115:19, 118:2, 168:11

**observing** [1] - 54:6

**obstacles** [1] - 223:24

**obviously** [4] - 19:15, 142:12, 222:22, 223:9

**occasion** [1] - 116:17

**occasionally** [1] - 224:6

**occur** [3] - 56:14, 56:17, 56:19

**occurred** [1] - 184:5

**occurring** [4] - 88:22, 127:19, 127:22, 191:16

**occurs** [3] - 195:2, 226:22, 226:24

**October** [5] - 128:22, 129:22, 130:25, 131:8, 131:11

**OF** [2] - 1:2, 1:15

**offer** [6] - 9:18, 10:2, 10:5, 20:11, 219:6, 219:9

**offered** [2] - 134:6, 147:20

**offering** [3] - 141:1, 142:17, 148:3

**official** [1] - 1:21

**Official** [1] - 228:21

**offset** [7] - 29:12, 32:13, 56:2, 57:8, 104:13, 189:4, 190:8

**offsite** [1] - 211:16

**often** [5] - 72:16, 107:2, 131:17, 204:17, 214:10

**OH** [1] - 3:16

**Ohio** [1] - 122:22

**old** [5] - 42:7, 208:6, 209:15, 210:18, 213:11

**older** [1] - 211:22

**Omega-3** [1] - 172:13

**on-site** [1] - 223:11

**once** [18] - 11:2, 44:22, 57:22, 73:3, 78:15, 126:5, 192:6, 192:7, 193:8, 194:3, 197:17, 207:2, 212:4, 212:23, 213:14, 224:19

**one** [114] - 2:17, 5:1,

5:2, 16:18, 17:9, 19:1, 19:2, 20:23, 21:23, 22:14, 22:17, 27:19, 29:19, 33:23, 34:19, 37:19, 38:14, 40:18, 40:25, 43:2, 43:3, 43:21, 44:14, 45:25, 47:14, 48:6, 53:15, 57:17, 58:3, 59:16, 61:8, 64:1, 64:13, 72:21, 73:6, 73:7, 79:21, 80:6, 80:11, 80:14, 81:21, 90:17, 93:19, 94:11, 98:2, 98:14, 99:4, 99:6, 100:22, 101:19, 103:25, 108:3, 110:3, 110:13, 111:16, 113:7, 113:13, 115:16, 123:21, 127:19, 129:3, 129:15, 131:21, 132:10, 134:16, 134:17, 134:18, 134:25, 135:1, 136:11, 138:10, 138:11, 138:16, 138:19, 141:22, 142:2, 142:3, 142:8, 143:16, 157:19, 160:19, 168:2, 169:3, 177:22, 180:16, 181:15, 184:12, 187:3, 188:17, 188:18, 191:13, 191:23, 192:23, 193:21, 195:3, 196:11, 197:3, 198:15, 198:21, 198:23, 199:2, 199:15, 199:17, 203:6, 206:24, 212:17, 212:21, 214:3, 217:18, 223:8, 225:18, 227:20

**one's** [2] - 136:11, 213:10

**ones** [7] - 41:20, 41:22, 41:24, 139:20, 140:8, 149:10, 176:24

**ongoing** [1] - 30:1

**onsite** [2] - 211:18, 223:3

**oops** [1] - 110:3

**open** [2] - 17:25, 225:22

**open-minded** [1] - 225:22

**opened** [1] - 4:1

**opening** [4] - 5:6,

137:9, 210:6, 217:19

**operating** [1] - 44:4

**operations** [1] - 57:5

**opinion** [44] - 25:21, 25:24, 73:25, 79:8, 79:13, 80:22, 80:24, 81:1, 105:1, 105:3, 105:4, 105:5, 105:10, 105:13, 105:17, 112:13, 113:23, 119:3, 119:5, 119:7, 119:12, 120:6, 120:12, 120:16, 120:21, 121:2, 121:10, 121:16, 121:23, 125:4, 132:6, 147:13, 147:20, 148:3, 158:3, 158:13, 158:15, 159:6, 161:25, 187:8, 192:13, 195:7, 201:8

**opinions** [18] - 20:24, 23:8, 23:11, 23:20, 23:21, 23:23, 24:7, 24:10, 24:14, 25:8, 27:22, 28:16, 30:12, 31:16, 73:24, 114:1, 140:20, 200:12

**opportunities** [2] - 77:5, 220:17

**opportunity** [4] - 76:21, 210:4, 210:20, 218:25

**opposed** [2] - 4:8, 204:2

**optimistic** [1] - 142:22

**order** [10] - 5:15, 15:13, 45:24, 80:8, 80:12, 171:15, 174:5, 174:7, 211:6, 214:10

**ordering** [1] - 217:21

**organic** [1] - 172:11

**organization** [13] - 7:21, 7:25, 8:2, 19:9, 19:12, 19:13, 19:18, 19:20, 19:21, 19:23, 20:2, 20:3, 32:4

**organized** [2] - 19:22

**orient** [2] - 57:22, 199:7

**original** [1] - 4:13

**originally** [2] - 18:3, 173:23

**otherwise** [11] - 10:15, 26:4, 26:6, 26:7, 36:24, 79:23, 88:24, 129:9, 172:16, 179:24, 209:3

**ourselves** [1] - 199:7

**output** [78] - 22:17, 22:20, 22:23, 23:4, 25:19, 26:3, 26:14, 28:11, 29:10, 29:12, 29:14, 29:18, 29:19, 29:20, 31:17, 31:20, 32:21, 39:2, 39:3, 50:4, 50:10, 53:18, 55:12, 56:7, 56:8, 56:9, 70:10, 70:12, 70:14, 71:18, 76:14, 90:11, 91:10, 96:24, 97:17, 98:12, 98:16, 98:24, 99:2, 99:5, 102:8, 108:24, 109:5, 109:10, 110:11, 118:23, 119:1, 126:4, 128:23, 128:24, 129:4, 132:11, 132:15, 133:2, 133:6, 150:5, 152:4, 156:16, 156:17, 159:7, 183:3, 184:24, 187:24, 187:25, 188:22, 189:12, 189:13, 189:22, 190:5, 190:11, 190:19, 191:16, 191:20, 198:5, 198:6, 200:5, 201:10

**outside** [5] - 85:24, 213:10, 213:12, 217:24, 219:5

**overall** [14] - 29:9, 46:2, 57:7, 95:18, 97:1, 97:4, 97:18, 98:1, 98:17, 99:8, 187:24, 187:25, 218:6

**overcharged** [11] - 119:9, 119:12, 120:2, 120:6, 120:12, 120:16, 120:22, 121:3, 121:10, 121:16, 121:25

**overlap** [2] - 86:8, 86:11

**overlaps** [1] - 86:12

**overnight** [1] - 224:17

**overpaid** [1] - 119:6

**overpayment** [1] - 117:11

**overpredicting** [1] - 186:19

**oversaw** [1] - 15:24

**oversight** [1] - 16:1

**overstated** [1] - 58:14

**overturn** [1] - 73:4

**own** [11] - 11:7, 29:2,

30:22, 31:1, 31:2, 57:6, 178:9, 196:7, 198:2, 209:12, 209:17
**owned** [9] - 178:6, 178:8, 178:12, 178:16, 178:19, 178:24, 179:3, 179:12, 179:16
**owner** [1] - 206:5
**Oxford** [1] - 2:17

**P**

**P.A** [1] - 2:2
**P.C** [1] - 2:20
**PA** [4] - 1:7, 1:23, 2:18, 3:7
**Pacific** [1] - 2:8
**packed** [2] - 224:9
**packet** [1] - 33:2
**page** [16] - 157:25, 162:2, 163:8, 164:18, 166:4, 169:11, 176:17, 190:20, 190:22, 190:24, 194:11, 194:14, 196:14, 196:16, 196:20, 227:7
**paid** [16] - 28:20, 51:15, 96:8, 108:23, 109:11, 109:22, 111:15, 113:7, 113:12, 115:16, 115:20, 116:8, 137:19, 179:24, 189:10, 225:14
**pain** [1] - 202:5
**pandemic** [1] - 80:19
**paper** [13] - 9:15, 11:3, 11:4, 11:5, 11:8, 11:9, 11:10, 13:18, 13:21, 14:1, 100:19, 101:1, 184:9
**papers** [5] - 11:24, 20:1, 20:4, 72:22, 74:3
**paperwork** [1] - 223:4
**paragraph** [4] - 164:18, 164:20, 176:14, 176:16
**parameters** [2] - 83:12, 88:4
**pardon** [1] - 224:9
**paren** [2] - 69:16, 69:17
**parent** [1] - 214:13
**parents** [1] - 188:16
**parsimonious** [9] -

44:13, 47:20, 47:22, 48:6, 53:1, 53:3, 58:4, 72:18, 73:1
**part** [35] - 34:3, 34:6, 112:8, 126:23, 131:22, 134:14, 142:13, 150:21, 152:15, 152:25, 153:13, 157:1, 169:16, 171:6, 175:12, 175:15, 177:20, 183:11, 188:21, 190:14, 190:15, 190:16, 190:17, 191:8, 191:9, 193:10, 195:19, 195:20, 200:6, 207:11, 207:25, 209:23, 211:13, 218:4, 221:1
**participants** [1] - 193:7
**participate** [1] - 193:24
**participated** [5] - 173:11, 190:13, 199:24, 201:10, 201:11
**participates** [1] - 189:24
**participating** [2] - 190:11, 190:12
**particular** [13] - 64:11, 78:18, 83:17, 91:8, 94:18, 95:1, 107:13, 115:24, 139:13, 174:6, 175:20, 190:2, 213:12
**particularly** [1] - 30:3
**parts** [1] - 88:16
**party** [4] - 175:17, 188:7, 189:25, 190:10
**pass** [1] - 140:24
**passage** [2] - 101:7, 102:10
**passages** [1] - 196:20
**passed** [1] - 15:21
**past** [4] - 19:11, 19:16, 84:9, 223:5
**pathetic** [1] - 226:22
**PATRICK** [1] - 2:20
**pattern** [7] - 34:16, 38:18, 42:24, 61:6, 137:17, 139:10
**patterns** [3] - 19:5, 45:7, 88:22
**PATTON** [1] - 2:4
**PAUL** [1] - 2:10

**pay** [12] - 12:2, 12:8, 24:2, 28:14, 28:15, 48:16, 90:12, 95:6, 95:7, 136:9, 171:11, 188:1
**paying** [3] - 12:20, 115:7, 123:22
**pecking** [3] - 80:7, 80:12, 221:14
**peer** [9] - 10:17, 10:19, 10:21, 11:11, 11:19, 12:24, 13:21, 20:2, 20:4
**peer-review** [1] - 20:4
**peer-reviewed** [7] - 10:17, 10:19, 10:21, 11:11, 11:19, 12:24, 20:2
**pegging** [1] - 125:20
**Penn** [3] - 6:22, 6:23, 7:25
**pennies** [1] - 27:11
**PENNSYLVANIA** [1] - 1:2
**penny** [3] - 27:8, 27:9, 27:11
**penultimate** [1] - 129:15
**people** [31] - 8:21, 13:23, 27:3, 27:4, 35:16, 49:18, 50:7, 50:16, 77:2, 77:6, 77:11, 77:14, 78:7, 107:23, 127:2, 146:14, 150:4, 170:5, 170:6, 170:10, 170:11, 175:12, 175:19, 190:2, 193:8, 193:19, 208:5, 221:7
**people's** [1] - 148:13
**PEPPER** [1] - 3:2
**per** [7] - 32:11, 40:19, 108:6, 161:4, 222:9, 222:10
**Per** [1] - 52:17
**percent** [136] - 26:4, 27:11, 51:11, 51:13, 51:14, 51:15, 52:20, 53:7, 53:8, 53:12, 53:19, 53:22, 53:25, 54:12, 54:14, 54:22, 54:25, 55:4, 55:14, 55:15, 55:18, 56:20, 61:16, 63:22, 65:1, 65:19, 65:24, 66:1, 66:3, 66:5, 66:7, 66:9, 66:11, 66:13, 66:22, 66:25, 67:1, 67:8, 67:16, 70:4, 70:14,

72:1, 72:3, 72:4, 72:7, 72:14, 75:19, 75:20, 80:20, 86:4, 86:5, 89:14, 90:18, 91:3, 91:5, 91:6, 91:7, 92:6, 95:9, 96:22, 96:25, 97:17, 97:19, 97:20, 97:22, 98:11, 99:2, 99:5, 102:16, 103:7, 103:8, 106:2, 110:20, 110:21, 110:24, 110:25, 111:2, 111:3, 111:23, 124:18, 125:2, 125:10, 125:20, 128:23, 129:5, 129:23, 129:24, 130:1, 130:14, 130:16, 130:17, 130:19, 130:20, 130:22, 130:23, 130:25, 131:1, 131:4, 131:5, 135:4, 139:1, 146:24, 155:21, 164:23, 173:25, 174:2, 174:5, 174:7, 174:11, 174:21, 174:24, 175:8, 175:10, 175:11, 175:25, 176:2, 176:3, 177:6, 179:14, 185:24, 191:21, 193:17, 193:23, 201:2, 201:4
**Percent** [4] - 52:6, 63:11, 72:11, 129:16
**percentage** [9] - 52:19, 67:3, 92:8, 125:10, 129:19, 146:22, 160:5, 179:15, 179:17
**percentage-wise** [1] - 160:5
**percentages** [1] - 192:21
**perfect** [2] - 38:21, 183:4
**perfectly** [3] - 10:10, 17:18, 56:21
**perform** [2] - 61:13, 104:1
**performed** [2] - 65:4, 197:15
**perhaps** [5] - 14:1, 57:5, 64:17, 78:8, 137:21
**Period** [11] - 40:5, 41:9, 53:18, 54:11, 54:13, 161:7, 191:15, 195:15, 195:18
**period** [47] - 11:16,

34:11, 40:8, 40:14, 41:7, 41:8, 42:6, 49:7, 53:9, 53:16, 53:21, 54:2, 54:16, 54:19, 54:23, 60:18, 65:19, 66:2, 66:4, 66:10, 66:12, 71:14, 75:8, 76:5, 77:24, 80:9, 81:22, 82:4, 84:16, 87:2, 95:9, 105:22, 114:25, 118:22, 128:19, 134:10, 136:20, 137:1, 146:3, 152:4, 164:16, 184:3, 197:16, 197:18, 198:22, 199:3, 199:16
**Periods** [3] - 75:13, 155:19, 155:22
**periods** [8] - 75:13, 76:3, 110:14, 133:5, 155:13, 181:19, 219:5
**perish** [2] - 10:20, 13:13
**permits** [2] - 104:11, 223:22
**permitting** [2] - 223:14, 223:16
**person** [4] - 21:24, 21:25, 170:23, 206:24
**personnel** [1] - 209:1
**perspective** [5] - 36:1, 150:3, 173:11, 175:16, 175:18
**Perspective** [2] - 100:13, 101:2
**phase** [10] - 78:2, 151:11, 155:15, 160:16, 161:3, 161:6, 180:19, 181:12, 181:13
**phase-in** [4] - 151:11, 155:15, 180:19, 181:13
**phases** [1] - 160:17
**PhD** [6] - 7:14, 11:17, 15:10, 15:12, 19:6, 19:7
**PhDs** [1] - 8:21
**PHILADELPHIA** [1] - 1:7
**Philadelphia** [3] - 1:23, 3:7, 51:9
**Phillies** [1] - 5:6
**phrase** [6] - 26:6, 184:22, 185:1, 186:4, 186:10, 192:19
**physically** [1] - 190:7
**pick** [3] - 69:13, 99:13, 219:1
**picked** [2] - 140:11,

186:7
**picking** [1] - 195:19
**picks** [1] - 185:2
**picture** [3] - 87:3,
94:17, 214:2
**pictures** [2] - 213:23,
213:24
**pie** [1] - 108:3
**piece** [2] - 24:25,
195:3
**pile** [3] - 221:14,
221:19, 221:21
**pipeline** [2] - 211:13,
213:4
**Pittsburgh** [1] - 2:18
**place** [19] - 39:13,
40:2, 41:6, 41:9,
41:14, 41:24, 42:1,
58:19, 71:14, 71:15,
75:16, 76:3, 77:18,
80:9, 147:19, 148:25,
150:10, 197:17,
217:18
**placed** [1] - 213:16
**places** [1] - 88:14
**Plaintiff** [21] - 2:18,
2:22, 5:13, 24:2,
28:15, 108:23,
109:11, 109:25,
111:15, 113:7,
113:19, 115:16,
115:24, 116:5, 116:6,
116:12, 117:12,
117:13, 117:22,
123:19, 140:5
**Plaintiff/Defendant**
[2] - 115:6, 116:18
**Plaintiffs** [41] - 2:6,
2:13, 5:10, 6:12, 9:18,
10:2, 17:6, 18:9,
20:11, 21:14, 21:15,
22:21, 22:22, 24:2,
28:14, 28:20, 95:1,
95:17, 96:8, 97:24,
115:7, 116:10,
117:22, 117:25,
118:13, 119:15,
119:21, 119:23,
123:4, 137:20,
146:20, 146:23,
177:19, 179:24,
189:11, 198:22,
199:2, 199:15, 202:4,
203:9, 226:16
**Plaintiffs'** [14] -
16:23, 17:3, 20:13,
22:8, 22:12, 99:23,
100:3, 102:21,
117:16, 118:10,
127:10, 131:22,

134:2, 143:22
**planning** [1] - 215:23
**play** [1] - 126:2,
188:3
**played** [2] - 148:16,
191:8
**players** [2] - 57:4,
193:18
**pleasant** [1] - 224:19
**pleasure** [1] - 6:7
**plot** [1] - 32:23
**plots** [1] - 33:25
**plotted** [1] - 82:23
**plotting** [1] - 140:2
**plus** [1] - 210:4
**Point** [1] - 90:13
**point** [40] - 32:17,
33:3, 36:24, 55:6,
67:4, 63:15, 65:21,
84:24, 86:21, 88:4,
90:13, 97:25, 112:2,
124:17, 124:24,
127:3, 134:12, 135:8,
138:4, 138:13,
153:17, 164:5,
174:25, 186:18,
186:19, 191:23,
191:24, 192:4,
192:21, 193:4,
193:17, 194:4,
195:13, 206:22,
207:5, 207:20,
220:21, 225:13,
225:14
**pointed** [1] - 25:5
**pointing** [1] - 153:16
**points** [3] - 127:22,
136:1, 141:22
**Policy** [1] - 13:5
**policy** [1] - 79:16
**politics** [1] - 77:1
**PONZOLI** [1] - 2:4
**popped** [1] - 100:23
**populate** [3] - 90:3,
90:8, 123:6
**population** [21] -
35:21, 35:22, 36:4,
36:5, 36:6, 37:19,
44:15, 44:18, 44:20,
47:15, 47:17, 47:18,
47:21, 47:25, 49:25,
50:1, 50:6, 50:10,
50:14, 51:4, 64:15
**PORTER** [1] - 3:9
**pORTER** [1] - 3:13
**portion** [5] - 82:24,
82:25, 83:1, 194:24
**position** [19] - 13:1,
13:6, 16:5, 16:10,
77:23, 78:7, 78:12,

133:24, 152:10,
194:8, 201:5, 201:13,
201:16, 205:9,
205:10, 205:21,
206:2, 207:9, 207:21
**positions** [1] - 209:2
**positive** [2] - 85:23,
221:16
**possibilities** [3] -
61:5, 65:5, 185:25
**possibility** [11] -
43:17, 43:21, 44:6,
44:25, 45:10, 45:11,
48:14, 49:4, 57:4,
81:25, 116:15
**possible** [8] - 42:12,
44:20, 44:25, 65:2,
65:3, 73:2, 185:13,
190:7
**possibly** [7] - 42:23,
64:21, 72:9, 115:8,
185:13, 185:17,
188:13
**post** [2] - 151:8,
156:6
**potential** [8] - 13:18,
13:22, 42:10, 42:14,
104:24, 152:15,
183:14, 196:8
**potentially** [2] -
192:5, 197:5
**Poultry** [2] - 120:8,
122:20
**poultry** [2] - 20:25,
213:21
**power** [2] - 17:21,
225:11
**practice** [7] - 5:7,
41:21, 45:3, 170:15,
170:19, 171:13,
190:18
**practices** [2] - 198:3,
224:7
**PRATTER** [1] - 1:12
**precarious** [1] -
196:9
**preceded** [1] -
152:18
**precisely** [3] - 96:7,
100:20, 109:8
**precludes** [1] - 80:13
**precluding** [1] -
78:20
**predicated** [1] - 48:2
**predict** [6] - 51:21,
82:1, 136:18, 139:8,
139:9, 139:23
**predicted** [3] - 56:19,
57:1, 135:14
**predicting** [2] -

55:25
**prediction** [3] - 83:9,
135:10, 135:16
**predictions** [5] -
57:2, 57:3, 57:13,
135:12, 135:13
**predicts** [2] - 139:3,
170:10
**predominantly** [1] -
172:8
**prefer** [2] - 77:8,
106:25
**prepare** [13] - 9:21,
32:24, 39:8, 59:20,
62:4, 82:8, 87:14,
89:23, 93:6, 105:15,
109:15, 128:4, 138:4
**prepared** [10] -
23:10, 23:22, 24:9,
39:14, 42:14, 52:2,
57:12, 145:16,
182:24, 184:19
**preparing** [1] - 30:21
**presence** [1] -
148:13
**present** [3] - 106:15,
148:8, 225:21
**presentation** [1] -
200:24
**President** [1] - 15:21
**president** [3] -
204:15, 207:11, 226:9
**pretty** [12] - 9:16,
16:25, 34:6, 60:17,
77:25, 112:9, 114:24,
172:1, 178:4, 193:16,
225:25, 227:15
**prevailing** [1] -
159:23, 160:6, 160:14
**prevalent** [1] -
170:19
**previous** [2] - 102:9,
109:2
**previously** [4] - 17:2,
17:5, 123:20, 167:6
**price** [124] - 11:21,
12:4, 27:1, 27:2, 27:4,
27:10, 27:12, 28:12,
35:15, 35:17, 37:21,
39:2, 44:8, 46:22,
47:6, 48:5, 48:18,
58:15, 64:13, 89:23,
90:1, 90:11, 90:14,
90:15, 91:2, 91:3,
91:4, 91:5, 91:7, 91:9,
92:2, 92:3, 92:4, 92:5,
95:11, 96:22, 96:25,
97:14, 97:17, 97:18,
97:19, 97:21, 97:22,
98:6, 98:14, 98:19,

99:3, 101:7, 102:12,
104:12, 104:13,
106:16, 107:6, 107:7,
108:12, 108:23,
109:8, 110:9, 110:13,
110:20, 110:24,
111:2, 111:21,
111:24, 112:11,
114:12, 115:9,
115:14, 115:25,
116:1, 116:3, 116:4,
118:2, 118:23, 126:4,
127:24, 127:25,
128:25, 129:1, 129:3,
130:2, 130:4, 130:12,
130:16, 130:20,
130:23, 131:1, 131:5,
132:18, 133:3, 133:6,
136:13, 136:16,
137:14, 137:15,
138:1, 138:3, 139:12,
140:3, 149:2, 149:7,
152:9, 170:7, 178:6,
178:8, 178:9, 178:12,
178:14, 178:15,
178:16, 178:19,
178:20, 178:22,
178:24, 179:2, 179:3,
179:12, 179:16,
180:5, 180:6, 180:14,
190:11
**Price** [2] - 93:13,
128:10
**prices** [101] - 8:14,
11:23, 12:2, 12:3,
12:7, 19:24, 22:17,
22:22, 23:15, 24:19,
24:20, 28:6, 28:20,
32:7, 38:11, 38:12,
39:1, 39:5, 47:3,
48:13, 48:14, 48:16,
51:21, 59:11, 77:15,
82:1, 84:4, 84:5,
90:10, 95:6, 95:7,
96:8, 98:25, 99:6,
102:8, 102:15, 103:8,
104:8, 104:9, 106:21,
109:11, 109:22,
111:1, 111:15,
111:23, 113:10,
113:12, 113:15,
113:16, 113:18,
113:19, 114:17,
114:23, 115:5,
115:16, 115:20,
116:7, 116:8, 123:18,
126:5, 129:11,
129:20, 130:5,
132:15, 132:23,
136:8, 136:10,
136:18, 136:21,

136:24, 137:17, 137:19, 138:14, 139:9, 139:12, 139:14, 139:15, 139:20, 139:21, 139:22, 139:25, 140:2, 140:8, 150:5, 151:17, 170:5, 170:10, 170:12, 171:23, 183:9, 184:7, 184:15, 184:25, 188:1, 189:10, 200:5, 201:11

**pricing** [2] - 136:3, 136:4

**primary** [1] - 13:16

**primer** [1] - 31:23

**principle** [1] - 185:17

**print** [1] - 62:12

**prisoner's** [1] - 188:3

**privy** [1] - 148:6

**probability** [2] - 55:10, 55:12

**problem** [7] - 64:23, 142:9, 142:12, 142:20, 147:11, 167:16, 170:10

**problems** [3] - 132:20, 221:3, 221:9

**procedure** [1] - 93:3

**procedures** [1] - 34:24

**proceed** [3] - 6:9, 203:5, 204:4

**proceeding** [1] - 56:11

**proceedings** [2] - 31:9, 228:17

**PROCEEDINGS** [1] - 1:15

**process** [14] - 13:14, 15:2, 100:5, 192:24, 208:4, 212:3, 212:4, 212:8, 213:17, 214:11, 215:1, 215:22, 215:23, 223:18

**PROCESSED** [1] - 1:4

**processed** [1] - 212:25

**processing** [2] - 218:6, 224:8

**produce** [5] - 45:16, 45:22, 59:12, 211:3, 218:5

**produced** [14] - 1:25, 44:17, 62:1, 70:3, 72:6, 73:19, 76:17, 78:23, 106:3, 113:13,

168:20, 170:20, 208:8, 223:10

**producer** [30] - 29:2, 46:23, 76:24, 80:16, 106:15, 126:5, 147:22, 148:4, 156:1, 156:5, 156:13, 156:21, 165:18, 167:12, 167:19, 167:25, 168:6, 168:14, 187:14, 189:18, 197:7, 197:12, 201:6, 201:13, 209:5, 209:8, 209:11, 219:23, 220:3

**producers** [44] - 17:22, 38:10, 38:22, 38:23, 46:20, 47:9, 48:15, 50:5, 76:23, 106:2, 108:13, 122:13, 161:18, 164:1, 164:11, 165:4, 167:3, 167:22, 168:8, 168:17, 169:1, 169:5, 169:14, 172:2, 174:20, 175:8, 176:1, 176:4, 176:23, 177:4, 177:11, 177:17, 187:24, 192:4, 192:19, 192:25, 193:10, 193:23, 198:14, 198:19, 198:20, 198:25, 199:14, 199:23

**Producers** [5] - 3:7, 29:9, 71:4, 100:13, 101:3

**producers'** [1] - 47:2

**producing** [5] - 32:1, 32:18, 39:2, 208:3, 218:11

**product** [24] - 27:3, 27:18, 28:3, 78:1, 94:2, 94:10, 96:10, 99:14, 103:25, 104:22, 104:23, 105:1, 105:5, 106:15, 106:24, 107:5, 108:15, 109:9, 109:23, 109:25, 118:20, 178:14, 180:7, 219:8

**Production** [1] - 60:1

**production** [118] - 26:10, 26:11, 28:25, 29:2, 29:10, 42:8, 46:8, 49:3, 49:21, 54:13, 59:2, 59:3, 59:5, 59:14, 59:21, 60:11, 60:16, 60:20,

60:22, 60:23, 61:21, 61:23, 62:12, 63:7, 63:11, 63:14, 63:19, 64:19, 64:25, 65:9, 65:16, 65:20, 65:22, 65:24, 66:4, 66:7, 66:12, 66:18, 69:16, 70:7, 72:1, 72:3, 72:7, 75:5, 82:20, 87:25, 88:2, 88:5, 88:23, 89:7, 114:11, 135:14, 150:25, 151:7, 153:23, 155:19, 157:7, 158:21, 161:24, 162:25, 163:6, 163:17, 163:19, 164:24, 171:20, 171:25, 172:1, 172:3, 172:17, 172:23, 173:1, 174:4, 179:2, 179:5, 180:3, 180:4, 185:14, 185:18, 185:21, 187:24, 189:17, 194:18, 198:6, 198:11, 204:15, 204:17, 205:10, 205:11, 207:12, 207:24, 208:2, 208:10, 208:20, 208:21, 208:25, 209:18, 209:22, 210:7, 210:10, 215:5, 215:18, 215:22, 218:5, 218:6, 218:7, 219:11, 219:15, 219:22, 220:10, 220:13, 220:21, 220:25, 221:10, 221:25, 222:4, 224:2

**productivity** [5] - 32:14, 45:23, 46:2, 62:3, 87:13

**PRODUCTS** [1] - 1:4

**products** [39] - 12:2, 16:2, 24:21, 27:5, 48:17, 92:8, 92:21, 93:25, 94:19, 95:15, 95:22, 96:9, 98:1, 98:15, 99:4, 99:6, 99:12, 101:14, 103:4, 105:7, 106:13, 106:18, 106:24, 108:4, 108:14, 111:8, 116:17, 118:19, 128:20, 138:13, 138:25, 139:1, 139:2, 140:12, 172:19, 189:10, 219:6, 219:9, 219:10

**professionals** [1] -

21:17

**professor** [8] - 6:20, 6:22, 6:24, 6:25, 7:6, 12:17, 188:9

**Professor** [69] - 4:16, 5:11, 6:16, 7:4, 7:23, 9:11, 9:21, 10:13, 11:11, 12:12, 16:17, 18:11, 18:22, 20:1, 20:12, 20:19, 21:4, 22:7, 25:16, 26:24, 30:21, 31:12, 33:5, 33:15, 42:20, 51:23, 57:9, 59:23, 64:2, 66:14, 69:10, 75:22, 86:17, 87:18, 93:12, 100:9, 100:12, 101:18, 102:20, 103:16, 105:20, 108:16, 109:19, 113:6, 113:25, 118:7, 119:3, 119:5, 120:20, 122:9, 122:25, 125:23, 128:9, 131:7, 140:19, 143:17, 143:24, 153:9, 169:10, 181:8, 182:4, 182:7, 182:12, 189:20, 190:22, 198:4, 200:10, 202:4, 202:8

**profit** [1] - 104:11

**profitably** [4] - 104:12, 106:16, 106:21, 108:11

**profits** [1] - 132:16

**program** [7] - 126:11, 176:9, 192:5, 192:25, 193:2, 205:16, 205:24

**Program** [27] - 56:2, 124:23, 125:8, 151:4, 151:11, 153:1, 153:2, 153:13, 153:16, 153:18, 155:15, 156:6, 159:15, 159:23, 160:16, 161:8, 161:18, 161:20, 164:1, 165:17, 166:14, 173:2, 174:4, 180:19, 181:13, 201:3

**programmer** [1] - 21:22

**programs** [3] - 22:25, 223:2, 224:12

**progressively** [1] - 160:10

**prohibit** [1] - 188:25

**prohibits** [1] - 165:9

**project** [7] - 84:9, 145:3, 145:6, 145:14, 146:15, 146:18, 147:4

**projection** [1] - 86:1

**projections** [1] - 217:1

**promise** [1] - 225:8

**promised** [1] - 81:10

**promoted** [1] - 207:10

**proper** [3] - 189:20, 189:21, 223:22

**properly** [1] - 206:11

**protect** [1] - 16:1

**Protection** [3] - 15:18, 15:19, 16:8

**protection** [1] - 15:23

**protein** [1] - 108:6

**prove** [6] - 36:22, 38:15, 60:12, 60:13, 72:23, 137:22

**provide** [2] - 15:25, 85:4

**provided** [2] - 71:21, 156:1

**provides** [2] - 11:7, 137:25

**providing** [2] - 71:20, 78:17

**Public** [1] - 13:5

**publication** [1] - 11:6

**publications** [1] - 20:3

**publish** [3] - 10:20, 13:13, 155:5

**published** [6] - 11:20, 11:23, 12:24, 20:1, 20:4, 33:10

**Publix** [3] - 2:13, 119:18, 120:12

**pull** [2] - 17:23, 143:17

**pullet** [18] - 204:20, 205:12, 207:11, 207:17, 208:7, 209:14, 209:16, 210:4, 210:20, 213:20, 214:4, 214:21, 216:4, 216:11, 217:2, 217:10, 217:12, 217:13

**pullets** [6] - 40:3, 207:21, 209:13, 215:3, 217:11, 217:15

**purchase** [4] - 76:22, 77:11, 214:10, 214:12

**purchased** [9] - 109:9, 115:25,

117:21, 117:25,
118:18, 119:9, 120:2,
121:4
**purchasers** [1] -
76:17
**purchases** [4] - 95:1,
112:4, 117:16, 143:22
**Purchases** [2] -
118:10, 123:12
**Purdue** [4] - 7:14,
7:15, 205:1, 205:4
**pure** [1] - 19:14
**purely** [3] - 16:10,
71:12, 186:15
**purple** [1] - 114:16
**purposes** [5] - 53:20,
110:15, 117:24,
118:16, 152:17
**pursuant** [3] - 76:17,
161:4, 174:13
**purview** [1] - 204:22
**put** [32] - 14:24, 27:9,
30:3, 33:1, 45:23,
58:19, 64:21, 68:11,
68:22, 77:25, 83:20,
90:6, 117:23, 118:2,
118:15, 123:2,
125:17, 125:18,
135:16, 140:25,
141:23, 174:5, 194:7,
196:8, 211:9, 212:2,
213:2, 216:25,
217:16, 221:11,
222:15, 227:18
**puts** [2] - 77:23, 78:6
**putting** [5] - 32:15,
78:12, 80:18, 81:18,
163:13

**Q**

**qualifications** [1] -
18:12
**qualified** [1] - 13:19
**Quality** [1] - 122:21
**quality** [4] - 11:4,
209:1, 209:19, 211:24
**quantified** [1] - 129:6
**quantify** [3] - 127:23,
133:9, 152:13
**quantifying** [3] -
56:6, 91:8, 99:3
**quantities** [2] -
118:1, 128:21
**quantity** [11] - 90:17,
91:6, 92:6, 96:23,
97:19, 97:21, 104:10,
178:13, 178:20,
178:21, 179:13

**questions** [29] -
19:15, 32:16, 52:21,
66:14, 72:17, 107:17,
142:3, 142:8, 143:13,
144:25, 145:2,
162:15, 182:8, 182:9,
182:10, 182:12,
187:13, 187:18,
189:15, 190:25,
194:15, 196:19,
197:6, 197:10,
198:13, 200:11,
200:17, 200:19, 223:3
**quick** [2] - 193:4,
200:19
**quickly** [2] - 124:23,
125:4
**quit** [2] - 27:3, 35:15
**quite** [6] - 5:3,
153:10, 179:15,
199:10, 211:24, 218:4
**quo** [1] - 160:18
**quote** [1] - 102:4
**quote/unquote** [1] -
142:13
**quotes** [1] - 107:22

**R**

**R-square** [2] - 63:17,
64:1
**R-squared** [2] -
63:21, 64:24
**R.W** [24] - 120:8,
121:6, 121:13, 122:22
**race** [1] - 188:7
**Rahn** [1] - 101:1
**RAHN** [1] - 101:1
**raincoats** [1] - 141:8
**raise** [14] - 5:18,
14:21, 22:17, 38:12,
51:13, 51:14, 126:4,
132:15, 151:17,
178:21, 190:11,
200:5, 201:11, 203:16
**raised** [3] - 51:5,
179:13, 187:6
**raises** [2] - 27:2,
150:7
**raising** [1] - 210:14
**ramped** [1] - 53:17
**ran** [10] - 42:11,
47:24, 48:12, 51:25,
52:23, 62:21, 93:7,
95:14, 184:20, 191:12
**Ranch** [1] - 120:23
**random** [1] - 30:2,
127:22, 186:15
**randomly** [1] -

127:19
**range** [9] - 86:7,
101:9, 102:13,
218:23, 218:24,
219:4, 219:6, 219:8,
219:16
**ranged** [2] - 111:2,
111:3
**rate** [13] - 21:13,
21:16, 26:14, 48:20,
48:24, 48:25, 146:2,
146:5, 146:25, 222:7,
222:9, 222:14, 222:19
**rates** [2] - 216:10,
223:13
**rather** [5] - 4:8, 5:1,
19:14, 152:13, 225:16
**rationale** [4] - 70:7,
79:16, 79:20, 85:3
**raw** [12] - 32:23,
42:24, 58:9, 58:12,
61:1, 61:2, 82:22,
88:19, 114:10,
114:12, 140:2
**RE** [1] - 1:4
**reach** [1] - 150:6
**reached** [4] - 25:8,
25:21, 140:20, 227:9
**react** [2] - 17:16,
47:6
**reacting** [1] - 186:24
**reaction** [1] - 17:19
**read** [29] - 13:17,
25:3, 25:25, 80:25,
94:4, 101:23, 114:7,
114:8, 118:14,
122:18, 124:16,
124:25, 133:23,
139:6, 159:8, 159:20,
162:9, 162:11,
162:12, 162:16,
163:20, 163:21,
169:19, 171:2, 171:5,
171:7, 188:16, 194:15
**reading** [7] - 31:7,
31:13, 37:7, 90:15,
103:11, 159:18,
170:25
**reads** [9] - 40:22,
41:2, 54:25, 62:12,
71:25, 94:6, 97:7,
102:11, 122:11
**ready** [7] - 141:9,
141:21, 142:24,
143:11, 206:12, 215:1
**real** [14] - 36:1,
43:23, 44:12, 44:18,
44:19, 47:21, 48:7,
48:13, 48:14, 49:8,
58:11, 64:14, 84:5,

147:10
**real-world** [1] - 36:1
**reality** [1] - 185:12
**realize** [1] - 184:16
**realized** [3] - 102:15,
142:2, 143:16
**really** [25] - 4:24, 5:2,
6:11, 19:10, 29:8,
48:24, 53:3, 55:10,
72:14, 75:7, 81:24,
86:11, 97:24, 107:4,
144:7, 176:10,
177:24, 185:25,
203:4, 211:22, 215:3,
218:19, 225:11,
225:15, 227:13
**rearranged** [1] -
69:10
**reason** [8] - 44:7,
49:6, 51:18, 59:17,
106:10, 169:17,
177:14, 225:18
**reasonably** [3] -
9:14, 9:15, 61:5
**reasons** [8] - 5:14,
26:12, 29:14, 80:4,
103:23, 169:5, 174:9,
187:10
**received** [4] - 7:12,
11:17, 12:14, 116:12
**recently** [1] - 15:17
**recess** [4] - 69:1,
141:16, 141:17,
202:23
**recession** [2] - 49:7,
49:10
**Recession** [1] -
36:17
**recessions** [2] -
44:20, 64:15
**recognize** [5] -
49:21, 56:17, 71:7,
80:8, 173:20
**recollection** [6] -
145:18, 151:13,
165:3, 174:3, 193:3,
193:14
**recommendation** [3]
- 13:25, 14:25, 15:5
**recommendations**
[2] - 11:7, 16:16
**reconsider** [3] -
200:12, 202:4, 202:7
**record** [60] - 5:24,
23:2, 23:14, 24:1,
37:12, 37:24, 38:1,
38:9, 38:13, 41:25,
45:19, 48:9, 48:11,
53:20, 56:18, 68:6,
68:11, 68:23, 70:3,

70:25, 77:10, 79:6,
82:13, 92:23, 95:8,
99:15, 99:17, 99:21,
100:15, 100:17,
107:21, 114:23,
121:2, 122:18, 125:9,
125:19, 127:15,
131:3, 132:5, 132:12,
135:11, 136:8, 139:7,
140:25, 141:23,
142:12, 142:14,
148:8, 150:11,
150:16, 150:17,
151:14, 152:2, 152:7,
170:4, 170:8, 180:13,
190:18, 203:22,
228:17
**Record** [1] - 114:8
**record-driven** [1] -
150:16
**records** [3] - 76:15,
148:9, 164:15
**recross** [1] - 200:18
**RECROSS** [1] -
200:21
**RECROSS-**
**EXAMINATION** [1] -
200:21
**red** [13] - 60:5, 83:1,
85:15, 85:17, 85:21,
85:25, 86:10, 86:11,
88:9, 112:8, 112:9,
139:13
**REDDING** [1] - 3:4
**REDIRECT** [1] -
182:2
**redirect** [2] - 162:21,
181:25
**reduce** [14] - 22:17,
23:3, 25:18, 32:11,
46:3, 51:10, 56:20,
90:24, 132:11,
132:15, 158:24,
163:19, 184:7, 201:10
**reduced** [3] - 31:17,
55:12, 70:14, 90:17,
102:16, 108:24,
128:22, 162:25,
163:5, 163:17, 191:20
**reduction** [40] -
27:13, 28:11, 29:12,
31:20, 32:14, 32:20,
43:14, 43:18, 52:19,
53:12, 53:22, 53:25,
54:7, 63:11, 65:20,
65:21, 65:24, 66:1,
66:4, 66:7, 66:12,
72:1, 72:3, 89:14,
90:19, 91:3, 91:6,
97:20, 98:11, 98:16,

99:2, 99:5, 102:7, 109:10, 128:24, 129:4, 135:14, 135:15, 151:7, 185:9
**Reduction** [1] - 52:6
**reductions** [11] - 22:16, 22:23, 46:5, 76:14, 98:24, 109:5, 110:11, 118:23, 132:8, 150:5, 191:16
**REEDER** [1] - 3:5
**refer** [3] - 41:5, 59:24, 177:22
**referee** [1] - 187:9
**referees** [2] - 11:10, 13:23
**reference** [16] - 10:9, 41:5, 46:16, 48:4, 55:3, 58:1, 67:8, 69:15, 98:6, 119:17, 135:7, 144:2, 192:20, 196:21, 199:20, 225:23
**referenced** [1] - 93:8
**references** [2] - 41:6, 49:14
**referencing** [2] - 94:5, 101:6
**referred** [5] - 61:12, 87:19, 111:7, 134:7, 184:5
**referring** [19] - 36:4, 43:7, 57:16, 85:17, 91:19, 93:1, 93:2, 96:4, 102:10, 103:6, 115:12, 118:8, 129:12, 129:13, 129:16, 153:15, 159:3, 164:21, 218:19
**refers** [1] - 98:22
**reflect** [5] - 59:20, 61:11, 62:4, 95:24, 128:4
**reflected** [9] - 62:11, 87:21, 91:16, 93:18, 99:9, 110:8, 118:12, 124:11, 140:4
**Reform** [1] - 15:22
**refresh** [2] - 10:14, 165:3
**regard** [15] - 20:24, 21:2, 59:21, 61:21, 74:22, 93:7, 103:6, 120:1, 120:20, 121:1, 121:9, 121:15, 121:23, 122:3, 140:16
**regarding** [8] - 20:2, 20:5, 22:8, 22:12, 31:16, 49:25, 127:11, 150:18

**regardless** [1] - 150:6
**region** [2] - 88:6, 88:8
**regression** [30] - 42:9, 42:15, 49:17, 52:23, 61:19, 61:22, 62:5, 63:13, 64:6, 64:11, 64:22, 70:12, 71:5, 73:9, 73:12, 73:13, 73:20, 73:23, 74:23, 81:2, 81:5, 93:2, 115:3, 115:4, 136:2, 183:17, 195:5
**regressions** [5] - 42:11, 43:1, 51:23, 51:25, 95:14
**regulations** [1] - 223:6
**regulatory** [2] - 222:20, 222:24
**reinforced** [1] - 65:6
**reject** [2] - 135:3, 191:19
**rejected** [1] - 18:12
**rejects** [1] - 11:8
**rejoin** [2] - 141:21, 142:24
**relate** [1] - 155:13
**related** [8] - 10:23, 15:23, 61:6, 78:10, 149:20, 155:14, 195:24, 196:2
**relates** [1] - 55:10
**relationship** [11] - 18:14, 18:22, 37:18, 73:14, 103:21, 113:10, 113:11, 115:5, 115:13, 116:9, 123:17
**relationships** [1] - 73:21
**relative** [6] - 27:15, 29:11, 72:5, 136:21, 139:4, 139:25
**relatively** [3] - 27:6, 35:14, 35:17
**relevance** [1] - 197:14
**Relevant** [1] - 105:19
**relevant** [35] - 26:19, 27:17, 27:18, 27:23, 28:3, 46:21, 83:21, 103:17, 103:22, 104:3, 104:14, 104:15, 104:21, 104:23, 104:25, 105:1, 105:5, 105:7, 105:11, 105:22, 106:4, 106:12,

106:23, 106:24, 107:10, 107:12, 107:14, 108:15, 108:19, 156:8, 156:18, 173:3, 175:19, 221:18
**reliably** [1] - 133:21
**reliant** [1] - 106:1
**relied** [2] - 24:18, 24:19
**rely** [2] - 19:13, 75:6
**remain** [2] - 5:18, 203:16
**remaining** [1] - 75:12
**remember** [26] - 10:13, 30:6, 70:16, 100:20, 114:4, 145:11, 145:21, 157:13, 157:14, 157:17, 159:16, 159:17, 159:18, 159:19, 159:22, 160:2, 164:3, 164:5, 164:9, 164:13, 164:14, 165:23, 166:19, 198:18, 210:6
**remind** [2] - 81:15, 104:6
**repeat** [2] - 163:3, 178:7
**rephrase** [1] - 113:1
**rephrased** [2] - 112:17, 112:18
**replaced** [2] - 205:13, 210:1
**replacement** [2] - 209:13, 217:10
**replacing** [1] - 167:4
**replenish** [1] - 80:11
**reply** [1] - 134:14
**report** [48] - 4:25, 18:7, 29:21, 29:24, 30:4, 30:5, 30:8, 30:11, 53:22, 62:25, 65:20, 66:3, 66:11, 75:20, 77:22, 98:4, 107:22, 113:14, 123:3, 124:9, 125:16, 131:8, 132:12, 132:13, 138:25, 145:10, 145:15, 157:1, 164:18, 164:25, 165:4, 167:12, 167:15, 173:23, 174:13, 176:14, 176:17, 177:14, 191:25, 192:17, 195:19, 195:23, 201:2, 207:2, 208:18

**reported** [3] - 15:10, 65:24, 66:8
**reporter** [1] - 31:8
**Reporter** [2] - 1:21, 228:21
**reporting** [8] - 65:15, 95:5, 131:11, 133:18, 133:20, 163:23, 166:16, 206:4
**reports** [15] - 24:20, 29:21, 30:15, 30:21, 31:2, 31:4, 95:5, 126:18, 126:25, 145:18, 163:25, 164:12, 164:13, 165:14, 208:22
**represent** [4] - 17:6, 48:7, 144:24, 177:10
**representation** [3] - 166:21, 166:23, 218:3
**represented** [7] - 17:21, 149:23, 174:20, 176:1, 177:5, 201:1, 219:11
**represents** [1] - 58:20
**requested** [1] - 114:8
**require** [4] - 14:22, 104:3, 194:5
**required** [6] - 8:24, 157:2, 163:25, 164:11, 165:17, 183:11
**requirement** [4] - 164:3, 165:21, 166:9, 166:16
**requirements** [2] - 165:12, 166:15
**requiring** [1] - 165:4
**Research** [4] - 8:20, 15:18, 16:6, 16:8
**research** [12] - 8:7, 8:10, 10:21, 10:22, 11:1, 11:21, 19:15, 25:6, 76:25, 183:7, 210:17, 224:21
**researchers** [3] - 15:13, 19:13, 101:13
**resist** [1] - 74:18
**resources** [3] - 16:12, 16:15, 189:6
**respect** [20] - 13:25, 23:10, 60:10, 61:22, 63:14, 65:16, 77:3, 90:2, 117:13, 117:15, 123:20, 140:5, 140:14, 150:17, 151:23, 178:14, 187:15, 187:17, 194:24, 198:8

**response** [7] - 91:10, 102:15, 129:4, 134:13, 134:23, 145:1, 145:19
**responsibilities** [3] - 13:11, 16:7, 208:13
**responsibility** [1] - 13:17
**responsible** [5] - 148:15, 206:2, 206:17, 206:24, 218:14
**rest** [2] - 141:9, 219:20
**rested** [2] - 5:13, 203:9
**restraint** [3] - 78:25, 79:2, 192:13
**restraints** [2] - 195:25, 196:3
**restrict** [10] - 126:4, 156:16, 170:14, 188:22, 190:5, 190:10, 190:19, 191:23, 200:5, 219:2
**Restriction** [33] - 40:1, 40:5, 40:14, 41:1, 41:8, 42:2, 52:10, 53:18, 53:21, 53:24, 54:1, 54:2, 54:11, 54:13, 54:16, 54:19, 65:12, 65:23, 66:6, 66:18, 66:22, 67:5, 75:13, 152:20, 161:7, 161:8, 162:4, 191:20, 195:15, 195:18
**restriction** [18] - 40:2, 40:9, 40:12, 41:7, 41:14, 52:12, 53:11, 53:23, 66:2, 66:10, 71:16, 80:20, 87:2, 160:12, 161:1, 161:2, 162:7
**Restrictions** [4] - 155:13, 158:6, 163:15, 196:22
**restrictions** [50] - 32:10, 39:12, 39:22, 39:24, 40:10, 40:25, 41:23, 42:1, 50:24, 53:10, 53:15, 54:6, 54:13, 54:15, 54:23, 55:24, 56:20, 58:18, 63:1, 63:2, 63:6, 71:5, 71:6, 71:9, 72:6, 81:18, 150:18, 150:19, 152:24, 153:12, 155:15, 157:6, 158:4, 158:16,

159:5, 160:10, 160:25, 161:24, 162:5, 162:6, 170:13, 180:18, 181:14, 191:2, 191:7, 194:17, 195:6, 195:11
**restrictive** [1] - 80:21
**resubmit** [1] - 14:2
**result** [41] - 12:3, 23:15, 28:6, 28:21, 30:12, 54:22, 56:7, 56:12, 59:18, 72:23, 73:4, 95:24, 96:1, 98:15, 102:8, 108:24, 109:10, 109:12, 110:21, 119:1, 119:7, 119:13, 120:3, 120:9, 120:13, 120:17, 120:21, 121:3, 121:11, 121:17, 121:24, 125:4, 129:20, 130:5, 135:15, 173:1, 179:2, 180:8, 180:10, 184:17, 189:9
**resulted** [2] - 129:11, 134:21
**results** [32] - 13:24, 43:22, 48:12, 49:9, 52:3, 52:23, 54:20, 55:18, 62:4, 63:12, 63:13, 65:15, 71:19, 74:22, 75:19, 77:15, 81:23, 82:5, 82:8, 84:13, 85:9, 87:14, 93:6, 128:1, 128:4, 129:13, 130:12, 140:20, 155:10, 182:25, 184:6, 184:20
**resume** [5] - 67:25, 69:7, 141:6, 141:9, 143:11
**resumes** [2] - 69:2, 141:18
**retailer** [1] - 78:3
**retailers** [2] - 77:23, 192:5
**retailers'** [1] - 118:19
**returning** [1] - 13:8
**review** [11] - 20:4, 23:2, 23:14, 24:1, 25:7, 77:10, 127:17, 132:5, 151:13, 152:2, 193:4
**reviewed** [18] - 10:17, 10:19, 10:21, 11:11, 11:19, 12:24, 14:20, 20:2, 25:4, 45:19, 70:4, 79:5, 79:6, 95:8, 125:23,

159:21, 164:15, 190:18
**reviews** [1] - 13:21
**revise** [2] - 11:9, 14:1
**revisit** [1] - 227:6
**revolution** [1] - 19:11
**rich** [1] - 126:5
**rICHARD** [1] - 2:3
**rid** [2] - 34:10, 112:6
**right-hand** [5] - 67:4, 67:7, 71:23, 72:10, 90:8
**ring** [1] - 170:24
**rise** [12] - 4:18, 68:2, 69:3, 91:4, 126:5, 141:12, 141:19, 143:8, 170:10, 202:16, 202:24, 224:24
**rises** [4] - 27:4, 91:10, 92:4, 92:5
**rising** [1] - 26:12
**risk** [1] - 80:1
**ROBIN** [1] - 3:3
**robust** [5] - 47:7, 62:23, 89:15, 183:19, 185:16
**robustness** [4] - 46:25, 71:20, 74:16, 82:3
**role** [5] - 14:6, 15:11, 126:1, 148:16, 207:22
**room** [7] - 1:22, 38:11, 38:15, 38:21, 38:25, 39:23, 188:14
**Rose** [57] - 3:16, 28:21, 28:23, 28:24, 29:1, 29:10, 29:14, 57:5, 57:6, 109:12, 111:16, 112:4, 113:8, 115:17, 116:12, 117:17, 118:11, 120:3, 120:8, 121:6, 122:22, 123:13, 123:20, 139:1, 140:6, 140:12, 143:23, 144:24, 147:14, 189:16, 190:6, 190:11, 197:19, 197:23, 198:1, 198:3, 198:7, 198:9, 203:14, 204:13, 205:5, 205:9, 208:13, 208:16, 209:7, 209:21, 212:11, 213:25, 215:23, 218:8, 218:19, 219:11, 219:22, 219:23,

220:20, 226:10, 227:22
**rotating** [1] - 212:7
**roughly** [3] - 55:17, 83:4, 83:6
**round** [1] - 208:9
**rounding** [1] - 110:24
**Roundy's** [3] - 2:7, 119:18, 120:16
**routine** [1] - 206:10
**RPR** [2] - 1:21, 228:21
**ruins** [1] - 196:12
**Rule** [1] - 227:23
**rule** [40] - 40:7, 40:11, 40:22, 40:24, 43:17, 61:4, 71:10, 71:14, 75:16, 75:22, 76:2, 76:12, 77:17, 77:21, 77:22, 78:18, 78:20, 125:5, 161:23, 162:5, 162:8, 162:24, 163:5, 163:15, 163:16, 164:22, 164:24, 165:13, 166:16, 192:2, 192:13, 193:8, 194:4, 194:16, 195:14, 196:7, 196:21, 196:25, 197:2, 222:25
**rules** [4] - 68:12, 126:9, 141:10, 197:17
**run** [6] - 42:9, 51:23, 74:8, 102:14, 191:18, 221:20
**running** [2] - 136:2, 205:14
**runs** [2] - 83:6, 91:19
**Rust** [2] - 206:4, 221:3

## S

**safely** [3] - 201:23, 202:8, 224:18
**safety** [1] - 222:25
**Safeway** [4] - 2:6, 119:18, 120:20, 120:22
**salary** [1] - 51:10
**Sales** [1] - 129:17
**sales** [7] - 129:23, 139:2, 216:19, 216:20, 217:1, 224:6, 226:10
**Salmonella** [1] - 223:1
**sanity** [1] - 21:23

**Sauder** [4] - 120:8, 121:6, 121:13, 122:22
**saw** [8] - 52:12, 110:10, 113:23, 122:17, 148:9, 151:14
**scare** [1] - 221:13
**scared** [1] - 221:20
**scary** [1] - 5:2
**schedule** [7] - 210:2, 211:8, 217:6, 217:19, 217:20, 224:21, 225:23
**scheduled** [1] - 215:21
**scheduling** [2] - 5:13, 215:22
**scheme** [3] - 17:23, 201:10, 222:20
**School** [2] - 7:8, 8:5
**science** [3] - 8:22, 135:9, 205:3
**scientific** [9] - 10:22, 11:4, 35:25, 73:21, 133:9, 133:24, 138:2, 140:1, 191:21
**Scientific** [2] - 171:6, 171:9
**scientifically** [4] - 36:3, 56:1, 60:14, 183:2
**scrambling** [2] - 132:17
**screen** [8] - 33:5, 33:11, 61:10, 63:10, 69:11, 69:14, 94:5, 166:3
**scrutiny** [1] - 14:22
**search** [2] - 72:24, 100:22
**searches** [1] - 24:25
**searching** [1] - 100:21
**seasonal** [2] - 49:22, 88:22
**seasonality** [5] - 64:19, 84:7, 88:21, 88:24, 89:2
**seat** [4] - 4:5, 5:22, 203:20
**seated** [2] - 31:8, 226:24
**seats** [4] - 4:20, 141:20, 143:11, 203:1
**sec** [1] - 210:13
**second** [10] - 12:19, 21:24, 22:19, 39:14, 50:1, 93:21, 112:1, 136:1, 142:2, 177:22
**secondly** [2] - 103:25, 137:21

**section** [2] - 164:21, 166:7
**sections** [1] - 219:3
**see** [72] - 4:4, 4:11, 32:23, 32:24, 33:5, 33:7, 33:17, 34:1, 34:2, 34:10, 34:14, 34:21, 40:13, 40:25, 42:3, 43:22, 43:25, 46:9, 47:14, 51:19, 55:1, 58:19, 60:11, 62:12, 67:10, 69:12, 69:18, 74:3, 75:14, 75:20, 87:3, 88:6, 88:20, 92:23, 93:15, 98:8, 98:20, 110:25, 114:22, 116:20, 122:14, 122:23, 122:24, 128:12, 129:5, 131:9, 139:3, 139:15, 141:5, 141:10, 141:21, 143:2, 144:3, 150:11, 155:8, 158:7, 158:8, 162:3, 165:1, 165:2, 165:5, 166:9, 166:11, 170:14, 191:4, 196:21, 207:23, 210:12, 217:24, 222:3, 222:11, 224:22
**seeing** [10] - 88:7, 88:8, 88:9, 100:10, 115:14, 139:19, 193:18, 193:19, 210:6
**seem** [2] - 176:8, 180:23
**segment** [1] - 189:14
**select** [1] - 86:20
**selection** [1] - 222:18
**sell** [6] - 27:14, 193:22, 194:8, 196:11, 196:12, 199:2
**selling** [3] - 12:21, 78:20, 223:12
**send** [2] - 11:2, 13:20
**sends** [2] - 11:3, 13:14
**sensation** [1] - 194:21
**sense** [4] - 38:22, 57:14, 97:15, 195:9
**sensible** [1] - 228:1
**sensitive** [3] - 26:25, 90:10, 97:14
**sent** [3] - 4:6, 131:13, 212:21
**sentence** [5] - 64:1, 95:4, 164:19, 164:20,

187:3
**sentences** [1] - 64:3
**separate** [5] - 15:2, 15:5, 47:25, 115:4, 210:25
**separately** [4] - 48:12, 48:13, 76:2, 163:12
**series** [2] - 112:11, 187:13
**serve** [8] - 13:6, 16:11, 17:10, 17:14, 17:16, 18:8, 21:5, 113:23
**served** [4] - 12:25, 13:2, 13:4, 16:17
**services** [1] - 44:17
**session** [1] - 4:8
**set** [13] - 26:22, 37:19, 39:1, 42:23, 53:9, 72:24, 93:19, 106:13, 106:18, 143:21, 211:10, 217:12
**setup** [2] - 218:22, 219:4
**seven** [1] - 16:10
**several** [4] - 31:15, 98:19, 213:18, 224:12
**sexually** [2] - 210:21, 214:25
**Seymour** [8] - 205:17, 207:1, 207:15, 212:19, 214:8, 214:9, 214:19, 214:20
**shaded** [1] - 86:12
**shadows** [1] - 21:25
**SHAPIRA** [1] - 2:15
**share** [3] - 124:7, 174:12, 174:15
**shares** [1] - 175:3
**shavings** [1] - 221:11
**Shell** [4] - 94:2, 94:5, 94:6, 123:12
**shell** [26] - 94:12, 96:10, 98:14, 99:4, 99:13, 101:14, 103:4, 105:6, 106:24, 108:3, 108:9, 108:12, 108:14, 109:9, 110:18, 111:11, 112:4, 114:12, 114:13, 137:14, 138:3, 138:14, 138:18, 139:13, 172:7
**shift** [1] - 187:12
**shifts** [1] - 90:25
**shipped** [1] - 105:23

**shoot** [1] - 216:12
**shopper** [1] - 35:14
**short** [24] - 22:15, 22:24, 102:13, 127:18, 127:19, 131:19, 131:21, 131:25, 132:8, 133:2, 133:5, 133:6, 148:20, 148:23, 151:15, 152:8, 152:18, 182:13, 182:17, 184:2, 184:4, 186:6, 202:13, 217:22
**short-lived** [1] - 148:23
**short-term** [19] - 22:15, 22:24, 127:18, 127:19, 131:19, 131:21, 131:25, 132:8, 133:2, 133:5, 133:6, 148:20, 152:8, 152:18, 182:13, 182:17, 184:2, 184:4, 186:6
**shorthand** [1] - 1:25
**shortly** [2] - 8:5, 227:25
**shot** [1] - 213:2
**show** [16] - 34:17, 52:2, 53:2, 58:5, 82:8, 87:14, 91:15, 93:6, 99:19, 109:21, 125:13, 137:4, 138:9, 155:6, 188:9, 213:16
**showed** [11] - 33:20, 60:9, 64:7, 82:20, 99:1, 123:20, 125:17, 140:8, 174:6, 198:15, 198:23
**showing** [3] - 138:14, 193:14, 226:22
**shown** [9] - 52:22, 84:14, 88:16, 100:18, 105:20, 109:1, 126:21, 128:14, 213:24
**shows** [12] - 53:12, 63:9, 87:23, 100:24, 105:22, 109:21, 112:7, 123:16, 124:17, 125:2, 136:8
**shrink** [1] - 187:25
**shrinks** [2] - 85:22, 97:19
**shtick** [1] - 4:14
**shutting** [1] - 78:22
**side** [14] - 13:13, 16:23, 16:24, 66:15, 66:17, 67:4, 69:15,

71:23, 98:8, 103:8, 129:14, 164:21, 208:2, 216:24
**sides** [1] - 68:14
**sign** [4] - 192:5, 193:8, 194:5
**signal** [1] - 224:16
**signaling** [1] - 193:6
**signed** [3] - 15:21, 148:7, 201:9
**Significance** [1] - 72:11
**significance** [9] - 55:4, 55:9, 67:16, 75:19, 115:13, 115:22, 115:23, 124:20, 127:5
**significant** [9] - 52:20, 54:25, 67:8, 86:16, 88:10, 106:16, 118:23, 155:20, 192:15
**significantly** [1] - 116:5
**signing** [3] - 193:1, 193:5
**signs** [1] - 78:18
**signup** [1] - 193:16
**similar** [3] - 74:4, 127:17, 140:8
**simple** [17] - 34:21, 36:23, 37:3, 44:13, 61:13, 83:18, 104:16, 104:17, 104:18, 139:3, 175:24, 176:5, 176:7, 176:10, 177:10, 189:11
**simplification** [1] - 185:12
**simply** [5] - 27:18, 101:22, 102:22, 154:24, 211:3
**single** [9] - 21:21, 25:3, 48:10, 134:9, 183:5, 191:23, 195:8, 215:11, 215:13
**single-cycle** [1] - 215:11
**sink** [2] - 75:4, 191:18
**sit** [1] - 69:5
**site** [6] - 206:24, 216:6, 217:14, 223:11, 223:18, 223:20
**sites** [1] - 12:4
**sitting** [3] - 73:7, 159:16, 164:7
**situation** [2] - 196:9, 198:2

**six** [2] - 195:4, 202:14
**size** [89] - 31:18, 31:22, 31:24, 31:25, 32:3, 32:19, 33:24, 40:4, 40:13, 42:24, 43:2, 43:10, 43:11, 43:15, 45:1, 46:5, 51:3, 51:6, 51:7, 52:19, 53:8, 53:12, 53:19, 53:22, 53:25, 54:7, 54:12, 54:22, 57:10, 57:23, 57:24, 58:10, 58:16, 58:17, 58:25, 60:10, 61:4, 61:19, 61:25, 63:2, 65:8, 73:18, 81:3, 81:6, 81:8, 82:21, 82:23, 83:23, 83:24, 83:25, 84:10, 84:14, 84:16, 85:5, 85:11, 87:2, 87:6, 88:1, 114:11, 124:8, 124:12, 128:18, 135:15, 135:16, 151:7, 153:22, 156:20, 156:24, 158:20, 159:4, 161:9, 171:18, 174:15, 174:17, 174:21, 177:7, 186:18, 186:19, 190:6, 191:24, 198:5, 211:7, 216:3, 224:11
**Size** [8] - 33:9, 33:15, 36:11, 52:6, 57:18, 57:19, 82:14, 82:15
**sized** [2] - 45:21, 135:23
**sizes** [2] - 32:9, 220:18
**skeptical** [2] - 17:22, 72:21
**SLATER** [2] - 2:10, 2:10
**Slide** [86] - 33:1, 33:15, 36:10, 39:17, 39:20, 42:17, 42:20, 43:7, 43:20, 52:5, 52:22, 54:25, 57:15, 58:5, 59:23, 59:24, 62:7, 62:9, 62:18, 65:11, 69:14, 74:22, 75:12, 82:11, 82:19, 84:14, 87:5, 87:17, 88:14, 89:22, 90:2, 91:16, 93:10, 93:12, 93:18, 96:4, 97:5, 97:6, 98:8, 99:9, 99:22, 100:12,

100:18, 102:20, 105:18, 105:20, 105:22, 109:19, 110:1, 110:4, 110:8, 112:1, 118:4, 118:12, 122:6, 123:10, 123:24, 124:4, 124:10, 124:11, 125:13, 125:14, 126:19, 126:21, 128:7, 128:9, 129:14, 131:7, 137:4, 137:10, 138:6, 138:8, 138:17, 140:5, 140:14, 140:16, 140:17, 143:17, 143:24, 199:23, 200:23, 200:24
**slide** [39] - 33:7, 39:15, 42:14, 52:2, 52:5, 52:22, 59:20, 59:24, 61:7, 62:4, 62:11, 82:8, 82:10, 82:14, 87:14, 87:18, 87:22, 89:23, 90:3, 96:2, 96:4, 101:16, 102:18, 105:15, 109:15, 109:20, 112:7, 123:12, 123:16, 123:25, 125:14, 128:4, 128:15, 137:5, 137:9, 138:4, 138:20, 199:6
**Slides** [1] - 95:13
**slides** [6] - 62:4, 138:5, 141:24, 198:15, 198:17
**slight** [1] - 67:2
**slightly** [1] - 69:11
**slope** [1] - 34:25
**slopes** [1] - 61:14
**slow** [1] - 100:4
**slowed** [1] - 26:14
**small** [8] - 17:22, 27:6, 28:11, 67:1, 106:16, 128:24, 148:10, 218:23
**smaller** [9] - 29:15, 57:1, 62:11, 135:17, 160:7, 181:19, 209:11, 220:1, 220:16
**smallest** [5] - 53:3, 75:7, 75:10, 129:3, 130:11
**smell** [1] - 57:13
**smiling** [1] - 203:3
**smoke** [6] - 38:11, 38:15, 38:21, 38:25, 39:23, 187:5
**smoke-filled** [5] -

38:11, 38:15, 38:21, 38:25, 39:23
**snapshot** [1] - 193:13
**so..** [2] - 210:5, 216:18
**social** [1] - 221:16
**sold** [5] - 118:19, 129:9, 131:17, 198:21, 199:14
**solely** [1] - 195:3
**solicit** [1] - 13:21
**solid** [1] - 61:9
**someone** [6] - 8:23, 13:14, 18:5, 22:4, 68:16, 193:21
**someplace** [1] - 132:2
**something's** [2] - 61:3, 191:24
**sometime** [2] - 41:8, 157:17
**sometimes** [2] - 34:5, 176:12
**somewhere** [2] - 11:15, 70:4
**son's** [1] - 157:20
**sophisticated** [1] - 37:20
**sorry** [27] - 17:4, 39:7, 53:18, 54:14, 58:16, 76:2, 79:18, 82:21, 97:18, 97:21, 109:25, 118:18, 124:2, 133:11, 135:11, 135:25, 152:6, 158:20, 163:9, 178:2, 178:7, 182:4, 193:12, 196:1, 199:4, 201:24, 214:18
**sort** [7] - 112:24, 148:19, 171:15, 177:9, 208:12, 215:20, 227:9
**sound** [1] - 80:6
**sounds** [5] - 152:23, 153:11, 167:1, 178:4, 192:6
**source** [2] - 122:4, 217:24
**South** [3] - 2:5, 2:21, 3:15
**south** [1] - 205:18
**southeast** [2] - 94:14, 94:15
**southern** [3] - 94:12, 94:13, 207:16
**soy** [1] - 84:18
**soybean** [5] - 48:4, 48:8, 48:13, 48:15,

84:5
**soybeans** [1] - 48:9
**space** [44] - 32:10, 39:24, 40:2, 40:4, 40:9, 40:19, 42:1, 45:15, 50:24, 53:10, 53:15, 54:6, 55:23, 56:20, 58:17, 71:5, 71:8, 71:15, 85:14, 102:14, 152:24, 152:25, 153:12, 155:14, 155:25, 157:3, 157:6, 158:4, 158:16, 160:4, 160:24, 161:1, 161:4, 161:15, 161:24, 162:5, 165:12, 166:15, 180:18, 191:1, 191:7, 194:17, 195:6, 195:11
**Space** [1] - 52:17
**Sparboe** [5] - 118:21, 118:25, 120:3, 121:7, 122:22
**speaking** [2] - 28:23, 68:13
**special** [1] - 8:17
**specialty** [3] - 32:2, 172:10, 216:23
**specific** [9] - 11:6, 99:12, 167:16, 168:2, 168:5, 169:3, 178:13, 201:12
**specifically** [8] - 71:20, 94:17, 150:22, 167:9, 171:14, 179:1, 183:6, 216:23
**specification** [25] - 48:6, 53:1, 53:3, 58:1, 58:4, 62:24, 62:25, 66:18, 69:16, 69:21, 69:22, 69:24, 75:2, 98:13, 155:24, 163:13, 180:17, 180:21, 181:6, 181:11, 181:12, 181:16, 191:13, 191:18, 195:8
**Specification** [6] - 57:19, 75:3, 181:15, 191:14, 191:17, 195:2
**specifications** [13] - 42:22, 47:24, 53:2, 63:7, 65:7, 75:2, 98:7, 98:20, 155:10, 159:19, 166:25, 180:23, 195:7
**specifics** [1] - 24:18
**specified** [1] - 88:3
**specify** [1] - 183:18

**speculate** [1] - 152:13
**speed** [1] - 30:16
**spell** [2] - 5:23, 203:21
**spelled** [2] - 8:19, 107:2
**spend** [1] - 189:6
**spent** [9] - 108:7, 117:20, 145:6, 145:9, 145:13, 145:21, 145:23, 146:18, 205:11
**SPERLING** [1] - 2:10
**spiked** [2] - 139:15
**spikes** [2] - 88:21, 139:16
**split** [1] - 16:25
**spot** [3] - 21:21, 21:22, 114:25
**spread** [3] - 49:5, 49:11, 207:18
**Spulber** [1] - 13:16
**Square** [1] - 3:6
**square** [4] - 46:14, 63:17, 64:1, 185:23
**squared** [8] - 45:6, 45:9, 46:12, 46:13, 63:21, 64:24, 183:23, 185:19
**squares** [1] - 93:3
**SSNIP** [3] - 106:22, 107:1, 107:2
**stabilize** [1] - 212:1
**staff** [10] - 14:20, 14:24, 25:4, 31:3, 125:18, 128:17, 131:13, 146:24, 147:1, 176:24
**stage** [4] - 93:3, 135:3, 143:21, 151:10
**stages** [2] - 208:12, 209:22
**staging** [1] - 211:19
**stand** [4] - 69:2, 81:11, 141:18, 226:8
**standard** [18] - 34:23, 41:21, 44:12, 45:3, 45:21, 61:15, 77:8, 79:24, 80:4, 83:17, 159:23, 160:6, 160:14, 186:22, 191:21, 214:4, 223:16
**standard-sized** [1] - 45:21
**standards** [3] - 156:5, 157:3, 159:17
**standing** [3] - 5:18, 142:23, 203:16
**standpoint** [4] -

77:16, 140:13, 150:8, 197:24
**start** [29] - 10:18, 21:6, 42:5, 53:15, 54:6, 63:17, 80:17, 90:13, 107:9, 110:1, 110:4, 114:10, 151:18, 151:21, 151:24, 154:22, 161:12, 161:17, 193:18, 193:19, 205:8, 212:3, 212:4, 214:11, 215:5, 219:22, 220:10, 223:22, 225:15
**started** [25] - 29:25, 30:4, 34:21, 35:13, 53:16, 80:20, 81:19, 149:17, 153:22, 160:25, 162:19, 166:19, 205:5, 205:17, 212:14, 219:23, 219:25, 220:2, 220:5, 220:6, 220:15, 220:20, 221:4, 222:6
**starting** [15] - 14:12, 32:17, 33:22, 38:9, 43:12, 43:22, 87:22, 88:9, 96:16, 131:11, 134:19, 160:18, 190:24, 196:20, 214:5
**starts** [7] - 60:19, 71:2, 71:3, 152:21, 164:20, 166:14, 214:25
**state** [6] - 5:23, 16:13, 45:18, 203:21, 213:4, 222:23
**State** [4] - 6:22, 6:23, 7:25, 101:2
**state-of-the-art** [1] - 16:13
**statement** [5] - 64:4, 77:25, 103:7, 159:3, 159:4
**statements** [2] - 98:3, 107:22
**States** [13] - 3:8, 14:10, 14:13, 14:14, 14:17, 23:4, 25:19, 31:17, 65:17, 105:14, 106:23, 108:20, 108:25
**states** [1] - 223:7
**STATES** [1] - 1:1
**statically** [1] - 55:4
**Statistical** [1] - 72:11
**statistical** [11] - 34:21, 36:23, 41:19,

55:8, 55:9, 55:21, 67:16, 73:13, 73:21, 75:18, 81:6
**statistically** [12] - 34:18, 34:22, 34:24, 52:20, 54:25, 61:16, 86:16, 88:10, 118:23, 155:20, 158:5, 192:15
**Statistically** [1] - 67:8
**statistics** [3] - 8:23, 15:14, 18:21
**status** [1] - 160:18
**stay** [7] - 53:16, 207:9, 207:20, 210:22, 211:20, 224:22, 225:9
**stayed** [2] - 146:2, 146:12
**steady** [2] - 35:22, 35:23
**stemming** [2] - 58:20, 119:1
**step** [1] - 225:2
**stepped** [1] - 13:5
**stepping** [1] - 216:2
**steps** [2] - 209:18, 216:3
**stick** [7] - 134:16, 171:25, 175:4, 181:6, 182:7, 182:10, 199:9
**sticking** [1] - 155:24
**still** [3] - 69:14, 107:11, 227:4
**stock** [2] - 214:10, 214:13
**Stoddard** [1] - 203:23
**stones** [1] - 187:9
**stop** [10] - 15:2, 37:5, 39:14, 57:9, 86:21, 93:21, 112:1, 117:3, 117:4, 224:8
**stopped** [1] - 194:20
**storage** [1] - 223:11
**Stores** [1] - 2:22
**stories** [3] - 79:15, 80:24, 188:6
**Storm** [1] - 214:7
**story** [3] - 79:22, 80:5, 80:8
**straight** [2] - 60:17, 202:14
**strain** [1] - 222:7
**strategies** [2] - 10:24, 185:9
**Strategy** [3] - 13:9, 13:15, 14:3
**Street** [6] - 1:22, 2:12, 2:17, 3:11, 3:15,

15:22
**Streets** [1] - 3:6
**stringent** [1] - 160:10
**structural** [1] - 85:12
**structure** [8] - 84:23, 152:16, 183:15, 186:4, 186:10, 186:21, 186:23, 219:1
**stuck** [1] - 192:10
**student** [1] - 96:18
**students** [8] - 55:17, 142:25, 188:4, 188:9, 188:11, 188:12, 188:15, 225:5
**studied** [1] - 76:15
**studies** [2] - 188:17, 188:18
**study** [3] - 100:24, 102:9, 188:13
**stuff** [9] - 9:23, 24:17, 31:3, 31:5, 66:19, 91:11, 163:18, 173:10, 176:9
**style** [1] - 216:25
**subject** [14] - 7:18, 11:18, 28:16, 46:10, 46:11, 59:3, 84:17, 89:16, 127:9, 134:9, 167:4, 187:12, 218:17, 226:25
**subjects** [1] - 47:13
**submission** [1] - 14:2
**submit** [4] - 14:1, 164:11, 164:24, 165:4
**submitted** [1] - 163:25
**submitting** [1] - 11:1
**subsequent** [2] - 30:10, 160:7
**subset** [3] - 18:24, 18:25, 123:2
**substance** [2] - 22:8, 189:16
**substantially** [1] - 43:12
**substituted** [1] - 48:15
**substitutes** [3] - 103:24, 108:5, 108:9
**subsume** [1] - 152:15
**successful** [1] - 126:8
**successfully** [1] - 108:13
**successively** [1] - 54:5
**suffer** [1] - 132:20

**suffered** [1] - 118:24
**sufficient** [1] - 189:4
**suffocate** [1] - 221:21
**suggest** [3] - 38:20, 84:15, 133:22
**suggested** [2] - 45:20, 114:23
**suggesting** [2] - 193:23, 199:22
**suggestion** [1] - 142:15
**Suite** [5] - 2:5, 2:12, 2:21, 3:12, 3:15
**summarized** [2] - 110:12, 132:13
**summarizing** [1] - 111:4
**Summary** [1] - 118:10
**summary** [10] - 25:23, 27:16, 28:19, 65:11, 89:12, 99:7, 108:16, 108:19, 109:3, 143:22
**SUMNER** [4] - 3:3, 20:17, 181:24, 201:21
**Super** [1] - 2:13
**Supermarkets** [1] - 2:7
**SuperValu** [6] - 2:14, 119:18, 121:1, 121:2, 123:12, 123:22
**supervise** [2] - 21:17, 213:17
**supplemental** [2] - 29:21, 145:18
**supplements** [1] - 30:10
**supplier** [3] - 78:16, 78:18, 78:19
**supplies** [1] - 102:16
**supply** [12] - 12:18, 22:15, 65:17, 81:8, 87:11, 89:14, 90:25, 91:13, 91:16, 91:17, 91:22, 91:25, 102:15, 103:7, 130:22, 131:4, 216:14
**supplying** [1] - 212:7
**support** [3] - 99:21, 102:2
**supported** [3] - 99:16, 100:17, 125:11
**suppose** [1] - 90:24
**supposed** [1] - 26:8
**surprise** [2] - 145:12, 169:2
**surprisingly** [1] - 28:2

**suspect** [1] - 68:17
**suspicious** [1] - 17:19
**sustainable** [1] - 152:3
**sustained** [5] - 127:7, 133:1, 149:8, 182:18, 186:7
**sworn** [4] - 5:20, 6:13, 203:18, 204:7
**Sylvia** [1] - 206:4
**systematic** [1] - 189:7
**systematically** [2] - 186:17, 186:19

_____

# T

**table** [10] - 75:1, 117:23, 118:3, 118:7, 118:15, 124:14, 124:15, 125:17, 198:23, 199:17
**Table** [2] - 110:10, 199:22
**tables** [3] - 198:25, 199:24, 225:7
**tad** [1] - 225:7
**tail** [2] - 40:5, 40:8
**Tampa** [1] - 122:22
**targets** [1] - 216:12
**taught** [6] - 7:17, 7:23, 7:25, 8:1, 8:3, 8:4
**taxation** [1] - 12:18
**Tea** [1] - 2:8
**teach** [3] - 7:4, 7:5, 7:18
**teaching** [2] - 7:16, 27:9
**team** [1] - 201:25
**technical** [3] - 55:16, 66:19, 66:24
**technically** [1] - 186:21
**technique** [2] - 73:13, 87:24
**techniques** [2] - 16:14, 74:1
**TED** [3] - 48:24, 49:5, 49:11
**temperature** [1] - 212:1
**template** [1] - 225:17
**temptation** [2] - 74:18, 132:24
**ten** [8] - 6:24, 45:22, 45:24, 147:7, 147:8, 147:9, 211:22, 227:2

**tend** [2] - 27:6, 184:15
**tenure** [1] - 14:19
**term** [44] - 10:20, 18:17, 18:18, 18:19, 19:17, 19:18, 22:15, 22:24, 26:8, 27:15, 46:24, 57:23, 72:20, 73:8, 73:9, 86:2, 96:16, 127:18, 127:19, 131:19, 131:21, 131:25, 132:8, 133:2, 133:5, 133:6, 148:10, 148:20, 152:8, 152:18, 178:6, 178:8, 182:13, 182:17, 183:17, 184:2, 184:4, 186:6, 204:17, 209:4, 213:22, 221:18
**terms** [59] - 5:4, 19:8, 22:21, 24:17, 24:25, 26:18, 27:23, 31:24, 32:8, 34:25, 36:13, 37:17, 37:18, 41:19, 41:20, 50:10, 55:5, 63:7, 70:24, 77:2, 83:11, 85:9, 89:20, 89:24, 96:19, 97:22, 99:7, 99:10, 99:11, 99:12, 100:22, 101:11, 104:15, 104:16, 104:17, 104:18, 108:6, 110:22, 114:18, 115:2, 129:19, 134:25, 135:6, 150:2, 150:16, 157:2, 159:15, 160:4, 160:5, 172:22, 175:3, 187:3, 189:17, 196:25, 208:14, 215:20, 221:25, 222:3
**terrific** [1] - 227:16
**test** [19] - 19:3, 19:4, 34:21, 38:1, 38:16, 56:1, 57:13, 61:13, 70:8, 104:1, 106:8, 135:1, 135:7, 151:3, 151:6, 151:22, 153:22, 188:13
**testified** [21] - 6:13, 58:25, 59:2, 101:12, 131:20, 134:1, 145:1, 145:9, 148:18, 148:22, 149:12, 150:23, 150:24, 150:25, 155:18, 161:22, 167:6, 173:24, 174:1, 174:2,

204:7
**testify** [6] - 4:16, 20:12, 23:10, 104:6, 112:19, 148:13
**testifying** [1] - 30:16
**testimony** [16] - 28:23, 73:10, 74:10, 117:24, 149:9, 157:23, 159:22, 162:24, 163:4, 168:25, 195:1, 195:10, 196:24, 200:14, 226:15
**testing** [1] - 37:24
**tests** [1] - 61:15
**Texas** [3] - 6:24, 7:12, 8:3
**textbook** [3] - 12:20, 12:21, 12:23
**textbooks** [2] - 12:13, 98:4
**Thanksgiving** [3] - 4:13, 4:24, 6:4
**THE** [135] - 1:1, 1:2, 1:12, 4:2, 4:4, 4:14, 4:18, 4:20, 5:12, 5:18, 5:21, 5:22, 5:25, 6:1, 6:3, 6:4, 6:6, 6:7, 9:8, 10:5, 10:8, 10:11, 20:14, 20:19, 25:13, 30:19, 33:12, 67:19, 67:23, 68:2, 68:4, 68:9, 68:18, 68:21, 68:24, 69:3, 69:5, 100:2, 100:6, 103:11, 103:13, 112:11, 112:12, 112:16, 112:20, 112:24, 113:3, 113:25, 114:9, 116:23, 117:1, 117:4, 117:7, 124:2, 141:3, 141:12, 141:14, 141:19, 141:20, 141:25, 142:5, 142:9, 142:17, 142:20, 142:22, 143:5, 143:6, 143:8, 143:10, 143:19, 144:14, 144:17, 144:19, 153:8, 153:10, 153:11, 153:15, 154:17, 154:19, 154:22, 155:6, 157:11, 161:12, 162:16, 162:20, 169:23, 169:25, 170:3, 170:4, 181:3, 181:22, 181:25, 199:11, 200:18, 200:20, 201:19,

201:23, 201:24, 202:1, 202:5, 202:8, 202:13, 202:16, 202:18, 202:21, 202:24, 203:1, 203:7, 203:11, 203:13, 203:15, 203:16, 203:19, 203:20, 203:23, 203:24, 204:1, 204:2, 224:16, 224:24, 225:1, 225:3, 225:4, 225:21, 226:1, 226:5, 226:13, 226:18, 226:21, 227:12, 227:21, 227:24, 228:1, 228:4, 228:10

**theme** [1] - 12:5

**themselves** [7] - 126:18, 157:6, 158:4, 158:16, 159:5, 165:8, 191:2

**tHEODORE** [1] - 2:21

**theoretical** [5] - 8:11, 12:4, 19:2, 19:8, 19:9

**theories** [1] - 19:3

**theory** [7] - 7:21, 8:2, 8:3, 19:14, 20:9, 170:9, 198:1

**thereafter** [1] - 124:1

**therefore** [9] - 45:13, 51:16, 112:14, 148:14, 150:8, 183:18, 183:25, 184:7, 184:24

**they've** [2] - 12:13, 146:17

**thick** [1] - 31:5

**thin** [1] - 41:24

**thing's** [1] - 193:7

**thinking** [4] - 35:13, 62:17, 110:3, 112:3

**third** [6] - 22:24, 80:14, 136:23, 142:25, 164:19, 225:5

**third-year** [2] - 142:25, 225:5

**three** [9] - 12:15, 22:14, 38:23, 45:21, 64:3, 131:21, 211:16, 211:18, 212:8

**thrifty** [1] - 35:14

**throughout** [4] - 137:22, 146:3, 164:16, 184:3

**throwing** [2] - 75:4, 86:25

**Thursday** [1] - 4:9

**tie** [1] - 103:20

**tied** [5] - 95:1, 111:24, 134:17, 135:10, 136:9

**tightened** [1] - 71:9

**tightening** [1] - 53:14

**tighter** [1] - 54:5

**time-squared** [1] - 183:23

**timing** [1] - 165:23

**tiny** [2] - 5:14, 65:21

**tip** [3] - 78:13, 78:14, 194:7

**tipped** [2] - 124:23, 197:5

**tipping** [3] - 192:21, 195:13, 195:21

**tips** [1] - 195:16

**title** [7] - 16:4, 62:10, 82:14, 87:22, 93:12, 93:15, 204:14

**titled** [11] - 33:9, 33:15, 52:5, 57:18, 60:1, 62:9, 100:12, 105:19, 118:10, 123:12, 128:10

**today** [20] - 4:25, 5:5, 6:2, 22:5, 23:10, 23:22, 24:9, 31:13, 46:22, 83:24, 117:24, 134:1, 140:21, 146:5, 186:11, 200:13, 200:24, 216:1, 222:17

**today's** [1] - 118:16

**together** [16] - 51:9, 103:20, 117:20, 117:23, 118:16, 123:2, 125:17, 125:18, 126:3, 132:23, 138:10, 174:6, 174:7, 188:12, 190:5, 216:6

**tomorrow** [3] - 224:22, 225:9, 226:2

**tonight** [2] - 4:9, 225:6

**tons** [1] - 79:25

**took** [6] - 89:17, 129:18, 147:18, 148:25, 207:22, 223:21

**tool** [1] - 10:9

**top** [10] - 83:4, 83:5, 84:12, 112:9, 116:16, 118:13, 139:21, 162:3, 194:14, 221:21

**topic** [2] - 11:24, 24:15

**topics** [1] - 10:23

**Total** [4] - 33:9, 33:15, 36:11, 60:1

**total** [18] - 29:20, 33:24, 34:12, 35:20, 44:16, 60:11, 128:19, 145:23, 156:23, 156:24, 174:3, 177:5, 189:12, 189:13, 189:22, 198:6, 203:9, 219:14

**tough** [3] - 132:22, 132:24, 183:3

**towards** [7] - 19:12, 40:5, 78:13, 124:23, 148:18, 164:20, 180:18

**traces** [2] - 58:15, 58:16

**track** [1] - 224:13

**tracked** [1] - 114:24

**tracks** [1] - 114:12

**traction** [2] - 193:7, 193:16

**Trade** [10] - 9:2, 9:5, 14:13, 14:15, 14:16, 15:15, 74:5, 104:2, 175:16, 190:10

**trade** [12] - 18:1, 78:25, 79:2, 126:9, 148:17, 150:4, 150:21, 156:14, 156:15, 192:14, 195:25, 196:3

**trailers** [1] - 213:3

**trainee** [2] - 205:10, 205:22

**training** [9] - 23:1, 23:13, 23:25, 24:16, 29:8, 39:3, 205:16, 205:24, 207:8

**trajectory** [1] - 224:22

**transaction** [4] - 113:15, 113:16, 116:5, 123:18

**transactions** [13] - 95:10, 111:24, 113:11, 113:18, 113:19, 114:15, 114:16, 114:23, 115:5, 116:3, 139:5, 171:24, 198:24

**transcribing** [1] - 31:9

**transcript** [8] - 1:15, 31:11, 171:2, 171:7, 194:15, 194:24, 227:8, 228:16

**Transcript** [1] - 1:25

**transcripts** [7] - 31:13, 80:25, 107:3, 159:20, 159:21, 170:25, 227:14

**translates** [1] - 98:25

**travel** [3] - 201:23, 202:8, 213:5

**tray** [2] - 212:6, 212:9

**treat** [1] - 227:5

**tremendously** [1] - 227:16

**trend** [28] - 34:7, 34:14, 34:19, 34:20, 37:1, 37:2, 37:3, 37:4, 58:11, 60:17, 60:19, 60:25, 61:12, 61:14, 61:15, 61:19, 61:20, 61:21, 81:4, 139:7, 139:8, 183:21, 185:1, 185:3, 185:18, 186:23

**Trends** [3] - 33:16, 36:11, 60:2

**trends** [5] - 34:18, 34:22, 136:19, 139:24, 216:9

**trial** [12] - 10:18, 28:24, 31:9, 31:13, 159:20, 159:21, 171:2, 209:3, 225:6, 226:15, 226:23

**TRIAL** [1] - 1:15

**trick** [1] - 179:19

**tried** [3] - 61:25, 137:21, 221:5

**trimmed** [2] - 205:14, 213:1

**trip** [1] - 213:8

**troop** [1] - 143:3

**troops** [1] - 142:23

**trucking** [1] - 228:6

**true** [2] - 139:18, 161:22

**trust** [2] - 117:4, 117:6

**truth** [1] - 114:6

**truthful** [1] - 157:22

**try** [12] - 25:1, 50:13, 52:21, 131:13, 132:23, 154:17, 182:10, 182:11, 196:4, 207:25, 211:22, 217:24

**trying** [10] - 50:23, 51:1, 88:25, 107:4, 124:2, 133:9, 183:1, 209:18, 222:11, 225:15

**Tuesday** [1] - 4:10

**tuition** [1] - 12:20

**turn** [30] - 9:4, 21:4, 27:15, 31:15, 42:17, 52:5, 57:15, 59:3, 62:7, 87:17, 89:16, 96:1, 126:19, 127:9, 128:7, 155:8, 157:22, 157:25, 162:2, 163:8, 164:17, 166:4, 176:13, 190:20, 194:11, 196:14, 196:16, 200:23, 218:16

**turned** [5] - 40:17, 89:6, 113:12, 114:17, 226:25

**Two** [1] - 3:6

**two** [54] - 19:1, 20:23, 27:11, 34:19, 34:24, 37:3, 38:23, 44:14, 48:23, 61:8, 61:11, 61:14, 62:15, 64:3, 64:14, 72:17, 75:8, 93:3, 95:4, 103:23, 121:9, 129:13, 131:20, 138:5, 138:20, 138:25, 139:1, 141:22, 142:3, 142:6, 142:8, 143:16, 145:18, 184:1, 189:14, 195:5, 198:15, 198:25, 199:24, 200:19, 202:6, 206:1, 206:14, 206:17, 207:7, 209:25, 211:24, 212:15, 213:6, 214:12, 215:25, 216:8, 216:21

**two-stage** [1] - 93:3

**tying** [1] - 150:16

**type** [10] - 74:2, 77:14, 96:10, 126:7, 139:13, 140:5, 172:6, 209:2, 210:17, 226:6

**types** [13] - 7:22, 8:9, 10:25, 24:21, 32:10, 78:23, 96:8, 108:3, 110:18, 136:10, 150:21, 185:10, 196:10

**typical** [1] - 45:24

**typically** [8] - 10:5, 25:1, 27:5, 92:7, 101:8, 102:12, 107:3, 215:11

**typos** [1] - 31:3

**U**

**U.S** [23] - 1:22, 14:17, 28:2, 36:4,

36:6, 36:9, 44:17, 47:18, 57:10, 89:14, 94:2, 100:14, 101:3, 104:2, 105:23, 105:24, 106:2, 128:19, 128:21, 129:10, 173:25, 190:4

**UB** [1] - 94:6

**UEP** [74] - 22:19, 22:22, 29:8, 29:9, 32:8, 32:9, 39:12, 39:25, 40:20, 41:8, 53:9, 56:21, 58:18, 71:6, 72:6, 77:17, 77:24, 78:2, 78:13, 80:2, 85:2, 86:24, 102:7, 124:12, 124:13, 124:18, 124:23, 125:3, 125:5, 125:8, 126:22, 126:25, 132:6, 148:16, 152:25, 153:16, 159:4, 160:19, 161:8, 161:17, 163:25, 164:10, 164:25, 165:3, 165:17, 170:14, 171:9, 173:11, 174:4, 174:7, 174:20, 174:24, 175:8, 176:9, 177:11, 181:24, 190:17, 192:9, 192:11, 192:19, 193:10, 193:20, 193:22, 193:24, 195:16, 195:20, 196:10, 196:12, 196:15, 200:5, 201:3, 226:11, 228:8

**ultimate** [1] - 209:19

**ultimately** [19] - 11:8, 14:20, 15:6, 19:24, 36:22, 37:10, 46:8, 50:24, 51:19, 56:12, 59:9, 71:4, 76:14, 77:4, 135:15, 152:17, 184:8, 189:8, 216:13

**um-hum** [7] - 43:6, 70:18, 91:14, 148:11, 159:6, 180:1, 187:16

**unable** [3] - 131:17, 133:20, 154:8

**unconcentrated** [1] - 17:20

**uncorrelated** [1] - 186:15

**under** [14] - 18:10, 42:8, 72:11, 80:15, 94:5, 119:23, 143:21,

144:1, 161:15, 191:20, 197:25, 204:22, 223:12, 227:22

**undergraduate** [3] - 7:12, 8:22, 15:13

**underlying** [14] - 11:4, 13:20, 13:22, 55:20, 56:23, 81:17, 83:12, 83:15, 88:5, 98:2, 112:14, 136:19, 137:16, 164:15

**underpredicting** [1] - 186:18

**understandable** [1] - 186:2

**understating** [1] - 184:23

**understood** [3] - 173:23, 184:17, 228:3

**unilaterally** [2] - 38:11, 170:12

**uninformative** [1] - 198:3

**UNITED** [1] - 1:1

**United** [26] - 3:7, 3:8, 14:10, 14:13, 14:14, 14:17, 23:4, 25:19, 29:8, 31:17, 65:17, 71:3, 100:13, 101:3, 101:18, 101:19, 102:11, 105:14, 106:23, 108:20, 108:25, 131:15, 159:25, 167:15, 170:4, 193:2

**units** [2] - 92:3, 92:4

**universities** [1] - 7:23

**University** [18] - 6:20, 6:21, 6:22, 6:25, 7:1, 7:8, 7:13, 7:14, 7:15, 7:16, 7:24, 8:1, 8:3, 8:4, 12:17, 101:2, 205:1

**unlawful** [22] - 23:16, 24:3, 26:3, 28:7, 28:16, 28:22, 32:20, 51:3, 57:11, 109:13, 115:15, 119:8, 119:14, 120:4, 120:9, 120:13, 120:18, 120:21, 121:3, 121:11, 121:18, 121:24

**unless** [1] - 225:13

**unlike** [1] - 123:22

**unlikely** [5] - 65:5, 126:8, 162:25, 163:5, 163:17

**unobserved** [1] - 45:4

**unrelated** [3] - 26:13, 115:9, 115:25

**unsuccessful** [1] - 132:9

**unusual** [2] - 5:15, 132:19

**up** [96] - 5:5, 5:9, 5:17, 6:8, 7:17, 20:23, 26:11, 30:17, 31:13, 33:1, 33:22, 33:23, 35:15, 36:16, 38:11, 44:18, 44:19, 45:14, 49:12, 53:17, 60:16, 62:17, 63:6, 63:12, 69:13, 69:14, 75:1, 78:21, 81:15, 88:2, 88:21, 89:17, 90:6, 96:22, 97:17, 97:20, 98:25, 99:22, 100:11, 100:23, 104:8, 104:10, 106:21, 108:3, 111:11, 116:4, 126:3, 129:20, 132:10, 132:18, 132:23, 133:9, 135:16, 136:15, 138:10, 139:11, 139:15, 139:16, 143:17, 143:18, 166:1, 166:6, 182:8, 185:2, 186:7, 186:13, 188:9, 192:5, 193:1, 193:5, 193:8, 195:20, 199:6, 199:10, 203:8, 203:15, 205:19, 205:25, 207:3, 208:7, 210:9, 216:3, 216:16, 217:12, 217:22, 221:12, 221:21, 224:10, 225:7, 226:7

**upfront** [1] - 217:1

**upper** [1] - 210:12

**ups** [1] - 49:2

**upward** [1] - 34:7

**Urner** [32] - 24:19, 92:22, 94:23, 95:3, 95:10, 111:23, 111:24, 113:10, 114:12, 114:24, 115:8, 115:9, 115:12, 115:14, 115:19, 116:1, 116:2, 116:4, 116:7, 116:8, 117:10, 123:18, 123:23, 136:3, 136:9, 136:10, 138:14, 138:18, 171:23, 180:5

**USDA** [13] - 24:19,

31:25, 33:25, 36:8, 58:9, 82:23, 88:20, 171:17, 171:20, 171:25, 172:23, 198:11, 198:12

**useful** [1] - 74:16

**USEM** [9] - 22:25, 128:10, 128:17, 148:19, 148:20, 172:15, 181:23, 226:18, 228:8

**uses** [2] - 58:3, 73:2

**utilize** [1] - 152:10, 195:5

**utilized** [1] - 13:20, 171:24

---

**V**

**vaccinated** [1] - 205:13

**vaccination** [1] - 213:2

**vaccinations** [1] - 213:21

**vaccines** [1] - 172:5

**valid** [1] - 51:14

**value** [2] - 44:16, 84:1

**values** [1] - 55:10

**VANEK** [1] - 2:11

**VAR** [17] - 74:13, 81:9, 81:11, 81:24, 82:6, 82:15, 83:10, 83:11, 83:18, 83:22, 84:1, 85:8, 86:18, 87:5, 87:10, 88:11

**variable** [16] - 40:18, 43:14, 43:16, 45:2, 48:7, 48:10, 62:2, 63:23, 64:21, 65:2, 73:17, 73:18, 73:20, 135:2, 183:21

**variables** [26] - 37:19, 37:20, 37:21, 37:22, 43:1, 45:4, 45:7, 45:10, 47:1, 49:20, 50:21, 50:22, 52:24, 64:1, 64:17, 64:19, 72:23, 72:25, 73:2, 73:15, 73:16, 83:21, 84:11, 84:17, 155:14, 185:19

**variation** [5] - 63:18, 63:23, 64:25, 88:25, 185:24

**variety** [4] - 24:23, 47:1, 51:25, 74:6

**various** [7] - 5:13,

43:1, 45:7, 155:9, 155:14, 164:1, 205:11

**VARs** [1] - 83:19

**vary** [2] - 75:9, 99:12

**vector** [3] - 81:12, 81:13, 81:14

**Vee** [4] - 2:7, 119:17, 120:1, 120:2

**vendor** [1] - 124:8

**venturing** [1] - 158:15

**verification** [1] - 125:19

**verify** [1] - 48:2

**version** [2] - 30:5, 195:1

**versus** [1] - 87:6

**Versus** [2] - 57:18, 82:15

**vertical** [1] - 33:23

**vertically** [3] - 209:4, 209:8, 209:17

**via** [1] - 1:25

**vice** [3] - 204:15, 207:10, 226:9

**view** [5] - 77:2, 132:8, 132:9, 191:22, 200:8

**viewpoint** [2] - 189:24, 193:6

**views** [1] - 227:9

**vigor** [1] - 74:9

**vintage** [1] - 186:13

**violate** [1] - 80:16

**violated** [1] - 147:15

**violation** [3] - 147:18, 150:7, 150:9

**virtually** [1] - 125:7

**virtuous** [1] - 193:1

**visual** [1] - 218:3

**vitae** [1] - 9:13

**voice** [1] - 6:8

**Voices** [8] - 101:18, 101:19, 102:11, 131:15, 159:25, 167:15, 170:4, 193:2

**voir** [1] - 20:14

**volume** [1] - 104:12

**Volume** [1] - 158:1

**volumes** [4] - 12:16, 25:2, 223:1, 223:11

**voluntarily** [1] - 194:5

**vouch** [1] - 112:14

**VP** [2] - 207:21, 207:24

# W

**wait** [4] - 63:25, 169:22
**waiting** [1] - 217:19
**wake** [1] - 132:10
**Walgreen** [1] - 2:7
**Walgreens** [3] - 119:19, 121:9, 121:10
**walk** [3] - 62:20, 63:12, 197:18
**Walker** [7] - 79:9, 134:7, 135:18, 136:2, 136:23, 137:2, 137:5
**Walker's** [9] - 79:7, 134:12, 134:14, 135:8, 136:6, 136:13, 137:12, 137:25, 139:22
**Wall** [2] - 8:5, 15:22
**wall** [2] - 8:6, 221:21
**wants** [1] - 219:1
**warm** [1] - 212:2
**warming** [1] - 212:4
**washed** [2] - 224:9
**Washington** [2] - 3:12, 13:6
**waste** [1] - 223:9
**watch** [2] - 143:1, 221:13
**watching** [2] - 202:1, 203:2
**water** [4] - 206:9, 213:17, 213:19, 217:18
**wave** [2] - 220:8, 220:10
**ways** [3] - 71:11, 184:1, 218:18
**weather** [1] - 4:25
**Weaver** [3] - 121:7, 121:17, 122:23
**wedding** [1] - 157:20
**Wednesday** [1] - 4:10
**week** [7] - 4:7, 207:2, 207:4, 211:8, 217:19, 222:10, 226:4
**week's** [1] - 217:11
**weekend** [2] - 226:22, 226:23
**weeks** [12] - 157:20, 210:23, 211:24, 213:19, 214:22, 214:24, 215:5, 215:11, 215:12, 215:18, 217:12, 226:18
**welcome** [1] - 69:5

**Welfare** [1] - 76:18
**welfare** [21] - 8:14, 11:23, 11:25, 19:24, 21:2, 21:3, 45:12, 64:18, 70:1, 76:24, 77:6, 77:7, 77:8, 78:5, 79:3, 79:5, 79:14, 80:4, 125:16, 183:22
**West** [2] - 2:12, 186:24
**whereby** [1] - 193:9
**whichever** [2] - 33:6, 213:15
**White** [1] - 123:13
**white** [9] - 94:12, 112:4, 114:12, 114:13, 114:14, 138:15, 138:18, 138:23
**whites** [2] - 53:11, 96:11
**WHITNEY** [1] - 3:4
**whoa** [3] - 154:12
**whole** [16] - 16:2, 18:2, 27:2, 29:12, 36:18, 37:22, 42:23, 46:22, 49:2, 78:5, 82:4, 84:2, 90:3, 90:8, 145:20, 195:3
**Wholesale** [1] - 2:23
**wholesale** [6] - 24:20, 95:5, 95:9, 95:11, 137:14
**widens** [1] - 85:22
**wife's** [1] - 35:14
**Wilcox** [2] - 121:7, 122:23
**WILLIAM** [1] - 2:3
**Winn** [4] - 2:22, 119:19, 121:15, 121:16
**Winn-Dixie** [4] - 2:22, 119:19, 121:15, 121:16
**wise** [2] - 160:5, 219:13
**wish** [1] - 144:17
**withdraw** [1] - 95:19
**withdrawn** [14] - 9:19, 14:5, 17:14, 19:17, 21:8, 24:12, 59:13, 77:19, 87:9, 115:22, 119:6, 140:15, 196:5, 199:13
**Witness** [4] - 5:20, 69:2, 141:18, 203:18
**witness** [18] - 5:11, 6:12, 25:12, 68:7, 68:13, 68:14, 68:16, 113:22, 113:24,

114:1, 140:24, 141:1, 142:14, 148:6, 153:6, 154:15, 162:14, 204:6
**WITNESS** [19] - 5:21, 5:25, 6:3, 6:6, 68:9, 112:11, 114:9, 143:5, 153:10, 153:15, 169:25, 170:4, 199:11, 201:24, 202:5, 203:19, 203:23, 204:1, 225:3
**witnesses** [1] - 5:14
**wondering** [1] - 63:8
**wood** [1] - 221:11
**word** [6] - 25:3, 43:5, 72:18, 84:19, 88:15, 157:19
**words** [4] - 41:21, 106:18, 133:1, 149:7
**works** [3] - 78:9, 185:5, 208:25
**world** [18] - 12:22, 26:9, 26:15, 36:1, 36:24, 51:12, 51:19, 51:20, 51:22, 77:1, 77:2, 81:13, 139:4, 183:4, 183:6, 200:8
**worried** [1] - 80:18
**worry** [5] - 38:24, 78:10, 81:21, 182:20, 182:23
**worrying** [1] - 80:12
**worth** [1] - 185:25
**wow** [1] - 227:17
**WRIGHT** [2] - 3:9, 3:13
**write** [9] - 15:5, 21:22, 29:21, 29:24, 31:2, 31:4, 72:22, 177:16, 192:11
**writing** [2] - 29:25, 31:1
**written** [7] - 11:11, 11:14, 11:19, 12:9, 12:13, 12:15, 12:25
**wrote** [4] - 12:16, 12:19, 35:1, 177:15

# Y

**year** [19] - 14:19, 45:25, 51:16, 70:5, 142:25, 168:20, 205:18, 206:2, 208:9, 209:24, 214:12, 215:25, 216:8, 216:14, 216:15, 216:17, 216:21, 225:5
**year-round** [1] -

208:9
**yearly** [1] - 165:18
**years** [20] - 6:24, 8:6, 19:6, 19:11, 19:16, 33:21, 128:17, 132:22, 147:7, 147:8, 147:9, 184:10, 195:17, 207:7, 209:25, 215:25, 216:8, 216:22, 223:5, 223:21
**yellow** [3] - 62:16, 63:5, 71:23
**yes-or-no** [1] - 154:24
**yesterday** [2] - 83:25, 134:3
**young** [2] - 213:14, 214:25
**yourself** [4] - 6:17, 20:24, 21:2, 167:18

# Z

**Zephyr** [2] - 121:7, 122:23
**zero** [1] - 40:18
**zeroed** [1] - 139:10
**zeros** [3] - 41:20, 41:22, 41:24