UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**JOINT PROPOSED LIMITING INSTRUCTION
FOR LINDA REICKARD'S TESTIMONY**

The parties propose the following limiting instruction to be read after Linda Reickard's deposition testimony is played but before her prior trial testimony is read to the jury:

Members of the jury, you have just heard the sworn videotaped testimony of Linda Reickard from April 3, 2014. That testimony is admissible against all Defendants.

You are about to receive in evidence of prior sworn testimony of Ms. Reickard from May 9 and 10, 2018. This testimony is admissible against Rose Acre Farms only. You are not to consider this testimony against Cal-Maine, UEP, or USEM.

October 25, 2023							Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower St, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Andrianna D. Kastanek
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
akastanek@jenner.com
aallen@jenner.com