# Exhibit 1



**The Conspiracy**