# Exhibit 3

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4    IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
      ANTITRUST LITIGATION                   08-MDL-02002
 5

 6
                                - - - - -
 7
                             PHILADELPHIA, PA
 8
                                - - - - -
 9
                            SEPTEMBER 5, 2019
10
                                - - - - -
11

12
      BEFORE:       THE HONORABLE GENE E.K. PRATTER, J.
13

14                              - - - - -

15                          MOTIONS IN LIMINE

16                              - - - - -

17

18

19

20              KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                Official Court Reporter
21              Room 1234 - U.S. Courthouse
                601 Market Street
22              Philadelphia, PA  19106
                (215) 779-5578
23

24
          (Transcript produced by mechanical shorthand via C.A.T.)
25
```

```
 1                  MR. BLECHMAN:  And we will make every effort to make
 2     that work.  Let me just talk to everyone else.
 3                  THE COURT:  That will be a final pretrial
 4     conference.
 5                  MR. BLECHMAN:  Thank you.
 6                  MR. LEVINE:  The final matter, because there's been
 7     a lot of talk about sort of what the conspiracy -- the
 8     conspiracy is who, what, where and when.  I think we now
 9     understand the what, the where, and the when.  Pursuant to our
10     motion, we still don't understand the who and who's
11     included --
12                  THE COURT:  You're included.
13                  MR. LEVINE:  Pardon, we are included.  We are
14     included, but who else is included?  And that does matter
15     greatly for trial preparations.  I understand counsel may be
16     reluctant to answer that now or -- but that is still an open
17     issue and I just didn't want that to be sort of overlooked.
18                  THE COURT:  Well, maybe you can confer with each
19     other --
20                  MR. LEVINE:  Yes.
21                  THE COURT:  -- on that.
22                  MR. LEVINE:  Will do.
23                  THE COURT:  Because certainly well in advance of the
24     final pretrial conference, I would expect everybody, including
25     the Court, to have that information.
```

```
 1                MR. LEVINE:  Thank you, Your Honor.
 2                THE COURT:  Yes.  Anything else?
 3                MR. BLECHMAN:  Your Honor, just a few housekeeping
 4   matters on the Plaintiffs' side.
 5                First, with regard to the issue about the dollar
 6   amount of settlement agreements, I'd like to confer with
 7   people, but ask for the Court's indulgence to give us, say,
 8   four business days if we want to file something supplemental
 9   to what's been put on the record.
10                THE COURT:  That's fine on any of these.
11                MR. BLECHMAN:  Okay.
12                THE COURT:  On any of the motions.
13                MR. BLECHMAN:  I'm not looking to open this up to
14   provide -- to have the Court then be invited to have other
15   people file even more papers so --
16                THE COURT:  If I understand, you want the right to
17   file more, but nobody else?
18                MR. BLECHMAN:  No.  No.  No.  I'd like to be clear
19   on this.
20                THE COURT:  No, I know.  I know.
21                MR. BLECHMAN:  The Court has been very patient for
22   many years in accepting lots of supplemental papers and if
23   somebody needs to supplement, and subject to the Court's
24   approval, they'll do so, and I don't mean to preclude anybody
25   from doing it, but I only mean to request a supplementation
```