# Exhibit 4

| | |
|---|---|
| **From:** | Michael Ponzoli |
| **To:** | "Levine, Jay L."; Bill Blechman; Douglas H. Patton; Brandon Floch; David Germaine; John Bjork; patrick ahern; Theo Bell; Moira Cain-Mannix (Cain-Mannix@marcus-shapira.com); Brian Hill; James Malysiak; Levine, Jan P.; Sumner, Robin P.; "Redding, Whitney" |
| **Cc:** | King, James A.; Barnes, Donald M. |
| **Subject:** | #EXT# RE: In re Processed Egg Products Antitrust Litigation |
| **Date:** | Friday, October 18, 2019 4:51:03 PM |

**#External Email#**

Counsel,

In response to your letter of October 4, 2019, please note that the Plaintiffs intend to offer evidence that the following companies were active knowing participants in the common scheme to reduce output and raise the price of eggs.

Cal-Maine Foods
Country Charm Eggs
Hickman's
Hillandale
ISE America
Michael Foods
Midwest Poultry Services
Moark
National Food
Norco
Oakdell Egg
Ohio Fresh Egg
Quality Egg of New England
Rose Acre
RW Sauder
Sparboe
Tampa Farm Service
Weaver Bros
Wilcox Farms
Zephyr Egg

For current purposes the Plaintiffs take no position as to whether other egg producers who consciously agreed to participate in the UEP certified program are co-conspirators.

Very truly yours,

Michael

**Michael A. Ponzoli**
mponzoli@knpa.com

Logo FINAL-01

Kenny Nachwalter, P.A.
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131

Phone: (305) 373-1000
Fax: (305) 372-1861
www.knpa.com

**From:** Levine, Jay L. <JLevine@porterwright.com>
**Sent:** Friday, October 4, 2019 12:50 PM
**To:** Bill Blechman <wjb@kennynachwalter.com>; Douglas H. Patton <dpatton@kennynachwalter.com>; Michael Ponzoli <mponzoli@kennynachwalter.com>; Brandon Floch <bfloch@kennynachwalter.com>; David Germaine <dgermaine@sperling-law.com>; John Bjork <jbjork@sperling-law.com>; patrick ahern <patrick.ahern@ahernandassociatespc.com>; Theo Bell <Theo.Bell@ahernandassociatespc.com>; Moira Cain-Mannix (Cain-Mannix@marcus-shapira.com) <Cain-Mannix@marcus-shapira.com>; Brian Hill <hill@marcus-shapira.com>; James Malysiak <jmalysiak@jenner.com>; Levine, Jan P. <levinej@pepperlaw.com>; Sumner, Robin P. <sumnerr@pepperlaw.com>; 'Redding, Whitney' <reddingw@pepperlaw.com>
**Cc:** King, James A. <JKing@porterwright.com>; Barnes, Donald M. <DBarnes@porterwright.com>
**Subject:** In re Processed Egg Products Antitrust Litigation

Counsel:

Please see attached correspondence.

Best,
Jay

## JAY L. LEVINE

Porter Wright Morris & Arthur LLP
Bio  /  JLevine@porterwright.com
D: 202.778.3021  /  M: 301.980.2716  /  F: 202.778.3063
2020 K Street, NW, Suite 600  /  Washington, D.C. 20006
Blog: http://www.antitrustlawsource.com  /  Twitter: @JayLLevine

**/ SEE WHAT INSPIRES US: porterwright.com**

**NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:**
This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.
**END OF NOTICE**