UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**ADDITIONAL PROPOSED INSTRUCTION
FOR PROF. MICHAEL BAYE'S TESTIMONY**

Plaintiffs propose the following instruction to be read before Prof. Michael Baye testifies to the jury. Dr. Baye will be presenting a circumscribed version of his analysis—he will testify to injury, but without quantifying the injury. He will thus be limited in how he explains his analysis to the jury. The jury may wonder why the analysis stops short of quantifying damages. Plaintiffs, therefore, respectfully believe it makes sense to instruct the jury briefly as follows:

> "You are about to hear the testimony of Dr. Michael Baye, who is the Plaintiffs' expert on the issue of whether Plaintiffs suffered injury as a result of the alleged conspiracy. At my instruction, Prof. Baye will not attempt to quantify the damage that Plaintiffs allegedly suffered. One of the issues for you to decide in determining whether Defendants are liable for the alleged conspiracy is whether the Plaintiffs suffered an injury. For purposes of whether Defendants are liable to Plaintiffs, it does not matter how much Plaintiffs were allegedly damaged."

October 29, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

<u>/s/ *Brandon D. Fox*</u>
Brandon D. Fox
Amy M. Gallegos (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower St, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Andrianna D. Kastanek
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
akastanek@jenner.com
aallen@jenner.com