Highly Confidential - Subject to Protective Order

**Exhibit 11**
**Total Flock Size with Linear Trends**
**1990 - 2012**

[Chart: Total Flock Size (number of layers) from 1/1/1990 to 7/1/2012, ranging from approximately 220,000,000 to 320,000,000. Shows Flock Size (pre-08/2002) in blue, Flock Size (post-08/2002) in red, with dashed Linear trend (pre-08/2002) and dotted Linear trend (post-08/2002).]

Source: USDA.

Highly Confidential - Subject to Protective Order



**Exhibit 14**
**Actual Flock Size vs. But-For Flock Size**
**Main Specification**
**1990 - 2012**

Source: USDA.

Highly Confidential - Subject to Protective Order

**Exhibit 15**
**Total Production with Linear Trends**
**1990 - 2012**

[Chart: Total Production (millions of eggs) from 1/1/1990 to 7/1/2012, showing Production (pre-08/2002) in blue, Production (post-08/2002) in red, Linear (Production (pre-08/2002)) as dashed line, and Linear (Production (post-08/2002)) as dotted line. Y-axis ranges from 4,000 to 7,500.]

Source: USDA.

Highly Confidential - Subject to Protective Order



**Exhibit 17**
**Actual Egg Production vs. But-for Egg Production**
**Main Specification**
**1990 - 2012**

Source: USDA.

**Exhibit 18**
**Actual Flock Size vs. But-for Flock Size**
**VAR Model**
**1990 - 2012**

Flock Size = $\beta_0 + \beta_1$Lag 1-4 Flock Size + $\beta_2$Lag 1-4 Corn + $\beta_3$Lag 1-4 Soy + $\beta_4$Lag 1-4 GDP + $\beta_5$Lag 1-4 Electricity + $\beta_6$Month Dum

Source: USDA.

Highly Confidential – Subject to Protective Order



**Exhibit 19**
**Actual Egg Production vs. But-for Egg Production**
**VAR Model**
**1990 - 2012**

Egg Production = $\beta_0 + \beta_1$Lag 1-2 Egg Production + $\beta_2$Lag 1-2 Corn + $\beta_3$Lag 1-2 Soy + $\beta_4$Lag 1-2 GDP + $\beta_5$Lag 1-2 Electricity + $\beta_6$Month Dum

Source: USDA.

## Exhibit 26
## Price Effects of USEM Coordinated Exports
## 2006 - 2008

| Month | Quantity Exported | | | U.S. Egg Consumption | Percent Decrease in Domestic Sales Due to Coordinated Export | Percent Increase in Price Due to Coordinated Export |
| | Containers | Cases | Dozens | | | |
|---|---|---|---|---|---|---|
| | | | | -----(Dozens)----- | | |
| | | | $[30*(d)]$ | | $[-(d)/(d)+(e)]$ | $[((1+(f))^{-6.11})-1]$ |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| October-06 | 90 | 76,500 | 2,295,000 | 552,263,416 | -0.41 % | 2.57 % |
| January-07 | 300 | 246,600 | 7,398,000 | 538,780,322 | -1.35 | 8.69 |
| February-07 | 300 | 243,750 | 7,312,500 | 487,190,666 | -1.48 | 9.53 |
| April-07 | 200 | 160,000 | 4,800,000 | 524,758,489 | -0.91 | 5.72 |
| October-07 | 130 [1] | 106,003 | 3,180,085 | 546,598,949 | -0.58 | 3.61 |
| June-08 | 100 | 80,000 | 2,400,000 | 510,075,868 | -0.47 | 2.91 |

Note: Percent increase in price calculated using an inverse elasticity of -6.11076 for Northwest White Jumbo Shell, the most elastic demand estimated from the 2SLS model.
1 Number of cases estimated using average number of cases per container for available data.

Source: NL001776; MOARK0009486-93 at MOARK0009486; NL001774-5 at NL001774; MOARK0008660-69 at MOARK0008660; UE0199809-10 at UE0199809, UE01998010; RA0000703-10 at RA0000703, RA0000704; RA0002299-306 at RA0002299; MOARK0007450-1 at MOARK0007450; MOARK0036622-3 at MOARK0036622; MOARK-IPP-0028504-5 at MOARK-IPP-0028504, MOARK-IPP-0028505; USDA.

Highly Confidential - Subject to Protective Order



**Appendix 4**
**Actual Price vs. But-for Price**
**UB Egg Solids, Albumen, Spray (TL)**
**1990 - 2012**

Source: Urner Barry.



Highly Confidential - Subject to Protective Order

**Appendix 4**
**Actual Price vs. But-for Price**
**UB Liquid Eggs, Whites, Custom Pack, Pasteurized, Standard**
**1990 - 2012**



Source: Urner Barry.



**Appendix 4
Actual Price vs. But-for Price
UB Liquid Eggs, Whites, Unpasteurized, Standard
1990 - 2012**

Source: Urner Barry.