**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

 Plaintiff,

v.

 Case No.: 1:11−cv−08808
 Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

 MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' expert, Dr.
Baye, testified on October 30, 2023, and repeatedly referred to demonstrative slides
during his examination. For the sake of a clear and clean record, the Court directs
Plaintiffs to file the demonstrative slides on the docket. That way, any interested future
reader could more easily follow along and digest the substance of his testimony. The
Court directs counsel to email a pdf copy to the Courtroom Deputy, too, for ease of
reference by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.