UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC., <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

### AGREED MOTION FOR LEAVE TO AMEND PRE-TRIAL ORDER APPENDIX 10-1

Defendant Cal-Maine Foods, Inc., hereby files this Agreed Motion for Leave to Amend Pre-Trial Order Appendix 10-1 (Undisputed Facts), attached as Exhibit A.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Patrick M. Collins*
Patrick M. Collins
(pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)
Abigail Hoverman Terry
(aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor

Chicago, IL 60606
Tel: (312) 995-6333

Brian E. Robison
(brian@brownfoxlaw.com)
(admitted *pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

***Counsel for Defendant Cal-Maine Foods, Inc.***