# EXHIBIT A

APPENDIX 10-1

**UNDISPUTED FACTS**

*Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,* **1:11-cv-08808**

| Fact | Description |
|---|---|
| 1. | Kraft Foods Global, Inc. ("Kraft") is a Delaware corporation with its principal executive offices in Chicago, Illinois and Pittsburgh, Pennsylvania. |
| 2. | The Kellogg Company ("Kellogg") is a Delaware corporation with its principal executive office in Battle Creek, Michigan. |
| 3. | General Mills, Inc. ("General Mills") is a Delaware corporation with its principal executive office in Golden Valley, Minnesota. |
| 4. | Nestlé USA, Inc. ("Nestle") is a Delaware corporation with its principal executive office in Arlington, Virginia. |
| 5. | United Egg Producers, Inc. ("UEP") is a Georgia nonprofit corporation with its principal place of business in Johns Creek, Georgia. |
| 6. | United States Egg Marketers, Inc. ("USEM") is a Georgia nonprofit corporation with its principal place of business in Alpharetta, Georgia. |
| 7. | Rose Acre Farms, Inc. ("Rose Acre" or "RA") is an Indiana corporation headquartered in Seymour, Indiana. Rose Acre sold eggs and egg products in the United States during the 1998 through 2012 timeframe. |
| 8. | Rose Acre has continuously engaged in interstate commerce in connection with its sale of eggs since prior to 1998 until later than 2012. |
| 9. | Cal-Maine Foods, Inc. ("Cal-Maine") has continuously engaged in interstate commerce in connection with its sales of eggs since prior to 1998 until later than 2012. |
| 10. | The UEP Certified Program was formally launched in April 2002. |
| 11. | On August 21, 2000, UEP and USEM entered into a management services agreement whereby UEP provides management services to USEM. |