# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                        Plaintiff,

v.                                           Case No.: 1:11–cv–08808

                                                                   Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Defendant Rose Acre Farms's motion for leave to introduce evidence and elicit testimony of customer demand after 2012 (Dckt. No. [406]) is hereby denied. For the reasons explained on the record before reconvening with the jury on October 30, 2023, Plaintiffs did not open the door to evidence of post–2012 demand by eliciting testimony about the "A–frame" cages, or by making the other statements on the record. But the Court agrees that the parties must steer clear of making statements about conduct after 2012, and must avoid statements about prices and other market factors after 2012. The case is about the market for eggs and shell eggs until 2012, not after. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.