# ATTACHMENT A

# Professor Michael R. Baye
# Professor of Business Economics

*Kraft Foods Global, Inc., et al.* v. *United Egg Producers, Inc., et al.*

*1:11-cv-08808 (NDIL)*

**October 30, 2023**

# Government Service



U.S. Federal Trade Commission (FTC)
**Director of the Bureau of Economics**
(2007 - 2008)



Consumer Financial Protection Bureau (CFPB)
**Academic Research Council**
(2019 - 2021)

2

## Summary of Opinions

**1** The conspiracy restricted the nation's flock size and egg production, inflated the market prices of eggs, and injured the plaintiffs by raising the prices of eggs purchased from defendants and co-conspirators.

**2** The relevant market includes all eggs for human consumption in the United States, regardless of whether they are shell eggs or egg products.

**3** Economic features of the egg industry made it economically plausible that defendants could collude to restrict supply and raise prices.

3

PLS DEMO 0001 Pg. 0003

## Summary of Opinions

1    The conspiracy restricted the nation's flock size and egg production, inflated the market prices of eggs, and injured the plaintiffs by raising the prices of eggs purchased from defendants and co-conspirators.

4

# Inelastic Industry Demand



- Amount consumers buy does not change much when prices increase

- Products like gasoline or eggs that have poor substitutes

**Small reduction in supply leads to large price increases**

5

# Total Flock Size with Linear Trends (1990-2012)



*Source:*
*Baye Rep. Ex. 11*

Source: USDA.

6

## Variables Accounted For

- Feed/Grain Costs
- Electricity Costs
- Diesel Costs
- Agricultural Wages
- National Income
- Population
- Interest Rates
- Seasonal Fluctuations
- Other changes, including changes in demand for animal welfare over time

7

# Description of Indicators for the Alleged Conspiracy

**Description of Indicators for the Alleged Conspiracy**

| Dummy | Date Applied | Minimum Average Space per Hen | | 100% Rule in Effect | Backfilling Ban |
| | | White Leghorn | Brown Egg | | |
| (a) | (b) | (c) | (d) | (e) | (f) |
|---|---|---|---|---|---|
| Restriction 1 | August 2002[1] | 56 inches | 63 inches | *[2] | |
| Restriction 2 | February 2004[1] | 59 inches | 66 inches | X | *[3] |
| Restriction 3 | August 2005[1] | 61 inches | 68 inches | X | X |
| Restriction 4 | February 2007[1] | 64 inches | 72 inches | X | X |
| Restriction 5 | August 2008[1] | 67 inches | 76 inches | X | X |
| Backfilling Ban | February 2005 | | | X | X |

Notes:

[1] Date applied on estimated first month which a day old chick would enter production under stated cage sizes.

[2] The 100% Rule first appeared in the 2003 edition of the UEP guidelines.

[3] Backfilling was banned as of February 2005. Automatic failure of an audit for backfilling and commingling of eggs first appeared in the 2006 edition of the UEP guidelines.

Source: CM00180890-905; UE0809972-88; UE0242998-3016; CM00188710-32.

*Source:*
*Baye Rep. Ex. 12*

8

# Percent Fewer Hens Compared to But-For World

| Restriction | Effective Date | Minimum Average Space Per Hen | | % Reduction of Flock Size | Statistically Significant at 99% Level |
|---|---|---|---|---|---|
| | | White | Brown | | |
| Restriction 1 | Aug. 2002 – Jan. 2004 | 56 inches | 63 inches | 0.2% | NO |
| Restriction 2 | Feb. 2004 – July 2005 | 59 inches | 66 inches | 1.3% | NO |
| Restriction 3 | Aug. 2005 – Jan. 2007 | 61 inches | 68 inches | 3.3% | YES |
| Restriction 4 | Feb. 2007 – July 2008 | 64 inches | 72 inches | 6.5% | YES |
| Restriction 5 | Aug. 2008 – Dec. 2012 | 67 inches | 76 inches | 6.7% | YES |
| Backfilling Ban | February 2005 | | | 2.8% | YES |

9

# Actual Flock Size vs. But-For Flock Size: 1990-2012



*Source:*
*Baye Rep. Ex. 14*

Source: USDA.

10

# Total Egg Production with Linear Trends (1990-2012)



Source:
Baye Rep. Ex. 15    Source: USDA.

11

# Percent Fewer Eggs Compared to But-For World

| Restriction | Effective Date | Minimum Average Space Per Hen | | % Reduction of Egg Production | Statistically Significant at 99% Level |
|---|---|---|---|---|---|
| | | White | Brown | | |
| Restriction 1 | Aug. 2002 – Jan. 2004 | 56 inches | 63 inches | 0.2% | NO |
| Restriction 2 | Feb. 2004 – July 2005 | 59 inches | 66 inches | 0.6% | NO |
| Restriction 3 | Aug. 2005 – Jan. 2007 | 61 inches | 68 inches | 2.4% | YES |
| Restriction 4 | Feb. 2007 – July 2008 | 64 inches | 72 inches | 5.5% | YES |
| Restriction 5 | Aug. 2008 – Dec. 2012 | 67 inches | 76 inches | 5.2% | YES |
| Backfilling Ban | February 2005 | | | 2.1% | YES |

12

# Actual Egg Production vs. But-For Egg Production



Source:
*Baye Rep. Ex. 17*   Source: USDA.

13

## Actual Flock Size vs. But-For Flock Size 1990-2012 (VAR Model)



*Source: Baye Rep. Ex. 18*

14



## Actual Egg Production vs. But-For Egg Production 1990-2012 (VAR Model)

*Source: Baye Rep. Ex. 19*

15

# Urner Barry Shell Egg Price (White Large, Midwest)



*Source: Baye Report Backup, Urner Barry Data*

16

# Range of Increases in 27 Urner Barry Egg Product Prices

|  | Restriction 3 | Restriction 4 | Restriction 5 | Backfilling |
|---|---|---|---|---|
| **LIQUID EGGS** |  |  |  |  |
| Most Inelastic | 59.71% | 199.06% | 181.37% | 51.27% |
| Least Inelastic | 21.08% | 56.44% | 52.59% | 18.42% |
| **FROZEN EGGS** |  |  |  |  |
| Most Inelastic | 39.40% | 117.55% | 108.34% | 34.13% |
| Least Inelastic | 20.11% | 53.55% | 49.93% | 17.59% |
| **DRIED EGGS** |  |  |  |  |
| Most Inelastic | 36.47% | 107.00% | 98.79% | 31.64% |
| Least Inelastic | 18.91% | 49.96% | 46.62% | 16.54% |

17

# Prices of 41 Types of Shell Eggs Also Increased

|  | Restriction 3 | Restriction 4 | Restriction 5 | Backfilling |
|---|---|---|---|---|
| **Shell Eggs (Graded)** |  |  |  |  |
| Most Inelastic | 30.92% | 87.84% | 81.37% | 26.90% |
| Least Inelastic | 15.80% | 40.94% | 38.28% | 13.84% |
| **Shell Eggs (Breakers)** | 41.16% | 124.04% | 114.21% | 35.63% |

18

# Actual vs. But-For Price of Dried Whole Plain Egg 1990-2012



*Source: Baye Rep. App'x 4*  Source: Urner Barry.  19

# Actual vs. But-For Price of Dried Egg White 1990-2012



*Source: Baye Rep. App'x 4*    Source: Urner Barry.

PLS DEMO 0001 Pg. 0020

# Actual vs. But-For Price of Liquid Egg Whites 1990-2012



*Source: Baye Rep. App'x 4*   Source: Urner Barry.

21

# Price Effects of USEM Coordinated Exports: 2006-2008

| Month | Quantity Exported | | | U.S. Egg Consumption | Percent Decrease in Domestic Sales Due to Coordinated Export | Percent Increase in Price Due to Coordinated Export |
|---|---|---|---|---|---|---|
| | Containers | Cases | Dozens | -----(Dozens)----- | | |
| | | | [30*(d)] | | [-(d)/(d)+(e)] | [((1+(f))^(-6.11)-1)] |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| October-06 | 90 | 76,500 | 2,295,000 | 552,263,416 | -0.41 % | 2.57 % |
| January-07 | 300 | 246,600 | 7,398,000 | 538,780,322 | -1.35 | 8.69 |
| February-07 | 300 | 243,750 | 7,312,500 | 487,190,666 | -1.48 | 9.53 |
| April-07 | 200 | 160,000 | 4,800,000 | 524,758,489 | -0.91 | 5.72 |
| October-07 | 130 [1] | 106,003 | 3,180,085 | 546,598,949 | -0.58 | 3.61 |
| June-08 | 100 | 80,000 | 2,400,000 | 510,075,868 | -0.47 | 2.91 |

Note: Percent increase in price calculated using an inverse elasticity of -6.11076 for Northwest White Jumbo Shell, the most elastic demand estimated from the 2SLS model.

[1] Number of cases estimated using average number of cases per container for available data.

Source: NL001776; MOARK0009486-93 at MOARK0009486; NL001774-5 at NL001774; MOARK0008660-69 at MOARK0008660; UE0199809-10 at UE0199809, UE01998010; RA0000703-10 at RA0000703, RA0000704; RA0002299-306 at RA0002299; MOARK0007450-1 at MOARK0007450; MOARK0036622-3 at MOARK0036622; MOARK-IPP-0028504-5 at MOARK-IPP-0028504, MOARK-IPP-0028505; USDA.

*Source: Baye Rep. Ex. 26*

22

## Summary of Opinions

**1** The conspiracy restricted the nation's flock size and egg production, inflated the market prices of eggs, and injured the plaintiffs by raising the prices of eggs purchased from defendants and co-conspirators.

**2** The relevant market includes all eggs for human consumption in the United States, regardless of whether they are shell eggs or egg products.

23

## Summary of Opinions

**1** The conspiracy restricted the nation's flock size and egg production, inflated the market prices of eggs, and injured the plaintiffs by raising the prices of eggs purchased from defendants and co-conspirators.

**2** The relevant market includes all eggs for human consumption in the United States, regardless of whether they are shell eggs or egg products.

**3** Economic features of the egg industry made it economically plausible that defendants could collude to restrict supply and raise prices.

24

## Summary of Opinions

**1** The conspiracy restricted the nation's flock size and egg production, inflated the market prices of eggs, and injured the plaintiffs by raising the prices of eggs purchased from defendants and co-conspirators.

**2** The relevant market includes all eggs for human consumption in the United States, regardless of whether they are shell eggs or egg products.

**3** Economic features of the egg industry made it economically plausible that defendants could collude to restrict supply and raise prices.

25