UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br>     Plaintiffs, <br><br>     v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC., <br><br>     Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**DEFENDANT CAL-MAINE FOODS, INC.'S
SUBMISSION REGARDING DEMONSTRATIVES DISPLAYED DURING
<u>PROFESSOR MICHAEL BAYE'S TRIAL TESTIMONY</u>**

Defendant Cal-Maine Foods, Inc. includes as Attachments A and B to this submission the demonstratives Cal-Maine presented to the jury on October 31, 2023 and November 1, 2023 during the cross-examination trial testimony of Professor Michael Baye.

Dated: November 1, 2023        Respectfully submitted,

<u>/s/ Patrick M. Otlewski</u><br>
Patrick M. Collins (pcollins@kslaw.com)<br>
Livia M. Kiser (lkiser@kslaw.com)<br>
Patrick M. Otlewski (potlewski@kslaw.com)<br>
Abigail Hoverman Terry (aterry@kslaw.com)<br>
KING & SPALDING LLP<br>
110 North Wacker Drive, 38th Floor<br>
Chicago, IL 60606<br>
Tel: (312) 995-6333

2

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

*Counsel for Defendant Cal-Maine Foods, Inc.*