# ATTACHMENT A

# Plaintiffs' Egg Products Suppliers

**DEFENDANTS'
DEMONSTRATIVE**
Case No. 1:11-cv-08808
**1**

1

# Plaintiffs' Egg Products Suppliers










Source: General Mills' Amended Interrogatory Answers dated Jan. 31, 2013

2

# Plaintiffs' Egg Products Suppliers




Natural Products








Mays









# Plaintiffs' Egg Products Suppliers




Natural Products






Mays







Lashbrook Farms




Source: General Mills,' Kellogg's, and Kraft's Amended Interrogatory Answers dated Jan. 31, 2013; S. Manion Oct. 30, 2023 Testimony

4

# Plaintiffs' Egg Products Suppliers




Natural Products







Mays













# Plaintiffs' Egg Products Suppliers (2004)

**UEP Certified** ✓

**4** Producers

**Not UEP Certified** ✗

**22** Producers

Natural Products

Mays

Lashbrook Farms
































Source: DX-1052; General Mills,' Kellogg's, Kraft's, and Nestle's Amended Interrogatory Answers dated Jan. 31, 2013; S. Manion Oct. 30, 2023 Testimony

6