# ATTACHMENT B



DEFENDANTS' DEMONSTRATIVE

Case No. 1:11-cv-08808

3