## Plaintiffs' Lawsuit

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
MDL No. 2002
08-md-02002

THIS DOCUMENT RELATES TO:
Kraft Foods Global, Inc. et al v. United Egg Producers, Inc., et al., No. 2:12-cv-00088-GP

SECOND AMENDED COMPLAINT

**Named Alleged Co-Conspirators**

- Cal-Maine
- Daybreak
- Hillandale Farms
- Michael Foods
- Midwest Poultry
- Moark
- National Food Corp.
- Norco Ranch
- NuCal Foods
- Ohio Fresh Eggs
- Rose Acre Farms
- RW Sauder
- Sparboe Farms
- Wabash Valley Produce

## Dr. Baye's Report

EXPERT REPORT OF MICHAEL R. BAYE, PH.D.

Highly Confidential – Subject to Protective Order

January 22, 2015

Baye Rep. Ex. 1

**Named Alleged Co-Conspirators**

- Cal-Maine
- Daybreak
- Hillandale Farms
- Michael Foods
- Midwest Poultry
- Moark
- National Food Corp.
- Norco Ranch
- NuCal Foods
- ~~Ohio Fresh Eggs~~
- Rose Acre Farms
- RW Sauder
- Sparboe Farms
- Wabash Valley Produce
- ==Land 'O Lakes==
- ==Weaver Brothers==
- ==Zephyr Egg Co.==

## Plaintiffs' At Trial



1



# Price Effects of USEM Coordinated Exports: 2006-2008

| Month | Quantity Exported | | | U.S. Egg Consumption | Percent Decrease in Domestic Sales Due to Coordinated Export | Percent Increase in Price Due to Coordinated Export |
| --- | --- | --- | --- | --- | --- | --- |
| | Containers | Cases | Dozens | | | |
| | | | $[30*(d)]$ | -----(Dozens)----- | $[-(d)/(d)+(e)]$ | $[((1+(f))^{\wedge}(-6.11)-1)]$ |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| October-06 | 90 | 76,500 | 2,295,000 | 552,263,416 | -0.41 % | 2.57 % |
| January-07 | 300 | 246,600 | 7,398,000 | 538,780,322 | -1.35 | 8.69 |
| February-07 | 300 | 243,750 | 7,312,500 | 487,190,666 | -1.48 | 9.53 |
| April-07 | 200 | 160,000 | 4,800,000 | 524,758,489 | -0.91 | 5.72 |
| October-07 | 130 [1] | 106,003 | 3,180,085 | 546,598,949 | -0.58 | 3.61 |
| June-08 | 100 | 80,000 | 2,400,000 | 510,075,868 | -0.47 | 2.91 |

Note: Percent increase in price calculated using an inverse elasticity of -6.11076 for Northwest White Jumbo Shell, the most elastic demand estimated from the 2SLS model.

[1] Number of cases estimated using average number of cases per container for available data.

Source: NL001776; MOARK0009486-93 at MOARK0009486; NL001774-5 at NL001774; MOARK0008660-69 at MOARK0008660; UE0199809-10 at UE0199809, UE01998010; RA0000703-10 at RA0000703, RA0000704; RA0002299-306 at RA0002299; MOARK0007450-1 at MOARK0007450; MOARK0036622-3 at MOARK0036622; MOARK-IPP-0028504-5 at MOARK-IPP-0028504, MOARK-IPP-0028505; USDA.

Source: Baye Rep. Ex. 26

22



# Dr. Baye's Egg Production Model Results



Egg Production Model Results (Baye Rep. ¶¶ 173, 175)

# Percentage Increase in Cage Space

| | Cage Space - White Hens: | Percentage Increase: | Statistically Significant at 99% Level? |
|---|---|---|---|
| Pre-2002 | 48" or 53" | N/A | |
| Restriction 1 | 56" (+8" or +3") | **16.67% / 5.66%** | NO |
| Restriction 2 | 59" (+3") | **5.36%** | NO |
| Restriction 3 | 61" (+2") | 3.39% | YES |
| Restriction 4 | 64" (+3") | 4.92% | YES |
| Restriction 5 | 67" (+3") | 4.69% | YES |

6



# Non-UEP Members Enrolled in the Certified Program (2004)

EXPERT REPORT OF MICHAEL R. BAYE, PH.D.

Highly Confidential – Subject to Protective Order

January 22, 2015

Exhibit 7

Share of Flock Size by Vendor, Status and Vendor Type for 2004

| Vendor | UEP Member | UEP Certified | Vendor Type | Flock Size (Number of Layers) | Share --(Percent)-- |
|---|---|---|---|---|---|
| (a) | (b) | (c) | (c) | (d) | (e) |
| Wenger's Feed Mill | No | Yes | | 5,803,976 | 2.0 |
| Hemmelgarn & Sons | No | Yes | | 1,500,000 | 0.5 |
| Butcher Associates | No | Yes | | 1,400,000 | 0.5 |
| Sunbest-Papetti Farms | No | Yes | | 1,200,000 | 0.4 |
| CFMG | No | Yes | | 1,100,000 | 0.4 |
| Hoover Ranch | No | Yes | | 876,456 | 0.3 |
| Hohberg Poultry Ranches | No | Yes | | 650,000 | 0.2 |
| Ham & Eggs LLC | No | Yes | | 600,000 | 0.2 |
| Wenning Poultry | No | Yes | | 585,000 | 0.2 |
| Crystal Valley Farms | No | Yes | | 320,000 | 0.1 |
| Freitas Fresh Eggs | No | Yes | | 315,000 | 0.1 |
| Pick of the Chick Egg Farm | No | Yes | | 265,000 | 0.1 |
| Baer Inc., Joel | No | Yes | | 250,000 | 0.1 |
| Gehman Feed Mill Inc. | No | Yes | | 230,000 | 0.1 |
| Mahrt, Boyd | No | Yes | | 202,000 | 0.1 |
| Montana Eggs | No | Yes | | 180,000 | 0.1 |
| Esbenshade Farms | No | Yes | | 173,622 | 0.1 |
| Niemeyer Farms Inc. | No | Yes | | 160,000 | 0.1 |
| Riverview Farms | No | Yes | | 140,000 | 0.0 |
| Kincaid Farms Inc. | No | Yes | | 86,629 | 0.0 |
| Swanson, Inc., Richard | No | Yes | | 84,000 | 0.0 |
| Brendle Farms Inc. | No | Yes | | 65,000 | 0.0 |
| Dai-Zen Farms, Inc | No | Yes | | 60,000 | 0.0 |
| C&S Farms | No | Yes | | 52,238 | 0.0 |
| Stone Ranch | No | Yes | | 45,000 | 0.0 |
| Bonham Bros. Farms | No | Yes | | 28,658 | 0.0 |
| Country Fresh Poultry | No | Yes | | 15,840 | 0.0 |
| Cal Poly State | No | Yes | | 14,000 | 0.0 |
| Mountain View Colony, Inc. | No | Yes | | 13,900 | 0.0 |
| Golden Valley Colony | No | Yes | | 10,600 | 0.0 |
| Big Stone Colony | No | Yes | | 8,800 | 0.0 |
| Modesto Jr. College | No | Yes | | 2,000 | 0.0 |

- 32 egg producers
- About 6% of the national flock
- Over 16 million hens

# Dr. Baye's Calculation of Damages

**Change in Price** = **Inverse Elasticity** × **Change in Production**



# Dr. Baye's *Original* Chart: Dried Whole Plain Egg



11

# **_Correctly Adjusted_** Dr. Baye's Chart: Dried Whole Plain Egg



Case: 1:11-cv-08808 Document #: 447-1 Filed: 11/01/23 Page 13 of 18 PageID #:18931



# Dr. Baye's *Original* Chart: Dried Egg White



14

# *Correctly* *Adjusted* Dr. Baye's Chart: Dried Egg White





# Dr. Baye's *Original* Chart: Liquid Egg Whites



