# ATTACHMENT A



PLS DEMO 0002 Pg. 0001