# **ATTACHMENT B**

# Stages of Shell Egg Production

**1**

**Raising Breeder Flocks**
to produce fertilized eggs

**2**

**Hatching & Sorting**
21 days after egg is laid

**3**

**Growing Female Chickens**
to egg-age (approx. 17 weeks)

**4**

**Egg Laying**
approximately 2 years

**5**

**Processing**
cleaning, sorting & grading

**6**

**Packing & Distribution**
in cartons for shell eggs

DEFENDANTS' DEMONSTRATIVE
Case No. 1:11-cv-08808
4