# EXHIBIT A

Case: 1:11-cv-08808 Document #: 453-1 Filed: 11/02/23 Page 2 of 6 PageID #:18965

# Ammonia Level Scoring





**Ammonia Levels**

| 0 | 0 | 0 |

**Parts Per Million (PPM)**

**Score Card**

Ammonia Levels | -5

Case: 1:11-cv-08808 Document #: 453-1 Filed: 11/02/23 Page 3 of 6 PageID #:18966

# Ammonia Level Scoring





**Ammonia Levels**

0 0 0

**Parts Per Million (PPM)**

| Score Card | |
|---|---|
| Ammonia Levels | -5 |

# Ammonia Level Scoring





**Ammonia Levels**

0 0 0

Parts Per Million (PPM)

### Score Card

Ammonia Levels ☐

Case: 1:11-cv-08808 Document #: 453-1 Filed: 11/02/23 Page 5 of 6 PageID #:18968

# Ammonia Level Scoring




**Ammonia Levels**

0 0 0

**Parts Per Million (PPM)**

| Score Card | |
|---|---|
| Ammonia Levels | -5 |



# Ammonia Level Scoring

**Ammonia Levels**

# 2 0 0

**Parts Per Million (PPM)**

### Score Card

| Ammonia Levels | -5 |

