# EXHIBIT B



Cage at least 402 in$^2$

(402 in$^2$ ÷ 6 = 67 in$^2$ / bird)



**NO BACKFILLING**

Higher Mortality: 100.5 in$^2$ per bird

(402 in$^2$ ÷ 4 = 100.5 in$^2$ / bird)



**BACKFILLING**

Lower Mortality: 67 in$^2$ per bird

(402 in$^2$ ÷ 6 = 67 in$^2$ / bird)