# EXHIBIT C

## MEMBERS

## UEP SCIENTIFIC ADVISORY COMMITTEE ON ANIMAL WELFARE

**Dr. Jeffrey D. Armstrong, Chair** $
Purdue University

**Donald D. Bell** $
University of California

**Dr. Bill Chase** $
Private Veterinarian

**Adele Douglass**
Director, American Humane Association

**Dr. Patricia Y. "Scotti" Hester**
Purdue University

**Dr. Joy A. Mench**
University of California

**Dr. Ruth Newberry**
Washington State University

**Dr. Larry Stanker**
USDA-ARS-WRRC

**Dr. Janice Swanson**
Kansas State University

### SUPPORT

**Barrie Wilcox** $
Wilcox Farms, Inc.

**Gene Gregory** $
United Egg Producers