# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) | No. 1:11-cv-08808 |
| ) | |
| v. ) | Judge Steven C. Seeger |
| ) | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFFS' SUBMISSION REGARDING
## DESIGNATED TESTIMONY OF BINH TRAN

Pursuant to the Court's orders, Plaintiffs submit the following report regarding the designated videotaped deposition testimony of Binh Tran, which was played before the jury on November 2, 2023. Attached as Exhibit A is a copy of the designated pages and lines for Mr. Tran.

*Duration of Binh Tran Videotaped Testimony*

    Plaintiff-only designations:  24:16
    Defendant-only designations: 43:09

*Plaintiffs' Exhibits Admitted Through Binh Tran Videotaped Testimony*

    515
    568
    651
    821

*Defendants' Exhibits Admitted Through Binh Tran Videotaped Testimony*

    3
    9
    11
    13
    16

21
24
35
444
1227

November 2, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlé USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com


Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com