### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11-cv-8808 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### RULINGS ON TRIAL TESTIMONY DESIGNATIONS – ANTHONY AIROSO

**Trial Testimony in *In Re: Processed Egg Products: Antitrust Litigation*, No. 08-MDL-2002 (May 7, 2018)**

| Testimony | Objection | Ruling |
|---|---|---|
| 186:19 (beginning with "When did…") - 187:3 | 402/403, Post-2008 (Discussion of the precise date when Walmart started and stopped buying eggs from Sparboe, especially after 2008 is irrelevant and confusing for jury). | Overruled as to 186:19-25. Sustained as to 187:1-3. |
| 187:7-12 | 402/403 (Discussion of Sparboe's actions in 2011 are irrelevant because Plaintiffs have not introduced evidence of Sparboe's 2003 criticism or any testimony about the PVP program, *see* Dkt. 287), 602 (witness testified he did not have knowledge). | Sustained. |

Date:   November 3, 2023

_____

Steven C. Seeger
United States District Judge