UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' STATEMENT OF CASES RELEVANT TO LEGAL STANDARD**

Plaintiffs invite the Court to consider the following authorities to guide the Court's consideration of the applicable legal standard:

- *Deslandes v. McDonalds USA LLC*, 81 F.4th 699 (7th Cir. 2023) (per se rule applies to horizontal agreement unless defendants prove restraint is subordinate and collateral to a legitimate business collaboration and is necessary to achieve procompetitive objective);

- *Polk Brothers, Inc. v. Forest City Enters., Inc*., 776 F.2d 185 (7th Cir. 1985) (explaining and applying ancillary restraint doctrine);

- *Wilk v. American Med. Ass'n*, 719 F.2d 207, 217, 219 (7th Cir. 1983) (the jury is to make the factual determination relevant to the antitrust standard to be applied);

- *Toys "R" Us v. FTC,* 221 F.3d 928, 936 (7th Cir. 2000) (affirms application of per se standard to horizontal agreement);

- *In re Broiler Chicken Antitr. Litig.*, No. 16 C 8637, 2022 WL 4303476 (N.D Ill. June 30, 2022), (price fixing is a per se violation; "[o]utput reduction with the intent to increase price can be a form of price fixing");

- *Federal Trade Comm'n v. Superior Ct. Trial Lawyers Ass'n*, 493 U.S. 411, 431-432 (1990) (applying per se rule despite societal benefits of defendants' action).

Plaintiffs also refer the Court to Plaintiffs' objections at Dkt. 289, App. 13-5, at 10-18 (ancillary restraints), 36-37 (*Wilk*), which address this topic. Plaintiffs are prepared to submit a brief or argue the legal standard orally.

November 3, 2023                                   Respectfully submitted.

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com