UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) No. 1:11-cv-08808 |
| v. | ) ) Judge Steven C. Seeger ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Plaintiffs respectfully move the Court for leave to file Exhibit A to Plaintiffs' Motion to Reconsider and Renewed Motion for Remote Testimony under seal, pursuant to Local Rules 5.8 and 26.2. In support of this Motion, Plaintiffs state as follows:

1. Exhibit A to Plaintiffs' Motion, filed today, includes a supplemental declaration of a potential witness. The supplemental declaration includes confidential and sensitive medical information. Pursuant to Local Rule 26.2(c), Plaintiffs have provisionally filed Exhibit A under seal.

2. As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*,

24 F.3d 893, 898 (7th Cir. 1994), including "sensitive medical information," *Sutterfield v. City of Milwaukee*, 870 F.Supp.2d 633, 645 (E.D. Wis. 2012).

3. Here, Exhibit A contains confidential and sensitive medical information. Moreover, the declarant has stated a strong desire for this information to remain private and not publicly available. This presents a legitimate concern of confidentiality and gives good cause to file Exhibit A under seal.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Plaintiffs respectfully request the Court enter an order granting it leave to file Exhibit A to the Motion under seal.

November 3, 2023

Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
James T. Malysiak
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
aallen@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com