# **ATTACHMENT A**

