# ATTACHMENT A



