**13-6: Plaintiffs' Proposed Verdict Form**

**Revised: November 6, 2023**

**Plaintiffs' Proposed Verdict Form**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

# VERDICT FORM

2

*Your answer to each question, whether "YES" or "NO," must be unanimous.*

1. **Do you find that the following defendants conspired to unreasonably restrain trade in the market for eggs and egg products?**

   | | | |
   |---|---|---|
   | **United Egg Producers:** | YES _____ | NO _____ |
   | **United States Egg Marketers:** | YES _____ | NO _____ |
   | **Rose Acre Farms:** | YES _____ | NO _____ |
   | **Cal-Maine Farms:** | YES _____ | NO _____ |

*If you answered "YES" to any part of Question 1, <u>proceed to Question 2.</u> If you answered "NO" to all parts of Question 1, <u>do not answer any further questions,</u> have your foreperson sign the last page of the verdict sheet, and notify the courtroom deputy that you have completed your deliberations.*

2. **Do you find that the conspiracy you identified in response to Question 1 injured any of the following plaintiffs?**

   **Kraft Foods Global:** YES _____ NO _____

   **The Kellogg Company:** YES _____ NO _____

   **General Mills:** YES _____ NO _____

   **Nestle USA:** YES _____ NO _____

*Have your foreperson sign the last page of the verdict sheet and notify the courtroom deputy that you have completed your deliberations.*

_____
Jury Foreperson


_____
Date