# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | )<br>) Judge Steven C. Seeger<br>) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## DEFENDANTS' SUBMISSION REGARDING DESIGNATED TESTIMONY OF KAREN BROWN

Defendants submit the following report regarding the designated videotaped deposition testimony of Karen Brown, which was played before the jury on November 6, 2023. Attached as Exhibit A is a copy of the designated pages and lines from Ms. Brown's deposition that were played.

*Duration of Karen Brown Videotaped Testimony*

    Plaintiff-only designations:    16:18
    Defendant-only designations: 53:36

*Defendants' Exhibits Admitted through Karen Brown's Videotaped Testimony*

    655
    658
    670
    674

    677
    683
    684
    686
    690
    693
    695
    697
    698
    700
    701

*Plaintiffs' Exhibits Admitted through Karen Brown's Videotaped Testimony*

    338
    860
    861

Dated: November 6, 2023                           Respectfully submitted,

                                                     */s/ Allen T. Carter*
                                                     Donald M. Barnes (dbarnes@porterwright.com)
                                                     Jay L. Levine (jlevine@porterwright.com)
                                                     PORTER, WRIGHT, MORRIS & ARTHUR LLP
                                                     2020 K. Street, N.W., Suite 600
                                                     Washington, D.C. 20006-1110
                                                     Tel: (202) 778-3000

                                                     James A. King (jking@porterwright.com)
                                                     Allen T. Carter (acarter@porterwright.com)
                                                     PORTER, WRIGHT, MORRIS & ARTHUR LLP
                                                     41 South High Street, Suite 2900
                                                     Columbus, OH 43215
                                                     Tel: (614) 227-2000

                                                     **Counsel for Defendant Rose Acre Farms, Inc.**