# ATTACHMENT A

# Cal-Maine's Different Shell Egg for Sale

**Conventional Eggs**

**Specialty Eggs**










DEFENDANTS' DEMONSTRATIVE
Case No. 1:11-cv-08808
5

# Cal-Maine's Largest Grocer Customers (1998-2012)









2

# Cal-Maine's Largest Grocer Customers (1998-2012)

















3