UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) | |
| Plaintiffs, | ) | No. 1:11-cv-08808 |
| v. | ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) | |
| Defendants. | ) | |

**PARTIES' ADMITTED EXHIBITS**

Pursuant to the Court's request, the Parties submit the following list of exhibits admitted into evidence through the November 6, 2023 trial proceedings.

**PLAINTIFFS' ADMITTED EXHIBITS**

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 1 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 08 | |
| 15 | 11/03/2023 | Admitted without Sponsoring Witness | | |
| 16 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 01 | |
| 24 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 32 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 24 | Redacted (Per Court's Ruling, Dkt. 387) |
| 37 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 39 | 10/26/2023 | Reickard, Linda (Deposition) | Rust, Marcus Ex. PX-0430 | Redacted |
| 47 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 50 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0230 | |
| 53 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0008 | |
| 54 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 07 | |
| 59 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |
| 62 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 68 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 69 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 19 | |
| 73 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |
| 80 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 21 | |
| 85 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 88 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 565 | |
| 101 | 11/03/2023 | Admitted without Sponsoring Witness | | Redacted (Per Court's Ruling, Dkt. 460) |
| 102 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 105 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Rust, Marcus Ex. P-0173 | |
| 109 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 15 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 115 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 119 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0009 | |
| 132 | 11/03/2023 | Admitted without Sponsoring Witness | | Redacted (Per Court's Ruling, Dkt. 460) |
| 135 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 137 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Rust, Marcus Ex. P-0150 | |
| 142 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 143 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 146 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0127 | |
| 150 | 11/01/2023 | Admitted without Sponsoring Witness | | Redacted |
| 151 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 153 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 154 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 19 | |
| 159 | 11/03/2023 | Admitted without Sponsoring Witness | | Redacted (Admissible only against United Egg Producers). |
| 160 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 17 | |
| 161 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 166 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 2 | Redacted |
| 171 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 175 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 178 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 179 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 180 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 181 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 189 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 191 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 193 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Reickard, Linda Ex. 08 | |
| 196 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. PX-0137 | |
| 198 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 203 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 205 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 26 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 206 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 15 | |
| 208 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 538 | |
| 210 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Rust, Marcus Ex. 237 | |
| 211 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 212 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 213 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 536; Rust, Marcus Ex. P-0003 | |
| 215 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 219 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 220 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 223 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 225 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 226 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 227 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 229 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 240 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 13 | |
| 241 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 242 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 244 | 10/26/2023 | Reickard, Linda (Deposition) | Blizzard, Phyllis Ex. 11 | Redacted |
| 245 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 11 | |
| 247 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 253 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 256 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 09 | |
| 257 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 260 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 06 | |
| 261 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | Redacted (Washington Report Redacted) |
| 262 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 266 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted (Washington Report Redacted) |
| 267 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 268 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 272 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 03 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 275 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0177 | |
| 276 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 05 | |
| 279 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 281 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 290 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 297 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 304 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0188 | |
| 307 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 308 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 04 | |
| 315 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 12 | |
| 316 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 06 | |
| 328 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 07 | |
| 333 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 336 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 338 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 34 | |
| 340 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 343 | 10/25/2023 | Baker, Dolph (Adverse Direct) | | |
| 344 | 11/03/2023 | Admitted without Sponsoring Witness | | |
| 346 | 11/03/2023 | Admitted without Sponsoring Witness | | |
| 356 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |
| 362 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 364 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 20 | |
| 366 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 367 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 368 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 370 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 371 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Rust, Marcus Ex. 248 | |
| 372 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 374 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 375 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 377 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 378 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 379 | 10/26/2023 | Reickard, Linda (Deposition) | | |
| 381 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 385 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 14 | |
| 386 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 398 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 399 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 401 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 402 | 10/23/2023 | Baker, Dolph (Adverse Direct) | Rust, Marcus Ex. 528 | |
| 403 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 404 | 10/25/2023 | Baker, Dolph (Party Cross) | Rust, Marcus Ex. 534 | |
| 405 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 410 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 424 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 434 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 444 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 445 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 447 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 459 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 466 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 480 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 482 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 483 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 488 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 498 | 10/30/2023 | Manion, Scott (Direct) | | |
| 515 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 19 | |
| 518 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |
| 519 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 525 | 10/30/2023 | Manion, Scott (Direct) | | |
| 555 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |
| 568 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 02 | |
| 569 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 46 | |
| 573 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. P-0179 | Redacted |
| 574 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 537 | |
| 576 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 577 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 49 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 578 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 03 | |
| 581 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | Redacted (Redactions based on Court's 10/24/2023 Ruling) |
| 591 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 592 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 21 | |
| 599 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | Redacted (Redactions based on Court's 10/24/2023 Ruling) |
| 600 | 11/03/2023 | Admitted without Sponsoring Witness | | |
| 601 | 10/30/2023 | Rust, Marcus (Trial Testimony) | Rust, Marcus Ex. PX-0712 | |
| 603 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 613 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 616 | 11/03/2023 | Admitted without Sponsoring Witness | | |
| 627 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 37 | |
| 630 | 10/30/2023 | Manion, Scott (Direct) | | Redacted |
| 634 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 20 | |
| 635 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 31 | Redacted |
| 636 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 51 | |
| 637 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 639 | 11/01/2023 | Armstrong, Jeffrey (Direct) | | Redacted |
| 641 | 10/23/2023 | Baker, Dolph (Adverse Direct) | | |
| 642 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 50 | |
| 643 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 46 | |
| 644 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 48 | |
| 645 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 47 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 646 | 10/26/2023 | Reickard, Linda (Deposition) | Reickard, Linda Ex. 44 | |
| 647 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 651 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 14 | |
| 676 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 677 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 678 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 680 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 682 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 683 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 684 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 686 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 690 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 14 | |
| 692 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 16 | Redacted |
| 693 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 18 | |
| 694 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 38 | |
| 695 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 696 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 18 | |
| 704 | 10/26/2023 | Blizzard, Phyllis (Deposition) | Blizzard, Phyllis Ex. 43 | Redacted |
| 709 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 548 | |
| 710 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 117 | |
| 711 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | |
| 720 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 51 | Redacted |
| 726 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 322 | |
| 727 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 518 | |
| 729 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 546 | |
| 731 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 733 | 11/03/2023 | Tobey, Kelly (Direct) | | |
| 750 | 10/20/2023 | Baker, Dolph (Adverse Direct) | | Redacted |
| 753 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 784 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 813 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 544 | |
| 821 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 13 | |
| 824 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 16 | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 825 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 17 | |
| 826 | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 20 | |
| 827 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 215 | |
| 828 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 139 | |
| 831 | 10/30/2023 | Rust, Marcus (Deposition) | Rust, Marcus Ex. 547 | |
| 834 | 10/30/2023 | Manion, Scott (Direct) | | |
| 835 | 10/30/2023 | Manion, Scott (Direct) | | |
| 839 | 10/25/2023 | Baker, Dolph (Adverse Direct) | | |
| 843 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 845 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 847 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 848 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 849 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 853 | 11/01/2023 | Admitted without Sponsoring Witness | | |
| 857 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 858 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 860 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 35 | |
| 861 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 36 | |
| 882 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 883 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 1129 | 10/24/2023 | Baker, Dolph (Adverse Direct) | | |

**DEFENDANTS' ADMITTED EXHIBITS**

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 3 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 15 | |
| 9 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 31 | |
| 11 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 18 | |
| 13 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 21 | |
| 16 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 17 | |
| 21 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 16 | |
| 24 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 38 | |
| 35 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 42 | |
| 36 | 11/01/2023 | Baye, Michael (Cross) | | |
| 64 | 11/01/2023 | Baye, Michael (Cross) | | |
| 70 | 10/30/2023 | Manion, Scott (Cross) | | |
| 95 | 10/30/2023 | Manion, Scott (Cross) | | Redacted |
| 141 | 11/01/2023 | Baye, Michael (Cross) | | |
| 173 | 11/01/2023 | Baye, Michael (Cross) | | |
| 182 | 10/25/2023 | Baker, Dolph (Adverse Direct) | | |
| 183 | 10/25/2023 | Baker, Dolph (Adverse Direct) | | |
| 185 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 191 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 194 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 203 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 204 | 11/02/2023 | Armstrong, Jeffrey (Redirect) | | |
| 207 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 210 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 211 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 218 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 220 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 223 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 226 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 227 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 232 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 238 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 240 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 243 | 11/02/2023 | Armstrong, Jeffrey (Direct) | | |
| 246 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 253 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 261 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 273 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 278 | 11/06/2023 | Hardin, Jeff (Direct) | | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 286 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 296 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 424 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 433 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 444 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 28 | |
| 469 | 11/01/2023 | Armstrong, Jeffrey (Direct) | | |
| 472 | 11/02/2023 | Armstrong, Jeffrey (Direct) | | |
| 489 | 11/02/2023 | Armstrong, Jeffrey (Direct) | | |
| 491 | 10/26/2023 | Reickard, Linda (Deposition) | | Redacted |
| 500 | 10/31/2023 | Baye, Michael (Cross) | | |
| 509 | 11/02/2023 | Armstrong, Jeffrey (Direct) | | |
| 522 | 11/01/2023 | Armstrong, Jeffrey (Direct) | | |
| 618 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 622 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 639 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 649 | 11/06/2023 | Admitted without Sponsoring Witness | | |
| 655 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 11 | |
| 658 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 08 | |
| 662 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 670 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 05 | |
| 674 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 19 | |
| 677 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 22 | |
| 683 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 12 | |
| 684 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 13 | |
| 686 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 27 | |
| 690 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 23 | Redacted |
| 693 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 24 | Redacted |
| 695 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 28 | |
| 697 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 25 | Redacted |
| 698 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 14 | |
| 700 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 26 | Redacted |
| 701 | 11/06/2023 | Brown, Karen (Deposition) | Brown, Karen Ex. 15 | |
| 736 | 10/25/2023 | Baker, Dolph (Party Cross) | | |
| 792 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 882 | 11/01/2023 | Armstrong, Jeffrey (Direct) | | |
| 1153 | 11/02/2023 | Armstrong, Jeffrey (Cross) | | |
| 1173 | 11/06/2023 | Hardin, Jeff (Cross) | | |
| 1174 | 11/06/2023 | Hardin, Jeff (Direct) | | |

| Trial Exhibit No. | Admission Date | Admission Witness | Admission Notes | Redaction Comments |
|---|---|---|---|---|
| 1178 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1182 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1184 | 11/03/2023 | Airoso, Anthony (Trial Testimony) | Airoso, Anthony Ex. P-0246 | |
| 1187 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1188 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1192 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1195 | 11/06/2023 | Hardin, Jeff (Direct) | | |
| 1199 | 10/24/2023 | Baker, Dolph (Party Cross) | | |
| 1217 | 10/30/2023 | Manion, Scott (Cross) | | Redacted |
| 1220 | 10/30/2023 | Manion, Scott (Cross) | | |
| 1221 | 10/30/2023 | Manion, Scott (Cross) | | |
| 1224 | 10/31/2023 | Baye, Michael (Cross) | | |
| 1227 | 11/02/2023 | Tran, Binh (Deposition) | Tran, Binh Ex. 23 | |