# **EXHIBIT A**

# *Shell Eggs*



# *Rose Acre Farms*



# Egg Products Overview



**Liquid / Frozen**


*whole eggs*    *egg whites*    *egg yolks*

**Dried**


*whole eggs*    *egg whites*    *egg yolks*

**Hard Cooked & Pre-cooked**


*whole eggs*    *patties & omelets*

- Salted yolks
- Sugared yolks
- Egg whites
- Salted whole eggs
- Standard whole eggs
- Enzyme-modified
- Natural Egg Flavor (NEF)







# Three Types of Customers For Egg Product Sales

| Industrial | Retail | Foodservice |
|:---:|:---:|:---:|
| *Used in food manufacturing* | *Sold to supermarkets* | *Restaurants & Bakeries* |



























# Industrial Customers

## Liquid / Frozen





- Salted yolks
- Sugared yolks

- Egg whites

- Salted whole egg
- Sugared whole egg

- Enzyme modified
- Nef (taste-modified, special products)



## Dried









- Yolks
- Whites
- Whole egg

Cakes & bread
Candies

## Competitors

 

  

 

  

 

 

  

  

# Retail Customers



**Liquid Egg Whites**



**Egg Substitutes**



**Hard Cooked**

**Competitors**













*Hardly Egg*





8

# Foodservice Customers



**Hard Cooked**



**Liquid Egg Whites & Whole Eggs**



**Pre-cooked**

**Competitors**









9

# *Making of an Egg Product: 3 Roles*



### Producer
Farms with hens that produce the shell eggs



### Breaker (Inline & Offline)
Facility that breaks the eggs for processing



### Processor
Facility that processes eggs into a variety of egg product (pasteurized or dried)

# Egg Product Production (More Complex & Costly)



## *Producer, Inline/Offline Breaker, Processor*








# Producer, Offline Breaker, and Processor



















13

# *Producer and Inline Breaker*









## Producer and Offline Breaker



## Breaker and Processor







## Pure Processor







PRODUCER                    BREAKER                    PROCESSOR                    PACKAGING & TRANSPORT





# Pricing of Egg Products (Urner Barry, Grain Based, Fixed Price)





Grain Based



# Urner Barry Reports Pricing On A Variety of Egg Products





**2007**

**EGG PRODUCTS, $/lb.**

**FROZEN (30 lb. Cans)**
Whole, No Color
Whites
Yolk Sugar 43% solids - No color
Yolk Salt 43% solids - No color

**LIQUID IN PORTABLE CONTAINER**
Whole
Whites
Sugar Yolk
Salt Yolk

**EGG SOLIDS**
Whole Plain
Yolk
Albumen, Spray
Blend:65-75% whole egg 25-35% corn syrup

**LIQUID EGGS**

**Tanker, Track per lb.**
Whole, Unpasteurized
Custom Pack, Pasteurized
Whites, Unpasteurized
Custom Pack, Pasteurized
Yolk, 43% Unpasteurized
Custom Pack, 43% Pasteurized
Yolk, Salt 43% solids, 10% salt

**INSTITUTIONAL PACKS - FROZEN**
PURE PACK Containers 30-32 lb. Case Wt. Delivered, L.T.L.
Whole
Whites
Yolk, Sugar

# Different Prices For Different Types of Egg Products





**2007**

**Type of Egg Product**

| | Less-than-Truckload | Truckload |
|---|---|---|
| **FROZEN (30 lb. Cans)** | LTL<br>3,600 lbs. + | TL<br>20,000 lbs. + |
| Whole, No Color | 0.510-0.520 | 0.460 |
| Whites | 0.490-0.510 | 0.440-0.460 |
| Yolk Sugar 43% solids - No color | 0.580-0.590 | 0.530-0.560 |
| Yolk Salt 43% solids - No color | 0.540-0.560 | 0.500-0.530 |

**Pricing Ranges**
**¢ per lb.**

| **LIQUID EGGS** | Tanker, Track/lb.<br>(Standard) | Tanker, Track/lb.<br>(Certified) |
|---|---|---|
| Tanker, Track per lb. | | |
| Whole, Unpasteurized | 0.260-0.280 | – |
| Custom Pack, Pasteurized | 0.320-0.330 | – |
| Whites, Unpasteurized | 0.310-0.330 | 0.330-0.350 |
| Custom Pack, Pasteurized | 0.360-0.380 | 0.380-0.400 |
| Yolk, 43% Unpasteurized | 0.400-0.420 | – |
| Custom Pack, 43% Pasteurized | 0.430-0.440 | – |
| Yolk, Salt 43% solids, 10% salt | 0.400-0.420 | – |

# Iowa



# Egg Products Sold to Kraft





10% liquid
salt yolk



dried
whites



10% liquid
salt whole

# Egg Products Sold to Nestle





# Customer Demand For UEP Certified Eggs

     

    

    

     

  

   

 



# Rose Acre Eggs Exported through USEM from 2007-2008



# USEM Exports During Rose Acre's Membership



**2007**

Easter

Jan 9 - Feb 7
240,796 cases

Feb 20 - Mar 21
247,087 cases

Apr 23 - May 30
164,268 cases

Aug 22 - Sep 14
105,860 cases

Baking & Holiday Season

JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC

*Lower Egg Demand*

*Lower Egg Demand*

**2008**

Easter

May 21 - Jun 25
83,415 cases

Aug 13 - Sep 30
97,526 cases

Baking & Holiday Season

JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC

*Lower Egg Demand*

*Lower Egg Demand*

1 case = 30 dozen eggs
1