UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kraft Foods Global, Inc., et al.
                                             Plaintiff,

v.                                                                                 Case No.: 1:11−cv−08808
                                                                                  Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 9, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court issues this minute order to summarize the pending to−do items as the parties approach the end of the trial. The Court anticipates that the parties will complete the presentation of the evidence at Tuesday, November 14. At that point, the record will be closed. After trial on November 9, the Court held a hearing with the parties and discussed the following plan of action for the next few days. (1) As discussed at the first jury instructions conference on November 8, 2023, the parties must file supplemental statements about the applicable antitrust standard (i.e., per se vs. Rule of Reason) by Saturday, November 11 (or, at the very latest, by mid−day on Sunday, November 12). Any party may file a response by the end of the day on Sunday, November 12. (2) Plaintiffs may file a motion about the anticipated testimony from Dr. Walker by Friday, November 10, and must attach the report. Defendants can file a short response by mid−day on Sunday, November 12. (3) Defense counsel must prepare an updated set of pictures of all of the witnesses, through the end of the case. Defense counsel must make copies for the Court and all of the jurors, and have them ready to go for distribution at the anticipated close of the evidence on Tuesday, November 14. (4) The parties must file on the docket the demonstratives that they used, and the demonstratives that they proposed, during the examinations of the witnesses. The parties must continue to file updated lists of the admitted exhibits, too. (5) The parties must work together cooperatively and provide a flash drive with all of the admitted exhibits, and provide it to the Courtroom Deputy by Wednesday, November 15. That way, the Courtroom Deputy can be ready to upload the exhibits as soon as the jury is ready to deliberate. The exhibits must be in a format that complies with the Court's JERS system. Each side must ensure the completeness of the collection. The parties must ensure that the flash drive contains all admitted exhibits from both sides. The flash drive must not include any exhibits that were not admitted into evidence, and must not include any demonstratives. (6) The parties must make themselves available for additional jury instruction conferences each day next week, and throughout the day on Wednesday, November 15. The Court requires the participation of attorneys who can speak with full authority on behalf of their clients. The parties will be bound by statements made by their counsel at the jury instruction conferences. So anyone who wants to be heard must attend. (7) The Court encourages the parties to file a preview of any anticipated issues that require a ruling, sooner rather than later, so that the trial can resume promptly with the jury at

9:30 a.m. on Monday morning. (8) The Court currently anticipates an earlier start time with the jury (i.e., 9:00 a.m.) on Thursday, November 16. The Court thanks the parties for their anticipated cooperation. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.