# ATTACHMENT A

# Existing Facilities, New Builds, and Closures – Total Change (2002 and 2008)

| Facility | 2002 | 2008 | Difference |
|---|---|---|---|
| Cort Acre | 2,674,148 | 3,156,996 | 482,848 |
| Jen Acre | 1,736,140 | 0 | -1,736,140 |
| Jen Acre Plus | 0 | 65,000 | 65,000 |
| Oconee | 1,592,532 | 1,267,683 | -324,849 |
| Newton County | 1,743,532 | 1,471,264 | -272,268 |
| Pulaski County | 2,551,392 | 2,030,955 | -520,437 |
| White County | 2,018,160 | 1,606,490 | -411,670 |
| Winterset | 1,503,360 | 1,196,700 | -306,660 |
| Guthrie Center | 2,026,944 | 1,609,356 | -417,588 |
| Stuart | 741,888 | 1,331,910 | 590,022 |
| Lincoln County | 1,057,920 | 1,010,139 | -47,781 |
| Johnson County | 1,376,880 | 1,676,938 | 300,058 |
| Hyde County | 0 | 2,475,000 | 2,475,000 |
| **Total** | | | **-124,465** |

*Source 196, D-396*

PLS DEMO 0011 Pg. 0001

1