# ATTACHMENT A

# Rose Acre – Acquisitions

| Acquisitions: 2002 - 2008 | | Original Capacity | Ending Capacity | Net Change |
|---|---|---|---|---|
| 2001/2004 Donovan | Acquisition/New Build | n/a | 200,000 | 200,000 |
| 2004/2006 Germantown | Acquisition/Built Houses 7 & 8 | 200,000 | 876,380 | 676,380 |
| 2004 County Line | Acquisition | 1,100,000 | 886,762 | -213,238 |
| **TOTAL** | | **1,300,000** | **1,963,142** | **663,142** |

# Rose Acre – Remodels and Additions to Existing Properties

| Remodels & Additions to Existing Properties: 2002-2008 | | Additional Capacity | Net Change |
|---|---|---|---|
| 2002-05  Cort Acres | Remodel | 1,200,000 | 413,955 |
| 2002  Pulaski County | Built Houses 13-16 | 1,000,000 | -520,437 |
| 2003  Lincoln County | Built Houses 11 & 12 | 500,000 | -308,781 |
| 2004  Johnson County | Built Houses 13 & 14 | 600,000 | 300,058 |
| 2005  Stuart County | Built Houses 4-6 | 750,000 | 590,022 |
| 2008  Jen Acres/Plus | Closure/New Build | 100,000 | -1,637,240 |
| **TOTAL** | | **4,050,000** | **-1,162,423** |

# Rose Acre – Existing Facilities with No Expansion

| Existing Facilities with No Expansion: 2002-2008 | Original Capacity | Ending Capacity | Net Change |
|---|---|---|---|
| Newton County | 1,748,086 | 1,471,254 | -276,832 |
| White County | 2,018,160 | 1,606,490 | -411,670 |
| Winterset | 1,503,360 | 1,196,700 | -306,660 |
| Guthrie Center | 2,021,760 | 1,609,356 | -412,404 |
| Oconee | 1,592,532 | 1,367,683 | -224,849 |
| **TOTAL** | **8,883,898** | **7,251,483** | **-1,632,415** |

# Rose Acre – Overall Net Change (Excluding mere Acquisitions)

| | |
|---|---:|
| Net Change - Acquisitions (Minus Existing Capacity) | 663,142 |
| Net Change - Remodels and Additions (Including UEP Impact) | -1,162,423 |
| Net Change - Existing with No Expansion (Including UEP Impact) | -1,632,415 |
| **Overall Net Change 2002-2008 (Excluding Mere Acquisitions with No Remodeling or Building)** | **-2,131,696** |