# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                             Plaintiff,

v.                                                                                            Case No.: 1:11−cv−08808
                                                                                          Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 10, 2023:

        MINUTE entry before the Honorable Steven C. Seeger: At the outset of the trial, the Court gave preliminary instructions to the jury. (Dckt. No. [481]) Those introductory instructions included a few agreed instructions about substantive antitrust law. The Court is inclined to give those instructions again. If any party has any objections, changes, corrections, or additions to those jury instructions, then that party must raise them by filing a statement by 5:00 p.m. on November 12, 2023. The Court assumes that the agreed instructions are still agreed instructions, so the Court is inclined to give them again unless there is a good reason not to. Needless to say, those jury instructions are merely a starting point. The Court anticipates giving other instructions about antitrust law, too. But the Court is inclined to start from an agreed starting point. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.