UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' SUBMISSION REGARDING**
**DESIGNATED TESTIMONY OF CURTIS AMUNDSON**

Defendants submit the following report regarding the designated videotaped deposition testimony of Curtis Amundson, which was played before the jury on November 9, 2023. Attached as Exhibit A is a copy of the designated pages and lines from Mr. Amundson's deposition that were played.

*Duration of Curtis Amundson Videotaped Testimony*

    Plaintiff-only designations:    4:50
    Defendant-only designations: 27:51

*Defendants' Exhibits Admitted through Karen Brown's Videotaped Testimony*

    73
    83
    84
    88

89
91
97
98
1228

Dated: November 10, 2023                    Respectfully submitted,

/s/ Allen T. Carter
Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

**Counsel for Defendant Rose Acre Farms, Inc.**