EXHIBIT A

# CAM

## Designation List Report

**Amundson, Curtis**                                        **2014-04-03**

| | |
|---|---|
| <span style="color:blue">Defense</span> | <span style="color:blue">00:27:01</span> |
| <span style="color:red">Plaintiff</span> | <span style="color:red">00:04:50</span> |
| <span style="color:green">Response to Planitiff Counters</span> | <span style="color:green">00:00:51</span> |
| **TOTAL RUN TIME** | **00:32:41** |

Documents linked to video:

73

83

84

88

89

91

97

98

1228



**CAM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:03 - 8:05 | **Amundson, Curtis 2014-04-03** | 00:00:08 | CAM.1 |

8:03    CURTIS MILES AMUNDSON, PhD,
8:04    called as a witness herein, having been first duly
8:05    sworn, was examined and testified as follows:

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:06 - 9:09 | **Amundson, Curtis 2014-04-03** | 00:00:10 | CAM.2 |

9:06   Q.  Are you currently employed, Mr. Amundson?
9:07   A.  I am not. I'm retired.
9:08   Q.  And when did you retire?
9:09   A.  I retired on December 30, 2012.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:14 - 11:14 | **Amundson, Curtis 2014-04-03** | 00:02:37 | CAM.3 |

9:14   Q.  Okay. And was your employer Kraft at the
9:15    time of your retirement?
9:16   A.  Yes.
9:17   Q.  What was your job title at Kraft?
9:18   A.  I was Associate Director of Procurement.
9:19   Q.  And what were your responsibilities in
9:20    that title?
9:21   A.  Well, there were several different
9:22    responsibilities. First and foremost was the
9:23    management of the formula system, and that is the
9:24    least cost optimization program for Kraft meats,
9:25    Oscar Mayer plants.
10:01    Secondly, I dealt with some materials
10:02    coming in and out of the freezer correcting the
10:03    operations, and that was just optimal use of
10:04    raw materials. Thirdly, I had a scientific issues
10:05    role, and that included a number of issues, of
10:06    which animal welfare was one of them, from a
10:07    procurement standpoint.
10:08    Let's see, what else did I do? In a
10:09    nutshell that covers the three main areas.
10:10   Q.  Okay. And when did you begin in that role
10:11    at Kraft?
10:12   A.  I became the Director of Procurement in
10:13    1999.
10:14   Q.  Okay.
10:15   A.  And then as a job evaluation Kraftwide,
10:16    it became an assistant director post a year or
10:17    two later.
10:18   Q.  Okay. And what's the highest level of

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 10:19 | education that you achieved? | | |
| | 10:20 | A. I have a PhD in Meat Science from | | |
| | 10:21 | Iowa State. | | |
| | 10:22 | Q. Okay.  Were you involved -- I wonder if | | |
| | 10:23 | you could tell me a little bit more about your | | |
| | 10:24 | involvement in animal welfare issues at Kraft. | | |
| | 10:25 | What specifically did you do with regard | | |
| | 11:01 | to animal welfare at Kraft? | | |
| | 11:02 | A. I was, I was basically a scientific issues | | |
| | 11:03 | liaison for the procurement group specifically. | | |
| | 11:04 | I had an interest in animal welfare, | | |
| | 11:05 | and so that started out by exploring issues, such | | |
| | 11:06 | as cloning, that was, you know, topics that arose | | |
| | 11:07 | that were important to the company that I might | | |
| | 11:08 | have been able to contribute to or learn about. | | |
| | 11:09 | And so that actually -- I consider it a | | |
| | 11:10 | more scientific issues than animal welfare, | | |
| | 11:11 | because it really started that way. | | |
| | 11:12 | And then one of those issues that | | |
| | 11:13 | arose was animal welfare as related to primarily | | |
| | 11:14 | Oscar Mayer meat animals. | | |
| 14:14 - 14:18 | **Amundson, Curtis 2014-04-03** | 00:00:17 | CAM.4 |
| | 14:14 | Q. Okay.  All right.  When did you first | | |
| | 14:15 | become involved in animal welfare issues at Kraft? | | |
| | 14:16 | Do you remember the year? | | |
| | 14:17 | A. I don't know the exact year.  It had to be | | |
| | 14:18 | around the 2004ish time frame. | | |
| 16:25 - 17:16 | **Amundson, Curtis 2014-04-03** | 00:00:57 | CAM.5 |
| | 16:25 | Did Kraft have an animal welfare task | | |
| | 17:01 | force? | | |
| | 17:02 | A. Kraft had a meat and poult- -- the | | |
| | 17:03 | Oscar Mayer division of Kraft had a meat and | | |
| | 17:04 | poultry committee that put together an animal task | | |
| | 17:05 | force to look at those issues. | | |
| | 17:06 | Q. Okay.  And did the Oscar Mayer division | | |
| | 17:07 | have responsibility for egg procurement as -- | | |
| | 17:08 | along with meat procurement? | | |
| | 17:09 | A. It did for a short period of time.  And | | |
| | 17:10 | I don't know the exact dates, but there was a | | |
| | 17:11 | period of time where Kraft decided to have all | | |

## CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:12     animal proteins purchased through the Oscar Mayer | | |
| | 17:13     meat procurement, and that included eggs. | | |
| | 17:14  Q.  Okay.  And were you a member of that task | | |
| | 17:15     force that was under the Oscar Mayer umbrella? | | |
| | 17:16  A.  Yes. | | |
| 17:17 - 17:20 | **Amundson, Curtis 2014-04-03** | 00:00:19 | CAM.6 |
| | 17:17  Q.  Okay.  When was that task force formed, | | |
| | 17:18     do you recall? | | |
| | 17:19  A.  There were two different -- there was an | | |
| | 17:20     earlier task force that looked into companywide. | | |
| 18:04 - 18:10 | **Amundson, Curtis 2014-04-03** | 00:00:32 | CAM.7 |
| | 18:04  A.  The first one looked at dairy, slaughter | | |
| | 18:05     animals, eggs, and didn't really go anywhere. | | |
| | 18:06     The second one, which was this one, which | | |
| | 18:07     was borne out of the meat and poultry issues team, | | |
| | 18:08     went mostly to slaughter, although you see some | | |
| | 18:09     eggs also there.  But that was a later -- that was | | |
| | 18:10     the second shot at it. | | |
| 19:08 - 19:09 | **Amundson, Curtis 2014-04-03** | 00:00:08 | CAM.8 |
| | 19:08  Q.  Let's talk about that earlier group or | | |
| | 19:09     task force.  Did it have a name that you recall? | | |
| 20:05 - 20:06 | **Amundson, Curtis 2014-04-03** | 00:00:02 | CAM.9 |
| | 20:05  A.  I don't recall the first one having a | | |
| | 20:06     name. | | |
| 20:07 - 20:10 | **Amundson, Curtis 2014-04-03** | 00:00:14 | CAM.10 |
| | 20:07  Q.  Okay.  Do you know when it was formed? | | |
| | 20:08  A.  It had to be 2003 or 4. | | |
| | 20:09  Q.  Were you personally involved in it? | | |
| | 20:10  A.  Yes, I was. | | |
| 20:21 - 21:02 | **Amundson, Curtis 2014-04-03** | 00:00:21 | CAM.11 |
| | 20:21  Q.  Do you know why that first initiative was | | |
| | 20:22     undertaken? | | |
| | 20:23  A.  Well, I think all of the -- the birth of | | |
| | 20:24     all of the initiatives was the growing concern | | |
| | 20:25     about animal welfare becoming an issue and us not | | |
| | 21:01     having a position on the issue that we could | | |
| | 21:02     communicate. | | |
| 21:21 - 21:22 | **Amundson, Curtis 2014-04-03** | 00:00:05 | CAM.12 |

## CAM

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 73.1 | 21:21 | Q. | Mr. Amundson, I'm going to hand you what | | CAM.12 |
| | 21:22 | | we've marked as Amundson 2.  This is a document | | |
| 22:07 - 22:11 | **Amundson, Curtis 2014-04-03** | | | 00:00:10 | CAM.13 |
| | 22:07 | Q. | Okay.  And what is this? | | |
| | 22:08 | A. | It sounds like the start of that 2004 | | |
| 🔗 73.1.1 | 22:09 | | animal affairs task charter. | | |
| | 22:10 | Q. | Okay.  So this was the companywide one? | | |
| | 22:11 | A. | Correct. | | |
| 22:13 - 22:21 | **Amundson, Curtis 2014-04-03** | | | 00:00:16 | CAM.14 |
| | 22:13 | | And do you see the sponsor listed there, | | |
| | 22:14 | | Marcy Glenn? | | |
| | 22:15 | A. | Uh-huh. | | |
| | 22:16 | Q. | And there's a description of the | | |
| | 22:17 | | "Sponsor's Role" below that.  It says to | | |
| | 22:18 | | "Provide senior management support for the | | |
| | 22:19 | | exploration and potential development and | | |
| | 22:20 | | implementation of the KFT animal welfare policy." | | |
| | 22:21 | A. | Uh-huh. | | |
| 23:23 - 24:12 | **Amundson, Curtis 2014-04-03** | | | 00:00:42 | CAM.15 |
| | 23:23 | Q. | Okay.  A little further down in the | | |
| | 23:24 | | document under "Rationale," it notes "The issue | | |
| 🔗 73.1.2 | 23:25 | | has been championed by NGOs." | | |
| | 24:01 | | Do you know which NGOs were championing | | |
| | 24:02 | | this issue? | | |
| | 24:03 | A. | Well, the issue is animal welfare in | | |
| | 24:04 | | general.  And the NGOs would be PETA, HSUS.  Those | | |
| | 24:05 | | are the key players. | | |
| | 24:06 | Q. | Okay.  And was Kraft paying attention to | | |
| | 24:07 | | PETA and HSUS in the 2004 time frame? | | |
| | 24:08 | A. | Define paying attention. | | |
| | 24:09 | Q. | Paying attention enough to note PETA and | | |
| | 24:10 | | HSUS efforts as a rationale for beginning this | | |
| | 24:11 | | task force. | | |
| | 24:12 | A. | Yes. | | |
| 24:23 - 25:03 | **Amundson, Curtis 2014-04-03** | | | 00:00:18 | CAM.16 |
| 🔗 73.1.4 | 24:23 | Q. | And do you know which KFT major suppliers | | |
| | 24:24 | | were being referred to here? | | |
| | 24:25 | A. | I don't know.  I could name a couple. | | |
| | 25:01 | | That would be the Tyson Foods and the folks that | | |

# CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 25:02   were slaughtering birds and slaughtering the red | | |
| | 25:03   meat animals. | | |
| 26:05 - 26:06 | **Amundson, Curtis 2014-04-03** | 00:00:12 | CAM.17 |
| 🔗 1228.1.1 | 26:05  Q.  I'm going to hand you what we'll mark as | | |
| | 26:06      Amundson 3.  This is Bates labeled KRA00025493. | | |
| 26:10 - 26:16 | **Amundson, Curtis 2014-04-03** | 00:00:13 | CAM.18 |
| | 26:10  Q.  Okay.  Do you know what this document is? | | |
| | 26:11  A.  Other than it looks like a continuation of | | |
| | 26:12      the prior one. | | |
| | 26:13  Q.  It looks like -- so the prior one is | | |
| 🔗 1228.1.2 | 26:14      dated January 2004.  This one is dated April 2005, | | |
| | 26:15      right? | | |
| | 26:16  A.  Uh-huh. | | |
| 26:20 - 26:23 | **Amundson, Curtis 2014-04-03** | 00:00:11 | CAM.19 |
| | 26:20      Were there meetings and animal welfare | | |
| | 26:21      efforts going on between January 2004 and | | |
| | 26:22      April 2005? | | |
| | 26:23  A.  This team had met.  We -- I can't say for | | |
| 26:24 - 26:24 | **Amundson, Curtis 2014-04-03** | 00:00:06 | CAM.20 |
| | 26:24      sure what else went on at that time. | | |
| 27:19 - 27:20 | **Amundson, Curtis 2014-04-03** | 00:00:04 | CAM.21 |
| 🔗 84.1.1 | 27:19  Q.  I'll hand you what we'll mark as | | |
| | 27:20      Amundson 4. | | |
| 27:24 - 28:16 | **Amundson, Curtis 2014-04-03** | 00:01:02 | CAM.22 |
| | 27:24  Q.  Okay.  And what is this document? | | |
| | 27:25  A.  It looks like a continuation of the one | | |
| | 28:01      before, but you see the change with the MPPCT as | | |
| | 28:02      the sponsor or as the -- as the overall of this | | |
| | 28:03      group. | | |
| | 28:04  Q.  What is the MPPCT? | | |
| | 28:05  A.  Meat and Poultry Policy Core Team at | | |
| | 28:06      Oscar Mayer.  This was specifically Oscar Mayer as | | |
| | 28:07      opposed to Kraftwide. | | |
| | 28:08  Q.  Perfect.  So this document is dated May 2, | | |
| 🔗 84.1.5 | 28:09      2005.  It's really just a few days later than the | | |
| | 28:10      April 28, 2005, exhibit that we just looked at. | | |
| | 28:11  A.  It looks like it would be an upgrade or a | | |
| | 28:12      redraft of the one before it. | | |
| 🔗 84.1.3 | 28:13  Q.  And it looks like the goal has been | | |

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 28:14 further developed a bit from this document as | | |
| | 28:15 compared to the last one, right?  Is that right? | | |
| | 28:16 I'm sorry. | | |
| 28:17 - 28:25 | **Amundson, Curtis 2014-04-03** | 00:00:30 | CAM.23 |
| | 28:17 A. Yes, it looks like it has changed. | | |
| | 28:18 Q. So whereas before the goal was to adopt | | |
| | 28:19 and follow generally accepted animal welfare | | |
| | 28:20 guidelines, here the document gets a bit more | | |
| | 28:21 specific noting that "Kraft business units | | |
| | 28:22 will ensure that Kraft and its suppliers and its | | |
| | 28:23 suppliers adopt and follow this policy." | | |
| | 28:24 So there's a bit more specificity here -- | | |
| | 28:25 A. Correct. | | |
| 30:12 - 30:24 | **Amundson, Curtis 2014-04-03** | 00:00:40 | CAM.24 |
| 🔗 84.1.4 | 30:12 Q. Okay.  And under "Tactics" here under this | | |
| | 30:13 exhibit, the first bullet says "Assess current | | |
| | 30:14 animal welfare guidelines and recommendations." | | |
| | 30:15 Who was responsible for doing that? | | |
| | 30:16 A. That would have been the task force | | |
| | 30:17 itself.  I would have been involved with that. | | |
| | 30:18 Q. Okay.  And what did the task force do to | | |
| | 30:19 go about assessing those guidelines? | | |
| | 30:20 A. Well, it was primarily reading the | | |
| | 30:21 AMI guidelines and the NTF guidelines and the | | |
| | 30:22 National Chicken Council's guidelines, presumably, | | |
| | 30:23 and it may have been me, but somebody read the | | |
| | 30:24 UEP guidelines.  That was the assessment. | | |
| 32:10 - 32:19 | **Amundson, Curtis 2014-04-03** | 00:00:29 | CAM.25 |
| | 32:10 And the UEP guidelines were reviewed as | | |
| | 32:11 part of this process; is that what you -- is that | | |
| | 32:12 right? | | |
| | 32:13 A. I read them.  My main interest was | | |
| | 32:14 slaughter guidelines and animal handling. | | |
| | 32:15 Q. Okay.  Do you recall finding anything in | | |
| | 32:16 the UEP guidelines that you found not reasonable? | | |
| | 32:17 A. At the time I didn't know enough about | | |
| | 32:18 egg production to know if something was reasonable | | |
| | 32:19 or not. | | |
| 35:05 - 35:05 | **Amundson, Curtis 2014-04-03** | 00:00:03 | CAM.26 |

**CAM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 89.1.1 | 35:05   Q.  I'll hand you what we'll mark as | | CAM.26 |
| 35:06 - 35:06 | **Amundson, Curtis 2014-04-03** | 00:00:05 | CAM.27 |
| | 35:06      Amundson 6.  This is KRA00049819. | | |
| 35:24 - 36:24 | **Amundson, Curtis 2014-04-03** | 00:01:08 | CAM.28 |
| 🔗 89.1.2 | 35:24   Q.  Okay.  So this is the June 1, 2005, | | |
| | 35:25      meeting summary here, right? | | |
| | 36:01   A.  Uh-huh. | | |
| | 36:02   Q.  Let's go down to "Follow Ups."  We see | | |
| 🔗 89.1.3 | 36:03      your name.  Next to that we see "Catalog | | |
| | 36:04      guidelines developed by," and it lists several | | |
| | 36:05      organizations.  And one of them is United Egg | | |
| | 36:06      Producers, right? | | |
| | 36:07   A.  Uh-huh. | | |
| | 36:08   Q.  Okay.  That was your task coming out of | | |
| | 36:09      this meeting, was to catalog those guidelines? | | |
| | 36:10   A.  Correct. | | |
| | 36:11   Q.  Did you do so? | | |
| | 36:12   A.  Correct, yes.  Basically get copies of the | | |
| | 36:13      guidelines. | | |
| | 36:14   Q.  Okay.  Makes sense. | | |
| | 36:15      And another followup, if we turn to the | | |
| | 36:16      next page, by your name is "Inventory current | | |
| 🔗 89.2.1 | 36:17      suppliers for:  animal welfare policies, training | | |
| | 36:18      and audits." | | |
| | 36:19   A.  Uh-huh. | | |
| | 36:20   Q.  Did you do that? | | |
| | 36:21   A.  I did that with the red meat suppliers | | |
| | 36:22      at that time, red and poultry slaughterers.  I | | |
| | 36:23      probably contacted -- in fact, I'm sure I | | |
| | 36:24      contacted Rose Acre -- | | |
| 37:02 - 37:10 | **Amundson, Curtis 2014-04-03** | 00:00:39 | CAM.29 |
| | 37:02   Q.  And what did you do as part of this | | |
| | 37:03      inventory of suppliers, other than contact them? | | |
| | 37:04   A.  It depended.  The inventory -- the | | |
| | 37:05      initial contact with the suppliers was do you | | |
| | 37:06      do animal welfare audits, well, do you follow | | |
| | 37:07      AMI guidelines, do you do animal welfare audits, | | |
| | 37:08      can you provide me with an example of those | | |
| | 37:09      audits?  That would have been inventorying the | | |
| | 37:10      current suppliers. | | |

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:19 - 37:21 | **Amundson, Curtis 2014-04-03** | 00:00:13 | CAM.30 |

🔗 91.1.1
37:19   Q.  I hand you what we'll mark as Amundson 7.
37:20   A.  Thank you.
37:21   Q.  This is KRA00014673.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:22 - 39:07 | **Amundson, Curtis 2014-04-03** | 00:01:15 | CAM.31 |

37:22   A.  Okay.
37:23   Q.  Okay.  Do you know what this document is?
37:24   A.  Uh-huh.
37:25   Q.  And what is this?
38:01   A.  This is a summary of the next meeting of
38:02      an animal task force.
38:03   Q.  This is another one of those summaries
38:04      that Kraft regularly prepared after it held
38:05      meetings, right?
38:06   A.  Uh-huh.
38:07   Q.  Okay.  And this is dated August 24, 2005,
38:08      right?

🔗 91.1.2
38:09   A.  One correction on that one.  Every meeting
38:10      wouldn't have had a summary, but many of them
38:11      would have.
38:12   Q.  Many of them would have.  That's
38:13      reasonable.  Thank you.
38:14      Okay.  Let's go down to where it says
38:15      "Animal Welfare Guidelines."
38:16   A.  Uh-huh.

🔗 91.1.3
38:17   Q.  Do you see that it says "For the US,
38:18      KFT will use the species-specific animal welfare
38:19      guidelines developed by the industry trade
38:20      associations as the standard for domestic
38:21      produce."

🔗 91.1.4
38:22      If we skip down, it says "The specific
38:23      guidelines we will follow in the US are," skip to
38:24      the second bullet, for "Egg laying hens - United
38:25      Egg Producers."  Right?
39:01   A.  Uh-huh.
39:02   Q.  So as of the last meeting in June, you
39:03      were tasked with reviewing guidelines.
39:04      And here at the end of August it looks
39:05      like the task force is recommending specific
39:06      industry guidelines?

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:07 A. Yes. | | |
| 39:23 - 40:20 | **Amundson, Curtis 2014-04-03** | 00:01:16 | CAM.32 |

<table>
<tr><td></td><td>39:23</td><td>Q.</td><td>Okay. And was the recommendation to use</td></tr>
<tr><td>⌦ Clear</td><td>39:24</td><td></td><td>the United Egg Producers guidelines and other</td></tr>
<tr><td></td><td>39:25</td><td></td><td>industry guidelines as of August 2005, was that</td></tr>
<tr><td></td><td>40:01</td><td></td><td>Kraft policy or was that the recommendation of</td></tr>
<tr><td></td><td>40:02</td><td></td><td>this group?</td></tr>
<tr><td></td><td>40:03</td><td>A.</td><td>That's the recommendation of the group.</td></tr>
<tr><td></td><td>40:04</td><td>Q.</td><td>Okay. Why did the group recommend</td></tr>
<tr><td></td><td>40:05</td><td></td><td>following these industry guidelines rather than</td></tr>
<tr><td></td><td>40:06</td><td></td><td>Kraft developing its own?</td></tr>
<tr><td></td><td>40:07</td><td>A.</td><td>Kraft -- well, it's included in here,</td></tr>
<tr><td></td><td>40:08</td><td></td><td>the thinking behind that, but the primary thinking</td></tr>
<tr><td></td><td>40:09</td><td></td><td>was every company out there couldn't come up with</td></tr>
<tr><td></td><td>40:10</td><td></td><td>a separate set of requirements. It would be</td></tr>
<tr><td></td><td>40:11</td><td></td><td>unmanageable for the suppliers and also for</td></tr>
<tr><td></td><td>40:12</td><td></td><td>people like Kraft, because we didn't have the</td></tr>
<tr><td></td><td>40:13</td><td></td><td>experts that these industry trade groups had</td></tr>
<tr><td></td><td>40:14</td><td></td><td>devising these.</td></tr>
<tr><td></td><td>40:15</td><td></td><td>So the opinion was we wouldn't be as good,</td></tr>
<tr><td></td><td>40:16</td><td></td><td>we would put an excess burden on the suppliers,</td></tr>
<tr><td></td><td>40:17</td><td></td><td>and the industry updated theirs on a regular</td></tr>
<tr><td></td><td>40:18</td><td></td><td>basis. We'd get into that whole issue.</td></tr>
<tr><td></td><td>40:19</td><td></td><td>So the issue was upgrading requirements</td></tr>
<tr><td></td><td>40:20</td><td></td><td>while not putting a burden on the suppliers.</td></tr>
</table>

| 45:02 - 45:03 | **Amundson, Curtis 2014-04-03** | 00:00:09 | CAM.33 |
|---|---|---|---|

<table>
<tr><td>🔗 97.1.2</td><td>45:02</td><td>Q.</td><td>I'll hand you what we'll mark as</td></tr>
<tr><td></td><td>45:03</td><td></td><td>Amundson 9. This is KRA18. It looks like the</td></tr>
</table>

| 46:02 - 46:16 | **Amundson, Curtis 2014-04-03** | 00:00:48 | CAM.34 |
|---|---|---|---|

<table>
<tr><td>🔗 97.1.3</td><td>46:02</td><td>Q.</td><td>Okay. And your cover note here references</td></tr>
<tr><td></td><td>46:03</td><td></td><td>an attached animal welfare proposal put together</td></tr>
<tr><td></td><td>46:04</td><td></td><td>by the team and offered by Chris Beard intended</td></tr>
<tr><td></td><td>46:05</td><td></td><td>for the 5/1 presentation to Warner, Paul and John,</td></tr>
<tr><td></td><td>46:06</td><td></td><td>right?</td></tr>
<tr><td></td><td>46:07</td><td>A.</td><td>Correct.</td></tr>
<tr><td></td><td>46:08</td><td>Q.</td><td>What was the purpose of the -- this</td></tr>
<tr><td></td><td>46:09</td><td></td><td>May 1st presentation?</td></tr>
<tr><td></td><td>46:10</td><td>A.</td><td>This would have been to get to -- this is</td></tr>
<tr><td></td><td>46:11</td><td></td><td>getting higher approval to proceed. John Ruff was</td></tr>
<tr><td></td><td>46:12</td><td></td><td>the head of R&D at the time. And so Werner was</td></tr>
</table>

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:13   obviously one of the leaders of procurement. Like | | |
| | 46:14   I say, I don't know what Paul was. | | |
| | 46:15  Q.  Higher approval to proceed with what? | | |
| | 46:16  A.  Implementing a policy. | | |
| 47:13 - 47:15 | **Amundson, Curtis 2014-04-03** | 00:00:11 | CAM.35 |
| 🔗 97.5.1 | 47:13  Q.  Okay. Let's look at the document, | | |
| | 47:14   specifically at the page ending in 22, which | | |
| | 47:15   is page 4 of the document. | | |
| 47:16 - 47:16 | **Amundson, Curtis 2014-04-03** | 00:00:01 | CAM.36 |
| | 47:16  A.  Oh, okay. | | |
| 47:17 - 47:25 | **Amundson, Curtis 2014-04-03** | 00:00:23 | CAM.37 |
| | 47:17  Q.  Sir, it notes one, two, three, four | | |
| | 47:18   bullets down that "Some customers are asking | | |
| 🔗 97.5.2 | 47:19   Kraft to ensure that the meat products they | | |
| | 47:20   purchase come from animals which were treated | | |
| | 47:21   humanely." Do you know which customers those | | |
| | 47:22   were? | | |
| | 47:23  A.  I do not know which customers these were. | | |
| | 47:24   One example, however, would be Applebee's bringing | | |
| | 47:25   this up. So there's one. | | |
| 48:02 - 48:16 | **Amundson, Curtis 2014-04-03** | 00:00:48 | CAM.38 |
| | 48:02   Did it make business sense to Kraft to | | |
| | 48:03   develop an animal welfare policy so that it had | | |
| | 48:04   responses to this kind of customer inquiry? | | |
| | 48:05  A.  Absolutely. | | |
| | 48:06  Q.  And the second bullet notes that | | |
| 🔗 97.5.3 | 48:07   "Animal welfare is a growing societal concern, | | |
| | 48:08   especially in the U.S. and the E.U." | | |
| | 48:09   Was that -- aside from particular | | |
| | 48:10   customers, was this general concern noted in the | | |
| | 48:11   document something that mattered to Kraft? | | |
| | 48:12  A.  Uh-huh. Yes. I'm sorry. | | |
| | 48:13  Q.  And why is that? | | |
| | 48:14  A.  Well, we serve our customers, and our | | |
| | 48:15   customers' concerns need to be our concerns within | | |
| | 48:16   reason -- the ability to do business. | | |
| 48:18 - 48:19 | **Amundson, Curtis 2014-04-03** | 00:00:06 | CAM.39 |
| 🔗 97.7.1 | 48:18   And if we turn to two pages later, page 6 | | |
| | 48:19   of the document, it ends in 24. And the third and | | |

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:20 - 49:16 | **Amundson, Curtis 2014-04-03** | 00:01:06 | CAM.40 |

|  |  |  |
|---|---|---|
|  | 48:20 | fourth bullets down reference NGOs. We've talked |
|  | 48:21 | a little bit about them. |
|  | 48:22 | Were -- did the -- it mentions |
|  | 48:23 | specifically "NGOs are well funded and effective |
| 🔗 97.7.2 | 48:24 | at communicating their animal welfare concerns to |
|  | 48:25 | consumers." |
|  | 49:01 | Is that a statement you agree with? |
|  | 49:02 | A. Uh-huh. |
| 🗙 Clear | 49:03 | Q. Does it matter for Kraft to -- does it |
|  | 49:04 | make business sense for Kraft to respond to the |
|  | 49:05 | concerns of these NGOs because of the power these |
|  | 49:06 | NGOs have in communicating with consumers and |
|  | 49:07 | Kraft customers? |
|  | 49:08 | A. At this time I don't recall Kraft having |
|  | 49:09 | had a lot of pressure from the NGOs, but you could |
|  | 49:10 | see it coming with what happened at McDonald's, as |
|  | 49:11 | mentioned here. And it was a matter of time until |
|  | 49:12 | it passed to other areas. |
|  | 49:13 | Q. It made sense to get out ahead of the |
|  | 49:14 | issue? |
|  | 49:15 | A. I don't know that in 2006 we were ahead of |
|  | 49:16 | the issue really. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:18 - 49:20 | **Amundson, Curtis 2014-04-03** | 00:00:09 | CAM.41 |

|  |  |  |
|---|---|---|
|  | 49:18 | And let's look later in the document to |
| 🔗 97.22.2 | 49:19 | the page ending in 0039, that's page 20 -- it's |
|  | 49:20 | actually the very last page of this document. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:21 - 51:03 | **Amundson, Curtis 2014-04-03** | 00:01:51 | CAM.42 |

|  |  |  |
|---|---|---|
|  | 49:21 | Do you see under "The potential benefits |
|  | 49:22 | to Kraft," let's look at the second bullet. Do |
| 🔗 97.22.3 | 49:23 | you see where it says "When customers request that |
|  | 49:24 | Kraft meat certain animal welfare requirements, we |
|  | 49:25 | will be able to communicate our policy and program |
|  | 50:01 | which will be consistent for all of our customers. |
|  | 50:02 | This will allow us to avoid multiple and |
|  | 50:03 | potentially costly compliance programs." |
|  | 50:04 | What does it mean to say consistent |
|  | 50:05 | standards was a benefit to Kraft? |
|  | 50:06 | A. I obviously didn't write that line. |
|  | 50:07 | Q. Fair enough. |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| ☒ Clear | 50:08 | A. | But if you -- you can't have one set of | | |
| | 50:09 | | standards for each different customer you serve, | | |
| | 50:10 | | because it's too difficult to manage.  And not | | |
| | 50:11 | | to mention the fact that somewhere along the line | | |
| | 50:12 | | you may not be telling everyone the right thing if | | |
| | 50:13 | | you have too many people with too many different | | |
| | 50:14 | | ideas running around.  So the idea was to have a | | |
| | 50:15 | | policy. | | |
| | 50:16 | | Now, obviously if we took the trade | | |
| | 50:17 | | recommendations, it's not going to make all of | | |
| | 50:18 | | the NGOs happy.  For instance, with eggs the | | |
| | 50:19 | | big issue there was cage free everybody was after, | | |
| | 50:20 | | and we didn't go that far.  We went to the | | |
| | 50:21 | | industry-accepted practice. | | |
| | 50:22 | Q. | Uh-huh. | | |
| | 50:23 | A. | So while we were developing a consistent | | |
| | 50:24 | | set of principles that the, by large, the | | |
| | 50:25 | | industry was already following.  But it gave us a | | |
| | 51:01 | | response that, again, would be consistent, maybe | | |
| | 51:02 | | not the best liked, but it's consistent to whoever | | |
| | 51:03 | | asked. | | |
| **51:09 - 51:10** | **Amundson, Curtis 2014-04-03** | | | **00:00:11** | **CAM.43** |
| 🔗 98.1.1 | 51:09 | Q. | So I hand you what we've marked as | | |
| | 51:10 | | Amundson 10.  This is KRA00014791. | | |
| **51:16 - 52:06** | **Amundson, Curtis 2014-04-03** | | | **00:00:47** | **CAM.44** |
| | 51:16 | Q. | Do you know what this document is? | | |
| | 51:17 | A. | Yeah.  It's the -- I don't know if | | |
| | 51:18 | | this was a final draft, but it's certainly a | | |
| | 51:19 | | restatement primarily of what was the draft of the | | |
| | 51:20 | | deck. | | |
| | 51:21 | Q. | And this was -- this doesn't have a date | | |
| | 51:22 | | on the face.  I can represent that the electronic | | |
| | 51:23 | | date was 6/19/2006 on the document. | | |
| 🔗 98.1.2 | 51:24 | | Was this Kraft's animal welfare policy? | | |
| | 51:25 | | Does this represent the substance of Kraft's | | |
| | 52:01 | | animal welfare policy? | | |
| | 52:02 | A. | Yes. | | |
| | 52:03 | Q. | Do you know exactly when Kraft formally | | |
| | 52:04 | | adopted the policy? | | |
| | 52:05 | A. | I do not know when the -- I do not | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 52:06 | know when they formally adopted the policy. | | |
| 52:07 - 52:10 | **Amundson, Curtis 2014-04-03** | | 00:00:11 | CAM.45 |
| ⌦ Clear | 52:07 | Practically it would have been when contract | | |
| | 52:08 | changes came into place.  So it wouldn't have been | | |
| | 52:09 | tomorrow all of these things happened as they were | | |
| | 52:10 | renewed. | | |
| 52:11 - 55:11 | **Amundson, Curtis 2014-04-03** | | 00:03:22 | CAM.46 |
| | 52:11 | Q. Okay.  And the policy was implemented | | |
| | 52:12 | through contracts with suppliers, right? | | |
| | 52:13 | A. Through contracts and POs, as mentioned in | | |
| | 52:14 | here. | | |
| | 52:15 | Q. Do you know why Kraft chose to implement | | |
| | 52:16 | its policy through contractors with suppliers | | |
| | 52:17 | rather than recommending its suppliers follow | | |
| | 52:18 | certain practices? | | |
| | 52:19 | A. Contracts are agreed-to terms that must be | | |
| | 52:20 | met.  I can tell anybody that I'd like them to do | | |
| | 52:21 | something. | | |
| | 52:22 | Q. Okay.  And in the second page there's | | |
| | 52:23 | some discussion -- in the second and third page, | | |
| | 52:24 | actually, there's some discussion of audits. | | |
| | 52:25 | A. Uh-huh. | | |
| 🔗 98.2.1 | 53:01 | Q. And it notes that "Suppliers will be | | |
| | 53:02 | required to conduct a third-party animal welfare | | |
| | 53:03 | audit on an annual basis." | | |
| | 53:04 | Why was auditing a part of the Kraft | | |
| | 53:05 | policy? | | |
| ⌦ Clear | 53:06 | A. Well, in the -- first of all, I need | | |
| | 53:07 | to talk about the slaughter, because I'm not sure | | |
| | 53:08 | how the egg audits went.  I know that there was | | |
| | 53:09 | something in UEP about that. | | |
| | 53:10 | Q. Uh-huh. | | |
| | 53:11 | A. But in slaughter proving that a third | | |
| | 53:12 | party assesses the effectiveness of the stun and | | |
| | 53:13 | kill were one of the keys to having a positive | | |
| | 53:14 | animal welfare effect. | | |
| | 53:15 | I mean, the idea is to make sure that the | | |
| | 53:16 | animal is insensible before it's killed, and that | | |
| | 53:17 | it's completely dead before disassembly takes | | |
| | 53:18 | place. | | |

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 53:19 | And the way the industry approached that |
| | 53:20 | was to have third-party auditors go in at least |
| | 53:21 | once a year and measure X number of animals. It |
| | 53:22 | was a program started by Temple Grandin. And that |
| | 53:23 | was widely, widely accepted by the rest of the |
| | 53:24 | slaughter industry. |
| | 53:25 | Q. So was it important for Kraft not just |
| | 54:01 | that its suppliers have the appearance of having |
| | 54:02 | animal welfare policies, but that they actually |
| | 54:03 | practice what they preach? |
| | 54:04 | A. The objective of -- and you can tell that |
| | 54:05 | with our Newberry plant, that we did the same |
| | 54:06 | thing to ourselves. |
| | 54:07 | Q. Uh-huh. |
| | 54:08 | A. The objective was to meet the industry |
| | 54:09 | standards for animal welfare and handling. It's |
| | 54:10 | not -- I mean, that was obvious that something |
| | 54:11 | had to be done that was -- that had numerical |
| | 54:12 | data that was actually measured, that was actually |
| | 54:13 | checked, otherwise what's the point? |
| | 54:14 | Q. Yeah. Okay. |
| 🔗 98.2.2 | 54:15 | A little further down under "Rationale," |
| | 54:16 | the third sentence there notes that "Animal |
| | 54:17 | welfare experts were involved in the formulation |
| | 54:18 | of most of the industry guidelines." Is that |
| | 54:19 | true? |
| | 54:20 | A. Uh-huh. |
| | 54:21 | Q. Is that true of UEP guidelines? |
| | 54:22 | A. I believe UEP had the committee that put |
| | 54:23 | those -- that supposedly put those guidelines |
| | 54:24 | together. |
| | 54:25 | Q. Are you referring to what's been called |
| | 55:01 | the Scientific Advisory Committee? |
| | 55:02 | A. Yeah. |
| | 55:03 | Q. Did you review who the members were of |
| | 55:04 | that Scientific Advisory Committee at that point? |
| | 55:05 | A. I read the names. It's included in the |
| | 55:06 | UEP guidelines. |
| | 55:07 | Q. Okay. Was it your understanding when you |
| | 55:08 | were working on these animal welfare issues that |
| | 55:09 | that Scientific Advisory Committee had real input |

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:10      into the development of the UEP guidelines? | | |
| | 55:11    A.  That was my assumption. | | |
| 55:18 - 55:20 | **Amundson, Curtis 2014-04-03** | 00:00:05 | CAM.47 |
| | 55:18    Q.  Did you -- did anything ever undermine | | |
| | 55:19      that assumption? | | |
| | 55:20    A.  No. | | |
| 60:22 - 60:24 | **Amundson, Curtis 2014-04-03** | 00:00:13 | CAM.48 |
| | 60:22    Q.  I'm going to hand you what was marked | | |
| 🔗 88.1.1 | 60:23      Exhibit 13.  This might be one of the ones you | | |
| | 60:24      were discussing.  This is KRA00027999. | | |
| 60:25 - 61:05 | **Amundson, Curtis 2014-04-03** | 00:00:11 | CAM.49 |
| | 60:25    A.  Okay. | | |
| | 61:01    Q.  Do you recognize this document? | | |
| | 61:02    A.  Uh-huh. | | |
| | 61:03    Q.  What is this document? | | |
| | 61:04    A.  It's a response to a -- to the phone call | | |
| | 61:05      that I made to Rose Acre. | | |
| 61:13 - 61:21 | **Amundson, Curtis 2014-04-03** | 00:00:21 | CAM.50 |
| | 61:13      Let's look at the bottom email here, which | | |
| | 61:14      looks like an email from you to Greg Hinton.  Do | | |
| 🔗 88.1.2 | 61:15      you see that? | | |
| | 61:16    A.  Uh-huh. | | |
| | 61:17    Q.  And this is May 20, 2005, right? | | |
| | 61:18    A.  Correct. | | |
| | 61:19    Q.  And you note, you say "Greg, enjoyed | | |
| | 61:20      discussion poultry animal welfare with you and | | |
| | 61:21      KY today." | | |
| 61:22 - 62:04 | **Amundson, Curtis 2014-04-03** | 00:00:22 | CAM.51 |
| | 61:22      Is KY someone else at Rose Acre? | | |
| | 61:23    A.  I don't remember. | | |
| | 61:24    Q.  You don't remember.  Okay. | | |
| | 61:25      Is Greg employed by Rose Acre? | | |
| | 62:01    A.  That would be Greg Hinton. | | |
| | 62:02    Q.  Greg Hinton. | | |
| | 62:03    A.  I thought he was.  It says "GoodEgg.com," | | |
| | 62:04      though, so I'm not sure, up here. | | |
| 62:05 - 62:12 | **Amundson, Curtis 2014-04-03** | 00:00:19 | CAM.52 |
| | 62:05    Q.  Okay.  And your email goes on, "The | | |
| 🔗 88.1.4 | 62:06      address information for the latest audit is as | | |

# CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 62:07 | follows," and it provides your address. | | |
| | 62:08 | In that conversation had you asked | | |
| | 62:09 | Rose Acre to send you their latest animal welfare | | |
| | 62:10 | audit? | | |
| | 62:11 | A. If they communicated that they had done | | |
| | 62:12 | the audits, I asked them to send me an example. | | |

**62:13 - 63:09**  **Amundson, Curtis 2014-04-03**  00:00:46  CAM.53

🔗 88.1.3

62:13    Q. Okay. And Greg replies here, if you look
62:14      at the email above, it says "We will be sending
62:15      you the audit information today."
62:16      And he goes on "Will you be including the
62:17      UEP animal welfare program as a requirement in the
62:18      upcoming egg bid?" Do you see that?
62:19    A. Uh-huh.
62:20    Q. And he goes on to ask whether "Kraft has
62:21      an interest in putting the animal care certified
62:22      logo on its labels." Do you see that?
62:23    A. Yes.
62:24    Q. Did you ever respond to those questions
62:25      from him?
63:01    A. I did not, because I'm not involved in
63:02      the egg bids or egg contracts.
63:03    Q. Okay. Do you know whether anyone else at
63:04      Kraft responded?
63:05    A. I don't know if anybody else responded.
63:06    Q. Okay. Do you know whether Kraft ever put
63:07      an animal care certified or UEP certified logo on
63:08      any products?
63:09    A. To the best of my knowledge, we never did.

**63:15 - 63:16**  **Amundson, Curtis 2014-04-03**  00:00:10  CAM.54

🔗 83.1.1

63:15    Q. I'll hand you what we'll mark as
63:16      Exhibit 14, KRA00049855.

**63:17 - 63:18**  **Amundson, Curtis 2014-04-03**  00:00:02  CAM.55

63:17      MR. CAMPBELL: What number is this?
63:18      MS. ANSARI: Fourteen.

**63:20 - 63:20**  **Amundson, Curtis 2014-04-03**  00:00:02  CAM.56

63:20    Q. Okay. Do you know what this document is?

**63:21 - 63:24**  **Amundson, Curtis 2014-04-03**  00:00:05  CAM.57

63:21    A. Uh-huh.

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

63:22  Q.  What is this document?
63:23  A.  It's the response to the previous request
63:24     from -- to Rose Acre.

| 63:25 - 64:02 | **Amundson, Curtis 2014-04-03** | 00:00:04 | CAM.58 |

63:25  Q.  Okay.  This is Rose Acre's response to
64:01     your previous request?
64:02  A.  Uh-huh.

| 64:03 - 64:12 | **Amundson, Curtis 2014-04-03** | 00:00:26 | CAM.59 |

64:03  Q.  Okay.  Let's look to the bottom of this
64:04     first page here.  The third line up, do you see
🔗 83.1.2        64:05     where it notes "You will see a time period for
64:06     implementations of cage space allowances for
64:07     layers."
64:08  A.  Uh-huh.
64:09  Q.  "This part was staged to make sure that
64:10     we as an industry do not short the market,
64:11     therefore having less supply, which will cause
64:12     problems for our customers."

| 64:13 - 64:24 | **Amundson, Curtis 2014-04-03** | 00:00:38 | CAM.60 |

64:13     Did Kraft have any position on the time
64:14     period for implementing the UEP's space allowance
64:15     for layers?
64:16  A.  Explain.
64:17  Q.  So he notes that with respect to the
64:18     UEP policy, there's a certain time period for
64:19     implementing cage space, and that the
64:20     implementation of the UEP cage space policy was
64:21     staged, meaning rather than done all at once.
64:22     And it was done that way to ensure that the
64:23     industry didn't short the market.
64:24  A.  Uh-huh.

| 64:25 - 65:03 | **Amundson, Curtis 2014-04-03** | 00:00:10 | CAM.61 |

64:25  Q.  Did Kraft have a position on whether or
65:01     not it favored a staged approach as opposed to an
65:02     all-at-once approach or position?
65:03  A.  No, not that I'm aware of.

| 65:04 - 65:12 | **Amundson, Curtis 2014-04-03** | 00:00:25 | CAM.62 |

🗑 Clear    65:04  Q.  Did you or your work on the animal welfare
65:05     committee consider how the UEP animal welfare

**CAM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

65:06     guidelines might have affected the supply of eggs,
65:07     if at all?
65:08   A.   No.
65:09   Q.   Your concern was more with the other
65:10     aspects of animal welfare?
65:11   A.   I was much more in depth with slaughter
65:12     and the handling of animals for slaughter.

**73:22 - 74:02**    **Amundson, Curtis 2014-04-03**     00:00:21    CAM.63

73:22   Q.   Did anyone at Kraft involved in the
73:23     animal welfare task force discuss with you
73:24     whether it mattered to Kraft what FMI and NCCR
73:25     had to say about these guidelines?
74:01   A.   I don't recall anybody mentioning that to
74:02     me.

**74:16 - 75:08**    **Amundson, Curtis 2014-04-03**     00:00:49    CAM.64

74:16   Q.   Okay.  And how would it have been
74:17     interesting to you that FMI and NCCR were
74:18     endorsing the UEP program?
74:19   A.   Well, okay, FMI and NCCR were the, as
74:20     I recall, one of the first people to start putting
74:21     out third-party audits.
74:22     And so, you know, they took a run at it,
74:23     and I don't remember what any of their guidelines
74:24     or know what any of their guidelines are, but it
74:25     would have been interesting because they were the
75:01     first to take a run at it.
75:02   Q.   Uh-huh.  So their --
75:03   A.   Third-party.
75:04   Q.   -- opinion would have been interesting
75:05     because of their early involvement?
75:06   A.   Well, especially if it came up with
75:07     something significantly different than what the
75:08     producer organization had indicated.

**86:15 - 86:20**    **Amundson, Curtis 2014-04-03**     00:00:25    CAM.65
Clear

86:15   Q.   Would you say that animal welfare activity
86:16     was something that Kraft's customers, Kraft's
86:17     peers and NGOs focused on the issue were paying
86:18     more attention to in these last several years?
86:19   A.   I think you would be safe in saying that,
86:20     yes.

CAM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:22 - 96:12 | **Amundson, Curtis 2014-04-03** | 00:00:40 | CAM.66 |

🔗 83.1.3

| | | |
|---|---|---|
| 95:22 | Q. | Can you -- the first sentence -- |
| 95:23 | | Exhibit 14 is a letter from Rose Acre Farms |
| 95:24 | | that they sent to you, correct? |
| 95:25 | A. | Uh-huh.  Yes, it is. |
| 96:01 | Q. | And the first line in the second paragraph |
| 96:02 | | states that "Rose Acre has been a big part of this |

🔗 83.1.4

| | | |
|---|---|---|
| 96:03 | | program since its inception in 2002," correct? |
| 96:04 | A. | Correct. |
| 96:05 | Q. | What did you understand this program to |
| 96:06 | | be? |
| 96:07 | A. | I understood the program to be the |
| 96:08 | | UEP animal welfare program. |
| 96:09 | Q. | Okay.  Was it your understanding that |
| 96:10 | | Rose Acre started implementing the UEP program |
| 96:11 | | in 2002? |
| 96:12 | A. | Based on what they said here, yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 97:02 - 97:08 | **Amundson, Curtis 2014-04-03** | 00:00:19 | CAM.68 |

❌ Clear

| | | |
|---|---|---|
| 97:02 | Q. | In May 2005 had Kraft adopted an animal |
| 97:03 | | welfare policy? |
| 97:04 | A. | No. |
| 97:05 | Q. | Okay.  So based on this letter, |
| 97:06 | | Exhibit 14, is it possible that Rose Acre |
| 97:07 | | adopted the UEP guidelines at the request of |
| 97:08 | | Kraft? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 97:10 - 97:10 | **Amundson, Curtis 2014-04-03** | 00:00:02 | CAM.69 |

| | | |
|---|---|---|
| 97:10 | A. | No, it would not be possible. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 97:12 - 97:15 | **Amundson, Curtis 2014-04-03** | 00:00:11 | CAM.70 |

| | | |
|---|---|---|
| 97:12 | Q. | Go ahead.  And based on this letter, |
| 97:13 | | Exhibit 14, do you believe that Rose Acre adopted |
| 97:14 | | the UEP guidelines in reliance on Kraft's request |
| 97:15 | | that Rose Acre adopt those guidelines? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 97:17 - 97:19 | **Amundson, Curtis 2014-04-03** | 00:00:08 | CAM.71 |

| | | |
|---|---|---|
| 97:17 | A. | We did not -- no.  They could not have |
| 97:18 | | adopted them based on Kraft's recommendation in |
| 97:19 | | 2002 to my knowledge. |

Defense                                                         00:27:01

| | |
|---|---|
| Plaintiff | 00:04:50 |
| Response to Planitiff Counters | 00:00:51 |
| **TOTAL RUN TIME** | **00:32:41** |

Documents linked to video:

73

83

84

88

89

91

97

98

1228