# EXHIBIT A

# Stages Of Egg Production

**1**

**Raising Breeder Flocks**
to produce fertilized eggs

**2**

**Hatching & Sorting**
21 days after egg is laid

**3**

**Growing Female Chickens**
to egg-age (approx. 17 weeks)

**4**

**Egg Laying**
approximately 2 years

**5**

**Shell Eggs**
processing, packaging and distribution

**6**

**Breaking Eggs**
cleaning, breaking, culling, blending, pasteurizing and further processing

1

# U.S.A. Legislation: Animal Welfare Standards



# U.S.A. Legislation: Animal Welfare Standards



**New Jersey**

N.J. Admin. Code. § 2:8-4.4
Passed: Dec 4, 2006
Effective: Dec 4, 2006

*LAW REQUIRES:*

- Cage housing, not including transport crates, shall be:

  Of sufficient size to allow each bird to stand upright in the cage without having its head protrude through the top of the cage, lie down, get up, walk, spread its wings, move its head freely, turn around and rest

3

# U.S.A. Legislation: Animal Welfare Standards



**California**

**Proposition 2**
Approved: Nov 4, 2008
Effective: Jan 1, 2015

**Cal Health & Saf Code § 25996**
Enacted: Jul 6, 2010
Effective: Jan 1, 2015

**LAW REQUIRES:**

- Egg-laying hens shall be provided enough space to fully spread both wings without touching the side of a cage or another hen

- All eggs produced in and sold into state must comply

- Egg-laying hens shall be provided a minimum of 116 square inches of floor space per bird

4

# U.S.A. Legislation: Animal Welfare Standards



**Ariz. Admin. Code § R3-2-907**
Passed: Nov 14, 2008
Effective: Oct 1, 2009

**LAW REQUIRES:**

- All egg-laying hens in this state shall be raised according to the United Egg Producers Animal Husbandry Guidelines

- All eggs sold in this state produced by hens shall be from hens raised according to the United Egg Producers Animal Husbandry Guidelines. All eggs shall display the United Egg Producers Certified logo on their cases, cartons, and containers, or the egg dealer shall annually provide the Department with a copy of a current independent third-party audit that demonstrates that the eggs were produced by hens raised according to UEP Animal Husbandry Guidelines

5

# U.S.A. Legislation: Animal Welfare Standards



**Michigan**

**Mich. Comp. Laws §287.746**
Enacted: Oct 12, 2009
Effective: Oct 12, 2019

*LAW REQUIRES:*

Egg-laying hens shall be provided a minimum of 144 square inches of floor space per bird

6

# U.S.A. Legislation: Animal Welfare Standards



**Ohio**

Ohio Rev. Code Ann. §§ 904.02 and 904.03(A)
Enacted: Mar 31, 2010
Effective: Sep 29, 2011

Ohio Admin. Code 901:12-9-03
Passed: Mar 31, 2010
Effective: Sep 29, 2016

**LAW REQUIRES:**

- Installation of new conventional cages is prohibited except at existing farms

- New conventional cage systems on existing farms must provide 67 square inches per hen

- Existing conventional cage systems must provide house/barn average of 67 square inches per hen

7

# U.S.A. Legislation: Animal Welfare Standards



**Maine**

**State of Maine Best Management Practices for Poultry Facilities of More than 10,000 Birds**

Revised: June 22, 2010
Effective: June 22, 2010

### BEST PRACTICES REQUIRE:

Egg-laying hens shall be provided a minimum of 67 square inches of space. That space allowance is calculated on a per hen basis for facilities constructed after January 1, 2010 and on a house-average basis for existing facilities.

8

# U.S.A. Legislation: Animal Welfare Standards



**Wash. Rev. Code §69.25.065**
Enacted:  May 10, 2011
Effective:  Aug 1, 2012

### LAW REQUIRES:

- Until January 1, 2026, all eggs sold in intrastate commerce must be produced according to the UEP guidelines for conventional cage systems or cage free Systems

- Until January 1, 2017, for all eggs sold in intrastate commerce that were produced in housing systems built between January 1, 2012, and December 31, 2016, those systems must have been compliant with, or convertible to, the American Humane Association (AHA) facility system plan for enriched colony housing

9

# U.S.A. Legislation: Animal Welfare Standards



**Oregon Revised Statute §§ 632.840 and 632.850**

**Or. Admin. R. 603-018-0005 & Or. Admin. R. 603-018-0010**

Enacted: Jun 17, 2011
Effective: Jan 1, 2012

*LAW REQUIRES:*

- Structures built/acquired before January 1, 2012, must meet the UEP Guidelines for space per hen

- Structures built/acquired after January 1, 2012, must meet or be convertible to the AHA Guidelines for space per hen (116.3 sq. in.)

- Eggs and egg products from hens confined in noncompliant cages may not be sold in or into Oregon

10

# A-Frame Systems Used At Rose Acre Farms



*side-view of systems*

# Example Of A-Frame System Set-up



8–10 Feet

*Manure storage - kept away from the hens*

12



# Rose Acre Grew

 **New Greenfield Farms**

 **Added Houses To Existing Farms**

 **Expanded Existing Houses**

 **Expanded Acquired Farms**

14

# Rose Acre's Expansion









**CORT ACRES** — 2002 REMODEL: 4, +200k; 2005 REMODEL: 19, +1M

**NEWTON COUNTY** — 2005 REMODEL: 6, +300k

**PULASKI COUNTY** — 2002 BUILT: +4, +1M

**LINCOLN COUNTY** — 2003 BUILT: +2, +500k

**STUART COUNTY** — 2005 BUILT: +3, +800k

**JOHNSON COUNTY** — 2004 BUILT: +2, +600k

**OCONEE** — 2012 BUILT: +3, +600k

15

# Rose Acre's Expansion





| HYDE COUNTY | | | |
|---|---|---|---|
| 2006 BUILT | 2007 BUILT | 2008 BUILT | 2009 BUILT |
| +3 | +3 | +3 | +3 |
| +825k | +825k | +825k | +825k |

| | **Plaintiffs' Calculations** ~~2002 Flock Size~~ | **Corrected** 2002 Capacity | **Plaintiffs'** 2008 Flock Size | | **ACTUAL:** Difference | % Change |
|---|---|---|---|---|---|---|
| CORT ACRE | 2,743,040 | 2,674,148 | 3,156,996 | | 482,848 | 18% |
| JEN ACRE | 1,737,240 | 1,736,140 | 1,322,188 | | -413,952 | -24% |
| NEWTON COUNTY | 1,748,096 | 1,743,532 | 1,471,264 | | -272,268 | -16% |
| PULASKI COUNTY | 2,551,392 | 2551392 | 2,030,955 | | -520,437 | -20% |
| WHITE COUNTY | 2,018,160 | 2,018,160 | 1,606,490 | | -411,670 | -20% |
| WINTERSET | 1,503,360 | 1,503,360 | 1,196,700 | | -306,660 | -20% |
| GUTHRIE CENTER | 2,021,760 | 2,026,944 | 1,609,356 | | -417,588 | -21% |
| STUART | 741,888 | 741,888 | 1,331,910 | | 590,022 | 80% |
| LINCOLN COUNTY | 1,318,920 | 1,057,920 | 1,010,139 | | -47,781 | -5% |
| JOHNSON COUNTY | 1,376,880 | 1,376,880 | 1,676,938 | | 300,058 | 22% |
| **TOTAL** | **17,760,736** | **17,430,364** | **16,412,936** | | | |
| Oconee | | | 1,267,683 | Not included by Plaintiffs | -324,849 | |
| Donovan | | | 200,000 | | 200,000 | |
| Germantown | | | 876,380 | | 876,380 | |
| County Line | | | 886,762 | | 886,762 | |
| Jen Acres Plus | | | 100,000 | Corrected | 100,000 | |
| Hyde County | | | 2,475,000 | | 2,475,000 | |
| **TOTAL** | | | **22,218,761** | | **3,195,865** | **+17%** |

