# EXHIBIT A

# Stages Of Egg Production



**Raising Breeder Flocks**

to produce fertilized eggs



**Hatching & Sorting**

21 days after egg is laid



**Growing Female Chickens**

to egg-age (approx. 17 weeks)



**Egg Laying**

approximately 2 years



**Shell Eggs**

processing, packaging and distribution



**Breaking Eggs**

cleaning, breaking, culling, blending, pasteurizing and further processing

1

# A-Frame Systems Used At Rose Acre Farms

## Dropping Board System

Dropping Board

## Manure Curtain System

Manure Curtain

Systems are built so that cages are not directly over one another

*side-view of systems*

# Example Of A-Frame System Set-up



8–10 Feet

*Manure storage - kept away from the hens*

3



# Rose Acre Grew

 **New Greenfield Farms**

 **Added Houses To Existing Farms**

 **Expanded Existing Houses**

 **Expanded Acquired Farms**

# Rose Acre's Expansion









**CORT ACRES** — 2002 REMODEL: 4, +200k; 2005 REMODEL: 19, +1M

**NEWTON COUNTY** — 2005 REMODEL: 6, +300k

**PULASKI COUNTY** — 2002 BUILT: +4, +1M

**LINCOLN COUNTY** — 2003 BUILT: +2, +500k

**STUART COUNTY** — 2005 BUILT: +3, +800k

**JOHNSON COUNTY** — 2004 BUILT: +2, +600k

**OCONEE** — 2012 BUILT: +3, +600k

# Rose Acre's Expansion




| DONOVAN | | COUNTY LINE | | GERMANTOWN | | | JEN ACRES PLUS | |
|---|---|---|---|---|---|---|---|---|
| *2004* BUILT | | *2004* ACQUIRED | | *2004* ACQUIRED | *2006* BUILT | | *2008* BUILT | |
| 13 | | 7 | | 5 | +2 | | 7 | |
| 200k | | 1.1M | | 600k | +400k | | 63K | |

| CRYSTAL FARM | | HYDE COUNTY | | | |
|---|---|---|---|---|---|
| *2009* ACQUIRED | | *2006* BUILT | *2007* BUILT | *2008* BUILT | *2009* BUILT |
| 12 | | +3 | +3 | +3 | +3 |
| 1.2M | | +825k | +825k | +825k | +825k |

7



# Egg Production At Rose Acre Farms

Dozens Produced

| Year | Dozens Produced |
|---|---|
| 2000 | 332 M |
| 2001 | 330 M |
| 2002 | 345 M |
| 2003 | 372 M |
| 2004 | 364 M |
| 2005 | 399 M |
| 2006 | 411 M |
| 2007 | 439 M |
| 2008 | 458 M |
| 2009 | 458 M |
| 2010 | 495 M |
| 2011 | 517 M |
| 2012 | 455 M |

Years

D-1158

9