UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**NOTICE BY ROSE ACRE FARMS, INC. OF DEMONSTRATIVES DISPLAYED DURING GREG MARSHALL'S TRIAL TESTIMONY**

Defendant Rose Acre Farms, Inc. hereby provides notice to the Court of the demonstratives that it displayed to the jury during Rose Acre's direct examination of Greg Marshall on November 9, 2023.

Dated: November 10, 2023

Respectfully submitted,

*/s/ Allen T. Carter*
Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215

Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*