# Rose Acre's Expansion









| CORT ACRES | | NEWTON COUNTY | PULASKI COUNTY |
|---|---|---|---|
| 2002 REMODEL | 2005 | 2005 REMODEL | 2002 BUILT |
| 4 | 19 | 6 | +4 |
| +200k | +1M | +300k | +1M |

| LINCOLN COUNTY | STUART COUNTY | JOHNSON COUNTY | OCONEE |
|---|---|---|---|
| 2003 BUILT | 2005 BUILT | 2004 BUILT | 2012 BUILT |
| +2 | +3 | +2 | +3 |
| +500k | +800k | +600k | +600k |

6

# Rose Acre's Expansion



