UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11-cv-8808 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **DEFENDANTS' PROPOSED UPDATES TO JURY INSTRUCTIONS**

Defendants Cal-Maine Foods, Inc., Rose Acre Farms, Inc., United Egg Producers, Inc., and United States Egg Marketers, Inc. submit for the Court's consideration the attached proposed changes to the jury instructions that were circulated following the November 8, 2023 jury instructions conference.

The first proposed amendment, attached as Exhibit A, is a new proposed instruction on the use of responses to Requests for Admission. This instruction clarifies for the jury how they are to use Plaintiffs' admissions, that were entered into evidence and read into the record at trial, during deliberations.

The second proposed amendment, attached as Exhibit B, is a modest change adding language to the Omitted Instruction related to "Evidence Limited to Certain Parties." The language in the amended instruction provides an example for the jury of evidence that was admitted against only certain parties and how that type of evidence may be used by the jury during deliberations.

Dated: November 10, 2023          Respectfully Submitted,

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

**Counsel for Defendant Cal-Maine Foods, Inc.**

| | |
|---|---|
| */s/ Robin P. Sumner* | */s/ Jay L. Levine* |
| Robin P. Sumner | Donald M. Barnes |
| (robin.sumner@troutman.com) | (dbarnes@porterwright.com) |
| Kaitlin L. Meola | Jay L. Levine |
| (kaitlin.meola@troutman.com) | (jlevine@porterwright.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | PORTER, WRIGHT, MORRIS & ARTHUR LLP |
| 3000 Two Logan Square, 18th and Arch Streets | 2020 K. Street, N.W., Suite 600 |
| Philadelphia, PA 19103-2799 | Washington, D.C. 20006-1110 |
| Tel: (215) 981-4000 | Tel: (202) 778-3000 |
| | |
| Whitney R. Redding | James A. King |
| (whitney.redding@troutman.com) | (jking@porterwright.com) |
| | Allen T. Carter |

TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly DiRago
(Molly.DiRago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923

*Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.*

(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*