# Exhibit B

**Omitted Instruction**

**Evidence Limited to Certain Parties**

Each party is entitled to have the case decided solely on the evidence that applies to that party.

If evidence was admitted against only one defendant, but not the other defendants, you must consider that evidence against only that defendant. For example, I instructed you that the previously recorded testimony of some witnesses, including Linda Reickard and Marcus Rust, was admissible against Rose Acre only, and that you may not consider any of their previously recorded testimony as evidence against Cal-Maine, UEP, or USEM. You must not consider that evidence that was admitted against only one defendant against the other defendants.

**Source(s):** Federal Civil Jury Instructions of the Seventh Circuit (2017 rev.), Instruction No. 1.10.