# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:11-cv-08808 |
| v. ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) | |
| Defendants. ) ) | |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL

Plaintiffs respectfully move the Court for leave to file Plaintiffs' Motion to Preclude Certain Testimony from Dr. Walker and exhibits thereto under seal, pursuant to Local Rules 5.8 and 26.2. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs' Motion and exhibits thereto, filed today, include references to Dr, Walker's expert reports, all which have been designated as highly confidential. Pursuant to Local Rule 26.2(c), Plaintiffs have provisionally filed Plaintiffs' Motion and exhibits under seal.

2. As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994).

3. Here, The Motion and exhibits thereto contain information designated by Dr, Walker as highly confidential. This presents a legitimate concern of confidentiality and gives good cause to file the Motion and exhibits to the Motion under seal.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Plaintiffs respectfully request the Court enter an order granting it leave to file the Motion and exhibits to the Motion under seal.

November 10, 2023						Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*


 /s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (admitted *pro hac vice)*
Sati Harutyunyan (admitted *pro hac vice*)
JENNER & BLOCK LLP
515 South Flower St, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com


Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com