UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kraft Foods Global, Inc., et al.

                                  Plaintiff,

v.                                                                           Case No.: 1:11–cv–08808
                                                                          Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court circulated by email a Word version of the updated draft of the proposed jury instructions on the afternoon of Sunday, November 12, 2023. The draft includes the instructions circulated to the parties by email (in Word) after the first jury instructions conference on Wednesday, November 8, and includes a number of substantive antitrust instructions as well. The updated draft borrows heavily from the ABA model instructions, and takes into account the proposed jury instructions submitted by the parties. The Court circulated the draft for discussion purposes, so that the parties can be prepared to discuss the draft during the upcoming second installment of the jury instructions conference on November 13, 2023. Counsel must be prepared to discuss that draft at the upcoming conference. The Court underscores that the draft is merely a draft. It is not a ruling. It is a starting point for discussion purposes (only). The draft also does not cover the entire waterfront. The Court plans to include additional instructions on topics such as the applicable standard (Rule of Reason vs. per se) in later drafts. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.