# EXHIBIT B

UNITED EGG PRODUCERS   Fax:7703607058   Feb 13 2007 10:35am P001/002



1720 Windward Concourse, Suite 230    Alpharetta, Georgia 30005

Fax: (770) 360-9193    Tel: (800) 735-3765
(770) 360-9220

February 13, 2007

TO:   USEM Member -   **Dolph Baker**
**Cal-Maine Foods**

From: Gene Gregory

Subject:   **Export Order Approved By Members**

By an overwhelming majority the members of USEM have voted to accept an export of 300 containers for delivery between the dates of February 12th – March 9th.

Your percentage share of this export is _39,685_ cases.

This order calls for the delivery of 48# class #1 gradable nest run eggs. Graded loose large and extra large may be substituted providing minimum weights of 48 pounds are met. Eggs must be packed in 200# test cases with 2 U liners. A USDA grading certificate, a certificate of origin, a disease free certification, and possibly a veterinary certificate will be required. One export customer will require some eggs to be shipped to Japan and those eggs must be washed graded loose eggs.

You are encouraged to call Phyllis Blizzard at (800) 735-3765 or (770) 360-5638 for exact details including the ports for delivery.

We would prefer that you either pack and ship your own eggs or purchase your commitment in the open market. If, however, you are unable to do this, then you may request UEP's egg traders to purchase your share. We need to know your intentions as quickly as possible so please return the attached confirmation by fax to (770) 360-7058 or (770) 360-9193 today if at all possible.

We again will be using 10-cent freight equalization as an estimate for those shipping their own eggs. USEM will pay 32 cents per dozen to those shipping their own eggs plus their actual freight costs, less the freight equalization. (Some way freight was handled on export just completed).

For those requesting UEP traders to purchase their commitment in the open market, you will be invoiced the difference between the sale price of 31 cents and the average price we have to pay to purchase all the eggs in this pool. We would prefer to purchase all these eggs from USEM members if at all possible.

**Your Response To the Attached Commitment Is Needed Immediately.**

CONFIDENTIAL                    CM00404138

## CONFIRMATION OF EXPORT DELIVERY OF PURCHASE

___✓___ Our company will deliver (or purchase for delivery) our pro rata share of this export order.

_____ Our company request that UEP egg traders purchase our pro rata share of this export order.

Signed By _____

Company _____Cal-Maine_____

## RETURN THIS CONFIRMATION TO UEP IMMEDIATELY

## FAX NUMBER (770) 360-7058 OR (770) 360-9193

Ex. 0059 Pg. 0002

CONFIDENTIAL                                    CM00404139