# EXHIBIT D

| | |
|---|---|
| **From:** | Gene Gregory [gene@unitedegg.com] |
| **Sent:** | Friday, March 31, 2006 4:09 PM |
| **To:** | Danny Linville; Cliff Lillywhite; Al Schimpf; Baker, Dolph; Barrett, Brian; Bob Randall; Deffner, Roger; Doug Wicker; Elste, Chuck; Hickman, Glen; Jim Brock; Jim Dean; Joe Fortin; Kevin Mussman; Lee Felmlee; Marcus Rust; Monte Terry; Mooney, Wayne; Oldenkamp, Mark; Osborne, Paul; Seger, Larry; West, Gary; Yancey, Derek |
| **Subject:** | UEP-Marketing Committee |
| **Attachments:** | Minutes - Marketing Committee.doc |

To All:

Please find minutes from today's meeting.

Gene

CONFIDENTIAL

Ex. 0105 Pg. 0001

RA0034747

# UEP-Marketing Committee
# Conference Call – March 31, 2006

## MINUTES

**Call To Order:** The meeting was called to order by Committee Chairman, Wayne Mooney at 11:00 AM with the following being present:

>Cliff Lillywhite – Al Schimpf – Dolph Baker – Brian Barrett – Roger Deffner
>Jim Brock – Jim Dean – Joe Fortin – Jerry Kil – Marcus Rust – Monte Terry
>Wayne Mooney – Paul Osborne – Larry Seger – Gary West – Derek Yancey
>Gene Gregory

Gregory opened the discussion by saying the purpose of the call was to report that the Animal Welfare Committee had recently rejected a resolution to speed up the phase-in schedule of the cage space allowance for fear that it might be viewed as using the program as a means to address supply demand problems. It was then determined that a conference call of the Marketing Committee should be conducted to consider actions that might improve the forecast of poor economic conditions.

Mooney read emails from Glen Hickman and Bob Randall expressing support for programs that would address the supply/demand problems.

Mooney reported that he felt we should recommend that the Animal Welfare Committee reconsider their position and move to the 67 square inches per hen as quickly as possible. This raised objections from some.

While objecting to any changes in the UEP Certified program, Seger suggested that the only answer is to move up the removal schedule of flocks a few weeks and leave the house empty for a period of time. He suggested that breakers very likely will not being buying surplus shell eggs until they are given to them because of the large dried egg inventory.

After considerable discussion, the following motion was made:

>**Motion: It was moved by Baker and seconded by Schimpf to recommend to the members a program calling for flocks to be molted six (6) weeks earlier than previously scheduled and to dispose of spent hens six (6) weeks earlier than previous scheduled.**
>Motion passed unanimously.

West suggested that we need a long-term solution and also the need to recognize the market impact should a case of the Asian A.I. Bird Flu be reported in this country. He then put forth the following motion:

>**Motion:** Recommend that the UEP Chairman appoint a Task Force to look at long-term solutions for supply/demand problems.
>The motion failed for the lack of a second.

CONFIDENTIAL

Ex. 0105 Pg. 0002

RA0034748

Gregory announced that he would send out a Supply/Demand Alert to the industry as quickly as possible.

There being no further business, the meeting was adjourned at 12:00.

Recorded by: Gene Gregory

CONFIDENTIAL

RA0034749

Ex. 0105 Pg. 0003