# **EXHIBIT H**

## Conference Call of USEM Export Committee
## October 22, 2007

### Minutes

**Call To Order:** Chairman Larry Seger called the meeting to order at 2:00 PM with the following being present:

    Larry Seger – Chuck Elste – Jim Brock – Gregg Clanton – Roger Deffner – Jerry Kil
    Bob Pike – David Thompson – Derek Yancey – Marcus Rust – Fred Adams
    Phyllis Blizzard – Kevin Haley – Linda Reickard – Gene Gregory

Seger stated the purpose of the call was because he felt a decision had been reached without all considerations of the market place and without sufficient input from all members. He stated that we have not normally taken an export when prices are as profitably as they currently area and to discount the sale by a minimum of 20 cents per dozen could cause a problem with our retail and breaking customers. He therefore had requested a conference call of the export committee to discuss the motions in Chicago.

Seger called on each member to express their view of whether the timing was right to take an export and if so at what price. After considerable discussion, the following motions were made.

    **Motion:** It was moved by Jim Brock and seconded by Fred Adams to rescind the motion for export sales approved in Chicago. Carried.

    **Motion:** It was moved by Fred Adams and seconded by Gregg Clanton to offer 100 containers of eggs post Thanksgiving at 80 cents per dozen and 200 loads post Christmas at 70 cents. Carried.

It was requested by Gregory to offer the eggs to Jurgen Fuchs and Steve Manton first out of consideration for the work they have been doing to help us resolve the export restrictions in Europe. If they were not interested then the opportunity would be made available to other buyers.

There being no further business, the meeting adjourned at 3:10 PM.

Recorded by: Gene Gregory

CONFIDENTIAL

UE0153484

**DEFENDANTS' EXHIBIT**
Case No. 1:11-cv-08808
**D-0500**

D-0500-0001 of 0001

0500 2007.10.22_Minutes of USEM Conference Call_UE0153484