# EXHIBIT I

# USEM

# Annual Membership Meeting

# Oct. 22, 2004

# New Orleans

CONFIDENTIAL

EXHIBIT 31 2-15-13 NB

CM00406816

Ex 0635 Pg 0001

UE_DEP_0000539

## United States Egg Marketers (USEM)
## Annual Membership Meeting
### October 22, 2004
### New Orleans

<u>Current Officers:</u>
Larry Seger – Chairman
Chuck Ebbe ~~Butch DeVries~~ – Vice Chairman
Roger Deffner – Secretary
Jim Brock – Treasurer

## <u>AGENDA</u>

| | | |
|---|---|---|
| 1. | Call To Order & Introductions | Larry Seger |
| 2. | Chairman's Comments | Larry Seger |
| 3. | Minutes of Previous Meeting | Roger Deffner |
| 4. | Membership Report | Gene Gregory |
| 5. | Financial Report | Jim Brock |
| 6. | Marketing Conference Call | Phyllis Blizzard |
| 7. | Future Export Opportunities | Gene Gregory |
| 8. | Election of Executive/Export Committee | Butch DeVries |
| 9. | Election of Officers | Butch DeVries |
| 10. | Old/New Business | Larry Seger |
| 11. | Adjourn | |

CONFIDENTIAL

CM00406817

# United States Egg Marketers (USEM)
## Annual Membership Meeting
### October 24, 2003
### Albuquerque, New Mexico

## Minutes

<u>Call To Order:</u> Chairman Larry Seger called the meeting to order at 7:00 AM with the following being present:

**Larry Seger – David Lathem – Jim Brock – Jim Dean – Paul Osborne – Wayne Mooney
Bob Pike – Chuck Dynes – Amon Baer – Dolph Baker – Butch DeVries – Derek Yancey
Roger Deffner – Joe Fortin – Steve Herbruck – Chuck Elste – Wayne Carlson – Ric Sundal
Gary West – Joe Maust – Kurt Kreher – John Mueller – Barrie Wilcox – Bob Krouse
Mike Bynum – Al Schimpf – Galan Merrill – Cliff Lillywhite – John Sperry –
David Thompson – Catherine Dean – Wayne Clapper – Rick Brown – Al Pope
Linda Reickard – Phyllis Blizzard – Chad Gregory – Gene Gregory**

<u>Chairman's Comments:</u> Seger reported that prices in Europe were at record high prices and that we had interest in purchasing eggs for delivery starting immediately through mid-December from three of our European customers.

<u>Minutes:</u> Secretary Roger Deffner presented the minutes from previous meeting.
   **Motion:** It was moved by Dean and seconded by Fortin to approve the minutes. Carried.

<u>Membership Report:</u> Gene Gregory reported the current membership to include 68 companies representing the ownership of 109 million layers. He reported that seven (7) new members had been added and three (3) members had been lost since the last annual meeting.

<u>Marketing Conference Call:</u> Phyllis Blizzard reminded the members of the marketing conference call held three days each week and the importance of this call in price discovery. She reported that Urner Barry was informed after each call of the market conditions as viewed by those on the call.

<u>Financial Report:</u> Treasurer Jim Brock requested Gene Gregory to present the report. He reported that through August 31, 2003 that the organization had an equity position of $175,897.00 of which $46,378.00 was contributed from net income for the current year. During the year, more than $2.7 million dollars of eggs sales through exports had occurred.

Gregory announced that while UEP was not at this time asking for the $50,000.00 management fee to be increased for 2004, he did feel that UEP was spending far more than the amount paid and that USEM was getting a bargain.

   **Motion:** It was moved by Pike and seconded by DeVries to approve the 8/31/2003 financial reports. Carried.

<u>Export Sales:</u> Seger and Gregory reviewed the export sales since UEP has assumed the management of USEM. They pointed to a total of 836 loads having been sold through five (5)

CONFIDENTIAL

CM00406818

Ex. 0635 Pg. 0003

UE_DEP_0000541

different periods to three (3) separate European customers. They pointed that when viewed in total, that USEM had not taken orders at less than breaking stock values.

Report of Nominating Committee: Chuck Dynes reported that the committee met via conference call on September 30th. He reported that the committee would like to recommend that the number of members of the Executive/Export Committee be increased to 13 members. He submitted the following motion:

**Motion:** It was moved by Dynes and seconded by DeVries to change the by-laws to read that the Executive/Export Committee be expanded to 13 members so that all geographically regions could be represented. Carried.

Dynes then submitted a slate of nominations for the members of the Executive/Export Committee. **Motion:** It was moved by Dynes and seconded by Brock to elect **Paul Bahan – Dolph Baker – Jim Brock – Gregg Clanton – Jim Dean – Roger Deffner – Butch DeVries – Chuck Elste – Joe Fortin – Wayne Mooney – Bob Pike – Larry Seger – Derek Yancey.** There being no further nominations, the slate was unanimously elected.

Election of Officers: Dynes then nominated the following to be elected as officers:
**Motion:** It was moved by Dynes and seconded by Fortin to elect the following as officers: Motion carried.

**Chairman – Larry Seger**
**Vice Chairman – Butch DeVries**
**Secretary – Roger Deffner**
**Treasurer – Jim Brock**

Future Export Opportunities: Seger reported that three (3) European customers had expressed interest in purchasing eggs for delivery before the end of 2003. The members expressed both their support for an export and their concerns for the inability of filling an export at this time. Some expressed concern that we might be short of eggs to even fill the domestic demand. Prices greater than 90 cents per dozen were discussed.

After considerable discussion, it became a consensus of the members that we not enter into any negotiations until after the first of the year of 2004.

Adjourn: There being no further business to conduct, the meeting was adjourned at 8:00 AM.

Recorded by: Gene Gregory

CONFIDENTIAL

CM00406819

Ex. 0635 Pg. 0004

UE_DEP_0000542

## United States Egg Marketers

Sept. 2004

| Company | Member | State | Region |
|---|---|---|---|
| AAA Egg Farms | Paul Bahan | Ca. | West Coast |
| Active Feed Co. | Joe Maust Jr. | Mi. | Midwest |
| Baer Bros. | Amon Baer | Mn. | Midwest |
| C & K Egg Co. | Harold Kelly | Al. | Southern |
| Caldwell Foods | Billy Caldwell | Ar. | Southern |
| Cal-Maine Foods | Dolph Baker / Ken Looper | Ms. | Southern |
| Center Fresh Foods | Bruce Dooyema / Jim Dean | Ia. | Midwest |
| Country Charm Egg Dist. | Vince Booker | Ga. | Southern |
| Crystal Farms | Jim Brock | Ga. | Southern |
| Dakota Layers Coop. | Glen Hickman | SD. | Midwest |
| Dooyema & Sons | Bruce Dooyema | Ia. | Midwest |
| Dynes Farms, Inc. | Chuck Dynes | Wa. | Northwest |
| Egg & I (ISE) | Gregg Clanton | SC | Southern |
| English River Pellets | Edwin Hershberger | Ia. | Midwest |
| Glenwood Foods/Braswell | Scott Braswell/Bob Pike | NC | Southern |
| Green Forest Egg Co. | Bill Priakos | AR | Southern |
| Hamilton Farm Bureau | Bern Diekema | Mi. | Midwest |
| Herbruck's Poultry Ranch | Steve Herbruck | Mi. | Midwest |
| Hertzfeld Poultry Farm | Tom Hertzfeld Jr. | Oh. | Midwest |
| Hillandale of Florida | Jack Hazen | Fl. | Southern |
| Hillside Poultry Farm | Ronald Gayman | Pa. | Northeast |
| Hoyleton Feed Store & Mill | Curt Kuhlengal | Il. | Midwest |
| ISE America | Gregg Clanton | Md. | Northeast |
| ISE - Newberry | Doug Wicker | SC | Southern |
| James Farm | Keith James | Al. | Southern |
| Kofkoff Egg Farm | Joe Fortin | Ct. | Northeast |
| Konos, Inc. | Tim Vandebunte | Mi. | Midwest |
| Kreher's Poultry Farm | Kurt Kreher | NY | Northeast |
| Latham Egg Farm | David Latham | Ga. | Southern |
| Layer's, Inc. | Larry Seger | In. | Midwest |
| M & M Poultry | Jerry Kil | Ct. | Northeast |
| Mallquist/Pearl Valley | Butch DeVries / David Thompson | Il. | Midwest |
| Mahard Egg Farm | Ernest Mahard | Tx. | Southern |
| Maxim Production | Vincent Reina | Tx. | Southern |
| Merrill's Egg Farm | Galen Merrill | Id. | Northwest |
| Midwest Poultry Services | Bob Krouse | In. | Midwest |
| Moark Productions | Arnie Sumner | Mo. | Midwest |
| Morning Fresh Farms | Derek Yancey | Co. | Midwest |
| National Food Corp. | Roger Deffner | Wa. | Northwest |
| Norco Ranch | Craig Willardson | Ca. | West Coast |
| North Alabama Egg Co. | Gerald Hilley | Al. | Southern |
| NuCal Foods, Inc. | Charles Elste | Ca. | West Coast |
| Oakdell Farms | Kent Woodward | Wa. | Northwest |
| Pilgrims Pride | Wayne Mooney | Tx. | Southern |

CONFIDENTIAL

CM00406820

Ex. 0635 Pg. 0005

UE_DEP_0000543

| Company | Contact | State | Region |
|---|---|---|---|
| Rolling Hills Egg Co. | James White | Oh. | Midwest |
| Rocky Mountain Foods | Chuck Elste | Ut. | Northwest |
| S & R Egg Farm | Al Schimpf | Wi. | Midwest |
| Simpson's Eggs | Richard Simpson | NC | Southern |
| Roy Smith Farm | Roy Smith | NY | Northeast |
| Sparboe Companies | Wayne Carlson | Mn. | Midwest |
| Sperry Farms | John Sperry | Pa. | Northeast |
| Sunrise Acres | Dick Patmos | Mi. | Midwest |
| Tampa Farm Service | Mike Bynum | Fl. | Southern |
| United Egg Marketing | Andrew Bowers | Ga. | Southern |
| Weiss Lake Egg Co. | Ralph Bradley | AL. | Southern |
| Wilcox Farms | Barrie Wilcox | Wa. | Northwest |
| Zephyr Egg Co. | Danny Linville | Fl. | Southern |

**Total Layers = 109,348,633**

**Regional Breakdown:**
Northeast = 8,836,451
Southern = 53,824,380
Midwest = 30,760,520
Northwest = 5,349,000
West Coast = 10,578,280

NuCal Foods includes their cooperative members as follows:
Rainbow Farms - Valley Fresh Foods - Gemperle Enterprises - Sunrise Farms - Liberty Farms and J.S. West Milling Co.

Rocky Mountain Foods includes: Fassio Egg Farm - Rigtrup Poultry and Shepherd & Sons.

CONFIDENTIAL

CM00406821

# United States Egg Marketers (USE)
## Balance Sheet Report
As of: 08/31/2004

| 09/08/2004 | 08:21:54 | | Page 1 |
|---|---|---|---|

### Assets

| | | |
|---|---|---|
| Cash | 26,050.29 | |
| Cash – MM | 92,909.26 | |
| Prepaid Expenses | 1,175.00 | |
| **Total Assets** | | **$120,134.55** |

### Liabilities

| **Total Liabilities** | **$0.00** |
|---|---|

### Equity

| | | |
|---|---|---|
| Paid in Capital | 19,017.84 | |
| Retained Earnings | 138,034.64 | |
| Net Income / (Loss) | (36,917.93) | |
| **Total Equity** | | **$120,134.55** |
| **Total Liabilities and Equity** | | **$120,134.55** |
| **Out of Balance** | | **$0.00** |

CONFIDENTIAL

CM00406822

Ex. 0635 Pg. 0007

UE_DEP_0000545

# United States Egg Marketers (USE)
## Income Statement

| 09/08/2004  08:19:06 | 01/01/2004 to 08/31/2004 | | Page 1 |
|---|---|---|---|

### Income

| Interest | | 502.12 | |
| Golf Event Revenues | | 8,550.00 | |
| | **Total Income** | | **$9,052.12** |

### Expenses

| Bank Service Charges | | 474.04 | |
| Postage | | 13.23 | |
| Golf Event Expense | | 8,162.04 | |
| Meetings | | 892.38 | |
| Taxes & Licenses | | 95.00 | |
| Management Fee | | 33,333.36 | |
| Board Liability Insurance | | 3,000.00 | |
| | **Total Expenses** | | **$45,970.05** |

| | **Net Income / (Loss)** | | **($36,917.93)** |

CONFIDENTIAL

CM00406823

Ex. 0635 Pg. 0008

UE_DEP_0000546

## USEM - EXPORT SALES
Sales since UEP assumed management of USEM

| Date of Sale | Country of Sale | Cases Sold | Sale Price | Eastern B.S. Quote At Time of Sale | Southeast Large At Time of Sale | Average Price Increase Over Following 30 Days |
|---|---|---|---|---|---|---|
| Dec. 1, 2000 | United Kingdom | 34 | 50 cents | 36 cents | 88 cents | $1.01 |
| Sept. 24, 2001 | Germany United Kingdom | 115 | 25 cents | 28 cents | 61 cents | 69.3 cents |
| Nov. 1, 2001 | Germany | 137 | 25 cents | 31 cents | 76 cents | 74.9 cents |
| Oct. 21, 2002 | Germany United Kingdom Italy | 250 | 35.5 cents | 33 cents | 68 cents | 86.3 cents |
| Feb. 7, 2003 | Germany Italy | 300 | 38 cents | 41 cents | 79 cents | 82.5 cents |
| Total Cases | | 836 | | | | |

Higher than normal egg prices in the U.S. during the period of February 2003 and the spring of 2004 have not warranted an export of U.S. eggs to Europe. During the same period Europe was experiencing some of the same supply demand and price conditions of the U.S.

While egg prices have sharply declined in the U.S. and should warrant an export, we find that supplies within the European Union countries has been more than sufficient to meet demand.

USEM members have often considered exports when it appears the market is headed to lower price levels and an export would modify the downside. Exports have also been considered when domestic prices are below the costs of production.

Exports have also been considered when our good European customers need eggs. We need to maintain this relationship and be a good supplier whenever possible.

CONFIDENTIAL

CM00406824

Ex. 0635 Pg. 0009

UE_DEP_0000547

# USEM Annual Meeting
# October 2004

## Future Export Opportunities

**Comments From: Jurgen Fuchs —— Germany**      (September 13, 2004)

*"I'm pessimistic about any chances for those of us in Europe to import shell eggs from the United States anytime in the near future. European domestic prices have now been far too low for far too long. Breaking stock inventory is at high levels and coolers are full. Anytime the shell egg market shows some strength then breaking stock comes out and depresses the shell egg prices. Trade between the 26 member EU countries is balancing supply-demand in ways that limit the opportunities for importing U.S. eggs like never in the past. The overall consumer demand in the EU is probably down slightly. The only possible chance for an import of U.S. eggs may be in February or March of 2005."*


**Comments From: Steve Manton ——— United Kingdom**
**(September 16, 2004)**

*" We are always in the market for shell eggs – at the right price of course. Don't get too excited through because the European market is in a right mess at the moment. We have never had as many laying birds in the EU – it has reached an all time high of 280 – 290 million. So, record high and record production in the EU. If we are to do anything then your egg prices will have to be very cheap. The exchange rates do favor USA exports. The US Dollar is weak against the Sterling and the Euro at the moment which does make USA eggs very attractive to us."*

*"I think you are aware of the additional import taxes that certain USA products are subject to when imported into England and the EU. The extra taxes are due to peak at 17% early next year, until then the tax continues to rise by 1% each month.*

*"We are quite comfortable that we can bring shell eggs into the UK (for breaking). Our inspectors/control will allow us to import shell eggs from all over the world as long as we give them a signed understanding that the eggs are for processing/breaking. They will not allow any eggs in if they are for consumption as table eggs."*

CONFIDENTIAL      CM00406825

**Monthly Hen Inventory**  (Million Hens First Day Of Month)

|      | Jan.  | Feb.  | Mar.  | Apr.  | May   | June  | July  | Aug.  | Sept. | Oct.  | Nov.  | Dec.  |
|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 2001 | 274.1 | 276.3 | 276.5 | 278.2 | 276.8 | 273.6 | 272.8 | 273.3 | 275.5 | 278.6 | 279.5 | 280.3 |
| 2002 | 281.8 | 280.4 | 279.7 | 278.5 | 276.8 | 275.6 | 277.7 | 278.5 | 280.0 | 282.3 | 282.9 | 283.3 |
| 2003 | 282.1 | 282.0 | 280.1 | 279.7 | 276.2 | 275.4 | 274.8 | 276.2 | 276.9 | 276.9 | 279.3 | 282.4 |
| 2004 | 279.5 | 279.8 | 280.5 | 282.8 | 281.9 | 282.7 | 282.6 | 283.4 | 285.3 | 287.2 | 289.5 | 292.7 |

September - December 2004 are estimates.



CONFIDENTIAL

CM00406826

Ex. 0635 Pg. 0011

UE_DEP_0000549

## United States Egg Marketers (USEM)
## Membership Agreement and Export Commitment

1. **Requirements for Membership:** Membership is available to any person, firm or partnership (entity) engaged in the production of table eggs on farms owned, or leased by such entity and who agrees to the commitment below for participation in export sales.

    a. House capacity of layers owned by applicant: _____
    b. Of the hens listed on line 1-a, how many of them are on farms owned or leased by the applicant: _____
    c. Of the hens listed on line 1-a, how many of them are on farms owned or leased by someone other than the applicant------(such as a contract grower).

    REDACTED

2. **Membership Dues:** UEP members may become USEM members by committing to the following export program without the payment of additional membership fees. Non-UEP applicants may become USEM members by committing to the following export program and upon payment of dues equal to the dues schedule of UEP.

3. **Export Commitment:** Our company agrees to participate pro rata in all shell egg export orders approved by the USEM Export Committee and taken by USEM. The level of export commitment will be determined by each members total layer number compared to the total layers of all USEM members.

4. **Related Entities:** In the event that several related or commonly owned entities separately perform various functions in the course of producing and marketing eggs, the applicant for membership in the company should be the entity that can meet the membership requirements set forth in paragraph (1) above and the certification should pertain to that particular entity, and not to any related or commonly owned entities.

5. **Termination:** This agreement may be terminated with 30 days written notice to USEM following the completion of any current export project. **No termination shall be allowed during the continuation of any current USEM export commitment.**

6. **Certification:** The undersigned hereby certifies as follows:

    a. That all the information furnished herein is correct as of the date hereof.

    REDACTED

Executed this _____ day of _____, 2003.

| Company | Signed By: | Title |

Address

Phone | Fax | Email

CONFIDENTIAL

CM00406827

Ex 0635 Pg 0012

UE_DEP_0000550