# EXHIBIT J



**UNITED STATES EGG MARKETERS, INC.**

1720 Windward Concourse, Suite 230     Alpharetta, Georgia 30005

Fax: (770) 360-9193     Tel: (800) 735-3765
                              (770) 360-5638

Mail Invoices: United Egg Producers, P.O. Box 170, Eldridge, IA 52748

February 21, 2003

Mr. Dolph Baker
Cal-Maine Foods, Inc.
P.O. Box 2960
W. Jackson Station
Jackson, MS 39207

Dear Dolph:

You are officially invited to play in this year's USEM Golf Outing. With higher expectations of egg prices and very successful exports recently taken, this years' golf promises to be memorable. Plan to attend, but **RSVP as soon as possible because we are only taking the first 32 players.**

We will be playing on Sunday, April 27 at the Paiute Golf Resort, Las Vegas. This year we were able to get a shotgun start at 10:00 am which will allow all of us to play the same course and finish at the same time.

  

The cost will be $215 and that will include golf, cart, cheeseburger lunch, range balls and transportation to and from course. USEM Chairman, Larry Seger once again will be organizing the "game" so you will need to bring at least an extra $100 to throw into the pot for side bets and whatever else he comes up with.

We need to hear from you ASAP if you want to play. Please complete and fax the attached form to me at 770-360-7058. We will provide further details as time get closer. We look forward to hearing from you, soon.

FORE,

*Chad Gregory*

Chad Gregory

CONFIDENTIAL                                              CM00415781

**CHOICE IMAGING**



**MULT**

**STAPLED** (circled)

**CLIPPED**

**BINDER CLIP**

**RUBBER BAND**



CONFIDENTIAL CM00415782

To: BAKER D                AT   16019497845

*[Handwritten at top: To: Jim Hull, Ken; FRED, KEN, MATT, STEVE, BOB, JACK, KEN, DAVID, JEFF]*

**UNITED STATES EGG MARKETERS, INC.**

1720 Windward Concourse, Suite 230        Alpharetta, Georgia 30005

Fax: (770) 360-9193                       Tel: (800) 735-3765
                                               (770) 360-5638

Mail Invoices: United Egg Producers, P.O. Box 170, Eldridge, IA 52748

February 7, 2003

TO:     USEM Member     Dolph Baker #12
                        Cal-Maine Foods

FROM:   Gene Gregory

SUBJECT: **Export Order Accepted (YOUR RESPONSE NEEDED IMMEDIATELY)**

By an overwhelming majority the membership of USEM has voted to accept an export of <u>300</u> container loads (240,000) cases for shipment to Europe over a period of 3-4 weeks beginning February 17th.

Your percentage share of this export order is _45,915_ cases.

The order calls for the delivery of 48# class 1 nest run eggs delivered to an east coast port. Graded loose large and extra large may be substituted providing minimum weights of 48 pounds net are met. Eggs must be packed in 200# test cases with 2 U liners.

You are encouraged to call Phyllis Blizzard to (800) 735-3765 for further details including the port of delivery.

You may fill your commitment by either packing and shipping your own eggs or you may request that UEP egg traders purchase your commitment. We need to know your intentions as quickly as possible so please return the attached confirmation by fax to 770-360-7058 or 770-360-9193. We would ask that after having informed us of your intention to pack or have UEP purchase your commitment that you not change your decision once we have begun to fill orders.

Using 6 cents per dozen as an estimate of freight equalization, USEM will pay those packing and shipping from their own production <u>31.0 cents per dozen</u> plus freight. For those requesting that UEP traders purchase their commitment in the open market, you will be invoiced the difference between the sale price of <u>36.0 cents per dozen</u> and the average price we have to pay to purchase all the eggs in this pool.

The purpose of an export is to market surplus eggs to foreign buyers and create buyers in the cash market. Every member has different circumstances, however, in order to get the most bang for our buck, we encourage those who can pack their export commitment to do so from

Ex. 0178 Pg. 0003

CONFIDENTIAL                                                        CM00415783

## CONFIRMATION OF EXPORT DELIVERY OF PURCHASE

__X__ Our company will deliver (or purchase for delivery) our pro rata share of this export order.

_____ Our company request that UEP egg traders purchase our pro rata share of this export order.

Signed By: _[signature]_

Company: Cal-Maine Foods

CONFIDENTIAL                                              CM00415784

their own production and replace those eggs in the cash market for their normal business.

This accomplishes several things:

1. *Creates buyers for domestic use over a broad area thereby improving the market quote for all areas.*

2. *Packing your own production should improve quality and help eliminate problems at the port and overseas.*

3. *It is helpful to staff in scheduling equipment by knowing where the eggs are packed in advance.*

Your Commitment: By your signed membership agreement, you have agreed as follows: "Our company agrees to participate pro rata in al shell egg exports approved by the USEM Export Committee and taken by USEM. The level of export commitment will be determined by each members total layer number compared to the total layers of all members."

Please call if you need further information.

Thanks for your support.

**YOUR RESPONSE TO THE ATTACHED COMMITMENT FORM IS NEEDED IMMEDIATELY.**

CONFIDENTIAL                                                                                   CM00415785

**CHOICE IMAGING**



**MULT**

**STAPLED**

**CLIPPED**

**BINDER CLIP**

**RUBBER BAND**

Ex. 0178 Pg. 0006

CONFIDENTIAL                                    CM00415786

*Producer Committee For Animal Welfare*
*July 9, 2002*
*Chicago, Illinois*

**Committee Members:**

| | | | | |
|---|---|---|---|---|
| Bob Krouse – Chairman | Joe Arias | Paul Bahan | Tim Bebee | Mike Bynum |
| Joe Fortin | Bob Gornichec | Ky Hendrix | Kurt Kreher | Kurt Lausecker |
| Ken Looper | Dave Rettig | Garth Sparboe | Steve Storm | David Thompson |

## AGENDA

1. FMI – NCCR's Changes for UEP Guidelines — Gene Gregory
2. Finalize Audit Forms — Bob Krouse
3. Contract or MOU for Auditing — Gene Gregory
4. Benefit of Monthly Self-Audits — Joe Fortin
5. Record Keeping Forms — Gene Gregory
6. Determine Dates for Beginning of Audits — Bob Krouse
7. Old/New Business — Bob Krouse
8. Adjourn

Ex. 0178 Pg. 0007

CONFIDENTIAL    CM00415787

## Ken Looper

**From:** "Leslie" <lwoodward@cmfoods.com>
**To:** "Ken" <klooper@cmfoods.com>
**Sent:** Wednesday, January 29, 2003 1:29 PM
**Subject:** FW: Different Opinions about Motion

*Committee Members* [handwritten annotation] AW

-----Original Message-----
**From:** Gene [mailto:g_greg@mindspring.com]
**Sent:** Wednesday, January 29, 2003 9:12 AM
**To:** Brian Barrett; Paul Bahan; Mark Oldenkamp; Steve Herbruck; Joe Fortin; Ken Looper; Kurt Lausecker; Kurt Kreher; Bob Krouse; Steve Storm; Garth Sparboe; David Thompson; Ky Hendrix; Mike Bynum
**Subject:** Different Opinions about Motion

Several of you have expressed different opinions about the motion relating to new equipment. So I'm going to give you a few different examples and request that you get back to me with what you believe the spirit of the motion was:

# 1 - It was moved by Oldenkamp and seconded by Herbruck to establish a policy stating that effective April 1, 2003 any equipment purchased or a contract signed for new layer houses or existing houses being remodeled must be built and installed by December 31, 2003 to accomodate the placement of hens after August 1, 2008 at a minimum of 67 square inches per hen for white leghorn hens and 76 square inches per hen for Brown egg layers.

# 2 - It was moved by Oldenkamp and seconded by Herbruck to establish a policy stating that effective April 1, 2003 any equipment purchased or a contract signed for new layer houses or existing houses being remodeled that will not be built and installed by December 31, 2003 must accommodate the placement of hens after August 1, 2008 at a minimum of 67 square inches er hen for white leghorn hens and 76 square inches per hen for Brown egg layers.

# 3 - It was moved by Oldenkamp and seconded by Herbruck to establish a policy stating that the "house average" space allowance will be permitted for any buildings and equipment purchased or contracted for prior to April 1, 2003 and installed by December 31, 2003. Any equipment purchased or contracted for or built after these dates must accommodate the placement of hens after August 1, 2008 at a minimum of 67 square inches per hen for white leghorn hens and 76 square inches per hen for Brown egg layers.

Some of you have even felt the motion was intended to require minimum standards of 56 - 59 - 61 - 64 - 67 instead of "house average" for any new or remodeled facilities during the period from April 1, 2003 through August 1, 2008. I certainly didn't think this was the intention and don't think it would be a good policy at this time because it would not create a level playing field.

Please let me know which of the 3 different examples above is what was expected from the motion. Or if you have a totally different point of view.

Gene

*********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.

This email message has been swept by
MAILsweeper for the presence of computer viruses.

1/30/2003

Ex. 0178 Pg. 0008
CONFIDENTIAL CM00415788

## Ken Looper

**From:** "Gene Gregory" <gene@unitedegg.com>
**To:** "Ken Looper" <klooper@cmfoods.com>; "Joe Fortin" <JoeFortin@99Main.com>; "Paul Bahan" <pjbahan@earthlink.net>
**Sent:** Friday, February 14, 2003 8:00 AM
**Subject:** Meeting in Las Vegas

Paul, Joe and Ken,

Please keep my thoughts to yourself but I wanted to share them with you.

After having met with the group in Las Vegas, I had a great deal of time to think about it on the plane ride home.

I'm afraid that if we accept the Plan B that it will encourage many of the producers we now have committed to accept the plan B. When doing so it will destroy our program because from a public and scientific point of view, the space allowance is the key component. This was the same case in Europe. This was a key point with FMI and NCCR yet they allowed us a phase-in house average in order to reach the ultimate goal.

My recommendation is that we defeat this motion. We then take the risk that Sparboe will lead a group to create their own guidelines and encourage other producers to join them. I believe we are better to take this risk than to destroy our program just to satisfy Sparboe's group.

Garth has told me that the Sparboe Company and Michael Foods and others may then cancel their UEP membership. I think we should also take this risk because UEP should never be threated with membership.

I've looked at the members of our Animal Welfare committee and am afraid that Sparboe could sell their idea to our committee. We need to be prepared. You may want to talk to some of them prior to the conference call on February 21st.

Please protect me on this.

Gene

2/14/2003

Ex. 0178 Pg. 0009
CONFIDENTIAL                                                              CM00415789

## Ken Looper

**From:** "Gene Gregory" <gene@unitedegg.com>
**To:** "Ken Looper" <klooper@cmfoods.com>; "Joe Fortin" <JoeFortin@99Main.com>; "Paul Bahan" <pjbahan@earthlink.net>
**Sent:** Friday, February 14, 2003 8:00 AM
**Subject:** Meeting in Las Vegas

Paul, Joe and Ken,

Please keep my thoughts to yourself but I wanted to share them with you.

After having met with the group in Las Vegas, I had a great deal of time to think about it on the plane ride home.

I'm afraid that if we accept the Plan B that it will encourage many of the producers we now have committed to accept the plan B. When doing so it will destroy our program because from a public and scientific point of view, the space allowance is the key component. This was the same case in Europe. This was a key point with FMI and NCCR yet they allowed us a phase-in house average in order to reach the ultimate goal.

My recommendation is that we defeat this motion. We then take the risk that Sparboe will lead a group to create their own guidelines and encourage other producers to join them. I believe we are better to take this risk than to destroy our program just to satisfy Sparboe's group.

Garth has told me that the Sparboe Company and Michael Foods and others may then cancel their UEP membership. I think we should also take this risk because UEP should never be threated with membership.

I've looked at the members of our Animal Welfare committee and am afraid that Sparboe could sell their idea to our committee. We need to be prepared. You may want to talk to some of them prior to the conference call on February 21st.

Please protect me on this.

Gene

2/14/2003

Ex. 0178 Pg. 0010

CONFIDENTIAL

CM00415790

Nestruns

| DATE REC | TICKET AMOUNT | RECEIVED IN | REASON FOR DAMAGE | A's | U.G. | LOSS | PRICE | PRICE ADJUST. | PO # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/2003 | 750 | 720 | Shifted to front | 88.29 | 8.69 | 3.07 | $0.56 | $0.56 | 2244 | H. Dale |
| 1/15/2003 | 720 | 710 | No Tic Tacs | 83.45 | 10.04 | 6.51 | $0.60 | $0.56 | 2245 | H. Dale |
| 1/17/2003 | 750 | 724 | Pallets Broken | 83.35 | 9.63 | 7.02 | $0.60 | $0.56 | 2273 | H. Dale |
| 1/18/2003 | 750 | 750 | Gradeout | 85.1 | 9.61 | 5.29 | $0.60 | $0.57 | 2274 | H. Dale |
| 1/18/2003 | 720 | 720 | n/a | 84.41 | 11.03 | 4.56 | $0.59 | $0.57 | 2278 | Creig |
| 1/19/2003 | 750 | 750 | Gradeout | 83.57 | 10.56 | 5.87 | $0.60 | $0.57 | 2275 | H. Dale |
| 1/20/2003 | 750 | 750 | n/a | 84.37 | 9.8 | 5.83 | $0.60 | $0.56 | 2276 | H. Dale |
| 1/20/2003 | 750 | 720 | Gradeout | 81.94 | 11.93 | 6.13 | $0.59 | $0.56 | 2279 | Creig |
| 1/22/2003 | 800 | 784 | Eggs loss back | 87.3 | 11.5 | 1.2 | $0.62 | $0.62 | 2326 | Ark |
| 1/22/2003 | 720 | 720 | Gradeout | 80.62 | 13.51 | 5.87 | $0.59 | $0.58 | 2280 | Creig |
| 1/24/2003 | 800 | 800 | n/a | 90.3 | 5.62 | 4.08 | $0.69 | $0.69 | 2327 | G.F. |
| 1/25/2003 | 800 | 796 | 4 cases damage | 89.45 | 6.44 | 4.11 | $0.69 | $0.69 | 2328 | G.F. |
| 1/26/2003 | 762 | 752 | 10cases damage | 93.16 | 5.28 | 1.56 | $0.69 | $0.69 | 2329 | G.F. |
| 1/27/2003 | 720 | 720 | n/a | 87.26 | 8.6 | 4.13 | $0.63 | $0.63 | 2330 | W.V. |
| 1/27/2003 | 720 | 717 | 3 cases damage | 87.62 | 8.52 | 3.86 | $0.62 | $0.62 | 2344 | W.V. |
| 1/28/2003 | 690 | 689 | 1 cases damaged | 87.56 | 9.13 | 3.31 | $0.62 | $0.61 | 2345 | W.V. |
| 1/28/2003 | 720 | 717 | 3 cases damage | 87.56 | 9.13 | 3.31 | $0.63 | $0.63 | 2331 | W.V. |
| 1/29/2003 | 720 | 720 | n/a | 87.89 | 8.38 | 3.73 | $0.63 | $0.63 | 2332 | W.V. |
| 1/29/2003 | 720 | 718 | 2 cases damaged | 86.85 | 9.09 | 4.06 | $0.62 | $0.62 | 2346 | W.V. |
| 1/30/2003 | 720 | 720 | n/a | 86.87 | 8.75 | 4.3 | $0.61 | $0.61 | 2371 | W.V. |
| 1/30/2003 | 720 | 720 | n/a | 89.6 | 7.6 | 2.8 | $0.61 | $0.61 | 2372 | W.V. |
| 1/31/2003 | 720 | 720 | n/a | 87.6 | 8.18 | 4.22 | $0.61 | $0.59 | 2377 | W.V. |
| 1/31/2003 | 720 | 720 | n/a | 86.95 | 8.2 | 4.85 | $0.61 | $0.59 | 2378 | W.V. |
| 1/31/2003 | 738 | 738 | n/a | 87.6 | 8.3 | 4.1 | $0.61 | $0.59 | 2393 | W.V. |
| 2/1/2003 | 720 | 720 | n/a | 89.01 | 7.6 | 3.39 | $0.61 | $0.59 | 2394 | W.V. |
| 2/2/2003 | 720 | 720 | n/a | 88.21 | 8.52 | 3.27 | 0.61 | $0.59 | 2395 | W.V. |

Totals   19035        86.79  8.97  4.24         $0.60

CONFIDENTIAL

Ex. 0178 Pg. 0011

CM00415791