# ATTACHMENT A

1084

```
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   KRAFT FOODS GLOBAL, INC.; THE    )
     KELLOGG COMPANY; GENERAL         )
 4   MILLS, INC.; and NESTLÉ USA,     )
     INC.,                            )
 5                                    )
                      Plaintiffs,     )
 6                                    )   Case No. 11 CV 8808
     -vs-                             )
 7                                    )   Chicago, Illinois
     UNITED EGG PRODUCERS, INC.;      )   October 23, 2023
 8   UNITED STATES EGG MARKETERS,     )   9:05 a.m.
     INC.; CAL-MAINE FOODS, INC.;     )
 9   and ROSE ACRE FARMS, INC.,       )
                                      )
10                    Defendants.     )

11                            VOLUME 5-A
                  TRANSCRIPT OF PROCEEDINGS - Trial
12       BEFORE THE HONORABLE STEVEN C. SEEGER, and a Jury

13
     APPEARANCES:
14
     For the Plaintiffs:   JENNER & BLOCK, LLP
15                         BY:  MR. BRANDON FOX
                                MS. SATI HARUTYUNYAN
16                              MS. AMY GALLEGOS
                           515 South Flower Street
17                         Suite 3300
                           Los Angeles, CA   90071-2246
18
                           JENNER & BLOCK, LLP
19                         BY:  MR. MATTHEW SUMMERS
                           455 Market Street
20                         Suite 2100
                           San Francisco, CA 94105-2453
21
22   Court Reporter:       AMY M. KLEYNHANS, CSR, RPR, CRR
                           Federal Official Court Reporter
23                         United States District Court
                           219 South Dearborn Street, Room 2318A
24                         Chicago, IL   60604
                           Telephone:  (312) 818-6531
25                         amyofficialtranscripts@gmail.com
```

```
 1   APPEARANCES (CONT'D):

 2   For the Plaintiffs:    JENNER & BLOCK, LLP
                            BY:  MS. ANDRIANNA D. KASTANEK
 3                               MS. ANGELA ALLEN
                                 MR. MICHAEL BRODY
 4                               MR. CHRISTOPHER SHEEHAN
                                 MS. MARGARET M. HLOUSEK
 5                               MR. CHRISTIAN PLUMMER
                                 MR. JAMES T. MALYSIAK
 6                               MR. JOEL T. PELZ
                                 MR. JOHN D. VanDEVENTER
 7                               MS. REANNE ZHENG
                                 MS. SAVANNAH McNEILY
 8                               MR. STEVEN TINETTI
                            353 North Clark Street
 9                          Chicago, IL   60654

10   For Defendants United  TROUTMAN PEPPER HAMILTON SANDERS, LLP
     Egg Producers, Inc.,   BY:  MS. ROBIN SUMNER
11   and United States           MS. KAITLIN L. MEOLA
     Egg Marketers, Inc.:   3000 Two Logan Square
12                          18th and Arch Streets
                            Philadelphia, PA   19103
13
                            TROUTMAN PEPPER HAMILTON SANDERS, LLP
14                          BY:  MS. WHITNEY REDDING
                            501 Grant Street
15                          Suite 300
                            Union Trust Building
16                          Pittsburgh, PA   15219

17                          TROUTMAN PEPPER HAMILTON SANDERS, LLP
                            BY:  MS. JESSICA RING
18                               MS. MOLLY DiRAGO
                            227 West Monroe Street
19                          Suite 3900
                            Chicago, IL   60606
20
     For Defendant          KING & SPAULDING
21   Cal-Maine Foods,       BY:  MR. PATRICK M. COLLINS
     Inc.:                       MR. PATRICK OTLEWSKI
22                               MS. LIVIA KISER
                                 MS. TATUM ELLIS
23                               MS. ABIGAIL HOVERMAN TERRY
                                 MR. JORDAN BLOCK
24                               MS. LEILA M. MORGAN
                            110 North Wacker Drive
25                          Suite 3800
                            Chicago, IL   60606
```

```
 1   APPEARANCES (CONT'D):

 2   For Defendant          KING & SPAULDING
     Cal-Maine Foods,       BY:  MS. REBECCA L. PARADIS
 3   Inc.:                       MR. HERSHEL WANJCER
                            1700 Pennsylvania Avenue, NW
 4                          Suite 900
                            Washington, D.C. 20006
 5
                            BROWN FOX PLLC
 6                          BY:  MR. ERIC WOOD
                                 MR. BRIAN E. ROBISON
 7                          8111 Preston Road
                            Suite 300
 8                          Dallas, Texas  75225

 9   For Defendant Rose     PORTER, WRIGHT, MORRIS & ARTHUR, LLP
     Acre Farms, Inc.:      BY:  MR. JAMES A. KING
10                               MR. ALLEN T. CARTER
                                 MR. ERIC B. GALLON
11                               MS. GRACE E. KARABINUS
                            41 South High Street
12                          Suite 2900
                            Columbus, OH  43215
13
                            PORTER, WRIGHT, MORRIS & ARTHUR, LLP
14                          BY:  MR. JAY L. LEVINE
                                 MR. DONALD M. BARNES
15                          2020 K Street, NW
                            Suite 600
16                          Washington, D.C.  20006

17                          PORTER, WRIGHT, MORRIS & ARTHUR, LLP
                            BY:  MR. JOSHUA M. DILLE
18                          321 North Clark Street
                            Suite 400
19                          Chicago, IL  60654

20                          PORTER, WRIGHT, MORRIS & ARTHUR, LLP
                            BY:  MS. ANA P. CRAWFORD
21                          250 East Fifth Street
                            Suite 2200
22                          Cincinnati, OH  45202

23

24

25
```

Case: 1:11-cv-08808 Document #: 513-1 Filed: 11/13/23 Page 5 of 8 PageID #:20039
Baker - direct by Fox
1168

1  agreements with UEP and USEM, correct?
2  A.  Members were participating, yes, sir.
3  Q.  And going back to the first paragraph we're seeing here, I
4  would like you to read from "The difference" and the second
5  sentence ending with "situation."
6  A.  "The difference between the purchase price of the eggs and
7  the 28-cent sale price plus trans-loading charges at the port
8  will be charged to those members committing to support
9  the export order.  It's a win-win situation."
10  Q.  You understood this to mean that UEP members would be
11  paying more for the eggs that they would be selling than they
12  would be receiving in the export, correct?
13  A.  On those future purchases, yes, sir.
14  Q.  That means that the UEP member would lose money on the
15  transaction, correct?
16  A.  Yes, sir.
17  Q.  And Mr. Gregory explained, despite the UEP member losing
18  money, that this would be a win-win situation, correct?
19  A.  Yes, sir.
20  Q.  And it's a win-win situation because Mr. Gregory believed
21  that by exporting these eggs, the price of eggs that United
22  States customers would be paying would increase, correct?
23  A.  Yes, sir.
24          MR. FOX:  Let's go to the next page.
25          Can we blow up this part.

Case: 1:11-cv-08808 Document #: 513-1 Filed: 11/13/23 Page 6 of 8 PageID #:20040
Baker - direct by Fox
1215

1      Do you see that?
2  A.  I do.
3  Q.  And 75 shipping containers would hold somewhat -- a little
4  bit less than 2 million dozen eggs; is that right?
5  A.  Yes, sir.
6  Q.  All right.  And it says here that the motion carried with
7  a seven to four vote.
8      Do you see that?  See what's highlighted there?
9  A.  Yes, sir, I do.
10 Q.  You were one of seven egg producers to vote in favor of
11 this export, correct?
12 A.  I believe so.
13 Q.  All right.  And because the committee, the majority of the
14 committee voted in favor of the export, the question went to
15 the USEM's overall membership for a vote, correct?
16 A.  Yes, sir.
17 Q.  And for the order to be accepted for the membership, a
18 majority of the membership had to vote in favor of it,
19 correct?
20 A.  Correct.
21 Q.  And if a majority of the membership voted in favor of the
22 export, then every member had to participate in the export,
23 correct?
24 A.  That was the agreement, yes, sir.
25 Q.  So even those on the committee who voted no, that they

Case: 1:11-cv-08808 Document #: 513-1 Filed: 11/13/23 Page 7 of 8 PageID #:20041
Baker - direct by Fox
1216

1 didn't want to do the export on behalf of their committee, had
2 to participate in it, correct?
3 A. Correct.
4 Q. Now, Mr. Baker, we discussed earlier that if an egg
5 producer did not have enough surplus eggs to fill their export
6 order egg quota, they were required to purchase them on the
7 market, correct?
8 A. Yes, sir.
9 Q. And we also discussed how those producers would have to
10 purchase eggs sometimes at a price that was higher than they
11 would be selling the eggs for on the market, correct?
12 A. That's correct.
13 Q. And the minutes provide an example of just this in the
14 second paragraph.
15     MR. FOX: If we can show it.
16 BY MR. FOX:
17 Q. Do you see where it says, "Seger reported"?
18 A. Yes, sir, I do.
19 Q. Please read that to the jury.
20 A. "Seger reported the price of eggs delivered in an export
21 case to an East Coast port would be only 25 cents per dozen
22 thereby netting those members shipping eggs 20 cents per dozen
23 plus the value of equalized freight. Those asking UEP to
24 purchase eggs to fill their share would be invoiced the
25 difference between a 23-cent price and the purchase price."

```
 1                    *   *   *   *   *
 2                    C E R T I F I C A T E
 3           We certify that the foregoing is a correct
 4   transcript from the record of proceedings in the
 5   above-entitled matter.
 6
     /s/ Amy Kleynhans, CSR, RPR, CRR           10/24/2023
 7   Official Court Reporter

 8   /s/ Fran Ward, RPR, RMR, F/CRR             10/24/2023
     Official Court Reporter
 9
     /s/ Jennifer Costales, CRR, RMR, CRC       10/24/2023
10   Official Court Reporter
```