# EXHIBIT 80

| | |
|---|---|
| **From:** | Wayne Winslow [wwinslow@nucalfoods.com] |
| **Sent:** | Wednesday, November 22, 2006 2:46 PM |
| **To:** | Gene Gregory |
| **Cc:** | Linda Reickard; Chuck Elste; Phyllis Blizzard |
| **Subject:** | Re: Cost of Export |

Gene,

The number below is sufficient for now.

We understand how the system works and the benefits of the system.
Once again the export proved to be very timely as this "kick started"
the market rise and the entire egg industry benefitted.  It is too bad that we do not get
better participation from the rest of the industry.

Thank you for the good job done.

Wayne

>>> "Gene Gregory" <gene@unitedegg.com> 11/22/2006 5:54 AM >>>
Wayne,

I've chosen to respond rather than Phyllis doing so.  The cost is big so sit down before
you see this and fall over.

Keep in mind that the Midwest Large quote rose by 40 cents per dozen during the period of
this export so your companies made a lot of money on this

export. Try to remember that as you calculate your costs to participate

We had real difficulty buying eggs for this export and in fact as we got closer to the
completion we were begging producers to sell us eggs.  I hope this meant that we really
didn't have a great volume of surplus eggs when we took this export.

Linda Reickard keeps track of all the sales and purchases and is at this point calculating
the losses.  As of yesterday, she and I were running

through the numbers and it appears the loss is going to be about 46.3 cents per dozen.  So
you could use this figure times the number of dozen your

companies were responsible for to determine what your costs will be.
Keep
in mind my numbers here are not yet finalized but this is a good estimate.

Gene

----- Original Message -----
From: "Wayne Winslow" <wwinslow@nucalfoods.com>
To: "Gene Gregory" <gene@unitedegg.com>; "Phyllis Blizzard"
<phillis@unitedegg.com>
Sent: Tuesday, November 21, 2006 7:36 PM
Subject: Cost of Export


> Phyllis,
>
> Could you please forward NuCal's cost per dozen to participate in
this
> last export.  I signed the participation level for 4,189 cases
(125,670

1

**Ex. 0080 Pg. 0001**

CONFIDENTIAL

UE0475456

```
> dozen) and I need a cost to give to our owners tomorrow morning.  If
you
> do not have the exact cost, I will take an approximate.
>
> I will need the same for Morning Fresh, 679 cases, and then again
for
> Rocky Mountain Eggs- Utah, 1,007 cases.
>
>
> Thanks,
>
> Wayne
>
```

2

**Ex. 0080 Pg. 0002**

CONFIDENTIAL

UE0475457