# EXHIBIT 189



1720 Windward Concourse, Suite 230     Alpharetta, Georgia 30005

Fax: (770) 360-9193     Tel: (800) 735-3765
                              (770) 360-5638

Mail Invoices: United Egg Producers P.O. Box 170 Eldridge, IA 52748

November 25, 2002

**TO:** All USEM Members

**FROM:** Gene

**SUBJECT:** Major Export Benefit

Congratulations! You did what you intended and that was to improve domestic prices with your decision to accept the 250-container export order.

A year ago Urner Barry's Midwest large quote was in the low 70s for early November and peaked at 75 cents.

Urner Barry's Midwest large quote was at 64 cents when we were negotiating this sales. Immediately prices began to rise and peaked at 88 cents within two weeks and stayed at that level for 23 days through the Friday proceeding Thanksgiving.

By mid-October many producers were fearful that prices were going to fall below 60 cents and be a terrible Thanksgiving market.

On average, for 36 days from October 16 through November 22nd, the market averaged 85.4 cents or 21 cents daily average gain during the period.

You made a sizable commitment to make all this happen. Did you benefit from this export sale? Consider the following example:

100,000 layers @ 70% production for 36 days.
5,833 dozen per day
x   36 days
209,988 dozen
x        21 cents per dozen
$44,097.48

Multiple this times your layer numbers to see how your company benefited.