Case: 1:11-cv-08808 Document #: 513-7 Filed: 11/13/23 Page 1 of 3 PageID #:20071

# EXHIBIT 356

**To:** Bob Hodges[bhodges@moarkllc.com]; Don Dent[ddent@moarkllc.com]; Gary Foster[gfoster@norcoeggs.com]; Skip Hagy[shagy@moarkllc.com]; Jerry Welch[jwelch@moarkllc.com]
**From:** Craig Willardson
**Sent:** Thur 7/10/2008 7:26:02 PM
**Importance:** Normal
**Subject:** FW: from GENE GREGORY
SKMBT_C45108071014170.pdf

---

**From:** Phyllis Blizzard [mailto:phyllis@unitedegg.com]
**Sent:** Thursday, July 10, 2008 12:20 PM
**To:** Al Schimpf@S&R (E-mail); Amon Baer @Baer Bros (E-mail); Andrew Reichman @P&R (E-mail); Bill Glass @Ft. Recovery (E-mail); Bill Lehman @Creighton (E-mail); Billy Caldwell @Caldwell Foods (E-mail); Bob Krouse @MWP (E-mail); Bob Niewedde (E-mail); Brent Booker @Country Charm (E-mail); Brian Barrett @Feathercrest (E-mail); Chuck Dynes @Dynes Farm (E-mail); Chuck Elste @Nucal (E-mail); Cliff Lillywhite @Oakdell (E-mail); Craig Willardson; Danny Linville @Zephyr (E-mail 2); Dave Thompson @Pearl Valley (E-mail); David Lathem @L & R (E-mail); Dennis Hughes @United Egg Mktg (E-mail); Derek Yancey @MorningFresh (E-mail); Dick Patmos @Sunrise Acres (E-mail); Dolph Baker @Cal-Maine (E-mail); Doug Wicker @ISE (E-mail); Ed Hershberger @English Riv (E-mail); Ernest/Andy Mahard @Mahard (E-mail); Gib Burton @Feathercrest (E-mail); Glenn Hickman @Hickman's Eggs (E-mail); Grant Gunden @Active Feed (E-mail); Gregg Clanton @ISE (E-mail); Jeff Bradley@Weiss Lake (E-mail); Jerry Kil; Jim Brock @Crystal Farms (E-mail); Joe Maust @Active Feed (E-mail); John Sperry @Sperry Fms (E-mail); Karen Adrian; Kent Woodward@Oakdell (E-mail); Kevin Mussman@Mussman's (E-mail); Kurt Kreher @Krehers (E-mail); larry seger @Wabash Valley (E-mail); Marcus Rust @Rose Acre (E-mail); Mark Ankerich @Crystal Farms (E-mail); Mike Bynum @Tampa Farms (E-mail); Randy@National Foods (E-mail); Richard Simpson @Simpson's Eggs (E-mail); Roger Deffner @National Foods (E-mail); Ron Gayman@Hillside (E-mail); Ron Truex @Creighton Bros (E-mail); Scott @Kreher's Eggs (E-mail); Scott Braswell @Braswell (E-mail); Scott Horton @Country Charm (E-mail); Sharon Fracalossi @Hamilton (E-mail); Skip Hagy; Steve Leslie @United (E-mail); Steve Tenney @Dakota Layers (E-mail); Tom Hertzfeld @Hertzfeld Poultry (E-mail); Tom Oliver @Chestnut Mtn (E-mail); Vincent Reina @Maxim (E-mail); Wayne Mooney @Pilgrim's Pride (E-mail); Wayne Winslow @Nucal (E-mail); Barrie Wilcox (E-mail); Gordon Satrum @Willamette (E-mail); Paul Sauder @R. W. Sauder (E-mail)
**Subject:** from GENE GREGORY

I'm forwarding this letter to you from Gene.

<<SKMBT_C45108071014170.pdf>>

Ex. 0356 Pg. 0001

Highly Confidential                                                                                        MOARK-IPP-0028504



1720 Windward Concourse, Suite 230     Alpharetta, Georgia 30005

Fax: (770) 360-9193     Tel: (800) 735-3765
(770) 360-5638

Mail Invoices: United Egg Producers P.O. Box 170 Eldridge, IA 52748

TO: United States Egg Marketer Members

In May you approved the export sale of 100 containers of eggs. Those eggs were delivered over a period of May 21 through June 24.

The Urner Barry Midwest Large quote was $1.04 on the date you approved this export sale. During the period of delivery, the Urner Barry quote rose by 30 cents per dozen. **We, therefore, conclude that this export was of great economic value to your company and the industry as a whole.**

By July 1st the market had begun to fall and is quickly approaching break even or unprofitable price levels.

Now we are concerned with the increasing pullet hatch. After having increased the hatch by 10 million pullets in 2007 over 2006 levels, we continue to find the hatch has increased by 4.3 million pullets during the first five months of 2008. This is an indication that we are building a layer flock inventory, which will move the egg supply/demand out of balance and lead us to unprofitable times.

With feed and fuel cost prices at current levels and expected to go higher, we must watch all costs very carefully and adjust egg supply to avoid falling into an unprofitable period. We cannot always export ourselves out of a bad situation.

We urge you to be leaders in maintaining a profitable industry.

Sincerely,

Gene W. Gregory

Confidential     MOARK-IPP-0028505