# EXHIBIT 367



# United Egg Producers

**UEP Headquarters**
1303 Hightower Trail, Suite 200, Atlanta, Georgia 30350
(770) 587-5871    FAX (770) 587-0041

**UEP Officers**
Carl Lofgren, Chairman
Al Pope, President
Dave Staples, First Vice Chairman
Mike Bynum, Second Vice Chairman
Michael Mills, Treasurer
Roger Deffner, Secretary

**UEP Staff**
Al Pope
President

Gene Gregory
Sr. Vice President

Linda Reickard
Vice President

Irving Isaacson, Esq.
UEP General Counsel

**Washington Office**
Ken Klippen
V.P. Government Relations

Michael McLeod, Esq.
Washington Counsel

Randy Green
Sr. Government Relations Rep.

**Egg Nutrition Center**
Dr. Don McNamara
Executive Director

Dr. Jill Snowdon
Director of Food Safety Programs

February 1, 2000

### EXPORT ORDER ACCEPTED

Dear UEP Members,

UEP's Export Committee met via conference call today to decide upon participating with USEM members in filling an export order of 120 containers of class 1 or graded loose eggs weighing 48# pounds per case. Each container will consist of approximately 800 cases.

The committee voted to participate at the same percentage of the total volume as in the past. This commitment will require UEP members to fill 30 loads of eggs over a 3 week period beginning Monday February 7th.

In order to maximize the impact upon the domestic price for eggs, your best bet is to offer eggs in the open market of public trading. UEP's egg traders, Billie Jo Corell, Terry Oliver, and Randy Nelson will welcome any member wanting to provide eggs for this export order. They can advise you of the USDA certificate requirement and case weight requirements. You are welcome to call them at the following toll free numbers:

Billie Jo Corell @ 800-854-5123
Terry Oliver @ 800-805-3447
Randy Nelson @ 877-741-9080

UEP will sell the eggs to the exporter (USEM) at a price of 28 cents per dozen delivered to the Eastern port for shipment.

The difference between the purchase price of the eggs and the 28 cent sale price plus trans-loading charges at the port will be charged to those members committing to support the export order. It's a win-win situation. While you have committed to sharing the cost with your fellow producers, everyone benefits from a rise in the domestic market quote on all your eggs. Not everyone can or needs to provide eggs but we need every member to support the export order by agreeing to share in the costs. Anyone having questions about how this actually works is invited to call the UEP office for further clarification.



Official U.S. Council Representative



We are enclosing a list of those companies having signed export commitment forms in May of 1999. We trust that these companies will honor these commitments.

**Washington Offices**
UEP Government Relations
One Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20001
(202) 842-2345  Fax (202) 682-0775

**Egg Nutrition Center**
1050 17th Street, NW, Suite 560
Washington, D.C. 20036
(202) 833-8850  Fax (202) 463-0102

**UEP Iowa Office**
Box 170
Eldridge, IA 52748
(319) 285-9100 Fax (319) 285-9109

CONFIDENTIAL                                                        UE0065618

We are also enclosing an export commitment form and urge all other members to sign the form and fax back to UEP as quickly as possible. Help yourself to better egg prices by committing to support this and possibly other export orders.

One final important note! .... In order to correct our over-supply problem and return to long-term profits for the industry, we must maintain our supply management programs of reducing the flock size and reducing our chick hatch placements during 2000. Don't be mislead by short term price increases as a result of filling export orders. Do not plan your production based upon the potential of exporting large volumes. These export orders are a tremendous benefit but certainly not the final solution to our over-supply problem.

Thanks for your participation.

Sincerely,

Gene W. Gregory
Senior Vice President

CONFIDENTIAL

UE0065619



Our company recognizes the importance of a cooperative effort in filling large export orders of fresh shell eggs. To confirm our commitment to this initiative, our company agrees to participate in all shell egg export orders taken by USEM and approved by the UEP Export Committee.

We understand that UEP's egg traders will purchase the eggs for any export delivery in the open market and allocate the profit or loss from the export sale to participating companies at an equal rate per layer owned or managed by those having signed this form.

This agreement may be terminated with a 30 day notice, except no agreement may be terminated during a current export. During the term of this agreement, we agree to accept and promptly pay our share of the export costs.

We agree to participate based upon _____ layers owned or managed by our company.

Date: _____ Company: _____

By: _____

Title: _____

Phone _____ Fax _____

RETURN BY MAIL OR FAX :

UEP Fax # 770-587-0041    Address:    1303 Hightower Trail, Suite 200
Atlanta, Ga.  30350

CONFIDENTIAL
UE0065621