# EXHIBIT 374



# United Voices



United Egg Producers
Gene Gregory - Editor

November 4, 2002

### HIGHLIGHTS OF THIS ISSUE

★ Export Sale
★ Price Discovery
★ Washington Report

**UNITED EGG PRODUCERS**
1720 Windward Concourse
Suite 230
Alpharetta, GA 30005

Phone: (770) 360-9220
FAX: (770) 360-7058

info@unitedegg.org
http://www.unitedegg.org

*USEM Takes Large Export*

The fifty-six (56) members of United States Egg Markets have done their part to help improve egg prices by approving an export order of 250 containers (approximately 200,000 cases) for delivery over a 4-week period starting October 28th. Deliveries will be made from east coast ports destined for the United Kingdom, Germany, and Italy.

After three (3) years of depressed prices and the prospect for Thanksgiving and Christmas markets being very bleak, the timing of this export should add a great deal to the market quote.

Within one week from the announcement of 190 of the total 250 loads being negotiated, Urner Barry's large quote moved up 14 cents per dozen in the Midwest and was finally at profitable levels. The export order was taken at fair market values and not discounted from domestic values.

Is this export important to every producer? Consider just the first week alone. A producer with 100,000 layers should have recognized a cash flow gain of at least $5,800.00 just in the first week. Multiply your own hen numbers or weekly egg production times this to see how you benefited.

These 56 companies will incur a sizable loss on their committed share because each company must commit to sharing the export based upon their layer numbers as a percentage of the total layers of USEM's membership, which currently is 105 million. You see these companies agree to sell USEM their committed share at a price in relationship to the sale price. They, however, fully recognized that they would be paid back as the market quote rises and all their remaining eggs are sold at higher prices. Those members that are considerable distance from the ports have the option of UEP buying their committed share in the open market. They then agree to cover the loss between the net export sale price after commissions and the collective costs of all the eggs UEP purchases for them. They then have joined a pool with all agreeing to share their pro rata share of the loss.

These producers have taken this initiative to not only help themselves but to help the entire industry. Unfortunately, only these producers will incur the costs to support this program.

continued on page 2

continued from page 1

==The greater the loss, the better the export. The very reason for taking the export is to remove domestic surplus on a timely basis that will have the greatest impact upon the domestic market.== We believe this current export will make a major impact upon domestic prices and all producers will benefit tremendously. **(In determining the domestic market quotes, the market reporter must evaluate the trading values required to fill this export as well as regular domestic sales with no regard for the export sale price. Price Discovery should not be based upon eggs moved outside the normal channels.)**

If you are a UEP member and would like to be a part of this export, please give Gene Gregory a call. He can offer you the USEM membership at no cost. You simply agree to cover your pro rata share of the export and sign a USEM membership agreement. Time is running out on this export so please call right away.

## *Buckeye Egg Farm*

It would appear that the editorial staff of the Columbus Dispatch has taken it upon themselves to put Buckeye Egg Farm out of business as they continue to disparage the company with regular editorials or news stories.

The Dispatch editorial of October 21st included a letter to the editor from Fred Dailey, Director of the Ohio Department of Agriculture. It seems that there has been some misunderstanding of the Agriculture Department's plans since assuming the environmental authority from EPA in regard to Buckeye and other farm animal facilities in the state.

Director Dailey wrote the following comments: *"I want to clear up any confusion about my position on Anton Pohlmann's Buckeye Egg Farm. I stated last spring that I support revoking his permits in Ohio. I have not wavered in my position. His farm properties are up for sale now. If there is no buyer, we intend to shut the farm down. If a responsible new owner wants to purchase the property to establish a new farm, he will have to do so under new stringent state laws and rules – among the strictest in the nation. All of our large livestock and poultry farms should be responsibly regulated so they operate as good neighbors and the environment is protected."*

## *Hatch Report*

USDA reported 17.7 million pullets having been hatched in September, down 4% from the same month a year earlier. Pullets hatched through the first nine (9) months of 2002 are down 8% from the same period a year earlier.

The October 1st layer inventory was reported at 280.4 million or 2.3 million larger than on the same date a year earlier. Pullets of less than 20 weeks of age on October 1st were 4% less than on the same date a year earlier.

### USDA Commodity Purchase

The USDA-AMS has announced that the purchase program for all-purpose egg mix for domestic food nutrition assistance programs has re-opened. Offers are invited from the trade for all purpose egg mix in plastic laminated foil pouches, 6 ounces to each pouch and 18 pounds net in each fiberboard shipping container. Acceptance of offers will be announced on November 8th for deliveries from January 1 to March 31, 2003.

### *Don't Build To Replace Lost Production Too Quickly*

Frank Pace, the largest egg producer in Australia, sends the warning to U.S. egg producers to not build new facilities to replace the lost production as animal welfare guidelines for space are being phased in. He reported that his company and others found that per hen performance of egg production, livability and feed conversion improved beyond their expectations and that the new facilities built to replace the anticipated lost production added to a surplus situation that could have been avoided.

Egg producers in the U.S. that are now meeting the McDonalds guidelines are providing similar comments. They are telling us of sizable increases in per hen egg production and considerable decreases in mortality.

## *Price Discovery*
### By: Ken Looper

Urner Barry supplies the egg industry with market evaluations daily. The egg industry has everything in place for the best price discovery system of all the animal protein industries. The egg industry has hard copy trades representing both ends of the trade with defined specifications that represent 2 to 4% of all eggs produced each week. The following appears on the daily price sheet by Urner Barry:

### Urner Barry Table Grade Eggs

*"The Urner Barry egg quotation is on average 33-35 cents above the gradeable nest run traded without material; and 19-21 cents above the average top grade loose trade, combined on a weighted average basis, given average retail movement. All prices reported $/dozen.* Based on these guidelines, when the retail movement is average and the tone is steady the Large Carton quote should be weighted average of the Top Grade Loose trades plus 20 cents and the Class # 1 trades plus 34 cents.

If the market is weak, the Large Carton quote should be the weighted average of the Top Grade Loose trades plus 21 cents and the Class # 1 trades plus 35 cents.

If the market is strong, the Large Carton quote should be the weighted average of the Top Grade Loose trades plus 19 cents and the Class #1 trades plus 33 cents.

The market has been steady to weak from April 1, 2002 until to date October 18, 2002 (29 weeks) and there have been only 8 days the Large Carton quote has been 34 cents over the Class # 1 quote and one (1) day at 35 cents over the Class # 1 quote. The other 27 weeks, the Large Carton quote has been 28-33 cents over Class # 1. During this entire time the daily tone was reported as steady, cautiously steady, market under pressure, market testing, market soft, market weak, market soft to weak, market mixed. Fifteen (15) weeks during these 29 weeks, the tone was reported steady to full steady.

Based on the guidelines, the Large Carton quote during these 29 weeks should have been 34-35 cents over the Class # 1 quote and 20-21 cents over the Top Grade Loose trades combined on a weighted average basis. Yet there were only 8 days out of the 29 weeks that the Large Carton quote was 34 cents over Class # 1. There was only one (1) day out the 29 weeks since Easter that the Large Carton quote has been 35 cents over the Class # 1 quote.

The industry has been in an over supply situation the past 29 weeks and should not expect more than low prices. However, if the market reporter's guidelines had been followed during this period of time, the producer could have sold his eggs on a 2-5 cent higher market.

When the spreads between Class # 1 and the Large Carton quote are 28-34 cents, the seller of Class # 1 and Plant Grade are receiving 1-6 cents more than the producer/packer who sells Top Grade Loose or cartoned eggs.

The main purpose of this review is to encourage every producer/packer to review the Urner Barry quotes every day and if the carton quotes are not within the guidelines of Urner Barry, give Rick Brown a call and he will provide you with a reason for his report. If you do not agree with his reasons, explain to him why you do not agree.

## *Hen Disappearance*

The industry continues to dispose of considerably less hens this year than the previous year. This is especially true for the months of May through September. A year ago, we disposed of 88.5 million hens during that period as compared to only 75.2 million this year. The year to date figures through September is running 3.5 million behind the previous year.

### *UEP Partners With Ammonia Detection Company*

UEP is proud to announce it's newest Member Service Program. UEP and AFC International have entered into a marketing agreement that will assist you with ammonia monitoring and detecting. This agreement assures you of professional service and products at very competitive prices. The UEP Animal Husbandry Guidelines recommend ammonia concentrations be monitored and maintained at levels within the guidelines. For Certified Animal Care Companies, the frequency of monitoring ammonia should be weekly during the winter and monthly during the summer. And with winter just around the corner and cold temperatures approaching, ammonia levels inside the layer houses are going to rise.

How do you monitor? What do you monitor with? How much is this going to cost? These questions can be answered by calling AFC International. To get technical support and your monitoring equipment – **UEP recommends you call AFC International at 800-952-3293 now.** You can also access AFC International via their website at www.afcintl.com.

### *Bell's Egg Price Projections*

When making future price forecast you can never know what changes may occur that will quickly impact egg prices. An example of this is the unexpected large export sale made by USEM on October 21st. At any rate, shown below are the forecast for Midwest Urner Barry Large as reported by Don Bell on September 21st.

| | | | | | |
|---|---|---|---|---|---|
| Nov. 2002 | = 79.1 | Dec. 2002 | = 78.3 | Jan. 2003 | = 75.8 |
| Feb. 2003 | = 71.1 | Mar. 2003 | = 75.1 | Apr. 2003 | = 68.2 |
| May 2003 | = 60.1 | Jun. 2003 | = 62.6 | Jul. 2003 | = 67.8 |

### *Eggs Processed Under Federal Inspection*

Through week ending October 18th a total of 50.9 million cases of shell eggs had been broken compared to 48.6 million at the same period a year earlier. The egg breaking industry has therefore increased their breaking by 4.7% over the previous year. The volume of product having been dried is up 12.7% over the previous year.

### *Audit of UEP Welfare Guidelines*

In preparation for 3rd party audits of UEP's animal welfare guidelines to begin in January, USDA/AMS is conducting some "mock audits". The purpose of these mock audits is to learn where problems may exists and correct those before the actual audits begin as well as to determine the approximate time involved conducting the audit. From this we hope to create a manual that each auditor will follow as well as determine the costs involved in order to establish a fee structure for auditing.

### *Animal Rights Group Challenged on Campaign Contributions*

The Florida Elections Commission has charged Farm Sanctuary with 210 counts of breaking campaign finance laws in connection with the group's contributions to the PAC campaigning for "Amendment 10" on Florida's November 5th ballot. Public records show that Farm Sanctuary has donated $465,889.17 to Floridians for Humane Farms.

### *Dutch Minister Reverses Battery Cage Ban*

The new Dutch agriculture minister Cees Veerman has dealt a blow to the hopes of the animal welfare lobby by withdrawing a proposal by his predecessor to ban battery cages within 10 years.

Ex. 0374 Pg. 0004

UE0146190