# EXHIBIT 555



1720 Windward Concourse, Suite 230     Alpharetta, Georgia 30005

Fax: (770) 360-9193     Tel: (800) 735-3765
                            (770) 360-9220

November 22, 2006

TO: United States Egg Marketer (USEM) Members

The recent export of 90 containers is now completed and we believe it accomplished its goal of improving domestic prices at a time when shell egg producers needed it so desperately. As we now look back upon this export, we would like for you to consider the following:

- The Urner Barry Midwest Large quote increased by 40 cents per dozen during the period of filling this export. You might say that the market was primed and ready for increasing prices regardless of the export. Well let's consider the fact that we currently have approximately the same number of hens this year as we had a year ago. Last year's market increased by 12 cents per dozen for the Thanksgiving market. **We must conclude that this export provided major financial benefits.**

- Since UEP assumed the management of USEM, in the fall of 2000, we sold five (5) sizable exports prior to the recent sale. We had calculated past export benefits of being worth anywhere from as little as 6 cents per dozen to as much as 24 cents per dozen during the period of delivery of each export. The recent export exceeded any of past history and exceeded our expectations for this year. **We must therefore conclude that this recent export was a major financial boost to all shell egg producers that market eggs at prices in relationship to the Urner Barry benchmark quote.**

- Prior to the announcement of this export the Urner Barry Midwest Large quote had averaged 70 cents per dozen for the first 10 months of the year. The annual average through November 22nd has risen by 3 cents per dozen. Doesn't sound like much of an increase until you consider this represents at least an increased revenue of 63 cents for every hen you own.

- To fill this export we had to purchase approximately 36,000 cases for those members that requested we buy their committed share. With the market moving rapidly to higher prices, we found ourselves having to pay very high prices to get the eggs. As we neared the completion of the export we found ourselves having to beg producers to pack eggs for us. Because of this, the loss (difference between sale price and cost) will be by far the largest USEM has ever experienced. We hope that producers receiving an invoice for their share of the loss will remember the benefit this export provided for all the eggs they produced during this period.

EXHIBIT 80
DATE: 6-27-13
LINDA ROSSI RIOS

Ex. 0555 Pg. 0001
CONFIDENTIAL                                    UE0302008

November 22, 2006
Page Two

- Now, I realize that egg producers don't want to listen to staff's problems and their message is just get the job done. We, however, wish to acknowledge the workload when a job this size comes along. Keep in mind that an export takes 100% of Phyllis Blizzard's time. While she is handling all the export details she cannot be trading eggs for the clients she regularly works with. (You just can't appreciate or understand all the paperwork in dealing with the buyers, producers, freight forwarders, docks, etc., that must be carefully handled to make an export of this size work.) Billie Jo Corell had retired and we had to bring her back in just to purchase the eggs for members that had requested we purchase their committed share. Linda Reickard handles all the paper work for the buying and selling of eggs, making sure everyone gets paid and invoiced. She also must calculate the loss to be shared among the members requesting eggs be purchased for them. She must keep track of every freight invoice and determine what the freight equalization is for each member packing their own eggs. She must keep all records of those that supplied their own eggs and those that were purchased in a separate pool and account for every sale and dollar. The bottom line is that it is a big job for an extremely small staff and I'm asking you to express your appreciation to Phyllis and Linda for an excellent job.

- We are now faced with the likelihood that Billie Jo may not be available to assist us should another export opportunity be available. This will put even more pressure on your staff but we will try our very best to make it work.

Thanks to each of you for your commitment and participation. **You did a good job of improving domestic prices for all shell egg producers and those producers selling eggs to egg breakers at prices in relationship to the Urner Barry quote. We hope you realized the benefit your company received from this export.**

Sincerely,

*Gene*

Gene W. Gregory