# EXHIBIT 694



1720 Windward Concourse, Suite 230   Alpharetta, Georgia 30005

Fax: (770) 360-9193   Tel: (800) 735-3765
                          (770) 360-9220

November 7, 2006

Dear USEM Members:

SUBJECT:   Current Export Order

We feel it necessary to inform you of changes that occurred on the current export order that causes a small change in the selling price.

The original sale was made as follows:

30 containers to a buyer from the Netherlands at 40 cents per dozen less commissions.

60 containers to a buyer from Germany at 37 cents per dozen less commissions.

The average sale price would have been 38 cents less commissions.

The Netherlands buyer had difficulty and was only able to take 10 containers. Our German buyer came back in and took an additional 20 containers at the 37 cent price.

The net effect of this change reduces the overall average price by .0067 cent per dozen.

The reason for taking an export is to improve U.S. domestic market conditions. We believe you have accomplished this goal with the Urner Barry Large quote increasing 25 cents per dozen since the export was first announced. We are having to pay very high prices for the eggs we are purchasing for those members electing not to pack their own eggs. The invoice for the loss will be rather large but we hope the members will remind themselves of how much the market rise has benefited them.

This has been a difficult export for your staff but we believe we now have the problems resolved.

Sincerely,

Gene W. Gregory
Senior Vice President – United Egg Producers
GWG/ph

EXHIBIT
38
2-15-13 mb

CONFIDENTIAL

CM00406591

Ex. 0694 Pg. 0001

UE_DEP_0000559