# ATTACHMENT A

