# ATTACHMENT B

**Exhibit 10**
**Rose Acre Expansions through Acquisitions and New Builds**
**1975 – Present**

| Year Completed | Farm | Location | Type | Layers |
|---|---|---|---|---|
| 1975 | Jen Acres | North Vernon, IN | Built | 1.5 million [*] |
| 1980 | Cort Acres | Seymour, IN | Built | 2.0 million |
| 1984 | Newton County | Brook, IN | Built | 1.6 million [*] |
| 1985 | White County | Monon, IN | Built | 1.4 million |
| 1986 | Pulaski County | Francesville, IN | Built | 1.5 million [**] |
| 1988 | Winterset | Winterset, IA | Built | 1.5 million [**] |
| 1992 | Guthrie Center | Guthrie Center, IA | Built | 1.5 million [**] |
| 1995 | Lincoln County | Hawk Point, MO | Acquired | 0.5 million [**] |
| 1996 | Stuart County | Stuart, IA | Built | 0.8 million [**] |
| 1997 | Johnson County | Knob Knoster, MO | Acquired | 1.2 million [**] |
| 2001 | Oconee | Madison, GA | Built/Acquired | 1.0 million |
| 2004 | Donovan | Donovan, IL | Built | 0.2 million [**] |
| 2004 | Germantown | Germantown, IN | Acquired | 0.6 million [**] |
| 2004 | County Line | Frankfort, IN | Acquired | 1.1 million [**] |
| 2008 | Jen Acres Plus | North Vernon, IN | Built | 0.1 million |
| 2009 | Crystal Farm | Chestnut Mountain, GA | Acquired | 1.2 million |
| 2009 | Hyde County | Pantego, NC | Built | 3.3 million |

Notes: Donovan was a dormant (*i.e.*, non-productive) facility when acquired by Rose Acre. Oconee houses 3 and 4 were acquired while houses 1-2 and 5-10 were built. "*" indicates layer inventory after subsequent remodel. "**" indicates maximum original layer capacity.

Sources: Data from Rose Acre's Layer Information Management system ("Rose Acre Flock Data"); RASEYMOUR0000060720 – 733; March 7 Rust Deposition, Ex. 39; and 2014 Egg Industry Survey, *Egg Industry*, February 2015.

**Exhibit 11**
**Rose Acre Expansions through Remodels and Additions to Existing Facilities**
**1988 – Present**

| Year Completed | Farm | Location | Description | Layers |
|---|---|---|---|---|
| 1988 | Jen Acres | North Vernon, IN | Remodel of houses 1-12 | (See Ex. 10) |
| 1993 | Jen Acres | North Vernon, IN | Remodel of houses 14-21 | (See Ex. 10) |
| 1992 | Newton County | Brook, IN | Remodel of houses 1-6 | (See Ex. 10) |
| 1997 | Jen Acres | North Vernon, IN | Remodel of house 13 | (See Ex. 10) |
| 1997 | White County | Monon, IN | Built houses 13 and 14 | 0.5 million |
| 1998 | Lincoln County | Hawk Point, MO | Remodel of houses 1-10 | 0.3 million * |
| 1999 | Cort Acres | Seymour, IN | Remodel of houses 1-8, 12 | 0.5 million |
| 2000 | Johnson County | Knob Knoster, MO | Remodel of houses 1-6 | 0.2 million * |
| 2001 | Guthrie Center | Guthrie Center, IA | Built houses 13 and 14 | 0.5 million * |
| 2002 | Cort Acres | Seymour, IN | Remodel of houses 11, 13-14, 18 | 0.2 million |
| 2002 | Pulaski County | Francesville, IN | Built houses 13-16 | 1.0 million * |
| 2003 | Lincoln County | Hawk Point, MO | Built houses 11 and 12 | 0.5 million * |
| 2004 | Johnson County | Knob Knoster, MO | Built houses 13 and 14 | 0.6 million * |
| 2005 | Cort Acres | Seymour, IN | Remodel of houses 15-17, 19-26, 29-36 | 1.0 million |
| 2005 | Stuart County | Stuart, IA | Built houses 4-6 | 0.8 million |
| 2006 | Germantown | Germantown, IN | Built houses 7-8 | 0.4 million |
| 2012 | Newton County | Brook, IN | Remodel of houses 7-12 | 0.3 million |
| 2012 | Oconee | Madison, GA | Built houses 11-13 | 0.6 million |

Note: "*" indicates additional layer capacity at the time of remodel.

Sources: Rose Acre Flock Data; RASEYMOUR0000060720 – 733; and March 7 Rust Deposition, Ex. 39.