# ATTACHMENT C



**Exhibit 10**
**Rose Acre Expansions through Acquisitions and New Builds**
**1975 – Present**

| Year Completed | Farm | Location | Type | Layers |
|---|---|---|---|---|
| 2004 | Donovan | Donovan, IL | Built | 0.2 million ** |
| 2008 | Jen Acres Plus | North Vernon, IN | Built | 0.1 million |
| 2009 | Hyde County | Pantego, NC | Built | 3.3 million ** |

**Exhibit 11**
**Rose Acre Expansions through Remodels and Additions to Existing Facilities**
**1988 – Present**

| Year Completed | Farm | Location | Description | Layers |
|---|---|---|---|---|

| 2002 | Cort Acres | Seymour, IN | Remodel of houses 11, 13-14, 18 | 0.2 million |
| 2002 | Pulaski County | Francesville, IN | Built houses 13-16 | 1.0 million [*] |
| 2003 | Lincoln County | Hawk Point, MO | Built houses 11 and 12 | 0.5 million [*] |
| 2004 | Johnson County | Knob Knoster, MO | Built houses 13 and 14 | 0.6 million [*] |
| 2005 | Cort Acres | Seymour, IN | Remodel of houses 15-17, 19-26, 29-36 | 1.0 million |
| 2005 | Stuart County | Stuart, IA | Built houses 4-6 | 0.8 million |
| 2006 | Germantown | Germantown, IN | Built houses 7-8 | 0.4 million |
| 2012 | Newton County | Brook, IN | Remodel of houses 7-12 | 0.3 million |
| 2012 | Oconee | Madison, GA | Built houses 11-13 | 0.6 million |

**Exhibit 10**

**Rose Acre Expansions through Acquisitions and New Builds**

**1975 – Present**

| Year Completed | Farm | Location | Type | Layers |
|---|---|---|---|---|
| 2004 | Donovan | Donovan, IL | Built | 0.2 million ** |
| 2008 | Jen Acres Plus | North Vernon, IN | Built | 0.1 million |
| 2009 | Hyde County | Pantego, NC | Built | 3.3 million |

**Exhibit 11**

**Rose Acre Expansions through Remodels and Additions to Existing Facilities**

**1988 – Present**

| Year Completed | Farm | Location | Description | Layers |
|---|---|---|---|---|
| 2002 | Cort Acres | Seymour, IN | Remodel of houses 11, 13-14, 18 | 0.2 million |
| 2002 | Pulaski County | Francesville, IN | Built houses 13-16 | 1.0 million * |
| 2003 | Lincoln County | Hawk Point, MO | Built houses 11 and 12 | 0.5 million * |
| 2004 | Johnson County | Knob Knoster, MO | Built houses 13 and 14 | 0.6 million * |
| 2005 | Cort Acres | Seymour, IN | Remodel of houses 15-17, 19-26, 29-36 | 1.0 million |
| 2005 | Stuart County | Stuart, IA | Built houses 4-6 | 0.8 million |
| 2006 | Germantown | Germantown, IN | Built houses 7-8 | 0.4 million |
| 2012 | Newton County | Brook, IN | Remodel of houses 7-12 | 0.3 million |
| 2012 | Oconee | Madison, GA | Built houses 11-13 | 0.6 million |

# Expansion of Rose Acre's Egg Production

| Year Completed | Farm |
| --- | --- |
| 2002 | Cort Acres |
| 2002 | Pulaski County |
| 2003 | Lincoln County |
| 2004 | Johnson County |
| 2004 | Donovan |
| 2005 | Cort Acres |
| 2005 | Stuart County |
| 2006 | Germantown |
| 2008 | Jen Acres Plus |
| 2009 | Hyde County |
| 2012 | Newton County |
| 2012 | Oconee |

**Exhibit 10**
**Rose Acre Expansions through Acquisitions and New Builds**
**1975 – Present**

| Year Completed | Farm | Location | Type | Layers |
|---|---|---|---|---|
| 1975 | Jen Acres | North Vernon, IN | Built | 1.5 million [*] |
| 1980 | Cort Acres | Seymour, IN | Built | 2.0 million |
| 1984 | Newton County | Brook, IN | Built | 1.6 million [*] |
| 1985 | White County | Monon, IN | Built | 1.4 million |
| 1986 | Pulaski County | Francesville, IN | Built | 1.5 million [**] |
| 1988 | Winterset | Winterset, IA | Built | 1.5 million [**] |
| 1992 | Guthrie Center | Guthrie Center, IA | Built | 1.5 million [**] |
| 1995 | Lincoln County | Hawk Point, MO | Acquired | 0.5 million [**] |
| 1996 | Stuart County | Stuart, IA | Built | 0.8 million [**] |
| 1997 | Johnson County | Knob Knoster, MO | Acquired | 1.2 million [**] |
| 2001 | Oconee | Madison, GA | Built/Acquired | 1.0 million [*] |
| 2004 | Donovan | Donovan, IL | Built | 0.2 million [**] |
| 2004 | Germantown | Germantown, IN | Acquired | 0.6 million [**] |
| 2004 | County Line | Frankfort, IN | Acquired | 1.1 million [**] |
| 2008 | Jen Acres Plus | North Vernon, IN | Built | 0.1 million |
| 2009 | Crystal Farm | Chestnut Mountain, GA | Acquired | 1.2 million |
| 2009 | Hyde County | Pantego, NC | Built | 3.3 million [*] |

Notes: Donovan was a dormant (*i.e.*, non-productive) facility when acquired by Rose Acre. Oconee

Sources: Data from Rose Acre's Layer Information Management system ("Rose Acre Flock Data"); RASEYMOUR0000060720 – 733; March 7 Rust Deposition, Ex. 39; and 2014 Egg Industry Survey, *Egg Industry*, February 2015.

# Rose Acre Flock Growth Compared to Dr. Baye's Prediction



*Flock Size Increase %: January 2002 – December 2012*

# Rose Acre Flock Growth Compared to Dr. Baye's Prediction

*Flock Size Increase %: January 2002 – December 2012*



13.2%

Rose Acre's Layers, Excluding Acquisitions & Contract Farms

# Rose Acre Total Flock Size: 2000 - 2012



Series    "Excluding Contacts & Acquisitions" Point "12/1/2002"
Value:    17,195,803

# Rose Acre Total Flock Size: 2000 - 2012



| Series | "Excluding Contacts & Acquisitions" Point "12/1/2002" |
|---|---|
| Value: | 17,195,803 |

| Series | "Excluding Contacts & Acquisitions" Point "12/1/2012" |
|---|---|
| Value: | 18,901,804 |

$$\frac{18{,}901{,}804 - 17{,}195{,}803}{17{,}195{,}803} \times 100 = 9.9\%$$

# Rose Acre Total Flock Size: 2000 - 2012



Series   "Excluding Contacts & Acquisitions" Point "6/1/2002"
Value:    17,075,116

# Rose Acre Total Flock Size: 2000 - 2012



| Series "Excluding Contacts & Acquisitions" Point "6/1/2002" Value: 17,075,116 | Series "Excluding Contacts & Acquisitions" Point "6/1/2012" Value: 18,437,824 |

$$\frac{18{,}437{,}824 - 17{,}075{,}116}{17{,}075{,}116} \times 100 = 8\%$$