# **ATTACHMENT D**



