# ATTACHMENT E



**Ex. 0954 Pg. 0001**



**Ex. 0954 Pg. 0002**