# ATTACHMENT A



# Dr. Jonathan Walker

Cross Examination

PLS DEMO 0017 Pg. 0001

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# No Opinion Whether…

- Was there a conspiracy to restrain the supply of eggs & artificially increase egg prices?
  - No opinion

- Did any individual producer conspire to restrict egg supply to raise prices?
  - No opinion

- Did early slaughter, early molt, and hatch reduction programs reduce the supply of eggs and artificially inflated prices
  - No opinion

# No Opinion Whether…

- Was the 100% rule in the UEP Certified Program created to restrict egg supply?
  - No opinion

- Was the backfilling ban added to the UEP Certified Program to restrict supply?
  - No opinion

# Built an Econometric Regression Model?



 **YES**



 **NO**

# No Limits On Expansion Or Growth



UNITED EGG PRODUCERS
ANIMAL HUSBANDRY
GUIDELINES FOR

U.S. EGG
LAYING FLOCKS
2002 EDITION

FMI-000171

D-0217-001

✗ **No limits** on hens

✗ **No limits** on eggs

✗ **No limits** on cages

✗ **No limits** on houses

✗ **No limits** on farms

# No Limits On Expansion, Hens Or Production





# Examples Of Expansion & Entry



+3.9M capacity
from 2002-2012
*(excluding
acquisitions)*



Sponsored
expansion to
facilitate
compliance with
McDonald's
animal welfare
standards



Sponsors new
entrants and
expansion with
purchase
commitments



Started in 2000
from zero



Expanded
consistently

At least
+8.3M capacity
from 2002-2012
*(excluding
acquisitions)*

# Examples Of Expansion & Entry











+3.9M capacity
from 2002-2012
*(excluding
acquisitions)*

Sponsored
expansion to
facilitate
compliance with
McDonald's
animal welfare
standards

Sponsors new
entrants and
expansion with
purchase
commitments

Started in 2000
from zero

Expanded
consistently

At least
+8.3M capacity
from 2002-2012
*(excluding
acquisitions)*

# Relevant Product Market



# Relevant Product Market



# Is an Egg an Egg?

 "An egg is an egg is an egg!"

 "An egg is an egg."

 "An egg is an egg."

 No opinion

# Fewer Eggs Produced <u>Does Not</u> Mean Fewer Eggs Going To Egg Products





# Fewer Shell Eggs Means Higher Egg Product Prices



Q.   And the fewer eggs in the U.S. market, the higher both shell eggs and egg products are on the Urner Barry system, correct?

A.   Correct.

Tr. 1514:9-12

# Appropriate Benchmark Periods





1990-2002, based on record evidence about the egg industry and UEP Certified Program





No opinion

# Timeline of Supply Restrictions



# Dr. Baye's Egg Production Model Results



# Dr. Baye's Egg Production Model Results



# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Fragmented Industry



## 66 Producers
have 1 million hens or more
in 2004

# Dr. Baye's Egg Production Model Results



**MAIN SPECIFICATION**

**Phase 5**
Aug '08 – Dec '12

**Phase 4**
Feb '07 – Jul '08

**Phase 3**
Aug '05 – Jan '07

**Phase 2**
Feb '04 – Jul '05

**Phase 1**
Aug '02 – Jan '04

0.2% Reduction | 0.6% Reduction | 2.4% Reduction | 5.5% Reduction | 5.2% Reduction

2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012

**1.0% Increase** **2.1% Reduction**

**SINGLE INDICATOR FOR
ENTIRE PERIOD**

# Flock Size <u>Increased</u>



# Inflation-Adjusted Prices Were Low



**Wholesale Grade A Large Shell Egg Prices**
(Average Per Month – Adjusted for Inflation)

# Inflation-Adjusted Prices Were Low

