# ATTACHMENT B

# Figure 28
## 2006-2008 USEM Exports

| Decision date | Breaker Price | Export Price | Delivery Period | Quantity | References |
|---|---|---|---|---|---|
| 10/20/2006 | $0.30 | $0.36-37 | 10/30/2006 to 11/10/2006 | 90 loads | MM002935, UE0199719, UE199719, UE0663792 |
| 12/21/2006 | $0.37-38 | $0.37-43 | 1/8/2007 to 2/4/2007 | 300 loads | UE0199719, UE0153488 |
| 2/13/2007 | $0.54-55 | $0.31-38 | 2/12/2007 to 3/9/2007 | 300 loads | UE0199719, UE0090851 |
| 4/16/2007 | $0.50-51 | $0.33-40 | 4/16/2007 to 5/13/2007 | 200 loads | UE0199719, UE0667193 |
| 8/8/2007 | $0.72 | $0.60 | 8/9/2007 to 9/5/2007 | 130 loads | UE0317733, UE0199723 |
| 5/9/2008 | $0.67 | $0.66-67 | 5/19/2008 to 6/6/2008 | 100 loads | UE0199719, UE0317759 |
| 7/31/2008 | $0.59-62 | $0.58-59 | 8/13/2008 to 9/2/2008 | 120 loads | UE0667307, UE0199719 |