# EXHIBIT A



Egg Overview

October 10, 2007

Tiffany Mercuri



GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001153



EXHIBIT

Mercuri 2
3/6/14

**DEFENDANTS'
EXHIBIT**
Case No. 1:11-cv-08808
**D-0013**

**D-0013-0001 of 0017**

# Agenda

- GMI spend overview

- Egg industry overview

- New buying strategy

- Rembrandt benefits

- Productivity details


GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001154

D-0013-0002 of 0017

# $38.8MM Egg Category is Highly Concentrated in Three Divisions

### Division



CANADA FOODS 2%
EXPORT 1%
FDA - UBKD PIES 0%
BAKING PRODUCTS 12%
PB US DOUGH 16%
B&FS 69%

### Egg Type



Yolk $6,646,972 17%
White $18,157,805 47%
Whole $14,022,415 36%

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL

GMI00001155

**D-0013-0003 of 0017**

# Egg Spend is Concentrated with Two Key Suppliers



- **Sourcing Strategy**
  - Seasonal buy of "cheap" eggs to dry and store for later use
  - Prices based off of UB breaking stock market
  - Key drivers
    - Industry expansion >2% annually
    - Cheap feed: corn and soybean meal

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001156

D-0013-0004 of 0017

# Egg Market Continues to Gain Strength

- Production volumes are below 2006 levels and inventories continue to run very tight nationwide
  - Whole = $3.17/LB, white = $5.05/LB, yolk = $2.37/LB

- Domestic retail demand is abnormally strong

- Exports continue to take away eggs from what is already a tight supply in the US market

- Production margins are high and producers have been very profitable thus far in 2007



GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001157

D-0013-0005 of 0017

# Breaking Stock Prices are Approaching All-time Highs - $.80/doz.



Breaking Stock Prices (2001-2007)

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001158

D-0013-0006 of 0017

# Egg Production:  The Growth is Slowing Due to Structural Changes in the Industry



**Growth < 1%**

**Growth > 2%**

Annual US egg production

## WHY?

* Investment $ to other sectors - ethanol

* Tighter environmental restrictions

* Animal welfare / cage space

* High corn costs & lower supply

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001159

D-0013-0007 of 0017

## US is Seeing New Export Demand from Europe and Asia

- US shell egg exports have doubled in last year
  - Egg product exports up 18%

- Stricter animal welfare laws in Europe
  - Less European production allows for more US imports

- High energy costs encourage export shipments of high value products like eggs instead of corn or meal

- Bird flu concerns continue
  - Recently found in Germany

- Currency benefits; weak dollar

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001160

D-0013-0008 of 0017

# A Changing Egg Market Requires a Change in Buying Strategy

- ## Why do we need to change?
  - Strong demand for exports to Europe & Asia continue to create volatility in market
  - Missing out on productivity opportunities
  - Domestic supply growth will be slow
  - Major breaking stock suppliers moving up value chain
    - Chasing same "value opportunity" as GMI

- ## Why is this strategy different?
  - Provides more stability in pricing
  - Allows GMI to execute aggressive grain management strategies

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001161

D-0013-0009 of 0017

0013 2007.10.10_GM Egg Overview_GMI00001153

# Rembrandt Offers Long-term Cost Advantage

- Vertical integration
  - Freight savings
  - Better product yields

- New efficient dryer technology
  - Lower dryer margin

- Better quality control
  - In-line breaking provides control and traceability throughout the entire process from hen to packaging

- Flexibility between pricing methodology
  - Breaking stock model
  - Feed cost plus based model
    - Note: GMI needs to fix methodology for term of agreement.

- What is the benefit?
  - $2.9MM in productivity savings, F'09

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001162

D-0013-0010 of 0017

# Strategic Decision Framework Model Clarifies Our Choices

**Strategic Value**

**High**

### FIX

**Primera:** Maintain as second source with lower volumes. Evaluate current dryer margin and challenge them to find efficiency improvements.

### EXPAND

**Rembrandt:** Develop strategic supplier relationship that will provide long term value. New technology creates better yields and dryer margins. Vertical integration reduces freight costs.

**Low**

### EXIT

**Rose Acres:** Supply only one item and value is low.

### MAINTAIN

**Michael Foods:** Utilize as liquid egg supplier for Chan and to develop new formulation for IQF eggs in Scrambles.

**Low**        **High**

## Market Competitiveness



GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001163

D-0013-0011 of 0017

# Egg Strategy Will Drive $3MM in Productivity

- Change to more efficient supplier - $2.00MM
  - New efficient dryer technology
  - Vertical integration
  - Less freight costs
  - Better product yields

- Change in pricing model - $.900MM
  - Breaking stock model to feed cost model
  - Feed cost model - matrix pricing with only two variables: corn and bean meal
  - GMI able to utilize grain risk management strategies to hedge corn and meal
  - Rembrandt offered incentive for feed cost model

- Other productivity ideas - $2.77MM
  - Purchase liquid from Rembrandt on cost plus model and dry it at Primera - $2.5MM (cost avoidance)
  - Move current liquid requirements to Rembrandt - $.2MM
  - Reduced dryer margins at Primera - $.067MM

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001164

D-0013-0012 of 0017

# Dried Egg Cost Savings Opportunity - $2.9MM
## *Approved by Scott Takekawa*





# Timing is critical piece of project success

Dryer lead-time & installation = ~36 weeks

**June 2007**

**Finalize LT contract with Rembrandt**

**Sep - Oct 2007**

**Begin purchase of liquid eggs from REI**

**Jan – June 2008**

**Transition out of Primera - ramp down production and work through inventory**

**Apr 2008**

**Dryer installation**

**May - June 2008**

**GMI testing**

**July - Sept 2008**

**Ramp up production**

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001166

D-0013-0014 of 0017

0013 2007.10.10_GM Egg Overview_GMI00001153

# Identified Productivity Projects in WebMET

| Project ID | Project Name | Description | Start Date | Value |
|---|---|---|---|---|
| 6904 | Liquid Egg Cost Avoidance - Rembrandt to Primera | Buy liquid eggs from Rembrandt on a cost plus model and ship to Primera for drying | Sep-07 | $2.5MM |
| 6978 | EGGS/DRIEDEGG Cost Avoidance | Changing pricing methodology from breaking stock (market based) to cost plus model | Jan-08 | $.493MM |
| 7386 | EGGS/DRIEDEGG Cost Plus Incentive | Incentive offered for taking a cost plus model | Jan-08 | $.407MM |
| 7387 | EGGS Dryer Savings | Improved dryer margin from Primera | Jan-08 | $0.067MM |
| 6977 | EGGS/DRIEDEGG New Supplier & Strategy | Change to a more efficient dreid egg supplier | Jun-08 | $2.004MM |

| | |
|---|---|
| **TOTAL** | **$5.471MM** |

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL

GMI00001167

D-0013-0015 of 0017

# Backup Slides



GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001168

**D-0013-0016 of 0017**

0013 2007.10.10_GM Egg Overview_GMI00001153

# Possible Deltas Between Breaking Stock and Feed Cost Model

| Contract Year | Growth >2% | Growth = 1% | Growth <1% |
|---|---|---|---|
| Year 1 | $0.05 | $.10 | $.15 |
| Year 2 | $0.00 | $.04 | $.10 |
| Year 3 | ($.05) | $.02 | $.075 |
| Year 4 | ($.075) | ($.03) | $.05 |
| Year 5 | ($.10) | ($.05) | $0.00 |
| Average | ($.035) | $0.016 | $.075 |
| Value | $1.10MM | $2.94MM | $5.1MM |

GENERAL MILLS

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00001169

D-0013-0017 of 0017