# EXHIBIT B



Ex. 0515 Pg. 0001
HIGHLY CONFIDENTIAL
GMI00017136

# Agenda

- Category Team

- Industry Overview

- Market Assumptions

- Strategy

- Category Spend
  - Dried
  - Liquid
  - Frozen



GENERAL MILLS

**GMI Confidential**

Ex. 0515 Pg. 0002
HIGHLY CONFIDENTIAL

GMI00017137

# Egg Category Team

## Team Member

**Function**

Tiffany Mercuri — Buyer

Mary Ann Thompson — Sourcing Assistant

Erika Smith — MDT

Melissa Haase — MDT

Dave Walsh — MDT

Rita Hosie — QRO

GENERAL MILLS

GMI Confidential

# Egg Industry Facts

- 287MM egg layers in the US produce 5.5B dozen eggs per year valued at $5.3B
  - 22-26 hours for a layer to lay one egg
  - 275-300 eggs per layer per year
  - GMI spend = <1% of total industry
- Top egg producing states (ranked by # of layers) represents 50% of all US layers
  - Iowa – 51MM
  - Ohio – 28MM
  - Indiana – 24MM
  - Pennsylvania – 22MM
  - California – 18MM
- Egg product exports
  - Japan - $43.1MM
  - Canada - $26.5MM
  - Mexico - $13.1MM
  - Korea - $3.8MM



GENERAL MILLS

GMI Confidential



GMI Confidential



# Egg Market Overview

- ## Market displayed more volatility than normal in 2006
  - An imbalance in supply / demand created excess supplies
  - Highly unstable financial situation for the production sector as the year closed
  - Exports have helped to reduce over-stocks somewhat

- ## Production costs will continue to elevate due to strong corn prices and high feed costs
  - Market will need to continue to trade stronger to keep pace with rising cost structure
  - Rebalancing of supply to sustainable levels will create a less volatile environment

GENERAL MILLS

GMI Confidential

# Breaking Stock Prices vs. Corn Prices



**Breaking Stock Prices vs. Corn Prices**

GMI Confidential



# % Change in Corn Prices and Egg Production



% CHANGE IN CORN PRICES AND EGG PRODUCTION

High corn prices generally reduce growth to <1%.

CROP YEAR

EGG PROD — CORN PRICE

GMI Confidential

GENERAL MILLS

Ex. 0515 Pg. 0010
HIGHLY CONFIDENTIAL

GMI00017145

# % Change in Breaking Stock and Egg Production



**If egg production increases less than 1.5% annually, BE price typically increases significantly. Wild card this year: Despite high grain prices, margins are still good.**



GMI Confidential



GMI00017147

# What do eggs DO???

- Egg whites incorporate air and volume into desserts such as angel food cake

- Egg yolks thicken and help bind ingredients in mayonnaise, salad dressing and soufflés

- Whole eggs add structure and rigidity to muffins, cakes, cookies and breads, as well as acting as a binding agent



GENERAL MILLS

**GMI Confidential**

Ex. 0515 Pg. 0013
HIGHLY CONFIDENTIAL

GMI00017148



# F08 Egg Spend

## 19,427,765 LBS

- White 2,076,000 11%
- Other 1,982 0%
- Albumen 2,174,645 11%
- Yolk 4,259,637 22%
- Whole 10,915,501 56%

## $38,828,609

- Other $1,419 0%
- White $8,083,957 21%
- Albumen $10,073,848 26%
- Whole $14,022,413 36%
- Yolk $6,646,972 17%

GENERAL MILLS

**GMI Confidential**

GMI00017149



# Egg Spend by Supplier - $38.8MM

GOLDEN OVAL EGGS 1%

GLOBAL EGG 1%

HOLTON FOOD 0%

PURATOS 0%

ROSE ACRE FARMS 4%

MICHAEL FOODS 32%

PRIMERA 62%

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL

GMI00017150

# Egg Suppliers

## Primera                                    $23.8MM
- Five year supplier agreement ending in December
- New leadership reduces confidence in relationship
- Main dried egg supplier

## Michael Foods                              $12.5MM
- Liquid & dried egg supplier
- Evaluating opportunity for extended contract

## Rose Acre Farms                            $1.4MM
- Supplies egg whites to Martel FS

## * Alternative Supplier: Rembrandt
- Entering dried egg market with capital investment
- Currently supply liquid eggs to Primera for GMI dried eggs
- Proposals for cost plus and market based models on table

GENERAL MILLS

**GMI Confidential**



# Egg Comparative Costing

**GMI Total Usage**

| | |
|---|---|
| **Albumen** | **22%** |
| **Whole Egg** | **56%** |
| **Yolks** | **22%** |
| **Egg Replacer** | **<1%** |

$0.00  $1.00  $2.00  $3.00  $4.00  $5.00

**\* Based on Feb UB market**

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL
GMI00017152



# Egg Strategy Options

|  | Description | Advantages | Disadvantages |
|---|---|---|---|
| **Breaking Stock Model** | • All prices based off of breaking stock price<br><br>• Buy in low demand periods of late spring to dry for Jul-Feb needs | • Seasonality of market drives supplies up and prices down in summer months<br><br>• Ability to store lower priced eggs for later use | • Exports of excess supplies depletes inventories causing volatility |
| **Cost Plus Model** | • Prices based on corn and SBM plus a negotiated margin<br><br>• Market price - drying margin - discount + corn /SBM cost | • Reduce variation in the market<br><br>• Utilize GMI expertise in grain risk management | • GMI assumes risk for grain market<br><br>• In an over supply market, does not make sense because prices will be naturally lower |
| **Market Based Model** | • Price based on current market<br><br>• Market price + conversion price + margin - discount | • Increased production drives price down | • At the mercy of market volatility<br><br>• Inability to set solid plan for the year |

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL

GMI00017154

# Breaking Stocks Seasonal Index



**BREAKING STOCKS SEASONAL INDEX (1997-2006)**

Buy breaking stock eggs to dry for Jul-Feb needs

**Seasonal index is the basis for the drying agreement with Primera.**

GENERAL MILLS

GMI Confidential

# Breaking Stocks 2006 vs. 2007



**BREAKING STOCKS PRICE 2006 vs. 2007**

Current year

Last year

Key question: Will "export" success derail effectiveness of strategy?

GMI Confidential

HIGHLY CONFIDENTIAL
GMI00017156

# Category Summary – Dried Egg

**Category Description:**

- $23.7MM category
- Divisions Impacted: BFS, Baking Products, PBUS, Export, Canada Foods
- # of Specs: 12
- Major Suppliers: Primera, Michael Foods
- Major price drivers: Cost of breaking stock, feed price, domestic supply

**Current Strategy:**

- Supplier agreement in place through CY2007 with Primera Foods
  - Contracts based on seasonality (buy during low summer months for use later in year)
- Evaluating alternative supplier for dried eggs (Rembrandt)
  - Cost plus model or market based model proposals
  - Understand impact of corn & SBM costs on egg prices

**Challenges:**

- Need in-depth analysis of egg industry and historic pricing - Aleks
- Volatile egg market impacts decision analysis
- Identify alternative supplier for egg whites in Martel angle food cake

**Project Overview:**



- Continue to consolidate specs when possible


GENERAL MILLS

**GMI Confidential**

# Dried Egg Supplier Position & Usage by Division





GMI Confidential

HIGHLY CONFIDENTIAL

GMI00017158



HIGHLY CONFIDENTIAL
GMI00017159

# Category Summary – Liquid Eggs

### Category Description:

- $2.9MM category
- Divisions Impacted: B&FS
- # of Specs: 6
- Major Suppliers: Michael Foods Papettis, Global Egg Corporation, Golden Oval Eggs

### Current Strategy:

- Convert from liquid to dry whole egg for B&FS
  - Gain better understanding of margins
  - Understand opportunities for spec consolidation
  - Identify productivity opportunities

### Challenges:

- Volatile egg market
  - Breaking stock prices are rising
- Corn prices continue to drive market prices

### Project Overview:

- Productivity goal - $500,000



GENERAL MILLS

**GMI Confidential**

GMI00017160

# Liquid Egg Supplier Position & Usage by Division





B&FS
$2,846,503
100%

GENERAL MILLS

**GMI Confidential**

HIGHLY CONFIDENTIAL

GMI00017161



Ex. 0515 Pg. 0027
HIGHLY CONFIDENTIAL

GMI00017162

# Category Summary – Frozen Egg

## *Category Description:*

- $1.8MM category
- Divisions Impacted: PBUS
- # of Specs: 1
- Major Supplier: Michael Foods Papettis

## *Current Strategy:*

- Identify a cost effective replacement system for IQF whole egg – Project Scramble

## *Challenges:*

- Current formula contains a powdered shortening from Kerry (>$1.00) that should be replaced w/soy or partial hydrogenated soy oil
- Need Michael Foods to provide open book costing, also evaluating Sunny Fresh
- GMI owns formula and will own reformulated formula

## *Project Overview:*



Productivity goal - $500,000

GENERAL MILLS

**GMI Confidential**

Ex. 0515 Pg. 0028
HIGHLY CONFIDENTIAL

GMI00017163



HIGHLY CONFIDENTIAL

GMI00017164



HIGHLY CONFIDENTIAL
GMI00017165



# Back up slides

GENERAL MILLS

**GMI Confidential**

Ex. 0515 Pg. 0031
HIGHLY CONFIDENTIAL

GMI00017166







# Dry Whole Egg Price vs. Inventory

### DRY WHOLE EGG PRICE vs. INVENTORY (2000-2006)

GMI Confidential

GENERAL MILLS



# Albumen Price vs. Inventory

## ALBUMEN PRICE vs. INVENTORY (2000-2006)

GMI Confidential

HIGHLY CONFIDENTIAL

GMI00017169



GMI Confidential