# EXHIBIT C

**United Egg Producers**

UEP Headquarters
1720 Windward Concourse • Suite 230 • Alpharetta, Georgia 30005
(770) 360-9220 • Fax (770) 360-7058

February 25, 2003

Mr. Steve Sanger, CEO
Betty Crocker
General Mills, Inc.
P.O. Box 1113
Minneapolis, MN 55440

**UEP Officers**
Mike Bynum, Chairman
Al Pope, President
Roger Deffner, First Vice Chairman
Dolph Baker, Second Vice Chairman
Bob Krouse, Treasurer
Gary West, Secretary

**UEP Staff**
Al Pope
President

Gene Gregory
Sr. Vice President

Linda Reickard
Vice President

Irving Isaacson, Esq.
UEP General Counsel

**Washington Office**
Ken Klippen
V.P. Government Relations

Michael McLeod, Esq.
Washington Counsel

Randy Green
Sr. Government Relations Rep.

**Egg Nutrition Center**
Dr. Don McNamara
Executive Director

Dr. Hilary Shallo
Director of Food Safety Programs



Official U.S. Council Representative



Dear Mr. Sanger:

The United Egg Producers, which is the United States' egg farm co-op, values your business and the use of eggs in your products. As such, we wanted to alert you that your company is being targeted by United Poultry Concerns (UPC) in a letter writing campaign. This group has asked its members to write letters to your company and others, urging you to include vegan alternatives to eggs on your packaging. We are concerned about the potential damage this group's activities and demands could cause to image and sales.

United Poultry Concerns is an animal activist group that strives to end all consumption of eggs and chicken. Like PETA, the UPC advocates a "vegan" diet, which means the consumption of absolutely no meats, milk, eggs or any animal byproducts.

This letter writing campaign is intended to undermine the United Egg Producers' very successful animal welfare program. Last summer, we unveiled new animal welfare guidelines that introduced sweeping changes to how eggs are produced in America. Backed by the Food Marketing Institute and National Council of Chain Restaurants, the egg industry became the first livestock industry in America to establish proactive animal welfare guidelines. However, given that the UPC advocates a strictly vegan diet, no amount of animal care will satisfy their demands.

The guidelines were developed by an independent scientific advisory committee that reviewed the treatment of egg producing hens. Committee members included representatives from the USDA, scientists, U.S. Humane Association and academics. These guidelines are based on science – not emotion – and place top priority on the comfort, health and safety of the chickens, including increased cage space per hen; standards for water, feed and air quality; and standards for caring and handling procedures.

Four months ago, the United Egg Producers unveiled a new animal care certification logo that will appear on egg cartons, restaurant menus and packaged goods using eggs from farms that adhere to new animal care guidelines. These producers will be audited yearly through an independent certification program to ensure the new standards are being met.

The program has received overwhelming support, with egg producers representing more than 224 million layers signing on to participate in the program to date. Every major grocery chain in the U.S. has specified certified shell eggs and now carries them, including WalMart, Publix, Kroger and Safeway. Several very high-profile national chain restaurants have also specified eggs from certified farms.

Exhibit
Tran 28
5/13/13

**Washington Offices**
UEP Government Relations
One Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20001
(202) 842-2345  Fax (202) 682-0775

**Egg Nutrition Center**
1050 17th Street, NW, Suite 560
Washington, D.C. 20036
(202) 833-8850  Fax (202) 463-0102

**UEP Iowa Office**
Box 170
Eldridge, IA 52748
(563) 285-9100  Fax (563)285-9109

CONFIDENTIAL

UE0169475

DEFENDANTS'
EXHIBIT
Case No. 1:11-cv-08808
D-0444

D-0444-0001 of 0002

0444 2003.02.25_Letter from Pope_UE0169475

I have attached the email that the UPC distributed to its members, which includes many factual errors that are intended to persuade recipients that the group's agenda has merit. We wanted to make sure you had the facts on this issue, since there are so many errors in their letter:

*Claim: "Warehoused in filthy stacks of barren cages"*
The new housing guidelines provide additional space for hens, allowing the birds to stand in a full upright posture and more room for movement. All birds have free access to fresh food and water. Cages are kept clean because they are built so that waste is collected under each cage and moved elsewhere, so it does not fall onto birds in cages below. Scientific studies have shown that hens kept in such cages have a much lower mortality rate than those not kept in cages.

*Claim: "Force molted by food deprivation for 2-3 weeks"*
In molting, feed is not withdrawn for more than 5-10 days, and water is *never* withdrawn. This process is following the recommendations of university poultry extenstion researchers. Molting is a natural process that allows a hen to rest and occurs naturally with decreasing daylight and reduced food intake in the fall and winter. In agriculture, it is important that a flock molts at the same time to synchronize the rest period of all the chickens, allowing for better managed care of the whole flock. The UEP is aggressively researching alternatives to feed withdrawal for inducing a molt at three different universities. Based on these scientific results, we will re-evaluate and make revised recommendations as necessary.

*Claim: "Debeaked with painful guillotine blades"*
This is untrue -- chicks are not "debeaked." Because some of the breeds used in egg production have strong cannibalistic tendencies, some producers do trim only the sharp tip of the bird's beak. With a duller beak tip, birds are unable to peck each other but maintain full use of the beak for eating and drinking. This process causes no pain or discomfort to the bird, and results in lower injury and mortality rates. The UEP stresses the use of breeds that do not require beak trimming. But when other breeds are necessary, the animal care guidelines provide trimming safety standards to ensure animal well-being.

*Claim: "Suffocated to death at rendering plants and in landfills"*
Birds are never suffocated to death at rendering plants and in landfills by producers following UEP's guidelines. All birds must be euthanized in a humane manner if sent to rendering plants or humanely slaughtered at processing plants under the supervision of USDA inspectors.

We understand that groups like the UPC will never be satisfied with any manner of animal care until the country no longer consumes eggs, but this is not realistic. Less than one percent of Americans are currently vegans. Eggs are a healthy and delicious source of protein and other nutrients, and are in fact a major part of the American culture.

We at the United Egg Producers urge you to not succumb to this small group's demands to print vegan alternatives on your packaging. In fact, because our industry is directly impacted by the strength and good reputation of your products, we invite you to embrace the new animal care certification program and display the logo on your packaging, if the egg ingredients come from certified farms. This will show your consumers that "General Mills" also cares about animal welfare and supports continued improvements.

If you have any questions or would like to discuss use of the logo, please contact me at 770-360-9220. Thank you.

Sincerely,

Al Pope
CEO/President, United Egg Producers

CONFIDENTIAL

UE0169476

D-0444-0002 of 0002

0444 2003.02.25_Letter from Pope_UE0169475