**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                    Plaintiff,

v.                                                          Case No.: 1:11–cv–08808
                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Jury trial held on November 14, 2023. The parties completed the presentation of the evidence. Plaintiffs rested. Defendants rested. Plaintiffs presented a rebuttal, and then rested. The record is closed. The Court excused the jury for the day, and directed the jury to return to the courthouse to resume at 10:00 a.m. on Thursday, November 16 for jury instructions and closing arguments. After excusing the jury for the day, the Court presided over the fourth installment of the jury instructions conference. After that conference, the Court emailed counsel an updated draft (in Word) of the proposed jury instructions on the evening of November 14. The Court will preside over a fifth installment of the jury instructions conference at 11:00 a.m. on November 15. Mailed notice.(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.