UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kraft Foods Global, Inc., et al.

                                 Plaintiff,

v.                                                                     Case No.: 1:11−cv−08808
                                                                      Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court emailed the parties an updated draft (in Word) of the proposed jury verdict form. Please review the jury verdict form carefully. The Court welcomes any comments, suggestions, and corrections. Counsel must be prepared to discuss the jury verdict form at the fifth installment of the jury instructions conference at 11:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.