**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Kraft Foods Global, Inc., et al., vs. United Egg Producers, Inc., et al.   Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:
Defendant Cal-Maine Foods, Inc.

Attorney name (type or print): Tatum Ellis

Firm: King & Spalding LLP

Street address: 110 N. Wacker, Suite 3800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6338934
(See item 3 in instructions)

Telephone Number: (312) 995-6333

Email Address: tellis@kslaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/15/2023

Attorney signature: S/ Tatum Ellis
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023