UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE BY ROSE ACRE FARMS, INC. OF DEMONSTRATIVES DISPLAYED DURING DR. JESSE DAVID'S TRIAL TESTIMONY**

Defendant Rose Acre Farms, Inc. hereby provides notice to the Court of the demonstratives that it displayed to the jury during Rose Acre's direct examination of expert Dr. Jesse David on November 13, 2023.

Dated: November 15, 2023

Respectfully submitted,

*/s/ Allen T. Carter*
Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215

Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*