# **<u>EXHIBIT A</u>**

# Jesse David, Ph.D.





# Rose Acre Total Flock Size: 2000 - 2012



# Rose Acre Flock Growth Compared to Dr. Baye's Prediction



*Flock Size Increase %: January 2002 – December 2008*

- Actual U.S. Layers: **1.4%**
- Dr. Baye's Prediction for U.S. Layers: **8.7%**
- Rose Acre's Total Layers: **22.1%**
- Rose Acre's Layers, Excluding Acquisitions & Contract Farms: **16.2%**

# Rose Acre Flock Growth Compared to Dr. Baye's Prediction



*Flock Size Increase %: January 2002 – December 2012*

| Category | Value |
|---|---|
| Actual U.S. Layers | 3.9% |
| Dr. Baye's Prediction for U.S. Layers | 11.3% |
| Rose Acre's Total Layers | 23.6% |
| Rose Acre's Layers, Excluding Acquisitions & Contract Farms | 13.2% |

# Age of Hens at Time of First Molt for Rose Acre Flocks: 2002 - 2012





# Conclusions

- Plaintiffs provide no analysis to prove that Rose Acre undertook actions consistent with participation in a conspiracy to reduce supply

- Rose Acre pursued a business strategy consistent with its unilateral self-interest

- Rose Acre expanded consistently from 2002 through 2012

- Rose Acre's expansion rate exceeded the predictions of Plaintiffs' expert, Dr. Baye

- Rose Acre did not follow UEP's recommendations regarding molt/slaughter

> Rose Acre's actions were *consistent* with its individual economic interest and *inconsistent* with participation in a conspiracy to reduce supply

8