# Dr. Jonathan Walker

Direct Examination

# Dr. Jonathan Walker



**Dr. Jonathan Walker**

## Education


**Ph.D., Economics**
Mass. Institute of Technology (MIT)


**A.B., Economics**
University of California, Berkeley

## Professional Experience


**Managing Director**
Secretariat Economists (2021-Present)


**CEO & President (2003-2021)**
Economists Incorporated (1990-2003)


**Consultant**
Monitor Company (1988-1990)


**Visiting Research Fellow**
Federal Reserve Bank of Boston (1987-1988)

# Assignment

1. Assess whether a conspiracy like the one Plaintiffs allege would be likely to reduce egg supply and increase prices

2. Assess whether egg production decreased and prices increased

3. Determine whether Dr. Baye's analysis and opinions are reliable

# Materials Reviewed And Relied Upon

 **Hundreds of documents, articles, affidavits and other third-party materials** about the egg industry, egg production, egg product production, agricultural economics, and animal welfare

 **15 interviews** with participants in the shell egg and egg product industries, including *Rose Acre, Daybreak, Michael Foods, Cal-Maine, and Moark*

   Transcripts from **almost 70 depositions**, including for representatives of *General Mills, Kellogg, Nestle, and Kraft*

 Dr. Baye's **reports and workpapers**

 **Second Amended Complaint** and various court filings

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# No Limits On Expansion Or Growth



❌ **No limits** on hens

❌ **No limits** on eggs

❌ **No limits** on cages

❌ **No limits** on houses

❌ **No limits** on farms

# No Limits On Expansion, Hens Or Production





# Fragmented Industry



## 66 Producers

have 1 million hens or more in 2004

# No Alleged Conspirator Has Sufficient Market Power To Control Prices

*2004*



# Examples Of Expansion & Entry



+3.9M capacity from 2002-2012 *(excluding acquisitions)*



Sponsored expansion to facilitate compliance with McDonald's animal welfare standards



Sponsors new entrants and expansion with purchase commitments



Started in 2000 from zero



Expanded consistently

At least +8.3M capacity from 2002-2012 *(excluding acquisitions)*



Egg production

Baye Report, Ex. 7

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# The Plaintiffs' Theory



Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc., by their undersigned attorneys, bring this action against Defendants for injunctive relief and treble damages arising out of Defendants' *per se* unlawful violations of the antitrust laws of the United States. Plaintiffs demand a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure, and allege the following.

I. **Overview of Defendants' *Per Se* Unlawful Conspiracy to Control Supply and Artificially Maintain and Increase the Price of Eggs**

1. "Shell eggs" are eggs sold in their hard shell, typically in cartons. "Egg products" are shell eggs that are broken and sold in liquid, frozen, or dried form. Unless otherwise noted,

> 7.    During the relevant conspiracy period, Defendants unlawfully agreed to and did implement their conspiracy to control supply and artificially maintain and increase the price of eggs through a series of collective actions ….

[The shell egg industry has traditionally been subject to periods of high profitability followed] by periods of significant loss."

5.    In their non-public internal communications in furtherance of the conspiracy, Defendants recognized that, other things being equal, egg producers could profit from "boom" prices and avoid "bust" prices by controlling supply because the demand for eggs is inelastic.

# Flock Size <u>Increased</u>



# Egg Production <u>Increased</u>



Eggs Per Month

1999 – 2008:
**+ 795 Million Dozens of Eggs per Month**

# Nominal Prices Were Low



*Price Per Dozen*

**Wholesale Shell Eggs Price**
**Monthly Average for 12-Metro Area (Grade A Large)**

# Inflation-Adjusted Prices Were Low



**Price Per Dozen**

**Wholesale Grade A Large Shell Egg Prices**
**(Average Per Month – Adjusted for Inflation)**

$1.61

$0.58

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Dr. Baye's Data Period



**Benchmark Period**
*1990 - 2002*

**Phase 1**
*Aug '02 - Jan '04*

**Phase 2**
*Feb '04 - Jul '05*

**Phase 3**
*Aug '05 - Jan '07*

**Phase 4**
*Feb '07 - Jul '08*

**Phase 5**
*Aug '08 - Dec '12*

'90 '91 '92 '93 '94 '95 '96 '97 '98 '99 '00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10 '11 '12

# Dr. Baye Offers No Opinion On "Lasting Effects"



# Dr. Baye's Regression Results

EXPERT REPORT OF MICHAEL R. BAYE,

Highly Confidential – Subject to Protective Order

January 22, 2015

| Variable (a) | Main Specification Log(Production) (b) | Backfilling Ban Specification Log(Production) (c) |
|---|---|---|
| Restriction 1 | -0.002 | |
| Restriction 2 | -0.006 | |
| Restriction 3 | -0.024 *** | |
| Restriction 4 | -0.056 *** | |
| Restriction 5 | -0.053 *** | |
| Backfilling Ban | | -0.021 *** |
| Lag 4 Real Feed Cost | -0.439 *** | -0.783 *** |
| Lag 4 Real Electricity Price | 0.004 | -0.014 ** |
| Lag 4 Real GDP | 0.026 *** | 0.024 *** |
| Time | 0.001 *** | 0.001 *** |
| Time Squared | | |
| Lag 5 Real Feed Cost | | |
| Lag 5 Real Electricity Price | | |
| Lag 5 Real GDP | | |
| Real Feed Cost | | |
| Real Electricity Price | | |
| Real GDP | | |
| Lag 4 Population | | |
| Lag 4 Real Soybean Price | | |
| Lag 4 Real Corn Price | | |
| Population | | |
| Lag 4 TED | | |
| Lag 4 Real Diesel Price | | |
| Lag 4 Fed Funds Rate | | |
| Lag 4 Agricultural Wages | | |
| Intercept | 8.284 *** | 8.415 *** |
| Monthly Dummies | X | X |
| Adjusted R-Squared | 0.991 | 0.988 |
| Number of Observations | 272 | 272 |
| P-value of the Joint F-test on Restrictions | 0.00 | 0.00 |

Exhibit 16
Production Analysis
1990 - 2012

Parameter Estimates

| | Specification 4 Log(Production) (e) | Specification 5 Log(Production) (f) | Specification 6 Log(Production) (g) | Specification 7 Log(Production) (i) | Specification 8 Log(Production) (j) | Specification 9 Log(Production) (k) |
|---|---|---|---|---|---|---|
| | -0.001 | -0.003 | -0.003 | -0.003 | -0.002 | -0.009 * |
| | -0.003 | -0.010 * | -0.009 | -0.010 ** | -0.005 | -0.015 *** |
| | -0.019 *** | -0.031 *** | -0.028 *** | -0.024 *** | -0.024 *** | -0.018 ** |
| | -0.050 *** | -0.061 *** | -0.059 *** | -0.053 *** | -0.056 *** | -0.052 *** |
| | -0.048 *** | -0.056 *** | -0.058 *** | -0.044 *** | -0.053 *** | -0.054 *** |
| | | | | | | |
| | | | -0.546 *** | -0.286 * | | -0.115 |
| | | | 0.000 | 0.003 | 0.004 | -0.007 |
| | | | 0.027 *** | 0.040 *** | 0.025 *** | 0.046 *** |
| | 0.001 *** | 0.001 *** | 0.002 *** | 0.001 *** | 0.001 *** | -0.003 |
| | | | | | | 0.000 * |
| | -0.500 *** | | | | | |
| | -0.002 | | | | | |
| | 0.023 *** | | | | | |
| | | -0.440 *** | | | | |
| | | 0.014 * | | | | |
| | | 0.030 *** | | | | |
| | | | -0.004 ** | -0.004 ** | | 0.010 |
| | | | | | 0.000 | |
| | | | | | -0.005 * | |
| | | | | -0.006 ** | | -0.005 * |
| | | | | 0.000 ** | | 0.000 ** |
| | | | | | | -0.003 *** |
| | | | | | | -0.007 |
| | 8.347 *** | 8.191 *** | 9.193 *** | 9.134 *** | 8.287 *** | 5.870 *** |
| | X | X | X | X | X | X |
| | 0.990 | 0.991 | 0.991 | 0.991 | 0.990 | 0.992 |
| | 271 | 276 | 272 | 272 | 272 | 272 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

errors.

# Dr. Baye's Egg Production Model Results



**MAIN SPECIFICATION**

**Phase 5**
*Aug '08 – Dec '12*

**Phase 4**
*Feb '07 – Jul '08*

**Phase 3**
*Aug '05 – Jan '07*

Phase 2
*Feb '04 – Jul '05*

Phase 1
*Aug '02 – Jan '04*

0.2% Reduction   0.6% Reduction   *2.4% Reduction*   *5.5% Reduction*   *5.2% Reduction*

2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012

**BACKFILLING BAN**

**Backfilling Ban:** *Feb '05 – Dec '12*

*2.1% Reduction*

# Dr. Baye's Egg Production Model Results



**MAIN SPECIFICATION**

**Phase 1**
*Aug '02 – Jan '04*

**Phase 2**
*Feb '04 – Jul '05*

**Phase 3**
*Aug '05 – Jan '07*

**Phase 4**
*Feb '07 – Jul '08*

**Phase 5**
*Aug '08 – Dec '12*

*0.2% Reduction*    *0.6% Reduction*    *2.4% Reduction*    *5.5% Reduction*    *5.2% Reduction*

| 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |

*1.0% Increase*   *3.1% Reduction*

**SINGLE INDICATOR FOR ENTIRE PERIOD**

# Dr. Baye's Egg Production Model Results



# Large Customers Demanded Certified Eggs In 2002 & 2003











# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different

Buyer-Specific Cage Space Requirements          State laws



# State Animal Welfare Laws



*20% of Egg Production*

# New Jersey Animal Welfare Standards



**New Jersey**

N.J. Admin. Code. § 2:8-4.4
Passed:     Dec 4, 2006
Effective:  Dec 4, 2006

*LAW REQUIRES:*

- Cage housing, not including transport crates, shall be:

  Of sufficient size to allow each bird to stand upright in the cage without having its head protrude through the top of the cage, lie down, get up, walk, spread its wings, move its head freely, turn around and rest

# California Animal Welfare Standards



**California**

| Proposition 2 |
|---|
| Approved: Nov 4, 2008 |
| Effective: Jan 1, 2015 |

| Cal. Health & Safety Code § 25996 |
|---|
| Enacted: Jul 6, 2010 |
| Effective: Jan 1, 2015 |

### *LAW REQUIRES:*

- Egg-laying hens shall be provided enough space to fully spread both wings

- All eggs produced in and sold into state must comply

# Ohio Animal Welfare Standards



**Ohio**

**Ohio Admin. Code 901:12-9-03**
Passed:      Mar 31, 2010
Effective:   Sep 29, 2011
Effective:   Sep 29, 2016

## *LAW REQUIRES:*

- Installation of new conventional cages is prohibited except at existing farms (2011)

- New conventional cage systems on existing farms must provide 67 square inches per hen (2011)

- Existing conventional cage systems must provide house/barn average of 67 square inches per hen (2016)

# Oregon Animal Welfare Standards



**Oregon**

**Oregon Revised Statute**
**§§ 632.840 and 632.850**

**Or. Admin. R. 603-018-0005 &**
**Or. Admin. R. 603-018-0010**

Enacted:    Jun 17, 2011
Effective:   Jan 1, 2012

### *LAW REQUIRES:*

- Structures built/acquired before January 1, 2012 must meet the UEP Guidelines for space per hen

- Structures built/acquired after January 1, 2012 must meet or be convertible to the AHA Guidelines for space per hen (116.3 sq. in.)

- Eggs and egg products from hens confined in noncompliant cages may not be sold in or into Oregon

# Michigan Animal Welfare Standards



**Mich. Comp. Laws §287.746**
Enacted:    Oct 12, 2009
Effective:    Oct 12, 2019

*LAW REQUIRES:*

- Egg-laying hens shall be provided a minimum of 144 square inches of floor space per bird

# Washington Animal Welfare Standards



**Washington**

**Wash. Rev. Code §69.25.065**
Enacted:   May 10, 2011
Effective:   Aug 1, 2012

### *LAW REQUIRES:*

- Until January 1, 2026, all eggs sold in intrastate commerce must be produced according to the UEP guidelines for conventional cage systems or cage free Systems

- Until January 1, 2017, for all eggs sold in intrastate commerce that were produced in housing systems built between January 1, 2012, and December 31, 2016, those systems must have been compliant with, or convertible to, the American Humane Association (AHA) facility system plan for enriched colony housing

# Maine Animal Welfare Standards



**Maine**

**State of Maine Best Management Practices for Poultry Facilities of More than 10,000 Birds**

Revised:    June 22, 2010
Effective:  June 22, 2010

*BEST PRACTICES REQUIRE:*

- Egg-laying hens shall be provided a minimum of 67 square inches of space

- That space allowance is calculated on a per hen basis for facilities constructed after January 1, 2010 and on a house-average basis for existing facilities

# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different



Buyer-Specific Cage Space Requirements

State laws

Increased animal welfare activism in 2000s

Egg price collapse

# Prices Were At Historical Lows



**Wholesale Grade A Large Shell Egg Prices**
**(Average Per Month – Adjusted for Inflation)**

Price Per Dozen

$1.61

$0.58

# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different



Buyer-Specific Cage Space Requirements

State laws

Increased animal welfare activism in 2000s

Egg price collapse

Great recession

# Quarterly Real GDP, Percent Change From Preceding Period, Seasonally Adjusted Annual Rate (1990-2012)



# Dr. Baye's Time Trend Variable



**EXPERT REPORT OF MICHAEL R. BAYE, PH.**

Highly Confidential – Subject to Protective Order

January 22, 2016

**Exhibit 16**
**Production Analysis**
**1990 - 2012**

| Variable (a) | Main Specification Log(Production) (b) | Backfilling Ban Specification Log(Production) (c) |
|---|---|---|
| Restriction 1 | -0.002 | |
| Restriction 2 | -0.006 | |
| Restriction 3 | -0.024 *** | |
| Restriction 4 | -0.056 *** | |
| Restriction 5 | -0.053 *** | |
| Backfilling Ban | | -0.021 *** |
| Lag 4 Real Feed Cost | -0.439 *** | -0.783 *** |
| Lag 4 Real Electricity Price | 0.004 | -0.014 ** |
| Lag 4 Real GDP | 0.026 *** | 0.024 *** |
| Time | 0.001 *** | 0.001 *** |
| Time Squared | | |
| Lag 5 Real Feed Cost | | |
| Lag 5 Real Electricity Price | | |
| Number of Observations | 272 | 272 |
| P-value of the Joint F-test on Restrictions | 0.00 | 0.00 |

**1.2% Increase**
*Per Year*

# *Relevant Market*

# Shell Eggs vs. Egg Products



**Shell Eggs**

**Egg Products**

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Fewer Eggs Produced <u>Does Not</u> Mean Fewer Eggs Going To Egg Products





# Egg Product Price Changes According To Dr. Baye's Backfilling Ban Model

Case: 1:11-cv-08808 Document #: 531-1 Filed: 11/15/23 Page 44 of 45 PageID #:20484

**Liquid Egg Whites** *(Pasteurized)*  **-17.5%**

**Liquid Whole Eggs** *(Pasteurized)*  **-24.2%**

**Liquid Whole Eggs** *(Unpasteurized)*  **-25.5%**

**Liquid Egg Yolks** *(Pasteurized)*  **-20.3%**

**Liquid Egg Yolks** *(Salted)*  **-24.7%**

**Liquid Sugared Yolks** *(Portable Container)*  **-24.3%**

**Frozen Whole Eggs**  **-16.5%**

**Frozen Egg Yolks** *(Sugared)*  **-19.7%**

**Albumen** *(Truckload)*  **-26.9%**

**Dried Blended Solids** *(Truckload)*  **-15.3%**

**Dried Whole Solids** *(Truckload)*  **-27.4%**

**Dried Yolk Solids** *(Truckload)*  **-17.2%**

44

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been