# **<u>EXHIBIT A</u>**

# Dr. Jonathan Walker

Direct Examination

# Dr. Jonathan Walker



**Dr. Jonathan Walker**

## Education



**Ph.D., Economics**
Mass. Institute of Technology (MIT)



**A.B., Economics**
University of California, Berkeley

## Professional Experience



**Managing Director**
Secretariat Economists (2021-Present)



**CEO & President (2003-2021)**
Economists Incorporated (1990-2003)



**Consultant**
Monitor Company (1988-1990)



**Visiting Research Fellow**
Federal Reserve Bank of Boston (1987-1988)

# Assignment

1. Assess whether a conspiracy like the one Plaintiffs allege would be likely to reduce egg supply and increase prices

2. Assess whether egg production decreased and prices increased

3. Determine whether Dr. Baye's analysis and opinions are reliable

# Materials Reviewed And Relied Upon

 **Hundreds of documents, articles, affidavits and other third-party materials** about the egg industry, egg production, egg product production, agricultural economics, and animal welfare

 **15 interviews** with participants in the shell egg and egg product industries, including *Rose Acre, Daybreak, Michael Foods, Cal-Maine, and Moark*

    Transcripts from **almost 70 depositions**, including for representatives of *General Mills, Kellogg, Nestle, and Kraft*

 Dr. Baye's **reports and workpapers**

 **Second Amended Complaint** and various court filings

4

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# No Limits On Expansion Or Growth



UNITED EGG PRODUCERS
ANIMAL HUSBANDRY
GUIDELINES FOR

U.S. EGG
LAYING FLOCKS

2002 EDITION

FMI-000171

D-0217-001

❌ **No limits** on hens

❌ **No limits** on eggs

❌ **No limits** on cages

❌ **No limits** on houses

❌ **No limits** on farms

# No Limits On Expansion, Hens Or Production

**PLAINTIFFS' THEORY:**

**THE REALITY:**



# Fragmented Industry



**66 Producers**

have 1 million hens or more in 2004

# Absence of Market Power



*2004*

# Examples Of Expansion & Entry



**Cal-Maine Foods**
+3.9M capacity from 2002-2012 *(excluding acquisitions)*

**Cargill Kitchen Solutions**
Sponsored expansion to facilitate compliance with McDonald's animal welfare standards

**MICHAEL FOODS INC.**
Sponsors new entrants and expansion with purchase commitments

**Rembrandt Foods**
Started in 2000 from zero

**ROSE ACRE Farms®**
Expanded consistently

At least +8.3M capacity from 2002-2012 *(excluding acquisitions)*

11

# Summary Of Opinions

**1**  The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2**  Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3**  Dr. Baye's analysis is flawed and invalid

**4**  Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# The Plaintiffs' Theory



> 7.     During the relevant conspiracy period, Defendants unlawfully agreed to and did implement their conspiracy to control supply and artificially maintain and increase the price of eggs through a series of collective actions ….

# Flock Size <u>Increased</u>



# Egg Production <u>Increased</u>



# Nominal Prices Were Low



# Inflation-Adjusted Prices Were Low



**Wholesale Grade A Large Shell Egg Prices**
(Average Per Month – Adjusted for Inflation)

*Price Per Dozen*

# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Dr. Baye's Data Period



# Dr. Baye Offers No Opinion On "Lasting Effects"



# Dr. Baye's Regression Results

EXPERT REPORT OF MICHAEL R. BAYE, F...

Highly Confidential – Subject to Protective Order

January 22, 2018

| Variable (a) | Main Specification Log(Production) (b) | Backfilling Ban Specification Log(Production) (c) |
|---|---|---|
| Restriction 1 | -0.002 | |
| Restriction 2 | -0.006 | |
| Restriction 3 | -0.024 *** | |
| Restriction 4 | -0.056 *** | |
| Restriction 5 | -0.053 *** | |
| Backfilling Ban | | -0.021 *** |
| Lag 4 Real Feed Cost | -0.439 *** | -0.783 *** |
| Lag 4 Real Electricity Price | 0.004 | -0.014 ** |
| Lag 4 Real GDP | 0.026 *** | 0.024 *** |
| Time | 0.001 *** | 0.001 *** |
| Time Squared | | |
| Lag 5 Real Feed Cost | | |
| Lag 5 Real Electricity Price | | |
| Lag 5 Real GDP | | |
| Real Feed Cost | | |
| Real Electricity Price | | |
| Real GDP | | |
| Lag 4 Population | | |
| Lag 4 Real Soybean Price | | |
| Lag 4 Real Corn Price | | |
| Population | | |
| Lag 4 TED | | |
| Lag 4 Real Diesel Price | | |
| Lag 4 Fed Funds Rate | | |
| Lag 4 Agricultural Wages | | |
| Intercept | 8.284 *** | 8.415 *** |
| Monthly Dummies | X | X |
| Adjusted R-Squared | 0.991 | 0.988 |
| Number of Observations | 272 | 272 |
| P-value of the Joint F-test on Restrictions | 0.00 | 0.00 |

Exhibit 16
Production Analysis
1990 - 2012

Parameter Estimates

| | Specification 4 Log(Production) (e) | Specification 5 Log(Production) (f) | Specification 6 Log(Production) (g) | Specification 7 Log(Production) (i) | Specification 8 Log(Production) (j) | Specification 9 Log(Production) (k) |
|---|---|---|---|---|---|---|
| | -0.001 | -0.003 | -0.003 | -0.003 | -0.002 | -0.009 * |
| | -0.003 | -0.010 * | -0.009 | -0.010 ** | -0.005 | -0.015 *** |
| | -0.019 *** | -0.031 *** | -0.028 *** | -0.024 *** | -0.024 *** | -0.018 *** |
| | -0.050 *** | -0.061 *** | -0.059 *** | -0.053 *** | -0.056 *** | -0.052 *** |
| | -0.048 *** | -0.056 *** | -0.058 *** | -0.044 *** | -0.053 *** | -0.054 *** |
| | | | -0.546 *** | -0.286 * | | -0.115 |
| | | | 0.000 | 0.003 | 0.004 | -0.007 |
| | | | 0.027 | 0.040 *** | 0.025 *** | 0.046 *** |
| | 0.001 *** | 0.001 *** | 0.002 *** | 0.001 *** | 0.001 *** | -0.003 |
| | | | | | | 0.000 * |
| | -0.500 *** | | | | | |
| | -0.002 | | | | | |
| | 0.023 *** | | | | | |
| | | | -0.440 *** | | | |
| | | | 0.014 * | | | |
| | | | 0.030 *** | | | |
| | | | -0.004 ** | -0.004 ** | | 0.010 |
| | | | | | 0.000 | |
| | | | | | -0.005 * | |
| | | | | -0.006 ** | | -0.005 * |
| | | | | 0.000 ** | | 0.000 ** |
| | | | | | | -0.003 *** |
| | | | | | | -0.007 |
| | 8.347 *** | 8.191 *** | 9.193 *** | 9.134 *** | 8.287 *** | 5.870 *** |
| | X | X | X | X | X | X |
| | 0.990 | 0.991 | 0.991 | 0.991 | 0.990 | 0.992 |
| | 271 | 276 | 272 | 272 | 272 | 272 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

errors.

21

# Dr. Baye's Egg Production Model Results



# Dr. Baye's Egg Production Model Results



**MAIN SPECIFICATION**

**Phase 5**
*Aug '08 – Dec '12*

**Phase 4**
*Feb '07 – Jul '08*

**Phase 3**
*Aug '05 – Jan '07*

**Phase 2**
*Feb '04 – Jul '05*

**Phase 1**
*Aug '02 – Jan '04*

*0.2% Reduction* | *0.6% Reduction* | *2.4% Reduction* | *5.5% Reduction* | *5.2% Reduction*

2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012

**1.0% Increase** **3.1% Reduction**

**SINGLE INDICATOR FOR ENTIRE PERIOD**

# Dr. Baye's Egg Production Model Results



# Large Customers Demanded Certified Eggs In 2002 & 2003











# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different

Buyer-Specific Cage Space Requirements

State laws



# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different



Buyer-Specific Cage Space Requirements

State laws

Increased animal welfare activism in 2000s

Egg price collapse

# Prices Were At Historical Lows



**Wholesale Grade A Large Shell Egg Prices**
(Average Per Month – Adjusted for Inflation)

# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different



# Quarterly Real GDP, Percent Change From Preceding Period, Seasonally Adjusted Annual Rate (1990-2012)



# Dr. Baye's Time Trend Variable



1.2% Increase
*Per Year*

# *Relevant Market*

# Shell Eggs vs. Egg Products



**Shell Eggs**



**Egg Products**

# Summary Of Opinions

**1**    The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2**    Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3**    Dr. Baye's analysis is flawed and invalid

**4**    Plaintiffs have not demonstrated that egg product prices were higher than they should have been

# Fewer Eggs Produced <u>Does Not</u> Mean Fewer Eggs Going To Egg Products

**300 Eggs Produced**



**250 Eggs Produced**



# Summary Of Opinions

**1** The conspiracy Plaintiffs alleged would be unlikely to reduce supply or raise prices

**2** Production and pricing data indicate there was no effective conspiracy to reduce supply and raise prices

**3** Dr. Baye's analysis is flawed and invalid

**4** Plaintiffs have not demonstrated that egg product prices were higher than they should have been