# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 11-cv-8808 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **VERDICT FORM**

Please complete this verdict form by answering the following questions.

When completing the form, follow all directions given by the Court in the final jury instructions.

Some of the questions contain legal terms that the Court defined in the final jury instructions. You should refer to and consider the final jury instructions as you answer the questions in this verdict form.

Please notice the instructions after each question about answering additional questions.

Your answers to each question must be unanimous.

We, the jury, unanimously find as follows on the questions submitted to us, and we return our verdict in this case as follows:

**1.  Do you find that there was a conspiracy to restrict the supply of eggs?**

        YES  _____        NO  _____

If you answered "YES" to Question #1, proceed to Question #2.

If you answered "NO" to Question #1, do not answer any further questions, and sign and date the last page of the verdict form.

**2.  Do you find that the conspiracy included the following conduct?**

    **A.  Early Slaughter, Early Molting, and Reduction in Placement of Hens (*i.e.*, the so-called Short-Term Measures).**

        YES  _____        NO  _____

    **B.  Exports as Part of the USEM Export Program**

        YES  _____        NO  _____

    **C.  Cage Space or Henhouse Density Restrictions as Part of the UEP Certified Program**

        YES  _____        NO  _____

    **D.  Restricting Backfilling of Egg-Producing Hens as Part of the UEP Certified Program**

        YES  _____        NO  _____

If you answered "YES" to any part of Question #2, please proceed to Question #3.

If you answered "NO" to all parts of Question #2, please go back to Question #1.

**3.     Do you find that the following Defendants participated in the conspiracy to restrict the supply of eggs, as defined by Question 2?**

    Cal-Maine Foods

        YES _____          NO _____

    Rose Acre Farms

        YES _____          NO _____

    United Egg Producers

        YES _____          NO _____

    United States Egg Marketers

        YES _____          NO _____

If you answered "YES" to any part of Question #3, proceed to Question #4.

If you answered "NO" to all parts of Question #3, do not answer any further questions, and sign and date the last page of the verdict form.

**4.     Do you find that any of the following non-parties participated in the conspiracy to restrict the supply of eggs, as defined by Question 2?**

    Michael Foods

        YES _____          NO _____

    Moark

        YES _____          NO _____

    Wabash Valley

        YES _____          NO _____

Please proceed to Question #5.

**5. Do you find that the conspiracy, as defined by Question 2, unreasonably restrained trade in a relevant market?**

    YES _____    NO _____

If you answered "YES" to Question #5, proceed to Question #6.

If you answered "NO" to Question #5, do not answer any further questions, and sign and date the last page of the verdict form.

**6. Do you find that the following Plaintiffs suffered an injury to their business or property caused by the participation by one or more Defendants or any alleged co-conspirators in a conspiracy that unreasonably restrained trade?**

 Kraft Foods Global

    YES _____    NO _____

 The Kellogg Company

    YES _____    NO _____

 General Mills

    YES _____    NO _____

 Nestlé USA

    YES _____    NO _____

If you answered "YES" to any part of Question #6, proceed to Question #7.

If you answered "NO" to all parts of Question #6, do not answer any further questions, and sign and date the last page of the verdict form.

**7.     If you found that one or more of the Plaintiffs suffered an injury caused by the participation by one or more Defendants or any alleged co-conspirators in a conspiracy <u>(as defined by Question 2)</u> that unreasonably restrained trade, did each of the Plaintiffs suffer an injury during the following time periods?**

Please answer "YES" or "NO" for each time period.

Kraft Foods Global

|  | YES | NO |
|---|---|---|
| Oct. 2004 to Dec. 2008 |  |  |
| 2009 to 2012 |  |  |

The Kellogg Company

|  | YES | NO |
|---|---|---|
| Oct. 2004 to Dec. 2008 |  |  |
| 2009 to 2012 |  |  |

General Mills

|  | YES | NO |
|---|---|---|
| Oct. 2004 to Dec. 2008 |  |  |
| 2009 to 2012 |  |  |

Nestlé USA

|  | YES | NO |
|---|---|---|
| Oct. 2004 to Dec. 2008 |  |  |
| 2009 to 2012 |  |  |

6

**8. Do you find that every egg producer who joined the UEP Certified Program through 2008 (whether or not a member of UEP) participated in the conspiracy, as defined by Question 2, to restrict the supply of eggs?**

    YES _____      NO _____

You have now reached the end of the verdict form. Please review it carefully to ensure that it accurately reflects your unanimous decision.

Each juror should sign the verdict form in the spaces below and the presiding juror should date the form below and notify the court security officer that you have reached a unanimous verdict.

The presiding juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____                    _____
*Presiding Juror*

_____                    _____


_____                    _____


_____                    _____


Date: _____