UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kraft Foods Global, Inc., et al.
                              Plaintiff,

v.                                                           Case No.: 1:11−cv−08808
                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court presided over the fifth jury instructions conference, lasting around six hours, on November 15. The Court discussed some final changes to the draft jury instructions. After the conference, the Court circulated an updated draft of the jury instructions (in Word) to the parties on the evening of November 15. The Court also discussed the draft jury verdict form, and circulated updated drafts to the parties during and after the conference. If any party has any final changes, corrections, or objections of any kind to the jury instructions or the jury verdict form (other than what they have raised already), that party must file them on the docket by 7:00 a.m. on November 16. That way, the Court will have time to review them. The Court will reconvene with the parties at 10:30 a.m. on November 16. The Court's staff notified the jury about the change in the schedule. The Court will reconvene with the jury at 12:45 p.m. (not 10:00 a.m.) on November 16. As discussed during the conference, the Court will allow Plaintiffs to reopen the record, for a grand total of 15 minutes, for the limited purpose of moving into evidence and publishing to the jury the transactional documents showing purchases from Defendants and/or any alleged co−conspirators. The Court is allowing that reopening in light of the questions in the jury verdict form about the timing of the alleged injuries. The record otherwise remains closed and bolted shut. At that point, after the closing of the record for the second time, the Court will instruct the jury. Plaintiffs will give their closing argument tomorrow. The parties must plan to complete all closing arguments (including rebuttal) on Friday, November 17, so that the jury can begin deliberations. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.