# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:11-cv-08808 |
| v. ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE REGARDING DRAFT JURY INSTRUCTIONS**

Plaintiffs respond to the draft jury instructions the Court's staff provided to the parties by email at 7:48 P.M., as supplemented by the Court's email at 9:28 P.M. on November 15, 2023.

Plaintiffs respectfully object to the language beginning with the paragraph that starts "To determine whether" on page 38 through the final bullet point on page 39, for the reasons stated in court. As an alternative to striking that language, Plaintiffs have suggested edits to establish that these lines relate to substitutability from the buyer's perspective.

Plaintiffs agree with the language the Court proposed in its 9:28 P.M. email regarding the Motive instruction on page 43. Plaintiffs have included the Court's language in the attached draft instructions.

Plaintiffs suggest minor edits to the Court's proposed draft instructions. These suggested edits are shown as "track changes", in the attached Exhibit A.

November 16, 2023                         Respectfully submitted.

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

　/s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower Street
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com