# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' STATEMENT REGARDING REOPENING THE RECORD**

As discussed at the jury instruction conference on November 15, 2023, Plaintiffs intend to call a witness to offer the transactional evidence into the record, keeping within the 15-minute timeframe set by the Court.

So that it does not appear to the jury that the Plaintiffs are at fault, the Plaintiffs ask the Court to inform the jury that: (1) the parties jointly agreed to have Plaintiffs' Exhibits 739, 740, 743, and 745 introduced; (2) these exhibits reflect some of the purchases of egg products made by Plaintiffs; and (3) the Court has directed the Plaintiffs to provide the jury with a brief overview of the documents.

November 16, 2023

Respectfully submitted.

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody

Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (admitted *pro hac vice*)
Sati Harutyunyan (admitted *pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com