## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                             Plaintiff,

v.                                                   Case No.: 1:11−cv−08808
                                                        Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court will instruct the jury to apply the Rule of Reason to all aspects of the alleged conspiracy, including the UEP Certified Program (as previously indicated in Dckt. No. [527]) as well as exports and the so−called short−term measures. The Court will address this issue at the upcoming conference (time permitting). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.