UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., )))) | |
| Plaintiffs, ) | No. 1:11-cv-08808 |
| ) | |
| v. ) | Judge Steven C. Seeger |
| ) | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ))))) | |
| ) | |
| Defendants. ) | |
| ) | |

# WITNESS PHOTOGRAPHS







**Donald Bell**

**Dolph Baker**

**Linda Reickard**

Mr. Donald Bell was a poultry specialist at the University of California, a consultant for United Egg Producers, and a member of the UEP's Scientific Advisory Committee. Mr. Bell testified under oath on August 20 and 21, 2013.

Mr. Baker has most recently served in the following roles at Cal-Maine Foods, Inc.: Chairman of the Board of Directors (2012–current); Chief Executive Officer (2010–2022); President (1997–2010). Mr. Baker provided live testimony on October 20, October 23, October 24, and October 25, 2023.

Ms. Linda Reickard was an employee of United Egg Producers. Ms. Reickard testified under oath on April 3, 2014 as well as on May 9 and 10, 2018.

| | | |
|---|---|---|
| *Photograph not available* |  |  |
| **Phyllis Blizzard** | **Marcus Rust** | **Scott Manion** |
| Ms. Phyllis Blizzard was the CEO of United States Egg Marketers. Ms. Blizzard testified under oath on February 15, 2013. | Mr. Marcus Rust is the CEO of Rose Acre Farms. Mr. Rust testified under oath on March 5, 6, and 7, 2014; May 11 and May 14, 2018; and November 13 and November 14, 2019. Mr. Rust provided live testimony on November 8, 2023. | Mr. Manion was Senior Manager of Ingredients Procurement beginning in 2006 at Kraft. Mr. Manion provided live testimony on October 30, 2023. |



**Dr. Michael Baye**

Dr. Michael Baye is an economist and a professor of business economics at Indiana University. He served as the Director of the Bureau of Economics at the US Federal Trade Commission during 2007 and 2008. Dr. Baye provided live testimony on October 30, October 31, November 1, and November 14, 2023.



**Dr. Jeffery Armstrong**

Dr. Jeffery Armstrong was the chair of the United Egg Producer ("UEP") Scientific Advisory Committee which issued formal recommendations for animal welfare guidelines on which UEP based the UEP Certified Program. Dr. Armstrong provided live testimony on November 1 and 2, 2023.



**Binh Tran**

Mr. Binh Tran was a Sourcing Director for General Mills. Mr. Tran testified under oath on August 13, 2013.





*Photograph not available*

**Kelly Tobey**

**Anthony Airoso**

**Jeff Hardin**

Ms. Kelly Tobey began working in procurement at Kellogg in 1999 and was responsible for egg purchasing in 2003 and 2004. Ms. Tobey provided live testimony on November 3, 2023.

Mr. Anthony Airoso joined Walmart's Finance Department in May 2006. In Fall 2007, he became the divisional manager for dairy and eggs. At the time of his sworn testimony on May 7, 2018, Mr. Airoso was the Senior Vice President of Foods Strategic Sourcing.

Mr. Jeff Hardin is Senior Vice President of Sales at Cal-Maine Foods, Inc. Mr. Hardin provided live testimony on November 6, 2023.

  

**Karen Brown**

Ms. Karen Brown was the Senior Vice President of the Food Marketing Institute, also known as FMI. Ms. Brown testified under oath on April 23, 2014.

**Gregory Hinton**

Mr. Gregory Hinton is the vice president of sales for Rose Acre Farms. Mr. Hinton provided live testimony on November 6 and 7, 2023.

**Gary Pickett**

Mr. Gary Pickett began working at Walmart as a buyer in 1993. He was responsible for buying eggs for Walmart from 2004 until 2008. Mr. Pickett provided remote testimony on November 7, 2023.

  

**Ken Paramore**

Mr. Ken Paramore was Vice President of Sales at Cal-Maine Foods, Inc. He worked at Cal-Maine from 1991 through his retirement in 2008. Mr. Paramore provided live testimony on November 8 and November 9, 2023.

**Curt Amundson**

Mr. Amundson was the Director of Procurement for Kraft from 1999 - 2012. Mr. Amundson testified under oath on April 3, 2014.

**David Hurd**

Mr. David Hurd is executive vice president of live production for Rose Acre Farms. Mr. Hurd provided live testimony on November 9, 2023.

  

**Greg Marshall**

Mr. Greg Marshall is the chief financial officer for Rose Acre Farms. Mr. Marshall provided live testimony on November 9, 2023.

**Dr. Jesse David**

Dr. David is an Economist with the consulting firm Edgeworth Economics in Washington, D.C. Dr. David provided live testimony on November 13, 2023.

**Dr. Jonathon Walker**

Dr. Walker is an Economist and the Managing Director at Secretariat Economists LLC. Dr. Walker provided live testimony on November 13 and November 14, 2023.