UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT UNITED EGG PRODUCERS' SUBMISSION REGARDING DEMONSTRATIVE DISPLAYED DURING CLOSING ARGUMENTS**

Pursuant to the Court's request, Defendant United Egg Producers, Inc. ("UEP") hereby submits the demonstrative displayed to the jury on November 17, 2023 during UEP's closing arguments. The demonstrative is attached hereto as Attachment A.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Robin P. Sumner*
Robin P. Sumner, Esq.
Kaitlin L. Meola, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Email: Robin.Sumner@troutman.com
Kaitlin.Meola@troutman.com

165262772

Whitney R. Redding, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085
Email: Whitney.Redding@troutman.com

Molly DiRago, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1926
Email: Molly.DiRago@troutman.com

*Counsel for Defendants United Egg Producers, Inc.*

165262772