# ATTACHMENT A



# Closing Argument

# UEP Supply Recommendations



Voluntary

Not followed

Not enforced

# UEP Certified Program



Based on recommendations from scientific experts

Voluntary

Does NOT restrict hens, eggs, cages, houses, farms

Increased customer choice

Met customer demand

# During the Alleged "Conspiracy" . . .



National flock size grew

National egg supply increased

Shell egg prices decreased

**Wholesale Grade A Large Shell Egg Prices**
**(Average Per Month – Adjusted for Inflation)**





Walker Demonstrative

4

# The Elements



## What is a Conspiracy?

- Not all agreements are conspiracies

- A conspiracy is an agreement or understanding to achieve an unlawful purpose

- A defendant must knowingly join the unlawful plan with the intent to further its purpose



Jury Instruction No. 30, Existence/Explanation of a Conspiracy
Jury Instruction No. 32, Membership in a Conspiracy

5

# The Alleged Conspiracy





# The Alleged Conspiracy





# The Alleged Conspiracy





# The Alleged Conspiracy















9

# United Voices











**Gary Pickett**





**Binh Tran**

D-9

# UEP Meetings



**UEP ANNUAL BOARD MEETING AND EXECUTIVE CONFERENCE**
**OCTOBER 14-15, 1999** TUCSON, ARIZONA

**SPECIAL GUEST SPEAKERS:**

Dave Bossman – President – American Feed Industry Association
Bob Langert – Director of Public & Community affairs – McDonald's Corporation
Philip Derfler – Deputy Administrator – Office of Policy, Program Development, and Evaluation at USDA/FSIS
John Reddington – Director, Dairy, Livestock and Poultry – USDA Foreign Agricultural Service
Christopher Knopke – Office of Policy and Reinvention Programs – EPA

**Shell Egg Marketing Committee**
**October 20, 2004**
**New Orleans**

Committee & Staff:  Dolph Baker – Jim Brock – Jim Dean – Butch DeVries – Chuck Elste
Bob Krouse – Mark Oldenkamp – Beth Schnell – Monte Terry – Derek Yancey – Gib Burton
Roger Deffner – Joe Fortin – Greg Hinton – Ken Looper – Wayne Mooney – Paul Osborne
Al Shimpf – Larry Seger – Doug Wicker – Clint Hickman – Gene Gregory

Other Attendees:  Alan Andrews – Don Bell – Chuck Dynes – Doug Richardson – Rick Brown
Gary West – Joanne Ivy – Paul Sauder – Ron Truex – Ryan Sundberg – Nate Burnham
Jill Benson – Bob Randall – Randy Friesen – Ryan Armstrong – Mark Campbell – David Radlo
Jim DenBleyker – Jerry Grove – Steve Stewart – Bob Kreider – Tony Rehm – Kevin Mussman
Doug Leifermann – Norm Stocker – Laurent Souligny – Greg Pearce – Joe Maust – Rod Smith
Ernest Mahard – Vince Reina – Kurt Kreher – Ron Whaley – Leyenda Lee – Mel Gehman
Paul Renkema – Geoffrey Ochman – Richard Martin – Curtis Ainge – Frankie King
Harold Froese – Steve Boomsma











P-143,  P-386

# Mastermind?





**Donald Bell**
*Poultry Specialist,*
*University of California*

12

# Don Bell, University of California Cooperative Extension





# Don Bell's Recommendations On Cage Density





**Donald Bell**
*Poultry Specialist,
University of California*



4. An industry-wide policy of a minimum floor space allowance would result in a more ideal national flock size. It is currently estimated that 15-20% of the nation's birds are housed at less than 48 square inches. If 48 square inches were adopted as the minimum space allowance, millions of extra birds would be eliminated.

P-328

14

# Don Bell's Recommendations On Cage Density







Okay? So, no, I don't — I think this is totally
within my realm.
BY MR. OLSON:
Q. Number 4 refers to an industry-wide policy

# Gene Gregory





**Gene Gregory**



" ... I'm no economist and therefore look at things in a simple manner... "

# UEP Supply Recommendations



Voluntary

Not followed

Not enforced

# Am I Wasting My Time...?





> **"** USDA reported the nation's layer flock on June 1st to be 7.3 million hens larger than on the same date a year ago. . . . **What happened while I must have been asleep? "**
>
> *–June 30, 2004 United Voices*

> **"** The first hatch reductions to meet the animal care certified program began in April 2002 and with 80% of the industry committed to the program, we didn't think we would have to worry about unprofitable times for a few years. How wrong could we have been? **"**
>
> *–July 16, 2004 United Voices*

> **"** Did anyone follow the recommendation to dispose of flocks six weeks early? Do these wide market swings do a disservice to our customers? **Am I wasting my time writing about this and urging producers to be more responsive?** Egg producers, whether marketing shell egg or egg products, are going to have to come to terms with the oversupply problem. **"**
>
> *–June 23, 2006 United Voices*

D-1086, D-1041, D-1042

18

## So-Called Short-Term Measures Had No Effect





**Michael Baye**

Q. Dr. Baye, is it your view that the short-term flock reduction measures were unsuccessful?

**A. I think it's fair to say they were unsuccessful.**

*– Testimony of M. Baye, 2567:6-8 (Oct. 31, 2023)*

Q. You can't tell this jury whether a molt had an impact on egg-laying production, either positive or negative, correct?

**A. Not with a degree of scientific certainty because the only evidence I have of that is the documentary record, the statements by the UEP.**

*– Testimony of M. Baye, 2811:13-18 (Oct. 31, 2023)*

Q. You don't know whether anyone actually followed through --

**A. That's correct.**

Q. -- on a slaughter, correct?

**A. That's absolutely correct.**

Q. So if you don't know if anyone actually followed through and slaughtered 1 hen, 10 hens, 100 hens, 1,000 hens, 10,000 hens, you can't measure whether a recommended slaughter had any impact, positive or negative, on production of egg-laying hens?

**A. That's correct.**

*– Testimony of M. Baye, 2815:5-14 (Oct. 31, 2023)*

19

# UEP's Scientific Advisory Committee













**Dr. Jeff Armstrong**
*Head, Dept. of Animal Science, Purdue University*

**Dr. Ruth Newberry**
*Asst. Professor, Dept. of Animal Sciences, Washington State University*

**Dr. Joy Mench**
*Professor, Dept. of Animal Sciences, University of California*

**Dr. Janice Swanson**
*Associate Professor, Animal Science and Industry, Kansas State University*

**Dr. Patricia Hester**
*Professor of Animal Sciences, Purdue University*













**Dr. Larry Stanker**
*Research Leader, USDA-ARS*

**Dr. Bill Chase**
*Veterinarian, Kestrel, Inc.*

**Adele Douglass**
*Director, American Humane Association*

**Donald Bell**
*Poultry Specialist, University of California*

**Barrie Wilcox**
*Wilcox Farms, Inc.*
Supporter

**Gene Gregory**
*Staff Coordinator, United Egg Producers*
Supporter

# UEP Certified Program Timeline


United Egg Producers

**1999**
UEP Scientific Advisory
Committee formed

**September 2000**
SAC Recommendations
for UEP Animal Welfare
Guidelines

**April 2002**
UEP Animal Husbandry
Guidelines for U.S. Egg
Laying Flocks "go live"

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

21

# UEP Expected Guidelines Would Evolve Over Time





**EXHIBIT P-245**

*Recommendations*

1. The UEP should regularly review and revise their Guidelines for hen welfare to take into account current scientific knowledge about hen welfare.



**EXHIBIT D-433**

This document will provide recommendations for the following management practices. This is a living document subject to changes as new scientific information becomes available.

22

# UEP Partnership with FMI and NCCR









**JUNE 2002 REPORT**
**FMI-NCCR Animal Welfare Program**

**Laying Hens**
FMI and NCCR recommend to their members the 2002 guidelines of the United Egg Producers (UEP) for use with their suppliers of eggs and egg products.

**STATUS**
**FMI-NCCR Animal Welfare Guidelines**
**Updated March 2007**

| Producer Organization | FMI-NCCR Endorsement | Points of Difference |
|---|---|---|
| United Egg Producers (UEP) | Endorsed production, handling, transportation, processing and euthanasia guidelines for layers of shell and breaking eggs (2002). | None |

P-674, P-697

23

## Customers Wanted One Standard





**Karen Brown**



Q.   Did you have an understanding as to whether these <mark>members [of FMI] perceived a benefit to having … a single industry approach</mark> to animal welfare as opposed to multiple approaches by individual companies?

[A]. <mark>The whole industry benefits from that approach.</mark> **Certainly suppliers and producers would benefit if there is a common industry position on an issue that affects them so directly, and, therefore, they do not have to deal with different requests, different specifications on the same issue.**

*–Testimony of K. Brown,  58:11-59:2 (April 23, 2014)*





**Walmart**

Q  …[W]hy was it relevant that [Wal-Mart's] competitors were following this FMI/UEP Certified Program?

A. …<mark>[i]f we're using the same certifications as our competitors, then that's more efficient for those existing suppliers</mark> that we used because they don't have to run two different programs and violate the 100% Rule. <mark>So UEP was generally recognized as the most logical program to utilize.</mark>

*–Testimony of G. Pickett, 4217:21-4218:4 (Nov. 07, 2023)*





**General Mills**

A. <mark>Why are standards important?  Because if you -- well, if you don't have standards then you don't know what the rules of the game are</mark>.

*–Testimony of B. Tran, 297:7-9 (Aug. 13, 2013)*

Q.  And you said because it gives a certain measure of predictability?

A.  Yeah.  <mark>Predictability is one factor.</mark>

*–Testimony of B. Tran, 296:20-22 (Aug. 13, 2013)*

# UEP Certified Program Timeline



**1999**
UEP Scientific Advisory
Committee formed

**November 1999**
Work begins on the FMI-NCCR
Animal Welfare Guidelines

**September 2000**
SAC Recommendations
for UEP Animal Welfare
Guidelines

**June 2002**
FMI/ NCCR recommend
the UEP Guidelines

**April 2002**
UEP Animal Husbandry
Guidelines for U.S. Egg
Laying Flocks "go live"

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

# Cage Space Allowance





3. Space allowance should be in the range 67 to 86 square inches of usable space per bird, depending on the type of cage and the type of bird that is being housed

3. Space allowance should be in the range of 67 to 86 square inches of usable space per bird to optimize hen welfare.

P-245, D-433

# Phase In





# UEP Certified Program Timeline





**1999**
UEP Scientific Advisory Committee formed

**April 1, 2008**
Phase In Ends

**November 1999**
Work begins on the FMI-NCCR Animal Welfare Guidelines

**September 2000**
SAC Recommendations for UEP Animal Welfare Guidelines

**January 2006**
100% compliance with prohibition on manure dropping on birds in lower cages

**June 2002**
FMI/ NCCR recommend the UEP Guidelines

**April 2002**
UEP Animal Husbandry Guidelines for U.S. Egg Laying Flocks "go live"

**December 2003**
Last date to install equipment to which house average applies

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

28

# UEP Certified Program Timeline





**1999**
UEP Scientific Advisory Committee formed

**April 1, 2008**
Phase In Ends

**November 1999**
Work begins on the FMI-NCCR Animal Welfare Guidelines

**2007**
UEP adopts the SAC recommendation on ammonia

**September 2000**
SAC Recommendations for UEP Animal Welfare Guidelines

**January 2006**
100% compliance with prohibition on manure dropping on birds in lower cages

**June 2002**
FMI/ NCCR recommend the UEP Guidelines

**October 2006**
SAC revises recommendation on feeder space

**April 2002**
UEP Animal Husbandry Guidelines for U.S. Egg Laying Flocks "go live"

**December 2003**
Last date to install equipment to which house average applies

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

29

# Backfilling





DEFENDANTS'
EXHIBIT

Case No. 1:11-cv-08808

D-0882

==Bird welfare is compromised when backfilling is done every month to replace mortality for the purpose of keeping houses full.== Science has shown that mixing birds from other flocks and with different ages increases susceptibility to disease. Older hens may harbor disease-causing pathogens that are easily transmitted to younger pullets that may have not been fully vaccinated or have had the opportunity to develop full immunocompetency. In addition, the introduction of unfamiliar birds to resident birds increases social competition and stress, which can increase mortality and decrease production.

==It is with utmost urgency that the Producer's Committee for Animal Welfare advises egg producers who participate in UEP's Animal Care Certified Program to eliminate the practice of backfilling.== Your customers as well as FMI and NCCR will not approve of the practice of backfilling. It is essential that you maintain science-based guidelines. We urge you to make this correction. It is imperative that the egg industry responds quickly to this issue so that they can continue to be the leaders in animal agriculture relative to self-regulation of welfare guidelines.

# UEP Certified Program Timeline





**1999**
UEP Scientific Advisory Committee formed

**April 1, 2008**
Phase In Ends

**November 1999**
Work begins on the FMI-NCCR Animal Welfare Guidelines

**2007**
UEP adopts the SAC recommendation on ammonia

**September 2000**
SAC Recommendations for UEP Animal Welfare Guidelines

**2005**
UEP Guidelines prohibit backfilling

**January 2006**
100% compliance with prohibition on manure dropping on birds in lower cages

**December 2004**
UEP Producer Committee votes to prohibit backfilling

**June 2002**
FMI/ NCCR recommend the UEP Guidelines

**October 2006**
SAC revises recommendation on feeder space

**October 2004**
SAC recommends eliminating backfilling

**April 2002**
UEP Animal Husbandry Guidelines for U.S. Egg Laying Flocks "go live"

**December 2003**
Last date to install equipment to which house average applies

1999 2000 2001 2002 2003 2004 2005 2006 2007

31

# UEP Certified Program Timeline





**1999**
UEP Scientific Advisory Committee formed

**April 2005**
The SAC recommends eliminating feed withdrawal molting

**April 1, 2008**
Phase In Ends

**November 1999**
Work begins on the FMI-NCCR Animal Welfare Guidelines

**April 2005**
The UEP Producer Committee votes to prohibit feed withdrawal molting

**2007**
UEP adopts the SAC recommendation on ammonia

**September 2000**
SAC Recommendations for UEP Animal Welfare Guidelines

**2005**
UEP Guidelines prohibit feed withdrawal molting

**2005**
UEP Guidelines prohibit backfilling

**January 2006**
100% compliance with prohibition on manure dropping on birds in lower cages

**June 2002**
FMI/ NCCR recommend the UEP Guidelines

**December 2004**
UEP Producer Committee votes to prohibit backfilling

**October 2006**
SAC revises recommendation on feeder space

**October 2004**
SAC recommends eliminating backfilling

**April 2002**
UEP Animal Husbandry Guidelines for U.S. Egg Laying Flocks "go live"

**December 2003**
Last date to install equipment to which house average applies

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

32

# UEP Certified Program Timeline





**1999**
UEP Scientific Advisory Committee formed

**April 2005**
The SAC recommends eliminating feed withdrawal molting

**April 1, 2008**
Phase In Ends

**November 1999**
Work begins on the FMI-NCCR Animal Welfare Guidelines

**April 2005**
The UEP Producer Committee votes to prohibit feed withdrawal molting

**2007**
UEP adopts the SAC recommendation on ammonia

**September 2000**
SAC Recommendations for UEP Animal Welfare Guidelines

**2005**
UEP Guidelines prohibit feed withdrawal molting

**January 2006**
100% compliance with prohibition on manure dropping on birds in lower cages

**2005**
UEP Guidelines prohibit backfilling

**June 2002**
FMI/ NCCR recommend the UEP Guidelines

**December 2004**
UEP Producer Committee votes to prohibit backfilling

**October 2006**
SAC revises recommendation on feeder space

**October 2004**
SAC recommends eliminating backfilling

**April 2002**
UEP Animal Husbandry Guidelines for U.S. Egg Laying Flocks "go live"

**December 2003**
Last date to install equipment to which house average applies

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

33

# UEP Certified Program



100% Rule

Audits



34

# 100% Rule



Protects the integrity of the
UEP Certified brand

# The Scientists Supported the 100% Rule





It is our collective and firm belief that any program approved by UEP or USDA should require 100% implementation. While both seals represent marketing programs, we

believe failure to ensure 100% implementation threatens the welfare of laying hens and the overall credibility of our science-based guidelines.

D-489

36

# FMI Supported the 100% Rule





**Karen Brown**



> " Our goal is enhanced animal welfare for all animals in food production - not animals used only for certain products or product categories "

> " So if I'm a chicken whose eggs are going into this product versus a chicken whose eggs are going into that product, why should that make any difference as to how I'm handled as an animal. Why should I be less humanely handled because of what product I end up in

–*Testimony of K. Brown, 213:4-214:20 (April 23, 2014)*

D-453

37

# Customers Supported the 100% Rule





**Gary Pickett**



Q….From your perspective as the egg buyer, why was it important to Walmart to only purchase eggs from suppliers who were complying with the 100% Rule?

A.   Well, the -- you know, one of the -- ==one of the critical issues was consistency of the product that we received.==  You know, there's lots of examples of when suppliers did multiple programs or things of that nature.

For example, there was a couple of primary examples, you know, in the -- in the produce area, for example, that we could only ship avocados from Mexico to a particular – some states but not other states.

==It's very difficult to ensure -- if a plant has multiple programs that they're running, the likelihood goes up that the retailer would receive product that was not UEP,== because the same lines that run a UEP and other -- ==if you don't have the hundred percent, you run the risk of receiving uncertified product.==

Q.   And why is consistency of product important to a company like Walmart?

A.   Well, reputation is -- is very important.  We thought that we were making a step that was an appropriate response at that time.  ==We did not want to take the risk, which would have been a higher risk, of receiving product that were not certified== under the UEP guidelines that we had communicated.

*-Testimony of G. Pickett, 4214:4-4215:2 (Nov. 07, 2023)*

38

# UEP Certified Audit





✖ Cage space

✖ Feed withdrawal molting

✖ Backfilling prohibition

✖ Co-mingling of Certified and non-Certified eggs

39

## The Elements



**Plaintiffs have the burden to prove**



- A contract, combination, or conspiracy

- That unreasonably restrains trade

- That caused Plaintiffs to suffer an injury

Jury Instruction No. 28, The Elements

40

# Certified Program — Not an Unreasonable Restraint of Trade



**Competitive Harm**

**Competitive Benefits**



# Certified Program — Not an Unreasonable Restraint of Trade



**Competitive Harm**

**Competitive Benefits**



42

# Certified Program — Not an Unreasonable Restraint of Trade



**Competitive Harm**

**Competitive Benefits**



Lower Output

Higher Prices

Expanded Customer Choice

43

# Certified Program — Not an Unreasonable Restraint of Trade



**Competitive Harm**

**Competitive Benefits**

Lower Output

Higher Prices

Meets Customer Demand

Increases Customer Choice

44

# The Certified Program Is Not an Agreement to Restrict Supply



**DOES NOT** limit number of birds or eggs

**DOES NOT** limit cages

**DOES NOT** limit hen houses

**DOES NOT** limit farms

# The Alleged Conspiracy



## Non-Member Certified Companies



www.uepcertified.com



**Non-Member Certified Companies**

| Company Name | # of Layers | Base Fee | Bird Fee 0.002 | Total | 2006 Amt. Pd. | PR Fee 0.003 | 2006 PR Fee Pd. |
|---|---|---|---|---|---|---|---|
| Big Stone Colony | 8,800 | 200.00 | 0.00 | 200.00 | 200.00 | 26.40 | 26.40 |
| Brendle Farms | 65,000 | 400.00 | 0.00 | 400.00 | | 195.00 | |
| Bucher Associates | 1,100,000 | 400.00 | 2,200.00 | 2,600.00 | 2,600.00 | 3300.00 | 3300.00 |
| C & S Farms | 52,238 | 400.00 | 0.00 | 400.00 | 400.00 | 156.71 | 156.71 |
| Cal Poly Foundation Poultry Unit | 14,000 | 200.00 | 0.00 | 200.00 | 200.00 | 42.00 | 42.00 |
| Country Fresh Poultry | 15,840 | 200.00 | 0.00 | 200.00 | 200.00 | 47.52 | 47.52 |
| Crystal Valley Farms | 92,000 | 66.67 | 0.00 | 66.67 | 66.67 | 46.00 | 46.00 |
| Gehman Feed Mill Inc. | 230,000 | 400.00 | 460.00 | 860.00 | 860.00 | 690.00 | 690.00 |
| Georgia Dept. of Corrections | 120,000 | 400.00 | 240.00 | 640.00 | | 360.00 | |
| Golden Valley Colony | 10,600 | 200.00 | 0.00 | 200.00 | | 31.80 | |
| Gretna View Farms | 39,800 | 200.00 | 0.00 | 200.00 | 200.00 | 119.40 | 119.40 |
| Hemmelgarn & Sons | 1,500,000 | 400.00 | 3,000.00 | 3,400.00 | 3,400.00 | 4500.00 | 4500.00 |
| Hohberg Poultry Ranches | 650,000 | 400.00 | 1,300.00 | 1,700.00 | 1,700.00 | 1950.00 | 1950.00 |
| Judge Farms Inc. | 71,400 | 400.00 | 0.00 | 400.00 | 400.00 | 214.20 | 214.20 |
| Kincaid Farms Inc. | 86,629 | 400.00 | 0.00 | 400.00 | 400.00 | 259.89 | 259.89 |
| Mahrt, Boyd | 202,000 | 400.00 | 404.00 | 804.00 | 804.00 | 606.00 | 606.00 |
| Modesto Jr. College | 2,000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Montana Eggs | 180,000 | 400.00 | 360.00 | 760.00 | | 540.00 | |
| Mountain View Colony, Inc. | 13,900 | 200.00 | 0.00 | 200.00 | 200.00 | 41.70 | 41.70 |
| Niemeyer Farms Inc. | 160,000 | 400.00 | 320.00 | 720.00 | 720.00 | 480.00 | 480.00 |
| Pick of the Chick Egg Farm | 265,000 | 400.00 | 530.00 | 930.00 | | 795.00 | |
| Riverview Farms | 140,000 | 400.00 | 280.00 | 680.00 | 680.00 | 420.00 | 420.00 |
| Stone Ranch | 45,000 | 200.00 | 0.00 | 200.00 | 200.00 | 135.00 | 135.00 |
| Sunbest - Papetti Farms | 1,200,000 | 400.00 | 2,400.00 | 2,800.00 | 2,800.00 | 3600.00 | 3600.00 |
| Wenger's Feed Mill | 4,844,218 | 400.00 | 9,688.44 | 10,088.44 | 10,088.44 | 14532.65 | 14532.65 |
| Wenning Poultry | 585,000 | 400.00 | 1,170.00 | 1,570.00 | 1,570.00 | 1755.00 | 1755.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Total Layers & Fees** | 11,693,425 | 8,266.67 | 22,352.44 | 30,619.11 | 27,689.11 | 34,844.26 | 32,922.47 |

**EXHIBIT**
**D-1240**

Defs. Exs. 1239, 1250,
1241, 1240, 1242, 502, 515

46

# The Alleged Conspiracy



## Member Certified Companies





**EXHIBIT D-483**

Defs. Exs. 438, 450,
457, 464, 471, 477, 478, 483,
490, 492, 495, 499, 503, 506, 516

| Company |
| --- |
| Active Feed Co. |
| American Egg Products, Inc. |
| Arkansas Egg Co. LLC |
| Armstrong Egg Farms |
| Aro's Poultry Farm Inc. |
| Berne Hi-Way Hatchery |
| Braswell Egg Co. |
| Caldwell Foods, LLC |
| Cal-Maine Foods |
| Chestnut Mtn. Egg Farm |
| Coffee Street Acres |
| Country Charm Egg Distribu |
| Country Creek Farms, LLC |
| Countryside Eggs |
| Creighton Brothers |
| Crystal Farms |
| Dakota Layers LLC |
| Daylay Egg Farm |
| Delta Farms |
| Demler Egg Ranch |
| Demler Enterprises |
| Deweerdt, Vernon J. |
| Dorothy Egg Farms |
| Dynes Farms, Inc. |
| Egg & I |
| Egg Innovations/EIPC |
| Fassio Egg Farms |
| Feather Crest Farms, Inc. |
| Featherland Egg |
| Flieg's Poultry Farm |

| |
| --- |
| Ft. Recovery Equity Excha |
| Freitas Fresh Eggs |
| Garber Poultry Farms |
| Gemperle Farms |
| George's |
| Giroux Poultry |
| Glenwood Foods, LLC |
| Grand Mesa Eggs |
| Green Forest Egg Co. LLC |
| Green Valley Poultry Farm |
| Harmony Egg Ranch |
| Herbruck's Poultry Ranch |
| Hertzfeld Poultry Farms, In |
| Hickman's Egg Ranch, Inc |
| Hidden Villa |
| Hillandale, LLC (FL) |
| Hillandale Gettysburg, L.P. |
| Hillside Poultry Farm |
| Hoover Ranch |
| Idalou Egg Ranch |
| ISE America |
| ISE Newberry |
| IVA Inc. |
| James Farm |
| Jensen, J. Wilmar |
| Jenkin's Poultry Farm |
| Jordan Egg Farm, Inc. |
| Kofkoff Egg Farm |
| Kreher's Poultry Farm |
| L & R Farms |
| Latta's Egg Ranch |
| LCC Browns |
| Ledge Farms |

| |
| --- |
| Lehman's Egg Service |
| LeVale Egg Farms |
| Mahard Egg Farm |
| Maxim Production Co. |
| McAnnally Ent. |
| MCM Poultry |
| Mepkin Abbey |
| Merrill's Egg (6 months) |
| Midwest Poultry |
| Minnich Poultry Farm |
| Moark Productions, Inc. |
| Monty Produce |
| Morning Fresh Farms |
| Mountain Hollow Farms |
| Mussman's Back Acres |
| National Food Corp. |
| Nelson Ventures, Randy |
| Norco |
| North Alabama Egg Co. |
| Oakdell Egg Farms |
| Ohio Fresh Eggs |
| Old Pike Farm |
| P & R Farms, Inc. |
| Pearl Valley Eggs |
| Pilgrim's Pride |
| Pine Creek Farms, LTD |
| Pine Hill Egg Ranch |
| Powl Associates |
| Puglisi Egg Farm |
| Quality Eggs of New Eng |
| R & S Farms |
| Red Bird Egg Farms (ISI |
| Rigtrup Poultry |

| |
| --- |
| Rindler Poultry |
| Ritewood, Inc - Oakdell |
| Rolling Hills (MONTHLY) |
| Rose Acres |
| S & R Egg Farm |
| Sauder |
| Schipper Poultry Farm |
| Schuringa Poultry |
| Shepherd and Sons Poultr |
| Simpson's Egg |
| SKS Enterprise, Inc. |
| Smith's Quality Egg |
| Soncrest Egg Farms |
| Southern New England Eg |
| Sperry Farms |
| Stiebrs Farms |
| Stoller Farms, Inc |
| Sunbest Foods - IA |
| Sunrise Acres |
| Sunrise Farms - CA |
| Su's Chicken Farm |
| Tampa Farm Service |
| Thomas Poultry Farm |
| Triple A Farms, Inc. |
| United Egg Marketing |
| Valley Fresh Foods |
| Wabash Produce |
| Warren Farms |
| Weaver Brothers |
| Wegmans |
| West & Co., JS |
| Wilcox Farms |
| Wilfie Farms |

# Verdict Form





**8.      Do you find that every egg producer who joined the UEP Certified Program through 2008 (whether or not a member of UEP) participated in the conspiracy to restrict the supply of eggs?**

YES  _____          NO  _____

# Customers Had Choices









## "Who In Their Right Mind Wouldn't Demand a Certified Egg"?
**Testimony of M. Baye at 2608:14**







**Michael Baye**

> " [W]ho in their right mind would want to buy an uncertified egg? I mean, it's just not a good thing, right. "
>
> –*Testimony of M. Baye, 2608: 5-7*



**Gary Pickett**


**Walmart**

> " [W]e were a UEP house. "
>
> *Testimony of G. Pickett, 4221: 3*

50

# The Alleged Conspiracy

















# The Alleged Conspiracy





# The Alleged Conspiracy





# The Evidence Has Shown



## No agreement to restrict supply

- Short-term measures were voluntary

- UEP Certified Program does not limit eggs/hens/cages/houses/farms

- Producers joined the UEP Certified Program to meet customer demand

# The Evidence Has Shown



## Competitive benefits

- UEP Certified Program increased customer choice

- UEP Certified Program met customer demand

55

# The Evidence Has Shown



## No competitive harm or injury

- No evidence that short-term measures reduced supply or increased price

- No evidence that the alleged conspirators' participation in the UEP Certified Program reduced supply or increased price

# Verdict Form





We, the jury, unanimously find as follows on the questions submitted to us, and we return our verdict in this case as follows:

**1.    Do you find that there was a conspiracy to restrict the supply of eggs?**

YES _____          NO \_\_\_✗\_\_\_\_\_

If you answered "YES" to Question #1, proceed to Question #2.

If you answered "NO" to Question #1, do not answer any further questions, and sign and date the last page of the verdict form.

# Verdict Form





2.    **Do you find that the conspiracy included the following conduct?**

A.    **Early Slaughter, Early Molting, and Flock Reduction**
      (*i.e.*, **the so-called Short-Term Measures).**

      YES                    NO 

B.    **Exports as Part of the USEM Export Program**

      YES                    NO

C.    **Cage Space or Henhouse Density Restrictions as Part of the**
      **UEP Certified Program**

      YES                    NO 

D.    **Restricting Backfilling of Egg-Producing Hens as Part of the**
      **UEP Certified Program**

      YES                    NO 

# Verdict Form



3. **Do you find that the following Defendants participated in the conspiracy to restrict the supply of eggs?**

Cal-Maine Foods

      YES                     NO

Rose Acre Farms

      YES _____       NO _____

United Egg Producers

      YES                     NO ✖

United States Egg Marketers

      YES                     NO

# Verdict Form







# Verdict Form



6.	**Do you find that the following Plaintiffs suffered an injury to their business or property caused by the participation by one or more Defendants or any alleged co-conspirators in a conspiracy that unreasonably restrained trade?**

Kraft Foods Global

YES         NO ✖

The Kellogg Company

YES _____   NO _____ ✖

General Mills

YES__        NO ✖

Nestlé USA

✖

