# **EXHIBIT B**

# Customer Demand For UEP Certified Eggs































# 1999 - 2001: PETA targets McDonald's, Burger King & Wendy's

**1999 - 2001**
PETA targets McDonald's,
Burger King & Wendy's

**Early 2000s**
UEP Scientific Advisory Committee
issues guidelines



**Aug 2000**
**McDonald's:** New cage space
requirements *(72 sq. in.)*



**June 2001**
**Burger King:**
New cage space
requirements
*(75 sq. in.)*

**2000-2001**
FMI & NCCR meet with UEP at the request of Kroger, Walmart, Safeway, Albertsons and Ahold

| 1999 | 2000 | 2001 |

## 2002 - 2007: Rose Acre joins UEP in response to customer demand



**2000 - 2001**
PETA targets supermarkets

D-718

**Late 2001 - Early 2002**
Kroger & Walmart tell Rose Acre: *will* *require* UEP certification





**Curtis Amundson**

 **Kraft**

"...you could see it coming with what happened at McDonald's...And it was a matter of time until it passed to other areas."

Amundson, Apr. 3, 2013, 49:9-12

**Feb 2002**
Rose Acre joins UEP

**Apr 2002**
Rose Acre applies to become UEP certified

**2006**
Nestlé demands certified eggs for Dreyer's ice cream

**2006**
Kraft adopts animal welfare policy

**June 2007** **Kraft**
Kraft *demands* UEP certified egg products

 **Kraft**

**2005-2006**
Kraft Animal Welfare Task Force

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |

# Rose Acre Was <u>NOT</u> Involved In An Alleged "Conspiracy"



✓ Rose Acre's customers demanded the certified program

✓ Rose Acre grew consistently, spending $215M

✓ Rose Acre acted solely in its own best interest

✓ Rose Acre's own flock supply increased

✓ Rose Acre's own egg production increased

✓ Rose Acre exported surplus eggs during times of lower demand

✓ Rose Acre never participated in a single short-term measure

✓ National flock size increased

✓ National egg production increased

✓ Egg prices decreased