# Exhibit A



## Cal-Maine: Focused on Its Customers







## Cal-Maine Had Nothing to Hide



**Dolph Baker**

Cal-Maine Foods

```
6   Q.  Sir, was there anything about the certified program that
7   you were attempting to hide from your customers?
8   A.  No, sir, we were very transparent and wanted to share this
9   study with them.
```

Trial Transcript 1822:6-9, 1671:12-18

5

## Agenda

| 1 | Molts and Slaughters |
| 2 | Exports |
| 3 | Certified Program |
| 4 | The Relevant Market |
| 5 | Plaintiffs' Failure of Proof |

6

3

## Instruction #43: Injury before 2004

Evidence of competitive harm or **injury before October 2004 cannot be considered** by you in determining whether the actions of Defendants and co-conspirators caused competitive harm or **injured Plaintiffs** from October 2004 to December 2012.

You can consider evidence before October 2004 in determining whether any Defendant entered or participated in the alleged conspiracy

Page 49

7

## Focus on the Relevant Time Period for Injury



8

4

# MOLTS AND SLAUGHTERS

## Molts & Slaughters: Standard Egg Production Practices

 **Induced Molts Help Productivity.**

 **Slaughters Remove Older, Less Productive Hens. Replace with Younger, More Productive Hens.**

## Molts & Disposals Serve a Legitimate Business Purpose



**Dr. Armstrong**
Scientific Advisory Committee

```
 5        Could you just briefly explain the purpose of a molt
 6   in commercial production?
 7   A.  If you think about a molt, you have a flock of hens that
 8   after a period of weeks, the eggs start to get brittle.  The
 9   birds have been producing a lot.  Their body stores have gone
10   down, and you're at a point where the bird either needs to be
11   terminated, euthanized, or harvested.  Molting then allows the
12   bird to be rejuvenated.
13        So molting means you're stopping egg production.  The
14   bird can have a chance to rejuvenate, and then you have
15   another whole round of egg production.  Sometimes it can go to
16   three cycles, two molts in the past.  So you think about
17   molting from a natural situation, a bird's molt, they lose
18   feathers, etcetera, but in this case, it's a chance for the
19   bird to be rejuvenated after several weeks of producing eggs
20   every 28 hours.
```

## Slaughters: Replace Old Hens with Younger Hens



**David Hurd**



```
15        If you're moving out a house of older birds that are
16   laying at a lower rate of production, you're going to be
17   putting in younger birds that are immediately going to get up
18   to a higher rate of production. [...]
25   Q.  And if you slaughter less productive hens and then put in
 1   younger hens that are about to be more productive, again,
 2   overall, would you be increasing egg production or decreasing
 3   it?
 4   A.  You would be increasing once the young flock came in to
 5   lay.
```

## Instruction #38: Competitive Benefits

**Procompetitive benefits include**, but are not limited to, **increasing production**, lowering prices, increasing consumer choice, **meeting customer demand**, creating a new product, and **improving product quality**.

Page 43

13

## Customers' Seasonal Shell Egg Demand



14



## Cal-Maine's Playbook

**Dolph Baker**

Cal-Maine Foods

12  Q.  The decision to slaughter or dispose of hens at the
13  105-week level and the 63-week level, were those discussed in
14  the Monday morning meetings and was it determined that those
15  were right for Cal-Maine?
16  A.  Yes.
17  Q.  Did you ever make any inquiry at any time to find out what
18  your suppliers were doing -- I'm sorry, what your
19  competitors --
20  A.  No, sir.

Trial Transcript 1863:1-11                                          15

## Cal-Maine's Statements Didn't Have an Impact

**Dr. Walker**

18          Is it your opinion that Dolph Baker was wrong by
19  thinking that Cal-Maine would increase egg prices by
20  committing in writing, along with others in the industry, to
21  engage in early slaughter and flock reduction?
22  A.  I don't know what Mr. Baker thought.  I don't know that he
23  thought that.
24  Q.  But you think he'd be wasting his time by committing in
25  writing to engage in this practice, correct?
1   A.  All one-half of a second it took him to sign his name.
2   It's a waste of that half second.

Trial Transcript 5541:18-5542:2                                     16

8

## Competitors Took Advantage



**Marcus Rust**



```
3    Q.  And you understood when you joined the UEP, that for many
4    years, the UEP had been involved with recommending supply
5    restrictions, right, sir?
6    A.  The UEP always collected this USDA data that the U.S.
7    government collected that says how many -- what the hatch is,
8    what the inventory is.  And then UEP would take all those
9    government numbers and come back to their members and offer
10   voluntary suggestions of what you should do to have more birds
11   or less birds, the market may be here, it may be there.
12          And then producers would -- some of them would listen
13   to it and some would, oh, if they're going to do that, I'm
14   going to build more houses or add more production, have more,
15   then.
```

Trial Transcript 4423:3-18

17

# EXPORTS

18

9









## Why Export? International Demand Increased

**General Mills**

**US is Seeing New Export Demand from Europe and Asia**

- US shell egg exports have doubled in last year
  - Egg product exports up 18%
- Stricter animal welfare laws in Europe
  - Less European production allows for more US imports
- High energy costs encourage export shipments of high value products like eggs instead of corn or meal
- Bird flu concerns continue
  - Recently found in Germany
- Currency benefits; weak dollar

GENERAL MILLS

GMI Confidential

**DEFENDANTS'
EXHIBIT
Case No. 1:11-cv-08808
D-0013**

DX-13

23

---

## Exports: Demand Begins with a Foreign Buyer

### Phyllis Blizzard Read-In Testimony

| 23 | Q. Prior to September of 2010, who at UEP made the |
| 24 | determination whether or not an export to a European market |
| 25 | should take place? |
| 1 | A. We were called by an exporter. We would take it to the |
| 2 | board. |

24

12

11/18/2023





## Cal-Maine Exported Nest Run Eggs



Your percentage share of this export is _39,685_ cases.

This order calls for the delivery of 48# class #1 gradable nest run eggs.

PLAINTIFFS' EXHIBIT
Case No. 1:11-cv-08808
P-0059

27

## Cal-Maine: Transparent with Customers



-----Original Message-----
**From:** Ken Paramore [mailto:kparamore@cmfoods.com]
**Sent:** Tuesday, January 16, 2007 2:05 PM
**To:** 'McNeely, Pharr 048'
**Subject:** Egg Market

Pharr
Per our conversation this am, the egg market is rising rapidly everyday at this time. Primary reasons behind this are the normal reduction in flock size after the holiday period and an unexpected 300 load export order to Europe. Our company as well as others in the industry are paying a premium for the few non committed eggs available in order to fill our customer orders. There could be as much as a 20% increase in the egg market even from today's quote. The export is scheduled to ship thru Feb 2 and with Easter coming in early April, supplies are expected to remain tight for next few weeks? Obviously, this is a best guess scene at this point. Please advise if more info is required and I will keep you updated as we go forward. We sincerely appreciate your understanding and the opportunity to serve!

PLAINTIFFS' EXHIBIT
Case No. 1:11-cv-08808
P-0437

28

14





## PETA Focused on Cage Space



**August 2, 2001**

Karen Brown
Food Marketing Institute



2. Cease buying eggs from suppliers that give hens less than 75 square inches of space per bird with the ultimate goal of phasing out battery cages altogether. Currently, suppliers cram hens into wire mesh battery cages with about as much space per bird as one-half of a sheet of standard paper. This abuse, which has been condemned as cruel by the entire European Union, is the *modus operandi* for America's egg suppliers. The average stocking density for hen houses across the United States is an abysmal 48 to 54 square inches per bird—these conditions don't allow hens enough space to spread even one wing their entire lives, and death losses are in excess of 16 percent in many systems.

DEFENDANTS'
EXHIBIT
Case No. 1:11-cv-08808
**D-0658**

31

---

## Instruction #32: Membership

In determining whether a defendant was a member of the alleged conspiracy, you should **consider _only_ the evidence about that particular defendant's statements and conduct**, including any evidence of that defendant's knowledge and participation in the events involved and any other evidence of that particular defendant's participation in the conspiracy alleged.

Page 33

32

## Instructions #48: Member Liability

A person or business that belongs to an association or trade association does not become liable for violating the antitrust laws simply because the association or trade association is liable for such violation. Instead, Plaintiffs must prove that the Defendant in question knew of and participated in the conduct that you find unlawful.

**The issue you must decide is whether Plaintiffs proved that Defendants used the membership organization and its challenged practices in an anticompetitive manner.**

Page 54

33

## Cal-Maine Is Not UEP



Gene Gregory     Al Pope

Don Bell     Phyllis Blizzard     Linda Reickard

34

17















## Grocers Go to FMI for a Level Playing Field

**Karen Brown**

49:20 Q. Why don't you turn back to what
49:21 was marked as Brown-2, the article. I'll
49:22 direct your attention to page 656. The first
49:23 full paragraph on that page. The second
49:24 sentence in that paragraph reads, "To this
49:25 end, late in 2000, the Food Marketing
50:02 Institute...was asked by five member
50:03 companies [Ahold..., Albertsons...,
50:04 Kroger..., Safeway..., and Wal-Mart
50:05 Stores...] to develop a voluntary policy and
50:06 programme to address animal welfare that the
50:07 entire supermarket industry could embrace."
57:05 Q. I said so is it fair to say
57:06 that these members were looking to FMI to
57:07 develop a single industry approach to the
57:08 animal welfare issues they were concerned
57:09 about?
57:11 THE WITNESS: They wanted FMI to
57:12 work with them on developing an
57:13 industry position.

41



## TIMELINE

**Aug 2000**
McDonald's
Announces 72"
after PETA attacks

**Late 2000**
"Big Five" Grocers Go
to FMI

| 2000 | 2001 | 2002 |
|---|---|---|

**Sep 2000**
Walmart
Targeted

**Sep 2001**
PETA Continues
Pressure on Walmart

42

21

## PETA Ramps Up Pressure on Walmart in 2001



## Cal-Maine Faced Uncertainty in the Market



















## The FMI Program: The Chicken and the Egg



JUNE 2002 REPORT
FMI-NCCR Animal Welfare Program

During the past 20 months, FMI and NCCR have been meeting in person and by conference call with our respective retail member committees, our independent advisors and producer organizations. Our experts have reviewed existing producer animal welfare guidelines, identified gaps and recommended specific changes, additions and revisions.

**Laying Hens**
FMI and NCCR recommend to their members the 2002 guidelines of the United Egg Producers (UEP) for use with their suppliers of eggs and egg products.

UEP developed a process specifically to address animal welfare concerns in 1999 and formulated their guidelines with the input of a Scientific Advisory Committee. During the past twelve months, UEP has made significant progress on a number of their most challenging issues, including beak trimming, induced molting, space allocation, handling, transportation, handling and processing of spent hens, and euthanasia.

DX-674                                                                 53

## Plaintiffs' Expert: Wrong on the Facts



Dr. Baye

```
14            And as I looked at the record, it's fairly clear
15   that, early on, the incentives of individual parties to join
16   the UEP and, in particular, sell certified eggs versus
17   noncertified eggs, wasn't nearly as strong as it was later in
18   the period here under Restriction 5. And that partly stems
19   from the fact that the customers weren't clamoring to buy
20   certified eggs under -- at the very beginning of the
21   guidelines.
```

Trial Transcript 2559:14-21                                            54

27

















31





## Our Customers Supported the 100% Rule



## FMI Supported the 100% Rule







## The 2005 Backfilling Ban: Based on Science



Dear Chairman Bahan:

The UEP Scientific Advisory Committee for Animal Welfare is extremely concerned about the egg industry's current practices of backfilling. When the scientific committee established the welfare guidelines for cage space allocation, it was not our original intention to allow for the backfilling of cages by spare birds.

Bird welfare is compromised when backfilling is done every month to replace mortality for the purpose of keeping houses full. Science has shown that mixing birds from other flocks and with different ages increases susceptibility to disease. Older hens may harbor disease-causing pathogens that are easily transmitted to younger pullets that may have not been fully vaccinated or have had the opportunity to develop full immunocompetency. In addition, the introduction of unfamiliar birds to resident birds increases social competition and stress, which can increase mortality and decrease production.

It is with utmost urgency that the Producer's Committee for Animal Welfare advises egg producers who participate in UEP's Animal Care Certified Program to eliminate the practice of backfilling. Your customers as well as FMI and NCCR will not approve of the practice of backfilling. It is essential that you maintain science-based guidelines. We urge you to make this correction. It is imperative that the egg industry responds quickly to this issue so that they can continue to be the leaders in animal agriculture relative to self-regulation of welfare guidelines.

DX-882     69

## Cal-Maine's Largest Customers Demanded Certified Eggs



# Plaintiffs' Conspiracy Theory about the Certified Program Fails

71

## Plaintiffs' Conspiracy Theory: <u>Not</u> Supported by Evidence



72

## Plaintiffs' Failure of Proof



73

## Instruction #32: Membership

Before you can find that a Defendant was a member of the conspiracy alleged by Plaintiffs, the evidence must show that that defendant **knowingly joined** in the unlawful plan at its inception, or at some later time, **with the intent to further the purpose of the conspiracy**.

\*\*\*

You **may not find** that a defendant or an alleged co-conspirator was a member of a conspiracy **based only** on its **association** with or **knowledge of wrongdoing**.

Page 33

74





## Instruction #37: Market Power

An important factor **in determining whether Defendants and the alleged co-conspirators possesses market share**, that is, its percentage of the products or services sold in the relevant market by all competitors.

Page 41

77

## No Power to Move the Market



78

39

# Plaintiffs' "But-For" World Doesn't Prove Injury

79

---

## Plaintiffs' "But-For" World Is a "Caricature of Reality"



**Dr. Baye**

| | |
|---|---|
| 22 | Q.  And so this but-for world that you've created, that's |
| 23 | built on assumptions, correct? |
| 24 | A.  Any model is built on assumptions, yes. |
| 25 | Q.  It's a model, it's a hypothetical, correct? |
| 1 | A.  It's trying to model -- yeah, ==it's fair to say it's a== |
| 2 | ==caricature of reality.== |

Trial Tr. 2833:22-2834:2

80

40









11/18/2023









# Plaintiffs' Failure of Proof On Market

89

## Jury Instruction: Proof of a Relevant Market

"In evaluating whether various products are reasonably interchangeable or reasonable substitutes for each other, you may also consider …

- the presence or absence of specialized vendors;

- the perceptions of either industry or the public as to whether the products are in separate markets;

- the views of the Plaintiffs and Defendants regarding whom their respective competitors are; and

- the existence or absence of different customer groups or distribution channels."

90

## Plaintiffs' Egg Products Suppliers (2006)

**UEP Certified** — 6 Producers

- Rose Acre Farms
- Wabash Valley
- Shepherd's Processed Eggs
- Michael Foods / Papetti's
- Henningsen Foods
- Golden Oval

**Not UEP Certified** — 19 Producers

- Burnbrae Farms
- Cutler Egg Products
- Biscomerica
- Mays
- National Egg
- Natural Products
- Global Egg Corporation
- Scoular
- Puratos
- Primera
- De Wafelbakkers
- Oskaloosa Food Products
- Bender Goodman
- Cargill
- Lashbrook Farms
- Sunny Fresh
- Rembrandt Foods
- Holton Food Products
- Farmer's Organic Foods International
- Yardley Farms, L.L.C.

Source: DX-483; General Mills,' Kellogg's, Kraft's, and Nestle's Amended Interrogatory Answers dated Jan. 31, 2013; S. Manion Oct. 30, 2023 Testimony

93

## Plaintiffs' Egg Products Suppliers (2006)

**UEP Certified** — 6 Producers

- Rose Acre Farms
- Wabash Valley
- Shepherd's Processed Eggs
- Michael Foods / Papetti's
- Henningsen Foods
- Golden Oval

**Not UEP Certified** — 19 Producers

- Burnbrae Farms
- Cutler Egg Products
- Biscomerica
- Mays
- National Egg
- Natural Products
- Global Egg Corporation
- Scoular
- De Wafelbakkers
- Bender Goodman
- Cargill
- Sunny Fresh
- Farmer's Organic Foods International
- Yardley Farms, L.L.C.

**Rembrandt Foods**

Source: DX-483; General Mills,' Kellogg's, Kraft's, and Nestle's Amended Interrogatory Answers dated Jan. 31, 2013; S. Manion Oct. 30, 2023 Testimony

94









