# EXHIBIT A

## Exports to Restrict Supply

| Year | Number of exports | Containers | Cases (x 800) | Dozens (x 30) | Eggs (x 12) |
|---|---|---|---|---|---|
| 2000 | 4 | 381 | 304,800 | 9144000 | 109,728,000 |
| 2001 | 3 | 252 | 201,600 | 6048000 | 72,576,000 |
| 2002 | 2 | 280 | 224,000 | 6,720,000 | 80,640,000 |
| 2003 | 1 | 300 | 240,000 | 7,200,000 | 86,400,000 |
| 2004 | -- | -- | -- | -- | -- |
| 2005 | -- | -- | -- | -- | -- |
| 2006 | 1 | 90 | 72,000 | 2,160,000 | 25,920,000 |
| 2007 | 4 | 932 | 745,600 | 22,368,000 | 268,416,000 |
| 2008 | 3 | 220 | 176,000 | 5280000 | 63,360,000 |
| **Total** | 18 | 2455 | 1,964,000 | 58,920,000 | 707,040,000 |

Plaintiff Exs. 24, 59, 62, 181, 189, 191, 219, 242, 226, 279, 297, 307, 362, 367, 368, 370, 372, 374, 378, 379, 555, 636, 693, 794