**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                                Plaintiff,

v.                                                                                           Case No.: 1:11–cv–08808
                                                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 16, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Jury trial held on November 16, 2023. The Court presided over the sixth and final jury instructions conference at 10:30 a.m. The Court finalized the jury instructions and the jury verdict form. The Court reconvened with the jury at 1:00 p.m. The Court reopened the record for the limited purpose of allowing Plaintiffs to present transactional data showing purchases of egg products from Defendants and the alleged co–conspirators. The Court reopened the record given that the jury verdict form includes a question about the timing of the alleged injury. The Court and counsel finalized the jury verdict form after the closing of the record, so the Court reopened the record to allow Plaintiffs to introduce evidence that speaks to the timing. After admitting those exhibits, the Court closed the record for the second and final time. The Court gave final jury instructions. Plaintiffs' counsel delivered closing argument. Closings will continue on November 17. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.