# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                  Plaintiff,

v.                                                                      Case No.: 1:11–cv–08808
                                                                        Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Jury trial held on November 17, 2023. Defense counsel delivered closing arguments. Plaintiffs' counsel delivered a rebuttal. The Court gave the last few jury instructions. The Court gave the jury the verdict form. The Court distributed the agreed upon indices for the jury, covering the list of admitted exhibits offered by each side. The jury began deliberating. The jury left for the day shortly after 5:00 p.m. (while the Court was covering housekeeping matters with counsel). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.