# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Kraft Foods Global, Inc., et al.

                                  Plaintiff,

v.                                                                            Case No.: 1:11–cv–08808
                                                                             Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: For the reasons explained on the record on November 17, 2023, Plaintiffs' motion to preclude commentary during closing arguments about the attendance or non−attendance of clients at trial (Dckt. No. [544]) is hereby granted. Attendance by clients at trial is welcome, but not required. The outcome of trials should not depend on who has the best attendance. No party should suggest to the jury that the case is more important to one side or the other based on the attendance of the clients. No party should argue that their case is more persuasive because their clients showed up, and the other side did not. The jury should decide the case based on the strength of the evidence, not based on the attendance at trial by the clients. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.