**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                                  Plaintiff,

v.                                                                                         Case No.: 1:11−cv−08808
                                                                                          Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: As confirmed on the record during trial, Plaintiffs' motion in limine to admit business records certification and permission to submit data in native format (Dckt. No. [322]) is hereby granted in large part. The Court finds that the certifications are sufficient to lay the necessary foundation. Plaintiffs sought permission to present the transactional data (Exhibit Nos. 739, 740, 743, and 745) in native format, given the volume of data. The Court is receptive to that request, but unfortunately Excel is incompatible with the JERS system. So the Court required Plaintiffs to submit the data to the jury in pdfs (which they later did). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.