# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.
                                 Plaintiff,

v.                                                 Case No.: 1:11−cv−08808
                                                       Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: During trial, this Court ruled that the Rule of Reason, not the per se rule, governs the Plaintiffs' claims. (Dckt. Nos. [527], [539]). And the Court instructed the jury accordingly. The Court will hold a hearing at 11:30 a.m. to explain in greater detail the basis for this Court's ruling. The Court does not expect oral argument. The goal is simply to provide a more detailed explanation. Parties are welcome to participate in person or by phone. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (888) 684−8852 and the access code is 9369830. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.