UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**PLAINTIFFS' DAMAGES PHASE WITNESS LIST**

Plaintiffs identify the following potential witnesses for their case-in-chief in the damages phase of trial. This list does not include records custodians to the extent they are needed to introduce exhibits. It also does not include witnesses Plaintiffs may call in a rebuttal case.

| Witness and Address | Employer | Brief Statement of the Evidence |
|---|---|---|
| **Michael Baye** <br> NERA Economic Consulting <br> 1255 23rd St., NW <br> Washington, DC 20037 <br><br> Department of Business Economics <br> Kelley School of Business Indiana University <br> 1309 East Tenth St. <br> Bloomington, IN 47405-1701 | NERA | Dr. Baye is expected to present expert testimony regarding Plaintiffs' damages, including Plaintiffs' purchases of egg products and the impact and effect of the conspiracy on prices of eggs and egg products. |

| | | |
|---|---|---|
| **Nathan Blalock**<br>NERA Economic Consulting<br>1255 23rd St., NW<br>Washington, DC 20037 | NERA | Mr. Blalock is expected to testify as a summary witness regarding Plaintiffs' purchases of egg products, Urner Barry data, and overcharges based on statements made by Gene Gregory. |
| **Vinay Vallabh**<br>412 N. Wells St.<br>Chicago, IL 60654 | Kellogg | Mr. Vallabh is expected to testify as a summary witness regarding Plaintiffs' purchases of egg products close in time to the seven exports at issue and overcharges based on statements made by Gene Gregory. |
| **Kelly Tobey**<br>1 Kellogg Square,<br>Battle Creek, MI 49017 | Kellogg | Ms. Tobey is expected to testify as a summary witness regarding Plaintiffs' purchases of egg products close in time to the seven exports at issue and overcharges based on statements made by Gene Gregory. |
| **Douglas Keaton**<br>30003 Bainbridge Road<br>Solon, OH 44139 | Nestlé USA | Mr. Keaton is expected to testify as a summary witness regarding Plaintiffs' purchases of egg products close in time to the seven exports at issue and overcharges based on statements made by Gene Gregory. |

November 24, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlé USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484

akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com


Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com