# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger <br><br><br> **ORAL ARGUMENT REQUESTED** |
| v. | | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. Defendants. | | |

### DEFENDANTS ROSE ACRE FARMS, INC., CAL-MAINE FOODS, INC., UNITED EGG PRODUCERS, INC., AND UNITED STATES EGG MARKETERS, INC.'S MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFFS' WITNESS DR. MICHAEL BAYE ON DAMAGES

For the reasons set forth in the accompanying memorandum of law, Defendants Rose Acre Farms, Inc., Cal-Maine Foods, Inc., United Egg Producers, Inc., and United States Egg Marketers, Inc., by and through their attorneys, move pursuant to Rules 402 and 403 of the Federal Rules of Evidence to exclude or limit Plaintiffs' expert Dr. Michael Baye from offering opinions on the damages Plaintiffs purportedly sustained as a result of the short-term measures, the USEM exports, and Defendants' participation in the Certified Program, including its cage-space requirements and backfilling limitations.

23397038v1

Dated: November 24, 2023  Respectfully submitted,

*/s/ James A. King*
James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
Eric B. Gallon (egallon@porterwright.com)
  (pro hac vice)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215-6194
Tel: (614) 227-2000

Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

**Counsel for Defendant Rose Acre Farms, Inc.**

| | |
|---|---|
| */s/ Robin P. Sumner* | */s/ Patrick M. Collins* |
| Robin P. Sumner (robin.sumner@troutman.com) | Patrick M. Collins (pcollins@kslaw.com) |
| Kaitlin L. Meola (kaitlin.meola@troutman.com) | Livia M. Kiser (lkiser@kslaw.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Patrick M. Otlewski (potlewski@kslaw.com) |
| 3000 Two Logan Square, 18th and Arch Streets | Abigail Hoverman Terry (aterry@kslaw.com) |
| Philadelphia, PA 19103-2799 | KING & SPALDING LLP |
| Tel: (215) 981-4000 | 110 North Wacker Drive, 38th Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 995-6333 |

/s/ Robin P. Sumner
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly DiRago
(Molly.DiRago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923

***Counsel for Defendants***
***United States Egg Producers, Inc. &***
***United States Egg Marketers, Inc.***

/s/ Patrick M. Collins
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

***Counsel for Defendant***
***Cal-Maine Foods, Inc.***