# ATTACHMENT A

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0020 | 9/16/2008 | UE0312433 | UE0312437 | UEP Summary of Exports from 2000 to 2008 | 105; 402; 403; 802 | Relevant evidence of exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| P-0024 | 8/1/2008 | UE0271763 | UE0271764 | August 2008 Export Case Volume. | 402; 403 | Relevant to show exports. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| P-0026 | 7/31/2008 | RA0045789 | RA0045790 | Memo to USEM members | None | | Yes |
| P-0033 | 5/9/2008 | RA0044404 | RA0044406 | Email to USEM members requesting vote on export order | 105; 402; 403; 802 | Relevant to show exports; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants | |
| P-0048 | 8/17/2007 | CM00448920 | CM00448926 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "USEM Export"; "Dried Egg Inventory"; "Letter to Bay Area Vegans"; "Costs of Alternative Housing Systems"; "Interesting Numbers" are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| P-0052 | 5/31/2007 | UE0094181 | UE0094182 | April-May 2007 Export Case Volume | 402; 403 | Relevant to show exports. 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| P-0053 | 5/30/2007 | KRA00026658 | KRA00026663 | Greg Hinton letter to John Gregory (Kraft Foods) | 105; 802; 805 | Admissible under 801(d)(2)(A). Admissible against Rose Acre and UEP. | |
| P-0059 | 2/13/2007 | CM00404138 | CM00404139 | USEM letter to Cal-Maine | None | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| P-0062 | 2/1/2007 | UE0090761 | UE0090762 | February 2007 Export Case Volume | 402; 403 | Relevant to show exports. 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| P-0066 | 1/23/2007 | UE0211918 | UE0211919 | UEP Marketing Committee Meeting Minutes. | 402; 403; 805 | Relevant to exports and to show plan to raise prices; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants | Yes |
| P-0070 | 1/4/2007 | RWS 000000428 | RWS 000000437 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "USEM Export", "Egg Product Exports", "December 1st Flock size", "UEP's Role in a Profitable Industry" and statistics re flock size and price are admissible under 801(d)(2)(A) and (E); other portions will be redacted., including "Washington Report." Admissible against all defendants. | |
| P-0075 | 12/22/2006 | MOARK0003709 | MOARK0003710 | Gregory email to certain producers re: Some Good News | 105; 402; 403; 802 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

**PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST**

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0076 | 12/21/2006 | NL001760 | NL001760 | Gregory email to Seger and others re: List of Producers | 105, 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| P-0077 | 12/21/2006 | UE0153488 | UE0153488 | USEM Export Committee Conference Call Meeting Minutes | 105; 402; 403; 802; 805 | Relevant to exports; admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| P-0081 | 11/1/2006 | UE0133380 | UE0133383 | United Voices Newsletter | 802* | Articles "USEM Takes Export Order," "USEM Annual Meeting," "2007 Committee Appointments," and "Free Range" are admissible under 801(d)(2)(A) and (E); other portions will be redacted. Admissible against all defendants. | |
| P-0083 | 10/20/2006 | UE0199769 | UE0199769 | USEM letter to UEP members | 105; 402; 403 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| P-0102 | 4/13/2006 | UE0133640 | UE0133643 | UEP United Voices Newsletter | 802* | Article "Supply/Demand Alert," "Egg Products," and "Flock Performance Data" are admissible under 801(d)(2)(A) and (E); other portions will be redacted. Admissible against all defendants. | |
| P-0279 | 2/16/2007 | RA0000702 | RA0000710 | Patricia Huff email to Greg Hinton attaching UEP United Voices | 105; 402; 403; 602; 701; 802; 805 | Email with Article "USEM Takes Another Export" relevant to show exports and article "Industry's Largest Producers" relevant to show market power. Admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. Remainder to be redacted. | |
| P-0281 | 8/9/2007 | RA0042926 | RA0042926 | USEM Export Committee Conference Call Minutes | 105; 402; 802 | Minutes of USEM Meeting relevant to show exports. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| P-0297 | 08/2007 - 09/2007 | UE0095810 | UE0095811 | Export Case Volume Aug-Sept 2007 | 402; 403; 802; 901 | Relevant statements to show exports; admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Document produced by UEP. Admissible against all defendants. | |
| P-0312 | 8/1/2008 | UE0316921 | UE0316922 | Export Case Volume August, 2008 | 105; 802 | Relevant to show exports admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| P-0314 | 6/1/2008 | UE0457968 | UE0457971 | Export Case Volume | 105; 8002 | Relevant to show exports; admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| P-0340 | 11/21/2005 | KEL00022219 | KEL00022229 | Michael Foods Quantity Contract with Kellogg's | None | | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0344 | 1/1/2009 | MFI0094714 | MFI0094732 | Master Supply Agreement between Michael Foods and Kellogg Company | None | | |
| P-0355 | 11/17/2006 | MOARK0009486 | MOARK0009493 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Value of a Timely Export" contains relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others will be redacted, including "Washington Report." | |
| P-0356 | 7/10/2008 | MOARK-IPP-0028504 | MOARK-IPP-0028505 | Letter from Gene Gregory to USEM members | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A) and (E) Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| P-0362 | 4/27/2007 | RA0002299 | RA0002306 | United Voices Newsletter | 802* | Articles "USEM Takes Another Export," "Cal-Maine Foods and Country Creek Farms to Acquire Arkansas Farm," "Promising Signs from Layer Flock Data" admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others to be redacted. | |
| P-0378 | 6/1/2008 | UE0199756 | UE0199757 | Export Case Volume. | 402; 403 | Relevant to exports; admissible under 803(6); probative value is not substantially outweighed by unfair prejudice | |
| P-0379 | 1/1/2007 | UE0199809 | UE0199810 | Case Volume for Exports. | 402; 403 | Relevant to exports; admissible under 803(6); probative value is not substantially outweighed by unfair prejudice | |
| P-0404 | 1/1/2006 | UE0305320 | UE0305342 | 2006 Edition United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks | None | | |
| P-0405 | 2/19/2001 | CM00416556 | CM00416559 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article "Does Your UEP Membership Provide a Return on Investment" admissible under 801(d)(2)(A) and (E). All other articles will be redacted. Admissible against all defendants, including "Washington Report." | |
| P-0480 | 4/5/2008 | KEL00017409 | KEL00017455 | April 2008 internal Kellogg presentation titled "KNA [Kellogg North America] Procurement Update." | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| P-0482 | 6/11/2008 | KEL00017722 | KEL00017753 | June 2008 internal Kellogg presentation titled "KNA [Kellogg North America] Commodity Outlook, 2008 - 2009." | 402; 802; 805; 901 (highlighting) [Jenner note: replaced and sent to Defendants on 9/19/2022] | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| P-0483 | 1/29/2003 | KEL00017925 | Same | January 2003 email from Wabash Valley to Kellogg memorializing some terms of a renewed supply agreement for Kellogg's Rossville, TN plant. | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| P-0488 | 8/7/2003 | KEL00018140 | KEL00018196 | August 2003 internal Kellogg presentation titled "Procurement Overview." | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0498 | 7/1/2008 | KRA00010551 | KRA00010559 | 2008 internal Kraft presentation | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| P-0501 | 5/20/2005 | KRA00049855 | KRA00049858 | 2005 letter from Bryan Hendrix at Rose Acre to Kraft's Curtis Amundson re RA's involvement in UEP's certification program. | 105; 802 | 801(d)(2)(A), (E); admissible against all defendants. | |
| P-0515 | 3/1/2007 | GMI00017136 | GMI00017170 | March 2007 General Mills presentation by Tiffany Mercuri, titled "Eggs." | 701; 602; 802; 805 | Admissible through business record exception to hearsay (803(6)); does not contain improper lay opinion--factual analysis of egg industry; foundation can be laid by corporate rep | |
| P-0525 | 5/2/2005 | KRA00014700 | KRA00014701 | Amundson Ex. 4; Animal Welfare Task Force Charter | None | | Yes |
| P-0555 | 11/22/2006 | illegible number | illegible number | Gregory Ex. 80; USEM Letter to USEM Members from Gene Gregory | 105, 702 | 702 not applicable; 801(d)(2)(A) through (E); admissible against all defendants. | |
| P-0568 | | | | Tran Ex. 2; undated spreadsheet listing products invoiced | None | | Yes |
| P-0571 | 4/17/2007 | NUCAL-08md2002-0000456 | NUCAL-08md2002-0000457 | Gregory Ex. 81; USEM Letter from Gregory to USEM Members | 802, 901, 403, 602 | 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by prejudicial effect. Authentic. | Yes |
| P-0630 | | KRA00045832 | KRA00045841 | Undated (though likely 2009) internal Kraft presentation by Scott Manion, titled "Liquid Eggs Category: Short-Term Recommendation." | 802 | Admissible under 803(6). | |
| P-0651 | 3/13/2001 | GMI00014925 | GMI00014926 | Tran Ex. 14, M.G. Waldbaum Company grain based pricing quote for General Mills | | | |
| P-0694 | 11/7/2006 | CM00406591 | CM00406591 | G. Gregory Letter to USEM members re changes on current export order | 802 (hearsay); 602 (no foundation) | Export commitments; admissible under 801(d)(2)(A) and (E) and 803(6). | |
| P-0731 | 1/1/2003 | KEL00006643 | KEL00006648 | 2002 Kellogg Organization Chart | | | |
| P-0733 | 11/1/2007 | KEL00014917 | KEL00014942 | 2007 Kellogg Organization Chart | | | |
| P-0736 | | | | Group Exhibit - Urner Barry Data | 402; 802; 901; 1006 | Relevant, 803(6), non-hearsay purpose (effect on listener), authentic; unclear what 1006 objection could possibly be | Yes |
| P-0739 | | | | Group Exhibit - General Mills, Inc. transaction for January 1999 to December 2012. | None | Authentic; 803(6) | |
| P-0740 | | | | Group Exhibit - Kraft Foods Group, Inc. transaction data for September 2008 to August 2013. | None | Authentic; 803(6) | |
| P-0743 | | | | Group Exhibit - Nestle USA, Inc. transaction data for January 2000 to December 2012 | None | Authentic; 803(6) | |
| P-0744 | | | | Group Exhibit - Rose Acre Farms transaction data for August 1999 to October 2012. | None | | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0745 | | | | Group Exhibit - The Kellogg Company transaction data for January 2002 to December 2012. | None | Authentic; 803(6) | |
| P-0788 | 3/7/2008 | MOARK-IPP-0029192 | MOARK-IPP-0029196 | Dent to Gentry re LRP call PEPA Annual Convention | | | |
| P-0821 | 1/31/2013 | | | General Mill's Objections and Amended Answers to Defendants' First Set of Interrogatories | | | |
| P-0832 | 5/31/2005 | KRA00027999 | KRA00027999 | Email from Greg Hinton to Curtis Amundson re UEP Audit Results | | | |
| P-0833 | 2004 | KRA00046260 | KRA00046315 | Egg Products Supply Agreement between Kraft and Rose Acre for 2004 | | | |
| P-0834 | 10/30/2006 | KRA00016957 | KRA00016957 | Email from Curtis Amundson re Animal Welfare Language | | | |
| P-0835 | 6/28/2005 | KRA00053201 | KRA00053202 | Egg Products Supply Agreement between Kraft and Rose Acre for 2007 | | | |
| P-0880 | 9/11/2007 | UE0004849 | UE0004849 | UEP Invoice for Export Loads from Rose Acre | | | |
| P-0981 | 9/12/2007 | UE0005076 | UE0005076 | UEP Invoice for Export Loads - Cal-Maine | | | |
| P-0982 | 6/20/2008 | UE0007613 | UE0007613 | UEP Invoice for Export Loads - Cal-Maine | | | |
| P-0983 | 9/24/2008 | UE0008477 | UE0008477 | UEP Invoice for Export Loads - Cal-Maine | | | |
| P-2000 | 4/19/2005 | GMI00032051 | GMI00032052 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2001 | 12/14/2005 | GMI00032046 | GMI00032047 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2002 | 3/30/2006 | GMI00032044 | GMI00032045 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2003 | 12/13/2007 | KEL00020294 | KEL00020296 | Kelloggs Quantity Contract with Wabash Valley Produce Inc. | | | |
| P-2004 | 7/15/2008 | NES00001513 | NES00001517 | Nestle Supply Agreement with RBallas Egg Products (Wabash Valley) | | | |
| P-2005 | 12/12/2008 | NES00004508 | NES00004516 | Nestle Quantity Contract with Rose Acre Farms | | | |
| P-2006 | 11/24/2023 | KEL00022205 | KEL00022205 | Kelloggs' Domestic Records | | | |
| P-2007 | 11/22/2023 | | | Kraft Foods Global Inc.'s Domestic Records | | | |
| P-2008 | 11/24/2023 | NES00004499 | NES00004500 | Nestle's Domestic Records | | | |
| P-2009 | | | | Plaintiff Purchases Summary Exhibit | | | |
| P-2010 | | | | Revised Exhibit 26 to Dr. Baye Report | | | |
| | | | | Urner Barry Summary Exhibits | | | |
| D-0003 | 6/19/2003 | GMI00014923 | GMI00014923 | General Mills Top Line Egg Summary | | | |
| D-0009 | 2/14/2007 | GMI00023386 | GMI00023393 | United Voices | | | |
| D-0011 | 6/1/2007 | GMI00023656 | GMI00023674 | General Mills Egg Pricing Strategies Presentations | | | |
| D-0013 | 10/10/2007 | GMI00001153 | GMI00001169 | General Mills Egg Overview Presentation | | | |
| D-0016 | 4/15/2008 | GMI00001000 | GMI00001013 | General Mills Rembrandt Strategy Review Presentation | | | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| D-0021 | 1/1/2009 | GMI00000968 | GMI00000975 | Supply Agreement between General Mills Operations, LLC and Primera Foods, Inc. | | | |
| D-0024 | 8/4/2010 | GMI00031088 | GMI00031088 | Email meeting invite from Dorazio re: Betty Crocker Fresh Eggs- Education and Discussion | | | |
| D-0035 | 8/15/2011 | GMI00030874 | GMI00030891 | Presentation titled: Egg Category Strategy: Putting All Our Eggs in One Basket | | | |
| D-0036 | 1/31/2013 | | | General Mills, Inc.'s Objections and Amended Answers to Defendants' First Set of Interrogatories | | | |
| D-0064 | 1/31/2013 | | | The Kellogg Company's Objections and Amended Answers to Defendants' First Set of Interrogatories | | | |
| D-0070 | 4/1/2002 | KRA00048928 | KRA00048928 | Egg Products Supply Agreement between Kraft Foods North America, Inc. and Rose Acre Farms, Inc. | | | |
| D-0076 | 5/1/2004 | KRA00046260 | KRA00046315 | Egg Products Supply Agreement between Kraft Foods and Rose Acre Farms | | | |
| D-0090 | 8/1/2005 | KRA00045829 | KRA00045831 | Kraft Foods Global Inc./Rose Acre Farms Inc. Amendment to Egg Product Supply Agreement | | | |
| D-0095 | 4/1/2006 | KRA00000019 | KRA00000038 | Kraft Draft Animal Welfare Policy and Program Recommendation | | | |
| D-0120 | 5/22/2008 | KRA00026759 | KRA00026759 | Egg Product Supply Agreement Amendment between Kraft and RAF (legible) | | | |
| D-0122 | 5/22/2008 | KRA00045811 | KRA00045814 | Egg Product Supply Agreement Amendment between Kraft and RAF with transmittal email | | | |
| D-0141 | 1/31/2013 | | | Kraft Foods Global, Inc.'s Objections and Amended Answers to Defendants' First Set of Interrogatories | | | |
| D-0156 | 12/13/2006 | NES00004540 | NES00004544 | Blanket Contract between Rose Acre and Nestle | | | |
| D-0159 | 8/15/2008 | NES00004529 | NES00004533 | Blanket Contract between Rose Acre and Nestle | | | |
| D-0173 | 1/31/2013 | | | Nestle USA, Inc.'s Objections and Amended Answers to Defendants' First Set of Interrogatories | | | |
| D-0175 | 7/10/2014 | | | Nestle USA, Inc. Stipulation | | | |
| D-0444 | 2/25/2003 | UE0169475 | UE0169476 | Letter from Pope to Sanger re: Animal Activist United Poultry Concerns (UPC) | | | |
| D-1217 | 1/19/2010 | KRA00046002 | KRA00046008 | Email from Manion to Moon and Delea et al. re: Animal Welfare Messaging | | | |
| D-1220 | 7/6/2010 | KRA00047596 | KRA00047598 | Email from Manion to Diercks re: Agenda and Expectations for Capabilities Presentation to Kraft Foods | | | |

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

**PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST**

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| D-1221 | 7/6/2010 | KRA00047584 | KRA00047586 | Email from Manion to Weinberg re: Agenda and Expectations for Capabilities Presentation to Kraft Foods | | | |
| D-1227 | | GMI00032605 | GMI00032612 | General Mills Inter-Business Egg Material Category Management: Business Case Summary-Status | | | |