UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

# DEFENDANTS' DAMAGES PHASE WITNESS LIST

Defendants Cal-Maine Foods, Inc., ("Cal-Maine"), Rose Acre Farms, Inc., (Rose Acre"), United Egg Producers, Inc. ("UEP"), and United States Egg Marketers, Inc. (USEM) by and through their attorneys, identify the following potential witnesses for their case-in-chief in the damages phase of trial.

| Witness | Affiliation | Anticipated Testimony |
|---|---|---|
| Dr. Jonathan Walker | Economists Inc. | Dr. Walker will testify as to relevant matters within his report, and will respond to Dr. Baye's rebuttal report and damages testimony that Dr. Baye provides at trial. |

| Gene Gregory Deposition Designation Testimony | United Egg Producers | To the extent that the Court allows the admission of evidence regarding the Gregory based damages model recently disclosed by Plaintiffs, the Defendants reserve the right to designate relevant testimony from Mr. Gregory to rebut the reliability of said model. |
|---|---|---|
| Reader for Admitted and/or Summary Exhibits | | As with the liability phase, the Defendants reserve the right to call a witness (likely an attorney from Defense counsel's firm) to read in admitted or summary exhibits. |

This list does not include records custodians to the extent they are needed to introduce exhibits. Defendants also reserve the right to call any witness identified on Plaintiffs' witness list to the extent the Court permits the testimony of that witness.

Dated: November 26, 2023  Respectfully submitted,

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP

110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

*Counsel for Defendant Cal-Maine Foods, Inc.*

/s/ Robin P. Sumner
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly DiRago
(Molly.DiRago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923

*Counsel for Defendants United*

/s/ Donald M. Barnes
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King
(jking@porterwright.com)
Allen T. Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*

*Egg Producers, Inc. & United States Egg Marketers, Inc.*