# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                              Plaintiff,

v.                                                              Case No.: 1:11–cv–08808
                                                                      Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the cross motions about expert witnesses, meaning Defendants' motion about Dr. Baye (Dckt. No. [565]), and Plaintiffs' motion about Dr. Walker (Dckt. No. [568]). The Court reviewed Plaintiffs' response, too. (Dckt. No. [575]) Defendants' response is due by 7:00 p.m. on November 27. A short and simple filing, spanning a couple of pages (or paragraphs, for that matter), is perfectly fine, especially given the time restraints. Basically, let the Court know the gist of your position, so that the Court can have the benefit of mulling it over before the hearing on November 28. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.