**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                                Plaintiff,

v.                                                                                   Case No.: 1:11−cv−08808
                                                                                     Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: By 7:00 p.m. on November 27 (if not before), Plaintiffs must file a short and simple preview of the damages that they will seek to recover during the damages phase. The Court will not hold Plaintiffs to it (i.e., it will not have preclusive effect), and the summary will not be admissible, either. The idea is simply to give the Court a sense of what damages Plaintiffs will seek, and how Plaintiffs got there. The preview could help Defendants contemplate any potential issues, too, and thus might streamline the damages phase of the trial by allowing everyone to flag potential issues before the jury trial resumes. The Court is contemplating a summary that spans a couple of pages, max. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.