**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                             Plaintiff,

v.                                                Case No.: 1:11−cv−08808
                                                                        Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 27, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: From time to time, the Court looks for the expert reports on the docket, and has a little trouble spotting them. The report from Dr. Baye, for example, is a sealed attachment to Defendants' motion to preclude Plaintiffs' expert from offering factual narrative testimony (filed on August 26, 2023, meaning three months and 400 docket entries ago). (Dckt. No. [172]−1). To make things user friendly, and easy for everybody, the Court directs the parties to file the reports from Dr. Baye and Dr. Walker on the docket, as freestanding docket entries (meaning one docket entry for Dr. Baye that attaches all of his relevant reports, and a similar docket entry for Dr. Walker). The reports themselves can be sealed attachments to a cover page. Please call the ECF entry "Expert Reports of Dr. Baye," or words to that effect, so that they are easy to find going forward. The filings should include any and all reports that were relevant to the liability phase and the damages phase. Please include all germane reports from each expert (including any rebuttal report). It would be helpful if Plaintiffs could include a short paragraph that points the Court to specific paragraphs that contain Dr. Baye's damages analysis. The Court assumes that Plaintiffs are relying on pages 75−84 of the report dated January 22, 2015 (Dckt. No. [172]−1). But if there is another section, or another report, that Plaintiffs rely upon, then the Court wants to know what it is. The Court thanks the parties for their anticipated cooperation. Mailed notice. (jjr, )(Docket Text Modified on 11/27/2023)(jjr,).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.