## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.
                                  Plaintiff,

v.                                               Case No.: 1:11−cv−08808
                                                            Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion to seal (Dckt. No. [564]) is hereby granted. As previously stated (Dckt. No. [366]), this Court continues to have misgivings about the number of filings, and the aggregate number of pages, that the parties are filing under seal. But as a practical matter, the parties have little choice. The parties seek to file documents that are covered by confidentiality orders entered when the case was pending in the Eastern District of Pennsylvania as part of the MDL proceeding. Those confidentiality orders remain in effect, so the parties need to continue to comply. Someday, the Court may revisit the possibility of unsealing some of the filings, with notice to any interested non−parties. But in the meantime, the Court will allow the parties to continue to file appropriate documents under seal. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.