# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                           Plaintiff,

v.                                                             Case No.: 1:11−cv−08808
                                                                  Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Defendants' motion to exclude opinions and statements of non−expert Gene Gregory. (Dckt. No. [579]). The last paragraph of the motion (pp. 8−9) points to statements "set forth in Appendixes A and B." But the motion does not include any appendices. The Court wanted to flag the apparent omission, in the hope that Defendants could supplement the filing before tomorrow's hearing. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.