# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KRAFT FOODS GLOBAL, INC., *et al.*, )
)
    Plaintiffs, )
)
       v. )   Case No. 1:11-cv-08808
)   Judge Steven C. Seeger
UNITED EGG PRODUCERS, INC., *et al.*, )
)
    Defendants. )

## EXPERT REPORTS OF DR. JONATHAN WALKER

Pursuant to the Court's order at docket entry number 581, Defendants file the reports of their expert, Dr. Jonathan Walker. As part of docket entry number 581, the Court granted the Defendants leave to file the reports as sealed attachments.

Defendants submit the reports under seal as follows:

    Exhibit A:    Dr. Walker's Primary Eggs Report

    Exhibit B:    Dr. Walker's Primary Eggs Appendix

    Exhibit C:    Dr. Walker's Direct Action Plaintiff Report

    Exhibit D:    Dr. Walker's Direct Action Plaintiff Appendix

Date: November 27, 2023                   Respectfully submitted,

                                                      */s/ Allen T. Carter*

Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
Eric B. Gallon (egallon@porterwright.com)
 (pro hac vice)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

***Counsel for Defendant Rose Acre Farms, Inc.***

| | |
|---|---|
| */s/ Robin P. Sumner* | /s/ *Patrick M. Collins* |
| Robin P. Sumner (robin.sumner@troutman.com) | Patrick M. Collins (pcollins@kslaw.com) |
| Kaitlin L. Meola (kaitlin.meola@troutman.com) | Livia M. Kiser (lkiser@kslaw.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Patrick M. Otlewski (potlewski@kslaw.com) |
| 3000 Two Logan Square, 18th and Arch Streets | Abigail Hoverman Terry (aterry@kslaw.com) |
| Philadelphia, PA 19103-2799 | KING & SPALDING LLP |
| Tel: (215) 981-4000 | 110 North Wacker Drive, 38th Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 995-6333 |
| Whitney R. Redding (whitney.redding@troutman.com) | Lohr Beck (lohr.beck@kslaw.com) (pro hac vice) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | KING & SPALDING LLP |
| Union Trust Building | 1180 Peachtree Street, NE, Suite 1600 |
| 501 Grant Street, Suite 300 | Atlanta, GA 30309 |
| Pittsburgh, PA 15219-4429 | Tel: (404) 572-2812 |
| Tel: (412) 454-5085 | |
| | Brian E. Robison (brian@brownfoxlaw.com) (pro hac vice) |

| | |
|---|---|
| Molly DiRago<br>(Molly.DiRago@troutman.com)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>227 West Monroe Street, Suite 3900<br>Chicago, IL 60606<br>Tel: (312) 759-1923<br><br>***Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.*** | BROWN FOX PLLC<br>6303 Cowboys Way, Suite 450<br>Frisco, TX 75034<br>Tel: (972) 707-2809<br><br>**Counsel for Defendant Cal-Maine Foods, Inc.** |