# **EXHIBIT A**

FILED UNDER SEAL
BY LEAVE OF COURT