# **EXHIBIT B**

FILED UNDER SEAL
BY LEAVE OF COURT