# EXHIBIT C

FILED UNDER SEAL
BY LEAVE OF COURT