# **<u>EXHIBIT D</u>**

# FILED UNDER SEAL
# BY LEAVE OF COURT