# EXHIBIT A

| Product for Price Change | Benchmark Start | Benchmark End | Event Start | Event End | Benchmark Price | Event Price | Change in Price | Percent Change |
|---|---|---|---|---|---|---|---|---|
| Shell Eggs-Midwest - White Large | 10/17/2005 | 4/26/2006 | 10/16/2006 | 4/26/2007 | $0.77 | $1.02 | $0.254 | 24.8% |
| Breaking Stock - Central 48-50 lbs | 10/17/2005 | 4/26/2006 | 10/16/2006 | 4/26/2007 | $0.31 | $0.47 | $0.156 | 33.2% |