# EXHIBIT B

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Sep-04 | General Mills | Rose Acre Farms | Dried Whites | $232,777.50 | 37,850 | $6.15 | Plaintiff |
| 1-Nov-04 | General Mills | Rose Acre Farms | Dried Whites | $102,060.00 | 37,800 | $2.70 | Plaintiff |
| 1-Dec-04 | General Mills | Rose Acre Farms | Dried Whites | $51,030.00 | 18,900 | $2.70 | Plaintiff |
| 1-Mar-05 | General Mills | Rose Acre Farms | Dried Whites | $170,100.00 | 75,600 | $2.25 | Plaintiff |
| 1-Apr-05 | General Mills | Rose Acre Farms | Dried Whites | $86,360.00 | 38,400 | $2.25 | Plaintiff |
| 1-May-05 | General Mills | Rose Acre Farms | Dried Whites | $81,270.00 | 37,800 | $2.15 | Plaintiff |
| 1-Jun-05 | General Mills | Rose Acre Farms | Dried Whites | $81,915.00 | 38,100 | $2.15 | Plaintiff |
| 1-Aug-05 | General Mills | Rose Acre Farms | Dried Whites | $40,635.00 | 18,900 | $2.15 | Plaintiff |
| 1-Sep-05 | General Mills | Rose Acre Farms | Dried Whites | $40,635.00 | 18,900 | $2.15 | Plaintiff |
| 1-Dec-05 | General Mills | Rose Acre Farms | Dried Whites | $175,032.00 | 79,200 | $2.21 | Plaintiff |
| 1-Feb-06 | General Mills | Rose Acre Farms | Dried Whites | $83,759.00 | 37,900 | $2.21 | Plaintiff |
| 1-Mar-06 | General Mills | Rose Acre Farms | Dried Whites | $186,732.00 | 75,600 | $2.47 | Plaintiff |
| 1-Apr-06 | General Mills | Rose Acre Farms | Dried Whites | $206,388.00 | 75,600 | $2.73 | Plaintiff |
| 1-Jul-06 | General Mills | Rose Acre Farms | Dried Whites | $51,597.00 | 18,900 | $2.73 | Plaintiff |
| 1-Aug-06 | General Mills | Rose Acre Farms | Dried Whites | $103,194.00 | 37,800 | $2.73 | Plaintiff |
| 1-Oct-06 | General Mills | Rose Acre Farms | Dried Whites | $51,597.00 | 18,900 | $2.73 | Plaintiff |
| 1-Nov-06 | General Mills | Rose Acre Farms | Dried Whites | $103,194.00 | 37,800 | $2.73 | Plaintiff |
| 1-Dec-06 | General Mills | Rose Acre Farms | Dried Whites | $103,194.00 | 37,800 | $2.73 | Plaintiff |
| 1-Jan-07 | General Mills | Rose Acre Farms | Dried Whites | $168,966.00 | 37,800 | $4.47 | Plaintiff |
| 1-Feb-07 | General Mills | Rose Acre Farms | Dried Whites | $177,093.00 | 37,800 | $4.69 | Plaintiff |
| 1-Mar-07 | General Mills | Rose Acre Farms | Dried Whites | $276,885.00 | 56,700 | $4.88 | Plaintiff |
| 1-Apr-07 | General Mills | Rose Acre Farms | Dried Whites | $97,146.00 | 18,900 | $5.14 | Plaintiff |
| 1-May-07 | General Mills | Rose Acre Farms | Dried Whites | $235,201.00 | 46,700 | $5.04 | Plaintiff |
| 1-Jun-07 | General Mills | Rose Acre Farms | Dried Whites | $282,726.00 | 55,600 | $5.09 | Plaintiff |
| 1-Dec-07 | General Mills | Rose Acre Farms | Dried Whites | $150,660.00 | 27,000 | $5.58 | Plaintiff |
| 1-Jan-08 | General Mills | Rose Acre Farms | Dried Whites | $89,775.00 | 13,500 | $6.65 | Plaintiff |
| 1-Feb-08 | General Mills | Rose Acre Farms | Dried Whites | $91,125.00 | 13,500 | $6.75 | Plaintiff |
| 1-Apr-08 | General Mills | Rose Acre Farms | Dried Whites | $35,224.87 | 10,600 | $3.32 | Plaintiff |
| 1-May-08 | General Mills | Rose Acre Farms | Dried Whites | $237,073.70 | 69,000 | $3.44 | Plaintiff |
| 1-Jul-08 | General Mills | Rose Acre Farms | Dried Whites | $17,839.64 | 6,000 | $2.97 | Plaintiff |
| 1-Aug-08 | General Mills | Rose Acre Farms | Dried Whites | $121,338.30 | 49,800 | $2.44 | Plaintiff |
| 1-Sep-08 | General Mills | Rose Acre Farms | Dried Whites | $118,003.71 | 26,350 | $4.48 | Plaintiff |
| 1-Oct-08 | General Mills | Rose Acre Farms | Dried Whites | $68,139.40 | 28,800 | $2.37 | Plaintiff |
| 1-Dec-08 | General Mills | Rose Acre Farms | Dried Whites | $63,078.75 | 28,800 | $2.19 | Plaintiff |
| 1-Oct-04 | Kellogg | Rose Acre Farms | Dried Whites | $18,084.78 | 5,000 | $3.62 | Plaintiff |
| 1-Dec-04 | Kellogg | Rose Acre Farms | Dried Whites | $7,965.60 | 2,500 | $3.19 | Plaintiff |
| 1-Jan-05 | Kellogg | Rose Acre Farms | Dried Whites | $15,248.79 | 5,000 | $3.05 | Plaintiff |
| 1-Feb-05 | Kellogg | Rose Acre Farms | Dried Whites | $22,864.00 | 5,000 | $4.57 | Plaintiff |
| 1-May-05 | Kellogg | Rose Acre Farms | Dried Whites | $5,054.91 | 2,000 | $2.53 | Plaintiff |
| 1-Jun-05 | Kellogg | Rose Acre Farms | Dried Whites | $8,686.72 | 3,500 | $2.48 | Plaintiff |
| 1-Jul-05 | Kellogg | Rose Acre Farms | Dried Whites | $20,010.00 | 7,000 | $2.86 | Plaintiff |
| 1-Aug-05 | Kellogg | Rose Acre Farms | Dried Whites | $27,384.22 | 5,000 | $5.48 | Plaintiff |
| 1-Nov-05 | Kellogg | Rose Acre Farms | Dried Whites | $15,418.00 | 4,100 | $3.76 | Plaintiff |
| 1-Feb-06 | Kellogg | Rose Acre Farms | Dried Whites | $9,720.00 | 4,050 | $2.40 | Plaintiff |
| 1-Mar-06 | Kellogg | Rose Acre Farms | Dried Whites | $3,825.00 | 1,500 | $2.55 | Plaintiff |
| 1-Apr-06 | Kellogg | Rose Acre Farms | Dried Whites | $3,456.00 | 1,350 | $2.56 | Plaintiff |
| 1-May-06 | Kellogg | Rose Acre Farms | Dried Whites | $6,912.00 | 2,700 | $2.56 | Plaintiff |
| 1-Aug-06 | Kellogg | Rose Acre Farms | Dried Whites | $2,803.50 | 450 | $6.23 | Plaintiff |
| 1-Apr-05 | Kellogg | Rose Acre Farms | Dried Whole | $2,518.53 | 1,800 | $1.40 | Plaintiff |
| 1-Sep-05 | Kellogg | Rose Acre Farms | Dried Whole | $9,225.00 | 7,500 | $1.23 | Plaintiff |
| 1-Nov-05 | Kellogg | Rose Acre Farms | Dried Whole | $5,055.00 | 3,500 | $1.44 | Plaintiff |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Dec-05 | Kellogg | Rose Acre Farms | Dried Whole | $8,510.00 | 5,000 | $1.70 | Plaintiff |
| 1-Feb-06 | Kellogg | Rose Acre Farms | Dried Whole | $8,046.00 | 5,400 | $1.49 | Plaintiff |
| 1-Mar-06 | Kellogg | Rose Acre Farms | Dried Whole | $3,550.00 | 2,500 | $1.42 | Plaintiff |
| 1-Apr-06 | Kellogg | Rose Acre Farms | Dried Whole | $1,370.00 | 1,000 | $1.37 | Plaintiff |
| 1-May-06 | Kellogg | Rose Acre Farms | Dried Whole | $4,795.00 | 3,500 | $1.37 | Plaintiff |
| 1-Jun-06 | Kellogg | Rose Acre Farms | Dried Whole | $2,376.00 | 1,800 | $1.32 | Plaintiff |
| 1-Aug-06 | Kellogg | Rose Acre Farms | Dried Whole | $480.00 | 300 | $1.60 | Plaintiff |
| 1-Sep-04 | Kellogg | Wabash Valley Produce | Liquid Whole | $167,214.06 | 462,740 | $0.36 | Plaintiff |
| 1-Oct-04 | Kellogg | Wabash Valley Produce | Liquid Whole | $176,706.50 | 503,700 | $0.35 | Plaintiff |
| 1-Nov-04 | Kellogg | Wabash Valley Produce | Liquid Whole | $124,104.54 | 348,260 | $0.36 | Plaintiff |
| 1-Dec-04 | Kellogg | Wabash Valley Produce | Liquid Whole | $104,967.02 | 342,580 | $0.31 | Plaintiff |
| 1-Jan-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $179,347.77 | 622,130 | $0.29 | Plaintiff |
| 1-Feb-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $162,157.02 | 469,780 | $0.35 | Plaintiff |
| 1-Mar-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $198,309.66 | 588,740 | $0.34 | Plaintiff |
| 1-Apr-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $151,722.60 | 560,340 | $0.27 | Plaintiff |
| 1-May-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $129,085.54 | 413,320 | $0.31 | Plaintiff |
| 1-Jun-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $167,636.39 | 600,510 | $0.28 | Plaintiff |
| 1-Jul-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $143,885.22 | 524,862 | $0.27 | Plaintiff |
| 1-Aug-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $189,171.04 | 603,960 | $0.31 | Plaintiff |
| 1-Sep-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $185,739.08 | 500,320 | $0.37 | Plaintiff |
| 1-Oct-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $245,500.60 | 577,720 | $0.42 | Plaintiff |
| 1-Nov-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $203,013.27 | 509,990 | $0.40 | Plaintiff |
| 1-Dec-05 | Kellogg | Wabash Valley Produce | Liquid Whole | $153,275.38 | 400,780 | $0.38 | Plaintiff |
| 1-Jan-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $186,572.94 | 555,020 | $0.34 | Plaintiff |
| 1-Feb-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $121,303.24 | 430,360 | $0.28 | Plaintiff |
| 1-Mar-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $180,408.12 | 639,020 | $0.28 | Plaintiff |
| 1-Apr-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $150,510.45 | 492,680 | $0.31 | Plaintiff |
| 1-May-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $93,459.14 | 379,440 | $0.25 | Plaintiff |
| 1-Jun-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $202,508.34 | 594,760 | $0.34 | Plaintiff |
| 1-Jul-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $168,498.77 | 594,380 | $0.28 | Plaintiff |
| 1-Aug-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $160,757.91 | 545,440 | $0.29 | Plaintiff |
| 1-Sep-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $148,840.28 | 511,980 | $0.29 | Plaintiff |
| 1-Oct-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $230,160.96 | 709,240 | $0.32 | Plaintiff |
| 1-Nov-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $161,475.82 | 432,760 | $0.37 | Plaintiff |
| 1-Dec-06 | Kellogg | Wabash Valley Produce | Liquid Whole | $215,456.68 | 511,892 | $0.42 | Plaintiff |
| 1-Jan-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $215,395.79 | 612,440 | $0.35 | Plaintiff |
| 1-Feb-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $275,696.66 | 539,480 | $0.51 | Plaintiff |
| 1-Mar-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $292,368.30 | 497,820 | $0.59 | Plaintiff |
| 1-Apr-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $86,991.06 | 133,400 | $0.65 | Plaintiff |
| 1-May-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $314,236.87 | 562,160 | $0.56 | Plaintiff |
| 1-Jun-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $274,738.22 | 488,080 | $0.56 | Plaintiff |
| 1-Jul-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $280,344.50 | 521,900 | $0.54 | Plaintiff |
| 1-Aug-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $452,649.99 | 629,060 | $0.72 | Plaintiff |
| 1-Sep-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $316,363.27 | 414,560 | $0.76 | Plaintiff |
| 1-Oct-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $493,975.07 | 702,640 | $0.70 | Plaintiff |
| 1-Nov-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $450,368.60 | 622,500 | $0.72 | Plaintiff |
| 1-Dec-07 | Kellogg | Wabash Valley Produce | Liquid Whole | $629,530.38 | 434,220 | $1.45 | Plaintiff |
| 1-Jan-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $719,542.94 | 712,860 | $1.01 | Plaintiff |
| 1-Feb-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $591,242.82 | 643,000 | $0.92 | Plaintiff |
| 1-Mar-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $567,393.98 | 573,420 | $0.99 | Plaintiff |
| 1-Apr-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $754,756.16 | 659,540 | $1.14 | Plaintiff |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-May-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $500,987.76 | 546,540 | $0.92 | Plaintiff |
| 1-Jun-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $404,261.46 | 631,240 | $0.64 | Plaintiff |
| 1-Jul-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $538,055.47 | 673,020 | $0.80 | Plaintiff |
| 1-Aug-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $345,823.18 | 549,560 | $0.63 | Plaintiff |
| 1-Sep-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $463,553.28 | 587,520 | $0.79 | Plaintiff |
| 1-Oct-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $637,726.90 | 798,100 | $0.80 | Plaintiff |
| 1-Nov-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $412,972.56 | 504,240 | $0.82 | Plaintiff |
| 1-Dec-08 | Kellogg | Wabash Valley Produce | Liquid Whole | $321,191.68 | 446,720 | $0.72 | Plaintiff |
| 1-Oct-04 | Kraft | Rose Acre Farms | Dried Whites | $57,992.50 | 16,550 | $3.50 | Defendant |
| 1-Jan-05 | Kraft | Rose Acre Farms | Dried Whites | $16,100.00 | 5,750 | $2.80 | Defendant |
| 1-Feb-05 | Kraft | Rose Acre Farms | Dried Whites | $15,410.00 | 5,750 | $2.68 | Defendant |
| 1-Mar-05 | Kraft | Rose Acre Farms | Dried Whites | $13,230.00 | 5,400 | $2.45 | Defendant |
| 1-Apr-05 | Kraft | Rose Acre Farms | Dried Whites | $6,990.00 | 3,000 | $2.33 | Defendant |
| 1-May-05 | Kraft | Rose Acre Farms | Dried Whites | $4,903.00 | 7,100 | $0.69 | Defendant |
| 1-Jun-05 | Kraft | Rose Acre Farms | Dried Whites | $8,910.00 | 4,050 | $2.20 | Defendant |
| 1-Jul-05 | Kraft | Rose Acre Farms | Dried Whites | $80,013.45 | 39,150 | $2.04 | Defendant |
| 1-Aug-05 | Kraft | Rose Acre Farms | Dried Whites | $15,309.00 | 8,400 | $1.82 | Defendant |
| 1-Sep-05 | Kraft | Rose Acre Farms | Dried Whites | $73,429.00 | 37,850 | $1.94 | Defendant |
| 1-Oct-05 | Kraft | Rose Acre Farms | Dried Whites | $37,422.00 | 18,900 | $1.98 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Dried Whites | $48,287.00 | 22,150 | $2.18 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Dried Whites | $33,481.50 | 15,150 | $2.21 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Dried Whites | $6,954.00 | 3,050 | $2.28 | Defendant |
| 1-Feb-06 | Kraft | Rose Acre Farms | Dried Whites | $16,920.00 | 7,050 | $2.40 | Defendant |
| 1-Mar-06 | Kraft | Rose Acre Farms | Dried Whites | $11,092.50 | 4,350 | $2.55 | Defendant |
| 1-Apr-06 | Kraft | Rose Acre Farms | Dried Whites | $13,824.00 | 5,400 | $2.56 | Defendant |
| 1-May-06 | Kraft | Rose Acre Farms | Dried Whites | $22,561.50 | 8,450 | $2.67 | Defendant |
| 1-Jun-06 | Kraft | Rose Acre Farms | Dried Whites | $56,370.00 | 20,550 | $2.74 | Defendant |
| 1-Jul-06 | Kraft | Rose Acre Farms | Dried Whites | $57,409.50 | 21,600 | $2.66 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Dried Whites | $110,635.00 | 38,150 | $2.90 | Defendant |
| 1-Sep-06 | Kraft | Rose Acre Farms | Dried Whites | $94,284.00 | 32,400 | $2.91 | Defendant |
| 1-Oct-06 | Kraft | Rose Acre Farms | Dried Whites | $94,608.00 | 32,400 | $2.92 | Defendant |
| 1-Nov-06 | Kraft | Rose Acre Farms | Dried Whites | $32,412.00 | 11,100 | $2.92 | Defendant |
| 1-Dec-06 | Kraft | Rose Acre Farms | Dried Whites | $12,595.50 | 4,050 | $3.11 | Defendant |
| 1-Feb-07 | Kraft | Rose Acre Farms | Dried Whites | $8,829.00 | 2,700 | $3.27 | Defendant |
| 1-Mar-07 | Kraft | Rose Acre Farms | Dried Whites | $17,965.50 | 4,350 | $4.13 | Defendant |
| 1-Apr-07 | Kraft | Rose Acre Farms | Dried Whites | $13,395.00 | 2,850 | $4.70 | Defendant |
| 1-May-07 | Kraft | Rose Acre Farms | Dried Whites | $89,864.00 | 18,800 | $4.78 | Defendant |
| 1-Jun-07 | Kraft | Rose Acre Farms | Dried Whites | $30,870.00 | 6,300 | $4.90 | Defendant |
| 1-Jul-07 | Kraft | Rose Acre Farms | Dried Whites | $157,440.00 | 30,750 | $5.12 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Dried Whites | $108,872.00 | 21,950 | $4.96 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Dried Whites | $86,521.50 | 17,550 | $4.93 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Dried Whites | $62,125.00 | 12,500 | $4.97 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Dried Whites | $94,371.00 | 18,950 | $4.98 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Dried Whites | $76,194.00 | 15,300 | $4.98 | Defendant |
| 1-Feb-08 | Kraft | Rose Acre Farms | Dried Whites | $1,518.00 | 300 | $5.06 | Defendant |
| 1-Mar-08 | Kraft | Rose Acre Farms | Dried Whites | $15,012.00 | 2,700 | $5.56 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Dried Whites | $35,168.00 | 5,600 | $6.28 | Defendant |
| 1-May-08 | Kraft | Rose Acre Farms | Dried Whites | $57,190.00 | 8,600 | $6.65 | Defendant |
| 1-Jun-08 | Kraft | Rose Acre Farms | Dried Whites | $66,992.00 | 10,600 | $6.32 | Defendant |
| 1-Jul-08 | Kraft | Rose Acre Farms | Dried Whites | $80,011.50 | 76,800 | $1.04 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Dried Whites | $115,260.00 | 20,400 | $5.65 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Sep-08 | Kraft | Rose Acre Farms | Dried Whites | $112,404.00 | 20,400 | $5.51 | Defendant |
| 1-Oct-08 | Kraft | Rose Acre Farms | Dried Whites | $140,337.50 | 25,750 | $5.45 | Defendant |
| 1-Nov-08 | Kraft | Rose Acre Farms | Dried Whites | $29,430.00 | 5,400 | $5.45 | Defendant |
| 1-Dec-08 | Kraft | Rose Acre Farms | Dried Whites | $1,584.00 | 300 | $5.28 | Defendant |
| 1-Sep-05 | Kraft | Rose Acre Farms | Dried Whole Sugar | $59.00 | 50 | $1.18 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Dried Whole Sugar | $41,344.00 | 32,350 | $1.28 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $24,570.00 | 18,900 | $1.30 | Defendant |
| 1-Feb-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $12,568.50 | 9,450 | $1.33 | Defendant |
| 1-Mar-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $24,570.00 | 18,900 | $1.30 | Defendant |
| 1-Apr-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $11,812.50 | 9,450 | $1.25 | Defendant |
| 1-May-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $76,383.00 | 62,100 | $1.23 | Defendant |
| 1-Jul-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $14,944.50 | 12,150 | $1.23 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $26,568.00 | 21,600 | $1.23 | Defendant |
| 1-Sep-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $17,671.50 | 14,850 | $1.19 | Defendant |
| 1-Oct-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $27,081.00 | 22,950 | $1.18 | Defendant |
| 1-Nov-06 | Kraft | Rose Acre Farms | Dried Whole Sugar | $31,388.00 | 26,600 | $1.18 | Defendant |
| 1-Jan-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $41,296.50 | 31,050 | $1.33 | Defendant |
| 1-Feb-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $23,341.50 | 17,550 | $1.33 | Defendant |
| 1-Mar-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $29,673.00 | 18,900 | $1.57 | Defendant |
| 1-Apr-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $32,224.50 | 18,900 | $1.71 | Defendant |
| 1-May-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $23,355.00 | 13,500 | $1.73 | Defendant |
| 1-Jun-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $49,500.00 | 27,500 | $1.80 | Defendant |
| 1-Jul-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $32,818.50 | 17,550 | $1.87 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $17,766.00 | 9,450 | $1.88 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $57,172.50 | 29,700 | $1.93 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $38,760.00 | 19,000 | $2.04 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $69,984.00 | 32,400 | $2.16 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Dried Whole Sugar | $26,365.50 | 9,450 | $2.79 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $33,898.50 | 12,150 | $2.79 | Defendant |
| 1-Feb-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $81,715.00 | 27,700 | $2.95 | Defendant |
| 1-Mar-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $30,712.50 | 9,450 | $3.25 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $30,712.50 | 9,450 | $3.25 | Defendant |
| 1-May-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $87,210.00 | 25,650 | $3.40 | Defendant |
| 1-Jun-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $53,136.00 | 16,200 | $3.28 | Defendant |
| 1-Jul-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $81,567.00 | 25,650 | $3.18 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $65,002.50 | 20,250 | $3.21 | Defendant |
| 1-Sep-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $53,703.00 | 17,550 | $3.06 | Defendant |
| 1-Oct-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $57,645.00 | 18,900 | $3.05 | Defendant |
| 1-Nov-08 | Kraft | Rose Acre Farms | Dried Whole Sugar | $57,645.00 | 18,900 | $3.05 | Defendant |
| 1-Jul-05 | Kraft | Rose Acre Farms | Dried Yolk | $67.00 | 50 | $1.34 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Dried Yolk | $82.00 | 50 | $1.64 | Defendant |
| 1-Mar-06 | Kraft | Rose Acre Farms | Dried Yolk | $67.50 | 50 | $1.35 | Defendant |
| 1-Sep-06 | Kraft | Rose Acre Farms | Dried Yolk | $55.50 | 50 | $1.11 | Defendant |
| 1-Jan-07 | Kraft | Rose Acre Farms | Dried Yolk | $61.50 | 50 | $1.23 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Dried Yolk | $88.50 | 50 | $1.77 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Dried Yolk | $251.00 | 100 | $2.51 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Dried Yolk | $125.50 | 50 | $2.51 | Defendant |
| 1-Oct-04 | Kraft | Rose Acre Farms | Liquid Whole | $12,939.72 | 32,406 | $0.40 | Defendant |
| 1-May-05 | Kraft | Rose Acre Farms | Liquid Whole | $6,395.39 | 20,162 | $0.32 | Defendant |
| 1-Jun-05 | Kraft | Rose Acre Farms | Liquid Whole | $9,497.50 | 26,746 | $0.36 | Defendant |
| 1-Aug-05 | Kraft | Rose Acre Farms | Liquid Whole | $12,340.20 | 41,424 | $0.30 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Sep-05 | Kraft | Rose Acre Farms | Liquid Whole | $265.50 | 450 | $0.59 | Defendant |
| 1-Oct-05 | Kraft | Rose Acre Farms | Liquid Whole | $10,974.00 | 18,600 | $0.59 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Liquid Whole | $38,329.26 | 76,891 | $0.50 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Liquid Whole | $10,991.70 | 18,630 | $0.59 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Liquid Whole | $42,055.20 | 71,280 | $0.59 | Defendant |
| 1-Jun-06 | Kraft | Rose Acre Farms | Liquid Whole | $8,518.52 | 29,193 | $0.29 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Liquid Whole | $3,605.38 | 11,982 | $0.30 | Defendant |
| 1-Feb-07 | Kraft | Rose Acre Farms | Liquid Whole | $798.04 | 2,218 | $0.36 | Defendant |
| 1-May-07 | Kraft | Rose Acre Farms | Liquid Whole | $6,160.84 | 11,905 | $0.52 | Defendant |
| 1-Jun-07 | Kraft | Rose Acre Farms | Liquid Whole | $16,998.20 | 30,219 | $0.56 | Defendant |
| 1-Jul-07 | Kraft | Rose Acre Farms | Liquid Whole | $9,094.92 | 15,820 | $0.57 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Liquid Whole | $142.20 | 180 | $0.79 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Liquid Whole | $11,738.92 | 17,008 | $0.69 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Liquid Whole | $49,891.97 | 68,883 | $0.72 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Liquid Whole | $39,559.41 | 53,293 | $0.74 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Liquid Whole | $51,538.62 | 64,047 | $0.80 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Liquid Whole | $64,709.64 | 67,844 | $0.95 | Defendant |
| 1-Feb-08 | Kraft | Rose Acre Farms | Liquid Whole | $54,527.80 | 56,139 | $0.97 | Defendant |
| 1-Mar-08 | Kraft | Rose Acre Farms | Liquid Whole | $65,768.95 | 70,296 | $0.94 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Liquid Whole | $55,573.82 | 54,559 | $1.02 | Defendant |
| 1-Jul-08 | Kraft | Rose Acre Farms | Liquid Whole | $23,234.30 | 31,607 | $0.74 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Liquid Whole | $38,399.12 | 49,154 | $0.78 | Defendant |
| 1-Oct-08 | Kraft | Rose Acre Farms | Liquid Whole | $19,160.02 | 24,809 | $0.77 | Defendant |
| 1-Nov-08 | Kraft | Rose Acre Farms | Liquid Whole | $43,359.46 | 54,816 | $0.79 | Defendant |
| 1-Oct-04 | Kraft | Rose Acre Farms | Liquid Whole Salt | $601,733.10 | 1,747,700 | $0.34 | Defendant |
| 1-Nov-04 | Kraft | Rose Acre Farms | Liquid Whole Salt | $390,853.87 | 1,089,640 | $0.36 | Defendant |
| 1-Dec-04 | Kraft | Rose Acre Farms | Liquid Whole Salt | $320,256.58 | 1,009,000 | $0.32 | Defendant |
| 1-Jan-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $385,606.25 | 1,233,940 | $0.31 | Defendant |
| 1-Feb-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $314,396.36 | 1,090,140 | $0.29 | Defendant |
| 1-Mar-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $389,189.12 | 1,243,500 | $0.31 | Defendant |
| 1-Apr-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $526,007.74 | 1,571,160 | $0.33 | Defendant |
| 1-May-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $361,295.88 | 1,377,940 | $0.26 | Defendant |
| 1-Jun-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $442,371.41 | 1,474,080 | $0.30 | Defendant |
| 1-Jul-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $304,425.53 | 1,090,740 | $0.28 | Defendant |
| 1-Aug-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $439,394.57 | 1,703,740 | $0.26 | Defendant |
| 1-Sep-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $378,093.35 | 1,276,480 | $0.30 | Defendant |
| 1-Oct-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $526,231.05 | 1,523,100 | $0.35 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $431,768.92 | 1,141,340 | $0.38 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Liquid Whole Salt | $439,632.72 | 1,178,640 | $0.37 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $614,524.07 | 1,666,280 | $0.37 | Defendant |
| 1-Feb-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $362,786.18 | 1,140,120 | $0.32 | Defendant |
| 1-Mar-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $372,215.66 | 1,380,110 | $0.27 | Defendant |
| 1-Apr-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $421,387.26 | 1,612,040 | $0.26 | Defendant |
| 1-May-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $567,296.50 | 1,938,150 | $0.29 | Defendant |
| 1-Jun-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $371,148.18 | 1,473,980 | $0.25 | Defendant |
| 1-Jul-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $351,898.08 | 1,186,440 | $0.30 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $435,290.78 | 1,668,420 | $0.26 | Defendant |
| 1-Sep-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $281,226.70 | 1,048,180 | $0.27 | Defendant |
| 1-Oct-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $359,169.54 | 1,324,860 | $0.27 | Defendant |
| 1-Nov-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $367,218.76 | 1,285,780 | $0.29 | Defendant |
| 1-Dec-06 | Kraft | Rose Acre Farms | Liquid Whole Salt | $396,927.64 | 1,091,360 | $0.36 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Jan-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $565,148.37 | 1,513,520 | $0.37 | Defendant |
| 1-Feb-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $302,019.13 | 944,400 | $0.32 | Defendant |
| 1-Mar-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $820,552.47 | 1,743,260 | $0.47 | Defendant |
| 1-Apr-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $715,980.38 | 1,453,800 | $0.49 | Defendant |
| 1-May-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $853,349.80 | 1,787,120 | $0.48 | Defendant |
| 1-Jun-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $789,372.10 | 1,510,760 | $0.52 | Defendant |
| 1-Jul-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $651,583.12 | 1,218,140 | $0.53 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $637,684.40 | 1,188,158 | $0.54 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $675,869.90 | 1,039,480 | $0.65 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $868,404.07 | 1,269,040 | $0.68 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $668,926.70 | 952,480 | $0.70 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Liquid Whole Salt | $619,927.01 | 810,680 | $0.76 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $1,008,688.99 | 1,103,840 | $0.91 | Defendant |
| 1-Feb-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $991,591.41 | 1,064,739 | $0.93 | Defendant |
| 1-Mar-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $852,235.02 | 951,580 | $0.90 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $981,330.27 | 1,002,790 | $0.98 | Defendant |
| 1-May-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $1,126,346.79 | 1,150,625 | $0.98 | Defendant |
| 1-Jun-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $847,628.52 | 1,141,741 | $0.74 | Defendant |
| 1-Jul-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $653,560.81 | 940,240 | $0.70 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $667,497.57 | 950,640 | $0.70 | Defendant |
| 1-Sep-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $582,842.44 | 957,520 | $0.61 | Defendant |
| 1-Oct-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $699,580.86 | 955,320 | $0.73 | Defendant |
| 1-Nov-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $394,515.32 | 525,320 | $0.75 | Defendant |
| 1-Dec-08 | Kraft | Rose Acre Farms | Liquid Whole Salt | $620,196.22 | 816,800 | $0.76 | Defendant |
| 1-Oct-04 | Kraft | Rose Acre Farms | Liquid Yolk | $4,332.77 | 8,156 | $0.53 | Defendant |
| 1-Dec-04 | Kraft | Rose Acre Farms | Liquid Yolk | $6,705.40 | 12,702 | $0.53 | Defendant |
| 1-May-05 | Kraft | Rose Acre Farms | Liquid Yolk | $14,919.54 | 31,975 | $0.47 | Defendant |
| 1-Jun-05 | Kraft | Rose Acre Farms | Liquid Yolk | $19,394.52 | 36,739 | $0.53 | Defendant |
| 1-Aug-05 | Kraft | Rose Acre Farms | Liquid Yolk | $9,467.90 | 17,152 | $0.55 | Defendant |
| 1-Sep-05 | Kraft | Rose Acre Farms | Liquid Yolk | $373.50 | 450 | $0.83 | Defendant |
| 1-Oct-05 | Kraft | Rose Acre Farms | Liquid Yolk | $15,438.00 | 18,600 | $0.83 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Liquid Yolk | $59,093.10 | 79,519 | $0.74 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Liquid Yolk | $15,462.90 | 18,630 | $0.83 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Liquid Yolk | $59,212.20 | 71,340 | $0.83 | Defendant |
| 1-Jun-06 | Kraft | Rose Acre Farms | Liquid Yolk | $5,842.84 | 15,445 | $0.38 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Liquid Yolk | $14,172.23 | 35,555 | $0.40 | Defendant |
| 1-Nov-06 | Kraft | Rose Acre Farms | Liquid Yolk | $11,472.24 | 30,390 | $0.38 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Liquid Yolk | $23,957.33 | 28,372 | $0.84 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Liquid Yolk | $53,374.55 | 60,283 | $0.89 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Liquid Yolk | $56,817.70 | 60,150 | $0.94 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Liquid Yolk | $59,441.72 | 58,859 | $1.01 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Liquid Yolk | $75,998.45 | 63,064 | $1.21 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Liquid Yolk | $32,314.84 | 24,698 | $1.31 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Liquid Yolk | $27,497.15 | 20,217 | $1.36 | Defendant |
| 1-Sep-08 | Kraft | Rose Acre Farms | Liquid Yolk | $28,516.25 | 23,917 | $1.19 | Defendant |
| 1-Oct-08 | Kraft | Rose Acre Farms | Liquid Yolk | $20,097.86 | 16,369 | $1.23 | Defendant |
| 1-Nov-08 | Kraft | Rose Acre Farms | Liquid Yolk | $53,854.24 | 42,806 | $1.26 | Defendant |
| 1-Dec-08 | Kraft | Rose Acre Farms | Liquid Yolk | $38,996.17 | 31,408 | $1.24 | Defendant |
| 1-Oct-04 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $344,260.70 | 762,440 | $0.45 | Defendant |
| 1-Nov-04 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $634,567.16 | 1,426,265 | $0.44 | Defendant |
| 1-Dec-04 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $656,164.17 | 1,387,190 | $0.47 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Jan-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $646,932.65 | 1,376,590 | $0.47 | Defendant |
| 1-Feb-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $730,940.29 | 1,574,075 | $0.46 | Defendant |
| 1-Mar-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $770,541.70 | 1,757,980 | $0.44 | Defendant |
| 1-Apr-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $775,407.24 | 1,844,440 | $0.42 | Defendant |
| 1-May-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $597,891.91 | 1,450,820 | $0.41 | Defendant |
| 1-Jun-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $614,101.54 | 1,298,065 | $0.47 | Defendant |
| 1-Jul-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $466,293.20 | 957,205 | $0.49 | Defendant |
| 1-Aug-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $781,268.08 | 1,389,650 | $0.56 | Defendant |
| 1-Sep-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $516,558.92 | 1,139,580 | $0.45 | Defendant |
| 1-Oct-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $716,867.30 | 1,231,145 | $0.58 | Defendant |
| 1-Nov-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $598,353.82 | 947,020 | $0.63 | Defendant |
| 1-Dec-05 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $628,903.71 | 1,005,280 | $0.63 | Defendant |
| 1-Jan-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $838,908.46 | 1,394,390 | $0.60 | Defendant |
| 1-Feb-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $607,361.41 | 1,155,250 | $0.53 | Defendant |
| 1-Mar-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $554,781.38 | 1,340,510 | $0.41 | Defendant |
| 1-Apr-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $548,770.91 | 1,439,205 | $0.38 | Defendant |
| 1-May-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $616,002.58 | 1,731,420 | $0.36 | Defendant |
| 1-Jun-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $494,826.60 | 1,458,959 | $0.34 | Defendant |
| 1-Jul-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $415,084.66 | 1,156,385 | $0.36 | Defendant |
| 1-Aug-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $584,282.56 | 1,628,440 | $0.36 | Defendant |
| 1-Sep-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $366,514.15 | 1,102,680 | $0.33 | Defendant |
| 1-Oct-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $425,029.52 | 1,284,520 | $0.33 | Defendant |
| 1-Nov-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $386,027.78 | 1,143,050 | $0.34 | Defendant |
| 1-Dec-06 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $372,522.89 | 950,335 | $0.39 | Defendant |
| 1-Jan-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $593,654.88 | 1,381,390 | $0.43 | Defendant |
| 1-Feb-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $486,424.33 | 1,173,300 | $0.41 | Defendant |
| 1-Mar-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $796,729.89 | 1,666,600 | $0.48 | Defendant |
| 1-Apr-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $758,548.36 | 1,513,040 | $0.50 | Defendant |
| 1-May-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $872,649.63 | 1,675,630 | $0.52 | Defendant |
| 1-Jun-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,041,380.18 | 1,756,730 | $0.59 | Defendant |
| 1-Jul-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $687,261.01 | 1,044,615 | $0.66 | Defendant |
| 1-Aug-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $869,241.18 | 1,227,485 | $0.71 | Defendant |
| 1-Sep-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $835,931.95 | 1,038,810 | $0.80 | Defendant |
| 1-Oct-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $852,083.60 | 1,007,480 | $0.85 | Defendant |
| 1-Nov-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $726,456.27 | 802,890 | $0.90 | Defendant |
| 1-Dec-07 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $693,882.99 | 715,250 | $0.97 | Defendant |
| 1-Jan-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,108,267.89 | 950,645 | $1.17 | Defendant |
| 1-Feb-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,243,518.28 | 990,220 | $1.26 | Defendant |
| 1-Mar-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,321,076.58 | 1,051,530 | $1.26 | Defendant |
| 1-Apr-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,735,171.20 | 1,368,000 | $1.27 | Defendant |
| 1-May-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,825,552.55 | 1,437,415 | $1.27 | Defendant |
| 1-Jun-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,697,330.25 | 1,356,020 | $1.25 | Defendant |
| 1-Jul-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,404,704.07 | 1,131,050 | $1.24 | Defendant |
| 1-Aug-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $1,631,509.11 | 1,241,325 | $1.31 | Defendant |
| 1-Sep-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $32,443.00 | 27,540 | $1.18 | Plaintiff |
| 1-Oct-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $7,076.81 | 5,625 | $1.26 | Plaintiff |
| 1-Dec-08 | Kraft | Rose Acre Farms | Liquid Yolk Salt | $5,587.20 | 4,500 | $1.24 | Plaintiff |
| 1-Nov-04 | Nestle | Rose Acre Farms | Dried Yolk | $2,535.00 | 1,500 | $1.69 | Defendant |
| 1-Feb-05 | Nestle | Rose Acre Farms | Dried Yolk | $2,415.00 | 1,500 | $1.61 | Defendant |
| 1-Apr-05 | Nestle | Rose Acre Farms | Dried Yolk | $1,610.00 | 1,000 | $1.61 | Defendant |
| 1-May-05 | Nestle | Rose Acre Farms | Dried Yolk | $1,590.00 | 1,000 | $1.59 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Jun-05 | Nestle | Rose Acre Farms | Dried Yolk | $2,385.00 | 1,500 | $1.59 | Defendant |
| 1-Aug-05 | Nestle | Rose Acre Farms | Dried Yolk | $2,782.50 | 1,750 | $1.59 | Defendant |
| 1-Oct-05 | Nestle | Rose Acre Farms | Dried Yolk | $3,640.00 | 2,000 | $1.82 | Defendant |
| 1-Jan-06 | Nestle | Rose Acre Farms | Dried Yolk | $2,730.00 | 1,500 | $1.82 | Defendant |
| 1-Apr-06 | Nestle | Rose Acre Farms | Dried Yolk | $2,490.00 | 1,500 | $1.66 | Defendant |
| 1-May-06 | Nestle | Rose Acre Farms | Dried Yolk | $1,510.00 | 1,000 | $1.51 | Defendant |
| 1-Jul-06 | Nestle | Rose Acre Farms | Dried Yolk | $2,265.00 | 1,500 | $1.51 | Defendant |
| 1-Sep-06 | Nestle | Rose Acre Farms | Dried Yolk | $1,875.00 | 1,500 | $1.25 | Defendant |
| 1-Dec-06 | Nestle | Rose Acre Farms | Dried Yolk | $1,370.00 | 1,000 | $1.37 | Defendant |
| 1-Jan-07 | Nestle | Rose Acre Farms | Dried Yolk | $2,385.00 | 1,500 | $1.59 | Defendant |
| 1-Mar-07 | Nestle | Rose Acre Farms | Dried Yolk | $2,475.00 | 1,500 | $1.65 | Defendant |
| 1-May-07 | Nestle | Rose Acre Farms | Dried Yolk | $1,710.00 | 1,000 | $1.71 | Defendant |
| 1-Aug-07 | Nestle | Rose Acre Farms | Dried Yolk | $3,450.00 | 1,500 | $2.30 | Defendant |
| 1-Oct-07 | Nestle | Rose Acre Farms | Dried Yolk | $91,185.00 | 37,950 | $2.40 | Defendant |
| 1-Dec-07 | Nestle | Rose Acre Farms | Dried Yolk | $2,590.00 | 1,000 | $2.59 | Defendant |
| 1-Feb-08 | Nestle | Rose Acre Farms | Dried Yolk | $5,325.00 | 1,500 | $3.55 | Defendant |
| 1-May-08 | Nestle | Rose Acre Farms | Dried Yolk | $3,770.00 | 1,000 | $3.77 | Defendant |
| 1-Jun-08 | Nestle | Rose Acre Farms | Dried Yolk | $3,770.00 | 1,000 | $3.77 | Defendant |
| 1-Aug-08 | Nestle | Rose Acre Farms | Dried Yolk | $27,760.00 | 8,000 | $3.47 | Defendant |
| 1-Nov-08 | Nestle | Rose Acre Farms | Dried Yolk | $21,857.86 | 6,315 | $3.46 | Plaintiff |
| 1-Jan-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Feb-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Mar-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Apr-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-May-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Jun-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Jul-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Aug-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Sep-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Oct-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Nov-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Dec-07 | Nestle | Ballas Egg Products | Liquid Whole | $172,542.88 | 257,754 | $0.67 | Plaintiff |
| 1-Jan-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Feb-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Mar-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Apr-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-May-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Jun-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Jul-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Aug-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Sep-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Oct-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Nov-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Dec-08 | Nestle | Ballas Egg Products | Liquid Whole | $257,662.60 | 297,856 | $0.87 | Plaintiff |
| 1-Jun-06 | Nestle | Rose Acre | Dried Whites | $287.00 | 100 | $2.87 | Defendant |
| 1-Jul-06 | Nestle | Rose Acre | Dried Whites | $46,737.00 | 16,200 | $2.89 | Defendant |
| 1-Aug-06 | Nestle | Rose Acre | Dried Whites | $31,320.00 | 10,800 | $2.90 | Defendant |
| 1-Oct-06 | Nestle | Rose Acre | Dried Whites | $8,466.50 | 3,000 | $2.82 | Defendant |
| 1-Nov-06 | Nestle | Rose Acre | Dried Whites | $60,163.50 | 20,850 | $2.89 | Defendant |
| 1-Dec-06 | Nestle | Rose Acre | Dried Whites | $31,320.00 | 10,800 | $2.90 | Defendant |
| 1-Apr-07 | Nestle | Rose Acre | Dried Whites | $15,660.00 | 5,400 | $2.90 | Defendant |

| month | plaintiff | vendor_clean | prod_type | cost | quantity | trans_price | source |
|---|---|---|---|---|---|---|---|
| 1-Oct-07 | Nestle | Rose Acre | Dried Whites | $6,817.50 | 1,350 | $5.05 | Defendant |
| 1-May-08 | Nestle | Rose Acre | Dried Whites | $45,292.50 | 6,750 | $6.71 | Defendant |
| 1-Jun-08 | Nestle | Rose Acre | Dried Whites | $45,292.50 | 6,750 | $6.71 | Defendant |
| 1-Nov-08 | Nestle | Rose Acre | Dried Whites | $847.50 | 150 | $5.65 | Defendant |
| 1-Mar-06 | Nestle | Rose Acre | Dried Whole | $123,840.00 | 77,400 | $1.60 | Defendant |
| 1-May-06 | Nestle | Rose Acre | Dried Whole | $54,720.00 | 34,200 | $1.60 | Defendant |
| 1-Jun-06 | Nestle | Rose Acre | Dried Whole | $63,360.00 | 39,600 | $1.60 | Defendant |
| 1-Jul-06 | Nestle | Rose Acre | Dried Whole | $195,291.00 | 134,550 | $1.45 | Defendant |
| 1-Aug-06 | Nestle | Rose Acre | Dried Whole | $191,214.00 | 137,700 | $1.39 | Defendant |
| 1-Sep-06 | Nestle | Rose Acre | Dried Whole | $109,158.00 | 79,100 | $1.38 | Defendant |
| 1-Oct-06 | Nestle | Rose Acre | Dried Whole | $179,706.00 | 129,900 | $1.38 | Defendant |
| 1-Nov-06 | Nestle | Rose Acre | Dried Whole | $12,996.00 | 9,000 | $1.44 | Defendant |
| 1-Dec-06 | Nestle | Rose Acre | Dried Whole | $14,274.00 | 9,900 | $1.44 | Defendant |
| 1-Feb-07 | Nestle | Rose Acre | Dried Whole | $72,864.00 | 39,600 | $1.84 | Defendant |
| 1-Mar-07 | Nestle | Rose Acre | Dried Whole | $71,024.00 | 38,600 | $1.84 | Defendant |
| 1-Apr-07 | Nestle | Rose Acre | Dried Whole | $72,864.00 | 39,600 | $1.84 | Defendant |
| 1-May-07 | Nestle | Rose Acre | Dried Whole | $72,864.00 | 39,600 | $1.84 | Defendant |
| 1-Jun-07 | Nestle | Rose Acre | Dried Whole | $72,864.00 | 39,600 | $1.84 | Defendant |
| 1-Oct-07 | Nestle | Rose Acre | Dried Whole | $116,820.00 | 39,600 | $2.95 | Defendant |
| 1-Nov-07 | Nestle | Rose Acre | Dried Whole | $233,640.00 | 79,200 | $2.95 | Defendant |
| 1-Dec-07 | Nestle | Rose Acre | Dried Whole | $233,640.00 | 79,200 | $2.95 | Defendant |
| 1-Jan-08 | Nestle | Rose Acre | Dried Whole | $339,768.00 | 79,200 | $4.29 | Defendant |
| 1-Feb-08 | Nestle | Rose Acre | Dried Whole | $169,884.00 | 39,600 | $4.29 | Defendant |
| 1-Apr-08 | Nestle | Rose Acre | Dried Whole | $339,768.00 | 79,200 | $4.29 | Defendant |
| 1-May-08 | Nestle | Rose Acre | Dried Whole | $379,602.00 | 87,300 | $4.35 | Defendant |
| 1-Jun-08 | Nestle | Rose Acre | Dried Whole | $54,219.00 | 12,050 | $4.50 | Defendant |
| 1-Jul-08 | Nestle | Rose Acre | Dried Whole | $174,240.00 | 39,600 | $4.40 | Defendant |
| 1-Aug-08 | Nestle | Rose Acre | Dried Whole | $453,360.00 | 102,200 | $4.44 | Defendant |
| 1-Sep-08 | Nestle | Rose Acre | Dried Whole | $748,920.00 | 212,000 | $3.53 | Defendant |
| 1-Oct-08 | Nestle | Rose Acre | Dried Whole | $548,064.00 | 158,400 | $3.46 | Defendant |
| 1-Nov-08 | Nestle | Rose Acre | Dried Whole | $411,048.00 | 118,800 | $3.46 | Defendant |