# EXHIBIT C

## Price Effects of USEM Coordinated Exports
## 2006 - 2008

| Month | Quantity Exported | | | U.S. Egg Consumption | Percent Decrease in Domestic Sales Due to Coordinated Export | Percent Increase in Price Due to Coordinated Export |
| --- | --- | --- | --- | --- | --- | --- |
| | Containers | Cases | Dozens | | | |
| | | | | -----(Dozens)----- | | |
| | | | $[30*(d)]$ | | $[-(d)/(d)+(e)]$ | $[((1+(f))^{-6.11})-1]$ |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| October-06 | 90 | 76,500 | 2,295,000 | 552,263,416 | -0.41 % | 2.57 % |
| January-07 | 300 | 246,600 | 7,398,000 | 538,780,322 | -1.35 | 8.69 |
| February-07 | 300 | 243,750 | 7,312,500 | 487,190,666 | -1.48 | 9.53 |
| April-07 | 200 | 160,000 | 4,800,000 | 524,758,489 | -0.91 | 5.72 |
| August-07 | 132 [1] | 107,634 | 3,229,010 | 531,728,066 | -0.60 | 3.77 |
| June-08 | 100 | 80,000 | 2,400,000 | 510,075,868 | -0.47 | 2.91 |
| August-08 | 120 | 99,750 | 2,992,500 | 529,922,175 | -0.56 | 3.50 |

Note: Percent increase in price calculated using an inverse elasticity of -6.11076 for Northwest White Jumbo Shell, the most elastic demand estimated from the 2SLS model.

[1] Number of cases estimated using average number of cases per container for available data.

Source: NL001776; MOARK0009486-93 at MOARK0009486; NL001774-5 at NL001774; MOARK0008660-69 at MOARK0008660; UE0199809-10 at UE0199809, UE01998010; RA0000703-10 at RA0000703, RA0000704; RA0002299-306 at RA0002299; MOARK0007450-1 at MOARK0007450; MOARK0036622-3 at MOARK0036622;