# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. )<br><br>Defendants. ) | No. 1:11-cv-08808<br><br>Judge Steven C. Seeger |

## PLAINTIFFS' SUBMISSION REGARDING EXPERT REPORTS OF DR. MICHAEL R. BAYE

Pursuant to the Court's request, Plaintiffs include as Exhibits A through D to this submission the following documents, all of which are hereby filed under seal pursuant to the Court's order (Dkt. 581):

- Exhibit A – January 22, 2015 Expert Report of Michael R. Baye, Ph.D.

- Exhibit B – April 3, 2015 Reply Report of Michael R. Baye, Ph.D.

- Exhibit C – October 31, 2016 Arizona Supplement to Expert Report of Michael R. Baye, Ph.D.

- Exhibit D – October 12, 2018 Second Arizona Supplement to Expert Report of Michael R. Baye, Ph.D.

During the damages phase, Dr. Baye will discuss how he used an econometric analysis to calculate overcharge damages for each Plaintiff. While Dr. Baye might reference other portions of his reports from time to time as needed, his core damage analysis is on pages 75-84 of his January 22, 2015 report and the exhibits and appendices referenced therein, in particular Exhibits 20-26

and Appendices 3-6. Dr. Baye's reply report addresses, among other things, Dr. Jonathan Walker's criticisms of Dr. Baye's overcharge calculations, including but not limited to paragraphs ¶¶ 14-33, 38, and 62 of the reply report and the exhibits referenced therein. For the sake of completeness, Plaintiffs also include Dr. Baye's first and second "Arizona Supplements" to his main report. However, since those supplements only impact post-2008 purchases, Dr. Baye is unlikely to reference them during his testimony.

November 27, 2023

Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlé USA, Inc. and The Kellogg Company*

  /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com