**Defendants' Damages Phase Exhibit List**  **EXHIBIT A**

| Exhibit Number (Nos.) | Date | Beg Bates | End Bates | Descriptions | Plaintiffs' Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| D-0076 | 05/01/04 | KRA00046260 | KRA00046315 | Egg Products Supply Agreement between Kraft and Rose Acre 2004 | None | | |
| D-0090 | 8/1/2005 | KRA00045829 | KRA00045831 | Kraft Foods Global Inc./Rose Acre Farms Inc. Amendment to Egg Product Supply Agreement | None | | |
| D-0110 | 6/28/2007 | KRA00053201 | KRA00053202 | Kraft Foods Global Inc./Rose Acre Farms Inc. Amendment to Egg Product Supply Agreement | 901 | | |
| D-0122 | 05/22/08 | KRA00045811 | KRA00045814 | Egg Product Supply Agreement Amendment between Kraft and RAF with transmittal email | 402, 403, 901, OSD, HS | 401; NHSP, 803(6), 801(d)(2) | |
| D-0156 | 12/13/2006 | NES00004540 | NES00004544 | Blanket Contract between Rose Acre and Nestle | None | | |
| D-0159 | 8/15/2008 | NES00004529 | NES00004533 | Blanket Contract between Rose Acre and Nestle | None | | |
| D-1104 | 3/28/2007 | UE0213561 | UE0213564 | United Voices | HS, 402, 403 | | |
| D-1109 | 6/7/2007 | UE0133109 | UE0133112 | United Voices | HS, 402, 403 | | |
| D-1111 | 7/9/2007 | UE0213497 | UE0213500 | United Voices | HS, 402, 403 | | |
| D-1112 | 7/17/2007 | UE0213491 | UE0213494 | United Voices | HS, 402, 403 | | |
| D-1120 | 11/30/2007 | UE0213425 | UE0213428 | United Voices | HS, 402, 403 | | |
| D-1252 | | | | USDA Table Egg Layers Number on Farms During Month | | | |
| P-2000 | 4/19/2005 | GMI00032051 | GMI00032052 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2001 | 12/14/2005 | GMI00032046 | GMI00032047 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2002 | 3/30/2006 | GMI00032044 | GMI00032045 | General Mills Operations, Inc. Quantity Contract with Rose Acre Farms | | | |
| P-2003 | 12/13/2007 | KEL00020294 | KEL00020296 | Kellogg Quantity Contract with Wabash Valley Produce | | | |
| P-2005 | 12/12/2008 | NES00004508 | NES00004516 | Blanket Contract between Rose Acre and Nestle | | | |
| RESERVATION | | | | All exhibits used in the deposition of Gene Gregory | | | |
| RESERVATION | | | | All damages exhibits Plaintiffs identify | | | |
| RESERVATION | | | | Exhibits for cross examination | | | |
| RESERVATION | | | | Any exhibits defendants previously admitted | | | |