UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' SUPPLEMENT TO RESPONSE TO THE
COURT'S DAMAGES THEORY QUESTION**

When the Court re-convenes at 3 P.M., Plaintiffs will be discussing the following cases in addition to the cases referenced in the previous filing (Dkt. 597).

1. *NCAA v. Board of Regents of University of Oklahoma*, 468 U.S. 85 (1984).

2. *Vogel v. Am Society of Appraisers*, 744 F.2d 598, 604 (CA7 1984).

3. *Sanner v. Board of Trade*, 62 F.3d 918 (CA7 1995).

4. *In re Broiler Chicken Antitrust Litig.*, 290 F. Supp. 3d 772, 800 (N.D. Ill. 2017).

November 28, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global,
Inc., General Mills, Inc., Nestlé USA, Inc. and
The Kellogg Company***

/s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (admitted *pro hac vice)*
Sati Harutyunyan (admitted *pro hac vice*)
JENNER & BLOCK LLP
515 South Flower St, Suite 3300

Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com

Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com