**PARTIES' PROPOSED PHASE 2 VERDICT FORM**
**Submitted: November 28, 2023**

**Plaintiffs' Proposed Verdict Form**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

# VERDICT FORM

Please complete this verdict form by answering the following questions.

When completing the form, follow all directions given by the Court in the final jury instructions.

Some of the questions contain legal terms that the Court defined in the final jury instructions. You should refer to and consider the final jury instructions as you answer the questions in this verdict form.

Your answers must be unanimous.

1. **Plaintiffs seek nominal damages of $1 for the short-term measures (early slaughter, early molting and flock reduction). For each Plaintiffs you agree is entitled to nominal damages for these measures, enter $1.00 below:**

   **Kraft Foods Global:** $_____

   **The Kellogg Company:** $_____

   **General Mills:** $_____

   **Nestle USA:** $_____

2. **Plaintiffs seek nominal damages of $1 for exports. For each Plaintiff you agree is entitled to nominal damages for exports, enter $1.00 below:**

   **Kraft Foods Global:** $_____

   **The Kellogg Company:** $_____

   **General Mills:** $_____

   **Nestle USA:** $_____

3. **What is the total amount of damages incurred by each of the following plaintiffs as a result of the cage space restrictions in the UEP Certified Program?**

   **Kraft Foods Global:** $_____

   **The Kellogg Company:** $_____

   **General Mills:** $_____

   **Nestle USA:** $_____

4. **What is the total amount of damages incurred by each of the following plaintiffs as a result of the backfilling ban?**

       **Kraft Foods Global:**    $_____

       **The Kellogg Company:**  $_____

       **General Mills:**        $_____

       **Nestle USA:**         $_____

You have now reached the end of the verdict form. Please review it carefully to ensure that it accurately reflects your unanimous decision.

Each juror should sign the verdict form in the spaces below and the presiding juror should date the form below and notify the court security officer that you have reached a unanimous verdict.

The presiding juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____

*Presiding Juror*

_____

_____

_____

Date: _____