# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED EGG PRODUCERS, INC., *et al.*, ) <br> ) <br> ) <br> Defendants. ) | Case No. 1:11-cv-08808 <br> Judge Steven C. Seeger |

## DEFENDANTS' UPDATED DAMAGES PHASE TRIAL EXHIBIT LIST

Pursuant to the Court's order at docket entry number 562, Defendants submit their updated list of trial exhibits intended for use during their case-in-chief in the damages phase of trial. Defendants newly identify D-0010 and D-0058, both of which were on Defendants' original exhibit list. Defendants also withdraw D-1252. The updated exhibit list is attached as **Exhibit A**.

Date: November 28, 2023            Respectfully submitted,

/s/ Allen T. Carter

Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
Eric B. Gallon (egallon@porterwright.com)
  (pro hac vice)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900

Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*

| | |
|---|---|
| /s/ *Robin P. Sumner* | /s/ *Patrick M. Collins* |
| Robin P. Sumner (robin.sumner@troutman.com) | Patrick M. Collins (pcollins@kslaw.com) |
| Kaitlin L. Meola (kaitlin.meola@troutman.com) | Livia M. Kiser (lkiser@kslaw.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Patrick M. Otlewski (potlewski@kslaw.com) |
| 3000 Two Logan Square, 18th and Arch Streets | Abigail Hoverman Terry (aterry@kslaw.com) |
| Philadelphia, PA 19103-2799 | KING & SPALDING LLP |
| Tel: (215) 981-4000 | 110 North Wacker Drive, 38th Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 995-6333 |
| Whitney R. Redding (whitney.redding@troutman.com) | Lohr Beck (lohr.beck@kslaw.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (pro hac vice) |
| Union Trust Building | KING & SPALDING LLP |
| 501 Grant Street, Suite 300 | 1180 Peachtree Street, NE, Suite 1600 |
| Pittsburgh, PA 15219-4429 | Atlanta, GA 30309 |
| Tel: (412) 454-5085 | Tel: (404) 572-2812 |
| Molly DiRago (Molly.DiRago@troutman.com) | Brian E. Robison (brian@brownfoxlaw.com) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (pro hac vice) |
| 227 West Monroe Street, Suite 3900 | BROWN FOX PLLC |
| Chicago, IL 60606 | 6303 Cowboys Way, Suite 450 |
| Tel: (312) 759-1923 | Frisco, TX 75034 |
| | Tel: (972) 707-2809 |

*Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.*

**Counsel for Defendant Cal-Maine Foods, Inc.**