# ATTACHMENT A

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| P-0736 | | | | Group Exhibit - Urner Barry Data | 402; 802; 901; 1006 | Relevant, 803(6), non-hearsay purpose (effect on listener), authentic; unclear what 1006 objection could possibly be | Yes |
| P-0739 | | | | Group Exhibit - General Mills, Inc. transaction for January 1999 to December 2012. | None | Authentic; 803(6) | |
| P-0740 | | | | Group Exhibit - Kraft Foods Group, Inc. transaction data for September 2008 to August 2013. | None | Authentic; 803(6) | |
| P-0743 | | | | Group Exhibit - Nestle USA, Inc. transaction data for January 2000 to December 2012 | None | Authentic; 803(6) | |
| P-0744 | | | | Group Exhibit - Rose Acre Farms transaction data for August 1999 to October 2012. | None | | |
| P-0745 | | | | Group Exhibit - The Kellogg Company transaction data for January 2002 to December 2012. | None | Authentic; 803(6) | |
| P-0833 | 2004 | KRA00046260 | KRA00046315 | Egg Products Supply Agreement between Kraft and Rose Acre for 2004 | | | |
| P-2006 | 11/24/2023 | KEL00022205 | KEL00022205 | Kelloggs' Domestic Records | | | |
| P-2007 | 11/22/2023 | | | Kraft Foods Global Inc.'s Domestic Records | | | |
| P-2008 | 11/24/2023 | NES00004499 | NES00004500 | Nestle's Domestic Records | | | |
| D-0076 | 5/1/2004 | KRA00046260 | KRA00046315 | Egg Products Supply Agreement between Kraft Foods and Rose Acre Farms | | | |
| D-0090 | 8/1/2005 | KRA00045829 | KRA00045831 | Kraft Foods Global Inc./Rose Acre Farms Inc. Amendment to Egg Product Supply Agreement | | | |
| D-0120 | 5/22/2008 | KRA00026759 | KRA00026759 | Egg Product Supply Agreement Amendment between Kraft and RAF (legible) | | | |
| D-0122 | 5/22/2008 | KRA00045811 | KRA00045814 | Egg Product Supply Agreement Amendment between Kraft and RAF with transmittal email | | | |

Case: 1:11-cv-08808 Document #: 603-1 Filed: 11/28/23 Page 3 of 3 PageID #:23699

**Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.,**
Case No. 1:11-cv-08808

**PLAINTIFFS' DAMAGES TRIAL EXHIBIT LIST**

| Trial Exhibit No. | Document Date | Beg Bates No. | End Bates No. | Description | Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| D-0156 | 12/13/2006 | NES00004540 | NES00004544 | Blanket Contract between Rose Acre and Nestle | | | |
| D-0159 | 8/15/2008 | NES00004529 | NES00004533 | Blanket Contract between Rose Acre and Nestle | | | |

-2-

11/28/2023