**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 ) |
| v. | ) Judge Steven C. Seeger ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC. and ROSE ACRE FARMS, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION REGARDING PLAINTIFFS' PURCHASES**

The Parties, having met and conferred at the Court's recommendation, jointly agree to the following stipulation regarding Plaintiffs' purchases of egg products from the producer Defendants and co-conspirators—Rose Acre Farms and Wabash Valley Produce. The Parties respectfully request the Court present this stipulation to the jury.

1. Between October 2004 and December 2008, General Mills purchased $3,948,967 worth of egg products from Rose Acre Farms.

2. Between October 2004 and December 2008, Kellogg's purchased $14,874,741 worth of egg products from Wabash Valley Produce and $213,359 worth of egg products from Rose Acre Farms. In total, between October 2004 and December 2008, Kellogg's purchased $15,088,100 worth of egg products from Rose Acre and Wabash Valley.

3. Between October 2004 and December 2008, Kraft purchased $70,803,605 worth of egg products from Rose Acre Farms.

4. Between October 2004 and December 2008, Nestlé purchased $6,577,046 worth of egg products from Rose Acre Farms.

| | |
|---|---|
| November 29, 2023 | Respectfully submitted. |
| ***Counsel for Rose Acre Farms, Inc.*** | ***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlé USA, Inc. and The Kellogg Company*** |
| */s/ James A. King* | /s/ *Brandon D. Fox* |
| James A. King (jking@porterwright.com) | Andrianna D. Kastanek |
| Allen T. Carter (acarter@porterwright.com) | Angela M. Allen |
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | Joel T. Pelz |
| 41 South High Street, Suite 2900 | Michael T. Brody |
| Columbus, OH 43215 | Christopher M. Sheehan |
| Tel: (614) 227-2000 | JENNER & BLOCK LLP |
| | 353 N. Clark Street |
| Donald M. Barnes (dbarnes@porterwright.com) | Chicago, IL 60654 |
| Jay L. Levine (jlevine@porterwright.com) | Tel: (312) 222-9350 |
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | Fax: (312) 527-0484 |
| 2020 K. Street, N.W., Suite 600 | akastanek@jenner.com |
| Washington, D.C. 20006-1110 | aallen@jenner.com |
| Tel: (202) 778-3000 | jpelz@jenner.com |
| | mbrody@jenner.com |
| | csheehan@jenner.com |
| | |
| | Brandon D. Fox |
| | Amy M. Gallegos (*admitted pro hac vice*) |
| | Sati Harutyunyan (*admitted pro hac vice*) |
| | JENNER & BLOCK LLP |
| | 515 S. Flower St., Suite 3300 |
| | Los Angeles, CA 90071 |
| | Tel: (213) 239-5100 |
| | Fax: (213) 239-5199 |
| | bfox@jenner.com |
| | agallegos@jenner.com |
| | sharutyunyan@jenner.com |

***Counsel for Defendant Cal-Maine Foods, Inc.***

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)

2

Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com)
(admitted *pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

*Counsel for UEP/USEM*

*/s/Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000