UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED EGG PRODUCERS, INC., *et* ) <br> *al.*, ) <br> ) <br> Defendants. ) | Case No. 1:11-cv-08808 <br> Judge Steven C. Seeger |

**DEFENDANT CAL-MAINE FOODS, INC.'S**
**SUBMISSION REGARDING DEMONSTRATIVES DISPLAYED DURING**
**PROFESSOR MICHAEL BAYE'S DAMAGES PHASE TRIAL TESTIMONY**

Defendant Cal-Maine Foods, Inc. includes as Attachment A to this submission the demonstratives Cal-Maine presented to the jury on November 29, 2023, during the cross-examination damages phase trial testimony of Professor Michael Baye.

Dated: November 29, 2023

Respectfully submitted,

*/s/ Patrick M. Otlewski*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034

Tel: (972) 707-2809

***Counsel for Defendant Cal-Maine Foods, Inc.***