# Exhibit A

# Cross-Examination of Prof. Michael Baye

## Damages Phase

1

## Prof. Baye's Damages Calculations

❌ Short-Term Measures

❌ Exports

✅ Certified Program

2



## Prof. Baye's Main Overcharge Model

*Main Specification*

- Aug '02 – Jan '04: 0.2% Reduction
- Feb '04 – Jan '05: 0.6% Reduction
- Aug '05 – Jan '07: 2.4% Reduction
- Feb '07 – Jul '08: 5.5% Reduction
- September 2008: Conspiracy ends

## Prof. Baye's Main Overcharge Model

| Plaintiff | Aug '05–Jan '07 | Feb '07–Jul '08 | Aug '08–Sep '08 | Oct '08–Dec '08 | Total |
|---|---|---|---|---|---|
| Kraft | $3,391,612 | $12,981,111 | $1,190,781 | $765,782 | $18,329,286 |
| Nestle | $53,955 | $30,951 | $7,159 | $1,064,195 | $1,156,260 |
| General Mills | $321,383 | $813,156 | $110,493 | $60,577 | $1,305,609 |
| Kellogg's | $635,915 | $3,143,684 | $306,412 | $519,368 | $4,605,379 |

*Sources:* Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

## Prof. Baye's Main Overcharge Model

| PLAINTIFF | AUG '05–JAN '07 | FEB '07–JUL '08 | AUG '08–SEP '08 | OCT '08–DEC '08 | TOTAL |
|---|---|---|---|---|---|
| Kraft | $3,391,612 | $12,981,111 | $1,190,781 | $765,782 | $18,329,286 |
| Nestlé | $53,955 | $30,951 | $7,159 | $1,064,195 | $1,156,260 |
| General Mills | $321,383 | $813,156 | $110,493 | $60,577 | $1,305,609 |
| Kellogg's | $635,915 | $3,143,684 | $306,412 | $519,368 | $4,605,379 |

*Sources*: Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

5

## Prof. Baye's Main Overcharge Model

| PLAINTIFF | AUG '05–JAN '07 | FEB '07–JUL '08 | AUG '08–SEP '08 | TOTAL |
|---|---|---|---|---|
| Kraft | $3,391,612 | $12,981,111 | $1,190,781 | $17,563,504 |
| Nestlé | $53,955 | $30,951 | $7,159 | $92,065 |
| General Mills | $321,383 | $813,156 | $110,493 | $1,245,032 |
| Kellogg's | $635,915 | $3,143,684 | $306,412 | $4,086,011 |

*Sources*: Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

6

## Basis for Prof. Baye's Overcharge Model

**All** Egg Producers' **Total** Flock Size and **Total** Egg Production

**All** Egg Producers in the Certified Program

> Producers In UEP, in Certified Program, *AND*

> Producers **Not** in UEP, but in Certified Program

7

## Basis for Prof. Baye's Overcharge Model



Four Producers' Market Share
**15.5%**

**100**

**83.6%**
**UEP CERTIFIED**

8

## Basis for Prof. Baye's Overcharge Model



Cal-Maine Foods 7.1%
Rose Acre 5.6%
Moark 1.8%
Wabash Valley 1.0%

15.5%

SOURCE: Prof. Baye Report, dated Jan. 22, 2015, Exhibit 7

9

## Apply the % to Baye's Main Overcharge Model

| PLAINTIFF | AUG '05– JAN '07 | FEB '07– JUL '08 | AUG '08– SEP '08 | TOTAL | 15.5% REDUCTION |
|---|---|---|---|---|---|
| Kraft | $3,391,612 | $12,981,111 | $1,190,781 | $17,563,504 | $2,722,343 |
| Nestlé | $53,955 | $30,951 | $7,159 | $92,065 | $14,270 |
| General Mills | $321,383 | $813,156 | $110,493 | $1,245,032 | $192,980 |
| Kellogg's | $635,915 | $3,143,684 | $306,412 | $4,086,011 | $633,332 |

Sources: Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

10

10



## Prof. Baye's Alternative Overcharge Model

| PLAINTIFF | FEB '05–SEP '08 | OCT '08–DEC '08 | TOTAL |
|---|---|---|---|
| Kraft | $10,201,427 | $347,353 | $10,548,780 |
| Nestlé | $64,977 | $456,740 | $521,717 |
| General Mills | $804,198 | $28,795 | $832,994 |
| Kellogg's | $2,260,148 | $237,774 | $2,497,922 |

*Sources:* Prof. Baye Backup Data, Exhibit 24, Exhibit 25 and Appendix 6.2.do, damages_final.dta

12

## Prof. Baye's Alternative Overcharge Model

| PLAINTIFF | FEB '05–SEP '08 | OCT '08–DEC '08 | TOTAL |
|---|---|---|---|
| Kraft | $10,201,427 | $347,353 | $10,548,780 |
| Nestlé | $64,977 | $456,740 | $521,717 |
| General Mills | $804,198 | $28,795 | $832,994 |
| Kellogg's | $2,260,148 | $237,774 | $2,497,922 |

*Sources*: Prof. Baye Backup Data, Exhibit 24, Exhibit 25 and Appendix 6.2.do, damages_final.dta

13

13

## Prof. Baye's Alternative Overcharge Model

| PLAINTIFF | FEB '05–SEP '08 |
|---|---|
| Kraft | $10,201,427 |
| Nestlé | $64,977 |
| General Mills | $804,198 |
| Kellogg's | $2,260,148 |

*Sources*: Prof. Baye Backup Data, Exhibit 24, Exhibit 25 and Appendix 6.2.do, damages_final.dta

14

14

7

## Apply % to Prof. Baye's Alternative Overcharge Model

| PLAINTIFF | FEB '05–SEP '08 | 15.5% REDUCTION |
|---|---|---|
| Kraft | $10,201,427 | $1,581,221 |
| Nestle | $64,977 | $10,071 |
| General Mills | $804,198 | $124,651 |
| Kellogg's | $2,260,148 | $350,323 |

*Sources*: Prof. Baye Backup Data, Exhibit 24, Exhibit 25 and Appendix 6.2.do, damages_final.dta

15

15

## Two Options: Overcharges from the Certified Program

| Main Model | | Alternative Model |
|---|---|---|
| $2,722,343 | Kraft | $1,581,221 |
| $14,270 | Nestle | $10,071 |
| $192,980 | General Mills | $124,651 |
| $633,332 | Kellogg's | $350,323 |

OR

16

16

8