# ATTACHMENT A

# Professor Michael R. Baye
# Professor of Business Economics

*Kraft Foods Global, Inc., et al.* v. *United Egg Producers, Inc., et al.*

*1:11-cv-08808 (NDIL)*

**November 29, 2023**

# Summary of Damages Opinions

**1** Kraft paid overcharges of $18,329,288 between Oct. 2004 and Dec. 2008 to Rose Acre as a result of the supply restrictions in the UEP Certified Program.

**2** Kellogg paid overcharges of $4,605,380 to Rose Acre and Wabash Valley between Oct. 2004 and Dec. 2008 as a result of the supply restrictions in the UEP Certified Program.

**3** General Mills paid overcharges of $1,305,612 to Rose Acre between Oct. 2004 and Dec. 2008 as a result of the supply restrictions in the UEP Certified Program.

**4** Nestle paid overcharges of $1,156,262 to Rose Acre between Oct. 2004 and Dec. 2008 as a result of the supply restrictions in the UEP Certified Program.

2

# Calculating Overcharge Damages

| | |
|---|---|
| **STEP 1** | How much did the UEP program restrict output relative to what it would have been but for illegal coordination? |
| **STEP 2** | How much did the restriction in output raise Urner Barry (market) prices? |
| **STEP 3** | How much did the increase in market prices change the prices each Plaintiff paid to Rose Acre and Wabash Valley for each egg product? |
| **STEP 4** | Compute the extra amount each Plaintiff paid to Rose Acre and Wabash Valley as a result of the illegal coordination. |

3

PLS DEMO 0022 Pg. 0003

# Calculating Overcharge Damages

**STEP 1**    How much did the UEP program restrict output relative to what it would have been but for illegal coordination?

**STEP 2**    How much did the restriction in output raise Urner Barry (market) prices?

**STEP 3**    How much did the increase in market prices change the prices each Plaintiff paid to Rose Acre and Wabash Valley for each egg product?

**STEP 4**    Compute the extra amount each Plaintiff paid to Rose Acre and Wabash Valley as a result of the illegal coordination.

4

# Actual Flock Size vs. But-For Flock Size: 1990-2008



*Source: Baye Rep. Ex. 14*

5

# Actual Egg Production vs. But-For Egg Production



*Source: Baye Rep. Ex. 17*

6

PLS DEMO 0022 Pg. 0006

# Actual Flock Size vs. But-For Flock Size
# 1990-2008 (VAR Model)



Source: Baye Rep. Ex. 18

7

# Actual Egg Production vs. But-For Egg Production 1990-2008 (VAR Model)



*Source: Baye Rep. Ex. 19*

8

# Percent Fewer Eggs Compared to But-For World

| Restriction | Effective Date | Minimum Average Space Per Hen | | % Reduction of Egg Production | Statistically Significant at 99% Level |
|---|---|---|---|---|---|
| | | White | Brown | | |
| Restriction 1 | Aug. 2002 – Jan. 2004 | 56 inches | 63 inches | 0.2% | NO |
| Restriction 2 | Feb. 2004 – July 2005 | 59 inches | 66 inches | 0.6% | NO |
| Restriction 3 | Aug. 2005 – Jan. 2007 | 61 inches | 68 inches | 2.4% | YES |
| Restriction 4 | Feb. 2007 – July 2008 | 64 inches | 72 inches | 5.5% | YES |
| Restriction 5 | Aug. 2008 – Dec. 2012 | 67 inches | 76 inches | 5.2% | YES |
| Backfilling Ban | February 2005 | | | 2.1% | YES |

*Source: Baye Rep. pp. 63-64.*

9

# Calculating Overcharge Damages

**STEP 1** — How much did the UEP program restrict output relative to what it would have been but for illegal coordination?

**STEP 2** — How much did the restriction in output raise Urner Barry (market) prices?

**STEP 3** — How much did the increase in market prices change the prices each Plaintiff paid to Rose Acre and Wabash Valley for each egg product?

**STEP 4** — Compute the extra amount each Plaintiff paid to Rose Acre and Wabash Valley as a result of the illegal coordination.

10

# Range of Increases in 27 Urner Barry Egg Product Prices

| | Restriction 3 | Restriction 4 | Restriction 5 | Backfilling |
|---|---|---|---|---|
| **LIQUID EGGS** | | | | |
| Most Inelastic | 59.71% | 199.06% | 181.37% | 51.27% |
| Least Inelastic | 21.08% | 56.44% | 52.59% | 18.42% |
| **FROZEN EGGS** | | | | |
| Most Inelastic | 39.40% | 117.55% | 108.34% | 34.13% |
| Least Inelastic | 20.11% | 53.55% | 49.93% | 17.59% |
| **DRIED EGGS** | | | | |
| Most Inelastic | 36.47% | 107.00% | 98.79% | 31.64% |
| Least Inelastic | 18.91% | 49.96% | 46.62% | 16.54% |

*Source: Baye Rep. Ex. 20*

11

# Actual Price v. But-for Price:
## *UB Liquid Eggs, Whole, Custom Pack, Pasteurized, Standard*



*Source: Baye Rep. Appx. 4, pg. 19*

12

## Actual Price v. But-for Price:
*UB Liquid Eggs, Whole, Custom Pack, Pasteurized, Standard*



*Source: Baye Rep. Appx. 4, pg. 19*

13

# Actual Price v. But-for Price:
## *UB Liquid Eggs, Yolk 43% Solids, Custom Pack, Pasteurized, Standard*



*Source: Baye Rep. Appx. 4, pg. 21*

14

# Actual Price v. But-for Price:
## *UB Liquid Eggs, Yolk 43% Solids, Custom Pack, Pasteurized, Standard*



*Source: Baye Rep. Appx. 4, pg. 21*

15

# Actual Price v. But-for Price:
## *UB Egg Solids, Albumen, Spray (TL)*



*Source: Baye Rep. Appx. 4, pg. 2*

16

PLS DEMO 0022 Pg. 0016

# Actual Price v. But-for Price:
## *UB Egg Solids, Albumen, Spray (TL)*



*Source: Baye Rep. Appx. 4, pg. 2*

17

# Actual Price v. But-for Price:
## *UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard*



*Source: Baye Rep. Appx. 4, pg. 22*

18

# Actual Price v. But-for Price:
## *UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard*



*Source: Baye Rep. Appx. 4, pg. 22*

19

## Effect on Market Prices:
### *UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard*



Source: Baye Rep. Appx. 4, pg. 22

20

# Calculating Overcharge Damages

| STEP 1 | How much did the UEP program restrict output relative to what it would have been but for illegal coordination? |
|--------|---|
| STEP 2 | How much did the restriction in output raise Urner Barry (market) prices? |
| STEP 3 | How much did the increase in market prices change the prices each Plaintiff paid to Rose Acre and Wabash Valley for each egg product? |
| STEP 4 | Compute the extra amount each Plaintiff paid to Rose Acre and Wabash Valley as a result of the illegal coordination. |

21

# Transactions and Products Analyzed

- Thousands of transaction records

- Fourteen plaintiff/vendor/product combinations

- Approximately 90% of overcharges are from four products

22

# Prices Kraft Paid to Rose Acre for Liquid Yolk Salt Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 31*

23

# Prices General Mills Paid Rose Acre for Dried Whites Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 15*

24

## Prices General Mills Paid Rose Acre for Dried Whites Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 15*

25

# Prices Kellogg Paid to Wabash Valley for Liquid Whole Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 30*

26

## Prices Kellogg Paid to Wabash Valley for Liquid Whole Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 30*

27

# Prices Kraft Paid to Rose Acre for Liquid Whole Salt Track Urner Barry Prices



*Source: Baye Rep. Appx. 3, pg. 32*

28

# Calculating Overcharge Damages

| STEP 1 | How much did the UEP program restrict output relative to what it would have been but for illegal coordination? |
|---|---|
| STEP 2 | How much did the restriction in output raise Urner Barry (market) prices? |
| STEP 3 | How much did the increase in market prices change the prices each Plaintiff paid to Rose Acre and Wabash Valley for each egg product? |
| STEP 4 | Compute the extra amount each Plaintiff paid to Rose Acre and Wabash Valley as a result of the illegal coordination. |

29

## Compute Overcharge for Kraft Oct. 2008 Purchases from Rose Acre:
*UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard*



Oct '08 – UEP restrictions raised market price by $0.50/lb

Overcharge = 0.94 x $0.50 = $0.47/lb

*Source: Baye Rep. Appx. 4, pg. 22*

30

## Plaintiffs' Total Purchases and Overcharges
## (Main Specification Oct. 2004 through Dec. 2008)

|  | Purchases from Rose Acre and Wabash Valley | Overcharges |
|---|---|---|
| Kraft | $70,803,605 | $18,329,288 |
| Kellogg | $15,088,100 | $4,605,380 |
| General Mills | $3,948,967 | $1,305,612 |
| Nestle | $6,577,046 | $1,156,262 |
| Total: | $96,417,718 | $25,396,542 |

*Source: Baye Rep. Appx. 6*

31

## Plaintiffs' Total Purchases and Overcharges
## (Backfilling Ban Specification Oct. 2004 through Dec. 2008)

|  | Purchases from Rose Acre and Wabash Valley | Overcharges |
|---|---|---|
| Kraft | $70,803,605 | $10,548,781 |
| Kellogg | $15,088,100 | $2,497,923 |
| General Mills | $3,948,967 | $832,994 |
| Nestle | $6,577,046 | $521,718 |
| Total: | $96,417,718 | $14,401,416 |

*Source: Baye Rep. Appx. 6*

32

## The Estimates of Overcharge Damages Are Conservative

- Excludes damages from exports and short-term measures.

- Estimates would be larger using a confidence level below 99%.

- Estimates are based on the main specification, which showed *smaller* output reduction than other specifications and the VAR model.

- Estimates are larger using price effects from documentary record.

- The model uses the product associated with the *most elastic* demand (meaning price goes up *the least* when supply goes down) wherever the product purchased/priced is ambiguous.

- The adjustment factor is capped at one for purposes of calculating overcharges.

33

## Plaintiffs' Total Purchases and Overcharges (Main Specification Oct. 2004 through Dec. 2008)

|  | Purchases from Rose Acre and Wabash Valley | Overcharges |
|---|---|---|
| Kraft | $70,803,605 | $18,329,288 |
| Kellogg | $15,088,100 | $4,605,380 |
| General Mills | $3,948,967 | $1,305,612 |
| Nestle | $6,577,046 | $1,156,262 |
| Total: | $96,417,718 | $25,396,542 |

*Source: Baye Rep. Appx. 6*

34