# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. )<br><br>Defendants. ) | No. 1:11-cv-08808<br><br>Judge Steven C. Seeger |

## AMENDED MOTION OF DEFENDANT UNITED EGG PRODUCERS, INC. AND UNITED STATES EGG MARKETERS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(a)

For the reasons set forth in the accompanying memorandum of law, Defendants United Egg Producers, Inc. ("UEP") and United States Egg Marketers' ("USEM"), by and through their attorneys, move pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law dismissing all of Plaintiffs' claims.

Dated: November 29, 2023

Respectfully submitted:

*/s/ Robin P. Sumner*
Robin P. Sumner (robin.sumner@troutman.com)
Kaitlin L. Meola (kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly DiRago
(Molly.DiRago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1926

*Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.*