# ATTACHMENT A

# Nominal Prices Were Low



**Wholesale Shell Eggs Price**
Monthly Average for 12-Metro Area (Grade A Large)

# Nominal Prices Were Low



*Price Per Dozen*

**Wholesale Shell Eggs Price**
**Monthly Average for 12-Metro Area (Grade A Large)**

# Prices Were At Historical Lows



**Wholesale Grade A Large Shell Egg Prices**
(Average Per Month – Adjusted for Inflation)

$1.61

$0.58

PLS DEMO 0024 Pg. 0003

# Prices Were At Historical Lows

