# ATTACHMENT B

**Exhibit 1**
**UEP-Certified Flock and U.S. Layer Flock**

| Date | UEP-Certified | Entire U.S. Layer Flock | UEP-Certified Percentage |
|---|---|---|---|
| 12/4/2002 | 226 | 283 | 79.9% |
| 5/30/2003 | 226 | 277 | 81.6% |
| 11/21/2003 | 233 | 282 | 82.6% |
| 4/19/2004 | 226 | 283 | 79.9% |
| 12/27/2004 | 238 | 288 | 82.6% |
| 12/30/2004 | 234 | 288 | 81.3% |
| 2/25/2005 | 232 | 290 | 80.0% |
| 3/10/2006 | 219 | 294 | 74.5% |
| 12/28/2006 | 243 | 293 | 82.9% |
| 5/2/2007 | 238 | 284 | 83.8% |
| 9/5/2007 | 240 | 284 | 84.5% |
| 12/31/2007 | 235 | 286 | 82.2% |
| 1/18/2008 | 235 | 284 | 82.7% |
| 12/4/2008 | 230 | 285 | 80.7% |

**Sources**:
1. UE0198002 (Dec. 4, 2002); UE0198013 (May 30, 2003); UE0198096 (Nov. 21, 2003); UE0132510 (Apr. 19, 2004); UE0132496 (Dec. 27, 2004); UE0152698 (Dec. 30, 2004); UE0198047 (Feb. 25, 2005); UE0198052 (Feb. 25, 2005); UE0197980 (March 10, 2006); UE0325684 (Dec. 21, 2006); UE0267489 (Dec. 28, 2006); UE0267464 (May 2, 2007); UE0197928 (Sept. 5, 2007); UE0255795 (Dec. 31, 2007); UE0292108 (Jan. 18, 2008); UE0301663 (Dec. 4, 2008); UE0132501 (Dec 27, 2004); UE0132515 (Apr 19, 2004); UE0152703 (Dec 30, 2004); UE0197933 (Sep 5, 2007); UE0197979 (Mar 10, 2006); UE0198006 (Dec 4, 2002); UE0198017 (May 30, 2003); UE0198051 (Feb 25, 2005); UE0198100 (Nov 21, 2003); UE0198119 (Apr 16, 2004); UE0255106 (Dec 31, 2007); UE0267464 (May 2, 2007); UE0267746 (Dec 28, 2006); UE0292107 (Jan 18, 2008); UE0301639 (Dec 4, 2008).
2. "Chickens and Eggs Final Estimates 1998-2002," USDA (April 2004) at 16; "Chicken and Eggs Final Estimates 2003-2007," USDA (March 2009) at 14; "Chicken and Eggs Final Estimates 2008-2012," USDA (September 2014) at 16.

**Notes**:
1. Figures are rounded to the nearest million.
2. "Entire Layer Flock" data are average number of layers on hand during the month for the "Table Egg Type."
3. The UEP records produced in discovery concerning the number of hens owned by UEP-Certified producers include handwritten amendments. The table above excludes these amendments. If the UEP-Certified flock is measured based on the larger of the originally reported figures or the handwritten amendments, then the UEP-Certified flock ranged from 74.8% to 84.5% of the entire U.S. layer flock.