**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT ROSE ACRE FARMS, INC.'S**
**RENEWED AND AMENDED MOTION FOR JUDGMENT AS A MATTER OF LAW**
**PURSUANT TO RULE 50(a)**

For the reasons set forth in the accompanying memorandum of law, Defendant Rose Acre Farms, Inc. ("Rose Acre"), by and through its attorneys, moves pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law dismissing Plaintiffs' claims.

Dated: November 29, 2023

Respectfully submitted,

/s/ Jay L. Levine
Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Eric B. Gallon (egallon@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*