# ATTACHMENT A



# Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.

# May 13, 1998 – "Cal-A-Gram"



Cal-Maine has agreed to adopt the following early slaughter/early molt programs supported by both UEP and USEM:

1) Schedule slaughter or otherwise dispose of all spent flocks back to 105 weeks beginning the week of May 8, 1998 through June 5, 1998.

2) Molt all flocks back to 63 weeks beginning May 8, 1998 through June 5, 1998.

Every effort will be made to follow the program 100%. Please advise if there is an exception or problem at a particular location.

# UEP Letter from Donald Bell to Gene Gregory

**July 2, 1999**




**Don Bell**


**Gene Gregory**



2. <mark>Extra birds must be removed</mark> from the nation's flock permanently. An early molt is only a stop-gap way of correcting the problem.

\* \* \*

4. An <mark>industry-wide policy of a minimum floor space</mark> allowance would result in a more ideal national flock size. It is currently estimated that 15-20% of the nation's birds are housed at less than 48 square inches. If 48 square inches were adopted as minimum space allowance, <mark>millions of extra birds would be eliminated.</mark>

*Source: Plaintiff Exhibit 328*

PLS DEMO 0023 Pg. 0003

3

# UEP's Idea to Reduce Henhouse Density



**SPECIAL CALLED**
**UEP MARKETING CONFERENCE CALL**
**September 24, 2001**

* * *

Gene Gregory said that the UEP staff had been working on an idea that would encourage members to take one bird out of each cage until a total of 5% of the house capacity had been reached.



# UEP in 2000: Cage Space Increases Will Restrict Production

**May 15, 2000**





> UEP Animal Welfare Committee Meeting, May 15, 2000
>
> * * *
>
> 3. Increasing space allowances for the industry can only be justified by individual egg producers if most or all producers participated.
>
> * * *
>
> 5. Increasing space allowances would have two major effects:
>
> * * *
>
> b). An increase in space allowance would inevitably reduce the layer population and thereby reduce the surplus production problems affecting the industry over the past 20 years.

*Source: Plaintiff Exhibit 384*

PLS DEMO 0023 Pg. 0005

5

# UEP in 2002: Put Money in Your Pocket!!!



"What Better Time to Reduce Cage Density and Put Money In Your Pocket!!!

Commentary – Al Pope

Give your animal welfare program a jump start by reducing the cage density to meet UEP's Industry Animal Husbandry Guidelines. This action may be a worthwhile option to consider in addition to the Hatch & Molting Plan as recommend by the UEP Marketing Committee.

The target date of October 1 for reducing the nations flock size by 5% could be achieved if this option best suits your facilities and marketing plan. If at least 50% of the industry took thee actions Producers could make a dollar to two a bird in 2002 instead of the projected losses…..substantial losses at that!!!

# UEP Announces First 100 Companies

**April 8, 2002**





# UEP Announces First 100 Companies

**April 8, 2002**





1. Wilcox Farms
2. Midwest Poultry Service
3. Cal-Maine Foods
4. Creighton Bros.
5. ISE Newberry
6. Mahard Egg Farms
7. Lumber City Egg Marketers
8. Glenwood Foods
9. Braswell Egg Co.
10. Simpson's Eggs
11. Daylay Egg Farm
12. United Egg Marketing Corp.
13. Crystal Farms
14. Kreher's Poultry Farm
15. Zephyr Egg Co.
16. Kofkoff Egg Farm
17. Southern New England Eggs
18. The Egg & I Farm
19. ISE America
20. Wegmans
21. R.W. Sauder
22. Radlo Bros.
23. LaValle Egg Farms
24. Elmer King Farm
25. Sperry Farms
26. Creekwood Farms
27. Edelweiss Farms
28. Dynes Farms
29. Morning Fresh Farms
30. Sparboe Companies
31. J.S. West Milling
32. Maxim Production CO
33. Norco Ranch
34. McAnally Enterprises
35. Sunrise Farms of CA
36. Valley Fresh Foods
37. North Alabama Egg Co.
38. Red Bird Egg Farm
39. Olson Farms
40. Herbruck's Poultry Ranch
41. Schipper Poultry
42. Oakdell Egg Farms
43. Active Feed Co.
44. Delta Egg Farm
45. Sunbest Foods of IA
46. Grand Mesa Eggs
47. Moark Productions
51. Gervase Farms
52. Wilfie Farms
53. Yankee Farms
54. Su's Chicken Farm
55. Garber Poultry Farm
56. Baer Bros.
57. CFMG, Inc.
58. Ritewood, Inc.
59. Stiebrs Farms
60. C & K Egg Co.
61. Jona Baer, Inc.
62. Joel Baer, Inc.
63. Rigtrup Poultry
64. Fassio Egg Farm
65. Hertzfeld Poultry Farm
66. Green Valley Poultry
67. Triple A Farms
68. Aldridge Poultry Farm
69. Egg Innovations
70. Zoet Poultry
71. J.Wilmar Jensen
72. Lehman's Egg Serv.
73. AAA Egg Farms
74. Tampa Farm Serv.
75. Pearl Valley Eggs
76. Weaver Bros.
77. Den Dulk Poultry
78. Germantown Egg
79. H & K Farms
80. P & R Farms
81. Crystal Valley Farms
82. Hillandale of Pa.
83. Rolling Hills Egg
84. National Food Corp.
85. James Farm
86. Wabash Valley Prod.
87. 
88. 
89. 
90. Merrill's Egg Farm
91. SKS Enterprises
92. Randy Nelson Venture
93. Hauge Egg Co.
94. Sunrise Acres
95. George's
96. Ft. Recovery Equity
97. Rindler Poultry
98. Rose Acre Farms
99. 
100. 

*Source: Plaintiff Exhibit 637*

PLS DEMO 0023 Pg. 0008

8



# Nation's Flock Size in Certified Program (2002)



# UEP in 2004: Backfilling – a Loophole of a Hangman's Noose?




**Gene Gregory**


**Al Pope**



### Backfilling – A Loophole of a Hangman's Noose?
#### Editorial by: Al Pope

Whose program is it anyway, this UEP Animal Care Certified program? It's not really UEP's per se, and certainly not UEP's staff. No, the program belongs to those of you who are participating in the program. You decide how the program operates.

In this regard, the original intent of permitting Animal Care Certified companies to backfill was to accommodate those few extra, unexpected pullets from grow-out facilities. This option would avoid the destruction and waste of what otherwise was a "productive bird". After hearing your concerns, the Animal Welfare Committee in May 2003 changed the policy to allow for backfilling at any time with any age bird so long as the "house average" space allowance requirement was not exceeded.

A year later, and while the ACC program was never a supply management program, the "backfill" provision (in my opinion) is contributing or even causing some of the disorderly marketing and poor egg prices that we are currently experiencing. Have we shot ourselves in the foot with this well intended provision? Is it a "noose" that is "strangling" the opportunity of enjoying, once again, the favorable prices for our product we expected this fall?

It is your program. Once again, the Area Meetings are approaching and "your voice counts". It is one person's opinion but I do think you should eliminate or severely limit any "backfill" provisions and return to the favorable market conditions we enjoyed this past spring.

# Plaintiffs' Purchases

| | Purchases from Rose Acre and Wabash Valley |
|---|---|
|  | $70,803,605 |
|  | $15,088,100 |
|  | $6,577,046 |
|  | $3,948,967 |

### Total
### $96,417,718

# Total Overcharges



**Kraft: $18,329,288**

**Kellogg's: $4,605,380**



**Nestlé: $1,156,262**

**General Mills: $1,305,612**

## TOTAL : $25,396,542

# Dr. Baye's Multi-Step Damages Calculations

**1** Determine output restriction caused by conspiracy

**2** Determine impact of output restriction on UB prices

**3** Determine impact of UB prices on prices paid by Plaintiffs

**4** Determine overcharge amount



PLS DEMO 0023 Pg. 0014

# Output Restriction Caused by Conspiracy



# Impact of Output Restriction on UB prices



PLS DEMO 0023 Pg. 0016

# Total Overcharges



**$18,329,288**

**$4,605,380**



**$1,156,262**

**$1,305,612**

**TOTAL : $25,396,542**



# Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.