# Main Specification

| Plaintiff | Defendant | Product Type | 2005* | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| General Mills | Rose Acre Farms | Dried Whites | 62,643.44 | 217,442.89 | 627,910.94 | 397,614.83 |
| Kellogg | Rose Acre Farms | Dried Whites | 7,565.75 | 4,722.43 | 0.00 | 0.00 |
| Kellogg | Rose Acre Farms | Dried Whole | 749.31 | 677.86 | 0.00 | 0.00 |
| Kellogg | Wabash Valley Produce | Liquid Whole | 189,194.78 | 391,281.60 | 1,572,213.94 | 2,438,974.75 |
| Kraft | Rose Acre Farms | Dried Whites | 54,250.24 | 138,194.16 | 378,502.04 | 324,188.77 |
| Kraft | Rose Acre Farms | Dried Whole Sugar | 6,912.65 | 44,671.32 | 156,356.06 | 242,242.79 |
| Kraft | Rose Acre Farms | Dried Yolk | 13.04 | 19.56 | 122.88 | 41.81 |
| Kraft | Rose Acre Farms | Frozen Yolk Sugar | 0.00 | 0.00 | 0.00 | 0.00 |
| Kraft | Rose Acre Farms | Liquid Whole | 10,761.09 | 7,997.54 | 57,973.46 | 112,269.74 |
| Kraft | Rose Acre Farms | Liquid Whole Salt | 377,056.54 | 834,260.60 | 2,849,749.27 | 3,377,143.47 |
| Kraft | Rose Acre Farms | Liquid Yolk | 16,490.62 | 14,981.57 | 66,699.65 | 92,898.07 |
| Kraft | Rose Acre Farms | Liquid Yolk Salt | 575,376.92 | 1,102,161.86 | 3,213,292.13 | 4,274,660.24 |
| Nestle | Rose Acre Farms | Dried Whites | 0.00 | 51,297.81 | 0.00 | 2,221.69 |
| Nestle | Rose Acre Farms | Dried Whole | 0.00 | 0.00 | 0.00 | 1,056,335.75 |
| Nestle | Rose Acre Farms | Dried Yolk | 811.08 | 1,545.75 | 27,768.20 | 16,282.06 |
| Nestle | Rose Acre Farms | Liquid Whites | 0.00 | 0.00 | 0.00 | 0.00 |
| Nestle | Rose Acre Farms | Liquid Whole | 0.00 | 0.00 | 0.00 | 0.00 |
| Nestle | Rose Acre Farms | Liquid Yolk Sugar | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Per Year** | | | **$1,301,825.45** | **$2,809,254.96** | **$8,950,588.56** | **$12,334,873.99** |

# Backfilling Ban

| Plaintiff | Defendant | Product Type | 2005* | 2006 | 2007 | 2008 |
|---|---|---|---:|---:|---:|---:|
| General Mills | Rose Acre Farms | Dried Whites | 148,334.63 | 195,232.23 | 304,741.19 | 184,686.35 |
| Kellogg | Rose Acre Farms | Dried Whites | 15,705.71 | 4,220.59 | 0.00 | 0.00 |
| Kellogg | Rose Acre Farms | Dried Whole | 737.02 | 600.40 | 0.00 | 0.00 |
| Kellogg | Wabash Valley Produce | Liquid Whole | 334,418.02 | 350,095.90 | 707,601.76 | 1,084,544.20 |
| Kraft | Rose Acre Farms | Dried Whites | 79,127.04 | 124,222.80 | 175,064.55 | 153,595.63 |
| Kraft | Rose Acre Farms | Dried Whole Sugar | 6,174.06 | 39,898.40 | 70,981.50 | 107,498.99 |
| Kraft | Rose Acre Farms | Dried Yolk | 21.15 | 17.46 | 56.92 | 17.81 |
| Kraft | Rose Acre Farms | Frozen Yolk Sugar | 0.00 | 0.00 | 0.00 | 0.00 |
| Kraft | Rose Acre Farms | Liquid Whole | 11,691.92 | 7,134.05 | 24,481.48 | 48,026.34 |
| Kraft | Rose Acre Farms | Liquid Whole Salt | 710,352.64 | 745,283.76 | 1,273,986.45 | 1,478,161.57 |
| Kraft | Rose Acre Farms | Liquid Yolk | 19,788.71 | 13,379.31 | 28,557.12 | 40,901.50 |
| Kraft | Rose Acre Farms | Liquid Yolk Salt | 1,118,339.09 | 985,084.39 | 1,434,123.13 | 1,852,813.39 |
| Nestle | Rose Acre Farms | Dried Whites | 0.00 | 45,730.96 | 0.00 | 977.12 |
| Nestle | Rose Acre Farms | Dried Whole | 0.00 | 0.00 | 0.00 | 453,304.59 |
| Nestle | Rose Acre Farms | Dried Yolk | 1,622.50 | 1,376.97 | 11,676.72 | 7,029.19 |
| Nestle | Rose Acre Farms | Liquid Whites | 0.00 | 0.00 | 0.00 | 0.00 |
| Nestle | Rose Acre Farms | Liquid Whole | 0.00 | 0.00 | 0.00 | 0.00 |
| Nestle | Rose Acre Farms | Liquid Yolk Sugar | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Per Year** | | | **$2,446,312.50** | **$2,512,277.22** | **$4,031,270.82** | **$5,411,556.71** |

Baye Report, Appendix 6.2

# Absence of Market Power

Case: 1:11-cv-08808 Document #: 614-1 Filed: 11/29/23 Page 3 of 4 PageID #:23829

*2004*



Baye Report, Ex. 7

3

