# Dr. Jonathan Walker

Direct Examination

# Dr. Baye's Egg Production Model Results



Egg Production Model Results (Baye Rep. ¶¶ 173, 175)

# Dr. Baye's Benchmark Period Is Inappropriate: The '90s Were Different



Inevitable Cage Space Requirements



Egg price collapse

3

# Nominal Prices Were Low



Wholesale Shell Eggs Price
Monthly Average for 12-Metro Area (Grade A Large)

Walker Primary Report, Figure 10

4

# Prices Were At Historical Lows



Walker Primary Report, Figure 11

**Table 2. Coefficient Estimates for Price Effects in Dr. Baye's Model**
**1990 - 2012**

| Product | Coefficient Estimate for Alleged Conspiracy (Dr. Baye's Main Specification) | | | Coefficient Estimate for Backfilling Ban |
|---|---|---|---|---|
| | Restriction 3 8/2005 - 1/2007 | Restriction 4 2/2007 - 7/2008 | Restriction 5 8/2008 - 12/2012 | 2/2005 - 12/2012 |
| (a) | (b) | (c) | (d) | (e) |
| Liquid Eggs | | | | |
| UB Liquid Eggs, Whole, Custom Pack, Pasteurized, Standard | -2.61 | 60.90*** | 20.61 | -27.68** |
| UB Liquid Eggs, Yolk 43% Solids, Custom Pack, Pasteurized, Standard | -61.60*** | -15.66 | -59.92** | -22.70* |
| UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard | -69.56*** | -15.50 | -59.33** | -28.34** |
| Dried Eggs | | | | |
| UB Egg Solids, Albumen, Spray (TL) | 26.55 | 85.24*** | 74.98*** | -31.29* |
| UB Egg Solids, Blend: 65-75% Whole Egg, 25-35% Corn Syrup (TL) | -0.02 | 49.56*** | 37.06*** | -16.58** |
| UB Egg Solids, Dried Whole Plain (TL) | -12.58 | 44.86*** | 7.70 | -32.00** |
| UB Egg Solids, Yolk (TL) | -49.53*** | -19.71 | -56.97*** | -18.85* |

**7 Products bought by Plaintiffs** (Liquid Eggs and Dried Eggs rows highlighted)

**Note:** *, **, and *** represent 90, 95, and 99% levels of confidence. Counts are given for products with positive and statistically significant coefficients at the 5% level.

**Source:** Dr. Walker's DAP Report Appendix Exhibit 2

| Product (a) | Coefficient Estimate for Backfilling Ban 2/2005 - 12/2012 (e) |
|---|---|
| Liquid Eggs | |
| UB Liquid Eggs, Whole, Custom Pack, Pasteurized, Standard | -27.68** |
| UB Liquid Eggs, Yolk 43% Solids, Custom Pack, Pasteurized, Standard | -22.70* |
| UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard | -28.34** |
| Dried Eggs | |
| UB Egg Solids, Albumen, Spray (TL) | -31.29* |
| UB Egg Solids, Blend: 65-75% Whole Egg, 25-35% Corn Syrup (TL) | -16.58** |
| UB Egg Solids, Dried Whole Plain (TL) | -32.00** |
| UB Egg Solids, Yolk (TL) | -18.85* |

**7 Products bought by Plaintiffs** (annotation bracketing all 7 products above)

# Changes in Price For the Urner Barry Categories Plaintiffs Bought

## BACKFILLING BAN

|  | Backfilling Ban |
|---|---|
| *Higher* | **0** |
| *No Difference* | **0** |
| *Lower* | **7** |