# ROSE ACRE Farms ®

# Plaintiffs' Conspiracy Claim





*Cage Space Restrictions* — *Backfilling Ban* — **UEP Certified Program**

**USEM Export Program**

**UEP "Short-Term Measures"**

# The Damages Period



**Damages Start:** Oct 2004

**Damages End:** Dec 2008

2004 | 2005 | 2006 | 2007 | 2008

3

# *The Producers*







# Dr. Baye's Egg Production Model Results



*Egg Production Model Results (Baye Rep. ¶¶ 173, 175)*

# Dr. Baye's Method Is Based On 177 Producers

## Dr. Baye: *177 Producers*



# <u>Only</u> 4 Producers Found To Be In The Conspiracy

## Remaining: *4 Producers*



# Absence of Market Power

*2004*



# The Damages Period



# June 2007: Kraft Begins Demanding Certified Egg Products




# The Damages Period



# 2006: Nestle Begins Demanding Certified Egg Products



> In 2006, Michael Foods and Nestle discussed a price premium for UEP certified egg products for Dreyer's, which Nestle thereafter paid to Michael Foods to purchase UEP Certified egg products for Dreyer's.

> Dreyer's chose to require UEP Certified eggs in 2006 because it was concerned about unfavorable comparisons between itself and Ben & Jerry's, which had made announcements about changing its egg sourcing practices based on animal welfare concerns, and because of pressure from senior management due to outside pressure based on animal welfare concerns. Specifically, representatives from the Humane Society of the United States contacted Nestle.

D-0175

# The Damages Period



# 2005-2008: Kellogg Demands Certified Egg Products



D-0142

# What Are The Damages?

