UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11-cv-8808 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**VERDICT FORM – DAMAGES**

Please complete this verdict form by answering the following questions.

When completing the form, follow all directions given by the Court in the final jury instructions.

Some of the questions contain legal terms that the Court defined in the final jury instructions. You should refer to and consider the final jury instructions as you answer the questions in this verdict form.

Please notice the instructions after each question about answering additional questions.

Your answers to each question must be unanimous.

We, the jury, unanimously find as follows on the questions submitted to us, and we return our verdict in this case as follows:

1.  **Did** Plaintiffs ~~seek nominal~~**prove that they sustained** damages **as a result** of ~~$1 for~~**the part of** the conspiracy involving ~~the~~ short-term measures (*i.e.*, early slaughter, early molting, and flock reduction)~~.~~ **?**

    You must respond separately for each Plaintiff.

    Kraft Foods Global

    YES _____         NO _____

    The Kellogg Company

    YES _____         NO _____

    General Mills

    YES _____         NO _____

    Nestlé USA

    YES _____         NO _____

    If you answered "YES" to any part of Question #1, proceed to Question #2.

    If you answered "NO" to all parts of Question #1, proceed to Question #3.

2.  **Plaintiffs seek nominal damages of $1 for the part of the conspiracy involving the short-term measures.** Do you award nominal damages to one or more Plaintiffs for the conspiracy involving the short-term measures?

    YES _____         NO _____

    If the answer to the question is "YES," enter $1 below.

    If the answer to the question is "NO," enter $0 below.

    You must respond separately for each Plaintiff.

    Kraft Foods Global         $ _____

        The Kellogg Company        $ _____

        General Mills        $ _____

        Nestlé USA        $ _____

**3.** **Did Plaintiffs prove that they sustained damages as a result of the part of the conspiracy involving the exports as part of the USEM export program?**

You must respond separately for each Plaintiff.

Kraft Foods Global

    YES _____        NO _____

The Kellogg Company

    YES _____        NO _____

General Mills

    YES _____        NO _____

Nestlé USA

    YES _____        NO _____

If you answered "YES" to any part of Question #3, proceed to Question #4.

If you answered "NO" to all parts of Question #3, proceed to Question #5.

**~~2~~4.** **Plaintiffs seek nominal damages of $1 for the part of the conspiracy involving the exports as part of the USEM export program. Do you award nominal damages to one or more Plaintiffs for the conspiracy involving the exports?**

    YES _____        NO _____

If the answer to the question is "YES," enter $1 below.

If the answer to the question is "NO," enter $0 below.

You must respond separately for each Plaintiff.

| | |
|---|---|
| Kraft Foods Global | $ _____ |
| The Kellogg Company | $ _____ |
| General Mills | $ _____ |
| Nestlé USA | $ _____ |

**~~3~~5.** Did Plaintiffs prove that they sustained damages as a result of <ins>part of</ins> the conspiracy involving the cage space or henhouse density restrictions as part of the UEP Certified Program ~~and/or the restriction on backfilling of egg-producing hens as part of the UEP Certified Program~~?

You must respond separately for each Plaintiff.

Kraft Foods Global

YES _____  NO _____

The Kellogg Company

YES _____  NO _____

General Mills

YES _____  NO _____

Nestlé USA

YES _____  NO _____

If you answered "YES" to any part of Question #~~3~~5, proceed to Question #~~4~~6.

If you answered "NO" to all parts of Question #~~3~~5, ~~do not answer any further questions, and sign and date the last page of the verdict form~~<ins>proceed to Question #7</ins>.

**~~4~~6.** What is the total amount of damages that you award to each Plaintiff for <ins>part of</ins> the conspiracy involving the cage space or henhouse density restrictions as part of the UEP Certified Program ~~and/or the restriction on backfilling of egg-producing hens as part of the UEP Certified Program~~?

Include a dollar amount for one or more of the Plaintiffs only if you answered "YES" for that Plaintiff in response to Question #~~3~~5.

| | | |
|---|---|---|
| Kraft Foods Global | $ | _____ |
| The Kellogg Company | $ | _____ |
| General Mills | $ | _____ |
| Nestlé USA | $ | _____ |

5.     ~~If you identify any amount of damages in response to Question 4, how much damages, if any, do you find to be attributable to the restriction on backfilling of egg-producing hens as part of the UEP Certified Program?~~

7.     Did Plaintiffs prove that they sustained damages as a result of the part of the conspiracy involving the restriction of backfilling of egg-producing hens as part of the UEP Certified Program?

You must respond separately for each Plaintiff.

Kraft Foods Global

YES _____            NO _____

The Kellogg Company

YES _____            NO _____

General Mills

YES _____            NO _____

Nestlé USA

YES _____            NO _____

If you answered "YES" to any part of Question #7, proceed to Question #8.

If you answered "NO" to all parts of Question #7, do not answer any further questions, and sign and date the last page of the verdict form.

**8.	What is the total amount of damages that you award to each Plaintiff for part of the conspiracy involving the restriction of backfilling of egg-producing hens as part of the UEP Certified Program?**

**Include a dollar amount for one or more of the Plaintiffs only if you answered "YES" for that Plaintiff in response to Question #7.**

| | | |
|---|---|---|
| Kraft Foods Global | $ | _____ |
| The Kellogg Company | $ | _____ |
| General Mills | $ | _____ |
| Nestlé USA | $ | _____ |

You have now reached the end of the verdict form. Please review it carefully to ensure that it accurately reflects your unanimous decision.

Each juror should sign the verdict form in the spaces below and the presiding juror should date the form below and notify the court security officer that you have reached a unanimous verdict.

The presiding juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____            _____
*Presiding Juror*

_____            _____


_____            _____


_____            _____

_____    _____



Date: _____