# Exhibit A

Cal-Maine Opening Statement:
Damages Phase
CM



# Plaintiffs Are Four of the Largest, Most Sophisticated Companies in the World

# Four-Legged Stool for Liability…



# …Becomes One-Legged Stool for Damages

# Plaintiffs' Damages Calculations

Short-Term Measures
(Molts, Slaughters, Hatches)
Exports
Certified Program

# Why Dr. Baye's Damages Model Is Overstated

Includes total US flock size; not flock size of 4 egg producers with 15% market share

Includes Michael Foods, a non-conspirator

Doesn't appropriately discount for non-conspiracy, economic factors

Doesn't stop the damages meter in September 2008 when conspiracy ended

# Four Conspirators Had Limited Market Share



Source: Prof. Baye Report, dated Jan. 22, 2015, Exhibit 7

# Dr. Baye's Damages Model Is Made for a Different Case

