UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| | ) | No. 1:11-cv-08808 |
| Plaintiffs, | ) ) | |
| | ) | Judge Steven C. Seeger |
| v. | ) ) | **ORAL ARGUMENT REQUESTED** |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CAL-MAINE FOODS, INC.'S
AMENDED MOTION FOR JUDGMENT AS A MATTER OF LAW**

For the reasons set forth in the accompanying memorandum of law, Defendant

Cal-Maine Foods, Inc. ("Cal-Maine"), by and through its attorneys, moves pursuant

to Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law

dismissing Plaintiffs' claims.

Dated:  November 29, 2023          Respectfully submitted,

                                   */s/ Patrick M. Collins*
                                   Patrick M. Collins (pcollins@kslaw.com)
                                   Livia M. Kiser (lkiser@kslaw.com)
                                   Patrick M. Otlewski (potlewski@kslaw.com)
                                   Abigail Hoverman Terry (aterry@kslaw.com)

KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

***Counsel for Defendant Cal-Maine Foods, Inc.***

2