# ATTACHMENT B

PLS DEMO 0026 Pg. 0001

# Nominal Damages for Exports and Short-Term Measures



- The Urner Barry Midwest Large quote increased by **40 cents per dozen** during the period of filling this export. You might say that the market was primed and ready for increasing prices regardless of the export. Well let's consider the fact that we currently have approximately the same number of hens this year as we had a year ago. Last year's market increased by 12 cents per dozen for the Thanksgiving market. We must conclude that this export provided major financial benefits.

# Nominal Damages for Exports and Short-Term Measures

| From: | Wayne Winslow [wwinslow@nucalfoods.com] |
|---|---|
| Sent: | Wednesday, November 22, 2006 2:46 PM |
| To: | Gene Gregory |
| Cc: | Linda Reickard; Chuck Elste; Phyllis Blizzard |
| Subject: | Re: Cost of Export |

Gene,

The number below is sufficient for now.

We understand how the system works and the benefits of the system.
Once again the export proved to be very timely as this "kick started"
the market rise and the entire egg industry benefitted. It is too bad that we do not get
better participation from the rest of the industry.

Thank you for the good job done.

Wayne

*Plaintiff Ex. 80*

3

# Impact of Short Term Measures

**UEP Board of Directors**
**January 25, 2005**
**Atlanta, GA.**

**Chairman's Comments:** Among the comments made by Chairman Deffner were the following: *It was just a year ago that we met in this very hotel and we were so full of optimism. All indicators were that we could sustain $1.00 plus eggs for an extended period and the price structures for the next 18 months. (We took care of that) The market came full circle with prices from $1.35 to 59 cents. We don't have to accept low prices and we can have a good 2005 if we just make a few changes and work together. We sell ourselves short by spending a great deal of time talking about the negatives. Year-end flock size was actually less than forecast but still a problem. The Economic Summit highlighted some of the problems and some of you have already reacted in a positive manner. We need more of you to participate in a positive change. Thanks to those that have prepaid your 2005 dues and assessments.*

**Motion:** It was moved by Mooney and seconded by Dean to recommend that the current "intentions program" for flocks to be disposed of 4 weeks earlier than previously scheduled and/or flock size reduction by 5% be extended through Labor Day. Carried.

**CAL MAINE FOODS, INC.** **FORM 10-K**

increased demand, the egg industry had geared up to produce more eggs, resulting in an oversupply of eggs. In March 2005, the egg industry took action to better align the size of laying flocks with current demand needs Current U.S. Department of Agriculture statistics indicate a reduced flock size that is now more in line with current demand. There can be no assurance that shell egg prices will remain at or near current levels and that the supply of shell eggs will remain level in the future.

Plaintiffs' Ex. 410; 336

4



PLS DEMO 0026 Pg. 0005



PLS DEMO 0026 Pg. 0007



# UEP Needed and Wanted Maximum Participation



July 29, 2002

Industry-wide adoption of these guidelines is urged in order to comply with the animal husbandry recommendations of the two committees relative to minimum space allowances in cages. As of July 15, UEP has program commitments from 140 egg producers representing 190 million laying hens or 69% of the nation's 275 million laying hens. The program participants have agreed to meet the deadlines shown in Table 1 relative to all new flocks hatched after April 1, 2002. In other words, they have agreed to house their 1st flock as layers at no less than 56 square inches per hen (on the average). If the previous flock was housed at 53 square inches, this would represent a 5.7% reduction in chicks purchased for the new flock.

# UEP Needed and Wanted Maximum Participation



February 3, 2003

5. **Cost Recovery**: It is disappointing to hear from some of you that your customer is unwilling to pay your increased costs to meet these guidelines. We still recommend that you only put the **Animal Care Certified** logo on the cartons of companies willing to pay the costs.

You should not get discouraged. We believe with 225 million hens committed to the program and the trading of AHC (Animal Husbandry Certified) eggs, and the flock reduction that has begun to take effect, egg prices have and will continue to reflect the impact of these welfare guidelines.

PLS DEMO 0026 Pg. 0010

# Rose Acre Needed and Wanted Maximum Participation

----- Original Message -----
**From:** Marcus Rust
**To:** Gene Gregory
**Sent:** Friday, December 30, 2005 8:46 AM
**Subject:** acc program

Gene-contrary to any rumors you may be hearing we are not dropping out of the ACC program-what has been said that we were if breaker demands were met-we will drop out of UEP if the leeway is granted to the Minn-Iowa group-this is totally unfair for all of those of us who have stayed with it-we only joined UEP to engage in this program and will disengage from UEP if it becomes non-UEP program-we will stay with the ACC program unless it disintegrates-Marcus

**Received(Date):**        Fri, 30 Dec 2005 13:57:17 -0000
**From:**        Gene Gregory <gene@unitedegg.com>
**To:**        Marcus Rust <marcus_rust@goodegg.com>
**Subject:**        Re: acc program

Marcus,

I appreciate your email and your support of the "UEP Certified" program and the 100% rule.  Let me assure you that I am personnally committed to the 100% rule and believe there will be major problems for the industry if this provision is eliminated.

I need your support during the January committee and Board meeting.  You are welcome to call other supporters if you wish.

I am going to fax you some information that I have been working on that will likely be in the January meeting folder.  This will assure you that I am committed to the 100% rule.

Gene

# Rose Acre Needed and Wanted Maximum Participation

----- Original Message -----
**From:** Marcus Rust
**To:** Gene Gregory
**Sent:** Friday, December 30, 2005 8:46 AM
**Subject:** acc program

Gene-contrary to any rumors you may be hearing we are not dropping out of the ACC program-what has been said that we were if breaker demands were met-we will drop out of UEP if the leeway is granted to the Minn-Iowa group-this is totally unfair for all of those of us who have stayed with it-we only joined UEP to engage in this program and will disengage from UEP if it becomes non-UEP program-we will stay with the ACC program unless it disintegrates-Marcus

**Received(Date):**     Fri, 30 Dec 2005 13:57:17 -0000
**From:**      Gene Gregory <gene@unitedegg.com>
**To:**       Marcus Rust <marcus_rust@goodegg.com>
**Subject:**    Re: acc program

Marcus,

I appreciate your email and your support of the "UEP Certified" program and the 100% rule. Let me assure you that I am personally committed to the 100% rule and believe there will be major problems for the industry if this provision is eliminated.

I need your support during the January committee and Board meeting. You are welcome to call other supporters if you wish.

I am going to fax you some information that I have been working on that will likely be in the January meeting folder. This will assure you that I am committed to the 100% rule.

Gene

*Plaintiff Ex. 119*

12

# Cal-Maine Needed and Wanted Maximum Participation





Dolph Baker

Q. Now, Cal-Maine itself could have slaughtered 5 million hens to achieve that 23-cent price increase for the industry, couldn't it?

A. No, sir.

Q. Why not?

A. We couldn't take care of our customer.

Q. Okay. So Cal-Maine needed the industry to remove 5 million hens from the market in order to achieve that 23-cent price increase, correct?

A. Yes, the industry needed that kind of adjustment.

*Tr. 1228*

13

# Cal-Maine Needed and Wanted Maximum Participation





Dolph Baker

Q. And you wouldn't have needed the animal welfare committee to tell you to go up to 56.14 square inches per hen; you could have done that on your own, correct?

A. It would be difficult to be competitive doing that on our own.

Q. That's because that would raise your price of eggs because it would reduce your flock, correct?

A. It would raise our cost.

*Tr. 1236*

PLS DEMO 0026 Pg. 0014



# Kraft Did Not Agree to a Supply Restriction Conspiracy



Plaintiff
Ex. 223

# Kraft Did Not Agree to a Supply Restriction Conspiracy



**Karen Brown**

Q: If UEP had told you that they were using the Animal Welfare Guidelines to reduce supply or increase price, would that have impacted FMI's review of the UEP guidelines?

A: *It certainly would have impacted our relationship and conversations with UEP.*

Brown Dep. 252:9-253:3

18

# Kraft Did Not Agree to a Supply Restriction Conspiracy



**ROSE ACRE** *farms®*

THE GOOD EGG PEOPLE®

P.O. BOX 1250
SEYMOUR, IN 47274
(812) 497-2557
FAX (812) 497-3311

Curtis Amundson
c/o Kraft Foods
P.O. Box 7188
Madison, WI 53707-7188

Curtis, I hope this day is finding you well. I am writing you this follow up letter to help you better understand the United Egg Producers Animal Welfare Program that we discussed on Friday May 20, 2005.

You will see a time period for implementations of space allowance of layers. This part was staged to make sure that we as an industry did not short the market therefore having less supply, which would cause problems for our customers.

- Third Party auditing performed by USDA and EMS, LLC
- Our Commitment to the program

The 2005 Edition of the Animal Welfare Guidelines for U.S. Laying Flocks gives you all the basic principles of Good Management Practices in Animal Husbandry for Egg Layers. It will give you detailed information on our mission for Animal Welfare in the following areas; Housing and Space Allowance, Beak Trimming, Molting, Transportation and Handling. You will see that we have spent some time putting this together over the past 4 years.

# Kraft Did Not Agree to a Supply Restriction Conspiracy



Since our last contract began in 2005 there have been many changes in the costs of producing eggs. The rising feed prices have had the largest impact on our cost of production. Also complying with the new UEP Animal Care Certified guidelines has caused a decrease in our overall bird numbers and resulted in an increase in production costs. Under the UEP guidelines we have went from 48 square inches per bird when the program began to the current 64 square inches per bird. By April of 2008 we have to increase to the final number of 67 square inches per bird.

Plaintiff Ex. 501

20

## Prof. Baye's Main Overcharge Model

| PLAINTIFF | AUG '05–JAN '07 | FEB '07–JUL '08 | AUG '08–SEP '08 | OCT '08–DEC '08 | TOTAL |
|---|---|---|---|---|---|
| **Kraft** | $3,391,612 | $12,981,111 | $1,190,781 | $765,782 | $18,329,286 |
| Nestlé | $53,955 | $30,951 | $7,159 | $1,064,195 | $1,156,260 |
| General Mills | $321,383 | $813,156 | $110,493 | $60,577 | $1,305,609 |
| Kellogg's | $635,915 | $3,143,684 | $306,412 | $519,368 | $4,605,379 |

*Sources:* Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

5

22

| Vendor | Fiscal Month | Fiscal Year | Material Description | Invoice Amount | Invoice Qty |
|---|---|---|---|---|---|
| Rose Acre Farms Inc Nepco Division | 5 | 2008 | Egg Whole Solids Powder Dried 50Lb | 174,240.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 7 | 2008 | Egg Whole Solids Powder Dried 50Lb | 174,240.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 8 | 2008 | Egg Whole Solids Powder Dried 50Lb | 174,240.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 8 | 2008 | Egg Whole Solids Powder Dried 50Lb | 174,240.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 1 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 1 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 2 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 4 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 5 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |
| Rose Acre Farms Inc Nepco Division | 6 | 2008 | Egg Whole Solids Powder Dried 50Lb | 169,884.00 | 39,600 |

Source: Plaintiffs Ex. 743

23

## Prof. Baye's Main Overcharge Model

| PLAINTIFF | AUG '05–JAN '07 | FEB '07–JUL '08 | AUG '08–SEP '08 | OCT '08–DEC '08 | TOTAL |
|---|---|---|---|---|---|
| **Kraft** | $3,391,612 | $12,981,111 | $1,190,781 | $765,782 | $18,329,286 |
| **Nestlé** | $53,955 | $30,951 | $7,159 | $1,064,195 | $1,156,260 |
| **General Mills** | $321,383 | $813,156 | $110,493 | $60,577 | $1,305,609 |
| **Kellogg's** | $635,915 | $3,143,684 | $306,412 | $519,368 | $4,605,379 |

*Sources:* Prof. Baye Backup Data, Exhibit 22, Exhibit 23 and Appendix 6.1.do, damages_final.dta

5

24

# Dr. Walker's Selective Analysis

## DR. WALKER'S REGRESSION REMOVES EGG PRODUCTION AS A FACTOR.



|  | Product (a) | Coefficient Estimate for Backfilling Ban 2/2005 - 12/2012 (e) |
|---|---|---|
| **Liquid Eggs** | | |
| | UB Liquid Eggs, Whole, Custom Pack, Pasteurized, Standard | -27.68** |
| | UB Liquid Eggs, Yolk 43% Solids, Custom Pack, Pasteurized, Standard | -22.70* |
| | UB Liquid Eggs, Yolk, Salt 43% Solids, 10% Salt, Standard | -28.34** |
| **Dried Eggs** | | |
| | UB Egg Solids, Albumen, Spray (TL) | -31.29* |
| | UB Egg Solids, Blend: 65-75% Whole Egg, 25-35% Corn Syrup (TL) | -16.58** |
| | UB Egg Solids, Dried Whole Plain (TL) | -32.00** |
| | UB Egg Solids, Yolk (TL) | -18.85* |

**7 Products** bought by Plaintiffs

*Source: Walker DAP Report Appendix Exhibit 2*

25

# Total Overcharges

**Kraft**
$18,329,288

**Kellogg's**
$4,605,380

**Nestlé**
$1,156,262


**General Mills**
$1,305,612

**TOTAL : $25,396,542**

26