# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Kraft Foods Global, Inc., et al.

                       Plaintiff,

v.                                                 Case No.: 1:11−cv−08808

                                                           Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Pretrial conference regarding the damages phase (Phase II) held on November 28, 2023. The Court issued a number of oral rulings on pending motions, as explained in the minute orders to follow. The Court encouraged the parties to work together cooperatively and try to reach a stipulation about the amount of the purchases that Plaintiffs made from Defendants and the two co−conspirators. The Court entertained a lively discussion of Plaintiffs#039; damages theory, especially as it relates to the anticipated testimony of Dr. Baye and Defendants' pending motions for a directed verdict. In particular, the Court discussed the fact that the damages theory depends on a supply restriction by participants in the UEP Certified Program, including non−defendant non−conspirators. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.