# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                    Plaintiff,

v.                                        Case No.: 1:11−cv−08808
                                                                    Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Jury trial on the damages phase (Phase II) held on November 29, 2023. Plaintiffs called Dr. Baye (Plaintiffs' expert), and then rested. Defendants called Dr. Walker (Defendants' expert), and then rested. The record is closed. The Court later presided over a jury instructions conference about damages. On November 28, 2023, the day before the conference, the Court emailed a Word version of the proposed jury instructions to counsel at 8:41 p.m. After the jury instructions conference on November 29, 2023, the Court emailed an updated Word version of the jury instructions to counsel at 8:12 p.m. Also, at 6:57 p.m. on November 29, 2023, the Court emailed a Word version of the proposed jury verdict form to counsel. Trial is continued for November 30, 2023 at 10:00 a.m. The Court will reconvene with counsel at 8:30 a.m. to continue the jury instructions conference. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.