**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

                              Plaintiff,

v.                                                             Case No.: 1:11−cv−08808
                                                                 Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Jury trial on the damages phase (Phase II) held on November 30, 2023. Before reconvening with the jury, the Court provided over a second conference with counsel to discuss the jury instructions and the jury verdict form. The Court circulated a number of revisions. The Court circulated final versions of the jury instructions and the jury verdict form. The Court reconvened with the jury and delivered jury instructions. The parties gave closing arguments about damages. The Court gave final instructions. The jury began deliberations. The Court excused the jury for the day at approximately 4:36 p.m. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.