**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

                    Plaintiff,

v.                                                             Case No.: 1:11–cv–08808
                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 30, 2023:

MINUTE entry before the Honorable Steven C. Seeger: At the close of the evidence during the liability phase, Defendants filed motions for a directed verdict under Rule 50(a). (Dckt. Nos. [520], [522], [524]) The Court deferred the briefing of those motions, pending the completion of trial. At the close of the evidence during the damages phase, Defendants filed motions for a directed verdict under Rule 50(a), to address the sufficiency of the evidence about damages. (Dckt. Nos. [607], [610], [621]) In light of the filing of amended motions for a directed verdict, the original motions for a directed verdict (Dckt. Nos. [520], [522], [524]) are hereby denied without prejudice. Basically, there are two versions of each motion: an original version, and an updated version. The Court is denying the original version of each motion for administrative reasons, as docket housekeeping only. The Court is not denying those motions on the merits. The original motions for a directed verdict on issues of liability were timely, and all arguments raised in those motions are preserved as stated in the updated versions of the motions about liability and damages. Basically, the Court will issue a substantive ruling on the updated versions only, and the original motions are deemed superseded. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.