UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kraft Foods Global, Inc., et al.
                              Plaintiff,

v.                                                         Case No.: 1:11–cv–08808
                                                                Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The jury continued deliberations on December 1, 2023. The Court received a note from the jury at 10:18 a.m., stating that they had reached a verdict. The Court directs the parties to assemble in the courtroom by 10:50 a.m. so that the Court may receive the verdict. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.