# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                          Plaintiff,

v.                                                       Case No.: 1:11–cv–08808
                                                                Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: For the reasons stated on the record during the pretrial conference on November 28, 2023, Plaintiffs' motion to limit any testimony by Dr. Walker in the damages phase (Dckt. No [568]) is hereby denied without prejudice. Basically, this Court will allow Dr. Walker (Defendants' expert) to testify consistent with his report, to the extent that Dr. Walker's testimony is responsive to the testimony of Dr. Baye (Plaintiffs' expert). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.