UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC.<br><br>  Defendants. | Case No. 1:11-cv-08808<br><br>Judge Steven C. Seeger |

**NOTICE OF INTENT TO FILE A STATEMENT OF INTEREST AND UNOPPOSED REQUEST TO EXTEND DEFENDANTS' REPLY DEADLINE**

Having reviewed Defendants' motions for judgment as a matter of law and Plaintiffs' opposition thereto, ECF Nos. 607, 610, 621, 688, the United States hereby informs the Court of its intent to file a Statement of Interest addressing certain legal issues raised therein. *See* 28 U.S.C. § 517 (authorizing "any officer of the Department of Justice . . . to attend to the interests of the United States in a suit pending in a court of the United States"); *Abelesz v. Erste Grp. Bank AG*, 695 F.3d 655, 664 (7th Cir. 2012). The United States has worked diligently to prepare a Statement of Interest and will be prepared to file by January 26, 2024, which is Defendants' current deadline to file their Replies. To provide Defendants with an opportunity to respond to the Statement of Interest, the United States proposes that the Court extend Defendants' deadline for filing their Replies by two weeks, to February 9, 2024.

1

Defendants and Plaintiffs do not oppose the United States' request for a two-week extension. Plaintiffs also reserve the right to seek leave to file a response to the United States' Statement of Interest.

Respectfully submitted,

UNITED STATES OF AMERICA

/s/ Andrew L. Kline
Andrew L. Kline
    *Trial Attorney*

United States Department of Justice
Antitrust Division
Civil Conduct Task Force
450 Fifth Street NW, Suite 8600
Washington, DC 20530
Tel: (202) 549-6655
Email: Andrew.Kline@usdoj.gov