# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:11-cv-08808 |
| v. ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, Jenner & Block LLP moves this Court to enter an order withdrawing the appearance of Margaret M. Hlousek on behalf of Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc. and Nestlé USA, Inc. As of July 2, 2024, Ms. Hlousek will no longer be affiliated with Jenner & Block. Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc. and Nestlé USA, Inc. will continue to be represented by Brandon D. Fox, Andrianna D. Kastanek, Angela M. Allen, Joel T. Pelz, Michael T. Brody, Amy M. Gallegos and Sati Harutyunyan of Jenner & Block.

July 2, 2024

Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlé USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street

Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com

Brandon D. Fox
Amy M. Gallegos (admitted *pro hac vice*)
Sati Harutyunyan (admitted *pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com