UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 11-cv-8808 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## FINAL JUDGMENT IN A CIVIL ACTION

The Court hereby enters final judgment in favor of Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. and against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., as follows:

Plaintiff Kraft Foods Global, Inc. is awarded damages in the amount of $12,830,504 against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally. Pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15, these damages must be trebled, resulting in a total sum awarded to Plaintiff Kraft Foods Global, Inc. and against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally, of **$38,491,512**.

Plaintiff The Kellogg Company is awarded damages in the amount of $3,223,768 against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., and Rose Acre Farms, Inc., jointly and severally. Pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15, these damages must be trebled, resulting in a total sum awarded to Plaintiff The Kellogg Company and against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., and Rose Acre Farms, Inc., jointly and severally, of **$9,671,304**.

Plaintiff General Mills, Inc. is awarded damages in the amount of $913,930 against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally. Pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15, these damages must be trebled, resulting in a total sum awarded to Plaintiff General Mills, Inc. and against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally, of **$2,741,790**.

Plaintiff Nestlé USA, Inc. is awarded damages in the amount of $809,385 against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally. Pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15, these damages must be trebled, resulting in a total sum awarded to Plaintiff Nestlé USA, Inc. and against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., jointly and severally, of **$2,428,155**.

Post-judgment interest will accrue on the total judgment in accordance with law.

Pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15, Plaintiffs are entitled to recover the costs of suit, including a reasonable attorney's fee, which amounts the Court will determine at a later date.

      This action was tried by a jury with Judge Steven C. Seeger presiding, and the jury has rendered a verdict.

Dated: November 6, 2024

                                                        Steven C. Seeger
                                                        U.S. District Judge