**UNITED STATES DISTRICT COURT**
**IN THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**RENEWED MOTION OF DEFENDANTS UNITED EGG PRODUCERS, INC. AND UNITED STATES EGG MARKETERS FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b), OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL OR ALTERATION/AMENDMENT OF JUDGMENT PURSUANT TO RULE 59**

For the reasons set forth in the accompanying Memorandum of Law, Defendants United Egg Producers, Inc. ("UEP") and United States Egg Marketers, Inc. ("USEM"), by and through their attorneys, move pursuant to Rule 50(b) of the Federal Rules of Civil Procedure for judgment as a matter of law dismissing all of Plaintiffs' claims, or in the alternative, for a new trial or alteration or amendment of the judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Dated: December 4, 2024

        Respectfully submitted:

        */s/ Robin P. Sumner*
        Robin P. Sumner (robin.sumner@troutman.com)
        Kaitlin L. Meola (kaitlin.meola@troutman.com)
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        3000 Two Logan Square, 18th and Arch Streets
        Philadelphia, PA 19103-2799
        Tel: (215) 981-4000

        Whitney R. Redding
        (whitney.redding@troutman.com)
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        Union Trust Building
        501 Grant Street, Suite 300
        Pittsburgh, PA 15219-4429
        Tel: (412) 454-5085

        Molly DiRago
        (Molly.DiRago@troutman.com)
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        227 West Monroe Street, Suite 3900
        Chicago, IL 60606
        Tel: (312) 759-1926

        ***Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.***