# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kraft Foods Global, Inc., et al.
                                  Plaintiff,

v.                                                     Case No.: 1:11−cv−08808
                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Rose Acre's motion for leave to file a sur−sur−reply (Dckt. No. [767]) is hereby granted. Defendant Cal−Maine Foods's motion to file a document that amounts to a sur−sur−reply (Dckt. No. [768]) is hereby granted. The motion by the UEP and the US Egg Marketers (Dckt. No. [769]) to join the sur−sur−replies is hereby granted. The request to add exhibits to the record is granted too. Every living person wants to get in the last word (this Court included), because it is inherently satisfying to every member of our species. Here's the last word. All good things must come to an end, and so must the briefing on any motion. And now, it has. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.